**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | (RACSG) | country motorized/mechanized travel for game retrieval | hand-held wheeled game retrieval carts off route during big game hunting season. Antler gathering does not fit this criteria so off-route travel would not be allowed. |
| 726. | 438 | D | J. Jackson | Need to make sure to provide a map of existing routes for the entire planning area per 1626 Travel Manual | The 1626 Manual does say to include a map either of the planning area or of each TMA. However, it would take many maps to show routes in a meaningful way (so that they are visible). We will try to incorporate by reference. |
| 727. | 439 2-192 | A, B, C, D | Jackson and Sharrow | Add wording "Implement **and carry forward actions from** the Dry Creek...." | BLM (BK): I prefer not to use "Implement" – that would be implementation. Use the wording in the next row (Armstrong). |
| 728. | 439 | all | L. Armstrong[1] | Change action to: **Action:** Bring forward the decisions from the Dry Creek Travel Management Plan (BLM 2009) in the Dry Creek Travel Management Area (Figure 2-83, Appendix A). | EMPSi (KW): Change made. |
| 729. | 439 | Figure 2-83 | J. Jackson | Need to show approved proposed routes on map as designated routes. | EMPSi (KW): Maps will be updated. |
| 730. | 440 | B, C, D | B. Sharrow[2] | Delete "for the Limited to Designated Routes areas" Move North Fork to # 1, and make So. Montrose # 2 | EMPSi (KW): Change made. |
| 731. | 440 | B, C, and D | J. Jackson | Add action that states: "A travel management plan is not intended to provide evidence bearing on or addressing the validity of any R. S. 2477 assertions. R. S. 2477 rights are determined through a process that is entirely independent of the BLM's planning process. Consequently, travel management planning should not take into consideration R.S. 2477 assertions or evidence. Travel management planning should be founded on an independently determined purpose and need that is based on resource uses and associated access to public lands and waters. At such time as a decision is made on R.S. 2477 assertions, the BLM will adjust its travel routes accordingly." Per travel manual 1626. | EMPSi (KW): Change made. |
| 732. | 440 | B, C, and D | J. Jackson | Delete ", within five years of the Approved | BLM (BK): We will leave reference to the time |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | RMP/Record of Decision," <br><br> And add following language "…and in the following order **unless the Authorized Officer deems it necessary to reprioritize due to unforeseen circumstances …**" | frame, since we are required to complete travel management planning within 5 years of the ROD. We will delete the words "and in the following order" (and not add the suggested language). <br><br> EMPSi (JW): Change made per BK's direction. |
| 733. | 440 | D | Durnan (RACSG) | If the Ridgway Trails Area does not receive designation as a SRMA or ERMA add it to this list so it becomes a TMAxx and designate routes within the area non motorized. | EMPSi (KW): The Ridgway Trails area is within the South Montrose TMA shown in Figure 2-84. |
| 734. | 441 | | Clements | As written is confusing and hard to understand | EMPSi (KW): Edited for clarity and per language in 43 CFR 8342.1. |
| 735. | 441 | all | B. Krickbaum | Second paragraph, delete (after "criteria"): "during future comprehensive travel management plans for … Areas" <br> So, it will just read; "Consider the following additional route-selection criteria:" <br><br> Delete the set of sub-bullets on page 194. That is, cultural resources, energy and minerals, forestry, geology, etc. <br><br> Also, on the lead bullet to the sub-bullets, delete "the following" and replace with "other". <br><br> So, the last bullet in the list will read: Value to and impact on other resources and resource uses." | EMPSi (KW): Change made. |
| 736. | 441 | B, C, and D | J. Jackson | Change to state: "During future comprehensive travel management plans for Limited to Designated Route areas within Travel Management Areas, all motorized designations shall be based on the protection of the resources of the public lands, the promotion of the safety of all the users of the public lands, and the minimization of conflicts among various uses of the public lands; and in accordance with the following criteria (43 CFR 8342.1):" <br><br> Add per Travel Manual direction: "Apply the following | EMPSi (KW): Revised first part of action for clarity and per language in 43 CFR 8342.1. During future comprehensive travel management plans for Limited to Designated Route areas, apply the following route-selection criteria, as defined in 43 CFR 8342.1: <br><br> Second part changed to: "Consider the following additional route-selection criteria:" (kept original list which is a summary of specific list you provided) |


BLM_0111463

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | additional motorized and non-motorized route selection criteria (if needed - additional site specific criteria may be added at the time of the comprehensive transportation management plan):  ***See the list below since I cannot get it placed into the table right."<br><br>Also need to add per Travel Manual direction: "Apply the following planning sequence for future travel management plans:<br>****See list below once again."<br><br>May consider an appendix for this information?? | Did not include specific future planning process but did add the following statement: Utilize multiple methods of public involvement, including comment periods, open houses, and meetings with user group organizations, to further inform the road and trail designation process. |
| 737. | 441 | B-D | L Reed | Last bullet:   "Value to and impact……on resource uses:<br>Shouldn't ROWs be added to this list for considering impacts to resource uses? | EMPSi (KW): List of resources deleted to be more encompassing. |
| 738. | 442 | Alt D | Tucker | Suggested addition to text:<br><br>…. and limited hardened egress , ingress **and winch points** where needed for all technical four-wheel drive routes. | EMPSi (KW): Change made. |
| 739. | 443 | 04 | W. Blackburn (RACSG) | Change…"Prohibit motorized and/or mechanized travel" to read….."Prohibit motorized, mechanized and equestrian travel." **(Studies have shown that equestrian travel in wet conditions have a more harmful effects on the resources and soils than motorized users with 50 inches or less vehicles.** | BLM (BK 10/5/11): The purpose of the seasonal closures are for protecting wildlife and not physical damage of the trails. |
| 740. | 443 | A, B, C, and D | J. Jackson | Need to add acres | EMPSi (KW): Acres added. |
| 741. | 443 | B & D | M. Siders | Include Sims Mesa Biological Core in these alternatives. See comments #44-48, 51 above. | EMPSi: Change made. |
| 742. | 443 Figure 2-20 | D | L Reed | Figure does not match the text:   ie where is La Sal Zone 1 on Fig. 2-20?   Sims Mesa, Ridgway & Burn Canyon areas are included on map, but not in matrix text.  Monitor, Potter, Roubideau zones not showing up on map.  Are San Miguel Zones reflected on map correctly?  There's probably more I'm not picking up on….. | EMPSi (KW): Added exception for administrative access. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Do acres also need to be adjusted? This action needs some exceptions: ie access, operation & maintenance on existing ROWs & authorizations, And access to private, etc | |
| 743. | 443 | D | Stindt | Please remove Tabeguache Zone 1 from this list of seasonal closures to motorized/mechanized travel. Travel closure in this core area was not discussed with the Bio staff but will be very controversial and difficult to enforce. | BLM (BK): Removed Tabeguache Zone 1, Tabeguache Zone 8, and Jumbo Mountain Zone 5 from the list. These areas can be revisited during travel management planning for the unit. |
| 744. | 443 | D | Joan May (CA) | Add San Miguel Zones 4-7 and elk production and calving area restriction from B to Alt D | BLM (BK): No Change.  Zones 4 – 7 are not a biological core area in alternative D.  Also, the route in zones 4 – 7 is the highway, which cannot be closed seasonally.   If there is a routed identified during travel management planning that needs closed permanently or seasonally, it can be identified and evaluated at that point.  Travel management planning will occur in 5 units, and all need to be completed within 5 years after the plan decision is signed. |
| 745. | 443 | D | Steve Weist (RACSG) | Not sure what you mean on the "Lynx analysis units with total route densities greater than 2 miles per square mile (motorized) (December 1 to April 30)"?  Does this mean if you have greater than two trails for motorized travel that cross through a section of land that you will prohibit motorized travel? | EMPSi (KW): Refer to lynx row. In Lynx Analysis Units where there is more than 2 miles of trail in a square mile (could be one trail, could be the total of multiple trails), motorized travel would be prohibited from December 1 to April 30. |
| 746. | 443 | D | Hawke (RACSG) | Change D to read like B **Explanation & Notes:** This travel management is important to sustaining the sensitive wildlife areas that are more fully addressed in B. | EMPSi (KW): Management revised Alternative D. Resource specialists determined that list is adequate. |
| 747. | 443 | D | Pfifer | Administrative and permitted access needs to be allowed. | EMPSi (JW): Changed intro to read, "Prohibit motorized and/or mechanized travel seasonally, except for administrative and permitted vehicle access, on xx acres…" |
| 748. | 443 | D | J. Jackson | Missing areas in the matrix that are seasonally closed but map (Figure 2-20) is correct.  Such as the Sims Mesa area, additional acreage on the West End | BLM (BK): Removed Tabeguache zones 1 and 8 and Jumbo Mountain zone 5 from "D." These areas can be revisited during travel management planning for |


BLM_0111465

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

**Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)**

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | however not sure about the rest because don't have a map of the zones for each Biological Core. Need to delete or change to biological core heading: Jumbo Mountain SRMA Zone 5 (there are not 5 zones in the SRMA and per SRMA it is not closed seasonally – this was a wildlife decision) Move "Zone 8 of the Tabeguache Biological Core Area from Alternative B" up under the Biological Core heading | the unit. |
| 749. | 443 | D | J. Jackson | Delete the following language: "Add other areas as appropriate through future site-specific travel management analysis" And add the following language (also in travel matrix): The Field Manager may grant an exception if an environmental analysis indicates that the proposed action can be conditioned so as not to interfere with habitat function or compromise animal condition within the project vicinity. An exception may also be granted if the proponent, BLM and CDOW negotiate compensation that would satisfactorily offset anticipated impacts to wintering wildlife survival or habitat condition. An exception may also be granted for actions intended to enhance the long term utility for availability of suitable habitat. The Field Manager may modify the size and time frames if Colorado Division of Wildlife monitoring information indicates that current animal use patterns are inconsistent with the areas or dates established for animal occupation, or under mild winter conditions for the last 30 days of the closure.  Severity of the winter will be determined on the basis of snow depth, snow crusting, daily mean temperatures, and whether animals were concentrated on the winter range during the | EMPSi (JW): (per email from BK on 10/19/11) Did not delete, "Add other areas as appropriate through future site-specific travel management analysis." Added the following paragraphs per BK: The Field Manager may modify the size and time frames if Colorado Division of Wildlife monitoring information indicates that current animal use patterns are inconsistent with the areas or dates established for animal occupation, or under mild winter conditions for the last 45 days of the closure. Severity of the winter will be determined on the basis of snow depth, snow crusting, daily mean temperatures, and whether animals were concentrated on the winter range during the winter months. Modifications could be authorized if the proposed action could be conditioned so as not to interfere with critical habitat function or compromise animal condition. An exception may also be granted for actions intended to enhance the long term utility or availability of suitable habitat. |



BLM_0111466

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | winter months. Modifications could be authorized if the proposed action could be conditioned so as not to interfere with critical habitat function or compromise animal condition. | |
| 750. | 443 | Preferred | T. Stranathan | Does have an exception for routine maintenance of permitted OG activities? | EMPSi (KW): Yes. Added exception for administrative and permitted vehicular access. |
| 751. | 444 | D | B. Sharrow[2] | B.K. made a change – leave the cell as is – that is, leave in "unless otherwise designated in future travel management plans." | EMPSi (KW): No change. |
| 752. | 444 | B | B. Krickbaum | Change "in areas with riparian or wetland vegetation" to "in riparian and wetland areas" | EMPSi (KW): No change per B. Sharrow. |
| 753. | 444 | B,D | B. Krickbaum | After changes above, I think D is the same as B. If you think so also, then change B to read like D. | EMPSi (KW): No change per B. Sharrow. |
| 754. | 444 | D | B. Krickbaum | Delete "unless otherwise designated in future travel management plans." | EMPSi (KW): No change per B. Sharrow. |
| 755. | 444 | D | B. Krickbaum | Add "mechanized". Will read: "Prohibit motorized and mechanized off" | EMPSi (KW): No change per B. Sharrow. |
| 756. | 444 | D | Joan May (CA) | Add mechanized use to D | EMPSi (KW): No change per B. Sharrow. |
| 757. | 444 | D | Hawke (RACSG) | Add "and mechanized" after "motorized" | EMPSi (KW): No change per B. Sharrow. |
| 758. | 444 | Preferred | T. Stranathan | Is this a year-round timing stipulation? If uses are necessary, travel over frozen ground is a significantly better choice than when it's not frozen.  But disturbance activities could still be prohibited. | EMPSi (KW): Yes, this is year-round. |
| 759. | 446 | D | B. Sharrow[2] | Change to: **Action:** Provide trails connecting communities to public lands. If the trails begin in subdivisions, the trail and trailhead must be open to the general public to use. | EMPSi (KW): Changed to, "Provide trails connecting communities to public lands. Trails and trailheads beginning in subdivisions must be open for general public use." |
| | | | **Lands and Realty** | | |
| 760. | 450 | B | B. Sharrow[2] | Delete 5[th] bullet (Lands within 500 feet of intermittent and ephemeral streams) | EMPSi (KW): Assume this is Alternative B. Change made.  Yes, correct (BK) (*JW: letter in alternatives column changed from "C" to "B"*) |
| 761. | 450 | D | B. Sharrow[2] | Delete the 1st bullet (this area is in the list of ACECs in the 4[th] bullet, so it is redundant). | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111467

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Also, in the ACEC list – 4th bullet – change East Paradox to Biological Soil Crust | |
| 762. | 450 | D | B. Sharrow[2] | Delete 2nd bullet (Occupied habitat of known populations of federally threatened and endangered species (except Colorado hookless cactus))<br><br>(note, this will be avoidance) | EMPSi (KW): Change made. |
| 763. | 450 | | Clements | "Dolores River Slickrock Canyon" | EMPSi (JW): Changed Dolores River ACEC to read "Dolores River Slickrock Canyon" in Alternative D; moved to ROW avoidance. |
| 764. | 450 | A, B, C, D | B. Krickbaum | Delete: "such as solar, wind, hydroelectric, and biomass development". I don't think we need the "such as" list. | EMPSi (JW): Change made. |
| 765. | 450 | B | A. Schroeder (CA) | The distances for the exclusion areas for perennial streams vs intermittent/ephemeral streams appear to be backwards. One would presume perennial streams would have a larger buffer. | EMPSi (KW): After discussion with District Office, line 42 was deleted. List here was updated to reflect change (no ROW restrictions for intermittent and ephemeral streams). |
| 766. | 450 | B-D | L Reed | What happened to the "exceptions" for ROW exclusion areas we had in all other versions of this matrix?  Ie 100 ft buffer along county roads and highways; west wide energy corridor, and private inholdings/edgeholding will be allowed reasonable access & utilities.   These exceptions need to be added back into matrix under ROW Exclusion Areas in all alternatives,  or at a minimum Alt D | EMPSi (KW): Per conversation with B. Krickbaum (10/4/2011), added the following standard exceptions to Alternatives B, C, and D. Removed exceptions elsewhere in Chapter 2 unless different from these standard exceptions.<br>• West Wide Energy corridor;<br>• 100-foot buffer from the center line of county roads (these areas would be managed as ROW avoidance); and<br>• Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance). |
| 767. | 450 | D | B. Krickbaum | 1st bullet, add the word "ACEC".  This is the East Paradox ACEC.<br>Acres = 1900 | EMPSi (KW): Removed first bullet and changed name of East Paradox ACEC to Biological Soil Crust ACEC. |
| 768. | 450 193 | D | L Reed | ROW exclusion: "Occupied habitat of known populations of T&E species except cactus."<br><br>I spoke with Missy about this item because I have some concerns with it.   Missy assured me that currently it | EMPSi (KW): After discussion with District Office, row 193 changed to be the same as Alternative C so that occupied habitat of federally listed species are ROW avoidance (this includes buckwheat and cactus). As such, they are no longer listed on line |


BLM_0111468

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | primarily refers to the Clay Loving Buckwheat habitat, which currently consists of small, scattered parcels and the Fairview South ACEC, all located just SE of Montrose.  Missy also stated that even though the area is exclude, we may be able to pick our way through the area by avoiding plants.<br><br>IF we can pick our way through these areas by avoiding plants,  then shouldn't this be an avoidance area instead of exclusion?  ROW Exclusion Area means "not available for location of ROWs **under any conditions**"  We are currently managing these areas, through the NEPA process and careful siting of the project which seems to be working for us.<br><br>I want to go on record by stating that as long as this exclusion area remains relatively small, it is a restriction that we can probably work out.  But we need to remember DMEA, Tri-State and BOR have future projects planned in this general area e.g. proposed South Canal hydroelectric project and future transmission lines.  Also the restriction could affect future CDOT or County projects.  So again, it seems it would be better to treat this as Avoid not Exclude. | 450. |
| 769. | 450 & 451 | D | L Reed | ROW avoidance and exclusion areas:   ACECs<br>These 2 ACECs are listed under both avoid & exclude:<br>Fairview South- should be exclude, delete from avoid<br>Needle Rock- should be avoid, delete from exclude<br><br>Also:   Dolores River is listed under exclude & Dolores River Slickrock Canyon is listed under avoid<br>Should be:  Dolores River Slickrock Canyon = Avoid, please delete from exclude<br><br> Also:  West Paradox Rock Art is listed under exclude & Paradox Rock Art Complex is listed under Avoid.<br>Should be:   Paradox Rock Art = avoid,  please correct ACEC name in avoid and delete in exclude | EMPSi (KW): Made the following change<br>Fairview: Exclusion<br>Biological Soil Crust: Exclusion<br>Needle Rock: Avoidance<br>Dolores River Slickrock Canyon ACEC: Avoidance<br>Paradox Rock Art ACEC: Avoidance<br><br>The list is now consistent with ROW management prescribed within each ACEC. |



BLM_0111469

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Figure 2-24 and acreage need to be corrected to coincide with the above corrections. The map includes Exclusion areas for ACECs that were incorrectly added to Lands Matrix as exclusion [Line #450 Alt D] when they are really avoidance areas ie Needle Rock, Paradox Rock Art, & Dolores River Slickrock (as applicable ie if outside WSA) are all shown as exclude but should be shown as avoid | |
| 770. | 450/451 | Preferred | T. Stranathan | OG restrictions could mirror these two matrix rows. This appears to be a better balance between allowable uses and environmental restrictions. The OG restrictions are much more restrictive in application from other disciplines of this entire document. | EMPSi (KW): All stipulations are under review and changing after discussion with District Office. |
| 771. | 451 | D | L. Armstrong[1] | Delete bullet: "Within 100 feet of intermittent and ephemeral streams." | EMPSi (KW): Change made. |
| 772. | 451 | D | B. Sharrow[2] | Delete 3rd bullet (Within 100 feet of intermittent and ephemeral streams) | EMPSi (KW): Change made. |
| 773. | 451 | D | B. Sharrow[2] | Change the 8th bullet to: Occupied habitat of known populations of federally threatened and endangered species. | EMPSi (KW): Change made. |
| 774. | 451 | | Clements | Need to group "within 300'" of perennial streams, 100' of intermittent and ephemeral streams, and 300; of naturally occurring riparian areas, seeps and springs, whichever is greatest." | EMPSi (KW): After discussion with district office, ROW restrictions for intermittent and ephemeral streams was removed. Moved "within 300 feet of naturally occurring riparian…" up with other items |
| 775. | 451 | | Clements | Needlerock, S Fairview, Dolores River, etc listed as both ROW avoidance and ROW exclusion—should be exclusion? | EMPSi (KW): Made the following edits Fairview: Exclusion Biological Soil Crust: Exclusion Needle Rock: Avoidance Dolores River Slickrock Canyon ACEC: Avoidance Paradox Rock Art ACEC: Avoidance |
| 776. | 451 | A, B, C, D | B. Krickbaum | Delete: "such as solar, wind, hydroelectric, and biomass development". | EMPSi (JW): Change made. |
| 777. | 451 | B-D | Holsinger | 8[th] bullet: Same as comment #10 of mine. *Comment #10: Change "Designate federally listed candidate species' occupied habitats and known populations of Colorado hookless cactus as ROW* | EMPSi (JW): Changed Alternative D to, "Occupied habitat of known populations of federally threatened and endangered species." |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111470

