**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | with the governing RMP, was biologically based, was adequately supported by site-specific NEPA analysis, and because the lessee did not show how it interfered with lease rights. <br><br> Reword to communicate that BLM will make every effort to incorporate standard stipulations, at a minimum, or stronger protections as necessary, and that they are attached as conditions of approval to existing leases. | |
| 1124. | B-002 | 41 | T. Stranathan | Please add Directional and/or horizontal. | EMPSi (KW): Change made. |
| 1125. | B-002 | 41 | Holst (CDOW) | Please remove the word "horizontal" and replace it with "directional" as horizontal drilling applies only to a very specific drilling technique that is not necessary or appropriate in order to develop many fluid mineral deposits from off site surface locations. | EMPSi (KW) Changed to "directional and/or horizontal." |
| 1126. | B-003 | 15 | Holst (CDOW) | Add phrase noting that TL closure may exceed 60 days to clearly distinguish TL from standard terms. | EMPSi (KW): Change made. |
| 1127. | B-003 | 33 | Holst (CDOW) | Continue at the end of the paragraph after "public lands" with ", based on a site-specific evaluation of the impacts from development after the lease is issued." | EMPSi (KW): Change made. |
| 1128. | B-004 | 11-28 | C. Sharp (USFWS/CA) | Stipulations <br> Exceptions, Mods, Waivers <br><br> An essential criterion for providing exceptions, modifications, and waivers should be incorporated: <br><br> Exceptions (exceptions, modifications, waivers) will not be granted for stipulations or operating standards designed to protect threatened, endangered, proposed, or candidate species unless the BLM consults with the U.S. Fish and Wildlife Service (USFWS), and reinitiates consultation for the RMP, if appropriate. The applicant, operator, or lease holder may be responsible for the Biological Assessment, which will conform to agency standards. <br><br> The USFWS's biological opinion for the RMP proposed | BLM (BK):  No change.   BLM will adhere to laws, such as cultural, ESA, migratory birds, etc.  BLM needs to satisfy NEPA and apply laws to private lands as well as federal lands when approving a federal project.  This does not need to be explained in the text. |


BLM_0111541

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | action will be predicated largely on proposed conservation measures for species, accountability by the BLM, and assurances that those protections are consistently implemented.<br><br>BLM needs to discuss, disclose, and attach to the RMP Instruction Memorandum No. 2008-032 regarding stipulation exception policies, which describes in detail how BLM perceives and/or enforces, or amends, proposed measures. Ultimately, the UFO's interpretation and application of the IM's policies will determine the level of protection ensured to identified resources. If this IM is no longer current or in effect, then the revised version, or similar, should be disclosed. | |
| 1129. | B-004 | 17 | Holst (CDOW) | Please remove the word "negligible" and replace it with "no measureable" since the term negligible is subject to interpretation unless specifically defined. | EMPSi (KW): Change made. |
| 1130. | B-004 | 36-37 | C. Sharp (USFWS/CA) | Stipulations<br>Exceptions, Mods, Waivers<br><br>"Exceptions, modifications, and waivers are not applicable to NGD or SSR restrictions; however they are applicable to TL restrictions." I'm confused—no exceptions would be considered or granted for non-fluid mineral activities? Will it be technically feasible to not grant exceptions for any NGD/ SSR restrictions?<br><br>Although there are only 4 instances of applying a NGD stipulation in the Preferred Alternative D, why would the BLM incorporate flexibility (via exceptions) for fluid mineral operators, but not for other resource uses? For instance, the above policy statement implies that no recreation sites (e.g., boat launches, campsites, etc.) would be constructed within significant corridor segments of the San Miguel, Dolores, Lower Gunnison Rivers due to NGD-12 (2500-foot buffers along segments of these rivers). This would conflict with | EMPSi (KW): Sentence removed. Exceptions, modifications, and waivers apply to all stipulations/restrictions. |


BLM_0111542

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | some of the ACEC decisions, e.g., the San Miguel ACEC, which indicates that development would likely occur along the river corridor.<br><br>Based on this information, it sounds as if the BLM UFO may not consider recreation site development as "surface-disturbing". Please disclose whether those sorts of projects would be viewed by the BLM as surface disturbing and subject to standard NGD restrictions. 2 | |
| 1131. | B-004 | 36-37 B.3 Section | J. Jackson | When going through the matrixes the assumption was that the standard exception would be applied to NGD's and SSR's; this statement contradicts that assumption. | EMPSi (KW): Sentence removed. Exceptions, modifications, and waivers apply to all stipulations/restrictions. |
| 1132. | B-005 | 02 | M. Siders | Awkward phrase. Consider rewording … "Areas restricted by NGD are closed to all surface-disturbing activities." | EMPSi (KW): Change made. |
| 1133. | B-006 | NL-1/NGD-3 | Holst (CDOW) | NL-1/NGD-3 should be included in Alternative D (preferred) | BLM (BK 10/5/11): These areas have an NSO stipulation (see NSO-4. BLM feels an NSO will offer the protections needed. A drill rig or facitlities will not be able to set up within 100 meters of a major river corridor. An NL is not needed in D. |
| 1134. | B-006 | NL-2,3 | Sondergard | Purpose and justification should be the same as the NSO/NGD for Public water supplies. | EMPSi (JW): Updated with purpose and justification from NGD-6. |
| 1135. | B-006 | NL-3 | T. Stranathan | Should be NSO. | BLM (BK 10/5/11): No Change. BLM management is comfortable with an NL in these areas. |
| 1136. | B-007 | NL-5 | Holst (CDOW) | NL-5 should be included in Alternative D (preferred) | BLM (BK 10/5/11): These areas have an NSO stipulation (See NSO-13) A drill rig or facitlity will not be able to set up the areas identified, which is what Alt D is really trying to accomplish. The question was posed during a Cooperating Agency meeting, and it was determined that an NSO would be sufficient. |
| 1137. | B-007 | NL-6/NGD-15 | Holst (CDOW) | NL-6/NGD-15 should be included in Alternative D (preferred) due to BLM's commitments in Gunnison Sage-Grouse Rangewide Conservation Plan (2005) and upcoming listing of Gunnison sage-grouse | BLM (BK 10/5/11): These areas have an NSO stipulation (see NSO-23, -24, and -25). A drill rig or facitlity will not be able to set up the areas identified, which is what Alt D is really trying to |



BLM_0111543

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | accomplish.  An NL would not accomplish more within these areas. |
| 1138. | B-008 | NL-6/NGD-15 | M. Siders | Purpose:  To protect Gunnison sage grouse core areas and crucial habitats.

Justification:  This stipulation will protect crucial habitats for the Gunnison sage grouse, a Federally listed Candidate species. | EMPSi (JW): Change made. |
| 1139. | B-008 | NL-8 | J. Jackson | Add:
**PURPOSE:** To protect: (1) the prescribed physical, social, and operational natural resource recreational setting character; (2) the targeted recreation activity, experience, and beneficial outcome opportunities; and (3) visitor health and safety in areas of high recreational value and/or significant recreational activity.

**EXCEPTION:** Standard exceptions apply.

**MODIFICATION:** Standard modifications apply.

**WAIVER:** Standard modifications apply.

**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | EMPSi (JW): Change made. |
| 1140. | B-010 | NSO/NGD-1 | Sondergard | Same purpose, exception and justification as the CSU/SSR for saline/selenium soils. | EMPSi (JW): Change made. |
| 1141. | B-010 | NSO-1/NGD-1 | Holst (CDOW) | NSO-1/NGD-1 should be included in Alternative D (preferred) to avoid adverse impacts to TES aquatic species in the planning area. | BLM (BK 10/5/11): These areas have a CSU stipulation (see CSU-2, and -3. We feel we can protect the soils with a CSU stipulation in D. It would mean more work to locate drill sites, but we feel appropriate sites can be found within the geographic area mapped with saline/selenium soils. |
| 1142. | B-010 | NSO-2/NGD-2 | Holst (CDOW) | NSO-2/NGD-2 should be included in Alternative D (preferred) to avoid adverse sedimentation impacts to TES aquatic species in the planning area.  If NSO-2/NGD-2 is not included in Alternative D, please provide evidence that slopes steeper than 30 percent | BLM (BK 10/5/11): These areas have a CSU stipulation (see CSU-8. We feel that an NSO for slopes over 40% (in D) will be sufficient to avoid adverse sedimentation.  With a CSU on slopes of 30 – 40%, we feel drill sites can be situated and |



BLM_0111544

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | are reclaimable throughout the planning area, regardless of soil type. | mitigated to avoid adverse impacts. |
| 1143. | B-010 | NSO-3 | Pfifer | Stip says 40%, purpose says 30%? | EMPSi (JW): Updated to 40%. |
| 1144. | B-010 & 011 | NSO-16/SSR-24 | M. Siders | PURPOSE: The protection buffer reduces dust transport, weed invasion, unauthorized vehicular activities, and chemical and produced-water spills and those effects on special status plant populations. It also reduces impact to important pollinators and their habitat. <br><br> JUSTIFICATION: This stipulation is necessary to protect known special status plant populations and occupied habitat. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-16/SSR-24 has been deleted. |
| 1145. | B-012 | B | Rogers | NGD #5, need to add livestock water development to exception, take out **ephemeral**. | EMPSi (JW): NGD-5 has been deleted. |
| 1146. | B-013 | NSO-9 /NGD-7 | Clements | This was blank and needed filling in Purpose: To protect exceptional vegetation values from direct removal, destruction or damage, and indirect threats associated with invasive weeds and sedimentation. Exception: Activities associated with restoring these areas or reducing threats to them. Standard Modification and Waiver apply. Justification: This stipulation is necessary to maintain the integrity of unique and irreplaceable vegetation types. | EMPSi (JW): Change made. |
| 1147. | B-014 | NSO-11/SSR-16 | Sondergard | Suggested to State Office this buffer should be 300 ft to match the COGCC buffer distance to perennial streams. | BLM (BK 10/5/11): UFO has changed to buffer to 300 feet. |
| 1148. | B-014 | NSO-11/SSR-16 | Steve Weist (RACSG) | The diagram shows sourceperennial water, I am not sure, but I think it should be source perennial water. | EMPSi (JW): Change made. |
| 1149. | B-015 | NSO-12 | M. Siders | Include Sims Mesa in Alternative B list. | BLM (BK 10/5/11): Sims Mesa has been added to alternative B and D. |
| 1150. | B-016 | NSO-13 | A. Schroeder (CA) | Stipulation regarding Curecanti NRA and State Parks, in particular: I believe the cited BLM surface is, in fact, BOR surface and is not accurate, because of acquired lands in addition to withdrawn lands. Also, federal | BLM (BK 10/5/11): We will leave as it is for now. There appears to be a disagreement between your description of management and that of the UFO Lands staff. |



BLM_0111545

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | minerals on those areas are also wrong, again due to BOR acquisition and withdrawals. I can get with BLM staff to provide the proper acreage. | There is not any cited BLM surface in this NSO. We will add "Reclamation Lands" to the list of areas shown.  We do not know what you mean by "federal minerals in those areas is wrong.   BLM manages the federal minerals (in coordination with BOR on project lands).<br><br>EMPSi (JW): added "Reclamation lands" to NSO. |
| 1151. | B-018 | NSO-15/NGD-9 | Holsinger | **EXCEPTION:** This stipulation is excepted in the North Delta OHV Area. *(BLM: in Alternative B the North Delta area is not open. Should there still be an exception?)* Yes, because the level of degradation of habitats suggests that oil and gas activities could occur without further damaging what little habitat remains intact. | EMPSi (KW): Thank you. |
| 1152. | B-018 | NSO-16/SSR-24 | Holsinger | **PURPOSE:** To protect federally listed and candidate plant species and designated critical habitat from direct and indirect impacts, including loss of habitat. The protection buffer reduces dust transport, weed invasion, chemical and produced-water spills and those effects on special status plant populations.  It also reduces impacts to important pollinators and their habitat.<br>**JUSTIFICATION:** This stipulation is the minimum accepted distance necessary to protect known special status plant populations, occupied habitat, and ecological processes. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-16/SSR-24 has been deleted. |
| 1153. | B-019 | NSO-15/NGD-9 | M. Siders | No, in Alt B the North Delta area should not be an exception | EMPSi (KW): Per comment from K. Holsinger, kept exception for North Delta OHV area. |
| 1154. | B-019 | NSO-16/SSR-24 | Holst (CDOW) | Add provision that if exception is granted operations may be excluded seasonally by more than 60 days. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-16/SSR-24 has been deleted. |
| 1155. | B-020 | B | Rogers | NGD #10 states no ground disturbing activities for 1 mile from. Livestock may use the stream for water but if we could develop water in the uplands, which could be closer than 1 mile, it could reduce or eliminate use along the stream area. Would like to see exception for this. | EMPSi (KW): Standard exception would allow for water development if it would not cause adverse impacts or have negligible impacts to the fish. Note that under Alternative D (Preferred), the NGD was changed to an SSR only on 3 major rivers which would more easily allow for developments. |



BLM_0111546

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1156. | B-020 | D | Rogers | NGD #12 same as above statement may want to place LS developments closer than 2500' to pull livestock off the river/stream corridor. Additionally, it states 2500' then below it states 300' in the occupied native cutthroat trout habitat. Wouldn't you want the 2500' not just the 300' and is the 300' just for the 3 rivers mentioned or is it for all perennial occupied habitat? Also could we just use 328' (100 meter) and be consistent throughout the document. Then people don't have to go and look to see if it is 300' or 328 '. | BLM (BK 10/5/11): NGD-12 has been changed to an SSR. An SSR does not preclude livestock developments – they need to be done in a fashion that protects the fish habitat.  The SSR has also been changed to include "along occupied federally listed fish habitat". |
| 1157. | B-020 | NSO-19/NGD-12 | Holsinger | **PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain. **EXCEPTION, MODIFICATION, and WAIVER:** Standard exceptions, modifications, and waivers apply. In addition, essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. **JUSTIFICATION:** This stipulation is required to protect occupied habitat for federally protected species. | EMPSi (JW): Change made. |
| 1158. | B-020 | NSO-19\NGD-12 | J. Jackson | Not sure if the identified areas are showing up on the map but the scale is too large to tell for sure. | EMPSi (JW): GIS staff ensured that this is included in GIS data. |
| 1159. | B-021 | B | Rogers | NGD 13 #3 under Modification loose Biologist and just put BLM. If we as Range Specialists can't be put in as the specialist to contact neither can biologists! | EMPSi (JW): Change made. |
| 1160. | B-021 | NSO-21/SSR-29 | M. Siders | **PURPOSE:** To protect all known and currently occupied core habitats for federally protected species, in accordance with ESA. **MODIFICATION:** Standard Modifications apply. For unavoidable habitat losses, modification of the NSO area may be issued provided the following criteria are all satisfied: | EMPSi (JW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111547

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | 1. Sec.7 consultation is completed and FWS recommended conservation measures are fully applied; 2. No direct "take" of protected species occurs as a result of the action; and 3. Lost or degraded habitat is fully restored through on-site or off-site mitigation, as determined by the BLM biologist. **Standard EXCEPTION and WAIVER apply. JUSTIFICATION:** This stipulation is required to protect occupied habitat for federally protected species. | |
| 1161. | B-021 | NSO-23/NGD-16 | Steve Weist *(RACSG)* | Why is NSO-CO-2 only .25 mile, and this one is 1 mile? Unless there is no vegetation around leks, .25 mile should be more than adequate. | BLM (BK 10/5/11): NSO-CO-2 is in Alternative A and was developed 20 years ago.  NSO-23 with 1-mile is in Alternative C, and a .60 mile buffer is in Alternative D (Preferred Alt).  We have learned a lot about grouse since then. It has been determined that a .6-mile or more buffer is required. 1-mile is in alternative C because it is reasonable to consider this distance.  .25 miles is too small of an area. |
| 1162. | B-022 | B | Rogers | NGD 14 Need to exception for livestock management facilities. | EMPSi (KW): Standard exception would allow for livestock facilities if it would not cause adverse impacts or have negligible impacts to yellow-billed cuckoo. |
| 1163. | B-022 | NSO-22/NGD-14 | M. Siders | PURPOSE: To protect occupied habitat for a federal candidate species, in accordance with ESA. MODIFICATION: Standard Modifications apply. Standard EXCEPTION and WAIVER apply. JUSTIFICATION: This stipulation is required to protect occupied habitat for federally protected species. | EMPSi (JW): Change made. |
| 1164. | B-022 | NSO-24/SSR-34 | Holst (CDOW) | Please add to the Exception language the phrase "in cooperation with the Colorado Division of Parks and Wildlife." Also, please remove the word "compensation" in the Modification language and replace it with "off-site mitigation." | EMPSi (JW): Change made. BLM (BK):  "Compensation" can include "off-site mitigation", as well as other actions that might be desirable.  It doe not preclude off-site mitigation, but does potentially provide more tool.  No change. |
| 1165. | B-022 | NSO-24/SSR-34 | Steve Weist *(RACSG)* | .25 mile should be more than adequate. If .25 mile works for eagles, who are up high, .25 mile should work fine for birds that are hidden by brush. | BLM (BK): Not all animals respond the same to disturbance. What works for an eagle may not work for sage grouse or Mexican spotted owl. This distance is from the Sage Grouse conservation plan. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111548

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | Studies have shown that this distance is needed in order for sage grouse to use their leks. |
| 1166. | B-023 | D | Rogers | NGD 17 Need exception for livestock management facilities. Water developments mainly. Since grouse tend to use livestock ponds as leks. | EMPSi (KW): The following exception has been added: An exception may be granted by the Field Manager, in cooperation with the CDPW, if an environmental analysis determines that the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities. |
| 1167. | B-023 | NSO-24/SSR-34 | M. Siders | JUSTIFICATION: This stipulation is required to protect occupied habitat for federally protected species. | EMPSi (JW): Change made. |
| 1168. | B-023 | NSO-25/NGD-17 | M. Siders | PURPOSE: Maintain integrity of habitat surrounding leks that are used during the breeding period EXCEPTION: An exception may be granted by the Field Manager if an environmental analysis determines that the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities. MODIFICATION: The no surface occupancy or use area may be modified in extent, or substituted with a timing limitation, by the Field Manager if an environmental analysis finds 1) that a portion of the area is nonessential to site utility or function, 2) that the proposed action could be conditioned so as not to impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities, or 3) it is determined that the site has been unoccupied for a minimum of 10 years unless the area has been identified for habitat restoration and population recovery. The stipulation may also be modified if the proponent, Bureau of Land Management, Colorado Division of Wildlife, and where necessary, other affected interest, negotiate compensation that satisfactorily offsets anticipated impacts to sage-grouse breeding activities and/or habitats. | EMPSi (JW): Change made. |


BLM_0111549

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | WAIVER: The Field Manager may grant a waiver if, in cooperation with the Colorado Division of Wildlife, it is determined that the lease area is no longer capable of supporting suitable lekking activity. JUSTIFICATION: This stipulation is required to protect occupied habitat for federally protected species. | |
| 1169. | B-023 | NSO-25/NGD-17 | Steve Weist (RACSG) | 4 miles is incredibly excessive. If there is something else you are trying to prevent in these areas, come up with language to prevent it, but don't just put 4 miles around sage grouse leks! | BLM (BK): NSO-25 is part of the range (alternative B. The other alternatives have a CSU, both out to 4.0 miles. 4.0 miles is in the sage grouse conservation plan. |
| 1170. | B-024 | NSO-29/NGD-20 | Holst (CDOW) | Golden eagle NSO buffer should be changed to 0.5 mile per CDOW raptor buffer guidelines and supporting literature. | BLM (BK): NSO changed to 0.5 mile for Golden Eagles. EMPSi (JW): Updated Appendix B |
| 1171. | B-024 | NSO-29/NGD-20 | Holst (CDOW) | Exception language should specify that an exception may be granted "by Field Office Manager in cooperation with the Colorado Division of Parks and Wildlife if . . . ." | A response will be provided later – ran out of time to reply to all comments. |
| 1172. | B-024 | NSO-29/NGD-20 | Holst (CDOW) | Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | A response will be provided later – ran out of time to reply to all comments. |
| 1173. | B-025 | NSO 29 / NGD-20 | J. Jackson | Does the exception apply to the NGD too and if does then it contradicts what B-4 states previously. Very confusing. | EMPSi (KW): Exceptions, modifications, and waivers also apply to NGD and SSR restrictions. Section B.3 has been updated as such. |
| 1174. | B-025 | NSO-30 | Holst (CDOW) | Prairie falcons (non-special status) require a 0.5 mile NSO buffer to avoid disruption of breeding activities. Please call out prairie falcons in this stipulation. | BLM (BK): No change, although NSO-30 has been combined with NSO-29. NSO-29 already stated: "Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: within 0.50-mile of active and inactive nest sites." |
| 1175. | B-026 | NSO-29/NGD-20 | M. Siders | JUSTIFICATION: To protect breeding and nesting special status raptors and broods. | EMPSi (JW): Change made. |
| 1176. | B-026 | NSO-30 | M. Siders | PURPOSE: To protect non-special status raptor nests and surrounding habitat components and structure. To comply with the Migratory Bird Treaty Act. MODIFICATION: Standard modifications apply, plus: The NSO area may be modified in cases where topographic configuration ensures an effective visual/ noise barrier between disruptive activities and the nest site or when activities will not result in adverse modification of vegetation and stand structure. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-30 has been deleted. |


BLM_0111550

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Standard EXCEPTION and WAIVER apply. JUSTIFICATION: To protect breeding and nesting raptors and broods. | |
| 1177. | B-026 | NSO-32/NGD-22 | Holst (CDOW) | Exception language should specify that an exception may be granted "by Field Office Manager in cooperation with the Colorado Division of Parks and Wildlife if . . . ." | A response will be provided later – ran out of time to reply to all comments. |
| 1178. | B-026 | NSO-32/NGD-22 | Holst (CDOW) | Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | A response will be provided later – ran out of time to reply to all comments. |
| 1179. | B-027 | NSO-31/NGD-21 | M. Siders | JUSTIFICATION:  To protect bald eagles and to comply with the Bald and Golden Eagle Protection Act (16 U.S.C. § 668a - d). | EMPSi (JW): Change made. |
| 1180. | B-027 | NSO-32 / NGD-22 | J. Jackson | Does the exception apply to the NGD too and if does then it contradicts what B-4 states previously. Very confusing. | EMPSi (KW): Exceptions, modifications, and waivers also apply to NGD and SSR restrictions. Section B.3 has been updated as such. |
| 1181. | B-028 | NSO-32/NGD-22 | M. Siders | JUSTIFICATION:  To protect bald eagles and to comply with the Bald and Golden Eagle Protection Act (16 U.S.C. § 668a - d). | EMPSi (JW): Change made. |
| 1182. | B-028 | NSO-33/NGD-23 | M. Siders | PURPOSE: To protect Mexican spotted owl roosts and nest sites. EXCEPTION: The Field Manager may grant an exception if an environmental analysis and Section 7 consultation with USFWS indicates that the nature or conduct of the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent roosting activities or occupancy. MODIFICATION: Standard modifications apply WAIVER: Standard waivers apply. JUSTIFICATION:  To protect Mexican spotted owls and to comply with the Endangered Species Act. | EMPSi (JW): Change made. |
| 1183. | B-028 | NSO-34 / NGD-24 | J. Jackson | Does the exception apply to the NGD too and if does then it contradicts what B-4 states previously. Very confusing. | EMPSi (KW): Exceptions, modifications, and waivers also apply to NGD and SSR restrictions. Section B.3 has been updated as such. |
| 1184. | B-028 | NSO-34/NGD-24 | Holst (CDOW) | Exception language should specify that an exception may be granted "by Field Office Manager in cooperation with the FWS if . . . ." | A response will be provided later – ran out of time to reply to all comments. |
| 1185. | B-028 | NSO-CO-5 (BLM | M. Siders | PURPOSE:  To protect peregrine falcon nest sites. | EMPSi (KW): Change made. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | 1991) | | | |
| 1186. | B-028 | NSO-CO-6 (BLM 1991) | M. Siders | PURPOSE: To protect Mexican spotted owl roosts and nest sites. | EMPSi (KW): Change made. |
| 1187. | B-029 | NSO-34/NGD-24 | M. Siders | JUSTIFICATION: To protect Mexican spotted owls and to comply with the Endangered Species Act. | EMPSi (KW): Change made. |
| 1188. | B-029 | NSO-37/SSR-44 | Steve Weist (RACSG) | Bats live in caves, how is surface occupancy going to affect their cave habitat? I don't feel you need this NSO. | BLM (BK): Bats live in many habitats besides caves. These include mines, cliff cracks, boulder fields, trees, etc. Bat species appear to be very perceptive of activities adjacent to these crucial habitats. Bats within maternity roost sites can be disturbed by activities surrounding their roost site, causing bats to exit the site during daylight to observe activities, attract predators with their increased daytime activity and could cause them to abandon the site and reduce their reproductive output. Bats within winter hibernacula could be woken from hibernation from outside disturbances, depleting their fat reserves and decreasing their winter survival rate. |
| 1189. | B-029 | NSO-39/NGD-28 | Holst (CDOW) | NSO-39/NGD-28 should be included in Alternative D (preferred). If included, NSO-40/SSR-46 can be dropped from Alternative D. | BLM (BK): After discussions with Field Office and District management staff, we deleted the row regarding Reptiles and Amphibians, as well as NSO 39 and 40. An NSO is applied when oil/gas is leased. We do not have hibernacula or breeding sites identified. It would be difficult, if not impossible to implement this NSO. There will be a BMP and COA to not harm Midget Faded snakes and other reptiles. |
| 1190. | B-030 | NSO-37/SSR-44 | M. Siders | PURPOSE: To protect bat populations and crucial habitats. Standard EXCEPTION, MODIFICATION, and WAIVER apply. JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of bat populations. | EMPSi (KW): Change made. |
| 1191. | B-031 | NSO-39/SSR-46 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of this sensitive species. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-30 has been deleted. |
| 1192. | B-031 | NSO-CO-7 (BLM | M. Siders | PURPOSE: To protect waterfowl and shorebird habitat | EMPSi (KW): Change made. |



