

Figure 2-25    Alternatives A, B, C, and D: Designated Utility Corridors

BLM_0111790



Figure 2-26     Alternative A: Lands Identified for Disposal

BLM_0111791



Figure 2-27    Alternative B: Lands Identified for Disposal

BLM_0111792



Figure 2-28    Alternative C: Lands Identified for Disposal

BLM_0111793



Figure 2-29     Alternative D: Lands Identified for Disposal

BLM_0111794



Coal Screening Analysis
Area Unacceptable to Surface Mine Operations
Potential Federal Coal Resource With <150 Feet of Overburden
Delta
Montrose
Nucla
Naturita
Norwood
Grand Mesa Coal Field
Somerset Coal Field
Tongue Mesa Coal Field
Nucla-Naturita Coal Field
Paonia
Delta
Montrose
Norwood
Ouray
Coal Potential of the RMP Area
Area Unacceptable to Coal Leasing Consideration
Coal Resource Development Area Acceptable to Leasing (1989 Estimate)
Coal Lease Areas (March 2012)
Active Lease Areas
Lease Modification Areas
N
0
10
20
30
Miles

Figure 2-30 Alternative A: Coal Leasing

Figure 2-31    Alternative B: Coal Leasing

BLM_0111796



Figure 2-32    Alternative C: Coal Leasing

A-38    Uncompahgre Resource Management Plan Revision and Environmental Impact Statement    April 2012
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111797



Figure 2-33     Alternative D: Coal Leasing

BLM_0111798



Figure 2-34    Alternative A: Fluid Minerals Leasing

A-40    Uncompahgre Resource Management Plan Revision and Environmental Impact Statement    April 2012
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111799

Appendix A. Figures



Figure 2-35      Alternative B: Fluid Minerals Leasing

April 2012      *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*      A-41
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0111800



Figure 2-36       Alternative C: Fluid Minerals Leasing

BLM_0111801

Appendix A. Figures



**Area Stipulations**

- Closed to Fluid Mineral Leasing (NL)
- Timing Limitation (TL)
- No Surface Occupancy For Fluid Minerals (NSO)
- Controlled Surface Use For Fluid Minerals (CSU)
- Open to Fluid Mineral Leasing (No Stipulations)

Figure 2-37      Alternative D: Fluid Minerals Leasing

BLM_0111802



Figure 2-38    Alternative B: No Ground Disturbance, Site-specific Relocation, and Timing Limitation Restrictions for Other Surface-disturbing Activities

BLM_0111803

Appendix A. Figures



Figure 2-39    Alternative C: No Ground Disturbance and Site-specific Relocation for Other Surface-disturbing Activities

BLM_0111804

Appendix A. Figures



Figure 2-40      Alternative D: No Ground Disturbance and Site-specific Relocation for Other Surface-disturbing Activities

BLM_0111805

Appendix A. Figures



Figure 2-41     Alternative A: Lands Withdrawn and to be Petitioned for Withdrawal from Locatable Mineral Entry

BLM_0111806



Figure 2-42     Alternative B: Lands to be Petitioned for Withdrawal from Locatable Mineral Entry

BLM_0111807



Figure 2-43    Alternative C: Lands to be Petitioned for Withdrawal from Locatable Mineral Entry

April 2012    Uncompahgre Resource Management Plan Revision and Environmental Impact Statement    A-49
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111808



Figure 2-44     Alternative D: Lands to be Petitioned for Withdrawal from Locatable Mineral Entry

A-50                    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*                    April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0111809



Figure 2-45       Alternative A: Mineral Materials

Area Closed to Mineral Material Disposal

Area Open to Mineral Material Disposal

BLM_0111810

Appendix A. Figures



**Figure 2-46        Alternative B: Mineral Materials**

Legend:
- Area Closed to Mineral Material Disposal
- Area Open to Mineral Material Disposal

A-52        *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*        April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0111811



Figure 2-47      Alternative C: Mineral Materials

BLM_0111812



Figure 2-48        Alternative D: Mineral Materials

BLM_0111813



Figure 2-49   Alternative A: Non-energy Solid Leasable Minerals

BLM_0111814



Figure 2-50     Alternative B: Non-energy Solid Leasable Minerals

BLM_0111815

Figure 2-51    Alternative C: Non-energy Solid Leasable Minerals

Legend:
- Area Closed to Non-Energy Solid Mineral Leasing
- Area Open to Non-Energy Solid Mineral Leasing

BLM_0111816



Figure 2-52     Alternative D: Non-energy Solid Leasable Minerals

Legend:
- Area Closed to Non-Energy Solid Mineral Leasing
- Area Open to Non-Energy Solid Mineral Leasing

BLM_0111817



Figure 2-53    Alternative A: Areas of Critical Environmental Concern

BLM_0111818



Figure 2-54     Alternative B: Areas of Critical Environmental Concern

A-60     *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*     April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0111819



Figure 2-55    Alternative C: Areas of Critical Environmental Concern

BLM_0111820



Figure 2-56      Alternative D: Areas of Critical Environmental Concern

BLM_0111821



Figure 2-57          Alternatives A, B, C, and D: Tabeguache Area and Wilderness Study Areas

April 2012          Uncompahgre Resource Management Plan Revision and Environmental Impact Statement          A-63
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111822



| # | Segment Name |
|---|---|
| **Wild Segments** | |
| 7 | Monitor Creek |
| 8 | Potter Creek |
| 10 | Roubideau Creek Segment 1 |
| 15 | Dry Creek |
| 17 | Saltado Creek |
| 19 | San Miguel River Segment 2 |
| 23 | Tabeguache Creek Segment 1 |
| 31 | La Sal Creek Segment 3 |
| 34 | Dolores River Segment 1a |
| **Scenic Segments** | |
| 11 | Roubideau Creek Segment 2 |
| 12 | Deep Creek |
| 13 | West Fork Terror Creek |
| 14 | Beaver Creek |
| 16 | Naturita Creek |
| 20 | San Miguel River Segment 3 |
| 25 | Lower Dolores River |
| 26 | North Fork Mesa Creek |
| 28 | Ice Lake Creek, Segment 2 |
| 30 | La Sal Creek Segment 2 |
| 32 | Lion Creek, Segment 2 |

| # | Segment Name |
|---|---|
| **Recreational Segments** | |
| 5 | Gunnison River Segment 2 |
| 18 | San Miguel River Segment 1 |
| 21 | San Miguel River Segment 5 |
| 22 | San Miguel River Segment 6 |
| 24 | Tabeguache Creek Segment 2 |
| 27 | Dolores River Segment 2 |
| 29 | La Sal Creek Segment 1 |
| 33 | Spring Creek |
| 34 | Dolores River Segment 1b |

**Suitability Classification**
- Wild
- Scenic
- Recreational

Figure 2-58        Alternatives A and B: Segments Eligible (Alternative A) or Suitable (Alternative B) for Inclusion in the National Wild and Scenic Rivers System

BLM_0111823

| # | Segment Name |
|---|---|
| **Wild Segments** | |
| 7 | Monitor Creek |
| 8 | Potter Creek |
| 10 | Roubideau Creek Segment 1 |
| 17 | Saltado Creek |
| 19 | San Miguel River Segment 2 |
| 23 | Tabeguache Creek Segment 1 |
| 31 | La Sal Creek Segment 3 |
| 34 | Dolores River Segment 1a |
| **Scenic Segments** | |
| 25 | Lower Dolores River |
| **Recreational Segments** | |
| 14 | Beaver Creek |
| 18 | San Miguel River Segment 1 |
| 20 | San Miguel River Segment 3 |
| 21 | San Miguel River Segment 5 |
| 22 | San Miguel River Segment 6 |
| 27 | Dolores River Segment 2 |
| 30 | La Sal Creek Segment 2 |



Figure 2-59      Alternative D: Segments Suitable for Inclusion in the National Wild and Scenic Rivers System

April 2012    Uncompahgre Resource Management Plan Revision and Environmental Impact Statement    A-65
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111824



Figure 2-60      Alternative B: Watchable Wildlife Areas

A-66          Uncompahgre Resource Management Plan Revision and Environmental Impact Statement          April 2012
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111825



Figure 2-61     Alternative A: Forest Management

BLM_0111826



Figure 2-62      Alternative B: Forest Management

BLM_0111827

Appendix A. Figures



Figure 2-63      Alternative C: Forest Management

BLM_0111828



Figure 2-64      Alternative D: Forest Management

BLM_0111829



Figure 2-65       Alternative A: No Target Shooting Areas

Area Closed to Target Shooting

BLM_0111830



Figure 2-66      Alternative B: No Target Shooting Areas

A-72      *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*      April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0111831



Figure 2-67        Alternative C: No Target Shooting Areas

BLM_0111832



Figure 2-68     Alternative D: No Target Shooting Areas

A-74          *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*          April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0111833



Figure 2-69    Alternatives A, B, C, and D: Designated Routes in the Dry Creek Travel Management Area

BLM_0111834



Figure 2-70        Alternatives B, C, and D: Travel Management Areas for Future Route Designation

BLM_0111835



Figure 2-71      Existing Land Withdrawals and Powersite Classifications

April 2012                Uncompahgre Resource Management Plan Revision and Environmental Impact Statement                A-77
                         Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111836



Figure 2-72      Alternatives A, B, C, and D: Moss Rock Common Use Area

A-78                Uncompahgre Resource Management Plan Revision and Environmental Impact Statement                April 2012
                    Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111837



Figure 2-73      Alternative A: National Historic Trails

April 2012            Uncompahgre Resource Management Plan Revision and Environmental Impact Statement            A-79
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0111838



Figure 2-74      Alternative B: National Scenic, Historic, and Recreational Trails and State and BLM Byways

BLM_0111839

Figure 2-76        Alternative D: National Scenic, Historic, and Recreational Trails and State and BLM Byways

A-82          *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*          April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0111841



Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

2011 SEPTEMBER

*Draft* WILD AND SCENIC RIVER SUITABILITY REPORT
*for the* BLM Uncompahgre Planning Area

BLM_0111842

BLM_0111843

# CONTENTS

**ACRONYMS AND ABBREVIATIONS** ...................................................................6

**A. INTRODUCTION** .........................................................................................7
   **The Study Area** ......................................................................................7

