

**FIGURE 9 - (19) SAN MIGUEL RIVER, SEGMENT 2**

BLM_0111890

*Draft Wild and Scenic River Suitability*



## 19 ~ SAN MIGUEL RIVER, SEGMENT 2

### ~SUITABLE SEGMENT~

*Classification:* **Wild**

*ORVs:* **Scenic, Recreational, Wildlife, Vegetation**

*Suitable Length:* **4.0 miles**

*BLM-Administered:* **4.0 miles**

*Key Considerations:*

- The segment contains a wide array of ORVs.
- The segment is comprised entirely of public lands.
- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community for this segment might only be achieved through WSR designation.



### SAN MIGUEL HYDROLOGIC UNIT

San Miguel River, Segment 2 was found to be *suitable* for WSR designation, with a classification of *Wild*. The segment length was shortened to end at the Bennett property in order to protect landowner interests at Horsefly Creek, and the natural topography of the canyon rims will be used to delineate the corridor.

The RAC Subgroup considered overall land health within the segment to be of primary concern. While the impact of grazing on the Vegetation ORV is addressed to some extent through the current ACEC and Special Recreation Management Area designations, it was determined that WSR designation would provide longer-lasting protections.

### *Public Interest in Designation*
The segment received much support for and opposition to suitability, with supporters identifying the outstanding canyon setting and stream-related values within the corridor and opponents expressing concern over potential restrictions on historic and future uses of water and the corridor.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

### *Scenic*
An interdisciplinary BLM field inventory team evaluated the area and assigned a *Scenic Quality Classification of A*. The San Miguel River flows clear and is a dominant element in this section. Complex erosional patterns combine with a diverse riparian plant community to form a varied landscape in contrasting hues of green, red, yellow, orange, gray, tan, and blue. This section of river is boulder-strewn and has a consistent gradient. The constant, energetic, splashy flow creates visually pleasing hydraulic features that are rare in the region of comparison. Adjacent scenery contributes to the setting.

### *Recreational*
This section of the San Miguel River offers a rare and extraordinary opportunity for primitive river recreation, as the riparian surroundings transition from the Rocky Mountain physiographic region of the upper San Miguel to

BLM_0111891

the Colorado Plateau physiographic region of the lower San Miguel.  With no roads or developments, this section appears primitive and natural.  River recreation in this section includes rafting, kayaking and trout fishing, as part of long day or multi-day trips.  This and the adjacent downstream segment support the best population of self-sustaining trout in the San Miguel.  There are several primitive BLM campsites along the reach.  The entire reach lies within the San Miguel Special Recreation Management Area, used by private and commercial river runners and trout fishers.

### Wildlife
Portions of the river corridor in this segment represent one of the finest examples of protected Southwest Canyon Riparian Habitat in the United States.  The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of bird species and primary migratory routes for nearly all songbirds throughout the western United States.  According to the National Audubon Society, more than 300 bird species have been observed in the San Miguel River corridor.

### Vegetation
This segment supports five distinct and outstanding riparian communities.  These include four superior (A-ranked) occurrences of communities classified as globally vulnerable (G3) thinleaf alder/mesic graminoid riparian shrubland (*Alnus incana ssp. tenuifolia/mesic graminoids)*, narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/Picea pungens/Alnus incana ssp. tenuifolia)*, narrowleaf cottonwood/thinleaf alder riparian woodland *(Populus angustifolia/Alnus incana ssp. tenuifolia)*, and river birch/mesic graminoid riparian shrubland *(Betula occidentalis/mesic graminoids)*.  In addition, a superior (A-ranked) occurrence of blue spruce/red osier dogwood riparian forest *(Picea pungens/Cornus sericea)*, ranked as apparently secure (G4), occurs here as well.  The site is included within the CNHP-designated San Miguel River, Clay Creek to Horsefly Creek Potential Conservation Area.  The BLM has also designated an area that includes this segment as part of the San Miguel ACEC, primarily in order to protect these outstanding riparian communities.

## WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the lower San Miguel River and Dolores River downstream.

The CWCB holds an instream flow water right along the entire segment decreed for 93 cfs from May 1 to October 14 and 61 cfs the remainder of the year structured to protect the natural environment to a reasonable extent.  The instream flow provides some protection to sustain the ORVs.

There are no absolute or conditional water rights or impoundments within the segment.

If developed, conditional water rights upstream of the segment could influence flow through the segment.  Colorado Decision Support System HydroBase estimates indicate that there are more than 160,000 acre-feet of conditional storage water rights upstream of the segment, on either the mainstem or tributaries.

BLM_0111892

There are a few impoundments upstream of the segment, including Trout Lake and Hope Lake (on the Lake Fork tributary), and a few off-channel impoundments associated with Cascabel Ranch immediately upstream of the segment.

Any new water right or change to existing rights is limited by the instream flow water right. Authorization for any new structures on BLM lands would contain conditions to ensure compliance with WSR Act.

Senior rights on the mainstem of the San Miguel River divert water in the reach between Horsefly Creek and Naturita Creek downstream of this segment (based upon San Miguel legal and institutional analysis).  Much of the water demanded by these diversions is conveyed through the segment, primarily limited to the irrigation season.

Much of the water needed to meet future demand in the San Miguel River Basin would come from conservation practices and development of existing water rights, including some of the existing conditional water rights in the San Miguel Basin.  Most of these rights are senior to both the existing instream flow water rights and any instream flow created through WSR designation.

According to San Miguel legal and institutional analysis, potential dam sites on the San Miguel River (downstream of Leopard Creek near the confluence with Beaver Creek and above Horsefly Creek) and major tributaries (including Horsefly Creek and Maverick Draw) identified in the 2004 Statewide Water Supply Initiative are unlikely to be developed, given current costs and concern over environmental impacts.  Saltado Reservoir (with a conditional fill and refill right totaling over 140,000 acre-feet on the San Miguel River downstream of Specie Creek) is included in this assessment.

## LAND OWNERSHIP AND USES

Approximately 1.7% of the corridor consists of private land zoned as General Agriculture in the Montrose County Master Plan.  As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a fee or special use permit.  Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

### Special Designations
The segment is within an ACEC, as well as a Special Recreation Management Area.  WSR designation is compatible with these existing designations.

### Withdrawals
While portions of the segment are within an area classified as having potential for Waterpower and

### Energy and Mineral Resources
There are existing oil and gas leases within the segment.  Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

BLM_0111893

## ADMINISTRATION

River flow needed to support some recreational boating activities and provide adequate protection for the riparian vegetation might only be secured through water rights associated with WSR designation.  Designation would complement BLM Colorado Public Land Health standards for riparian vegetation and wildlife.  There is no road access within the segment.

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed.  Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Estimated costs for administering and managing this segment for the Scenic, Recreational, Wildlife, and riparian Vegetation ORVs would be slightly higher than current funding levels.  The river corridor is remote, has limited trail access, and is entirely comprised of federal land, most of which is managed as both an ACEC (for riparian protection) and a Special Recreation Management Area. These designations provide some additional funding necessary for managing and protecting the ORVs.

### Alternative Protective Measures Considered
The segment is within an ACEC, as well as a Special Recreation Management Area.

Current instream flow water rights held by the CWCB provide some protection for flows necessary to support the ORVs.

The area is identified in the Colorado Citizens Wilderness Proposal and the Colorado *Wilderness Act* of 2009 (H.R. 4289) introduced by Congresswoman Diana DeGette.  WSR designation would be compatible with wilderness designation and wilderness characteristics.

BLM_0111894

**Draft Wild and Scenic River Suitability**



FIGURE 10 - (20) SAN MIGUEL RIVER, SEGMENT 3

BLM_0111895

San Miguel River, Segment 3 was found to be *suitable* for WSR designation, with a classification of *Recreational*. Based on a recommendation by the RAC Subgroup, the eligibility classification was changed (from *Scenic*) due to the presence of the CC Ditch, two BLM campgrounds, and many mining claims along this stretch, as well as a dirt road running parallel to the river. In addition, the segment is popular for recreational gold mining. The Bennett property, as well as private land at the lower end of the segment, was excluded from the suitability recommendation.

### Public Interest in Designation

The segment received much support for and opposition to suitability, with supporters identifying the outstanding setting and stream-related values within the corridor and opponents expressing concern over potential restrictions on historic and future uses of water and the corridor.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Recreational

This San Miguel River segment offers a rare and extraordinary opportunity for primitive river recreation, as the riparian surroundings transition from the Rocky Mountain physiographic region of the upper San Miguel to the Colorado Plateau physiographic region of the lower San Miguel. River recreation in this section includes rafting, kayaking and trout fishing, as part of long day or multi-day trips.

With few developments and one minor dirt road not visible from the river, this section appears mostly primitive and natural. Several primitive BLM campsites dot the shoreline, and two developed campgrounds with boat ramps, toilets and picnic facilities are located along the lower third of the reach. Exceptionally good "play waves" form in the Ledges area during spring runoff and are sought by kayakers, who consider them to be some of the best natural features of their kind in the state.

This and the adjacent upstream segment support the San Miguel's best population of self-sustaining trout. The

---

## 20 ~ SAN MIGUEL RIVER, SEGMENT 3



### ~SUITABLE SEGMENT~

*Classification:* **Recreational**

*ORVs:* **Recreational, Fish, Wildlife, Vegetation**

*Suitable Length:* **4.5 miles**

*BLM-Administered:* **4.5 miles**

*Key Considerations:*

- The segment contains a wide array of ORVs.

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community within the segment might only be achieved through WSR designation.

- Sufficient flow for certain recreational boating activities might only be secured with water rights acquired through WSR designation.



**SAN MIGUEL HYDROLOGIC UNIT**

entire reach lies within the San Miguel Special Recreation Management Area, used by private and commercial river runners and trout fishers.

### Fish

This segment harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*.

### Wildlife

Portions of the river corridor in this segment represent one of the finest areas of protected Southwest Canyon Riparian Habitat in the United States. The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of bird species and primary migratory routes for nearly all songbirds throughout the western United States. More than 300 bird species have been observed in the San Miguel River corridor. The expanding Black Phoebe *(Sayornis nigricans)* population has been moving up the San Miguel River, as evidenced by a nest found at the Highway 90 Bridge at Piñon (National Audubon Society 2010).

### Vegetation

This reach supports a superior (A-ranked) occurrence of sandbar willow *(Salix exigua/mesic graminoids)* riparian shrubland, ranked as secure globally (G5). The segment is included in the San Miguel River at Cottonwood Creek Potential Conservation Area.

## WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the lower San Miguel River and Dolores River downstream. There is no instream flow water right on the segment, so changes or enlargements to existing water rights or new water rights on private property could further diminish flow.

Four absolute water rights within the segment divert up to 153 cfs for irrigation and municipal use. An instream flow right associated with WSR designation could limit the ability to change points of diversion on existing water rights.

The Highline Canal diversion (decreed for 145 cfs) is located downstream of the upper terminus and parallels the San Miguel River for most of the segment. The canal is senior to most other water rights and is primarily used for crop irrigation downstream in late summer, when irrigation demand is high and snowmelt has diminished.

While there are no existing impoundments within the segment, Trout Lake and Hope Lake impound water upstream on the Lake Fork tributary. In addition, there are a few off-channel impoundments associated with Cascabel Ranch.

Colorado Decision Support System HydroBase estimates indicate that there are more than 204,000 acre-feet of conditional water storage rights upstream of the segment, on both the mainstem and tributaries. Much of the water needed to meet future demand is likely to come from conservation practices and development of existing water rights, including conditional rights in the San Miguel

BLM_0111897

Basin.  Most of these rights would be senior to any instream flow created through WSR designation.

Given current construction costs and concerns over environmental impacts, dam sites identified on the mainstem may be difficult to develop.  One such site is the Saltado Reservoir on the San Miguel River downstream of Specie Creek, with a conditional water right for fill and refill totaling over 140,000 acre-feet.

## LAND OWNERSHIP AND USES

This 4.5-mile stretch of the San Miguel River consists entirely of BLM-administered land.

### Special Designations
WSR designation would be consistent with the existing Special Recreation Management Area designation.

### ROWs and Withdrawals
Transco and Rocky Mountain Natural Gas pipelines, two Tri-State transmission lines, and one distribution powerline cross the segment.  The Highline Canal, telephone lines, and a county road parallel the segment.  There is a private access road one-quarter to one-half mile to the west and a water pipeline within one-quarter mile to the north.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources the Powersite Classification does not preclude WSR designations.

### Energy and Mineral Leasing
According to a State of Colorado Oil and Gas Commission electronic well records database, there are existing oil and gas leases within the segment, as well as two abandoned oil and gas wells.  Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

A streamflow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community for this segment might only be achieved through WSR designation.  Designation would complement BLM Colorado Public Land Health Standards for riparian vegetation, special status species, and wildlife.

River flow needed to support certain recreational boating activities might only be secured through water rights associated with WSR designation.

This segment of the San Miguel supports habitat for native warm water fish, making WSR designation consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.  Depletion of flow by the Highline Canal might inhibit the ability to sustain the Fish ORV, as well as the Vegetation ORV.

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed.  Formal WSR designation would require additional funding for

BLM_0111898

signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs associated with administering and managing this segment for the Recreational, Fish, Wildlife, and Vegetation ORVs are estimated to be moderately higher than current funding levels.  The segment is managed as a Special Recreation Management Area, which has provided some funding for facilities and maintenance to protect the ORVs.

With easy access to the river corridor provided by a county road running parallel to the river, visitor use could increase if designated and additional funding for facilities would likely be needed.  If purchased from willing sellers, private land parcels within the corridor would have added value for ORV protection.

*Alternative Protective Measures Considered*
While WSR designation would provide the most comprehensive protection for the ORVs, existing authorities provide some level of protection, including the Special Recreation Management Area designation, which emphasizes management for riparian and recreation values.  Conservation easements for select private portions of the corridor could be pursued, potentially increasing protection for ORVs.  Appropriation of a state-based instream flow water right through the segment would also help to sustain the ORVs.

BLM_0111899



FIGURE 11 - (21) SAN MIGUEL RIVER, SEGMENT 5

BLM_0111900

**Draft Wild and Scenic River Suitability**

## 21 ~ SAN MIGUEL RIVER, SEGMENT 5



### ~SUITABLE SEGMENT~

**Classification:** Recreational

**ORVs:** Recreational, Fish, Historic, Vegetation

**Suitable Length:** 7.5 miles

**BLM-Administered:** 1.3 miles

**Key Considerations:**

- Water yield contributes significantly to the proper hydrologic function of the Lower Dolores River downstream.

- A stream flow regime that mimics the natural seasonal changes necessary for sustaining a healthy riparian vegetation community might only be attainable through WSR designation.

- The Nature Conservancy is the principal landowner and has expressed strong support for WSR designation of the segment.

- The CWCB has declared its intent to appropriate a state instream flow for the lower San Miguel River.

**SAN MIGUEL HYDROLOGIC UNIT**

San Miguel River, Segment 5 was found to be *suitable* for WSR designation, with a classification of *Recreational*. Based on recommendations by the RAC Subgroup, the segment was reduced from its eligible length to begin downstream from the Richards property, run the length of The Nature Conservancy property, and terminate at the confluence with Tabeguache Creek. In addition, the boundaries of the protective corridor were delineated to extend rim to rim, using existing developments and natural barriers.

### Public Interest in Designation

The segment received much support for and opposition to suitability, with supporters highlighting the important river-related values within the corridor and opponents expressing concern over potential restrictions on access and historic and future uses of water and the corridor.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

### Recreational

This section of the San Miguel River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, out of state, and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism. This section of the byway focuses on the San Miguel River and its associated historic sites and surrounding landscape.

