| | ORV NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 3 | General | * Electrical services & access roads on south side within ¼ mile.  Utility service requires year-round access for operation, maintenance & repair.  Vegetation trimming and/or road repair may be required to maintain t-line and access ROW's.<br>* Hunting waterfowl | Replacement, upgrade or expansion of utilities within corridor. | | |

## 7 - MONITOR CREEK

### Eligibility Report Information
Classification:  Wild
ORV: Vegetation: ~~riparian narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest forests, Fremont cottonwood/skunkbush sumac riparian woodland and~~ coyote willow riparian shrublands
Segment Length – 9.42; 100% BLM-managed

### Stakeholder comments & questions on BLM information
Some stakeholders would like to see Recreation and Wildlife added as ORV's.  BLM requested scientific data to support these ORVs.
Question how the segment can be "Wild" if an upstream diversion is key to creating its character.
No current Coal or Oil & Gas leases
Vegetation ORVs narrowleaf cottonwood/strapleaf willow/silver buffaloberry and Fremont cottonwood/skunkbush sumac were removed through BLM updated information.
A-ranking occurrence of Sandbar willow (aka Coyote Willow) remains.
Subgroup agreed on the conditions needed to be maintained in the stream corridor, but did not come to agreement on what management tools should be applied to maintain these conditions.

BLM_0111990

**Draft Wild and Scenic River Suitability**

### TABLE 9 - MONITOR CREEK STAKEHOLDER ASSESSMENT

| | ORV NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 1 | Wildness | • Hunting<br>• Hiking | Potential for trail | • Deep canyon separates creek from private land. | • Adjacent landowner is in the process of establishing a conservation easement.<br>• Both sides of creek in Citizen-proposed Wilderness area.<br>• Trail compatible with "Wild"<br>• Colorado Natural Heritage Program – Potential Conservation Area |
| 2 | Flows | Upstream flows diverted to reservoir (100 yrs old). | Same as now | Reservoir/ irrigation impact:<br>• May benefit ORV by regulating flows, preventing scouring.<br>• Not clear what impact would be if diversion was stopped. | |
| 3 | | Grazing – there is a permit | Same as now | | • Suitability would only affect grazing if it was shown to degrade ORV.<br>• Would affect range improvements – increasing evidence of human activity could have an impact on the "Wild" classification.<br>• Related trails would be unaffected by suitability with "Wild" classification. |
| 4 | Habitat quality | | | Russian knapweed problem (least severe of Monitor, Potter, Roubideau). | BLM sprays to control. |
| 5 | General | Water rights? | | | If ORV depends on management of adjacent ranch, that puts BLM in a box. |

BLM_0111991

## 8 - POTTER CREEK

### Eligibility Report Information
Classification:  Wild
ORV:  ~~Vegetation: narrowleaf cottonwood/strapleaf willow silver buffaloberry riparian forest~~
Segment Length – 9.82; 100% BLM-managed

### Stakeholder comments & questions on BLM information
Some stakeholders would like to see Recreation and Wildlife added as ORV's.  BLM requested scientific data to support these ORVs.
Does the creek cross private land near the confluence?
> *No – BLM verified after the meeting.*

Grazing permittees utilize the watering ponds in this area and they must have access to maintain the ponds with equipment
Details on mineral leases – No current leases
How close is the jeep/ all-terrain vehicle (ATV) trail?
> *From Edd Franz (BLM) after the meeting:  The jeep trail between 7N Mesa and Potter Creek gets within 0.24 mile of Potter Creek.  This should not be an issue because the "buffer" lands do not have to be exactly 0.25 mile on each side of the stream.  The land just must average to 320 acres per mile.*

Vegetation ORV removed from eligibility by BLM update.
Subgroup agreed on the conditions needed to be maintained in the stream corridor, but did not come to agreement on what management tools should be applied to maintain these conditions.

### TABLE 10 - POTTER CREEK STAKEHOLDER ASSESSMENT

| | ORV NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 1 | Wildness/ habitat | | | Used to be a jeep/log road; closed 25 years ago at DOW recommendation. | Citizen-proposed wilderness on both sides. Colorado Natural Heritage Program - Roubideau Creek Potential Conservation Area |
| 2 | Flows | Water rights? | | No diversions or impoundments | One individual suggested dividing Potter Creek into two segments because there doesn't appear to be water rights above Monitor Creek. |
| 3 | Habitat quality | | | Russian knapweed problem | BLM sprays to control. |
| 4 | | Grazing | | | |
| 5 | | Hunting | | | |
| 6 | | Hiking/ Recreation | | Jeep/ATV trail | ATV Club has adoption the trail for maintenance |

### 10 - ROUBIDEAU CREEK, SEGMENT 1

*Eligibility Report Information*
- Classification: Wild
- ORV: Recreational (non-mechanized), Wildlife (leopard frog, bighorn sheep), Cultural (inscription panel, rock art), Vegetation (~~Fremont cottonwood/skunkbush sumac~~ riparian woodland; skunkbush sumac/sandbar willow riparian shrubland)
- Segment length: 10.74 miles; 93% BLM

*Stakeholder comments & questions on BLM information*
- How do those landowners feel about the potential for their part of the stream to be determined "suitable" for Wild & Scenic status?
- *Wanda Boyd requests her land be removed from any Wild and Scenic consideration.*
- Is there a chunk of private land in the middle of the segment as well?
- *No – BLM verifies*
- Would BLM seek to swap or acquire private land on a segment if it was determined suitable?  Yes per BLM
- Vegetation ORV Fremont Cottonwood/skunkbush removed per BLM update
- Subgroup agreed on the conditions needed to be maintained in the stream corridor, but did not come to agreement on what management tools should be applied to maintain these conditions.

### TABLE 11 - ROUBIDEAU CREEK, SEGMENT ONE STAKEHOLDER ASSESSMENT

|   | ORV NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 1 | Wildness | • Hunting<br>• Fishing<br>• Hiking | | | Within Camelback Wilderness Study Area (WSA):<br>• Provides surface disturbance protection.<br>• Does not provide protection specifically for ORV's.<br>• BLM found "not suitable" for designation as Wilderness; no process for revising. |
| 2 | Flows | Large diversion upstream. | | Sometimes stream goes dry in places. | |
|   | Habitat quality | | | Russian knapweed problem (most severe among Monitor, Potter & Roubideau). | BLM spraying done on horseback because of WSA restrictions. |

BLM_0111993

| | ORV NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 3 | Cultural preservation | | | | Nominated for National Register of Historic Places (*would require that any federal or federally funded project take into account potential impacts to places deemed eligible to be on the National Register of Historic Places & give opportunity to comment by the Advisory Council on Historic Preservation*). |
| 4 | | Access Roads | | Main road up Roubideau terminates for public use just up from the confluence; good condition. | |
| 5 | | Grazing | | | |

## 11 - ROUBIDEAU CREEK SEGMENT 2

*Eligibility Report Information:*
- Classification: Scenic
- ORV: Wildlife (leopard frog, bighorn sheep). ~~Vegetation (Fremont cottonwood/ skunkbush sumac riparian woodland)~~
- Segment Length: 7.59 miles, 45.5% BLM managed

*Stakeholder comments & questions on BLM information:*
- Less than 50% BLM – potential management problems.
- Why does segment go so much on private land?
  - BLM response: ORV there.
- Frogs may not be so rare – noisy + lots of tadpoles seen locally.
- Bighorn sheep re-introduced; desert bighorn – not mountain; presumed native b/c rock art, but Fremont rock art sometimes depicts game species that weren't local to the area where they were drawn.
- Riparian vegetation not unusual
  - Vegetation ORV dropped by BLM after information update

BLM_0111994

**Draft Wild and Scenic River Suitability**

TABLE 12 - ROUBIDEAU CREEK, SEGMENT TWO STAKEHOLDER ASSESSMENT

| | ORV NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 1 | Scenic classification | Utility corridor crossing BLM (345kV & 115kV power lines, and Trans-Colorado Natural Gas pipeline). Also, electric distribution service to 10 meters within corridor. All utilities require year-round access for operation, maintenance & repair. Vegetation trimming and/or road repair may be required to maintain t-line and access ROW's. | Replacement, upgrade or expansion of utilities within corridor. | | |
| | | Gas line | Replacement, upgrade or expansion of utilities within corridor. | | |
| 2 | Wildlife/ Vegetation Habitat | | | Wilderness study area (WSA) upstream from segment. | |
| | | Irrigation diversion upstream | | Often no flow in late summer, fall. | |
| | | | | Buttermilk Cr near Roubideau – water for bighorns to drink. | |
| | | | | Springs and runoff provide moisture that supports frogs, vegetation. | |

BLM_0111995

| | ORV NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| | | | | predation – if controlled herons & raccoons, would help. | |
| 3 | General | Cattle grazing in canyon: 1 day spring, 1 day fall; 900 transit canyon to access other grazing areas – vital for access; started 1882. | | Not pleasant for recreation while cattle are going through. | BLM: Scenic classification was made with road considered; suitability with this classification wouldn't close the road. |
| | | | | Cattle don't stay on road; drift through whole canyon. | |
| | | Sheep on top, South + East, in winter. | | | |

## 12 - DEEP CREEK

*Information:*
- Classification - Scenic
- ORV - Green-back cutthroat trout
- Segment Length – 2.55 mi.;   BLM Admin Length - .58 mi.
- DOW recommended any stream with pure cutthroat be an ORV.  Technique to differentiate greenback cutthroat from Colorado cutthroat… are genetic differences, only recently figured out…  Original paper may have miss-labeled as greenback.
- Viable population upstream on USFS land

## TABLE 13 - DEEP CREEK STAKEHOLDER ASSESSMENT

| | KEY CONDITIONS TO MAINTAIN ORV | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 1 | Fish are there | Limited fishing | | • Only places fish survive is in isolated pools on BLM stretch.<br>• Only occasional hitchhikers make it down to BLM | • If it's not broke, why fix it? |

BLM_0111996

**Draft Wild and Scenic River Suitability**

| | KEY CONDITIONS TO MAINTAIN ORV | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| | | | | • More viable population upstream. | |
| 2 | Limit other species detrimental to Cutthroat | | | • Competition from brook trout | • Consider going downstream to prevent brook trout from going upstream. |
| 3 | Water Quantity – running water for longer period of time | • Irr. Diversion up-stream<br>• Ranch has 1933 decree | Irrigation Diversion changes | • Creek is dried up 3 months of the year.<br>• Water is the limiting factor | • Cost-share a project to build a new, fish-friendly diversion.<br>• A public / private partnership for storage upstream could provide water for irrigation + fish.<br>• Bear Ranch cost-share program with USFS; can BLM participate<br>• BLM & water user agreements<br>• In Stream Flow (ISF) appropriation<br>• WSR Suitability - Permanency is important – uncertainty about future management decisions.<br>• With Suitability, BLM would manage to protect the fish & keep it form slipping from "Scenic" classification but can't do much without water. |

BLM_0111997

| | KEY CONDITIONS TO MAINTAIN ORV | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| | | | | | • With Suitability, BLM mgmt may not be very different but would force agencies to look at any actions that may harm the ORV |
| 4 | | Any pure cutthroat regardless of what kind, DOW considers important to conserve | | Question about if it is greenback cutthroat, and if so, if planted | • FWS "threatened"<br>• Protected under ESA<br>• Broad USFS guidance<br>• Angling regulations<br>• Ranch and water use of local water users are key factors in protection<br>• DOW to summarize regulations and for group |
| 5 | | • Currently leased for Oil & Gas – per BLM<br>• No current coal leases – per BLM | | | • "No surface occupancy" would be easy to directionally drill.<br>• Suitability - would require a buffer around the stream in the case of oil & gas leasing. – Potential for litigation? |
| 6 | | Sole-source power line crosses creek within 200-250' of BLM river segment, and uses an existing access road on BLM for year-round operation, maintenance & repair. Vegetation | Additional houses possible that would require more service.<br><br>Future replacement or upgrade of utilities within corridor may be necessary to | | |

| | KEY CONDITIONS TO MAINTAIN ORV | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ASSETS | POLICY/MANAGEMENT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| | | trimming and/or road repair (approx. 1 mile) may be needed to maintain the t-line and access ROW's. | accommodate load growth. | | |
| 7 | | Road crossing Deep Creek/ approx. 1mile of access on BLM | Road maintenance if required to maintain access | | |
| 8 | | Livestock Grazing | | | |

## 13 - WEST FORK OF TERROR CREEK

*Eligibility Report Information:*
- Classification: Scenic
- ORV: Native Colorado Trout (may be threatened Greenback Cutthroats)
- Segment Length: 1.21 miles, 39.2% managed by BLM

*Stakeholder comments & questions on BLM information:*
- Request for details on when and where trout were found in the creek
  - DOW Response: Sampling records confirm the presence of cutthroat trout as early as 1978 & as recent as 2010
- Fish may be a non-threatened species of Colorado Cutthroat Trout. Most sampling has occurred on USFS land.
- If BLM only manages a broken 39.2% of the segment, could it manage that? Suggest not considering it b/c of this issue.
- Grand Mesa Canal Headgate #4, mentioned in eligibility report, has never been built – it is a conditional decree.
- Two small impoundments Rex and Holy Terror Reservoirs, are upstream from the reach; their stored water is not released through the West Fork of Terror Creek, but instead the water is diverted into the Leroux Creek drainage for irrigation use by the Leroux Creek Water Users Association.

BLM_0111999

## TABLE 14 - WEST FORK TERROR CREEK STAKEHOLDER ASSESSMENT

| | ORV + CLASSIFICATION CONDITION & NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ ASSETS | POLICY/MGMT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| 1 | Fish ORV: Flows | Senior water rights:<br>• Above segment: Overland Ditch, Leroux Creek Water Users Association<br>• Below segment: Terror Ditch, Holy Bee, Fawcett | | Several years the creek is dry at the confluence with the East Fork of Terror Creek.  Bowie Resources has data back to 1983 showing flows ranging from spring flood (220 cfs) to 0 in the fall. | Endangered Species Act already provides protections for the endangered fish.<br>**Noted at 1/10 mtg**: ESA is not valid for these fish that are not threatened or endangered. |
| 2 | Scenic Classification | Roads: 1.15 miles unsurfaced, 0.90 single-lane county rd | | Segment can be easily accessed by road.  There is currently no public access to adjacent road system. | 1/10/11 Mtg:<br>Water is diverted to West Fork Terror Creek that is not a natural drainage. |
| | | 230 KV transmission line crosses creek on BLM and requires year-round motorized access for operation, maintenance & repair.  Vegetation trimming and/or road repair may be required to maintain t-line and access ROW's. | Replacement, upgrade or expansion of utilities within corridor. | More industrial infrastructure in corridor than indicated in eligibility report. | |
| | | Dilapidated cabin and several small outbuildings located within corridor. | Future permanent and/or seasonal residence within corridor | Existing structures not noted in eligibility report. | |

BLM_0112000

**Draft Wild and Scenic River Suitability**

| | ORV + CLASSIFICATION CONDITION & NEEDS | CURRENT USES & VALUES | POTENTIAL FUTURE USES | CURRENT PROBLEMS/ ASSETS | POLICY/MGMT TOOLS – OPTIONS AND IMPACT |
|---|---|---|---|---|---|
| | | Roads cross the stream at two locations within the corridor. The county road crosses the stream over a culvert and the unsurfaced road crosses the steam with an unimproved 'at-grade' ford. | | Stream crossing not noted in eligibility report. | |
| | | Coal exploration drill hole and water quality monitoring wells currently permitted and scheduled to be installed in 2011 | Use of water quality monitoring wells will be required for 10-15 years | Additional industrial use in the corridor not noted in eligibility report. | |
| 3 | General | Cattle grazing | | | All species whether listed as endangered, threatened, or sensitive species are protected under mine permitting processes. |
| | | Fishing | | Stream is narrow and brushy limiting fishing opportunity. | |
| | | Mining – coal exploration drill holes. | Potential coal reserves in corridor; leased. | Significant economic impact to local economy if coal reserves are unable to be mined. | |
| | | Oil & gas leases. | Oil & gas devel. | | |

BLM_0112001

## STAKEHOLDER GROUP TWO RECOMMENDATIONS

**Audubon Colorado • Center for Native Ecosystems
Colorado Environmental Coalition • Colorado Mountain Club • Colorado Wild
San Juan Citizens Alliance • Sheep Mountain Alliance • The Wilderness Society
Western Colorado Congress • NWWSERC/NFRIA/WSERC Conservation Center**

c/o The Wilderness Society
1660 Wynkoop #850
Denver, Colorado  80202                                    February 22, 2011

Barbara Sharrow, Manager
Uncompahgre Field Office
Bureau of Land Management
Montrose, Colorado

Dear Ms. Sharrow,

The ten undersigned organizations participated in the recently concluded ad hoc stakeholders process reviewing management recommendations and potential suitability of seven stream segments for possible inclusion in the National Wild and Scenic Rivers System (stream segments previously listed by the BLM as eligible for consideration for such protection—*Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area, June 2010*).  These organizations either participated directly in the stakeholders process or were represented by participants, consulting with and advising those representatives throughout the process.

Our organizations joined this effort in good faith that open and fair consideration would be given, by all participants, to the option of a wild & scenic suitability finding for at least some of the stream segments.  While that openness was not broadly forthcoming among the participating stakeholders, our representatives did present detailed information on the values of, and need for protection for, select streams.  We hope that information and our perspectives contributed positively to the discussion.  We also appreciate very much the efforts of a few stakeholders, outside our delegation, in their pursuit of a greater level of agreement on at least some streams.

In large part because of the refusal of other stakeholders to even consider the possibility of a suitability finding for any stream, the group reached no consensus agreement on recommendations to the Bureau of Land Management (BLM).  While a letter signed by some of the stakeholders, opposing any suitability findings, has been sent to the BLM as the so-called majority recommendations, that letter does not represent the full group of stakeholders.  **There was no consensus.**

Correspondingly, we respectfully offer our collective recommendations regarding potential suitability findings, and protective management, for the seven stream segments.  These recommendations build on suitability comments our organizations submitted to the BLM in August 2010.  They are supplemented with additional, updated, information and with new perspectives arising from the recent stakeholders discussions.

We thank you for carefully considering the details of these recommendations as you develop the range of alternatives for the pending resource management plan and, ultimately, as you settle on a final management plan.

BLM_0112002

The BLM's eligibility report was a very helpful starting point in the preparation of our original suitability comments and for our continued discussions of these streams with the BLM and with others.  The level of detail provided, the careful research, and the professional presentation of that eligibility report have contributed to thoughtful review and discussion of these important streams.

Meanwhile, it is significant to note that Colorado has only one stream included in the National Wild and Scenic Rivers System.  We trust that it is obvious that this is not because of a lack of outstanding streams in this state.  Indeed, the BLM's eligibility report confirms that a long list of remarkable streams and stream corridors warrant special consideration and strong protection, whether under provisions of the Wild and Scenic Rivers Act or otherwise.

**Stream segments**

Gunnison River Segment 2

*.41 mile; Recreational; Fish*

This regionally significant river warrants strong and enduring protection as an important recreational opportunity, as the hydrologic heart of unique adjacent public lands, and as essential habitat for at least two endangered species of native fish, along with three other species of ancient native fish that are imperiled, primarily because of loss of habitat or changes in river flows.  (All these values are documented in the BLM's eligibility report.)

Federal ownership of the river segment is 100%.  While only 66.5% of lands in the river corridor are federally owned, all those lands are on one side of the river, simplifying the implementation of protective management for those lands.

The primary need for the identified outstandingly remarkable values—particularly for the native fish—are reliable and seasonally natural flows of water in the Gunnison River.  Other federal programs—primarily the Endangered Species Act—and evolving federal management efforts—including re-operation the Aspinall Unit dams upstream—contribute, or will contribute, to the reliability of those critical-habitat flows.

It therefore is not necessary to apply a finding of wild & scenic suitability to this portion of the Gunnison River, *so long as* those other federal measures are implemented and properly maintained.  If those measures are either removed or fail to protect the native fish and their habitat, the BLM should reconsider a finding of suitability in future planning processes.

Monitor Creek

*9.42 miles; Wild; Vegetation (cottonwood/riparian)*

This stream is an important feature flowing through the heart of federal lands with wilderness character and wilderness characteristics, which are included in a citizens' wilderness proposal.  The stream is also associated with national forest lands upstream that have been congressionally designated for protection of wilderness values.  These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's eligibility report's preliminary classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor.

Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

BLM_0112003

In addition to the outstandingly remarkable values identified in the BLM's eligibility report (vegetation), the BLM should also identify and protect the unique and outstanding wildlife and recreation values found along this stream.

The landscape surrounding Monitor Creek is naturally contiguous with, and an essential ("regionally important") component of, the wildlife habitat (and Outstandingly Remarkable Value (ORV)) identified by the BLM for nearby Roubideau Creek (*desert bighorn sheep*).  The features, condition, and importance of this wildlife habitat along Monitor Creek are of importance equal to that found along Roubideau Creek.

Recreation opportunities found in and near the Monitor Creek corridor correspond to the general wilderness character and wilderness characteristics for the area—specifically outstanding opportunities for solitude and for a primitive and unconfined type of recreation.  While this type of recreation opportunity is slightly different from the recreational ORV identified by the BLM for Roubideau Creek (that ORV based primarily in the popularity of that stream corridor), the version found along Monitor Creek is an outstanding recreational opportunity nonetheless.  Indeed, the more primitive and solitude-preserving recreation opportunities noted here for Monitor Creek are also present in Roubideau Creek, which is included, stream and corridor, in the Roubideau (Camel Back) Wilderness Study Area, thus necessarily defined by those same backcountry recreation opportunities.

Meanwhile, a finding of wild & scenic suitability for Monitor Creek—a finding most directly applicable to the lands in the stream corridor—will provide  highly reliable and enduring form of protection for the continued health of the rare plant communities identified in the BLM's eligibility report (*narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest*).

Federal ownership of 100% of this stream segment, and of 96.2% of corridor lands along the stream simplify the implementation of protective management through a finding of wild & scenic suitability.  The 104.9 acres of private land within the stream corridor are actually separate from the stream, further simplifying protective management, especially if that management were applied specifically to the federal lands.

We recommend that the full length of the Monitor Creek segment be found suitable, applicable at least to the federal lands in the stream corridor.  The stream's outstandingly remarkable values should be expanded to include recreational opportunities and wildlife habitat.

Potter Creek
*9.82 miles; Wild; Vegetation (cottonwood/riparian)*
This stream is an important feature associated with adjacent lands with wilderness character and characteristics, which are included in a citizens' wilderness proposal.  The stream is also associated with national forest lands upstream that have been congressionally designated for protection of wilderness values.  These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's eligibility report's preliminary classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor.

Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

BLM_0112004

**Draft Wild and Scenic River Suitability**

In addition to the outstandingly remarkable values originally identified in the BLM's eligibility report (*vegetation*), the BLM should also identify and protect the unique and outstanding wildlife and recreation values found along this stream.

The landscape surrounding Potter Creek is naturally contiguous with, and an essential ("regionally important") component of, the wildlife habitat (and ORV) identified by the BLM for adjacent Roubideau Creek (*desert bighorn sheep*). The features, condition, and importance of that wildlife habitat along Potter Creek is of importance equal to that found along Roubideau Creek.

Recreation opportunities found in and near the Potter Creek corridor correspond to the general wilderness character and wilderness characteristics for the area—specifically outstanding opportunities for solitude and for a primitive and unconfined type of recreation. While this type of recreation opportunity is slightly different from the recreational ORV identified by the BLM for Roubideau Creek (that ORV based primarily in the popularity of that stream corridor), it is an outstanding recreational opportunity nonetheless. Indeed, the more primitive and solitude-preserving recreation opportunities noted here for Potter Creek are also present in Roubideau Creek. Roubideau Creek and its corridor are included in the Roubideau (Camel Back) Wilderness Study Area, which is necessarily defined by those same backcountry recreation opportunities.

Meanwhile, the BLM's decision to remove the one outstandingly remarkable value originally identified in the agency's eligibility report is in error. The BLM's rather arbitrary distinction between a classification as critically imperiled globally (G1) and vulnerable throughout its range (G2) is not well founded. Glibly stated, rare is rare, and vulnerable is vulnerable.

Stated a bit more thoughtfully, a plant community that is currently vulnerable throughout its range warrants the highest possible level of protection in each of its occurrences, lest damage from human activity, climate change, or other harmful factors translate vulnerable to imperiled. The best way to avoid plant community failures in the future is an active protection in the present. A finding of eligibility, and accompanying protective management, is an appropriate and timely tool for this plant community.

In any case, a finding of wild & scenic suitability for Potter Creek—a finding most directly applicable to the lands in the stream corridor—will provide a highly reliable and enduring form of protection for the continued health of the rare plant communities identified in the BLM's eligibility report (*narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest*).

Federal ownership of 100% of this stream segment, and of 98.5% of corridor lands along the stream simplify the implementation of protective management through a finding of wild & scenic suitability. The 44.3 acres of private land are located at the far lower end of the stream segment, further simplifying protective management, especially if that management were applied specifically to the federal lands.

<u>We recommend that the full length of the Potter Creek be found suitable, applicable at least to the federal lands in the stream corridor. The stream's outstandingly remarkable values should continue to include the highlighted vegetation communities, and they should be expanded to include recreational opportunities and wildlife habitat.</u>

Roubideau Creek Segment 1
*10.71 miles; Wild; Recreational, Wildlife, Cultural, Vegetation*
This stream is an important feature flowing through and enhancing lands with wilderness character and characteristics, both within the long-standing Roubideau (Camel Back) Wilderness Study Area and in the larger citizens' wilderness proposal of the same name. The stream is also associated with

BLM_0112005

national forest lands upstream that have been congressionally designated for protection of wilderness values. These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's eligibility report's preliminary classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor.

Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

A finding of wild & scenic suitability for Roubideau Creek Segment 1—a finding most directly applicable to the lands in the stream corridor—will provide a highly reliable and enduring protection for the continued health of the ORVs identified in the BLM's eligibility report, including: rare plant communities (*narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest*); wildlife (*northern leopard frog, desert bighorn sheep*); cultural; and recreational (*primitive and non-mechanical exploration and exercise*).

Federal ownership of 93% of this stream segment, and of 94.8% of the land in the stream corridor simplifies the effective implementation of protective management.

<u>We recommend that the full length of the Roubideau Creek Segment 1 be found suitable, applicable at least to the federal lands in the corridor.</u>

<u>Roubideau Creek Segment 2</u>
The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there.

The relatively low percentage of federal land ownership along the stream and in the stream corridor (45.5%, 60.2%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for Roubideau Creek Segment 2.

<u>Deep Creek</u>
The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there.

In particular, the critical rarity of greenback cutthroat trout warrants the highest level of protective management, especially management and cooperative measures to ensure reliable and seasonally natural stream flows.

The relatively low percentage of federal land ownership along the stream and in the stream corridor (22.7%, 15.8%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for Deep Creek, *so long as* those other methods continue to successfully protect the trout and its habitat.

<u>West Fork Terror Creek</u>
The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there.

BLM_0112006

The relatively low percentage of federal land ownership along the stream and in the stream corridor (39.2%, 47.5%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for West Fork Terror Creek, *so long as* those other methods continue to successfully protect the trout and its habitat.

**Summary**

The undersigned organizations recommend that the BLM reach a finding of suitability, and implement corresponding strong protective management measures for:
- Monitor Creek
- Potter Creek
- Roubideau Creek Segment 1

The undersigned organizations recommend that the BLM implement the strongest possible protective management measures, other than a finding of wild & scenic suitability for:
- Gunnison River Segment 2
- Roubideu Creek Segment 2
- Deep Creek
- West Fork Terror Creek

Thank you again for your careful consideration of these comments and recommendations, as complement to the thorough research and review the BLM has already applied to these important streams and corridors.

Please let us know any way in which we can clarify these recommendations, expand on them, or assist with securing their implementation in the BLM's protective management of these streams.

Sincerely,

Steve Smith, Assistant Regional Director
The Wilderness Society
for

Ken Strom, Director
Audubon Colorado

Megan Mueller, Senior Staff Biologist
Center for Native Ecosystems

Becky Long, Water Caucus Coordinator
Colorado Environmental Coalition

Jay Heeter, Campaigns Coordinator
Colorado Mountain Club

Paul Joyce, Conservation Associate
Colorado Wild

Meghan Maloney, River Program Director
San Juan Citizens Alliance

Hilary White, Director
Sheep Mountain Alliance

Gretchen Nicholoff, President
Western Colorado Congress

Rob Peters, Executive Director
Andrea Robinson, Conservation Chair
NFRIA/WSERC Conservation Center

BLM_0112007

## G. SUITABILITY STUDY PARTICIPANTS

| NAME | DISCIPLINE | RESPONSIBILITY |
|------|-----------|----------------|
| Bruce Krickbaum | Planning & Environmental Coordinator | Report Oversight |
| Pauline Adams | Hydrologist | Hydrology & Public Outreach |
| Joe Cain | Geographical Information Systems Specialist | Mapping & Spatial Analysis |
| Amanda Clements | Ecologist | Vegetation & Land Health |
| Desty Dyer | Mining Engineer | Coal Resources |
| Robert Ernst | Geologist | Mineral Resources |
| Edd Franz | GGNCA Outdoor Recreation Planner | Recreation, Wilderness & Public Outreach |
| Tom Fresques | Colorado River Valley Fisheries Biologist | Fish |
| Glade Hadden | Archaeologist | Cultural & Historic Resources |
| Julie Jackson | Outdoor Recreation Planner | Recreation & Travel Management |
| Dave Kauffman | Associate Field Manager | Interdisciplinary Team |
| Jeff Litteral | Hydrologist | Hydrology & Public Outreach |
| D. Maggie Magee | Technical Writer/Editor | Report Writing & Editing |
| Jana Moe | Administrative Support Assistant | Administrative Support |
| Amanda Moore | Geographical Information Systems Specialist | Mapping & Spatial Analysis |
| Dennis Murphy | UFO/Contract Hydrologist | Report Writing & Hydrology |
| Teresa Pfifer | Lands & Minerals Staff Supervisor | Interdisciplinary Team |
| Linda Reed | Realty Specialist | Lands & Realty |
| Charles Sharp | Wildlife Biologist | Wildlife & TES Species |
| Barbara Sharrow | Field Manager | Interdisciplinary Team |
| Melissa Siders | Biology Staff Supervisor | Interdisciplinary Team |
| David Sinton | Geographical Information Systems Lead | Mapping & Spatial Analysis |
| Roy Smith | BLM Colorado Water Rights Specialist | Water Rights & Report Oversight |
| Jedd Sondergard | Hydrologist | Hydrology & Public Outreach |
| Thane Stranathan | Natural Resource Specialist | Oil & Gas Resources |
| Karen Tucker | GGNCA Manager | Interdisciplinary Team |

**\*All participants are BLM UFO Staff unless otherwise noted**

**Draft Wild and Scenic River Suitability**

## H. BIBLIOGRAPHY

**Bureau of Land Management**
1982   *Archaeological Resources of Southwestern Colorado: Uncompahgre and Gunnison Resource Areas, San Miguel Resource Area.* Colorado State Office. Denver.

1992   *Wild and Scenic Rivers-Policy and Program Direction for Identification, Evaluation, and Management.* BLM Manual 8351. Rel. 8-61. Washington D.C.

2000   *Colorado BLM State Director's Sensitive Species List (Animals and Plants).* Webpage: http://www.blm.gov/co/st/en/BLM_Programs/botany/Sensitive_Species_List_.html

2007   *San Juan Public Lands Center Draft Land Management Plan and Draft Environmental Impact Statement, Volume 3 - Appendices.* BLM/USFS San Juan Public Lands Center. Durango, CO.

2008   *Moab Field Office Record of Decision and Approved Resource Management Plan.* BLM Moab Field Office. Moab, UT.

2008b   *Preparation Plan for the Uncompahgre Resource Management Plan.* BLM Uncompahgre Field Office. Montrose, CO.

2009   *Wild and Scenic River Eligibility Report for Bureau of Land Management Grand Junction Field Office.* BLM Grand Junction Field Office. Grand Junction, CO.

2010   *Final Wild and Scenic River Eligibility Report for the Uncompahgre Planning Area.* BLM Uncompahgre Field Office. Montrose, CO. Available online at: http://www.blm.gov/co/st/en/fo/ufo/wild_and_scenic_river.html

**Bureau of Reclamation**
2009   Colorado River Basin Salinity Control Project. *Paradox Valley Unit, Title II.* Webpage: http://www.usbr.gov/projects/Project.jsp?proj_Name=CRBSCP+-+Paradox+Valley+Unit+-+Title+II

**Colorado Department of Public Health and Environment**
2010   Water Quality Control Commission. *Section 303(d) List of Water Quality-limited Segments Requiring Total Maximum Daily Loads.* 5CCR 1002-93, Regulation #93. Denver.

2010b   Water Quality Control Commission Regulations. *Regulation Number 35: Classifications and Numeric Standards for Gunnison and Lower Dolores River Basins, as amended 8 February 2010.* Accessed online at: http://www.cdphe.state.co.us/regulations/wqccregs/

**Colorado River Water Conservation District**
2009   Water Glossary. *Colorado River Terms.* Webpage: http://www.crwcd.org/page_100

**Colorado Water Conservation Board**
2011   Instream Flow Program. *2011 Contested Appropriations.* Webpage: http://cwcb.state.co.us/environment/instream-flow-program/Pages/2011ContestedAppropriations.aspx

2004   *Statewide Water Supply Initiative.* Accessed online at: http://cwcb.state.co.us/public-information/publications/Pages/StudiesReports.aspx

BLM_0112009

**Colorado Wilderness Network**
2006    *Colorado's Canyon Country Wilderness Proposal.*
        Website:  http://www.canyoncountrywilderness.org/home.htm

**Environmental Protection Agency**
2008    *Final Closeout Report: Uravan Mill and Adjacent Areas, Montrose County, Colorado.*  Accessed
        online at:  www.epa.gov/region8/superfund/co/uravan/

2005    *Five Year Review:  Umetco Minerals Corporation Uravan Superfund Site.*  Accessed online at:
        http://cumulis.epa.gov/fiveyear/index.cfm?fuseaction=fyrsearch.showSitePage&id=0800076

**Interagency Wild and Scenic Rivers Coordinating Council**
1999    *National Wild and Scenic Rivers.*  Website:  http://www.rivers.gov

**National Audubon Society**
2010    *Important Bird Areas Program.*  Webpage:  http://www.audubon.org/bird/iba

**Orr, John, Editor**
2011    Coyote Gulch.  Weblog:  http://coyotegulch.wordpress.com/category/colorado-water/wild-
        and-scenic/

**U.S. Forest Service**
2007    *Proposed Land Management Plan Grand Mesa, Uncompahgre, and Gunnison National Forests.*
        Delta, CO.