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | avoidance." to "Designate federally listed candidate species' occupied habitats and occupied habitat for Colorado hookless cactus as ROW avoidance." Known populations would be avoided/mitigated as per ESA. | |
| 778. | 451 | D | Joan May (CA) | Add 0.25 mile buffer along major river corridors to D | EMPSi (KW): After discussion with BLM District Office it was decided that 1,000 feet was adequate. |
| 779. | 451 | D | Pfifer | 3rd bullet – same comment as 7 above.<br>8th bullet- add exception from line 193 here too.<br>*Comment #7: Have big concern with this - essentially all linear ROWs cross intermittent and ephemeral streams somewhere and it is impossible to avoid these areas. Concern with 279,270 acres being ROW avoidance, see Figure 2-24 avoidance areas – its almost everywhere – how can we get a linear ROW through the FO without going through an avoidance area which violates the intent – suggest a BMP instead that any impacts to intermittent and ephemeral streams will be mitigated* | EMPSi (KW): Third bullet was removed. 8th bullet changed to just T&E. Exception language on 193 was there as it was ROW exclusion. It has been changed to ROW avoidance so no exception language is needed. Removed exception language on row 193. |
| 780. | 452 | A | Pfifer | Change Alt A to allow upgrades to existing electric lines within the San Miguel Canyon. | EMPSi (KW): Removed "major" from Alternative A. |
| 781. | 452 & Glossary pg 16, Line 23 | A & D | L Reed | "major electric transmission line"<br><br>Can we omit the term in the glossary if it is only carried forward in Alt A?      And reword Alt B & D Line 452:   "No similar action" | EMPSi (KW): Removed "major" from Alternative A. No similar action would mean do not allow upgrades to existing transmission lines; no change. Removed "major electric transmission line" from glossary. |
| 782. | 453 | B-D | L Reed | During the workshop Barb suggested we reword this action.   How about changing the 2nd sentence from: "Do not grant ROWs when there is other reasonable access:  To:   "New ROWs will not be allowed if there is other reasonable access." | EMPSi (KW): Change made. |
| 783. | 456 and 457 | B, C, D | L. Armstrong | Combine rows 456 and 457 into one action (Stipulation):<br>Allowable Use:<br>**STIPULATION** NSO-48: *Bureau of Reclamation Dams or Appurtenant Structures.* Prohibit surface occupancy within 1,500 feet of a Bureau of Reclamation dam (e.g., Ridgway, Crawford and Paonia dams) or its appurtenant structures.  Also, directional drilling is | EMPSi (KW): Change made. (Appendix B changed) |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111471

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | prohibited within 1,500 vertical feet below a Bureau of Reclamation dam or its appurtenant structures. (Directional drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot horizontal radius of the structures.) (Refer to Appendix B.) (Refer to Appendix B.) (Figures 2-48, 2-49, and 2-50, Appendix A). | |
| 784. | 456 | B-D | L Reed | Since this is an NSO stip, I believe it was intended for the fluid minerals matrix not the lands matrix. | EMPSi (KW): Combined stipulation with LN per conversation with District Office and moved to NSO to O&G section. |
| 785. | 456 | Preferred | T. Stranathan | This NSO should go in the OG section instead of ROW. | EMPSi (KW): Combined stipulation with LN per conversation with District Office and moved to NSO to O&G section. |
| 786. | 457 | B-D | L Reed | This is a Lease Notice for directional drilling on BOR dams. I believe this action is intended for the fluid minerals matrix since it is a lease notice. | EMPSi (KW): Combined stipulation with LN per conversation with District Office and moved to NSO to O&G section. |
| 787. | 457 | Preferred | T. Stranathan | This LN should go in the OG section instead of ROW. | EMPSi (KW): Combined stipulation with LN per conversation with District Office and moved to NSO to O&G section. |
| 788. | 461 (Before 461) | | | Add a row before row 461 designating ROW corridors. Note; over time, this row will change, but it may not be until after COSO review. We will need to name the corridors. | EMPSi (JW): Added ROW and placeholder language. |
| 789. | 461 | D | S. Bear (RACSG) | Add the statement, "Existing utilities which are currently located, operated and maintained within ROW exclusion areas are allowed. | EMPSi (KW): This is a valid existing right and would be recognized per planning criteria in Chapter 1. |
| 790. | 463-474 eg | | Ela (RACSG) | I rely on UFO staff to do travel management before the future completion of the RMP. | BLM (BK): Travel management planning is required to be completed within 5 years after the plan decision is signed. We have 5 travel management plan units. We intend to complete one each year for 5 years. |
| 791. | 466 | B, C, D | B. Krickbaum | I do not know which figure we want here, but 2-85 is Watchable Wildlife. So, the figure reference needs to change. | BLM (BK): We have not determined if a map of land withdrawals and powersite classifications can be made. |
| 792. | 466 (Figure 2- | B-D | L Reed | Action is discussing withdrawals and references Figure 2-85, Appendix A. Figure 2-85 is watchable wildlife | BLM (BK): We have not determined if a map of land withdrawals and powersite classifications can |



BLM_0111472

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | 85) | | | areas not existing withdrawals areas. | be made. |
| 793. | 469 | A | L. Armstrong[1] | Change the action to: "Retain in federal ownership a total of 667,620 acres (BLM 1994, BLM 1985) (Figure 2-25, Appendix A); consider these lands for disposal on a case-by-case basis (BLM 1994)." Note: this will be a simpler way of saying the same thing. | EMPSi (KW): Change made. |
| 794. | 469 | B, C, D | L. Armstrong[1] | At the end of the action, add "Exception: lands that meet the criteria for disposal." | EMPSi (KW): Change made. Action now reads, "Retain public lands not identified for disposal (xx acres), except for those lands that meet the criteria for disposal, for long-term management (Figure 2-28, Appendix A])." |
| 795. | 470 | D | L. Armstrong[1] | Change the first bullet to: • Lands containing valuable resources (e.g., minerals, cultural); *Note to BLM: confirm that the "e.g." should just be a list of two. Should other alts be changed?* *BLM (BK) Response: The e.g. list is just for example so don't know if Lori really wants to say "i.e." It is not an i.e.. Let's delete the e.g and the two items (minerals and cultural).* | EMPSi (KW): Deleted "e.g." list from in all alternatives. |
| 796. | 470 through 490 | | Ela (RACSG) | These appear to be appropriately covered by line 440 to set a schedule of establishing travel management for each listed areas? within 5 years of the RMP. ADD? in the order of S. Montrose to the W. End. Line 441 covers trail locations, line 442 covers generalized specifications for facilities and line 443 covers prohibitions on use. | EMPSi (KW): Unclear as to what the comment refers. |
| 797. | 473 | D | B. Sharrow[2] | Change 1st bullet by deleting "Western". It should just say "Access to Jumbo …" | EMPSi (KW): Change made. |
| 798. | 473 | D | B. Sharrow[2] | 2nd bullet: Delete "Ridgway", and replace with "Access to Ridgway SRMA" | EMPSi (KW): Change made. |
| 799. | 473 | B | B. Krickbaum | Delete "Ridgway". | EMPSi (KW): Per conversation with District Office, changed bullet to "Access to Ridgway SRMA" |



BLM_0111473

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 800. | 473 | B & D | L Reed | Note in lands matrix: "Please get clarification from Julie. " Julie, BK and I have decided to just delete the word "Ridgeway" from this action. | EMPSi (KW): Per conversation with District Office, changed bullet to "Access to Ridgway SRMA" |
| 801. | 473 | B and D | J. Jackson | Delete Ridgway from the list | EMPSi (KW): Per conversation with District Office, changed bullet to "Access to Ridgway SRMA" |
| 802. | 474 | B and C | B. Sharrow[2] | Change the last bullet ("Non-federal land where…") to "Lands that enhance recreation opportunities". | EMPSi (KW): Change made. |
| 803. | 474 | D | B. Krickbaum | Add" Lands that consolidate BLM ownership and/or enhance management goals. | EMPSi (KW): Change made. |
| 804. | 474 | D | Joan May (CA) | All the criteria referenced in B are reasonable candidates for acquisition and should not be excluded from D | EMPSi (KW): Lands within key/priority habitats: this is included in lands containing valuable resources; the e.g., list is just an example of what could be considered. River-side parcels and/or associated water rights along the Gunnison, San Miguel, and Dolores Rivers with important riparian values or that provide watershed or water quality protection values (e.g., salinity/selenium, sedimentation): this is included in lands containing valuable resources; the e.g., list is just an example of what could be considered. |
| | | | | **Coal** | |
| 805. | 482 - 491 | All | Hawke (RACSG) | Add a stipulation to require coal lessees to reduce, mitigate, or offset most or all of coal mine methane pollution. **Explanation & Notes:** My understanding is that technology now exists to provide far better treatment of methane, in an economically feasible way. This may include methane capture for sale or use (electricity, fleet vehicles) and other treatment. Coal mining within the UFO produces a signifcant amount of methane that comprises a significant portion of the state's contribution to release of climate-changing compounds. This presents both a strong opportunity and need for UFO to address methane management in coal leasing. UFO should fully evaluate methane capture, venting, flaring and offsets. | EMPSi (KW): Suggestion is beyond the scope of this document. The BLM will follow national policy concerning the matter. The BLM does allow methane capture but cannot require it. |
| 806. | 484 | A + B | Ela | As North Fork mines apply for expansions of acreage, | BLM (BK): Methane venting, capture, or other, is an |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | (RACSG) | require methane emissions regulations as a condition of such expansion approvals. Consider expansion applications to be a waiver of past grandfathered exemptions as to methane emissions. My inquiries on status from the Conservation Center in Paonia says BLM asked the mines for an economic feasibility report. The mines responded and the report in BLM hands remains an actelypon? | implementation level decision, and will be analyzed at the time of leasing.  While a gas company cannot drill for gas over a coal mine, the preferred alternative does have a provision that allows for mining of methane over underground coal mines for the purpose of methane capture. |
| 807. | 484 | Preferred | T. Stranathan | What about adding the stipulation regarding capture of coal mine methane being vented? There should be an opportunity here to highlight and support this budding attempt at limiting GHG, and climate change. | EMPSi (KW): Suggestion is beyond the scope of this document. The BLM will follow national policy concerning the matter. The BLM does allow methane capture but cannot require it. |
| 808. | 485 | B,C,D | Steve Weist (RACSG) | These three alternatives break down the coal development areas into three coal formations, however, the figures do not show which formations the gray areas are related to. Either the formations should be identified on the figures, or the formation breakdowns should be removed from this row. Or a figure that identifies the coal formations should be referenced. | EMPSi (KW): Figures will be updated. |
| 809. | 486 | all | Armstrong[1], Sharrow[2] | The Tabeguache area is closed (legislatively) to coal leasing. Close all WSA to coal leasing (even underground). | EMPSi (KW): Added Tabeguache area to legislative closure. Added WSAs to screen 3 closure. |
| 810. | 486 | All | D. Dyer | Figure 2-29 in Appendix A relates to Alternative A only and "Coal Resource Development Area Acceptable to Leasing".  However, the text on line 486 indicates that the area referred to should be " …acceptable for further consideration for coal leasing but unsuitable for surface mining or surface mining operations…" namely the Tabeguache Area and WSA's.  Therefore Figure 2-29 in Appendix A and the text in Chapter 2 are not matched.  Figure 2-72 is a match with the text on line 486. | EMPSi (KW): Figures updated. |
| 811. | 486 | All | B. Krickbaum | I don't think this is the correct map reference. I don't see a map that has screen 2 information on it.  Maybe leave off the map reference. | EMPSi (KW): Changed wording so that references to figures are correct. |
| 812. | 488 | D | Armstrong[1], Sharrow[2] | SRMAs and state wildlife areas are OK for subsurface mining, but not surface. | EMPSi (KW): Per conversation with Matt McColm at COSO (9/20/11), we cannot pick areas to close |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111475

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

# Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | to surface mining. Either it falls out under screen 2 or it's closed to leasing under Screen 3. |
| 813. | 489 | A | B. Krickbaum | Row applies to A only.  B,C,D are no similar stip. | EMPSi (JW): Change made. |
| 814. | 489 | A, B, C and D | D. Dyer | NSO-CO-1 (BLM 1991a)/NSO-49 in alternatives A, B, & C should only appear in alternative A while "No similar action" should appear in alternatives B, C, and D. It is a stipulation that came from the San Juan San Miguel RMP and is superseded by stipulation CSU-51 in alternatives B, C, & D on line 490. | EMPSi (JW): Change made. |
| 815. | 490 | | B. Krickbaum | Add a new row after 490.  The new action will apply to B and D, but not C or A: New action is in **attachment D**. *See comments from B. Krickbaum: Z:\Shared\Projects\F-0126 UFO RMP\2_Deliverables\17_P3T7_Alternatives(Ch2)\3.7.D_BLM-CA-RACSC-Cmts\BLM (file name: Ch2_draft_UFO-Comments_062311_Krickbaum.docx)* | EMPSi (KW): Change made. |
| 816. | 490 | B, C, D | B. Krickbaum | After the 1ˢᵗ sentence ending with "operations", add: "This stipulation does not apply to operations that capture or pipe methane from a mine for beneficial use." | EMPSi (KW): Change made. |
| 817. | 491 | B, C, and D | D. Dyer | Note : The following edit addresses coal potential "across the UFO" and three circumstances – 1 Unleased in pre-exploration and pre-mining phase. 2 Licensed or leased in the exploration or mining phase or post-mining phase (lease may be active and reclamation may be in progress. 3 Post-license and lease phase being completely mined-out. The portions of the coal potential area where the overburden above the coal is less than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are required to consult and coordinate their activities with the BLM Authorized Officer to first determine the status of the coal | EMPSi (KW): Change made. |



BLM_0111476

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | resource then what course of action is in the public's interest. Under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. Where the coal is in place but is neither licensed for exploration nor leased for mining, oil and gas operators may expect well placement and fracking activities to be scrutinized and adjusted by BLM to avoid ruining coal resources. Where the coal is either licensed for exploration or leased for mining the oil and gas operators must consult with the affected coal operators on proposed oil and gas exploration or development. In the event that the oil and gas and coal operators are unable to reach an agreement on any proposal, the BLM Authorized Officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. This applies even if actual exploration and mining has ceased. Where the coal has been determined by BLM to be completely mined-out and all licenses and leases terminated the oil and gas operator is required to apprise themselves of information regarding historic mine maps and mine related drill holes. (Refer to Appendix B.) | |
| | | | | **Fluid Minerals** *(Oil and Gas and Geothermal Resources)* | |
| 818. | 494 | A | B. Krickbaum | Delete the 3rd and 4th paragraphs. That is, delete those beginning with: "Open federal oil, gas, and …" and "Lease oil and gas with standard.." These are actions that are covered by specific actions later in the section. | EMPSi (KW): Change made. |



BLM_0111477

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 819. | 495 | B | Hawke (RACSG) | The lands proposed to be closed to leasing are only considered *en masse*, encompassing a broad array of resource considerations and potential special designations. This does not provide a full range of alternatives. Closures for separate kinds of resource considerations and special designations (e.g. Gunnison sage grouse leks as opposed to State Parks) should be considered separately.' | EMPSi (KW): This row provides a summary of the decisions in other sections. In other words, the acreage and list here is the sum total of decisions for other resources/resource uses. |
| 820. | 495 | D | Joan May (CA) | Add San Miguel River SMRA and ACEC and Dolores River Canyon to D. Also add lands identified for wilderness character to D | EMPSi (KW): Management team determined that NSO would adequately protect these areas by requiring directional drilling from outside of the area (see Appendix B). |
| 821. | 495 | D | Hawke (RACSG) | Change to read like Alt B<br>**Explanation & Notes:**<br>Alt D only closes leasing in WSAs and within 1000' buffer of certain water features. This is not sufficient to preserve the myriad of other important values described in Alt B - ranging from sensitive ecological resources to community amenities enjoyed by a broad range of users, like State Parks and Wildlife Areas. In addition, the additional protection for water supplies reflected in Alt B is very important - as water quality for agriculture, people and wildlife is critically important in this arid region. Addressing key needs for resource protection through an alternative like B is more than reasonable - with a mineral estate of over 2 million acres, Alt B would leave 90% of the mineral estate acres open for leasing under various conditions. | EMPSi (KW): Management team determined that NSO or CSU would adequately protect these areas by requiring directional drilling from outside of the area or proper siting of wells (see Appendix B). Note that Kinikin Hills and Paradox Valley are not SRMAs under Alternative D. |
| 822. | 495 | D | Pfifer | Need to list the no lease areas here like in the other sections, ie ROW excl. | EMPSi (KW): No leasing for Alternative D is Same as Alternative C. |
| 823. | 495 | Preferred | T. Stranathan | The choice to No Lease an area not already required by legislation and thus should not be an "alt C" (development) alternative.  Should be NSO rather than No Lease if going with Alt C here.<br>This could get difficult and problematic to limit drainage upon from drilling operations 1 to 4000 feet away.  Prefer NSO, it would be protected exactly the same, but still provide benefit to the public, through | EMPSi (KW): BLM District and Management discussed and decided to leave as-is. |



BLM_0111478

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | lease revenue and potentially from gas produced by horizontal drilling which could easily reach the subsurface from a surface location as great at 4,000 feet away from the edges of these stream segments or center of water well. See the Requirements of Appendix F, page F-27 Lines 10-15. | |
| 824. | 497 | All | Armstrong[1], Sharrow[2] | Show a list of NSOs. | EMPSi (KW): Change made. |
| 825. | 497 and 498 | B, C, D | B. Sharrow[2] | List areas. | EMPSi (KW): Change made. |
| 826. | 497 | D | Hawke (RACSG) | Change to read like Alt B, and add "and such NSO stipulations shall not be subject to waiver, modification, or exception." **Explanation & Notes:** The UFO encompasses a broad range of highly valuable resources, and a balanced approach is essential to permit reasonable energy exploration and development while protecting multiple other resources - user experience, wildlife and ecological resources, visual and natural soundscape resources, and more. The important tool of NSO stipulations should be applied to a much larger extent of acreage to preserve valuable other resources while accommodating some energy development. | EMPSi (KW): All stipulations were reviewed individually and it was determined that in some cases NSO was too restrictive for the resource being protected. Where appropriate, stipulations allow for exceptions, modifications, and waivers, as specified in Appendix B. |
| 827. | 497 | D | Pfifer | Need to list the NSO areas here like in the other sections, ie ROW avoidance. Per Table 2-1, there is NSO on 262,410 acres, shown on Figure 2-50 – I have a significant concern with this, particularly when you look at the map, and see so many large blocks of public land with NSO whereby the NSO virtually constitutes a NL because the blocks are so large we will not be able to access the federal minerals. I think we need to see the list of NSO areas and revisit this. | BLM (BK): FO and District management reviewed the NSOs, and they are comfortable with the list and areas.  GIS will revisit the map to ensure it is correct. |
| 828. | 498 | All | Armstrong[1], Sharrow[2] | Show a list of CSUs. | EMPSi (KW): Change made. |
| 829. | 499 | All | Hawke | Timing Limitations alone should not be relied upon to | EMPSi (KW): This row provides a summary of the |



BLM_0111479

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | (RACSG) | preserve sensitive habitats or user experience. TLs should at least be used in conjunction with CSUs, and provisions for exceptions, modifications and waivers should be strictly limited. | decisions in other sections. In other words, the acreage and list here is the sum total of decisions for other resources/resource uses. |
| 830. | 500 | Preferred | T. Stranathan | Add "and plans for surface reclamation" after water protection and say for "both OG and Geothermal permitted actions". | EMPSi (KW): Change made. Action now reads, "Require operators to meet the current BLM "Goldbook" standards for soil and water protection and plans for surface reclamation plus other BMPs (Appendix F), as applicable, for all permitted fluid minerals (i.e, oil and gas and geothermal) actions." |
| 831. | 500 | Preferred | T. Stranathan | Add that operators are required to meet the application requirements provided for in Federal Onshore Order Number One "Approval of Operations" revised May 7, 2007, when submitting proposals to develop federal minerals, service wells, on certain subsequent well operations, and abandonment. Geothermal may require a slightly different process. | EMPSi (KW): Operators must follow onshore orders; not a planning decision. |
| 832. | 500 | Preferred | T. Stranathan | Please add that in addition to the surface operating standards of OO#I and the Gold Book, OG operators must also comply with federal Acts, regulations and orders such as Onshore orders 2-7 all National and State Notice-to Lessee(s) (NTLs) and applicable Interagency agreements, documented using and submitting proper federal operational, unit and leasing forms. | EMPSi (KW): Operators must comply with the law; not a planning decision. |
| 833. | 500 & Appendix F | All | Hawke (RACSG) | These are important standards and the RMP should clearly state that the BLM can mandate them, and they are not dependent on operator agreement. | EMPSi (KW): The following paragraph is included in the BMPs appendix: Best management practices are state-of-the-art mitigation measures applied on a site-specific basis to avoid, minimize, reduce, rectify, or compensate for adverse environmental or social impacts. They are applied to management actions to aid in achieving desired outcomes for safe, environmentally responsible resource development, by preventing, minimizing, or mitigating adverse impacts and reducing conflicts. Best management practices can also be proposed by project applicants for activities on public lands (e.g., for gas drilling). |