BLM_0111552

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commenter | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | 1991) | | and rookeries. | |
| 1193. | B-034 | D | Rogers | SSR 51 Potter Canyon backs up to USFS which has had a lot of vegetation treatments and is scheduled for more in the area. BLM and USFS should be able to work together on this effort and not have boundaries that cause straight line contrasts on the ground like we have now. Also there needs to be a couple of drift fences in Potter canyon for livestock management going and coming onto the USFS.<br><br>Will need livestock developments in Dry Creek Basin. Old road will need to be used for sheep camp maybe. | EMPSi (KW): An SSR does not preclude livestock developments – they need to be done in a fashion that protects wilderness characteristics. |
| 1194. | B-034 | NSO-44/NGD-31 VRM | J. Jackson | Add:<br>**PURPOSE:** To protect visual resources.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to ensure the protection of vital visual features in the UFO landscape. | EMPSi (KW): Change made. |
| 1195. | B-034 | NSO-45 | T. Stranathan | Will there be any OG type Exc. Mod. Wav Criteria for LWWC? | EMPSi (KW): BLM needs to provide any such criteria. |
| 1196. | B-034-B-035 | NSO-46 SRMA | J. Jackson | Add:<br>**PURPOSE:** To protect: (1) the prescribed physical, social, and operational natural resource recreational setting character; (2) the targeted recreation activity, experience, and beneficial outcome opportunities; and (3) visitor health and safety in areas of high recreational value and/or significant recreational activity.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard modifications apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111553

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | |
| 1197. | B-035 | NSO-47 | A. Schroeder *(CA)* | Add the following: Exception: An exemption may be approved by Reclamation's Regional Director upon appropriate written justification. Modification: A modification may be approved by Reclamation's Regional Director upon appropriate written justification. Waiver: No provision for a waiver. Justification: This condition is a Bureau of Reclamation requirement to protect the integrity of these facilities and provide for dam safety. | A response will be provided later – ran out of time to reply to all comments. |
| 1198. | B-035 | NSO-49 | Holst *(CDOW)* | Consider modifying this NSO to promote coal bed methane gas capture and utilization to prevent waste of this resource from coal mine gob vent holes. | BLM (BK): NSO-49 no longer applied to B, C, and D. It is in Alt A only (current management). CSU-51, which applies to alternatives B, C, and D was modified to include: "This stipulation does not apply to operations that capture or pipe methane from a mine for beneficial use." |
| 1199. | B-036-B-037 | NSO-49/NGD-34 ACEC | J. Jackson | Concerned over no exception for NGD with San Miguel River listed as NGD in Alternative D. I don't have a problem as long as the exception is applied to the NGD once again that was the original assumption. | EMPSi (KW): All ACECs listed under Alternative D are NSO only (see explanation in parentheses). |
| 1200. | B-039 | NSO-53 Old Spanish Trail | J. Jackson | Add: **PURPOSE:** To protect the Old Spanish National Historic Trail. **EXCEPTION:** Exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect the cultural and historic resources along this congressionally designated historic trail. | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111554

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

**Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)**

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1201. | B-039 | NSO-54 Old Spanish Trail | J. Jackson | Add: **PURPOSE:** To protect the Old Spanish National Historic Trail. **EXCEPTION:** Exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect the cultural and historic resources along this congressionally designated historic trail. | EMPSi (KW): Change made. |
| 1202. | B-040 | General | Holst (CDOW) | I did not find an NSO/NGD stipulation for bighorn sheep production areas or winter range. Please add an NSO/NGD for mapped bighorn sheep production areas and winter range. | BLM (BK): We have limited bighorn sheep winter and even more limited production habitat within the UFO RMP planning area boundary. These areas are low probability for O&G development. Only the area that overlaps the Camelback WSA is wintering/production habitat for the BLM sensitive desert bighorn sheep. A large part of the area in in the Camelback WSA (which is "No Leasing"). Under various alternatives, this area is also covered by the Monitor-Potter-Roubideau Biological Core area (Alt D), the Roubideau-Potter-Monitor ACEC (Alt B) and the Roubideau Corridors ACEC (Alt D). The Roubideau Corridors ACEC (line 545) contains an NSO (NSO-49) as well as other restrictions that would benefit desert bighorn sheep. This area (Biological Core Area) also has an NSO in Alt B and a CSU in Alt D. Under the Preferred Alternative (Alt D), the entire winter range is not covered by NSO-49, but a majority of the main canyon country is covered. The northernmost production piece is not covered by NSO-49 in the Preferred Alternative (Alt D). The area is completely covered by an NSO in at least one alternative, and the majority of the area is |



**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | covered in the Preferred Alternative (Alt D). |
| 1203. | B-040 | NSO-55 Old Spanish Trail | J. Jackson | Add: **PURPOSE:** To protect the Old Spanish National Historic Trail. **EXCEPTION:** Exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect the cultural and historic resources along this congressionally designated historic trail. | EMPSi (KW): Change made. |
| 1204. | B-040 | NSO-56 National Rec. Trails | J. Jackson | Add: **PURPOSE:** To minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to assure significant public investment and desired recreation opportunities are protected from surface-disturbing occupancy. | EMPSi (KW): Change made. |
| 1205. | B-040 | NSO-57 National Rec. Trails | J. Jackson | Add: **PURPOSE:** To minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. | EMPSi (KW): Change made. |



BLM_0111556

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | **EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to assure significant public investment and desired recreation opportunities are protected from surface-disturbing occupancy. | |
| 1206. | B-040 | NSO-58 National Rec. Trails | J. Jackson | Add:<br>**PURPOSE:** To minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to assure significant public investment and desired recreation opportunities are protected from surface-disturbing occupancy. | EMPSi (KW): Change made. |
| 1207. | B-040 | NSO-59 Scenic Byways | J. Jackson | Add:<br>**PURPOSE:** To protect scenic views in driving corridors.<br><br>**EXCEPTION:** An exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources.<br><br>**MODIFICATION:** Standard modifications apply. | EMPSi (KW): Change made. |


BLM_0111557

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to place surface-disturbing activities along scenic byways in areas that do not affect values associated with the identified scenic byway. | |
| 1208. | B-041 | CSU-1/SSR-1 | Steve Weist (RACSG) | Stipulation should be "CSU" not "CUSU" | EMPSi (KW): Change made. |
| 1209. | B-042 | CSU-3/SSR-3 | Sondergard | Change to:  The North Delta OHV area where mechanical mitigation such as detention structures will be used to prevent the transport of sediment when necessary. | EMPSi (KW): Change made. |
| 1210. | B-042 | CSU-4/SSR-4 | Holst (CDOW) | This CSU/SSR should be applied to Alternative D (preferred) with exception, modification, and waiver criteria to account for when soil crusts are not present.  Without the blanket CSU/SSR stipulation, relocation of facilities beyond 200m to avoid soil crusts will conflict with lease rights. | BLM (BK): CSU-6 applies to Alternative D, "Apply CSU/SSR restrictions within areas mapped as potential biological soil crust only when high levels of crust development are found…." This CSU appears to address your concern. |
| 1211. | B-043 | CSU-6/SSR-6 | Sondergard | **PURPOSE:** To proactively protect potential biological soil crust. Additionally, BSC provides important soil cover component, serves to protect and enhance soil productivity, and acts as a stabilizer to inhibit erosion. **Standard exceptions, Modifications, and Waivers** Exception for scientific research purposes. **JUSTIFICATION:** This stipulation is required to protect irreversible impacts to biological soil crusts. | EMPSi (KW): Change made. |
| 1212. | B-044 | C | Rogers | SSR 4 States to "proactively protect potential soil crusts" if they are not there you can't protect them. Take out work potential. | EMPSi (KW): Change made. |
| 1213. | B-044 | CSU-3 | T. Stranathan | Exception criteria.  This statement appears to be a COA.  It could be written above with the other stipulations of this CSU.  Even though the OHV area is open to all manner of activity, significant surface disturbance or cuttings from a well bore could expose SE, SA issues as well. | BLM (BK):  We are clarifying the exception, but the general concept will remain. |
| 1214. | B-045 | CSU-6 | T. Stranathan | This should be a LEASE NOTICE. 255,000 acres of soil crust is nearly 1/3 the BLM acres of the Resource area and the Gypsum Crusts of Highest Value are already | BLM (BK): Management has made the decision that Lease Notices will not be in the RMP. Also, the CSU does state "only when high levels of crust |


BLM_0111558

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | covered by an ACEC. | development are found." |
| 1215. | B-045 | CSU-8 | Sondergard | Answer to EMPSI:  SSR is remnant of former directive to pair CSU/SSR. | EMPSi (KW): Added SSR per direction in Chapter 2. |
| 1216. | B-046 | CSU-8 and similar slope stips. | T. Stranathan | This is going to apply to a lot of soil/slope stips.  It's also already required that OG operators avoid slopes greater than 8% as best they can but if they cannot, then anything over 6% must be designed and signed by a professional engineer as required of the BLM 9113 Manual.  Even if it's a road being built to create a federal well pad on split estate. | EMPSi (KW): This stipulation applies to 60,220 acres and would require design features. Management has decided to keep the slope stipulations. |
| 1217. | B-047 | CSU-11 | Pfifer | Same concern with intermittent and ephemeral streams as with ROW avoidance – see comment 7 – because O&G related facilities like roads and pipelines often cross such areas as well – I can see it for well pads but not for other O&G linear facilities - suggest as a BMP instead. | BLM (BK): Row 43, which contained CSU-11 has been deleted. After discussion with District management, it was decided to not have a CSU restriction along intermittent and ephemeral streams. |
| 1218. | B-047 | CSU-12/SSR-13, CSU-13 | Sondergard | Same purpose, exception and justification as the CSU/SSR for municipal watersheds. | EMPSi (KW): No purpose, exception and justification provided for the CSU/SSR for municipal watersheds.  We are working on exceptions and modifications, and will ask you for help. |
| 1219. | B-048 | CSU-11 | T. Stranathan | Even though Standard Ex. Mo and Wa apply, this should be more of a Lease Notice than a stip. | BLM (BK): Row 43, which contained CSU-11 has been deleted. After discussion with District management, it was decided to not have a CSU restriction along intermittent and ephemeral streams. |
| 1220. | B-048 | D | Rogers | SSR12 For the SSR please take out ephemeral streams as this is where we put livestock water developments. | BLM (BK): Row 43, which contained SSR-12 has been deleted.  After discussion with District management, it was decided to not have a CSU/SSR restriction along intermittent and ephemeral streams. |
| 1221. | B-049 | CSU-13 | T. Stranathan | Should change the "green" fracing fluids statement to one more like is presented in Appendix F Page F-27 lines 5 thru 9. | EMPSi (KW): Reference to green fracing fluids has been deleted from this stipulation. |
| 1222. | B-049 | CSU-13 | T. Stranathan | Would like to add a bullet about using Green completion practices, such as capture of vented gas. Similar to COGCC statement. | EMPSi (KW): Change made. |



BLM_0111559

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1223. | B-050 | CSU 15 /SSR-14 | Clements | Purpose: To limit damage to exceptional vegetation values from soil and vegetation disturbing activities. Exception: Activities associated with restoring these areas or reducing threats to them. Standard Modification and Waiver apply. Justification: This stipulation is necessary to minimize impacts to the integrity of unique and irreplaceable vegetation types. | EMPSi (KW): Change made. |
| 1224. | B-051 | C | Rogers | SSR15 Make exception for spring developments. | EMPSi (KW): SSR restrictions would allow for spring developments in appropriate locations. |
| 1225. | B-051 | C, D | Rogers | SSR 14 Apply SSR restriction to pristine, ancient and rare vegetation communities. First can't map these areas since we don't know where they all are. Which makes it hard to manage when you don't know the extent, or range. Please take out and use BMP to protect these areas. | BLM (BK): We know where some are, but not all, so it is not map-able. When we find an area (e.g. via a site visit or project layout) that meets the definition, the CSU and SSR restrictions will apply. |
| 1226. | B-051 | CSU 17 | Clements | Justification: This stipulation is required to reduce indirect damage to riparian and wetland values from nearby fluid mineral development. | EMPSi (KW): Change made. |
| 1227. | B-051 | CSU-15 | T. Stranathan | Are these already confined appropriately to an ACEC for more adequate protections?  I cannot find it on the maps, the veg matrix does not give location either. These may be best to apply as a Lease Notice rather than a stipulation. | BLM (BK): This CSU applies to "*Exemplary, Ancient, and Rare Vegetation Communities.*" The glossary has a definition for each of these communities. The intent is to protect these rare communities. We know where some are, but not all, so it is not map-able. When we find an area (e.g. via a site visit or project layout) that meets the definition, the CSU and SSR restrictions will apply. If there were to be a Lease Notice to this effect, it would apply to the entire field office and every O/G lease. |
| 1228. | B-052 | CSU-18 | Pfifer | What is the exception for O&G? | EMPSi (KW): The standard exception always applies and additional exceptions are listed in the tables in Appendix B. |
| 1229. | B-054 | CSU-23/SSR-22 | Holst (CDOW) | Please remove language suggesting that this stipulation will apply only in ACECs, WSAs, lands identified for wilderness characteristics protection, biological core areas, and areas with rare vegetation.  This makes it appear as though there will be a take of nesting migratory birds in other areas.  Add language to | BLM (BK): CSU-24 no longer exists. Alternative D is the same as Alternative B, which is CSU-22: "Apply CSU/SSR restrictions to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority |


BLM_0111560

**BLM – U**NCOMPAHGRE **F**IELD **O**FFICE, **C**OLORADO
**R**ESOURCE **M**ANAGEMENT **P**LAN **R**EVISION AND **E**NVIRONMENTAL **I**MPACT **S**TATEMENT

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | require avoidance of surface disturbing activities and/or vegetation removal in nesting habitat during the breeding season, or require pre-disturbance presence/absence survey efforts and nest removal or nest hazing to avoid take of nesting migratory birds. | habitats." |
| 1230. | B-054 | CSU-24/SSR-23 | Holsinger | **PURPOSE:** To protect BLM sensitive plant species from direct and indirect impacts, including loss of habitat. The protection buffer reduces dust transport, weed invasion, chemical and produced-water spills and those effects on BLM sensitive plant populations. It also reduces impacts to important pollinators and their habitat.<br>**EXCEPTION:** Standard exceptions apply. In addition, operations may be authorized if the Authorized Officer determines that the activity would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species.<br>**MODIFICATION:** The authorized officer may modify (increase, decrease, or relocate) the area subject to the stipulation if it is determined that the species has relocated; the occupied habitat has increased or decreased; or that the nature or conduct of the activity, as proposed or conditioned, would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species.<br>**WAIVER:** A waiver may be granted by the Authorized Officer if the species is no longer designated as BLM Sensitive or if the site has been unoccupied by the species for a subsequent minimum period of 15 years.<br>**JUSTIFICATION:** To protect BLM sensitive species, associated habitat, and ecological processes. | EMPSi (KW): Change made. |
| 1231. | B-055 | CSU-21/SSR-19 | M. Siders | PURPOSE: To protect special status waterfowl and shorebird breeding, brood rearing, and migration habitats. To comply with the Migratory Bird Treaty Act. | EMPSi (KW): Change made. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Standard EXCEPTION, MODIFICATION, and WAIVER apply. JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of these species. | |
| 1232. | B-056 | CSU-24 | T. Stranathan | Will ex or mod criteria include consultation or mitigation such as transplanting, fencing, etc. | EMPSi (KW): The following exception, waiver, and modification criteria were provided by the BLM: EXCEPTION: Operations may be authorized if the Authorized Officer determines that the activity would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species. MODIFICATION: The Authorized Officer may modify (increase, decrease, or relocate) the area subject to the stipulation if it is determined that the species has relocated; the occupied habitat has increased or decreased; or that the nature or conduct of the activity, as proposed or conditioned, would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species. WAIVER: A waiver may be granted by the Authorized Officer if the species is no longer designated as BLM Sensitive or if the site has been unoccupied by the species for a subsequent minimum period of 15 years. |
| 1233. | B-056 | CSU-29/SSR-30 | Holst (CDOW) | Add presence/absence pre-construction survey requirement within yellow-billed cuckoo habitat. | A response will be provided later – ran out of time to reply to all comments. |
| 1234. | B-057 | CSU-27/SSR-27 | J. Jackson | Have the same stipulation for Alt D. with an NSO/NGD on it. | BLM (BK): There is an NSO from 0 – 300 feet and the CSU applies from 300 to 500 feet. The biology staff feels this is adequate protection. |
| 1235. | B-057 | CSU-28/SSR-28 | M. Siders | PURPOSE: To protect all known and currently occupied core habitats for federally protected species, in accordance with ESA. MODIFICATION: Standard Modifications apply. For unavoidable habitat losses, modification of the CSU area may be issued provided the following criteria are | EMPSi (KW): Change made. |



BLM_0111562

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | all satisfied: 1. Sec.7 consultation is completed and FWS recommended conservation measures are fully applied; 2. No direct "take" of protected species occurs as a result of the action; and 3. Lost or degraded habitat is fully restored through on-site or off-site mitigation, as determined by the BLM biologist. Standard EXCEPTION and WAIVER apply. JUSTIFICATION: This stipulation is required to protect occupied habitat for federally protected species. | |
| 1236. | B-058 | CSU-31/SSR-32 | M. Siders | LCAS=Canada Lynx Conservation Assessment and Strategy. Ruediger, Bill, Jim Claar, Steve Gniadek, Bryon Holt, Lyle Lewis, Steve Mighton, Bob Naney, Gary Patton, Tony Rinaldi, Joel Trick, Anne Vandehey, Fred Wahl, Nancy Warren, Dick Wenger, and Al Williamson. 2000. Canada lynx conservation assessment and strategy. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Missoula, MT. Available [http://www.google.com/url?sa=t&source=web&cd=1&ved=0CB0QFjAA&url=http%3A%2F%2Fwww.fs.fed.us%2Fr1%2Fwildlife%2Fcarnivore%2FLynx%2Flcas.pdf&ei=mhY3TveTlabHsQKjrJkK&usg=AFQjCNH2GYn0WM3Wxz6905Bviwwgm1IM4A&sig2=rC4hcWKkgJjFz9XitHxJHg] | EMPSi (KW): Change made. |
| 1237. | B-058 | CSU-33/SSR-35 | Steve Weist (RACSG) | 6 miles is extremely excessive, there is no reason for there to be a 6 mile distance around a lek, are there even areas where this if feasible? | BLM (BK): CSU-33 has been changed to 4 miles, which is consistent with the sage grouse conservation plan. |
| 1238. | B-058 | CSU-34/SSR-36 | Holst (CDOW) | Consistent with the Gunnison Sage Grouse Rangewide Conservation Plan (2005), include within this CSU/SSR surface facility density limitations of 1 well pad per sq. mile or less, relocation of compressors to > 4 miles from lek sites, and a noise limitation performance standard limiting noise to < 49 dB measured 30 ft. from the source. | BLM (BK): The CSU requires the applicant to submit a plan of development that identifies several protection and conservation measures. It also says that conservation measures may be identified in state or local conservation plans. The measures identified in the most currect sage grouse rangewide conservation plan (which will most likely change as science is refined) will be implemented. There is not |



BLM_0111563

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | a need to list the specifics of the current plan. |
| 1239. | B-058 | CSU-34/SSR-36 | Steve Weist (RACSG) | 4 miles is incredibly excessive. If there is something else you are trying to prevent in these areas, come up with language to prevent it, but don't just put 4 miles around sage grouse leks! | BLM (BK): Four miles is consistent with the Gunnison Sage Grouse Rangewide Conservation Plan, which accounts for the documented needs of the birds, and is based on current science.  Four miles is not a random number. |
| 1240. | B-059 | CSU-31/SSR-32 | M. Siders | JUSTIFICATION:  This stipulation is required to protect occupied habitat for federally protected species. | EMPSi (KW): Change made. |
| 1241. | B-059 | CSU-35-36 | Steve Weist (RACSG) | Why is it necessary to have a mile distance from an owl or kestrel, when it is only .25 mile for an eagle, which seems to have served them very well. | BLM (BK): Not all animals respond the same to disturbance. What works for an eagle does not work for Mexican spotted owl. The one mile for the Mexican spotted owl (MSO) is consistent with the MSO recovery plan. The Kestrel does not have a restriction. |
| 1242. | B-061 | CSU-34/SSR-36 | M. Siders | JUSTIFICATION: This stipulation will protect important sage grouse habitats, a federally protected species. | EMPSi (KW): Change made. |
| 1243. | B-061 | CSU-36 | M. Siders | PURPOSE: To protect special status raptor nests and surrounding habitat components, structure, and integrity. To comply with the Migratory Bird Treaty Act.<br><br>Standard EXCEPTION, MODIFICATION, and WAIVER apply.<br><br>JUSTIFICATION: To protect breeding raptors and to comply with the Migratory Bird Treaty Act. | EMPSi (KW): Change made. |
| 1244. | B-062 | CSU-37/SSR-37 | M. Siders | Standard MODIFICATION apply.<br>JUSTIFICATION:  To protect bald eagles and to comply with the Bald and Golden Eagle Protection Act (16 U.S.C. § 668a - d). | EMPSi (KW): Change made. |
| 1245. | B-063 | CSU-38/SSR-38 | M. Siders | JUSTIFICATION:  To protect Mexican spotted owls and to comply with the Endangered Species Act. | EMPSi (KW): Change made. |
| 1246. | B-064 | CSU-39/SSR-39 | M. Siders | JUSTIFICATION: This stipulation will protect important prairie dog habitats, a BLM Sensitive (White-tailed) and a federally (Gunnison) protected species. | EMPSi (KW): Change made. |



BLM_0111564

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1247. | B-065 | CSU-41/SSR-41 | M. Siders | JUSTIFICATION: This stipulation will protect important kit fox habitats, a BLM Sensitive species. | EMPSi (KW): Change made. |
| 1248. | B-065-066 | CSU-42/SSR-42 & CSU-43/SSR-44 | M. Siders | Leave as is.  Note: CSU-42/SSR-42 is used in Alternative C protecting federally listed, BLM sensitive, and Colorado State Species of Concern bat species. CSU-43/SSR-44 is used in Alternative D where NSO-38/SSR- 44 covers Federally listed and BLM sensitive bat species', and CSU-43/SSR-44 covers Colorado State Species of Concern bat species. | EMPSi (KW): Thank you. |
| 1249. | B-066 | CSU-43/SSR-44 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of bat populations. | EMPSi (KW): Change made. |
| 1250. | B-068 **Need to add** | CSU-48 VRM II | J. Jackson | Add: **PURPOSE:** To protect visual resources. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is needed to maintain the visual integrity within designated Class II VRM areas. A CSU will allow placement of facilities and disturbances outside of the critical view sheds. | EMPSi (KW): Change made. |
| 1251. | B-068 | CSU-48/SSR-50 VRM | J. Jackson | Add: **PURPOSE:** To protect visual resources. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is needed to maintain the visual integrity within designated Class II VRM areas. A CSU will allow placement of facilities and disturbances outside of the critical view sheds. | EMPSi (KW): Change made. |
| 1252. | B-068 | CSU-49 ERMA | J. Jackson | Add:  **PURPOSE:** To protect recreational activities. **EXCEPTION:** Standard exceptions apply. | EMPSi (KW): Change made. |