**B. WILD AND SCENIC RIVER STUDY PROCESS** ....................................7
   *Figure 1 - WSR Study Process Flowchart*..........................................8
   **Eligibility Analysis** ..................................................................................9
     *Table 1 - Eligible Segments by Hydrologic Unit*...........................9
     *Table 2 - National Register of Historic Places Evaluation Criteria* ...........12
     *Table 3 - Colorado natural Heritage Program Element Imperilment Ranks* ...........13
   **Suitability Analysis** ................................................................................14
   **Actions in Response to Recommendations** ........................................17
     *Table 4 - Interim Protection for Suitable Segments*........................18
     *Figure 2 - Map of Classifications for Suitable Segments*................20
     *Table 5 - Summary of Segment Suitability* ......................................21
     *Table 6 - Segment Changes from Eligibility to Suitability*................23

**C. SUITABLE SEGMENTS:  ASSESSMENT & RECOMMENDATIONS** ..........25
     *Figure 3 - (7) Monitor Creek* .......................................................26
   **7 ~ Monitor Creek**................................................................................27
     *Figure 4 - (8) Potter Creek* .........................................................29
   **8 ~ Potter Creek**..................................................................................30
     *Figure 5 - (10) Roubideau Creek, Segment 1* ................................32
   **10 ~ Roubideau Creek, Segment 1** .......................................................33
     *Figure 6 - (14) Beaver Creek* ......................................................35
   **14 ~ Beaver Creek**...............................................................................36
     *Figure 7 - (17) Saltado Creek* ......................................................39
   **17 ~ Saltado Creek**..............................................................................40
     *Figure 8 - (18) San Miguel River, Segment 1* ................................43
   **18 ~ San Miguel River, Segment 1** ......................................................44
     *Figure 9 - (19) San Miguel River, Segment 2* ................................49
   **19 ~ San Miguel River, Segment 2**......................................................50
     *Figure 10 - (20) San Miguel River, Segment 3* ..............................54
   **20 ~ San Miguel River, Segment 3**......................................................55
     *Figure 11 - (21) San Miguel River, Segment 5* ..............................59
   **21 ~ San Miguel River, Segment 5**......................................................60
     *Figure 12 - (22) San Miguel River, Segment 6* ..............................64
   **22 ~ San Miguel River, Segment 6**......................................................65
     *Figure 13 - (23) Tabeguache Creek, Segment 1* ............................69
   **23 ~ Tabeguache Creek, Segment 1** ....................................................70

**Draft Wild and Scenic River Suitability**

*Figure 14 - (25) Lower Dolores River*.................................................................................73
**25 ~ Lower Dolores River**...................................................................................**74**
*Figure 15 - (27) Dolores River, Segment 2*....................................................................78
**27 ~ Dolores River, Segment 2**.........................................................................**79**
*Figure 16 - (30) La Sal Creek, Segment 2*.......................................................................83
**30 ~ La Sal Creek, Segment 2**.............................................................................**84**
*Figure 17 - (31) La Sal Creek, Segment 3*.......................................................................86
**31 ~ La Sal Creek, Segment 3**.............................................................................**87**
*Figure 18 - (34) Dolores River, Segment 1*....................................................................90
**34 ~ Dolores River, Segment 1**...........................................................................**91**

**D.  NOT SUITABLE SEGMENTS:  ASSESSMENT & RECOMMENDATIONS**................**95**
*Figure 19 - Gunnison River, Segment 2*...........................................................................96
**5 ~ Gunnison River, Segment 2**...........................................................................**97**
*Figure 20 - (11) Roubideau Creek, Segment 2*..............................................................99
**11 ~ Roubideau Creek, Segment 2**...................................................................**100**
*Figure 21 - (12) Deep Creek*...............................................................................................102
**12 ~ Deep Creek**....................................................................................................**103**
*Figure 22 - (13) West Fork Terror Creek*.....................................................................105
**13 ~ West Fork Terror Creek**............................................................................**106**
*Figure 23 - (15) Dry Creek*................................................................................................108
**15 ~ Dry Creek**......................................................................................................**109**
*Figure 24 - (16) Naturita Creek*......................................................................................111
**16 ~ Naturita Creek**.............................................................................................**112**
*Figure 25 - (24) Tabeguache Creek, Segment 2*..........................................................115
**24 ~ Tabeguache Creek, Segment 2**.................................................................**116**
*Figure 26 - (26) North Fork Mesa Creek*.....................................................................119
**26 ~ North Fork Mesa Creek**.............................................................................**120**
*Figure 27 - (28) Ice Lake Creek, Segment 2*................................................................122
**28 ~ Ice Lake Creek, Segment 2**........................................................................**123**
*Figure 28 - (29) La Sal Creek, Segment 1*.....................................................................125
**29 ~ La Sal Creek, Segment 1**............................................................................**126**
*Figure 29 - (32) Lion Creek, Segment 2*........................................................................128
**32 ~ Lion Creek, Segment 2**...............................................................................**129**
*Figure 30 - (33) Spring Creek*...........................................................................................131
**33 ~ Spring Creek**.................................................................................................**132**

**E.  DOLORES-SAN MIGUEL STAKEHOLDER ANALYSIS & RECOMMENDATIONS**.**134**
**Southwest Resource Advisory Council**...........................................................................**134**
*Table 7 - Summary of SWRAC Suitability Recommendations*...............................................135

**F.  GUNNISON BASIN STAKEHOLDER ANALYSIS & RECOMMENDATIONS**..........**142**

BLM_0111845

**Stakeholder Group One Recommendations** ................................................................143

*Table 8 - Gunnison River, Segment 2 Stakeholder Assessment* ...................................148

*Table 9 - Monitor Creek Stakeholder Assessment* ......................................................150

*Table 10 - Potter Creek Stakeholder Assessment* .......................................................151

*Table 11 - Roubideau Creek, Segment One Stakeholder Assessment* ............................152

*Table 12 - Roubideau Creek, Segment Two Stakeholder Assessment* ...........................154

*Table 13 - Deep Creek Stakeholder Assessment* .........................................................155

*Table 14 - West Fork Terror Creek Stakeholder Assessment* .......................................159

**Stakeholder Group Two Recommendations** ...............................................................161

**G. SUITABILITY STUDY PARTICIPANTS** .......................................................................167

**H. BIBLIOGRAPHY** .........................................................................................................168

*Table 15 - Suitable Segments in the Planning Area* ...................................................170

BLM_0111846

**Draft Wild and Scenic River Suitability**

## ACRONYMS AND ABBREVIATIONS

| ACRONYM OR ABBREVIATION | COMPLETE PHRASE |
|---|---|
| ACEC | Area of Critical Environmental Concern |
| ATV | all-terrain vehicle |
| BLM | Bureau of Land Management |
| cfs | cubic feet per second (water flow measurement) |
| CNHP | Colorado Natural Heritage Program |
| CWCB | Colorado Water Conservation Board |
| EIS | Environmental Impact Statement |
| ESA | Endangered Species Act |
| NCA | National Conservation Area |
| NWSRS | National Wild and Scenic River System |
| ORV | Outstandingly Remarkable Value |
| RMP | Resource Management Plan |
| T/R/Sec | Township/Range/Section (Public Land Survey System) |
| UFO | Uncompahgre Field Office |
| USFS | United States Forest Service |
| WSA | Wilderness Study Area |
| WSR | Wild and Scenic Rivers |
| WSR Act | Wild and Scenic Rivers Act |

BLM_0111847

## A. INTRODUCTION

This report presents an analysis of and recommendations regarding the suitability of 28 eligible river segments within the Bureau of Land Management (BLM) Uncompahgre Planning Area (planning area) for inclusion in the National Wild and Scenic River System (NWSRS). An 11.88-mile segment of the Dolores River within the planning area was identified as eligible in the San Juan Public Lands Draft Land Management Plan and is among the 28 segments evaluated for this report.

After considering information, comments, and recommendations from BLM resource staff, the BLM Southwest Resource Advisory Council, cooperating agencies, stakeholder groups, landowners, and other interested parties, the BLM identified 16 of the 28 segments as suitable for NWSRS consideration. The findings are used to develop the preferred alternative for the Uncompahgre Resource Management Plan (RMP) and to make NWSRS recommendations to Congress.

### THE STUDY AREA

The United States Department of the Interior BLM Uncompahgre Field Office (UFO) manages approximately 880,000 acres of public land in Delta, Mesa, Montrose, Gunnison, Ouray, and San Miguel counties in southwestern Colorado. The planning area for the RMP consists of over 675,000 acres of BLM-administered public land within the UFO, excluding the Gunnison Gorge National Conservation Area (NCA) and the Dominguez-Escalante NCA, which operate under separate RMPs.

The BLM completed an evaluation of 174 river segments in the planning area and released the ***Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area*** on July 15, 2010. The report identifies 34 segments as eligible for inclusion in the NWSRS, including six segments within the UFO portion of the Dominguez-Escalante NCA. The following segments will be evaluated for suitability during development of the Dominguez-Escalante NCA RMP and are not included in this report:

- Cottonwood Creek
- Dry Fork Escalante Creek, Segment 2
- Escalante Creek, Segment 1
- Escalante Creek, Segment 2
- Gunnison River, Segment 3
- Rose Creek

## B. WILD AND SCENIC RIVER STUDY PROCESS

Section 5(d)(1) of the 1968 Wild and Scenic Rivers Act (WSR Act) requires federal agencies to evaluate potential wild and scenic rivers when preparing resource management plans: "In all planning for the use and development of water and related land resources, consideration shall be given by all federal agencies involved to potential national wild, scenic, and recreational river areas."

BLM_0111848

**Draft Wild and Scenic River Suitability**

As shown in the flowchart below, the Wild and Scenic River (WSR) study process consists of evaluating segments for *eligibility* and *suitability*. Both studies are conducted in accordance with the WSR Act, BLM Manual 8351: *Wild and Scenic Rivers–Policy and Program Direction for Identification, Evaluation, and Management* (1992), and *The Wild and Scenic River Study Process Technical Report* (1999) issued by the Interagency Wild and Scenic Rivers Coordinating Council.



FIGURE 1 - **WSR Study Process Flowchart**

BLM_0111849

## ELIGIBILITY ANALYSIS

### FIELD SURVEYS

Extensive field inventories were conducted throughout the planning area between 2006 and 2009. An interdisciplinary team of BLM employees identified 174 river and stream segments from within seven hydrologic units.