### Fish

This segment supports exemplary populations of three BLM and Colorado sensitive species: flannelmouth sucker (*Catostomus latipinnis*), bluehead sucker (*Catostomus discobolus*), and roundtail chub (*Gila robusta*). This segment contains an intact native fishery and is regionally one of the best examples of a remnant native fishery. In addition, this segment was historically occupied by Colorado pikeminnow (*Ptychocheilus lucius*), a federally endangered species.

BLM_0111901

### Historic

This stretch of river marks the beginning of the historic Hanging Flume, one of the premier 19th century engineering accomplishments in the west. The thirteen-mile flume was constructed above the Dolores and San Miguel rivers over a three-year period in the late 1800s to supply water to a hydraulic placer gold mining operation. The structure was added to the National Register of Historic Places in 1980, and was listed as one of Colorado's Most Endangered Places in 1999. In addition, the flume is listed on the Colorado State Register of Historic Properties, the World Heritage Fund list of most endangered places and the 2006 World Monument Fund Watch List of 100 Most Endangered Sites.

### Vegetation

The segment lies within the San Miguel River at Tabeguache Creek Potential Conservation Area and supports New Mexico privet riparian shrubland *(Forestiera pubescens)*, Fremont cottonwood/skunkbush sumac riparian woodland *(Populus deltoides ssp. wislizeni/Rhus trilobata),* and skunkbush sumac riparian shrubland *(Rhus trilobata),* all ranked as globally imperiled (G2).

## WATER RIGHTS AND USES

Water yield through San Miguel River, Segment 5 contributes to the proper hydrologic function of the Lower Dolores River. In January 2011, the CWCB announced its intention to appropriate an instream flow for the lower San Miguel River (from the confluence of Calamity Draw to the confluence with the Dolores River) of 325 cfs (from April 15 to June 14), 170 cfs (from June 15 to July 31), 115 cfs (from August 1 to August 31), 80 cfs (from September 1 to February 28), and 115 cfs (from March 1 to April 14) structured to benefit the propagation of three native warm water fish species. The appropriation was upheld at a hearing on September 13, 2011.

While no existing impoundments occur within the segment, there are a few small impoundments upstream (including Trout Lake and Hope Lake on the Lake Fork tributary), and a few off-channel impoundments associated with Cascabel Ranch.

The segment contains approximately six water diversions, at least two (San Miguel Power Company Canal and Johnson Ditch) of which were owned by Umetco Minerals Corporation and donated to the CWCB for other than decreed uses. Decision on the fate of these water rights is pending, but potential future uses include conveying a portion to Montrose County or local governments within the San Miguel Basin, and donating a portion to an instream flow right in the lower San Miguel River. Future use of these rights could result in changes to existing points of diversion.

According to Colorado Decision Support System HydroBase estimates, there are over 349,000 acre-feet of conditional storage water rights upstream of the segment, on either the mainstem or tributaries of the San Miguel River. If developed, these water rights would be senior to any instream flow or federal water right and could further diminish flow.

Much of the water needed to meet future regional demand would be derived through conservation practices and development of existing water rights, including conditional water rights in the San Miguel Basin. Most of these conditional water rights are senior to both existing instream flow water rights and any instream flow created through WSR designation.

BLM_0111902

The 2004 Statewide Water Supply Initiative identified future potential dam sites on the San Miguel River (downstream of Leopard Creek near the confluence with Beaver Creek and above Horsefly Creek) and major tributaries, including Horsefly Creek and Maverick Draw.  According to a draft BLM San Miguel Instream Flow Assessment, dam sites identified on the mainstem are unlikely to be developed, given current costs and concerns with environmental impacts.  The assessment included Saltado Reservoir on the San Miguel River downstream of Specie Creek, with a fill and refill right totaling over 140,000 acre-feet.

An instream flow or federal water right associated with WSR designation could restrict new water rights or changes to existing water rights.

### Land Ownership and Uses

#### ROWs and Withdrawals

ROWs within the corridor include Colorado State Highway 141, several county roads, telephone and power lines, an historic irrigation ditch, and a water pipeline.

A bat maternity roost withdrawal is located in an abandoned uranium mine along the river.

While portions of this segment are within an area classified as having Waterpower and Reservoir Resources the Powersite Classification does not preclude WSR designation.

#### Energy and Mineral Resources

There are existing oil and gas leases within the segment.  Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

### Administration

WSR designation would complement the public land health standard for riparian vegetation and special status species.  This segment supports habitat for native warm water fishes, and designation would be consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

The Nature Conservancy is the principal landowner within the corridor and supports WSR designation and working with the BLM to manage the segment ORVs.

#### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed.  Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

The segment is paralleled by State Highway 141, part of the Unaweep-Tabeguache Scenic and Historic Byway.  The highway provides easy access to the river corridor, and if designated, visitor use along the byway could be expected to increase somewhat.

BLM_0111903

### Alternative Protective Measures Considered

While WSR designation would provide the most comprehensive protection for the ORVs, The Nature Conservancy ownership affords protections.  If confirmed by the water court, an instream flow water right appropriated by the CWCB in September 2011 would help sustain the Fish and Vegetation ORVs.

BLM_0111904

**Draft Wild and Scenic River Suitability**



**FIGURE 12 - (22) SAN MIGUEL RIVER, SEGMENT 6**

BLM_0111905

San Miguel River, Segment 6 was found to be *suitable* for WSR designation, with a classification of *Recreational*. Based on a recommendation from the RAC Subgroup, the segment was redelineated to begin downstream of Umetco Minerals Corporation property and terminate at the confluence with the Dolores River.

### Public Interest in Designation

The segment received substantial support for and opposition to suitability, with supporters highlighting protection of the riparian ecosystem and river-related values within the corridor and opponents expressing concern over potential restrictions on historic and future uses of water and the corridor.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Recreational

This section of the San Miguel River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, as well as out of state and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism. This section of the byway focuses on the river and surrounding landscape, as well as associated historic sites.

#### Fish

This river segment contains exemplary populations of Bluehead sucker *(Catostomus discobolus)*, flannelmouth sucker *(Catostomus latipinnis)*, and roundtail chub *(Gila robusta)*, all BLM and Colorado sensitive warm water fish species. The species are regionally important within the reach due to population numbers and the lack of non-native fish. In addition, the reach was historically occupied by the Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

#### Historic

One of the premier engineering accomplishments of the 19th century in the west, remnants of the historic Hanging Flume dot the canyon walls along this stretch of the San Miguel. The thirteen-mile flume was built in the late

## 22 ~ SAN MIGUEL RIVER, SEGMENT 6



### ~SUITABLE SEGMENT~

**Classification:** Recreational

**ORVs:** Recreational, Fish, Historic, Vegetation

**Suitable Length:** 2.1 miles

**BLM-Administered:** 2.1 miles

**Key Considerations:**

- A stream flow regime that mimics the natural seasonal changes necessary for sustaining a healthy riparian vegetation community might only be attainable through WSR designation.

- Water yield contributes significantly to the proper hydrologic function of the Lower Dolores River downstream.

- The CWCB has declared its intent to appropriate a state instream flow for the lower San Miguel River.



**SAN MIGUEL HYDROLOGIC UNIT**

1800s to supply water to a hydraulic placer gold mining operation on the Dolores River near Roc Creek. The structure was added to the National Register of Historic Places in 1980, and was listed as one of Colorado's Most Endangered Places in 1999. In addition, the flume is listed on the Colorado State Register of Historic Properties, the World Heritage Fund's list of most endangered places and the 2006 World Monument Fund Watch List of 100 Most Endangered Sites.

Historic uranium mining buildings and shafts can also be found along this stretch, many of which have been evaluated and found to be eligible for nomination to the National Register of Historic Places under *Criterion A*.

### Vegetation
This riparian zone contains New Mexico privet riparian shrubland *(Forestiera pubescens)*, which is currently ranked as globally imperiled (G2). The reach is included within the Uravan West Potential Conservation Area and is considered by CNHP to have outstanding significance.

## WATER RIGHTS AND USES

Water yield through San Miguel, Segment 6 contributes to the proper hydrologic function of the Lower Dolores River.

In January 2011, the CWCB announced its intention to appropriate an instream flow for the lower San Miguel River (from the confluence of Calamity Draw to the confluence with the Dolores River) of 325 cfs (from April 15 to June 14), 170 cfs (from June 15 to July 31), 115 cfs (from August 1 to August 31), 80 cfs (from September 1 to February 28), and 115 cfs (from March 1 to April 14) structured to benefit the propagation of three native warm water fish species. The appropriation was upheld at a hearing on September 13, 2011.

While there are no existing impoundments within the segment, there are a few small impoundments upstream (including Trout Lake and Hope Lake on the Lake Fork tributary) and a few off-channel impoundments associated with Cascabel Ranch.

There are a few small impoundments upstream of the segment (including Trout Lake and Hope Lake) located on the Lake Fork tributary.

According to Colorado Decision Support System HydroBase estimates, there are more than 349,000 acre-feet of conditional storage water rights upstream of the segment, on either the mainstem or tributaries of the San Miguel River. If developed, these water rights would be senior to any instream flow or federal water right on this segment and could further diminish flow through this reach.

Much of the water needed to meet future demand would come from conservation practices and development of existing water rights, including some of the existing conditional water rights in the San Miguel Basin. Most of these conditional water rights are senior to both existing instream flow water rights and any instream flow created through WSR designation.

2004 Statewide Water Supply Initiative identified future potential dam sites on the San Miguel River (downstream of Leopard Creek near the confluence with Beaver Creek, and above Horsefly Creek) and major tributaries, including Horsefly Creek and Maverick Draw. Given current construction

BLM_0111907

costs and concerns over environmental impacts, dam sites identified on the mainstem may be difficult to develop. This assessment includes Saltado Reservoir on the San Miguel River downstream of Specie Creek, with a conditional water right totaling over 140,000 acre-feet.

An instream flow or federal water right associated with WSR designation could restrict new water rights or changes to existing water rights.

## LAND OWNERSHIP AND USES

### ROW and Withdrawals

ROWs within the corridor include Colorado State Highway 141, several county roads, telephone and powerlines, and an historic irrigation ditch and water pipeline.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources, the Powersite Classification does not preclude WSR designation.

### Energy and Mineral Resources

There are existing oil and gas leases within the segment. Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

WSR designation for this segment complements BLM Colorado Public Land Health standards for riparian vegetation and, by supporting habitat for native warm water fishes, is consistent with the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs associated with administering and managing this segment for the Recreational, Fish, Historic, and Vegetation ORVs would be moderately to much higher than current funding levels. With easy access to the river corridor provided by the paralleling county road, visitor use would be expected to increase if designated. As a result, additional funding for facilities would likely be needed.

A county road currently infringes on the stream channel and riparian zone along portions of this reach. With future county plans to possibly widen the road, costly measures would be necessary to avoid additional impacts to the river corridor. If purchased from willing sellers, private lands in the upper reaches of the segment would add value for ORV protection.

### Alternative Protective Measures Considered

While WSR designation would provide the most comprehensive protection for the ORVs, conservation easements on select private portions of the corridor would offer added value toward

BLM_0111908

**Draft Wild and Scenic River Suitability**

protecting the ORVs.  If confirmed by the water court, an instream flow water right appropriated by the CWCB in September 2011 would help sustain the Recreation, Fish, and Vegetation ORVs.

BLM_0111909



**FIGURE 13 - (23) TABEGUACHE CREEK, SEGMENT 1**

BLM_0111910

**Draft Wild and Scenic River Suitability**

## 23 ~ TABEGUACHE CREEK, SEGMENT 1



### ~SUITABLE SEGMENT~

*Classification:* **Wild**

*ORV:* **Vegetation**

*Suitable Length:* **3.4 miles**

*BLM-Administered:* **3.4 miles**

*Key Considerations:*

- Existing designation as a Special Management Area offers significant protection to sustain the Vegetation ORV.
- Limited water development in the upper Tabeguache Basin results in a flow regime that mimics natural conditions.
- A contiguous 3.7-mile upstream portion of Tabeguache Creek managed by the USFS is identified as eligible in the Proposed Land Management Plan for the Grand Mesa, Uncompahgre, and Gunnison National Forests (2007), based upon Scenic and Cultural ORVs.



**SAN MIGUEL HYDROLOGIC UNIT**

Tabeguache Creek, Segment 1 was found to be suitable for WSR designation, with a classification of *Wild*. Based on the recommendation of the RAC Subgroup, the segment was redelineated to begin at the USFS boundary and end one-quarter mile from private property. The classification complements existing protections in the area, including designation as a specially managed "area," and provides the BLM with an effective tool for managing the segment in support of the Vegetation ORV.

### Public Interest in Designation

The segment received balanced support for and opposition to suitability, with supporters highlighting protection of the wild and natural values within the corridor and opponents expressing concern over impacts to private property and potential restrictions to use.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUE

#### Vegetation

This segment contains a superior (A-ranked) occurrence of narrowleaf cottonwood/skunkbush sumac riparian woodland *(Populus angustifolia/Rhus trilobata)*, classified as vulnerable globally (G3). There is also a superior (A-ranked) occurrence of common sandbar willow/barren riparian shrubland *(Salix exigua/barren)*. The entire segment lies within the CNHP-designated San Miguel River at Tabeguache Creek Potential Conservation Area.

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of lower Tabeguache Creek and the lower San Miguel River downstream. An instream flow water right appropriation has been finalized for the segment. The instream flow would provide some protection to sustain the Vegetation ORV.

An irrigation diversion known as Skees Ditch was decreed for 1.92 cfs in 1939 by the State of Colorado, but no records are available indicating if and when it was constructed. A field assessment conducted by BLM personnel in May 2009 found no physical sign of a

BLM_0111911

diversion or ditch. Although the Skees Ditch has not been developed, it is considered an absolute water right by Colorado and would be senior to both the pending state instream flow and any federal instream flow resulting from WSR designation.

Glencoe Ditch in the Tabeguache headwaters is presently decreed to divert up to 17 cfs, and would have seniority over any instream or federal water right established as part of WSR designation. Changing the diversion point on an existing water right within the segment could be limited in the future by any instream flow right associated with WSR designation.

There are no impoundments or conditional water rights within the segment. Diversions totaling 22.18 cfs are decreed upstream of this segment. Conditional water rights upstream of the segment include 2.0 cfs for diversion and 30 acre-feet for storage.

## LAND OWNERSHIP AND USES

A contiguous 3.7-mile upstream portion of Tabeguache Creek managed by the USFS is identified as eligible in the Proposed Land Management Plan for the Grand Mesa, Uncompahgre, and Gunnison National Forests (2007), based upon Scenic and Cultural ORVs.

### Special Designations
This segment and the contiguous USFS segment are within the Tabeguache Area, an area withdrawn by Congress and managed to protect wilderness values. Due to the designation, the only foreseeable actions within the segment are likely to be BLM-proposed projects. Access is limited to non-mechanized and non-motorized use.

## ADMINISTRATION

The source water area upstream of this segment is primarily managed by the USFS. Existing authorities provide adequate management capability to protect the streamflow and sustain the ORV.

WSR designation would be consistent with policies and authorities afforded by designation as a Special Management Area and would complement the BLM Colorado Public Land Health standard for riparian vegetation.

Tabeguache Creek contributes flow to the Lower San Miguel and Dolores Rivers, supporting habitat for native warm water fish. WSR designation would be consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub (Gila robusta), Bluehead Sucker (Catostomus discobolus), and Flannelmouth Sucker (Catostomus latipinnis).