2007b   *Wild and Scenic Rivers Suitability Study for National Forest System Lands in Utah.*  PowerPoint.
        Accessed online at:
        http://www.fs.fed.us/r4/rivers/documents/suitability_presentation_052407.pdf

**U.S. Geological Service**
2010    National Water Information System.  *Real-time data for Colorado:  Streamflow.*
        Webpage:  http://waterdata.usgs.gov/co/nwis/current/?type=flow&group_key=huc_cd

**Watershed Management Council**
1994    *Recommended Watershed Terminology.*  Webpage:
        http://watershed.org/news/fall_94/terminology.html

**Wild and Scenic Rivers Act**
1968    Public Law 90-542, 16 U.S.C. 1271 et seq., as amended.  Accessed online at:
        http://www.rivers.gov/publications.html#wsract

**Willits, Patrick**
2001    The Trust for Land Restoration.  *San Miguel River Restoration Assessment Summary.*  Accessed
        online at:  www.restorationtrust.org/Rest-Assess_summ.pdf

BLM_0112010

**Draft Wild and Scenic River Suitability**

### TABLE 15 - SUITABLE SEGMENTS IN THE PLANNING AREA

| SUITABLE SEGMENT | TOTAL SEGMENT MILES | TOTAL BLM MILES | TOTAL CORRIDOR ACRES | BLM LAND ACRES | RECOMMENDED CLASSIFICATION | OUTSTANDINGLY REMARKABLE VALUES |
|---|---|---|---|---|---|---|
| **Monitor Creek** | 9.4 | 9.4 | 2,540 | 2,540 | Wild | Vegetation |
| **Potter Creek** | 9.8 | 9.8 | 2,810 | 2,810 | Wild | Fish, Vegetation |
| **Roubideau Creek, Segment 1** | 9.9 | 9.9 | 2,680 | 2,680 | Wild | Recreational, Wildlife, Cultural, Vegetation |
| **Beaver Creek** | 14.3 | 14.2 | 4,170 | 3,640 | Recreational | Vegetation |
| **Saltado Creek** | 5.6 | 4.1 | 1,640 | 1,340 | Wild | Vegetation |
| **San Miguel River, Segment 1** | 27.2 | 17.3 | 8,360 | 6,680 | Recreational | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology |
| **San Miguel River, Segment 2** | 4.0 | 4.0 | 1,100 | 1,100 | Wild | Scenic, Recreational, Wildlife, Vegetation |
| **San Miguel River, Segment 3** | 4.5 | 4.5 | 1,350 | 1,350 | Recreational | Recreational, Fish, Wildlife, Vegetation |
| **San Miguel River, Segment 5** | 7.5 | 1.3 | 2,340 | 1,740 | Recreational | Recreational, Fish, Historic, Vegetation |
| **San Miguel River, Segment 6** | 2.1 | 2.1 | 390 | 390 | Recreational | Recreational, Fish, Historic, Vegetation |
| **Tabeguache Creek, Segment 1** | 3.4 | 3.4 | 1,010 | 1,010 | Wild | Vegetation |
| **Lower Dolores River** | 4.2 | 4.2 | 630 | 630 | Scenic | Scenic, Recreational, Geologic, Fish, Wildlife |
| **Dolores River, Segment 1** | 8.7 | 8.7 | 1,950 | 1,950 | Wild | Recreational, Scenery, Fish, Wildlife, Geology, Ecology, Archaeology |
| **Dolores River, Segment 2** | 5.3 | 5.3 | 1,230 | 1,230 | Recreational | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation |
| **La Sal Creek, Segment 2** | 3.3 | 3.3 | 790 | 790 | Recreational | Fish, Vegetation |
| **La Sal Creek, Segment 3** | 3.4 | 3.4 | 800 | 800 | Wild | Scenic, Recreational, Fish, Cultural, Vegetation |

BLM_0112011

*It is hereby declared to be the policy of the United States that certain selected rivers of the Nation which, with their immediate environments, possess outstandingly remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural or other similar values, shall be preserved in free-flowing condition, and that they and their immediate environments shall be protected for the benefit and enjoyment of present and future generations. The Congress declares that the established national policy of dams and other construction at appropriate sections of the rivers of the United States needs to be complemented by a policy that would preserve other selected rivers or sections thereof in their free-flowing condition to protect the water quality of such rivers and to fulfill other vital national conservation purposes.*

Wild & Scenic Rivers Act, October 2, 1968





## US Department of the Interior
### Bureau of Land Management
### Uncompahgre Field Office, Colorado

Resource Management Plan Revision and
Environmental Impact Statement



## INTERNAL FINAL DRAFT CHAPTER 2: ALTERNATIVES
*For Impact Analysis*

## APRIL 2012

BLM_0112013

BLM_0112014

# TABLE OF CONTENTS

Chapter                                                                                                          Page

**2.   ALTERNATIVES**................................................................................................................ 2-1
2.1   Introduction to RMP Alternatives ....................................................................2-2
2.2   Alternative Development Process for the Uncompahgre RMP ........................2-3
2.2.1   Identify Planning Issues ..........................................................................2-3
2.2.2   Analyze the Management Situation..........................................................2-3
2.2.3   Develop a Reasonable Range of Alternatives ........................................2-4
2.3   Resulting Range of Alternatives........................................................................2-4
2.3.1   Alternative A: No Action........................................................................2-5
2.3.2   Alternative B: Resource Conservation Emphasis....................................2-5
2.3.3   Alternative C: Resource Use Emphasis..................................................2-5
2.3.4   Alternative D: Agency Preferred ..........................................................2-5
2.4   Alternatives Considered for Detailed Analysis.................................................2-11
2.4.1   Management Common to All Alternatives..............................................2-11
2.5   Alternatives Eliminated from Detailed Analysis ..............................................2-12
2.5.1   Implement Exclusive Resource Use or Protection................................2-12
2.5.2   Prepare or Implement Partial RMP ......................................................2-13
2.5.3   Open or Close Entire Decision Area to Off-highway Vehicle Use................2-13
2.5.4   Prohibit Fluid Mineral Leasing throughout Decision Area....................2-13
2.5.5   Prohibit Coal Leasing throughout Decision Area..................................2-13
2.5.6   Prohibit Herbicide Use throughout Decision Area...............................2-13
2.5.7   Place Moratorium on Land Exchanges..................................................2-14
2.5.8   Designate Additional Wilderness Study Areas......................................2-14
2.5.9   Close Entire Decision Area to Livestock Grazing ...............................2-14
2.6   Considerations in Selecting a Preferred Alternative........................................2-14
2.6.1   Recommendation and Resulting Actions ...............................................2-15
2.7   Summary Comparison of Environmental Consequences.............................. 2-322
2.8   References............................................................................................................ 2-323

**GLOSSARY** ............................................................................................................**GLOSSARY-1**

# TABLES

Page

2-1   Comparative Summary of Alternatives ...................................................................2-6
2-2   Description of Alternatives A, B, C, and D...........................................................2-17
2-3   Summary of Wild and Scenic River Study Segments (Alternatives A and B) ...........2-318
2-4   Summary of Wild and Scenic River Study Segments (Alternative D) ................. 2-320
2-5   Summary of Environmental Consequences of Alternatives A, B, C, and D ...........2-322

# DIAGRAMS

Page

2-1   How to Read Table 2-2.........................................................................................2-16

BLM_0112015

# APPENDICES

A       Figures
B       Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities
C       BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado
D       Best Management Practices and Standard Operating Procedures
E       Draft Wilderness Characteristics Assessment
F       Drought Management
G       Ecological Emphasis Areas
H       Description of Recreation Management Areas
I       Livestock Grazing Allotments and Allotment Levels
J       Domestic/Bighorn Sheep Probability of Interaction Assessment
K       Travel Management
L       Coal Screening Criteria for the Uncompahgre Planning Area
M       Summary of Areas of Critical Environmental Concern Report
N       Draft Wild and Scenic River Suitability Report

# FIGURES *(see Appendix A)*

2-1     Uncompahgre RMP Planning Area
2-2     Federal Mineral Estate
2-3     Alternative B: Ecological Emphasis Areas
2-4     Alternative C: Ecological Emphasis Areas
2-5     Alternative D: Ecological Emphasis Areas
2-6     Alternative A: Visual Resource Management
2-7     Alternative B: Visual Resource Management
2-8     Alternative C: Visual Resource Management
2-9     Alternative D: Visual Resource Management
2-10    Alternatives B and D: Lands Identified for Wilderness Characteristics Protection
2-11    Alternative A: Grazing Allotments
2-12    Alternative B: Grazing Allotments
2-13    Alternative C: Grazing Allotments
2-14    Alternative D: Grazing Allotments
2-15    Alternative A: Recreation Management Areas
2-16    Alternative B: Recreation Management Areas
2-17    Alternative C: Recreation Management Areas
2-18    Alternative D: Recreation Management Areas
2-19    Alternative A: Comprehensive Travel and Transportation Management
2-20    Alternative B: Comprehensive Travel and Transportation Management
2-21    Alternative C: Comprehensive Travel and Transportation Management
2-22    Alternative D: Comprehensive Travel and Transportation Management
2-23    Alternative A: Right-of-Way Exclusion and Avoidance Areas
2-24    Alternative B: Right-of-Way Exclusion and Avoidance Areas
2-25    Alternative C: Right-of-Way Exclusion and Avoidance Areas

BLM_0112016

# FIGURES (continued) (see Appendix A)

2-26    Alternative D: Right-of-Way Exclusion and Avoidance Areas
2-27    Alternatives A, B, C, and D: Designated Utility Corridors
2-28    Alternative A: Lands Identified for Disposal
2-29    Alternative B: Lands Identified for Disposal
2-30    Alternative C: Lands Identified for Disposal
2-31    Alternative D: Lands Identified for Disposal
2-32    Alternative A: Coal Leasing
2-33    Alternative B: Coal Leasing
2-34    Alternative C: Coal Leasing
2-35    Alternative D: Coal Leasing
2-36    Alternative A: Fluid Minerals Leasing
2-37    Alternative B: Fluid Minerals Leasing
2-38    Alternative C: Fluid Minerals Leasing
2-39    Alternative D: Fluid Minerals Leasing
2-40    Alternative B: No Ground Disturbance, Site-specific Relocation, and Timing Limitation Restrictions for Other Surface-disturbing Activities
2-41    Alternative C: No Ground Disturbance, Site-specific Relocation, and Timing Limitation Restrictions for Other Surface-disturbing Activities
2-42    Alternative D: No Ground Disturbance, Site-specific Relocation, and Timing Limitation Restrictions for Other Surface-disturbing Activities
2-43    Alternative A: Lands Withdrawn and to be Petitioned for Withdrawal from Locatable Mineral Entry
2-44    Alternative B: Lands Withdrawn and to be Petitioned for Withdrawal from Locatable Mineral Entry
2-45    Alternative C: Lands Withdrawn and to be Petitioned for Withdrawal from Locatable Mineral Entry
2-46    Alternative D: Lands Withdrawn and to be Petitioned for Withdrawal from Locatable Mineral Entry
2-47    Alternative A: Mineral Materials
2-48    Alternative B: Mineral Materials
2-49    Alternative C: Mineral Materials
2-50    Alternative D: Mineral Materials
2-51    Alternative A: Non-energy Solid Leasable Minerals
2-52    Alternative B: Non-energy Solid Leasable Minerals
2-53    Alternative C: Non-energy Solid Leasable Minerals
2-54    Alternative D: Non-energy Solid Leasable Minerals
2-55    Alternative A: Areas of Critical Environmental Concern
2-56    Alternative B: Areas of Critical Environmental Concern
2-57    Alternative C: Areas of Critical Environmental Concern
2-58    Alternative D: Areas of Critical Environmental Concern
2-59    Alternatives A, B, C, and D: Tabeguache Area and Wilderness Study Areas

BLM_0112017

# FIGURES *(continued) (see Appendix A)*

2-60    Alternatives A and B: Segments Eligible (Alternative A) or Suitable (Alternative B) for Inclusion in the National Wild and Scenic Rivers System

2-61    Alternative D: Segments Suitable for Inclusion in the National Wild and Scenic Rivers System

2-62    Alternative B: Watchable Wildlife Areas

2-63    Alternative A: Forest Management

2-64    Alternative B: Forest Management

2-65    Alternative C: Forest Management

2-66    Alternative D: Forest Management

2-67    Alternative A: No Target Shooting Areas

2-68    Alternative B: No Target Shooting Areas

2-69    Alternative C: No Target Shooting Areas

2-70    Alternative D: No Target Shooting Areas

2-71    Alternatives A, B, C, and D: Designated Routes in the Dry Creek Travel Management Area

2-72    Alternatives B, C, and D: Travel Management Areas for Future Route Designation

2-73    Existing Land Withdrawals and Powersite Classifications

2-74    Alternatives A, B, C, and D: Moss Rock Common Use Area

2-75    Alternative A: National Historic Trails

2-76    Alternative B: National Scenic, Historic, and Recreational Trails and State and BLM Byways

2-77    Alternative C: National Scenic, Historic, and Recreational Trails and State and BLM Byways

2-78    Alternative D: National Scenic, Historic, and Recreational Trails and State and BLM Byways

BLM_0112018

## ACRONYMS AND ABBREVIATIONS

Full Phrase

| | |
|---|---|
| ACEC | area of critical environmental concern |
| ATV | all-terrain vehicle |
| AUM | animal unit month |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| USBR | United States Department of the Interior, Bureau of Reclamation |
| CPW | Colorado Division of Parks and Wildlife |
| CFR | Code of Federal Regulations |
| CNHP | Colorado Natural Heritage Program |
| COA | Condition of Approval |
| CSU | controlled surface use |
| decision area | BLM-administered lands and federal mineral estate under BLM jurisdiction within the Uncompahgre Resource Management Plan Planning Area |
| DOE | United States Department of Energy |
| DOI | United States Department of Interior |
| EIS | environmental impact statement |
| ERMA | extensive recreation management area |
| federal mineral estate | subsurface mineral estate administered by the United States Department of the Interior, Bureau of Land Management |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| ISA | Instant Study Area |
| NEPA | National Environmental Policy Act of 1969 |
| NGD | No ground disturbance |
| NL | no leasing |
| NSO | no surface occupancy |
| NWSRS | National Wild and Scenic Rivers System |
| OHV | off-highway vehicle |
| ONA | outstanding natural areas |
| ORV | outstandingly remarkable value |
| planning area | Uncompahgre Field Office boundary, including all lands, regardless of land ownership |
| RMP | resource management plan |
| RNA | research natural area |
| ROW | right-of-way |
| SRMA | special recreation management area |
| SRP | special recreation permit |
| SSR | site-specific relocation |

BLM_0112019

## ACRONYMS AND ABBREVIATIONS                    Full Phrase

| | |
|---|---|
| TL | timing limitation |
| | |
| UFO | Uncompahgre Field Office |
| US | United States |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| US Forest Service | United States Department of Agriculture, National Forest Service |
| | |
| VRM | visual resource management |
| | |
| WSA | Wilderness Study Area |

2-vi                *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*                April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112020

# CHAPTER 2
# ALTERNATIVES

This chapter details Alternatives A through D for the Uncompahgre Draft Resource Management Plan/Draft Environmental Impact Statement (Draft RMP/EIS) and includes references to maps (in **Appendix A**, Figures) identifying where actions would be applicable. The proposed alternatives were formulated in response to issues and concerns identified through public scoping and in an effort to resolve deficiencies with current management strategies and explore opportunities for enhanced management of resources and resource uses.

*Plan Maintenance*

Because an RMP is developed based on current scientific knowledge and best available data, effective implementation requires the flexibility to adapt the RMP in response to changing information and conditions. Decisions in this RMP will be reviewed periodically to ensure that specified measures continue to support stated goals and objectives and implementation guidance remains adequate. The RMP may be updated and revised as deficiencies are identified or as new information becomes available, along with appropriate environmental review and documentation.

*Decision Area for the Uncompahgre RMP*

Decisions in this RMP pertain to 675,800 acres of federal surface land and 964,830 acres of federal subsurface mineral estate in the planning area (shown in **Figures 1-1** and **1-2**, Appendix A) administered by the BLM Uncompahgre Field Office (UFO). No decisions in this RMP affect the BLM Gunnison Gorge National Conservation Area (NCA) or the Dominguez-Escalante NCA, which are located within the UFO boundary, but managed under separate RMPs.

*Withdrawal or Management by Other Federal Agencies*

Leasing decisions for minerals beneath surface lands administered by the US Forest Service are issued by BLM. To do so, the BLM must receive consent to lease from the US Forest Service, and incorporate any accompanying stipulations required by forest land use plans or forest-wide programmatic leasing analyses.

The US Bureau of Reclamation (USBR) has surface jurisdiction over lands withdrawn from the BLM on which there are USBR constructed projects or projects authorized for construction.

BLM_0112021

1  The BLM administers USBR-withdrawn lands where there are no constructed projects or
2  projects authorized for construction. In both cases, the BLM manages the federal mineral estate
3  and, in consultation with the USBR, develops terms and conditions to protect lands withdrawn
4  for USBR purposes.

5  The US Department of Energy (DOE) currently manages 32 lease tracts on approximately
6  10,520 acres in the planning area through the Office of Legacy Management Uranium Leasing
7  Program. Although these lands are withdrawn from mineral entry, mineral leasing laws still
8  apply. While the DOE manages uranium and vanadium leasing on these lands, the BLM manages
9  surface resources and activities (such as grazing and recreation). The Uranium Leasing Program
10  is managed in accordance with Title 10, Code of Federal Regulations (CFR) Part 760, in
11  cooperation with the BLM and the State of
12  Colorado.

13  ## 2.1  INTRODUCTION TO RMP ALTERNATIVES
14  RMP decisions consist of identifying and clearly
15  defining goals and objectives (desired
16  outcomes) for resources and resource uses,
17  followed by developing allowable uses and
18  management actions necessary for achieving
19  the goals and objectives. These critical
20  determinations guide future land management
21  actions and subsequent site-specific
22  implementation actions to meet multiple use
23  and sustained yield mandates while sustaining
24  land health.

25  ***Purpose of Alternative Development***
26  Alternative development is the heart of the
27  RMP/EIS process. Land use planning and NEPA
28  regulations require the BLM to formulate a
29  reasonable range of alternatives. Alternative
30  development is guided by established planning
31  criteria (as outlined in 43 CFR Section 1610).

32  The basic goal of alternative development is to
33  produce distinct potential management
34  scenarios that:

35  • Address the identified major
36  planning issues

37  • Explore opportunities to enhance management of resources and resource uses

38  • Resolve conflicts among resources and resource uses

39  • Meet the purpose of and need for the RMP

40  • Are feasible.

> **Components of Alternatives**
> Goals are broad statements of desired (RMP-wide and resource or resource-use specific) outcomes and are not quantifiable or measurable. Objectives are specific measurable desired conditions or outcomes intended to meet goals. While goals are the same across alternatives, objectives typically vary, resulting in different allowable uses and management actions for some resources and resource uses. Management actions and allowable uses are designed to achieve objectives. Management actions are measures that guide day-to-day and future activities. Allowable uses delineate which uses are permitted, restricted, or prohibited, and may include stipulations or restrictions. Allowable uses also identify lands where specific uses are excluded to protect resource values, or where certain lands are open or closed in response to legislative, regulatory, or policy requirements. Implementation decisions are site-specific on-the-ground actions and are typically not addressed in RMPs.

BLM_0112022

1 Pursuit of this goal provides the BLM and public with an appreciation for the diverse ways in
2 which conflicts regarding resources and resource uses might be resolved, and offers the BLM
3 State Director a reasonable range of alternatives from which to make an informed decision. The
4 components and broad aim of each alternative considered for the Uncompahgre RMP are
5 discussed below.

6 ## 2.2 ALTERNATIVE DEVELOPMENT PROCESS FOR THE UNCOMPAHGRE RMP

7 The UFO planning team employed the BLM planning process (outlined in **Chapter 1**, **Table 1-**
8 **2**, BLM Planning Process) to develop a reasonable range of alternatives for the RMP. The steps
9 in this process were typically performed non-sequentially or concurrently, and involved frequent
10 reexamination following periods of public and staff review.

11 ### 2.2.1 Identify Planning Issues

12 The planning team developed preliminary planning issues to be addressed in the new RMP, based
13 on broad concerns or controversies related to conditions, trends, needs, and existing and
14 potential uses of planning area lands and
15 resources identified during review of current land
16 management documents, including the 1985 San
17 Juan/San Miguel RMP and 1989 Uncompahgre
18 Basin RMP, and associated plan amendments
19 (refer to **Table 1-4**, RMP Amendments and
20 Other Documents Considered for
21 Implementation-level Planning).

> **Planning Issues**
> Planning Issues express concerns, conflicts, and problems with existing management of public lands. Issues are frequently based on how land uses affect resources. Some issues are concerned with how one land use can affect other land uses, or how resource protection affects land uses. Planning issues involve levels of use, productivity, and other related management practices. The most effective planning issues are well defined, topically discrete, and elicit a range of different approaches for resolution.

22 During the public scoping period in early 2010,
23 the public was asked to comment on the
24 preliminary planning issues and submit relevant
25 issues not identified by the team. In May 2010, the
26 planning team met with and sought additional
27 input from the Southwest Resource Advisory
28 Council Subgroup and cooperating agencies (refer
29 to **Section 1.6**, Collaboration) a collaborative
30 effort that continued throughout the planning
31 process. The planning team integrated the public
32 input to complete six planning issue statements,
33 listed in **Chapter 1**, **Table 1-3**, Planning Issue Statements).

34 ### 2.2.2 Analyze the Management Situation

35 BLM resource specialists assessed existing RMP goals, objectives, and actions in relation to
36 measurement tools (such as land health assessments, human impact studies, biological
37 assessments, NEPA actions, and fuel monitoring data) to gauge successes and deficiencies in
38 addressing the planning issues. In June 2010, this detailed assessment was compiled and released
39 in the Analysis of the Management Situation for the Uncompahgre Planning Area, providing
40 information useful to the BLM in:

41 • Summarizing existing conditions

BLM_0112023

- Explaining the need for change
  - Identifying management opportunities

### 2.2.3 Develop a Reasonable Range of Alternatives

Between June 2010 and May 2011, the planning team met to develop management goals and small teams met to identify objectives and actions to address the goals within their field(s) of expertise. The various groups met numerous times throughout this period to refine their work. Using a three-step process, the planning team:

1. Developed one no action alternative (A) and four preliminary action alternatives. The action alternatives were designed to:

   - Address the six planning issues
   - Fulfill the purpose and need for the RMP (outlined in **Section 1.1**, Purpose of and Need for the Resource Management Plan)
   - Meet the multiple use mandates of the Federal Land Policy and Management Act of 1976 (FLPMA) (43 US Code 1716).

2. Refined the four preliminary action alternatives, identified obvious similarities among the goals, objectives, and actions of each, and consolidated these into two philosophically distinct alternatives (B and C).

3. Blended goals, objectives, and actions from the action alternatives to formulate a preferred alternative (D) that strives for balance among competing interests and has the greatest potential to effectively address the planning issues.

## 2.3 RESULTING RANGE OF ALTERNATIVES

The three resulting action alternatives (B, C, and D) offer a range of possible management approaches for responding to planning issues and resolving user conflicts. While the goals are the same across alternatives, each alternative contains a discrete set of objectives and management actions constituting a separate RMP. Resource program goals are met in varying degrees, with the potential for different long-range outcomes and conditions.

The relative emphasis given to particular resources and resource uses differs as well, including allowable uses, restoration measures, and specific direction pertaining to individual resource programs. When resources or resource uses are mandated by law or are not tied to planning issues, there are typically few or no distinctions between alternatives.

Meaningful differences among the four alternatives are described in **Table 2-1**, Comparative Summary of Alternatives (beginning on page 2-6). **Table 2-2**, Description of Alternatives A, B, C, and D (beginning on page 2-17), provides a complete description of proposed decisions for each alternative, including goals, objectives, management actions, and allowable uses for individual resource programs. Figures in **Appendix A** provide a visual representation of differences between alternatives. In some instances, varying levels of management overlap a single polygon due to management prescriptions from different resource programs. For example, BLM guidance directs that Wilderness Study Areas (WSAs) be managed as VRM Class

BLM_0112024

1  I, the highest standard for VRM. At the same time, management for the Adobe Badlands
2  ACEC/ONA, which overlaps the Adobe Badlands WSA, prescribes VRM Class II for the ACEC.
3  Because of the overlap, the ACEC would be managed as VRM Class I unless and until the WSA
4  is released by Congress from wilderness consideration and other management is prescribed. In
5  instances where varying levels of management prescriptions overlap a single polygon, the stricter
6  of the management prescriptions would apply.

### 2.3.1   Alternative A: No Action

8  Alternative A meets the requirement that a no-action alternative be considered. This alternative
9  continues current management direction and prevailing conditions derived from existing
10  planning documents. Goals and objectives for resources and resource uses are based on the San
11  Juan/San Miguel RMP and Uncompahgre Basin RMP, along with associated amendments, activity
12  and implementation level plans, and other management decision documents. Laws, regulations,
13  and BLM policies that supersede RMP decisions would apply.

14  Goals and objectives for BLM lands and mineral estate would not change. Appropriate and
15  allowable uses and restrictions pertaining to activities such as mineral leasing and development,
16  recreation, timber harvesting, construction of utility corridors, and livestock grazing would also
17  remain the same. The BLM would not modify existing or establish additional criteria to guide the
18  identification of site-specific use levels for implementation activities.

### 2.3.2   Alternative B: Resource Conservation Emphasis

20  Alternative B emphasizes non-consumptive use and management of resources through
21  protective, restorative, and enhancement measures, while providing for multiple uses such as
22  livestock grazing, recreational opportunities and settings, and mineral development. Goals and
23  objectives focus on environmental and social outcomes achieved through sustaining relatively
24  unmodified physical landscapes and resource values for current and future generations.
25  Management direction would have an ecological focus, with existing uses geared toward
26  ensuring the protection of natural and cultural values. This alternative would establish the
27  greatest number of special designation areas such as Areas of Critical Environmental Concern
28  (ACECs) and Special Recreation Management Areas, with specific measures designed to protect
29  or enhance resource values. Appropriate and allowable uses and restrictions would be
30  contingent on minimizing impacts to natural and heritage resources.

### 2.3.3   Alternative C: Resource Use Emphasis

32  Alternative C emphasizes intensive management of natural resources, commodity production,
33  and public use opportunities. Resource uses, such as recreation opportunities, livestock grazing,
34  and mineral leasing and development, would be promoted. Management direction would
35  recognize and give priority to existing uses and accommodate new uses to the greatest extent
36  possible while maintaining resource conditions at a lower level. Appropriate and allowable uses
37  and restrictions would emphasize social and economic outcomes, while mitigating impacts to
38  land health.

### 2.3.4   Alternative D: Agency Preferred

40  Alternative D is the agency-preferred alternative, which emphasizes balancing resources and
41  resource use among competing human interests, land uses, and the conservation of natural and
42  cultural resource values, while sustaining and enhancing ecological integrity across the landscape,

BLM_0112025

1   including plant, wildlife, and fish habitat. This alternative incorporates a balanced level of
2   protection, restoration, enhancement, and use of resources and services to meet ongoing
3   programs and land uses. Goals and objectives focus on environmental, economic, and social
4   outcomes achieved by strategically addressing demands across the landscape. **Section 2.1**,

5   Considerations in Selecting a Preferred Alternative, outlines the selection process for the
6   preferred alternative.

**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| **Resources** | | | | |
| **Ecological Emphasis Areas (acres)** | | *Figure 2-1* | *Figure 2-2* | *Figure 2-3* |
| Adobe | | 40,730 | 0 | 24,170 |
| Dry Creek | | 20,320 | 0 | 10,790 |
| Jumbo Mountain / McDonald Creek | | 17,220 | 0 | 15,630 |
| La Sal | | 22,350 | 13,270 | 22,350 |
| Monitor / Potter / Roubideau | | 27,320 | 10,880 | 27,320 |
| Naturita Canyon | | 15,620 | 0 | 1,510 |
| Ridgway | | 16,700 | 0 | 9,070 |
| San Miguel | | 25,520 | 9,880 | 17,840 |
| Sims Mesa | | 19,650 | | 19,650 |
| Spring Canyon | | 3,380 | 0 | 3,380 |
| Tabeguache | | 31,540 | 0 | 23,760 |
| Terror Creek | | 2,230 | | 2,230 |
| **Total** | **0** | **242,580** | **34,030** | **177,700** |
| **Visual Resource Management (VRM) (acres)** | *Figure 2-4* | *Figure 2-5* | *Figure 2-6* | *Figure 2-7* |
| VRM Class I | 44,320 | 53,870 | 44,220 | 46,440 |
| VRM Class II | 21,930 | 162,590 | 31,750 | 96,760 |
| VRM Class III | 280,520 | 435,920 | 421,120 | 406,710 |
| VRM Class IV | 9,260 | 23,420 | 178,710 | 125,890 |
| Undesignated | 319,770 | 0 | 0 | 0 |
| **Lands Identified for Wilderness Characteristics Protection (acres)** | | *Figure 2-8* | | *Figure 2-8* |
| Camel Back WSA Addition | | 6,950 | | 6,950 |
| Dolores River Canyon WSA Addition | | 550 | | |
| Dry Creek Basin | | 7,040 | | 7,040 |
| Roc Creek | | 5,480 | | 4,340 |
| Shavano Creek | | 4,900 | | |
| **Total** | **0** | **24,920** | **0** | **18,330** |
| **Resource Uses** | | | | |
| **Livestock Grazing** | *Figure 2-9* | *Figure 2-10* | *Figure 2-11* | *Figure 2-12* |
| Acres open for all classes of livestock grazing (acres) | 629,750 | 550,980 | 625,290 | 612,260 |
| Acres closed to all classes of livestock grazing (acres) (including outlying areas) | 46,050 | 124,820 | 50,510 | 63,530 |
| Available Animal Unit Months (AUMs) | 38,364 | 34,184 | 36,833 | 36,424 |
| Acres open for sheep grazing | 629,750 | 66,960 | 315,120 | 569,630 |

BLM_0112026

| Acres closed to sheep grazing | 0 | 484,020 | 310,170 | 42,630 |

**Table 2-1** *(continued)*
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| **Special Recreation Management Areas (SRMAs) (acres)** | *Figure 2-13* | *Figure 2-14* | | *Figure 2-16* |
| Burn Canyon | | 9,160 | | |
| Dolores River Canyon | 13,380 | 13,380 | | 13,380 |
| Dry Creek | | 42,180 | | 42,180 |
| Jumbo Mountain | | 5,030 | | 1,360 |
| Kinikin Hills | | 11,320 | | |
| North Delta | | 8,530 | | |
| Paradox Valley | | 87,250 | | |
| Ridgway Trails | | 1,170 | | 1,170 |
| Roubideau | | 25,360 | | 25,360 |
| San Miguel River | 35,570 | 35,570 | | 35,570 |
| Spring Creek | | 4,980 | | 4,980 |
| **Total** | **48,950** | **243,930** | **0** | **124,000** |
| **Extensive Recreation Management Areas (ERMAs) (acres)** | | | *Figure 2-15* | *Figure 2-16* |
| Adobe Badlands | | | 6,360 | |
| Burn Canyon | | | 9,160 | 9,160 |
| Dolores River Canyon | | | 13,330 | |
| Dry Creek | | | 41,300 | |
| Jumbo Mountain | | | 5,020 | |
| Kinikin Hills | | | 500 | 10,810 |
| North Delta | | | 8,530 | 8,530 |
| Paradox Valley | | | 45,200 | 45,200 |
| Ridgway Trails | | | 1,100 | |
| Roubideau | | | 25,350 | |
| San Miguel River Corridor | | | 35,600 | |
| Spring Creek | | | 13,500 | |
| **Total** | **0** | **0** | **215,760** | **73,700** |
| **Comprehensive Trails and Travel Management (acres)** | *Figure 2-17* | *Figure 2-18* | *Figure 2-19* | *Figure 2-20* |
| Open to cross-country motorized travel | 8,560 | | 16,070 | |
| Closed to motorized travel *(mechanized travel limited to designated routes)* | 11,950 | 12,180 | | 1,160 |
| Closed to motorized and mechanized travel | 44,200 | 85,210 | 45,170 | 57,400 |
| Limited to existing routes for motorized and mechanized travel | 465,790 | | | |
| Limited to designated routes for motorized and mechanized travel | 145,300 | 578,410 | 614,560 | 617,240 |