BLM_0111480

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | Best management practices not incorporated into the permit application by the applicant may be considered and evaluated through the environmental review process and incorporated into the use authorization as conditions of approval or rights-of-way stipulations. Standard conditions of approval and rights-of-way stipulations are also provided in this appendix as appropriate. Additional best management practices, conditions of approval, and rights-of-way stipulations could be developed to meet resource objectives based on local conditions and resource specific concerns. |
| 834. | 501 | All | Hawke (RACSG) | These approaches are highly recommended to manage impacts of oil and gas development; this approach should required as a standard unless there is a clear demonstration as to why it is not feasible. | EMPSi (KW): Because we don't know every conceivable situation, the BLM cannot make it a standard, but this action allows the BLM to apply it if appropriate. |
| 835. | 501 | Preferred | T. Stranathan | This is a BMP, should be in Appendix B. | BLM (BK): After reviewing with management, we decided to not change the row. |
| | | | | **Other Minerals** (Locatable, Mineral Materials, Non-energy Leasable Minerals) | |
| | | | | **Locatable Minerals** | |
| 836. | 505 | All | Hawke (RACSG) | Add an objective to allow for, and promote, creative approaches in working with the mining industry to better manage where, how and when mining occurs; and the standards and methods for restoration as linked to BLM land health goals. | EMPSi (KW): This is really implementation. BLM does not have as much discretion over locatable mineral development as it's governed by the 1872 mining law. |
| 837. | 506 | A, B, C, D | A. Schroeder (CA) | In the note to BLM, the 20 acres of withdrawals shown by GIS is very much in error. The Bureau of Reclamation, alone, has several thousand acres currently under withdrawal within the UFO. However, portions of that total are within the Dominguez-Escalante NCA and the Gunnison Gorge NCA planning areas. If the GIS information includes all of the withdrawal information from the current Master Title Plats (MTPs) then it should have the current USBR withdrawals (and others) identified. If necessary, I can work with BLM staff to help identify USBR's withdrawn lands. | EMPSi (KW): acreage reviewed and updated. |



BLM_0111481

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Also, the BOR acreage should not include any withdrawals for the Dominguez and Fruitland Mesa Projects. BOR is attempting to have the withdrawals on these projects revoked. | |
| 838. | 506 | | B. Krickbaum | EMPSI comment – yes, it will be much more than 20 acres. | EMPSi (KW): acreage reviewed and updated. |
| 839. | 507 | B,C,D | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from locatable mineral entry. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface | EMPSi (KW): The BLM can petition for federal minerals to be withdrawn even if they are overlain by private land as the federal mineral estate is managed by the BLM. |
| 840. | 507 | D | Joan May (CA) | Include San Miguel River ACEC and SMRA in D | EMPSi (KW): BLM management determined that a withdrawal for the SRMA/ACEC is not necessary to protect the resources. |
| 841. | 507 | D | Hawke (RACSG) | Change to read like B | EMPSi (KW): BLM management determined that the list is adequate for Alternative D. |
| | | | | **Mineral Materials (Salable Minerals)** | |
| 842. | 511 | B,C,D | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from mineral material sales. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface | EMPSi (KW): The BLM can make federal minerals unavailable for development even if they are overlain by private land as the federal mineral estate is managed by the BLM. |
| 843. | 512 | A | A. Schroeder (CA) | Replace "mineral material sales" with "mineral materials disposal."  Rationale: Consistent use of terms (mineral materials; sale vs disposal). Mineral materials may be disposed of through various methods, including sale, free use permits, etc.. | EMPSi (JW): Change made. |
| 844. | 513 | A and D | B. Krickbaum | Need XX acres, and also a map. | EMPSi (KW): Acres and figure added. |
| 845. | 513 | C | Pfifer | Need to add the language in Alt C to Alt B and delete from Alt C – I don't think this is consistent with Alt C. | EMPSi (KW): Switched Alternatives B and C. |
| | | | | **Non-Energy Solid Leasable Minerals** | |
| 846. | 517 | D | Armstrong[1], Sharrow[2] | Add "Suitable WSR segments".  Add to the list of ACECs:  Adobe Badlands, Roubideau | EMPSi (KW): Added WSR segments. Deleted list from under ACECs as the list is now encompassing of all ACECs. Added allowable use to WSRs and |


BLM_0111482

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Corridors, San Miguel River | Adobe Badlands, Roubideau Corridors, San Miguel River ACECs. |
| 847. | 517 | B,C,D | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from Non-energy solid minerals. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. | EMPSi (KW): The BLM can make federal minerals unavailable for development even if they are overlain by private land as the federal mineral estate is managed by the BLM. |
| 848. | 517 | B-D | M. Siders | Add "Federally threatened, endangered and candidate plant species' occupied habitat;" | BLM (BK): Added to all alternatives. Also added to the row under SSS Plant with mineral materials disposal closure which includes 650-foot buffer from plants. That action for alternatives B-D reads: Close all federally threatened and endangered plant species' occupied habitat (plant with a 650-foot buffer) to mineral materials disposal and non-energy solid mineral leasing. |
| 849. | 517 | D | Joan May (CA) | Add San Miguel River ACEC and Saltado Creek to D | BLM (BK): Added to list: "Suitable Wild and Scenic River segments." As SRMAs would be closed to non-energy solid mineral leasing, the San Miguel River ACEC would be protected. |
| | | | | **Areas of Critical Environmental Concern** | |
| 850. | 522 | C, D | B. Krickbaum | C:  The size of Fairview in C is 210 acres (the original ACEC). D:  Since the size of Fairview is different from C, show the complete list (i.e, not the same as C).  Add Adobe Badlands and Needle Rock to the list in D. | EMPSi (KW): Change made. Updated Table 2-1 and row 527. |
| 851. | 522 | C | B. Krickbaum | List is correct (Includes San Miguel, does not include Roubideau Corridors). | EMPSi (KW): Thank you for your comment. GIS updated to reflect matrix. |
| 852. | 522 | b,d | B. Day (RACSG) | Lines 127 and 522 are really impossible to consider separately, because, while they may each have a wide enough range of alts, some areas really need protection as either BCA or ACEC. Decisions on what eventually goes into Alt D obviously have to look at including some areas as BCAs if they're not included as ACECs | EMPSi (KW): The BLM is evaluating each ACEC and biological core area in the preferred alternative and will change if needed. Biological core areas are considered under wildlife. |
| 853. | 522 | C | M. Siders | Response to yellow highlight note:  As I remember it, this alternative should include San Miguel River ACEC (original size), but not include Roubideau Corridors. | EMPSi (KW): Thank you for your comment. GIS updated to reflect matrix. |



BLM_0111483

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 854. | 522 | C and D | J. Jackson | In Alt D you refer to Same as C and then you list Fairview South Expansion ACEC/RNA which is already listed in Alt. C with same acres. | EMPSi (JW): Changed to be full list of ACECs. |
| 855. | 522 | C, D | David Sinton | Change Fairview South Expansion ACEC/RNA (640 acres) to Fairview South Expansion ACEC/RNA (610 acres) | EMPSi (KW): Under Alternative C, Fairview South is the original size (210 acres). Change made to Alternative D. |
| 856. | 522 | D | B. Krickbaum | Change "East Paradox ACEC" to "Biological Soil Crust ACEC. (Note: this is in D only – B stays as it is. | EMPSi (JW): Change made. |
| 857. | 522 | D | Joan May (CA) | Add San Miguel River ACEC to D | EMPSi (KW): San Miguel River ACEC is included in D because it says "Same as Alternative C, plus" and San Miguel River is in Alternative C. |
| 858. | 522 | D | Hawke (RACSG) | Add "Simms Cerro Gunnison sage grouse ACEC" **Explanation & Notes:** An important opportunity exists to preserve and enhance habitat for Gunnison sage grouse in the Simms Mesa area. To permit recovery of this critically imperilled and declining candidate species, various areas within the UFO are important to manage for GuSG, including areas like Simms Mea that, in addition to including lek sites, are particularly suited to provide connectivity between subpopulations, and sites for translocation. To accomplish such goals in the Simms Mesa area, significant vegetation restoration would be required, as well as use restrictions including but not limited to no surface occupancy and reduction of motorized route density. An ACEC would provide the sort of management framework to accomplish this; potentially a biological core area or other special designation might accommodate similar goals and management prescriptions. The CO Division of Parks and Wildlife should be consulted for approaches in the RMP that would provide better support for this rapidly declining species. Finally, GuSG has a highly restricted range within a handful of BLM field offices in CO and Utah; the contribution of UFO to the recovery of this species is thus magnififed in importance. Protective management approaches in the Simms Mesa area could also support an important population of mule deer that | BLM (BK): BLM reconsidered, and decided to leave this proposed ACEC out of "D". There are few sage-grouse (none in the Sims portion for years) and the habitat is fragmented. We think working with CDOW and permittees, as well as working within the sage grouse plan is adequate. An ACEC probably would not offer more protections than other guidelines and coordination with CDOW. |



BLM_0111484

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | utilizes the area. | |
| 859. | 522 | D | Hawke (RACSG) | Add "Coyote Wash  ACEC" **Explanation & Notes:** ACEC protections are important in the Coyote Wash area to meet management goals for rare plants, as referenced in line 197. Of special importance to preserve in this area is the Kachina daisy, which is extremely rare, and found in only 2 locations in Colorado. In addition to being vulnerable to common ground-disturbing impacts, this species is dependent on seeps, and sensitive to changes in hydrologic function. As Coyote Wash is a tributary to the Dolores River, this area encompasses a system of ecological values that are important to the overall integrity of the Dolores River system. An ACEC encompassing this area would also support bighorn sheep and river otter, of concern to the State | EMPSi (KW): Coyote Wash is entirely within Dolores River Slickrock Canyon ACEC so therefor it is in Alternative D. |
| 860. | 522 | D | Hawke (RACSG) | Change East Paradox ACEC to 7360 acres and add "West Paradox ACEC"s. **Explanation & Notes:** The full extent of proposed ACECs in the North Paradox region are needed to protect globally rare plants, including Payson lupine and Paradox breadroot; and nesting habitat for peregrine falcon and potentially golden eagle; potential habitat for Mexican spotted owl; and to encompass proposed preservation areas in mulitple CNHP PCAs. The vicinity of the Dolores river canyons also supports bighorn sheep,of concern to the State. Given the increase in interest and potential recreation activity in the Paradox area, it becomes especially important to establish protective frameworks of BLM designations, knowing that a range of active uses will occur in the region. Given the multiplicity of conservation values throughout the Paradox, Dolores, and tributary areas, ACECs are especially relevant in these areas and can help meet goals of the BLM, State, FWS, and many users. | EMPSi (KW): BLM felt that an ACEC of 7,360 acres in East Paradox was unmanageable but the BLM is carrying forward 1,900 acres to protect the rare biological soil crust. BLM felt the West Paradox ACEC was unmanageable and the values didn't warrant special protection as an ACEC. |
| 861. | 522 | D | Hawke | Add "La Sal Creek ACEC" | EMPSi (KW): A portion of La Sal Creek is within |



BLM_0111485

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | (RACSG) | **Explanation & Notes:** This proposed ACEC offers an opportunity to preserve multiple values in one location, particularly rare plants and wildlife. In addition to Paradox Breadroot, this area encompasses highly rare riparian communities such as box elder/river birch and New Mexico privet; ACEC management for this area would support several species of special concern for the State, including bighorn sheep, river otter and peregrine falcon and is important to support terrestrial conservation targets which may not be addressed by other designations. | Dolores River Slickrock Canyon ACEC. The BLM felt that the remaining portion did not warrant protection as an ACEC. |
| 862. | 522 | D | Hawke (RACSG) | Add "Salt Desert Shrub Ecosystem ACEC/RNA" **Explanation & Notes:** This area provides an exceptionally important opportunity to preserve multiple significant ecological values in one location in a system setting. The UFO has a critical role in preserving and recovering the federally threatened Colorado Hookless cactus, and this ACEC is probably one of the top opportunities to do so. While responding to this mandate, UFO could additionally support, through this ACEC, a host of additional special status and unique species - like burrowing owl, kit fox, and white-tailed prairie dog - and also wildlife important to the State like pronghorn. Arid shrub and badlands systems present a unique resource with top examples found in several central western Colorado counties, and it is important to preserve these sensitive resources that depend on a fragile and unusual environment. Perhaps a slightly different configuration or extent of the proposed ACEC could support these important values, if that would be more successful in implementation. The USFWS, State Parks and Wildlife and CNHP should be consulted for resource needs and protection opportunities in the area, and any potential modifications that might lead to successful adoption and implementation of this ACEC. | EMPSi (KW): A portion of the Salt Desert Shrub Ecosystem ACEC/RNA (6,380 acres as the Adobe Badlands ACEC/ONA) is included in Alternative D. |
| 863. | 523 | All | C. Sharp | We need larger maps and/ or GIS data to adequately | EMPSi (KW): These decisions are included in the |



BLM_0111486

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | (USFWS/CA) | evaluate and comment on these decisions | figures in Appendix A. Larger maps of individual ACECs are available in the ACEC report. |
| 864. | 523 | B | A. Schroeder (CA) | Replace "salable mineral" with "mineral materials." | EMPSi (JW): Change made. |
| 865. | 523 | C | M. Siders | Shouldn't this alternative be ROW avoidance? | EMPSi (KW): No, each ACEC specifies if it's avoidance or not. San Miguel River ACEC in Alt C is not avoidance so we couldn't make that global here. |
| 866. | 523 | D | M. Siders | There are no blanket ACEC Stips for Alternative D as with B and C? I thought we had some. | EMPSi (KW): No, each ACEC was considered individually. |
| 867. | 523 | D | C. Sharp (USFWS/CA) | "Same as Alternative A"? Or Alt. B? Meaning no management prescription for the ACEC's under consideration, or management as prescribed under the ACEC sections themselves? Is this a typo? (Alt. C appears to be more protective in this instance than Alt. D) | EMPSi (KW): Not a typo. Each ACEC was considered individually so no blanket statement could be made in this row. |
| 868. | 525, 545, 531 | D | B. Krickbaum | Add: Allowable Use: Close to non-energy solid mineral leasing. | EMPSi (KW): Change made. |
| 869. | 525 | | Clements | Do we need to prohibit camping from all areas? Upper portions would probably be ok and would allow for people to have "wilderness" overnight experience-links to the forest. | BLM (BK): Per Field Manager, leave the ACEC closed to camping. Allowing camping would be disturbing to the saline soil. Camping is a disturbing activity. |
| 870. | 525 | D | C. Sharp (USFWS/CA) | ACEC's Adobe Badlands<br><br>Given that the area would be designated, in part, for the protection of special status species and habitats, we would expect to see additional measures unique to this area designed to achieve conservation benefits for those species. In fact, without proper controls, the designation as proposed may result in more impacts due to recreation and other impacts.<br><br>See SSR comments in Comment #16. Within the ACEC, extractive uses would be restricted or prohibited, but all others (travel, recreation, range, other BLM projects, etc.) would be subject to SSR where appropriate, as proposed by other stipulations. | EMPSi (KW): BLM believes that the restrictions are adequate to protect the values. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | It would make sense, especially in an ACEC, that there be additional protections, conservation measures, and proactive strategies for the resource(s) for which the area is designated.<br><br>Strategies to strengthen and validate the ACEC as a truly protected area include, but are not limited to:<br>• Include a NGD (non-fluid mineral) and SSR stipulation with appropriate buffers for the species of interest<br>• Manage as ROW exclusion, excepting existing, currently permitted corridors<br>• Include protections for historic habitats for special status species<br>• Increase standard buffers<br>• Prohibit disruptive activities where appropriate<br>• Quantified goals for enhancement, inventory, monitoring, research, etc.<br>• NGD and disruptive activity stipulations for prairie dog and kit fox (see earlier comments for those species in this table)<br>• Reclamation of existing disturbance, if applicable<br>• Implement disturbance thresholds as necessary (cumulative disturbance and density, e.g., no more than 1% disturbance, no more than .5 miles route per sq. mi.)<br>• Etc.—see all other Service comments on standard stipulations for special status species<br><br>We would like to point out the relevance of Section 7(a)(1) of the Endangered Species Act and its mandate for "affirmative conservation". Whereas Section 7(a)(2) prohibits federal agencies from doing "bad" things to listed species, Section 7(a)(1) directs agencies to do "good" things for these species, i.e., conservation efforts such as protected area designation. In other words, agencies are legally obligated to not only avoid, | |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | mitigate, or compensate for impacts on imperiled species, but to also implement proactive conservation. | |
| 871. | 525-555 | B,C,D | Steve Weist (RACSG) | Identified figure numbers appear to be incorrect. These rows area talking about ACEC, yet the figures identified talk about other ways you are keeping people out of these areas. If you are talking about ACEC's you should be identifying different management practices using the correct ACEC figure. | EMPSi (KW): Reference to figures that you are referring to is for the stipulations listed under each of the ACECs. This is standard throughout Chapter 2 that, whenever a stipulation is listed, we reference Appendix B and the corresponding figure in Appendix A. For clarity, removed reference to stipulations figures in ACECs section. |
| 872. | 527 | B | B. Krickbaum | 2nd bullet: remove "allow sheep grazing for research. Create a bullet (now the number 3) that reads "Allow research on sheep impacts to clay-loving wild buckwheat" | EMPSi (KW): Change made. Bullet #3 now reads, "Allow research on impacts from sheep to clay-loving wild buckwheat." |
| 873. | 527 | B | M. Siders | "Manage with additional exceptions for ROW exclusion … " appears to mean that there ROWs would allowed within 200 ft of edge of the roads listed, and 600 ft of private lands.  Add similar language as Alt D "manage these exceptions as ROW avoidance" | EMPSi (KW): Standard exceptions for ROW exclusion are now only included in Lands and Realty section and there is language requiring exceptions to ROW exclusion being managed as ROW avoidance. |
| 874. | 527 | C,D | David Sinton | Change Manage 640 to Manage 610 | EMPSi (KW): Alternative C should be 210 acres (current size) and alt D should be 610 (per BK). |
| 875. | 527 | D | B. Krickbaum | Change the 2rd bullet to read: "Allow research on sheep impacts to clay-loving wild buckwheat" | EMPSi (KW): Change made. Bullet #3 now reads, "Allow research on impacts from sheep to clay-loving wild buckwheat." |
| 876. | 527 | D | L Reed | We need to confirm that the boundary of the Fairview South ACEC was adjusted along the South Canal to exclude a 200 foot buffer zone from the ACEC per BORs request.   [Also BOR asked that the ACEC be designated as Avoid not Exclude.]  If the 200' buffer zone along the South Canal is removed from the ACEC,  the current 640 acre amount needs to be reduced to reflect this.  Or if we are not going to revise the boundary and acreage, then we need to add this exception to the ACEC, line 527 and cross reference in Lands Matrix line 450.  Please see my 3/25/2011 email forwarding BOR's request and rationale.  [I can resend email if needed] | BLM (BK): The map and acres are correct, and they do include a 200 foot buffer along South Canal. We have left the ACEC as ROW exclusion.  With the 200 foot buffer, and exceptions along edge-holding, there should be sufficient room to place facilities. It may take a little more effort than avoidance. |
| 877. | 527 | D | A. Schroeder (CA) | Replace "salable mineral material" with "mineral materials." | EMPSi (JW): Change made. |