BLM_0111565

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of the area is necessary to meet desired recreation activity objectives. | |
| 1253. | B-069 | CSU-50 SRMA | J. Jackson | Add: **PURPOSE:** To protect recreation outcomes and setting prescriptions. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | EMPSi (KW): Change made. |
| 1254. | B-072 | CSU-55 Old Spanish Trail | J. Jackson | Add: **PURPOSE:** To protect visual resources associated with the trail. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect to protect visual resources along this congressionally designated historic trail. | EMPSi (KW): Change made. |
| 1255. | B-073 | CSU-58 | T. Stranathan | This is acceptable, but we can only suggest VRM II be applied on split estate. The maps may need to clarify this at some level. | (BLM (BK): That may not be correct. District management has approved us showing various VRM classes on split estate, and applying these classes when approving a federal action. |
| 1256. | B-073 | CSU-58 | J. Jackson | Add: | EMPSi (KW): Change made. |



BLM_0111566

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | Scenic Byways | | **PURPOSE:** To protect scenic views in driving corridors.<br><br>**EXCEPTION:** An exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to place surface-disturbing activities along scenic byways in areas that do not affect values associated with the identified scenic byway. | |
| 1257. | B-073 | TLs | Pfifer | Most TLs say prohibit surface occupancy – this is not possible for existing facilities – perhaps delete that and just leave prohibit surface disturbing activities and except emergency activities? I'd like to see the layers of TLs – if all stacked up would essentially stip out activities year round | A response will be provided later – ran out of time to reply to all comments. |
| 1258. | B-074, B-075, B-087, B-088 | TL-3, 4, 5 | Holsinger | This TL is repeated twice on pg b-74 and again on b-87 | EMPSi (KW): TLs are repeated in Appendix B because they also appear in Chapter 2 in multiple sections. |
| 1259. | B-075 | TL-5 | Holst (CDOW) | Please modify this stipulation to reflect the following dates to prohibit in-channel stream work and recreational mining to protect spawning for coldwater sport and native fisheries in occupied streams:<br><br>Rainbow Trout      March 1-June 15<br>Brown Trout      October 1-May 1<br>Brook Trout      August 15-May 1<br>Cutthroat Trout      June 1-September 1 | A response will be provided later – ran out of time to reply to all comments. |



BLM_0111567

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | | Response (To be completed by EMPSi) | |
|---|---|---|---|---|---|---|---|
| | | | | *Bluehead Sucker* | May 1-July 15 | | |
| | | | | *Flannelmouth Sucker* | April 1-July 1 | | |
| | | | | *Roundtail Chub* | May 15-July 15 | | |
| 1260. | B-077 | TL-CO-9 | M. Siders | PURPOSE: To protect big game during severe winter periods. | | EMPSi (KW): Change made. | |
| 1261. | B-077 thru B-081 | A-D | L Reed | How has the number of acres of big game winter habitat nearly doubled in size from the previous RMPs? Has the big game winter habitat really increased by 227,780 acres over this time?   If the habitat is already expanding at this rate under current mgmt, perhaps we don't need these restrictions to protect it. It is very rare that this 5 month restriction is not applied to ROWs we are currently processing under Alt A. Alt A = 267,480 acres Alt D = 495,260 acres Can we at least have some exceptions to this restriction?  i.e.  when work is occurring on or adjacent to county roads or highways | | BLM (BK): The acrage of big game winter habitat has not doubled from alternative A. GIS staff will recalculate to correct the acres. The Colorado O&G stipulations layer was used to calculate some of the Alt A acreage, those only apply to the 1985 San Juan RMP portion of the planning area – the acre figure for alt A is erroneous. The figure should be closer to 480,000 acres. Correct acres will be determined and entered. There is an exception to the TL: "The Field Manager may grant an exception if an environmental analysis indicates that the proposed action can be conditioned so as not to interfere with habitat function or compromise animal condition within the project vicinity." Also, Appendix B says timing limitations do "not apply to operation and basic maintenance activities, including associated vehicle travel". | |
| 1262. | B-079 | TL-8 | Holst (CDOW) | Mapped winter range areas for desert bighorn and Rocky Mountain bighorn sheep should be protected with an NSO/NGD stipulation in addition to a seasonal timing limitation for human activities between November 1 and April 30.  Note that for all species addressed, this stipulation should be extended to other potentially disruptive human activities, not just surface occupancy and surface-disturbing activities.  Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation." Under Modification criteria, please remove the word "compensation" and replace with "off-site mitigation." | | BLM (BK): We have limited bighorn sheep winter and even more limited production habitat within the UFO RMP planning area boundary. These areas are low probability for O&G development. Only the area that overlaps the Camelback WSA is wintering/production habitat for the BLM sensitive desert bighorn sheep. A large part of the area in in the Camelback WSA (which is "No Leasing"). Under various alternatives, this area is also covered by the Monitor-Potter-Roubideau Biological Core area (Alt D), the Roubideau-Potter-Monitor ACEC (Alt B) and the Roubideau Corridors ACEC (Alt D). The Roubideau Corridors ACEC (line 545) | |



BLM_0111568

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | contains an NSO (NSO-49) as well as other restrictions that would benefit desert bighorn sheep. This area (Biological Core Area) also has an NSO in Alt B and a CSU in Alt D. Under the Preferred Alternative (Alt D), the entire winter range is not covered by NSO-49, but a majority of the main canyon country is covered. The northernmost production piece is not covered by NSO-49 in the Preferred Alternative (Alt D). The area is completely covered by an NSO in at least one alternative, and the majority of the area is covered in the Preferred Alternative (Alt D). |
| 1263. | B-081 | TL (BLM 1991) | M. Siders | PURPOSE: To protect important seasonal reproduction areas for big game, to minimize disturbance of animals during birthing and rearing periods. | EMPSi (KW): Change made. |
| 1264. | B-081 | TL-8 | M. Siders | JUSTIFICATION: This stipulation is necessary to protect big game winter habitat from surface-disturbing and major human activities during the periods of the year when the habitat is occupied. During severe winters, animals are particularly prone to disturbance, stressors and, consequently, reduced fitness. Protection of these areas is critical to the viability of big game herds. These areas will be managed by BLM to reflect CDOW most current big game winter range maps. | EMPSi (KW): Change made. |
| 1265. | B-082 | TL-11 | Holst (CDOW) | Mapped production areas for desert bighorn and Rocky Mountain bighorn sheep should be protected with an NSO/NGD stipulation in addition to a seasonal timing limitation for human activities (including over flights) between April 15 - June 30 (Rocky Mountain) and February 1 – May 1 (desert).  Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation."  Under Modification criteria, please remove the word "compensation" and replace with "off-site mitigation." | BLM (BK): We have limited bighorn sheep winter and even more limited production habitat within the UFO RMP planning area boundary. These areas are low probability for O&G development.<br><br>Only the area that overlaps the Camelback WSA is wintering/production habitat for the BLM sensitive desert bighorn sheep. A large part of the area in in the Camelback WSA (which is "No Leasing"). Under various alternatives, this area is also covered by the Monitor-Potter-Roubideau Biological Core area (Alt D), the Roubideau-Potter-Monitor ACEC |



BLM_0111569

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | (Alt B) and the Roubideau Corridors ACEC (Alt D). The Roubideau Corridors ACEC (line 545) contains an NSO (NSO-49) as well as other restrictions that would benefit desert bighorn sheep. This area (Biological Core Area) also has an NSO in Alt B and a CSU in Alt D. Under the Preferred Alternative (Alt D), the entire winter range is not covered by NSO-49, but a majority of the main canyon country is covered. The northernmost production piece is not covered by NSO-49 in the Preferred Alternative (Alt D). The area is completely covered by an NSO in at least one alternative, and the majority of the area is covered in the Preferred Alternative (Alt D). |
| 1266. | B-084 | TL-11 | M. Siders | JUSTIFICATION: This stipulation provides for protection of big game reproduction areas and is intended to protect animals from disturbance and displacement by human activities. Protection of these areas is critical to the viability of big game herds. | EMPSi (KW): Change made. |
| 1267. | B-085 | TL-UB-6 (BLM 1989a) | M. Siders | JUSTIFICATION: This stipulation provides for protection of waterfowl and shorebird reproduction areas and is intended to protect animals from disturbance and displacement by human activities. Protection of these areas is critical to the viability of waterfowl and shorebirds. | EMPSi (KW): No change; Alternative A stipulations do not require a justification. |
| 1268. | B-086 | TL-12 | M. Siders | JUSTIFICATION: This stipulation provides for protection of waterfowl and shorebird reproduction areas and is intended to protect animals from disturbance and displacement by human activities. Protection of these areas is critical to the viability of waterfowl and shorebirds. | EMPSi (KW): Change made. |
| 1269. | B-086 | TL-13 | T. Stranathan | I don't recall seeing the turkey habitat on the map. Where is this, does it overlap with Big Game mostly? | BLM (BK);  Thane, please visit GIS after December 12 if you want to see the location of turkey habitat – or look at the dataset on your GIS. |
| 1270. | B-086 | TL-15 | Holst (CDOW) | Due to documented early nesting phenology in SW Colorado, TL dates should be changed April 1 to July 15.  In order to avoid take of migratory birds, change Exception criteria to match Modification criteria. | EMPSi (KW): Changed Alternative D to read the same as Alternative B. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111570

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Change the word "nests" in Modification criteria to "active nests." | |
| 1271. | B-087 | TL-13 | M. Siders | JUSTIFICATION: This stipulation is necessary to protect wild turkey winter habitat from surface-disturbing and major human activities during the periods of the year when the habitat is occupied. During severe winters, animals are particularly prone to disturbance, stressors and, consequently, reduced fitness. Protection of these areas is critical to the viability of wild turkey populations. | EMPSi (KW): Change made. |
| 1272. | B-087 | TL-15 | T. Stranathan | What defines a small scale action?  Is it the immediate disturbance of that small scale action, the long term presence of that action or simply a maximum of 5 acres within XX surrounding acres? Are activities that are allowed to "continue" due to bird survey all activities less than 5ac? Are all activities which have disturbed more than 5 acres going to be shut down from May 1 – July 31, with or without surveys? | BLM (BK): TL-15 has been deleted.  TL-14 now applies to Alternative D as well as Alternative B. Changes to the date have been made (April 1 to July 15). The modification criteria refer to "If nesting birds are found". We have not changed the exception criteria. We feel the exception criteria are reasonable and necessary, and worded to avoid a take of migratory birds. |
| 1273. | B-088-B-089 | TL-3, TL-4 and TL-5 | J. Jackson | Redundant from P. B-76 | EMPSi (KW): TLs are repeated in Appendix B because they also appear in Chapter 2 in multiple sections. |
| 1274. | B-089 | TL-19 | Holst (CDOW) | Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation." Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | BLM (BK): "Compensation" can include "off-site mitigation", as well as other actions that might be desirable. It doe not preclude off-site mitigation, but does potentially provide more tool.  No change. |
| 1275. | B-090 | TL-18 | M. Siders | PURPOSE: Prevent disruption of sage-grouse during the winter period. EXCEPTION: The Field Manager may grant an exception if an environmental analysis and coordination with the Colorado Division of Wildlife indicate that the proposed action could be conditioned so as not adversely affect winter distribution and survival. An exception could also be granted if the proponent, Bureau of Land Management, and Colorado Division of Wildlife negotiate compensation that would satisfactorily offset the anticipated losses of winter | EMPSi (KW): Change made. |



BLM_0111571

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | habitat or overwintering activities. Actions designed to enhance the long term utility or availability of suitable winter habitat may be excepted.<br><br>MODIFICATION: The Field Manager may modify the size of the timing limitation area if an environmental analysis indicates that the proposed action could be conditioned so as not to adversely affect winter distribution or survival.<br><br>WAIVER: The Field Manager may grant a waiver if Colorado Division of Wildlife determines that the described lands are incapable of serving the long term requirements of sage- grouse winter habitat and that these ranges no longer warrant consideration as components of sage-grouse winter habitat.<br><br>JUSTIFICATION: This stipulation will protect important sage grouse habitats, a federally protected species. | |
| 1276. | B-090 | TL-CO-15 (BLM 1991) | M. Siders | PURPOSE: Prevent disruption of sage-grouse during the winter period.<br><br>JUSTIFICATION: This stipulation will protect important sage grouse habitats, a federally protected species. | EMPSi (KW): Change made. |
| 1277. | B-091 | TL-19 | M. Siders | JUSTIFICATION: This stipulation will protect important sage grouse habitats, a federally protected species. | EMPSi (KW): Change made. |
| 1278. | B-091 | TL-21 | Holst (CDOW) | Consistent with the Gunnison sage-grouse Rangewide Conservation Plan (2005), Exception and Modification criteria should specify that any approved action must include measures to limit noise levels at the lek site to < 10 dBA above ambient levels (measured at dawn). Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation." Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | BLM (BK):  BLM would adhere to whatever the most current conservation plan states.  Not inserting specific noise level will allow adherence to the most current plan.<br>From the Gunnison sage-grouse Rangewide Conservation Plan:<br>*All surface-disturbing activities should be prohibited within 0.60 miles of an active lek. If not practical, any equipment should have minimal noise; compressors,* |



BLM_0111572

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | *vehicles, and other sources of noise should be equipped with effective mufflers or noise suppression devices. Attempts should be made to minimize continuous noise by reducing noise levels to 10 dBA or less (adopted from Tessmann et al. 2004) because most grouse vocalizations are less than 20 dBA (Dantzker et al. 1999).* |
| 1279. | B-091 | TL-X (BLM xx) | M. Siders | 12/08/10 version of matrix says BLM 1985. See pg 60 San Juan-San Miguel RMP 1985 (Appendix Two). Note: strutting grounds is the same as Lek areas. | EMPSi (KW): Stipulations from San Juan/San Miguel RMP were superceeded by 1991 oil and gas leasing amendment. TL removed from Alternative A. |
| 1280. | B-093 | TL-21 | M. Siders | JUSTIFICATION: This stipulation will protect sage grouse, a federally protected species, during a critical period. | EMPSi (KW): Change made. |
| 1281. | B-093 | TL-23 | Holst (CDOW) | Stipulation should prohibit human encroachment and other potentially disturbing human activities, not just surface occupancy and surface-disturbing activities. For bald eagle we recommend Oct. 15 – July 31. For northern goshawk we recommend March 1 – Sept. 15. For burrowing owl we recommend March 1 – August 15. | EMPSi (KW): added disruptive activities. Regarding dates, a response will be provided later – ran out of time to reply to all comments. |
| 1282. | B-095 | TL-23 | M. Siders | JUSTIFICATION: To protect breeding raptors during critical periods. | EMPSi (KW): Change made. |
| 1283. | B-095 | TL-24 | Holst (CDOW) | Stipulation should prohibit human encroachment and other potentially disturbing human activities, not just surface occupancy and surface-disturbing activities. | EMPSi (KW): added disruptive activities. |
| 1284. | B-097 | TL-24 | M. Siders | JUSTIFICATION: To protect bald eagles and to comply with the Bald and Golden Eagle Protection Act (16 U.S.C. § 668a - d). | EMPSi (KW): Change made. |
| 1285. | B-097 | TL-25 | Holst (CDOW) | Stipulation should prohibit human encroachment and other potentially disturbing human activities, not just surface occupancy and surface-disturbing activities. | EMPSi (KW): added disruptive activities. |
| 1286. | B-098 | TL-26 | Holst (CDOW) | Stipulation should prohibit human encroachment and other potentially disturbing human activities, not just surface occupancy and surface-disturbing activities. | EMPSi (KW): added disruptive activities. |
| 1287. | B-100 | TL-26 | M. Siders | PURPOSE: To protect important habitats for the | EMPSi (KW): Change made. |



BLM_0111573

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Mexican spotted owl, a federally protected species. | |
| 1288. | B-100 | TL-30 | Holst (CDOW) | Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation." Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | BLM (BK): "Compensation" can include "off-site mitigation", as well as other actions that might be desirable.  It doe not preclude off-site mitigation, but does potentially provide more tool.  No change. |
| 1289. | B-101 | TL-29 | M. Siders | PURPOSE: To protect breeding kit foxes. Standard EXCEPTION, MODIFICATION, and WAIVER apply. JUSTIFICATION: This stipulation is necessary to ensure reproductive success and survival of a sensitive species. | EMPSi (KW): Change made. |
| 1290. | B-102 | TL-12 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of these species. | EMPSi (KW): Change made. |
| 1291. | B-102 | TL-30 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure reproductive success and survival of a sensitive species. | EMPSi (KW): TL-12 deleted. |
| 1292. | B-102 | TL-31 | M. Siders | PURPOSE: Protection of known sensitive bat species' maternity roosts and hibernacula. EXCEPTION: An exception can be granted if an environmental analysis of the proposed action indicates that nature or conduct of the activity could be conditioned so as not to impair the utility of these features for current or subsequent reproductive or overwinter activity or occupancy. MODIFICATION: The Field Manager may modify the stipulation buffer distances if an environmental analysis indicates that a portion of the area is nonessential to maintaining habitat use, or that the proposed action could be conditioned so as not to impair the utility of these features for current or subsequent reproductive or overwinter activities or occupation. Modifications could also occur if sufficient information is provided that supports the contention that the action would not contribute to the suppression of breeding population densities or the population's production or recruitment regime from a regional perspective. | EMPSi (KW): TL-31 deleted. |



BLM_0111574

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | WAIVER:     A waiver may be granted if the feature is no longer capable of supporting reproductive and overwinter activities. JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of bat populations. | |
| 1293. | B-103 | TL 32 | T. Stranathan | This is an aggressive timing stip and I cannot tell what acres might be affected or necessary for use by Sandhill cranes.  Could I have a chance to see the maps of this habitat and possibly commenting further? | BLM (BK): The TL specifically for Sandhill cran has been deleted. This is not a T&E or sensitive species, and we determined that a TL is not warranted. There is still an NSO in alternative D for *Major River Corridors and Waterfowl and Shorebirds*, which will cover some of the area used by sandhill crane. |
| 1294. | B-104 | LN-2 | Holst (CDOW) | In order to avoid conflicts with lease rights, note that in some cases facilities may need to be moved more than 200 meters or delayed longer than 60 days. | EMPSi (KW): LN changed to BMP. Specific stipulations address times and distances. |
| 1295. | B-104 | TL-32 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of these species. | EMPSi (KW): TL-32 deleted. |
| 1296. | B-104 | TL-33 | M. Siders | PURPOSE: Prevent disruption of peregrine falcon breeding habitat and reduction of reproductive success, to comply with the Migratory Bird Treaty act, and to reduce climber risk due to territorial behavior of the peregrine falcons in the area.<br><br>EXCEPTION: An exception could be issued in cases where topographic configuration ensures an effective visual/noise barrier between disruptive activities and the occupied nest site. During years when a nest site is unoccupied on or after May 15, the timing limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest.<br><br>MODIFICATION: Standard modifications apply, plus a modification may be provided for the latter end of the seasonal restriction if it is determined that young birds have fledged AND dispersed from the nest site.<br><br>WAIVER: Standard waivers apply. | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111575

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

**Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)**

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | JUSTIFICATION: To protect breeding peregrine falcons during critical periods and to provide for climber safety. | |
| 1297. | B-105 | LN-4 | Holst (CDOW) | Due to documented early nesting phenology in SW Colorado, dates should be changed April 1 to July 15 in order to avoid take of active nests. | EMPSi (KW): LN-4 deleted. Covered by TL-14. |
| 1298. | B-105 | LN-5 | David Sinton | Please change "of a proposed or listed threatened or endangered species" to "of a candidate or listed threatened or endangered species" | EMPSi (KW): LN-5 deleted. Changed to CSU. |
| 1299. | B-106 | LN-6 | David Sinton | Please change "To avoid impacts to endangered, threatened, proposed species," to "To avoid impacts to endangered, threatened, candidate species," | EMPSi (KW): LN-6 deleted. Changed to CSU/SSR. |
| 1300. | B-107 | LN-7 | Holst (CDOW) | Consistent with the Gunnison Sage Grouse Rangewide Conservation Plan (2005), highlight the potential for surface facility density limitations of 1 well pad per sq. mile or less, relocation of compressors to > 4 miles from lek sites, and a noise limitation performance standard limiting noise to < 49 dB measured 30 ft. from the source in non-lek breeding habitat.  Also note that in order to achieve these standards facilities may need to be moved more than 200 meters or delayed longer than 60 days. | EMPSi (KW): LN-7 deleted. Covered by other grouse stipulations. |
| 1301. | B-011 | B NSO-4/SSR-9 | Tucker | PURPOSE: To protect ~~the~~ river corridor**s** that provide: | EMPSi (KW): Change made. |
| 1302. | B-115 | NGD-33 SRMAs | J. Jackson | Add: **PURPOSE:** To protect: (1) the prescribed physical, social, and operational natural resource recreational setting character; (2) the targeted recreation activity, experience, and beneficial outcome opportunities; and (3) visitor health and safety in areas of high recreational value and/or significant recreational activity. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard modifications apply. **JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may | EMPSi (KW): Change made. |



BLM_0111576

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

# Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | |
| 1303. | B-122 | CSU-42/SSR-42 & NSO-37/SSR-43 | M. Siders | Response to yellow highlight … See Comment #146 above | EMPSi (KW): Thank you. |
| 1304. | B-126 | Rough-legged Hawk | M. Siders | Breeding Period:  Winter species only.  Non-breeder in Colorado | EMPSi (KW): Change made. |
| | | | | **Appendix C:** *Draft Wild and Scenic River Suitability Report* | |
| | | | | No comments were received on this section. | |
| | | | | **Appendix D:** *Summary of Areas of Critical Environmental Concern Report* | |
| 1305. | D-03 | 15 | Burch | The total calculation is shown twice which makes a large unrealistic number. (Typo error.) | EMPSi (KW): Change made. |
| 1306. | D-03 | Table 1 | David Sinton | Change the acreage for Fairview South ACEC/RNA (with BLM expansion) from 640 to 610 | EMPSi (KW): Change made. |
| 1307. | D-03 | Table 1 | B. Krickbaum | ACEC Name Changes:<br>• San Miguel Gunnison Sage-Grouse ACEC (delete "sites")<br>• Sims Cerro Gunnison Sage-Grouse ACEC (delete "sites")<br>• Dolores Slickrock Canyon ACEC (delete "River") (this is 10,670 acres)<br>• Dolores River Slick Rock Canyon ACEC (this is 9,780 acres)<br>• After East Paradox ACEC, add Biological Soil Crust ACEC (this is a new one that will show up in the ACEC report, and is 1900 acres).<br><br>Update the acre total.<br><br>Update the name changes and additions in Table 2. I will need to give you information for the table for the two "new" additions. | EMPSi (KW): Change made.<br><br>==Need info== for *Values Assessed, Relevance Criteria, Importance Criteria,* and *Comments* columns for Dolores River Slickrock Canyon and Biological Soil Crust ACECs. Need BLM to provide additional missing information in ==red text highlighted in yellow== in the appendix. |
| 1308. | D-03 | Table 1 total | Steve Weist (RACSG) | Total of this table has been duplicated and needs to be corrected. | EMPSi (KW): Change made. |
| 1309. | D-08 | Table 2 | David Sinton | Change Proposed expansion: 640 acres to Proposed | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111577