### TABLE 1 - ELIGIBLE SEGMENTS BY HYDROLOGIC UNIT

| HYDROLOGIC UNIT | ELIGIBLE SEGMENTS |
|---|---|
| Upper Gunnison | 0 |
| Lower Gunnison | 5 |
| Uncompahgre | 0 |
| North Fork of the Gunnison | 2 |
| San Miguel | 11 |
| Lower Dolores | 2 |
| Upper Dolores[1] | 8 |
| **TOTAL SEGMENTS** | 28 |

[1]**Includes one reach of the Dolores River determined to be eligible in the San Juan Public Lands Draft Land Management Plan.**

### ANALYSIS

The team evaluated each segment to determine whether it meets the two criteria required for NWSRS eligibility: the stream (1) is free-flowing and (2) possesses any of several outstandingly remarkable values (ORVs) adopted and specifically tailored for application within the planning area prior to the assessment. As shown in Table 1 above, twenty-eight planning area segments within five hydrologic units were found to possess the eligibility criteria. In addition, one Upper Dolores segment within the planning area was identified as eligible in the San Juan Public Lands Draft Land Management Plan. No eligible segments were identified within either the Upper Gunnison or Uncompahgre hydrologic units.

### OUTSTANDINGLY REMARKABLE VALUES

While values must be river-related, eligible ORVs may be scenic, recreational, geologic, fish, wildlife, cultural, historic, vegetation, or other similar value (such as paleontological). In addition, in order to be considered outstandingly remarkable, a value must be unique, rare, or exemplary, as well as significant within a defined region of comparison.

BLM_0111850

*Regions of Comparison*

A region of comparison is used to compare the special values for which a river is being considered against comparable elements within a defined geographic area. The area, region, or scale used for comparison is not fixed, and should be that which best serves as a basis for meaningful analysis—it might vary, depending on the value being considered. The scale of a region could consist of a portion of a state or other appropriately scaled geographic area or hydrologic unit (Interagency WSR Coordinating Council 1999).

The following standards and regions of comparison for each ORV category were developed by UFO resource specialists, and used to evaluate the WSR eligibility of UFO rivers:

## 1. SCENIC

*Standard* - The landscape elements of landform, vegetation, water, color, and related factors must result in notable or exemplary visual features and/or attractions within the geographic region. The BLM Visual Resource Inventory Handbook (H8410-1) may be used to assess visual quality and evaluate the extent to which development impacts an area's scenic values. The area must have a Scenic Quality Classification of A, as defined in H8410-1. When analyzing scenic values, additional factors such as seasonal variations in vegetation, scale of cultural modifications, and length of time negative intrusions are viewed may be considered. Scenery and visual attractions may be highly diverse over the majority of the river segment length and not common to other rivers in the geographic region.

*Region of Comparison* - The landscape has a Scenic Quality Classification of A within either the Southern Rockies or Colorado Plateau ecologic region.

## 2. RECREATIONAL

*Standard* - Recreational opportunities are or have the potential to be unusual enough to attract visitors to the geographic region. Visitors are willing to travel long distances to use the river resources for recreational purposes. Recreation-related opportunities could include, but are not be limited to, sightseeing, wildlife observation, camping, photography, hiking, fishing, hunting, and boating. Interpretive opportunities may be exceptional and attract or have the potential to attract visitors from outside the geographic area. The river may provide or have the potential to provide settings for national or regional commercial usage or competitive events. In addition, the river may be eligible if it is determined to provide a critically important regional recreation opportunity, or be a significant component of a regional recreation opportunity spectrum setting.

*Region of Comparison* - The area possesses recreational opportunities popular enough to attract visitors from throughout or beyond the state of Colorado, and/or that are unique or rare within either the Southern Rockies or Colorado Plateau ecologic region. Opportunities could include Gold Medal fisheries, rafting, and others.

BLM_0111851

## 3. GEOLOGIC

**Standard** - The river or the area within the river corridor contains one or more examples of a geologic feature, process, or phenomenon that is rare, unusual, or unique to the geographic region. The feature or features may be in an unusually active stage of development, represent a textbook example and/or represent a unique or rare combination of geologic features (erosional, volcanic, glacial, and other geologic structures).

**Region of Comparison** - The feature is unique or rare within either the Southern Rockies or Colorado Plateau ecologic region.

## 4. FISH

**Standard** - Fish values may be judged on the relative merits of either fish populations or habitat, or a combination of these river-related conditions.

a) Populations:  The river is nationally or regionally one of the top producers of resident, indigenous, and/or anadromous fish species.  Of particular significance may be the presence of wild or unique stocks, or populations of Colorado State and/or federally listed or candidate threatened and endangered species.

b) Habitat:  The river provides exceptionally high quality habitat for fish species indigenous to the region. Of particular significance is habitat for Colorado State and/or federally listed or candidate threatened and endangered species.

**Region of Comparison** - Distribution of native species across their entire range, within either the Southern Rockies or Colorado Plateau ecologic region.

## 5. WILDLIFE

**Standard** - Wildlife values may be judged on the relative merits of either wildlife populations or habitat, or a combination of these conditions.

a) Populations:  The river or area within the river corridor contains nationally or regionally important populations of resident or indigenous wildlife species dependent on the river environment.  Of particular significance may be species considered to be unique or populations of Colorado State and/or federally listed or candidate threatened and endangered species.

b) Habitat:  The river or area within the river corridor provides exceptionally high quality, occupied habitat for wildlife of national or regional significance, or may provide a unique or critical habitat link for special status species known to occur in the area.  Contiguous habitat conditions are such that the biological needs of the species are met.

**Region of Comparison** - Distribution of native species across their entire range, within either the Southern Rockies or Colorado Plateau ecologic region.

BLM_0111852

**Draft Wild and Scenic River Suitability**

## 6. CULTURAL

*Standard* - The river or area within the river corridor contains one or more sites where there is evidence of occupation or use by Native Americans. Sites must be rare, have unusual characteristics, or exceptional human interest values. Sites may have national or regional importance for interpreting prehistory, may be rare, may represent an area where culture or cultural period was first identified and described, may have been used concurrently by two or more cultural groups, or may have been used by cultural groups for rare, sacred, tribal, or spiritual purposes.

*Region of Comparison* - A site that is on, or could be eligible for, the National Register of Historic Places (NRHP).

TABLE 2 - NATIONAL REGISTER OF HISTORIC PLACES EVALUATION CRITERIA

| The quality of significance in American history, architecture, archeology, engineering, and culture is present in districts, sites, buildings, structures, and objects that possess integrity of location, design, setting, materials, workmanship, feeling, and association, and: | |
|---|---|
| **CRITERION** | **DESCRIPTION** |
| A | Are associated with events that have made a significant contribution to the broad patterns of our history |
| B | Are associated with the lives of persons significant in our past |
| C | Embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction |
| D | Have yielded, or may be likely to yield, information important in history or prehistory |

## 7. HISTORIC

*Standard* - The river or area within the corridor contains one or more sites or features associated with a significant event, person, or cultural activity of the past that was rare or unusual in the region. Historic and/or Native American sites or features in most cases are 50 years old or older. Sites or features listed in, or eligible for inclusion in, the NRHP may be of particular significance.

*Region of Comparison* - A site that is unique or rare within the state of Colorado, and is on or could be eligible for the NRHP (as shown in Table 2).

## 8. VEGETATION

*Standard* - The river or stream segment supports a riparian vegetation community that is a superior occurrence or is rare on a global basis:

BLM_0111853

a) Superior occurrence:  For this standard, a superior community is defined as having received an Element Occurrence Ranking of A by the Colorado Natural Heritage Program (CNHP).  An A ranking denotes that a community has excellent estimated ecological integrity based on size, condition, and landscape context.

b) Rare on a global basis:  For this standard, rareness is defined as a ranking of G1 or G2 (as determined by CNHP and described in Table 3).

Riparian vegetation that is located in a Potential Conservation Area (as determined by CNHP) has enhanced value because it has been identified as highly important for conserving regional and global biodiversity.

***Region of Comparison*** - The river or area within the river corridor provides exceptional vegetative species or communities of significance within either the Southern Rockies or Colorado Plateau ecologic region.  Consideration should be given to habitats and rare plants identified by CNHP as being of global importance (such as exceptional riparian areas and hanging gardens).

The element imperilment ranks shown in the table below are assigned in terms of an element's imperilment over its entire range (its Global-rank or G-rank):

### TABLE 3 - COLORADO NATURAL HERITAGE PROGRAM ELEMENT IMPERILMENT RANKS

| RANK | DESCRIPTION |
|------|-------------|
| G1 | Critically imperiled globally because of rarity (5 or fewer occurrences in the world or 1,000 or fewer individuals), or because some factor of its biology makes it especially vulnerable to extinction. |
| G2 | Imperiled globally because of rarity (6 to 20 occurrences or 1,000 to 3,000 individuals), or because other factors demonstrably make it very vulnerable to extinction throughout its range. |
| G3 | Vulnerable through its range or found locally in a restricted range (21 to 100 occurrences or 3,000 to 10,000 individuals). |
| G4 | Apparently secure globally, though it may be quite rare in parts of its range, especially at the periphery. Usually more than 100 occurrences and 10,000 individuals. |
| G5 | Demonstrably secure globally, though it may be quite rare in parts of its range, especially at the periphery. |

## 9.  OTHER SIMILAR VALUES

***Standard*** - While no specific evaluation guidelines have been established for the "other similar values" category, additional values deemed relevant to the eligibility of the river segment should be considered in a manner consistent with the foregoing guidance including, but not limited to, paleontologic, and scientific study opportunities.

BLM_0111854

*Region of Comparison* - Unique or rare within the Southern Rockies or Colorado Plateau ecologic region.  For paleontological resources, these regions would be defined based on geological associations.

## PRELIMINARY CLASSIFICATION

The eligible segments were then assigned a preliminary classification of **wild**, **scenic,** or **recreational** based upon the amount of access to, and level of shoreline and water resource development within, the corridor, as defined in the WSR Act.

For a complete description of the segments analyzed and methods used, the eligibility report is available for review at the Montrose Public Lands Center in Montrose, Colorado and on the UFO Wild and Scenic River Studies webpage at: http://www.blm.gov/co/st/en/fo/ufo/wild_and_scenic_river.html.