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

BLM_0111912

**Draft Wild and Scenic River Suitability**

Administrative costs associated with managing this segment for the Vegetation ORV would not likely increase much above current levels.  The segment is remote, has limited access along undeveloped trails, and the riparian zone is completely under federal management, factors that assist in protecting the ORV.  Additional facilities would not be needed if designated.  A small amount of additional funding would be needed for signage, public education, ranger patrolling, and maintenance.

### *Alternative Protective Measures Considered*

The existing Tabeguache Area congressional designation and a state-based instream flow water right provide  protection to sustain the Vegetation ORV.  In addition, the watershed upstream of this segment is dominated by USFS lands also within the congressionally designated Area and having a state-based instream flow water right, both of which would aid in future management, administration, and preservation of the area.

BLM_0111913



**FIGURE 14 - (25) LOWER DOLORES RIVER**

BLM_0111914

## 25 ~ LOWER DOLORES RIVER



### ~SUITABLE SEGMENT~

**Classification:** Scenic

**ORVs:** Scenic, Recreational, Geologic, Fish, Wildlife

**Suitable Length:** 4.2 miles

**BLM-Administered:** 4.2 miles

**Key Considerations:**

- Flow through the segment is significantly diminished by the operation of McPhee Dam upstream.

- The segment contains a wide array of ORVs.

- The remaining suitable portion of the segment consists of BLM-administered public land with exceptional redrock canyon scenery.



### LOWER DOLORES HYDROLOGIC UNIT

The Lower Dolores River segment was found to be *suitable* for WSR designation, with a classification of *Scenic*. Based on recommendations of the RAC Subgroup, the segment was shortened from its eligible length to end at and exclude the private Weimer property. In addition, the corridor boundary was modified to protect mining claims and delineated on the east side by the highway and on the west side by natural topographic features such as the canyon rim.

### Public Interest in Designation

The segment received support for and moderate opposition to suitability, with supporters identifying the outstanding scenery and wild and natural setting and opponents (including the Montrose County Board of Commissioners) expressing concern over potential restrictions on historic and future uses of water and the corridor.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Scenic

An interdisciplinary BLM field inventory team evaluated the area and assigned a *Scenic Quality Classification of A*. The following observations were derived from their field notes: A highly varied landscape marked by prominent cliffs, strong vertical relief and interesting erosional patterns, make the Dolores River a visually remarkable area. Exceptional views of adjacent scenery complete the stunning scene. The colors in the area, consisting of greens, yellows, oranges, tans, reds, browns and grays, are rich and varied. Cultural modifications consist of power lines, a recreation site, and Colorado Highway 141 that do not detract greatly from the scenery.

From the mouth of the San Miguel River downstream to the confluence with Red Canyon, the river meanders through a narrow canyon bounded by sheer red rock walls. The scenic value created by the river flowing within the canyon is rare in the region of comparison. The section downstream from the confluence with Red

BLM_0111915

Canyon opens to broken ledges and slopes, and does not merit the same outstandingly remarkable scenic quality.

### Recreational

This section of the Dolores River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway.  The byway is marketed to visitors from within Colorado, out of state, and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism.  This section of the byway focuses on the Dolores River and its associated historic sites and surrounding landscape.  The river provides extraordinary opportunities for rafting, kayaking and canoeing in a spectacular redrock canyon.  With only a handful of comparable opportunities spread across the entire Colorado Plateau, this is an outstanding section of water.

### Geologic

The Dolores River has a well-defined entrenched meander channel pattern through this area, with exposures of Triassic-age Chinle, Wingate, and Kayenta formations.  The river has been superimposed upon the Colorado Plateau geology as the region has undergone uplifting.  Initially the river established a meandering pattern and as the area rose, the river cut down in this channel until the pattern became well entrenched.  Now the river cannot easily cut across the meander bends to create oxbow lakes, as many unentrenched rivers do.  Over time, as the river downcuts, it exposes underlying rock formations, usually in the form of resistant redrock sandstone cliffs.  The Chinle, Wingate, and Kayenta formations all exhibit this cliff-forming erosional characteristic.

### Fish

This segment harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*.  In addition, this segment was historically occupied by Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

### Wildlife

This river segment provides exceptionally high quality habitat for peregrine falcons (Falco peregrinus), and is considered a regionally important area for this rare BLM sensitive species.  In 1999, the peregrine was delisted from threatened status under the Endangered Species Act.  The BLM monitors the status of peregrine populations to ensure their continued recovery.  Peregrine falcons are closely associated with steep-walled canyons and often nest near perennial water sources that support prey populations such as waterfowl, songbirds, and shorebirds.  Peregrine pairs were observed along this segment as recently as 2008 and 2009, and breeding/nesting activity has been confirmed along this segment.  Several established peregrine territories also occur in the vicinity.

## WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the Lower Dolores River downstream (within the Grand Junction Field Office).  There is no instream flow water right protection on the segment.  An instream flow right associated with WSR designation could restrict the ability to change points of diversion on existing water rights within the segment.

BLM_0111916

There are no conditional water rights or impoundments within the segment.  Two small diversions along the lower reaches of the segment do not detract from the natural character of the river.

Flow through the segment is greatly diminished by the operation of the McPhee Dam upstream.  A large portion of natural water yield entering the reservoir is transferred out of the basin, primarily for agricultural uses.  Water rights associated with the McPhee Reservoir are senior to the instream flow water right on the downstream reach.

Most future water demand will be met through conservation practices and development of existing water rights.  According to the 2004 Statewide Water Supply Initiative, between 400,000 and 500,000 acre-feet of conditional storage water rights upstream throughout the San Miguel and Upper Dolores basins predate any future state or federal instream flow right.  As rights are perfected to meet future water demand, flows through the segment could be diminished.  Additional water developments for uses such as irrigation are likely to increase along with the growing population.

The 2004 Statewide Water Supply Initiative identified reservoir sites on Beaver Creek and Plateau Creek flowing into the McPhee Reservoir that could be operated to increase flows in the Dolores River below the McPhee Reservoir.  Beaver Creek and Plateau Creek reservoir sites are a high priority for the Southwest Basins Roundtable of Colorado Interbasin Compact Committee.

## LAND OWNERSHIP AND USES

### ROWs and Withdrawals
ROWs within the segment include telephone lines, powerlines, a highway, county roads, private access roads, and a gravel pit.

While public lands adjacent to the river are withdrawn to the Department of Energy as a potential Power Site, the Powersite classification does not preclude WSR designation.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment.  Active mining claims occur within the corridor and have prior existing right to mineral deposits.

## ADMINISTRATION

Because of limited unappropriated water, it is unlikely that the high flows needed to sustain recreational activities could be secured through WSR designation.

Managing this segment to sustain native warm water fish is consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub (Gila robusta), Bluehead Sucker (Catostomus discobolus), and Flannelmouth Sucker (Catostomus latipinnis).

WSR designation would complement BLM Colorado Public Land Health standards for special status species and wildlife.

The BLM Grand Junction Field Office has identified the Dolores River segments within its jurisdiction as eligible, but will not make any decisions regarding suitability until its draft resource management plan is published.

BLM_0111917

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

The costs for administering and managing this segment for the Scenic, Recreational, Geologic, Fish, and Wildlife ORVs would be substantially higher than current funding levels. The lower portion of this segment is paralleled by State Highway 141, providing diffuse access points to this portion of the river corridor. If designated, the potential increase in visitor use, especially in the lower portion of the corridor, would require additional funding for facilities, public education, signage, additional weed control, and ranger patrolling. Visitor use in the upper portion of the segment would be limited to mostly river-based recreation activities which would require a small amount of additional funding for maintenance and primitive camp and day use site development.

If purchased from willing sellers, private land parcels within the corridor would have added value for ORV protection.

### Alternative Protective Measures Considered

Warm water fish would receive protection by acquiring a state-based instream flow water right for this segment.

The Visual Resource Management classification of the segment could be upgraded to protect the Scenic ORV.

The Hanging Flume receives protection through listing on the National Register of Historic Places.

BLM_0111918



**FIGURE 15 - (27) DOLORES RIVER, SEGMENT 2**

BLM_0111919

Based upon providing protection for the numerous and varied ORVs, the 5.3-mile downstream public land portion of Dolores River, Segment 2 was found to be *suitable* for WSR consideration, with a classification of *Recreational*. Suitability was not supported for the 6.2-mile private land portion upstream.  In addition, the protective corridor was modified to exclude the Buck Shot Mine and associated ROW and to follow the cliff line if less than one-quarter mile from the river center.

### Public Interest in Designation
The segment received much support for and moderate opposition to suitability, with supporters identifying the segment as the core of a regionally important river and opponents (including the Montrose County Board of Commissioners) expressing concern over potential restriction of water rights.

## SEGMENT ASSESSMENT

### Outstandingly Remarkable Values

### Scenic
An interdisciplinary BLM field inventory team evaluated the area and assigned the lower portion of this segment from where the river leaves the Paradox Valley downstream to the mouth of the San Miguel River a *Scenic Quality Classification of A*.  The following observations were derived from field notes:  A highly varied landscape marked by prominent cliffs, strong vertical relief, and interesting erosional patterns, make the Dolores River a visually remarkable area.  Exceptional views of adjacent scenery complete the stunning scene.  Spectacular landforms, water, and vegetation of rich and varied color combine to create one of the most dramatic canyons in Western Colorado.  A small, dirt road paralleling the river in the lower section detracts only minimally from the scenic quality.

### Recreational
When releases from McPhee Dam allow, the lower five miles of this reach offer rare and outstanding opportunities for rafting, kayaking, and canoeing in a deep, meandering redrock canyon.  With only a handful of rivers

## 27 ~ DOLORES RIVER, SEGMENT 2



## ~SUITABLE SEGMENT~

*Classification:* **Recreational**

*ORVs:* **Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation**

*Suitable Length:* **5.3 miles**

*BLM-Administered:* **5.3 miles**

*Key Considerations:*

- A series of alluvial water wells adjacent to the river are managed by the BOR as part of the Paradox Valley Unit, Salinity Control Project.

- The segment contains a wide array of ORVs.

- The upstream portion of the segment is dominated by private land, while the downstream portion is comprised primarily of public land with little development.

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community for this segment might only be achieved through WSR designation.

**UPPER DOLORES HYDROLOGIC UNIT**

BLM_0111920

**Draft Wild and Scenic River Suitability**

on the Colorado Plateau possessing such qualities, the Dolores River attracts boaters from across the western United States.

### Geologic

The Paradox Basin is a northwest, southeast trending geologic structural anticline that has at its core the Pennsylvanian-age Paradox Formation, a halitic evaporite. Over time, water has partially dissolved the salt core, causing the axis of the anticline to collapse and creating a valley with walls that dip away in either direction. The Dolores River has carved a channel across and perpendicular to this collapsed valley, forming the geological paradox for which the valley is named.

After traversing the Paradox Valley and exiting toward the north, the Dolores River follows a well-defined and exemplary entrenched meander channel. Initially the slow-moving river established its meandering pattern. As the Colorado Plateau uplifted, the accelerated flow continued to downcut within this same channel until the pattern became entrenched. Now the river cannot easily cut across these meander bends to form oxbow lakes, as many unentrenched rivers do. As the river carves slowly downward through Triassic-age strata of the Chinle Group, Wingate Sandstone, and Kayenta Formation, it exposes resistant red sandstone cliffs.

### Fish

This river segment supports populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*. In addition, this segment was historically occupied by Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

### Wildlife

This river segment provides exceptionally high quality habitat for peregrine falcons *(Falco peregrinus)*, and is considered a regionally important area for this rare BLM sensitive species. In 1999, the peregrine was delisted from threatened status under the Endangered Species Act. The BLM monitors the status of peregrine populations to ensure their continued recovery. Peregrine falcons are closely associated with steep-walled canyons and often nest near perennial water sources that support prey populations such as waterfowl, songbirds, and shorebirds. Peregrine breeding/nesting activity has been confirmed along this segment. Active territories and nests occur within this reach. In addition, the BLM sensitive canyon treefrog *(Hyla arenicolor)* occupies portions of this stretch.

### Vegetation

This segment contains areas of New Mexico privet riparian shrubland *(Forestiera pubescens)*, which is classified as globally imperiled (G2).

## WATER RIGHTS AND USES

Water yield through the segment contributes greatly to the proper hydrologic function of the Lower Dolores River downstream. The CWCB holds a year-round 78 cfs instream flow water right along the entire segment, structured to protect the natural environment to a reasonable degree, which also provides some protection to sustain the ORVs.

BLM_0111921

There are no conditional water rights within the segment.  The only withdrawals are a series of alluvial wells along the corridor that are operated as part of Paradox Valley Unity, Deep Well Injection Salinity Control Project.

Flow is greatly diminished by the operation of the McPhee Dam upstream.  A large portion of natural water yield entering the reservoir is transferred out of the basin, primarily for agricultural uses.  Water rights associated with McPhee are senior to the instream flow water right.

The 2004 Statewide Water Supply Initiative identifies potential dam sites on Beaver Creek and Plateau Creek that flow into McPhee Reservoir and could be operated to increase flows below McPhee Reservoir.  The Beaver Creek and Plateau Creek sites are a high priority for the Southwest Basins Roundtable of the Colorado Interbasin Compact Committee.

According to the initiative, most future water demand would come from conservation practices and development of existing water rights, including some 141,000 acre feet of conditional water rights in the basin.  Many conditional rights are senior to both existing instream flow water rights and any instream flow resulting from WSR designation.

## LAND OWNERSHIP AND USES

### ROWs and Withdrawals
BLM ROWs within the corridor include a Montrose County road, telephone and powerlines, and the Bureau of Reclamation Paradox Valley Salinity Control Project, including an evaporative salt disposal pond.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources, the Powersite Classification does not preclude WSR designation.

### Energy and Mineral Resources
There are existing oil and gas leases within the segment.  Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

A streamflow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community for this segment might only be achieved through WSR designation.

A Montrose County road located within the corridor may need to be upgraded and enlarged in the future.

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed.  Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs associated with administering and managing this segment for the Scenic, Recreation, Geologic, Fish, Wildlife, and riparian Vegetation ORVs would be moderately to much higher than

BLM_0111922

current funding levels.  With easy access to the river corridor provided by the paralleling county road, visitor use would be expected to increase if designated.  Additional funding would likely be needed for facilities and increased weed control.

A county road currently infringes on the stream channel and riparian zone along portions of this reach.  With future county plans to possibly widen the road, costly measures would need to be employed to avoid additional impacts to the river corridor.

*Alternative Protective Measures Considered*

The current state-based instream flow water right for 78 cfs provides limited protection for the ORVs.

The Dolores River Working Group is proposing that the area be designated as a National Conservation Area.

The area is being proposed as a Special Recreation Management Area in one RMP alternative and as an Extensive Recreation Management Area in the preferred alternative.  In addition, portions of the corridor are being proposed as an ACEC in one alternative.

BLM_0111923



**FIGURE 16 - (30) LA SAL CREEK, SEGMENT 2**

BLM_0111924

**Draft Wild and Scenic River Suitability**

## 30 ~ LA SAL CREEK, SEGMENT 2



**~SUITABLE SEGMENT~**

*Classification:* **Recreational**

*ORVs:* **Fish, Vegetation**

*Suitable Length:* **3.3 miles**

*BLM-Administered:* **3.3 miles**

*Key Considerations:*

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community might only be achieved through WSR designation.

- Both the river segment and corridor consist primarily of public lands.