**Table 2-1** *(continued)*
**Comparative Summary of Alternatives**

| Resource or | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|

April 2012          *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*          2-7
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112027

| Resource Use | | | | |
|---|---|---|---|---|
| **Lands and Realty (acres)** | **Figure 2-21 Figure 2-25 Figure 2-26** | **Figure 2-22 Figure 2-25 Figure 2-27** | **Figure 2-23 Figure 2-25 Figure 2-28** | **Figure 2-24 Figure 2-25 Figure 2-29** |
| Right-of-way (ROW) exclusion areas | 85,080 | 427,310 | 44,550 | 53,700 |
| ROW avoidance areas | | 198,060 | 213,180 | 276,500 |
| Identified for disposal | 9,850 | 2,650 | 9,850 | 1,930 |
| Designated utility corridors | 297,930 | 64,300 | 64,300 | 64,300 |
| **Coal (acres)** | **Figure 2-30** | **Figure 2-31** | **Figure 2-32** | **Figure 2-33** |
| Unsuitable for surface mining and surface mining operations | 490 | 2,500 | 2,500 | 2,500 |
|   *BLM surface/federal minerals* | 490 | 2,170 | 2,170 | 2,170 |
|   *Private or State surface/federal minerals* | | 330 | 330 | 330 |
| Unacceptable for Coal Leasing | 580 | 92,530 | 13,830 | 47,770 |
|   *BLM surface/federal minerals* | | 84,280 | 9,340 | 45,000 |
|   *Private or State surface/federal minerals* | 580 | 8,250 | 4,490 | 2,770 |
| Acceptable for Coal Leasing | 145,270 | 329,720 | 408,410 | 374,470 |
|   *BLM surface/federal minerals* | 34,370 | 177,100 | 252,040 | 216,380 |
|   *Private or State surface/federal minerals* | 110,900 | 152,620 | 156,370 | 158,090 |
| **Fluid Mineral Leasing (acres)** | **Figure 2-34** | **Figure 2-35** | **Figure 2-36** | **Figure 2-47** |
| Closed to fluid mineral leasing | 44,320 | 169,830 | 44,320 | 50,060 |
|   *Closed to leasing——BLM surface/federal minerals* | 44,320 | 153,050 | 44,320 | 48,510 |
|   *Closed to leasing—Private or State surface/federal minerals* | | 16,780 | | 1,550 |
| Open to fluid mineral leasing *(refer to Appendix B)* | 871,710 | 746,200 | 871,710 | 865,970 |
|   *Open to leasing—BLM surface/federal minerals* | 631,480 | 522,750 | 631,480 | 627,290 |
|   *Open to leasing—Private or State surface/federal minerals* | 240,230 | 223,450 | 240,230 | 238,680 |
|   *Open to leasing subject to standard terms and conditions (i.e., not subject to NSO or CSU stipulations)—BLM surface/federal minerals[1]* | 461,930 | 24,140 | 251,490 | 93,520 |
|   *Open to leasing subject to standard terms and conditions (i.e., not subject to NSO, or CSU stipulations)—Private or State surface/federal minerals[1]* | 183,310 | 142,740 | 140,060 | 118,480 |
|   *Open to leasing subject to No Surface Occupancy (NSO)—BLM surface/federal minerals* | 73,500 | 381,360 | 20,890 | 190,940 |
|   *Open to leasing subject to No Surface Occupancy (NSO)—Private or State surface/federal minerals* | 47,750 | 10,750 | 8,320 | 50,930 |
|   *Open to leasing subject to Controlled Surface Use (CSU)—BLM surface/federal minerals* | 96,050 | 117,250 | 359,100 | 342,830 |
|   *Open to leasing subject to Controlled Surface Use (CSU)—Private or State surface/federal minerals* | 9,170 | 69,960 | 91,850 | 69,270 |
|   *Open to leasing subject to Timing Limitations (TL)—BLM surface/federal minerals* | 443,520 | 675,800 | 503,410 | 675,800 |
|   *Open to leasing subject to Timing Limitations (TL)—Private or State surface/federal minerals* | 76,940 | 240,230 | 107,170 | 240,230 |
| **Restrictions for Surface-disturbing Activities (acres)** *(refer to Appendix B)* | | **Figure 2-38** | **Figure 2-39** | **Figure 2-40** |
| No ground disturbance (NGD) | | 444,620 | 42,660 | 36,180 |

**Table 2-1** *(continued)*

BLM_0112028

## Comparative Summary of Alternatives

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Site-specific relocation (SSR) | | 591,230 | 292,520 | 675,800 |
| Timing limitations (TL) | | 675,800 | 503,410 | 675,800 |
| **Locatable Minerals, Mineral Materials, and Non-Energy Solid Leasable Minerals (acres)** | *Figure 2-41* *Figure 2-45* *Figure 2-49* | *Figure 2-42* *Figure 2-46* *Figure 2-50* | *Figure 2-43* *Figure 2-47* *Figure 2-51* | *Figure 2-44* *Figure 2-48* *Figure 2-52* |
| BLM Surface/Federal Minerals[2] | | | | |
| Withdrawn from locatable mineral entry | 28,530 | 28,530 | 28,530 | 28,530 |
| Petition for withdrawal from locatable mineral entry | 26,300 | 387,620 | 37,500 | 82,030 |
| Open to locatable mineral exploration or development | 620,970 | 259,650 | 609,770 | 565,240 |
| Closed to mineral materials disposal | 102,190 | 494,360 | 56,350 | 132,520 |
| Open for consideration for mineral materials disposal | 573,610 | 181,440 | 619,450 | 543,280 |
| Closed to non-energy solid leasable mineral exploration and development | 44,320 | 381,800 | 55,570 | 168,130 |
| Open for consideration of non-energy solid leasable mineral exploration or development | 631,480 | 294,000 | 620,230 | 507,670 |
| Private, State, or USBR Project Lands Surface/Federal Minerals | | | | |
| Withdrawn from locatable mineral entry | | | | |
| Petition for withdrawal from locatable mineral entry | | 4,340 | 1,700 | 1,790 |
| Open to locatable mineral exploration or development | 220,390 | 216,050 | 218,690 | 218,600 |
| Closed to mineral materials disposal | 2,500 | 68,250 | 2,260 | 2,850 |
| Open for consideration for mineral materials disposal | 217,890 | 152,140 | 218,130 | 217,540 |
| Closed to non-energy solid leasable mineral exploration and development | | 9,500 | 1,820 | 2,360 |
| Open for consideration of non-energy solid leasable mineral exploration or development | 220,390 | 210,890 | 218,570 | 218,030 |
| **Special Designations** | | | | |
| **Areas of Critical Environmental Concern (acres)** | *Figure 2-53* | *Figure 2-54* | *Figure 2-55* | *Figure 2-56* |
| Adobe Badlands | 6,380 | | 6,380 | 6,380 |
| Biological Soil Crust | | | | 1,900 |
| Coyote Wash | | 2,100 | | |
| Dolores River Slickrock Canyon | | | | 9,780 |
| Dolores Slickrock Canyon | | 10,670 | | |
| East Paradox | | 7,360 | | |
| Fairview South | 210 | | 210 | |
| Fairview South (BLM Expansion) | | | | 610 |
| Fairview South (CNHP Expansion) | | 4,250 | | |
| La Sal Creek | | 10,490 | | |
| Lower Uncompahgre Plateau | | 31,870 | | |
| Needle Rock | 80 | 80 | 80 | 80 |
| Paradox Rock Art | | 1,080 | | 1,080 |
| Roubideau-Potter-Monitor | | 20,470 | | |
| Roubideau Corridors | | | | 8,720 |
| Salt Desert Shrub Ecosystem | | 34,540 | | |

**Table 2-1** *(continued)*

April 2012          Uncompahgre Resource Management Plan Revision and Environmental Impact Statement          2-9
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112029

**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| San Miguel Gunnison Sage-grouse | | 470 | | |
| San Miguel River | 22,780 | | 22,780 | 22,780 |
| San Miguel River Expansion | | 35,420 | | |
| Sims-Cerro Gunnison Sage-grouse | | 25,620 | | |
| Tabeguache Pueblo and Tabeguache Caves | | 26,400 | | |
| West Paradox | | 5,190 | | |
| **Total** | **29,450** | **215,990** | **29,450** | **51,330** |
| **Wilderness and Wilderness Study Areas (WSAs) (acres)** | *Figure 2-57* | | | |
| Adobe Badlands | 10,340 | | | |
| Camel Back | 10,690 | | | |
| Dolores River Canyon | 13,350 | | | |
| Needle Rock Instant Study Area (ISA) | 80 | | | |
| Sewemup Mesa | 1,780 | | | |
| Tabeguache Area | 8,080 | | | |
| **Eligible (Alternative A) or Suitable (Alternatives B and D) Wild and Scenic River Study Segments (miles crossing BLM land)** | *Figure 2-58* | *Figure 2-58* | | *Figure 2-59* |
| Gunnison River Segment 2 | 0.4 | 0.4 | | |
| Monitor Creek | 9.4 | 9.4 | | 9.4 |
| Potter Creek | 9.8 | 9.8 | | 9.8 |
| Roubideau Creek Segment 1 | 10.0 | 10.0 | | 9.9 |
| Roubideau Creek Segment 2 | 3.5 | 3.5 | | |
| Deep Creek | 0.6 | 0.6 | | |
| West Fork Terror Creek | 0.5 | 0.5 | | |
| Beaver Creek | 14.2 | 14.2 | | 14.2 |
| Dry Creek Segment 1 | 10.4 | 10.4 | | |
| Naturita Creek | 10.0 | 10.0 | | |
| Saltado Creek | 4.1 | 4.1 | | 5.6 |
| San Miguel River Segment 1 | 17.3 | 17.3 | | 17.3 |
| San Miguel River Segment 2 | 3.6 | 3.6 | | 3.6 |
| San Miguel River Segment 3 | 5.3 | 5.3 | | 4.5 |
| San Miguel River Segment 5 | 2.6 | 2.6 | | 1.3 |
| San Miguel River Segment 6 | 2.3 | 2.3 | | 2.1 |
| Tabeguache Creek Segment 1 | 3.6 | 3.6 | | 3.4 |
| Tabeguache Creek Segment 2 | 7.9 | 7.9 | | |
| Lower Dolores River | 6.9 | 6.9 | | 4.2 |
| North Fork Mesa Creek | 5.8 | 5.8 | | |
| Dolores River Segment 1a | 8.7 | 8.7 | | 8.7 |
| Dolores River Segment 1b | 2.3 | 2.3 | | |
| Dolores River Segment 2 | 5.4 | 5.4 | | 5.3 |
| Ice Lake Creek Segment 2 | 0.3 | 0.3 | | |
| La Sal Creek Segment 1 | 0.6 | 0.6 | | |
| La Sal Creek Segment 2 | 3.8 | 3.8 | | 3.3 |

**Table 2-1** *(continued)*

BLM_0112030

## Comparative Summary of Alternatives

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| La Sal Creek Segment 3 | 3.4 | 3.4 | | 3.4 |
| Lion Creek Segment 2 | 1.3 | 1.3 | | |
| Spring Creek | 1.5 | 1.5 | | |
| **Total** | **155.5** | **155.5** | **0** | **106.4** |
| **Watchable Wildlife Areas (acres)** | | *Figure 2-60* | | |
| Uncompahgre Riverway | | 20 | | |
| Billy Creek | | 2,990 | | |
| San Miguel River ACEC (Important Bird Area) | | 22,840 | | |
| **Total** | | | | |

[1] Some TLs could overlap this area but were not excluded due to the temporal nature of the TL stipulation.
[2] Includes USBR-withdrawn non-project lands.
Planning guidance in place when the San Juan/San Miguel and Uncompahgre Basin RMPs were written directed that all BLM land not designated as an SRMA should be designated as an ERMA. Under today's recreation guidance, what was formerly the Uncompahgre ERMA would be considered "undesignated" (i.e., neither an ERMA nor an SRMA). As such, the terminology has been updated to reflect more closely the recreation guidance under which this RMP was written to avoid nonequivalent comparisons.
Hatching indicates zero acres or miles under that alternative.

1

2    **2.4    ALTERNATIVES CONSIDERED FOR DETAILED ANALYSIS**
3

4    ### 2.4.1   Management Common to All Alternatives
5    Allowable uses and management actions from the existing RMPs that remain valid and do not
6    require revision have been carried forward to all of the proposed alternatives. Other decisions
7    are common only to the action alternatives (B, C, and D).

8    Although each alternative emphasizes a slightly different mix of resources and resource uses, all
9    four alternatives contain the following common elements:

10   • Comply with state and federal laws, regulations, policies, and standards, including
11     FLPMA multiple use mandates.

12   • Implement actions originating from laws, regulations, and policies and conform to
13     day-to-day management, monitoring, and administrative functions not specifically
14     addressed.

15   • Preserve valid existing rights, which include any leases, claims, or other use
16     authorizations established before a new or modified authorization, change in land
17     designation, or new or modified regulation is approved. Existing fluid mineral leases
18     are managed through Conditions of Approval (COAs) outlined in the RMP.

19   • Incorporate as goals the BLM Colorado Standards for Public Land Health (shown in
20     **Appendix C**).

21   • Authorize livestock grazing in a manner consistent with the BLM Colorado
22     Standards for Public Land Health and Guidelines for Livestock Management (shown
23     in **Appendix C**).

BLM_0112031

1  • Adhere to 2010 Air Quality Control Commission Regulations of the Colorado
2    Department of Public Health and the Environment, as required by law to ensure
3    compliance with the Clean Air Act. Within the scope of BLM authority, special
4    requirements to alleviate air quality impacts are included in use authorizations
5    (including lease stipulations) on a case-by-case basis.

6  • Continue to manage existing WSAs in compliance with BLM Handbook 8550-1,
7    Interim Management Policy for Lands under Wilderness Review.

8  • Offer people diverse recreational opportunities that foster outdoor-oriented
9    lifestyles and enhance quality of life.

10 • Provide sustainable forest, biomass, and woodland products while maintaining
11   landscape diversity and ecosystem integrity.

12 • Apply COAs, Best Management Practices (BMPs), Standard Operating Procedures
13   (shown in **Appendix D**), and other site-specific mitigation measures to all resource
14   uses to promote rapid reclamation, maximize resource protection, and minimize
15   soil erosion.

16      • Seek to enhance collaborative opportunities, partnerships, and
17        communications with other agencies and interested parties to
18        implement the RMP, including education and outreach and project-
19        specific activities (such as monitoring and trail development).

20 In addition to the shared elements above, allowable uses, and management actions common to
21 all four alternatives (as indicated by a single cell across the table row) are listed in **Table 2-2**
22 (beginning on page 2-6).

23 **2.5   ALTERNATIVES ELIMINATED FROM DETAILED ANALYSIS**
24 The following alternatives were considered but eliminated from detailed study because they do
25 not meet the purpose of and need for the RMP (detailed in **Section 1.1**, Purpose of and Need
26 for the Resource Management Plan) or because they do not fall within technical, legal, or policy
27 constraints for BLM resources and resource uses.

28 **2.5.1   Implement Exclusive Resource Use or Protection**
29 Because FLPMA mandates that BLM lands be managed for multiple use and sustained yield,
30 alternatives that promote exclusive use or maximum development, production, or protection of
31 one resource (such as wildlife or solid minerals) at the expense of other resources or resource
32 uses were eliminated from further consideration. Alternatives that close all lands to an
33 authorized use (such as recreational gold panning) were also eliminated. In addition, alternatives
34 that prohibit traditional uses (such as logging or livestock grazing) where resource conditions do
35 not warrant were deemed unnecessarily restrictive.

36 Each proposed alternative allows for some level of support, protection, or use of all resources
37 in the planning area. In some instances, the alternatives include various considerations for
38 eliminating or maximizing individual resource values or uses in specific areas where conditions
39 warrant.

BLM_0112032

### 2.5.2   Prepare or Implement Partial RMP

Because federal regulations require the BLM to prepare and fully implement an approved RMP, alternatives that focus on a few select issues or result in partial implementation of the RMP were eliminated from further consideration. Such alternatives are not feasible and are legally insufficient under BLM requirements.

### 2.5.3   Open or Close Entire Decision Area to Off-highway Vehicle Use

Alternatives that open or close all BLM lands within the decision area to year-round OHV use, regardless of current travel restrictions, were considered and eliminated from further consideration. Management of BLM lands not only requires implementing restrictions to address travel concerns and recreation demands, but also requires protecting resource values. In addition, the planning team determined that current OHV designation levels would be used as a baseline for comparing alternatives.

### 2.5.4   Prohibit Fluid Mineral Leasing throughout Decision Area

While all of the alternatives prohibit leasing in specified portions of the decision area where conflicts have been identified or other resource needs prevail, an alternative that prohibits fluid mineral leasing throughout the decision area was eliminated as unnecessarily restrictive. One of the stated purposes of and needs for the RMP is to identify and resolve potential conflicts between competing land uses, while not eliminating an authorized use entirely. Leasing of public lands for fluid mineral exploration and production is authorized by the Mineral Leasing Act of 1920 (as amended). Current BLM policy directs field offices to apply the least restrictive management constraints necessary to achieve resource goals and objectives for principal uses of public lands.

### 2.5.5   Prohibit Coal Leasing throughout Decision Area

While all of the alternatives prohibit leasing in specified portions of the decision area where conflicts have been identified or other resource needs prevail, an alternative that prohibits coal leasing throughout the decision area was rejected as unnecessarily restrictive. One of the stated purposes of and needs for the RMP is to identify and resolve potential conflicts between competing resource uses, while not eliminating an authorized use entirely. BLM authority for coal leasing on public lands is mandated by the Mineral Leasing Act of 1920 (as amended) and the Mineral Leasing Act for Acquired Lands of 1947 (as amended). Current BLM policy directs field offices to apply the least restrictive management constraints necessary to achieve resource goals and objectives for principal uses of public lands.

### 2.5.6   Prohibit Herbicide Use throughout Decision Area

An alternative prohibiting the use of pesticides throughout the decision area was considered and rejected. The BLM adheres to an integrated vegetation management program, using fire, mechanical and manual methods, biological treatments, and herbicides. Each of these management tools has different strengths and weaknesses and should be available for use, enabling the BLM to select the control method or combination of methods that optimizes the effectiveness of vegetation management while minimizing costs and environmental impacts. Eliminating the use of pesticides could lead to increases in noxious and invasive species and decreases in native species, in conflict with BLM Colorado Public Land Health Standard 3 (outlined in **Appendix C**).

BLM_0112033

### 2.5.7   Place Moratorium on Land Exchanges

An alternative placing a moratorium on land exchanges was considered and rejected. As set forth by Congress in FLPMA, land exchanges can be an effective tool for consolidating land ownership, provided that the exchange is determined to be in the public interest and conducted within regulatory constraints.

### 2.5.8   Designate Additional Wilderness Study Areas

Because BLM authority to designate WSAs ended in 1993, additional WSAs were not considered during development of this RMP. The BLM does have an obligation under FLPMA Sections 201 and 202 to maintain an inventory of all public lands and their resources, including wilderness characteristics, and to consider such information during land use planning. Plan alternatives include allocations and actions that protect lands with wilderness characteristics. **Appendix E** (Draft Wilderness Characteristics Assessment) details results of the BLM inventory of non-WSA lands (excluding the Tabeguache Area) for wilderness characteristics. Only areas with inventoried wilderness characteristics have been brought forward for further analysis.

### 2.5.9   Close Entire Decision Area to Livestock Grazing

While an alternative closing the entire decision area to livestock grazing was eliminated from further consideration, livestock removal and use adjustments have been incorporated into alternatives on an allotment or area-wide basis where appropriate to address planning issues. NEPA requires that agencies study, develop, and recommend appropriate alternative courses of action for any proposal that involves unresolved conflicts surrounding the use of available resources. During this planning effort, no issues or conflicts have been identified that require for resolution the complete elimination of grazing within the decision area. Because BLM grazing regulations extend considerable discretion regarding the determination and adjustment of stocking levels, seasons of use, and grazing management activities and RMPs allocate forage for public land uses, an alternative that eliminates grazing was deemed unnecessarily restrictive.

FLPMA Sections 302[a] and 102[7] require that BLM lands be managed for "multiple use and sustained yield" and identify livestock grazing as a principal use. While multiple use does not require that all lands be open for livestock grazing, eliminating grazing from the entire decision area would be arbitrary and not in accordance with the FLPMA mandate. Closing the entire decision area to grazing would also be inconsistent with the intent of the Taylor Grazing Act, which directs the BLM to provide for livestock use on BLM lands, adequately safeguard grazing privileges, provide for orderly use, improvement, and development of the range, and stabilize the livestock industry, dependent upon the public range. In addition, such an alternative would not meet the purpose of and need for the RMP (outlined in **Section 1.1**, Purpose of and Need for the Resource Management Plan).

## 2.6   CONSIDERATIONS IN SELECTING A PREFERRED ALTERNATIVE

The proposed alternatives offer a range of discrete strategies for resolving deficiencies in existing management, exploring opportunities for enhanced management, and addressing issues identified through internal assessment and public scoping. Comments submitted by other government agencies, public organizations, state and tribal entities, and interested individuals were given careful consideration. Public scoping efforts enabled the BLM to identify and shape

BLM_0112034

1  significant issues pertaining to recreational opportunities, wildlife habitat, mineral exploration
2  and development, cultural resources, grazing, land tenure, potential ACECs, public land access,
3  and other program areas. Cooperating Agencies and the Southwest Resource Advisory Council
4  Subgroup reviewed and provided comments at critical intervals during the alternative
5  development process.

6  NEPA regulations developed by the Council on Environmental Quality require the BLM to
7  identify a preferred alternative in the Draft RMP/EIS. Formulated by the planning team, the
8  preferred alternative represents those goals, objectives, and actions determined to be most
9  effective at resolving planning issues and balancing resource use at this stage of the process.
10  While collaboration is critical in developing and evaluating alternatives, the final designation of a
11  preferred alternative remains the exclusive responsibility of the BLM.

12  **2.6.1   Recommendation and Resulting Actions**
13  The Field Manager recommends Alternative D as the preferred alternative. During public review
14  of this Draft RMP/EIS, the BLM is seeking constructive input regarding the proposals for
15  managing resources and resource uses. After considering these comments, the BLM will develop
16  a proposed RMP to be evaluated in the final EIS.

17

BLM_0112035

**Diagram 2-1**
**How to Read Table 2-2**

Table 2-2 *(continued)*
Description of Alternatives A, B, C, and D

| Line # | Alternative A<br>*Current Management*<br>*(No Action)*<br>**Resources** | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* | |
|---|---|---|---|---|---|
| 1. | **SOILS AND WATER** | | | | |
| 2. | **GOAL – SOILS:**<br>Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, salinity). | | | | Goals, objectives, or actions that are applicable to more than one alternative are indicated by combining cells for the same alternatives. |
| 3. | **Objective:**<br>Make management units available for erosion and salinity control objectives and projects that do not conflict with primary objectives of each unit. | **Objective:**<br>Manage surface-disturbing activities to minimize the yield of sediment, salt, and selenium contributions from BLM lands to water resources. | | | |
| 4. | **Action:**<br>Develop necessary erosion-control structures, vegetation improvements, or salinity/selenium-reduction measures to improve water quality. (BLM 1985)<br><br>Develop in-channel structures and land treatment projects designed to reduce runoff and soil erosion where it does not conflict with management of other resources. (BLM 1989a) | **Action:**<br>Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This may include but is not limited to:<br>• Reducing livestock grazing animal unit months (AUM);<br>• Limiting livestock grazing season of use;<br>• Including additional livestock grazing rest-rotation; and<br>• Limiting recreational uses. | **Action:**<br>No similar action. | **Action:**<br>Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This may include but is not limited to:<br>• Modifying livestock grazing practices to reduce sediment yield;<br>• Limiting recreational uses; and<br>• Planning and implementing comprehensive travel management. | Where an action in one or more alternatives does not apply to another, for example Alternative C, it states, "No similar action." |
| 5. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Protect rare biological soil crust in the East Paradox area by pursuing acquisition of private parcels from willing sellers. (Also refer to *Lands and Realty* section.) | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. | |

Actions that are the same as another alternative but whose cells cannot be combined are noted as, "Same as Alternative ___."

BLM_0112036

**Table 2-2**
**Description of Alternatives A, B, C, and D**

| | | |
|---|---|---|
| Air Quality (p. 2-18) | Native American Tribal Uses (p. 2-314) | Vegetation – General (p. 2-37) |
| Areas of Critical Environmental Concern (p. 2-272) | Other Minerals (p. 2-265) | Uplands (p. 2-40) |
| Climate Change (p. 2-19) | Locatable Minerals (p. 2-265) | Riparian (p. 2-41) |
| Coal (p. 2-242) | Mineral Materials (p. 2-267) | Weeds (p. 2-49) |
| Comprehensive Travel and Transportation Management (p. 2-221) | Non-energy Solid Leasable Minerals (p. 2-270) | Visual Resources (p. 2-105) |
| Cultural Resources (p. 2-96) | Paleontological Resources (p. 2-103) | Watchable Wildlife Areas (p. 2-312) |
| Fluid Minerals (Oil and Gas and Geothermal Resources) (p. 2-249) | Public Health and Safety (p. 2-315) | Wild and Scenic Rivers (p. 2-304) |
| Forestry and Woodland Products (p. 2-114) | Recreation and Visitor Services (p. 2-139) | Wild Horses (p. 2-92) |
| Land Health (p. 2-20) | Soils and Water (p. 2-23) | Wildland Fire Ecology and Management (p. 2-92) |
| Lands and Realty (p. 2-229) | Special Status Species – General (p. 2-68) | Wilderness and Wilderness Study Areas (p. 2-298) |
| Lands with Wilderness Characteristics (p. 2-111) | Plants (p. 2-74) | Wildlife – General (p. 2-51) |
| Livestock Grazing (p. 2-125) | Fish and Aquatic (p. 2-76) | Fish and Aquatic (p. 2-53) |
| National Trails and BLM Byways (p. 2-309) | Terrestrial (p. 2-77) | Terrestrial (p. 2-56) |

BLM_0112037

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line #<br>I. | Alternative A<br>*Current Management (No Action)*<br>Resources | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 2. | AIR QUALITY | | | |
| 3. | GOAL:<br>Within the scope of BLM's authority, ensure that air quality and air quality-related values (e.g., visibility) comply with and support federal, state, and local laws and regulations for protecting air quality. | | | |
| 4. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Limit air quality degradation by ensuring that BLM-authorized activities comply with federal and state air quality laws and regulations, minimize impacts to Class I airsheds affected by actions in the planning area, and implement actions to minimize emissions that may cause or contribute to negative impacts to air quality or air quality-related values. | **Objective:**<br>Limit air quality degradation by ensuring that BLM-authorized activities comply with applicable federal and state air quality laws and regulations, and implement actions to minimize emissions that may cause or contribute to negative impacts to air quality or air quality-related values. | **Objective:**<br>Same as Alternative B. |
| 5. | **Action:**<br>Adhere to air quality standards throughout the planning area; this is required by law (BLM 1989a). | **Action:**<br>No similar action; this is required by law. | | |
| 6. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Require proper road design, construction, and surfacing on BLM-authorized roads to reduce fugitive dust emissions; require at least 80 percent fugitive dust control on BLM roads. | **Action:**<br>Require proper road design, construction, and surfacing on BLM-authorized roads to reduce fugitive dust emissions. | **Action:**<br>Require proper road design, construction, and surfacing on BLM-authorized roads to reduce fugitive dust emissions. |
| 7. | **Action:** | **Action:** | **Action:** | **Action:** |

BLM_0112038

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | No similar action in current RMPs. | During high wind events, temporarily close OHV open areas and/or designated routes and prohibit surface-disturbing activities as needed to reduce particulate matter. | No similar action. | During high wind events, temporarily prohibit surface-disturbing activities as needed to reduce particulate matter. |
| 8. | **Action:** Manage the Sewemup Mesa WSA so as not to violate Class II air quality standards. | **Action:** No similar action. (All of Colorado, except Class I air quality areas, are managed as a Class II air quality area.) | | |
| 9. | **Action:** No similar action in current RMPs. | **Action:** Ensure that prescribed burns are implemented within the State of Colorado permit conditions in order to minimize smoke impacts and avoid NAAQS (National Ambient Air Quality Standards) violations. | | |
| 10. | **CLIMATE CHANGE** | | | |
| 11. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Manage native vegetation and wildlife species, soil and water resources, and wildlife habitats to maintain productivity, viability, and natural processes in response to stresses induced by climate change. | | |
| 12. | **Objective:** No similar objective in current RMPs. | **Objective:** Reduce impacts from climate change on soil and water resources, native vegetation and wildlife species and communities, and wildlife habitats. | | |
| 13. | **Action:** No similar action in current RMPs. | **Action:** Address climate change effects on soil and water resources, vegetation, and habitats, and apply appropriate management to protect these resource values. Where feasible, coordinate with local or regional scientists and organizations in addressing | **Action:** No similar action. | **Action:** Address climate change effects on soil and water resources, vegetation, and habitats, and apply appropriate management to protect these resource values. |

BLM_0112039

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | climate change. | | |
| 14. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Transplant or seed local native species into new habitats where needed to improve restoration and revegetation success, and to improve long term survival of plant populations. | **Action:**<br>Seed local native species into new habitats where needed to improve restoration and revegetation success, and to improve long term survival of plant populations. | **Action:**<br>Same as Alternative B. |
| 15. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Minimize unnatural (e.g., size, intensity) soil and vegetation disturbance in Ecological Emphasis Areas to reduce barriers to plant migration. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 16. | **LAND HEALTH** | | | |
| 17. | **GOAL:**<br>Manage soils, riparian-wetland areas, native plant and animal communities, special status species, and water quality to meet land health standards. | | | |
| 18. | **Objective:**<br>Manage public lands according to BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C). | **Objective:**<br>Manage lands, streams, and wetlands to *fully meet* or exceed the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C). | **Objective:**<br>Manage lands, streams and wetlands to, at a minimum, *meet with problems* the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C), provided that lands meeting with problems are stable or trend toward achievement of the BLM Colorado Public Land Health Standards. | **Objective:**<br>Manage ACECs, WSAs, lands identified for wilderness characteristics protection, Ecological Emphasis Areas, areas with exemplary, ancient or rare vegetation, and Wild and Scenic River segments with a vegetation outstandingly remarkable value (ORV) to *fully meet* or exceed the BLM Colorado Public Land Health Standards (BLM 1997) |

BLM_0112040

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | (Appendix C). Manage the remaining lands, streams, and wetlands to *fully meet* the BLM Colorado Public Land Health Standards, or to *meet with problems* where needed to support resource uses, provided that lands meeting with problems are stable or trend toward achievement of the BLM Colorado Public Land Health Standards. |
| 19. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. | **Action:**<br>Apply land and stream health improvements on lands, streams, and wetlands rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C) or on lands *meeting with problems* and show a downward trend. | **Action:**<br>In ACECs, WSAs, lands identified for wilderness characteristics protection, Ecological Emphasis Areas, areas with exemplary, ancient or rare vegetation, and Wild and Scenic River segments with a vegetation ORV, apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. In the remaining lands, streams, and wetlands, apply land and stream health improvement projects in areas rated as *not meeting* BLM Colorado Public |

BLM_0112041

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | Land Health Standards (BLM 1997) (Appendix C) or on lands *meeting with problems.* |
| 20. | **Action:** No similar action in current RMPs. | **Action:** On lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C) or *meeting with problems,* where an activity has been demonstrated to be causing land health problems, close, limit, or modify the causal activity to improve land health. Activities may include but are not limited to: <br>• Grazing; <br>• Plant material and wood collection; <br>• Non-commercial mineral material collection (e.g., moss rock collection, decorative stone collection); <br>• Travel; and <br>• Camping. | **Action:** On lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C) *with problems* with a downward trend, where an activity has been demonstrated to be causing land health problems, limit or modify the causal activity to improve land health. Activities may include but are not limited to: <br>• Grazing; <br>• Plant material and wood collection; <br>• Non-commercial mineral material collection (e.g., moss rock collection, decorative stone collection); <br>• Travel; and <br>• Camping. | **Action:** On lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C) or *meeting with problems,* where an activity has been demonstrated to be causing land health problems, limit, modify, or manage the causal activity to improve land health. Activities may include but are not limited to: <br>• Grazing; <br>• Plant material and wood collection; <br>• Non-commercial mineral material collection (e.g., moss rock collection, decorative stone collection); <br>• Travel; and <br>• Camping. |
| 21. | **Action:** No similar action in current RMPs. | **Action:** On lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix | **Action:** On lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards (BLM 1997) | **Action:** On lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997) |

2-22

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112042

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | C) or *meeting with problems*, apply the following management unless it can be demonstrated that new projects and land use authorizations do not reduce the opportunity to improve land health:<br>• ROW avoidance<br>• **STIPULATION** CSU-1/SSR-1: *Lands, Streams, and Wetlands "Not Meeting" or "Meeting with Problems" BLM Colorado Public Land Health Standards.* Apply CSU/SSR restrictions. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | (Appendix C) *with problems* with a downward trend, require that new projects and land use authorizations identify measures (e.g., BMPs, COAs, stipulations) to ensure that the project does not reduce the opportunity to improve land health. | (Appendix C) or *meeting with problems*, require that new projects and land use authorizations identify BMPs or COAs that minimize conflict with land health-improvement measures. |
| 22. | **SOILS AND WATER** | | | |
| 23. | **GOAL – SOILS:**<br>Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, salinity).<br><br>**GOAL – WATER:**<br>Protect, restore, and enhance watershed function in the capture, retention, and release of water in quantity, quality, and timing, thereby ensuring for aquatic and terrestrial ecosystem health and public uses. Maintain and restore the physical integrity of the aquatic system, including stream banks and bottom configurations; maintain and restore the sediment regime under which aquatic ecosystems evolved; maintain and restore the timing, variability, and duration of floodplain inundation and water table elevation in wetlands, seeps and springs. | | | |
| 24. | **Objective:**<br>Make management units available for erosion and salinity control objectives and projects | **Objective:**<br>Manage activities to minimize the yield of sediment, salt, and selenium contributions from BLM lands to water resources. | | |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-23

BLM_0112043

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | that do not conflict with primary objectives of each unit. | | | |
| 25. | **Action:** Develop necessary erosion-control structures, vegetation improvements, or salinity/selenium-reduction measures to improve water quality (BLM 1985).<br><br>Develop in-channel structures and land treatment projects designed to reduce runoff and soil erosion where it does not conflict with management of other resources (BLM 1989a). | **Action:** Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This may include but is not limited to:<br>• Modifying livestock grazing practices to reduce sediment yield;<br>• Limiting recreational uses; and<br>• Planning and implementing comprehensive travel management. | **Action:** No similar action. | **Action:** Same as Alternative B. |
| 26. | **Action:** Locate and assess nonfunctional, eroding earthen check dams in the Mancos Shale areas north of Delta. | **Action:** Inventory and assess stock ponds, check dams, and contour furrows, and rehabilitate, repair, or remove those structures actively eroding in soils with the highest salinity and selenium concentrations and containing severe weed infestations. Areas in need of improvements include, but are not limited to:<br>• Mancos shale areas north of Delta;<br>• East side of the Uncompahgre | **Action:** No similar action. | **Action:** When feasible, inventory and assess stock ponds, check dams, and contour furrows, and rehabilitate, repair or remove those structures with severe/active erosion. Combine efforts with other projects (e.g., range water projects, road maintenance, recreation projects) where feasible to increase efficiency. |

BLM_0112044

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Plateau from 25 Mesa Road to Dry Creek Canyon (contour furrow area); and <br> • Negro Creek/Dough Spoon Area. | | |
| 27. | **Action:** No similar action in current RMPs. | **Action:** Manage saline/selenium soils as ROW exclusion areas. | **Action:** Manage saline/selenium soils as ROW avoidance areas. | **Action:** No similar action. |
| 28. | Allowable Use: **STIPULATION** TL-UB-1 (BLM 1989a): *Highly Erodible and/or Saline Soil Areas.* Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B.) (Figure 2-34, Appendix A) <br><br> **Action:** Manage 24,180 acres of Mancos shale hills commonly known as the "adobes" to reduce salinity loads in the Upper Colorado River Basin (BLM 1989a). | Allowable Use: **STIPULATION** NSO-1/NGD-1: *Saline/Selenium Soils.* Prohibit surface occupancy and surface-disturbing activities within areas mapped as soils with elevated levels of salinity/selenium. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use: **STIPULATION** CSU-2/SSR-2: *Saline/Selenium Soils.* Apply CSU/SSR restrictions within areas mapped as soils with elevated levels of salinity/selenium. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Allowable Use: **STIPULATION** CSU-3/SSR-3: *Saline/Selenium Soils.* Apply CSU/SSR restrictions within areas mapped as soils with elevated levels of salinity/selenium and require the following protective measures: <br> • On projects greater than 0.25-acre in size, conduct site-specific soil sampling and analysis prior to approval of the surface use plan to minimize disturbance on those soil types defined by the Natural Resources Conservation Service with the highest selenium concentrations. This may require relocation to soils with lower selenium concentrations or further |