BLM_0111489

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 878. | 527 | D | S. Bear (RACSG) | Fairview South ACEC – The Bureau of Reclamation and DMEA have identified a high potential renewable energy hydroelectric resource along South Canal adjacent to this proposed ACEC expansion area. To allow for the ongoing operation and maintenance of the South Canal and the development of this renewable hydroelectric facility, the boundary of the ACEC expansion area should be offset from the canal boundary by 200 meters. This 200 meter (656 feet) buffer from the canal is consistent with NSO-16/SSR-24 and will allow for but not be limited to the future reconstruction and/or realignment of the South Canal in this area, power lines, power houses, and construction and maintenance vehicles for both the irrigation facility but for this renewable hydroelectric resource. | BLM (BK): The ACEC includes a 200 foot buffer along South Canal, which was requested by Bureau of Reclamation. |
| 879. | 527 | D | C. Sharp (USFWS/CA) | ACEC's Fairview South<br><br>Why is the area being designated for Adobe beardtongue (*Penstemon retrorsus*), which is not a special status species; but does not consider Montrose bladderpod (*Lesquerella vicina*) or Colorado desert-parsley (*Lomatium concinnum*), both BLM sensitives? Colorado desert parsley has been observed in the current S. Fairview ACEC and further south, and Montrose bladderpod has been documented further south (within the proposed expansion ACEC, as I recall).<br><br>Editorial: Move the 3ʳᵈ bullet point, "close to sheep grazing" ahead of the 2ⁿᵈ point, "research sheep impacts…", the introduce the greater concept.<br><br>Regarding 4ᵗʰ bullet point: BLM will be hard pressed to demonstrate that sheep grazing is <u>wholly</u> beneficial, i.e., with no impacts (herbivory, trampling, indirect disturbance), as implied. [ESA regulations require that | BLM (BK 10/5/11): Adobe beardtongue (*Penstemon retrorsus*) will be removed from the list of species protected in the ACEC in alternatives C and D. It will remain in the larger ACEC in Alt B.<br><br>Our GIS data (2011) does not show Montrose bladderpod (*Lesquerella vicina*) or Colorado desert-parsley (*Lomatium concinnum*) within or near the ACEC area in alternative D. These two species will not be included, unless BLM receives data and verification the species exist in the proposed ACEC.<br><br>Moved the 3ʳᵈ bullet up ahead of the 2ⁿᵈ.<br><br>Changed the 4ᵗʰ bullet to: "Allow sheep grazing if approved research clearly demonstrates that sheep grazing effects are beneficial or have no impact to clay-loving wild buckwheat, through consultation with USFWS."<br><br>Kate/Jen, the action in D will read: |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | we consider effects beneficial only when they are wholly beneficial.] The Colona BA and BO (2008?) and recent monitoring already determined that grazing in the area does have impacts on buckwheat, so a "no effect" determination is also improbable under these circumstances. Since we've already established there *are* impacts on the species due to grazing, the real question, then and now, is whether those impacts are <u>adverse</u>. Adverse effects may warrant closing the area to grazing. **Recommend rewording as follows: "Allow sheep grazing if approved research clearly and definitively demonstrates that sheep grazing effects are insignificant, discountable, or beneficial."** [ESA regs: "not likely to adversely affect" are those actions that have insignificant (relates to scale/ take), discountable (unlikely to occur), or beneficial (wholly beneficial) effects.]<br><br>Given that the area would be designated, in part, for the protection of special status species and habitats, we would expect to see additional measures unique to this area designed to achieve conservation benefits for those species. In fact, without proper controls, the designation as proposed may result in more impacts due to recreation and other impacts. See SSR comments in Comment #16. Within the ACEC, extractive uses would be restricted or prohibited, but all others (travel, recreation, range, other BLM projects, etc.) would be subject to SSR where appropriate, as proposed by other stipulations. It would make sense, especially in an ACEC, that there be additional protections, conservation measures, and proactive strategies for the resource(s) for which the area is designated.<br><br>Strategies to strengthen and validate the ACEC as a truly protected area include, but are not limited to:<br>    • Include a NGD (non-fluid mineral such as the | Manage 610 acres as the Fairview South ACEC/RNA to protect clay-loving wild buckwheat. Management actions include the following:<br>• Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>• Close to sheep grazing except for research.<br>• Research sheep impacts on clay-loving wild buckwheat.<br>• Allow sheep grazing if approved research clearly demonstrates that sheep grazing effects are beneficial or have no impact to clay-loving wild buckwheat, through consultation with USFWS.<br>• Close to cattle grazing.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Close to motorized and mechanized travel.<br>• Manage as day use only; prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting.<br>• Close to wood product sales and/or harvest.<br>• Manage as VRM Class III.<br>• Allowable Use: **STIPULATION** NSO-50/SSR-XX: *Areas of Critical Environmental Concern.* Prohibit surface occupancy. (Refer to Appendix B.) (Figure 2-50, Appendix A) <mark>Kate/Jen, GIS, SSR is new.</mark><br>• Allowable Use: Close to mineral material disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Manage as ROW exclusion<br><br>Regarding "Strategies to strengthen and validate the ACEC…"<br>• We have included an SSR with the NSO. |


BLM_0111491

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | proposed recreation trails) and SSR stipulation with appropriate buffers for the species of interest<br>• Include protections for historic habitats for special status species<br>• Increase standard buffers<br>• Quantified goals for enhancement, inventory, monitoring, research, etc.<br>• Reclamation of existing disturbance and routes that will not be used<br>• Implement disturbance thresholds as necessary (cumulative disturbance and density, e.g., no more than 1% disturbance, no more than .5 miles route per sq. mi.)<br>• Etc.—see all other Service recommendations on standard stipulations for special status species | • Protections in the ACEC are sufficient to protect "historic habitats", so no additional protections are included.<br>• "Increase standard buffers". There is already an NSO, as well as a large list of prohibitions. Additional buffers are not necessary.<br>• "Quantified goals for enhancement, monitoring, research, etc." Not sure what you are suggesting. The specific requirements for inventory and monitoring are not planning level decisions.<br>• "Reclamation of existing disturbance and routes that will not be used". This is an implementation level decision.<br>• "Implement disturbance thresholds as necessary…" Additional routes will not be allowed, and it is NSO and SSR. We do not feel the disturbance thresholds are necessary in this ACEC. |
| 880. | 529 | D | A. Schroeder (CA) | Replace "salable mineral" with "mineral materials." | EMPSi (JW): Change made. |
| 881. | 529 | D | C. Sharp (USFWS/CA) | ACEC's<br>Needle Rock<br><br>I'm confused why the area would permit limited motorized/ mechanized travel, while previous ACEC's would not. With the exception of the county road, and given the area's steep topography and sensitivity/ value, it's not suitable for motorized/ mechanized travel. Please provide rationale.<br><br>"Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats." Stipulations should be provided at this stage, linked to the designation, not later. Do you mean project design features, terms and conditions, etc.? | EMPSi (KW): The area is limited to designated routes for the highway but the highway is the only "route" in the ACEC.<br><br>There is a stipulation for the ACEC (NSO), as well as other restrictions.<br><br>ACEC is not designated to protect special status species or their habitats.<br><br>Considering the nature of the ACEC, BLM believes the restrictions are adequate. |



BLM_0111492

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Given that the area would be designated, in part, for the protection of special status species and habitats, we would expect to see additional measures unique to this area designed to achieve conservation benefits for those species. In fact, without proper controls, the designation as proposed may result in more impacts due to recreation and other impacts. See SSR comments in Comment #16. Within the ACEC, extractive uses would be restricted or prohibited, but all others (travel, recreation, range, other BLM projects, etc.) would be subject to SSR where appropriate, as proposed by other stipulations.  It would make sense, especially in an ACEC, that there be additional protections, conservation measures, and proactive strategies for the resource(s) for which the area is designated.<br><br>Apply NGD wherever you apply NSO.<br><br>Recreation appears to be the focus of this designation, akin to an SRMA. If recreation is the priority here, then the designation should perhaps be an SRMA or similar. The management prescription(s) should agree with the designation title. | |
| 882. | 531 | B and D | Armstrong[1], Sharrow[2] | 6th bullet in B, and 5th bullet in D: Regarding camping, Remove "and/or requiring them to move at least 30 air miles away from the previously occupied location". Replace with "and or require them to move out of the ACEC." | EMPSi (KW): Change made. |
| 883. | 531 | D | Armstrong[1], Sharrow[2] | Remove: "Close to recreational mining activities."<br><br>Add a bullet (put at the end of the list):<br>• Recreational mining must adhere to the following practices:<br>  o Dredging shall not occur within two feet of any streambank that has established vegetation;<br>  o All activities shall be conducted to prevent undercutting of banks, including those in the | EMPSi (KW): Change made. |


BLM_0111493

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | floodplain; <br> o Material too large to be moved by hand shall remain undisturbed; <br> o All excavations shall have materials replaced upon completion of operations, and no sites shall be left open in excess of 14 days; <br> o Operations shall not disturb in excess of two cubic yards of material per day; and <br> o Anchorage systems (if used) shall not span the stream if it will restrict the free passage of water craft. | |
| 884. | 531 | | Clements | Delete "management" from 6th line | EMPSi (KW): Change made. |
| 885. | 531 | A | A. Schroeder (CA) | Possibly combine the two bullets related to closure of area (or portion thereof) to mineral materials disposal and mineral materials sale. Utilize the term "mineral materials disposal." <br><br> Rationale: Consistent use of terms (disposal vs sale)." Also, these actions are similar and could conceivably be combined into one. | EMPSi (KW): This language is directly from RMP amendment. |
| 886. | 531 | B and D | J. Jackson | Delete wording "after the 7 days has been reached, prohibit the camper from returning to that location for 30 day and/or requiring them to move at least 30 air miles away from the previously occupied location." <br><br> Replace with "all other CFR language (quote CFR number) remains the same" | BLM (BK): We left in the reference to 7 days We removed requirement to move 30 air miles, and replaced with "and or require them to move out of the ACEC". |
| 887. | 531 | C | B. Krickbaum | Size is 22,780 acres. | EMPSi (JW): Change made |
| 888. | 531 | C | David Sinton | Change XX to 22,780 | EMPSi (JW): Change made |
| 889. | 531 | D | B. Krickbaum | Response to EMPSi question: Yes, close to recreational mining. | EMPSi (JW): After discussion with District Office, area not closed to recreational mining activities. Per Armstrong/Sharrow comment, removed "Close to recreational mining", and replace with bullet listing practices. |
| 890. | 531 | D | M. Siders | Yes, to "closed to recreational mining," at least as far as I remember the discussions | EMPSi (JW): After discussion with District Office, area not closed to recreational mining activities, but recreational mining is subject to requirements (See Armstrong/Sharrow comment #882 above). |



BLM_0111494

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 891. | 531 | D | Joan May (CA) | Add 35,420 acre San Miguel River ACEC and VRM Class II to D. Retain recreational mining closure in D | EMPSi (KW): Management and District Office decided to keep original (current) acreage for the ACEC. Current infrastructure does not allow for VRM Class II management so BLM decided to leave it as Class III. Retained recreational mining closure. |
| 892. | 531 | D | A. Schroeder (CA) | Replace "salable mineral" with "mineral materials." | EMPSi (JW): Change made. |
| 893. | 531 | D | Steve Weist (RACSG) | Leave in recreational mining as part of this stream segment ACEC for recreation! | EMPSi (KW): BLM District Office and FO Management discussed and decided to leave as-is. |
| 894. | 531 | D | C. Sharp (USFWS/CA) | ACEC's San Miguel River

Include protection measures for, and recognition of, important biological resources for which this area is known (e.g., river otter, warm-water native fishes, Colorado River cutthroat trout, yellow-billed cuckoo, Canada lynx corridors, Mexican spotted owl, etc.).

Given that the area would be designated, in part, for the protection of special status species and habitats, we would expect to see additional measures unique to this area designed to achieve conservation benefits for those species. In fact, without proper controls, the designation as proposed may result in more impacts due to recreation and other impacts. See SSR comments in Comment #16. Within the ACEC, extractive uses would be restricted or prohibited, but all others (travel, recreation, range, other BLM projects, etc.) would be subject to SSR where appropriate, as proposed by other stipulations. It would make sense, especially in an ACEC, that there be additional protections, conservation measures, and proactive strategies for the resource(s) for which the area is designated. Include an NSO/ NGD stipulation where appropriate.

Recreation appears to be the focus of this designation, akin to an SRMA. If recreation is the priority here, then | BLM (BK 10/5/11): inserted "bird habitat" between riparian resources and scenic values. Thus, the intro text to this action (all alts) reads: "…to protect unique riparian resources, bird habitat, and scenic values. …"

EMPSi (JW): Change made per BK's comment above.

The action includes protections for sensitive species. These include prohibitions of some activities which would benefit sensitive species. Actions that protect sensitive species include no forest product removal or wood collecting, limited camping to sites, limited travel, NSO, closed to coal. Additional detailed protections for sensitive species are included in other sections.

As part of the ACEC report, we recognized the importance of this area for some sensitive species as a rational for its designation. |



BLM_0111495

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | the designation should perhaps be an SRMA or similar. The management prescription(s) should agree with the designation title. Regarding NSO-50, consistent with other NSO verbiage in your document, the stipulation should include a prohibition of surface-disturbing activities. | |
| 895. | 533 | D | C. Sharp (USFWS/CA) | ACEC's<br>Coyote Wash<br><br>Given that the area would be designated, in part, for the protection of special status species and habitats, we would expect to see additional measures unique to this area designed to achieve conservation benefits for those species. In fact, without proper controls, the designation as proposed may result in more impacts due to recreation and other impacts.<br><br>See SSR comments in Comment #16. Within the ACEC, extractive uses would be restricted or prohibited, but all others (travel, recreation, range, other BLM projects, etc.) would be subject to SSR where appropriate, as proposed by other stipulations. It would make sense, especially in an ACEC, that there be additional protections, conservation measures, and proactive strategies for the resource(s) for which the area is designated.<br><br>Recreation appears to be the focus of this designation, akin to an SRMA. If recreation is the priority here, then the designation should perhaps be an SRMA or similar. The management prescription(s) should agree with the designation title. Regarding NSO-50, consistent with other NSO verbiage in your document, the stipulation should include a prohibition of surface-disturbing activities.<br><br>The management prescription(s) should agree with the designation title. Include an NSO/ NGD stipulation. | EMPSi (KW): Coyote Wash is not carried forward in Alternative D as an ACEC but it is within the Dolores River Slickrock Canyon ACEC, which is carried forward. |



BLM_0111496

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | (Why would NSO-50, or a no leasing decision, not apply to Coyote Wash ACEC?) Include protection measures for, and recognition of, important biological resources for which this area is known (e.g., peregrine falcon, warm-water native fishes, desert bighorn sheep, rare plants such as Kachina daisy, Eastwood's monkeyflower, etc.). | |
| 896. | 535 | B | B. Krickbaum | Change name to "Dolores Slickrock Canyon" (delete "River"). Note: this change is for B only. D stays as it is. This is a change in the ACEC report to distinguish between the two areas.) | EMPSi (JW): Change made |
| 897. | 535 | B | M. Siders | Parts of Coyote Wash, Dolores River Slickrock Canyon and La Sal Creek ACECs overlap. Do the acres in Alt B include the acres already reported in Coyote Wash ACEC and La Sal Creek ACECs? | EMPSi (KW): The acres reported for the Dolores River Slickrock Canyon is the entire area. However the total ACEC acreage reported in Table 2-1 and on line 522 does not double-count the overlapping acreage. |
| 898. | 535 | B&D | Holsinger | If one of the ORVs for designating the ACEC is to protect scenic values then why the down grade to VRM II from existing VRM I under WSA management? | EMPSi (KW): all management prescriptions were thought of independently of WSA. Essentially what this is saying is that if the WSA were not there, how would the BLM manage the ACEC? Management wants to keep this as a Class II. |
| 899. | 535 | B, D | B. Krickbaum | Add "Close to forest product harvest" (put after "Prohibit wood collecting" | EMPSi (JW): Change made. |
| 900. | 535 | D | B. Krickbaum | Add: Allowable Use: Close to non-energy solid mineral leasing. Change NSO Stipulation to NSO-49/SSR-53. | EMPSi (JW): No change made; this allowable use already exists under Alt D on line 535. Change made to NSO stipulation number. |
| 901. | 535 | D | M. Siders | Add "(includes Coyote Wash area)" | EMPSi (KW): Changed Alt D under Coyote Wash to read: Same as Alternative A *(this area is within the Dolores River Slickrock Canyon ACEC).* |
| 902. | 535 | D | A. Schroeder (CA) | Replace "salable mineral material" with "mineral materials." | EMPSi (JW): Change made. |
| 903. | 535 | D | C. Sharp (USFWS/CA) | ACEC's Dolores River Slickrock Canyon Given that the area would be designated, in part, for the protection of special status species and habitats, we | EMPSi (KW): District Office and FO Management reviewed suggestion. Considering the nature of the ACEC, BLM believes the restrictions are adequate. Recreation is not the focus of management for the ACEC but, given that it overlaps with the Dolores |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111497

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | would expect to see additional measures unique to this area designed to achieve conservation benefits for those species. In fact, without proper controls, the designation as proposed may result in more impacts due to recreation and other impacts.<br><br>See SSR comments in Comment #16. Within the ACEC, extractive uses would be restricted or prohibited, but all others (travel, recreation, range, other BLM projects, etc.) would be subject to SSR where appropriate, as proposed by other stipulations. It would make sense, especially in an ACEC, that there be additional protections, conservation measures, and proactive strategies for the resource(s) for which the area is designated.<br><br>Recreation appears to be the focus of this designation, akin to an SRMA. If recreation is the priority here, then the designation should perhaps be an SRMA or similar. The management prescription(s) should agree with the designation title.<br><br>Apply NGD wherever you apply NSO.<br><br>Include specific protection measures for important biological resources for which this area is known (e.g., peregrine falcon, warm-water native fishes, desert bighorn sheep, rare plants such as Kachina daisy, Eastwood's monkeyflower, etc.). | River SRMA, these restrictions limit recreational uses to protect identified values. |
| 904. | 537 | | Clements | Insert "for livestock grazing" after "water sites" | EMPSi (KW): changed to "Locate livestock salt/mineral supplement sites and water sites…" |
| 905. | 537 | B | B. Krickbaum | Intro paragraph, insert "rare" between "known" and "biological".<br>Change the 4th bullet to: "Close to camping" | EMPSi (KW): Change made. |
| 906. | 537 | B and D | Stindt | These alternatives do not include a closure to livestock grazing and the GIS does.  Please show this ACEC as "open" to livestock grazing for all the alternatives. | EMPSi (KW): GIS updated. If the ACEC is closed to grazing, it is due to other resource concerns. |
| 907. | 537 | C | David Sinton | Change "On 7,360 acres of" to "On 1,810 acres of" and | EMPSi (KW): Change made. |



BLM_0111498

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | "Close 7,360 acres of" to Close 1,810 acres of" | |
| 908. | 537 | D | Holsinger | As the ACEC polygon is identified the following are no longer a part of the ORV for the ACEC: unique vegetation communities and BLM sensitive plant and aquatic wildlife species including Paradox Valley lupine, Paradox breadroot, roundtail chub, and flannelmouth sucker.  Essentially the only remaining ORVs from the original ACEC are the soil crusts and type locality for a state rare plant species. | EMPSi (KW): Changed to "Manage 1,900 acres as the East Paradox ACEC/RNA to protect biological soil crusts." |
| 909. | 537 | D | B. Krickbaum | Change name to "Biological Soil Crust ACEC/RNA. This change is for D only (not B).  ACEC report will reflect two proposals – that in B and that in D. | EMPSi (KW): Change made. |
| 910. | 537 | D | B. Krickbaum | Change the intro paragraph to: "Manage 1900 acres as the Biological Soil Crust ACEC/RNA to protect rare biological soil crusts. Management actions include the following:" | EMPSi (KW): Change made. |
| 911. | 537 | D | B. Krickbaum | Regarding the ROW bullet: after "utilities", add "and only if other access is not possible". Will read: "Allow private …. for reasonable access and utilities, and only if other access is not possible" | EMPSi (KW): Change made. |
| 912. | 537 | D | M. Siders | Should include STIPULATION NSO- 50/NGD-34: Areas of Critical Environmental Concern: Prohibit surface occupancy and surface-disturbing activities in ACECs.  Not just NSO-50.  Otherwise why would it say "Allow surface-disturbing activities associated with research…" | EMPSi (KW): Added SSR. |
| 913. | 537 | D | Sondergard | The 1900 acre ACEC would not provide any protection for the roundtail chub or flannelmouth sucker. | EMPSi (KW): Change made. |
| 914. | 537 | D | A. Schroeder (CA) | Replace "salable mineral material" with "mineral materials." | EMPSi (JW): Change made. |
| 915. | 537 | D | C. Sharp (USFWS/CA) | ACEC's East Paradox Apply NGD for non-fluid mineral activities. (At a minimum, include a specific, qualified or quantified SSR.) | EMPSi (KW): Added SSR. |
| 916. | 537-555 | D | Joan May | Consider making the creation of new ACECs to | BLM (BK): We have considered the ACECs that we |



BLM_0111499

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | (CA) | protect BLM lands with unique and outstanding characteristics the preferred alternative. | received nominations for, as well as existing ACECs. We fully considered these, and felt that some did not warrant ACEC status. |
| 917. | 539 | d | B. Day (RACSG) | No ACEC protection under D only seems sufficient if it receives protection elsewhere in plan, such as Biological Core Areas. | EMPSi (KW): A portion of La Sal Creek is within the Dolores River Slickrock Canyon ACEC. |
| 918. | 543 | D | M. Siders | Change to read "Prohibit rock climbing except for in designated areas." | EMPSi (JW): Change made. |
| 919. | 543 | D | A. Schroeder (CA) | Replace "salable mineral" with "mineral materials." | EMPSi (JW): Change made. |
| 920. | 543 | Preferred | T. Stranathan | Only a CSU to the Paradox Rock Art ACEC.  All other ACECs are NSO.  Just a reminder note. | EMPSi: Thank you for your comment. |
| 921. | 544 | D | B. Krickbaum | Change dashes to dots (on bullets) | EMPSi (JW): Change made. |
| 922. | 545 | D | B. Krickbaum | Add: Allowable Use: Close to non-energy solid mineral leasing. | EMPSi (JW): Change made. |
| 923. | 545 | D | B. Krickbaum | NSO is 49 (not 50) | EMPSi (JW): Change made. |
| 924. | 545 | D | A. Schroeder (CA) | Replace "salable mineral" with "mineral materials." | EMPSi (JW): Change made. |
| 925. | 545 | D | Hawke (RACSG) | Change to read like B. | BLM (BK): Management has reviewed the restrictions again and decided to leave it as it is.  No change (except we added "Close to non-energy solid mineral leasing" |
| 926. | 545 | D | C. Sharp (USFWS/CA) | ACEC's Roubideau Corridors and R-P-M "Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats." Stipulations should be provided at this stage, linked to the designation, not later. Do you mean project design features, terms and conditions, etc.? Given that the area would be designated, in part, for the protection of special status species and habitats, we would expect to see additional measures unique to this area designed to achieve conservation benefits for those species. In fact, without proper controls, the designation as proposed may result in more impacts | BLM (BK): One action is to "Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats".  BLM does not need to specify which signs, location of fences, or other protections at this time.  This action allows BLM to identify and implement actions to protect the resources. Identifying specific on-the-ground actions is implementation, which will come after this plan is approved. BLM believes the protections are a good balance to allow uses and to protect special status species: limit motorized and mechanized travel to designated routes; close to wood product sales and/or harvest |