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | expansion: 610 acres | |
| | | | | *Appendix E: BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado* | |
| | | | | No comments were received on this section. | |
| | | | | *Appendix F: Best Management Practices and Standard Operating Procedures* | |
| 1310. | Appendix F | | T. Stranathan | Agree with K. Holsinger regarding 12" or less depth if chipping or shredding.  Also should remove statement about "feathering" edge of disturbance during construction of linear features. | EMPSi (KW): These are just tools in a toolbox and would not be requirements for every projects. They are options from which to pick. In some cases, feathering would be a viable option. |
| 1311. | Appendix F | | Hawke (RACSG) | Add additional BMPs used by BLM to manage impacts, including directional drilling, phased development, percent surface disturbance limitations, limitations of disturbance to existing road corridors, and the like. | EMPSi (KW): Comment unclear. |
| 1312. | Appendix F | 15 | Sondergard | The Mancos Shale BMP report is complete and needs to be incorporated. | EMPSi (KW): BMPs incorporated. |
| 1313. | Appendix F | 33 | Sondergard | Insert BMP document attached. *See soil and water BMPs: Z:\Shared\Projects\F-0126 UFO RMP\2_Deliverables\17_P3T7_Alternatives(Ch2)\3.7.D_BLM-CA-RACSC-Cmts\BLM (file name: UFO_soil_water_BMPs.docx)* | EMPSi (KW): BMPs incorporated. |
| 1314. | Appendix F | Whole | Holsinger | There is a lot of redundancy in BPMs between vegetation, migratory birds, and riparian.  If they were cleaned up it would shorten this thing considerably. | |
| 1315. | F-02 | 05-06 | Tucker | Spacing needs fixing. | EMPSi (KW): Change made. |
| 1316. | F-02 | 31-33 | L Reed | BMP reads "If ROW avoidance is not possible…." This implies ROW avoidance means "do not go there" Can we reword this BMP as follows:  "To minimize impacts to the aquatic and riparian systems, utilities or infrastructure should preferably be co-located in existing corridors or located in areas of existing disturbance or bored underneath river systems." | EMPSi (KW): Change made. |
| 1317. | F-03 | 08 | Burch | Reference is made to LHA – please define this either in Glossary or acronyms. | EMPSi (KW): Spelled out acronym. |
| 1318. | F-03 | 20 | Holsinger | Unless changes are made based on comments 26, 27, | EMPSi (KW): BMPs were deleted. |



BLM_0111578

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | 28 of mine then add except open juniper, sagebrush, and salt desert communities since we are instructing full suppression on these communities. | |
| 1319. | F-03 | 23 | Holsinger | I agree with the whole BMP except opening development of 60' in diameter.  This statement seems to be consistent with mule deer management, and fails to incorporate the full body of scientific knowledge regarding disturbance regimes in PJ nor is it consistent with disturbances observed on the landscape on the west end, North Fork, or Crawford areas.  Additionally this BPM cannot accommodate oil and gas pads where the pits are larger than this limit, recreation developments or anything else.  Recommend dropping any reference to opening limitations. | EMPSi (KW): Removed reference to opening. |
| 1320. | F-03 | 23 | M. Siders | Does this BMP pertain only to pinyon-juniper, or should it read "On a landscape scale, maintain a diversity of age classes. i.e. Any 100 square mile…" | BLM (BK):  Please visit Amanda, and provide EMPSi with the correct BMP. |
| 1321. | F-03 | 33 | Holsinger | Suggest dropping this BMP since Andrews & Righter 1992 and the Colorado Breeding Bird Atlas both suggest that at best this species is an infrequent visitor to the FO.  The only confirmed occurrences are in extreme NW Mesa County and Southwest Montezuma County,  Such specific management prescription for an uncommon species appears unnecessary plus the migratory bird treaty act would provide greater latitude for management should greater habitat use be documents in the future. | EMPSi (KW): Change made. |
| 1322. | F-03 | 33-34 | M. Siders | Should read "At lowest elevation savannah juniper communities, manage for open stands with no more than 60 trees per acre to benefit Scott's oriole and other savannah migratory bird species." | EMPSi (KW): Per comment from Holsinger, BMP deleted. |
| 1323. | F–03 | 22 | Burch | Suggest adding the word "severe or extreme" prior to the word drought. (We live in a desert and some might consider normal precipitation years to actually be 'drought'.) | EMPSi (KW): Change made. |
| 1324. | F–03 | 23 – 26 | Burch | This precise description is unrealistic for our Field Office. To manage for only 60' openings within PJ – we essentially are no longer managing for the majority of | EMPSi (KW): Removed reference to openings. |



BLM_0111579

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | our wildlife, grass, brush, soil stability, nor natural wildfire events. On a landscape basis – this would be the opposite of sound management. | |
| 1325. | F–03 | 27, 28 | Burch | This statement is unclear. It might be helpful to comment if we could have, for instance, knowledge of what species would require a 1.2 square mile area of roadless area. Would timing of traffic, or soil condition description be a more realistic approach or, at least, a consideration? | BLM (BK):  Please visit Missy, and provide EMPSi with the correct BMP. |
| 1326. | F–03 | 31, 32 | Burch | This statement would be better if it were referencing the mosaic objective. It is so general and all-encompassing that we would not be able to refurbish decadent sage brush or encroaching PJ forest stands for the health of big game, sage grouse, soil stability, or forage. Suggest: this statement be deleted. | EMPSi (KW): Change made. |
| 1327. | F–03 | 33, 34 | Burch | Suggest: this statement be moved to wildlife. Not a Vegetation BMP. | EMPSi (KW): Per comment from Holsinger, BMP deleted. |
| 1328. | F–03 | Line 38 | Burch | Mistletoe is a parasitic form on the trees. If we are managing for land health, wouldn't we want to harvest those trees to slow the spread of disease to promote a healthy forest stand? | BLM (BK):  Please visit Ken about this.  If a change is needed, please provide EMPSi with the correct BMP. |
| 1329. | F-04 | 01 | Burch | Fence posts are more prevalent in medium age stands, not young. Also, there may be areas we wish to have wood product use to meet our mosaic objectives and this statement essentially eliminates all of that planning. | EMPSi (KW): BMP deleted. |
| 1330. | F-04 | 01 | Holsinger | If we do this coupled with other limitations on fuelwood collection what is left for the public to acquire of their public resource?  I suggest eliminating this BPM as young and moderate age classes do not produce post or poles nor significant cordage which could equate to greater stand disturbance as the public seeks out volumes desired. | EMPSi (KW): Change made. |
| 1331. | F-04 | 02 | Holsinger | I suggest eliminating this BMP since fire either aids in effectively maintaining the savannah form or because of vegetation arrangement the cover type essentially lacks fire as a major disturbance driver. | EMPSi (KW): Change made. |
| 1332. | F-04 | 02 | Huisjen | Where did this BMP come from, It's never been | EMPSi (KW): Per comment from Holsinger, BMP |



BLM_0111580

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | discussed before! → 'Include the low country Utah juniper (usually savannah) land in full fire suppression management.' Need discussion with Amanda and I perhaps. | deleted. |
| 1333. | F-04 F-05 | 02 and 32 14 | Holsinger | Direct quote from the veg goal "Manage shrub and woodland communities within the Historic Range of Natural Variability, maintaining successional processes and sustaining all structural stages across the landscape."<br><br>With that being said full suppression in two of the largest vegetation communities in the FO does not coincide with this goal.<br><br>I suggest Eliminating these BMPs or modifying them. Additionally, this is not consistent with the current FO Fire Management Plan and strategy to implement fire use on an incident by incident basis, taking into account ecological processes, other resource concerns, and timing and on the ground conditions. | EMPSi (KW): Deleted BMPs. |
| 1334. | F-04 | 02, 03 | Burch | Suggest to add; "as it meets the mosaic objectives" at the end of this sentence. | EMPSi (KW): Per comment from Holsinger, BMP deleted. |
| 1335. | F-04 F-05 | 02, 32 14 | Stindt | Eliminate these BMPs. They suggest a full fire suppression strategy for specific vegetation types and this is not consistent with the current FO Fire Management Plan and strategy to implement fire use on an incident by incident basis. | EMPSi (KW): Change made. |
| 1336. | F-04 | 04 | Stindt | Eliminate this BMP. This issue is addressed with a revised BMP in the Livestock Grazing section of Appendix F. | EMPSi (KW): BMP deleted. |
| 1337. | F-04 | 04 – 07 | Burch | This doesn't fit well in the Vegetation section. | EMPSi (KW): BMP deleted. |
| 1338. | F-04 | 09 | Clements | Delete "in pinyon-juniper woodland" | EMPSi (KW): Change made. |
| 1339. | F-04 F-05 | 09 10 and 29 | Huisjen | These *three* BMPs are identical or nearly identical (reference to PJ is only difference)…possibly eliminate two of them. | EMPSi (KW): Removed BMPs starting on page F-5, lines 10-13 and 29-32. |
| 1340. | F-04 | 09 – 12 | Burch | The information about seeding, seed mixes should be combined and consolidated into and with lines from F-3 Lines 9,10,11,12. Re-word to encompass the intent. | EMPSi (KW): Removed BMPs starting on page F-5, lines 10-13 and 29-32. |



BLM_0111581

**BLM – U**NCOMPAHGRE **F**IELD **O**FFICE, **C**OLORADO
**R**ESOURCE **M**ANAGEMENT **P**LAN **R**EVISION AND **E**NVIRONMENTAL **I**MPACT **S**TATEMENT

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Leaving them all separate causes the document to be wordy and clumsy. | |
| 1341. | F-04 | 13 – 17 | Burch | If this is intended for the wildlife species – it should come under that section of the BMPs. For healthy sagebrush stands – wildfire or treatments could be a positive option. This needs to tie back to our mosaic objectives and plans for land health. | EMPSi (KW): Moved to Special Status Terrestrial section. BLM (BK): Please visit Missy, and if a change is required, please provide EMPSi with the correct BMP. |
| 1342. | F-04 | 20-21 | L Reed | Consider rewording as follows: "Sagebrush habitat will be avoided as possible, but may be available for ROW location with special stipulations. ROWs no longer needed should be reclaimed" | EMPSi (KW): These are just BMPs, not requirements. No change made. |
| 1343. | F-04 | 22 – 39 | Burch | Move this to the wildlife section, condense to the main intent, and incorporate mosaic objectives. Delete from here. Need to reword and identify the sage brush management entries in this Vegetation section that are intended "for" Sage Grouse by referencing "within Sage Grouse occupied sites". (Do not restrict all sage brush stands within the whole UFO planning area. There are additional uses and needs in sage areas where Sage Grouse would most likely never be.) | EMPSi (KW): Moved to Special Status Terrestrial section. BLM (BK): Please visit Missy, and if a change is required, please provide EMPSi with the correct BMP. |
| 1344. | F-04 | 23 | Clements | Change to "Low country Utah Juniper may need more aggressive fire suppression to reduce conversion or loss of this habitat type. | EMPSi (KW): Not sure what this is in reference to. |
| 1345. | F-04 | 32 | Clements | Change to "Sagebrush vegetation may need more aggressive fire suppression to reduce conversion or loss of this habitat type." | EMPSi (KW): Per comment from Holsinger, BMP deleted. |
| 1346. | F-04 | 40 | Burch | Combine with lines 20 & 21 and reword for better 'flow'. Consider that these statements might fit better under travel management – for identification of open and reclamation of closed routes. (it doesn't truly fit well in vegetation.) | EMPSi (KW): Combined BMPs. Kept in vegetation. |
| 1347. | F-05 | 01 | Stindt | Please replace "assure" with "to the extent possible, assure". | EMPSi (KW): Change made. |
| 1348. | F-05 | 01, 02 | Burch | Does this pertain to grazing?   If so, move it to there. Also, need to insert the word "severe or extreme" prior to the word drought. | EMPSi (KW): Change made. Moved to terrestrial wildlife. |



BLM_0111582

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1349. | F-05 | 03 – 05 | Burch | This is adequately covered under the grazing BMPs and by permit renewal terms and conditions on site specific areas. Delete it from here. | EMPSi (KW): Change made. |
| 1350. | F-05 | 10 -13 | Burch | Redundant. Combine with F-4 lines 9-12. This list needs shortened. | EMPSi (KW): Removed BMPs starting on page F-5, lines 10-13 and 29-32. |
| 1351. | F-05 | 10-13 | Clements | Delete this--redundant | EMPSi (KW): Removed BMPs starting on page F-5, lines 10-13 and 29-32. |
| 1352. | F-05 | 14 | Holsinger | Is this consistent with the fire management plan? I have never been involved in the discussion regarding this. I suggest eliminating this or at a minimum it is not Fire Management's role to map this out. I suggest modifying it: Full suppression should be considered in the salt desert shrub cover type in areas where invasive annuals are the primary driver of the fire or are of concern in the post fire environment. | |
| 1353. | F-05 | 14 | Huisjen | Where did this BMP come from, It's never been discussed before! → 'Fire management should map the saltdesert land cover type for full fire suppression to curtail the spread of exotic annuals and subsequent wildfire destroying native vegetation .' Need discussion with Amanda and I perhaps. | BLM (BK):  This was in vegetation matrix and was moved here as a BMP.  It is prescribed by Lambeth & Reeder 2009 (Migratory Bird Lit Review).  Please visit Missy, and if a change is required, please provide EMPSi with the correct BMP. |
| 1354. | F-05 | 14,15 | Burch | This statement does NOT sound like a BMP. If retained, please add: "according to the fire management plan". | This was in vegetation matrix and was moved here as a BMP. It is prescribed by Lambeth & Reeder 2009 (Migratory Bird Lit Review) See response on the line above. |
| 1355. | F-05 | 14-15 | Clements | Change to "Saltdesert vegetation may need more aggressive fire suppression to reduce conversion or loss of this habitat type." | BLM (BK): This BMP appears to have a lot of interest.  Please provide the BMP the BIO staff would like to see.  Also, see the previouse three comments. |
| 1356. | F-05 | 16 – 39 | Burch | These all do not sound like BMPs, but direction for other programs to do this or that. Are they more appropriate for the Implementation stage rather than the RMP? Suggest: the different vegetation types be listed in a condensed form with all the similar management also condensed. | BLM (BK):  These were in vegetation matrix and was moved here as BMPs. They are largely prescribed by Lambeth & Reeder 2009 (Migratory Bird Lit Review).  After visiting with the appropriate Bio staff, let EMPSi know of any needed changes. |



BLM_0111583

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1357. | F-05 | 17 | Clements | Replace "semidesert" with "saltdesert shrub" | EMPSi (KW): Change made. |
| 1358. | F-05 | 18 | Clements | Insert "some" in front of "warm" | EMPSi (KW): Change made. |
| 1359. | F-05 | 29-32 | Clements | Delete-redundant | EMPSi (KW): Change made. |
| 1360. | F-06 | 01, 02 | Clements | Fix parenthesis | EMPSi (KW): Change made. |
| 1361. | F-06 | 16,17 | Burch | These 2 lines could easily be included with the statements on F-6 lines 11 – 13. | EMPSi (KW): Change made. |
| 1362. | F-06 | 18, 19 | Burch | This sentence fits better under the section of Weeds – which follows this Riparian section. | EMPSi (KW): No change. Purpose is to help the riparian area. |
| 1363. | F-06 | 20 | Clements | Add "in high recreation use areas or near other likely sources of ignition" at end | EMPSi (KW): Change made. |
| 1364. | F-06 | 21-23 | Clements | Delete | EMPSi (KW): Change made. |
| 1365. | F-06 | 24 | Burch | Delete this line.  BMPs for grazing can be found in the grazing section. | EMPSi (KW): Changed to: Minimize livestock grazing and trailing impacts in riparian areas to protect vegetation, habitat values, streambank stability, and water quality. |
| 1366. | F-06 | 24 | Stindt | Please replace this BMP with the following: "Minimize livestock grazing and trailing impacts in riparian areas to protect vegetation, habitat values, streambank stability, and water quality." | EMPSi (KW): Change made. |
| 1367. | F-06 | 24 | K. Kubik | Please replace the existing BMP with...."Minimize livestock grazing and trailing impacts in riparian areas to protect riparian vegetation, habitat values, streambank stability, and water quality."  This was agreed upon and recommended by Range and Ecology back in June, 2011. | EMPSi (KW): Change made. |
| 1368. | F-06 F-09 | 28-29 33-34 | M. Siders | Should read "For the benefit of riparian shrub dependent bird species, place at lowest priority the eradication of tamarisk stands with large basal stems (bird nesting habitat), while there are younger tamarisk stands to treat." | EMPSi (KW): Change made. |
| 1369. | F-06 | 37,38 | Burch | This is too specific for the level of an RMP. The reference to the Roatcap reservoir west of Olathe doesn't fit well in the Vegetation section. Maybe under migratory birds? | EMPSi (KW): BMP deleted from here; already in Migratory Bird section. |
| 1370. | F-07 | 04, 05, 20,21,36 | Burch | Consider consolidation of these. | EMPSi (KW): Change made. |
| 1371. | F-07 | 10,11,16,17,27,28 | Burch | Consider consolidation, to reduce redundancy. | EMPSi (KW): Change made. |
| 1372. | F-07 | 23,24,29,30,31 | Burch | Consider combining all of these statements and reword | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency,
and RAC Subgroup Review: June 23, 2011

BLM_0111584

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | to capture the intent. | |
| 1373. | F-08 | 11 | Burch | Consider a BMP for education and outreach instead of the wording on this one. | EMPSi (KW): Please provide. |
| 1374. | F-09 F11 | 12-13 01-02 | M. Siders | Should read "Expiration dates and other conditions will be applied to all biological clearances (e.g., raptor territory activity surveys expire April 1 of the following year)." | EMPSi (KW): Change made. |
| 1375. | F-08 | 16 – 21 | Burch | It is suggested to have the contractor 'establish and submit procedures for conduct in wildlife areas'. Instead, wouldn't it be better if BLM identified some general conduct ethics/guidelines for the contractor? At least as an educational tool; and what is expected of them. | EMPSi (KW): Please provide suggested change. |
| 1376. | F-09 F-10 | 15 – 38 01 - 03 | Burch | These are redundant and identical to what is in Vegetation section. Please consider reducing by consolidation and having BMPs that truly are tied to the respective programs. | EMPSi (KW): Change made. |
| 1377. | F-09 | 18 – 21 | Burch | This is too site specific for a BMP. Suggest rewording in more general form and not identifying Roatcap or any specific reservoir. | EMPSi (KW): No change. |
| 1378. | F-09 | 29 | Burch | Delete. The grazing BMPs will be taken care of in the grazing section. | EMPSi (KW): Deleted from here; kept in riparian section. |
| 1379. | F-09 | 29 | Stindt | Please replace this BMP with the following: "Minimize livestock grazing and trailing impacts in riparian areas to protect vegetation, habitat values, streambank stability, and water quality." | EMPSi (KW): Deleted from here; kept in riparian section with suggested change. |
| 1380. | F-10 | 04, 05 | Burch | Move this statement to the Weeds BMP | EMPSi (KW): BMP deleted; weeds BMPs generally include this BMP. |
| 1381. | F-10 | 10 | M. Siders | 2005. | EMPSi (KW): Change made. |
| 1382. | F-10 | 16 | M. Siders | Add reference "Lambeth, R. E. and D. R. Reeder. 2009. Migratory Bird Status Literature Review. Prepared by Rare Earth Science, LLC, for the U.S. Bureau of Land Management, Uncompahgre Field Office, Montrose, Colorado." | EMPSi (KW): Change made. |
| 1383. | F-10 | 20-21 | M. Siders | APLIC & USFWS. 2005. Avian Protection Plan (APP) Guidelines. The Edison Electric Institute's Avian Power Line Interaction Committee (APLIC) and U.S. Fish and | EMPSi (KW): Change made. |



BLM_0111585

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Wildlife Service. Available [http://www.aplic.org/uploads/files/2634/APPguidelines_final-draft_Aprl2005.pdf] | |
| 1384. | F-11 | | Holsinger | Under plants please add: Where disturbances to occupied or suitable special status plant habitats is unavoidable , Reclamation of surface disturbance resulting from authorized activities within occupied or suitable special status plant habitats will use only locally gathered or genetic stock from locally gathered, native species for reclamation purposes. In cases where locally gathered native species are not available, the impact of using non-local native species on the genetic and ecological integrity of native species will be evaluated and mitigated through site specific environmental analysis. | EMPSi (KW): Change made. |
| 1385. | F-11 | 09 | Holsinger | BMPS are adequate as much of the water quality stuff will be/is addressed in the water section. | EMPSi (KW): Thank you for your comment. |
| 1386. | F-11 | 09 | M. Siders | Looks good… | EMPSi (KW): Thank you for your comment. |
| 1387. | F-11 | 19-24 | L Reed | Does this BMP apply only to O&G?  If so,  it should be stated.  The BMP isn't very realistic for ROWs, ie Comm Sites or powerlines. Consider rewording: "In lynx habitat, remote monitoring systems shall be established <mark>as feasible (e.g. telemetry in O&G fields)</mark> for developed sites that….." | EMPSi (KW): Added "as feasible." This is just a BMP that could be applied where appropriate; a tool in BLM's toolbox. |
| 1388. | F-11 | 30-34 | L Reed | Please add the following words: "Apply project design criteria <mark>as feasible</mark> to protect Gunnison …" [this BMP may not work for ROWs] | EMPSi (KW): Change made. |
| 1389. | F-11 | 31,32 | Burch | "…hospital grade sound reducing mufflers, exhaust systems… within a 4 mile radius…" is excessive! This would have a very costly impact to the BLM vehicle fleet as well as to our leasees and permitted individuals. | EMPSi (KW): Added "as feasible." This is just a BMP that could be applied where appropriate; a tool in BLM's toolbox. |
| 1390. | F-11 F-12 | 37-39 01-03 | M. Siders | Shouldn't this be at F-11, line 7? | EMPSi (KW): Change made. |
| 1391. | F-12 | 09-26 | Holsinger | Recommend removing all but the following from Fuels | EMPSi (KW): Change made. |


BLM_0111586

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Management: <br> • Where practicable, use large-scale landscape planning to connect fuel breaks and avoid small piecemeal projects. <br> • Provide fire prevention and mitigation outreach information and education to communities within the UFO as needed. | |
| 1392. | F-12 | 20 | Huisjen | Reference to resting seeded areas for 2 growing seasons needs to be discussed with range mgmt (Stindt?) for consistency with their wording. I think we are making this more flexible than a rigid 2 years. | EMPSi (KW): Per previous comment, BMP was deleted. |
| 1393. | F-12 | 20 | Stindt | Please replace this BMP with " <br> Exclude livestock grazing on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) to the extent needed to BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E). " <br><br> This is directly out of the Livestock Grazing matrix and has been accepted by the Bio staff. | EMPSi (KW): Per comment from Huisjen, BMP deleted. |
| 1394. | F-12 | 20-24 | K. Kubik | This BMP is not consistent with BMP language that was accepted and recommended by the range staff. Please replace this BMP with the following:  "Exclude livestock grazing on disturbed areas (e.g., fire events, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) to the extent needed to meet BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E)." | EMPSi (KW): Per comment from Huisjen, BMP deleted. |
| 1395. | F-12 | 34-38 <br> Fire Suppression | J. Jackson | Add: If constructed lines are necessary they will be reclaimed so use does not continue on the route in the future (may incorporate some language from VRM section on F-18) | EMPSi (KW): Added the following sentence: Constructed lines shall be reclaimed so use does not continue on the route in the future. |
| 1396. | F-12 | NA | Huisjen | Note to me:  References to Green strips should be removed.  I have Missy's concurrence on this. | EMPSi (KW): Per previous comment, BMPs mentioning green strips were deleted. |
| 1397. | F-18 | 35-38 <br> VRM | J. Jackson | Need additional bullet very similar that deals with all developments in general with essentially the same | EMPSi (KW): Deleted "recreation" so that the BMP applies to all development. |