## SUITABILITY ANALYSIS

During the suitability process, the BLM weighed protective measures for eligible river segments and the corresponding corridor in relation to current and potential identified uses.  Possible environmental and economic consequences of, management issues resulting from, and reasonable alternatives to WSR designation were considered.  Preliminary segment boundaries and classifications were reevaluated in response to public input.  Geographic information systems data was recalculated, at times resulting in modified segment lengths and land ownership measures.

The portions of the eligible stream segment that are not included within the suitable stream segment boundaries, both in terms of stream miles and acreage within the eligible stream corridor, are found to be not suitable.

According to the Interagency WSR Coordinating Council (1999), a suitability evaluation should address three primary considerations:

- Should the river's free-flowing character, water quality, and ORVs be protected, or are one or more other uses important enough to warrant doing otherwise?

- Will the river's free-flowing character, water quality, and ORVs be protected through designation?  Is designation the best method for protecting the river corridor?  In answering these questions, the benefits and impacts of WSR designation must be evaluated and alternative protection methods considered.

- Is there a demonstrated commitment to protect the river by any nonfederal entities partially responsible for implementing protective management?

## UFO SUITABILITY CRITERIA

Criteria used to evaluate eligible planning area segments for suitability were derived from BLM Manual 8351, *Wild and Scenic Rivers - Policy and Program Direction for Identification, Evaluation, and Management* (1992), as well as from guidelines issued by the Interagency Wild and Scenic Rivers

BLM_0111855

Coordinating Council (1999). The following suitability criteria were formulated to elicit focused responses from BLM staff and the public useful in analyzing individual segments:

1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.

2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.

3. ORVs that could be affected by designation or non-designation.

4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.

5. Compatibility or incompatibility of designation with current land and water uses and development.

6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.

7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.

8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.

9. Issues that might make administering this segment difficult.

10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.

## BLM INTERDISCIPLINARY TEAM

For each eligible segment, an interdisciplinary team of BLM resource specialists (listed on page 167) compiled information from within their particular area(s) of expertise. The specialists met as a group to evaluate the segments in relation to the suitability criteria. Following their preliminary review, the team collected additional data to fill information gaps.

## INFORMATION SOURCES

BLM staff utilized a variety of resources to analyze and make recommendations for each segment, including:

Geographic Information Systems data

U.S. Geological Survey stream gauge data and minerals maps

Land status maps

State and federal agency agreements and management plans

Local and county government land use plans and zoning documents

BLM_0111856

Colorado Water Conservation Board (CWCB) project data

Published books and reports

River guides

Water rights tabulations

## PUBLIC PARTICIPATION

The suitability comment period was announced through a press release issued July 15, 2010. Letters inviting participation and requesting input regarding eligible segments were mailed to potential interested parties. Response forms were disseminated at public meetings and via mail and email, and available through the UFO Wild and Scenic River Studies webpage.

### Public Comments

The UFO received hundreds of forms and letters containing unique comments, as well as numerous form letters. Substantive comments received during the formal suitability comment period (ending August 20, 2010) were summarized by segment and suitability criteria and considered in the suitability analysis. Comments received during the stakeholder process ending January 24, 2011 were also considered when they provided new information. In addition, comments received during the eligibility period that pertained more closely to suitability were included. Eligibility-related comments were not considered during the suitability analysis. Original comments are on file at the UFO administrative headquarters in Montrose, Colorado.

### Stakeholder Groups

Input from public stakeholder groups was critical in evaluating the suitability of each segment. Separate stakeholder processes were initiated for segments in the Gunnison River Basin and those in the Dolores and San Miguel river basins. Stakeholder groups held public meetings during late 2010 and early 2011. BLM staff participated in the meetings to provide information and data and answer questions pertaining to the WSR process and specific segments, but did not offer recommendations. Results of both stakeholder processes were forwarded to the BLM for consideration.

#### Gunnison Basin Stakeholder Process

The Gunnison Basin stakeholder process was initiated by the Colorado River Water Conservation District. The stakeholder group contracted with a team of co-facilitators and held nine public meetings pertaining to Gunnison Basin segments outside of the Dominguez-Escalante NCA. The stakeholder group was unable to reach a consensus and two sets of recommendations were forwarded to the BLM for consideration.

#### Dolores and San Miguel Basin Stakeholder Process

The Dolores-San Miguel process was coordinated by the RMP Subgroup for the Southwest Resource Advisory Council (SWRAC). The subgroup contracted with a facilitator early in the process and held ten public meetings. In addition, the subgroup opened a second public comment period to gather additional suitability input.

The subgroup considered BLM analysis and public input and developed recommendations for each of the Dolores-San Miguel segments. The full BLM Colorado SWRAC reviewed and adopted the

BLM_0111857

subgroup recommendations at the Colorado Statewide Resource Advisory Council meeting held on February 25, 2011.

### Cooperating and Other Public Agency Input

State and federal agencies were invited to participate as cooperating agencies in the RMP process, providing information and reviewing preliminary findings during and between monthly meetings. Agencies opting not to serve as cooperating agencies provided input through correspondence and during public meetings.

## ACTIONS IN RESPONSE TO RECOMMENDATIONS

Results of the suitability analysis were used to formulate a range of alternatives for the Draft RMP/Environmental Impact Statement (EIS). The range of alternatives consists of a no action alternative that would maintain all rivers at the eligible stage and not support suitability, an alternative that would find all eligible rivers suitable, an alternative that would find all segments not suitable, and a preferred alternative that would find some or portions of some eligible rivers suitable. Following publication of the Draft RMP/EIS (tentatively scheduled for November 2012), the public will have 90 days to comment on the draft suitability determinations. The final suitability determinations will be documented in the Approved RMP/Record of Decision. Segments found not suitable will be dropped from further consideration and revert to management according to objectives and prescriptions in the RMP.

## NWSRS CONGRESSIONAL CONSIDERATION

Neither the suitability evaluation nor the RMP planning process result in designation of a river segment as part of the NWSRS. Following completion of the Uncompahgre RMP, the findings are forwarded to Congress for consideration. Congress (or the Secretary of the Interior upon application by a state governor) has the final authority to designate waterways. Members of Congress craft the legislative language for designated segments and develop water protection strategies and measures in support of the WSR Act.

## INTERIM MANAGEMENT OF SUITABLE SEGMENTS

The WSR Act and BLM guidelines require the BLM to develop and implement interim management to protect the free-flowing nature, water quality, ORVs, and recommended classification of suitable segments until Congress takes formal action regarding NWSRS designation. Table 2 on page 18 provides interim guidelines for managing suitable rivers, as adapted by the Interagency Wild and Scenic Rivers Coordinating Council from the WSR Act. Once final determinations have been made, the BLM will draft protective management measures for each suitable segment.

While congressionally authorized study rivers are protected under the WSR Act, agency-identified rivers receive protection through other authorities, including the National Environmental Policy Act, the Federal Lands Policy and Management Act, the Clean Water Act, and the Endangered Species Act. For example, potential effects on the free-flowing condition, water quality, and ORVs of eligible river segments would be considered when proposing federal or federally permitted actions subject to the National Environmental Policy Act.

BLM_0111858

## Draft Wild and Scenic River Suitability

Following release of the Approved RMP/Record of Decision, suitable segments will be managed to maintain their free-flowing character and ORVs in support of the selected alternative until designated or released from consideration by Congress.

TABLE 4 - INTERIM PROTECTION FOR SUITABLE SEGMENTS

| ISSUE | PROTECTION UNDER SUITABLE DESIGNATION |
|---|---|
| Study Boundary | • Corridor width is generally one-quarter mile from ordinary high water mark on both sides of active channel<br>• Boundary may include adjacent areas needed to protect identified values |
| Preliminary Classification WSR Act Section (2b) | • Wild, Scenic, and Recreational classes as defined by statute (classification criteria described in Interagency Guidelines)<br>• Manage segment at recommended classification |
| Study Report Review Procedures | • Notice of study report/Draft EIS published in *Federal Register*<br>• Comments/responses from federal, state, and local agencies, and public included in study report/Final EIS transmitted to President and Congress |
| Private Land:<br>• Administration<br>• Acquisition | • Affects private land uses only through voluntary partnerships with state/local governments and landowners<br>• No regulatory authority over private land<br>• [1]Evaluation of local zoning and land use control adequacy is typically a component of suitability determination<br>• BLM has no authority to acquire interest in land under WSR Act prior to designation |
| Water Resources Project | • River's free-flowing condition protected to the extent of other agency authorities and not under the WSR Act |
| Land Disposition | • Agency discretion to retain lands within river corridor in federal ownership |
| Mining and Mineral Leasing | • Protect free flow, water quality, and ORVs through other agency authorities |
| Actions of Other Agencies | • Affect actions of other agencies through voluntary partnerships |
| Protect Outstandingly Remarkable Values (ORVs) | • No regulatory authority conferred by WSR Act; agency protects through other authorities<br>• [2]Section 11(b)(1): Limited financial or other assistance to encourage participation in acquisition, protection, and management of river resources |

BLM_0111859

| ISSUE | PROTECTION UNDER SUITABLE DESIGNATION |
|---|---|

[1]Agency-identified study rivers that include private land typically require an evaluation of existing state and local land use controls and the willingness of state and local governments to protect river values.

[2]Section 11(b)1 authorizes the Secretary of the Interior and Secretary of Agriculture, or the head of any other federal agency to provide for "limited financial or other assistance to encourage participation in the acquisition, protection, and management of river resources." This authority "applies within or outside a federally administered area and applies to rivers which are components of the NWSRS and to other rivers." Recipients of federal assistance include states or their political subdivisions, landowners, private organizations, or individuals. Examples of assistance under this section include riparian restorations, riparian fencing to protect water quality and riparian vegetation, and vegetative screening to enhance scenery and/or the recreation experience.