**UPPER DOLORES HYDROLOGIC UNIT**

La Sal Creek, Segment 2 was found to be *suitable* for WSR consideration, with a classification of *Recreational*. Based on recommendations from the RAC Subgroup, the eligibility classification was changed from *Scenic* to *Recreational* in order to accommodate potential future mining activities and road improvements and the segment length was reduced to end at and exclude the Cashin Mine.

### Public Input

The segment received much support for and limited opposition to suitability, with supporters highlighting the healthy riparian ecosystem and opponents (including the Montrose County Board of Commissioners) expressing concern over potential restriction of water and mining uses.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Fish

This segment harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers (*Catostomus latipinnis*), bluehead suckers (*Catostomus discobolus*), and roundtail chubs (*Gila robusta*). This is one of a very few spawning tributaries for these species within the Dolores River Basin. The segment is largely intact, with native fish predominant over introduced species, and includes populations of native speckled dace (*Rhinichthys osculus*) and mottled sculpin (*Cottus bairdii*).

#### Vegetation

The entire length of this segment supports boxelder/river birch riparian woodland (*Acer negundo/Betula occidentalis*), which is currently ranked as globally imperiled (G2). The segment is included within the CNHP-designated La Sal Creek Potential Conservation Area.

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of Lower La Sal Creek downstream.

BLM_0111925

The CWCB holds an instream flow water right along the entire segment decreed for 3 cfs (from December 15 to March 14), 5.1 cfs (from March 15 to June 14), and 1.2 cfs (from June 15 to December 14) and structured to protect the natural environment to a reasonable degree. The flow would also provide some protection to sustain ORVs by limiting future water right actions within and upstream of the segment.

No absolute or conditional water rights occur within the segment. No impoundments occur within or upstream of the segment to the Colorado-Utah state line. Four ditch diversions are located upstream of the segment within La Sal Creek, Segment 1.

### LAND OWNERSHIP AND USES

The suitable portion of the corridor consists of BLM-administered public land.

#### ROWs
Numerous BLM ROW authorizations cross or run adjacent to the creek, including transmission powerlines, telephone lines, a CDOT highway, and a Montrose County road.

#### Energy and Mineral Resource
There are existing oil and gas leases within the segment. Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

### ADMINISTRATION

WSR designation would complement BLM Colorado Public Land Health standards for riparian vegetation and special status species.

A streamflow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community might only be achieved through WSR designation.

#### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Recreation, Fish, and riparian Vegetation ORVs would be moderately higher than current funding levels. With easy access to the river corridor provided by a parallel-running county road, visitor use would be expected to increase if designated. Thus, additional funding would be needed for facilities, public education, signage, ranger patrolling, and maintenance.

#### Alternative Protective Measures Considered
The current state-based instream flow water right provides for some protection of the Fish and Vegetation ORVs.

An area encompassing the segment is being considered for ACEC designation in one RMP alternative.

BLM_0111926

**Draft Wild and Scenic River Suitability**



**FIGURE 17 - (31) LA SAL CREEK, SEGMENT 3**

BLM_0111927

La Sal Creek, Segment 3 was found to be *suitable* for WSR designation, with a classification of *Wild*. The segment was reclassified due to the pristine, wild, and remote character of the area and the critical habitat the creek provides for warm water fish.

### Public Input

The segment received considerable support for and limited opposition to suitability, with supporters highlighting protection of healthy riparian and aquatic ecosystems and opponents (including the Montrose County Board of Commissioners) expressing concern over potential restriction of water and mining uses.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Scenic

An interdisciplinary BLM field inventory team evaluated the area and assigned a *Scenic Quality Classification of A*. The following observations were derived from their field notes: Massive rock outcrops and prominent cliffs are the stunning qualities of the La Sal Creek area. The creek flows constant and swift. The rocks and box elder-river birch vegetation create an area of strong contrasts in color and relief consisting of greens, reds, yellows, oranges, grays, and browns. This area is visually exceptional and was determined to be rare within the region.

#### Recreational

This narrow, deeply incised, and tightly meandering canyon provides superior opportunities for hiking, wildlife observation, nature study, and photography in a high quality, primitive, densely vegetated riparian setting. BLM specialists have observed abundant signs of game species and large predators. The upper end of the segment can be reached by rough four-wheel drive road, while the lower end is accessible by boaters hiking up from the Dolores River.

#### Fish

This segment harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers

## 31 ~ LA SAL CREEK, SEGMENT 3



## ~SUITABLE SEGMENT~

**Classification:** **Wild**

**ORVs:** **Scenic, Recreational, Fish, Cultural, Vegetation**

**Suitable Length:** **3.4 miles**

**BLM-Administered:** **3.4 miles**

**Key Considerations:**

- The entire segment is comprised of public land within the Dolores River Canyon Wilderness Study Area, facilitating effective management.

- The segment contains a wide array of ORVs.

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community within the segment might only be accomplished through WSR designation.



**UPPER DOLORES HYDROLOGIC UNIT**

*(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*. The segment is one of only a very few spawning tributaries for these three species in the Dolores River Basin.  In addition, this river segment supports two other native fishes: speckled dace *(Rhinichthys osculus)* and mottled sculpin *(Cottus bairdii)*.

### Cultural
Several large and significant petroglyph panels are located at the junction of La Sal Creek and the Dolores River.  These panels represent cultural expressions ranging from Archaic hunting motifs dating from as early as 4,000 years ago to late period Anasazi figures from around AD 1000.  These petroglyph panels have been recorded and evaluated as being eligible for nomination to the National Register of Historic Places under *Criteria C* and *D*.

### Vegetation
This segment contains boxelder/river birch riparian woodland *(Acer negundo/Betula occidentalis)* along its entire length, which is currently ranked as globally imperiled (G2).  The segment is included within the CNHP-designated La Sal Creek Potential Conservation Area.

## WATER RIGHTS AND USES

Water yield through the segment contributes greatly to the proper hydrologic function of the Dolores River downstream.

The CWCB holds an instream flow water right along the entire segment, structured to protect the natural environment to a reasonable extent.  The water right is decreed for 3 cfs (from December 15 to March 14), 5.1 cfs (from March 15 to June 14), and 1.2 cfs (from June 15 to December 14), providing some protection to sustain the ORVs by limiting future water right actions within and upstream of the segment.

No absolute or conditional water rights occur in the segment.  No impoundments occur within or upstream of the segment to the Colorado-Utah state line.  Four ditch diversions occur upstream of the segment within La Sal Creek, Segment 1.

## LAND OWNERSHIP AND USES

All surrounding federal lands are within the Dolores River Canyon WSA.

Approximately 0.9% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan.  As presently defined in the Montrose County Zoning Resolution, the General Agriculture Zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit.  Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

WSR designation would complement BLM Colorado Public Land Health standards for riparian vegetation and special status species.

BLM_0111929

### Special Designations

The entire segment is located within the Dolores River Canyon WSA. While the WSA affords interim protection for the ORVs, the designation is transitory and should not be relied upon for enduring protection.

### ROWs and Withdrawals

There are no known ROWs within the segment.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources the Powersite Classification does not preclude WSR designation.

### Energy and Mineral Resources

Because of the WSA designation, BLM-proposed projects are likely to constitute the only foreseeable development within the segment. Although lands under wilderness review continue to be subject to location under federal mining laws, location methods and subsequent assessment work are restricted to operations determined as meeting BLM non-impairment criteria.

## ADMINISTRATION

A streamflow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community might only be accomplished through WSR designation.

### Alternative Protective Measures Considered

The existing state-based instream flow water right is sufficient to sustain the warm water fishery, but may not be adequate for long-term sustainability of the Vegetation ORV.

The entire segment is located within the Dolores River Canyon WSA. The WSA designation affords some protection for the ORVs in accordance with the Interim Management Policy for Lands under Wilderness Review (H-8550-1).

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Scenic, Recreational, Fish, Cultural, and riparian Vegetation ORVs would be similar to slightly higher than current funding levels. The stream corridor is totally within the Dolores River Canyon WSA, is very remote and accessible only by an unmaintained non-motorized, non-mechanized trail, factors that assist in protection of the ORVs. The BLM presently incurs some costs in this area associated with implementing the Interim Management Policy for Lands under Wilderness Review. However, additional visitor use associated with WSR designation could generate the need for funding to develop staging facilities to support primitive recreation opportunities, signage, public education, ranger patrolling, and maintenance.

BLM_0111930

**Draft Wild and Scenic River Suitability**



**FIGURE 18 - (34) DOLORES RIVER, SEGMENT 1**

BLM_0111931

The portion of Dolores River, Segment 1 classified as *Wild* by the BLM Dolores Field Office was found to be *suitable* for WSR designation, while the northernmost downstream portion classified as *Recreational* was excluded from the segment in order to circumvent mining operations. The segment was shortened to begin at the UFO boundary and terminate at the private land boundary south of Bedrock, and the corridor was redelineated to extend from rim to rim or one-quarter mile from the high water mark (whichever measure is less). The suitability finding complements the Wilderness Study Area designation and is consistent with WSR findings for portions of the Dolores River outside of the UFO.

### Public Input

The segment received balanced support for and opposition to suitability, with supporters highlighting the segment's significance in relation to both upstream and downstream portions of the Dolores, and opponents siting potential future access and development issues associated with designation.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

The following ORV descriptions are derived from page D-16 of the *San Juan Public Lands Draft Land Management Plan, Appendix D*.

### Recreation and Scenery

This section of the Dolores contains Class II, III, and IV rapids and is listed as one of the most popular and beautiful rafting areas in Southwest Colorado. The river flows through a wild and deep canyon that combines red sandstone cliffs with coniferous forests.

Based on observations of actual use and interviews with regional recreation providers, the segment is regionally important for boating recreation, and is listed in the Nationwide Whitewater Inventory, American Whitewater, 2006 (although it is more of a scenic float trip than a whitewater experience).

## 34 ~ DOLORES RIVER, SEGMENT 1



### ~SUITABLE SEGMENT~

**NOTE:** The identification of ORVs and eligibility determination for this segment were made by the BLM Dolores Field Office.

*Classification:* **Wild**
*ORVs:* **Recreation, Scenery, Fish, Wildlife, Geology, Ecology, Archaeology**
*Suitable Length:* **8.7 miles**
*BLM-Administered:* **8.7 miles**
*Key Considerations:*

- A wide array of ORVs occurs within the segment.
- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community for the segment might only be secured through WSR designation.
- The segment is within the Dolores River Canyon Wilderness Study Area (WSA).



**UPPER DOLORES HYDROLOGIC UNIT**

### Fish and Wildlife

This section of the Dolores contains occupied habitat for roundtail chub *(Gila robusta)*, considered a sensitive species by the BLM and State of Colorado.

The segment also contains a population of canyon treefrog *(Hyla arenicolor)*, considered rare or imperiled within the state and listed by the state as a species of special concern.  Canyon treefrogs occur along streams in deep rocky canyons and breed in canyon bottom pools, often bounded by solid rock.  Although most active at night, they can be found resting in small depressions in solid rock near pools of water during the day.

### Geology

Dramatic Cretaceous sandstone cliffs throughout the canyon, and in some areas the geology has confined the canyon to a uniquely persistent linear and angular form.  The northerly flow of this river is rare within the region of comparison, and documents the uplift of the Colorado Plateau and the subsidence of the adjacent Paradox Basin.  These two geological events also determine the unusual gradient of the river.  The penetration of the river through the hard caprock of the present-day cliffs and the linear flow pattern of the canyon demonstrate the unusual rapidity of tectonic processes in the area and the speed of the corresponding downward cutting of the river, which in turn documents the geologic-timescale history of water supply in Southwest Colorado.

### Ecology

The segment contains New Mexico privet *(Forestiera pubescens)*, which is currently ranked as extremely rare or imperiled globally, and the BLM-sensitive Eastwood's monkeyflower *(Mimulus eastwoodiae)*, ranked S1 (critically imperiled within Colorado).

### Archaeology

Several rare and exemplary prehistoric archaeological sites are preserved immediately adjacent to the Dolores River between McPhee Reservoir and the small town of Bedrock.  The sites range from Anasazi pueblos such as Mountain Sheep Point Village and the Kayenta House cliff dwelling to sacred sites such as the rock art panel at the mouth of Bull Canyon.  These archaeological sites evince at least 11,000 years of inextricable connection between the Dolores River and the area's human inhabitants.

## WATER RIGHTS AND USES

Water yield through the segment contributes greatly to the proper hydrologic function of the Lower Dolores River downstream.  The CWCB holds a year-round 78 cfs instream flow water right along the entire segment, structured to protect the natural environment to a reasonable extent.  The instream flow would also provide some protection to sustain the ORVs.

One pump diversion within the segment is located near the lower terminus.  There are no conditional water rights within the segment.

The 2004 Statewide Water Supply Initiative identifies reservoir sites on Beaver Creek and Plateau Creek with flows into McPhee Reservoir that could be operated to increase flow in the Dolores River below McPhee Reservoir.  The reservoir sites are a high priority for the Southwest Basins

BLM_0111933

Roundtable of Colorado Interbasin Compact Committee.  The report also identifies potential dam sites on the Dolores River in Paradox Valley and Slickrock, Colorado.

Flow through the segment is greatly diminished by the operation of McPhee Reservoir upstream.  A large portion of natural water yield entering the reservoir is transferred out of the basin, primarily for agricultural use.  Water rights associated with the reservoir are senior to an instream flow water right downstream.

According to the 2004 Statewide Water Supply Initiative, most future water demand will come from conservation practices and development of existing water rights, including some existing 141,000 acre-feet of conditional water rights in the basin.  Many of these are senior to both the existing instream flow water right and any instream flow associated with WSR designation.

## LAND OWNERSHIP AND USES

### Special Designations
The segment is located within the Dolores River Canyon WSA, as well as a Special Recreation Management Area.  While the WSA affords some interim protection for the ORVs, neither designation provides the authority to acquire flows necessary for sustaining the Ecology ORV.

### Rights-of-Way and Withdrawals
While portions of the segment are within an area classified as having Waterpower and Reservoir Resources the Powersite, classification does not preclude WSR designation.

### Energy and Mineral Resources
Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

WSA designation limits access to the segment.  WSR designation would complement BLM Colorado Public Land Health standards for special status species and wildlife.

Managing the segment to sustain native warm water fish is consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed.  Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Recreation, Scenery, Wildlife, Geology, Ecology, and Archeology ORVs would be similar to or slightly higher than current funding levels. The segment is within the Dolores River Canyon WSA, with access limited to a single track non-motorized, non-mechanized trail, factors that assist in protection of the ORVs.

BLM_0111934

The BLM presently incurs some costs on this area to implement the Interim Management Policy for Lands under Wilderness Review.  However, additional visitor use resulting from WSR designation could generate the need for funding to develop staging facilities to support primitive recreation opportunities.

### Alternative Protective Measures Considered

The segment is within the proposed Dolores River Slickrock Canyon ACEC, being considered during development of the Uncompahgre RMP.

The segment is located within the Dolores River Canyon WSA, as well as a Special Recreation Management Area.  The WSA designation affords some protection for the ORVs in accordance with the Interim Management Policy for Lands Under Wilderness Review (H-8550-1).

If the stream is designated into the NWSRS, future ROW applications on BLM lands for would include terms and conditions to protect the ORVs.

BLM_0111935

# D. NOT SUITABLE SEGMENTS:
# ASSESSMENT & RECOMMENDATIONS

BLM_0111936

**Draft Wild and Scenic River Suitability**



**FIGURE 19 - GUNNISON RIVER, SEGMENT 2**

BLM_0111937

Uncompahgre Planning Area

Gunnison River, Segment 2 was found to be *not suitable* for WSR designation due to the short length of the segment, as well as the lack of critical habitat and spawning ground for the endangered fish species for which the Fish ORV was assigned.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

No absolute or conditional water rights or impoundments occur in this segment.  The segment has no instream flow water right protection.  Flows derive primarily from:

- Required deliveries to downstream senior water rights.
- Upstream water releases from three in-channel reservoirs of the Bureau of Reclamation (BOR) Colorado River Storage Project Aspinall Unit.