BLM_0112045

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | | | from water bodies.<br>• Require approval of a surface use plan by the BLM. Such plans must demonstrate how the following will be accomplished:<br>  o Site productivity will be restored.<br>  o Surface runoff will be adequately controlled.<br>  o Off-site areas will be protected from accelerated erosion such as rilling, gullying, piping, and mass wasting.<br>  o Surface-disturbing activities will not be conducted during extended wet periods.<br>• When a Storm Water Management Plan is required by the state, the operator is required to submit the draft plan to the BLM Authorized Officer for review prior to submitting to the state for approval.<br>• To prevent the deep percolation of groundwater within saline/selenium soils, require engineered leak |

2-26

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112046

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | prevention of drilling system pits containing fluids such as flowback and stimulation fluids, produced water, and cuttings. Prohibit surface discharge of produced water and mechanical evaporation. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 29. | **Action:** No similar action in current RMPs. | **Action:** Manage 7,360 acres of potential biological soil crust in the East Paradox ACEC as a ROW exclusion area. | **Action:** Manage 360 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in East Paradox as ROW exclusion areas. | **Action:** Manage 1,900 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW exclusion area with the following additional exception (manage these areas as ROW avoidance): <br>• Allow ROWs for private edge-holdings for reasonable access and utilities only if other access is not possible. |
| 30. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-4/SSR-4: *Potential Biological Soil Crust.* Apply CSU/SSR restrictions within areas mapped as potential biological soil crust. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use: **STIPULATION** CSU-5/SSR-5: *East Paradox Biological Soil Crust.* Apply CSU/SSR restrictions within areas mapped as East Paradox biological soil crust. (Refer to Appendix B.) (Figures 2-36 and | Allowable Use: **STIPULATION** CSU-6/SSR-6: *Potential Biological Soil Crust.* Apply CSU/SSR restrictions within areas mapped as potential biological soil crust only when high levels of crust development are found. |

BLM_0112047

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | 2-39, Appendix A) | Determine the level of crust development using best available techniques. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 31. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Protect rare biological soil crust in the East Paradox area by pursuing acquisition of private parcels from willing sellers. (Also refer to *Lands and Realty* section.) | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 32. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage slopes of or greater than 30 percent (174,570 acres) as ROW exclusion areas. | **Action:**<br>Manage slopes of or greater than 40 percent (115,100 acres) as ROW avoidance areas. | **Action:**<br>Manage slopes of or greater than 30 percent (174,570 acres) as ROW avoidance areas. |
| 33. | Allowable Use:<br>**STIPULATION** CSU-CO-27 (BLM 1991a): *Slopes of or Greater than 40 Percent.* Prior to surface disturbance on slopes of or greater than 40 percent, require approval of a professional engineering/ reclamation plan by the BLM Authorized Officer. Require such plans to demonstrate how the following will be accomplished:<br>• Site productivity will be restored. | Allowable Use:<br>**STIPULATION** NSO-2/ NGD-2: *Slopes of or Greater than 30 Percent.* Prohibit surface occupancy and surface-disturbing activities on slopes of or greater than 30 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion). (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-7/SSR-7: *Slopes of or Greater than 40 Percent.* Apply CSU/SSR restrictions on slopes of or greater than 40 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion). Prior to surface disturbance on slopes of or greater than 40 percent, require approval of a reclamation plan by the BLM Authorized Officer. Require such plans to demonstrate how | Allowable Use:<br>**STIPULATION** NSO-3/SSR-8: *Slopes of or Greater than 40 Percent.* Prohibit surface occupancy and apply SSR restrictions on slopes of or greater than 40 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion). (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>**STIPULATION** CSU-8/SSR-9: *Slopes of 30 to 39 Percent.* |

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
|  | • Surface runoff will be adequately controlled.<br>• Off-site areas will be protected from accelerated erosion such as rilling, gullying, piping, and mass wasting.<br>• Surface-disturbing activities will not be conducted during extended wet periods.<br>(Refer to Appendix B.) (Figure 2-34, Appendix A) |  | the following will be accomplished:<br>• Site productivity will be restored.<br>• Surface runoff will be adequately controlled.<br>• Off-site areas will be protected from accelerated erosion such as rilling, gullying, piping, and mass wasting.<br>• Surface-disturbing activities will not be conducted during extended wet periods.<br>(Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Apply CSU/SSR restrictions on slopes of 30 to 39 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion). Prior to surface disturbance on slopes of 30 to 39 percent, require approval of a reclamation plan by the BLM Authorized Officer. Require such plans to demonstrate how the following will be accomplished:<br>• Site productivity will be restored.<br>• Surface runoff will be adequately controlled.<br>• Off-site areas will be protected from accelerated erosion such as rilling, gullying, piping, and mass wasting.<br>• Surface-disturbing activities will not be conducted during extended wet periods.<br>(Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 34. | Allowable Use:<br>**STIPULATION** TL-UB-1 (BLM 1989a): *Highly Erodible and/or Saline Soil Areas.* Prohibit | Allowable Use:<br>**STIPULATION** TL-1: *Saturated Soils.* Prohibit surface occupancy and surface-disturbing activities in | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** TL-2: *Saturated Soils.* Prohibit surface occupancy and surface- |

April 2012
Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis
2-29

BLM_0112049

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B.) (Figure 2-34, Appendix A) | areas where soils are saturated or demonstrate rutting of 2 inches or more. The BLM Authorized Officer will determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B.) (Figure 2-35, Appendix A) | | disturbing activities in areas where soils are saturated or demonstrate rutting of 3 inches or more. The BLM Authorized Officer will determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 35. | **Objective:** Maintain or improve water quality in accordance with state and federal laws and approved standards, including consultation with state agencies on proposed projects that could significantly affect water quality (BLM 1985). | **Objective:** Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for biological, chemical, and physical constituents. | | |
| 36. | **Action:** No similar action in current RMPs. | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed and Monitoring and Evaluation list) where BLM management actions are contributing to impaired water quality. | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed water bodies only) where BLM management actions are contributing to impaired water quality. Develop a water and aquatic monitoring plan if necessary to determine areas where adaptive management is needed. | |
| 37. | Allowable Use: **STIPULATION** NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface | Allowable Use: **NO LEASING/ STIPULATION** NL-1/NGD-3: *Major River Corridors and* | Allowable Use: **STIPULATION** CSU-9/SSR-10: *Major River Corridors and Waterfowl and Shorebirds.* Apply | Allowable Use: **STIPULATION** NSO-4/SSR-11: *Major River Corridors and Waterfowl and Shorebirds.* |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112050

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries). (Refer to Appendix B.) (Figure 2-34, Appendix A) Allowable Use: **STIPULATION** TL-CO-17 (BLM 1991a): *White Pelican.* Prohibit use within white pelican nesting and feeding habitat areas from March 16 to September 30. (Refer to Appendix B.) (Figure 2-34, Appendix A) **STIPULATION** TL-UB-6 (BLM 1989a): *Waterfowl Habitat.* Prohibit development activities in waterfowl habitats from March 15 to June 30. (Refer to Appendix B.) (Figure 2-34, Appendix A) | *Waterfowl and Shorebirds.* Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | CSU/SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 38. | **Action:** No similar action in current RMPs. | **Action:** Designate a 0.25-mile buffer along major river corridors (i.e., Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores) as ROW avoidance areas. | **Action:** No similar action. | |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-31

BLM_0112051

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 39. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage a 325-foot buffer along perennial streams as ROW exclusion areas. | **Action:**<br>No similar action. | **Action:**<br>Manage a 325-foot buffer along perennial streams as ROW avoidance areas. |
| 40. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-5/NGD-4: *Perennial Streams.* Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-10/SSR-12: *Perennial Streams.* Apply CSU/SSR restrictions within 325 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-6/SSR-13: *Perennial Streams.* Prohibit surface occupancy and apply SSR restrictions within 325 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>**STIPULATION** CSU-11: *Perennial Streams.* Apply CSU restrictions from 325 to 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 41. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage lands within municipal watersheds and public water supply areas to provide clean drinking water to local communities. | | |
| 42. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured | **Action:**<br>Manage lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake as ROW avoidance | |

BLM_0112052

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake as ROW exclusion areas. | areas. | |
| 43. | **Action:** No similar action in current RMPs. | **Action:** Apply on the following lands: <br>• within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and <br>• within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring the following restrictions or closures: <br>• Close to mineral materials disposal (e.g., sand, gravel); <br>• Close to non-energy solid mineral leasing (e.g., potash, sodium, phosphate); <br>• Close to coal leasing; <br>• Close to livestock grazing; <br>• Petition the Secretary of Interior for withdrawal from | **Action:** Apply on the following lands: <br>• within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and <br>• within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring the following restrictions or closures: <br>• Close to mineral materials disposal (e.g., sand, gravel); <br>• Close to non-energy solid mineral leasing (e.g., potash, sodium, phosphate); <br>• Close to coal leasing; <br>• Close to livestock grazing; | **Action:** Apply on the following lands: <br>• within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and <br>• within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring the following restrictions or closures: <br>• Close to mineral materials disposal (e.g., sand, gravel); <br>• Close to non-energy solid mineral leasing (e.g., potash, sodium, phosphate); <br>• Minimize impacts from livestock grazing on these |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-33

BLM_0112053

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | locatable minerals (e.g., gold, uranium, other hard rock); and<br><br>• **NO LEASING** NL-2: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body)for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring.<br><br>If source water protection plans are developed by public water providers, revise this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B.) | • Petition the Secretary of Interior for withdrawal from locatable minerals (e.g., gold, uranium, other hard rock); and<br><br>• **STIPULATION** NSO-7: *Public Water Supplies.* Prohibit surface occupancy within 1,000 horizontal feet from the edge of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring.<br><br>If source water protection plans are developed by public water providers, revise this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. | lands;<br>• Petition the Secretary of Interior for withdrawal from locatable minerals (e.g., gold, uranium, other hard rock); and<br><br>• **NO LEASING** NL-3: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring.<br><br>If source water protection plans are developed by public water providers, revise this stipulation to cover the appropriate designated area in the protection plan and apply |

2-34

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112054

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | (Refer to Appendix B.) | these protection measures. (Refer to Appendix B.) |
| 44. | Allowable Use:<br>**LEASE NOTICE** LN-UFO-1: *Municipal Water Supply*. If drilling operations are proposed, the operator is hereby notified that there are concerns about the municipal water source and water conveyance for the town of Norwood, Colorado. The lessee is hereby notified that special design, construction, and scheduling measures may be required in order to minimize the impacts of drilling and producing operations. The overall goal of these measures is to protect Norwood's municipal water source. (Refer to Appendix B.) | Allowable Use:<br>**STIPULATION** NGD-5: *Public Water Supplies*. Prohibit surface-disturbing activities on lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado and within 2,640 horizontal feet of all Public Water Supplies using a groundwater well or spring.<br><br>If source water protection plans are developed by public water providers, revise this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B.) | Allowable Use:<br>**STIPULATION** CSU-12: *Public Water Supplies*. Apply CSU restrictions within a distance greater than 1,000 horizontal feet but less than 2,640 horizontal feet of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado, and all Public Water Supplies using a groundwater well or spring. The following protective measures will be required:<br>• Pitless drilling systems.<br>• Flowback and stimulation fluids contained within tanks that are placed on a well pad or in an area with down-gradient berming.<br>• Use green completions.<br>• Notification of potentially impacted Public Water Systems 15 miles downstream.<br>• The use of evaporation ponds for means of disposing of produced water shall not be permitted on BLM administered lands or split estate within the designated watershed.<br>• Collection of baseline water quality data (surface and/or groundwater) consisting of a pre-drilling sample collected within a 100 feet of well pad, or where sufficient water exists to collect a sample per EPA or USGS collection methods. Additional sampling must be conducted during drilling operations and immediately following well completion. Each sample should analyze at a minimum:<br>○ pH, alkalinity, specific conductance, major cations, major anions, total dissolved solids, BTEX/GRO/DRO, TPH, PAH's (including benzo[a] pyrene and metals [arsenic, barium, | |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-35

BLM_0112055

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | | | calcium, iron, magnesium, manganese, lead, and selenium]). For designated watersheds, a coordinated water resources monitoring plan must be developed with the Bureau of Land Management and municipality. The UFO will determine the sampling site, intensity, and need for groundwater sampling, depending on site specific geology and risk. Results must be submitted to BLM within 3 months of data collection per Section 317b of the Colorado Oil and Gas Conservation Commission regulations.<br><br>If source water protection plans are developed by public water providers, revise this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B.) |
| 45. | **Objective:** No similar objective in current RMPs. | **Objective:** Provide sufficient water quantity on BLM lands for multiple use management and functioning, healthy riparian and aquatic ecosystems. | | |
| 46. | **Action:** Work with Colorado Water Conservation Board to ensure a sufficient instream flow to benefit warm and cold water fish species on:<br>• 23 existing instream flow rights; and<br>• Ongoing current applications for the Lower San Miguel River and Tabeguache Creek. | **Action:** Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist Colorado Water Conservation Board in instream flow assessments and monitoring of current BLM instream flow stream reaches for compliance. | **Action:** No similar action. | **Action:** Same as Alternative B. |
| 47. | **Action:** Maintain current water rights, including groundwater (e.g., | **Action:** Maintain current water rights to benefit wildlife and livestock. Object to proposals that may jeopardize existing rights. File for new water rights for surface and groundwater sources (i.e., | | |

2-36                    Uncompahgre Resource Management Plan Revision and Environmental Impact Statement                    April 2012
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112056

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | wells and springs), to benefit wildlife and livestock, including:<br>• 54 surface water rights;<br>• 2 ditches;<br>• 1 well;<br>• 15 reservoirs; and<br>• 121 springs/seeps. | springs/seeps, wells, reservoirs, streams) in adequate quantities necessary to protect planning area resource needs and sustainability. | | |
| 48. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Protect groundwater resources and recharge areas to maintain functioning condition of all parameters within the hydrologic cycle, including groundwater quantity and quality. | | |
| 49. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-8: *Domestic Water Wells.* Prohibit surface occupancy within 1,000 horizontal feet of all domestic water wells. (Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use:<br>No similar allowable use. | **Action:**<br>Apply the following requirements to oil and gas well bores that are within 1,000 horizontal feet from a domestic water well, beginning at the ground surface and extending through the fresh water aquifer:<br>• Extend surface casing through the fresh water aquifer.<br>• Require fresh water mud for drilling the surface casing. |
| 50. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Protect soil, water, and vegetation resources during periods of drought. | | |
| 51. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Implement drought management guidelines, outlined in Appendix F, Drought Management, during periods of drought to maintain or achieve long-term resource productivity. | | |
| 52. | **VEGETATION** | | | |
| 53. | *VEGETATION – GENERAL* | | | |
| 54. | **GOAL:** | | | |

BLM_0112057

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Manage vegetation for a mix of productive and resilient plant and biological soil crust communities that sustain native plant and animal species at viable population levels. Manage shrub and woodland communities within the Historic Range of Natural Variability, maintaining successional processes and sustaining all structural stages across the landscape. Manage riparian and wetland systems to function properly, have the ability to recover from disturbance, and sustain native species at viable population levels. | | | |
| 55. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Maximize native vegetation. | **Objective:**<br>Minimize loss of native vegetation. | **Objective:**<br>Maximize native vegetation and natural processes. |
| 56. | **Action:**<br>Where reseeding is required on land treatment efforts, place emphasis on using native plant species. Consider seeding of nonnative plant species based on local goals, native seed availability and cost, persistence of nonnative plants and annuals and noxious weeds on the site, and composition of nonnative species in the seed mix (BLM 1997). | **Action:**<br>Use locally derived native species for revegetation. If locally derived native species are not available or cost prohibitive, allow some use of sterile nonnative species. | **Action:**<br>Use native species for revegetation. If native species are not available or cost prohibitive, allow some use of nonnative species that are not invasive. | **Action:**<br>Use locally derived native species for revegetation. If locally derived native species are not available, are cost prohibitive, or are not likely to succeed, allow use of non-local natives or non-native species that are not invasive. |
| 57. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Restore areas of degraded vegetation where there is a high probability of success. Use test plots first for more difficult areas.<br><br>Revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site mitigation. | **Action:**<br>As off-site mitigation for vegetation damaged by nearby resource use and development, restore areas of degraded vegetation where there is a high probability of success.<br><br>Revegetate areas that are impacted by wildfire or resource use and development | **Action:**<br>On ACECs, WSAs, lands identified for wilderness characteristics protection, Ecological Emphasis Areas, and areas with rare vegetation, restore areas of degraded vegetation, including burned areas, where there is a high probability of success. Use test plots first for more difficult |

BLM_0112058

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | as on-site mitigation. | areas.<br><br>On other lands, revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site or off-site mitigation. |
| 58. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Provide the public with commonly available and renewable native plant materials through the sale of wilding permits, commercial and institutional seed-collecting permits, and permits for the collection of other plant products, while protecting other resources. | | |
| 59. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Make 444,160 acres available for seed collection permits. Close the following areas to permits:<br>• WSAs;<br>• ACECs;<br>• Lands identified for wilderness characteristics protection;<br>• Ecological Emphasis Areas;<br>• Riparian areas, except for research and revegetation purposes;<br>• Exemplary, ancient and rare vegetation communities;<br>• Occupied threatened and endangered plant habitat; and<br>• Occupied special status plant species habitat. | **Action:**<br>Make 631,060 acres available for permits for seed collection, wildings, and other plant materials. Close the following areas to permits:<br>• WSAs;<br>• Occupied threatened and endangered plant habitat; and<br>• Occupied special status plant species habitat. | **Action:**<br>Make 582,950 acres available for permits for seed collection, wildings, and other plant materials. Close the following areas to permits:<br>• WSAs;<br>• ACECs, except for research and revegetation purposes;<br>• Lands identified for wilderness characteristics protection;<br>• Ecological Emphasis Areas;<br>• Riparian areas, except for research and revegetation purposes;<br>• Exemplary, ancient and rare vegetation communities;<br>• Occupied threatened and |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-39

BLM_0112059

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | endangered plant habitat; and<br>• Occupied special status plant species habitat. |
| 60. | **Objective:**<br>No similar objective in current RMP. | **Objective:**<br>Manage exemplary, ancient, and rare vegetation communities; and Ecological Emphasis Areas to maintain their integrity and functionality. (Refer to Wildlife – Terrestrial for actions related to Ecological Emphasis Areas.) | | |
| 61. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage exemplary, ancient, and rare vegetation communities as ROW exclusion areas. | **Action:**<br>Manage exemplary, ancient, and rare vegetation communities as ROW avoidance areas. | |
| 62. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-9/ NGD-6: *Exemplary, Ancient, and Rare Vegetation Communities.* Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** CSU-13/SSR-14: *Exemplary, Ancient, and Rare Vegetation Communities.* Apply CSU/SSR restrictions. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 63. | *VEGETATION – UPLANDS* | | | |
| 64. | **Objective:**<br>No similar action in current RMPs. | **Objective:**<br>Manage vegetation structure for maximum naturalness, with secondary outcomes of sensitive species habitat, resource production, and fuels reduction. | **Objective:**<br>Manage vegetation structure to emphasize resource production and fuels reduction as needed. | **Objective:**<br>On ACECs, WSAs, lands identified for wilderness characteristics protection, Ecological Emphasis Areas, and areas with exemplary, ancient, or rare vegetation, manage vegetation structure to emphasize naturalness of vegetation age class distribution across the landscape and to |

BLM_0112060

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | support sensitive species habitat, with resource production, big game habitat and fuels reduction as secondary outcomes.<br><br>On the remaining areas, manage vegetation structure to emphasize resource production, fuels reduction, and to support big game species habitat, with naturalness and sensitive species habitat as secondary outcomes. |
| 65. | **Action:**<br>To maintain dispersed ecologic communities for wildlife, in all vegetation types, maintain as leave strips or islands interspersed throughout the project areas, 5 to 15 percent of the existing vegetation (emphasis area A) (BLM 1985). | **Action:**<br>Update the vegetation mosaic objectives in the Fire Management Plan to meet RMP objectives for upland vegetation. Vegetation treatments must be consistent with these mosaic objectives, and meet multiple interdisciplinary objectives. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 66. | *VEGETATION – RIPARIAN* | | | |
| 67. | **Objective:**<br>No similar objective in existing RMPs. | **Objective:**<br>Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions. | **Objective:**<br>Manage naturally occurring riparian and wetland areas for Proper Functioning Condition. | **Objective:**<br>Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions and to meet or exceed proper functioning |

April 2012                Uncompahgre Resource Management Plan Revision and Environmental Impact Statement                2-41
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112061

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | condition. |
| 68. | **Action:**<br>On 15,350 acres (management unit 7), protect riparian/aquatic zones up to 0.25-mile wide. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures (BLM 1989a). | **Action:**<br>Manage naturally occurring riparian and wetland areas, seeps, and springs, as well as a 100 foot buffer from their edge, as ROW exclusion areas unless it can be determined that the project does not diminish site integrity. | **Action:**<br>Require that new ROW authorizations in naturally occurring wetlands and riparian areas, seeps, and springs identify effective measures to maintain Proper Functioning Condition. | **Action:**<br>Manage naturally occurring riparian and wetland areas, seeps, and springs, as well as a 325 foot buffer from their edge, as ROW avoidance areas unless it can be determined that the project does not diminish hydrologic or vegetation conditions. |
| 69. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close riparian areas to mineral materials disposal (with a 500-foot buffer), wood products collection and harvest, and other plant products collection (with a 100-foot buffer). Prohibit permitted recreation activities or events. | **Action:**<br>Limit mineral materials disposal, wood products collection and harvest, and other plant products collection within riparian areas to least-impacting locations. | **Action:**<br>Close riparian areas to mineral materials disposal, wood products collection and harvest, and other plant products collection except for research, invasive species control, and revegetation purposes (with a 100-foot buffer).<br><br>Require additional riparian stipulations for commercial special recreation permits (SRPs) and restrict use to designated routes in least impacting locations for organized group and event permits. |

BLM_0112062

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 70. | **Action:** No similar action in current RMPs | **Action:** Limit vegetation treatments in riparian areas to weed treatment and managed wildland fire from natural ignition. | **Action:** Allow vegetation treatments in riparian areas that do not impair riparian/wetland values. | **Action:** Allow vegetation treatments in riparian areas that are compatible with and promote natural riparian/wetland function and improvement. |
| 71. | **Action:** Improve aquatic/riparian habitat on the following priority areas: • Upper San Miguel River and its tributaries (44 miles); • Upper Dolores River (30 miles); and • Lower San Miguel and its tributaries (20 miles) (BLM 1985).  Manage 680 acres in the Roubideau Creek and Potter Creek drainages for improvement of riparian habitat (BLM 1989a).  Manage 3,720 acres (management unit 9) to restore and enhance riparian vegetation along 40 miles of streams (BLM 1989a).  On 3,720 acres (management unit 9), incorporate objectives | **Action:** No similar action; this is addressed by other actions. | | |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-43

BLM_0112063

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table, into existing activity plans, or develop them in new riparian/aquatic system management plans (BLM 1989a).<br><br>On 5,200 acres (emphasis area B), invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, and La Sal Creeks (BLM 1985). (Also refer to Terrestrial Wildlife section.) | | | |
| 72. | **Action**:<br>At a minimum, maintain or preferably improve riparian vegetation and streambank cover (BLM 1989a).<br><br>Maintain or improve vegetation conditions and streambank cover (BLM 1989a). | **Action:**<br>Actively create, enhance, and restore wetland and riparian areas impacted by historic land use and flow regime modification. | **Action:**<br>No similar action. | **Action:**<br>Pursue opportunities to enhance and restore wetland and riparian areas impacted by historic land use and flow regime modification. |

BLM_0112064

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Restore and enhance riparian vegetation along 40 miles of streams (management unit 9) (BLM 1989a). | | | |
| 73. | **Action:** Limit vehicle use in the riparian zones associated with Bear and Roatcap Creeks to designated roads and trails yearlong (BLM 1989a). | **Action:** No similar action; travel management limits vehicles to designated roads and trails. | | |
| 74. | Allowable Use: **STIPULATION** CSU-CO-28 (BLM 1991a): *Riparian Vegetation Zone.* Restrict activities associated with oil and gas exploration and development, including roads, transmission lines, and storage facilities, to an area beyond the riparian vegetation zone. (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use: **STIPULATION** NSO-10/ NGD-7: *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps.* Prohibit surface occupancy and surface-disturbing activities within 660 feet from the edge of perennial and intermittent streams and naturally occurring wetlands, springs, and seeps. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use: **STIPULATION** CSU-14/SSR-15: *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps.* Apply CSU/SSR restrictions within 100 feet from the edge of the riparian zone along perennial and intermittent streams and naturally occurring wetlands, springs, and seeps. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Allowable Use: **STIPULATION** NSO-11/ SSR-16: *Naturally Occurring Riparian and Wetland Areas, Water Bodies, Springs, and Seeps.* Prohibit surface occupancy and apply SSR restrictions within a minimum buffer distance of 325 horizontal feet from all perennial and intermittent waters and naturally occurring wetlands, springs and seeps. For perennial and intermittent waters and streams, the buffer will be measured from the ordinary high water mark (bank-full stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent. For unmapped wetlands, the |

April 2012       Uncompahgre Resource Management Plan Revision and Environmental Impact Statement       2-45
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112065

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | vegetative boundary (from which the buffer originates) will be determined in the field. Where the riparian zone extends beyond 325 feet, the NSO would be extended to include the entire riparian zone. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>**STIPULATION** CSU-15: *Naturally Occurring Riparian and Wetland Areas, Water Bodies, Springs, and Seeps.* Apply CSU restrictions from 325 to 500 horizontal feet from the perennial and intermittent waters and naturally occurring wetlands, springs and seeps. Surface-disturbing activities may require special engineering design, construction and implementation measures, including relocation of operations beyond 500 feet to protect water resources within the 325 foot NSO buffer. For perennial and intermittent waters and streams, the buffer will be measured from ordinary high water mark (bank-full |

BLM_0112066

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent. For unmapped wetlands, the vegetative boundary (from which the buffer originates) will be determined in the field. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 75. | **Action:**<br>Develop needed habitat management plans and improvements for implementation (including monitoring plans) (BLM 1985).<br><br>Include objectives to protect or improve aquatic and riparian habitat in allotment management plans and habitat management plans (BLM 1985). | **Action:**<br>No similar action; this is allowed by other actions. | | |
| 76. | **Action:**<br>On 228,040 acres (emphasis area A), give all perennial streams…that have the potential of providing quality fisheries and/or riparian habitat (approximately 400 miles have been identified) special management consideration | **Action:**<br>No similar action; this is allowed by other actions. | | |

BLM_0112067

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | through the activity planning process and monitoring systems to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat (e.g., Mesa Creek coordinated resource management plan) (BLM 1985). | | | |
| 77. | **Action:**<br>Incorporate into existing activity plans or develop in new riparian/aquatic system management plans objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table. Prepare and design riparian improvement plans to accelerate the improvement of riparian vegetation. Incorporate into new management plans for riparian/aquatic systems non-conflicting wildlife habitat management objectives, projects, and mitigating measures (management unit 9) (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 78. | **Action:** | **Action:** | | |

BLM_0112068

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | On 3,890 acres (emphasis area F), protect riparian zones on springs associated with cultural sites (BLM 1985). (Also refer to *Cultural Resources* section.) | No similar action; this is addressed by other actions. | | |
| 79. | **Action:**<br>On 6,480 acres (emphasis area J), coordinate forestry and woodland products management on a case-by-case basis to ensure riparian resources are protected and, in some cases, improved (BLM 1985). (Also refer to *Forest and Woodland Products* section.) | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 80. | **Action:**<br>Maintain or improve riparian habitat to good or excellent ecological condition, utilizing acceptable grazing systems and fencing where needed (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 81. | *VEGETATION – WEEDS* | | | |
| 82. | **GOAL:**<br>Through Integrated Weed Management, suppress and eradicate, where possible, noxious and invasive species to support healthy native plant communities. | | | |
| 83. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage lands under Integrated Weed Management strategies to support BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C). | | |
| 84. | **Action:**<br>Implement Integrated Weed | **Action:**<br>Implement Integrated Weed | **Action:**<br>Implement Integrated Weed | **Action:**<br>Same as Alternative A. |

BLM_0112069

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Management using the UFO Weed Management Strategy Including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, fire) to noxious/invasive weed infestations.<br><br>Continue to update the Strategy as needed to address issues as they arise. | Management using the UFO Weed Management Strategy Including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, fire) to noxious/invasive weed infestations of A state-listed species and early detection rapid response species.<br><br>Continue to update the Strategy as needed to address issues as they arise. | Management using the UFO Weed Management Strategy Including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, fire) to noxious/invasive weed infestations of A and B state-listed species and early detection rapid response species.<br><br>Continue to update Strategy as needed to address issues as they arise. | |
| 85. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prioritize streams supporting rare or exemplary vegetation for weed treatment. | **Action:**<br>Prioritize streams with recreational, livestock, or mineral developments and maintained routes for weed treatment. | **Action:**<br>Prioritize ACECs, WSAs, Ecological Emphasis Areas, areas with exemplary, ancient, or rare vegetation, lands identified for wilderness characteristics protection, Wild and Scenic River segments with a vegetation ORV, and high-use areas with recreational, livestock, or mineral developments and maintained routes for weed treatment. |

BLM_0112070

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 86. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Maintain all quarry pits in a weed-free status for all A, B, and C state-listed noxious weed species, and for BLM weed species of concern. | **Action:**<br>Maintain all quarry pits in a weed-free status for all A and B state-listed noxious weed species. | **Action:**<br>Maintain all quarry pits in a weed-free status for all A, B, and C state-listed noxious weed species. |
| 87. | **Action:**<br>Require that all seed slated for BLM reclamation projects meet the Colorado Noxious Weed Seed requirements of prohibited and restricted seed. Seed lots shall contain no more than 0.5 percent by weight of other weed seed (BLM 1997). | Action:<br>Require all seed used on BLM lands meet the Colorado Noxious Weed Seed requirements of prohibited and restricted seed. In addition to BLM policy (Weed-Free Seed Use), seed lots shall contain less than 250 seeds per pound of cheatgrass and/or Japanese brome (in combination). Other species determined to be noxious or invasive may be added to this list. All seed must be of certified quality or source identified. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 88. | **FISH & WILDLIFE** | | | |
| 89. | *WILDLIFE – GENERAL* | | | |
| 90. | **GOAL:**<br>Manage terrestrial and aquatic habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. | | | |
| 91. | **Objective:**<br>Intensively manage for optimal aquatic wildlife habitat. Provide necessary investments to enhance wildlife habitat. Cooperate with the Colorado | **Objective:**<br>Restore, enhance, preserve, and promote aquatic and terrestrial ecosystem integrity and values. Emphasis is on native fish and cold-water sport fish, and native | **Objective:**<br>Maintain aquatic and terrestrial ecosystem integrity and productivity. Emphasis is on sports fisheries and upland game species. | **Objective:**<br>Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and |

BLM_0112071

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Division of Parks and Wildlife (CPW) for funding of habitat improvement projects, and also cooperate with CPW on the reintroduction program (BLM 1985).<br><br>Comply with FLPMA to maintain, enhance, and protect fish habitat on public lands. Continue to apply seasonal restrictions where they are needed to mitigate impacts of human activities on important seasonal wildlife habitat. | nongame species, while allowing for improvements to habitat for native game species.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (vegetation section). | Protect migratory birds to the extent required by the Migratory Bird Treaty Act. | values. Emphasis is on native species (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem (s).<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (vegetation section). |
| 92. | **Action:**<br>The BLM District Manager may authorize supplemental releases and reintroduction of native or naturalized wildlife species (excluding federal or state listed endangered, threatened, | **Action:**<br>Allow augmentation and reintroduction to expand the current range of native species in response to partner or stakeholder proposals/requests and in coordination with CPW. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of desired game species and species of economic importance in coordination with CPW. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of aquatic and terrestrial species or to expand population numbers to improve genetic viability of native |

BLM_0112072

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | or candidate species) following environmental analysis (in management units 3, 5, 8, 9, 13-15) (BLM 1989a).<br><br>Allow CPW to introduce chukar. Allow other game species introduction if site-specific analysis indicates that significant conflicts with livestock will not occur (emphasis area A). (BLM 1985)<br><br>Reestablish river otters in the Dolores River (emphasis areas B, C, and D) (BLM 1985).<br><br>Allow introduction or reintroduction of bighorn sheep [in the Dolores River Canyon WSA].<br><br>Expand pronghorn antelope herds (emphasis area A) (BLM 1985). Manage for 300 head of pronghorn antelope | | | terrestrial and aquatic species in coordination with CPW. |
| 93. | *WILDLIFE – FISH AND AQUATIC* | | | |
| 94. | **Action:**<br>Give special management consideration to all perennial streams that have the potential | **Action:**<br>Annually enhance, protect, or restore at least 5 miles of aquatic habitat, including modification or | **Action:**<br>Annually improve at least 2 miles of aquatic habitat, including structural and | **Action:**<br>Pursue opportunities to enhance, protect, or restore native aquatic species habitats, |

April 2012          Uncompahgre Resource Management Plan Revision and Environmental Impact Statement          2-53
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112073

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | of providing quality fisheries through the activity planning process and monitoring system to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat (emphasis area A) (BLM 1985). Manage the following riparian areas to improve aquatic habitat; Roc, North Mesa, South Mesa, La Sal and Dry Creeks; and the East and West Forks of Dry Creek Canyon (BLM 1985). Invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, La Sal, and Dry Creeks (East and West Fork) (emphasis area B) (BLM 1985). | removal of special status fish migration barriers in consultation with the CPW, and structural and vegetation improvements to benefit primarily nongame, native species. | vegetation improvements to benefit primarily game species and popular fisheries. | including modification or removal of special status fish migration barriers in consultation with the CPW, and structural and vegetation improvements commensurate with other resource objectives. |
| 95. | **Action:** Monitor, maintain, or improve known, active fisheries habitat. Focus initially on the San Miguel and Dolores Rivers and their | **Action:** Maintain or improve fisheries habitat where consistent with maintaining native species populations. Prioritize systems | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112074