BLM_0111500

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

**Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)**

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | due to recreation and other impacts.<br><br>See SSR comments in Comment #16. Within the ACEC, extractive uses would be restricted or prohibited, but all others (travel, recreation, range, other BLM projects, etc.) would be subject to SSR where appropriate, as proposed by other stipulations. It would make sense, especially in an ACEC, that there be additional protections, conservation measures, and proactive strategies for the resource(s) for which the area is designated. Recreation appears to be the focus of this designation, akin to an SRMA. If recreation is the priority here, then the designation should perhaps be an SRMA or similar. The management prescription(s) should agree with the designation title.<br><br>Strategies to strengthen and validate the ACEC as a truly protected area include, but are not limited to:<br>• Include a NGD (non-fluid mineral activities such as the proposed recreation trails) and SSR stipulation with appropriate buffers for the species of interest<br>• Include protections for historic habitats for special status species<br>• Increase standard buffers<br>• Quantified goals for enhancement, inventory, monitoring, research, etc.<br>• Reclamation of existing disturbance and routes that will not be used<br>• Etc.—see all other Service recommendations on standard stipulations for special status species | and Christmas tree cutting; manage as ROW avoidance; NSO; close to mineral materials; close to non-energy solid mineral leasing.<br><br>This ACEC is within a proposed SRMA. The SRMA has many restrictions, compatible with the ACEC and ACEC values.<br><br>We will make this ACEC an SSR, which, when considering proposals, is designed to protect the values of the ACEC. Several items in your last paragraph are allowed per potential decisions, but are implementation (inventory/monitoring.research, reclamation, other). Implementation actions will be identified after the RMP is approved. |
| 927. | 545 | Preferred | T. Stranathan | If managed as a VRM class III, OG activities could still be mitigated to blend into the area much like we would do for Class II. It also seems possible that OG activities could be a CSU here to protect sensitive species and their habitats. | BLM (BK): VRM isn't one of the values of the ACEC (thus the VRM III). Management feels that an NSO is appropriate to protect the values. The ACEC is so narrow, that an NSO is not at all unreasonable or unworkable. |
| 928. | 547 | d | B. Day (RACSG) | No ACEC protection under D only seems sufficient if it receives protection elsewhere in plan, such as Biological Core Areas. | BLM (BK): The values we listed are protected by other means, such as the Endangered Species Act, and actions in this plan (such as surveys, CSU near |


BLM_0111501

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | T&E, etc. We don't feel that this large area needs to be an ACEC. |
| 929. | 547 | D | C. Sharp (USFWS/CA) | ACECs<br>Salt-Desert Shrub Ecosystem<br>The USFWS strongly recommends designation of an ACEC in this area to protect a significant population of Colorado hookless cactus. This sort of protection is essential in order for the species to move toward recovery and/or delisting. If occurrence data for the area are still lacking to support such a decision, the BLM UFO should propose, as part of the RMP, an action that commits to, in the near future, inventorying the area and then designating an appropriate area as an ACEC with adequate conservation measures attached (beyond those prescribed in Alt. B). The action would prescribe the criteria and conditions that would apply to the designation, providing sufficient detail to guide implementation. The benefits of such a designation would be far-reaching, potentially benefitting multiple species such as kit fox, prairie dogs, raptors, pronghorn, etc. [Importantly, note that other actions have essentially committed the BLM UFO to, in the future, designating areas for special protections—e.g., TL-32, Sandhill Crane, Row 261.]<br><br>We would like to point out the relevance of Section 7(a)(1) of the Endangered Species Act and its mandate for "affirmative conservation". Whereas Section 7(a)(2) prohibits federal agencies from doing "bad" things to listed species, Section 7(a)(1) directs agencies to do "good" things for these species, i.e., conservation efforts such as protected area designation. In other words, agencies are legally obligated to not only avoid, mitigate, or compensate for impacts on imperiled species, but to also implement proactive conservation. | BLM (BK): The values we listed are protected by other means, such as the Endangered Species Act, and actions in this plan (such as surveys, CSU near T&E, etc. We don't feel that this large area needs to be an ACEC. |
| 930. | 549 | D | C. Sharp (USFWS/CA) | ACECs<br>San Miguel GUSG | BLM (BK): See the Lands and Realty section for acquisition criteria that includes, "Lands containing valuable resources". "Valuable resources" includes |



BLM_0111502

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Considering the limited habitat available on BLM UFO lands in the San Miguel GUSG population range, we agree that an ACEC designation in this area may not be appropriate or beneficial to the species at this time. However, we recommend that an action be included in the Preferred Alternative that specifically identifies the area as a high priority for consolidation of ownership (via land exchanges, either acquisition or disposal), conservation easement protection, or similar cooperative tools and strategies aimed at achieving conservation/ protection for GUSG. | special status species, which GUSG may become some day. |
| 931. | 550 | | CDOW | Line 550: Sims-Cerro Gunnison Sage-Grouse ACEC - The BLM lands identified in this proposed ACEC overlap with the former Sims Gunnison Sage-grouse (GUSG) population. The last documented observation of sage grouse in this area was in 2004.  There have been no observations of sage grouse in this area since that time and it is currently believed to be unoccupied by GUSG. However, the USFWS recently found the GUSG to be warranted but precluded from listing under the ESA, and the potential listing of the species gives a compelling reason for the UFO and CDOW to take additional proactive measures to aid in species recovery.  Habitat quality is likely the limiting factor for sage grouse in this area.  The sage canopy and condition is likely suitable to support sage-grouse, but the understory of grasses and forbs is severely deficient at this time.  It is believed that extensive habitat work combined with land use modifications will be necessary to restore suitable habitat conditions for GUSG in this area. Habitat restoration work should be based on guidelines set in the Gunnison Sage-grouse Range-wide Conservation Plan (2005) as signed by the BLM, CDOW, NPS, NRCS,USFS,  USFWS, Utah Division of Wildlife Resources.

CDOW feels that management of this area should emphasize protecting and improving habitat for GUSG | BLM (BK 10/5/11): As explained by CDOW, the Sims Gunnison sage grouse population appears to be vacant with the last documented observation in 2004.  The habitat in this area is highly fragmented due to private lands scattered throughout.  We proposed a portion of this area as a Biological Core area, partially to aid in the preservation of past habitat treatments, and to continue to make improvements to this area for wildlife species. |



BLM_0111503

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | and subsequently other wildlife species. Currently, this area has some of the highest density of wintering mule deer in the entire UFO planning area. Other uses, we believe, should come secondary and have no impact upon species recovery potential.  Additionally, it is unknown if the bird were to be listed what criteria the USFWS may use to designate Critical Habitat. | |
| 932. | 551 | D | C. Sharp (USFWS/CA) | ACECs Sims-Cerro GUSG Considering the Gunnison sage-grouse's overall status and trend, its priority ranking for listing in the future, its rarity in the UFO, and its relatively small distribution in the UFO, the USFWS strongly recommends designation of an ACEC in the Simms Mesa area. Although bird counts and trends in the area are currently down, the habitat is still considered active by the CDOW, and there is potential for restoration of suitable habitat and a viable population in the area. Protecting areas for the reestablishment and reintroduction of GUSG, as well as enhancing habitat connectivity, may be critical to the species' survival, persistence, and recovery. In fact, should GUSG be listed under ESA in the future, important areas for GUSG such as Simms Mesa would be considered by the USFWS for proposing as designated critical habitat for the species.<br><br>If the BLM UFO feels that recent and historic data for the area do not substantiate such a decision at this time, the agency should propose, as part of the Preferred Alternative, an action that commits to, in the near future, inventorying the area, implementing habitat projects if appropriate, and then designating an appropriate area as an ACEC with adequate conservation measures attached. Conservation measures would include those prescribed in Alt. B, but expand on those, including strategies to minimize livestock grazing impacts, in particular. The action | BLM (BK 10/5/11): As explained by CDOW (comment 931), the Sims Gunnison sage grouse population appears to be vacant with the last documented observation in 2004.  The habitat in this area is highly fragmented due to private lands scattered throughout.  We proposed a portion of this area as a Biological Core area, partially to aid in the preservation of past habitat treatments, and to continue to make improvements to this area for wildlife species. |



BLM_0111504

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | would prescribe the criteria and conditions that would apply to the designation, providing sufficient detail to guide implementation of the decision. In addition, we recommend the action specifically identify the area as a high priority for consolidation of ownership (via land exchanges, acquisition or disposal), conservation easements, conservation agreements, or similar cooperative strategies aimed at benefitting GUSG.<br><br>We would like to point out the relevance of Section 7(a)(1) of the Endangered Species Act and its mandate for "affirmative conservation". Whereas Section 7(a)(2) prohibits federal agencies from doing "bad" things to listed species, Section 7(a)(1) directs agencies to do "good" things for these species, i.e., conservation efforts such as protected area designation. In other words, agencies are legally obligated to not only avoid, mitigate, or compensate for impacts on imperiled species, but also implement proactive conservation. Federal candidates for official listing as threatened or endangered, such as Gunnison sage-grouse, have no legal protection under the Endangered Species Act (Act) of 1973, as amended.  However, it is within the spirit of the Act to consider project and land use impacts to these species.<br><br>Finally, we would like to point out that the BLM is signatory to the 2000 Interagency Memorandum of Agreement (MOA) in which the BLM, U.S. Forest Service, National Marine Fisheries Service, and the USFWS agreed to promote the conservation of candidate and proposed species. An ACEC designation with species-specific conservation measures would demonstrate BLM's commitment to this effort. Looking forward, the MOA also states that, "The action agencies ... agree to include candidate species in biological assessments/ evaluations provided during the plan consultation/ conference process." Therefore, we | |


BLM_0111505

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | strongly recommend that Gunnison sage-grouse be included in your biological assessment to address it under Section 7 consultation, per the terms of the agreement. We believe this would assist in including grouse conservation measures in the RMP and facilitate future section 7 consultations in the event that sage-grouse is listed during the lifetime of the RMP. | |
| 933. | 553 | d | B. Day (RACSG) | No ACEC protection under D only seems sufficient if it receives protection elsewhere in plan, such as Biological Core Areas. | BLM (BK): We do not feel we can effectively manage this area as an ACEC. We have applied CSU/SSR restrictions and ROW avoidance to the area (See the Cultural Section.) |
| | | | | **Wilderness and Wilderness Study Areas** | |
| 934. | 556 | | Ela (RACSG) | I recommend that BLM go on record and initiate to repeal the 1871 (1872?) mining law which gives patents based on commercial one discovery; because of its interference with the preservation policies of the BLM. Access and ownership can still be available to the one discoverer by leasing through the BLM process. | EMPSi (KW): That is outside the scope of this RMP. |
| 935. | 559 2-256 | C, D | Jackson and Sharrow | Delete "Close to target shooting" | EMPSi (KW): Change made.? |
| 936. | 569, 570, 571 | | Armstrong[1], Sharrow[2] | For each WSA, specify how each would be managed should WSAs be released by congress. Do not refer to other RMPs. | BLM (BK): BLM has completed several new rows specifying how WSAs would be managed. |
| 937. | 559 | A | B. Krickbaum | 4th bullet – change "withdraw" to "withdrawn". "Allowable use: Withdrawn from locatable mineral entry." | EMPSi (JW): Change made. |
| 938. | 559 | A | A. Schroeder (CA) | Replace "salable mineral material" with "mineral materials." | EMPSi (JW): Change made. |
| 939. | 560, 561, | | Armstrong[1], Sharrow[2] | 561: Change this row to an action (i.e. label as "Action". 560: Change this row to the objective (i.e. label as "Objective". Add a row for the "Goal": "Preserve the wilderness character of WSAs." | EMPSi (KW): Change made. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 940. | 565 | A | E. Franz | Replace all the text in the Alt A cell with the text in the common to all Alts text in line 564. Line 564 can then be deleted. You'll see the redundancy between the two lines. | EMPSi (KW): Deleted NGD from row 564 as it should only apply to Alternatives A-C. SSR is in Alternative D. This reduces redundancy and is more accurate. |
| 941. | 565 | B, D | B. Krickbaum | Change "Prohibit wood cutting" to "Closed to wood cutting and wood product sales or harvest" | EMPSi (JW): Change made. |
| 942. | 565 | B,C,D | A. Schroeder (CA) | Replace "salable mineral material" with "mineral materials." | EMPSi (JW): Change made. |
| 943. | 565 | D | E. Franz | Please delete the SSR reference. Alt D becomes same as Alt B. Ground disturbing activities are prohibited in WSAs per H-8550-1. | BLM (BK): Per management review, will leave as SSR. |
| 944. | 566 | A | A. Schroeder (CA) | Replace "salable mineral material" with "mineral materials." | EMPSi (JW): Change made. |
| 945. | 568 | B,C,D | B. Krickbaum | Change to "No similar action. (Ways has already been closed and motorized river activities are covered in the action above)" | EMPSi (JW): Change made. |
| 946. | 569 | B, C, and D | J. Jackson | Similar to comment above #3 - ("Need a statement up front explaining the hierarchy of decisions (i,e. WSAs are labeled as VRM I however in some of the SRMA's are labeled VRM I within the same areas are labeled VRM II within alternative D; since WSAs are mandated to be a VRM I this is what shows on the map however if the WSA is undesignated then it will revert to VRM II.") – This action explains will need to do an RMP amendment when released however I believe that some of the actions that are in the plan are what we would like to see the management revert to if the area was released (using the same example as above - WSAs are labeled as VRM I however in some of the SRMA's within the same areas are labeled VRM II within alternative D; since WSAs are mandated to be a VRM I this is what shows on the map however if the WSA is undesignated then it will revert to VRM II.) | EMPSi (KW): Added the following to the end of the last paragraph in the new Section 2.3, Resulting Range of Alternatives: In some instances, varying levels of management overlap a single polygon due to management prescriptions from different resource programs. For example, BLM guidance directs that Wilderness Study Areas (WSAs) be managed as VRM Class I, the highest standard for VRM. At the same time, management for the Adobe Badlands ACEC/ONA, which overlaps the Adobe Badlands WSA, prescribes VRM Class II for the ACEC. Because of the overlap, the ACEC would be managed as VRM Class I unless and until the WSA is released by Congress from wilderness consideration and other management is prescribed. In instances where varying levels of management prescriptions overlap a single polygon, the stricter of the management prescriptions would apply. |
| 947. | 569 | B, C, D | E. Franz | Change "(BLM Manual 6303)" to "(FLPMA Sec. 201)" | EMPSi (JW): Change made. |
| 948. | 570 | Alt D | Tucker | If Congress releases Sewemup Mesa WSA from Wilderness consideration, manage the lands consistent with the goals and objectives for the Sewemup area in | BLM (BK): BLM has completed several new rows specifying how WSAs would be managed, should congress release WSAs from wilderness |



BLM_0111507

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | the BLM Grand Junction Field Office RMP.<br><br>We should probably provide a short statement or bullets about what the GJFO RMP goals and objectives are. | consideration. |
| 949. | 570 | B | A. Schroeder (CA) | Replace "salable mineral material" with "mineral materials." | EMPSi (JW): Change made. |
| 950. | 571 | Alt D | Tucker | If Congress releases Dolores River Canyon WSA from Wilderness consideration, manage the lands consistent with the goals and objectives for the Dolores River Canyon area in the BLM San Juan RMP.<br><br>Provide a short statement or bullets about what the SJFO RMP goals and objectives are,  like what's provided  under Alt B. | BLM (BK): BLM has completed several new rows specifying how WSAs would be managed, should congress release WSAs from wilderness consideration. |
| | | | | **Wild and Scenic Rivers** | |
| 951. | 573 | B, C, D | E. Franz | Please replace "…identify suitable segments …" with "…determine segments suitable…" | EMPSi (KW): Changed to read, "Evaluate eligible river segments to determine suitability for inclusion…" |
| 952. | 574 | B, C, D | E. Franz | Merge cells for alts B, C and D so that the objective common to these three alts reads: "Preserve the recommended classification of each suitable segment by protecting its free-flowing nature, water quality, and ORV(s), pending congressional action." (BLM does not have the option of not protecting segments that we have determined are suitable.) | EMPSi (KW): Change made. |
| 953. | 574 | B, C, D | Sondergard | As Franz mentioned all three of these should be merged so they are the same objective since we have to protect a suitable segment.  However, we need to revise the wording since we don't have clear recommendations on all the segments; suggest: "Preserve suitable segments by protecting their free-flowing nature, water quality, and ORV(s), pending congressional action. | EMPSi (KW): Merged cells. Each suitable segment does have a recommended classification (in Tables 2-3 and 2-4) so no change to wording. |
| 954. | 575 | A | E. Franz | Replace "Identify the following 28 stream segments as **eligible** for inclusion …" with "The following 28 stream segments are **eligible** for inclusion …" (They | EMPSi (KW): Change made. |



BLM_0111508

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | have already been identified.) | |
| 955. | 575 | B, D | E. Franz | Replace "Identify the following [n] stream segments as …" with "Determine that the following [n] stream segments are …" | EMPSi (KW): Change made. |
| 956. | 575 | B, D | B. Krickbaum | Delete "for total segment lengths, classification, … and segment study corridor acreages on BLM land. | EMPSi (KW): Change made. |
| 957. | 575 | C | E. Franz | Replace "Determine all 28 eligible stream segments as …" with "Determine that all 28 eligible segments are …" | EMPSi (KW): Change made. |
| 958. | 575 | D | E. Franz | * Potter Creek may or may not be included in this list of suitable segments, depending on whether there is a fish ORV present. We may not know this until sometime in August 2011. | BLM (BK): Potter Creek is included in the suitable list in alternatives B and D. It has a Fish ORV and a Vegetation ORV. EMPSi (JW): Added fish ORV to Tables 2-3 and 2-4. |
| 959. | 575 | D | B. Krickbaum | Make the "AND" lowercase. | EMPSi (JW): Change made. |
| 960. | 575 Table 2-1, page 2-8 | D | Stindt | Table 2-1 suggests that Tab Ck – segment I – has NOT been designated as suitable. Figure 2-74 and the matrix suggest it is suitable. | EMPSi (KW): Added to Table 2-1 |
| 961. | 575 | D | Steve Weist (RACSG) | How can you consider all of the San Miguel River Segment I as Wild and Scenic, when almost 50% of it is private land? You may want to break this into smaller segments (a,b,c…) but you shouldn't be considering the entire segment as wild and scenic! | BLM (BK): We will leave it as one segment. The management will only apply to BLM lands, and not private. We do not want to end up with 2-dozen short segments. |
| 962. | 576 | B,D | A. Schroeder (CA) | Replace "mineral material" with "mineral materials." | EMPSi (JW): Change made. |
| 963. | 576 | D | Steve Weist (RACSG) | NSO-53 wants no surface occupancy stream segments for San Miguel segments 1,3 classified as Wild and Scenic wild or scenic. Yet the suitability report recommends these segments be suitable with only a recreational classification. NSO-53 either needs to be modified or removed from this alternative. Stipulation CSU-54 only identifies San Miguel segment 1 as recreational not segment 3. This should be resolved, either in the Stipulation or the Alternative D recommendations. Petitioning the secretary of Interior to remove lands from locatable mineral entry, is locking away potentially valuable minerals from future access. It is unwise, it can be better handled thru | BLM (BK): San Miguel segments 1 and 3 are both will have a recreational classification. Segments with a recreational classification have a CSU stipulation. NSO-53 will be changed so it does not show San Miguel segment 3 (it currently does not show segment 1. CSU-54 will be changed so it shows San Miguel segment 3 (it currently does show San Miguel segment 1) Also, we will change tables 2-3 and 2-4: San Miguel segment 3 will change to a "Recreational" |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111509