BLM_0111587

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | wording. | |
| 1398. | F-19 | Forestry SDF and BMP | Holsinger | See below for Forestry BMPS etc. | EMPSi (KW): Replaced Standard Design Practices, BMPs, and Guidelines for Christmas Tree and Firewood Harvesting with lists provided. |
| 1399. | F-20 | 14 – 16 | Burch | The ending of this statement appears to be too detailed for the RMP level. "…and will be paid for with wildlife funds." | EMPSi (KW): Standard Design Practices for Forestry Projects rewritten. |
| 1400. | F-20 | 17 | Burch | Add at the end of the sentence: 'for allowed pinyon-juniper stands "as appropriate to meet mosaic objectives". | EMPSi (KW): Standard Design Practices for Forestry Projects rewritten. |
| 1401. | F-21 | 34 Christmas Tree and Firewood | J. Jackson | Add: "… to existing **and designated** roads and trails…" | EMPSi (KW): Rewritten to "Vehicle use is restricted to existing roads and trails." |
| 1402. | F-22 | 11 | J. Jackson | Doesn't make sense | EMPSi (KW): Rewritten to "UFO closed to firewood harvesting December 1 to May 1." |
| 1403. | F-22 | 11 and 12 | Burch | Possible typo error in first sentence, since it doesn't flow well. Also, the reader questions if this closure is for the entire Field Office?  Public often continue to want to retrieve fire wood and Christmas trees through December. Closing the lower elevation (BLM versus Forest Service at a higher elevation) during this important time is not furthering 'customer service'. If closures are for soil saturation concerns…. It is already covered in another BMP. | EMPSi (KW): Rewritten to "UFO closed to firewood harvesting December 1 to May 1." |
| 1404. | F-22 | 13-27 Livestock Grazing | J. Jackson | May need to have stipulation about sheep dogs in high recreational areas. | EMPSi (KW): Please provide BMP. |
| 1405. | F-22 | 14 | Burch | Insert the Guidelines for Grazing Management found at the bottom of page E-3 and all of E-4. Preface the numbered listing of guidelines with: "Guidelines are the management tools, methods, strategies and techniques (e.g., best management practices) designed to maintain or achieve healthy public lands as defined by the Land Health Standards." | EMPSi (KW): Added the following bullet: "Implement BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997) (**Appendix E**, BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado). Guidelines are the management tools, methods, strategies and techniques (e.g., best management practices) designed to maintain or achieve healthy public lands as defined by the BLM Colorado Land Health Standards." |



BLM_0111588

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1406. | F-22 | 17, 19 | Stindt | Please eliminate these BMPs.  They are sufficiently addressed on page F-22, lines 23 and 25. | EMPSi (KW): Change made. |
| 1407. | F-22 | 17-22 | K. Kubik | Both of these BMPs addressing cowbirds should be deleted. They are not only redundant, but this language was not discussed and agreed upon by the range staff. These issues are already addressed by the BMPs in lines 23 and 25 of this page, where the wording is more appropriate and recommended by the range staff. | EMPSi (KW): BMPs deleted. |
| 1408. | F-22 | Add new Line 15 | Burch | Insert the current list of Grazing Terms and Conditions. (I have it in another file, but the computers are acting weird again today and I'm afraid I'll lose this file if I to try to import it). (08/05/2011) | Will be inserted. |
| 1409. | F-22 | Lines 17 to 27 | Burch | Delete all.   (Range's proposed BMPs will address these concerns.) | EMPSi (KW): Deleted rows 17-22. |
| 1410. | F-23 | 10 CTTM | J. Jackson | Add: "…. (Forest Service 2002) or other related references." | EMPSi (KW): Change made. |
| 1411. | F-26 | 20-22 | T. Stranathan | Bullet 1 lines 20,21,22.  Does UFO want to get behind this?  If so, I suggest moving it into the Terrestrial Wildlife Section and getting it settled into the RMP as a Timing limitation.  Jan 1 to Mar 1.  We will at some point have a lease that does not have a big game timing limitation, but for good measure all leases could have some sort of limitation where wildlife might occur. | EMPSi (KW): Moved to terrestrial wildlife section. |
| 1412. | F-26 | 38-40 | T. Stranathan | Bullet 6, line 38.39.40.  I would like to see the 9113 manual referenced directly with the year 1995 if possible.  1985 sort of leads you to believe it might be in a preexisting SJSMRMP associated with the Chapter 2 stuff. | EMPSi (KW): Please provide updated manual 9113. EMPSi only has 1985 version. Kate e-mailed Thane 11/3/11. |
| 1413. | F-27 | 05-09 | T. Stranathan | Lines 5.6.7.8.9 – This may be as close to "green" fracing requirements as we are able to get. | EMPSi (KW): Thank you for your comment. |
| 1414. | F-28 | 38 | Holsinger | Please replace with: Commercial and non-commercial woodlands removed as a result of development (i.e., oil shale, oil and gas, sodium) will be appraised and purchased prior to removal. | EMPSi (KW): Change made. |
| 1415. | F-29 | 11 | Holsinger | Change 12 to 1-2 inches as 12" would preclude establishment of reclamation species on the site. | EMPSi (KW): Change made. |


BLM_0111589

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1416. | F-29 | 12 | Holsinger | Is the additional disturbance associated with feathering worth the visual benefit, as well as the limited wildlife benefit?  This should be a group discussion. | EMPSi (KW): These are just tools in a toolbox and would not be requirements for every projects. They are options from which to pick. In some cases, feathering would be a viable option. |
| 1417. | F-29 | 12-15 | M. Siders | The concept of "feathering" could create a larger disturbance area and should be considered on a case-by-case basis, depending on the wildlife species for the area.  Should read "Where linear disturbance is proposed and where habitat fragmentation/edge is an issue for a wildlife species of concern, edges of vegetation removal should be consider 'feathering' the treatment to avoid long linear habitat edges and support habitat complexity for wildlife. Additional trees may be removed along such edges to create irregularly shaped openings and more naturally mosaic habitat." | EMPSi (KW): These are just tools in a toolbox and would not be requirements for every projects. They are options from which to pick. In some cases, feathering would be a viable option. Made suggested change. |
| 1418. | F-35 | 23-27 | L Reed | UFO concurs with wording for Renewable Energy BMPs | EMPSi (KW): Please provide specific suggestion for changes. |
|  |  |  |  | **Appendix G:** *Draft Wilderness Characteristics Assessment* |  |
|  |  |  |  | No comments were received on this section |  |
|  |  |  |  | **Appendix H:** *Drought Management* |  |
| 1419. | H-1 H-2 | Extreme (D3): bullet 1 & Extreme (D4): Bullet 2 | T. Stranathan | Do we have to say Prohibit?  Could we require a site specific operating plan with selection of appropriate BMPs that ensure integrity of sensitive soils? | EMPSi (KW): Because this would be impletemented during times of drought, it likely wouldn't apply to leases because this prohibition is subject to valid permitted activities. |
|  |  |  |  | **Appendix I:** *Livestock Grazing Allotments and Allotment Levels* |  |
| 1420. | Appendix I |  | B. Krickbaum | Make corrections to Livestock appendix (App I), which is being sent separately.  Make the changes shown in pink.  Ignore yellow highlights, as well an my questions on the right margin. | EMPSi (KW): Change made. |
| 1421. | Appendix I | Grazing Table | Burch | 1. Allotment Numbers column – remove comma's from the numbers. 2. Also, allow and show "0" (zero) in front of the appropriate Numbers 3. Delete the column for "Type of Livestock". Livestock type designation will be captured within | EMPSi (KW): Change made. |



BLM_0111590

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | the Matrix and by map. This column is misleading. See Bruce Krickbaum's comments for additional corrections for this table. I have more corrections or allotment numbers to possibly add, also. | |
| 1422. | I-07 | A-D | David Sinton | Grazing Allotment table shows Spring Crk. Canyon allotment as having no AUMs and 2,290 acres open for livestock grazing. It probably should have a number for AUMs or acres set to zero. | BLM (BK): This row in appendix K is correct. Zero AUM (not grazed), although it is an allotment on the books. EMPSi (note): We (all of BLM Colorado) need to do NEPA to authorize livestock trailing. Currently, trailing is done, but without a permit that has gone through NEPA. Also, trailing permits currently do not have AUMs assigned. The NEPA for trailing permits needs to be completed this winter. Trailing permits will also need AUMs assigned. So, some AUMs (e.g. Spring Creek Canyon and others) will change in order to account for trailing. |
| | | | | **Appendix J:** *Special Recreation Permit Evaluation Criteria* | |
| 1423. | J-01 | 14 | Tucker | A pre-application consultation **will** be utilized to determine….. | EMPSi (KW): Change made. |
| 1424. | J-04 | 02 | B. Krickbaum | Delete the "s" in "Permits" | EMPSi (KW): Change made. |
| 1425. | J-04 | 02 | Tucker | ~~Permits~~ **Permit** proposals described in business and operating plans will be evaluated using the following 2 criteria. | EMPSi (KW): Change made. |
| 1426. | J-04 | 19 | Jackson and Sharrow | Reword "Location of Camps (such as sensitivity of area; number and/or distance between camps within an area)" | EMPSi (KW): Change made. |
| 1427. | J-04 | 23 and 24 | Jackson and Sharrow | Move bullets and reword to the number 1 under lines 6-9 so to read: "1. Compliance History: Applicant must be in compliance…..within the last three years. Non-compliance issues may include but not limited to: • Prior enforcement/compliance problems • Improper conduct by permittee or employees Pending investigations or been convicted of violations regarding natural resources, cultural resources or any activity related to the permit" | EMPSi (KW): Change made. |



BLM_0111591

**BLM – U**NCOMPAHGRE **F**IELD **O**FFICE, **C**OLORADO
**R**ESOURCE **M**ANAGEMENT **P**LAN **R**EVISION AND **E**NVIRONMENTAL **I**MPACT **S**TATEMENT

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1428. | J-04 | 32-34 | Jackson and Sharrow | Barb would like to see this statement as a note instead of criteria since she feels this a policy statement. | EMPSi (KW): Moved to note at the end of paragraph under Permit Application Review Criteria heading. |
| 1429. | J-04 | 32 | B. Krickbaum | Delete the "s" in "Joints" | EMPSi (KW): Point deleted per comment from Jackson and Sharrow and moved to the end of paragraph under Permit Application Review Criteria heading. |
| 1430. | J-05 | 06-08 | Jackson and Sharrow | Delete the paragraph | EMPSi (KW): Change made. |
| 1431. | J-05 | 09, 10 | B. Krickbaum | Delete "at a single location" | EMPSi (KW): No change per comment from L. Armstrong. |
| 1432. | J-05 | 09-10 SPR | J. Jackson | Delete "..at a single location.." Add: "…contact the BLM **6 months** prior to their **trip**…" | EMPSi (KW): Did not delete "…at a single location…" per comment from L. Armstrong. Added 6 months. |
| 1433. | J-05 | 13 | Jackson and Sharrow | Reword "In WSA/Wilderness/Tabeguache Area: Greater than 16 people" | EMPSi (KW): Change made. |
| 1434. | J-05 | 13 | B. Krickbaum | Change to "Greater the 12 people". | EMPSi (KW): Changed to "greater than 16 people." |
| 1435. | J-05 | 13 SPR | J. Jackson | Change "12 people" to "16 people" | EMPSi (KW): Change made. |
| 1436. | J-05 | 14 | B. Krickbaum | Delete "and until" | EMPSi (KW): Change made. |
| 1437. | J-05 | 14 SPR | J. Jackson | Change "24 people" to "25 people" | EMPSi (KW): Change made. |
| 1438. | J-05 | 16, 17, 18 | B. Krickbaum | Replace "we" with "the BLM" | EMPSi (KW): Change made. |
| 1439. | J-05 | 16-19 | Tucker | After reviewing the activity and location with the organizers, ~~we~~ **BLM** will determine whether or not 16 a permit is required. If a permit is not required, ~~we~~ **BLM** may document this determination in the 17 form of a *Letter of Agreement*. The factors ~~we~~ **BLM** will use to determine if a permit is required are 18 shown on the following matrix. | EMPSi (KW): Change made. |
| 1440. | J-05 | Matrix | B. Krickbaum | Right column, second row, change "no" to "not", and change "violate" to 'violates" | EMPSi (KW): Change made. |
| 1441. | J-05 | TABLE: Deny as Proposed | Tucker | No, site is ~~no~~ **not** appropriate for use as proposed. | EMPSi (KW): Change made. |
| 1442. | J-06 | 06 | Tucker | ~~we~~ **BLM** may consider preparing a *Letter of Agreement* to cover the activity. | EMPSi (KW): Change made. |
| 1443. | J-06 | 14 | B. Krickbaum | Change "user" to "users" | EMPSi (KW): Change made. |



BLM_0111592

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1444. | J-06 | 21 | B. Krickbaum | Delete "however", and start the sentence with "Law enforcement" | EMPSi (KW): Change made. |
| 1445. | J-06 | 24 | B. Krickbaum | Delete the comma after "In no case" | EMPSi (KW): Change made. |
| 1446. | J-07 | 1-43 | Jackson and Sharrow | Delete the whole page | EMPSi (KW): Change made. |
| 1447. | J-07 | 25 | B. Krickbaum | Change the date of the letter to 2012 | EMPSi (KW): Per comment from Jackson and Sharrow, example letter deleted. |
| 1448. | J-08 | 1-36 | Jackson and Sharrow | Delete the whole page | EMPSi (KW): Change made. |
| 1449. | J-08 | 02 | Tucker | REMOVING ALL TRASH. | EMPSi (KW): Per comment from Jackson and Sharrow, example letter deleted. |
| 1450. | J-08 | 16 | Tucker | Unlawful uses of public land… | EMPSi (KW): Per comment from Jackson and Sharrow, example letter deleted. |
| | | | | **Appendix K:** *Description of Special Recreation Management Areas* | |
| 1451. | Appendix K | | B. Krickbaum | Need maps showing each SRMA and their zones. | EMPSi: Added reference to individual SRMA maps. |
| 1452. | Appendix K | | Hawke (RACSG) | For all Backcountry classifications, add a factor to recognize the importance of, and manage for, natural soundscapes: quietness with few human sound disturbances. (Carry through on, and elaborate on, "sounds of people are rare.") | EMPSi (KW): The recreation setting characteristics come from the Recreation Setting Characteristics Matrix at the end of Appendix K, which is provided by Attachment 5 of BLM IM 2011-001, Transmittal of Revised Recreation and Visitor Services Land Use Planning Guidance, Updated Checklist, and Three Land Use Planning Templates. |
| 1453. | Appendix K | | Hawke (RACSG) | **Explanation & Notes:** Because details of SRMA zone locations and configurations are not available at this time, I likely would have additional comments as the concept for an SRMA in the Paradox Valley area were detailed. Key values that would need preservation include globally rare plants such as Payson lupine and Paradox breadroot; nesting Peregrine falcon; outstanding visual resources and scenery; primitive and natural areas that should be managed for quiet, backcountry recreation without motorized access; geologic features; educational opportunities; and cultural and historic resources; among others.  The size, location and | EMPSi (KW): Figures for all RMZs have been included the iteration for State Office review. |



BLM_0111593

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | boundaries for the SRMA and zones might need modification to both provide for the broad spectrum of recreational use, and preserve sensitive resources. | |
| 1454. | K-000 | Recreation Setting Characteristic Rows | Jackson and Sharrow | Julie will work on getting Recreation Setting Characteristics wording completed to replace existing | EMPSi (KW): Received and incorporated update from J. Jackson. |
| 1455. | K-000 (K-004, K-6, k-8, k-10, k-12, k-15, k-17, k-20, k-23, k-27, k-29, k-31, k-33, k-35, k-38, k-40, k-42, k-44, k-47, k-49, k-51, k-53, k-56, k-58, k-61, k-63, k-67, k-70, k-73, k-77, k-80, k-82, k-85) | SRP Row All | Jackson and Sharrow | Add action row after row 394 page 2-175 SRP section within Recreation matrix; Need to make sure we have all SRP decisions in the LUP decision matrix that are within Appendix K for all alternatives | EMPSi: Added SRP information from Appendix K to line 391. |
| 1456. | K-000 | All | Jackson and Sharrow | Need to make sure all LUP decisions are in the main matrix that are within Appendix K such as the SRP decisions from row 21 above. | EMPSi (KW): Added group size to row 393 of matrix. Note that group size is not an LUP decision. |
| 1457. | Appendix K | All | Burch | In references to "RMZ – 1,2,3",, etc. It would be of great help to the reader to see a description of where the zones are located and just what the zones are – up front in the document. | EMPSi: Added reference to individual SRMA maps. |
| 1458. | Appendix K | General | J. Jackson | Need an map of each SRMA showing where the different zones are located. | EMPSi: Added reference to individual SRMA maps. |



BLM_0111594

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1459. | K-004 | Burn Canyon Zone 1 – Travel Management, B | J. Jackson | Add: "….motorized **and mechanized** travel.." Delete: "non-motorized/non-mehcanized travel limited to designated routes" | EMPSi (KW): Change made. |
| 1460. | K-010 | Group Size Alt B | Jackson and Sharrow | Reword "No more than 12 **including guides**" | EMPSi (KW): Change made. |
| 1461. | K-010 | | B. Krickbaum | Change the NSO to NSO-46 | EMPSi (KW): All stipulation numbers will be updated upon completion of Appendix B. |
| 1462. | K-010 | Dolores River Zone 1 – VRM, D | J. Jackson | Change to: VRM Class III | EMPSi (KW): Dolores River SRZM, RMZ 1 is VRM II per BLM (BK 10/5/11). |
| 1463. | K-014 | | B. Krickbaum | Last cell of the page: change "alternation" to "alteration". Note: "Alternation" shows up many times in the Alt D column throughout the SRMA section. Please search for the word (non-word) and replace with "alteration". | EMPSi (KW): Change made globally to Appendix K. |
| 1464. | K-015 | Dry Creek Zone 1 – Travel Management, B and D | J. Jackson | Change to: All travel limited to designated routes | EMPSi (KW): Changed to "Limit motorized and mechanized travel to designated routes, except for administrative and permitted vehicular access." |
| 1465. | K-017 | | B. Krickbaum | Change the NSO to NSO-46 | EMPSi (KW): All stipulation numbers will be updated upon completion of Appendix B. |
| 1466. | K-023 | Dry Creek Zone 4 – Grazing Management, B and D | J. Jackson | Consider closing zone to sheep grazing or restricting sheep dogs in the area. | EMPSi (KW): No change per BLM (BK 10/5/11) |
| 1467. | K-027 | Jumbo Mountain Zone 1 – Grazing, D | J. Jackson | Consider closing zone to sheep grazing or restricting sheep dogs in the area. | EMPSi (KW): No change per BLM (BK 10/5/11) |
| 1468. | K-027 | Jumbo Mountain Zone 1 – Travel Management, B and D | J. Jackson | Add: Limited to Designated Routes | EMPSi (KW): Changed to "Closed to motorized use, with administrative and permitted vehicular access only, with mechanized travel limited to designated routes." |
| 1469. | K-031 | VRM Class Alt B | Jackson and Sharrow | Change to VRM III | EMPSi (KW): Change made. (changed Chapter 2) |
| 1470. | K-031 | Fluid Minerals Alt B | Jackson and Sharrow | Change to NSO | EMPSi (KW): Change made. (changed Chapter 2, Appendix B) |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111595

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1471. | K-031 | Kinikin Hills Zone 1 – Travel Management, B | J. Jackson | Delete:" /non-mechanized" | EMPSi (KW): Changed to "Closed to motorized use, with administrative and permitted vehicular access only, with mechanized travel limited to designated routes." |
| 1472. | K-033 | Kinikin Hills Zone 2 – Travel Management, B | J. Jackson | Delete:" /non-mechanized" | EMPSi (KW): Changed to "Closed to motorized use, with administrative and permitted vehicular access only, with mechanized travel limited to designated routes." |
| 1473. | K-035 | Kinikin Hills Zone 3 – Travel Management, B | J. Jackson | Change to: All travel limited to designated routes | EMPSi (KW): Changed to "Limit motorized and mechanized travel to designated routes, except for administrative and permitted vehicular access." |
| 1474. | K-038 | North Delta Zone 1 – Travel Management, B | J. Jackson | Add: "….motorized **and mechanized** travel.." <br><br> Delete: "non-motorized/non-mehcanized travel limited to designated routes" <br><br> *BLM: Should North Delta RMZ 1 be closed to motorized and mechanized use? Currently zone 1 is: Closed to motorized use, with administrative and permitted vehicular access only, and with mechanized travel Limited to Designated Routes* <br><br> *BLM Response (10/5/11): Please change the wording to: Closed to motorized use. Mechanized travel is limited to designated routes. Allow administrative and permitted vehicular access.* | EMPSi (KW): Changed to "Closed to motorized use; mechanized use limited to designated routes. Allow administrative and permitted vehicular access." |
| 1475. | K-041-049 | | Hawke (RACSG) | Add to the first sentence of the overall management goals at the top of the page "while preserving the unique and sensitive ecological, scenic, cultural, and geologic features of this landscape." | EMPSi (KW): Change not made. The management goals focus on recreation but management guidance may preserve said resources. |
| 1476. | K-041-050 | | Hawke (RACSG) | Without knowing the location of RMZ 2, additional management may be needed to support climbing recreation but avoid negative impacts (including access routes) to sensitive resources such as rare plants, nesting raptors and scenery. | EMPSi (KW): Figures for RMZs have been added to the appendix. RMZ 4 is where the majority of climbing occurs and includes an NGD to protect sensitive resources. |
| 1477. | K-041-051 | | Hawke (RACSG) | For RMZ 4: Perhaps change the niche description to something like "Backcountry Exploration" to set a more contemplative tone in keeping with the | EMPSi (KW): Niche deleted from Appendix. Targeted experience and benefits have been updated. |



BLM_0111596

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | exceptional opportunities for quiet experience with a remote feeling. May want to include non-motorized hunting among the activities. Target shooting should be prohibited as this could both be dangerous to backcountry users, and is incompatible with the natural setting goals for this zone. Add "wildlife and bird watching, nature study, botany, geologic study, and photography" to activities. | |
| 1478. | K-049 | Paradox Valley Zone 4 – Travel Management, B | J. Jackson | Add: "….motorized **and mechanized** travel.." <br><br> Delete: "non-motorized/non-mehcanized travel limited to designated routes" | EMPSi (KW): Change made. |
| 1479. | K-050 to K-054 | Ridgway Trails SRMA Alt D | Jackson and Sharrow | Change Ridgway Trails to an SRMA with Rural Setting the acres(keep as originally had it) should include the Uncompahgre Riverway Site along the Uncompahgre River as Zone I and then the entire area (including the pit) adjacent to Ridgway State Park as Zone 2. (see below for actions that follow for SRMA in D) | EMPSi (KW): Change made. |
| 1480. | K-050 | Ridgway Trails SRMA Zone I Alt D | Jackson and Sharrow | **Niche:** Day Use Non-Motorized Getaway <br><br> **Activities:** Day use outdoor living classroom, biking, horseback riding, running, and hiking <br><br> **Experiences:** Provide for non-motorized quality recreational opportunities in a rural setting. <br><br> **Benefits:** Greater quality of life, greater awareness for environmental learning, enjoyment of close to home natural landscape features, and physical exercise while reducing everyday stress and tension | EMPSi (KW): Change made. |
| 1481. | K-050 | Ridgway Trails D | J. Jackson | I feel like we need to talk more about this and add it as an SRMA; we can manage the setting at a higher level that will allow for the pit to be included in the setting. I have more detail information if we decide to change it for Alt. D | EMPSi (KW): Added as SRMA. |
| 1482. | K-051 - 052 | Ridgway Trails SRMA Zone I | Jackson and Sharrow | VRM: VRM Class III <br><br> ROW: No similar action | EMPSi (KW): Change made except (per BK direction below), not withdrawn from locatables and fluid minerals is NSO. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | Alt D | | Coal: Closed<br><br>Fluid Minerals: Closed to leasing (NL-8: SRMAs)<br><br>Locatable Minerals: Petition the Secretary of the Interior for withdrawal from locatable mineral entry<br><br>Mineral Materials: Closed to mineral material sales<br><br>Nonenergy Solid Leasable Minerals: Closed to leasing<br><br>Facility Development: Allow as needed to meet SRMA objectives<br><br>Camping Restrictions: Day use area only<br><br>SRPs: Allow non-motorized competitive events. Prohibit motorized competitive events<br><br>Group Size: Standard (refer to Recreation section of Chapter 2, Alternatives)<br><br>Travel Management: Closed to motorized travel; non-motorized travel limited to designated routes<br><br>Forestry: Not available for private and/or commercial use of woodland products (including on-site collection of dead and downed wood) unless monitoring indicates the need for a change.<br><br>Target Shooting: Prohibit<br><br>Surface-disturbing Restrictions: N/A | Note to BLM: This is the only RMZ closed to leasing in Alt D. This is the only RMZ withdrawn from locatables in Alt D.<br><br>BK Response: Kate, Change Fluid Minerals to an NSO. Make Locatable Minerals "Same as A" (I.e., do not petition. (BK) |
| 1483. | K-051 SRP's | B | Durnan (RACSG) | It is the intent of the Ridgway Area Trails Group (RAT) to be able to hold in the future competitive events and other type events as fundraisers for trial building and facility development and methods for generating | EMPSi (KW): Thank you for your comment. |