**Source: Interagency Wild and Scenic Rivers Coordinating Council (1999)**

BLM_0111860



FIGURE 2 - MAP OF CLASSIFICATIONS FOR SUITABLE SEGMENTS

BLM_0111861

TABLE 5 - SUMMARY OF SEGMENT SUITABILITY

| # | RIVER SEGMENT | SUITABLE MILES | BLM MILES | OUTSTANDINGLY REMARKABLE VALUES | RECOMMENDED CLASSIFICATION |
|---|---|---|---|---|---|
|  | **SUITABLE SEGMENTS** | | | | |
|  | **Lower Gunnison River** | | | | |
| 7 | Monitor Creek | 9.4 | 9.4 | Fish, Vegetation | Wild |
| 8 | Potter Creek | 9.8 | 9.8 | Fish, Vegetation | Wild |
| 10 | Roubideau Creek, Segment 1 | 9.9 | 9.9 | Recreational, Wildlife, Cultural, Vegetation | Wild |
|  | **San Miguel River** | | | | |
| 14 | Beaver Creek | 14.3 | 14.2 | Vegetation | Recreational |
| 17 | Saltado Creek | 5.6 | 4.1 | Vegetation | Wild |
| 18 | San Miguel River, Segment 1 | 27.2 | 17.3 | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology | Recreational |
| 19 | San Miguel River, Segment 2 | 4.0 | 3.6 | Scenic, Recreational, Wildlife, Vegetation | Wild |
| 20 | San Miguel River, Segment 3 | 4.5 | 4.5 | Recreational, Fish, Wildlife, Vegetation | Recreational |
| 21 | San Miguel River, Segment 5 | 7.5 | 1.3 | Recreational, Fish, Historic, Vegetation | Recreational |
| 22 | San Miguel River, Segment 6 | 2.1 | 2.1 | Recreational, Fish, Historic, Vegetation | Recreational |
| 23 | Tabeguache Creek, Segment 1 | 3.4 | 3.4 | Vegetation | Wild |
|  | **Lower Dolores River** | | | | |
| 25 | Lower Dolores River | 4.2 | 4.2 | Scenic, Recreational, Geologic, Fish, Wildlife | Scenic |
|  | **Upper Dolores River** | | | | |
| 27 | Dolores River, Segment 2 | 5.3 | 5.3 | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation | Recreational |
| 30 | La Sal Creek, Segment 2 | 3.3 | 3.3 | Fish, Vegetation | Recreational |
| 31 | La Sal Creek, Segment 3 | 3.4 | 3.4 | Scenic, Recreational, Fish, Cultural, Vegetation | Wild |
| 34 | Dolores River, Segment 1 | 8.7 | 8.7 | **Recreation, Scenery, Fish, Wildlife, Geology, Ecology, Archaeology | Wild |

BLM_0111862

**Draft Wild and Scenic River Suitability**

| # | RIVER SEGMENT | STUDY MILES | BLM MILES | OUTSTANDINGLY REMARKABLE VALUES | ELIGIBILITY CLASSIFICATION |
|---|---|---|---|---|---|
| | | | **NOT SUITABLE SEGMENTS** | | |
| | | | **Lower Gunnison River** | | |
| 5 | Gunnison River, Segment 2 | 0.4 | 0.4 | Fish | Recreational |
| 11 | Roubideau Creek, Segment 2 | 7.6 | 3.5 | Wildlife, Vegetation | Scenic |
| | | | **North Fork of the Gunnison River** | | |
| 12 | Deep Creek | 2.6 | 0.6 | Fish | Scenic |
| 13 | West Fork Terror Creek | 1.2 | 0.5 | Fish | Scenic |
| | | | **San Miguel River** | | |
| 15 | Dry Creek | 10.5 | 10.4 | Scenic, Geologic | Wild |
| 16 | Naturita Creek | 25.0 | 10.0 | Fish | Scenic |
| 24 | Tabeguache Creek, Segment 2 | 11.6 | 7.9 | Cultural, Vegetation | Recreational |
| | | | **Lower Dolores River** | | |
| 26 | North Fork Mesa Creek | 8.5 | 5.8 | Vegetation (not supported following review) | Scenic |
| | | | **Upper Dolores River** | | |
| 28 | Ice Lake Creek, Segment 2 | 0.6 | 0.3 | Scenic | Scenic |
| 29 | La Sal Creek, Segment 1 | 4.8 | 0.6 | Fish, Vegetation | Recreational |
| 32 | Lion Creek, Segment 2 | 1.6 | 1.3 | Vegetation | Scenic |
| 33 | Spring Creek | 2.7 | 1.5 | Vegetation | Recreational |

**ORVs for (34) Dolores River, Segment 1 were identified by the Dolores Field Office and documented on page D-16 of the San Juan Public Lands Draft Land Management Plan, Appendix D.**

BLM_0111863

## TABLE 6 - SEGMENT CHANGES FROM ELIGIBILITY TO SUITABILITY

| HYDROLOGIC UNIT | RIVER SEGMENT | CHANGES FROM ELIGIBILITY TO SUITABILITY |
|---|---|---|
| **LOWER GUNNISON** | **7 - Monitor Creek** | • A fish survey conducted by the BLM indicates viable populations of bluehead sucker *(Catostomus discobolus)* and flannelmouth sucker *(Catostomus latipinnis)*, warranting the addition of a Fish ORV.<br>• A Colorado Natural Heritage Program review lowered the rarity rankings of the narrowleaf cottonwood/strapleaf willow/silver buffaloberry and Fremont cottonwood/ skunkbush sumac plant communities to G3 (although the Vegetation ORV is still supported). |
| | **8 - Potter Creek** | • A fish survey conducted by the BLM indicates viable populations of bluehead sucker *(Catostomus discobolus)* and flannelmouth sucker *(Catostomus latipinnis)*, warranting the addition of a Fish ORV.<br>• A Colorado Natural Heritage Program review lowered the rarity ranking of the narrowleaf cottonwood/strapleaf willow/silver buffaloberry plant community to G3 (although the Vegetation ORV is still supported). |
| | **10 - Roubideau Creek, Segment 1** | • A Colorado Natural Heritage Program review lowered the rarity ranking of the Fremont cottonwood/skunkbush sumac plant communities to G3 (although the Vegetation ORV is still supported).<br>• Reduced segment length to begin at UFO boundary and exclude private land upstream. |
| | **11 - Roubideau Creek, Segment 2** | • Following a review by the Colorado Natural Heritage Program that lowered the rarity ranking of the Fremont cottonwood/skunkbush sumac plant community to G3, the segment no longer possesses a Vegetation ORV and the remaining Wildlife ORV could not be adequately substantiated to support WSR eligibility. |
| **SAN MIGUEL** | **14 - Beaver Creek** | • Changed classification from *Scenic* to *Recreational* to allow for protection of the ORV, while providing reasonable certainty that future water development projects could move forward with minimal difficulty. |
| | **19 - San Miguel River, Segment 2** | • Reduced segment length to end at the Bennett property in order to protect landowner interests at Horsefly Creek.<br>• Modified corridor boundaries to follow the natural topography of the canyon rims. |
| | **20 - San Miguel River, Segment 3** | • Changed classification from *Scenic* to *Recreational* due to the presence of the CC Ditch, two BLM campgrounds, and many number of mining claims along the stretch, as well as a dirt road running parallel to the river.<br>• Reduced segment length to exclude the Bennett property, as well as private land, at the lower end of the segment. |

BLM_0111864

**Draft Wild and Scenic River Suitability**

| HYDROLOGIC UNIT | RIVER SEGMENT | CHANGES FROM ELIGIBILITY TO SUITABILITY |
|---|---|---|
| | 21 - San Miguel River, Segment 5 | • Reduced segment length to begin downstream from the Richards property, run the length of The Nature Conservancy property, and terminate at the confluence with Tabeguache Creek.<br>• Modified corridor boundaries to extend rim to rim and follow existing developments and barriers (such as the state highway). |
| | 22 - San Miguel River, Segment 6 | • Reduced segment length to begin downstream of Umetco Minerals Corporation property and terminate at the confluence with the Dolores River. |
| | 23 - Tabeguache Creek, Segment 1 | • Reduced segment length to begin at the USFS boundary and end above water diversion. |
| LOWER DOLORES | 25 - Lower Dolores River | • Reduced segment length to end at and exclude the Weimer property.<br>• Modified corridor to circumvent mining claims, using Highway 141 to delineate the east boundary and natural topographic features such as the canyon rim to delineate the west boundary. |
| | 26 - North Fork Mesa Creek | • Following a review by the Colorado Natural Heritage Program that lowered the rarity ranking of the narrowleaf cottonwood/ strapleaf willow/silver buffaloberry plant community to G3, the segment no longer possesses a Vegetation ORV to support WSR eligibility. |
| UPPER DOLORES | 27 - Dolores River, Segment 2 | • Modified segment corridor to exclude Buck Shot Mine and associated ROWs and to follow the cliff line if less than one-quarter mile from the river center. |
| | 30 - La Sal Creek, Segment 2 | • Changed classification from *Scenic* to *Recreational* in order to accommodate potential future mining activities and road improvements.<br>• Reduced segment length to end at and exclude the Cashin Mine. |
| | 34 - Dolores River, Segment 1 | • Reduced segment length to begin at the UFO boundary, terminate at the private land boundary south of Bedrock, and exclude the entire portion classified as *Recreational*.<br>• Delineated corridor boundary from rim to rim or one-quarter mile from high water mark (whichever measure is less). |

BLM_0111865

# C.  SUITABLE SEGMENTS:
# ASSESSMENT & RECOMMENDATIONS

BLM_0111866

**Draft Wild and Scenic River Suitability**



FIGURE 3 - (7) MONITOR CREEK

BLM_0111867

Monitor Creek was found to be suitable for WSR consideration, with a classification of *Wild*. The stream corridor is natural and rugged, with no substantial evidence of human alteration. The suitability finding will protect the continued health of fish and plant communities identified within the segment.

### Public Input
Public support for suitability focused on providing a reliable and enduring form of protection for the continued health of rare plant communities and the riparian ecosystem extending from USFS lands upstream, as well as citing values not considered for suitability (such as wilderness character and recreation opportunities).

Public comments opposing suitability cited existing protections, including a proposed conservation easement for adjacent land and a citizen-proposed wilderness area designation.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Fish
A recent fish survey conducted by the BLM indicates that Monitor Creek is likely to support viable populations of both bluehead sucker *(Catostomus discobolus)* and flannelmouth sucker *(Catostomus latipinnis)*, warranting the addition of a Fish ORV.

#### Vegetation
This segment supports a superior (A-ranked) occurrence of the common coyote willow riparian shrubland *(Salix exigua/mesic graminoids)*. Monitor Creek is within the Roubideau Creek Potential Conservation Area designated by the CNHP.

### WATER RIGHTS AND USES
Monitor Creek is a small, intermittent headwater drainage managed primarily by the BLM and USFS, making the potential for future water development low. The segment has no existing instream flow water right protection.