An instream flow water right upstream through the Black Canyon of the Gunnison National Park and the Gunnison Gorge National Conservation Area helps ensure flow through the segment.  A portion of water conveyed through this segment is made as part of the Upper Colorado River Endangered Fish Recovery Program (according to personal communication with Patty Gelatt of the U.S. Fish and Wildlife Service, Grand Junction, CO dated 9/20/2010).

Delta Water Works Department has an alternate point of diversion for 2.40 cfs just downstream from the lower terminus.

According to the Statewide Water Supply Initiative (2004), future water demand and development in the Gunnison Basin and within the Lower Colorado River Basin has the potential to affect the flow regime of the Gunnison River.  Additionally, the initiative identified several future potential dam sites upstream of the segment which could influence the river's flow regime (including Union Park, Gateview, Gates, Almont, and Lamm reservoirs).

The south bank of the river is largely private land and includes a dominant flood flow channel, which in the future could pirate the existing channel.

## 5 ~ GUNNISON RIVER, SEGMENT 2



### ~NOT SUITABLE~

*Classification:* **Recreational**

*ORV:* **Fish**

*Eligible Length:* **0.41 miles**

*BLM-Administered:* **0.41 miles**

*Key Considerations:*

- The southern bank of the river corridor is largely private land, and includes a dominant flood flow channel, which could eventually pirate the existing channel.

- Existing BLM authorities and agreements, along with the Endangered Species Act (ESA), provide effective management and river flow to protect and sustain the ORV.



**LOWER GUNNISON HYDROLOGIC UNIT**

BLM_0111938

## LAND OWNERSHIP AND USES

Delta County zoning for private lands in the corridor does not ensure land uses compatible with designation. Delta County has no land use zoning to ensure development compatible with designation on private portions of the river corridor (according to personal communication with David Rice, Delta County Planner, 9/29/2010). However, change of use approval is needed by the county to convert existing agricultural lands to commercial or industrial development.

### Special Designations
The proposed segment is within the North Delta OHV area.

### Rights-of-Way (ROWs)
ROWs include a Delta County road. All future private water right and ROW applications should include BLM terms and conditions to protect the Fish ORV.

### Energy and Mineral Leasing
There are no existing oil and gas leases or mining claims within the segment.

## ADMINISTRATION

Both the instream flow water right through the Black Canyon of the Gunnison National Park and Gunnison Gorge National Conservation Area and releases from the Aspinall Unit in support of the Colorado River Endangered Fish Recovery Program provide flows to sustain native fish populations.

### Potential Costs Associated with WSR Designation
The costs for administering and managing this segment for the fish ORV would not increase much above current funding levels. Federal protections exist for the target fish species under the Endangered Species Act which would continue with or without designation. Private land acquisition would not be needed since the entire fish habitat (river channel) is under federal management. There would be no additional facilities needed to provide protection for the ORV. A small amount of additional funding would be needed for signage, public education, ranger patrolling, and maintenance.

### Alternative Protective Measures Considered
Potential management mechanisms considered by the BLM include:
Intensive travel management.
Designation as a Special Recreation Management Area.
Tributary watershed management activities to reduce sediment, salinity, and selenium loading to the Gunnison River.

BLM_0111939



**FIGURE 20 - (11) ROUBIDEAU CREEK, SEGMENT 2**

BLM_0111940

**Draft Wild and Scenic River Suitability**

## 11 ~ ROUBIDEAU CREEK, SEGMENT 2



### ~NOT SUITABLE~

*Classification:* **Scenic**

*ORVs:* **Wildlife, Vegetation**
(not supported following review)

*Eligible Length:* **7.6 miles**

*BLM-Administered:* **3.5 miles**

*Key Considerations:*

- Private land is consolidated into two parcels at the upper terminus and approximately one half mile upstream of the lower terminus.

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community might only be achieved through WSR designation.



**LOWER GUNNISON HYDROLOGIC UNIT**

Roubideau Creek, Segment 2 was found to be *not suitable* for WSR designation. Following a review by the Colorado Natural Heritage Program that lowered the rarity ranking of the Fremont cottonwood/skunkbush sumac plant community to G3, the segment no longer possesses a Vegetation ORV and the remaining Wildlife ORV could not be adequately substantiated. In addition, the BLM manages less than 50% of the land within the corridor.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

There are no absolute or conditional water rights or impoundments within this segment. The CWCB holds an instream flow water right structured to protect the natural environment to a reasonable extent. The water right is decreed for 1.8 cfs (from March 1 to March 31), 4 cfs (from April 1 to June 15), 1.8 cfs (from June 16 to July 31), and 1.4 cfs (from August 1 to February 28). The instream flow provides some protection to sustain the ORVs. A streamflow regime that mimics natural seasonal flow changes necessary for sustaining a healthy riparian vegetation community in this segment might only be achieved through federal designation.

In the headwaters, a water diversion known as Spruce Spring Ditch decreed for up to 9.3 cfs transfers water from Roubideau Creek to the Dry Creek drainage (typically limited to the snowmelt period). The diversion diminishes spring and early summer flow through the segment.

### LAND OWNERSHIP AND USES

Approximately 19.4% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the General Agriculture Zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

BLM_0111941

### ROWs

ROWs crossing the segment include a county road, Tri-State transmission lines, and a Transco gas pipeline.

### Energy and Mineral Leasing

There are no existing oil and gas leases or mining claims within the segment.

## ADMINISTRATION

Reducing the segment length to omit private land would reduce potential manageability issues.

WSR designation would complement BLM Colorado Public Land Health standards for riparian and wildlife.

### Alternative Protective Measures Considered

The segment is within two potential Areas of Critical Environmental Concern being considered during development of the Uncompahgre RMP.

The current state-based instream flow water right provides some support for general vegetation and wildlife values.

BLM_0111942



FIGURE 21 - (12) DEEP CREEK

BLM_0111943

Deep Creek was found to be not *suitable* for WSR designation due to the short portion of the segment managed by the BLM, as well as the intermittent flow of the creek.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

There are no absolute or conditional water rights or impoundments within the segment. Four diversions above the upper terminus are used for irrigation, livestock, and domestic purposes. The diversions greatly deplete the streamflow, especially during irrigation season. Much of the natural flow, as well as water from an adjoining drainage, is used for irrigation upstream of the upper terminus, greatly diminishing flow through the segment.

The Fish ORV could be protected without WSR designation through a state instream flow water right. This segment currently has no water right protection.

### LAND OWNERSHIP AND USES

Approximately 84% of the corridor is private land within Gunnison County. While there is no land use zoning, the county does have an administrative review and approval process for land use changes. While proposed residential and agricultural related facilities typically do not require a permit, more substantive changes require a permit as well as administrative review. Gunnison County *Standards for Approval of Administrative Review Projects* states that: The proposed land use change shall be compatible with, or an enhancement of, the character of existing land uses in the area, and shall not adversely impact the future development of the surrounding area.

### *ROWs*
BLM ROW authorizations crossing or briefly running adjacent to the creek include telephone and distribution power lines, private access roads, and an historic ditch.

### 12 ~ DEEP CREEK



### ~NOT SUITABLE~

*Classification:* **Scenic**

*ORV:* **Fish**

*Eligible Length:* **2.6 miles**

*BLM-Administered:* **0.6 miles**

*Key Considerations:*

- Senior upstream water diversions greatly deplete the stream flow.

- The Fish ORV could be protected through a state instream flow water right.

- Approximately 0.58 mile of the stream channel is managed by the BLM, while the remaining 1.97 miles are private.



**NORTH FORK OF THE GUNNISON HYDROLOGIC UNIT**

BLM_0111944

**Draft Wild and Scenic River Suitability**

### Energy and Mineral Resources

Lands within the segment have known high potential for oil, gas, and coal development. There are no existing oil and gas leases or mining claims.

### ADMINISTRATION

WSR designation would have limited potential to adequately protect the segment, as any federal water right associated with designation would be junior to existing water rights. While a state instream flow water right would protect the Fish ORV, it could require the purchase, lease, or donation of water to achieve adequate flow rates.

Any new water right application on public lands within the segment should contain BLM conditions to ensure compliance with the intent of the WSR Act and Endangered Species Act.

### Alternative Protective Measures Considered

If not designated, the BLM recommends that protective language be included in the Uncompahgre RMP to ensure that no additional impacts to streamflow quantity and quality occur on public lands within the segment.

BLM_0111945



FIGURE 22 - (13) WEST FORK TERROR CREEK

BLM_0111946

**Draft Wild and Scenic River Suitability**



## 13 ~ WEST FORK TERROR CREEK

~ N O T   S U I T A B L E ~

*Classification:* **Scenic**

*ORV:* **Fish**

*Eligible Length:* **1.2 miles**

*BLM-Administered:* **0.5 miles**

*Key Considerations:*

- The Fish ORV could be protected through a state instream flow water right.

- The segment is within an area with high potential for coal development.

- Because the public land portion of the segment is comprised of two short reaches, one of which is bracketed by private lands, the land configuration could be difficult to manage.

- There is significant public opposition to WSR designation of this segment.

### NORTH FORK OF THE GUNNISON HYDROLOGIC UNIT

West Fork Terror Creek was found to be n*ot suitable* for WSR designation due to the predominance of private land within the segment and uncertainty regarding whether the threatened Greenback Cutthroat Trout occurs within the segment.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

There are no absolute or conditional water rights or impoundments within the segment. The Overland Ditch upstream of the segment diverts 75 cfs for irrigation, and three diversions downstream of the lower terminus create water demand through the segment during the irrigation season.

There is no instream flow water right protection on the segment. There is a conditional water right upstream of the upper terminus for 50 cfs, which could greatly deplete flow during the irrigation season if perfected. This water right has a low probability of being developed (based upon personal communication with Colorado Division of Water Resources, Division 4 Water Commissioner Stephen Tuck).

### LAND OWNERSHIP AND USES

Over 52% of the corridor consists of private land in Delta County. While Delta County has no land use zoning to ensure development compatible with WSR designation on private portions of the corridor, change of use approval by the county is necessary for converting existing agricultural lands to commercial or industrial development (based upon personal communication with Delta County Planner David Rice on September 29, 2010).

#### ROWs

BLM ROW authorizations crossing or briefly running adjacent to the segment include a WAPA transmission powerline, coal development access roads, and a stream gauge site to monitor coal development and water quality. There is a pending access road ROW application for the Bowie Spruce Stomp Coal Exploration License and current coal mining activities.

BLM_0111947

### Energy and Mineral Leasing

Federal coal leases currently held by Bowie Resources, LLC span or are adjacent to Terror Creek. A federal coal lease spans about one mile of the upper portion and another is within one quarter mile along the west side of the segment.  In a final environmental assessment, a proposed coal exploration drill pad within the corridor would not be visible from the creek and would have no detectable effect on the Fish ORV.

### ADMINISTRATION

Land distribution alternates between private and public at three locations along the segment length. Providing and managing for special protection of the greenback cutthroat trout population in the West Fork of Terror Creek complies with the Endangered Species Act and BLM Colorado Public Land Health standards.

### Alternative Protective Measures Considered

The Fish ORV could be protected through a state instream flow water right.  If the segment is not designated, the BLM recommends that protective language be included in the Uncompahgre RMP to ensure that no additional impacts to streamflow quantity and quality occur within public portions of the segment.

BLM_0111948



**FIGURE 23 - (15) DRY CREEK**

BLM_0111949

Dry Creek was found to be *not suitable* for WSR designation primarily due to a variety of protective factors (including low visitation and natural terrain) that serve to protect the canyon to some extent. In addition, current travel management implementation, as well as ACEC designation and No Surface Occupancy (NSO) stipulations (potential management strategies being considered during RMP development) would provide considerable protection for the segment.

While oil and gas development is thought to be the greatest potential threat to the Dry Creek corridor, little exploration has occurred to date. Five miles of private land at the upper end of the segment and three miles of private land between the segment and the San Miguel River, as well as accompanying senior private water rights, could make WSR management difficult.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

There is no instream flow water right protection for the segment. An absolute water right diversion of 5 cfs for irrigation near the lower terminus has seniority over any future instream flow water right associated with designation. Upstream of the segment, absolute water rights include ditch diversions totaling 97 cfs and reservoir storage totaling 170 acre-feet. These rights are also senior to any instream flow associated with WSR designation.

In addition, conditional water rights upstream of the segment include ditch diversions totaling 135 cfs and reservoir storage totaling 136,400 acre-feet. If developed, these water rights would be senior to any instream flow water right associated with WSR designation.

### LAND OWNERSHIP AND USES

#### ROWs and Withdrawals
Hecla Mining has ROWs for earthen berm water diversion structures and a tank site within the corridor.

## 15 ~ DRY CREEK



### ~NOT SUITABLE~

**Classification:** **Wild**

**ORVs:** **Scenic, Geologic**

**Eligible Length:** 10.5 miles

**BLM-Administered:** 10.4 miles

**Key Considerations:**

- Private land and water rights could make the segment difficult to manage.



**SAN MIGUEL HYDROLOGIC UNIT**

BLM_0111950

**Draft Wild and Scenic River Suitability**

### *Energy and Mineral Leasing*

There are existing oil and gas leases within the segment.  According to the State of Colorado Oil and Gas Commission electronic well records database, an abandoned oil and gas well remains within the corridor.  Current lode mining claims have a prior existing right to lode mineral deposits.  No BLM authorizations exist for these claims.

## ADMINISTRATION

### *Potential Costs Associated with WSR Designation*

The costs for administering and managing this segment for the Scenic and Geologic ORVs would not likely increase much above current funding levels.  The segment is remote, has limited trail access, and the stream corridor is nearly all (greater than 99%) federal or state managed lands, factors that assist in protection of the ORVs and support the Wild classification.  It is therefore unlikely that additional facilities would be needed if the segment was designated.  While just under 0.1% of the stream corridor contains private land, there is no known benefit in acquiring this land to support the ORVs.

### *Alternative Protective Measures Considered*

The segment is within a potential ACEC being considered during development of the Uncompahgre RMP and an area undergoing travel management planning.  Implementing travel restrictions would help to protect the area from surface-disturbing activities.

BLM_0111951



**FIGURE 24 - (16) NATURITA CREEK**

## 16 ~ NATURITA CREEK



### ~NOT SUITABLE~

*Classification:* **Scenic**

*ORV:* **Fish**

*Eligible Length:* **25 miles**

*BLM-Administered:* **10 miles**

*Key Considerations:*

- Numerous conditional water rights in the Naturita Creek drainage are senior to any federal water right associated with WSR designation.

- The Fish ORV is concentrated in the lower reaches of the segment.

- During suitability analysis, BLM staff determined that CWCB appropriation of a state instream flow water right would provide much protection for the Fish ORV.

- A substantial amount of private land is distributed in a diffuse pattern throughout the corridor.

**SAN MIGUEL HYDROLOGIC UNIT**

Naturita Creek was found to be *not suitable* for WSR designation because the fish species for which the Fish ORV was assigned is found primarily within private property at the lower end of the segment and landowners in that portion do not support WSR suitability. While a private landowner with property at the upper end of the segment expressed strong support for suitability, an on-site review conducted by BLM staff concluded that a Vegetation ORV could not be substantiated in the stretch. Another landowner within the segment has a conservation easement on their property.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

Naturita Creek provides value-added flow for the proper hydrologic function of the San Miguel River system and river-dependent resource values (including aquatic and riparian plant and animal species).