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | major tributaries. Improve aquatic habitat on these areas listed in priority order:<br>• the upper San Miguel River and its tributaries (44 miles);<br>• the upper Dolores River and its tributaries (30 miles); and<br>• the lower San Miguel River and its tributaries (20 miles).<br>Develop aquatic/riparian habitat management plans for these above three priority areas (including intensive monitoring plans) (emphasis area B) (BLM 1985). | based on CPW conservation and management objectives. | | |
| 96. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** TL-3:<br>*Coldwater Sport and Native Fish.* Prohibit in-channel stream work in all occupied streams during appropriate spring and fall spawning periods, as follows:<br>• April 1 to August 1 for rainbow and cutthroat trout and Paiute and mottled sculpin; and<br>• October 1 to November 30 for brown and brook trout.<br>(Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use:<br>**STIPULATION** TL-4:<br>*Coldwater Sport Fish.* Prohibit in-channel stream work in all trout occupied streams during appropriate spring and fall spawning periods, as follows:<br>• April 1 to June 15 for rainbow and cutthroat trout; and<br>• October 1 to November 30 for brown and brook trout.<br>(Refer to Appendix B.) (Figure 2-36, Appendix A) | Allowable Use:<br>**STIPULATION** TL-5:<br>*Coldwater Sport and Native Fish.* Prohibit in-channel stream work and recreational mining in all occupied streams during spawning periods, as follows:<br>• April 15 to July 15 for spring spawning native cutthroat trout, rainbow trout, and native warmwater fish (flannelmouth sucker, bluehead sucker, and roundtail chub); and<br>• October 1 to November 30. (Refer to Appendix B.) (Figure |

BLM_0112075

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | 2-37, Appendix A) |
| 97. | **Action:**<br>Incorporate objectives to protect or improve aquatic habitat into allotment management plans and habitat management plans. Develop needed habitat management plans and improvements for implementation (including monitoring plans). Habitat management plan development for aquatic species will be closely coordinated with CPW, the US Forest Service, and, where appropriate, US Fish and Wildlife Service (USFWS). Project development will require input from all resource programs to assess impacts through the environmental process (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 98. | *WILDLIFE – TERRESTRIAL* | | | |
| 99. | **Action:**<br>Key habitats include big game winter range, winter raptor concentration areas, bighorn sheep, pronghorn antelope, and aquatic/ riparian habitats. Maintain and improve vegetation conditions. | **Action:**<br>Designate the following areas as Ecological Emphasis Areas (242,580 acres) (Figure 2-1, Appendix A) and manage to preserve the continuity of habitats, vegetation communities, and native wildlife within: | **Action:**<br>Designate the following areas as Ecological Emphasis Areas (34,030 acres) (Figure 2-2, Appendix A) and manage to preserve as much as possible the continuity of habitats, vegetation communities, and | **Action:**<br>Designate the following areas as Ecological Emphasis Areas (177,700 acres) (Figure 2-3, Appendix A) and manage to preserve the continuity of habitats, vegetation communities, and native wildlife |

BLM_0112076

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Protect, maintain, and enhance the following:<br>• Critical habitats for big game, upland game birds, and waterfowl; and<br>• Crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985).<br><br>Comply with the FLPMA to maintain, enhance, and protect fish habitat on public lands.<br><br>Manage 2,500 acres in Camelback Ridge and Upper Roubideau Creek drainages along the southeastern portion of the WSA to maintain the area's capabilities to support wintering deer, elk, and bighorn sheep. | • Adobe Zones 1-4 (40,730 acres);<br>• Dry Creek Zones 1-5 (20,320 acres);<br>• Jumbo Mountain/McDonald Creek Zones 1-5 (17,220 acres);<br>• La Sal Zones 1-3 (22,350 acres);<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres);<br>• Naturita Canyon Zones 1- 4 (15,620 acres);<br>• Ridgway Zones 1-4 (16,700 acres);<br>• San Miguel Zones 1-7 (25,520 acres);<br>• Sims Mesa (19,650 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1-10 (31,540 acres); and<br>• Terror Creek (2,230 acres). Refer to Appendix G, Ecological Emphasis Areas, for an explanation of these areas. | native wildlife within:<br>•<br>• La Sal Zones 1 and 3 (13,270 acres);<br>• Monitor-Potter-Roubideau Zones 5, 6, 7, 10, and 11 (10,880 acres);<br>• San Miguel Zones 1-3 (9,880 acres);<br>Refer to Appendix G, Ecological Emphasis Areas, for an explanation of these areas. | within, while following vegetation mosaic objectives:<br>• Adobe Zones 1, 3, and 4 (24,170 acres);<br>• Dry Creek Zones 1-3 (10,790 acres);<br>• Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres);<br>• La Sal Zones 1-3 (22,350 acres);<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres);<br>• Naturita Canyon Zone 1 (1,510 acres);<br>• Ridgway Zones 1 and 2 (9,070 acres);<br>• San Miguel Zones 1, 2, 3, 5, and 7 (17,840 acres);<br>• Sims Mesa (19,650 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1, 2, 4, 5, 6, 9, and 10 (23,760 acres); and<br>• Terror Creek (2,230 acres). Refer to Appendix G, Ecological Emphasis Areas, for an explanation of these areas. |
| 100. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate portions of the following Ecological Emphasis | **Action:**<br>Designate all Ecological Emphasis Areas totaling 34,030 | **Action:**<br>Designate all Ecological Emphasis Areas totaling |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-57

BLM_0112077

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | Areas totaling 176,080 acres as ROW exclusion areas:<br>• Adobe Zone 1 (11,480 acres);<br>• Dry Creek Zones 1-4 (14,310 acres);<br>• Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres);<br>• La Sal Zones 1-3 (22,350 acres);<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres);<br>• Naturita Canyon Zones 1-4 (15,620 acres);<br>• Ridgway Zones 1-4 (16,700 acres);<br>• San Miguel Zones 1-7 (25,520 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1-10 (31,540 acres); and<br>• Terror Creek (2,230 acres).<br><br>Designate portions of the following Ecological Emphasis Areas totaling 56,500 acres as ROW avoidance:<br>• Adobe Zones 2-4 (29,250 acres);<br>• Dry Creek Zone 5 (6,000 acres); | acres as ROW avoidance. | 177,700 acres as ROW avoidance areas. |

2-58

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112078

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Jumbo Mountain/McDonald Creek Zone 5 (1,600 acres); and<br>• Sims Mesa (19,650 acres). | | |
| 101. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed by other actions. | Allowable Use:<br>**STIPULATION** NSO-12/SSR-17: *Ecological Emphasis Areas.* Prohibit surface occupancy and apply SSR restrictions within portions of Ecological Emphasis Areas totaling 207,320 acres:<br>• Adobe Zone 1 (11,480 acres);<br>• Dry Creek Zones 1-4 (14,310 acres);<br>• Jumbo Mountain/McDonald Creek Zones 1-5 (17,220 acres);<br>• La Sal Zones 1-3 (22,350 acres);<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres);<br>• Naturita Canyon Zones 1-4 (15,620 acres);<br>• Ridgway Zones 1-4 (16,700 acres);<br>• San Miguel Zones 1-7 (25,520 acres);<br>• Sims Mesa (19,650 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1-10 (31,540 acres); and | Allowable Use:<br>**STIPULATION** CSU-16/SSR-18: *Ecological Emphasis Areas.* Apply CSU/SSR restrictions within all Ecological Emphasis Areas totaling 34,030 acres. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-16/SSR-18: *Ecological Emphasis Areas.* Apply CSU/SSR restrictions within all Ecological Emphasis Areas totaling 177,700 acres. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |

BLM_0112079

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Terror Creek (2,230 acres). (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** CSU-16/SSR-18: *Ecological Emphasis Areas.* Apply CSU/SSR restrictions within portions of Ecological Emphasis Areas totaling 35,250 acres:<br>• Adobe Zones 2-4 (29,250 acres); and<br>• Dry Creek Zone 5 (6,000 acres).<br>(Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | | |
| 102. | **Action:**<br>Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Identify such projects through habitat management plans or coordinated resource management plans.<br><br>On 51,680 acres (management unit 2), manage vegetation to improve the areas' capabilities | **Action:**<br>Annually enhance or restore at least 500 acres of terrestrial habitat to benefit primarily native, nongame species, including birds, and to increase carrying capacity for native game species emphasizing winter range and crucial habitat types. | **Action:**<br>Annually treat at least 3,000 acres of terrestrial habitat to increase carrying capacity for game species, including game birds, emphasizing winter range and crucial habitat types. | **Action:**<br><br>Restore, enhance, conserve and promote aquatic and terrestrial species conservation and ecosystem integrity and values. Emphasis is on native species (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout |

BLM_0112080

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | to support wintering deer, elk, and bighorn sheep populations.<br><br>Develop habitat management plans and design land treatment projects and other facilities to improve the quality and quantity of winter habitat (management unit 2) (BLM 1989a).<br><br>Maintain, improve, and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985).<br><br>Open the planning area to land treatments [for wildlife] and project facility development. Maintain existing wildlife facilities and land treatments (BLM 1989a). Maintain existing wildlife habitat projects on 121,710 acres (management unit 1) (BLM 1989a).<br><br>On 83,630 acres (management units 3, 5, 8, 9, 13-15), maintain existing wildlife habitat projects and develop new projects if | | | the ecosystem(s).<br><br>Design land treatment projects and other facilities to improve the quality and quantity of wildlife habitats.<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act. |

BLM_0112081

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | they will not decrease the woodland base (BLM 1989a).<br><br>In wildlife emphasis areas (22,410 acres) where livestock grazing also occurs, maintain an overall hiding cover-to-forage ratio of 40:60 for wildlife (BLM 1985). | | | |
| 103. | **Action:**<br>Subject to the availability of manpower and funds to complete necessary wildlife habitat improvements, on 23,100 acres (emphasis area B), manage the habitat for current levels of deer and elk (20,000 and 1,600, respectively). Consider wildlife reductions in localized areas if monitoring the vegetative resource indicates the need to maintain use within the carrying capacity. Share the reductions with domestic livestock depending on monitoring results (BLM 1985). | **Action:**<br>Develop a strategy with the CPW to achieve desired habitat conditions for native species and to achieve BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C). Review every five years. | | |
| 104. | **Action:**<br>On 51,680 acres (management unit 2), give wildlife first priority for all additional forage | **Action:**<br>No similar action. | | |

BLM_0112082

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | made available as a result of BLM habitat improvement projects (BLM 1989a).<br><br>Maintain wildlife forage allocations at current levels until studies determine adjustments are needed to achieve management directives. Divide additional forage allocations equally between wildlife and livestock grazing (management units 3, 5, 8, 9, 13-15) (BLM 1989a). | | | |
| 105. | **Action:**<br>On crucial [now termed "severe and winter concentration areas"] deer and elk winter range (17,370 acres), give wildlife priority for forage allocations (management unit 7) (BLM 1989a). | **Action:**<br>No similar action; this has been completed. | | |
| 106. | **Action:**<br>Provide investments to enhance wildlife species that will benefit from uneven-aged timber management (emphasis area J) (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 107. | *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, Mountain Lion)*<br>Note: Bighorn sheep includes both Rocky Mountain and desert subspecies unless otherwise designated as one or the other. | | | |
| 108. | Allowable Use: | Allowable Use: | Allowable Use: | Allowable Use: |

BLM_0112083

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | **STIPULATION** TL-CO-9 (BLM 1991a): *Big Game Species (Mule Deer, Elk, Pronghorn Antelope, and Bighorn Sheep).* Prohibit surface-occupancy in big game crucial winter habitat (now termed "severe and winter concentration areas"), including severe big game winter range or other definable winter ranges as mapped by the CPW, from December 1 to April 30. (Refer to Appendix B.) (Figure 2-34, Appendix A) | **STIPULATION** TL-6: *Big Game Crucial Winter Range (Elk, Mule Deer, Pronghorn Antelope, Moose, and Rocky Mountain and Desert Bighorn Sheep).* Prohibit surface-occupancy and surface-disturbing and disruptive activities in big game crucial winter range, including severe winter range and winter concentration areas as mapped by the CPW, as follows: <br>• Elk, mule deer and pronghorn antelope: <br>  December 1 to April 30 <br>• Moose: <br>  November 15 to May 30 <br>• Rocky Mountain and desert bighorn sheep: <br>  November 1 to April 30 <br><br>Note that some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B.) (Figure 2-35, Appendix A) | **STIPULATION** TL-7: *Big Game Crucial Winter Range (Elk and Mule Deer).* Prohibit surface-occupancy and surface-disturbing activities in big game crucial winter range, including severe winter range and winter concentration areas for mule deer and elk as mapped by the CPW, as follows: <br>• Elk and mule deer: <br>  January 1 to March 31 <br>(Refer to Appendix B.) (Figure 2-36, Appendix A) | **STIPULATION** TL-8: *Big Game Crucial Winter Range (Severe Winter Range and Winter Concentration Areas).* Prohibit surface occupancy and surface-disturbing and disruptive activities in mapped severe winter range and winter concentration areas as follows: <br>• Elk, mule deer, pronghorn antelope, and moose: December 1 to April 30 <br>• Rocky Mountain and desert bighorn sheep: November 1 to April 30 <br>(Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 109. | Allowable Use: **STIPULATION** TL (BLM 1991a): *Big Game Birthing Areas (by Species).* Restrict surface-disturbing activities in the following areas: | Allowable Use: **STIPULATION** TL-9: *Big Game Reproduction Areas (Elk, Pronghorn Antelope, Rocky Mountain and Desert Bighorn Sheep, and Moose Calving/ Fawning/Lambing Areas).* | Allowable Use: **STIPULATION** TL-10: *Big Game Reproduction Areas (Elk).* Prohibit surface occupancy and surface-disturbing activities in elk reproduction areas from | Allowable Use: **STIPULATION** TL-11: *Big Game Reproduction Areas (Elk, Pronghorn Antelope, Rocky Mountain and Desert Bighorn Sheep, and Moose Calving/* |

BLM_0112084

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • Elk calving (now termed "production"):<br>April 16 to June 30<br>(Stipulation: TL-CO-10 and TL-UB-05)<br>• Pronghorn antelope fawning:<br>May 1 to July 15<br>(Stipulation: TL-CO-11)<br>• Rocky Mountain bighorn sheep lambing:<br>May 1 to July 15<br>(Stipulation: TL-CO-12)<br>• Desert bighorn sheep lambing:<br>March 16 to May 30<br>(Stipulation: TL-CO-14)<br>(Refer to Appendix B.) (Figure 2-34, Appendix A) | Prohibit surface occupancy and surface-disturbing and disruptive activities in big game reproduction areas as follows:<br>• Elk: May 15 to June 30<br>• Pronghorn antelope:<br>May 1 to July 15<br>• Rocky Mountain bighorn sheep:<br>○ May 1 to July 15 for lambing range; and<br>○ October 15 to December 15 for rutting grounds.<br>• Desert bighorn sheep:<br>○ March 15 to June 15 for lambing range; and<br>○ August 1 to September 30 for rutting grounds.<br>• Moose: May 15 to July 15<br>Note that some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B.) (Figure 2-35, Appendix A) | May 15 to June 15. (Refer to Appendix B.) (Figure 2-36, Appendix A) | *Fawning/Lambing Areas).*<br>Prohibit surface occupancy and surface-disturbing and disruptive activities in mapped big game production areas as follows:<br>• Elk, pronghorn antelope, Rocky Mountain bighorn sheep, and moose:<br>April 15 to June 30<br>• Desert bighorn sheep:<br>February 1 to May 1<br>(Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 110. | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in the Storm King area. | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from April 15 to June 30 in elk production/ calving areas.<br><br>Add other areas as appropriate | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in elk production/ calving areas.<br><br>Add other areas as appropriate | **Action:**<br>No similar action; addressed by the action above. |

BLM_0112085

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | through future site-specific travel management analyses. Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | through future site-specific travel management analyses. Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | |
| 111. | **Action:** Transplant bighorn sheep into the Winter Mesa area if they will not conflict with livestock. The objective is to reestablish this species in historically occupied habitat, increase total population numbers, and ensure species viability in the region (management unit 1) (BLM 1989a). | **Action:** Allow for restoring wild sheep populations in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. | **Action:** No similar action. | **Action:** Allow for restoring wild sheep populations in areas where 1) the Domestic/Bighorn Sheep Probability of Interaction Assessment depicts existing sheep allotments are not at a high or moderate risk for disease transmission, and 2) in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. |
| 112. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-17/SSR-19: *Desert and Rocky Mountain Bighorn Sheep Summer Range*. Apply CSU/SSR restrictions to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use: No similar allowable use. | Allowable Use: Same as Alternative B. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 113. | Refer to the Livestock Grazing section for information on domestic sheep grazing. | | | |
| 114. | **Action:** | **Action:** | | |

BLM_0112086

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Allow for introduction of bighorn sheep and river otters in Dolores River and the Dolores River Canyon WSA (emphasis areas C and D) (BLM 1985). | No similar action; this is addressed by other actions. | | |
| 115. | **Action:**<br>In big game winter range (emphasis area B), limit the width of vegetation openings to approximately 150 to 200 yards (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 116. | *Terrestrial Wildlife – Raptors* | | | |
| 117. | Refer to the *Special Terrestrial Wildlife – Raptors* section. | | | |
| 118. | *Terrestrial Wildlife – Upland Game Birds (Wild Turkeys)* | | | |
| 119. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed for some species, areas, or situations. | Allowable Use:<br>**STIPULATION** TL-12: *Wild Turkey Winter Habitat.* Prohibit surface occupancy and surface-disturbing and disruptive activities in mapped wild turkey winter habitat from December 1 to April 1. (Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use:<br>No similar allowable use | Allowable Use:<br>Same as Alternative B. (Figure 2-37, Appendix A) |
| 120. | *Terrestrial Wildlife – Migratory Birds* | | | |
| 121. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use adaptive management to conserve and avoid impacts to populations of Birds of Conservation Concern, Partners-In-Flight priority species, and other species of concern. | | |
| 122. | Allowable Use:<br>Avoid large-scale disrupting land use activities such as, but | Allowable Use:<br>**STIPULATION** TL-13:<br>*Migratory Bird Breeding Habitat.* | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. (Figure 2-37, Appendix A) |

BLM_0112087

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | not limited to, surface disturbance, from May 15 to July 15 in migratory bird habitats. Focus these protection efforts on USFWS Birds of Conservation Concern. | Where nesting birds are present, prohibit surface occupancy and surface-disturbing and disruptive activities, including vegetation-altering projects, in migratory bird habitats for USFWS Birds of Conservation Concern, Partners-in-Flight species from April 1 to July 15. (Refer to Appendix B.) (Figure 2-35, Appendix A) | | |
| 123. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply appropriate restrictions and mitigation to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. This is to protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act. | | |
| 124. | **SPECIAL STATUS SPECIES** | | | |
| 125. | *SPECIAL STATUS SPECIES – GENERAL* | | | |
| 126. | **GOAL:**<br>Protect and enhance special status species and habitats to promote their conservation, recovery, and persistence. | | | |
| 127. | **Objective:**<br>Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. Maintain or improve habitat for sensitive plant species and wildlife species of high federal interest (emphasis area A) (BLM 1985).<br><br>Require in all land use activity plans measures designed to | **Objective:**<br>Restore and enhance special status species and habitats. Preserve and promote special status species conservation. Prohibit any activity that would have measurable impacts on subpopulations, populations, or habitats over the short or long term. Prohibit land use activities in specific areas. | **Objective:**<br>Maintain special status terrestrial and aquatic species populations and habitats. Maintain special status plant populations and habitats while maximizing land use activities and commodity production. Provide reasonable exceptions to restrictions to facilitate land use and development. | **Objective:**<br>Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including |

BLM_0112088

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | protect threatened and endangered species and their habitat (BLM 1989a).<br><br>Protect, maintain, and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985). | Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species. | Manage all federally threatened, endangered, and candidate species as key/priority species. | objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem(s).<br><br>Design land treatment projects and other facilities to improve the quality and quantity of special status species (aquatic and terrestrial) habitats.<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act. |
| 128. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• major perennial rivers;<br>• mixed conifer and aspen;<br>• riparian areas;<br>• salt-desert;<br>• sagebrush; and<br>• cliff and canyon areas.<br><br>Recognize the following priority habitats for special status fish and aquatic wildlife: | **Action:**<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• major perennial rivers;<br>• riparian areas; and<br>• sagebrush.<br><br>Recognize the following priority habitats for fish and aquatic wildlife:<br>• perennial water sources; and<br>• riparian areas. | **Action:**<br><br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• USFWS designated critical habitats<br>• Occupied and suitable habitat for USFWS endangered, threatened, proposed and candidate species<br>• Occupied and suitable habitat for BLM Sensitive species. |

BLM_0112089

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • perennial water sources;<br>• riparian areas;<br>• intermittent streams and ponds; and<br>• ephemeral/seasonal waters.<br><br>Recognize USFWS designated critical habitats as key/priority areas. | | |
| 129. | **Action:**<br>Allow authorization of supplemental releases and reintroduction of federal and state-listed endangered, threatened, and candidate species following environmental analysis and consultation with USFWS, CPW, and other affected parties (emphasis area A) (BLM 1989a). | **Action:**<br>No similar action (allowed by policy and law). | | |
| 130. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats, including structural and vegetation improvements. | **Action:**<br>Pursue opportunities to improve habitat, including structural and vegetation improvements, to benefit primarily game species and popular fisheries. Consider projects that would also enhance nongame species. | **Action:**<br>Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats. |
| 131. | **Action:**<br>Maintain species of special | **Action:**<br>Manage non-BLM sensitive | **Action:**<br>No similar action. | **Action:**<br>Promote BLM sensitive species |

2-70

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112090

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | importance to maintain viable population levels (emphasis area L) (BLM 1989a). | species that are state-recognized, endemic, rare, imperiled, or otherwise important to achieve resource goals and prevent the need to protect under BLM sensitive species designation or federal listing. | | conservation to reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). |
| 132. | Allowable Use:<br>**LEASE NOTICE** LN-CO-34 (BLM 1991a): *Endangered Species Act Section 7 Consultation.* The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened, endangered, or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid BLM-approved activity that will contribute to a need to list such a species or their habitat. The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened | **Action:**<br>To avoid impacts to Federally Listed threatened, endangered, proposed, or candidate species or designated critical habitat, and BLM special status species: project proponents, lessees, operators and right-of-way holders must contact the BLM prior to any surface-disturbing activities. Additional inventories may be required to ensure that there are no protected species present on the proposed disturbance sites. The BLM may recommend, require modifications to, or disapprove proposed activities to avoid an activity that may affect a federally listed or BLM sensitive species. Modification or disapproval may also be required on a proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. This could include completion of any required conference or consultation with USFWS. | | |

BLM_0112091

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 USC 1531 *et seq.*, including completion of any required procedure for conference or consultation. (Refer to Appendix B.)<br><br>Allowable Use:<br>**LEASE NOTICE** LN-UFO-2: *Special Status Plants.* The lease area is known to contain populations of endangered plants, and may hereafter contain other species protected under the Endangered Species Act or other special status species. To avoid impacts to endangered, threatened, proposed species, designated critical habitat, or BLM special status species, | | | |

2-72                    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*                    April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112092

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | lessees must contact the UFO prior to any surface activities associated with this lease. The lessee may also be required to conduct additional inventories to insure that there are no protected species present on the proposed disturbance sites. The BLM may recommend modifications to exploration and development proposals to avoid impact to any species listed under the Endangered Species Act, or proposed for listing under the Endangered Species Act, or designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act, as amended, 16 USC 1531 *et seq.* This could include completion of any required conference or consultation with USFWS. Additionally, project modifications may be required to avoid impacts to BLM | | | |

BLM_0112093

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | sensitive species. (Refer to Appendix B.) | | | |
| 133. | **Action:**<br>Conduct on-sites and biological surveys by qualified individuals (BLM 1991a). | **Action:**<br>To protect key wildlife species, special status species, and their habitats, surveys conducted by qualified individuals may be required during the time period appropriate to the species and prior to surface disturbance, habitat treatments, or similar activities. | | |
| 134. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate occupied habitat of known populations of federally threatened and endangered species as ROW exclusion. | **Action:**<br>Designate occupied habitat of known populations of federally threatened and endangered species as ROW avoidance. Surveys may be required prior to surface disturbance. | |
| 135. | *SPECIAL STATUS PLANTS* | | | |
| | Allowable Use:<br>No similar action in current RMPs. | Allowable Use:<br>Close all federally threatened, endangered, proposed, and candidate plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing. | Allowable Use:<br>Close all federally threatened, endangered, and proposed plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing. | |
| 136. | Allowable Use:<br>Promote BLM sensitive plant conservation and reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). | Allowable Use:<br>Prohibit any land use activity that would damage, injure, or remove a sensitive plant element occurrence or subpopulation. Also prohibit any activity that would detrimentally alter connectivity between subpopulations. | Allowable Use:<br>Prohibit any land use activity that would damage, injure, or remove more than 10 percent of a sensitive plant element occurrence or subpopulation, either by total number of individual plants or acres of occupied habitat within the activity area. Prohibit more than 10 percent cumulative | Allowable Use:<br>**STIPULATION** CSU-18/SSR-20: *BLM Sensitive Plant Species.* Apply CSU/SSR restrictions within 100 meters (328 feet) of BLM sensitive plant species. Special design, construction, and implementation measures may be required. In addition, relocation of operations by more than 200 meters (656 |

BLM_0112094

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | disturbance of sensitive plant element occurrences or subpopulations at any one time. | feet) may be required. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 137. | Allowable Use:<br>**STIPULATION** NSO-UB-2 (BLM 1989a): *Threatened, Endangered, Candidate, and Sensitive Plant Areas.* Prohibit surface occupancy in the Fairview South ACEC/ Research Natural Area (RNA) to protect the threatened, endangered, candidate, and sensitive plants and their potential habitat. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>**STIPULATION** NSO-CO-8 (BLM 1991a): *Special Status Plant Species.* Prohibit surface occupancy in special status plant species habitat (including federally listed and proposed species for listing and candidate species). (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-13/NGD-8: *Federally Listed and Candidate Plant Species' Occupied and Historic Habitat.* Prohibit surface occupancy and surface-disturbing activities within 200 meters (656 feet) of occupied habitat of federally listed, candidate, and proposed plant species. In addition, prohibit surface occupancy within areas designated as critical habitat. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A). | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** CSU-19/SSR 21: *Federally Listed Plant Species.* Apply CSU and SSR restrictions within habitat for individuals or populations of federally listed plant species. Prohibit surface-disturbing activities within 200 meters (656 feet) of identified individuals or populations of federally-listed plant species. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A). |
| 138. | **Action:**<br>Provide protection for sensitive plant species in the Coyote Wash area of Dolores Canyon | **Action:**<br>No similar action; this is addressed by other actions. | | |

BLM_0112095

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | (emphasis area D) (BLM 1985). | | | |
| 139. | *SPECIAL STATUS FISH AND AQUATIC WILDLIFE* | | | |
| 140. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Partner with CPW, US Forest Service, USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 141. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-14/NGD-9: *Occupied Federally Listed Fish Habitat.* Prohibit surface occupancy and surface-disturbing activities within 1.0- mile of federally listed fish occupied habitat. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** NSO-15/SSR-22: *Occupied Federally Listed Fish Habitat.* Prohibit surface occupancy and apply SSR restrictions within 2,500 feet of the ordinary high water mark of the Lower Gunnison River below the confluence with the Uncompahgre River along occupied federally listed fish habitat. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 142. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-20/SSR-23: *Occupied Native Cutthroat Trout Habitat.* Apply CSU/SSR restrictions within 0.25-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B.) (Figures | Allowable Use:<br>**STIPULATION** CSU-21/SSR-24: *Occupied Native Cutthroat Trout Habitat.* Apply CSU/SSR restrictions within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer | Allowable Use:<br>**STIPULATION** NSO-16/SSR-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy and apply SSR restrictions within 325 feet of the edge of the ordinary high water mark (bank-full stage) of occupied habitat for |

2-76

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112096

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | 2-35 and 2-38, Appendix A) | to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** CSU-22/SSR-26: *Occupied Native Cutthroat Trout Habitat.* Apply CSU/SSR restrictions between 325 and 500 feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 143. | *SPECIAL STATUS TERRESTRIAL WILDLIFE* | | | |
| 144. | **Action:**<br>Develop habitat management plans for key species and their related habitat. Several key habitats in which plans might be developed include: winter raptor concentration areas; aquatic/riparian habitats; and threatened and endangered species habitat. Closely coordinate development of habitat management plans for terrestrial and aquatic species | **Action:**<br>No similar action; this is addressed by the Objective. | | |

BLM_0112097

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | with CPW, US Forest Service, and, where appropriate, USFWS. (BLM 1985). | | | |
| 145. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-17/NGD-10: *Federally Threatened, Endangered, Proposed, and Candidate Wildlife and Bird Species' Occupied Habitat.* Prohibit surface occupancy and surface-disturbing activities within known occupied habitat for federally listed wildlife and bird species, except for Canada lynx and yellow-billed cuckoo. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-23/SSR-27: *Federally Threatened, Endangered, Proposed, and Candidate Wildlife and Bird Species' Occupied Habitat.* Apply CSU/SSR restrictions within known occupied habitat for federally listed wildlife and bird species, except for Canada lynx. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-18/SSR-28: *Federally Threatened, Endangered, and Proposed Wildlife and Bird Species' Occupied Habitat.* Prohibit surface occupancy and apply SSR restrictions to surface-disturbing activities within known habitat for federally threatened, endangered, and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 146. | *Special Status Terrestrial Wildlife – Yellow-billed Cuckoo* | | | |
| 147. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-19/NGD-11: *Yellow-billed Cuckoo Habitat.* Prohibit surface occupancy and surface-disturbing activities in yellow-billed cuckoo habitat. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** TL-14: *Yellow-billed Cuckoo Habitat.* Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of yellow-billed cuckoo habitat within riparian areas from May 15 to August 5. (Refer to Appendix B.) (Figure 2-36, | Allowable Use:<br>**STIPULATION** CSU-24/SSR-29: *Yellow-billed Cuckoo Habitat.* Apply CSU/SSR restrictions within yellow-billed cuckoo habitat. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |

BLM_0112098

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | Appendix A) | |
| 148. | *Special Status Terrestrial Wildlife – Desert Bighorn Sheep* | | | |
| 149. | Refer to the *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, Mountain Lion)* section. | | | |
| 150. | **Action:**<br>Make habitat available in the Camel Back-Roubideau Creek area for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity (management unit 1) (BLM 1989a). | **Action:**<br>No similar action; this action has been completed. | | |
| 151. | *Special Status Terrestrial Wildlife – Canada Lynx* | | | |
| 152. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Follow management actions from the most current Lynx Management Plan approved by USFWS. | | |
| 153. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-25/SSR-30: *Canada Lynx Habitat.* Apply CSU/SSR restrictions within mapped or identified Canada lynx habitat within Lynx Analysis Units, and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION:** CSU-26/SSR-31: *Canada Lynx Habitat.* Apply CSU/SSR restrictions within mapped or identified Lynx Linkage Corridors and Canada lynx habitat within Lynx Analysis Units, and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 154. | *Special Status Terrestrial Wildlife – Gunnison Sage-grouse* | | | |
| 155. | Allowable Use: | Allowable Use: | Allowable Use: | Allowable Use: |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-79

BLM_0112099

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | **STIPULATION** TL-CO-15 (BLM 1991a): *Grouse.* Prohibit surface occupancy and surface-disturbing activities within grouse (sage- and mountain sharp-tailed grouse) crucial (now termed "severe and winter concentration areas") winter habitat from December 16 to March 15. (Refer to Appendix B.) (Figure 2-34, Appendix A) | **STIPULATION** TL-15: *Gunnison Sage-grouse Winter Habitat.* Prohibit surface occupancy and surface-disturbing and disruptive activities within occupied winter habitat for Gunnison sage-grouse from October 1 to March 15. If winter habitats are not mapped or identified, this stipulation would apply to the entire area within 6.0 miles of leks. (Refer to Appendix B.) (Figure 2-35, Appendix A) | No similar allowable use. | **STIPULATION** TL-16: *Gunnison Sage-grouse Winter Habitat.* Prohibit surface occupancy and surface-disturbing and disruptive activities in mapped important sage-grouse winter range as defined by BLM and CPW from December 15 to March 15. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 156. | Allowable Use:<br>**STIPULATION** NSO-CO-2 (BLM 1991a): *Grouse.* Prohibit surface occupancy within 0.25-mile radius of a lek site (courtship area) for grouse (sage- and mountain sharp-tailed grouse, and lesser and greater prairie chickens). (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use:<br>**NO LEASING/ STIPULATION** NL-4/NGD-12: *Gunnison Sage-grouse Breeding (Lek) Habitat.* Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, all Gunnison sage-grouse lek habitat plus a 0.6-mile radius. When existing leases expire, do not re-offer for lease occupied Gunnison sage-grouse habitat including a 0.6-mile radius. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-20/SSR-32: *Gunnison Sage-grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and apply SSR restrictions within a 0.6-mile radius of Gunnison sage-grouse leks. (Refer to Appendix B.) (Figures 2-36 and 2-39 [Alternative C] and 2-37 and 2-40 [Alternative D], Appendix A) | | |
| 157. | Allowable Use:<br>No similar allowable use in | Allowable Use:<br>**STIPULATION** TL-17: | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** TL-18: |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112100

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | current RMPs. | *Gunnison Sage-grouse Breeding (Non-lek) Habitat.* Prohibit surface occupancy and surface-disturbing and disruptive activities within 6.0 miles of Gunnison sage-grouse leks from March 1 to June 30. (Refer to Appendix B.) (Figure 2-35, Appendix A) | | *Gunnison Sage-grouse Breeding (Lek and Non-lek) Habitat.* Prohibit surface occupancy and surface-disturbing and disruptive activities within suitable habitat that is within 4.0 miles of active Gunnison sage-grouse leks or mapped nesting habitat from March 1 to June 30. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 158. | Allowable Use:<br>**LEASE NOTICE** LN-CO-30 (BLM 1991a): *Grouse.* In order to protect nesting grouse species, surface-disturbing activities proposed during the period between March 1 and June 30 will be relocated, consistent with lease rights granted and Section 6 of standard lease terms, out of grouse nesting habitat.<br><br>Sage-grouse nesting habitat is described as sage stands with sagebrush plants between 30 and 100 centimeters in height and a mean canopy cover between 15 and 40 percent. | Allowable Use:<br>**STIPULATION** NSO-21/ NGD-13: *Gunnison Sage-grouse Breeding (Non-lek) Habitat.* Prohibit surface occupancy and surface-disturbing activities within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-27/SSR-33: *Gunnison Sage-grouse Breeding (Non-lek) Habitat.* Apply CSU/SSR restrictions within suitable habitat that is within 4.0 miles of an active lek. To the degree possible, avoid construction of permanent structures or facilities. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-28/SSR-34: *Gunnison Sage-grouse Breeding (Non-lek) Habitat.* Apply CSU/SSR restrictions within suitable habitat that is within 4.0 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and winter habitat) or suitable sagebrush habitat.<br><br>Conservation measures may be imposed as necessary to maintain high-quality sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-81