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | local management practices, | classification<br><br>EMPSi (JW): Changed Tables 2-3 and 2-4 so that San Miguel Segment 3 has a recreational classification. |
| | | | | **Watchable Wildlife Areas** | |
| 964. | 577 - 588 | | Armstrong[1], Sharrow[2] | Delete Watchable Wildlife section. This does not do anything the Wildlife section does not already do. | EMPSi (KW): Change made. |
| 965. | 577 | B | B. Krickbaum | Change "for publics" to "for the publics" | EMPSi (KW): After discussion with District Office, Watchable Wildlife section was deleted. |
| 966. | 580 | B | B. Krickbaum | Change figure reference to 2-85. | EMPSi (KW): After discussion with District Office, Watchable Wildlife section, including figure, was deleted. |
| 967. | 580 | B | Steve Weist (RACSG) | Identified figure is incorrect, it should be 2-85. | EMPSi (KW): After discussion with District Office, Watchable Wildlife section, including figure, was deleted. |
| 968. | 580 | B,C,D | A. Schroeder (CA) | Remove Fruitgrowers from this action in favor of a revised action at row 584.<br><br>Rationale: As worded, the action implies that BLM has administrative jurisdiction on all of these areas. At the Fruitgrowers area, it does not!  The Watchable wildlife at Fruitgrowers must be compatible with BOR project protection, operation, maintenance, and reconstruction. | EMPSi (KW): After discussion with District Office, Watchable Wildlife section was deleted. |
| 969. | 584 | B,C,D | A. Schroeder (CA) | Replace the current action with the following: "BLM will coordinate and cooperate with the US Bureau of Reclamation and its managing entity for management of the Fruitgrowers Reservoir area as a Watchable Wildlife Area, in a manner that is compatible with the primary purposes of the Fruitgrowers Project."<br><br>Rationale: The 120 acres at Fruitgrowers are withdrawn for USBR purposes related to the Fruitgrowers Dam Project. USBR, not BLM, has management jurisdiction thereon. | EMPSi (KW): After discussion with District Office, Watchable Wildlife section was deleted. |
| 970. | 587 | B | B. Krickbaum | At the end of the paragraph, add "Allow additional designations as Watchable Wildlife Areas." | EMPSi (KW): After discussion with District Office, Watchable Wildlife section was deleted. |


Page 197 of 297
Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111510

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 971. | 588 | D | C. Sharp (USFWS/CA) | Watchable Wildlife Areas<br><br>"Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats." Stipulations should be provided at this stage, linked to the designation, not later. Do you mean project *design features*, terms and conditions, etc.? | EMPSi (KW): After discussion with District Office, Watchable Wildlife section was deleted. |
| | | | | **National Trails and BLM Byways** | |
| 972. | 594 | Entire Plan | Tucker | Suggestion: Provide distances in both meters and feet. Most people 'round here use FEET instead of that metric nonsense…. | EMPSi (KW): Per conversation with BK (9/28/11), will always include feet with meters if "meters" is driving measurement; if feet is driving measurement, won't give meters conversion. |
| 973. | 597 | D | J. Jackson | Replace "..to undesignated portions of the.." with "..within ½ mile of either side of.." | EMPSi (JW): Change made. |
| 974. | 603 | B,C,D | Steve Weist (RACSG) | This objective is too general, it needs to be more specific. Remove" consistent with other decisions of this RMP." | EMPSi (KW): Objectives are broad statements tiering to the goal. Removed "consistent with other decisions of this RMP." |
| | | | | **Native American Tribal Uses** | |
| | | | | No comments were received on this section. | |
| | | | | **Public Health and Safety** | |
| 975. | 622 | | T. Stranathan | Please add an "Action Row" regarding that Oil and Gas operators will report undesirable events in accordance with the Notices to Lessees such as NTL-3A – Reporting of Undesirable Events. | BLM (BK): That is not a plan decision. BLM can put language such as that as a COA, or other requirement. |
| 976. | 623 | All | Armstrong[1], Sharrow[2] | Add to the cell:<br><br>Allowable Use: Close the DOE Uranium Mill Tailings Remedial Action Area to salable mineral disposal.<br><br>*Note to BK*: Should this also apply to Alternative A?<br>*Response*: No – just B, C, D | EMPSi (KW): Added row above that says, "Allowable Use: Close the DOE Uranium Mill Tailings Remedial Action Area to mineral material disposal." Applies to Alternatives B, C, and D. |
| 977. | 625 | B,C,D | Steve Weist (RACSG) | How do you do that? This comment is too general, It Needs to be more specific. Such As "post signs warning of coal outcrop burning, Be aware of CO fumes in this area. | BLM (BK): BLM does need to be specific. The action recognizes there is potential for a coal seam fire on public lands (as there currently is on private). Specific actions will be determined at the time. |
| | | | | **Glossary** | |



BLM_0111511

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 978. | Glossary | | Holsinger | Add to the Glossary: Wood Product Sales/Harvest-Any wood collection activity other than incidental use involving the severance and/or removal of any vegetative material for personal use requiring a permit or commercial use requiring a contract. | EMPSi (AA): Added to glossary. |
| 979. | Glossary | | B. Krickbaum | Add to glossary: Unalloted. Definition: Lands which currently are not committed to livestock grazing use. | EMPSi (AA): Added to glossary. |
| 980. | Glossary | | L Reed | Recommend adding the following 2 terms: <u>High-power communication site</u>:  High-power refers to broadcast types of uses (e.g.  television and AM/FM radio broadcast, cable television, broadcast translator)<br><br><u>Low-power communication site</u>:   Low-power refers to non-broadcast uses (e.g. commercial or private mobile radio service, cellular telephone, microwave, local exchange network, passive reflector) | EMPSi (AA): Added to glossary. |
| 981. | Glossary | "B" | Burch | Please define "Biological Core Areas" | EMPSi (AA): Added to glossary. |
| 982. | Glossary | Z | Burch | Add: Descriptions of "Zones" as referenced in various actions of the Matrix. | EMPSi (AA): Added to "Biological Core Area" definition in glossary. |
| 983. | Glossary-02 | 31-35 All-terrain vehicle | J. Jackson | Add wording and acronym: "All-terrain vehicle (**ATV**)\**Utility-terrain vehicle (UTV)**"<br><br>Change definition to:<br>"A motorized vehicle that is less than 50 inches in width and is capable of operating on roads, trails, or designed areas that are not maintained; A wheeled vehicle, other than a snowmobile, which has a wheelbase and chassis of 50 inches in width or less, generally has a dry weight of 800-1200 pounds or less, travels on three or more low-34 pressure tires." | EMPSi (AA): Change made to glossary. |
| 984. | Glossary-03 | 16-17 | M. Siders | Should read "… with old growth stand structure…" | EMPSi (AA): Change made to glossary: "Ancient (vegetation). Very old woodlands or forests (450 years or more) with old growth stand structure that has persisted through multiple droughts." |
| 985. | Glossary-04 | 04 | L Reed | Recommend adding the following wording: <mark>ROW</mark> Avoidance Area:   An area identified through | From Bruce/BLM:  It may be beneficial to add a definition to the glossary for ROW Avoidance, |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | resource management planning to be avoided but may be available for right-of-way location with special stipulations.  <mark>A ROW avoidance area is comparable to the Site Specific Relocation (SSR) restriction applied to other resources.   See Appendix B,  B.3.2.</mark> | ROW exclusion, but make sure they are consistent with the definition in App B.  Also, in the definition, refer the reader to appendix B (see appendix B). EMPSi (AA): Change made to glossary. |
| | Glossary-04 | 16-19 | M. Siders | We are using BMP in the more general sense of Best Management Practices for multiple resource needs, not just for "controlling point and nonpoint source pollutants …"<br><br>Suggested wording:<br>A method, process, activity or usually a combination of same that are determined by a State or a designated planning agency to be the most effective and practicable means (including technological, economic, and institutional considerations) of managing or controlling for particular conditions or circumstances. | EMPSi (AA): Change made to glossary. |
| 986. | Glossary-04 | 28 | A. Schroeder (CA) | Define "biological core area."<br><br>Rationale: The term "biological core area" is used throughout this review draft, but is not defined. | EMPSi (AA): Added to glossary. |
| 987. | Glossary-04 | 32 | David Sinton | Change "proposed" to "candidate" | BLM (BK), per M. Siders comment, we have changed to "BLM Sensitive Species. Species designated by the BLM State Director under 16 USC 1536(a)(2). Sensitive species are managed so they will not need to be listed as threatened or endangered." |
| 988. | Glossary-04 | 33 | M. Siders | Should read "…threatened, or endangered under the Endangered Species Act." | Bruce/BLM: Conflicts with comment #987; need direction.<br>This comment would result in the following definition: "BLM Sensitive Species. Species designated by the BLM State Director under 16 USC 1536(a)(2). Sensitive species are managed so they will not need to be listed as threatened or endangered." |
| 989. | Glossary-04 | 34 | Sondergard | Biological Soil Crust – A complex association between soil particles and cyanobacteria, algae, microfungi, lichens and bryophytes which live within or on top of | EMPSi (AA): Added to glossary. |


BLM_0111513

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | the uppermost millimeters of soil. | |
| 990. | Glossary-04 | 34 | C. Sharp (USFWS/CA) | Glossary<br><br>BMP definition: It should be disclosed and made transparent that BMPs are a suite of voluntary, accepted measures that may or may not be applied/ enforced for any given project. | EMPSi (AA): Added to glossary. |
| 991. | Glossary-05 | 13-16 | M. Siders | Suggested wording:<br>Categorical Exclusion (CE). … neither an environmental assessment nor an environmental impact statement is required (40 16     CFR     1508. 4), but a limited form of NEPA analysis is performed. | EMPSi (AA): Change made to glossary. |
| 992. | Glossary-05 | 20-22 | M. Siders | Delete "In these areas, fine fuel loads are extremely high due to cheatgrass dominance of the understory. The effectiveness of chemical treatments increases if they are applied following prescribed or wildland fire." Not part of a definition of the term, but an opinion. | EMPSi (AA): Change made to glossary. |
| 993. | Glossary-05 | 32 | A. Schroeder (CA) | Define "climax vegetative community."<br><br>Rationale: The term "climax vegetative community" is used in this review draft, but is not defined. | EMPSi (AA): Added to glossary. |
| 994. | Glossary-05 | 32 | A. Schroeder (CA) | Add a general definition for "closed area" as follows: "Closed area- an area where one or more uses are prohibited. Areas may be closed to off-road vehicle use, mineral leasing, mineral or vegetative material collection, target shooting, etc. Also, closures may be temporary or long term."<br><br>Rationale: The current definition only refers to off-road vehicle use. However, the terms "closed to", "closure", etc., which "imply closed areas," are used in the document in relation to off-road vehicle use target shooting, mineral and vegetative materials/products, and mineral leasing, among others. | EMPSi (AA): Changed definition to "An area where one or more uses are prohibited either temporarily or over the long term. Areas may be closed to uses such as, but not limited to, off-road vehicles, mineral leasing, mineral or vegetative material collection, or target shooting. In off-road vehicle use closed areas, motorized and mechanized off-road vehicle use is prohibited. Use of motorized and mechanized off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5)." |
| 995. | Glossary-05 | 32 | A. Schroeder (CA) | Add the qualifier "(off-road vehicles)" to the current term following "Closed area." | EMPSi (AA): Changed definition to "An area where one or more uses are prohibited either temporarily or over the long term. Areas may be closed to uses such as, but not limited to, off-road vehicles, mineral |



BLM_0111514

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | leasing, mineral or vegetative material collection, or target shooting. In off-road vehicle use closed areas, motorized and mechanized off-road vehicle use is prohibited. Use of motorized and mechanized off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5)." |
| 996. | Glossary-05 | 32-34 Closed Areas | J. Jackson | Closed areas are closed to motorized and mechanized vehicles | EMPSi (AA): Change made to glossary. |
| 997. | Glossary-05 | 37 | M. Siders | "This may or may not involve an agency as a cooperating agency." I do not understand what this part is saying. Is it needed for the definition? Are you trying to say that collaboration may take place with other interested parties that are not part of our official Cooperating Agency group? | EMPSi (AA): Changed definition to "A cooperative process in which interested parties, often with widely varied interests, work together to seek solutions with broad support for managing public and other lands. Collaboration may take place with any interested parties, whether or not they are a cooperating agency." |
| 998. | Glossary-06 | 24 | Holsinger | suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plant | EMPSi (AA): Change made to glossary. |
| 999. | Glossary-06 | 24 | Huisjen | Last word in line needs a 't' plant, not plan | EMPSi (AA): Change made to glossary. |
| 1000. | Glossary-07 | 19 | B. Krickbaum | Core. Make the glossary reference "Biological Core Area". Also, leave the word Core: "Core. See Biological Core Area". | EMPSi (AA): Change made to glossary. |
| 1001. | Glossary-07 | 19 | A. Schroeder (CA) | "Core area" Is this the definition for "biological core area"?, If so, revise the term as "Biological core area" and move the term/definition to the appropriate location in the glossary. Perhaps two definitions are in order here to clarify the use of "core area:" 1)"biological core area" (majority document use) and "core area" (as either a more general term or a specific term related to the Mexican spotted owl. Rationale: Generally, with the exception of Table 2-2, line 242 (re. Mexican spotted owl), the term "core | EMPSi (AA): Change made to glossary. |



BLM_0111515

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | area" is preceded by "biological" and is used in headings and appears to be used re. various plant and animal species, therefore should be defined as "biological core area," a general term. | |
| 1002. | Glossary-07 | 32 | A. Schroeder (CA) | Add a second, general definition for "Critical habitat" along the lines of, "Critical habitat- An area on which are found those physical and biological features essential to the conservation of a species and which may require special management consideration or protection."<br><br>Rationale: The term "critical habitat" is used within the review draft in at least two manners. One regarding T/E species as currently defined. The other in a more general sense re. non T/E species. | EMPSi (AA): Change made to glossary. |
| 1003. | Glossary-07 | 32 | C. Sharp (USFWS/CA) | Glossary<br><br>It should be clarified that this is referring to *federally designated critical habitat.* There is commonly confusion over the terms and implications of critical, crucial, etc. for various species. | EMPSi (AA): Change made to glossary. |
| 1004. | Glossary-07 | 32-34 | M. Siders | Should read "An area designated by USFWS and is occupied by a threatened… " | EMPSi (AA): Change made to glossary. |
| 1005. | Glossary-07 | 35 | A. Schroeder (CA) | Add a definition for "Crucial habitat" along the following lines: "Crucial habitat- the environment essential to plant or animal biodiversity and conservation at the landscape level. Crucial habitats include, but are not limited to, biological core areas, severe winter range, winter concentration areas, reproduction areas, and movement corridors,"<br><br>Rationale: The term 'crucial habitat" is used throughout this review draft, but is not defined. | EMPSi (AA): Change made to glossary. |
| 1006. | Glossary-08 | 29-31 Designated Roads and Trails | J. Jackson | Need to add:<br>"…some type of motorized/non-motorized use…." | EMPSi (AA): Change made to glossary. |
| 1007. | Glossary-09 | 04 | C. Sharp (USFWS/CA) | Glossary | A definition for "Horizontal Drilling will be provided in the glossary. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111516

**BLM – U**NCOMPAHGRE **F**IELD **O**FFICE, **C**OLORADO
**R**ESOURCE **M**ANAGEMENT **P**LAN **R**EVISION AND **E**NVIRONMENTAL **I**MPACT **S**TATEMENT

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Directional drilling is defined herein, but not horizontal drilling, which is different in regards to technology, drill depths, water consumption, impacts, etc. [the term *horizontal drilling* is used in Chapter 2 text and in other parts of the Glossary—e.g., definition for NSO] | |
| 1008. | Glossary-09 | 06 | A. Schroeder (CA) | Add a second, general disposal term/definition- "Disposal (general)- the transference of something by gift or sale." (from The American Heritage Dictionary of the English Language, New College Edition, 1976, Houghton Mifflin Co.)  Rationale: See rationale for next comment. | EMPSi (AA): No change made. |
| 1009. | Glossary-09 | 06 | A. Schroeder (CA) | Add "(lands)" to the current term, following "Disposal".  Rationale: The term "disposal" is used in the document in reference to lands, mineral materials, and forest products, not just lands. | EMPSi (AA): Change made to glossary. |
| 1010. | Glossary-09 | 13 | A. Schroeder (CA) | Add a second, general eligibility term/definition- "Eligibility (general)- the quality or state of being fitted or qualified to be chosen." (adapted from Webster's Third New International  Dictionary of the English Language Unabridged, 1976, G. & C. Merriam Co.)  Rationale: See rationale for next comment. | EMPSi (AA): "Eligibility" definition modified per next comment; no additional definition added. |
| 1011. | Glossary-09 | 13 | A. Schroeder (CA) | Add "(wild and scenic rivers)" to the current term, following "Eligibility".  Rationale: The term "eligibility" is used in the document in reference to wild/scenic rivers, NRHP, and National Historic Trails, not just wild/scenic rivers. | EMPSi (AA): Term changed to "Eligible river." |
| 1012. | Glossary-09 | 22-23 | M. Siders | Add "Under the Endangered Species Act in the United States, 'endangered' is the more protected of the two categories.  Designation as endangered (or threatened) is determined by the USFWS, as directed by the ESA." | EMPSi (AA): Change made to glossary. |
| 1013. | Glossary-09 | 24 | M. Siders | Add "**Endangered Species Act (ESA) of 1973.** Designed to protect critically imperiled species from extinction as a 'consequence of economic growth and | EMPSi (AA): Change made to glossary. |



BLM_0111517

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | development untempered by adequate concern and conservation.' The Act is administered by two federal agencies, the United States Fish and Wildlife Service (FWS) and the National Oceanic and Atmospheric Administration (NOAA). The stated purpose of the Endangered Species Act is to protect species and also 'the ecosystems upon which they depend.' (16 U.S.C. § 1531-1544) | |
| 1014. | Glossary-10 | 03 | L Reed | Recommend adding the following wording: ROW Exclusion area: An area identified through resource management planning which is not available for right-of-way location under any conditions. A ROW exclusion area is comparable to the No Ground Disturbance (NGD) stipulation applied to other resources. See Appendix B, B.3.1. | EMPSi: It may be beneficial to add a definition to the glossary for ROW Avoidance, ROW exclusion, but make sure they are consistent with the definition in App B. Also, in the definition, refer the reader to appendix B (see appendix B). EMPSi (AA): Change made to glossary. |
| 1015. | Glossary-10 | 23 | A. Schroeder (CA) | Add, "owned by the United States and," following the word "estate." Rationale: The federal mineral estate is owned by the US and administered by BLM. | EMPSi (AA): Change made to glossary. |
| 1016. | Glossary-10 | 24 | A. Schroeder (CA) | Replace the current definition for "Fire frequency" with, "A general term referring to the recurrence of fire in a given area over time. (from Glossary of Wildland Fire Terminology, National Wildfire Coordinating Group, May 2011)" Rationale- It is national policy to use consistent wildland fire terminology. The cited glossary is the national glossary for wildland fire terms. | EMPSi (AA): Change made to glossary. |
| 1017. | Glossary-10 | 25 | A. Schroeder (CA) | Replace the current definition for "Fire management plan (FMP)" with, "A plan which identifies and integrates all wildland fire management and related activities with the context of approved land/resource management plans. It defines a program to manage wildland fires (wildfire, prescribed fire, and wildland fire use). The plan is supplemented by operational plans, | EMPSi (AA): Change made to glossary. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111518

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | including but not limited to preparedness plans, preplanned dispatch plans, and prevention plans. Fire Management Plans assure that wildland fire management goals and components are coordinated. (Glossary of Wildland Fire Terminology, National Wildfire Coordinating Group, May 2011)" <br><br> Rationale- It is national policy to use consistent wildland fire terminology. The cited glossary is the national glossary for wildland fire terms. | |
| 1018. | Glossary-10 | 29 | A. Schroeder (CA) | Replace the current definition for "Fire severity" with, "Degree to which a site has been altered or disrupted by fire; loosely, a product of fire intensity and residence time." (Glossary of Wildland Fire Terminology, National Wildfire Coordinating Group, May 2011) <br><br> Rationale- It is national policy to use consistent wildland fire terminology. The cited glossary is the national glossary for wildland fire terms. | EMPSi (AA): Change made to glossary. |
| 1019. | Glossary-10 | 31 | A. Schroeder (CA) | Replace the current definition for "Fire suppression" with, "All work and activities connected with control and fire-extinguishing operations, beginning with discovery and continuing until the fire is completely extinguished." (Glossary of Wildland Fire Terminology, National Wildfire Coordinating Group, May 2011) <br><br> Rationale- It is national policy to use consistent wildland fire terminology. The cited glossary is the national glossary for wildland fire terms. | EMPSi (AA): Change made to glossary. |
| 1020. | Glossary-10 | 9-14 ERMA | J. Jackson | Delete old definition and replace with: "ERMAs are administrative units that require specific management consideration in order to address recreation use, demand, or Recreation and Visitor Services (R&VS) program investments. ERMAs are managed to support and sustain the principal recreation activities and the associated qualities and conditions of the ERMA. ERMA management is | EMPSi (AA): Change made to glossary. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111519