Page 285 of 297
Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111598

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | recognition for the trail resource. | |
| 1484. | K-052 | Ridgway Trails SRMA Zone 2 Alt D | Jackson and Sharrow | **Niche:** Single-Track Adventure<br><br>**Activities:** Mountain biking, hiking, running, horseback riding<br><br>**Experiences:** Provide for non-motorized quality recreational single-track trail opportunities in a rural setting.<br><br>**Benefits:** Enjoying the natural landscape, being with family and friends, improve local economic stability, escaping everyday stress through physical exercise, and enjoyment of public lands close to home | EMPSi (KW): Change made. |
| 1485. | K-053 - 054 | Ridgway Trails SRMA Zone 2 Alt D | Jackson and Sharrow | VRM: VRM Class III<br><br>ROW: No similar action<br><br>Coal: Closed<br><br>Fluid Minerals: NSO-46: SRMAs<br><br>Locatable Minerals: No similar action<br><br>Mineral Materials: Closed to mineral material sales except for existing pit with Ouray County.<br><br>Nonenergy Solid Leasable Minerals: Closed to leasing<br><br>Facility Development: Allow as needed to meet SRMA objectives<br><br>Camping Restrictions: Day use area only<br><br>SRPs: Allow competitive events at the discretion of the Authorized Officer.<br><br>Group Size: Standard (refer to Recreation section of | EMPSi (KW): Change made.<br><br>Bruce: Is pit in SRMA? I thought SRMA excluded pit from the boundary. Should the exception for mineral materials also be in B? throughout RMP we're going to recognize existing rights so do we need exception at all?<br><br>BK Response: The pit is excluded from the SRMA. |



BLM_0111599

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Chapter 2, Alternatives)<br><br>Travel Management: All travel limited to designated routes<br><br>Forestry: Available for private and/or commercial use of woodland products (including on-site collection of dead and downed wood) unless monitoring indicates the need for a change.<br><br>Target Shooting: Prohibit<br><br>Surface-disturbing Restrictions: N/A | |
| 1486. | K-053 SRP's | B | Durnan (RACSG) | It is the intent of the Ridgway Area Trails Group (RAT) to be able to hold in the future competitive events and other type events as fundraisers for trial building and facility development and methods for generating recognition for the trail resource. | EMPSi (KW): Thank you for your comment. |
| 1487. | K-054 Forestry | B | Durnan (RACSG) | Prevent private and or commercial use of woodland products. With it being a day use only area there is no need for fire wood collection. Collection of fire wood by non campers and other use of the forest resources would threaten the character of the resource. There are some very old and beautiful trees in the area and their loss would greatly change the appeal of recreational use in this area. | EMPSi (KW): Management reviewed and decided to leave as-is. |
| 1488. | K-056 | Roubideau SRMA RMZ 1 – SRPs Alt D | Jackson and Sharrow | Change to: "Allow non-motorized competitive events at the discretion of the Authorized Officer.  Prohibit motorized competitive events." | EMPSi (KW): Change made. ? |
| 1489. | K-056 | Roubideau Zone 1 – Travel Management, B and D | J. Jackson | Add: "….motorized **and mechanized** travel.."<br><br>Delete: "non-motorized/non-mehcanized travel limited to designated routes" | EMPSi (KW): Change made for Alternative B. Alternative D reads, "Closed to motorized use, with administrative and permitted vehicular access only, and with mechanized travel limited to designated routes." (per BLM BK 10/5/11) |
| 1490. | K-057 | Roubideau Zone 2, D | J. Jackson | Change setting to Middle Country and all the wording that goes along with it. | EMPSi (KW): Change made. |
| 1491. | K-058 | Roubideau SRMA RMZ 2 – SRPs | Jackson and Sharrow | Change to: "Allow non-motorized competitive events at the discretion of the Authorized Officer.  Prohibit | EMPSi (KW): Change made. ? |



BLM_0111600

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**
## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | Alt D | | motorized competitive events." | |
| 1492. | K-058 | Roubideau Zone 2 –D | B. Krickbaum | Alt D, change to VRM class III<br>Alt D, change to ROW Avoidance. | EMPSi (KW): Change made. |
| 1493. | K-058 | Roubideau Zone 2 – ROW, D | J. Jackson | Change to ROW avoidance | EMPSi (KW): Change made. |
| 1494. | K-058 | Roubideau Zone 2 – Travel Management, B and D | J. Jackson | Add: "….motorized **and mechanized** travel.."<br><br>Delete: "non-motorized/non-mechanized travel limited to designated routes" | EMPSi (KW): Change made for Alternatives B and D with no exceptions for permitted or administrative access. |
| 1495. | K-058 | Roubideau Zone 2 – VRM, D | J. Jackson | Change to VRM III | EMPSi (KW): Change made. |
| 1496. | K-061 | Roubideau SRMA RMZ 3 – SRPs Alt D | Jackson and Sharrow | Change to: "Allow non-motorized competitive events at the discretion of the Authorized Officer.  Prohibit motorized competitive events." | EMPSi (KW): Change made. |
| 1497. | K-061 | Roubideau Zone 3 – Forestry, D | J. Jackson | Change to "Allow forest product harvest (commercial and private) including on-site…." | EMPSi (KW): Change made. |
| 1498. | K-063 | Roubideau Zone 4 – Forestry, D | J. Jackson | Change to "Allow forest product harvest (commercial and private) including on-site…." | EMPSi (KW): Change made. |
| 1499. | K-063 | Roubideau Zone 4 – Mineral Materials, D | J. Jackson | Change to "No similar action" | EMPSi (KW): Change made. |
| 1500. | K-066 | San Miguel Zone 1 – Mineral Materials, D | J. Jackson | Change to "No similar action outside of San Miguel ACEC" | EMPSi (KW): Changed to: Close a portion of the RMZ (<mark>xx</mark> acres overlapping San Miguel River ACEC) to mineral material disposal. |
| 1501. | K-067 | San Miguel River SRMA RMZ 1 – SRPS Alt D | Jackson and Sharrow | Change to:<br>"Non-motorized competitive events will be allowed at the discretion of the authorized officer.<br>   Allow up to 15 commercial boating outfitters with up to 2 launches a day per outfitter with maximum group size of 35 including guides.<br>   Private users would not be regulated unless monitoring indicates the need for a change." | EMPSi (KW): Change made, including deleting the following paragraph:<br>Allow up to 5 new permits with two launches per day per outfitter with maximum group size of 35 including guides.  Only one launch can originate from Specie and must be outside of the high use hours of 8-10am and 12-2pm. |
| 1502. | K-067 | San Miguel River SRMA RMZ 1 – SRPS Alt B | Jackson and Sharrow | Take out the word "**only**" in both the second and third paragraph. | EMPSi (KW): Change made. |
| 1503. | K-067 | San Miguel Zone 1 | J. Jackson | Delete wording "after the 7 days has been reached, | EMPSi (KW): Changed to the following (consistent |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | – Camping, D | | prohibit the camper from returning to that location for 30 day and/or requiring them to move at least 30 air miles away from the previously occupied location." Replace with "all other CFR language (quote CFR number) remains the same" | with changes in Chapter 2): Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, prohibit the camper from returning to that location for 30 days and/or require them to move out of the SRMA. |
| 1504. | K-069 | San Miguel Zone 2 – VRM, D | B. Krickbaum | Alt D, change VRM class to III | EMPSi (KW): Change made. |
| 1505. | K-069 | San Miguel Zone 2 – VRM, D | J. Jackson | Change to Class III | EMPSi (KW): Change made. |
| 1506. | K-070 | San Miguel Zone 2 – Camping, D | J. Jackson | Delete wording "after the 7 days has been reached, prohibit the camper from returning to that location for 30 day and/or requiring them to move at least 30 air miles away from the previously occupied location." Replace with "all other CFR language (quote CFR number) remains the same" | EMPSi (KW): Changed to the following (consistent with changes in Chapter 2): Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, prohibit the camper from returning to that location for 30 days and/or require them to move out of the SRMA. |
| 1507. | K-071 | San Miguel Zone 2 – Forestry, D | B. Krickbaum | Alt D, change forestry to "Prohibit wood collecting" | EMPSi (KW): Change made. |
| 1508. | K-071 | San Miguel Zone 2 – Forestry, D | J. Jackson | Change to Same as Alternative B | EMPSi (KW): Conflicts with direction from B. Krickbaum. Changed to "Prohibit wood collecting" |
| 1509. | K-073 | San Miguel River SRMA RMZ 3 – SRPS Alt D | Jackson and Sharrow | Add the word "boating" to second paragraph so reads: "Allow two commercial **boating** launches per day…." | EMPSi (KW): Change made. (global San Miguel SRMA, Alt D) |
| 1510. | K-073 | San Miguel Zone 3 – Camping, D | J. Jackson | Delete wording "after the 7 days has been reached, prohibit the camper from returning to that location for 30 day and/or requiring them to move at least 30 air miles away from the previously occupied location." Replace with "all other CFR language (quote CFR number) remains the same" | EMPSi (KW): Changed to the following (consistent with changes in Chapter 2): Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, prohibit the camper from returning to that location for 30 days and/or require them to move out of the SRMA. |
| 1511. | K-077 | San Miguel Zone 4 – Camping, D | J. Jackson | Delete wording "after the 7 days has been reached, prohibit the camper from returning to that location for 30 day and/or requiring them to move at least 30 air miles away from the previously occupied location." Replace with "all other CFR language (quote CFR | EMPSi (KW): Changed to the following (consistent with changes in Chapter 2): Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, prohibit the camper from returning to that location for 30 days and/or require them to move out of the SRMA. |



BLM_0111602

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | number) remains the same" | |
| 1512. | K-078 | San Miguel River SRMA RMZ 4 – SRPS Alt D | Jackson and Sharrow | Add the word "boating" to second paragraph so reads: "Allow up to seven commercial **boating** outfitters." | EMPSi (KW): Change made. Julie: In alt B do we want to keep "river outfitters" or change that to boating? (throughout San Miguel River SRMA) |
| 1513. | K-080 | Spring Creek Zone 1 – Grazing, D | J. Jackson | Consider closing zone to sheep grazing or restricting sheep dogs in the area. | EMPSi (KW): No change per BLM (BK 10/5/11) |
| 1514. | K-080 | Spring Creek Zone 1 – Travel Management, B and D | J. Jackson | Delete wording – "/ non-mechanized" should read as follows: "…; non-motorized travel limited to designated routes" | Bruce/Julie: Per direction in Ch2, changed to, "Closed to motorized use, with administrative and permitted vehicular access only, and with mechanized travel Limited to Designated Routes." |
| 1515. | K-083 | Spring Creek Zone 2 – Travel Management, B | J. Jackson | Delete wording – "/ non-mechanized" should read as follows: "…; non-motorized travel limited to designated routes" | Bruce/Julie: Per direction in Ch2, changed to, "Closed to motorized use, with administrative and permitted vehicular access only, and with mechanized travel Limited to Designated Routes." |
| 1516. | K-085 | Spring Creek Zone 3 – Forestry, D | B. Krickbaum | Alt D, forestry, change to "Prohibit commercial forest product harvest" | EMPSi (KW): Change made. |
| 1517. | K-085 | Spring Creek Zone 3 – Camping, D | J. Jackson | Change to state "Same as Alternative B" | EMPSi (KW): Change made. |
| 1518. | K-085 | Spring Creek Zone 3 – Forestry, D | J. Jackson | Change to state "Allow private forest product harvest and wood collecting unless monitoring indicates the need for change." | EMPSi (KW): Change made. |
| | | | | **Appendix L:** *Coal Screening Criteria in the Uncompahgre Field Office* | |
| | | | | No comments were received on this section. | |

[1] Comments are from Lori Armstrong, SW District Manager.  Comments entered by B. Krickbaum.

[2] Comments are from Barb Sharrow.  Comments entered by B. Krickbaum.

*The following are referenced in comments from Holsinger.*
**Standard Design Practices for Forestry Projects**
- The closure of new roads will be considered and planned for during sale preparation in accordance with existing policy.
- Clear cuts will be considered for use in the pinyon-juniper and aspen types in critical big game winter ranges and other areas where economically feasible.
- Clear cuts will be considered for use in restoring aspen sites.
- Cuts will maximize the length of edge per amount of area considering natural and manmade boundaries.
- Sale areas with less than 15 percent ground cover or with insufficient understory will be seeded using a mixture of native grasses, forbs, and/or shrubs appropriate for the ecological site.



BLM_0111603

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

- Harvest plans will be completed on all commercial sales within woodlands and forests, showing access roads, decks and skid trail locations. Approval of these plans by the BLM Authorized Officer is required before harvest can start.
- A minimum 50 foot buffer will be maintained along all riparian areas.
- Snags with existing cavities or nests will be priority for retention.

**Best Management Practices**
- Avoid heavy equipment use in riparian stands. If heavy equipment use is necessary, allow on a case by case basis and mitigate for adverse impacts.
- Protect seed and important wildlife habitat trees in pinyon-juniper stands.
- Minimize disturbance to the soil such that surface runoff does not result in sediment transport into waterbodies. Concentrate skidding on as few skid trails as needed.
- Limit primary skid trails to 10 percent of the total working area.
- Avoid widespread or random skidding patterns with repeated passes.
- Minimize placement and use of skid trails in ephemeral drainages. If skid trails must be within or cross an ephemeral drainage, additional BMPs are needed to protect water quality.
- Create skid trails only as wide as necessary to safely operate equipment and conduct the forestry operation. Avoid creating two-lane skid trails. Minimize the extent of gouges or trenches upon the ground surface that are created by the skidding of trees or logs.
- On sloping terrain, skid trails shall follow along the land contours and shall be kept to 25 percent grade or less when practical.
- Establish decks at locations where soil disturbance is minimized.
- Maintain as close to normal (pre-construction) streamflow by maintaining depth, width, gradient and capacity of the stream channel at the crossing.
- Perform construction, installation, and removal work during low-water flow if circumstances allow.
- Stabilize the approach ways and/or stream crossing locations so sediment is not transported into the stream.
- The crossing can be installed at a right-angle (90 degrees) to the stream channel so crossing distance is minimized.
- Any trees removed during these processes will be purchased by the applicant prior to commencement of operations.
- Weed management (inventory and treatment) will occur for a minimum of three years post-harvest.

**Guidelines for Christmas Tree and Firewood Harvesting**
- Vehicle use is restricted to existing roads and trails.
- Do not damage adjacent trees.
- When cutting down standing trees, cut the stump 6 inches or less, or as close to the ground as possible.
- Do not top a larger tree to obtain a Christmas tree. The tree may be cut at the base 2 and then topped.
- No harvesting when soils are saturated to a depth of 3 inches to prevent damage to roads.
- UFO closed to firewood harvesting December 1 to May 1

*The following are referenced in comments from Siders.*
<u>Domestic Sheep/Goats and Bighorn Preferred Alternative</u>

Criteria for Risk Levels:

|  | Insignificant | Low | Medium | High |
|---|---|---|---|---|
| Spatial Overlap |  | <35% Overlap between wild and domestic sheep | >35%, <75% overlap between wild and domestic sheep | >75% overlap between wild and domestic sheep |



BLM_0111604

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| | | | | |
|---|---|---|---|---|
| | Bighorn sheep Range: T:\CO\GIS\gisdata\field_offices\ufo\wildlife\ndis.gdb\bighorn_sheep\BighornOverallRange09012010<br>Domestic Sheep Range:  T:\CO\GIS\gisdata\field_offices\ufo\range\range.gdb\mar_alb_region_allot<br>T:\CO\GIS\gisdata\field_offices\ufo\range\range.gdb\Allotment_Table [Livestock_Kind = "Sheep" or "Cattle or Sheep"] | | | |
| Timing/Season of Use | | <25% Overlap of domestic season of use with bighorn critical reproductive times (rutting, breeding, lambing) | >25% overlap of season of use | >50% overlap of season of use |
| | Bighorn sheep season:  breeding November 1-December 31, lambing Feb 28-May 1, Rutting Aug 1-Sept 30<br>Sheep:  Permit on to off dates | | | |
| Topography/Natural Barriers | | Good barrier to domestic sheep due to topography/natural barriers deterring mixing | Moderate barrier due topography/natural barriers deterring mixing | Little to no barrier topography/natural barriers deterring mixing |
| | | Cliffs, Rivers | Slopes >40% | Slopes ≤40% |
| Distance of allotment boundary from Bighorn Range | Excellent barrier due to distance | Good barrier due to distance | Moderate barrier due to distance. | Little to no barrier due to distance |
| | >9miles | ≤9 but >5 miles | ≤5 but >2 miles | ≤2miles from Bighorn Range |

*The following are referenced in comments from Jackson.*
***Comment #50 – Row #441   (Initial Criteria List that needs to be added)

    Apply the following additional motorized and non-motorized route selection criteria (if needed - additional site specific criteria may be added at the time of the comprehensive transportation management plan):

1. Manage travel to meet Standards for Public Land Health, minimize the areas that meet standards with problems, and minimize impacts to sensitive resources while maintaining quality travel opportunities along with adequate and appropriate public access
2. Any emergency or administrative motorized vehicle or equipment use off designated routes on BLM-managed lands would require prior notification and approval. Should prior notification not be possible, contact would be made with the authorized BLM official within 72 hours following emergency entry.
3. Maintain appropriate, sustainable, and reasonable access for visitors, authorized users, and private landowners within the planning area.
4. Motorized and mechanized travel onto public lands from adjacent private lands would be limited to the public access points only
5. Minimize conflicts between all users and resource uses
6. Provide continuity and quality recreational loop opportunities
7. Route density for public access routes will be used as an analysis tool unless otherwise specified. Administrative route mileage would not be considered within the route density analysis due to low frequency of use on the route.
8. Route by Route analysis will be conducted within each comprehensive travel management plan and routes will adhere to the following width restrictions:
   a. Single track = 36" or less
   b. ATV = 50" or less and weighing no more than 1200 lbs
   c. Roads = Wider than 50"



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111605

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

9. Motorized and mechanized modes of travel employing advanced technology must adhere to specified route width, weight, and other restrictions as needed.
10. Prohibit cross-country motorized/mechanized travel for big game retrieval. Where appropriate, allow human-powered wheeled game retrieval carts off route in limited to designated areas only during CDOW authorized hunting seasons.
11. Users would be allowed to park motorized or mechanized modes of travel immediately adjacent and parallel to available designated routes.
12. Vehicle use associated with dispersed camping activities must adhere to parking regulations described above.
13. Designate short spur routes leading to popular dispersed campsites, scenic overlooks, or other destination locations where appropriate.
14. Routes would adhere to the buffer requirements for riparian and wetland areas except for required crossings and the number of stream crossings would be kept to a minimum, in order to reduce impacts to wetlands and riparian areas.
15. BLM re-routes or re-locations needed for erosion or other mitigation would be limited to a corridor that would be 150 feet wide on either side of the centerline of all designated routes.
16. Impacts to currently known eligible cultural properties would be avoided, minimized or mitigated in consultation with State Historical Preservation Office (SHPO). Where National Register eligible sites are known to be in danger or are currently being impacted by travel activities, routes would be closed to travel if necessary until the appropriate mitigation has been implemented.
17. BLM administrative functions related to resource management objectives (e.g., wildlife habitat and species monitoring and management, noxious weed eradication, resource enhancement and restoration, and fence repair) requiring cross-country travel using motorized vehicles or equipment, would be addressed at the project level on a case-by-case basis, and additional environmental documentation and analysis could be required for certain administrative functions.
18. Where off-highway vehicles are causing or will cause considerable adverse effects upon soil, vegetation, wildlife, wildlife habitat, cultural resources, historical resources, threatened or endangered species, wilderness suitability, other authorized uses, or other resources, the affected areas shall be immediately closed to the type(s) of vehicle causing the adverse effect until the adverse effects are eliminated and measures implemented to prevent recurrence.
19. Close or re-route routes found to be negatively impacting threatened and endangered species or BLM-sensitive species or habitats.
20. Limit motorized over-the-snow travel to designated routes in lynx analysis units. After route designation, prohibit creation of new routes in lynx analysis units.
21. Secure multiple use access as needed and where opportunities arise (i.e. BLM easements or land exchanges)
22. Over the life of the plan, restore or relocate at least 30% of the high density route miles (more than 2 miles per square mile) that coincide with lynx habitat within a lynx analysis unit.
23. Where possible, relocate routes outside of lynx habitats or lynx analysis units, avoiding forested stringers and lynx movement corridors (ridgelines, saddles, riparian corridors) for lynx.
24. Avoid paving or rural dirt and gravel roads in lynx habitat within lynx analysis units so as not to increase traffic in the area.
25. Any fire routes established outside of the designated route system will be rehabilitated so not to attract future use.
26. Fire wood collection routes within areas where fire wood collection is permitted will be considered during route by route designation.
27. Proposed new routes will be considered during the planning process and identified where needed

****Comment #50 – Row #441   (Planning sequence that needs to be added)
Basic travel management plan process:
1. All comprehensive travel management plans will utilize an interdisciplinary approach
2. Complete route inventory data needed for the planning area through GIS, GPS, and aerial photography
3. Gather and update data needed from outside sources such as US Fish and Wildlife, Colorado Division of Wildlife, etc. for planning area
4. Conduct Scoping Comment Period – identify external and internal issues



BLM_0111606

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

5. Review and Summarize Comments and Issues
6. Develop Goals and Objectives for the area as well as any Desired Future Conditions for Sub-regions (if any)
7. Develop Additional Area Specific Criteria if needed for data analysis
8. Conduct and Document Route by Route Analysis with interdisciplinary team
9. Develop draft alternative options
10. Allow for public comment period on goals and objectives for the area as well as any desired future conditions and draft alternative options
11. Review comments and modify (as needed)
12. Develop alternatives for environmental assessment (EA) including preferred
13. Conduct EA analysis for all alternatives
14. Provide public comment period for draft EA
15. Review comments and modify (as needed)
16. Sign the Finding of No Significant Impacts (FONSI) and Decision Record (DR) for EA
17. 30 day Appeal period
18. Write an area specific implementation plan/monitoring plan
19. Publish for public comment
20. Review comments and modify (as needed)
21. Begin Travel Implementation and Monitoring
22. Write and submit supplementary rules

**Outline for additional data needs and strategy to collect:**

| | Additional Data Needed | Strategy to Collect |
|---|---|---|
| 1 | Inventory all Existing Routes in areas not previously inventoried | Have BLM specialists, seasonals, and volunteers GPS and possibly digitize (if needed pending time and funding) then download into GIS |
| 2 | Gather, organize, and update resource information for each area | IDT Specialists will work with travel planner, BLM GIS specialist, agencies and outside sources to gather/update and organize data |

\*\*Change DOW to new acronym (CDPW?). Global!