## 7 ~ MONITOR CREEK



### ~SUITABLE SEGMENT~

*Classification:* **Wild**
*ORVs:* **Fish, Vegetation**
*Suitable Length:* **9.4 miles**
*BLM-administered:* **9.4 miles**
*Key Considerations:*

- Protecting a stream flow regime that mimics natural seasonal changes needed to sustain a healthy riparian vegetation community within the segment might only be achieved through federal WSR designation.
- Water yield through the segment contributes significantly to the proper hydrologic function of Potter and Roubideau creeks.
- The small percentage of private land is primarily consolidated near the upper terminus and predominantly outside of areas containing the Vegetation ORV.



**LOWER GUNNISON HYDROLOGIC UNIT**

**Draft Wild and Scenic River Suitability**

Flow from Monitor Creek contributes heavily to Potter and Roubideau creeks downstream, providing spring spawning habitat for native warm water fishes. Protecting a streamflow regime that mimics the natural seasonal changes needed to sustain a healthy riparian vegetation community within this segment might only be secured through federal WSR designation.

There are no absolute or conditional water rights or impoundments in this segment, and absolute water rights upstream would not be affected by designation. A couple of small reservoirs (totaling 184 acre-feet of storage) occur above the upper terminus and have a slight potential to influence the flow regime through the segment.

### LAND OWNERSHIP AND USES

The BLM manages all of the land within the corridor, with private land primarily consolidated adjacent to the upper terminus. Because of the limited amount of adjacent private land and remote location, non-restrictive zoning in the area is not expected to have much of an impact on the segment. Travel along Monitor Creek is restricted to non-motorized vehicles on designated roads and trails.

#### Special Designations
The segment is within a proposed Special Recreation Management Area, as well as two potential Areas of Critical Environmental Concern (ACEC) being considered within separate alternatives for the Uncompahgre RMP.

#### Energy and Mineral Leasing
No existing oil and gas leases or mining claims occur within the segment.

### ADMINISTRATION

WSR designation would be consistent with actions pertaining to the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)* and would complement the BLM Colorado Public Land Health Standard for riparian vegetation.

Because of the predominance of public land, few additional resources and facilities would be needed to effectively manage and support the ORV.

#### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

#### Alternative Protective Measures Considered
ACEC designation would provide some protection for the segment, but would not confer the flow needed to support the Vegetation ORV. BLM staff determined that a state-based instream flow water right would likely be sufficient to protect the Fish ORV, but would likely not be able to protect the peak flows necessary to sustain the Vegetation ORV.

BLM_0111869



**FIGURE 4 - (8) POTTER CREEK**

BLM_0111870

**Draft Wild and Scenic River Suitability**

## 8 ~ POTTER CREEK



### ~SUITABLE SEGMENT~

*Classification:* **Wild**

*ORV:* **Fish, Vegetation**

*Eligible Length:* **9.8 miles**

*BLM-Administered:* **9.8 miles**

*Key Considerations:*

- Most private land is relatively consolidated in one parcel near the lower terminus and predominantly outside of areas containing the Vegetation ORV. The segment would require few additional resources and facilities to manage effectively and support the ORV.

- Protecting a stream flow regime that mimics natural seasonal changes needed to sustain a healthy riparian vegetation community might only be secured through federal WSR designation.

- Water yield through the segment contributes significantly to the proper hydrologic function of Roubideau Creek and the Gunnison River downstream.

**LOWER GUNNISON HYDROLOGIC UNIT**

Potter Creek was found to be *suitable* for WSR consideration, with a classification of *Wild*. The stream corridor is natural and rugged, with no substantial evidence of human alteration. The suitability finding will protect the continued health of the fish and plant communities identified within the segment.

### Public Input

Public support for suitability focused on providing a reliable and enduring form of protection for the continued health of the riparian ecosystem extending from USFS lands upstream, as well as outstanding opportunities for solitude and a primitive and unconfined form of recreation.

Public comments opposing suitability cited existing protections, including a proposed conservation easement for adjacent lands and a citizen-proposed wilderness area designation.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

### Fish

A recent fish survey conducted by the BLM indicates that Potter Creek supports viable populations of both bluehead sucker *(Catostomus discobolus)* and flannelmouth sucker *(Catostomus latipinnis)*, warranting the addition of a Fish ORV.

### Vegetation

This segment supports areas of narrowleaf cottonwood/ strapleaf willow/silver buffaloberry riparian forest *(Populus angustifolia/Salix ligulifolia/Shepherdia argentea)*. While the CNHP lowered the rarity ranking to G3, the BLM determined that the quality and extensiveness of the plant community warrants retaining the Vegetation ORV until a review determines whether or not the occurrence is superior (A-ranked). This segment is included in the Roubideau Creek Potential Conservation Area designated by the Colorado Natural Heritage Program.

BLM_0111871

## WATER RIGHTS AND USES

There are no absolute or conditional water rights or impoundments on or upstream of this segment. The CWCB holds an instream flow water right structured to protect the natural environment to a reasonable extent. The water right is decreed for 1.8 cfs (from March 1 to March 31), 4 cfs (from April 1 to June 15), 1.8 cfs (from June 16 to July 31), and 1.4 cfs (from August 1 to February 28), helping to sustain the Vegetation ORV.

Flow from Potter Creek contributes to the proper hydrologic function of Roubideau Creek and the Gunnison River downstream. Protecting a streamflow regime that mimics the natural seasonal changes needed to sustain a healthy riparian vegetation community might only be secured through federal WSR designation.

## LAND OWNERSHIP AND USES

All land within the corridor is managed by the federal government. One parcel of private land is adjacent to the lower terminus.

### Energy and Mineral Leasing

There are no existing oil and gas leases or mining claims within the segment.

## ADMINISTRATION

WSR designation would be consistent with actions pertaining to the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)* and would complement the BLM Colorado Public Land Health Standard for riparian vegetation.

### Potential Costs Associated with WSR Designation

As a result of the suitable finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

### Alternative Protective Measures Considered

The segment is within a proposed Special Recreation Management Area and two potential Areas of Critical Environmental Concern being considered during development of the Uncompahgre RMP.

BLM_0111872

**Draft Wild and Scenic River Suitability**



**FIGURE 5 - (10) ROUBIDEAU CREEK, SEGMENT 1**

BLM_0111873

Roubideau Creek, Segment 1 was found to be *suitable* for WSR designation, with a classification of *Wild*. The segment lies almost entirely within the Camel Back Wilderness Study Area and possesses a wild and primitive character and range of ORVs.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

**Recreational**
The perennial creek flows within a highly scenic, wilderness-quality canyon, offering superior opportunities for non-mechanized recreation in a primitive setting. Activities include hiking, backpacking, horseback riding, photography, nature study, and other non-mechanized uses, with vehicle access at the lower terminus.

**Wildlife**
The area has been designated as a potential conservation area for the northern leopard frog *(Rana pipiens)*, a species currently under review by the Fish and Wildlife Service. This segment also provides regionally important habitat for desert bighorn sheep *(Ovis Canadensis)*, which use the lower end of the creek extensively as a water source and the cliffs above for lambing.

**Cultural**
The stream flows past an inscription panel of extreme historic significance. The site has been nominated to the National Register of Historic Places under *Criteria A, B,* and *D*. In 1769, Juan Maria Rivera visited the site at the behest of the king of Spain and carved his name and a date into a rock face. The panel also contains a prehistoric mountain sheep figure.

**Vegetation**
The segment lies within the CNHP-designated Roubideau Creek Potential Conservation Area, supporting areas of globally imperiled (G2) skunkbush sumac/sandbar willow riparian shrubland *(Rhus trilobata/Salix exigua)*.

### WATER RIGHTS AND USES

The entire stream channel is federally managed. There are no absolute or conditional water rights or

## 10 ~ ROUBIDEAU CREEK, SEGMENT 1



## ~SUITABLE SEGMENT~

**Classification:** **Wild**

**ORVs:** **Recreational, Wildlife, Cultural, Vegetation**

**Suitable Length:** **9.9 miles**

**BLM-Administered:** **9.9 miles**

**Key Considerations:**

- The segment contains a wide array of ORVs.
- The segment is within the Camel Back Wilderness Study Area.
- Private land is consolidated into one parcel near the upper terminus.
- Protection of a streamflow regime that mimics the natural seasonal changes needed to sustain a healthy riparian vegetation community for this segment might only be protected through WSR designation.
- Roubideau Creek contributes significant flow to the proper hydrologic function of Lower Roubideau Creek and the Gunnison River downstream.

**LOWER GUNNISON HYDROLOGIC UNIT**

BLM_0111874

**Draft Wild and Scenic River Suitability**

impoundments within the segment. In the headwaters, a water diversion known as Spruce Spring Ditch (decreed for up to 9.3 cfs) transfers water from Roubideau Creek to the Dry Creek drainage (typically limited to the snowmelt period). The diversion diminishes spring and early summer flow through the segment.

The CWCB holds an instream flow water right decreed for 5 cfs (from March 1 to March 31), 21 cfs (from April 1 to June 15), 5 cfs (from June 16 to July 31), and 1.9 cfs (from August 1 to February 28) and structured to protect the natural environment to a reasonable extent. The instream flow provides some protection to sustain the ORVs. Protecting a streamflow regime that mimics the natural seasonal changes needed to sustain a healthy riparian vegetation community for this segment might only be accomplished through WSR designation.

This section of Roubideau Creek in turn contributes flow to the proper hydrologic function of Lower Roubideau Creek and the Gunnison River downstream, providing habitat for native warm water fishes consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

## LAND OWNERSHIP AND USES

The entire corridor is managed by the BLM. One parcel of private agricultural land is adjacent to the corridor's upper terminus.

### Special Designations
The segment lies almost entirely within the Camel Back Wilderness Study Area.

### Energy and Mineral Leasing
There are no existing oil and gas leases or mining claims within the segment.

## ADMINISTRATION

WSR designation would complement the BLM Colorado Public Land Health standard for riparian vegetation. The segment would require few additional resources and facilities to effectively manage in support of the ORV.

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

### Alternative Protective Measures Considered
Although the segment is within a WSA, the designation is provisional and may not offer the long-term flow protection necessary for sustaining the Vegetation ORV. In addition, the segment is within two potential Areas of Critical Environmental Concern being considered within separate alternatives for the Uncompahgre RMP.