Five diversion ditches decreed for 2.73 cfs are scattered between the lower and upper terminus and would be senior to any instream flow water right associated with WSR designation. Absolute water right decrees upstream of the segment on the mainstem and tributaries (including Maverick Draw) consist of ditch diversions totaling 1,623 cfs and storage rights totaling 43,000 acre-feet. These water rights cause much depletion of streamflow through the segment. Changing points of diversion on existing water rights within the segment could be limited by any instream flow right associated with WSR designation.

Development of conditional water rights would be senior to any instream flow water right established as part of WSR designation and would further diminish flow through the segment. Conditional water rights on the mainstem and tributaries upstream of the segment include ditch diversions totaling 8.4 cfs and storage rights totaling 19,434 acre-feet.

The CWCB holds an instream flow water right decreed for 3 cfs year-round from above the upper terminus (at the Uncompahgre National Forest boundary) to a county road crossing just upstream of the confluence with McKee

BLM_0111953

Draw (4.81 miles) structured to protect the natural environment to a reasonable extent, including the Fish ORV. Due to the many surface water diversions in the creek, this instream flow progressively loses value downstream of the confluence with McKee Draw.

## LAND OWNERSHIP AND USES

Almost 50% of the corridor consists of private land encompassing parts of San Miguel and Montrose counties. Portions of the corridor within Montrose County are zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

Portions of the corridor within San Miguel County and to the east and north of Naturita Creek are within the Wright's Mesa Zone District. The district is intended to preserve the rural and agricultural character of Wright's Mesa, while encouraging diverse economic opportunities compatible with the rural landscape. A history of co-existing agriculture, ranching, residential, and small business uses comprise the rural character of the area. The district discourages the sprawl pattern typically created by 35-acre lots by offering alternatives and incentives to cluster buildings, retain open lands, and keep large parcels intact.

Portions of the corridor within San Miguel County and to the south and west of Naturita Creek are within the West End Zoning District. The district is intended to preserve large, relatively remote areas of western San Miguel County for resource, agricultural, open space, and recreational purposes, while protecting private property rights. These areas currently have minimal public facilities and services and are considered premature for substantial development. Development in these areas preserves historical, archeological, and natural resources and landmarks, while allowing individuals to farm, ranch, and use necessary resources with limited intrusion on property rights.

### ROWs
Numerous ROWs exist within the corridor, including Highways 145 and 141, county roads, power-lines, telephone lines, a water pipeline, and an access road to private property.

### Energy and Mineral Resources
There are existing oil and gas leases within the segment. While portions of the segment are within an area identified by the USGS as having coal potential, the classification does not preclude WSR designation. There are no mining claims within the corridor.

## ADMINISTRATION

The diffuse and scattered pattern of private land within the corridor could make this segment difficult to administer. Given the current level of water depletion in Naturita Creek, sufficient flow needed to protect the fish population might need to be acquired from existing decree owners. WSR designation would be consistent with the BLM Colorado Public Land Health standard for special status species.

BLM_0111954

Proposed management actions include designating the area as a Special Recreation Management Area, as well as conducting travel management planning for Burn Canyon (part of the Norwood Recreation District in Montrose and San Miguel counties).

### Potential Costs Associated with WSR Designation

The costs for administering and managing this segment for the Fish ORV would be substantially higher than current funding levels.  Approximately half (3,177 acres) of the stream corridor is composed of private land with a fragmented pattern throughout most of the reach that could restrict access and limit available management options within the stream corridor.  Land acquisition from willing sellers would be necessary in order to effectively and proactively manage for the ORV. Some stream channel modification projects might be needed to facilitate fish propagation.

### Alternative Protective Measures Considered

Apart from WSR designation, options for protecting the Fish ORV include actions implemented in accordance with the Range-wide Conservation Agreement and Strategy for Roundtail Chub (*Gila robusta*), Bluehead Sucker (*Catostomus discobolus*), and Flannelmouth Sucker (*Catostomus latipinnis*).

BLM staff determined that appropriation of an instream flow water right below McKee Draw by the CWCB would provide much protection for the Fish ORV.

BLM_0111955



**FIGURE 25 - (24) TABEGUACHE CREEK, SEGMENT 2**

BLM_0111956

**Draft Wild and Scenic River Suitability**

## 24 ~ TABEGUACHE CREEK, SEGMENT 2



### ~NOT SUITABLE~

**Classification:** Recreational

**ORVs:** Cultural, Vegetation

**Eligible Length:** 11.6 miles

**BLM-Administered:** 7.9 miles

**Key Considerations:**

- Congressional designation to protect wilderness values upstream ensures reliable flow through the segment, while a recently authorized state-based instream flow will help sustain the Vegetation ORV.

- The upper Tabeguache Basin has experienced limited water development and has few conditional water rights, resulting in a flow regime that mimics natural conditions, except during irrigation.

- The source water area upstream is managed primarily by the BLM and USFS, facilitating protect flow and sustain the ORV.

- Private property within the corridor consists of three distinct parcels separated by public land.

### SAN MIGUEL HYDROLOGIC UNIT

Tabeguache Creek, Segment 2 was found to be *not suitable* for WSR designation based on a consensus that much private land would make the segment difficult to manage. In addition, there was a lack of support from private landowners for finding the segment suitable.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the Lower San Miguel River downstream. One small impoundment occurs within the segment. An instream flow water right appropriation has been finalized for this segment.

While the water right provides additional protection to sustain the Vegetation ORV, the Templeton Ditch can dewater the channel downstream of the diversion during the summer months. The ditch is decreed for 5.5 cfs and is senior to the instream flow water right.

Although it has not been in use for several years, the Uravan pipeline diversion and ROW located near the lower terminus of the segment remains an active water right. Several small stock reservoirs and ditch diversions on tributaries draining into the segment are decreed for a total of 62.3 cfs and 46 acre-feet of storage rights. Changing points of diversion on existing water rights within the segment could be restricted by any instream flow right associated with WSR designation.

If developed, a conditional water right ditch diversion of 3.5 cfs upstream of the segment could result in additional diminution of flow through the segment. Conditional water rights are senior to a pending state instream flow and any future instream flow associated with WSR designation.

The majority of the source water area upstream of this segment is managed by the BLM or USFS. Existing authorities allow for management actions to ensure adequate river flow needed to sustain the ORV.

### LAND OWNERSHIP AND USES

BLM_0111957

Private property within the corridor consists of three distinct parcels separated by public land. The scattered land configuration provides opportunities for land uses that could negatively impact public land within the corridor. Approximately 17.2% of the corridor consists of private land zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the allowable and special uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

### Special Designations
Cultural resources within the segment are on the National Register of Historic Places.

### Rights-of-Way and Withdrawals
ROWs within the corridor include county roads V19 & U19, telephone and power lines adjacent to and crossing the creek, and an historic ditch adjacent to the creek in the upper part of the segment. Umetco owns a water pipeline and road adjacent to and crossing the creek.

While portions are within an area classified as having Waterpower and Reservoir Resources, classification preclude WSR designation.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment. Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

WSR designation would complement the BLM Colorado Public Land Health standard for riparian vegetation.

Management actions in support of the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)* promote preserving the streamflow in Tabeguache Creek, which in turn benefits the Vegetation ORV.

### Potential Costs Associated with WSR Designation
Costs for administering and managing this segment for the Cultural and Vegetation ORVs would be moderately higher than current funding levels. Portions of the segment can be accessed by county roads which would facilitate increased visitor use if designated.

The corridor does include parcels of private land containing riparian vegetation. As funding and opportunities arise, the BLM would pursue land acquisition from willing sellers, which would add value for ORV management and protection.

### Alternative Protective Measures Considered
Congressional designation of an area upstream of the segment (that includes Tabeguache Creek, Segment 1 and a contiguous USFS segment) to protect its wilderness values ensures reliable flow through the segment, while a recently finalized state-based instream flow water right would contribute additional flow to help sustain the Vegetation ORV. Future water right

BLM_0111958

**Draft Wild and Scenic River Suitability**

applications on public land within the segment should contain BLM terms and conditions ensuring that the ORVs are sustained.

BLM_0111959



**FIGURE 26 - (26) NORTH FORK MESA CREEK**

BLM_0111960

**Draft Wild and Scenic River Suitability**

## 26 ~ NORTH FORK MESA CREEK



### ~NOT SUITABLE~

*Classification:* **Scenic**

*ORV:* **Vegetation** (not supported following review)

*Eligible Length:* **8.5 miles**

*BLM-Administered:* **5.8 miles**

*Key Considerations:*

- There is little water development in the headwaters of the North Fork Mesa Creek, which produces a flow regime mimicking natural conditions.

- The majority of the source water area upstream of the segment is managed by the BLM or USFS and existing authorities provide for ample management actions to protect stream flow needed to sustain the Vegetation ORV.

- Several ROWs occur within the corridor.

- There is a significant amount of private land in the lower reach of the segment.

**LOWER DOLORES HYDROLOGIC UNIT**

Following a review by the Colorado Natural Heritage Program that lowered the rarity ranking of the Narrowleaf cottonwood/strapleaf willow/silver buffaloberry plant community to G3, the segment no longer possesses a Vegetation ORV to support WSR eligibility.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

The North Fork of Mesa Creek contributes flow to Mesa Creek and the Lower Dolores River, providing habitat for native warm water fish. WSR designation would be consistent with actions in the Range-wide Conservation Agreement and Strategy for the Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

The CWCB holds instream flow water rights along the entire segment structured to protect the natural environment to a reasonable extent. The instream flow provides some protection to sustain the Vegetation ORV. From the lower terminus and 3.90 miles upstream to Cedar Tree Ditch Diversion, seasonal instream flow is 2.1 cfs for the period from April 1 to May 31. From Cedar Tree Ditch to the upper terminus, instream flow appropriation varies throughout the year. Between April 1 and May 31, appropriated instream flow is 2.75 cfs. It drops to 0.5 cfs between June 1 and February 29, and rises to 1.9 cfs between March 1 and March 31.

There are three water diversions in the lower reach, but only the Patterson Ditch has a decreed flow (of 14.12 cfs). The Patterson ditch diversion is located on public land. This water right is senior to the existing instream flow water right and any federal water right associated with WSR designation. An instream flow right associated with WSR designation could restrict the ability to change points of diversion for existing water rights within the segment.

BLM_0111961

A number of stock watering facilities in headwater tributaries constitute the only water use above the upper terminus.

There are no conditional water rights within or upstream of the segment.

Any additional water right filings or changes to existing diversions would be junior to the instream flow water right.

## LAND OWNERSHIP AND USES

Approximately 17.2% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the allowable and special uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

### ROWs and Withdrawals
ROWs include telephone and power lines. A county road runs along the creek, dominating the setting for much of the segment. Unsurfaced roads cross the stream in a couple of locations.

There is a bat maternity roost withdrawal along the creek.

While portions of the segment are within an area classified as having Waterpower and Reservoir Resources, the Powersite Classification does not preclude WSR designation.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment. Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

WSR designation would complement the BLM Colorado Public Land Health standard for riparian vegetation, while private land at the lower portion of the corridor could create challenges for managing the area.

### Potential Costs Associated with WSR Designation
Upon finding a segment suitable, the stream and corridor would be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

### Alternative Protective Measures Considered
Because the BLM and USFS manage the headwaters of the North Fork of Mesa Creek, authorities exist to preserve a flow regime that mimics the natural variability needed to sustain the Vegetation ORV.

BLM_0111962



**FIGURE 27 - (28) ICE LAKE CREEK, SEGMENT 2**

BLM_0111963

The segment was found to be *not suitable* for WSR designation due to mining along the mesa at the northern end of the segment, as well as the short segment length. In addition, the segment terminates on private land, which could make the area more difficult to manage.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of La Sal Creek downstream. There is no instream flow water right protection on the segment. A federal water right associated with WSR designation could restrict changing the points of diversion for existing water rights within the segment.

One absolute water right near the lower terminus would be senior to any water right associated with WSR designation. There are no conditional water rights or impoundments within or upstream of the segment. In the lower reaches, La Sal Creek is protected by an instream flow water right that could restrict future diversions from Ice Lake Creek.

Flow through the segment could be further reduced if diversion amounts are enlarged or diversion points are changed prior to securing an instream flow water right.

### LAND OWNERSHIP AND USES

Approximately 42% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act. The private property in question is a contiguous parcel located just upstream of the lower terminus. The potential for impacts to the ORV due to lack of zoning controls would be limited on public land.

## 28 ~ ICE LAKE CREEK, SEGMENT 2



~NOT SUITABLE~

*Classification:* **Scenic**

*ORV:* **Scenic**

*Eligible Length:* **0.58 miles**

*BLM-Administered:* **0.31 miles**

*Key Considerations:*

- Landowners in the lower reach of the segment oppose WSR designation.

- The segment length is short and there are access issues involving private land within the segment.

- The BLM manages the source water areas that produce baseflow for the creek, providing protection for flow-dependent values.



**UPPER DOLORES HYDROLOGIC UNIT**

BLM_0111964

### ROWs

A BLM road traverses the canyon just east of the creek.

### Energy and Mineral Resources

There are existing oil and gas leases within the segment. Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

Ice lake Creek contributes flow to La Sal Creek, providing spring spawning habitat for native warm water fish consistent with the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

A large amount of private land hinders access to public land within the segment and a number of private landowners have expressed opposition to WSR designation.

### Potential Costs Associated with WSR Designation

Upon finding a segment suitable, the stream and corridor would be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Administering and managing this segment for the Scenic ORV would increase costs moderately above current levels. The public land portion of this segment is remote and has no developed access, both factors that would assist in the protection of the ORV. The lower reach of this segment is private land within which the Ice Lake Creek Corridor is bisected by Colorado State Highway 90.

Private land currently limits access to the public land portion of the corridor from the highway. Acquiring portions of private land from willing sellers would add value for managing and providing public access to this segment if designated. If designated, additional facilities would not likely be needed.

### Alternative Protective Measures Considered

The following potential actions were identified as alternatives to WSR designation:

Upgrade the Visual Resource Management classification in order to protect scenic values.

Apply a No Surface Occupancy (NSO) stipulation to protect the corridor.

Include conditions in the Uncompahgre RMP to protect the baseflow source water area at the upper terminus.

The Scenic ORV could be protected through existing authorities by requiring BLM conditions on all future applications and actions to ensure compatibility with the scenic classification.

BLM_0111965



FIGURE 28 - (29) LA SAL CREEK, SEGMENT 1

BLM_0111966

**Draft Wild and Scenic River Suitability**

## 29 ~ LA SAL CREEK, SEGMENT 1



### ~NOT SUITABLE~

*Classification:* **Recreational**

*ORV:* **Fish, Vegetation**

*Eligible Length:* **4.82 miles**

*BLM-Administered:* **0.62 miles**

*Key Considerations:*

- There is a significant amount of private land within the segment, along with significant opposition to WSR designation from private landowners.

- Land use zoning for private land within the segment is relatively non-restrictive.



**UPPER DOLORES HYDROLOGIC UNIT**

The segment was found to be *not suitable* for WSR designation due to extensive private land that could make the segment difficult to manage. In addition, a large number of private landowners do not support finding the segment suitable.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

A streamflow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community in this segment might only be achieved through WSR designation. The upstream terminus is along the Colorado-Utah state line and much of the head-waters are in Utah.