BLM_0112101

Table 2-2 (continued)
Description of Alternatives A, B, C, and D

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | (BLM 1991a). (Refer to Appendix B.) | | | within population areas, and reduce disturbance to sage-grouse use in the area. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 159. | *Raptors* | | | |
| 160. | This section includes both special status raptors and non-special status raptors (from the *Terrestrial Wildlife – Raptors* section).<br><br>Special status raptors, including Birds of Conservation Concern, include Mexican spotted owl, peregrine falcon, northern goshawk, ferruginous hawk, burrowing owl, bald eagle, golden eagle, prairie falcon, and flammulated owl."<br><br>Non-special status raptors include American kestrel, osprey, red-tailed hawk, Swainson's hawk, Cooper's hawk, sharp-shinned hawk, rough-legged hawk, Northern harrier, merlin, barn owl, boreal owl, Northern pygmy owl, northern saw-whet owl, short-eared owl, western screech owl, and great-horned owl. | | | |
| 161. | Allowable Use:<br>**STIPULATION** TL-CO-18 (BLM 1991a): *Raptor Nesting and Fledgling Habitat (Golden Eagle, Accipiters, Falcons [Except the Kestrel], Buteos, and Owls).* Prohibit surface occupancy and use within 0.25-mile of a nest site from February 1 to August 15. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** TL-CO-20 (BLM 1991a): *Osprey Nesting and Fledgling Habitat.* April 1 to August 31. The sensitivity of | Allowable Use:<br>**STIPULATION** TL-19: *Raptor Breeding and Nesting Sites.* Prohibit surface occupancy and surface-disturbing and disruptive activities as follows:<br>• Special Status Raptors: within 0.5-mile of active special status raptor nest sites and associated alternate nests during the period from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods).<br>• Non-Special Status Raptors (*Except American Kestrel*): within | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** TL-20: *Raptor Breeding and Nesting Sites.* Prohibit surface occupancy and surface-disturbing and disruptive activities within the following areas and associated time periods when nests are active, or until fledging and dispersal of young:<br>• Bald Eagle: 0.5-mile radius around active nests from November 15 to July 31;<br>• Golden Eagle: 0.5-mile radius around active nests from December 15 to July 15; |

BLM_0112102

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | osprey to human associated disturbance activities requires a half-mile buffer zone to avoid nest abandonment. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** TL-CO-22 (BLM 1991a): *Bald Eagle Nesting Habitat*. Prohibit surface use within 0.5-mile of a nest site from December 15 to June 15. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** TL-CO-24 (BLM 1991a): *Peregrine Falcon Cliff Nesting Complex*. Prohibit surface use within 0.5-mile of peregrine falcon cliff nesting complex from March 16 to July 31. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** TL-CO-19 (BLM 1991a): *Ferruginous Hawk*. Prohibit use within 1.0 mile of nesting and fledgling habitat | 0.25-mile of active raptor nest sites and associated alternate nests during the period from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods).<br>(Refer to Appendix B.) (Figure 2-35, Appendix A) | | • Ferruginous Hawk: 0.5-mile radius around active nests from February 1 to August 15;<br>• Peregrine and Prairie Falcon: 0.5-mile radius around active nests from March 15 to July 31;<br>• Northern Goshawk: 0.5-mile radius around active nests from March 1 to August 31;<br>• Osprey: 0.25-mile radius around active nests from April 1 to August 31;<br>• Red-tailed Hawk: 0.25-mile radius around active nests from February 15 to August 15;<br>• Swainson's Hawk, Cooper's Hawk, Sharp-shinned Hawk, and Northern Harrier: 0.25-mile radius around active nests from April 1 to August 15;<br>• Burrowing Owl: 0.25-mile radius around active nests from March 15 to August 15;<br>• Great Horned Owl: 0.25-mile radius around active nests from February 1 to August 15; |

BLM_0112103

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | from February 1 to August 15. (Refer to Appendix B.) (Figure 2-34, Appendix A) | | | • Other Owls and Raptors (Excluding Kestrel): 0.25-mile radius around active nests from March 1 to August 15. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 162. | Allowable Use:<br>**STIPULATION** NSO-CO-3 (BLM 1991a): *Raptors (golden eagle, osprey, accipiters, falcons [except kestrel], buteos, and owls)*. Prohibit surface occupancy and use within 0.125-mile of nest sites. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** NSO-CO-4 (BLM 1991a): *Bald Eagle*. Prohibit surface occupancy and use within 0.25-mile of bald eagle roost or nest nests. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** NSO-CO-5 (BLM 1991a): *Peregrine Falcons*. Prohibit surface occupancy and use within 0.25-mile of cliff | Allowable Use:<br>**STIPULATION** NSO-22/ NGD-14: *Raptor Nest Sites*.<br>• Special Status Raptors: Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.25-mile of active special status raptor nest sites and associated alternate nests.<br>• Non-Special Status Raptors (*except kestrel*): Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.125-mile of active nest sites and associated alternate nests. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** CSU-29/SSR-35: *Raptor Breeding Habitat*. Apply CSU and SSR restrictions within the following areas: | Allowable Use:<br>**STIPULATION** CSU-30: *Raptor Nest Sites*.<br>• Special Status Raptors: Apply CSU restrictions within the following areas:<br>  ○ *Bald Eagle*: within 0.25-mile of bald eagle roost or nest sites.<br>  ○ *Golden eagle, osprey, accipiters, falcons (except kestrel), buteos, and owls*: within 0.125-mile of nest sites.<br>  ○ *Peregrine Falcons*: within 0.25-mile of cliff nesting complex.<br>• Non-Special Status Raptors (*except American kestrel, red-tailed hawk, and great-horned owl*): within 330 feet of active nest sites and associated alternate nests. (Refer to Appendix B.) (Figure 2-36, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-23/ SSR-36: *Raptor Nest Sites (Except Mexican Spotted Owl)*. Prohibit surface occupancy and apply SSR restrictions within the following areas:<br>• Bald Eagle: within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining);<br>• Golden Eagle: within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining);<br>• Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: within |

2-84      *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*      April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112104

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | nesting complex. (Refer to Appendix B.) (Figure 2-34, Appendix A) | • Special Status Raptors (including Mexican spotted owl): within 1.0 mile of nest sites.<br>• Non-Special Status Raptors (except American kestrel): within 0.5-mile of nest sites.<br>(Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | | 0.50-mile of active and inactive nest sites;<br>• All other Special Status and Non-Special Status Raptors (except Mexican spotted owl): within 0.25-mile of active and inactive nest sites. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** CSU-31/SSR-37: *Raptor Breeding Habitat (Accipiters, Falcons [Except Kestrel], Buteos, and Owls [Except Mexican Spotted Owl]).* Apply CSU and SSR restrictions within 1.0 mile of nest sites. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 163. | Allowable Use:<br>**STIPULATION** TL-CO-23 (BLM 1991a): *Bald Eagle Winter Roost Sites.* Prohibit surface use within 0.5-mile of bald eagle winter roost sites from November 16 to April 15. (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-24/NGD-15: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and surface-disturbing activities within 0.5-mile of bald eagle winter roost sites. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** NSO-25/SSR-38: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of bald eagle winter roost sites. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>Allowable Use: |

BLM_0112105

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | | | **STIPULATION** TL-21: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and surface-disturbing activities within 0.5-mile of an active bald eagle winter roost from November 15 to March 15. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 164. | Allowable Use: **STIPULATION** TL-SJ-7 (BLM 1991a): *Bald Eagle Winter Concentration Areas.* Prohibit surface use from December 1 to April 15. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>**STIPULATION** TL-UB-3 (BLM 1989a): *Bald Eagle Winter Concentration Areas.* Prohibit development activities (exploration, drilling, etc.) from December 1 to April 30. (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use: **STIPULATION** CSU-32/SSR-39: *Bald Eagle Habitat (Winter Concentration and Communal Roosts).* Apply CSU/SSR restrictions within bald eagle habitat to protect winter concentration areas and communal roost sites. Incorporate applicable conservation measures from the USFWS National Bald Eagle Management Guidelines. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A)<br><br>Allowable Use: **STIPULATION** TL-22: *Bald Eagle Winter Concentration Areas.* Prohibit surface occupancy and surface-disturbing and disruptive activities within winter | Allowable Use: No similar allowable use. | Allowable Use: **STIPULATION** CSU-32/SSR-39: *Bald Eagle Habitat (Winter Concentration and Communal Roosts).* Same as Alternative B. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>Allowable Use: **STIPULATION** TL-22: *Bald Eagle Winter Concentration Areas.* Same as Alternative B. (Refer to Appendix B.) (Figure 2-37, Appendix A) |

2-86

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

April 2012

BLM_0112106

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A
Current Management (No Action) | Alternative B | Alternative C | Alternative D
Agency Preferred |
|---|---|---|---|---|
| | | concentration areas from November 15 to April 1. (Refer to Appendix B.) (Figure 2-35, Appendix A) | | |
| 165. | Allowable Use:
**STIPULATION** TL-CO-21 (BLM 1991a): *Mexican Spotted Owl Nesting and Fledgling Habitat.* Prohibit surface use in core area of territory from February 1 to July 31. Mexican spotted owl habitat is restricted by use of a timing limitation applied to core areas within the owl habitat territory. (Refer to Appendix B.) (Figure 2-34, Appendix A)

**STIPULATION** NSO-CO-6 (BLM 1991a): *Mexican Spotted Owl.* Prohibit surface occupancy and use within 0.25-mile of confirmed roost and nesting sites. (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use:
**STIPULATION** NSO-26/ NGD-16: *Mexican Spotted Owl.* Prohibit surface occupancy and surface-disturbing activities within 1.0 mile of confirmed roost nesting sites. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:
No similar allowable use; this is addressed by another CSU (CSU-30: *Raptor Nest Sites*). | Allowable Use:
**STIPULATION** TL-23: *Mexican Spotted Owl Suitable Breeding Habitat (Nesting and Fledgling Habitat).* Prohibit surface occupancy and surface-disturbing and disruptive activities in suitable Mexican spotted owl breeding habitat from March 1 to August 31. (Refer to Appendix B.) (Figure 2-37, Appendix A)

Allowable Use:
**STIPULATION** CSU-33/SSR-40: *Mexican Spotted Owl Suitable Breeding Habitat.* Apply CSU/SSR restrictions to Mexican spotted owl breeding habitat. Manage in accordance with the current Mexican spotted owl recovery plan. Field Manager may require the proponent/ applicant to submit a plan of development that demonstrates that impacts to Mexican spotted owl habitat |

BLM_0112107

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | have been avoided to the extent practicable. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>Allowable Use:<br>**STIPULATION** NSO-27/SSR-41: *Mexican Spotted Owl.* Prohibit surface occupancy and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 166. | *Special Status Terrestrial Wildlife – Gunnison's and White-tailed Prairie Dog* | | | |
| 167. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-28/NGD-17: *Gunnison and White-tailed Prairie Dogs.* Prohibit surface occupancy and surface-disturbing activities within 150 feet of active prairie dog towns. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-29/NGD-18: *Gunnison and White-tailed Prairie Dogs.* Prohibit surface occupancy and surface-disturbing activities that are more than 1.0 acre in size within active prairie dog towns that are less than 10 acres in size. Relocate these activities outside the active prairie dog town. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-34/SSR-42: *Gunnison and White-tailed Prairie Dogs.* Apply CSU/SSR restrictions within 150 feet of active prairie dog towns. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 168. | Allowable Use: | Allowable Use: | Allowable Use: | Allowable Use: |

2-88                Uncompahgre Resource Management Plan Revision and Environmental Impact Statement                April 2012
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112108

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | No similar allowable use in current RMPs. | **STIPULATION** TL-24: *Gunnison and White-tailed Prairie Dog.* Prohibit surface occupancy and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from March 1 to July 15. (Refer to Appendix B.) (Figure 2-35, Appendix A) | No similar allowable use. | **STIPULATION** TL-25: *Gunnison and White-tailed Prairie Dog.* Prohibit surface occupancy and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from April 1 to July 15 to protect reproduction. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 169. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate prairie dog colonies with burrowing owls as "no shooting zones;" | **Action:**<br>No similar action. | |
| 170. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>In cooperation with CPW, develop and manage prairie dog release areas on BLM lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands. | **Action:**<br>No similar action. | |
| 171. | *Special Status Terrestrial Wildlife – Kit Fox* | | | |
| 172. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-35/SSR-43: *Active Kit Fox Dens.* Apply CSU/SSR restrictions within 0.25-mile of active kit fox dens. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** TL-26: *Active Kit Fox Dens.* Prohibit surface occupancy and surface-disturbing activities within 400 feet of active kit fox dens nesting and feeding habitat | Allowable Use:<br>**STIPULATION** CSU-36/SSR-44: *Active Kit Fox Dens.* Apply CSU/SSR restrictions within 200 meters (656 feet) of active kit fox dens. (Refer to Appendix B.) (Figures 2-37 and |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-89

BLM_0112109

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred_ |
|---|---|---|---|---|
| | | | areas from February 15 to August 30 (Wilson and Ruff 1999). (Refer to Appendix B.) (Figure 2-36, Appendix A) | 2-40, Appendix A)<br><br>**STIPULATION** TL-27: _Active Kit Fox Dens._ Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.25-mile of active dens from February 1 to May 1. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 173. | _Special Status Terrestrial Wildlife – Bats_ | | | |
| 174. | **Action:** Maintain the Cory Lode mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. | **Action:** Maintain the Cory Lode mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. Petition the Secretary of the Interior for withdrawal from locatable mineral entry for sensitive bat species' significant maternity roost or hibernaculum. | **Action:** Same as alternative A. | **Action:** Same as alternative B. |
| 175. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-30/ NGD-19: _Bat Roost Sites and Winter Hibernacula._ Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of federally listed, BLM sensitive, and Colorado State Species of Concern bat species' maternity roost sites and winter | Allowable Use: **STIPULATION** CSU-37/SSR-45: _Bat Roost Sites and Winter Hibernacula._ Apply CSU/SSR restrictions within 0.25-mile of federally listed, BLM sensitive, and Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to | Allowable Use: **STIPULATION** NSO-31/ SSR-46: _Bat Roost Sites and Winter Hibernacula (Federally Listed and BLM Sensitive Species)._ Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of federally listed and BLM sensitive bat species' maternity roost sites and |

2-90   _Uncompahgre Resource Management Plan Revision and Environmental Impact Statement_   April 2012
_Chapter 2, Alternatives – Internal Draft for Impacts Analysis_

BLM_0112110

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | hibernacula (all entrances to cave/mine network). (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | cave/mine network). (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | winter hibernacula (all entrances to cave/mine network). (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A)<br><br>**STIPULATION** CSU-38/SSR-47: *Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern).* Apply CSU/SSR restrictions within 0.25-mile of Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network). (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 176. | Special Status Terrestrial Wildlife – Waterfowl and Shorebirds | | | |
| 177. | Allowable Use:<br>**STIPULATION** NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries). (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use:<br>**NO LEASING/ STIPULATION** NL-1/NGD-3: *Major River Corridors and Waterfowl and Shorebirds.* Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year | Allowable Use:<br>**STIPULATION** CSU-9/SSR-10: *Major River Corridors and Waterfowl and Shorebirds.* Apply CSU/SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, | Allowable Use:<br>**STIPULATION** NSO-4/SSR-11: *Major River Corridors and Waterfowl and Shorebirds.* Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork |

April 2012   Uncompahgre Resource Management Plan Revision and Environmental Impact Statement   2-91
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112111

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Allowable Use:<br>**STIPULATION** TL-CO-17 (BLM 1991a): *White Pelican.* Prohibit use within white pelican nesting and feeding habitat areas from March 16 to September 30. (Refer to Appendix B.) (Figure 2-34, Appendix A)<br><br>**STIPULATION** TL-UB-6 (BLM 1989a): *Waterfowl Habitat.* Prohibit development activities in waterfowl habitats from March 15 to June 30. (Refer to Appendix B.) (Figure 2-34, Appendix A) | floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 178. | **WILD HORSES** | | | |
| 179. | **GOAL:**<br>Manage the Naturita Ridge Herd Area to maintain an ecological balance of resources and uses. | | | |
| 180. | **Objective:**<br>Manage a single wild horse herd on the Spring Creek Basin area, and totally remove all wild horses from the Naturita Ridge herd area. | **Objective:**<br>Maintain the closure of Naturita Ridge to wild horses. | | |
| 181. | **Action:**<br>Remove all wild horses from the Naturita Ridge Wild Horse Area. | **Action:**<br>Do not reintroduce wild horses to the Naturita Ridge Wild Horse Area. | | |
| 182. | **WILDLAND FIRE ECOLOGY AND MANAGEMENT** | | | |

BLM_0112112

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 183. | **GOAL:**<br>Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability. | | | |
| 184. | **Objective:**<br>Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire-suppression activities. | | | |
| 185. | **Action:**<br>Maintain a Fire Management Plan that supports fire management activities on an interagency basis across the planning area (including the BLM, US Forest Service, National Park Service, and Colorado State Forest Service). | | | |
| 186. | **Objective:**<br>Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts to social and resource values, including human life, private property and improvements, power transmission lines, communication sites, developed recreation sites, cultural resources, special status species habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, and public water supplies. | | | |
| 187. | **Action:**<br>Respond to and suppress fires or portions of fires that are threatening social, economic, or resource values. | | | |
| 188. | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide to reduce fire occurrence, behavior, and resistance to control. | **Action:**<br>Modify fuel complexes to meet the objective, emphasizing the use of prescribed fire as an ecological process over the use of mechanical treatments and other methods. | **Action:**<br>Modify fuel complexes to meet the objective, emphasizing the use of mechanical treatments over the use of prescribed fire and other methods. | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire occurrence, behavior, and resistance to control. |
| 189. | **Objective:**<br>Manage fire and fuels/vegetation to achieve specific resource management objectives, which include:<br>• restore and enhance wildlife habitat;<br>• improve vegetation condition for stand health, forage production, and watershed enhancement;<br>• maintain and restore woodland and forest productivity;<br>• maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape; and | | | |

BLM_0112113

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • work to restore Fire Regime Condition Classes 2 and 3 towards Class 1, and maintain areas of Class 1, consistent with fire and biological objectives. | | | |
| 190. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives with emphasis on natural processes and intact landscapes. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives with emphasis on supporting resource uses. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives. |
| 191. | **Action:**<br>Utilize mechanical, biological, or herbicide treatments when prescribed and managed fire cannot be used to safely achieve desired objectives, or where the fuels complex needs to be modified prior to introducing fire, to achieve resource objectives. | **Action:**<br>Utilize prescribed and managed fire to achieve resource objectives. | **Action:**<br>Emphasize minimal mechanical, biological, and herbicide treatments and managed fire to achieve resource objectives. | **Action:**<br>Utilize mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to achieve resource objectives. |
| 192. | **Action:**<br>Utilize managed fire, except in areas with high social values (e.g., WUI, powerline corridors, developed recreation sites, communication sites), as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:**<br>Utilize managed fire, except in ancient forests, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:**<br>Utilize managed fire only in more-remote locations to meet resource objectives using an ignition-by-ignition decision process. Do not utilize managed fire in areas with high social values (e.g., WUI, energy corridors, developed recreation sites, communication sites) or in areas with management concerns (e.g., occupied sage- | **Action:**<br>Utilize managed fire throughout the planning area, except as precluded by other decisions in the RMP, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. |

BLM_0112114

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | grouse habitat, big game severe winter range/winter concentration areas). | |
| 193. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>In all fire-management activities, utilize appropriate strategies and tactics commensurate with values at risk. | | |
| 194. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use minimum-impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, WSAs, NGD areas, and exotic species. | | **Action:**<br>Use minimum-impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, NGD areas, WSAs, lands identified for wilderness characteristics protection, Ecological Emphasis Areas, areas with ancient or rare vegetation, and exotic or noxious species. |
| 195. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. | | **Objective:**<br>Revegetate or manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. |
| 196. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, in areas that | **Action:**<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires or portions of wildfires where | **Action:**<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, as |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-95

BLM_0112115

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | are *not meeting* BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C) (prior to fire), vegetation and habitat objectives, or areas where human life or property are at risk from post-fire impacts. | human life or property are at risk from post-fire impacts. | necessary to meet BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C), vegetation and habitat objectives, or where human life or property are at risk from post-fire impacts. |
| 197. | **CULTURAL RESOURCES** | | | |
| 198. | **GOAL:**<br>Identify, preserve, protect, and manage significant cultural resources to ensure that they are available for appropriate uses by present and future generations through research, education, and cultural heritage preservation. | | | |
| 199. | **Objective:**<br>Manage cultural resources for protection, preservation, investigation, and public use (i.e., development and interpretation), where appropriate (BLM 1985). | **Objective:**<br>Preserve the nature and value of cultural resources, focusing on high-priority sites. | | |
| 200. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Allocate cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to the following uses. (Refer to the Class I Cultural Resource Overview of the BLM Uncompahgre Field Office [Alpine Archaeological Consultants 2010]).<br><u>Use Allocation</u>       <u>Desired Outcome</u><br>a. Scientific Use      a. Preserved until research or data recovery potential is realized<br>b. Conservation for Future Use    b. Preserved until conditions for use are met<br>c. Traditional Use      c. Long-term preservation<br>d. Public Use      d. Long-term preservation, on-site interpretation<br>e. Experimental Use      e. Protected until used<br>f. Discharge from Management    f. No use after recordation; not preserved | | |
| 201. | **Action:**<br>No similar action in current | **Action:**<br>Assign use category allocations to newly discovered cultural resource sites and/or areas, and apply | | |

BLM_0112116

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | RMPs. | appropriate management actions to achieve the desired outcome. | | |
| 202. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Revise use category allocations in response to changing site conditions or as additional data and information are obtained. Criteria allowing for revising allocation include: 1) environmental change or human-caused impacts that alter the significance or scientific potential; 2) changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the site's potential and changes its eligibility to the National Register of Historic Places; 4) new information or techniques that reveal a new scientific value that was not previously recognized; and 5) new information shared through Native American consultation. | | |
| 203. | **GOAL:**<br>Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration or potential conflict with other resource uses (FLPMA Sec. 103(c); National Historic Preservation Act Section 106, 110(a)(2)) by ensuring that all authorizations for land use and resource use will comply with Section 106 of the National Historic Preservation Act. | | | |
| 204. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage individual cultural resources in accordance with the use allocation finding for each cultural and historic property. | | |
| 205. | **Action:**<br>Emphasize management and develop cultural management plans on the following cultural sites/areas: (BLM 1985)<br>• Dolores Cave;<br>• Hamilton Mesa;<br>• Hanging Flume;<br>• Indian Henry's Cabin;<br>• Tabeguache Canyon; and<br>• Tabeguache Pueblo. | **Action:**<br>Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). Prioritize the following areas:<br>• Roc Creek (Anasazi rock art);<br>• Uravan historic mining district;<br>• Paradox Valley;<br>• Dolores River Canyon;<br>• Uncompahgre Plateau; and<br>• Tabeguache/Dolores Canyons. | **Action:**<br>Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). | **Action:**<br>Same as Alternative B. |

BLM_0112117

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 206. | **Action**: In recreation emphasis areas, develop and protect suitable cultural resource properties for public enjoyment through practices such as interpretive signing and stabilization (BLM 1985). | **Action**: Develop and protect suitable cultural resource properties for public enjoyment through practices such as interpretive signing and stabilization. | **Action**: No similar action. | **Action**: Same as Alternative B. |
| 207. | **Action**: Protect and interpret unique and significant values in the Dolores River Canyon WSA (BLM 1985). | **Action**: Identify, inventory, and evaluate prioritized individual sites and areas within the Dolores River Canyon WSA for nomination to the National Register of Historic Places. | **Action**: Identify, inventory, and evaluate known sites within the Dolores River Canyon WSA for eligibility for listing in the National Register of Historic Places. | **Action**: Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for interpretation and public enjoyment. |
| 208. | **Action**: No similar action in current RMPs. | **Action**: Identify potential trails to link individual sites, and develop an interpretive program. | | |
| 209. | **Action**: In Wilderness Areas, allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "At Risk" properties, and only when such use will not degrade wilderness values (BLM 1985). | **Action**: Same as Alternative A. | **Action**: In Wilderness Areas, allow the use of cultural resource properties only for religious purposes and only when such use will not degrade wilderness values. | **Action**: Same as Alternative A. |
| 210. | Allowable Use: **STIPULATION** NSO-SJ-1 (BLM 1991a): *Scenic, Natural, and Cultural Values and* | Allowable Use: **STIPULATION** NSO-32/ NGD-20: *Tabeguache Caves/ Tabeguache Pueblos Area and* | Allowable Use: No similar allowable use. | Allowable Use: **STIPULATION** CSU-39/SSR-48: *Tabeguache Pueblos Area and Tabeguache Canyon.* Apply |

BLM_0112118

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred_ |
|---|---|---|---|---|
| | _Resources_. Prohibit surface occupancy within the following areas:<br>• Tabeguache Cave II and Tabeguache Canyon;<br>• Tabeguache Pueblo; and<br>• Dolores Cave.<br>(Refer to Appendix B.) (Figure 2-34, Appendix A) | _Tabeguache Canyon_. Prohibit surface occupancy and surface-disturbing activities within the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | | CSU/SSR restrictions within the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 211. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW exclusion. | **Action**:<br>No similar action. | **Action**:<br>Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW avoidance. |
| 212. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-33/ NGD-21: _Sites Listed or Eligible for Listing on the National or State Register of Historic Places_. Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of sites listed on or eligible for listing on the National or State Registers of Historic Places. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-40/SSR-49: _Sites Listed on the National or State Register of Historic Places_. Apply CSU/SSR restrictions within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places. (Refer to Appendix B.) (Figures 2-36 and 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-34: _Cultural Resources_. Prohibit surface occupancy within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed National Register sites/districts, outstanding cultural resources to be nominated to the National Register of Historic Places, interpreted and/or public use sites, and experimental-use sites (BLM Manual 8110.42 [A-E]). (Refer to Appendix B.) (Figure 2-37, Appendix A) |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-99

BLM_0112119

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 213. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage sites listed or eligible for listing on the National Register of Historic Places as ROW avoidance. | | |
| 214. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as a National Register District to protect unique cultural resource values. Management actions include the following:<br>• Nominate the lower Uncompahgre National Register District based on high site densities and rare or significant site types;<br>• Manage for enhanced protection of localities of high archaeological site densities near Dry Creek and Coalbank Canyon;<br>• Manage for the enhanced protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon;<br>• Manage for the enhanced protection of historic Ute occupations and sacred sites;<br>• Manage for the enhanced | **Action**:<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as an area of archaeological significance. Management actions include the following:<br>• Nominate individual sites in the area to the National Register of Historic Places as required for additional protection status based on site significance and eligibility;<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon;<br>• Emphasize the use of alternative mitigation for development including off-site mitigation and site avoidance;<br>• Manage for the protection of historic Ute occupations and sacred sites; and | **Action**:<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as an area of archaeological significance. Management actions include the following:<br>• Nominate individual sites in the area to the National Register of Historic Places as required for additional protection status based on site significance and eligibility;<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon;<br>• Manage for the protection of historic Ute occupations and sacred sites;<br>• Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and |

BLM_0112120

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek;<br>• Manage as VRM Class III;<br>• Conduct inventories for cultural properties and establish research and monitoring studies; and<br>• Allowable Use:<br>**STIPULATION** NSO-35: *National Register District.* Prohibit surface occupancy within National Register Districts. (Refer to Appendix B.) (Figure 2-35, Appendix A) | • Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | Cushman Creek; and<br>• Allowable Use:<br>**STIPULATION** CSU-41/ SSR-50: *Area of Archaeological Significance.* Apply CSU/SSR restrictions to emphasize site avoidance and project redesign during development. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 215. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Nominate National Register Districts. Consider individual sites within each district for nomination to the State and/or National Registers of Historic Places. Potential National Register Districts include:<br>• Uravan Uranium Mining district;<br>• Paradox Valley Rock Art district;<br>• Tabeguach Pueblos district; and<br>• Dolores River Rock Art | **Action:**<br>Evaluate individual sites for eligibility for National or State Registers of Historic Places nominations. Do not consider individual sites for nomination to the National Register of Historic Places unless such sites need additional protection that may be afforded by such listing. | **Action:**<br>Nominate individual sites to the National or State Register of Historic Places. Individual sites with the potential for nomination include sites identified in:<br>• Ute Wickiup project;<br>• Uravan Uranium Mining district;<br>• Squint Moore complex;<br>• Harris site on the Uncompahgre Plateau;<br>• Paradox Valley Rock Art |

BLM_0112121

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A
Current Management (No Action) | Alternative B | Alternative C | Alternative D
Agency Preferred |
|---|---|---|---|---|
| | | district. | | complex.
Also nominate other sites that meet the National Register of Historic Places criteria. |
| 216. | **Action:**
No similar action in current RMPs. | **Action:**
No similar action (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC). | **Action:**
Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values. Management actions include the following:
• Manage for protection of the numerous prehistoric petroglyphs and pictographs in the area;
• Close to motorized and mechanized travel above the level of the Paradox Valley bottom; limit motorized and mechanized travel to designated routes in the Paradox Valley bottom;
• Develop a system of public access trails to the various rock art panels;
• Develop and implement an interpretive plan;
• Conduct a complete inventory for cultural properties; and | **Action:**
Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC). |

BLM_0112122

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | • Allowable Use:<br>**STIPULATION** NSO-35:<br>*National Register District.*<br>Prohibit surface occupancy within National Register Districts. (Refer to Appendix B.) (Figure 2-36, Appendix A) | |
| 217. | Action:<br>Attach the following standard stipulations to any BLM-issued permit in which there may be ground-disturbing activities or the potential for the inadvertent discovery or effects to any National Register of Historic Places- or otherwise eligible historic or archaeological cultural property:<br>• If historic or archaeological materials are uncovered during permitted activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials, and immediately contact the BLM Authorized Officer. Within five working days, the BLM Authorized Officer will inform the operator as to:<br>  ○ whether the materials appear eligible for the National Register of Historic Places; and<br>  ○ the mitigation measures the operator will likely have to undertake before the construction may proceed.<br>• Pursuant to 43 CFR 10.4(g), the holder of the authorization must notify the BLM Authorized Officer, by telephone, with written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, pursuant to 43 CFR 10.4(c) and (d), you must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the BLM Authorized Officer.<br>(Refer to Appendix B.) | | | |
| 218. | **PALEONTOLOGICAL RESOURCES** | | | |
| 219. | **GOAL:**<br>Identify, protect, and manage paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. | | | |
| 220. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage paleontological resources for their scientific, educational, and recreational values. | | |
| 221. | **Action:**<br>Manage paleontological resources according to their | **Action:**<br>Require that land use authorizations consider actions on public lands according to their Potential Fossil Yield Classification. | | |

BLM_0112123

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Potential Fossil Yield Classification (Paleontological Resources Preservation Act of 2009). | | | |
| 222. | **Action:**<br>Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case-by-case basis in environmental documents (BLM 1985). | **Action:**<br>Develop a paleontological site-management plan for known localities, including:<br>• Potter Creek;<br>• San Miguel Canyon;<br>• Placerville Jurassic Fish Locality;<br>• Dolores River Canyon; and<br>• Atkinson Mesa/Mesa Creek area. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 223. | **Action:**<br>Inventory paleontological resources and develop appropriate protective measures if necessary; develop protective measures as this resource is discovered. As information is obtained, identify specific management (BLM 1989a). | **Action:**<br>In Potential Fossil Yield Classification Class 2, 3, 4, and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | **Action:**<br>In Potential Fossil Yield Classification Class 4 and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | |
| 224. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Where project development threatens significant paleontological resources, require proponents to avoid by project redesign or to conduct scientific data-recovery | **Action:**<br>Where project development threatens significant paleontological resources, require proponents to avoid by project redesign. | **Action:**<br>Same as Alternative B. |

2-104                    Uncompahgre Resource Management Plan Revision and Environmental Impact Statement                    April 2012
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112124

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | excavation. | | |
| 225. | Allowable Use:<br>**LEASE NOTICE** LN-CO-29 (BLM 1991a): *Paleontological Areas.* Prior to authorizing surface-disturbing activities in Class I and II Paleontological Areas, perform an inventory by an accredited paleontologist approved by the BLM Authorized Officer. (Refer to Appendix B.) | Action:<br>Require a permitted paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas per BLM Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands. (Refer to Appendix B.) | | |
| 226. | **VISUAL RESOURCES** | | | |
| 227. | **GOAL:**<br>Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental benefits. | | | |
| 228. | **Objective:**<br>Manage public lands under visual resource management classifications and guidelines (BLM 1989a) to protect and preserve scenic values, enhance viewing opportunities, and increase variety, where appropriate. | **Objective:**<br>Manage visual resources for overall multiple use in accordance with VRM classifications. | | |
| 229. | **Action:**<br>Adopt the VRM classes as follows (Figure 2-4, Appendix A). Modify, relocate, mitigate, or deny proposed projects that conflict with the objectives of | **Action:**<br>Designate VRM classes as follows (Figure 2-5, Appendix A):<br>• VRM I = 53,870 acres<br>• VRM II = 162,590 acres<br>• VRM III = 435,920 acres | **Action:**<br>Designate VRM classes as follows (Figure 2-6, Appendix A):<br>• VRM I = 44,320 acres<br>• VRM II = 31,750 acres | **Action:**<br>Designate VRM classes as follows (Figure 2-7, Appendix A):<br>• VRM I = 46,440 acres<br>• VRM II = 96,760 acres |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-105