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | commensurate and considered in context with the management of other resources and resource uses." | |
| 1021. | Glossary-11 | 04 | Holsinger | **Forest product disposal.** The permitted or contractual sale of forest products, term used in old plans. | EMPSi (AA): Change made to glossary. |
| 1022. | Glossary-11 | 05 | Burch | Under definition for Four wheel drive vehicle. Delete the description "light" in regards to truck. And add – "any motorized vehicle which has generally higher clearance than a passenger car and with traction on all four wheels". | EMPSi (AA): Change made to glossary. |
| 1023. | Glossary-11 | 07 | Sondergard | Fragile Soils – Soils having a shallow depth to bedrock, minimal surface layer of organic material, textures that are more easily detached and eroded, or are on slopes over 35%. | EMPSi (AA): Change made to glossary. |
| 1024. | Glossary-12 | 14-15 | M. Siders | Change last sentence to "To some guzzlers, steps or ladders are sometimes added to improve access and reduce mortality from drowning." | EMPSi (AA): Change made to glossary. |
| 1025. | Glossary-13 | 22 | M. Siders | Add "such as insects, snails, worms, etc. The group includes 97% of all animal species." | EMPSi (AA): Change made to glossary. |
| 1026. | Glossary-14 | 26 | A. Schroeder (CA) | Land tenure adjustments; Add the word "Land" at start of definition. | EMPSi (AA): Change made to glossary. |
| 1027. | Glossary-15 | 25 | B. Krickbaum | Add "Lease Notice" and definition. | EMPSi (AA): Change made to glossary. |
| 1028. | Glossary-16 | 24 | Huisjen | Definition for Managed Fire: Management of a wildfire (unplanned ignition) to meet the objectives of the RMP. Objectives could include protection of high value resources such as subdivisions or cultural resources through suppression, enhancement of resources such as wildlife habitat by utilizing the fire, or managing the fire as a natural process on the landscape. Multiple objectives could apply to any single wildfire. | EMPSi (AA): Change made. |
| 1029. | Glossary-16 | 24 | A. Schroeder (CA) | There is no such term as "managed fire" in the National Wildland Fire glossary. The two closest terms are "wildland fire use," and "prescribed fire" both of which are types of "managed" fire (with different meanings/definitions), as opposed to "wildfire." | EMPSi (AA): "Managed fire" definition added per BLM comment, above. "Managed fire" is the new terminology used instead of "Wildland fire use." |
| 1030. | Glossary- | 35 | M. Siders | Add "Mechanical treatments may also be utilized to | EMPSi (AA): Change made. |



BLM_0111520

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | 16 | | | improve wildlife habitat conditions." | |
| 1031. | Glossary-17 | 14 | A. Schroeder (CA) | Revise the current term/definition for "Mineral Materials," as follows: "Mineral materials (sometimes referred to as, salable minerals or salable mineral materials)- Common varieties of mineral materials, such as, soil, sand and gravel, stone, pumice, pumicite, and clay, etc., that are not obtainable under the federal mining or leasing laws, but that can be acquired under the Materials Act of 1947, as amended." Rationale: Consistent use of terms. | EMPSi (AA): Change made. |
| 1032. | Glossary-17 | 17 | Huisjen | Definition of MIST: The use of fire management tactics commensurate with the fire's potential or existing behavior while producing the least possible impact on the resource being protected. Simply put: MIST is a 'do least damage' philosophy. | EMPSi (AA): Change made. |
| 1033. | Glossary-17 | 17 | A. Schroeder (CA) | Replace the current term and definition for "Minimum Impact Suppression Tactics (MIST)" with, " Minimum Impact Suppression Techniques (MIST)- The application of strategy and tactics that effectively meet suppression and resource objectives with the least environmental, cultural and social impacts." Rationale- It is national policy to use consistent wildland fire terminology. The recommended term and definition is from the national glossary for wildland fire terms. | EMPSi (AA): Change made per BLM's comment, above. |
| 1034. | Glossary-18 | 04 | A. Schroeder (CA) | Municipal Watershed- Add "that provides water for use by a municipality" after "watershed area" | EMPSi (AA): Change made. |
| 1035. | Glossary-19 | 22 | C. Sharp (USFWS/CA) | Glossary The meaning of *surface disturbing activity*, as interpreted by the BLM UFO, is partly disclosed/ implied under the definition for No Ground Disturbance. Provide term/ definition for surface disturbing activity, with an explicit definition of what is considered surface disturbing as it relates to the nature of effects, rather than just the sort of activity. Also provide term and definition for *disruptive activities* and incorporate this science-based | EMPSi (AA): Change made. |



BLM_0111521

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | concept into relevant stipulations. Interpretation of these terms has huge implications for how/ when/ where related stipulations would be imposed. Recommended terms/ definitions and interpretation: <br><br> *Surface disturbing activities*- human-caused disturbance resulting in direct and pronounced alteration, damage, removal, displacement, or mortality of vegetation, soil, or substrates; usually entail motorized or mechanized vehicles or tools; typically can also be described as disruptive activities (see following definition) <br><br> Examples of typical surface disturbing activities include: <br> • Earth-moving and drilling <br> • Geophysical exploration <br> • Off-route motorized and mechanized travel <br> • Vegetation treatments including woodland thinning with chainsaws <br> • Pyrotechnics and explosives <br> • Construction of powerlines, pipelines, oil and gas wells, recreation sites, livestock improvement facilities, wildlife waters, or new roads. <br><br> Examples of casual use and other activities that would not normally be considered surface disturbing activities: <br> • Equestrian use <br> • Proper livestock grazing <br> • Cross-country hiking <br> • Hand-spraying weeds <br> • Minimal trimming of vegetation to maintain ROW's <br> • Motorized and mechanized travel on designated routes <br> • Maintenance of permitted areas under valid existing rights <br><br> *Disruptive activities*- human-caused disturbance that induces stress on a population, community, or | |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | ecosystem and potential loss of species fitness (survival, reproduction, and recruitment), usually within crucial habitats or other sensitive areas during specific time periods; may or may not entail surface disturbance<br><br>Examples of disruptive activities:<br>• Surface disturbing activity examples provided above<br>• Potentially all casual use examples provided above<br>• Commercial recreation activities, especially large groups<br>• Abnormally loud or sustained noise<br>• Road or ROW maintenance | |
| 1036. | Glossary-19 | 9-10 | M. Siders | Replace "Areas restricted by NGD are closed to all surface-disturbing activities" | EMPSi (AA): Change made. |
| 1037. | Glossary-20 | 26 | A. Schroeder (CA) | Open Area- delete this definition in favor of the OHV open designation on line 5, pg Glossary-20. | EMPSi (AA): Change made. |
| 1038. | Glossary-21 | 16 | L Reed | Patent:        I think this is a typo:   "tide" should be "title" | EMPSi (AA): Change made. |
| 1039. | Glossary-21 | 16 | A. Schroeder (CA) | Replace "tide" with "title" and add "pursuant to various land disposal laws" at the end of the definition. | EMPSi (AA): Change made. |
| 1040. | Glossary-21 | 18 | A. Schroeder (CA) | Patented Claim- As defined, I would suggest the term "mineral patent" be used in place of "patented claim."<br><br>Rationale: There are different types of claims that may be patented. Once patented, it is no longer a claim. | EMPSi (AA): Change made. |
| 1041. | Glossary-22 | 19 | Huisjen | Definition of Prescribed Fire (taken from national policy): A wildland fire originating from a planned ignition to meet specific objectives identified in a written, approved, prescribed fire plan for which NEPA requirements (where applicable) have been met prior to ignition | EMPSi (AA): Change made. |
| 1042. | Glossary-22 | 19 | A. Schroeder (CA) | Replace the current term and definition for "Prescribed Fire Treatments" with, "Prescribed fire- Any fire ignited by management actions to meet specific objectives. A written, approved prescribed fire plan must exist, and NEPA requirements (where applicable) | EMPSi (AA): Change made per BLM's comment, above. |



BLM_0111523

**BLM – U**NCOMPAHGRE **F**IELD **O**FFICE, **C**OLORADO
**R**ESOURCE **M**ANAGEMENT **P**LAN **R**EVISION AND **E**NVIRONMENTAL **I**MPACT **S**TATEMENT

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | must be met prior to ignition (Glossary of Wildland Fire Terminology. National Wildfire Coordinating Group, May 2011). Prescribed fire may be used for vegetation treatments such as reducing fuel loads, preparing sites for chemical treatment or seeding, or promoting vegetation regeneration." Rationale- The subsequent definition of the term "vegetation treatments" identifies prescribed fire as one such method of treatment. This recommendation defines "prescribed fire" in accordance with the national wildland fire glossary and ties it to vegetation treatments. It is national policy to use consistent wildland fire terminology. | |
| 1043. | Glossary-23 | 11-12 | M. Siders | Delete vultures, add falcons | EMPSi (AA): Change made to "raptor" definition in glossary (page Glossary-24). |
| 1044. | Glossary-23 Glossary-26 | 23 05 | T. Stranathan | "Rehabilitate" & "Reclamation": Returning disturbed lands as near to its predisturbed condition as is reasonably practical or as specified in approved permits. | BLM (BK): No change. After discussion, we decided to keep the original definition for *Reclamation*: "Returning disturbed lands to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan." |
| 1045. | Glossary-23 | 31 | C. Sharp (USFWS/CA) | Include definition for proposed critical habitat. | EMPSi (AA): Change made. |
| 1046. | Glossary-24 | 12.5 | A. Schroeder (CA) | Define "rare habitat" Rationale: This term is used at least once in this review draft, but is not defined. | BLM (BK): A definition will not be provided in the glossary. "Rare habitat" only shows up once in Chapter 2, and that is in Alternative A. I do not know what the intent was in the last RMP. |
| 1047. | Glossary-24 | 13 | Sondergard | Rare Soils – I don't know that this term needs to be in the glossary. I can't find any mention of it in the matrix. | EMPSi (AA): Deleted from glossary. |
| 1048. | Glossary-26 | 06 | A. Schroeder (CA) | Renewable Energy- Add "Energy" at start of first sentence; replace "wood" with "bio-mass." | EMPSi (AA): Change made. |
| 1049. | Glossary-26 | 19 & 20 | K. Kubik | This definition for Rest-Rotation is vague and inaccurate. Please replace with "A grazing rotation strategy that normally involves a multi-pasture system, where one pasture is given 12 months of nonuse each | EMPSi (AA): Change made. |



BLM_0111524

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | year, while the remaining pastures absorb all the grazing use. This grazing strategy can provide periodic "rest" for all pastures in the rotation system, or for pastures that have been identified as needing rest for resource reasons." | |
| 1050. | Glossary-27 | 17 | L Reed | Sale:  very last sentence perhaps add wording: "Any lands to be disposed of by sale that are not identified in the current RMP, or meet the disposal criteria identified in the RMP, require a plan amendment before a sale can occur."<br><br>[We understood by listing disposal criteria in the RMP, lands could be sold that met one or more disposal criteria listed without amending the plan] | EMPSi (AA): Change made. |
| 1051. | Glossary-27 | 17 | A. Schroeder (CA) | Add a general definition for "sale"- "Sale (general)- a transfer of goods or property from one party to another for a price paid. (adapted from Webster's Third New International  Dictionary of the English Language Unabridged, 1976, G. & C. Merriam Co.)<br><br>Rationale: The term "sale" is used in conjunction with land disposal, mineral material disposal, vegetative materials disposal, and woodland/forest product disposal, among others. Sale is Just one form of disposal. | EMPSi (AA): No change made. |
| 1052. | Glossary-27 | 17 | A. Schroeder (CA) | Replace the current definition of "Sale" with something along the following lines: "Sale (public land)- a method of land disposal pursuant to FLPMA, whereby the United States receives a fair-market payment for the transfer of land from federal ownership.<br><br>Move the current "definition" of sale to that part of the document where land disposal management is discussed (if not already there).<br><br>Rationale: The current definition only references land sales and appears to be more a description of a process than a definition. | EMPSi (AA): Change made per this comment and BLM's comment, above. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111525

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1053. | Glossary-28 | 11-13 | M. Siders | Add "Severe winter range is defined for each Colorado Division of Wildlife Data Analysis Unit." | EMPSi (AA): Change made. |
| 1054. | Glossary-28 | 37 SRMA | J. Jackson | Delete old definition and replace with: "The SRMAs are administrative units where the existing or proposed recreation opportunities and recreation setting characteristics are recognized for their unique value, importance and/or distinctiveness, especially as compared to other areas used for recreation." | EMPSi (AA): Change made. |
| 1055. | Glossary-28 | 7.5 (CA) | A. Schroeder | Define "Sensitive habitat"  Rationale: This term is used at least once in this review draft, but is not defined. | BLM (BK):  A definition will not be provided in the glossary.  I searched for "sensitive habitat", and the program found zero results. |
| 1056. | Glossary-29 | 08 | David Sinton | Please drop "proposed species," | EMPSi (AA): Change made per USFWS and M. Siders comments, below. |
| 1057. | Glossary-29 | 08 | C. Sharp (USFWS/CA) | Update your definition for *special status species*. From BLM Manual 6840 (Revised 2008), "special status species: collectively, federally listed or proposed and Bureau sensitive species, which include both Federal candidate species and delisted species within 5 years of delisting." The old version of BLM Manual 6840 (2001) did identify and acknowledge State listed species as special status species. However, with the Manual's revision in 2008, the BLM elected to exclude State listed species from the definition and classification, and a few of these species were, in effect, removed from the CO BLM sensitive species list (see following).  Under current policies, special status species may also happen to be state-listed, but not all state-listed species are necessarily acknowledged by BLM as special status species. E.g., river otter (state threatened), sandhill crane (state species of special concern), neither of which are officially considered or "designated" by BLM. This would be partially addressed by the proposed management actions in Rows 107 and 187. | We will work on the definition.  This definition conflicts with the one in comment 1062. |
| 1058. | Glossary-29 | 13 | B. Krickbaum | Split Estate:  Change the definition to: Lands on which the surface is in private ownership and | EMPSi (AA): Change made in combination with L. Reed comment, below. |



BLM_0111526

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | the mineral resources are publicly held and managed by the Federal government. | |
| 1059. | Glossary-29 | 13 | L Reed | Split Estate:  consider rewording: Lands on which the mineral estate is owned by someone other than the surface estate owner. e.g  private surface/federal minerals<br><br>[split estate does not mean the minerals are always owned by the govt] | EMPSi (AA): Change made. |
| 1060. | Glossary-29 | 13 | A. Schroeder (CA) | Replace the current definition of "Split estate" with "Split estate- Lands on which all or part of the subsurface ownership (generally minerals) is different from the surface ownership. Split estates could include federal surface with state, private, or Indian minerals; state surface with federal, private, or Indian minerals; private surface with federal, state or Indian minerals, or Indian surface with federal, state, or private minerals.<br><br>Rationale: Split estate is more than federal (BLM managed) minerals and private surface. It could also be federal surface with state or private minerals  revise definition?; surface ownership different from all or part of subsurface ownership; | EMPSi (AA): Change made in combination with L. Reed (BLM) comment, above. |
| 1061. | Glossary-29 | 30+ | A. Schroeder (CA) | 1) Recommend changing the current term "Stipulation" to "Stipulation (oil and gas) and reword as follows: "*A provision that modifies standard oil and gas lease terms and conditions in order to protect other resource values or land uses and which is attached to and made a part of the lease.*" *Typical lease stipulations include No Surface Occupancy (NSO), Timing Limitations (TL), Conditional Surface Use (CSU). Lease stipulations are developed through the land use planning process.*"<br><br>2) Recommend adding a second, general definition for "*Stipulation (general)- a term or condition in an agreement or contract.*"<br><br>Rationale: The term "stipulation" is used repeatedly in | EMPSi (AA): Change made. |


BLM_0111527

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | a general sense related to various activities and use authorizations, including, but not limited to fluid minerals, as well as being specifically used when referring to "fluid mineral lease stipulations." Also, the current definition is long and cumbersome. | |
| 1062. | Glossary-29 | 8-10 | M. Siders | Should read "Includes any species which is listed, or proposed for listing, as threatened or endangered by the U.S. Fish and Wildlife Service or National Marine Fisheries Service under the provisions of the Endangered Species Act; any species designated as a "listed," "candidate," "sensitive" or "species of concern," and any species which is listed by the State in a category implying potential danger of extinction;  Also includes BLM State Director-designated sensitive species (BLM Manual…" | We will work on the definition.  This definition conflicts with the one in comment 1057. |
| 1063. | Glossary-30 | 10-12 | M. Siders | Add "Under the Endangered Species Act in the United States, 'threatened is the lesser protected of the two categories.  Designation as threatened (or endangered) is determined by the USFWS, as directed by the ESA." | EMPSi (AA): Change made. |
| 1064. | Glossary-30 | 15 | C. Sharp (USFWS/CA) | As proposed, Timing Limitations also apply to non-fluid mineral activities. However, other stipulations (CSU, NSO) when applied to non-fluid mineral activities, have unique labels (SSR, NGD, respectively). For consistency, and to avoid confusion, we recommend applying a dual approach for the Timing Limitation stipulation (i.e., a Seasonal Limitation for non-fluid mineral activities). | EMPSi (AA): This approach was considered during alternatives development. All Timing Limitations apply to all fluid mineral and non-fluid mineral activities and, as such, including a second label, such as Seasonal Limitation, for non-fluid mineral activities would result in 100 percent duplication of the Timing Limitations. As such, the definition of Timing Limitation was written such that it includes all types of activities. |
| 1065. | Glossary-30 | 15-19 | M. Siders | Should read "The TL stipulation, a moderate constraint, is applicable to fluid mineral leasing, all activities associated with fluid mineral leasing (e.g., truck-mounted drilling 16 and geophysical exploration equipment off designated routes, construction of wells and/or pads), and other surface-disturbing activities (i.e., those not related  to fluid mineral leasing). …" | EMPSi (AA): Change made. |
| 1066. | Glossary-32 | 01 | L Reed | Valid existing rights:   consider adding wording: "Any lease or other authorization established…… | EMPSi (AA): Changed definition to: "Documented, legal rights or interests in the land that allow a |



BLM_0111528

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | person or entity to use said land for a specific purpose and that are still in effect. Such rights include but are not limited to fee title ownership, mineral rights, rights-of-way, easements, permits, and licenses. Such rights may have been reserved, acquired, leased, granted, permitted, or otherwise authorized over time." |
| 1067. | Glossary-32 | 01 | A. Schroeder (CA) | Replace the current definition for "Valid existing rights" with the following: "Documented, legal rights or interests in the land which allow a person or entity to use said land for a specific purpose and which are still in effect.  Such rights include fee title ownership, mineral rights, rights-of-way, easements, permits, licenses, etc.. Such rights may have been reserved, acquired, leased, granted, permitted, or otherwise authorized over time."<br><br>Rationale: Valid existing rights can result from more actions than just leases, therefore the definition should be broader. | EMPSi (AA): Change made. |
| 1068. | Glossary-32 | 06-07 | M. Siders | Should read "… encompassing both age of stand, height of vegetation, and spatial distribution of plants." | EMPSi (AA): Change made. |
| 1069. | Glossary-32 | 10 | A. Schroeder (CA) | Delete the word "treatments" following "prescribed fire. | EMPSi (AA): Change made. |
| 1070. | Glossary-32 | 13 | M. Siders | Add "Includes jawless fishes, bony fishes, sharks and rays, amphibians, reptiles, mammals, and birds." | EMPSi (AA): Change made. |
| 1071. | Glossary-34 | 33 | Huisjen | Definition of Wildland Fire (taken from national policy): Any non-structure fire that occurs in the wildland | EMPSi (AA): Change made. |
| 1072. | Glossary-34 | 33 | A. Schroeder (CA) | Replace the current definition for "Wildland fire" with, "Any non-structure fire that occurs in the wildland. Three distinct types of wildland fire have been defined and include wildfire, wildland fire use, and prescribed fire." (Glossary of Wildland Fire Terminology, National Wildfire Coordinating Group, May 2011)<br><br>Rationale- It is national policy to use consistent wildland fire terminology. The cited glossary is the national glossary for wildland fire terms. | EMPSi (AA): Change made. |



BLM_0111529

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1073. | Glossary-34 | 37 | Huisjen | Definition of Wildland Fire Use: A term no longer used.  New terminology is 'Managed Fire'.\n\nNeed to see how this term was used in Chapter 1 and in the Matrix before deleting it's existing definition. | EMPSi (AA): Term not deleted from glossary because although it is not used in Chapters 1 or 2 or the appendices to date, it is used in Chapter 3. The following was added to the beginning of the glossary definition of "Wildland fire use: "*A term no longer used; the new terminology is "managed fire" (see "managed fire" definition)...*" |
| 1074. | Glossary-34 | 37 | A. Schroeder *(CA)* | Replace the current definition for "Wildland fire use" with, "The application of the appropriate management response to naturally-ignited wildland fires to accomplish specific resource management objectives in pre-defined designated areas outlined in Fire Management Plans. Operational management is described in the Wildland Fire Implementation Plan (WFIP)." (Glossary of Wildland Fire Terminology, National Wildfire Coordinating Group, May 2011)\n\nRationale- It is national policy to use consistent wildland fire terminology. The cited glossary is the national glossary for wildland fire terms. | EMPSi (AA): Defintion edited per response to BLM's comment, above. |
| 1075. | Glossary-35 | 05-07 | M. Siders | Add "Winter concentration areas are defined for each Colorado Division of Wildlife Data Analysis Unit." | EMPSi (AA): Change made. |
| | | | | **Appendix A:** *Figures* | |
| 1076. | Appendix A | | Huisjen | Need 3 Managed Fire Alternative Maps inserted (Sinton is working on them as of 6/28) | EMPSi (KW): After discussion with B. Krickbaum and GIS, maps will not be added as they are more appropriate in fire management plan. |
| 1077. | Appendix A | All | Burch | It would be helpful to have a cross reference on each map that links the reader back to the Matrix action(s) that it depicts. | EMPSi (KW): This may be incorporated during later iterations of Chapter 2. |
| 1078. | Appendix A | Figure 2-02, 2-03, 2-04 | Burch | GIS needs corrected. There are areas chosen in D that are not shown on maps for B & C. (Naturita Canyon is analyzed in the matrix in B & C but only shown in D.)  Also, should the label on the map for Spring Canyon have "Creek" added to the name? | EMPSi (KW): GIS and alternatives matrix updated. |
| 1079. | Appendix A | Figure 2-04 | M. Siders | Is "no data" explained in the text of the alternatives? | EMPSi (KW): Changed to "Undesignated" for consistency with Table 2-1. |
| 1080. | Appendix A | Figures 2-06, 2-07 | J. Jackson | Need to adjust the map; may be some changes needed especially in the North Fork area | EMPSi (KW): GIS updated per comments on Chapter 2. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111530