**Item A:**
Row 113 and 114, combined:

| Action: | Action: | Action: | Action: |
|---|---|---|---|
| No similar action in current RMPs. | Annually enhance, protect, or restore at least 5 miles of aquatic habitat, including modification or removal of fish migration barriers in consultation with the CDOW, and structural and vegetation improvements.  Restore natural | Annually improve at least 2 miles of aquatic habitat, including modification or removal of fish migration barriers in consultation with the CDOW, and structural and vegetation improvements. Focus efforts on game fisheries. | Pursue opportunities to enhance, protect, or restore aquatic habitats, including modification or removal of special status fish migration barriers in consultation with the CDOW, and structural and vegetation improvements |



BLM_0111607

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

|  | hydrology and conditions to the extent possible. Focus efforts on nongame native fisheries and species. |  | commensurate with other resource objectives. |
|---|---|---|---|

**Item B**
Rows 405 through 417:

| Action: | Action: | Action: | Action: |
|---|---|---|---|
| Manage XX acres as ERMAs (Figure 2-13, Appendix A):<br>• Uncompahgre (XX acres) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards (BLM 1985, 1989a).<br><mark>BLM: please verify acreages</mark> | No similar action. (Designate no ERMAs.) | Manage 208,690 acres as ERMAs to specifically address local recreation issues (Figure 2-15, Appendix A):<br>• Adobe Badlands (6,360 acres) for nonmotorized, nonmechanized uses to protect wilderness qualities;<br>• Burn Canyon (9,160 acres) to protect and provide a network of designated community recreational trails. Manage as VRM Class III;<br>• Dolores River Canyon (13,330 acres) as a nonmotorized, nonmechanized ERMA to protect and provide water-based recreational opportunities;<br>• Dry Creek (41,300 acres) to protect and provide for a diversity of dispersed recreational activities;<br>• Jumbo Mountain (5,020 acres) a to protect and provide a network of designated community recreational trails;<br>• Kinikin (11,320 acres) to protect and provide for a diversity of dispersed multiple use recreational travel opportunities. Management actions include the following: Designate 11,320 acres | Manage 76,110 acres as ERMAs to specifically address local recreation issues (Figure 2-16, Appendix A):<br>• Burn Canyon (9,160 acres) to protect and provide a network of designated community recreational trails. Manage as VRM Class III;<br>• Kinikin (11,320 acres) to protect and provide for a diversity of dispersed multiple use recreational travel opportunities. Management actions include the following:<br>  ○ Limit motorized and mechanized travel to designated routes.<br>  ○ Manage as VRM Class III;<br>• North Delta (8,530 acres) to protect and provide for a diversity of dispersed multiple use recreational travel opportunities. Management actions include the following:<br>  ○ Manage as VRM Class IV.<br>  ○ Limit motorized and mechanized travel to designated routes; and<br>• Paradox Valley (47,100 acres) to protect and provide a network of designated recreational travel |



BLM_0111608

| | | | |
|---|---|---|---|
| | | (Open OHV area) as Open to cross-country motorized and nonmotorized travel, except for full-sized vehicles. Cross-country travel will be permitted only for utility-terrain vehicles and ATVs 50 inches or less in width, motorcycles, and mountain bikes;<br>• North Delta (8,530 acres) to protect and provide for a diversity of dispersed multiple use recreational travel opportunities. Management actions include the following:<br>   ○ Designate 5,260 acres (Open OHV area) as Open to cross-country motorized and nonmotorized vehicle use, including full-sized vehicles.<br>   ○ Designate the remaining area (3,270 acres) as Limited to Designated Routes for motorized and nonmotorized use. If needed, designate routes for hiking and equestrian use.;<br>• Paradox Valley (47,100 acres) to protect and provide a network of designated recreational travel routes and rock climbing and bouldering activities;<br>• Ridgway Trails (1,100 acres) to protect and provide a network of designated community recreational trails activities. Manage as VRM Class III;<br>• Roubideau (21,660 acres) to | routes and rock climbing and bouldering activities. |



BLM_0111609

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

|  |  | protect and provide for quiet and dispersed recreational activities;<br>• San Miguel River Corridor (35,570 acres) to protect and provide for quality recreational boating and fishing activities; and<br>• Spring Creek (13,500 acres) to protect and provide a network of designated community recreational trail activities. |  |
|---|---|---|---|



BLM_0111610



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401



## COOPERATING AGENCY MEETING #9

### Tuesday, November 15, 2011 (1:00 – 4:00 PM)

### Meeting Location:
**Holiday Inn Express**
**1391 South Townsend Avenue, Montrose, CO**

# AGENDA

1. **Welcome**

2. **Introductions**

3. **Planning Process to Date**

4. **Comments on June 2011 Internal Draft Chapter 2 for BLM Field Office, Cooperating Agency, and RAC Subgroup Review**

   - Major Changes Resulting from Comments

   - Questions from Cooperating Agencies

5. **Next Steps**

6. **Other Items Not on the Agenda**

7. **Action Items / Next Meeting**



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401



## Highlights of the Resource Management Planning Process to Date
### *November 15, 2011*

- Notice of Intent (NOI) – 2/25/2010

- Scoping period – 12/23/2009 to 3/29/2010

- Scoping report – final report completed 7/7/2010 (on website)

- Tribal consultation – initiated 2009 (ongoing)

- Community Assessment – report completed 2/2009 (on website)

- Visual Resource Inventory – report completed 9/2009

- Migratory bird status literature review – report completed 10/2009

- Analysis of Management Situation (AMS) – report completed 6/10/2010 (on website)

- Economic workshops (6 communities) – held 3/2010

- Socioeconomic baseline assessment – final report completed 7/21/2010

- Class I paleontological resources – report completed 2/2010

- Oil & Gas Reasonable Foreseeable Development (RFD) Scenario – internal draft report being revised

- Mineral potential report (excluding coal) – internal draft report completed 8/2010

- Coal potential report – final report completed 4/26/2010

- Renewable energy potential report – final report completed 5/31/2010

- Class I cultural resources overview – draft report completed 4/2010; final report completed

- Coordination with Cooperating Agencies – invitations sent 1/23/2009; meetings planned from 5/27/2010 forward

- ACEC evaluation report – draft report completed 7/15/2010 (on website) – final report underway

- Wilderness characteristics report – draft report pending

- Air quality report – anticipated Winter 2011-2012

- Wild and scenic rivers – draft eligibility report 12/2009; final eligibility report completed 7/12/2010 (on website); suitability underway

- Recreation focus groups – completed 3/2010; report completed 6/2010 (on website)

- Alternatives development – anticipated 6/2010 through approximately 10/2011

BLM_0111612



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado



## COOPERATING AGENCY MEETING #9

### Tuesday, November 15, 2011 (1:00 – 4:00 PM)

Meeting Location:
Holiday Inn Express
1391 S. Townsend Avenue, Montrose, CO

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Armstrong | Lori | | BLM, Southwest Colorado District Manager | 2465 S. Townsend Ave. Montrose, CO 81401 | vaarmstrong@blm.gov | 970-240-5336 |
| Broyles | Levi | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 403 Rio Grande Paonia, CO 81428 | lbroyles@fs.fed.us | 970-527-4131 |
| Coates | Jen | | Town of Ridgway | PO Box 10 Ridgway, CO 81432 | jcoates@town.ridgway.co.us | 970-626-5308 ext. 15 |
| DelPiccolo | Renzo | | Colorado Department of Natural Resources, Southwest Region | 2300 S. Townsend Ave. Montrose, CO 8401 | renzo.delpiccolo@state.co.us | 970-252-6000 |
| Hansen | Susan | | Delta County Board of County Commissioners | 501 Palmer St, #227 Delta, CO 81416 | shansen@deltacounty.com | 970-874-2102 |
| Harold | Scott | | Town of Olathe | PO Box 789 Olathe, CO 81425 | sharold@ci.olathe.co.us | 970-323-5601 |
| Jensen | Kerwin | | City of Montrose | 433 South First Street Montrose, CO 81401 | kjensen@ci.montrose.co.us | 970-240-1478 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave. Montrose, CO 81401 | dkauffma@blm.gov | 970-240-5340 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave. Montrose, CO 81401 | bkrickba@blm.gov | 970-240-5384 |

BLM_0111613

Cooperating Agency Meeting #9

November 15, 2011

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|-----------|-----------|---------|--------------|---------|--------|-------|
| Long | William | | Town of Nucla | PO Box 486<br>554 Main Street<br>Nucla, CO 81424 | segfahlt@gmail.com | 970-497-2707 |
| May | Joan | | San Miguel County Board of County Commissioners | PO Box 1170<br>Telluride, CO 81435 | joanm@sanmiguelcounty.org<br>daves@sanmiguelcounty.org | 970-728-3844 |
| Means | Patricia | | Town of Cedaredge | PO Box 398<br>Cedaredge, CO 81413 | pat@cedaredgecolorado.com | 970-856-5001 |
| Padgett | Lynn | | Ouray County Board of County Commissioners | PO Box C<br>Ouray, CO 81427 | lpadgett@ouraycountyco.gov<br>lynn@mtngeogeek.com | 970-417-9901 |
| Pelletier | Mike | | Gunnison County | 200 E. Virginia Ave.<br>Gunnison, CO 81230 | mpelletier@gunnisoncounty.org | 970-641-7645 |
| Peterson | Barbara | | Town of Paonia | PO Box 460<br>Paonia, CO 81428 | townofpaonia@tds.net | 970-527-4101 |
| Randall-Parker | Tamera K. | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 2250 Highway 50<br>Delta, CO 81416 | tkrandallparker@fs.fed.us | 970-240-5415 |
| Reagan | Joe | | Town of Norwood | PO Box 190<br>Norwood, CO 81423 | joereagan741@yahoo.com<br>norwoodparker@centurytel.net | 970-327-4873<br>970-327-4288 |
| Schroeder | Alan | | Bureau of Reclamation, Western Colorado Area Office | 2764 Compass Drive, Ste 106<br>Grand Junction, CO 81506 | aschroeder@usbr.gov | 970-248-0692 |
| Sharp | Charlie | | US Fish & Wildlife Service Western Colorado Ecological Services Field | 764 Horizon Drive<br>South Annex A – Bldg. B<br>Grand Junction, CO 81506 | charles_sharp@fws.gov | 970-243-2778 |
| Sharrow | Barb | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | bsharrow@blm.gov | 970-240-5315 |
| Varley | David | | Town of Orchard City | 9661 2100 Road<br>Austin, CO 81410 | davidvarley@kaycee.net | 970-835-3403 |
| Whitaker | Jennifer | | EMPSi | 3775 Iris Ave, Ste 1A<br>Boulder, CO 80301 | jennifer.whitaker@empsi.com | 303-446-7160 |
| White | Steve | | Montrose County Board of County Commissioners | 161 S. Townsend Ave.<br>Montrose, CO 81401 | swhite@montrosecounty.net | 970-252-4550 |

BLM_0111614

Cooperating Agency Meeting #9                                                                                      November 15, 2011

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|-----------|-----------|---------|--------------|---------|--------|-------|
| Wynant | Kate | VW | EMPSi | 3775 Iris Ave, Ste 1A<br>Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |
| Magee | Brian | | CPW | | brian.magee@state.co.us | |

BLM_0111615



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



## Major Changes to Chapter 2 (Alternatives)
### Based on BLM, Cooperating Agency, and RAC Subgroup Review

- Inconsistencies between Chapter 2 and GIS were reviewed and updated.
- Exceptions apply to restrictions for surface-disturbing activities.
- Biology sections (fish, wildlife, and special status species) revised to reduce redundancy/overlap between sections.
- Considering two more areas, Dolores River Canyon Addition and Shavano Creek, for wilderness characteristics protection.
- Acres available for livestock (sheep) grazing updated based on discussions with CDOW and a risk assessment evaluating bighorn sheep habitat in domestic sheep allotments. The following actions were added to the *Preferred Alternative* (Alternative D).

| |
|---|
| **Objective:** Manage grazing allotments to minimize contact and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. |
| **Action:** Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat.<br>• Manage domestic sheep grazing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep in accordance with the completed risk assessment and mitigation for allotments within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. (See Appendix XX for the Risk Assessment, criteria, and maps). |
| **Action:** Prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing where risk assessment depicts allotments are high to moderate risk for disease transmission. |
| **Action:** Restrict domestic sheep trailing in areas where the risk assessment shows high or moderate risk for contact with bighorn sheep. Limit trailing to 1-2 days. |

- Ridgway Trails ERMA was changed to an SRMA under the *Preferred Alternative* (Alternative D).
- Designated utility corridors have been identified. Specific management for the corridors was not created; management would default to what is prescribed elsewhere in the RMP.
- Coal suitability report was completed. Based on the report, some areas were removed from consideration for surface mining or surface mining operation.



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



# RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #9

## Tuesday, November 15, 2011 (9:00 AM – 12:00 PM)

### Meeting Location:
**Holiday Inn Express**
**1391 South Townsend Avenue, Montrose, CO**

# AGENDA

1. **Welcome**

2. **Introductions**

3. **Planning Process to Date**

4. **Comments on June 2011 Internal Draft Chapter 2 for BLM Field Office, Cooperating Agency, and RAC Subgroup Review**

   - Major Changes Resulting from Comments

   - Questions from RAC Subgroup

5. **Next Steps**

6. **Other Items Not on the Agenda**

7. **Public Comments / Questions**

8. **Action Items / Next Meeting**



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401



## Highlights of the Resource Management Planning Process to Date
### November 15, 2011

- Notice of Intent (NOI) – 2/25/2010

- Scoping period – 12/23/2009 to 3/29/2010

- Scoping report – final report completed 7/7/2010 (on website)

- Tribal consultation – initiated 2009 (ongoing)

- Community Assessment – report completed 2/2009 (on website)

- Visual Resource Inventory – report completed 9/2009

- Migratory bird status literature review – report completed 10/2009

- Analysis of Management Situation (AMS) – report completed 6/10/2010 (on website)

- Economic workshops (6 communities) – held 3/2010

- Socioeconomic baseline assessment – final report completed 7/21/2010

- Class I paleontological resources – report completed 2/2010

- Oil & Gas Reasonable Foreseeable Development (RFD) Scenario – internal draft report being revised

- Mineral potential report (excluding coal) – internal draft report completed 8/2010

- Coal potential report – final report completed 4/26/2010

- Renewable energy potential report – final report completed 5/31/2010

- Class I cultural resources overview – draft report completed 4/2010; final report completed

- Coordination with Cooperating Agencies – invitations sent 1/23/2009; meetings planned from 5/27/2010 forward

- ACEC evaluation report – draft report completed 7/15/2010 (on website) – final report underway

- Wilderness characteristics report – draft report pending

- Air quality report – anticipated Winter 2011-2012

- Wild and scenic rivers – draft eligibility report 12/2009; final eligibility report completed 7/12/2010 (on website); suitability underway

- Recreation focus groups – completed 3/2010; report completed 6/2010 (on website)

- Alternatives development – anticipated 6/2010 through approximately 10/2011

BLM_0111618



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
Montrose, Colorado



## RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #9
### Tuesday, November 15, 2011 (9:00 AM – 12:00 PM)

**Meeting Location:**
**Holiday Inn Express**
**1391 S. Townsend Avenue, Montrose, CO**

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|-----------|-----------|---------|---------|--------|-------|
| Armstrong | Lori | | BLM, Southwest Colorado District Manager 2465 S. Townsend Ave. Montrose, CO 81401 | vaarmstrong@blm.gov | 970-240-5336 |
| Baird-LeValley | Robbie | | Colorado State Univ. Extension 525 Dodge Street Delta, CO 81416 | robbie.levalley@colostate.edu | w: 970-874-2195 ▮▮▮ |
| Bear | Shelby | SRB | DMEA PO Box 910 Montrose, CO 81402 | sbear@dmea.com | w: 970-240-1238 ▮▮▮ |
| Blackburn | Walt | WB | ▮▮▮ | | |
| Day | Bill | | | | |
| Durnan | Richard | | | | |
| Ela | William | WmE | | | |
| Hawke | Barbara | | The Wilderness Society, ~~Central Rockies Regional Office~~ ~~1660 Wynkoop St, Ste 850~~ ~~Denver, CO 80202~~ 1617 American Way Montrose CO 81401 | barbara_hawke@tws.org | w: ~~303-650-5818~~ 970-249-4830 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | dkauffma@blm.gov | 970-240-5340 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | bkrickba@blm.gov | 970-240-5384 |
| Mueller | Peter | | PO Box 3140 Telluride, CO 81435 | pmueller@tnc.org | w: 970-728-5291 ▮▮▮ |
| Reams | John | | Western Small Miner's Assoc. 31527 Hwy 141 PO Box 644 Naturita, CO 81422 | john@reams-construction.com | w: 970-865-2886 ▮▮▮ |

*(handwritten note near Hawke row)* dr please change i have cut section have submitted may time perfectly

Resource Advisory Council Subgroup Meeting #9                                November 15, 2011

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|-----------|-----------|---------|---------|--------|-------|
| Sharrow | Barb | BS | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | bsharrow@blm.gov | 970-240-5315 |
| Weist | Steven D. | SDW | Oxbow Mining 3737 Hwy 133 PO Box 535 Somerset, CO 81434 | steve.weist@oxbow.com | w: 970-929-6461 ▮▮▮▮ |
| Welt | Kathy | on Conference phone | ▮▮▮▮▮▮▮▮▮▮ | | w: 970-929-2238 ▮▮▮▮ |
| Whitaker | Jennifer | JW | EMPSi 3775 Iris Ave, Ste 1A Boulder, CO 80301 | jennifer.whitaker@empsi.com | 303-446-7160 |
| Wynant | Kate | KW | EMPSi 3775 Iris Ave, Ste 1A Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |

BLM_0111620

# APPENDIX G
# DRAFT WILDERNESS CHARACTERISTICS ASSESSMENT

## INTRODUCTION

As part of the land use planning process for the Uncompahgre Resource Management Plan (RMP), the BLM assessed public lands within the Uncompahgre RMP Planning Area (planning area) to determine whether wilderness characteristics are present outside of existing wilderness study areas (WSAs) and the congressionally-designated Tabeguache Area.  The BLM reviewed original 1980 wilderness inventories, as well as lands proposed by BLM staff and the public, in order to identify lands with potential wilderness characteristics.

Of the six areas identified through the review, five were found to possess wilderness characteristics.  The BLM developed a range of RMP alternatives and analyzed impacts associated with the various management prescriptions designed to protect these characteristics.  Decisions could protect all, some (including portions of some), or none of the identified lands.

### 1.1  BLM AUTHORITY AND THE LAND USE PLANNING PROCESS

Land use plans identify broad-scale decisions to guide future land management actions and subsequent site-specific implementation decisions.  The BLM Land Use Planning Handbook (1601-1) provides guidance to BLM employees for implementing BLM land use planning requirements.  In addition, Appendix C, Section I.K of BLM Handbook 1610-1 (Wilderness Characteristics) directs BLM field offices to identify decisions to protect or preserve wilderness characteristics (including sufficient size, naturalness, and outstanding opportunities for solitude or primitive and unconfined recreation).

While BLM authority to conduct wilderness reviews and establish new wilderness study areas under FLPMA Section 603 expired in 1993, the BLM has authority under FLPMA sections 102 and 201 to maintain a current inventory of all public lands and their resources, including wilderness characteristics.  Through the land use planning process, the BLM must consider all available information to determine the mix of resource use and protection that best serves the

BLM_0111621

1   FLPMA multiple-use mandate.

2   The management of areas found to possess wilderness characteristics is addressed through the
3   development of a range of RMP alternatives.  Within each alternative, the BLM identifies
4   appropriate portions of land and develops effective management strategies (including
5   management prescriptions, stipulations, and allowable uses).

6   The five existing WSAs within the planning area will continue to be managed to protect their
7   wilderness characteristics under the BLM Interim Management Policy for Lands under
8   Wilderness Review (H-8550-1) until Congress designates them as wilderness or releases them
9   for other uses.

10  **1.2**  **SCOPE OF ASSESSMENT**

11  The BLM considered and evaluated wilderness characteristics for all BLM lands within the
12  planning area outside of existing WSAs and the Tabeguache Area.  The assessment did not
13  include national forest lands or BLM lands within the Gunnison Gorge or Dominguez-Escalante
14  national conservation areas.

15  FLPMA requires that the BLM maintain a current inventory of conditions and resources on
16  public lands, including wilderness characteristics.  The last inventory of wilderness characteristics
17  was completed more than thirty years prior to this RMP revision.  This update of the UFO
18  wilderness characteristics inventory takes into consideration the possibility that conditions on
19  the ground may have changed during this interval.

20  In performing this assessment, the UFO:

21  1)  Reviewed the 1980 BLM Intensive Wilderness Inventory and updated when necessary to
22       ensure that information was current and accurate.

23  2)  Reviewed proposals to inventory and protect BLM lands with wilderness characteristics
24       submitted by BLM staff and the public.

25  3)  Assessed potential lands in the planning area identified through BLM staff and public
26       wilderness proposals or acquired since the 1980 inventory.

27  # WILDERNESS CHARACTERISTICS

28  BLM Manual 6300-1 defines **wilderness characteristics** as consisting of:  1) sufficient size, 2)
29  naturalness, 3) outstanding opportunities for solitude or primitive and unconfined recreation,
30  and 4) supplemental values.  To have wilderness characteristics, an area must meet each of the
31  first three criteria as described below.

32  **2.1**  **SUFFICIENT SIZE**

33  The area is roadless and has over 5,000 acres of contiguous BLM lands, or is of sufficient size to
34  make practicable its use in an unimpaired condition.  Areas adjacent to wilderness areas or
35  WSAs that are less than 5,000 acres may have wilderness characteristics.  State or private lands
36  are not included in making this acreage determination.

2       *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*       June 2011
        *Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0111622

### 2.1.1   Roadless Definitions

For purposes of conducting wilderness characteristics inventories, the BLM uses definitions found on page 17 of House Report 94-1163 (May 15, 1976), released prior to the enactment of FLPMA.  In the report, *roadless* refers to:

> ...the absence of roads which have been improved and maintained by mechanical means to insure relatively regular and continuous use.  A way maintained solely by the passage of vehicles does not constitute a road.

The BLM adopted the following sub-definitions of words and phrases related to roads:

- *Improved and maintained*:  Actions taken physically by people to keep the road open to vehicle traffic.  "Improved" does not necessarily mean formal construction.  "Maintained" does not necessarily mean annual maintenance.

- *Mechanical means*:  Use of hand or power machinery or tools.

- *Relatively regular and continuous use*:  Vehicular use that has occurred and will continue to occur on a relatively regular basis.  Examples are: access roads for equipment to maintain a stock water tank or other established water sources, which may entail lengthy return intervals for this purpose; access roads to maintained recreation sites or facilities; or access roads to mining claims.

  A route established or maintained solely by the passage of vehicles would not be considered a road, even if it is used on a relatively regular and continuous basis.  Vehicle routes constructed by mechanical means but that are no longer being maintained by mechanical methods are not roads.  Sole use of hands and feet to move rocks or dirt without the use of tools or machinery does not meet the definition of "mechanical means."  Roads need not be "maintained" on a regular basis but rather "maintained" when road conditions warrant actions to keep it in a usable condition.  A dead-end (cherry-stem) road can form the boundary of an inventory area and does not by itself disqualify an area from being considered "roadless."

## 2.2   NATURALNESS

Lands and resources exhibit a high degree of naturalness when affected primarily by the forces of nature and where the imprint of human activity is substantially unnoticeable (BLM IM 2003-275).

The naturalness of an area may be influenced by the presence or absence of roads and trails, fences or other developments; the nature and extent of landscape modifications; the presence of native vegetation communities; and the connectivity of habitats.  The presence and diversity of wildlife species are recognized as an indicator of naturalness.

Examples of human-made features that may be considered substantially unnoticeable in certain cases are:  trails, trail signs, bridges, fire towers, fire breaks, fire pre-suppression facilities, pit toilets, fisheries enhancement facilities, fire rings, hitching posts, snow gauges, water quantity and quality measuring devices, research monitoring markers and devices, radio repeater sites, air quality monitoring devices, fencing, spring developments, overgrown and barely visible two-track

BLM_0111623

1    ways, and small reservoirs.

**2.3  OUTSTANDING OPPORTUNITIES FOR SOLITUDE OR A PRIMITIVE AND UNCONFINED TYPE OF RECREATION**

### 2.3.1  Solitude

Visitors may have outstanding opportunities for solitude when the sights, sounds, and evidence of other people are rare or infrequent, or where visitors can feel isolated, alone or secluded from others.

### 2.3.2  Primitive and Unconfined Recreation

Visitors may have outstanding opportunities for primitive and unconfined types of recreation where the use of the area is through non-motorized, non-mechanical means, and where no or minimal developed recreation facilities are encountered.

**2.4  SUPPLEMENTAL VALUES**

The area may contain ecological, geological, or other features of scientific, educational, scenic, or historical value.

Supplemental values may be present within the inventory units but are not a required component of wilderness character; they will be described but not used as a mechanism to impact a final finding.

# ASSESSMENT PROCESS

The following elaborates on steps used by the UFO to assess wilderness characteristics.

**3.1  REVIEW PAST WILDERNESS INVENTORIES**

The BLM reviewed the 1980 ***BLM Intensive Wilderness Inventory, Final Wilderness Study Areas*** report and maps for areas that had been assessed for the presence of wilderness characteristics, but were not included within a WSA.  Because the original report documentation was not available, all aspects of an area were considered in this assessment, making it more comprehensive than an update.