BLM_0111875



**FIGURE 6 - (14) BEAVER CREEK**

BLM_0111876

**Draft Wild and Scenic River Suitability**

### 14 ~ BEAVER CREEK



~SUITABLE SEGMENT~

*Classification:* **Recreational**
*ORV:* **Vegetation**
*Suitable Length:* **14.3 miles**
*BLM-Administered:* **14.2 miles**
*Key Considerations:*

- Beaver Creek provides value-added flow for the proper hydrologic function of the San Miguel River system and river-dependent resource values (including aquatic and riparian plant and animal species).

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community for this segment might only be achieved through WSR designation.

- The principal private landowner within the corridor has expressed support for WSR designation.



**SAN MIGUEL HYDROLOGIC UNIT**

Beaver Creek was found to be suitable for WSR designation, with a classification of Recreational. It was thought that the classification would allow for protection of the Vegetation ORV, while providing reasonable certainty that future water development projects would receive consideration and could move forward with minimal difficulty. There was strong public support for the finding.

### Public Interest in Designation

There was strong public support for suitability, including from the primary private landowner and San Miguel County, with protection of riparian vegetation and predominance of federal ownership most commonly cited as the bases.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUE

### Vegetation

This segment supports an occurrence of narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/ Picea pungens/Alnus tenuifolia)* along several miles of the corridor ranked as superior (A) by the CNHP. The BLM has designated an area that includes this segment as part of the San Miguel ACEC, primarily in order to protect this outstanding riparian community.

### WATER RIGHTS AND USES

Beaver Creek provides flow for the proper hydrologic function of the San Miguel River system and river-dependent resource values (including aquatic and riparian plant and animal species). While there are no absolute or conditional water rights or impoundments within the segment, ditch diversions totaling 28 cfs and decreed storage rights totaling 203 acre-feet upstream of the segment and on tributaries diminish flow through the segment, primarily during irrigation season.

Conditional water rights for direct flow totaling 10 cfs and 6,043 acre-feet of storage rights occur upstream of the segment and on tributaries. If developed, these water rights would be senior to the instream flow water right.

BLM_0111877

The Norwood Water Commission has a conditional water right on the San Miguel River.

The Naturita Canal presently diverts water from Beaver Creek upstream of the segment. The diversion is presently limited to a portion (approximately 60%) of the full decree due to water conveyance limitations of the canal system. As the infrastructure is improved to increase the water carrying capacity of the canal, more of the decree will be diverted, further depleting flows through the segment (based upon personal communication with Colorado Division of Water Resources Water Commissioner Aaron Todd). This water right is senior to both the existing state instream flow and any federal water right associated with WSR designation. In the 2004 Statewide Water Supply Initiative, the CWCB identified upper Beaver Creek as a potential dam site to help supply future water needs in the San Miguel River Basin.

A streamflow regime that mimics the natural seasonal changes necessary for sustaining a healthy riparian vegetation community within the segment might only be achieved through WSR designation. The CWCB holds an instream flow water right along a portion of the segment decreed for 5 cfs (from May 1 to June 30) and 2.5 cfs (from July 1 to April 30), which is structured to protect the natural environment to a reasonable extent. The instream flow provides some protection to sustain the Vegetation ORV. A 2.7-mile portion of the segment from the upper terminus to the confluence with Goat Creek has no water right.

## LAND OWNERSHIP AND USES

Land ownership is primarily federal within an approximately one quarter-mile buffer of the creek. Approximately 13% of land in the San Miguel County portion of the corridor is private. Private lands on the east side of Beaver Creek are in the Forestry, Agriculture, and Open Zone District, which is intended to preserve large, relatively remote areas of the county for resource, agricultural, open space, and recreational proposes. These areas currently have minimal public facilities and services and are considered inappropriate for substantial development. Development and/or special uses are encouraged to be located away from environmentally sensitive land.

Private lands on the west side of the corridor are within the Wright's Mesa Zone District. The district is intended to preserve the rural and agricultural character of Wright's Mesa while encouraging compatible, diverse economic opportunities that complement the rural landscape. Wright's Mesa has a history of coexisting agricultural, ranching, residential, and small business uses that comprise its rural character. The district discourages sprawl patterns typically created by 35-acre lots by offering reasonable alternatives and incentives to cluster buildings, retain open lands, and keep large parcels intact.

The Beaver Creek corridor is closed to OHV use. If developed, a conditional water right on the San Miguel River could require an ROW along portions of Beaver Creek.

### ROWs
Numerous BLM ROW authorizations cross or run adjacent to the creek, including distribution and Western Area Power Administration (WAPA)/Tri-State transmission powerlines, a gas pipeline, a Colorado Department of Transportation (CDOT) highway, and a county road. These ROWs are primarily concentrated near the confluence of Beaver Creek with the San Miguel River.

BLM_0111878

### Energy and Mineral Resources

There are existing oil and gas leases within the segment. Active mining claims occur within the segment corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

Although compatible with WSR designation, neither the existing ACEC and Special Recreation Management Area designations, nor the state instream flow water right secure sufficient instream flow to sustain the Vegetation ORV.

Segment access is somewhat restricted by limited existing roads and trails. WSR designation would complement the BLM Colorado Public Land Health standard for riparian vegetation.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Vegetation ORV are not likely to increase much above current funding levels. Factors that assist in protecting the ORV include: remoteness of the segment, limited trail access, and the predominance of federal land managed as an ACEC for riparian protection. It is unlikely that additional facilities would be needed to enhance management.

### Alternative Protective Measures Considered

WSR designation would provide the highest level of protection for the Vegetation ORV by necessitating acquisition of a federal water right that produces a flow rate mimicking natural, seasonal variation. Several existing authorities and segment features provide a lesser level of ORV protection, including an ACEC designation that protects riparian values, an existing state-based instream flow water right, environmentally supportive San Miguel County land use codes, and a high percentage of federally managed land within the corridor.

BLM_0111879



**FIGURE 7 - (17) SALTADO CREEK**

BLM_0111880

**Draft Wild and Scenic River Suitability**

# 17 ~ SALTADO CREEK



## ~SUITABLE SEGMENT~

*Classification:* **Wild**
*ORV:* **Vegetation**
*Suitable Length:* **5.6 miles**
*BLM-Administered:* **4.1 miles**
*Key Considerations:*

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian community might only be achieved through designation.
- Saltado Creek provides value-added flow for the proper hydrologic function of the San Miguel River system and river-dependent resource values (including aquatic and riparian plant and animal species).
- San Miguel County and a local homeowners association have expressed support for WSR designation.
- The majority of the segment is comprised of contiguous BLM-administered land, allowing for efficient management if designated.
- There are no roads or water right diversions within the segment.

## SAN MIGUEL HYDROLOGIC UNIT

Saltado Creek was found to be *suitable* for WSR designation, with a classification of *Wild*. The finding will help to protect the area's primitive character and vulnerable plant community.

### Public Interest in Designation
There was strong public support for suitability, including from a local homeowners association and San Miguel County, with the protection of riparian vegetation and stream-related values most commonly cited as the bases for designation.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUE

#### Vegetation
This segment supports an occurrence of narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/ Picea pungens/Alnus incana ssp. tenuifolia)* along several miles of its length ranked as superior (A) by the CNHP. The BLM has designated an area that includes this segment as part of the San Miguel ACEC, primarily in order to protect this outstanding riparian community.

### WATER RIGHTS AND USES

A streamflow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community might only be achieved through federal designation. The CWCB holds an instream flow water right along the entire segment decreed for 2 cfs (from May 1 to June 30) and 1 cfs (from July 1 to April 30) and structured to protect the natural environment (including the Vegetation ORV) to a reasonable extent. Water yield through the segment contributes to the proper hydrologic function of the San Miguel River.

There are no water diversions or impoundments within the segment. Absolute water rights upstream of the segment include ditch diversions totaling 39 cfs and storage rights totaling 11.4 acre-feet. These water rights cause some depletion of streamflow through the segment, especially during the irrigation season.

BLM_0111881

Conditional water rights above the upper terminus include flow diversions totaling 5 cfs and storage rights totaling 15 acre-feet.  If developed, these water rights would have seniority over the existing instream flow and any water right established as part of WSR designation, and could further diminish flow through the segment.

## LAND OWNERSHIP AND USES

Approximately 18% of the corridor consists of private land within the Forestry, Agriculture, and Open Zone District of San Miguel County.  The district is intended to preserve large, relatively remote areas of the county for resource, agricultural, open space, and recreational proposes.  These areas currently have minimal public facilities and services and are considered inappropriate for substantial development.  Development and special uses are encouraged to be located outside of environmentally sensitive areas.

### Special Designations
The segment is within the San Miguel Special Recreation Management Area and ACEC.  The area is closed to OHV use.

### ROWs and Withdrawals
Numerous BLM ROW authorizations cross or briefly run adjacent to the creek, including distribution and telephone lines, a CDOT highway, two WAPA transmission lines, and the Tri-State Nucla-Sunshine 115 kV transmission project.

While portions of the segment are within an area identified as a Powersite Classification, the classification does not preclude WSR designation.  The federal government acquired public access easement across private lands adjacent to the creek in the southern upper reach of the segment.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment.  Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

The northern lower reach of the segment has contiguous public land and lack of development, while along the southern upper reach, land ownership is split.  WSR designation would be consistent with the BLM Colorado Public Land Health standard for riparian vegetation.

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed.  Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Administering and managing this segment for the Vegetation ORV would require a moderate increase in funding over current levels.  The segment is remote, has no developed access, and 82% of the corridor is federal land managed as an ACEC for riparian protection, factors that assist in protecting the ORV.

BLM_0111882

It is unlikely that additional facilities would be necessary as a result of WSR designation. If available for purchase from willing sellers, private land parcels within the corridor would have added value for ORV protection.

### Alternative Protective Measures Considered

WSR designation would provide the highest level of protection for the Vegetation ORV by necessitating acquisition of a federal water right that produces flow rates mimicking natural, seasonal variation. However, several existing authorities and segment features provide a lesser level of ORV protection, including: an ACEC designation intended to protect riparian values, an existing state-based instream flow water right, environmentally supportive San Miguel County land use codes, and a high percentage of federally managed land within the corridor.