There is no instream flow water right protection on the segment. Water yield through the segment contributes greatly to the proper hydrologic function of the lower reaches of La Sal Creek, which is protected by an instream flow water right, possibly restricting additional water development within the segment.

Four absolute water right diversions totaling 8.9 cfs within private portions of the reach are senior to any instream flow water right. A water right associated with WSR designation could restrict changing the points of diversion on existing water rights within the segment.

No conditional water rights or impoundments occur within the segment.

### LAND OWNERSHIP AND USES

Approximately 47% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the allowable and special uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

BLM_0111967

### ROWs and Withdrawals
ROWs within the segment include a CDOT highway and county roads.  Telephone and power lines cross and run adjacent to La Sal Creek.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment.  Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

The headwaters of La Sal Creek are in the State of Utah.  A state-based instream flow water right would provide sufficient flow to sustain the Fish ORV, but would be inadequate for sustaining the Vegetation ORV.  WSR designation would complement BLM Colorado Public Land Health standards for riparian vegetation and special status species.

A large amount and configuration of private land with non-restrictive zoning occurs within the segment.  Large portions of private land have been converted to agricultural crops, making it difficult to manage for native riparian vegetation.

### Potential Costs Associated with WSR Designation
Upon finding a segment suitable, the stream and corridor would be managed to protect the ORV, with little additional funding needed.  Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Fish and Vegetation ORVs would be substantially higher than current funding levels.  Some management actions to sustain the target fish species would continue with or without designation per the Range-Wide Conservation Agreement and strategy for Roundtail Chub, Bluehead Sucker, and Flannelmouth Sucker.

Private land acquisition would not be pursued, as more than 87% of the stream segment is privately owned, making it difficult for the BLM to acquire enough land to benefit management of the ORV. Some stream channel modification projects may be needed to facilitate fish propagation.

### Alternative Protective Measures Considered
Any future private water right or ROW application on public land within the segment should include BLM terms and conditions to protect the ORVs.

BLM_0111968

**Draft Wild and Scenic River Suitability**



**FIGURE 29 - (32) LION CREEK, SEGMENT 2**

BLM_0111969

Lion Creek, Segment 2 was found to be *not suitable* for WSR designation due to the short length of the segment, as well as a measure of self-protection afforded by the steep slopes of the corridor. In addition, private land restricts access and landowners do not support finding the segment suitable.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of La Sal Creek downstream, which is protected by an instream flow water right in the lower reaches that might also limit additional water development in Lion Creek. There is no instream flow water right protection for Lion Creek.

The Manning Ditch is an absolute water right (of 0.6 cfs) near the lower terminus that would be senior to any instream flow associated with WSR designation. There are no conditional water rights or impoundments within or upstream of the segment.

Changing points of diversion on existing water rights within the segment could be limited in the future by water rights associated with WSR designation. Enlarging the diversion amount or changing the diversion point of an existing water right within the segment would further reduce flow within the longer reach of the segment if the changes are decreed prior to securing water rights associated with WSR designation.

### LAND OWNERSHIP AND USES

Approximately 17.4% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. The property is a contiguous parcel located just upstream of the lower terminus, limiting the potential for impacts to the ORV.

## 32 ~ LION CREEK, SEGMENT 2



### ~NOT SUITABLE~

*Classification:* **Scenic**

*ORV:* **Vegetation**

*Eligible Length:* 1.57 miles

*BLM-Administered:* 1.26 miles

*Key Considerations:*

- There is a much private land and landowner opposition to WSR designation in the lower reaches of the segment.

- Because the BLM manages the source water areas that produce baseflow for the creek, flow-dependent values could be protected through existing authorities.

- Existing authorities could provide much protection for the Vegetation ORV by requiring that future BLM applications and actions be compatible with sustaining the riparian vegetation.

**UPPER DOLORES HYDROLOGIC UNIT**

BLM_0111970

### Energy and Mineral Resources

There are existing oil and gas leases within the segment.  Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

WSR designation would complement the BLM Colorado Public Land Health Standard for riparian vegetation.

There is a much private land and landowner opposition to WSR designation in the lower reaches.

### Potential Costs Associated with WSR Designation

Upon finding a segment suitable, the stream and corridor would be managed to protect the ORV, with little additional funding needed.  Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Vegetation ORV would increase moderately above current funding levels.  The public land portion of this segment is remote and has no developed access, both factors that would assist in the protection of the ORV.  The lower reach of this segment is private land within which the Lion Creek Corridor is bisected by Colorado State Highway 90.

The private land presently limits access to the public land portion of the corridor from the highway.  Thus, acquiring portions of the private land from willing sellers would be value added for managing and providing public access to this segment if designated.  A small amount of additional funding would be needed for signage, public education, ranger patrolling, and maintenance.  Additional facilities would not be needed if designated.  No detailed cost analysis or estimate was prepared as part of this study.

### Alternative Protective Measures Considered

The Vegetation ORV could be protected through existing authorities by requiring BLM terms and conditions on all future water right and ROW applications and actions to ensure compatibility with sustaining the riparian vegetation.

BLM_0111971



**FIGURE 30 - (33) SPRING CREEK**

BLM_0111972

**Draft Wild and Scenic River Suitability**

## 33 ~ SPRING CREEK



### ~NOT SUITABLE~

*Classification:* **Recreational**

*ORV:* **Vegetation**

*Eligible Length:* **2.65 miles**

*BLM-Administered:* **1.49 miles**

*Key Considerations:*

- The segment is short and non-contiguous, with private land parcels near the lower terminus and along much of the middle portion.

- The BLM manages the source water areas that produce baseflow for Spring Creek, allowing for protection of flow-dependent values through existing authorities.

- The Vegetation ORV in the segment could be protected through existing authorities by ensuring that all future applications and actions contain BLM terms and conditions.

**UPPER DOLORES HYDROLOGIC UNIT**

Spring Creek was found to be *not suitable* for WSR designation due to the short length of the segment and an extensive amount of interspersed private land that could make the segment difficult to manage. In addition, the segment is afforded a measure of self-protection by the steep slopes that define the corridor.

## SEGMENT ASSESSMENT

### WATER RIGHTS AND USES

Although Spring Creek has no instream flow water right protection, water yield from the creek contributes flow to La Sal Creek, which is protected by an instream flow in the lower reaches that could restrict additional water development within the segment.

An absolute ditch diversion water right within the segment is senior to any water right associated with WSR designation. There are no conditional water rights or impoundments within or upstream of the segment.

Enlarging or changing diversion points on existing water rights within the segment prior to obtaining a federal reserved water right associated with WSR designation could further reduce flow within the reach. If the points of diversion are on public land, the water right could contain BLM terms and conditions limiting impacts to the Vegetation ORV.

### LAND OWNERSHIP AND USES

Approximately 24.1% of the corridor consists of private lands zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of the uses are not related to agriculture. Private parcels cover much of the middle portion and lower terminus of the segment.

### *ROWs*

ROWs within the segment include Highway 90, a county road, a powerline, and a telephone line that parallels a portion of the creek.

BLM_0111973

### *Energy and Mineral Resources*

There are existing oil and gas leases within the segment. Active mining claims occur within the corridor and have a prior existing right to mineral deposits.

## ADMINISTRATION

WSR designation would complement the BLM Colorado Public Land Health standard for riparian vegetation.

### *Potential Costs Associated with WSR Designation*

Upon finding a segment suitable, the stream and corridor would be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Vegetation ORV would increase slightly above current funding levels. The headwater, public land portion of this segment is remote and has no developed access, both factors that would assist in the protection of the ORV.

The middle and lower portions of this segment contain private land within which the Spring Creek corridor is bisected by Colorado State Highway 90. The private land currently limits highway access to public land portions of the segment. Thus, acquiring portions of private land from willing sellers would add value to managing and providing public access to this segment if designated. A small amount of additional funding would be necessary for signage, public education, ranger patrolling, and maintenance. Additional facilities would not be needed if designated.

### *Alternative Protective Measures Considered*

The Vegetation ORV would receive much protection by placing BLM terms and conditions on all future actions and activities within the segment.

BLM_0111974

# E. DOLORES-SAN MIGUEL STAKEHOLDER ANALYSIS & RECOMMENDATIONS

## SOUTHWEST RESOURCE ADVISORY COUNCIL

The SWRAC is appointed by the Secretary of the Interior to represent a variety of interests across the Southwest District.  The SWRAC meets two to four times annually to develop recommendations for the BLM regarding the preparation, amendment, and implementation of land use plans for public lands and resources and to provide representative citizen counsel and advice to the Secretary of the Interior concerning the planning and management of public land resources within the BLM Southwest District.

Between November 2010 and January 2011, a subgroup of the SWRAC conducted a series of public meetings in various towns throughout the western portion of the planning area to inform and solicit comment regarding segments within the Dolores and San Miguel river basins.  The SWRAC Subgroup presented their suitability recommendations to the full SWRAC at the Statewide RAC Meeting on February 25.  The SWRAC adopted the recommendations and forwarded them to the UFO for consideration.

BLM_0111975

TABLE 7 - SUMMARY OF **SWRAC** SUITABILITY RECOMMENDATIONS

| SEGMENT/ Eligibility Report Page Number | BLM ELIGIBILITY CLASSIFICATION | SWRAC RECOMMENDATION | COMMENTS/BASIS FOR RECOMMENDATION |
|---|---|---|---|
| **14 - Beaver Creek** Page 57 | Scenic | Suitable for Recreational classification | While mining is not a significant factor within the segment, the SWRAC determined that the following issues render the segment better suited to classification as *Recreational*: Recreational classification would allow for a healthy balance of competing interests: protection of the ORV, while providing reasonable certainty that future water development projects would receive consideration and could move forward with minimal difficulty The Norwood Water Commission has requested future rights to develop a pump station at Goat Creek (a significant project) and development of the Naturita Canal is moving forward Overall, there was a great deal of public support for suitability. The Recreational Classification would allow for development of water rights if the Vegetation ORV continues to be protected. |

BLM_0111976

**Draft Wild and Scenic River Suitability**

| SEGMENT/ Eligibility Report Page Number | BLM ELIGIBILITY CLASSIFICATION | SWRAC RECOMMENDATION | COMMENTS/BASIS FOR RECOMMENDATION |
|---|---|---|---|
| **15 - Dry Creek** Page 59 | Wild | Not Suitable | The SWRAC recommended that the segment be found *not suitable* based upon the following discussion: The area does not receive significant visitation and the terrain protects the canyon to some extent The biggest threats to the segment are oil and gas development (but there has not been much exploration to date) ACEC designation as well as No Surface Occupancy (NSO) stipulations are potential management alternatives for the segment being considered during RMP development Because the creek flows intermittently, the contribution of the segment to the NWSRS is questionable Five miles of private land at the upper end of the segment and three miles of private land between the segment and the San Miguel River, as well as accompanying senior private water rights, could make managing the segment difficult A rough 4WD road runs through the segment, making it unsuitable for classification as *Wild*. |
| **16 - Naturita Creek** Page 62 | Scenic | Not Suitable | • Fish species for which the Fish ORV was assigned are found primarily within private property at the lower end of the segment and landowners in that portion do not support WSR suitability. • While a private landowner (Foley) with property at the upper end of the segment expressed strong support for suitability, an onsite review conducted by BLM staff could not substantiate a Vegetation ORV within the stretch.  Another landowner (Lockhart) within the segment has a conservation easement on their property. **NOTE:** *BLM staff conducted an on-site review of the stretch and could not recommend a Vegetation ORV.* |

BLM_0111977

| SEGMENT/ Eligibility Report Page Number | BLM ELIGIBILITY CLASSIFICATION | SWRAC RECOMMENDATION | COMMENTS/BASIS FOR RECOMMENDATION |
|---|---|---|---|
| **17 - Saltado Creek** Page 64 | Wild | Suitable | • The SWRAC acknowledged and concurred with the strong support for a finding of *suitable* that the segment has received from private land owners. |
| **18 - San Miguel River, Segment 1** Page 66 | Recreational | Suitable | • The SWRAC found significant overall support for a finding of *Suitable* for the segment.<br>• While there are concerns regarding uranium and recreational placer mining within the segment, the SWRAC believes that the Recreational Classification would allow for the continuation of these activities. |
| **19 - San Miguel River, Segment 2** Page 70 | Wild | Suitable with modifications | • The SWRAC found significant support for a finding of *Suitable*.<br>• The natural geography of the segment led the SWRAC to recommend that the segment be shortened to end at the Bennett property in order to protect the landowner's interests at Horsefly Creek, and the corridor extend only to the canyon rims and end at the confluence with Horsefly Creek.<br>• The SWRAC considered the overall land health to be of great concern for the segment. While the impact of grazing on the Vegetation ORV is addressed to some extent through the current ACEC and Special Recreation Management Area designations, WSR designation would provide longer lasting protections. |

BLM_0111978

**Draft Wild and Scenic River Suitability**

| SEGMENT/ Eligibility Report Page Number | BLM ELIGIBILITY CLASSIFICATION | SWRAC RECOMMENDATION | COMMENTS/BASIS FOR RECOMMENDATION |
|---|---|---|---|
| **20 - San Miguel River, Segment 3** Page 73 | Scenic | Suitable for Recreational classification | The SWRAC recommended that the segment be reclassified as Recreational due to: <br>• The CC Ditch and a dirt road that runs parallel to the river <br>• Two BLM campgrounds along the stretch <br>• A significant number of mining claims in the area <br>• The popularity of the segment for recreational gold mining. <br>The SWRAC also recommended that the Bennett property, as well as private land at the lower end of the segment, be excluded from the suitability recommendation. |
| **21 - San Miguel River, Segment 5** Page 76 | Recreational | Suitable with modifications | The SWRAC recommended that: <br>• The segment length be significantly reduced, beginning downstream from the Richards' property, running the length of The Nature Conservancy property, and terminating at the confluence with Tabeguache Creek. <br>• The boundaries of the protective corridor extend rim to rim and should be delineated by existing developments and natural barriers (such as the state highway). |
| **22 - San Miguel River, Segment 6** Page 79 | Recreational | Suitable with modifications | • The SWRAC recommended that the segment begin downstream of Umetco Minerals Corporation property and terminate at the confluence with the Dolores River. |
| **23 - Tabeguache Creek, Segment 1** Page 82 | Wild | Suitable | The SWRAC: <br>• Recommended that the segment begin at the USFS boundary and end one-quarter mile from private property. <br>• Noted that a *Wild* Classification would complement existing protections in the area (including designation as a specially managed "Area") and provides a good management tool for the BLM. |

BLM_0111979

| SEGMENT/ Eligibility Report Page Number | BLM ELIGIBILITY CLASSIFICATION | SWRAC RECOMMENDATION | COMMENTS/BASIS FOR RECOMMENDATION |
|---|---|---|---|
| **24 - Tabeguache Creek, Segment 2** Page 84 | Recreational | Not Suitable | The SWRAC recommended a finding of *Not Suitable* due to: <br>• The ability to manage the segment being compromised by significant portions of private land. <br>• Lack of support from private landowners for finding the segment *Suitable*. |
| **25 - Lower Dolores River** Page 88 | Scenic | Suitable with modifications | The SWRAC recommended that: <br>• The segment be shortened to exclude private property (ending at the Weimer property). <br>• The corridor boundary be modified to protect mining claims and delineated on the east side by the highway and on the west side by a geographic marker such as the canyon rim or other natural feature. |
| **26 - North Fork Mesa Creek** Page 91 | Scenic | Not Suitable | Following a review by the Colorado Natural Heritage Program that lowered the rarity ranking of the Narrowleaf cottonwood/strapleaf willow/silver buffaloberry plant community to G3, the segment no longer possesses an ORV to support eligibility. |
| **27 - Dolores River, Segment 2** Page 94 | Recreational | Suitable with modifications | The SWRAC recommended: <br>• Suitability for the public land portion of the segment (5.3 miles), but not for private land portions (6.2 miles). <br>• Aligning the protective corridor to exclude the Buck Shot Mine and associated ROW.  The segment boundary would follow the cliff line if less than one-quarter mile from the river center. |