BLM_0112125

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | these classes.<br>• VRM I = 44,320 acres<br>• VRM II = 21,930 acres<br>• VRM III = 280,520 acres<br>• VRM IV = 9,260 acres<br>• Undesignated = 319,770 acres | • VRM IV = 23,420 acres | • VRM III = 421,120 acres<br>• VRM IV = 178,710 acres | • VRM III = 406,710 acres<br>• VRM IV = 125,890 acres |
| 230. | **Action:**<br>Manage 44,320 acres as VRM Class I (Figure 2-4, Appendix A):<br>• ACECs:<br>  ○ Adobe Badlands;<br>  ○ Needle Rock;<br>• Tabeguache Area; and<br>• WSAs. | **Action:**<br>Manage 54,010 acres as VRM Class I (Figure 2-5, Appendix A):<br>• SRMAs:<br>  ○ Paradox Valley RMZ 4<br>  ○ Roubideau RMZ I<br>• ACECs:<br>  ○ Needle Rock<br>  ○ Portion of Tabeguache Pueblo and Tabeguache Caves (5,310 acres within Tabeguache Area)<br>• Tabeguache Area;<br>• WSAs;<br>• Suitable WSR segments classified as "wild" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*) | **Action:**<br>Manage 44,320 acres as VRM Class I (Figure 2-6, Appendix A):<br>• Tabeguache Area; and<br>• WSAs. | **Action:**<br>Manage 46,440 acres as VRM Class I (Figure 2-7, Appendix A):<br>• Same as Alternative C, plus:<br>  ○ Suitable WSR segments classified as "wild" with a scenic ORV or within a WSA or the Tabeguache Area:<br>    – Roubideau Creek Segment I<br>    – San Miguel River Segment 2<br>    – Tabeguache Creek Segment I<br>    – Dolores River Segment Ia<br>    – La Sal Creek Segment 3 |
| 231. | **Action:**<br>Manage 21,930 acres as VRM Class II to protect scenic qualities (Figure 2-4, Appendix A): | **Action:**<br>Manage 124,400 acres as VRM Class II including, but not limited to, the following (Figure 2-5, Appendix A): | **Action:**<br>Manage 107,660 acres as VRM Class II including, but not limited to, the following (Figure 2-6, Appendix A): | **Action:**<br>Manage 106,910 acres as VRM Class II including, but not limited to, the following (Figure 2-7, Appendix A): |

BLM_0112126

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • San Miguel River ACEC, except for the forest management areas identified in the San Juan/San Miguel RMP (BLM 1993a, BLM 1985). | • Lands identified for wilderness characteristics protection;<br>• SRMAs:<br>○ Burn Canyon RMZs 1 and 3<br>○ Dolores River Canyon<br>○ Dry Creek RMZ 2<br>○ Paradox Valley RMZ 1<br>○ Roubideau RMZs 2 and 3<br>○ San Miguel River RMZs 2 and 3<br>○ Spring Creek RMZ 2<br>• ACECs:<br>○ Roubideau-Potter-Monitor<br>○ Dolores Slickrock Canyon<br>○ La Sal Creek<br>○ Coyote Wash<br>○ Paradox Rock Art<br>○ Portion of Tabeguache Pueblo and Tabeguache Caves (21,100 acres outside of Tabeguache Area)<br>• Suitable WSR segments classified as "scenic" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*)<br>• Lands within 0.5-mile of National and BLM Byways | • ACECs:<br>○ Needle Rock; and<br>○ Adobe Badlands. | • Lands identified for wilderness characteristics protection;<br>• SRMAs:<br>○ Dolores River Canyon RMZs 1 and 2<br>○ Roubideau RMZ 1<br>○ San Miguel River RMZ 3<br>○ Spring Creek RMZ 2<br>• ACECs:<br>○ Same as Alternative C, plus:<br>– Dolores River Slickrock Canyon<br>– Paradox Rock Art<br>– Biological Soil Crust<br>• Suitable WSR segments classified as "wild" without a scenic ORV and not within a WSA or the Tabeguache Area:<br>○ Monitor Creek;<br>○ Potter Creek; and<br>○ Saltado Creek.<br>• Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic ORV (see *Table 2-4, Summary of Wild and Scenic River Study Segments* |

BLM_0112127

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A
*Current Management (No Action)* | Alternative B | Alternative C | Alternative D
*Agency Preferred* |
|---|---|---|---|---|
| | | | | (Alternative D))
• Lands within 0.5-mile of the following National and BLM Byways:
  ○ Grand Mesa Scenic Byway; and
  ○ Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12. |
| 232. | **Action:**
Manage 280,520 acres as VRM Class III to protect its scenic qualities while permitting some intrusion, including (Figure 2-4, Appendix A):
• San Miguel River SRMA (BLM 1993a). | **Action:**
Manage 379,340 acres as VRM Class III including, but not limited to, the following (Figure 2-5, Appendix A):
• Area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek;
• SRMAs:
  ○ Burn Canyon RMZ 2
  ○ Dry Creek RMZs 1, 3, and 4
  ○ Jumbo Mountain
  ○ Kinikin Hills
  ○ North Delta
  ○ Paradox Valley RMZs 2 and 3
  ○ Ridgway Trails
  ○ Roubideau RMZ 4
  ○ San Miguel River RMZs 1 and 4
  ○ Spring Creek RMZs 1 and 3 | **Action:**
Manage 345,200 acres as VRM Class III including, but not limited to, the following (Figure 2-6, Appendix A):
• ERMAs:
  ○ Burn Canyon; and
  ○ Ridgway Trails;
• San Miguel River ACEC; and
• Lands within 0.25-mile of National and BLM Byways. | **Action:**
Manage 363,010 acres as VRM Class III including, but not limited to, the following (Figure 2-7, Appendix A):
• ERMAs:
  ○ Burn Canyon; and
  ○ Kinikin Hills;
• SRMAs:
  ○ Dry Creek
  ○ Jumbo Mountain
  ○ Ridgway Trails
  ○ Roubideau RMZs 2-4
  ○ San Miguel River RMZs 1, 2 and 4
  ○ Spring Creek RMZs 1 and 3
• ACECs:
  ○ Fairview South (BLM Expansion);
  ○ Roubideau Corridors;
  ○ San Miguel River; and |

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112128

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | • ACECs: <br> ○ Salt Desert Shrub Ecosystem; <br> ○ Fairview South (CNHP Expansion); <br> ○ Lower Uncompahgre Plateau; <br> ○ San Miguel Gunnison Sage-grouse; <br> ○ San Miguel River Expansion; <br> ○ Sims-Cerro Gunnison Sage-grouse; <br> ○ East Paradox; <br> ○ West Paradox; <br> • Suitable WSR segments classified as "recreational" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*) <br> • Shinn Park; <br> • Hamilton Mesa area; <br> • Naturita-Nucla Complex | | • North of County Road 12 outside of West Elk Scenic Highway buffer; <br> • Oak Ridge; <br> • McDonald Creek area; <br> • Young's Peak; <br> • Smith Fork (40's); <br> • Billy Creek area; <br> • Wray Mesa; <br> • Lion Creek; <br> • Lands within 0.50-mile of the following National and BLM Byways: <br> ○ Portion of the West Elk Scenic Byway west of Gunnison County Road 12; <br> ○ San Juan Skyway; and <br> ○ Unaweep/Tabeguache Byway. |
| 233. | **Action:** <br> Manage 9,260 acres as VRM Class IV to allow substantial change, including (Figure 2-4, Appendix A): <br> • North Delta OHV area (BLM 1989a); and <br> • Forest management areas within the San Miguel River ACEC (BLM 1993a, BLM 1985). | **Action:** <br> Manage 118,050 acres as VRM Class IV, including (Figure 2-5, Appendix A): <br> • All other areas not identified as VRM Class I, II, or III. | **Action:** <br> Manage 178,610 acres as VRM Class IV, including (Figure 2-6, Appendix A): <br> • North Delta Open OHV area; <br> • Fairview South ACEC; and <br> • All other areas not identified as VRM Class I, II, or III. | **Action:** <br> Manage 159,440 acres as VRM Class IV, including (Figure 2-7, Appendix A): <br> • North Delta ERMA; and <br> • All other areas not identified as VRM Class I, II, or III. |

BLM_0112129

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 234. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-36/ NGD-22: *VRM Class I*. Prohibit surface occupancy and surface-disturbing activities in VRM Class I areas. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use: No similar allowable use. | |
| 235. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-42/SSR-51: *VRM Class II and III*. Apply CSU/SSR restrictions in VRM Class II and III areas. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use: No similar allowable use. | |
| 236. | **Objective:** No similar objective in current RMPs. | **Objective:** Maintain dark night sky conditions in areas that are generally unaffected by man-made light sources. | | |
| 237. | **Action:** No similar action in current RMPs. | **Action:** Prohibit permanent artificial outdoor lighting in VRM Class I and II areas. | **Action:** Prohibit permanent artificial outdoor lighting in VRM Class I areas. | |
| 238. | **Action:** No similar action in current RMPs. | **Action:** Require that permanent and temporary artificial outdoor lighting be shielded and downward-facing ("full cut-off" fixtures) to minimize impacts to naturally dark night skies. An exception, with mitigation, may be granted for temporary lighting | **Action:** No similar action. | **Action:** Same as Alternative B. |

BLM_0112130

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | if the requirement will create a hazard. | | |
| 239. | **Action:** No similar action in current RMPs. | **Action:** Require that permanent artificial outdoor lighting be turned off when it is not needed. | | |
| 240. | **LANDS WITH WILDERNESS CHARACTERISTICS** | | | |
| 241. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Manage, protect, and preserve non-WSA lands with wilderness characteristics while considering manageability and resource values and uses that might be affected. | | |
| 242. | **Objective:** No similar objective in current RMPs. | **Objective:** Identify lands with wilderness characteristics and protect and enhance those characteristics in specific areas. | **Objective:** Identify lands with wilderness characteristics but do not protect those characteristics. | **Objective:** Identify lands with wilderness characteristics and protect those characteristics in specific areas. |
| 243. | **Action:** No similar action in current RMPs. | **Action:** Protect 24,920 acres in the following areas with wilderness characteristics (Figure 2-8, Appendix A): • Camel Back WSA Addition (6,950 acres); • Dolores River Canyon WSA Addition (550 acres); • Dry Creek Basin (7,040 acres); • Roc Creek (5,480 acres); and • Shavano Creek (4,900 acres). Refer to Appendix E, Draft Wilderness Characteristics Assessment. | **Action:** No similar action. | **Action:** Protect 18,330 acres in the following areas with wilderness characteristics (Figure 2-8, Appendix A): • Camel Back WSA Addition (6,950 acres); • Dry Creek Basin (7,040 acres); and • Roc Creek (4,340 acres). Refer to Appendix E, Draft Wilderness Characteristics Assessment. |
| 244. | **Action:** No similar action in current | **Action:** Apply the following management | **Action:** No similar action. | **Action:** Apply the following |

BLM_0112131

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | RMPs. | to lands identified for wilderness characteristics protection:<br>• VRM Class II;<br>• ROW exclusion;<br>• Closed to motorized and mechanized travel;<br>• Prohibit new or expanded range improvements;<br>• Prohibit target shooting;<br>• Closed to wood product sales or harvest;<br>• Allowable Use: Close to mineral materials disposal;<br>• Allowable Use: Close to non-energy solid mineral leasing;<br>• Allowable Use: Close to coal leasing;<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry;<br>• Prohibit road maintenance; and<br>• Issue no SRPs for competitive events. | | management to lands identified for wilderness characteristics protection:<br>• VRM Class II;<br>• ROW avoidance;<br>• Limit motorized and mechanized travel to designated routes;<br>• Permit new range improvement projects to support land health objectives and in a manner consistent with the long-term preservation of wilderness characteristics;<br>• Allow maintenance of existing range improvement facilities in a manner consistent with the long-term preservation of wilderness characteristics;<br>• Allow route maintenance and improvements in a manner consistent with the long-term preservation of wilderness characteristics;<br>• Closed to wood product sales or harvest;<br>• Allowable Use: Close to mineral materials disposal;<br>• Allowable Use: Close to non- |

BLM_0112132

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | energy solid mineral leasing;<br>• Allowable Use: Close to coal leasing; and<br>• Require a mine plan for locatable mineral development. |
| 245. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING** NL-5/NGD-23: *Lands Identified for Wilderness Characteristics Protection.* Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities on, lands identified for wilderness characteristics protection. (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A) | Allowable Use:<br>No similar action. | Allowable Use:<br>**STIPULATION** NSO-37/ SSR-52: *Lands Identified for Wilderness Characteristics Protection.* Prohibit surface occupancy and apply SSR restrictions on lands identified for wilderness characteristics protection. (Refer to Appendix B.) (Figures 2-37 and 2-40, Appendix A) |
| 246. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, manage those lands to protect the wilderness characteristics.<br>• Consider adjacent other federal lands to determine whether the acquired lands together with the other federal lands constitute a combined piece | **Action:**<br>Inventory acquired lands for wilderness characteristics for the purpose of maintaining a current inventory only. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, determine whether to protect wilderness characteristics on a case-by-case basis consistent with IM 2011-154, Requirement to Conduct and Maintain Inventory Information for Wilderness |

BLM_0112133

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | that possesses wilderness characteristics. If it does, then manage those lands to protect the wilderness characteristics. | | Characteristics and to Consider Lands with Wilderness Characteristics in Land Use Plans.<br>• Consider adjacent other federal lands to determine whether the acquired lands together with the other federal lands constitute a combined piece that possesses wilderness characteristics. If it does, then determine whether to protect wilderness characteristics on a case-by-case basis consistent with IM 2011-154, Requirement to Conduct and Maintain Inventory Information for Wilderness Characteristics and to Consider Lands with Wilderness Characteristics in Land Use Plans. |
| 247. | **Resource Uses** | | | |
| 248. | **FOREST AND WOODLAND PRODUCTS** | | | |
| 249. | **GOAL:**<br>Provide forest and woodland products on a sustainable basis to meet local needs. | | | |
| 250. | **Objective:**<br>Manage suitable commercial forest lands and pinyon-juniper woodlands for sustained yield | **Objective:**<br>Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife | | |

2-114                 Uncompahgre Resource Management Plan Revision and Environmental Impact Statement                 April 2012
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

BLM_0112134

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory (BLM 1989a). | habitats. | | |
| 251. | **Action:**<br>Make public land within forest management areas available for a full range of forest-management activities. Generally require major forest activity plans prior to initiating those activities in such areas. Pending completion of the activity plan, evaluate timber and woodland stand treatments by an environmental assessment and implement on a case-by-case basis. Make forested areas within other emphasis areas available for a full range of forest-management activities; modify plans to be compatible with the management emphasis areas. Permit firewood harvesting on most accessible forest land available for harvesting forest products (BLM 1985).<br><br>On 40,500 acres (management | **Action:**<br>No similar action. | | |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-115

BLM_0112135

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | unit 3), prepare Forest Management Plans and, if needed, establish plantations to increase forest product availability (BLM 1989a). | | | |
| 252. | **Action:** No similar action in current RMPs. | **Action:** Designate 675,800 acres of forest management units (Figures 2-62 [Alternative B], 2-63 [Alternative C] and 2-64 [Alternative D], Appendix A): <br>• North Fork (132,300 acres); <br>• Paradox (175,880 acres); <br>• San Miguel (189,030 acres); <br>• Storm King (41,700 acres); and <br>• Uncompahgre Plateau (136,890 acres). | | |
| 253. | **Action:** Manage approximately 6,700 acres (emphasis area J) to provide woodland products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-61, Appendix A) (BLM 1985). <br><br>**Action:** Manage lands suitable for timber production. Invest necessary funds to provide for intensive management of the forest resource. Provide firewood, Christmas trees, and | **Action:** Manage approximately 279,125 acres to provide minor (non-commercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-62, Appendix A). | **Action:** Manage approximately 631,270 acres to provide minor (non-commercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 9.6 MMBF (19,200 cords) per decade (Figure 2-63, Appendix A). | **Action:** Manage approximately 394,530 acres to provide minor (non-commercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-64, Appendix A). |

BLM_0112136

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | other wood products (BLM 1985). | | | |
| 254. | **Action:**<br>Intensively manage 40,500 acres (management unit 3) for woodland product harvest within sustained yield production limits to increase available woodland products (BLM 1989a). | **Action:**<br>Allow harvest of minor (non-commercial timber) forest and woodland products in the following forest management units (units are shown on Figures 2-62 [Alternative B], 2-63 [Alternative C] and 2-64 [Alternative D], Appendix A):<br>• Pinyon-juniper:<br>  o North Fork<br>  o Paradox<br>  o San Miguel<br>  o Storm King<br>  o Uncompahgre Plateau<br>• Ponderosa pine:<br>  o Paradox<br>  o Uncompahgre Plateau<br>• Aspen:<br>  o Storm King<br>• Spruce and subalpine fir:<br>  o Storm King<br>• Douglas fir:<br>  o San Miguel<br>  o Storm King | | |
| 255. | **Action:**<br>No similar action in current RMPs. (The commercial harvest of all vegetation types is currently allowed.) | **Action:**<br>Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units.<br>Exception: Commercial harvest activities may be utilized for other forest cover types to improve forest health, ecological | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B, where consistent with Land Health and vegetation mosaic objectives. |

BLM_0112137

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | restoration, or to meet identified resource objectives. | | |
| 256. | **Action:**<br>Prohibit forest product disposal (i.e., wood product sales and/or harvest) in the following areas (110,160 acres) (Figure 2-61, Appendix A):<br>• Tabeguache Area;<br>• WSAs (BLM 1985);<br>• San Miguel River ACEC/SRMA: 20,166 acres of the ACEC and 298 acres of the San Miguel SRMA (BLM 1993a);<br>• Dolores River SRMA (BLM 1985);<br>• Perennial and intermittent streams in the Uncompahgre Basin Resource Area (BLM 1989a);<br>• Needle Rock ACEC/ONA (BLM 1989a); and<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County (BLM 1989a). | **Action:**<br>Close the following areas (396,800 acres) to wood product sales and/or harvest (unless there is an exception shown below) (Figure 2-62, Appendix A):<br>• Tabeguache Area;<br>• WSAs;<br>• ACECs (refer to the ACECs section for specific restrictions and allowed wood product use or harvest):<br>  o Fairview South (CNHP Expansion)<br>  o Needle Rock<br>  o San Miguel River Expansion<br>  o Dolores Slickrock Canyon<br>  o Roubideau-Potter-Monitor;<br>• Fragile soils/steep slopes;<br>• VRM Class I areas;<br>• Lands identified for wilderness characteristics protection;<br>• Ecological Emphasis Areas;<br>• Ancient woodlands and forest;<br>• Exemplary, ancient, and rare vegetation;<br>• Riparian areas;<br>• Threatened and endangered species' habitat; and | **Action:**<br>Close the following areas (44,530 acres) to wood product sales and/or harvest (Figure 2-63, Appendix A):<br>• Tabeguache Area;<br>• WSAs; and<br>• Fairview South ACEC.<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | **Action:**<br>Close the following areas (281,390 acres) to wood product sales and/or harvest (unless there is an exception shown below) (Figure 2-64, Appendix A):<br>• ACECs (refer to the ACECs section for specific restrictions and allowed wood product use or harvest):<br>  o Fairview South (BLM Expansion)<br>  o Needle Rock<br>  o San Miguel River<br>  o Dolores River Slickrock Canyon<br>  o Roubideau Corridors;<br>• Steep slopes;<br>• VRM Class I areas;<br>• Lands identified for wilderness characteristics protection;<br>• Riparian areas;<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County; |

BLM_0112138

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | • The reserved federal timber on land deeded to Ouray County; and<br>• SRMAs (refer to Appendix H, Description of Special Recreation Management Areas] for specific restrictions and allowed wood product use or harvest):<br>  ○ Burn Canyon RMZ 1<br>  ○ Dolores River Canyon<br>  ○ Dry Creek RMZs 1, 2, and 4<br>  ○ Jumbo Mountain RMZ 1<br>  ○ Kinikin Hills RMZs 1 and 2<br>  ○ North Delta<br>  ○ Paradox Valley RMZs 1 and 2<br>  ○ Ridgway Trails RMZ 1<br>  ○ Roubideau<br>  ○ San Miguel River<br>  ○ Spring Creek<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | | • Ecological Emphasis Areas (prohibit commercial sales and harvest only);<br>• Ancient woodlands and forest;<br>• Exemplary, ancient, and rare vegetation;<br>• SRMAs (refer to Appendix H, Description of Special Recreation Management Areas] for specific restrictions and allowed wood product use or harvest):<br>  ○ Dolores River Canyon<br>  ○ Dry Creek RMZs 1, 2, and 4<br>  ○ Jumbo Mountain RMZs 1 and 2<br>  ○ Ridgway Trails RMZ 1<br>  ○ Roubideau RMZs 1 and 2<br>  ○ San Miguel River<br>  ○ Spring Creek<br>• Tabeguache Area;<br>• WSAs; and<br>• NGD areas (except for private firewood permits).<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-119

BLM_0112139

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. |
| 257. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial winter range<br>  ○ Elk and mule deer: December 1 to April 30<br>  ○ Moose: November 15 to May 30<br>• Big game reproduction areas<br>  ○ Elk and mule deer: May 15 to June 30<br>  ○ Pronghorn antelope: May 1 to July 15<br>  ○ Desert bighorn sheep: March 15 to June 15 for lambing range<br>  ○ Desert bighorn sheep: August 1 to September 30 for rutting grounds<br>  ○ Rocky Mountain bighorn sheep: May 1 to July 15 for lambing range<br>  ○ Rocky Mountain bighorn sheep: October 15 to December 15 for rutting | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial winter range<br>  ○ Elk and mule deer: January 1 to March 31<br>• Big game reproduction areas<br>  ○ Elk and mule deer: May 15 to June 15 | Allowable Use:<br>Prohibit personal use firewood, post, and pole harvest during the following periods:<br>• December 31 to April 30<br><br>Subject commercial activities to spatial TLs as described in Appendix B. |

BLM_0112140

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | grounds<br>○ Moose: May 15 to July 15<br>○ Migratory bird breeding habitat: May 1 to July 31<br>○ When soils are saturated | | |
| 258. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Make byproducts from forest management activities available for biomass utilization or for insect and disease control. | **Action:**<br>In appropriate forest cover types, allow biomass production where compatible with other uses. | **Action:**<br>In appropriate forest cover types, allow biomass production and utilization where compatible with vegetation mosaics and other resource uses.<br><br>Make byproducts from forest management activities available for biomass utilization or for insect and disease control. |
| 259. | **Action:**<br>Provide reasonable opportunity to salvage forest products prior to and following range and wildlife habitat improvement treatments (BLM 1985). | **Action:**<br>Encourage, where feasible, the harvest of woodland products in areas of proposed or existing vegetative treatments to lessen the need for additional treatment or land disturbance, and in areas that need restoration for ecological benefits. | | |
| 260. | **Action:**<br>In livestock management emphasis areas (228,240 acres), manage woodland products and timber to enhance range resources and for insect and disease control (BLM 1985). | **Action:**<br>Manage forest and woodlands where compatible to achieve other resource objectives. | | |

BLM_0112141

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | **Action:**<br>Plan wood product sales in wildlife areas (23,100 acres) to improve big game forage and other wildlife needs (BLM 1985).<br><br>**Action:**<br>Manage forest lands to enhance wildlife resources. Plan wood product sales in wildlife areas to improve big game forage and other wildlife needs (BLM 1985). | | | |
| 261. | **Action:**<br>In livestock management emphasis areas (228,240 acres), manage timber species at a stocking level that maintains moderate to high herbage production. Utilize woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clearcuts in aspen to a maximum of 40 acres or the size of an aspen | **Action:**<br>No similar action. | | |

BLM_0112142

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | clone, whichever is smaller (BLM 1985). | | | |
| 262. | **Action:**<br>On 121,710 acres (management unit 1), manage woodland harvest areas for increased forage production and to be compatible with allotment management plans and wildlife habitat management objectives (BLM 1989a). | **Action:**<br>No similar action. | | |
| 263. | **Action:**<br>Incorporate non-conflicting wildlife habitat management objectives, projects, and mitigating measures into new and existing forest management plans (area identified as a productive pinyon-juniper woodland important to wildlife and livestock) (management units 1 and 3) (BLM 1989a). | **Action:**<br>No similar action. | | |
| 264. | **Action:**<br>Coordinate forestry and woodland products management on a case-by-case basis to ensure aquatic resources are protected and, in some cases, improved (BLM 1985). | **Action:**<br>No similar action; this is addressed by the Objective. | | |
| 265. | **Action:** | **Action:** | | |

BLM_0112143

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Manage lands suitable for timber and woodland production to enhance recreational opportunities and to maintain healthy stand conditions (BLM 1985). | No similar action. | | |
| 266. | **Action:** Manage forest products and woodlands to meet goals and objectives of the soil and water program for specific areas (BLM 1985). | **Action:** No similar action. | | |
| 267. | **Action:** Allow for the sale or disposal of forest products or timber that may be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict (BLM 1985). | **Action:** Prior to removing any commercial or non-commercial woodlands products as a result of permitted activities (e.g., mining, oil and gas, sodium, ROW), appraise and require the proponent to purchase the woodland products. The BLM may waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. |
| 268. | **Action:** Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety (BLM | **Action:** No similar action. | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112144

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | 1985). | | | |
| 269. | **Action:** Manage timber and woodland species on all available and capable lands with a combination of even and uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types and 40 acres in woodland types. Regenerate all patch cuts, shelter wood, and selection harvest cuts, naturally or artificially, within 15 years. Continue management of all operable woodland and commercial saw timber in other emphasis areas (BLM 1985). | **Action:** No similar action. | | |
| 270. | **Action:** When carrying out projects using Healthy Forest Restoration Act authority, fully maintain or contribute toward the restoration of the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health, and retaining the large trees contributing to old-growth structure. | | | |
| 271. | **LIVESTOCK GRAZING** | | | |
| 272. | **GOAL:** Support local agricultural communities while achieving healthy, sustainable ecosystems and providing for other resource uses. | | | |
| 273. | **Objective:** Manage to increase forage on | **Objective:** While meeting the BLM | **Objective:** While meeting the BLM | **Objective:** While meeting the BLM |

BLM_0112145

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat, and animal fiber production, and improving forage composition and watershed conditions. Make significant investments in livestock improvements, which will be multiple-use oriented (e.g., wildlife, watershed). Minimize investments for other resources but continue resource management activities compatible with livestock production (BLM 1985).<br><br>Make suitable public lands available for livestock grazing use (BLM 1989a). | Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing preference (AUMs) based on long-term studies and land health conditions. Place emphasis on decreasing grazing preference. | Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing preference (AUMs) based on long-term studies and land health conditions. Place emphasis on increasing grazing preference. | Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997), seek appropriate opportunities to increase, decrease, or maintain grazing preference (AUMs) based on long-term studies and land health conditions. |
| 274. | **Action:**<br>Make 629,750 acres available for livestock grazing (Figure 2-9, Appendix A). Provide 38,364 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C). Refer to Appendix I, Livestock Grazing Allotments and Allotment | **Action:**<br>Make 550,980 acres available for livestock grazing (Figure 2-10, Appendix A). Provide 34,184 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C). Periodically evaluate acres available and active grazing preference (e.g., AUMs, periods | **Action:**<br>Make 625,290 acres available for livestock grazing (Figure 2-11, Appendix A). Provide 36,833 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C). Periodically evaluate acres available and active grazing preference (e.g., | **Action:**<br>Make 612,260 acres available for livestock grazing (Figure 2-12, Appendix A). Provide 36,424 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C). Periodically evaluate acres available and active grazing preference (e.g., |

BLM_0112146

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Levels.<br><br>Complete a detailed monitoring and evaluation plan. When undesirable and unintended changes in resource values are discovered and the causes are determined, take corrective actions (BLM 1985). | of use, class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. | AUMs, periods of use, class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. | AUMs, periods of use, class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. |
| 275. | **Action:**<br>Make 46,050 acres of allotments, portions of allotments, and areas unavailable for livestock grazing. Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. | **Action:**<br>Make 124,820 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix I, Livestock Grazing Allotments. | **Action:**<br>Make 50,510 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes suitability of grazing and private land conflict. Refer to Appendix I, Livestock Grazing Allotments. | **Action:**<br>Make 63,530 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix I, Livestock Grazing Allotments. |
| 276. | **Action:**<br>Keep closed portions (2,680 acres) of the Camelback pasture in the Winter-Monitor allotment. | | **Action:**<br>Make approximately 2,680 acres available for cattle grazing by reactivating the previously closed Camelback pasture in the Winter-Monitor allotment. Provide 75 additional AUMs of grazing preference. | **Action:**<br>Make approximately 2,680 acres available for livestock trailing by reactivating the previously closed Camelback pasture in the Winter-Monitor allotment. This availability is for trailing only. Provide no additional AUMs of grazing |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-127

BLM_0112147

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | preference. Trailing in the entire canyon is limited by time, and is managed within the riparian objective and the BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997) (Appendix C). |
| 277. | **Action:**<br>On 3,720 acres (management unit 9), limit trailing use as much as possible and confine it to established roads; prohibit trailing livestock from bedding in riparian zones unless absolutely necessary (BLM 1989a). | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Prohibit trailing livestock from overnighting or bedding in sensitive areas, such as riparian zones and occupied federally listed plant habitat. | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in sensitive areas, such as riparian zones and in occupied federally listed plant habitat, only with prior approval from the BLM. | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in riparian zones in areas identified by and only with prior approval from the BLM. |
| 278. | **Action:**<br>No similar action in the current RMP. | **Action:**<br>Exclude livestock grazing for a minimum of three years on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments). | **Action:**<br>Exclude livestock grazing on disturbed areas (e.g., fire events, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) to the extent needed to comply with BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix C). | |
| 279. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Periodically evaluate allotments or portions of allotments to identify grazing issues. Base potential closure to livestock grazing and/or reduction in preference on the following | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |

2-128

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

April 2012

BLM_0112148

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | criteria when management is insufficient to remedy the problem:<br>• Areas identified as BLM disposal tracts;<br>• Small percentage (less than 10 percent) of BLM lands in allotment;<br>• Areas unsuitable for livestock grazing (such as steep slopes);<br>• Major impact to wildlife or threatened and endangered species (such as competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis;<br>• Public health and safety;<br>• High-intensity recreation areas/facilities:<br>• Resource objectives for municipal watersheds;<br>• Conflicts with adjoining private land/ development;<br>• Impacts to cultural resources; and<br>• Areas with high soil selenium concentrations. | | |
| 280. | **Action:**<br>Most often make livestock use adjustments by changing one or | **Action:**<br>Adjust grazing management (e.g., AUMs, periods of use, allotments, class of livestock, distribution) using an interdisciplinary process when the following data indicate that change is needed: | | |

BLM_0112149

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | more of the following: the kind or class of livestock grazing the allotment, the season of use, the stocking rate, or the grazing pattern.<br><br>Make most livestock use adjustments in the "I" allotments, but also make use adjustments for allotments in the "C" and "M" categories (BLM 1985).<br><br>On 39,790 acres (emphasis areas B, E, F, and K), reduce number of livestock and change season-of-use where needed to:<br>• provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges;<br>• minimize impacts to mineral operations and revegetation efforts or to minimize erosion from site;<br>• achieve soil and water program objective; and<br>protect cultural resources (BLM 1985). | • Utilization levels or patterns of use in uplands and riparian areas and/or apparent trend data;<br>• Long-term trend data;<br>• Land Health Assessment data; and<br>• Other pertinent information, including that obtained from consultation with permittees, interested publics, and other agencies. | | |

2-130
Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis
April 2012

BLM_0112150

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 281. | **Action:**<br>Develop 71 allotment management plans (332,340 acres) (BLM 1985).<br>• Update existing allotment management plans as needed, and develop new allotment management plans (BLM 1989a).<br><br>*Note: The UFO has gradually moved away from completing formal allotment management plans since the current RMPs were written. Allotment management actions are currently identified as "Terms and Conditions" on grazing permits and are the product of regular resource condition monitoring, Landscape Health Assessments that are conducted every 10 years, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix C).* | **Action:**<br>Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring, Land Health Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix C). | | |
| 282. | **Action:**<br>Base development of grazing systems on the following factors: allotment-specific | **Action:**<br>When developing grazing management strategies, place greater emphasis on improving | **Action:**<br>When developing grazing management strategies, place greater emphasis on increasing | **Action:**<br>When developing grazing management strategies, place greater emphasis on improving |

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | management actions; resource characteristics, including vegetation's potential and water availability; general management actions; operator's needs; and implementation costs (BLM 1985).<br><br>Use improved management systems such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems (BLM 1985). | rangeland health. Include other considerations such as water availability, vegetation potential, topography and elevation, and implementation costs. | available forage (AUMs) for domestic livestock and, where appropriate, increasing stocking rates while maintaining land health standards. Include other considerations such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs. | rangeland health and forage quality. Include other considerations such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs or mitigation of resource conflicts. |
| 283. | **Action:**<br>On 121,710 acres (management unit 1), develop land treatment projects designed to improve livestock forage. As additional forage becomes available, give allocation priority to livestock (BLM 1989a).<br><br>On 121,710 acres (management unit 1), give wildlife first priority for all additional forage made available as a result of rangeland improvement projects designed to improve | **Action:**<br>Do not allocate additional forage to livestock. | **Action:**<br>Allocate increases in forage (AUMs) availability to livestock. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | **Action:**<br>Allocate increases in forage (AUMs) where applicable and feasible to livestock, wildlife, land health, or a combination of these. Consider sustainability, multiple use management objectives and other pertinent information. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112152

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | wildlife habitat funded by non-BLM sources (BLM 1989a).<br><br>On 92,180 acres (management units 2 and 3), divide additional forage equally between livestock grazing and wildlife to provide forage for both resources (BLM 1989a). | | | |
| 284. | **Action:**<br>Follow the general procedures in implementing typical range improvements them per the San Juan/San Miguel Planning Area Draft RMP (BLM 1985), Appendix Nine – F. Base the extent, location, and timing of such actions on the allotment-specific management objectives adopted through the allotment management plan process, interdisciplinary development and review of proposed actions, contributions from operators and others, and BLM funding capability (BLM 1985).<br><br>Develop new livestock facilities and land treatment projects if needed to achieve allotment management plan objectives | **Action:**<br>Prohibit new range improvement projects. Maintain existing range improvements to avoid major ecological damage. | **Action:**<br>Construct, modify, or remove range improvement projects and land treatments as appropriate to support livestock grazing management and other resource objectives. | |

BLM_0112153

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | (BLM 1989a). | | | |
| 285. | **Action:** No similar action in current RMP. | **Action:** Allow for establishment of grass banks on vacated or relinquished allotments to provide for increased management options. | **Action:** Evaluate combining vacated or relinquished allotments with active allotments where feasible to provide for increased management options. | **Action:** To provide for increased management options, allow for establishment of grass banks on vacated or relinquished allotments and evaluate combining vacated or relinquished allotments with active allotments, as guided by BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix C). |
| 286. | **Action:** To improve the condition of riparian zones, establish management practices and principles in activity plans. Use as general guidance for improvement the utilization of 35 percent by weight of key forage species; this may vary depending on the individual riparian system (BLM 1989a). | **Action:** No similar action; this is addressed by other actions. | | |
| 287. | **Action:** Develop multiple use management actions for each allotment in the "I" category. Tailor future management | **Action:** No similar action; this is addressed by other actions. | | |