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1081. | Appendix A | Figure 2-10 – 2-12 | Burch | The range folks were not able to discuss or analyze these sheep grazing options now shown on the map. <br> The allotments that were chosen for Alternative D are unacceptable since several of them currently and have historically been sheep allotments. Closure to allotments because they are "potential" habitat is too general and extensive. <br> I suggest: we take another, inter-disciplinary look at these designations and limit the closures to occupied and prioritize or designate 'potential reintroduction areas' using inter-disciplinary chosen criteria. <br> Also, we need to take all the "buffer areas" off of the maps. GIS error. (If those are to be considered for management – they would play a role in the Implementation level, or site by site management.) <br> Also, Alt. D shows even greater acreage of closure than either B or C, which suggests not adequate analysis for the choices in D. | EMPSi (KW): Livestock grazing closures reviewed and adjusted. |
| 1082. | Appendix A | Figure 2-12 | K. Kubik | I understand that this map depicts grazing allotment status based on a 9 mile? buffer zone for Bighorn Sheep occupied habitat.  Well, this alternative poses serious negative economic and political implications for our grazing program all around the planning area.  In particular, the action would <u>close</u> at least three "current sheep allotments" and portions of several other sheep allotments in the Hotchkiss-Crawford area.  These "active" sheep grazing permits are in good standing and held by well-known and prominent permittees in Delta County.  It would not be fair or wise to cancel or modify these permits in a manner that could be perceived as arbitrary and capricious. I strongly propose that Figure 2-12 get a second evaluation/discussion that includes the range staff. | EMPSi (KW): Livestock grazing closures reviewed and adjusted. |
| 1083. | Appendix A | Figure 2-16 | Clements | Shows Paradox Valley as ERMA-does not match with action 413 p 2-184 | EMPSi (KW): GIS updated per comments on Chapter 2. |
| 1084. | Appendix A | Figure 2-20 | M. Siders | How is "No Motorized Vehicles (Mechanized Vehicles Limited to Designated Routes) shown in Table 2-1 (Comprehensive Trails and Travel Management)?    Is it | EMPSi (KW): Yes, corresponds with "Closed to motorized use." Changed Table 2-1 to read, "Closed to motorized use (*mechanized travel limited* |



Internal Draft Alternatives for Field Office, Cooperating Agency,
and RAC Subgroup Review: June 23, 2011

BLM_0111531

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | part of "Closed to motorized use?"  Are there only two small areas?  Difficult to see/find.  Is there a way to better display? | *to designated routes)."* Figures will be updated for clarity. |
| 1085. | Appendix A | Figure 2-22 thru 2-24 | L Reed | North and northeast of Paonia, the maps are showing ROW Exclude/Avoid areas that I believe  are highlighting  segments of WSR, however, neither Deep Creek nor Terror Creek were carried forward in the plan.  [also these exclude/avoid areas along the creeks continue well onto the FS lands.]  Please correct the Figures accordingly by removing the exclude/avoid areas along these creeks in the N Fork area.  Will acres for Exclude/Avoid need to be recalculated? | BLM (BK)GIS is verifying all maps, figures and calculations. If there was an error, it will be corrected. |
| 1086. | Appendix A | Figure 2-24 | S. Bear (RACSG) | Adjust the boundary of the Fairview ACEC ROW Exclusion area away from the South Canal boundary by 200 meters (656 feet). | EMPSi (KW): Change made. |
| 1087. | Appendix A | Figure 2-24 | S. Bear (RACSG) | Remove the ROW Exclusion Areas shown along Deep Creek and Terror Creek.  These river segments were not found to warrant WSR designation, and both creeks have existing power line and access ROWs for power line maintenance, repair, and reconstruction activities. | BLM (BK): GIS is verifying all maps, figures and calculations. If there was an error, it will be corrected.  I suspect that area should be a ROW avoidance (Biological Core). |
| 1088. | Appendix A | Figure 2-24 | Clements | Shouldn't Upper Dry Creek Basin which is identified for Wilderness characteristics protection be a ROW exclusion area? | EMPSi (KW): Management for lands with wilderness characteristics under Alternative D prescribes ROW avoidance. |
| 1089. | Appendix A | Figure 2-24 | L Reed | ROW avoidance and exclusion areas:   ACECs These  2 ACECs are listed under both avoid & exclude: Fairview South- should be exclude, delete from avoid Needle Rock- should be avoid, delete from exclude

Also:  Dolores River is listed under exclude & Dolores River Slickrock Canyon is listed under avoid Should be:  Dolores River Slickrock Canyon = Avoid, please delete from exclude

Also:  West Paradox Rock Art is listed under exclude & Paradox Rock Art Complex is listed under Avoid. Should be:   Paradox Rock Art = avoid,   please correct ACEC name in avoid and delete in exclude | EMPSi (KW): Changes made in Chapter 2; GIS updated. |



BLM_0111532

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Figure 2-24 and acreage need to be corrected to coincide with the above corrections. The map includes Exclusion areas for ACECs that were incorrectly added to Lands Matrix as exclusion [Line #450 Alt D] when they are really avoidance areas ie Needle Rock, Paradox Rock Art, & Dolores River Slickrock (as applicable ie if outside WSA) are all shown as exclude but should be shown as avoid | |
| 1090. | Appendix A | Figure 2-25 thru 2-28 | A. Schroeder (CA) | Suggest the title of these Figures be changed to "Land Disposal Areas." The comment also applies to the Figures themselves.<br><br>Rationale: The general term "disposal areas" could apply not only to disposal of land, but also disposal of vegetative or mineral materials. I believe these figures relate only to land disposal. | EMPSi (KW): Changed to "Lands Identified for Disposal." |
| 1091. | Appendix A | Figures 2-29, 30, 31, 32 | Steve Weist (RACSG) | Realizing that these figures may change when the coal report is released, the gray shaded area (based upon 1989 coal resource Occurrence Data) is incorrect. There are at least two areas north of Hotchkiss shown as private land that are actually BLM mineral. The private areas on this map should be checked for accuracy. | BLM (BK): GIS is verifying all maps, figures and calculations. If there was an error, it will be corrected. |
| 1092. | Appendix A | Figures 2-30, 31, 32 | Armstrong[1], Sharrow[2] | Do not use the word "Unacceptable". Use "closed" instead. | EMPSi (KW): These terms are consisten with the alternatives matrix and 43 CFR 3420.1. |
| 1093. | Appendix A | Figure 2-30 | M. Siders | If Alt B is our "Conservation" Alternative, why do we have such a big jump in acres/areas from Alt A to B? Shouldn't Alt B be a much more conservative amount? | EMPSi (KW): The Coal Resource Development Area (essentially the coal potential area) has grown in size due improved technology. As such, it follows that additional areas in the larger Coal Resource Development Area would be available for leasing. |
| 1094. | Appendix A | Figure 2-33 & 2-36 | M. Siders | Appears to be overlapping acres of NGD and SSR. Or is this just due to the scale of the map? | EMPSi (KW): There may be overlap between the two restrictions. However, the more restrictive management would "trump" the less restrictive. |
| 1095. | Appendix A | Figure 2-35 Alt D | Clements | Shouldn't Camelback WSA, Tabeguache Area and Lands identified for wilderness characteristics be NGD areas? Why are more areas shown as NGD under Alt C? | EMPSi (KW): Tabeguache area and WSAs are SSR, per the alternatives matrix.<br><br>BLM (BK): Regarding the second question: There |



BLM_0111533

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | could have been a mapping error; GIS is verifying all maps, figures and calculations. Also, several NGD have changed to SSR since the last version. We will need to look at this again after the current mapping project is completed. |
| 1096. | Appendix A | Figures 2-43, 44, 45, 46 | Armstrong[1], Sharrow[2] | Include private and USFS (showing what is open to leasing and no leasing. (i.e 1000 feet from water supplies on private, BLM and FS are no leasing).  Distinguish private (e.g. with crosshatch) | BLM (BK): We will show private lands, but not leasing on US Forest Service lands. BLM does not make leasing decisions on USFS lands. The decision on the Forest Plan will determine whether the areas are open for leasing. We administer the minerals (e.g. once leased), but we do not make management decisions. |
| 1097. | Appendix A | Figure 2-48 & 4-52 | M. Siders | Appears to be overlapping acres of NSO and CSU. Or is this just due to the scale of the map? Would a map combining NSO and CSU be more informative? | EMPSi (KW): There may be overlap between the two restrictions. However, the more restrictive management would "trump" the less restrictive. |
| 1098. | Appendix A | Figure 2-54 | Clements | Why are WSAs, NSO areas, etc shown as CSU areas in this map? | EMPSi (KW): There may be overlap between the two restrictions. However, the more restrictive management would "trump" the less restrictive. |
| 1099. | Appendix A | Figure 2-55 | B. Krickbaum | Map figure 2-55 needs Ridgway and Crawford reservoirs shown (BOR withdrawals). | BLM (BK): Map will show the Reservoir. |
| 1100. | Appendix A | Figure 2-57 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from locatable mineral entry. I am not sure of the reasoning behind this. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands to be petitioned for withdrawal from locatable mineral entry are summarized on row 507. |
| 1101. | Appendix A | Figure 2-58 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from locatable mineral entry. I am not sure of the reasoning behind this. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands to be petitioned for withdrawal from locatable mineral entry are summarized on row 507. |
| 1102. | Appendix A | Figure 2-59 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from locatable mineral entry. I am not sure of the reasoning behind this. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands to be petitioned for withdrawal from locatable mineral entry are summarized on row 507. |
| 1103. | Appendix A | Figure 2-60 thru 2-63 | A. Schroeder (CA) | I recommend that the term "mineral materials" be used throughout the document when referring to these types of minerals. Several different terms (mineral | EMPSi (KW): Legend changed to "mineral materials disposal." |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | materials, mineral material, salable minerals, salable mineral material(s)) are currently being used: this can cause confusion. A search/replace can be run on these terms. Define "mineral materials" including synonyms. I'll try to catch the various uses and provide comment, but may not catch them all.<br><br>Rationale: This is a general comment regarding consistent use of terms throughout the document. The term Mineral Materials is currently used in several headings(such as the cited Figures), thus the recommendation. However, the term, "salable minerals" would also be acceptable, though appropriate changes would have to be made throughout the document.. | |
| 1104. | Appendix A | Figure 2-61 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from mineral material sales. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands closed to mineral materials disposal are summarized on row 511. |
| 1105. | Appendix A | Figure 2-62 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from mineral material sales. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands closed to mineral materials disposal are summarized on row 511. |
| 1106. | Appendix A | Figure 2-63 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from mineral material sales. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands closed to mineral materials disposal are summarized on row 511. |
| 1107. | Appendix A | Figure 2-65 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from | EMPSi (KW): Lands closed to non-energy solid mineral leasing are summarized on row 517. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111535

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Non-energy solid minerals. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. | |
| 1108. | Appendix A | Figure 2-66 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from Non-energy solid minerals. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. | EMPSi (KW): Lands closed to non-energy solid mineral leasing are summarized on row 517. |
| 1109. | Appendix A | Figure 2-67 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from Non-energy solid minerals. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. | EMPSi (KW): Lands closed to non-energy solid mineral leasing are summarized on row 517. |
| 1110. | Appendix A | Figure 2-74 | Tucker | Need to explain the number in ( ) which refers to the number of eligible sections. | BLM (BK):  We will remove the ( ). |
| 1111. | Appendix A | Figure 2-74 | Steve Weist (RACSG) | San Miguel river segment is broken up by many private surface parcels, yet you have it designated as wild and scenic over the entire length, I don't feel the public will appreciate this classification, especially the surface land owners. | EMPSi (KW): The identified segments have been determined to be suitable for inclusion in the National Wild and Scenic Rivers System, not designated as a Wild and Scenic River. Only Congress can designate a river. This determination was made in conjunction with a stakeholder group, including members of the public.  BLM management of the segments will not apply to private lands, unless there is a proposed federal action (such as a right of way or a gas well). |
| 1112. | Appendix A | Figure 2-83 | J. Jackson | Need to show approved proposed routes on the map as well. | BLM (BK):  Julie, please visit GIS on this.  I do not know what "approved proposed routes" are versus what is depicted on the map now. |
| | | | | **Appendix B:** *Restrictions Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities* | |
| 1113. | B-001 | 10-11 | C. Sharp (USFWS/CA) | Stipulations Introduction<br><br>"The intent is to maintain consistency, to the extent possible, in applying stipulations to all surface-disturbing activities." Please explain further and justify or delete. This is not evident with the overwhelming number of | EMPSi (KW): Where restrictions for non-fluid mineral activities are not present, it was felt that the primary threat to the resource was from fluid mineral development. |



BLM_0111536

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | NSO-SSR (no NGD) stipulations proposed in Alternative D—i.e., stipulations are frequently applied to fluid mineral activities, seldom (4 instances in Alternative D) to non-fluid minerals activities. | |
| 1114. | B-001 | 14 | A. Schroeder (CA) | Add USBR lands. | EMPSi (KW): Change made. |
| 1115. | B-001 | 15 | C. Sharp (USFWS/CA) | Stipulations Introduction "…federal mineral estate, which includes federal mineral estate underlying BLM lands, privately owned lands, and state-owned lands, but not US Forest Service lands." Clarify why stipulations would generally not apply to U.S. Forest Service lands—i.e., because their Forest Plan would determine which stipulations would apply? | EMPSi (KW): The paragraph continues with the following, "Stipulations may also be applied to land managed by other federal agencies, such as US Forest Service, at the leasing phase based on coordination with the agency." |
| 1116. | B-001 | 20 | T. Stranathan | Do we want to say "applying" or rather "recommending"? | EMPSi (KW): No change. After consultation with the applicable agency, the BLM would apply the stipulation as the administraters of the federal mineral estate. |
| 1117. | B-001 | 25 | C. Sharp (USFWS/CA) | Stipulations Introduction This definition should be rolled into the Glossary too. As noted in earlier comments, you need to expound on stipulations to address *disruptive activities* (See Comments for Glossary-19, Row 22). [case in point: a given "minimum-impact filming" (row 6, page B-2) activity may or may not cause surface impacts/ disturbance, but may impact species sensitive to those activities—e.g., aerial filming] | EMPSi (KW): Added "surface disrupting activity" to glossary and added to some wildlife stipulations. |
| 1118. | B-002 | 02-04 | C. Sharp (USFWS/CA) | Stipulations Introduction "…construction of facilities such as power lines, pipelines, oil and gas wells and/or pads; recreation sites; new road and trail construction; and use of pyrotechnics and explosives." Livestock grazing improvements—in particular, ponds and dams—are curiously omitted from the definition, despite their potential for substantial surface disturbance. An earlier | EMPSi (KW): Added "range facilities and/or improvements" to list. |


BLM_0111537

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | definition of "surface disturbing activities" circulated during the RMP planning process did include livestock improvements and facilities. In this same section (row 6), you describe livestock grazing itself as non-surface disturbing, but do not specifically address livestock improvements/ activities. How will BLM categorize major livestock improvements and facilities, and will they be excepted from the suite of stipulations that hinge on the term, *surface disturbing activity*? Please address and clarify. | |
| 1119. | B-002 | 03 | T. Stranathan | Add: stationary drill rigs in unison to any reference to "truck mounted drill rigs". Not all of them are truck mounted especially to drill for oil and gas resources. | EMPSi (KW): Change made. |
| 1120. | B-002 | 07 | C. Sharp (USFWS/CA) | Stipulations Introduction<br><br>"…general use of the land by wildlife [as a non-surface disturbing activity]." This seems sort of irrelevant to the concept in that there would be anthropogenic element, i.e, no federal nexus or decision, regarding wildlife use, a state-managed resource. Land use stipulations are designed to modify proposed actions and activities. Please delete or clarify how this would apply. | EMPSi (KW): Your point is valid and understood, however the reference to general use by wildlife remains to show that these stipulations would never (and could never) be applied for wildlife use. |
| 1121. | B-002 | 07-11 | C. Sharp (USFWS/CA) | Stipulations Introduction Split Estate<br><br>"Because the BLM does not have jurisdiction over split-estate lands for surface-disturbing activities (i.e., those not related to fluid mineral leasing and development), no ground disturbance (NGD) and site-specific relocation (SSR) restrictions apply only to the 675,800 acres of BLM surface in the decision area."<br><br>Regarding interrelated and interdependent actions and BLM authority and obligations under ESA: Pursuant to Section 7 of the Act, biological assessments must evaluate the effects of actions where listed species or critical habitat may be present, including that action's | BLM (BK):  No change.   As the paragraph states, NGD and SSR do not apply to private lands.  When a oil/gas well is proposed, BLM will apply the appropriate O/G stipulation (NSO, CSU).  BLM will also adhere to other laws, such as cultural, ESA, migratory birds, etc.  As you know, BLM needs to apply laws to private lands as well as federal lands when approving a federal project.  This does not need to be explained in the text. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111538

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | direct and indirect effects and its interrelated or interdependent effects. Interrelated actions are those that are part of a larger action and depend on the larger action for their justification. Interdependent actions are those that have no independent utility apart from the action under consideration [50 CFR §402.02].<br><br>The biologist should ask whether another activity in question would occur "but for" the proposed action under consultation. If the answer is "no," that the activity in question would not occur but for the proposed action, then the activity is interrelated or interdependent and should be analyzed with the effects of the action. It follows that where there is a federal nexus and there are interrelated/ interdependent effects (e.g., a ROW that involves both BLM and private land), the BLM has authority to impose protection measures to ensure compliance with and furtherance of the ESA.<br><br>In summary, while it is true that the BLM cannot legally apply stipulations to other lands, standard stipulations—or variations thereof—and other conservation measures, should be applied to projects as design features, terms and conditions, or through similar means to avoid or minimize adverse effects on listed species. This should be clarified in the policy decision above, since it is misleading. | |
| 1122. | B-002 | 08-11 | Holst (CDOW) | It is not clear in this context what NGD and SSR restrictions are and how they differ from NSO and CSU stipulations for fluid mineral leasing.  Please move up some of the explanation from page B-4 to distinguish these restrictions prior to referencing NGD and SSR. | EMPSi (KW): Moved this statement to Section B.3, Description of Restrictions Applicable to Surface-disturbing Activities. |
| 1123. | B-002 | 21-23 | C. Sharp (USFWS/CA) | Stipulations Introduction<br>Existing Leases Policy<br><br>"On existing leases, the BLM would seek voluntary | BLM (BK):  No change.   BLM will adhere to laws, such as cultural, ESA, migratory birds, etc.  BLM needs to apply laws to private lands as well as |



BLM_0111539

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | compliance or would develop Conditions of Approval for Applications for Permit to Drill <u>to achieve resource objectives of lease stipulations</u> contained in this RMP." <br><br> This may be a simple matter of semantics, but the above is written such that we are not convinced that standard protections would be afforded to species/habitats affected by existing leases, and/or such that the COAs may approximate stipulations but actually fall short of conservation benefits. This is important, since according to recent documentation (DOI-BLM-CO-S050-2011-0003 EA), "[A]s of November 2010, approximately 41 percent of BLM-administered surface, and more than 17 percent of federal mineral estate within the UFO is currently leased for fluid mineral development (p.34)." Based on these numbers, it is reasonable to assume impacts would be substantial if, at a minimum, standard stipulations, or their COA derivatives, are not applied to these areas for fluid mineral activities. <br><br> From BLM IM No. WY-2010- 012: The IBLA has upheld the BLM's authority to impose more stringent protection measures on approval of development plans or permits than provided for in lease stipulations when supported by current science and analyzed through the NEPA process. *See William P. Maycock*, 177 IBLA 1 (2009); *Yates Petroleum Corp.*, 176 IBLA 144 (2008); IBLA Order 2008-236 (Sorenson). Development plans should be reviewed on a case-by-case basis to determine if impositions of these new conditions are consistent with the governing RMP and do not interfere with lease rights and allow for reasonable use and development of the leaseholds. A recent Interior Board of Land Appeals (IBLA) decision (176 IBLA 144 – 161) upheld the BLM's exercise of discretion in applying a timing restriction out to 3 miles from a lek as a COA on an APD permit because it was consistent | federal lands when approving a federal project. |



BLM_0111540