This review enabled the BLM to determine whether any new information is available that was not considered as part of the original inventories.  As the larger landscape experiences population growth and increased development, perceptions regarding what constitutes solitude and outstanding opportunities for primitive and unconfined recreation change.  Interest in arid and low elevation environments has also increased.  Therefore, some information related to social values submitted by the public was considered "new information" based on changed physical conditions of the land and social perceptions of wilderness characteristics that may have occurred over time.

**3.2  REVIEW PUBLIC WILDERNESS PROPOSALS**

External groups have advocated wilderness designations through legislation and through participation in the land use planning process.  This analysis includes consideration of the most

BLM_0111624

1   recent proposal submitted to the BLM for consideration of protection of wilderness
2   characteristics in May of 2007, by the Colorado Wilderness Network, a coalition of citizen
3   groups. These include national and statewide organizations such as Colorado Environmental
4   Coalition, Colorado Mountain Club, Environment Colorado, Sierra Club, The Wilderness
5   Society, and Western Colorado Congress, along with local organizations like Central Colorado
6   Wilderness Coalition, High Country Citizens Alliance, Ridgway-Ouray Community Council, San
7   Juan Citizens Alliance, Sheep Mountain Alliance, Wild Connections, and Wilderness Workshop.

8   **3.3   ASSESS NEWLY ACQUIRED AND OTHER POTENTIAL LANDS**

9   The assessment documents known valid existing rights, grandfathered uses, and public land
10   investments within the survey areas. BLM staff verified new information during field surveys.
11   The BLM anticipates that additional information resulting from public review following release of
12   this Draft RMP will be used to further refine the individual assessments.

13   **3.3.1   Assessment Documents and Data**

14   The following information was considered in drafting the assessment:

15   • Field investigation notes
16   • Range improvement records (UFO Range Management Specialist and GIS)
17   • 2009 1-meter aerial photography (GIS)
18   • Colorado Natural Heritage Program databases (including potential conservation areas,
19     rare plants, natural plant communities, raptors, and bats)
20   • Colorado Wilderness Network proposed wilderness GIS data layer (2007)
21   • BLM LR2000 databases (including rights-of-way, mining claims, and oil and gas leasing)
22   • Dry Creek Travel Management Plan (2009)
23   • UFO Travel Management Plan (2010)
24   • UFO road maintenance records
25   • UFO range allotment management records
26   • UFO cultural database
27   • UFO oil and gas lease GIS data sets
28   • UFO travel and transportation GIS data sets

29   **3.3.2   Assessment Areas**

30   Table 1 on page 6 identifies the planning area lands detailed within this assessment.

BLM_0111625

1   **Table 1 - Planning Area Lands Assessed for Wilderness Characteristics**

| NAME | TOTAL INVENTORIED ACREAGE* | ACREAGE WITH WILDERNESS CHARACTERISTICS | ACREAGE WITHOUT WILDERNESS CHARACTERISTICS |
|---|---|---|---|
| Camel Back WSA Addition | 8,700 | 6,950 | 1,750 |
| Dolores River Canyon WSA Addition | 3,750 | 550 | 3,200 |
| Dry Creek Basin | 7,040 | 7,040 | 0 |
| Roc Creek | 7,650 | 5,480 | 2,170 |
| Shavano Creek | 6,100 | 4,900 | 1,200 |
| Norwood Canyon | 5,600 | 0 | 5,600 |
| *Reflects total BLM acreage within the planning area submitted by the Colorado Wilderness Network, including acreage within existing WSAs. Acreages generated through GIS mapping may vary due to rounding inconsistencies and different mapping techniques. | | | |

6   *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*   June 2011
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0111626



**Figure 1 - Camel Back WSA Addition**

BLM_0111627

# CAMEL BACK WSA ADDITION

## CURRENT CONDITIONS: PRESENCE OR ABSENCE OF WILDERNESS CHARACTERISTICS

**Area Unique Identifier:** Camel Back WSA Addition
**Acreage:** 8,700 (includes BLM lands in the Colorado Wilderness Network proposal, exclusive of Camel Back WSA)

**(1) Is the area of sufficient size?**

Yes ☒        No ☐

**Description**

This unit is contiguous with Camel Back WSA.

The Colorado Wilderness Network proposal includes all BLM lands of Monitor Canyon from rim to rim, most of the BLM lands on Monitor Mesa, except for an area on the south end of the mesa. Also included is Potter Canyon from the WSA boundary on the east, up to the west rim of the canyon formed by Monitor Mesa. The unit is bounded on the north by private land and on the south by US Forest Service land.

**(2) Does the area appear to be natural?**

Yes ☒        No ☐        N/A ☐

**Description**

Most of Monitor Mesa shows substantial evidence of human modification. In addition to constructed and maintained routes that run the length of the mesa top, nearly all of the mesa top has undergone mechanical vegetative treatments (e.g., chaining, roller-chopping) that are obvious to a casual observer. For this reason, 1,750 acres of Monitor Mesa has been excluded from the unit.

This leaves 6,950 acres, which include BLM lands in Monitor Canyon from rim to rim, and Potter Canyon from its west rim to the Camel Back WSA boundary in the bottom of Potter Canyon. The unit is bounded on the north by a road and private land and on the south by US Forest Service lands.

Both Monitor and Potter canyons (exclusive of the top of Monitor Mesa) possess a high degree of naturalness. The Camel Back WSA boundary in Potter canyon is defined by an old, impassable vehicle route that runs up the bottom of the canyon. The route was still in use when the WSA was established, but has long since fallen into disuse, and was closed by BLM's Dry Creek Transportation Plan (2009). It is no longer passable for any type of vehicle, and occasional flooding in Potter Creek together with growth of riparian vegetation is reclaiming the old route. While a person on the ground could still find evidence of the old road it is substantially unnoticeable in the unit as a whole. From the WSA boundary in the bottom of Potter Creek up to the west rim of Potter Canyon the terrain is rugged and steep with rocky outcrops and ledges. Potter Creek has perennial flows. There are four small stock ponds on a bench about halfway up the slope, but they

BLM_0111628

do not significantly detract from the overall naturalness.

The unit includes all BLM lands in Monitor Canyon from rim to rim. It is characterized by steep, broken cliffs and ledges with a perennial stream in the bottom. An old abandoned mineral exploration route exists in a side-drainage on the northwest side of the canyon. Though it was originally constructed, there has been no maintenance or vehicle use on the route for many years, and it is slowly weathering away. It is somewhat noticeable from certain vantage points, but does not dominate the setting. There is one small stock pond on the southwest bench of the canyon that is occasionally maintained via a short ATV access trail. The trail is open to administrative use, but closed to public use. The canyon as a whole is predominately natural appearing.

A stock trail runs from near the confluence of Monitor and Potter Creeks up the northern ridge of Monitor Mesa and onto the mesa. The portion of the trail ascending the steeper, rocky layers was originally built with mechanized equipment, likely a bulldozer. This trail is actively used by the grazing permittee, but only for driving cattle, which is accomplished on horseback. The trail is regularly maintained with hand tools to ensure its continued use. It's clearly visible from certain vantage points, but since it is a local, linear feature (as opposed to a broad area) it does not dominate the scene, and does not detract from the overall naturalness of the unit.

**(3) Does the area (or the remainder of the area if a portion has been excluded due to unnaturalness and the remainder is of sufficient size) have outstanding opportunities for solitude?**

Yes ☒　　　No ☐　　　N/A ☐

**Description**

With the high topographic relief, rugged terrain and lack of vehicular access outstanding opportunities for solitude exist in this unit. In the canyon bottoms, where most hiking and equestrian use occurs, the riparian vegetation provides excellent visual and aural screening.

Recreational use is mostly light in this unit, with an increase in use during the hunting season. With light use and ample size, one mostly feels alone on a large landscape. Contacts with other visitors are rare.

The closest major metropolitan area is Denver, CO, approximately 275 miles distant (by car). Grand Junction, CO (pop. 60,000) is 40 miles distant. Montrose, Delta, and Olathe are all within 20 miles of the unit and have a combined population of approximately 25,000.

The unit is approximately 10 miles from the Delta County airport, and 18 miles from the Montrose airport (measured to the nearest point). Montrose airport is the busiest airport in the area with several commercial jet flights arriving and departing each day during the busy season. The busy season is primarily the ski season in Telluride, which extends from November through April in a typical year. Typical flight paths in and out of local airports do not pass over this unit, so impacts from low-flying aircraft are not common.

BLM_0111629

**(4) Does the area (or the remainder of the area if a portion has been excluded due to unnaturalness and the remainder is of sufficient size) have outstanding opportunities for primitive and unconfined recreation?**

Yes ☒          No ☐          N/A ☐

Description

All recreational use of the area is non-motorized and non-mechanized.  Primary activities are backpacking, day hiking, equestrian use, and hunting.  There are few trails, and no recreational facilities in the area.  All use is self-directed and requires basic backcountry travel and map-reading or GPS skills.

**(5) Does the area have supplemental values (ecological, geological, or other features of scientific, educational, scenic, or historical value)?**

Yes ☒          No ☐          N/A ☐

Description

Monitor Creek contains areas of Fremont cottonwood/skunkbush sumac riparian woodland (*Populus deltoides spp. Wislizeni*/*Rhus trilobata*) which is classified as globally imperiled by the Colorado Natural Heritage Program (CNHP).  It also contains a superior (A-ranked) occurrence of the common coyote willow riparian shrubland (*Salix exigua*/mesic graminoids).

It also provides habitat connectivity between the higher elevation forested lands on the Uncompahgre Plateau to the lower elevation desert scrub lands at the lower end of the unit.  This is important especially for seasonal wildlife migrations.

10          *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*          June 2011
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0111630

## SUMMARY OF ANALYSIS*

**Area Unique Identifier:**  Camel Back WSA Addition

**Results of analysis:**

Of the 8,700 acres analyzed, 6,950 acres have wilderness characteristics.

Most of Monitor Mesa shows substantial evidence of human modification.  In addition to constructed and maintained routes that run the length of the mesa top, nearly all of the mesa top has undergone mechanical vegetative treatments (e.g., chaining, roller-chopping) that are obvious to a casual observer.  For this reason, most of Monitor Mesa has been excluded from the unit.

**1.  Does the area meet any of the size requirements?**  **_X_** Yes          ___ No

**2.  Does the area appear to be natural?**       **_X_** Yes      ___ No         ___ N/A

**3.  Does the area offer outstanding opportunities for solitude or a primitive and unconfined type of recreation?**     **_X_** Yes      ___ No         ___ N/A

**4.  Does the area have supplemental values?**  **_X_** Yes        ___ No         ___ N/A

**Check one:**
 **_X_**   The area, or a portion of the area, has wilderness characteristics and is identified as lands with wilderness characteristics.

 **____**  The area does not have wilderness characteristics.

**Prepared by (team members):**

Edd Franz, BLM Outdoor Recreation Planner
Lynae Rogers, BLM Range Management Specialist
Barbara Sharrow, BLM Uncompahgre Field Office Manager
Barney Buria, BLM Environmental Protection Specialist
Julie Jackson, BLM Outdoor Recreation Planner
Blake Treadway, BLM Outdoor Recreation Planner
Debbie Burch, BLM Range Technician

**(Name, Title, Date)**

**Reviewed by (District or Field Manager):**

**Name:** _____   **Title:** _____

**Date:** _____

*This form documents information that constitutes an inventory finding on wilderness characteristics.  It does not represent a formal land use allocation or a final agency decision subject to administrative remedies under either 43 CFR parts 4 or 1610.5-3.

BLM_0111631



**Figure 2 - Dolores River Canyon WSA Addition**

BLM_0111632

# DOLORES RIVER CANYON WSA ADDITION

## CURRENT CONDITIONS: PRESENCE OR ABSENCE OF WILDERNESS CHARACTERISTICS

**Area Unique Identifier:** Dolores River Canyon WSA Addition
**Acreage:** 3,750

**(1) Is the area of sufficient size?**

Yes ☒          No ☐

**Description**

Unit is adjacent to the Dolores River Canyon WSA.

**(2) Does the area appear to be natural?**

Yes ☒          No ☐          N/A ☐

**Description**

Some lands within the unit on Davis Mesa between the WSA boundary on the northeast side of Wild Steer Canyon and Montrose County Road DD16 are natural in appearance with few signs of human-caused alterations to the natural landscape.

**(3) Does the area (or the remainder of the area if a portion has been excluded due to unnaturalness and the remainder is of sufficient size) have outstanding opportunities for solitude?**

Yes ☐          No ☒          N/A ☐

**Description**

Of the remaining area of the unit that possesses naturalness, much is located between road DD16 and the rim above the road on its southwest side. This area is a narrow strip of land and close to the county road. This strip varies from 0.10 to 0.25 miles in width, with the bulk of the unit overlooking the county road. Opportunities for solitude are poor in most of this area.

A 550-acre bench (shown on the attached map inside the blue outline) has opportunities for solitude because most of that area is below and out of direct line of sight of vehicle routes. However since most of the area is within 0.5 miles of the vehicle routes, the opportunities are not outstanding.

**(4) Does the area (or the remainder of the area if a portion has been excluded due to unnaturalness and the remainder is of sufficient size) have outstanding opportunities for primitive and unconfined recreation?**

Yes ☒          No ☐          N/A ☐

**Description**

A 550-acre bench (shown on the attached map inside the blue outline) has opportunities for primitive and unconfined recreation because most of that area is below and out of direct line of

BLM_0111633

sight of vehicle routes. The opportunities would be outstanding in connection with the existing WSA.

All travel in this area is by non-motorized/non-mechanized means.

The area has no developed recreation facilities.

Since it is adjacent to the Dolores River Canyon WSA a dominant impression of an observer is that it is part of a great expanse of wild country. In particular, the view from the edge of this area overlooking Wild Steer Canyon is wild and dramatic. A person with proper gear and primitive outdoor travel skills would feel compelled to explore this area and continue into the WSA.

**(5)  Does the area have supplemental values (ecological, geological, or other features of scientific, educational, scenic, or historical value)?**

Yes ☐        No ☒        N/A ☐

**Description**

None provided.

BLM_0111634

## SUMMARY OF ANALYSIS*

**Area Unique Identifier:**  Dolores River Canyon WSA Addition

**Results of analysis**

Much of the originally proposed unit lacks naturalness, and/or outstanding opportunities for solitude or primitive and unconfined recreation, or possesses a combination of deficiencies.

Nyswonger Mesa has a high density of old vehicle routes and linear surface disturbances.  None of the routes have been maintained for many years and have fallen into disuse.  They are not "roads" as defined in this wilderness characteristics inventory process.  They are however wide-spread and substantially noticeable human-made (unnatural) modifications to the land.  Nyswonger Mesa does not possess naturalness, and therefore does not possess wilderness characteristics.

Much of Davis Mesa, northwest of Wild Steer Canyon, has similar deficiencies preventing it from possessing wilderness characteristics.  The north end of Davis Mesa (outside the WSA) has a two vehicle routes in a fairly constrained area, and therefore does not possess naturalness.  The southeast end of the proposed unit on Davis Mesa also has a density of vehicle routes that precludes naturalness.

Also on Davis Mesa there are long narrow strips of land in the Colorado Wilderness Network proposal between Montrose County Road DD16 and the WSA boundary.  Because these lands are topographically isolated between the cliff line of the WSA and the county road, they do not possess outstanding opportunities for solitude or primitive and unconfined recreation.

One 550-acre unit was found that is adjacent to the WSA that possesses wilderness characteristics.  The unit is bounded as follows:

- By unnamed BLM roads on the northeast and southeast; and
- By the WSA on the northwest and southwest.
- It is found in parts of the sections listed in the following townships;
  - 46N 18W, Sec 2, 3, and 4
  - 47N 18W, Sec 33 and 34

There is just over a half mile of road that extends in a forked prong into the unit.  It has been cherry-stemmed out of the unit.  See attached map.

**1.  Does the area meet any of the size requirements?   X  Yes          ___ No**

**2.  Does the area appear to be natural?          X  Yes        ___ No          ___ N/A**

**3.  Does the area offer outstanding opportunities for solitude or a primitive and unconfined type of recreation?     X  Yes        ___ No          ___ N/A**

**4.  Does the area have supplemental values?  ___ Yes        X  No          ___ N/A**
**Check one:**

** X   The area, or a portion of the area, has wilderness characteristics and is identified as lands with wilderness characteristics.**

BLM_0111635

_____ **The area does not have wilderness characteristics.**

**Prepared by (team members):**

Edd Franz, BLM Outdoor Recreation Planner
Bruce Krickbaum, BLM Planner
Dean Stindt, BLM Range Management Specialist
Barbara Sharrow, BLM Uncompahgre Field Office Manager
Julie Jackson, BLM Outdoor Recreation Planner
Barney Buria, BLM Environmental Protection Specialist

**(Name, Title, Date)**
**Reviewed by (District or Field Manager):**

**Name:** _____     **Title:** _____

**Date:** _____

\***This form documents information that constitutes an inventory finding on wilderness characteristics. It does not represent a formal land use allocation or a final agency decision subject to administrative remedies under either 43 CFR parts 4 or 1610.5-3.**

16         *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*         June 2011
          *Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0111636



**Figure 3 - Dry Creek Basin**

BLM_0111637

## DRY CREEK BASIN

### CURRENT CONDITIONS: PRESENCE OR ABSENCE OF WILDERNESS CHARACTERISTICS

**Area Unique Identifier:**  Dry Creek Basin
**Acreage:**  7,040

**(1) Is the area of sufficient size?  (If the area meets one of the exceptions to the size criterion, check "Yes" and describe the exception in the space provided below):**

**Yes** ☒          **No** ☐

**Description**

Unit is bounded as follows:

- On the north by the Tabeguache Trail;
- On the west by vehicle routes, numerous check-dams, vegetative manipulations (chaining/roller-chopping), and (at the southern end of the western boundary) the upper rim of Dry Creek Basin;
- On the south by Olathe Reservoir Road and vegetative manipulations (chaining/roller-chopping); and
- On the east by vehicle routes and the upper rim of Dry Creek Basin.

In the southwest portion of the unit a constructed and maintained road extends into the unit for about 2 miles and terminates.  This road is used to access a range development (trough) and is also used seasonally by hunters.  The route is designated open in the Dry Creek Transportation Plan (2009).  The route is cherry-stemmed out of the unit.

**(2) Does the area appear to be natural?**

**Yes** ☒          **No** ☐          **N/A** ☐

**Description**

The unit is natural in appearance overall with few signs of human alteration.

The unit is comprised primarily of the drainages of the East and West forks of Dry Creek, and Dry Creek itself, below their confluence.

The unit takes in elevations of 8,000 feet on the higher southern end, and drops to 6,000 at the lower end of the creek to the north.  The south portion supports ponderosa pine forest and mountain shrub lands on the benches above the creeks.  The creeks themselves are perennial and support lush riparian vegetation of cottonwood, skunkbush, and willow.  As the elevation descends toward the north the benches above the creek give way to pinyon-juniper forest, sagebrush flats and desert scrub, while the riparian zone associated with Dry Creek continues to be dominated by cottonwood trees.

Because this is a relatively undisturbed and natural landscape connecting higher elevation forest with

BLM_0111638

more desert-like lowlands, this unit is an important wildlife migration corridor.

There is a 3-mile ATV trail on the bench on the east side of the East Fork of Dry Creek.  There are also about 5 miles of motorized single-track trails on the bench on the west side of Dry Creek. These routes are maintained open routes and are clearly visible as such for an observer following them.  Because the tread is narrow (particularly on the single-track) and the vehicles using them are relatively light, they are not substantially noticeable in the unit as a whole.

There is one small spring development near the southwest boundary of the unit.

**(3)  Does the area (or the remainder of the area if a portion has been excluded due to unnaturalness and the remainder is of sufficient size) have outstanding opportunities for solitude?**

Yes ☒        No ☐        N/A ☐

**Description**

The unit has moderately rugged topography.  The incised creek bottoms are the most topographically isolated areas of the unit.  Good vegetative screening exists in all of the riparian zone, and the pinyon-juniper and ponderosa pine uplands.

There is motorized and mechanized access into the unit.  A 3-mile ATV trail runs along the bench above the East Fork of Dry Creek, and is used primarily for seasonal hunting activities.  During hunting season use is moderate to heavy.

A 2-mile road spur is cherry-stemmed out of the unit on the west bench above West Fork of Dry Creek.  While this road is excluded from the unit it could negatively affect perceptions of solitude for the adjacent lands within the unit.  The road accesses a developed spring and trough, and provides full-size vehicle access to the area.  The road is primarily used for grazing allotment management and for seasonal hunting access.  During hunting season, use is moderate, and is lightly used outside the hunting season.

About 5 miles of motorized single-track trail exists on the west bench of Dry Creek, mostly on the northern half of the unit.  This is primarily used for recreational trail riding in the spring and fall. Motorized and mechanized use of these trails is moderate in spring and fall, and light in summer and winter.

The vehicle routes mentioned above would have a localized negative effect on perceptions of solitude during their primary seasons of use, but those effects would not be enough to preclude outstanding opportunities for solitude throughout most of the unit.

The size of the unit and vegetative and topographic screening provide outstanding opportunities for solitude.  The whole unit is within a basin defined by the upper rim of the canyon formed by Dry Creek, and is therefore isolated from the surrounding lands, which are laced with vehicle routes.

**(4)  Does the area (or the remainder of the area if a portion has been excluded due to unnaturalness and the remainder is of sufficient size) have outstanding opportunities for primitive and unconfined recreation?**

Yes ☒        No ☐        N/A ☐

BLM_0111639

**Description**

The unit is well-suited for self-directed hiking, horseback use, and non-motorized/non-mechanized hunting use.

Despite the vehicle routes mentioned in section 3 (above) access to the vast majority of the unit is only by foot or horseback.  The entire riparian zone up the main stem and both forks of Dry Creek is only accessible by foot or horse back.

Except for trails, no developed recreation facilities exist in this unit.

**(5)  Does the area have supplemental values (ecological, geological, or other features of scientific, educational, scenic, or historical value)?**

**Yes** ☒        **No** ☐        **N/A** ☐

**Description**

This area provides important wildlife habitat connectivity between the higher elevation forested lands on the Uncompahgre Plateau at the south end of the unit and the lower elevation lands to the north.

BLM_0111640

## SUMMARY OF ANALYSIS*

**Area Unique Identifier:** Dry Creek Basin

**Results of analysis**

This unit was identified by BLM through a review and update of the UFO wilderness characteristics inventory as required by FLPMA Sec 201.  It was not submitted by external groups.

The singletrack motorized trails and ATV trail within the unit are currently at a low level of use that is consistent with the findings of naturalness, and outstanding opportunities for solitude and primitive and unconfined recreation.  The Dry Creek Transportation Plan (2009) designated both routes.  (Note: There is one proposed ATV route that, if constructed, would cross the unit on its northern end.  See attached map.  This route is included in the Dry Creek Transportation Plan.)

**1.  Does the area meet any of the size requirements?**   **X** Yes          ___ No

**2.  Does the area appear to be natural?**                      **X** Yes       ___ No          ___ N/A

**3.  Does the area offer outstanding opportunities for solitude or a primitive and unconfined type of recreation?**   **X** Yes       ___ No          ___ N/A

**4.  Does the area have supplemental values?**   **X** Yes          ___ No          ___ N/A

**Check one:**

**X**        The area, or a portion of the area, has wilderness characteristics and is identified as lands with wilderness characteristics.
____        The area does not have wilderness characteristics.

**Prepared by (team members):**
Edd Franz, BLM Outdoor Recreation Planner
Lynae Rogers, BLM Range Management Specialist
Debbie Burch, BLM Range Technician
Barbara Sharrow, BLM Uncompahgre Field Office Manager
Julie Jackson, BLM Outdoor Recreation Planner
Blake Treadway, BLM Outdoor Recreation Planner
Barney Buria, BLM Environmental Protection Specialist

**(Name, Title, Date)**
**Reviewed by (District or Field Manager):**

**Name:** _____   **Title:** _____

**Date:** _____

*This form documents information that constitutes an inventory finding on wilderness characteristics. It does not represent a formal land use allocation or a final agency decision subject to administrative remedies under either 43 CFR parts 4 or 1610.5-3.

BLM_0111641