BLM_0111883



**FIGURE 8 - (18) SAN MIGUEL RIVER, SEGMENT 1**

BLM_0111884

**Draft Wild and Scenic River Suitability**

## 18 ~ SAN MIGUEL RIVER, SEGMENT 1



### ~SUITABLE SEGMENT~

**Classification:** Recreational

**ORV:** Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology

**Suitable Length:** 27.2 miles

**BLM-Administered:** 17.3 miles

**Key Considerations:**

- The segment contains a wide array of ORVs.
- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community for this segment might only be achieved through WSR designation.
- Over 80% of land within the segment is public. Most of the segment is within San Miguel County, which has expressed support for WSR designation. A small portion of the segment is within Montrose County, which opposes designation.

### SAN MIGUEL HYDROLOGIC UNIT

San Miguel River, Segment 1 was found to be *suitable* for WSR designation, with a classification of *Recreational*. Suitability would allow for protection of the multitude of ORVs within the corridor. While concerns were raised regarding uranium and recreational placer mining within the segment, the RAC Subgroup believed that a *Recreational* classification would allow for the continuation of these activities.

### Public Interest in Designation

The segment received much support for and opposition to suitability, with supporters (including San Miguel County) citing the unparalleled scenery and natural and cultural features within the corridor and opponents (including the Montrose County Board of Commissioners) expressing concern over potential restrictions on historic uses.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

*Scenic*

An interdisciplinary BLM field inventory team evaluated and assigned this section of the San Miguel a *Scenic Quality Classification* of A. The river here is boulder-strewn, with a strong and constant gradient. The energetic, splashy flow is the keystone to the scenic quality of the reach. The color and contrast provided by steep canyon walls and interesting erosional patterns add to the visual appeal. Thick, diverse riparian vegetation provides additional scenic interest, changing in color and density throughout the growing season. From Deep Creek to Leopard Creek, stunning views of the San Juan mountain range enhance the landscape. A few modifications, including power lines and roads, are a minor detraction from the scenery.

*Recreational*

This entire segment of the San Miguel is within the San Miguel River Special Recreation Management Area and provides superior opportunities for river-related recreation. The river is easily accessed via paved highway and contains a number of high-quality BLM recreation

BLM_0111885

sites, including six developed boat launches, six picnic areas, a campground, and an interpretive center.  During snowmelt, whitewater rafters and kayakers are challenged by the swift currents and complex hydraulics of this boulder-strewn river.  Outside of the snowmelt season, the river provides excellent opportunities for trout fishing on complex pocket water.  Fishing enthusiasts may access the river via foot or raft.

The river's reputation for outstanding recreation, combined with the availability of commercial guide services, consistently draws visitors from around the world.  This section also offers exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway.  The byway is marketed to visitors both within and outside of Colorado by the Unaweep-Tabeguache Byway Committee and the Colorado Office of Tourism.

### Wildlife
Portions of the river corridor in this segment represent one of the finest protected Southwest Canyon Riparian Habitat sites in the United States.  The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of species, and primary migratory routes for nearly all songbirds throughout the western United States.  According to the National Audubon Society, more than 300 bird species have been observed in the San Miguel River corridor.

### Historic
Remnants of an old railroad grade follow along much of this section.  The Rio Grande Southern Railroad operated a fleet of seven unusual railcars along a narrow gauge track from the 1930s until service ended in 1952, at which point the line was decommissioned.  The rail line was known as the Galloping Goose.  Built from car, truck, and bus parts, the lightweight "motors" proved to be an economical method for transporting mail and passengers between Durango and Ridgway.

The remains of historic uranium ore processing loadout areas are also present along this stretch.  The site qualifies for nomination to the National Register of Historic Places under *Criterion A*.

### Vegetation
This reach supports occurrences of four riparian communities, river birch/mesic graminoid riparian shrubland *(Betula occidentalis/mesic graminoids)*, narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/Picea pungens/Alnus incana ssp. tenuifolia)*, narrowleaf cottonwood/thinleaf alder riparian woodland *(Populus angustifolia/Alnus incana ssp. tenuifolia)*, and thinleaf alder/mesic graminoid riparian shrubland *(Alnus incana ssp. tenuifolia/mesic graminoids)*, ranked as Superior (A) by the CNHP.  The reach falls within the Middle San Miguel Potential Conservation Area and the BLM has designated an area which includes this segment as part of the San Miguel ACEC, primarily to protect these outstanding riparian communities.

### Paleontology
For many miles, the canyon formed by the San Miguel River exposes chunks of the Morrison Formation, remnants of a one hundred million-year old river bed.  This Jurassic-age river meandered eastward from the ancestral Rocky Mountains into immense inland seas.  Many fossils, including rare fish, plants, and fragmentary dinosaur bones, can be found along this stretch.

BLM_0111886

*Draft Wild and Scenic River Suitability*

## WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the lower San Miguel River and Dolores River downstream.  The CWCB holds two instream flow water rights structured to protect the natural environment and sustain the ORVs to a reasonable extent.  Instream flow from Deep Creek to Fall Creek provides for a year-round flow of 20 cfs, while the flow from Fall Creek to the lower terminus calls for 93 cfs from May 1 to October 14 and 61 cfs for the remainder of the year.  Flow needed to support some recreational boating activities and riparian protection might only be secured through water rights associated with WSR designation.

Approximately six water diversions scattered along the segment are not prominent features in the corridor and do not detract from the natural character of the river.  Impoundments upstream of the segment include Trout Lake and Hope Lake on the Lake Fork tributary.  There are a few off-channel impoundments within the segment associated with Cascabel Ranch near the lower terminus.

According to a draft BLM San Miguel instream flow assessment, senior water rights on the mainstem of the San Miguel River between Horsefly Creek and Naturita Creek divert water downstream of the segment.  Much of this water demand is conveyed through the segment, but is limited primarily to the irrigation season.

Estimates from the Colorado HydroBase Decision Support System indicate that there are more than 160,000 acre-feet of conditional storage water rights on either the mainstem or tributaries within and upstream of the segment.  If developed, these rights could influence flow through the segment.

Much of the water needed to meet future demands would come from conservation practices and development of existing water rights, including some conditional water rights in the San Miguel Basin.  Most of these rights are senior to existing instream flow water rights or any instream flow created through WSR designation.  Dam sites identified on the mainstem may be very difficult to develop, given current construction costs and concerns over environmental impacts.

Any new water right or change to existing rights is limited by the instream flow water right.  Authorization for any new structures on BLM lands would contain conditions to ensure compliance with WSR Act.

## LAND OWNERSHIP AND USES

### Zoning

A portion of the segment within Montrose County is zoned as General Agriculture in the Montrose County Master Plan.  As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit.  Many of these uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

Portions of the corridor downstream of Beaver Creek and on the southwest side of the San Miguel River are within the Wright's Mesa Zone District in San Miguel County.  The district is intended to

BLM_0111887

preserve the rural and agricultural character of Wright's Mesa while encouraging diverse economic opportunities compatible with the rural landscape. Wright's Mesa has a history of coexisting agriculture, ranching, residential, and small business uses that comprise its rural character. The district discourages large-lot patterns of sprawl (typically created through 35-acre developments) by offering alternatives and incentives to cluster buildings, retain open lands, and keep large parcels intact.

The remaining portions of the corridor within San Miguel County are primarily in the Forestry, Agriculture, and Open Zone District. The district is intended to preserve large, relatively remote areas of the county for resource, agricultural, open space, and recreational purposes. These areas currently have minimal public facilities and services and are considered inappropriate for substantial development. Development and/or special uses are encouraged to be located away from environmentally sensitive land.

The incorporated town of Placerville is zoned into two districts: The Placerville Residential Zone District provides areas and design standards for single-family residences surrounding the Placerville Commercial Zone District. The Placerville Commercial Zone District provides standards for commercial establishments located on Front Street in Placerville and at the southwest corner of the intersection of State Highways 62 and 145 west of Placerville. The size of the district cannot be increased.

There are a few planned unit developments along the San Miguel River in the vicinity of the incorporated town of Sawpit. The allowed uses within the planned unit developments are primarily single family housing on large lots (with a minimum of 35 acres). Other uses, such as multi-family housing and neighborhood commercial development, are allowed upon approval from the Board of County Commissioners.

### ROWs and Withdrawals
ROWs within the segment include four power and nine telephone lines, gas pipelines, private access roads, county roads, a highway, an historic ditch, two WAPA 345-kilovolt power lines, the McKeever drift fence to the USFS boundary, and C-64335 river diversion weirs.

While portions of the segment are within an area identified by the Federal Energy Regulatory Commission as having potential for hydropower development, classification as a Power Site does not preclude WSR designation.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment. According to the State of Colorado Oil and Gas Commission electronic well records database, there is an abandoned oil and gas well within the corridor.

Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

### ADMINISTRATION

Several private land parcels are scattered throughout the corridor. A small portion of the segment is within Montrose County, which has adopted a resolution opposing WSR designation.

BLM_0111888

WSR designation would complement BLM Colorado Public Land Health standards for riparian vegetation and wildlife.

### Special Designations
Most of the segment is within a Special Recreation Management Area and an ACEC.

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

The costs for managing this segment for the Scenic, Recreational, Wildlife, Historic, Vegetation, and Paleontologic ORVs would be moderately higher than current funding levels. The segment is within an existing Special Recreation Management Area and an ACEC from Placerville downstream, both of which have resulted in additional funding and resource protection actions along the river corridor.

A state highway parallels most of this reach, providing for easy access and use of the river and riparian area.

The segment includes several scattered parcels of private land. The BLM would pursue land acquisition from willing sellers as funding and opportunities arose, which would add value toward management and protection of the ORVs.

### Alternative Protective Measures Considered
While WSR designation would provide the most comprehensive protection for the ORVs, several existing authorities and segment features provide some lesser level of ORV protection:

ACEC and Special Recreation Management Area designations emphasize management for riparian and recreation values.

An existing state-based instream flow water right in the San Miguel River helps to sustain the water-dependent ORVs.

Development objectives on private lands in most of the segment are within the San Miguel County Land Use Code, which promotes preserving large remote areas for resource, agricultural, open space, and recreational purposes.

A large portion of private land within the corridor is managed by The Nature Conservancy, which supports a finding of suitability.

In addition, conservation easements could be pursued on select private portions of the corridor, which would be value added in providing protection for the ORVs.

BLM_0111889