BLM_0111980

**Draft Wild and Scenic River Suitability**

| SEGMENT/ Eligibility Report Page Number | BLM ELIGIBILITY CLASSIFICATION | SWRAC RECOMMENDATION | COMMENTS/BASIS FOR RECOMMENDATION |
|---|---|---|---|
| **28 - Ice Lake Creek, Segment 2** Page 98 | Scenic | Not Suitable | The SWRAC recommended that the segment be found Not Suitable based upon the following issues: Mining occurs on the mesa along the northern end of the segment The segment length is extremely short The segment terminates on private land, which could make the area more difficult to manage. |
| **29 - La Sal Creek, Segment 1** Page 100 | Recreational | Not Suitable | The SWRAC recommended finding the segment Not Suitable because: • Extensive private land would make the segment difficult to manage. • A significant number of private landowners do not support finding the segment Suitable. |
| **30 - La Sal Creek, Segment 2** Page 102 | Scenic | Suitable for Recreational classification with modifications | The SWRAC recommended that the segment be found Suitable with the following modifications: Change the Classification from Scenic to Recreational in order to accommodate potential future mining activities and road improvements Shorten the segment to end at and exclude the Cashin Mine. |
| **31 - La Sal Creek, Segment 3** Page 104 | Wild | Suitable | The SWRAC recommended that the segment be classified as Wild due to: • The pristine, wild, and remote character of the area. • The critical habitat for native warm water fish provided by the segment. |

BLM_0111981

| SEGMENT/ Eligibility Report Page Number | BLM ELIGIBILITY CLASSIFICATION | SWRAC RECOMMENDATION | COMMENTS/BASIS FOR RECOMMENDATION |
|---|---|---|---|
| **32 - Lion Creek, Segment 2** Page 107 | Scenic | Not Suitable | The SWRAC recommended that the segment be found Not Suitable due to: <br>• The short length <br>• A measure of self-protection afforded by the steep slopes of the corridor <br>• Restricted access from private land <br>• Lack of landowner support for finding the segment Suitable. |
| **33 - Spring Creek** Page 109 | Recreational | Not Suitable | The SWRAC recommended that the segment be found Not Suitable due to: <br>• The short length <br>• An extensive amount of interspersed private land that could make the segment difficult to manage <br>• A measure of self-protection already afforded by the steep slopes of the corridor. |
| **34 - Dolores River, Segment 1** SJPLC Draft Land Management Plan, Page D-14 | Wild/ Recreational | Wild portion Suitable with modifications | The SWRAC believes that a recommendation of Suitable: <br>• Complements the Wilderness Study Area designation <br>• Is consistent with other WSR designations for portions of the Dolores River outside of the planning area. <br>In order to avoid interference with mining operations, the SWRAC recommended that the segment begin at the UFO boundary and terminate at the private land boundary (T47N/R18W/Section 31) south of Bedrock, and that the corridor extend from rim to rim or one-quarter mile from the high water mark (whichever measure is less). |

BLM_0111982

## F. GUNNISON BASIN STAKEHOLDER ANALYSIS & RECOMMENDATIONS

The Gunnison Basin stakeholder process was initiated by the Colorado River Water Conservation District.  The stakeholder group contracted with a team of co-facilitators and held a series of public meetings to formulate recommendations regarding WSR suitability for eligible river segments in the Gunnison River Basin, including within the Dominguez-Escalante NCA.  Nine meetings pertained to segments within the planning area outside of the NCA.

The stakeholder group was unable to reach a consensus and two sets of recommendations were forwarded to the BLM for consideration.  Following are the meeting notes submitted by each group.

BLM_0111983

## STAKEHOLDER GROUP ONE RECOMMENDATIONS

February 16, 2011

Barbara Sharrow
Field Manager, Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, Colorado 81401

Re: Wild & Scenic River Suitability Evaluation – Gunnison Basin Segments outside of Dominguez-Escalante National Conservation Area

Dear Ms. Sharrow:

The Gunnison Basin Wild and Scenic Rivers Stakeholder Group is a group of diverse stakeholders that has held ten meetings with 25 – 60 people in attendance at each since October 2010 to develop management plans to guide the Bureau of Land Management's suitability determinations for segments in the Gunnison Basin that BLM has found eligible to become part of the National Wild & Scenic Rivers System.

After careful deliberation, the stakeholder group has come to consensus that Deep Creek, the West Fork of Terror Creek, Gunnison River Segment 2 and Roubideau Creek Segment 2 should be found "Not Suitable" for inclusion in the National Wild & Scenic Rivers System. There was no dissent from this final recommendation by participants in the stakeholder group.

Key factors leading to this conclusion for each of these stream segments are listed below; additional information generated by the group's discussion can be found in the attached charts.

Deep Creek:
- The small portion of the creek that is managed by the BLM raised concerns about the BLM's ability to manage it as a Wild & Scenic River.
- Existing management actions by area landowners are protective of the Outstandingly Remarkable Value (ORV).
- The stream segment is frequently dry.
- Sole-source power lines and access roads currently exist that must be used for year-round operations and maintenance. Future development will likely require future upgrades and/or replacement of this infrastructure.

West Fork of Terror Creek:
- The small portion of the creek that is managed by the BLM raised concerns about the BLM's ability to manage it as a Wild & Scenic River.
- The stream segment is frequently dry. Water is diverted from upstream reservoirs to water right holders of the Leroux Creek Water Users Association. Water is only in the stream segment in the

*Gunnison Basin Wild & Scenic Stakeholder Group Report, Page 1 of 5*

BLM_0111984

summer when Terror Ditch and Reservoir Company diverts water through it.
- The stream corridor contains extensive infrastructure related to power lines. A 230 KV transmission line crosses BLM land within the eligible corridor and requires year-round motorized access for operation, maintenance, and repair.
- Potential coal reserves exist in the area, and leases for their development have been issued.

Gunnison River Segment 2:
- The ORV for Gunnison River Segment #2 was endangered fish in the eligibility report; however, this is in error. Therefore there are no ORVs for this segment. Gunnison River Segment #2 is upstream of the Recovery Implementation Program's (for the four endangered fish species of the Upper Colorado River) designated "Critical Habitat" for all of the listed species. Analysis on planned re-operation of the Aspinall Unit is nearing completion with a primary goal of providing adequate flows for recovery of the listed species. The Draft Environmental Impact Statement for the Operation of the Aspinall Unit requires that the Unit be operated to avoid jeopardizing the continued existence of, and assist in the recovery of, the endangered fishes. To avoid jeopardizing means adequate water must continue to flow from the Aspinall Unit through Gunnison River Segment #2 and beyond. Even delisting of all four species would require continued flows deemed adequate for continued self-sustaining populations.
- The small portion of the river corridor that is managed by the BLM raised concerns about the impact on private lands from suitability finding.
- Potential for the river channel to change course exacerbated concerns about impacts to private property and reduced the viability of narrowing the corridor to mitigate concerns (one option discussed).

Roubideau Creek Segment 2:
- The large amount of private land in the corridor raised concerns about the BLM's ability to manage it as a Wild & Scenic River.
- Concerns about the potential impact of a Wild & Scenic suitability finding on grazing permittees' ability to use the area for grazing and transit (critical transit corridor for cattle grazing).
- Utility corridor crossing BLM with power lines and gas pipelines as well as electric distribution service to 10 meters within the corridor.

The stakeholder group held more in-depth discussions on Monitor Creek, Potter Creek and Roubideau Creek Segment 1, including two subcommittee meetings. The group came to unanimous agreement on what conditions need to be maintained in these stream corridors, but did not come to full consensus on what management tools should be applied to maintain these conditions. Additional information collected on each segment by the group can be found in the attached charts.

Conditions to be maintained on Monitor Creek, Potter Creek and Roubideau Creek Segments 1:
- Existing grazing rights, including continued access to important livestock transit corridors to both BLM and Forest Service lands.
- Existing water rights.
- Equipment access for pond maintenance.
- Healthy range and well-managed grazing.
- Healthy vegetation: both vegetation types identified by the BLM as ORVs and other vegetation types, which have improved because of current grazing management practices.
- Diverse and healthy wildlife: both wildlife identified by the BLM as ORVs and other species.

*Gunnison Basin Wild & Scenic Stakeholder Group Report, Page 2 of 5*

BLM_0111985

- A sense of wildness, remoteness and naturalness.
- Existing quiet recreation opportunities:
    o Hiking
    o Horseback riding
    o Hunting
- Protection from over-use for recreation and damaging forms of recreation, including effective means to limit access by motorized vehicles
- Existing healthy stream flows, which include return flows from irrigation and water facilities.

Management tools:
The group agreed that current management has maintained the values listed above and should be continued. However, there was no consensus on what classifications or management tools should be applied to the areas to ensure that this continues. Management tools discussed included Wild & Scenic Suitability, incorporating the corridors into an area classified as "Lands with Wilderness Characteristics (LWC)," a "Special Recreation Management Area (SRMA)," or "Area of Critical Environmental Concern (ACEC)." Group members expressed a preference for management tools that the local BLM office can reconsider with resource management plan revisions over tools that require the maintenance of particular protections until Congress acts (such as Wilderness Study Areas and Wild and Scenic suitability determinations).

*Wild & Scenic Suitability*
On Wild & Scenic Suitability, the majority of the group (24) indicated that the segments should be found Not Suitable, with two in opposition. Those opposed, which represent environmental advocacy organizations, will submit a separate report detailing why they believe the segments should instead be found Suitable. Key factors in the majority's opinion that the segments should be found Not Suitable include:
- The ORV's are already protected by a combination of current management strategies and the topography of the area. The current management is adequate as evidenced by the ORV's BLM identified in finding the segments eligible
- Concern about potential impacts on water rights.
- Concern about potential impacts on grazing rights.
- On Potter Creek, updated information showed that the vegetation identified by BLM as the segment's sole ORV in the original eligibility report was too common for the vegetation to qualify as an ORV, making the segment ineligible for Wild and Scenic status.
- Roubideau Creek Segment 1 is already contained within the Camelback Wilderness Study Area and therefore already managed to protect its wilderness qualities.

*Alternative Management Tools*
The group did not find consensus on whether classifying the stream segments as part of a LWC, SRMA, or ACEC would be an acceptable alternative to Wild & Scenic Suitability. Concerns raised with all of these management options included:
- The area is already sufficiently protected through current BLM management.
- These tools could affect a broader area than the stream corridors the group has been discussing.
- The full implications of these classifications are not yet sufficiently understood by the group.
- The group has not had time to flesh out what use stipulations they would want to recommend along with any of these classifications.

*Gunnison Basin Wild & Scenic Stakeholder Group Report, Page 3 of 5*

BLM_0111986

**Draft Wild and Scenic River Suitability**

Please review the attached individual segment sheets for detailed information collected from the stakeholders.

The stakeholder group participants appreciate the support provided by BLM staff to help the participants understand the Wild & Scenic Rivers evaluation process.

Sincerely,
Gunnison Basin Wild & Scenic Rivers Stakeholder Group

| | |
|---|---|
| **Billy L. Pease***<br>Western Slope Gold Prospectors Association of America chapter from Olathe | **Constantine Hirschfeld***<br>President, Thunder Mountain Wheelers<br>North Fork Snowmobile Club |
| **Larry R. and Wanda K. Boyd***<br>Landowners in Roubideau Segment 1 and grazing permitees in Roubideau Segment 1 and 2, and Potter Creek, and Monitor Creek | *[signature]*<br>Kerguson R. McGuire<br>Terror Ditch and Reservoir Company<br><br>*[signature]*<br>Eugene M. McGuire<br>Terror Ditch & Reservoir Company |
| **Mike Wilson***<br>Thunder Mountain Wheelers | |
| **Olen Lund***<br>Delta County Commissioner District #3<br>*Delta County endorses this letter.* | **Steven R. Lewis***<br>Concerned citizen, Western Colorado Chapter<br>Gold Prospectors Association of America |
| **Betty Oglesby*** | **Shelby Bear***<br>SCRAC Subgroup |
| **Thomas M Alvey***<br>North Fork Water Conservancy District<br>Delta County Director CRWCD | **Charles McMurdy***<br>President, Montrose Ouray and San Miguel<br>Farm Bureau<br>Olathe property owner and farmer |
| *[signature]*<br>**Chris Treese**<br>Colorado River Water Conservation District | **Dick Steele, DVM***<br>Western Colorado Chapter of the Gold Prospectors Association of America<br>Colorado Mule Deer Association<br>Colorado Sportsmens Wildlife Fund<br>Western Colorado Sportsmens Council |
| **Eric Trommer***<br>Landowner farmer on the lower Gunnison and owner of New Leaf Fruit | **Art Etter, Engineer***<br>Bowie Resources, LLC |

*Permission to list as signatory provided via email or phone.

Signatures continued on following page.

*Gunnison Basin Wild & Scenic Stakeholder Group Report, Page 4 of 5*

BLM_0111987

| | |
|---|---|
| **James Graziano***<br>Monitor Mesa Ranch | **Max, Julie & Gina Ungerer***<br>Landowners and water rights owners |
| **Mike Berry**<br>Tri-County Water Conservancy District | **Dick Miller**<br>My signature represents that of myself, Scott Miller, John and Beth Wool, Kent Davis, Alan Malcolm and Dave Abbott who are all in association with the Escalante Ranch. |
| **Mike Clarke***<br>Grazing permittee | |
| **Robert Gill***<br>Ranch Manager for Bear Ranch, LLC | **C. Douglas Atchley***<br>Landowner |
| **Richard Connell***<br>Colorado Farm Bureau | **Roger Bentley***<br>Landowner |
| **Chann Fogg***<br>Vice President, Delta County Farm & Livestock Bureau. *Delta County Farm & Livestock Bureau endorses this letter.* | **Anna M. Hutchins***<br>Landowner |

*Permission to list as signatory provided via email or phone.

BLM_0111988

**Draft Wild and Scenic River Suitability**

## STAKEHOLDER GROUP ONE MEETING NOTES

### 5 - GUNNISON RIVER SEGMENT 2

*Eligibility Report Information:*
- Classification:  Recreational
- ORV:  Endangered warm water fish
- Segment Length:  .41

*Stakeholder comments & questions on BLM information:*
- Is this a critical habitat reach for the fish, and are they in that segment?
  - DOW response:  this segment does not fall in the critical habitat designated by the USFWS.
- Is there spawning habitat or some other special feature for the endangered fish in this segment?
  - None noted
- Is this a natural channel (river splits around an island at this point)?
  - BLM response:  Yes
- Arial photos show water in this segment, with the south channel drier.
- Why no recreation ORV – valuable for canoeing & boating.
  - BLM response:  not "best of best," usual take-out is above segment because of downstream dam.
- How wide is the island?
  - BLM response:  Approx. ¼ mile

### TABLE 8 - GUNNISON RIVER, SEGMENT 2 STAKEHOLDER ASSESSMENT

|  | ORV NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 1 | Fish – flows | Heartland diversion dam downstream. |  | Being rebuilt to allow fish passage. | Endangered Species Act already provides protections for the endangered fish. |
| 2 | Fish – other threats | Fishing |  | Northern Pike coming will cause problems through predation. |  |

BLM_0111989