2-134

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112154

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A
Current Management (No Action) | Alternative B | Alternative C | Alternative D
Agency Preferred |
|---|---|---|---|---|
| | actions, including developing allotment management plans, to meet these objectives after consultation with livestock operators (BLM 1985). | | | |
| 288. | **Action:**
On 12,560 acres (emphasis area C), use "rustic" range improvements near developed recreation areas (BLM 1985). | **Action:**
No similar action. | | |
| 289. | **Action:**
Manage 13,950 acres (emphasis area D) for improved range condition (BLM 1985). | **Action:**
No similar action; this is addressed by other actions. | | |
| 290. | **Action:**
In the San Miguel River SRMA, manage livestock to protect riparian system values and to prevent degradation of recreation values. With exception of prescribed fire, do not use vegetation treatments to improve forage production. Prohibit range management improvements that negatively affect riparian system or scenic values. Where range improvements are located near visitor concentration areas, design the improvements to enhance the recreation | **Action:**
No similar action; this is addressed by other actions. | | |

BLM_0112155

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | experience (BLM 1993a). | | | |
| 291. | **Action:**<br>Prohibit construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use (BLM 1989a). | **Action:**<br>No similar action. | | |
| 292. | **Action:**<br>On 6,360 acres (management unit 15), prohibit new livestock improvement projects or maintenance of existing projects to protect scenic values (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 293. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage grazing allotments to protect and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | **Objective:**<br>Manage grazing allotments to minimize contact and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | |
| 294. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Until current science can mitigate risk associated with disease transmission, cancel current and deny proposed domestic goat or sheep grazing and trailing permits within a 9- mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Until current science can mitigate risk associated with disease transmission, exclude domestic goat grazing within a 5-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat.<br><br>Manage to minimize contact | **Action:**<br>Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat.<br>• Manage domestic sheep |

BLM_0112156

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | | between domestic sheep and desert and Rocky Mountain bighorn sheep use within the 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | grazing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep in accordance with the completed Probability of Interaction Assessment. (See Appendix J for the Probability of Interaction Assessment, management criteria, and maps)<br>The Domestic/Bighorn Sheep Probability of Interaction Assessment is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the Probability of Interaction for each individual allotment; results will direct management for permit renewal. |
| 295. | **Action:**<br>No similar action in current RMPs, although partially addressed. | **Action:**<br>Prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing within a 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing where Probability of Interaction Assessment depicts allotments are high probability for disease transmission. The |

BLM_0112157

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | Domestic/Bighorn Sheep Probability of Interaction Assessment is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the Probability of Interaction for each individual allotment; results will direct management for permit renewal. |
| 296. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>The following allotments within 9 miles of occupied bighorn sheep habitat are closed to domestic sheep and goat use until such time that current science mitigates the risk of disease transmission to bighorn sheep: *[Note to BLM: provide list for DRMP/DEIS.]* | **Action:**<br>No similar action. | **Action:**<br>The following allotments are closed to domestic sheep or goat use until such time that current science mitigates the risk of disease transmission to bighorn sheep: Alder Creek, Baldy, Camel Back Pasture, Cimarron Stock Driveway, Cow Creek, Dead Horse Com, Dolores Canyon, Hillside, La Sal Creek, Lower Roc Creek, Lower Roubideau Cyn, Moonshine Park, Morrow Point, Pine Ridge, Pinyon Springs, Rim Rock, River, Roc Creek, Sawmill Mesa, Smith Fork Rim, Spring Gulch, Sundown, Sunrise Gulch Com, |

2-138

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112158

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | Twenty Five Mesa N, Winter-Monitor Mesa, Winter-Monitor Mesa (proposed). |
| 297. | **Action:**<br>No similar action in current RMPs, although partially addressed. | **Action:**<br>Prohibit domestic sheep trailing permits within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Manage domestic sheep trailing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep in areas within a 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. Limit trailing to 1-2 days. | **Action:**<br>Manage domestic sheep trailing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep in accordance with the completed Probability of Interaction Assessment in areas where the assessment shows high or moderate risk for contact with bighorn sheep. Limit trailing to 1-2 days. |
| 298. | **RECREATION AND VISITOR SERVICES** | | | |
| 299. | **GOAL:**<br>Produce a diversity of quality recreational opportunities that support outdoor-oriented lifestyles and add to participants' quality of life, enhance the quality of local communities, and foster protection of natural and cultural resources. | | | |
| 300. | **Objective:**<br>Manage public lands for a variety of targeted and dispersed recreation opportunities in natural settings consistent with classifications determined in Recreational Opportunity Spectrum inventories (BLM 1985). | **Objective:**<br>Provide quality recreational opportunities and increase awareness, understanding, and a sense of stewardship in recreational users so their conduct safeguards cultural and natural resources as defined by Colorado Standards for Public Land Health and area-specific (e.g., ACEC, Wild and Scenic Rivers) objectives.<br><br>Increase collaboration with community partners to maintain appropriate activity-based recreation opportunities in community growth areas (BLM lands adjacent to, between, and surrounding communities; also referred to as wildland-urban interface areas). | | |
| 301. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to dispersed camping: | **Action:**<br>Close the following areas to dispersed camping: | **Action:**<br>Close the following areas to dispersed camping: |

BLM_0112159

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Day-use areas;<br>• SRMAs:<br>  ○ Burn Canyon<br>  ○ Dolores River Canyon<br>  ○ Dry Creek RMZ 3<br>  ○ Jumbo Mountain RMZ 2<br>  ○ Kinikin Hills RMZ 3<br>  ○ North Delta RMZ 2<br>  ○ Paradox Valley RMZs 1, 2, and 3<br>  ○ Roubideau RMZs 2, 3, and 4<br>  ○ San Miguel River<br>  ○ Spring Creek RMZs 2 and 3; and<br>• ACECs:<br>  ○ Dolores Slickrock Canyon<br>  ○ East Paradox<br>  ○ La Sal Creek<br>  ○ Paradox Rock Art<br>  ○ West Paradox | • Day-use areas; and<br>• San Miguel SRMA. | • Same as Alternative C, plus:<br>  ○ SRMAs:<br>    – Dry Creek RMZs 1 and 2<br>    – Roubideau RMZ 4<br>    – San Miguel River<br>    – Spring Creek RMZ 3;<br>  ○ ERMAs:<br>    – Kinikin Hills<br>    – North Delta;<br>  ○ Within 200 meters (656 feet) of Scenic Byways;<br>  ○ Within 0.50-mile of rock climbing and bouldering areas; and<br>  ○ ACECs:<br>    – Paradox Rock Art<br>    – San Miguel. |
| 302. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to overnight use:<br>• All developed recreation sites along the San Miguel River with the exception of Lower Beaver and Caddis Flats;<br>• SRMAs:<br>  ○ Dry Creek RMZs 1, 2, and 4;<br>  ○ Jumbo Mountain RMZ 1;<br>  ○ Kinikin Hills RMZs 1 and 2; | **Action:**<br>Close the following areas to overnight use:<br>• ACECs:<br>  ○ Needle Rock;<br>  ○ Adobe Badlands; and<br>  ○ Fairview South. | **Action:**<br>Close the following areas to overnight use:<br>• Same as Alternative C, plus:<br>  ○ San Miguel Recreation Sites: Beaver, Deep Creek, Placerville, and Specie Creek.<br>  ○ SRMAs:<br>    – Dry Creek RMZ 4;<br>    – Jumbo Mountain RMZ 1; |

2-140   *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*   April 2012
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

BLM_0112160

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | o North Delta RMZ 1;<br>o Ridgway Trails; and<br>o Spring Creek RMZ 1.<br>• ACECs:<br>o Needle Rock;<br>o Salt Desert Shrub; and<br>o Fairview South (CNHP Expansion). | | and<br>– Ridgway Trails; and<br>– Spring Creek RMZ 1.<br>o ACECs:<br>o Biological Soil Crust. |
| 303. | **Action:**<br>No similar action in current RMPs | **Action:**<br>Provide new and maintain existing facilities where needed to meet management objectives. | | |
| 304. | Allowable Use:<br>Allow recreational mining. | Allowable Use:<br>Prohibit recreational mining. | Allowable Use:<br>Prohibit recreational mining in developed recreational sites. | Allowable Use:<br>Prohibit recreational mining in the following areas:<br>• In occupied streams during spawning periods to protect native fish:<br>o April 15 to July 15 for spring spawning native cutthroat trout, rainbow trout, and native warmwater fish (flannelmouth sucker, bluehead sucker, and roundtail chub);<br>o October 1 to November 30;<br>• Within 100 feet of developed recreation sites; and<br>• San Miguel River ACEC. |
| 305. | Allowable Use: | Allowable Use: | Allowable Use: | Allowable Use: |

BLM_0112161

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | No similar allowable use in current RMPs. | Petition the Secretary of the Interior to withdraw from locatable mineral entry all developed recreational sites plus a 500-foot buffer. | No similar allowable use. | Petition the Secretary of the Interior to withdraw from locatable mineral entry all developed recreational sites plus a 100-foot buffer. |
| 306. | **Objective::** No similar objective | **Objective:** Ensure that visitors are not exposed to unhealthy or unsafe human-created conditions, and achieve a minimum level of conflict between recreation participants and between recreation and other resource uses. | | |
| 307. | **Action:** Issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under the UFO Special Recreation Permit Policy and BLM Handbook H-2930-1, Recreation Permit Administration (BLM 2006). | **Action:** Issue SRPs and competitive events as a discretionary action unless otherwise restricted. Issue SRPs for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM lands. Apply cost-recovery procedures for issuing SRPs where appropriate. | | |
| 308. | **Action:** Issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under the UFO Special Recreation Permit Policy and BLM Handbook H-2930-1, Recreation Permit Administration (BLM 2006). | **Action:** Unless otherwise restricted through other RMP actions, same as Alternative A. Prohibit all competitive events in the following SRMAs: <br>• Burn Canyon; <br>• Dolores River Canyon; <br>• Dry Creek RMZs 1, 2, and 4; <br>• Jumbo Mountain; <br>• Kinikin Hills; <br>• North Delta; | **Action:** Unless otherwise restricted through other RMP actions, same as Alternative A. | **Action:** Unless otherwise restricted through other RMP actions, same as Alternative A. Prohibit all competitive events in the following SRMAs: <br>• Dolores River Canyon; and San Miguel River RMZs 2 and 3. <br><br>Prohibit motorized competitive events (allow nonmotorized competitive events) in the |

BLM_0112162

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • Paradox Valley RMZs 1 and 4; <br>• Ridgway Trails; <br>• Roubideau RMZs 1, 2, and 3; <br>• San Miguel River; and <br>Spring Creek RMZs 1 and 2. <br><br>Prohibit motorized competitive events (allow nonmotorized competitive events) in the following SRMAs: <br>• Dry Creek RMZ 3; <br>• Paradox Valley RMZs 2 and 3; <br>• Roubideau RMZ 4; and <br>• Spring Creek RMZ 3. | | following SRMAs: <br>• Dry Creek RMZ 4; <br>• Jumbo Mountain RMZ 1; <br>• Ridgway Trails RMZ 1; <br>• Roubideau RMZs 1, 2, and 3; <br>• San Miguel River RMZs 1 and 4; and <br>• Spring Creek RMZ 1. <br><br>Prohibit motorized and mechanized competitive events (allow nonmotorized/ nonmechanized competitive events) in Spring Creek SRMA, RMZ 2. |
| 309. | **Action:** <br>No similar action in current RMPs, although organized group permits are required to be obtained by the organizer. Vehicle and participant, including spectator, limits are determined on a case-by-case basis. In the Dolores River Canyon SRMA, group size is limited to no more than 16 people. | **Action:** <br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting 50 people, including spectators. Adjust numbers if monitoring indicates the need. Additional restrictions for SRMAs are: <br>• Dolores River: no more than 12 people, including guides. | **Action:** <br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting more 150 people, including spectators. Adjust numbers if monitoring indicates the need. | **Action:** <br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting more than 16 people in a WSA, Wilderness, or Tabeguache Area and groups with or expecting more than 75 people in all other areas. Additional restrictions for SRMAs are: <br>• Dolores River: no more than 16 people, including guides. |
| 310. | Allowable Use: | Allowable use: | Allowable use: | Allowable use: |

BLM_0112163

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | *Target Shooting.* Prohibit target shooting in developed recreation sites (43 CFR 8365.2-5) (Figure 2-65, Appendix A). | *Target Shooting.* Prohibit target shooting in the following areas (Figure 2-66, Appendix A). The purpose for this restriction is to protect visitor and public safety and facilities by minimizing potential for accidental shootings. Allow hunting in accordance with CPW regulations:<br>• Same as Alternative A, plus:<br>  ○ Prairie dog colonies with burrowing owls;<br>  ○ Lands identified for wilderness characteristics protection;<br>  ○ SRMAs:<br>    – Burn Canyon;<br>    – Dolores River Canyon;<br>    – Dry Creek;<br>    – Jumbo Mountain;<br>    – Kinikin Hills;<br>    – North Delta;<br>    – Paradox Valley RMZs 1 and 2;<br>    – Ridgway Trails;<br>    – Roubideau;<br>    – San Miguel River; and<br>    – Spring Creek;<br>  ○ Toward or in the direction of any road or designated route (and existing routes until | *Target Shooting.* Prohibit target shooting in the following areas (Figure 2-67, Appendix A). The purpose for this restriction is to protect visitor and public safety by minimizing potential for accidental shootings. Allow hunting in accordance with CPW regulations:<br>• San Miguel River ACEC; and<br>• Within or toward developed recreation sites and areas. | *Target Shooting.* Prohibit target shooting in the following areas (Figure 2-68, Appendix A). The purpose of this restriction is to protect visitor and public safety by minimizing potential for accidental shootings, and to protect facilities and a heritage site from damage. Allow hunting in accordance with CPW regulations:<br>• Within 150 yards of any developed recreation area or site;<br>• Within .25 mile, towards or in the direction of any developed recreation area or site;<br>• Within .25 mile, towards or in the direction of any public road or designated route (and existing routes until designated);<br>• Within 0.25-mile, towards or in the direction of any of any communication site;<br>• Within 200 feet of a residence or occupied building;<br>• North Delta OHV area;<br>• ACECs: |

BLM_0112164

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | designated);<br>○ Within or in the direction of any developed recreation area or site;<br>○ Within 0.25-mile of a residence, occupied building, and developed facilities (e.g., substations, powerlines, and communication sites);<br>○ ACECs:<br>  – Roubideau-Potter-Monitor<br>  – San Miguel River<br>  – Paradox Rock Art<br>○ Tabeguache Area; and<br>○ WSAs. | | – San Miguel River;<br>  – Paradox Rock Art;<br>• SRMAs:<br>  – Dry Creek RMZs 1, 2, and 4;<br>  – Jumbo Mountain;<br>  – Ridgway Trails;<br>  – Roubideau RMZ 4;<br>  – San Miguel River; and<br>  – Spring Creek RMZs 1 and 3. |
| 311. | Allowable Use:<br>No similar allowable use in current RMP. | Allowable Use:<br>The discharge of firearms for recreational target shooting is permitted on BLM lands, outside of areas with firearm use restrictions, provided that the firearm is discharged toward a proper backstop sufficient to stop the projectile's forward progress beyond the intended target. Targets shall be constructed of wood, cardboard, and paper or similar non-breakable materials. Discharge of firearms at any appliance, television, object containing glass, or other target material that can shatter and cause a public safety hazard is prohibited. All shooting materials, including targets, shell boxes, shells, shell casings, and clay targets (e.g., trap and skeet), are considered litter and must be removed and properly disposed.<br><br>Refer to the ERMA, SRMA, and ACEC sections for firearm use restrictions within these areas. | | |
| 312. | SPECIAL RECREATION MANAGEMENT AREAS (SRMA) *(Refer to Appendix H for details on settings and complete list of actions)* | | | |
| 313. | Objective:<br>No similar objective | Objective:<br>Manage administratively designated areas (SRMAs) to provide for targeted recreation, experiences, and settings for personal, community, environmental, and economic benefits. | | |
| 314. | Action: | Action: | Action: | Action: |

BLM_0112165

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Manage 48,950 acres as SRMAs to provide targeted recreation opportunities, visitor experiences, and benefits. Investments in SRMAs include facilities, visitor management, interpretation and environmental education, and increased on-the-ground BLM presence for enhanced visitor services and resource protection (Figure 2-13, Appendix A; also refer to Appendix H, Description of Recreation Management Areas, for figures of each SRMA): <br>• Dolores River Canyon (13,380 acres); and <br>• San Miguel River (35,570 acres). <br>Refer to Appendix H, Description of Recreation Management Areas. | Manage 243,930 acres as SRMAs to provide targeted recreation opportunities, experiences and benefits listed below (Figure 2-14, Appendix A; also refer to Appendix H, Description of Recreation Management Areas, for settings and actions of each SRMA). <br>• Burn Canyon (9,160 acres); <br>• Dolores River Canyon (13,380 acres); <br>• Dry Creek (42,180 acres); <br>• Jumbo Mountain (5,030 acres); <br>• Kinikin Hills(11,320 acres); <br>• North Delta (8,530 acres); <br>• Paradox Valley (87,250 acres); <br>• Ridgway Trails (1,170 acres); <br>• Roubideau (25,360 acres); <br>• San Miguel River (35,570 acres); and <br>• Spring Creek (4,980 acres). <br>Refer to Appendix H, Description of Recreation Management Areas. | No similar action. (Manage no areas as SRMAs.) | Manage 124,000 acres as SRMAs to provide targeted recreation opportunities, experiences and benefits listed below (Figure 2-16, Appendix A; also refer to Appendix H, Description of Recreation Management Areas, for settings and actions of each SRMA). <br>• Dolores River Canyon (13,380 acres); <br>• Dry Creek (42,180 acres); <br>• Jumbo Mountain (1,360 acres); <br>• Ridgway Trails (1,170 acres); <br>• Roubideau (25,360 acres); <br>• San Miguel River (35,570 acres); and <br>• Spring Creek (4,980 acres). <br>Refer to Appendix H, Description of Recreation Management Areas. |
| 315. | **Action:** <br>No similar action. | **Action:** <br>Within SRMAs, allow activities that benefit biological values (including fire) to support the management objectives of the overlying ACECs, WSAs, lands | **Action:** <br>No similar action. | **Action:** <br>Within SRMAs, allow activities that benefit biological values (including fire) to support the management objectives of the overlying ACECs, WSAs, lands |

2-146

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112166

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | identified for wilderness characteristics protection, Ecological Emphasis Areas, areas with exemplary, ancient or rare vegetation, and suitable WSR segments with a fish, wildlife, or vegetation ORV. | | identified for wilderness characteristics protection, Ecological Emphasis Areas, areas with exemplary, ancient or rare vegetation, and suitable WSR segments with a fish, wildlife, or vegetation ORV, if consistent with SRMA objectives in the long term. |
| 316. | *Burn Canyon SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 317. | *Objective:*<br>*No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in non-motorized/non-mechanized, quiet trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>*Horseback riding and hiking*<br>*Experiences* – Enjoying nature and escaping personal-social pressures.<br>*Benefits* - Improve physical fitness and health maintenance; improve capacity for outdoor physical activity; develop a more outdoor-oriented lifestyle; improve | *Objective:*<br>*No similar objective* | |

BLM_0112167

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | appreciation of nature's splendor. | | |
| 318. | *Objective:*<br>No similar objective | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in motorized and non-motorized trail activities including challenging natural surfaced disabled accessible trails with adaptive equipment so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br><u>*Target the following Activities*</u>:<br>OHV use, mountain biking, and accessible trails through the use of current and emerging adaptive equipment.<br><u>*Experiences*</u> – Enjoying nature; being able to frequently participate in desired activities and settings; enjoying having easy access to natural landscapes; gaining a greater sense of self-confidence; developing your skills and abilities; and increasing quality of life.<br><u>*Benefits*</u> - Improve local economic stability, improve physical fitness and health maintenance; | *Objective:*<br>No similar objective | |

2-148

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112168

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | enhanced quality of life; improve capacity for outdoor physical activity; improved outdoor knowledge and self-confidence; develop a more outdoor-oriented lifestyle; More positive contributions to local-regional economy; increased local tax revenue from visitors; increased local job opportunities; increased desirability as a place to live or retire; increased local tourism revenue; greater diversification of local job offerings; and improve appreciation of nature's splendor. | | |
| 319. | Objective:<br>No similar objective | Zone 3 Objective:<br>Through the life of the plan, manage Zone 3 for visitors to engage in backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):<br>Target the following Activities:<br>Mountain biking, hunting, hiking, and horseback riding<br>Experiences – Enjoying getting some needed physical rest; enjoying going exploring; and | Objective:<br>No similar objective | |

BLM_0112169

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | feeling good about solitude.<br>*Benefits* - Restore mind from unwanted stress; improve mental well-being; improve outdoor knowledge and self-confidence; improved appreciation of nature's splendor; and improved local economic stability. | | |
| 320. | *Dolores River Canyon SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 321. | Objective:<br>No similar objective | *Zone 1 Objective:<br>Through the life of the plan, manage Zone 1 for visitors to engage in quiet water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):<br>Target the following Activities:<br>Rafting, kayaking, fishing, educational programs, and hiking<br>Experiences* – Being able to tell others about the trip; enjoying risk-taking adventure; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; escaping everyday responsibilities for a while; and just knowing this | Objective: No similar objective | *Zone 1 Objective:<br>Through the life of the plan, manage Zone 1 for visitors to engage in quiet water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):<br>Target the following Activities:<br>Rafting, kayaking, fishing, educational programs, and hiking<br>Experiences* – Being able to tell others about the trip; enjoying risk-taking adventure; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; escaping everyday responsibilities for a while; and |

2-150

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112170

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | attraction is here.<br>_Benefits_ - Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics e.g. leave no trace; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | just knowing this attraction is here.<br>_Benefits_ - Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics e.g. leave no trace; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. |
| 322. | Objective:<br>No similar objective | _Zone 2 Objective:_<br>_Through the life of the plan, manage Zone 2 for visitors to engage in non-motorized/non-mechanized, quiet trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):_<br>_Target the following Activities:_<br>_Hiking and backpacking_ | Objective: No similar objective | _Zone 2 Objective:_<br>_Through the life of the plan, manage Zone 2 for visitors to engage in non-motorized/non-mechanized, quiet trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):_<br>_Target the following Activities:_<br>_Hiking and backpacking_ |

April 2012

_Uncompahgre Resource Management Plan Revision and Environmental Impact Statement_
_Chapter 2, Alternatives – Internal Draft for Impacts Analysis_

2-151

BLM_0112171

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | *Experiences* – Developing your skills and abilities; enjoying going exploring; enjoying risk-taking adventure; learning more about things here; savoring the total sensory experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; and just knowing this attraction is here.<br>*Benefits* - Improved mental well-being; greater self-reliance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; enhanced sense of personal freedom; greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; lifestyle improvement or maintenance; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | *Experiences* – Developing your skills and abilities; enjoying going exploring; enjoying risk-taking adventure; learning more about things here; savoring the total sensory experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; and just knowing this attraction is here.<br>*Benefits* - Improved mental well-being; greater self-reliance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; enhanced sense of personal freedom; greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; lifestyle improvement or maintenance; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and |

2-152

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

April 2012

BLM_0112172

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | protection of natural landscapes. |
| 323. | *Dry Creek SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 324. | *Objective:* No similar objective | *Zone 1 Objective:* *Through the life of the plan, manage Zone 1 for visitors to engage in motorized and mechanized technical riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* *Rock Crawling and Trials Bike Riding* *Experiences* – Developing your skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; talking to others about your equipment; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying having easy access to natural landscapes; escaping everyday responsibilities for a while; and feeling good about how this attraction is being used and enjoyed. | *Objective:* No similar objective | *Zone 1 Objective:* *Through the life of the plan, manage Zone 1 for visitors to engage in motorized and mechanized technical riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* *Rock Crawling and Trials Bike Riding* *Experiences* – Developing your skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; talking to others about your equipment; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying having easy access to natural landscapes; escaping everyday responsibilities for a while; and feeling good about how this attraction is being used and |

BLM_0112173

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | <u>*Benefits*</u> - Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; greater sense of adventure; improved understanding of this/our community's dependence and impact on public lands; improved physical capacity to do my favorite recreation activities; enhanced quality of life; positive contributions to local-regional economic stability; increased local tourism revenue; and greater retention of distinctive natural landscape features. | | enjoyed.<br><u>*Benefits*</u> - Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; greater sense of adventure; improved understanding of this/our community's dependence and impact on public lands; improved physical capacity to do my favorite recreation activities; enhanced quality of life; positive contributions to local-regional economic stability; increased local tourism revenue; and greater retention of distinctive natural landscape features. |
| 325. | *Objective:*<br>*No similar objective* | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a* | *Objective: No similar objective* | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a* |

BLM_0112174

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|--------|---------------------------------------------------|---------------|---------------|--------------------------------------|
|        |                                                   | *probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities: Rock climbing for beginner climbers, overlook viewing, and picnicking.*<br>*Experiences* – Developing your skills and abilities; gaining a greater sense of self-confidence; enjoying risk-taking adventure; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying having easy access to natural landscapes; escaping everyday responsibilities for a while; enjoying getting some needed physical exercise; enjoying having access to close-to-home outdoor amenities; just knowing this attraction is here.<br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; |  | *probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities: Rock climbing for beginner climbers, overlook viewing, and picnicking.*<br>*Experiences* – *Experiences* – Developing your skills and abilities; gaining a greater sense of self-confidence; enjoying risk-taking adventure; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying having easy access to natural landscapes; escaping everyday responsibilities for a while; enjoying getting some needed physical exercise; enjoying having access to close-to-home outdoor amenities; just knowing this attraction is here.<br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; closer relationship with the natural world; a more |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-155

BLM_0112175

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. |
| 326. | *Objective:*<br>*No similar objective* | *Zone 3 Objective:*<br>*Through the life of the plan, manage Zone 3 for visitors to engage in wide variety of recreational activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br><u>*Target the following Activities*</u>:<br>OHV riding, mountain biking, hiking and horseback riding.<br><u>*Experiences*</u> – Enjoying going exploring; learning more about | *Objective: No similar objective* | *Zone 3 Objective:*<br>*Through the life of the plan, manage Zone 3 for visitors to engage in wide variety of recreational activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br><u>*Target the following Activities*</u>:<br>OHV riding, mountain biking, hiking and horseback riding.<br><u>*Experiences*</u> – Enjoying going |

BLM_0112176

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | things here; enjoying having easy access to natural landscapes; enjoying having a wide variety of environments within a recreation area; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard our lifestyle and quality of life.<br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; positive contributions to local-regional economic stability; and increased awareness and | | exploring; learning more about things here; enjoying having easy access to natural landscapes; enjoying having a wide variety of environments within a recreation area; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard our lifestyle and quality of life.<br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-157

BLM_0112177

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | protection of natural landscapes. | | economic stability; positive contributions to local-regional economic stability; and increased awareness and protection of natural landscapes. |
| 327. | *Objective:*<br>*No similar objective* | *Zone 4 Objective:*<br>*Through the life of the plan, manage Zone 4 for visitors of all abilities to engage in close to town non-motorized activities including natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Mountain biking, running, hiking, horseback riding, and accessible trails through the use of current and emerging adaptive equipment.<br>*Experiences* – Developing your skills and abilities; enjoying going exploring; learning more about things here; enjoying having access to hands-on environmental learning; enjoying learning outdoor ethics; enjoying | *Objective: No similar objective* | *Zone 4 Objective:*<br>*Through the life of the plan, manage Zone 4 for visitors of all abilities to engage in close to town non-motorized activities including natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Mountain biking, running, hiking, horseback riding, and accessible trails through the use of current and emerging adaptive equipment.<br>*Experiences* – Developing your skills and abilities; enjoying going exploring; learning more about things here; enjoying having access to hands-on environmental learning; |

BLM_0112178

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying having a wide variety of environments within a single park or recreation area; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; increasing the quality of life; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>_Benefits_ - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; greater | | enjoying learning outdoor ethics; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying having a wide variety of environments within a single park or recreation area; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; increasing the quality of life; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>_Benefits_ - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community |

BLM_0112179

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | opportunity for people with different skills to exercise in the same place; lifestyle improvement or maintenance; enhanced quality of life; improved local economic stability; positive contributions to local-regional economic stability; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | is a special place; improved understanding of this/our community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; lifestyle improvement or maintenance; enhanced quality of life; improved local economic stability; positive contributions to local-regional economic stability; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. |
| 328. | *Jumbo Mountain SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 329. | Objective:<br>No similar objective | Zone 1 Objective:<br>*Through the life of the plan, manage Zone 1 for visitors to engage in day use stacked loop non-motorized trail activities including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* | Objective: No similar objective | Zone 1 Objective:<br>*Through the life of the plan, manage Zone 1 for visitors to engage in day use stacked loop non-motorized trail activities including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized* |

BLM_0112180

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | *Target the following Activities*:<br>Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment.<br>*Experiences* – Developing your skills and abilities; enjoying meeting new people with similar interests; learning more about things here; enjoying having access to hands-on environmental learning; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. | | *to* 5=*totally realized*):<br>*Target the following Activities*:<br>Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment.<br>*Experiences* – Developing your skills and abilities; enjoying meeting new people with similar interests; learning more about things here; enjoying having access to hands-on environmental learning; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling |

April 2012

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

2-161

BLM_0112181

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | *Benefits* - Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local-regional economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of | | good about how this attraction is being used and enjoyed. *Benefits* - Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local-regional |

BLM_0112182

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. |
| 330. | *Objective:*<br>*No similar objective* | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in motorized and mechanized trail riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>OHV use, mountain biking, hunting, and backpacking<br>*Experiences* – Developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping | *Objective: No similar objective* | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in motorized and mechanized trail riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Motorcycle riding, mountain biking, hunting, and backpacking<br>*Experiences* – Developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up |

BLM_0112183

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
|  |  | everyday responsibilities for a while; increasing/ maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>_Benefits_ - Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; enhanced lifestyle; improved local economic stability; positive contributions to local-regional economic stability; and increased awareness and |  | mental tensions; escaping everyday responsibilities for a while; increasing/ maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>_Benefits_ - Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; enhanced lifestyle; improved local economic |

BLM_0112184

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | protection of natural landscapes. | | stability; positive contributions to local-regional economic stability; and increased awareness and protection of natural landscapes. |
| 331. | Kinikin Hills SRMA *(Refer to Appendix H for details on desired setting characteristics)* | | | |
| 332. | Objective:<br>*No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in day use non-motorized/non-mechanized single track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Day use horseback riding, running, and hiking.<br>*Experiences* – Learning more about things here; enjoying having access to hands-on environmental learning; enjoying having easy access to natural landscapes; enjoying teaching others about the outdoors; and feeling good about how natural resources and facilities are being managed.<br>*Benefits* - Improved outdoor | Objective:<br>*No similar objective* | |

BLM_0112185

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | knowledge; increased quality of life; greater sensitivity awareness of outdoor aesthetics; enhanced awareness and understanding of nature; enlarged sense of personal accountability for acting responsibly on public lands; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; greater protection of plant habitat from growth, development, and public use impacts; and increased awareness and protection of natural landscapes. | | |
| 333. | *Objective:*<br>*No similar objective* | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in day use non-motorized stacked loop single track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>*Day use mountain biking, running,* | *Objective:*<br>*No similar objective* | |

BLM_0112186

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | hiking and horseback riding.<br>_Experiences_ – Developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed.<br>_Benefits_ - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to our community; enlarged understanding of my responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; | | |

BLM_0112187

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | improved physical fitness and health maintenance; improved physical capacity to do my favorite recreation activities; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local-regional economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately-owned lands; and reduced negative human impacts such as litter, vegetative trampling, and unplanned trails. | | |
| 334. | *Objective:*<br>*No similar objective* | *Zone 3 Objective:*<br>*Through the life of the plan, manage Zone 3 for visitors to engage in a variety of day use motorized and mechanized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br><u>*Target the following Activities:*</u> | *Objective:*<br>*No similar objective* | |

2-168

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112188

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | Day use OHV riding and mountain biking.<br>_Experiences_ – Developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; just knowing this attraction is here; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed.<br>_Benefits_ - Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to our community; enlarged sense of personal accountability for acting responsibly on public lands; enlarged understanding of my responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; enhanced quality of life; improved local economic | | |

April 2012

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Impacts Analysis

2-169

BLM_0112189

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | stability; positive contributions to local-regional economic stability; increased desirability as a place to live or retire; improved respect for privately-owned lands; and reduced negative human impacts such as litter, vegetative trampling, and unplanned trails. | | |
| 335. | *North Delta SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 336. | Objective:<br>*No similar objective* | Zone 1 Objective:<br>*Through the life of the plan, manage Zone 1 for visitors to engage in day use non-motorized/non-mechanized single track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Day use hiking, running, and horseback riding<br>*Experiences* – Developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built- | Objective:<br>*No similar objective* | |

2-170

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112190

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | up mental tensions; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed.<br>_Benefits_ - Improved mental well-being; improved skills for outdoor enjoyment; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater respect for private property and local lifestyles; improved understanding of how this community's dependence and impact on public lands; improved physical fitness and health maintenance; enhance quality of life; improved local economic stability; positive contributions to local-regional economic stability; improved respect for privately-owned lands; and reduced negative human impacts such as litter, vegetative trampling, and unplanned trails. | | |
| 337. | _Objective:_<br>_No similar objective_ | _Zone 2 Objective:_<br>_Through the life of the plan, manage Zone 2 for visitors to engage in motorized single and two track trail activities so that they_ | _Objective:_<br>_No similar objective_ | |

BLM_0112191

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management (No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | *report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:* Utility terrain vehicles and ATVs (50 inches or less), motorcycles, and educational trainings and programs.<br>*Experiences* – Talking to others about your equipment; relishing group affiliation and togetherness; enjoying learning ethical and proper riding skills; enjoying having easy access to natural landscapes; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; just knowing this attraction is here; appreciating personal interaction with visitors; safeguard our lifestyle and quality of life; increase/maintain quality of life; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* - Restored mind from | | |

2-172

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Impacts Analysis*

April 2012

BLM_0112192

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | unwanted stress; improved skills for outdoor enjoyment; enhanced awareness and understanding of nature; greater understanding of the importance of recreation and tourism to our community; enlarged sense of personal accountability for acting responsibly on public lands; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of this/our community's dependence and impact on public lands; greater opportunity for people with different skills to enjoy the same place; enhanced quality of life; improved local economic stability; positive contributions to local-regional economic stability; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately-owned lands; increased awareness and protection of natural landscapes; and reduced negative human impacts such as litter, vegetative trampling, and unplanned trails. | | |

BLM_0112193