**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 338. | *Paradox Valley SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 339. | *Objective:*<br>*No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in water-based and scenic/historical touring activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*<u>Target the following Activities</u>:* Scenic/historical road touring and river running activities.<br>*<u>Experiences</u>* – Being able to tell others about the trip; enjoying going exploring; relishing group affiliation and togetherness; learning more about things here; enjoying having access to environmental learning; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; enjoying telling visitors what makes this a special place; and feeling good about how this attraction is being used and enjoyed. | *Objective:*<br>*No similar objective* | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *Benefits* - Restored mind from unwanted stress; improved outdoor knowledge and self-confidence; enhanced awareness and understanding of nature; greater understanding of the importance of recreation and tourism to our community; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; increased appreciation of area's cultural history; greater awareness that this community is a special place; an improved stewardship ethic; improved understanding of this/our community's dependence and impact on public lands; enhanced quality of life; more positive contributions to local-regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; greater protection of area historic structures and archaeological sites; and increased awareness and protection of natural landscapes. | | |
| 340. | *Objective:* | *Zone 2 Objective:* | *Objective:* | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | *No similar objective* | *Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Rock climbing, camping, and educational/training programs. *Experiences* – Developing your skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; enjoying having access to environmental learning; relishing group affiliation and togetherness; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; | *No similar objective* | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | greater sense of adventure; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; improved physical fitness and health maintenance; improved group cooperation; enhanced quality of life; more positive contributions to local-regional economy; increased local tourism revenue; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | |
| 341. | *Objective:*<br>*No similar objective* | *Zone 3 Objective:*<br>*Through the life of the plan, manage Zone 3 for visitors to engage in a wide variety of motorized and non-motorized activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>OHV riding, mountain biking and dispersed camping.<br>*Experiences* – Developing your | *Objective:*<br>*No similar objective* | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | skills and abilities; enjoying going exploring; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; enjoying an escape from crowds of people; just knowing this attraction is here; and feeling good about how natural resources and facilities are being managed.<br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; greater sensitivity to/awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; enhanced quality of life; more positive contributions to local-regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 342. | *Objective:*<br>*No similar objective* | *Zone 4 Objective:*<br>*Through the life of the plan, manage Zone 4 for visitors to engage in quiet non-motorized/non-mechanized activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Backcountry educational programs, backcountry hiking/ backpacking and horseback riding.<br>*Experiences* – Being able to tell others about the trip; enjoying going exploring; learning more about things here; savoring the total sensory--sight, sound, and smell--experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being | *Objective:*<br>*No similar objective* | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | managed.<br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; greater sensitivity to/awareness of outdoor aesthetics; enhanced awareness and understanding of nature; enlarged sense of personal accountability for acting responsibly on public lands; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; greater cultivation of natural resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; reduced wildlife disturbance from recreation facility development; reduced wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; increased awareness and protection of natural landscapes; and reduced negative human impacts such as litter, vegetative trampling, and unplanned trails. | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 343. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NGD-24: *SRMAs*. Prohibit surface-disturbing activities within RMZ 4 of Paradox Valley SRMA. (Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use: No similar allowable use. | |
| 344. | *Ridgway Trails SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 345. | *Objective:* *No similar objective* | *Zone 1 Objective:* *Through the life of the plan, manage Zone 1 for visitors of all abilities to engage in day use non-motorized and educational activities including disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities*: Day use outdoor living classroom, biking, horseback riding, accessible trails, running, and hiking. *Experiences* – Enjoying meeting new people with similar interests; learning more about things here; enjoying having access to hands-on environmental learning; enjoying having easy access to | *Objective: No similar objective* | *Zone 1 Objective:* *Through the life of the plan, manage Zone 1 for visitors of all abilities to engage in day use non-motorized and educational activities including disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities*: Day use outdoor living classroom, biking, horseback riding, accessible trails, running, and hiking. *Experiences* – Enjoying meeting new people with similar interests; learning more about things here; enjoying having access to hands-on |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | natural landscapes; enjoying getting some needed physical exercise; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in the settings I like; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. <u>*Benefits*</u> - Improved mental well-being; improved skills for outdoor enjoyment; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic | | environmental learning; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in the settings I like; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. <u>*Benefits*</u> - Improved mental well-being; improved skills for outdoor enjoyment; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | stability; more positive contributions to local-regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local-regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. |
| 346. | *Objective:* *No similar objective* | *Zone 2 Objective:* *Through the life of the plan, manage Zone 2 for visitors to engage in day use stacked loop non-motorized trail activities including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* Day use mountain biking, horseback riding, running, hiking, | *Objective: No similar objective* | *Zone 2 Objective:* *Through the life of the plan, manage Zone 2 for visitors to engage in day use stacked loop non-motorized trail activities including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* Day use mountain biking, |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | and accessible trails through the use of current and emerging adaptive equipment. <br>*Experiences* – Developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in the settings I like; increasing/maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. <br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic | | horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment. <br>*Experiences* – Developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in the settings I like; increasing/maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. <br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | stability; more positive contributions to local-regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | community dependency on public lands; improved local economic stability; more positive contributions to local-regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. |
| 347. | *Roubideau SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 348. | *Objective:*<br>*No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in non-motorized/non-mechanized backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:* Backcountry educational programs, backcountry hiking/ backpacking and horseback riding.<br>*Experiences* – Gaining a greater | *Objective: No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in non-motorized/non-mechanized backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:* Backcountry educational programs, backcountry hiking/ backpacking and horseback riding. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | sense of self-confidence; being able to tell others about the trip; enjoying going exploring; learning more about things here; savoring the total sensory--sight, sound, and smell--experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; increasing/maintaining quality of life; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical | | *Experiences* – Gaining a greater sense of self-confidence; being able to tell others about the trip; enjoying going exploring; learning more about things here; savoring the total sensory--sight, sound, and smell--experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; increasing/maintaining quality of life; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; increased awareness and protection of natural landscapes; and greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts. | | lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; increased awareness and protection of natural landscapes; and greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts. |
| 349. | *Objective:* *No similar objective* | *Zone 2 Objective:* *Through the life of the plan, manage Zone 2 for visitors to engage in non-motorized/non-mechanized canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* | *Objective: No similar objective* | *Zone 2 Objective:* *Through the life of the plan, manage Zone 2 for visitors to engage in non-motorized/non-mechanized canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Horseback riding, day use hiking, and overnight backpacking. *Experiences* – Gaining a greater sense of self-confidence; developing your skills and abilities; enjoying going exploring; learning more about things here; savoring the total sensory--sight, sound, and smell--experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's | | Horseback riding, day use hiking, and overnight backpacking. *Experiences* – Gaining a greater sense of self-confidence; developing your skills and abilities; enjoying going exploring; learning more about things here; savoring the total sensory--sight, sound, and smell--experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; a more outdoor-oriented lifestyle; |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | splendor; improved physical fitness and health maintenance; enhanced quality of life; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; greater awareness that this community is a special place; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; and increased awareness and protection of natural landscapes. | | greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; greater awareness that this community is a special place; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; and increased awareness and protection of natural landscapes. |
| 350. | *Objective:*<br>*No similar objective* | *Zone 3 Objective:*<br>*Through the life of the plan, manage Zone 3 for visitors to engage in quiet use non-motorized recreational activities with the exception of a few existing motorized trails so that they report an average 4.0 realization of the following targeted experiences and* | *Objective: No similar objective* | *Zone 3 Objective:*<br>*Through the life of the plan, manage Zone 3 for visitors to engage in quiet use non-motorized recreational activities with the exception of a few existing motorized trails so that they report an average 4.0 realization of the following targeted* |

BLM_0112209

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Hunting, scenic viewing, and horseback riding. *Experiences* – Being able to tell others about the trip; enjoying going exploring; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; and feeling good about how this attraction is being used and enjoyed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; more positive contributions to local-regional economy; increased local tourism revenue; and increased awareness and protection of natural landscapes. | | *experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Hunting, scenic viewing, and horseback riding. *Experiences* – Being able to tell others about the trip; enjoying going exploring; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; and feeling good about how this attraction is being used and enjoyed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; more positive contributions to local-regional economy; increased |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | local tourism revenue; and increased awareness and protection of natural landscapes. |
| 351. | *Objective:* *No similar objective* | *Zone 4 Objective:* *Through the life of the plan, manage Zone 4 for visitors to engage in canyon overlook activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Motorized and non-motorized scenic viewing, camping, and environmental learning *Experiences* – Being able to tell others about the trip; enjoying going exploring; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; feeling good about how this attraction is being used and enjoyed; learning more about things here; enjoying having easy access to natural landscapes; encouraging visitors to help safeguard our lifestyle and | *Objective: No similar objective* | *Zone 4 Objective:* *Through the life of the plan, manage Zone 4 for visitors to engage in canyon overlook activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Motorized and non-motorized scenic viewing, camping, and environmental learning *Experiences* – Being able to tell others about the trip; enjoying going exploring; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; feeling good about how this attraction is being used and enjoyed; learning more about things here; enjoying having easy access to natural landscapes; encouraging visitors |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | quality of life; and enjoying having access to environmental learning. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; more positive contributions to local-regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; increased awareness and protection of natural landscapes. | | to help safeguard our lifestyle and quality of life; and enjoying having access to environmental learning. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of this/our community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; more positive contributions to local-regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; increased awareness and protection of natural |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | landscapes. |
| 352. | *San Miguel SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 353. | *Objective:*<br>*No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in motorized and non-motorized scenic touring and non-motorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*<u>Target the following Activities</u>:* Rafting, kayaking, fishing, hiking, mountain biking, camping, non-motorized trail use, educational programs, and scenic driving.<br>*<u>Experiences</u>* – Developing your skills and abilities; seeking solitude; seeking challenge and adventure; socializing with friends and family; learning more about things here; enjoying having access to hands-on environmental learning; enjoying having easy access to natural landscapes; enjoying extensive open space; enjoying outdoor exercise; enjoying having a wide | *Objective:*<br>*No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in motorized and non-motorized scenic touring and non-motorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*<u>Target the following Activities</u>:* Rafting, kayaking, fishing, hiking, mountain biking, camping, non-motorized trail use, educational programs, and scenic driving.<br>*<u>Experiences</u>* – Developing your skills and abilities; seeking solitude; seeking challenge and adventure; socializing with friends and family; learning more about things here; enjoying having access to hands-on environmental learning; enjoying having easy access to natural landscapes; enjoying extensive open space; enjoying |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | variety of environments within a single park or recreation area; enjoying being able to frequently participate in desired activities in the settings I like; releasing or reducing some built-up mental tensions; and escaping urban environments. *Benefits* - Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity to/awareness of outdoor aesthetics; greater sensitivity to/respect for other visitors; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater personal enrichment through involvement with other | | outdoor exercise; enjoying having a wide variety of environments within a single park or recreation area; enjoying being able to frequently participate in desired activities in the settings I like; releasing or reducing some built-up mental tensions; and escaping urban environments. *Benefits* - Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity to/awareness of outdoor aesthetics; greater sensitivity to/respect for other visitors; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | people; greater cultivation of natural resource stewardship ethic; increased appreciation of area's cultural history; greater respect for private property and local lifestyles; an improved stewardship ethic towards adjoining/ host communities; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; reduced demands on local health care system; greater opportunity for people with different skills to exercise in the same place; improved community integration; improved group cooperation; strengthened family relationships; enhanced lifestyle; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local-regional economy; increased local tax revenue from visitors; increased local tourism revenue; increased desirability as a place to live or retire; increased awareness and protection of natural landscapes; | | appreciation of nature's splendor; greater personal enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; increased appreciation of area's cultural history; greater respect for private property and local lifestyles; an improved stewardship ethic towards adjoining/ host communities; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; reduced demands on local health care system; greater opportunity for people with different skills to exercise in the same place; improved community integration; improved group cooperation; strengthened family relationships; enhanced lifestyle; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local-regional |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | greater retention of distinctive natural landscape features; sustainability of community's cultural heritage; improved respect for privately-owned lands; and greater community ownership and stewardship of park, recreation, and natural resources. | | economy; increased local tax revenue from visitors; increased local tourism revenue; increased desirability as a place to live or retire; increased awareness and protection of natural landscapes; greater retention of distinctive natural landscape features; sustainability of community's cultural heritage; improved respect for privately-owned lands; and greater community ownership and stewardship of park, recreation, and natural resources. |
| 354. | *Objective:*<br>*No similar objective* | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in non-motorized/non-mechanized canyon exploring with the exception of a few motorized routes so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*<u>Target the following Activities</u>:*<br>Backcountry hiking and backpacking and fishing. | *Objective: No similar objective* | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in non-motorized/non-mechanized canyon exploring with the exception of a few motorized routes so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):*<br>*<u>Target the following Activities</u>:*<br>Backcountry hiking and backpacking and fishing. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *Experiences* – Enjoying going exploring; being able to tell others about the trip; savoring the total sensory--sight, sound, and smell--experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved physical fitness and health maintenance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; enhanced quality of life; greater retention of distinctive natural landscape features; reduced | | *Experiences* – Enjoying going exploring; being able to tell others about the trip; savoring the total sensory--sight, sound, and smell--experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved physical fitness and health maintenance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; enhanced quality of life; greater retention of distinctive |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; increased awareness and protection of natural landscapes; and restored mind from unwanted stress. | | natural landscape features; reduced wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; increased awareness and protection of natural landscapes; and restored mind from unwanted stress. |
| 355. | *Objective:* *No similar objective* | *Zone 3 Objective:* *Through the life of the plan, manage Zone 3 for visitors to engage in non-motorized/non-mechanized remote river canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Hiking, backpacking, rafting, kayaking, fishing, and camping. *Experiences* – Developing your skills and abilities; being able to tell others about the trip; enjoying going exploring; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling | *Objective: No similar objective* | *Zone 3 Objective:* *Through the life of the plan, manage Zone 3 for visitors to engage in non-motorized/non-mechanized remote river canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Hiking, backpacking, rafting, kayaking, fishing, and camping. *Experiences* – Developing your skills and abilities; being able to tell others about the trip; enjoying going exploring; enjoying getting some needed physical exercise; escaping |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | good about solitude; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local-regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; reduced wildlife disturbance from recreation | | everyday responsibilities for a while; feeling good about solitude; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local-regional economy; increased local tourism revenue; greater retention of distinctive natural |

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | facility development; improved respect for privately-owned lands; and increased awareness and protection of natural landscapes. | | landscape features; reduced wildlife disturbance from recreation facility development; improved respect for privately-owned lands; and increased awareness and protection of natural landscapes. |
| 356. | *Objective:* *No similar objective* | *Zone 4 Objective:* *Through the life of the plan, manage Zone 4 for visitors to engage in scenic viewing through camping and non-motorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Rafting, kayaking, fishing, camping, and educational programs. *Experiences* – Developing your skills and abilities; relishing group affiliation and togetherness; learning more about things here; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in the settings I like; | *Objective: No similar objective* | *Zone 4 Objective:* *Through the life of the plan, manage Zone 4 for visitors to engage in scenic viewing through camping and non-motorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Rafting, kayaking, fishing, camping, and educational programs. *Experiences* – Developing your skills and abilities; relishing group affiliation and togetherness; learning more about things here; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; |

2-200 *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement Chapter 2, Alternatives – Internal Draft for Impacts Analysis* April 2012

BLM_0112220

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; increased awareness and | | enjoying being able to frequently participate in desired activities in the settings I like; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/awareness of outdoor aesthetics; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; greater respect for private property and local lifestyles; improved |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | protection of natural landscapes; increased local tourism revenue; greater community ownership and stewardship of park, recreation, and natural resources; greater retention of distinctive natural landscape features; enhanced awareness and understanding of nature; improved understanding of this/our community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; improved respect for privately-owned lands; and more positive contributions to local-regional economy. | | physical fitness and health maintenance; enhanced quality of life; improved local economic stability; increased awareness and protection of natural landscapes; increased local tourism revenue; greater community ownership and stewardship of park, recreation, and natural resources; greater retention of distinctive natural landscape features; enhanced awareness and understanding of nature; improved understanding of this/our community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; improved respect for privately-owned lands; and more positive contributions to local-regional economy. |
| 357. | *Spring Creek SRMA (Refer to Appendix H for details on desired setting characteristics)* | | | |
| 358. | *Objective:*<br>*No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in day use non-motorized single track stacked loop trail activities so that they report an* | *Objective: No similar objective* | *Zone 1 Objective:*<br>*Through the life of the plan, manage Zone 1 for visitors to engage in day use non-motorized single track stacked loop trail activities so that they report an* |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* <br> *Target the following Activities:* <br> Day use mountain biking, running, hiking, and environmental learning. <br> *Experiences* – Developing your skills and abilities; enjoying meeting new people with similar interests; enjoying having easy access to natural landscapes; enjoying having access to hands-on environmental learning; enjoying learning outdoor social skills; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in the settings I like; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. <br> *Benefits* - Improved mental well-being; improved skills for | | *average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* <br> *Target the following Activities:* <br> Day use mountain biking, running, and hiking_ <br> *Experiences* – Developing your skills and abilities; enjoying meeting new people with similar interests; enjoying having easy access to natural landscapes; enjoying having access to hands-on environmental learning; enjoying learning outdoor social skills; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in the settings I like; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. <br> *Benefits* - Improved mental well- |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/respect for other visitors; greater understanding of the importance of recreation and tourism to our community; enlarged understanding of my responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately-owned lands; and increased awareness and protection of natural landscapes. | | being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to/respect for other visitors; greater understanding of the importance of recreation and tourism to our community; enlarged understanding of my responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of this/our community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately-owned lands; and increased awareness and |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | protection of natural landscapes. |
| 359. | *Objective:* *No similar objective* | *Zone 2 Objective:* *Through the life of the plan, manage Zone 2 for visitors to engage in canyon viewing through non-motorized single track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Mountain biking, hiking, and horseback riding. *Experiences* – Being able to tell others about the trip; enjoying going exploring; developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in the settings I like; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. | *Objective: No similar objective* | *Zone 2 Objective:* *Through the life of the plan, manage Zone 2 for visitors to engage in canyon viewing through single track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* Motorcycle riding, mountain biking, hiking, and horseback riding *Experiences* – Being able to tell others about the trip; enjoying going exploring; developing your skills and abilities; enjoying having easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in the settings I like; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately-owned lands; and increased awareness and protection of natural landscapes. | | attraction is being used and enjoyed.<br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately-owned lands; and increased awareness and protection of natural |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | landscapes. |
| 360. | *Objective:* *No similar objective* | *Zone 3 Objective:* *Through the life of the plan, manage Zone 3 for visitors to engage in camping and scenic viewing through motorized and non-motorized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* OHV use, scenic viewing, and camping *Experiences* – Enjoying having easy access to natural landscapes; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in the settings I like; enjoying getting some needed physical rest; increase/maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how natural resources and facilities are being managed. *Benefits* - Improved mental well- | *Objective: No similar objective* | *Zone 3 Objective:* *Through the life of the plan, manage Zone 3 for visitors to engage in camping and scenic viewing through motorized and non-motorized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes. (4.0 on a probability scale where: 1=not at all realized to 5=totally realized):* *Target the following Activities:* OHV use, scenic viewing, and camping *Experiences* – Enjoying having easy access to natural landscapes; enjoying having access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in the settings I like; enjoying getting some needed physical rest; increase/maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how natural |

BLM_0112227

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately-owned lands; and increased awareness and protection of natural landscapes. | | resources and facilities are being managed.<br>*Benefits* - Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to our community; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately-owned lands; and increased awareness and protection of natural landscapes. |
| 361. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NL-6: *SRMAs*. Close the following SRMAs to fluid mineral leasing and geophysical exploration: | Allowable Use:<br>No similar allowable use. | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Dolores River Canyon<br>• Dry Creek RMZs 1, 2, 4<br>• Jumbo Mountain RMZ 1<br>• Paradox Valley RMZ 4<br>• Ridgway Trails RMZ 1<br>• Roubideau<br>• San Miguel River<br>• Spring Creek<br>(Refer to Appendix B.) (Figure 2-35, Appendix A) | | |
| 362. | Allowable Use:<br>**STIPULATION** NSO-SJ-3 (BLM 1991a): *SRMAs*. Prohibit surface occupancy in the Dolores River Canyon SRMA. (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-38: *SRMAs*. Prohibit surface occupancy in the following SRMAs:<br>• Burn Canyon<br>• Dry Creek RMZ 3<br>• Jumbo Mountain RMZ 2<br>• Kinikin Hills<br>• North Delta<br>• Paradox Valley RMZs 1, 2, and 3<br>• Ridgway Trails RMZ 2<br>• Spring Creek RMZ 3<br>(Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** NSO-38: *SRMAs*. Prohibit surface occupancy in the following SRMAs:<br>• Dolores River Canyon<br>• Dry Creek RMZs 2 and 4<br>• Jumbo Mountain<br>• Ridgway Trails<br>• Roubideau<br>• San Miguel River RMZs 1, 2, and 3<br>• Spring Creek<br>(Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 363. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>No similar allowable use. | | Allowable Use:<br>**STIPULATION** CSU-43: *SRMAs*. Apply CSU restrictions in the following SRMAs: |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | • Dry Creek RMZs 1 and 3; and<br>• San Miguel River RMZ 4.<br>(Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 364. | *EXTENSIVE RECREATION MANAGEMENT AREAS (ERMA)* | | | |
| 365. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage administratively designated areas (ERMAs) to provide for targeted recreation opportunities. | | |
| 366. | **Action:**<br>No similar action in current RMPs. Planning guidance in place when the San Juan/San Miguel and Uncompahgre Basin RMPs were written directed that all BLM land not designated as an SRMA should be designated as an ERMA. Under today's recreation guidance, what was formerly the Uncompahgre ERMA would be considered "undesignated" (i.e., neither an ERMA nor an SRMA). As such, the terminology has been updated to reflect more closely the recreation guidance under which this RMP was written to avoid nonequivalent comparisons. | **Action:**<br>No similar action. (Designate no ERMAs.) | **Action:**<br>Manage 215,760 acres as ERMAs to specifically address local recreation issues (Figure 2-15, Appendix A; also refer to Appendix H, Description of Recreation Management Areas, for actions of each ERMA):<br>• Adobe Badlands (6,360 acres)<br>• Burn Canyon (9,160 acres) ;<br>• Dolores River Canyon (13,330 acres);<br>• Dry Creek (41,300 acres);<br>• Jumbo Mountain (5,020 acres);<br>• Kinikin Hills (11,320 acres);<br>• North Delta (8,530 acres);<br>• Paradox Valley (45,200 acres);<br>• Ridgway Trails (1,100 acres);<br>• Roubideau (25,350 acres); | **Action:**<br>Manage 73,700 acres as ERMAs to specifically address local recreation issues (Figure 2-16, Appendix A; also refer to Appendix H, Description of Recreation Management Areas, for actions of each ERMA):<br>• Burn Canyon (9,160 acres);<br>• Kinikin Hills (10,810 acres);<br>• North Delta (8,530 acres); and<br>• Paradox Valley (45,200 acres). |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | • San Miguel River Corridor (35,600 acres); and<br>• Spring Creek (13,500 acres). | |
| 367. | *Adobe Badlands ERMA* | | | |
| 368. | **Objective:** No Similar objective | **Objective:**<br>No Similar objective. | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to participate in a variety of backcountry non-motorized/non-mechanized recreation activities (e.g. hiking, horseback riding, hunting and camping)<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a low level of contrast between developments and the natural surrounding while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | **Objective:**<br>Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 369. | *Burn Canyon ERMA* | | | |
| 370. | **Objective:** No Similar objective. | **Objective:** No Similar objective. | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of quality sustainable motorized and non-motorized trails (e.g. ATV and motorcycle riding, mountain biking, hiking).<br><br>The area will provide a recreation setting commensurate with other uses that 1)retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, etc.) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | |
| 371. | *Dolores River Canyon ERMA* | | | |
| 372. | **Objective:** No Similar objective. | **Objective:** No Similar objective. | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to participate in a non-motorized/non-mechanized trail and water-based activities (e.g. hiking, rafting, kayaking, fishing)<br><br>The area will provide a recreation setting commensurate with other uses that 1)retains an undisturbed natural landscape while allowing for activities that | **Objective:** Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | |
| 373. | *Dry Creek ERMA* | | | |
| 374. | **Objective:** No Similar objective. | **Objective:** No Similar objective. | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g. OHV riding, mountain biking, hiking, hunting, and scenic driving).<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, camping, etc.) to facilitate | **Objective:** Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | |
| 375. | *Jumbo Mountain ERMA* | | | |
| 376. | **Objective:** No Similar objective. | **Objective:** No Similar objective. | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g. OHV riding, mountain biking, hiking, hunting, etc.).<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, camping, etc.) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | **Objective:** Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 377. | *Kinikin Hills ERMA* | | | |
| 378. | **Objective:**<br>No Similar objective. | **Objective:**<br>No Similar objective. | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of motorized and non-motorized trail activities (e.g. OHV riding, mountain biking, hiking, etc.).<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, camping, etc.) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | |
| 379. | *North Delta ERMA* | | | |
| 380. | **Objective:**<br>No Similar objective. | **Objective:**<br>No Similar objective. | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established motorized and non-motorized recreation activities (e.g. OHV riding, mountain biking, hiking, etc.).<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, camping, etc.) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | |
| 381. | *Paradox Valley ERMA* | | | |
| 382. | **Objective:**<br>No Similar objective. | **Objective:**<br>No Similar objective. | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | visitor opportunities to provide a variety of established recreation activities (e.g. OHV riding, mountain biking, hiking, rock climbing and bouldering, rafting, scenic touring, hunting, etc.).<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, camping, etc.) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | |
| 383. | *Ridgway Trails ERMA* | | | |
| 384. | **Objective:**<br>No Similar objective. | **Objective:**<br>No Similar objective. | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g. OHV riding, mountain biking, hiking, hunting, etc.).<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, | **Objective:**<br>Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | camping, etc.) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | |
| 385. | *Roubideau ERMA* | | | |
| 386. | **Objective:** No Similar objective. | **Objective:** No Similar objective. | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to participate in a variety of backcountry recreation activities (e.g. hiking, horseback riding, hunting and camping)<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a low level of contrast between developments and the natural surrounding while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions | **Objective:** Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | of use throughout the area. | |
| 387. | *San Miguel River ERMA* | | | |
| 388. | **Objective:**<br>No Similar objective. | **Objective:**<br>No Similar objective. | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g. mountain biking, hiking, rafting, scenic touring, etc.).<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, camping, etc.) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | **Objective:**<br>Same as Alternative B. |
| 389. | *Spring Creek ERMA* | | | |
| 390. | **Objective:**<br>No Similar objective in current RMPs. | **Objective:**<br>No Similar objective. | **Objective:**<br>Focus recreation and visitor services on protecting and | **Objective:**<br>Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | facilitating visitor opportunities to provide a variety of established recreation activities (e.g. OHV riding, mountain biking, hiking, hunting, camping, etc.).<br><br>The area will provide a recreation setting commensurate with other uses that 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (trails, trailheads, staging areas, camping, etc.) to facilitate activity participation; 3) provides basic on-site visitor services (signage, maps, etc.) and 4) clearly posts conditions of use throughout the area. | |
| 391. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>No similar allowable use. | | Allowable Use:<br>**STIPULATION** CSU-44: *ERMAs*. Apply CSU restrictions in ERMAs. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 392. | *PUBLIC LANDS NOT DESIGNATED AS RECREATION MANAGEMENT AREAS* | | | |
| 393. | **Objective:**<br>No similar objective in current | **Objective:**<br>Provide for a diversity of quality, sustainable recreational opportunities consistent with other | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | RMPs | resources and uses, and contribute to local economies. | | |
| 394. | **Action:** Manage 626,850 acres as public lands not designated as recreation management areas to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards (BLM 1985, 1989a) (Figure 2-13, Appendix A). *Note: Planning guidance in place when the San Juan/San Miguel and Uncompahgre Basin RMPs were written directed that all BLM land not designated as an SRMA should be designated as an ERMA. Under today's recreation guidance, what was formerly the Uncompahgre ERMA would be considered "undesignated" (i.e., neither an ERMA nor an SRMA). As such, the terminology has been updated to reflect more closely the recreation guidance under which this RMP was written to* | **Action:** Manage 431,880 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) (Figure 2-14, Appendix A). | **Action:** Manage 443,850 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) (Figure 2-15, Appendix A). | **Action:** Manage 475,690 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) (Figure 2-16, Appendix A). |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | *avoid nonequivalent comparisons.* | | | |
| 395. | **COMPREHENSIVE TRAVEL AND TRANSPORTATION MANAGEMENT** | | | |
| 396. | **GOAL**: Manage travel to support BLM's mission, achieve resource management objectives and provide appropriate, sustainable public and administrative access. | | | |
| 397. | **Objective:** Maintain and improve land health while promoting responsible use through active travel management (BLM 2009).<br><br>Prioritize travel planning, including the designation of areas open, limited to existing roads and trails, limited to designated roads and trails, and closed to motorized vehicle access (BLM 1985). | **Objective:** Maintain and improve land health while promoting responsible use through active travel management. Within in each Travel Management Area, designate a comprehensive travel management system that achieves resource management objectives, provides appropriate, sustainable public and administrative access, communicates with the public about opportunities, and monitors the effects of use. (Refer to Appendix K, Travel Management, for further information) | | |
| 398. | **Action:** Identify off-road vehicle designations as follows (Figure 2-17, Appendix A):<br>• Open: 8,560 acres<br>• Closed to motorized travel: 11,950 acres<br>• Closed to motorized and mechanized travel: 44,200 acres<br>• Limited yearlong to existing routes for motorized and mechanized travel: 465,790 | **Action:** Designate travel areas as follows (Figure 2-18, Appendix A):<br>• Open: 0 acres<br>• Closed to motorized travel: 12,180 acres<br>• Closed to motorized and mechanized travel: 85,210 acres<br>• Limited yearlong to designated routes for motorized and mechanized travel: 578,410 acres | **Action:** Designate travel areas as follows (Figure 2-19, Appendix A):<br>• Open: 16,070 acres<br>• Closed to motorized travel: 0 acres<br>• Closed to motorized and mechanized travel: 45,170 acres<br>• Limited yearlong to designated routes for motorized and mechanized | **Action:** Designate travel areas as follows (Figure 2-20, Appendix A):<br>• Open: 0 acres<br>• Closed to motorized travel: 1,160 acres<br>• Closed to motorized and mechanized travel: 57,400 acres<br>• Limited yearlong to designated routes for motorized and mechanized |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | acres<br>• Limited yearlong to designated routes for motorized and mechanized travel: 145,300 acres<br>• Seasonal limitations: 58,970 acres | • Seasonal limitations: 209,340 acres | travel: 614,560 acres<br>• Seasonal limitations: 37,130 acres | travel: 617,240 acres<br>• Seasonal limitations: 81,920 acres |
| 399. | **Action:**<br>Identify the North Delta OHV Area (8,560 acres) as Open to OHV use. | **Action:**<br>Manage 0 acres as Open to OHV use. (The North Delta OHV area would be Limited to Designated Routes; until a future route-designation process is completed, the preliminary route network would include all existing routes.) | **Action:**<br>Manage 16,570 acres as Open to OHV use:<br>• Portion of North Delta ERMA (5,250 acres); and<br>• Kinikin Hills ERMA (11,320 acres). | **Action:**<br>Same as Alternative B. |
| 400. | **Action:**<br>Identify 11,950 acres as Closed to motorized travel (except for administrative and permitted use).<br>• Dolores River Canyon SRMA<br>• ACECs:<br>○ Adobe Badlands<br>○ Fairview South<br>○ Portions of San Miguel River:<br>– Beaver Canyon<br>– Norwood Canyon (Clay Creek to Horsefly Creek)<br>• Potter Creek | **Action:**<br>Manage 12,680 acres as Closed to motorized travel, except for administrative and permitted vehicular access (which would be limited to authorized routes), and with mechanized travel Limited to Designated Routes:<br>• SRMAs:<br>○ Jumbo Mountain RMZ 1<br>○ Kinikin Hills RMZ 2<br>○ North Delta RMZ 1<br>○ Ridgway Trails<br>○ Spring Creek RMZs 1 and 2 | **Action:**<br>No similar action. | **Action:**<br>Manage 1,160 acres as Closed to motorized travel, except for with administrative and permitted vehicular access (which would be limited to authorized routes), and with mechanized travel Limited to Designated Routes:<br>• SRMAs:<br>○ Jumbo Mountain RMZ 1<br>○ Ridgway Trails RMZ 1<br>○ Spring Creek RMZ 1 |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • Saltado Creek | | | |
| 401. | **Action:**<br>Manage 44,200 acres as Closed to motorized and mechanized travel, except for administrative and permitted vehicular access:<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 84,710 acres as Closed to motorized and mechanized travel, except for administrative and permitted vehicular access, which would be limited to authorized routes:<br>• Lands identified for wilderness characteristics protection<br>• SRMAs:<br>○ Burn Canyon RMZ 1<br>○ Dolores River Canyon<br>○ Kinikin Hills RMZ 1<br>○ Paradox Valley RMZ 4<br>○ Roubideau RMZs 1 and 2 (no exceptions for administrative and permitted vehicular access in RMZ 2)<br>○ San Miguel River RMZs 2 and 3<br>• Portion of Dolores Slickrock Canyon ACEC (9,790 acres)<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 45,170 acres as Closed to motorized and mechanized travel, except for administrative and permitted vehicular access, which would be limited to authorized routes:<br>• Portion of Paradox Rock Art Complex National Register District above Paradox Valley bottom (915 acres)<br>• ERMAs:<br>○ Adobe Badlands<br>○ Dolores River Canyon<br>• Adobe Badlands ACEC<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 57,400 acres as Closed to motorized and mechanized travel, except for administrative and permitted vehicular access, which would be limited to authorized routes:<br>• SRMAs:<br>○ Dolores River Canyon<br>○ Roubideau RMZs 1 and 2 (no exceptions for administrative and permitted vehicular access in RMZ 2)<br>○ Portion of San Miguel River RMZ 2 (Saltado Canyon) (2,570 acres)<br>○ San Miguel River RMZ 3<br>• ACECs:<br>○ Adobe Badlands<br>○ Fairview South (BLM Expansion)<br>○ Dolores River Slickrock Canyon<br>• Tabeguache Area<br>• WSAs |
| 402. | **Action:**<br>Prohibit motorized and mechanized travel seasonally, except for administrative and | **Action:**<br>Prohibit motorized and/or mechanized travel seasonally, except for administrative and | **Action:**<br>Prohibit motorized and/or mechanized travel seasonally, except for administrative and | **Action:**<br>Prohibit motorized and/or mechanized travel seasonally, except for administrative and |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | permitted vehicular access, on 58,970 acres as follows (Figure 2-17, Appendix A):<br>• The Storm King area (May 15 to June 15); and<br>• Closure areas identified in the Dry Creek Travel Management Plan and EA (BLM 2009) (May 15 to June 15); and<br>Closure areas identified in the Uncompahgre Basin RMP (BLM 1989a). | permitted vehicular access, on 218,230 acres as follows (Figure 2-18, Appendix A):<br>• ACECs (motorized and mechanized):<br>○ San Miguel Gunnison Sage-grouse (April 1 to July 15)<br>○ Sims-Cerro Gunnison Sage-grouse (April 15 to July 15)<br>• Ecological Emphasis Areas (motorized) totaling 207,310 acres from December 1 to April 30 (dates may vary depending on data when area travel management plans are completed):<br>○ A portion of Adobe (Zone 1, 11,520 acres);<br>○ A portion of Dry Creek (Zones 1-4, 14,340 acres);<br>○ Jumbo Mountain/McDonald Creek ;<br>○ La Sal;<br>○ Monitor-Potter-Roubideau;<br>○ Naturita Canyon;<br>○ Ridgway;<br>○ San Miguel;<br>○ Sims Mesa;<br>○ Spring Canyon;<br>○ Tabeguache; and<br>○ Terror Creek. | permitted vehicular access, on 29,470 acres as follows (Figure 2-19, Appendix A):<br>• Ecological Emphasis Areas totaling 23,150 acres from January 1 to March 31 (dates may vary depending on data when area travel management plans are completed):<br>○ La Sal; and<br>○ San Miguel.<br>• Elk production/ calving areas (motorized and mechanized) (May 15 to June 15)<br><br>The Field Manager may modify the size and time frames if monitoring information indicates that plant phenology or animal use patterns are inconsistent with dates established or under mild winter conditions for the last 60 days of the closure. Add other areas as appropriate through future site-specific travel management analyses. Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. | permitted vehicular access, on 104,940 acres as follows (Figure 2-20, Appendix A):<br>• Ecological Emphasis Areas totaling 82,120 acres from December 1 to April 30 (dates may vary depending on data when area travel management plans are completed):<br>○ A portion of Adobe (Zone 1, 11,480 acres);<br>○ A portion of Dry Creek (Zone 1, 8,940 acres);<br>○ A portion of Jumbo Mountain/ McDonald Creek (Zones 2 and 3, 4,670 acres);<br>○ A portion of La Sal (Zone 1, 9,860 acres);<br>○ A portion of Monitor-Potter-Roubideau (Zones 1, 2, and 10, 14,260 acres);<br>○ A portion of San Miguel (Zones 1-3, 9,880 acres);<br>○ Sims Mesa (19,650 acres); and<br>○ Spring Canyon (3,380 acres).<br>• Area closures identified in Dry Creek Travel |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Elk production/ calving areas (motorized and mechanized) (April 15 to June 30)<br><br>The Field Manager may modify the size and time frames if monitoring information indicates that plant phenology or animal use patterns are inconsistent with dates established or under mild winter conditions for the last 60 days of the closure. Add other areas as appropriate through future site-specific travel management analyses. Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. | | Management Plan and EA (BLM 2009) (22,820 acres).<br><br>The Field Manager may modify the size and time frames if monitoring information indicates that plant phenology or animal use patterns are inconsistent with dates established or under mild winter conditions for the last 60 days of the closure. Add other areas as appropriate through future site-specific travel management analyses. Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. |
| 403. | **Action:**<br>Identify 145,300 acres as Limited to Designated routes for motorized and mechanized travel. Manage areas without designated routes (465,790 acres) as Limited to Existing Routes according to the OHV Area Designations (BLM 2010a) (Figure 2-69, Appendix A). | **Action:**<br>Manage the remaining portion of the planning area (578,410 acres) (including landing strips) as Limited to Designated Routes for motorized and mechanized travel. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure 2-18, Appendix A. | **Action:**<br>Manage the remaining portion of the planning area (614,060 acres) (including landing strips) as Limited to Designated Routes for motorized and mechanized travel. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure 2-19, Appendix A. | **Action:**<br>Manage the remaining portion of the planning area (617,240 acres) (including landing strips) as Limited to Designated Routes for motorized and mechanized travel. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure 2-20, Appendix A. |
| 404. | **Action:** | | | **Action:** |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Use the following guidance for areas that are Limited to Existing Routes until travel management plans to designate routes are completed:<br>• Unless otherwise restricted, limit recreational motorized and mechanized travel to existing routes as displayed on Figure 2-69 (Appendix A) and BLM's 2009 aerial photography (on file at the UFO) until route-by-route analysis is complete.<br>• Permit travel on horse or by foot yearlong on existing routes and cross-country travel on public lands throughout the planning area where available for public use.<br>• Prohibit motorized or mechanized modes of travel on existing routes if the result would:<br>○ Convert or upgrade a single-track route (maximum of 36 inches in width) to a two-track route, such as driving an ATV or full-size passenger vehicle on a route consisting of a single-track used by hikers, horseback riders, motorcycles, mountain bikes, game, or livestock.<br>○ Convert or upgrade a route (with a maximum width of 50 inches) used by and established for use by an ATV to a wider two-track route, such as would occur if a full-size passenger vehicle were used to travel along a route narrower than its wheel base.<br>• Require that any emergency or administrative motorized vehicle or equipment use off existing routes provide the BLM prior notification and approval. Should prior notification not be possible, require contact with a BLM Authorized Officer within 72 hours following emergency entry.<br>• Address any BLM administrative functions related to resource management objectives that require cross-country travel using motorized vehicles or equipment at the project level on a case-by-case basis, and potentially require additional environmental documentation and analysis for certain administrative functions.<br>• Subject the use of motorized or mechanized modes of travel (including snowmobiles) during the execution of BLM-issued authorizations or permits to the terms and conditions or stipulations of each individual authorization on a case-by-case basis.<br>• Avoid impacts to known eligible cultural properties, or minimize or mitigate such impacts in consultation with the State Historical Preservation Office. Where National Register of Historic Places-eligible sites are known to be in danger or are currently being impacted by travel activities, close routes to travel as necessary until the appropriate mitigation has been implemented.<br>• To mitigate impacts on Colorado hookless cactus and clay-loving wild buckwheat or other future-listed special status species, systematically install roadside signs to indicate especially sensitive areas where travel-related impacts on these species would be greater. | | | Use the following guidance for areas that are Limited to Existing Routes until travel management plans to designate routes are completed:<br>Same as Alternative A, plus:<br>• Require that travel modes adhere to the following width restrictions on existing routes:<br>○ Single track: 36 inches or less<br>○ ATV/utility-terrain vehicle: 50 inches or less and weighing no more than 1,200 pounds<br>○ Roads: wider than 50 inches<br>• Prohibit cross-country motorized/mechanized travel for big game retrieval. Allow hand-held wheeled game retrieval carts off routes only during CPW-authorized big game and mountain lion hunting seasons.<br>• Unless otherwise restricted, allow users to park motorized or mechanized modes of travel immediately adjacent and parallel to |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • Further restrict travel and use, by vehicle type or season, on any route in order to protect (natural or other) resources or infrastructure from being impacted by vehicle use in the event of extreme winters, wet conditions, to reduce safety hazards, or in other unforeseeable situations, or to better manage or protect other values, such as wetlands, riparian areas, rare plant communities and species, big game, nesting raptors, or other important resources. These actions could include permanent or seasonal route closures or relocations. Take these actions following appropriate emergency closure or other procedures, and/or after appropriate site-specific NEPA analysis.<br>• Over time, changes to the route network may be necessary, including adding, designating, relocating, closing, maintaining, and/or changing seasonal or other use restrictions on routes, as well as adding necessary travel management support facilities. Document such changes using appropriate BLM land use planning regulations and NEPA procedures. | | | available existing routes.<br>• Limit BLM re-routing or re-locating of travel routes because of erosion or for other mitigation to a corridor 250 feet wide on either side of the centerline of existing routes. |
| 405. | **Action:**<br>Bring forward the decisions from the Dry Creek Travel Management Plan (BLM 2009) in the Dry Creek Travel Management Area (Figure 2-69, Appendix A). | | | |
| 406. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Establish Travel Management Areas and, within five years of the Approved RMP/Record of Decision, complete comprehensive travel management plans within the following Travel Management Areas and in the following order unless a change is deemed necessary by the Authorized Officer (Figure 2-70, Appendix A):<br>1. North Fork (71,020 acres);<br>2. South Montrose (66,180 acres);<br>3. North Delta (61,270 acres);<br>4. San Miguel (74,960 acres); and<br>5. West End (289,960 acres).<br>At the time of comprehensive travel management planning, the Travel Management Area may be broken down into sub-areas to address different resource management objectives.<br><br>A travel management plan is not intended to provide evidence bearing on or addressing the validity of any RS 2477 assertions. RS 2477 rights are determined through a process that is entirely independent of the BLM's planning process. Consequently, travel management planning should not take into consideration RS 2477 assertions or evidence. Travel management planning should be founded on an | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | independently determined purpose and need that is based on resource uses and associated access to public lands and waters. At such time as a decision is made on RS 2477 assertions, the BLM will adjust its travel routes accordingly. | | |
| 407. | **Action:** Develop facilities to support the travel management plan, including staging areas, hardened camping areas, trailheads, and portal signs. Allow up to a maximum of three acres of disturbed surface for these facilities. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, erosion and drainage control devices, hardened access trails, and limited hardened egress and ingress points for all technical four-wheel drive routes. | **Action:** Develop facilities as needed to support the travel management plan goals and objectives, including staging areas, hardened camping areas, trailheads, and portal signs. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, erosion and drainage control devices, hardened access trails, and limited hardened egress, ingress, and winch points where needed for all technical four-wheel drive routes. | | |
| 408. | **Action:** No similar action in current RMPs. | **Action:** Prohibit mechanized and motorized off-route travel in areas with riparian or wetland vegetation. | **Action:** Prohibit mechanized and motorized off-route travel in areas with riparian or wetland vegetation, with the exception | **Action:** Prohibit motorized off-route travel in riparian and wetland areas, including for camping and collection of rock, wood |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | of camping and collection of rock, wood products, and other plant products. | products, and other plant products. |
| 409. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Limit BLM re-routes or re-locations needed for mitigation to a corridor 250 feet wide on either side of the centerline of the designated route. | | |
| 410. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Any emergency or administrative motorized vehicle or equipment use off designated routes on BLM-managed lands would require prior notification and approval. Should prior notification not be possible, contact would be made with the authorized BLM official within 72 hours following emergency entry. | | |
| 411. | **Action:**<br>No similar action in current RMPs. | **Action:** In cooperation with the local communities, counties, and other partners, secure access to and manage a network of roads and trails that ensure management objectives are met and provide connectivity to the surrounding communities. | | |
| 412. | **LANDS AND REALTY** | | | |
| 413. | **GOAL:**<br>Meet public needs for land use authorizations (i.e., ROWs, communication sites, utility corridors, leases, permits, renewable energy resources), land tenure adjustments, withdrawals, and easements in an environmentally responsible manner. | | | |
| 414. | **Objective:**<br>Ensure compatibility of the various multiple uses with environmental protection of natural resources (BLM 1985).<br><br>Generally make public land available for utility corridor development (BLM 1985).<br><br>Open the majority of public lands to development of major utility facilities (BLM 1989a). | **Objective:**<br>Make lands available for land use authorizations, and apply stipulations to ensure the compatibility of multiple use with resource protection. | | |
| 415. | Allowable Use: | Allowable Use: | Allowable Use: | Allowable Use: |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | ROW Exclusion Areas (including renewable energy sites): Manage 85,080 acres as ROW exclusion areas that are not available for the location of ROWs or other land use authorizations under any conditions, to include the following (Figure 2-21, Appendix A):<br>• On 3,890 acres (emphasis area F) to protect cultural resources, generally disallow major utility corridors (BLM 1985).<br>• A portion of the federal coal estate (17,350 acres) (portion of emphasis area 7), except for those needed for coal development (BLM 1989a)<br>• Tabeguache Area;<br>• WSAs;<br>• ACECs:<br>○ Adobe Badlands<br>○ Needle Rock<br>○ San Miguel River Corridor; close to the development of major utilities with the exception of those already established with San Miguel | ROW Exclusion Areas (including renewable energy sites): Manage 427,310 acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-22, Appendix A):<br>• Saline/selenium soils;<br>• Slopes of or greater than 30 percent;<br>• Lands within 325 feet of perennial streams;<br>• Lands within 100 feet of naturally occurring riparian and wetland areas, seeps, and springs;<br>• Lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake;<br>• Exemplary, ancient, and rare vegetation communities;<br>• Ecological Emphasis Areas (see *Wildlife – Terrestrial* section);<br>• Occupied habitat of known populations of federally threatened and endangered species (see *Special Status* | ROW Exclusion Areas (including renewable energy sites): Manage 44,550 acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-23, Appendix A):<br>• Rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in East Paradox (360 acres);<br>• Tabeguache Area; and<br>• WSAs.<br>The following exceptions would apply to ROW exclusions:<br>• Designated West Wide Energy corridors (section 368 corridors);<br>• 100-foot buffer from the center line of county roads and highways (these areas would be managed as ROW avoidance); and<br>• Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance). | ROW Exclusion Areas (including renewable energy sites): Manage 53,700 acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-24, Appendix A):<br>• Roubideau SRMA, RMZ 1<br>• ACECs:<br>○ Fairview South (BLM Expansion) and<br>○ Biological Soil Crust<br>• Tabeguache Area;<br>• WSAs;<br>• Suitable WSR segments classified as "wild" (see *Table 2-4, Summary of Wild and Scenic River Study Segments (Alternative D)*)<br>The following exceptions would apply to ROW exclusions:<br>• Designated West Wide Energy corridors (section 368 corridors);<br>• 100-foot buffer from the center line of county roads and highways (these areas would be managed as ROW avoidance); and<br>• Allow ROWs for private in-holdings or edge-holdings for |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Power Association. In addition, do not authorize ROWs in the relic riparian communities (BLM 1993a); and<br>○ Fairview South (exclusion area for new pipelines). | *Species – General* section);<br>• Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon;<br>• Lands identified for wilderness characteristics protection;<br>• SRMAs:<br>○ Dolores River Canyon<br>○ Paradox Valley RMZ 4<br>○ Roubideau RMZs 1 and 2.<br>• ACECs;<br>• Tabeguache Area;<br>• WSAs;<br>• Suitable WSR segments classified as "wild" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*)<br>The following exceptions would apply to ROW exclusions:<br>• Designated West Wide Energy corridors (section 368 corridors);<br>• 100-foot buffer from the center line of county roads and highways (these areas would be managed as ROW avoidance); and<br>• Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities | | reasonable access and utilities (these areas would be managed as ROW avoidance). |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | (these areas would be managed as ROW avoidance). | | |
| 416. | Allowable Use:<br>In the San Miguel River ACEC outside of relic riparian communities, restrict ROW authorizations to only those with an overriding public need that will not create long-term visual impacts or damage to the riparian system (BLM 1993a). | Allowable Use:<br>ROW Avoidance Areas (including renewable energy sites): Manage 198,060 acres as ROW avoidance areas (Figure 2-22, Appendix A):<br>• Lands, streams, and wetlands *not meeting* or *meeting with problems* the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix C)<br>• Within 0.25-mile along major river corridors (i.e., Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores);<br>• Ecological Emphasis Areas (see *Wildlife – Terrestrial* section);<br>• Sites listed or eligible for listing on the National Register of Historic Places;<br>• SRMAs:<br>○ Burn Canyon<br>○ Dry Creek<br>○ Jumbo Mountain<br>○ Kinikin Hills<br>○ North Delta<br>○ Paradox Valley RMZs 1-3<br>○ Ridgway Trails<br>○ Roubideau RMZ 3 | Allowable Use:<br>ROW Avoidance Areas (including renewable energy sites): Manage 213,180 acres as ROW avoidance areas (Figure 2-23, Appendix A):<br>• Saline/selenium soils;<br>• Slopes of or greater than 40 percent;<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake;<br>• Exemplary, ancient, and rare vegetation communities;<br>• Ecological Emphasis Areas (see *Wildlife – Terrestrial* section);<br>• Occupied habitat of known populations of federally threatened and endangered species;<br>• Sites listed or eligible for listing on the National | Allowable Use:<br>ROW Avoidance Areas (including renewable energy sites): Manage 276,500 acres as ROW avoidance areas (Figure 2-24, Appendix A):<br>• Slopes of or greater than 30 percent;<br>• Within 325 feet of perennial streams;<br>• Within 325 feet of naturally occurring riparian and wetland areas, seeps, and springs;<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake;<br>• Exemplary, ancient, and rare vegetation communities;<br>• Ecological Emphasis Areas (see *Wildlife – Terrestrial* section;<br>• Occupied habitat of known |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | ○ San Miguel River<br>○ Spring Creek<br>• Suitable WSR segments classified as "scenic" and "recreational" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*)<br>• Lands within 0.5-mile on either side of centerline of National Trails, except for the Old Spanish National Historic Trail; and<br>• Lands within 50 meters (164 feet) on either side of centerline of the Old Spanish National Historic Trail. | Register of Historic Places;<br>• ACECs:<br>○ Needle Rock<br>○ Adobe Badlands<br>○ Fairview South<br>• Lands within 50 meters (164 feet) on either side of centerline of National Trails. | populations of federally threatened and endangered species;<br>• Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon;<br>• Sites listed or eligible for listing on the National Register of Historic Places;<br>• Lands identified for wilderness characteristics protection;<br>• SRMAs:<br>○ Dolores River Canyon<br>○ Roubideau RMZs 2 and 3<br>○ San Miguel River RMZs 2 and 3<br>○ Spring Creek RMZ 2<br>• ACECs:<br>○ Adobe Badlands<br>○ Needle Rock<br>○ Roubideau Corridors<br>○ Dolores River Slickrock Canyon<br>○ Paradox Rock Art<br>• Suitable WSR segments classified as "scenic" (see *Table 2-4, Summary of Wild and Scenic River Study Segments (Alternative D)*) |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | • Lands within 50 meters (164 feet) on either side of centerline of National Trails. |
| 417. | **Action:** In the San Miguel River ACEC, authorize upgrades to existing electric transmission lines within the San Miguel Canyon (BLM 1993a). | **Action:** Same as Alternative A. | **Action:** No similar action (San Miguel River Corridor is not an ACEC in this alternative). | **Action:** Same as Alternative A. |
| 418. | **Action:** Make every reasonable effort to authorize primary access to private landowners via ROWs, when such access will not cause significant adverse impacts to other resources. While county road standards may be required when environmental impacts can in no other way be mitigated, do not grant additional ROWs when reasonable access already exists (unless there is a compelling public need) (BLM 1985). | **Action:** Provide reasonable access and utilities to private landowners in an environmentally responsible manner. New ROWs would not be permitted if there is other reasonable access. | | |
| 419. | **Action:** No similar action in current RMPs. | **Action:** Allow renewable energy projects (such as wind, solar under 20 megawatts, and hydropower) development and operation, except in ROW exclusion areas. | | |
| 420. | *COMMUNICATION SITES* | | | |
| 421. | **Action:** Manage existing communication | **Action:** Same as Alternative A, plus: | **Action:** Same as Alternative A, plus: | **Action:** Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | sites. | • Designate all existing sites for low-power uses.<br>• Evaluate and allow new low- or high-power communication site locations on a case-by-case basis. | • Evaluate and allow new low- or high-power communication site locations on a case-by-case basis. | |
| 422. | *UTILITY CORRIDORS* | | | |
| 423. | **Action:**<br>Manage the designated West-wide Energy Corridor according to existing policy (Figure 2-25, Appendix A). | **Action:**<br>Manage the designated West-wide Energy Corridor according to existing policy. Designate and manage an additional 14 corridors (64,300 acres) for public utilities and facilities (Figure 2-25, Appendix A):<br>• Dry Creek: 2,500 feet wide<br>• Highway 90: 2500' wide (the highway is generally the centerline, but located south of the highway near Biological Soil Crust ACEC in Paradox Valley)<br>• Highway 92: 1,320 feet wide (from the northern edge of highway)<br>• Highway 141: 2,500 feet wide<br>• Highway 145/62: 2,500 feet wide<br>• Hotchkiss-Crawford: 2,500 feet wide<br>• Hotchkiss-North Fork: 2,500 feet wide<br>• North Delta: generally 2,500 feet wide, except 1,320 feet wide on small parcels adjacent to the WSA<br>• Oxbow-Hubbard Creek: 1,300 feet wide<br>• South Canal: 200 feet wide (from western edge of canal)<br>• Spring Creek Mesa: 2,500 feet wide<br>• Stevens Gulch Road: 600 feet wide<br>• Western Area Power Association Curecanti-Hayden: 2,500 feet wide<br>• Western Area Power Association Curecanti-Shiprock: 2,500 feet wide | | |
| 424. | **Action:**<br>Identify 297,930 acres (management units 1, 2, 3, 5, | **Action:**<br>Allow ROW development and operation except in ROW | **Action:**<br>Allow ROW development and operation except in ROW exclusion areas. Preferred locations are adjacent to existing | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | portion of 7, 8, 9, 10, 11, 16) as open to development of major utility corridors, including:<br>• On 2,510 acres (management unit 7), corridors 0.25-mile wide and located on each side of Colorado Highway 133 (BLM 1989a).<br>• Fairview South ACEC (210 acres), except pipelines and any surface disturbance that would affect threatened or endangered plant species or their potential habitat (BLM 1989a).<br>• San Miguel River SRMA, subject to visual impact mitigation. Open to major utilities the area downstream of Horsefly Creek until construction and maintenance impacts to the riparian zone reach five percent of the total riparian acreage (BLM 1993a).<br>• West-wide Energy corridors (3,500 feet wide) (27,460 acres) for oil, gas, and hydrogen pipelines, and electricity transmission and distribution facilities (DOE | exclusion areas. Right-of-ways must follow existing facilities and routes. | facilities and routes. | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | and BLM 2009). | | | |
| 425. | *LAND TENURE ADJUSTMENTS – DISPOSAL* | | | |
| 426. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Consider disposal of lands that would consolidate public ownership for greater management efficiency while serving the public interest, including communities and their expanding needs. | | |
| 427. | **Action:**<br>Identify 9,850 acres as available for disposal (Figure 2-26, Appendix A):<br>• Allow disposal through exchange, boundary adjustment, and the Recreation and Public Purposes Act (BLM 1993a);<br>• Dispose of approximately 2,640 acres through sales, exchanges, or any other title transfer means (BLM 1985); and<br>• Identify a total of 84 tracts totaling 7,200 acres for consideration for disposal through sale or exchange (BLM 1994). | **Action:**<br>Identify 2,650 acres as available for disposal by any method (Figure 2-27, Appendix A). | **Action:**<br>Identify 9,850 acres as available for disposal by any method (Figure 2-28, Appendix A). | **Action:**<br>Identify 1,930 acres as available for disposal by any method (Figure 2-29, Appendix A). |
| 428. | **Action:**<br>Land would be considered for disposal on a case-by-case basis. Intend to retain lands in public ownership; however, consider disposal that would enhance management goals and | **Action:**<br>Consider additional lands suitable for disposal by any method if they meet one or more of the following criteria:<br>• Enhance management goals;<br>• Consolidate BLM ownership; | **Action:**<br>Consider additional lands suitable for disposal by any method if they meet one or more of the following criteria:<br>• Same as Alternative B plus:<br>○ Resolve unintentional | **Action:**<br>Consider additional lands suitable for disposal by any method if they enhance management goals, meet one or more of the following criteria, and also do not meet |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | serve public interest. Allow disposal through exchange, boundary adjustment, and the Recreation and Public Purposes Act (BLM 1993a).<br><br>Allow for disposal of parcels that are not significant or needed for cultural values, mineral development, water and soil, livestock, wildlife, wild horses, forestry, natural resources, or recreation management (BLM 1985). | and<br>• Serve local community or other government agency needs when in the public interest. | trespass where disposal is the best tool to meet management objectives; and<br>○ Do not provide public or administrative access. | criteria for retention:<br>• Consolidate BLM ownership;<br>• Serve local community or other government agency needs when in the public interest; and<br>• Resolve unintentional trespass where disposal is the best tool to meet management objectives. |
| 429. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Do not dispose of lands within existing Withdrawals, Powersite Classifications, or Powersite Reserves (2,680 acres) (Figure 2-71, Appendix A) without concurrence from the managing agency (e.g., USBR, DOE). | | |
| 430. | *LAND TENURE ADJUSTMENTS – RETENTION* | | | |
| 431. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Retain lands in public ownership when it will serve the public interest, protect valuable resources, or achieve management goals. | | |
| 432. | **Action:**<br>Retain in federal ownership a total of 665,950 acres (BLM 1994, BLM 1985) (Figure 2-26, Appendix A); consider these lands for disposal on a case-by-case basis (BLM 1994). | **Action:**<br>Retain public lands not identified for disposal (673,150 acres), except for those lands that meet the criteria for disposal, for long-term management (Figure 2-27, Appendix A]). | **Action:**<br>Retain public lands not identified for disposal (665,950 acres), except for those lands that meet the criteria for disposal, for long-term management (Figure 2-28, Appendix A]). | **Action:**<br>Retain public lands not identified for disposal (673,870 acres), except for those lands that meet the criteria for disposal, for long-term management (Figure 2-29, Appendix A]). |
| 433. | **Action:** | **Action:** | **Action:** | **Action:** |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | No similar action in current RMPs. | Retain lands that meet one or more of the following criteria:<br>• Lands containing valuable resources;<br>• Lands within key/priority habitats;<br>• Lands within or adjacent to areas with special designation (i.e., Tabeguache Area, WSAs, lands identified for wilderness characteristics protection, NCAs, ACECs, WSRs, SRMAs);<br>• Lands located near communities that would better serve the public interest as open space;<br>• Lands that provide public or administrative access;<br>• Lands that consolidate BLM ownership; and<br>• Lands suitable for trail construction to link communities. | Retain lands that meet one or more of the following criteria:<br>• Lands containing valuable resources;<br>• Lands within or adjacent to special designation areas (i.e., Tabeguache Area, WSAs, NCAs, ACECs); and<br>• Lands suitable for trail construction to link communities. | Retain lands that meet one or more of the following criteria:<br>• Lands containing valuable resources;<br>• Lands within or adjacent to special designation areas (i.e., Tabeguache Area, WSAs, lands identified for wilderness characteristics protection, NCAs, ACECs, WSRs, SRMAs);<br>• Lands located near communities that would better serve the public interest as open space;<br>• Lands that provide public or administrative access;<br>• Lands that consolidate BLM ownership; and<br>• Lands suitable for trail construction to link communities. |
| 434. | *LAND TENURE ADJUSTMENTS – ACQUISITION* | | | |
| 435. | **Objective:**<br>Acquire private lands, if available, to facilitate resource goals and objectives (BLM 1989a).<br><br>Acquire easements needed to facilitate management (BLM 1993a). | | | **Objective:**<br>Allow acquisition of non-federal lands to facilitate resource goals and objectives. |
| 436. | **Action:**<br>Acquire lands that contain | **Action:**<br>As opportunities arise, acquire | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | sensitive, critical, crucial, and rare habitats to improve and benefit public lands and resources (BLM 1994).<br><br>Acquire or exchange land and subsurface mineral estate when mineral development, cultural resources, water and soil, livestock, wildlife, forestry, natural resources, ACECs, wilderness values or manageability, or recreation management opportunities will be enhanced (BLM 1985).<br>• Acquire fishing easements associated with priority streams (emphasis area B) (BLM 1985); and<br>• Acquire easements between Bedrock and the northern boundary of the Dolores River Canyon WSA (BLM 1985). | lands or easements as follows:<br>• Access to Jumbo Mountain near Paonia;<br>• Access to Ridgway SRMA;<br>• Private inholding in Camelback WSA (Section 3 T49N/R12W) (160 acres);<br>• Easement to Paradox Rock Art ACEC; and<br>• Between Bedrock and the Dolores River Canyon WSA. | | |
| 437. | **Action:**<br>Acquire private lands, if available, if they would meet any of the following criteria:<br>• improve livestock management;<br>• increase crucial [now termed | **Action:**<br>Consider acquisition of lands or easements that meet the following criteria:<br>• Lands within or adjacent to areas with special designations (e.g., WSAs, lands identified for | **Action:**<br>Consider acquisition of lands or easements that meet the following criteria:<br>• Lands containing valuable resources (e.g., recreational, cultural, special status | **Action:**<br>Consider acquisition of lands or easements that meet the following criteria:<br>• Same as Alternative C, plus:<br>○ Lands within or adjacent to areas with special |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | "severe and winter concentration areas"] deer and elk winter range; or<br>• improve riparian management (BLM 1989a).<br><br>In [land] exchanges, acquire sensitive or critical habitats… [where possible] (BLM 1994). | wilderness characteristics protection, NCAs, ACECs, WSRs, SRMAs);<br>• Lands within key/priority habitats;<br>• Lands containing valuable resources (e.g., recreational, cultural, special status species, riparian, fragile soils, rare biological soil crusts);<br>• Lands that provide public or administrative access;<br>• Lands that consolidate BLM ownership and/or enhance management goals;<br>• River-side parcels and/or associated water rights along the Gunnison, San Miguel, and Dolores Rivers with important riparian values or that provide watershed or water quality protection values (e.g., salinity/selenium, sedimentation);<br>• Lands suitable for trail construction to link communities; and<br>• Lands that enhance recreation opportunities. | species, riparian, fragile soils, rare biological soil crusts);<br>• Lands suitable for trail construction to link communities; and<br>• Lands that enhance recreation opportunities. | designations (e.g., WSAs, lands identified for wilderness characteristics protection, NCAs, ACECs, WSRs); and<br>○ Lands that provide public or administrative access; and<br>○ Lands that consolidate BLM ownership and/or enhance management goals. |
| 438. | **Action:**<br>No similar action in current | **Action**:<br>Reserve public access easements on lands transferred from public ownership (patents) when it will | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | RMP. | benefit management goals or the public. | | |
| 439. | *WITHDRAWALS* | | | |
| 440. | **Objective:** No similar objective in current RMPs. | **Objective:** Meet resource and other agency needs by withdrawing lands from the public land laws and/or mining laws. | | |
| 441. | Refer to the *Locatable Minerals* section for withdrawals. | | | |
| 442. | **Action:** Where applicable, replace existing withdrawals with ROWs, leases, permits or cooperative agreements (BLM 1985). | **Action:** Where applicable, issue ROWs, leases, other authorizations, or agreements in lieu of withdrawals. | | |
| 443. | **Action:** Upon withdrawal modification or revocation, revert part or all of the withdrawn land to the BLM (BLM 1985). | **Action:** Upon revocation of existing withdrawals, manage the lands consistent with the objectives of adjacent or comparable public lands. | | |
| 444. | **Action:** Maintain existing powersite withdrawals pending determination of potential. Do not consider these lands for disposal (BLM 1989a). | **Action:** Maintain existing Powersite Classifications and Powersite Reserves pending determination of potential for power or reservoir-related projects. | | |
| 445. | **COAL** | | | |
| 446. | **GOAL**: Provide opportunities for environmentally sound exploration and development of coal resources. | | | |
| 447. | **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations | **Objective:** In areas identified as suitable for additional coal exploration and/or leasing, allow federal exploration and/or leasing while providing protective stipulations to limit impacts to other resource values. | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | to limit impacts to other resource values (BLM 1985).<br><br>Coal development will be considered on a site-specific basis after consultation with affected entities and formulation of mitigating measures. Development of existing coal leases will continue, and unleased federal coal will be identified as acceptable for further coal leasing consideration with a minimum of multiple-use restrictions (BLM 1989a). | | | |
| 448. | **Action:**<br>Manage 145,270 acres (including 110,900 acres of split-estate) as closed to coal leasing per congressional mandates (Figures 2-30 [Alternative A], 2-31 [Alternative B], 2-32 [Alternative C], and 2-33 [Alternative D], Appendix A):<br>• Tabeguache Area (PL 103-77);<br>• Curecanti National Recreation Area (43 CFR 3400.2(a)(8)); and<br>• Congressionally designated National Trails (i.e., Old Spanish National Historic Trail) (43 CFR 3400.2(a)(4)) (200-meter [656 feet] buffer from center line). | | | |
| 449. | **Action:**<br>Allow coal leasing on 1,480 acres in the Nucla Known Recoverable Coal Resource Area. The remaining coal lands determined to be suitable or identified as priorities for | **Action:**<br>Manage 329,720 acres (Figure 2-31, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development. | **Action:**<br>Manage 408,410 acres (Figure 2-32, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development. | **Action:**<br>Manage 374,470 acres (Figure 2-33, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | future leasing will be managed for other multiple use considerations. These lands would be made available for future leasing only when the coal priority area has been depleted or a significant demand is expressed that could not be met by the existing coal priority area (BLM 1985).<br><br>Identify 145,270 acres as acceptable for further coal leasing consideration on a site-specific basis after consultation with affected entities and formulation of mitigating measures designed to protect identified resources (BLM 1989a).<br>• BLM surface/federal mineral estate: 34,370 acres<br>• Private or State surface/ federal mineral estate: 110,900 acres<br><br>(Refer to Figure 2-30, Appendix A.) | • BLM surface/federal mineral estate: 177,100 acres<br>• Private or State surface/ federal mineral estate: 152,620 acres | • BLM surface/federal mineral estate: 252,040 acres<br>• Private or State surface/ federal mineral estate: 156,370 acres | • BLM surface/federal mineral estate: 216,380 acres<br>• Private or State surface/ federal mineral estate: 158,090 acres |
| 450. | **Action:**<br>Manage 490 acres of BLM surface/federal mineral estate | **Action:**<br>Manage 2,500 acres identified in Screen 2 criteria, set forth in 43 CFR 3461.5, as unsuitable for surface mining and surface mining operations (Appendix L, Coal Screening Criteria for the Uncompahgre | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | identified in Screen 2 criteria, set forth in 43 CFR 3461.5, as unsuitable for surface mining and surface mining operations (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area) (Figure 2-30, Appendix A). | Planning Area) (Figures 2-31 [Alternative B], 2-32 [Alternative C], and 2-33 [Alternative D], Appendix A):<br>• BLM surface/federal mineral estate: 2,170 acres<br>• Private or State surface/federal mineral estate: 330 acres | | |
| 451. | **Action:**<br>Manage 580 acres (Figure 2-30, Appendix A) of split-estate in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area):<br>• Adobe Badlands ACEC<br>• WSAs | **Action:**<br>Manage 92,520 acres<br>• BLM surface/federal mineral estate: 84,280 acres<br>• Private or State surface/federal mineral estate: 8,240 acres<br>(Figure 2-31, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area):<br>• Lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with | **Action:**<br>Manage 13,830 acres<br>• BLM surface/federal mineral estate: 9,340 acres<br>• Private or State surface/federal mineral estate: 4,490 acres<br>(Figure 2-32, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area):<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five | **Action:**<br>Manage 47,770 acres<br>• BLM surface/federal mineral estate: 45,000 acres<br>• Private or State surface/federal mineral estate: 2,770 acres<br>(Figure 2-33, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area):<br>• State Parks<br>• State Wildlife Areas<br>• Municipal Parks<br>• Lands identified for wilderness characteristics protection<br>• SRMAs |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | the classification "Water Supply" by the State of Colorado<br>• Public Water Supplies using a groundwater well or spring, a 2,640 horizontal foot buffer<br>• State Parks<br>• State Wildlife Areas<br>• Municipal Parks<br>• Lands identified for wilderness characteristics protection<br>• SRMAs<br>• ACECs:<br>○ Salt Desert Shrub<br>○ San Miguel River Expansion<br>○ East Paradox<br>• WSAs<br>• Suitable WSR segments classified as "wild" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*) | (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado<br>• Public Water Supplies using a groundwater well or spring, a 1,000 horizontal foot buffer<br>• State Parks<br>• State Wildlife Areas<br>• Municipal Parks<br>• WSAs | • ACECs:<br>○ Adobe Badlands<br>○ San Miguel River<br>• Suitable WSR segments<br>• WSAs |
| 452. | Allowable Use:<br>**STIPULATION** NSO-CO-1 (BLM 1991a): *Coal Lands.* Prohibit surface occupancy on leases within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction. (Refer to | Allowable Use:<br>No similar allowable use. | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Appendix B.) (Figures 2-34, Appendix A) | | | |
| 453. | Allowable Use: **STIPULATION** CSU-CO-25 (BLM 1991a): *Federally Leased Coal*. Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to accommodate room and pillar mining operations. (Refer to Appendix B.) (Figure 2-34, Appendix A) | Allowable Use: **STIPULATION** CSU-45: *Federally Leased Coal*. Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to accommodate room and pillar and long wall mining operations. This stipulation does not apply to operations that capture or pipe methane from a mine for beneficial use. (Refer to Appendix B.) (Figures 2-35 [Alternative B], 2-36 [Alternative C], and 2-37 [Alternative D], Appendix A) | | |
| 454. | **Action:** No similar action in current RMPs. | **Action:** Prior to lease or modification, require the proponent of a new federal coal lease or of a federal coal lease modification to evaluate the technical and economic feasibility of destroying, converting, capturing and using, or otherwise mitigating the release of coal mine methane to the atmosphere by all components of the mine ventilation system.<br><br>If coal mine methane release is not mitigated with the issue of a new lease, require the recipient | **Action:** No similar action. | **Action:** Same as alternative B. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | of a federal coal lease or federal coal lease modification to annually provide BLM with a report (prepared by a neutral 3rd party) evaluating the technical and economic feasibility of destroying, converting, capturing and using, or otherwise mitigating the release of coal mine methane to the atmosphere by all components of the mine ventilations system. The report will have a summary of known projects that do mitigate methane, the effectiveness of the projects and the adaptability to the local mine. | | |
| 455. | Allowable Use: **LEASE NOTICE** LN-UB-10: *Coal Areas*. Within the Paonia-Somerset Known Recoverable Coal Resource Area, coal and oil and gas leasing and development will be managed consistent with land use plans and lease terms. More specifically, the portions of the Known Recoverable Coal Resource Area where the overburden above the B-Seam of the Mesaverde coals is less | **Action:** The portions of the coal potential area where the overburden above the coal is less than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are required to consult and coordinate their activities with the BLM Authorized Officer to first determine the status of the coal resource then what course of action is in the public's interest. Under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. Where the coal is in place but is neither licensed for exploration nor leased for mining, oil and gas operators may expect well placement and hydraulic fracturing activities to be scrutinized and adjusted by BLM to avoid ruining coal resources. Where the coal is either licensed for exploration or leased for mining the oil and gas operators must consult with the affected coal operators on proposed oil and gas exploration or development. In the event that the oil and gas and coal operators are unable to reach an agreement on any proposal, the BLM Authorized Officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to reach agreement on proposed oil and gas exploration or development, the BLM Authorized Officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. (Refer to Appendix B.) | action is in the public's interest. This applies even if actual exploration and mining has ceased. Where the coal has been determined by BLM to be completely mined-out and all licenses and leases terminated the oil and gas operator is required to apprise themselves of information regarding historic mine maps and mine related drill holes. | | |
| 456. | **FLUID MINERALS** *(Oil and Gas and Geothermal Resources)* | | | |
| 457. | **GOAL:** | | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Provide opportunities to develop fluid minerals consistent with other resource goals and uses to support local and national energy needs. | | | |
| 458. | **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values (BLM 1985).<br><br>Continue oil, gas, and carbon dioxide operations in areas designated as Known Geologic Structures (BLM 1985).<br><br>Facilitate orderly, economic, and environmentally-sound exploration and development of oil and gas resources using balanced multiple use management (BLM 1993a). | **Objective:** Lease federal fluid mineral and geothermal resources to facilitate economically and environmentally responsible exploration, development, and reclamation using the best available technology. | | |
| 459. | Allowable Use: **NO LEASING (NL):** *BLM Surface/Federal Mineral Estate.* Manage 44,320 acres of the federal mineral estate underlying BLM surface as closed to fluid mineral leasing and geophysical exploration (Figure 2-34, Appendix A):<br>• Tabeguache Area; and | Allowable Use: **NO LEASING (NL):** *BLM Surface/Federal Mineral Estate.* Manage 153,050 acres of the federal mineral estate underlying BLM surface as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-35, Appendix A): | Allowable Use: Same as Alternative A. (Figure 2-36, Appendix A) | Allowable Use: **NO LEASING (NL):** *BLM Surface/Federal Mineral Estate.* Manage 48,510 acres of the federal mineral estate underlying BLM surface as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-37, Appendix A): |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • WSAs.<br>(Refer to Appendix B.) | • Same as Alternative A plus:<br>○ within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers;<br>○ within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>○ within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>○ Gunnison sage-grouse lek habitat plus a 0.60-mile radius;<br>○ lands identified for wilderness characteristics protection;<br>○ SRMAs: | | ○ Same as Alternative A plus:<br>○ within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>○ within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | – Dolores River Canyon;<br>– Dry Creek RMZs 1, 2, and 4;<br>– Jumbo Mountain RMZ 1;<br>– Paradox Valley RMZ 4;<br>– Ridgway Trails RMZ 1;<br>– Roubideau;<br>– San Miguel River; and<br>– Spring Creek RMZs 1 and 2;<br>○ ACECs:<br>– Dolores Slickrock Canyon;<br>– Roubideau-Potter-Monitor; and<br>– San Miguel River Expansion. | | |
| 460. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING (NL):** *Split-estate.* Manage 20,330 acres of Private and State surface/federal fluid mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-35, Appendix A):<br>• within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**NO LEASING (NL):** *Split-estate.* Manage 1,550 acres of Private and State surface/federal fluid mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-37, Appendix A):<br>• within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | water supply intake with the classification "Water Supply" by the State of Colorado;<br>• within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>• Gunnison sage-grouse lek habitat plus a 0.60-mile radius;<br>• Curecanti National Recreation Area;<br>• State Parks;<br>• State Wildlife Areas. | | distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>• within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring |
| 461. | Allowable Use:<br>**LEASING**<br>Manage 871,710 acres of the federal mineral estate as open to fluid mineral leasing and geophysical exploration subject to standard lease terms and conditions (stipulations may apply) to protect existing resources (Figure 2-34, Appendix A):<br>• BLM surface/federal fluid mineral estate: 631,480 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres | Allowable Use:<br>**LEASING**<br>Manage 742,650 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions(stipulations may apply) (Figure 2-35, Appendix A):<br>• BLM surface/federal fluid mineral estate: 522,750 acres<br>• Private or State surface/federal fluid mineral estate: 219,900 acres | Allowable Use:<br>**LEASING**<br>Manage 871,710 acres of the federal mineral estate as open fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms (stipulations may apply) and conditions (Figure 2-36, Appendix A):<br>• BLM surface/federal fluid mineral estate: 631,480 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres<br>Same as Alternative A. (Figure 2-36, Appendix A) | Allowable Use:<br>**LEASING**<br>Manage 865,970 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-37, Appendix A):<br>• BLM surface/federal fluid mineral estate: 627,290 acres<br>• Private or State surface/federal fluid mineral estate: 238,680acres |
| 462. | Allowable Use: | Allowable Use: | Allowable Use: | Allowable Use: |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 121,250 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 73,500 acres<br>• Private or State surface/federal fluid mineral estate: 47,750 acres<br>that are open to oil and gas leasing (BLM 1985 and 1989a) (Refer to Appendix B.) (Figure 2-34, Appendix A):<br>• significant waterfowl and shorebird production areas (major areas are Waterfowl Habitat Management Areas and rookeries)<br>• special status plant species habitat (including federally listed and proposed species for listing and candidate species)<br>• within 0.25-mile radius of a lek site (courtship area) for grouse (sage- and mountain sharp-tailed grouse, and lesser and greater prairie chickens)<br>• Raptors (golden eagle, osprey, accipiters, falcons | **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 392,110 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 381,360 acres<br>• Private or State surface/federal fluid mineral estate: 10,750 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-35, Appendix A):<br>• saline/selenium Soils<br>• slopes of or greater than 30 percent<br>• within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• within 1,000 horizontal feet of all domestic water wells<br>• exemplary, ancient, and rare vegetation communities<br>• within 660 feet from the edge of perennial and intermittent streams and naturally occurring wetlands, springs, and seeps<br>• Ecological Emphasis Areas (see *Wildlife – Terrestrial* section)<br>• within 200 meters (656 feet) of occupied habitat of federally | **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 29,210 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 20,890 acres<br>• Private or State surface/federal fluid mineral estate: 8,320 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-36, Appendix A):<br>• within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>• within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring<br>• within 0.6-mile of Gunnison sage-grouse leks<br>• within active Gunnison and white-tailed prairie dog | **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 241,870 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 190,940 acres<br>• Private or State surface/federal fluid mineral estate: 50,930 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-37, Appendix A):<br>• slopes of or greater than 40 percent<br>• within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers)<br>• within 325 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• within a minimum buffer distance of 325 horizontal feet from all perennial and intermittent waters and naturally occurring wetlands, |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | [except kestrel], buteos, and owls) (within 0.125-mile of nest sites).<br>• within 0.25-mile of bald eagle roost or nest sites<br>• within 0.25-mile of peregrine falcon cliff nesting complexes<br>• within 0.25-mile of confirmed Mexican spotted owl roost and nesting sites.<br>• Tabeguache Cave II and Tabeguache Canyon<br>• Tabeguache Pueblo<br>• Dolores Cave<br>• Dolores River Canyon SRMA<br>• within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction<br>• ACECs:<br>○ Adobe Badlands<br>○ Fairview South<br>○ Needle Rock | listed, candidate, and proposed plant species and within designated critical habitat<br>• within 1.0 mile of federally listed fish occupied habitat<br>• within known occupied habitat for federally threatened, endangered, proposed, and candidate wildlife and bird species, except for Canada lynx and yellow billed cuckoo<br>• yellow-billed cuckoo habitat<br>• within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat<br>• within 0.25-mile of active special status raptor nest sites and associated alternate nests<br>• within 0.125-mile of active non-special status raptor (except kestrel) nest sites and associated alternate nests<br>• within 0.5-mile of bald eagle winter roost sites<br>• within 1.0 mile of confirmed Mexican spotted owl roost nesting sites.<br>• within 150 feet of active Gunnison and white-tailed prairie dog towns | towns that are less than 10 acres in size<br>• National Register Districts<br>• within 1,500 feet of a USBR dam (i.e., Ridgway, Crawford, and Paonia dams) or its appurtenant structures<br>• Needle Rock ACEC/ONA<br>• Within a 50-meter buffer (164 feet) of the center line of the Old Spanish National Historic Trail<br>• within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>• DOE Uranium Mill Tailings Remedial Action Area | springs and seeps<br>• within 2,500 feet of the ordinary high water mark of the Lower Gunnison below the confluence with the Uncompahgre River along occupied federally listed fish habitat<br>• within 325 feet of the edge of the ordinary high water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• within known habitat for federally threatened endangered, and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo<br>• within a 0.6-mile radius of Gunnison sage-grouse leks<br>○ within 0.25-mile of active and inactive bald eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • within 0.25-mile of federally listed, BLM sensitive, and Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• Tabeguache Pueblos area and Tabeguache Canyon<br>• within 100 meters (328 feet) of sites listed on or eligible for listing on the National or State Registers of Historic Places<br>• National Register Districts<br>• VRM Class I areas<br>• SRMAs:<br>○ Burn Canyon<br>○ Dry Creek RMZ 3<br>○ Jumbo Mountain RMZ 2<br>○ Kinikin Hills<br>○ North Delta<br>○ Paradox Valley RMZs 1-3<br>○ Ridgway Trails RMZ 2<br>○ Spring Creek RMZ 3<br>• within 1,500 feet of a USBR dam (i.e., Ridgway, Crawford, and Paonia dams) or its appurtenant structures<br>• ACECs (except Dolores Slickrock Canyon; Roubideau-Potter-Monitor; and San Miguel | | remaining);<br>○ within 0.25-mile of active and inactive golden eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining);<br>○ within 0.50-mile of active and inactive ferruginous hawk, peregrine falcon, prairie falcon, and northern goshawk: nest sites;<br>○ within 0.25-mile of all other special status and non-special status raptors (except Mexican spotted owl) active and inactive nest sites.<br>• within 0.25-mile of bald eagle winter roost sites<br>• lands identified as Protected Activity Centers for Mexican spotted owl<br>• within 0.25-mile of federally listed and BLM sensitive bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine |

BLM_0112276

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | River Expansion which are No Leasing);<br>• suitable WSR segments classified as "wild" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*)<br>• within a 0.5-mile buffer of the center line of the Old Spanish National Historic Trail<br>• within 0.5-mile of the center line of designated National Recreation Trails<br>• within the viewshed of scenic byways, up to 0.5-mile<br>• DOE Uranium Mill Tailings Remedial Action Area | | network)<br>• within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed National Register sites/districts, outstanding cultural resources to be nominated to the National Register of Historic Places, interpreted and/or public use sites, and experimental-use sites<br>• Lands Identified for wilderness characteristics protection<br>• SRMAs:<br>○ Dolores River Canyon<br>○ Dry Creek RMZs 2 and 4<br>○ Jumbo Mountain<br>○ Ridgway Trails<br>○ Roubideau<br>○ San Miguel River RMZs 1-3<br>○ Spring Creek<br>• Curecanti National Recreation Area<br>• state parks<br>• state wildlife areas<br>• municipal parks<br>• within 1,500 feet of a USBR dam (i.e., Ridgway, Crawford, and Paonia dams) or its |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | appurtenant structures<br>• ACEC<br>○ Adobe Badlands<br>○ Fairview South (BLM Expansion)<br>○ Needle Rock<br>○ San Miguel River<br>○ Dolores River Slickrock Canyon<br>○ Biological Soil Crust<br>○ Roubideau Corridors<br>○ Paradox Rock Art<br>• Suitable WSR segments classified as "wild" or "scenic" (see *Table 2-4, Summary of Wild and Scenic River Study Segments (Alternative D)*)<br>• within a 0.5-mile buffer of the center line of the congressionally designated portion of the Old Spanish National Historic Trail<br>• within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>• DOE Uranium Mill Tailings Remedial Action Area |
| 463. | Allowable Use:<br>**STIPULATION** *CSU* (all | Allowable Use:<br>**STIPULATION** *CSU* (all | Allowable Use:<br>**STIPULATION** *CSU* (all | Allowable Use:<br>**STIPULATION** *CSU* (all |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | CSUs): Apply CSU restrictions on 105,220 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 96,050 acres<br>• Private or State surface/federal fluid mineral estate: 9,170 acres<br>that are open to oil and gas leasing (BLM 1985 and 1989a) (Refer to Appendix B.) (Figure 2-34, Appendix A):<br>• slopes of or greater than 40 percent<br>• riparian vegetation zone<br>• federally leased coal | CSUs): Apply CSU restrictions on 187,210 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 117,250 acres<br>• Private or State surface/federal fluid mineral estate: 69,960 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-35, Appendix A):<br>• lands, streams and wetlands "not meeting" or "meeting with problems" BLM Colorado Public Land Health Standards<br>• potential biological soil crust<br>• Ecological Emphasis Areas (see *Wildlife – Terrestrial* section)<br>• desert and Rocky Mountain bighorn sheep summer range<br>• within 0.25-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Canada lynx habitat<br>• within 1.0 mile of special status raptor (including Mexican spotted owl) nest sites<br>• within 0.5-mile of non-special status raptor (except American | CSUs): Apply CSU restrictions on 450,950 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 359,100 acres<br>• Private or State surface/federal fluid mineral estate: 91,850 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-36, Appendix A):<br>• saline/selenium soils<br>• East Paradox biological soil<br>• slopes of or greater than 40 percent<br>• within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>• within 325 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• within a distance greater than 1,000 horizontal feet but less than 2,640 horizontal feet of a classified surface water | CSUs): Apply CSU restrictions on 412,100 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 342,830 acres<br>• Private or State surface/federal fluid mineral estate: 69,270 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-37, Appendix A):<br>• saline/selenium soils<br>• potential biological soil crust<br>• slopes of 30 to 39 percent<br>• from 325 to 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• within a distance greater than 1,000 horizontal feet but less than 2,640 horizontal feet of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado, and all Public Water Supplies |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | kestrel) nest sites<br>• bald eagle habitat (winter concentration and communal roosts)<br>• within 0.25-mile of active kit fox dens<br>• VRM Class II and III areas<br>• Federally leased coal<br>• suitable WSR segments classified as "scenic" and "recreational" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*)<br>• from 0.5 to 5 miles of either side of the Old Spanish National Historic Trail | supply stream segment (as measured from the average high water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado, and all Public Water Supplies using a groundwater well or spring<br>• within 100 feet from the edge of the riparian zone along perennial and intermittent streams and naturally occurring wetlands, springs, and seeps<br>• Ecological Emphasis Areas (see *Wildlife – Terrestrial* section)<br>• within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• federally threatened, endangered, proposed, and candidate wildlife and bird species' occupied habitat (except Canada lynx)<br>• within 0.25-mile of bald eagle | using a groundwater well or spring<br>• exemplary, ancient, and rare vegetation communities<br>• from 325 to 500 horizontal feet from the perennial and intermittent waters and naturally occurring wetlands, springs and seeps<br>• Ecological Emphasis Areas (see *Wildlife – Terrestrial* section)<br>• desert and Rocky Mountain bighorn sheep summer range<br>• within 100 meters (328 feet) of BLM sensitive plant species<br>• within habitat for individuals or populations of federally listed plant species<br>• between 325 and 500 feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• yellow-billed cuckoo habitat<br>• Canada lynx habitat<br>• within 4.0 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | roost or nest sites.<br>• within 0.125-mile of golden eagle, osprey, accipiter, falcon (except kestrel), buteo, and owl nest sites.<br>• within 0.25-mile of peregrine falcons cliff nesting complex<br>• within 330 feet of active non-special status raptor (except American kestrel, red-tailed hawk, and great-horned owl) nest sites and associated alternate nests<br>• within 4.0 miles of an active Gunnison sage-grouse lek within 0.25-mile of federally listed, BLM sensitive, and Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places<br>• federally leased coal<br>• Curecanti National Recreation Area<br>• state parks | winter habitat) or suitable sagebrush habitat<br>• within 1.0 mile of accipiter, falcon (except kestrel), buteo, and owl (except Mexican spotted owl) nest sites<br>• bald eagle habitat (winter concentration and communal roosts)<br>• Mexican spotted owl suitable breeding habitat<br>• within 150 feet of active Gunnison and white-tailed prairie dog towns<br>• within 200 meters (656 feet) of active kit fox dens<br>• within 0.25-mile of Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• Tabeguache Pueblos Area and Tabeguache Canyon<br>• Area of archaeological significance<br>• ERMAs<br>• SRMAs:<br>○ Dry Creek RMZs 1 and 3; and |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | • state wildlife areas<br>• ACECs<br>○ Adobe Badlands;<br>○ Fairview South);<br>○ San Miguel River.<br>• From 50 meters (164 feet) to 5 miles of either side of the Old Spanish National Historic Trail<br>• within 0.25-mile of scenic byways | ○ San Miguel River RMZ 4<br>• federally leased coal<br>• suitable WSR segments classified as "recreational" (see *Table 2-4, Summary of Wild and Scenic River Study Segments (Alternative D)*)<br>• from 0.5 to 5 miles of either side of the Old Spanish National Historic Trail<br>• within 0.5-mile of scenic byways |
| 464. | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and, in some cases, surface-disturbing activities, on 520,460 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 443,520 acres<br>• Private or State surface/federal fluid mineral estate: 76,940 acres<br>that are open to oil and gas leasing (BLM 1985 and 1989a) (Refer to Appendix B.) (Figure 2-34, Appendix A):<br>• highly erodible and/or saline soil areas<br>• white pelican | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 916,030 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 675,800 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-35, Appendix A):<br>• saturated soils<br>• coldwater sport and native fish<br>• big game crucial winter range (elk, mule deer, pronghorn antelope, moose, and Rocky | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 610,580 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 503,410 acres<br>• Private or State surface/federal fluid mineral estate: 107,170 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-36, Appendix A):<br>• coldwater sport fish<br>• big game crucial winter range (elk and mule deer)<br>• elk reproduction areas<br>• yellow-billed cuckoo habitat | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 916,030 acres of the federal mineral estate<br>• BLM surface/federal fluid mineral estate: 675,800 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres<br>that are open to fluid mineral leasing (Refer to Appendix B.) (Figure 2-37, Appendix A):<br>• saturated soils<br>• coldwater sport and native fish<br>• big game crucial winter range (severe winter range and |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • waterfowl habitat<br>• big game species (mule deer, elk, pronghorn antelope, and bighorn sheep)<br>• big game birthing areas<br>• grouse<br>• raptor nesting and fledgling habitat (golden eagle, accipiters, falcons [except kestrel], buteos, and owls)<br>• osprey nesting and fledgling habitat<br>• bald eagle nesting habitat<br>• peregrine falcon cliff nesting complex<br>• ferruginous hawk<br>• bald eagle winter roost sites<br>• bald eagle winter concentration areas<br>• Mexican spotted owl nesting and fledgling habitat | Mountain and desert bighorn sheep)<br>• big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas)<br>• wild turkey winter habitat<br>• migratory bird breeding habitat<br>• Gunnison sage-grouse winter habitat<br>• Gunnison sage-grouse breeding (non-lek) habitat<br>• within 0.5-mile of active special status raptor nest sites and associated alternate nests<br>• within 0.25-mile of active non-special status raptor (except kestrel) nest sites and associated alternate nests<br>• bald eagle winter concentration areas<br>• within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>• East Paradox ACEC | • active kit fox dens | winter concentration areas)<br>• big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas)<br>• wild turkey winter habitat<br>• migratory bird breeding habitat<br>• Gunnison sage-grouse winter habitat<br>• Gunnison sage-grouse breeding (lek and non-lek) habitat<br>• 0.5-mile radius around active bald and golden eagle, ferruginous hawk, peregrine and prairie falcon, and northern goshawk nests<br>• 0.25-mile radius around active osprey; red-tailed, Swainson's, Cooper's, and sharp-shinned hawk; northern harrier; burrowing and great horned owl; and other owls and raptors (except kestrel) nests<br>• bald eagle winter roost sites<br>• bald eagle winter concentration areas<br>• Mexican spotted owl suitable |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | breeding habitat (nesting and fledgling habitat)<br>• Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>• active kit fox dens |
| 465. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING** NL-7: *National Recreation Areas, State Parks, and Wildlife Areas*. Close to fluid mineral leasing and geophysical exploration the following areas where BLM holds the fluid mineral rights:<br>• Curecanti National Recreation Area;<br>• State Parks; and<br>• State Wildlife Areas.<br>(Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-46: *National Recreation Areas, State Parks, and Wildlife Areas*. Apply CSU restrictions where BLM holds the fluid mineral rights under the following areas:<br>• Curecanti National Recreation Area;<br>• State Parks; and<br>• State Wildlife Areas.<br>(Refer to Appendix B.) (Figure 2-36, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-39: *National Recreation Areas, State Parks, and Wildlife Areas*. Prohibit surface occupancy in areas where BLM holds the fluid mineral rights under the following areas:<br>• Curecanti National Recreation Area;<br>• State Parks;<br>• State Wildlife Areas; and<br>• Municipal parks.<br>(Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 466. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-40: *Bureau of Reclamation Dams or Appurtenant Structures*. Prohibit surface occupancy within 1,500 feet of a USBR dam (i.e., Ridgway, Crawford, and Paonia dams) or its appurtenant structures. Also, directional drilling is prohibited within 1,500 vertical feet below a USBR dam or its appurtenant structures. (Directional drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot horizontal radius of the structures.) (Refer to Appendix B.) (Figures 2-35 [Alternative B], 2-36 [Alternative C], and 2-37 [Alternative D], Appendix A) | | |
| 467. | **Action:**<br>Require operators to meet the current BLM "Goldbook" standards for soil and water protection and plans for surface reclamation plus | | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | other BMPs (Appendix D), as applicable, for all permitted fluid minerals (i.e., oil and gas and geothermal) actions. | | | |
| 468. | **Action:** No similar action in current RMPs. | **Action:** Where appropriate and feasible, require installation of central liquids gathering and production facilities to reduce the total number of sources and to minimize truck traffic during fluid minerals development operations. | | |
| 469. | **LOCATABLE MINERALS, MINERAL MATERIALS, & NON-ENERGY LEASABLE MINERALS** | | | |
| 470. | **GOAL:** Provide opportunities to develop locatable minerals, mineral materials, and non-energy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. | | | |
| 471. | *LOCATABLE MINERALS* | | | |
| 472. | **Objective:** Minimize public land withdrawn from mining. Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values (BLM 1985). | **Objective:** Facilitate environmentally responsible exploration and development of locatable minerals. | | |
| 473. | **Action:** Maintain the following areas as withdrawn from locatable mineral entry (28,530 acres) (Figures 2-41 [Alternative A], 2-42 [Alternative B], 2-43 [Alternative C], and 2-44 [Alternative D], Appendix A):<br>• Tabeguache Area (8,080 acres);<br>• Cory Lode mine for bat roosting (20 acres) (BLM 2008);<br>• USBR withdrawals (9,010 acres);<br>• FERC withdrawals (1,610 acres); and<br>• DOE lease tracts (9,620 acres) (BLM 1985). | | | |
| 474. | **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the | **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas | **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the | **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | following areas totaling 26,300 acres (Figure 2-41, Appendix A):<br>• Dolores Cave (BLM 1985)<br>• Tabeguache Pueblo (BLM 1985)<br>• Important cultural resource properties (BLM 1985)<br>• ACECs:<br>○ Needle Rock (BLM 1989a)<br>○ Adobe Badlands (BLM 1989a)<br>○ Fairview South (BLM 1989a) | totaling 391,960 acres<br>• BLM surface/federal fluid mineral estate: 387,620 acres<br>• Private or State surface/federal fluid mineral estate: 4,340 acres<br>(Figure 2-42, Appendix A):<br>• Lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>• Lands within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring<br>• Sensitive bat species' significant maternity roost or hibernaculum;<br>• Lands identified for wilderness characteristics protection;<br>• Recreational sites (500-foot buffer);<br>• SRMAs;<br>• ACECs; and<br>• Suitable WSR segments | following areas totaling 39,200 acres<br>• BLM surface/federal fluid mineral estate: 37,500 acres<br>• Private or State surface/federal fluid mineral estate: 1,700 acres<br>(Figure 2-43, Appendix A):<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and<br>• Lands within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring. | following areas totaling 83,820 acres<br>• BLM surface/federal fluid mineral estate: 82,030 acres<br>• Private or State surface/federal fluid mineral estate: 1,790 acres<br>(Figure 2-44, Appendix A):<br>• Same as Alternative C, plus:<br>○ Recreational sites (100-foot buffer);<br>○ ACECs:<br>– Needle Rock;<br>– Dolores River Slickrock Canyon;<br>– San Miguel River<br>– Biological Soil Crust<br>– Paradox Rock Art<br>– Roubideau Corridors;<br>○ Suitable WSR segments classified as "wild" *(see Table 2-4, Summary of Wild and Scenic River Study Segments (Alternative D))*; and<br>○ Sensitive bat species' significant maternity roost or hibernaculum. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | classified as "wild" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*) | | |
| 475. | **Action:** Allow locatable mineral exploration and development on the remaining 620,970 acres under the General Mining Law of 1872.<br><br>Continue approved operations of hard rock mining on 12,790 acres (emphasis area E) under 43 CFR 3809 regulations (BLM 1985).<br><br>Open 309,720 acres (management units 1-3, 5, 7-11, 15, 16) to mineral entry and location due to the lack of resource conflicts. | **Action:** Allow locatable mineral exploration and development on the remaining 259,650 acres under the General Mining Law of 1872. | **Action:** Allow locatable mineral exploration and development on the remaining 609,770 acres under the General Mining Law of 1872. | **Action:** Allow locatable mineral exploration and development on the remaining 565,240 acres under the General Mining Law of 1872. |
| 476. | *MINERAL MATERIALS* | | | |
| 477. | **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values (BLM 1985). | **Objective:** Facilitate environmentally responsible exploration and development of mineral materials. | | |
| 478. | Allowable Use: | Allowable Use: | Allowable Use: | Allowable Use: |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Identify 104,690 acres of federal mineral estate<br>• BLM surface/federal fluid mineral estate: 102,190 acres<br>• Private or State surface/federal fluid mineral estate: 2,500 acres<br>as closed to mineral materials disposal (BLM 1989a) (Figure 2-45, Appendix A):<br>• Riparian zones<br>• ACECs<br>• Tabeguache Area<br>• Needle Rock ISA<br>• Portion of Adobe Badlands WSA (6,380 acres)<br>• In the San Miguel SRMA outside the ACEC (13,210 acres), the San Miguel River, creeks, and their riparian corridors (BLM 1993a). | Close 562,610 acres of federal mineral estate<br>• BLM surface/federal fluid mineral estate: 494,360 acres<br>• Private or State surface/federal fluid mineral estate: 68,250 acres<br>to mineral materials disposal (Figure 2-46, Appendix A):<br>• Lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>• Lands within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>• Ecological Emphasis Areas;<br>• Lands within 500 feet of riparian areas;<br>• Federally threatened, endangered, proposed; and candidate plant species' occupied habitat; | Close 58,610 acres of federal mineral estate<br>• BLM surface/federal fluid mineral estate: 56,350 acres<br>• Private or State surface/federal fluid mineral estate: 2,260 acres<br>to mineral materials disposal (Figure 2-47, Appendix A):<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>• Lands within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>• Federally threatened, endangered, and proposed plant species' occupied habitat;<br>• Tabeguache Area;<br>• WSAs;<br>• Lands within 50 meters (164 | Close 135,370 acres of federal mineral estate<br>• BLM surface/federal fluid mineral estate: 132,520 acres<br>• Private or State surface/federal fluid mineral estate: 2,850 acres<br>to mineral materials disposal (Figure 2-48, Appendix A):<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>• Lands within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>• Lands within 100 feet of riparian areas;<br>• Federally threatened, endangered, and proposed plant species' occupied habitat;<br>• Lands identified for |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • Potential Fossil Yield Classification 5a areas (270,070 acres);<br>• Lands identified for wilderness characteristics protection;<br>• SRMAs<br>• ACECs;<br>• Tabeguache Area;<br>• WSAs;<br>• Suitable WSR segments classified as "wild" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*)<br>• Lands within 0.50-mile of congressionally designated National Trails; and<br>• DOE Uranium Mill Tailings Remedial Action Area. | feet) of congressionally designated National Trails; and<br>• DOE Uranium Mill Tailings Remedial Action Area. | wilderness characteristics protection;<br>• SRMAs:<br>○ Dolores River Canyon;<br>○ Dry Creek RMZs 1, 2, and 4;<br>○ Jumbo Mountain;<br>○ Ridgway Trails;<br>○ Roubideau RMZs 1-3;<br>○ A portion of San Miguel River RMZ 1 (13,660 acres) and San Miguel River RMZs 2-4; and<br>○ Spring Creek RMZs 1 and 2;<br>• ACECs<br>• Tabeguache Area;<br>• WSAs;<br>• Suitable WSR segments;<br>• Lands within 50 meters (164 feet) of congressionally designated National Trails; and<br>• DOE Uranium Mill Tailings Remedial Action Area. |
| 479. | Allowable Use:<br>Allow disposal of mineral materials on 791,500 acres of federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 573,610 acres | Allowable Use:<br>Allow disposal of mineral materials on 333,580 acres of federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 181,440 acres | Allowable Use:<br>Allow disposal of mineral materials on 837,580 acres of federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 619,450 acres | Allowable Use:<br>Allow disposal of mineral materials on 760,820 acres of federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 543,280 acres |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • Private or State surface/federal fluid mineral estate: 217,890 acres<br>(BLM 1985, 1989a). Continue sand and gravel operations (BLM 1985). (Refer to Figure 2-45, Appendix A.) | • Private or State surface/federal fluid mineral estate: 152,140 acres<br>(Figure 2-46, Appendix A). | • Private or State surface/federal fluid mineral estate: 218,130 acres<br>(Figure 2-47, Appendix A). | • Private or State surface/federal fluid mineral estate: 217,540 acres<br>(Figure 2-48, Appendix A). |
| 480. | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (Refer to Figure 2-72, Appendix A). | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (Refer to Figure 2-72, Appendix A). | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (Refer to Figure 2-72, Appendix A). Establish common use areas in appropriate locations and with sufficient capacity while avoiding proliferation of sites for similar materials in a given area. | **Action:**<br>Same as Alternative B. |
| 481. | Allowable Use:<br>**STIPULATION** *TL* (all TLs): Apply TLs to 146,050 acres (management units 2 and 5) that are open to mineral materials disposal (BLM 1989a). (Refer to Appendix B.) | Allowable Use:<br>No similar allowable use. TLs are applied through other programs. | | |
| 482. | *NON-ENERGY SOLID LEASABLE MINERALS (e.g., sodium and potassium)* | | | |
| 483. | **Objective:**<br>Allow mineral development on all areas open to such development. Provide protective stipulations to limit | **Objective:**<br>Facilitate environmentally responsible exploration and development of non-energy solid leasable minerals. | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | impacts to other resource values (BLM 1985). | | | |
| 484. | Allowable Use:<br>Close 44,320 acres in the following areas to non-energy solid leasable mineral exploration and/or development (Figure 2-49, Appendix A):<br>• Tabeguache Area; and<br>• WSAs. | Allowable Use:<br>Close 391,300 acres<br>• BLM surface/federal fluid mineral estate: 381,800 acres<br>• Private or State surface/federal fluid mineral estate: 9,500 acres<br>in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-50, Appendix A):<br>• Same as Alternative A, plus:<br>○ Lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>○ Lands within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>○ Federally threatened, endangered, proposed, and candidate plant species' | Allowable Use:<br>Close 57,390 acres<br>• BLM surface/federal fluid mineral estate: 55,570 acres<br>• Private or State surface/federal fluid mineral estate: 1,820 acres<br>in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-51, Appendix A):<br>• Same as Alternative A, plus:<br>○ Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>○ Lands within a 1,000-foot buffer of all Public Water Supplies using a | Allowable Use:<br>Close 170,490 acres<br>• BLM surface/federal fluid mineral estate: 168,130 acres<br>• Private or State surface/federal fluid mineral estate: 2,360 acres<br>in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-52, Appendix A):<br>• Same as Alternative C, plus:<br>○ Lands identified for wilderness characteristics protection;<br>○ SRMAs;<br>○ ACECs; and<br>○ Suitable WSR segments. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | occupied habitat<br>○ Lands identified for wilderness characteristics protection;<br>○ SRMAs;<br>○ ACECs;<br>○ Suitable WSR segments classified as "wild" (see *Table 2-3, Summary of Wild and Scenic River Study Segments (Alternatives A and B)*)<br>○ Lands within 0.50-mile of Congressionally designated National Trails. | groundwater well or spring;<br>○ Federally threatened, endangered, and proposed plant species' occupied habitat; and<br>○ Lands within 50 meters (164 feet) of congressionally designated National Trails. | |
| 485. | Allowable Use:<br>Continue non-energy solid leasable mineral leasing on 631,480 acres (BLM 1985). | Allowable Use:<br>Manage 504,890 acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B:<br>• BLM surface/federal fluid mineral estate: 294,000 acres<br>• Private or State surface/federal fluid mineral estate: 210,890 acres. | Allowable Use:<br>Manage 838,800 acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B:<br>• BLM surface/federal fluid mineral estate: 620,230 acres<br>• Private or State surface/federal fluid mineral estate: 218,570 acres. | Allowable Use:<br>Manage 725,700 acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B:<br>• BLM surface/federal fluid mineral estate: 507,670 acres<br>• Private or State surface/federal fluid mineral estate: 218,030 acres. |
| 486. | Special Designations | | | |
| 487. | **AREAS OF CRITICAL ENVIRONMENTAL CONCERN** | | | |
| 488. | **GOAL**:<br>Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to protect life and safety from natural hazards. Refer to Appendix M for a summary of the Areas of | | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Critical Environmental Concern evaluation report. | | | |
| 489. | **Objective:** Manage the following areas (29,450 acres) as ACECs and RNAs or ONAs (Figure 2-53, Appendix A):<br>• Adobe Badlands ACEC/ONA (6,380 acres);<br>• Fairview South ACEC/RNA (210 acres);<br>• Needle Rock ACEC/ONA (80 acres); and<br>• San Miguel River ACEC (22,780 acres). | **Objective:** Manage the following areas (216,010 acres) as ACECs and RNAs or ONAs (Figure 2-54, Appendix A):<br>• Coyote Wash ACEC (2,100 acres);<br>• Dolores Slickrock Canyon ACEC (10,670 acres);<br>• East Paradox ACEC (7,360 acres);<br>• Fairview South (CNHP Expansion) ACEC/RNA (4,250 acres);<br>• La Sal Creek ACEC (10,490 acres);<br>• Lower Uncompahgre Plateau ACEC (31,870 acres);<br>• Needle Rock ACEC/ONA (80 acres);<br>• Paradox Rock Art ACEC (1,080 acres);<br>• Roubideau-Potter-Monitor ACEC (20,470 acres);<br>• Salt Desert Shrub Ecosystem ACEC/RNA (34,540 acres) (includes the existing Adobe Badlands ACEC/ONA);<br>• San Miguel Gunnison Sage-grouse ACEC (470 acres); | **Objective**: Manage the following areas (29,450 acres) as ACECs and RNAs or ONAs (Figure 2-55, Appendix A):<br>• Adobe Badlands ACEC/ONA (6,380 acres);<br>• Fairview South ACEC/RNA (210 acres);<br>• Needle Rock ACEC/ONA (80 acres); and<br>• San Miguel River (22,780 acres). | **Objective**: Manage the following areas (51,330 acres) as ACECs and RNAs or ONAs (Figure 2-56, Appendix A):<br>• Adobe Badlands ACEC/ONA (6,380 acres);<br>• Biological Soil Crust ACEC (1,900 acres);<br>• Dolores River Slickrock Canyon ACEC (9,780 acres);<br>• Fairview South (BLM Expansion) ACEC/RNA (610 acres);<br>• Needle Rock ACEC/ONA (80 acres);<br>• Paradox Rock Art ACEC (1,080 acres);<br>• Roubideau Corridors ACEC (8,720 acres); and<br>• San Miguel River (22,780 acres). |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • San Miguel River Expansion ACEC (35,420 acres);<br>• Sims-Cerro Gunnison Sage-grouse ACEC (25,620 acres);<br>• Tabeguache Pueblo and Tabeguache Caves ACEC (26,400 acres); and<br>• West Paradox ACEC (5,190 acres). | | |
| 490. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Apply the following management prescriptions to all ACECs:<br>• Manage as ROW exclusion<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing. | **Action**:<br>No similar action. | |
| 491. | *ADOBE BADLANDS ACEC/ONA* | | | |
| 492. | **Action**:<br>Manage 6,380 acres of the Adobe Badlands WSA as an ACEC/ONA to protect unique scenic qualities; threatened and endangered species' habitats (Colorado hookless cactus [formerly Uinta Basin hookless cactus], clay-loving wild buckwheat, and Montrose | **Action**:<br>No similar action (see Salt Desert Shrub ACEC). | **Action**:<br>Manage 6,380 acres as the Adobe Badlands ACEC/RNA to protect federally threatened and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semi-primitive, nonmotorized recreation opportunities and use; and | **Action**:<br>Manage 6,380 acres as the Adobe Badlands ACEC/RNA to protect federally threatened and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semi-primitive, nonmotorized recreation opportunities and use; and |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | penstemon); provide for semi-primitive, nonmotorized recreation opportunities and use; and reduce active erosion. Management actions include the following:<br>• Close to off-highway vehicles.<br>• Manage as VRM Class I.<br>• Allowable Use: Close to major utility development.<br>• Prohibit erosion and salinity control measures from utilizing structures or land treatments that would alter scenic values.<br>• Conduct a complete inventory for threatened and endangered species and establish research and monitoring studies.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: Petition for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/* | | reduce active erosion. Management actions include the following:<br>• Manage for primitive nonmotorized and nonmechanized recreational uses.<br>• Close to motorized and mechanized travel.<br>• Manage as VRM Class II.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed to protect resources.<br>• Manage for day use only; prohibit camping.<br>• Prohibit campfires.<br>• Manage as ROW avoidance.<br>• Allowable Use: **STIPULATION** CSU-47/ SSR-53: *ACECs*: Apply CSU/SSR restrictions in ACECs. (Refer to Appendix B.) | reduce active erosion. Management actions include the following:<br>• Close to motorized and mechanized travel.<br>• Manage as VRM Class II.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed to protect resources.<br>• Manage for day use only; prohibit camping.<br>• Prohibit campfires.<br>• Manage as ROW avoidance.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Allowable Use: **STIPULATION** NSO-41/SSR-54: *ACECs*. Prohibit surface occupancy and apply SSR restrictions in ACECs. (Refer to Appendix B.) |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | *Outstanding Natural Areas.* Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.) | | | |
| 493. | *FAIRVIEW SOUTH ACEC/RNA* | | | |
| 494. | **Action:** Manage 210 acres as the Fairview South ACEC/RNA to protect clay-loving wild buckwheat and Adobe Beardtongue. Management actions include the following: • Develop plant monitoring studies in cooperation with the Colorado Natural Areas Program. • Close to OHV use. • Close to development of new pipelines. • Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/ Outstanding Natural Areas.* Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.) • Allowable Use: Petition for withdrawal from locatable | **Action**: Manage 4,250 acres as the Fairview South (CNHP Expansion) ACEC/RNA to protect clay-loving wild buckwheat, Colorado desert parsley, adobe beardtongue, and good-neighbor bladderpod. Management actions include the following: • Continue monitoring studies in cooperation with Colorado Natural Areas Program. • Close to sheep grazing unless research shows sheep grazing is beneficial or has no impact to clay-loving wild buckwheat. • Allow research on impacts from sheep to clay-loving wild buckwheat. • Close to cattle grazing. • Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and | **Action**: Manage 210 acres as the Fairview South ACEC/RNA to protect clay-loving wild buckwheat. Management actions include the following: • Continue monitoring studies in cooperation with Colorado Natural Areas Program. • Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection. • Limit motorized and mechanized travel to designated routes. • Manage as day use only; prohibit camping. • Prohibit campfires. • Prohibit wood collecting. • Close to wood product sales | **Action**: Manage 610 acres as the Fairview South (BLM Expansion) ACEC/RNA to protect clay-loving wild buckwheat. Management actions include the following: • Continue monitoring studies in cooperation with Colorado Natural Areas Program. • Close to sheep grazing except for research. • Allow research on sheep impacts to clay-loving wild buckwheat. • Allow sheep grazing if approved research clearly demonstrates that effects of sheep grazing are beneficial or have no impact to clay-loving wild buckwheat, through consultation with USFWS. • Close to cattle grazing. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | mineral entry and location.<br>• Allowable Use: Close to mineral materials disposal. | nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage for day-use only; prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting.<br>• Close to wood product sales and/or harvest.<br>• Manage as VRM Class III.<br>• Manage with additional exceptions for ROW exclusion; manage these exceptions as ROW avoidance:<br>○ 200 feet of the edge of South Canal, Kinikin Road, and Pahgre Road; and<br>○ 600-foot buffer on private lands in the Kinikin/Cedar portion (south unit of the ACEC).<br>• Allowable Use: **STIPULATION** NSO-41/NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | and/or harvest.<br>• Manage as VRM Class IV.<br>• Manage as ROW avoidance.<br>• Allowable Use: **STIPULATION** CSU-47/ SSR-53: *ACECs*: Apply CSU/SSR restrictions in ACECs. (Refer to Appendix B.) | • Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Close to motorized and mechanized travel.<br>• Manage as day use only; prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting.<br>• Close to wood product sales and/or harvest.<br>• Manage as VRM Class III.<br>• Allowable Use: **STIPULATION** NSO-41/ SSR-53: *ACECs*. Prohibit surface occupancy and apply SSR restrictions in ACECs. (Refer to Appendix B.)<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Manage as ROW exclusion. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 495. | *NEEDLE ROCK ACEC/ONA* | | | |
| 496. | **Action**:<br>Manage 80 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site.<br>Management actions include the following:<br>• Manage as unallotted for livestock grazing use.<br>• Limit travel to designated road and trails.<br>• Manage as VRM Class I.<br>• Close to development of major utility facilities.<br>• Manage as a roaded natural area for recreation opportunities including sightseeing, picnicking, and geologic study.<br>• Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/ Outstanding Natural Areas*. Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.)<br>• Allowable Use: Petition for | **Action**:<br>Manage 80 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site.<br>Management actions include the following:<br>• Close to livestock grazing.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as VRM Class I.<br>• Provide facilities such as informational and interpretive signs, and maintain existing trails as needed to provide enhanced visitor use, enjoyment, and safety. Maintain existing trail systems and interpretive signs.<br>• Provide adequate protection (e.g., signing, use stipulations, barricades, fences, as needed) to protect sensitive species and their habitats.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting. | **Action**:<br>Manage 80 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site.<br>Management actions include the following:<br>• Close to livestock grazing.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as VRM Class II.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Manage as ROW avoidance<br>• Allowable Use: **STIPULATION** NSO-41: *ACECs*. Prohibit surface occupancy and surface-disturbing activities within ACECs. (Refer to Appendix B.) | **Action**:<br>Manage 80 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site.<br>Management actions include the following:<br>• Close to livestock grazing.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as VRM Class II.<br>• Provide facilities such as informational and interpretive signs, and maintain existing trails as needed to provide enhanced visitor use, enjoyment, and safety. Maintain existing trail systems and interpretive signs.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal. | • Close to wood product sales and/or harvest.<br>• Prohibit rock climbing.<br>• Allowable Use: **STIPULATION** NSO-41/ SSR-53: *ACECs*. Prohibit surface occupancy and apply SSR restrictions within ACECs. (Refer to Appendix B.) | | • Prohibit wood collecting.<br>• Close to wood product sales and/or harvest.<br>• Prohibit rock climbing.<br>• Manage as ROW avoidance.<br>• Allowable Use: **STIPULATION** NSO-41/SSR-53: *ACECs*. Prohibit surface occupancy and apply SSR restrictions in ACECs. (Refer to Appendix B.)<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry. |
| 497. | *SAN MIGUEL RIVER ACEC* | | | |
| 498. | **Action**:<br>Manage 22,780 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions include the following (BLM 1993a):<br>• Continue cooperation with The Nature Conservancy and CPW to study suitability of the San Miguel River for river otter reintroduction. Support | **Action**:<br>Manage 35,420 acres as the San Miguel River Expansion ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions include the following:<br>• Manage as VRM Class III.<br>• Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless | **Action:**<br>Manage 22,780 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions include the following:<br>• Manage as VRM Class III.<br>• Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless | **Action**:<br>Manage 22,780 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions include the following:<br>• Manage as VRM Class III.<br>• Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | reintroduction into suitable habitat.<br>• Manage as VRM Class II, except for the forest management areas from the original RMP (BLM 1985), which is VRM Class IV.<br>• With exception of three forest management areas designated in the original RMP (BLM 1985), close the ACEC to forest product disposal unless criteria of improving riparian values and maintaining forest health are met.<br>• Do not attempt to improve forage production through vegetation projects.<br>• Limit camping along the river between Placerville and Sanborn Park Road to two designated sites only.<br>• Limit maximum length of stay to 14 days.<br>• Limit travel to designated routes.<br>• Require that all facility construction protects riparian and scenic values. Where possible, locate | monitoring indicates a need for change.<br>• Close to wood product sales and/or harvest.<br>• Close to livestock grazing.<br>• Limit camping to designated sites and areas.<br>• Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, prohibit the camper from returning to that location for 30 days and/or require them to move out of the ACEC.<br>• Prohibit open campfires: require use of fire pans, stoves, or grills.<br>• Prohibit target shooting.<br>• Close to recreational mining activities.<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and restrooms, barricades, | monitoring indicates a need for change.<br>• Prohibit vegetation projects to improve livestock forage production.<br>• Limit camping to designated sites and areas.<br>• Prohibit open campfires: require use of fire pans, stoves, or grills.<br>• Prohibit target shooting.<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and restrooms, barricades, fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to protect sensitive species and their habitats. Allowable Use: **STIPULATION** CSU-47: *ACECs*: Apply CSU restrictions in ACECs. (Refer to Appendix B.) | monitoring indicates a need for change.<br>• Close to wood product sales and/or harvest.<br>• Limit camping to designated sites and areas.<br>• Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, prohibit the camper from returning to that location for 30 days and/or require them to move out of the ACEC.<br>• Prohibit open campfires: require use of fire pans, stoves, or grills.<br>• Prohibit target shooting.<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and restrooms, barricades, fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | facility development outside the 100-year floodplain.<br>• Close to development of major utilities with the exception of those already established with San Miguel Power Association.<br>• Prohibit BLM-permitted actions, such as ROWs, bike trails, camping areas, etc. in relic riparian communities within the ACEC.<br>• Allowable Use: Close to mineral materials disposal unless disposal is needed to meet management goals for the river or riparian area.<br>• Allowable Use: Close to mineral materials disposal.<br>• Manage mineral development to minimize impacts on riparian and recreation values. | fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to protect sensitive species and their habitats.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: **NO LEASING/STIPULATION** NL-8/SSR-53: *ACECs*. Close to fluid mineral leasing and geophysical exploration and apply SSR restrictions in ACECs. (Refer to Appendix B.) | | protect sensitive species and their habitats.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Allowable Use: **STIPULATION** NSO-41: *ACECs*. Prohibit surface occupancy in ACECs. (Refer to Appendix B.)<br>• Allowable Use: Close to mineral materials disposal.<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Recreational mining must adhere to the following practices:<br>○ Dredging shall not occur within two feet of any streambank that has established vegetation;<br>○ All activities shall be conducted to prevent undercutting of banks, including those in the floodplain;<br>○ Material too large to be moved by hand shall remain undisturbed; |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | ○ All excavations shall have materials replaced upon completion of operations, and no sites shall be left open in excess of 14 days;<br>○ Operations shall not disturb in excess of two cubic yards of material per day; and<br>○ Anchorage systems (if used) shall not span the stream if it will restrict the free passage of water craft. |
| 499. | *COYOTE WASH ACEC* | | | |
| 500. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 2,100 acres as the Coyote Wash ACEC. Management actions include the following:<br>• Manage as VRM Class II.<br>• Provide facilities such as informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface- | **Action**:<br>No similar action. | **Action**:<br>No similar action *(this area is within the Dolores River Slickrock Canyon ACEC)*. |


**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | disturbing activities in ACECs. (Refer to Appendix B.) | | |
| 501. | *DOLORES (RIVER) SLICKROCK CANYON ACEC* | | | |
| 502. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 10,670 acres as the Dolores Slickrock Canyon ACEC to protect scenic values, cultural and paleontological resources, desert bighorn sheep, peregrine falcon, roundtail chub, and plant communities or species including the BLM sensitive species Kachina daisy and Naturita milkvetch. Management actions include the following:<br>• Close 9,800 acres (overlapping Dolores Canyon WSA) to motorized and mechanized travel.<br>• In the remaining portion of the ACEC (870 acres), limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Allow camping only in | **Action**:<br>No similar action. | **Action**:<br>Manage 9,780 acres as the Dolores River Slickrock Canyon ACEC to protect scenic values, cultural and paleontological resources, desert bighorn sheep, peregrine falcon, roundtail chub, and plant communities or species including the BLM sensitive species Kachina daisy and Naturita milkvetch. Management actions include the following:<br>• Close to motorized and mechanized travel.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Dispersed camping allowed unless otherwise posted.<br>• Prohibit open campfires: require use of fire pans, stoves, or grills. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | designated sites and areas.<br>• Prohibit open campfires: require use of fire pans, stoves, or grills.<br>• Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change.<br>• Close to wood product sales and/or harvest.<br>• Require firepans and porta-potties for overnight use if restroom is not available.<br>• Manage as VRM Class II.<br>• Close to recreational mining activities.<br>• Allowable Use: **NO LEASING/STIPULATION** NL-8/NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | | • Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change.<br>• Close to wood product sales and/or harvest.<br>• Require porta-potties for overnight use if restroom is not available.<br>• Manage as VRM Class II.<br>• Allowable Use: **STIPULATION** NSO-41/ SSR-53: *ACECs*. Prohibit surface occupancy and apply SSR restrictions in ACECs. (Refer to Appendix B.)<br>• Manage as ROW avoidance.<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing. |
| 503. | *EAST PARADOX/BIOLOGICAL SOIL CRUST ACEC* | | | |
| 504. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 7,360 acres as the East Paradox ACEC to protect potential and known rare | **Action**:<br>No similar action. | **Action**:<br>Manage 1,900 acres as the Biological Soil Crust ACEC/RNA to protect |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | biological soil crusts, unique vegetation communities and BLM sensitive plant, aquatic, and terrestrial wildlife species including Paradox Valley lupine, Paradox breadroot, roundtail chub, flannelmouth sucker, and peregrine falcon. Management actions include the following:<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• On 1,810 acres of biological soil crust and gypsipherous plant communities, limit all travel (motorized, mechanized, foot, and equestrian) to designated routes.<br>• Close to camping.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.)<br>• Allowable Use: **STIPULATION** TL-28: *East Paradox ACEC*. Close the East Paradox ACEC to rock climbing during peregrine | | biological soil crusts. Management actions include the following:<br>• Manage as VRM Class II.<br>• Emphasize management and long-term preservation of the biological soil crust community.<br>• Allow surface-disturbing activities associated with research for biological soil crust and gypsipherous plant communities. Conduct a complete inventory for biological soil crust and gypsipherous plant communities.<br>• Locate livestock salt/mineral supplement sites and water sites further than 0.25-mile from the boundary of the gypsipherous soils (gypsum land and gypsiothorids).<br>• Allow existing livestock watering reservoirs closer than 0.25-mile from the gypsipherous soils to remain; prohibit new reservoirs within 0.25-mile of the gypsipherous soils.<br>• Limit motorized and |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | falcon breeding season (March 1 to August 15) if peregrine falcons are present. (Refer to Appendix B.)<br>• Allowable Use: Close to coal leasing.<br>• Allow surface-disturbing activities associated with research for biological soil crust and gypsipherous plant communities.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats. | | mechanized travel to designated routes.<br>• Manage for day use only; prohibit camping.<br>• Manage as ROW exclusion with the following additional exception:<br>○ Allow private edge-holdings ROWs for reasonable access and utilities, only if other access is not possible (these areas would be managed as ROW avoidance).<br>• Allowable Use: **STIPULATION** NSO-41/ SSR-53: *ACECs*. Prohibit surface occupancy and apply SSR restrictions in ACECs. (Refer to Appendix B.)<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing. |
| 505. | *LA SAL CREEK ACEC* | | | |
| 506. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 10,490 acres as the La Sal Creek ACEC to protect unique | **Action**:<br>No similar action. | |

BLM_0112306

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | vegetation communities and BLM sensitive plant, fish, and wildlife species including Paradox breadroot, Paradox Valley lupine, desert bighorn sheep, and peregrine falcon. Management actions include the following:<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Allow camping only in designated sites and areas.<br>• Manage as VRM Class II.<br>• Manage with additional exceptions for ROW exclusion, including:<br>○ 0.25-mile buffer along private lands on the north side of the ACEC.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | (Refer to Appendix B.) | | |
| 507. | *LOWER UNCOMPAHGRE PLATEAU ACEC* | | | |
| 508. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as an ACEC to protect unique cultural resource values. Management actions include the following:<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades, fences, etc. as needed to provide resource protection.<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>• Manage for the protection of historic Ute occupations and sacred sites.<br>• Manage for the protection of numerous rock art panels in the region including Dry Creek | **Action**:<br>No similar action. | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | | |
| 509. | *PARADOX ROCK ART ACEC* | | | |
| 510. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 1,080 acres in the area of Paradox Rock Art Complex as an ACEC to protect unique cultural resource values, including numerous prehistoric petroglyphs and pictographs. Management actions include the following:<br>• Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, etc. as needed for resource protection.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as | **Action**:<br>No similar action. | **Action**:<br>Manage 1,080 acres in the area of Paradox Rock Art Complex as an ACEC to protect unique cultural resource values including numerous prehistoric petroglyphs and pictographs in the area. Management actions include the following:<br>• Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as ROW avoidance.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, etc. as needed for resource protection.<br>• Provide adequate protection (signing, use stipulations, |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | needed) to protect sites.<br>• Allow camping only in designated sites and areas.<br>• Prohibit target shooting.<br>• Close to rock climbing.<br>• Issue no SRPs.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | | barricades, fences, etc. as needed) to protect sensitive sites.<br>• Allow camping only in designated sites and areas.<br>• Prohibit target shooting.<br>• Prohibit rock climbing except for in designated areas.<br>• Issue no SRPs for competitive events.<br>• Allow organized group SRPs for groups up to 25 people.<br>• If resource damage occurs, close to the action that is causing damage.<br>• Allowable Use: **STIPULATION** NSO-41/SSR-53: *ACECs*. Prohibit surface occupancy and apply SSR restrictions in ACECs. (Refer to Appendix B.)<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing. |
| 511. | *ROUBIDEAU CORRIDORS AND ROUBIDEAU-POTTER-MONITOR ACECS* | | | |
| 512. | **Action**:<br>No similar action in current | **Action**:<br>Manage 20,470 acres as the | **Action**:<br>No similar action. | **Action**:<br>Manage 8,720 acres as the |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | RMPs. | Roubideau-Potter-Monitor ACEC to protect narrowleaf cottonwood/ skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (peregrine falcon, Grand Junction milkvetch, desert bighorn sheep, and northern leopard frog), and historic resources. Management actions include the following:<br>• Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes per the Dry Creek Travel Management Plan (BLM 2009).<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Issue no SRPs for competitive events.<br>• Prohibit target shooting.<br>• Close to wood product sales and/or harvest and Christmas tree cutting.<br>• Allowable use: Close to recreational mining activities.<br>• Allowable Use: **NO** | | Roubideau Corridors ACEC to protect narrowleaf cottonwood/ skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (Grand Junction milkvetch, desert bighorn sheep, and northern leopard frog), and historic resources. Management actions include the following:<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes per the Dry Creek Travel Management Plan (BLM 2009).<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Close to wood product sales and/or harvest and Christmas tree cutting.<br>• Manage as ROW avoidance.<br>• Allowable Use: **STIPULATION** NSO-41/ SSR-53: *ACECs*. Prohibit surface occupancy and apply |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | **LEASING/STIPULATION**<br>NL-8/NGD-25: *ACECs*. Close to fluid mineral leasing and geophysical exploration and apply NGD restrictions in ACECs. (Refer to Appendix B.) | | SSR restrictions within ACECs. (Refer to Appendix B.)<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing. |
| 513. | *SALT DESERT SHRUB ECOSYSTEM ACEC/RNA* | | | |
| 514. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 34,540 acres as the Salt Desert Shrub Ecosystem RNA/ACEC to protect federally threatened plant species, Colorado hookless cactus; the globally vulnerable and locally imperiled salt desert shrubland; and BLM-sensitive wildlife species, white-tailed prairie dog, burrowing owl, kit fox, ferruginous hawk, and pronghorn antelope. Management actions include the following:<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive | **Action**:<br>No similar action. | **Action**:<br>No similar action *(see Adobe Badlands ACEC/ONA)*. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | signs, barricades, and fences as needed to protect resources.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires; require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Allowable Use: Close to coal leasing.<br>• Manage with additional exceptions for ROW exclusion:<br>○ 0.25-mile ROW buffer zone along Highway 50 and 200 feet along existing roads; and<br>○ 0.25-mile ROW buffer zone along the south, southeast, and southwest eastern boundaries along private lands.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | | |
| 515. | *SAN MIGUEL GUNNISON SAGE-GROUSE ACEC* | | | |
| 516. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 470 acres as the San Miguel Gunnison Sage-grouse ACEC for greater protection and enhancement of Gunnison sage- | **Action**:<br>No similar action. | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | grouse habitat and to reduce wildlife harassment by other users.<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• Close to motorized and mechanized travel during strutting, nesting, and brood-rearing season (April 1 to July 15) to prevent disturbance to breeding sage-grouse.<br>• Follow recommendations in San Miguel Basin Gunnison Sage-grouse Conservation Plan (San Miguel Basin Gunnison Sage-grouse Working Group 2009). Manage vegetation for optimal Gunnison sage-grouse habitat.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 517. | *SIMS-CERRO GUNNISON SAGE-GROUSE ACEC* | | | |
| 518. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 25,620 acres as the Sims-Cerro Gunnison Sage-grouse ACEC for greater protection and enhancement of Gunnison sage-grouse habitat and to reduce wildlife harassment by other users. Management includes the following:<br>• Manage as VRM Class III.<br>• Manage vegetation for optimal Gunnison sage-grouse habitat.<br>• Limit motorized and mechanized travel to designated routes.<br>• Close to motorized and mechanized travel during strutting, nesting, and brood-rearing season (April 1 to July 15) to prevent disturbance to breeding sage-grouse.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• In cooperation with CPW, develop a Sims-Cerro Gunnison Sage-grouse Conservation Plan.<br>• Allowable Use: | **Action**:<br>No similar action. | |

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | | |
| 519. | *TABEGUACHE PUEBLO AND TABEGUACHE CAVES ACEC* | | | |
| 520. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 26,400 acres in the area of Tabeguache Pueblos and Tabeguache Caves as an ACEC to protect unique cultural resource values and to protect the Tabeguache Caves. Management actions include the following:<br>• Manage 5,260 acres within the Tabeguache Area as VRM Class I.<br>• Manage the remaining 21,140 acres as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive sites.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit | **Action**:<br>No similar action. | |

2-296 *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement Chapter 2, Alternatives – Internal Draft for Impacts Analysis* April 2012

BLM_0112316

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | | |
| 521. | *WEST PARADOX ACEC* | | | |
| 522. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 5,190 acres as the West Paradox ACEC to protect unique vegetation communities and BLM sensitive plant and terrestrial wildlife species including Paradox Valley lupine, Paradox breadroot, and peregrine falcon.<br>Management actions include the following:<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• Allowable Use: Close to rock climbing during Peregrine breeding season (March 1 to August 15) if peregrine falcons are present.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, etc. as needed for resource protection.<br>• Provide adequate protection (signing, use stipulations, | **Action**:<br>No similar action. | |

April 2012 *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement Chapter 2, Alternatives – Internal Draft for Impacts Analysis* 2-297

BLM_0112317

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Allow camping only in designated sites and areas.<br>• Allowable Use: **STIPULATION** NSO-41/ NGD-25: *ACECs*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) | | |
| 523. | **WILDERNESS AND WILDERNESS STUDY AREAS** | | | |
| 524. | **GOAL**:<br>Preserve the wilderness character of the Tabeguache Area. | | | |
| 525. | **Objective:**<br>Provide protection and management of the Tabeguache Area (8,080 acres) to maintain wilderness character and potential for inclusion in the National Wilderness Preservation System as directed by Congress in the Colorado Wilderness Act of 1993 (PL 103-77, August 13, 1993). | | | |
| 526. | **Action:**<br>Apply the following management actions to the Tabeguache Area (Figure 2-57, Appendix A):<br>• Manage as VRM Class I.<br>• Close to motorized and mechanized travel.<br>• Manage as ROW exclusion.<br>• Closed to wood cutting and wood product sales and harvest<br>• Allowable Use: Withdrawn | **Action:**<br>Apply the following management actions to the Tabeguache Area (Figure 2-57, Appendix A):<br>• Same as Alternative A, plus:<br>○ Close to target shooting.<br>○ Allowable Use: **STIPULATION** SSR-54: *Tabeguache Area*. Apply SSR restrictions. (Refer to Appendix B.) (Figure 2-38, Appendix A) | **Action:**<br>Apply the following management actions to the Tabeguache Area (Figure 2-57, Appendix A):<br>• Same as Alternative A, plus:<br>○ Allowable Use: **STIPULATION** SSR-54: *Tabeguache Area*. Apply SSR restrictions. (Refer to Appendix B.) (Figures 2-39 [Alternative C] and 2-40 [Alternative D], Appendix A) | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | from locatable mineral entry.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: **NO LEASING** NL-9: *Tabeguache Area*. Close to fluid mineral leasing and geophysical exploration. (Refer to Appendix B.)<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Allowable Use: Close to mineral materials disposal. | | | |
| 527. | **GOAL:**<br>Preserve the wilderness character of WSAs. | | | |
| 528. | **Objective**:<br>Preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined under Interim Management Policy for Lands Under Wilderness Review (BLM Manual H-8550-1 [BLM 1995b]) until Congress either designates these lands as wilderness or releases them for other purposes. | | | |
| 529. | **Action:**<br>Manage the following WSAs under Interim Management Policy and Guidelines for Lands under Wilderness Review (BLM Manual H-8550-1 [BLM 1995b]) until such time as Congress either designates them as wilderness or releases them for other uses (Figure 2-57, Appendix A):<br>• Adobe Badlands (10,340 acres);<br>• Camel Back (10,690 acres);<br>• Dolores River Canyon (13,350 acres);<br>• Needle Rock ISA (80 acres); and<br>• Sewemup Mesa (1,780 acres). | | | |
| 530. | **Action:**<br>Recommend 13,350 acres of the Dolores River Canyon | **Action:**<br>No similar action; this action has been completed. | | |

Case No. 1:20-cv-02484-MSK Document 61-16 filed 04/28/21 USDC Colorado pg 127 of 230

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | WSA as suitable for wilderness designation under Section 603 of FLPMA (BLM 1985). | | | |
| 531. | **Action:**<br>Recommend 22,810 acres as nonsuitable for wilderness designation under Section 603 of FLPMA:<br>• Adobe Badlands WSA (10,340 acres) (BLM 1989a);<br>• Camel Back WSA (10,690 acres) (BLM 1989a); and<br>• Sewemup Mesa WSA (1,780 acres) (BLM 1987). | **Action:**<br>No similar action; this action has been completed. | | |
| 532. | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>• Manage as VRM Class I.<br>• Manage as ROW exclusion.<br>• Closed to wood cutting and wood product sales and harvest.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Allowable Use: **NO LEASING/STIPULATION** NL-10/NGD-26: *WSAs*: Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities. (Refer to Appendix B.) (Figures 2-34 [Alternative A], 2-35 and 2-38 [Alternative B], 2-36 and 2-39 [Alternative C], and 2-37 and 2-40 [Alternative D].) | | | |
| 533. | **Action:**<br>In addition to the above, no similar action. | **Action:**<br>In addition to the above, apply the following management prescriptions to all WSAs:<br>• Prohibit competitive events.<br>• Prohibit target shooting.<br>• Allowable Use: Close to | **Action:**<br>In addition to the above, apply the following management prescriptions to all WSAs:<br>• Allowable Use: Close to mineral materials disposal. | **Action:**<br>In addition to the above, apply the following management prescriptions to all WSAs:<br>• Prohibit competitive events.<br>• Allowable Use: Close to mineral materials disposal. |

BLM_0112320

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | mineral materials disposal. | | |
| 534. | Allowable Use:<br>Close Needle Rock ISA and a portion of Adobe Badlands WSA (6,380 acres [Adobe Badlands ACEC/ONA and Needle Rock ACEC/ONA]) to mineral materials disposal. | Allowable Use:<br>No similar allowable use; see management prescriptions for all WSAs. | | |
| 535. | **Action**:<br>Close WSAs to motorized and mechanized travel:<br>• Adobe Badlands;<br>• Camelback;<br>• Dolores River Canyon; and<br>• Sewemup Mesa.<br>(BLM 2009 and 2010a)<br><br>In the Dolores River Canyon WSA:<br>• Prohibit motorized river activities.<br>• Close ways (BLM 1985).<br><br>Limit motorized and mechanized travel in Needle Rock ISA to the one existing way (county road) (BLM 2010a).<br><br>Issue special permits for vehicle use for administration of | **Action:**<br>Close WSAs to motorized and mechanized travel:<br>• Adobe Badlands;<br>• Camelback;<br>• Dolores River Canyon; and<br>• Sewemup Mesa.<br><br>Limit motorized and mechanized travel in Needle Rock ISA to designated routes. | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | livestock grazing allotments in Sewemup Mesa WSA. | | | |
| 536. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Implement management strategies for lands within WSAs, should Congress release one or more of these areas from wilderness consideration. | | |
| 537. | **Objective:** No similar objective in current RMPs. | **Objective:** If Congress releases one or more WSAs from wilderness consideration, manage those lands consistent with underlying land use designations. | | |
| 538. | **Action:** No similar action in current RMPs. | **Action:** If Congress releases one or more WSAs from wilderness consideration, update the wilderness characteristics inventory for lands that were formerly WSAs (FLPMA Section 201). | | |
| 539. | **Action:** No similar action in current RMPs. | **Action:** If Congress releases Sewemup Mesa WSA from Wilderness consideration: • Manage as VRM Class II. • Close to motorized travel activities, including over-the-snow travel. • Limit mechanized travel to designated routes. • Allowable Use: **NO LEASING/ STIPULATION** NL-11/NGD-27: *Sewemup Mesa WSA if Released from Wilderness Consideration.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities. (Refer to Appendix B.) | **Action:** If Congress releases Sewemup Mesa WSA from Wilderness consideration, manage the lands consistent with the goals and objectives in the RMP for adjacent areas. | **Action:** If Congress releases Sewemup Mesa WSA from Wilderness consideration: • Manage as VRM Class II. • Close to motorized travel, including over-the-snow travel. • Limit mechanized travel to designated routes. • Allowable Use: **NO LEASING/ STIPULATION** NL-11/SSR-55: *Sewemup Mesa WSA if Released from Wilderness Consideration.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities. (Refer to |

BLM_0112322

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • Allowable use: Close to non-energy solid mineral leasing.<br>• Allowable use: Close to mineral materials disposal.<br>• Issue no SRPs for competitive events.<br>• Prohibit wood cutting.<br>• Open to livestock grazing.<br>• Manage as ROW exclusion. | | Appendix B.)<br>• Allowable use: Close to non-energy solid mineral leasing.<br>• Allowable use: Close to mineral materials.<br>• Issue no SRPs for competitive events.<br>• Prohibit wood cutting.<br>• Open to livestock grazing.<br>• Manage as ROW avoidance. |
| 540. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness consideration, manage the lands consistent with the Dolores River SRMA and Dolores Slickrock Canyon ACEC. | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness consideration, manage the lands for multiple uses consistent with the goals and objectives in the RMP. | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness consideration, manage the lands consistent with the Dolores River SRMA and Dolores River Slickrock Canyon ACEC. |
| 541. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Camelback WSA from wilderness consideration, manage those lands consistent with Roubideau SRMA and Roubideau-Potter-Monitor ACEC. | **Action:**<br>If Congress releases Camelback WSA from wilderness consideration, manage those lands consistent with management prescriptions of adjacent public lands. | **Action:**<br>If Congress releases Camelback WSA from wilderness consideration, manage those lands consistent with Roubideau SRMA and Roubideau Corridors ACEC. |
| 542. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Adobe Badlands WSA from wilderness consideration, manage those lands consistent with Salt Desert Shrub ACEC/RNA. | **Action:**<br>If Congress releases Adobe Badlands WSA from wilderness consideration, manage those lands consistent with Adobe Badlands ACEC/ONA. | **Action:**<br>If Congress releases Adobe Badlands WSA from wilderness consideration, manage those lands consistent with Adobe Badlands ACEC/ONA. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 543. | **Action:** No similar action in current RMPs. | **Action:** If Congress releases Needle Rock ISA from wilderness consideration, manage those lands consistent with Needle Rock ACEC/ONA. | | |
| 544. | **WILD AND SCENIC RIVERS** | | | |
| 545. | **GOAL:** Protect National Wild and Scenic Rivers System (NWSRS)-eligible segments in accordance with the Wild and Scenic Rivers Act and BLM guidance (BLM Manual 8351 [BLM 1993c]. | **GOAL:** Evaluate eligible river segments to determine suitability for inclusion in the NWSRS, protecting them in accordance with the Wild and Scenic Rivers Act and BLM guidance (BLM Manual 8351 [BLM 1993c]). | | |
| 546. | **Objective:** Preserve the preliminary classification of each eligible segment by protecting its free-flowing nature, water quality, and outstandingly remarkable value(s) (ORV), pending congressional action. | **Objective:** Preserve the recommended classification of each suitable segment by maintaining the level of development allowed under the recommended classification. In addition, maintain the free-flowing nature, water quality, and ORVs associated with suitable segments. | | |
| 547. | **Action:** The following 29 stream segments are **eligible** for inclusion in the NWSRS (Figure 2-58, Appendix A). See Table 2-3, Summary of Wild and Scenic River Study Segments (a description of each segment is provided in Appendix N, Draft Wild and Scenic River Suitability Report): | **Action:** Determine that the following 29 stream segments are **suitable** for inclusion in the NWSRS (Figure 2-58, Appendix A). See Table 2-3, Summary of Wild and Scenic River Study Segments (a description of each segment is provided in Appendix N, Draft Wild and Scenic River Suitability Report): | **Action:** Determine that all 29 eligible stream segments are **not suitable** for inclusion in the NWSRS and release them from interim management protections afforded eligible segments. | **Action:** Determine that the following 16 stream segments are **suitable** for inclusion in the NWSRS (Figure 2-59, Appendix A). See Table 2-4, Summary of Wild and Scenic River Study Segments (a description of each segment is provided in Appendix N, Draft Wild and Scenic River Suitability Report): |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • Segments classified as "wild:"<br>○ Monitor Creek;<br>○ Potter Creek;<br>○ Roubideau Creek Segment 1;<br>○ Dry Creek;<br>○ Saltado Creek;<br>○ San Miguel River Segment 2;<br>○ Tabeguache Creek Segment 1;<br>○ Dolores River Segment 1a;<br>○ La Sal Creek Segment 3;<br>• Segments classified as "scenic:"<br>○ Roubideau Creek Segment 2;<br>○ Deep Creek;<br>○ West Fork Terror Creek;<br>○ Beaver Creek;<br>○ Naturita Creek;<br>○ San Miguel River Segment 3;<br>○ Lower Dolores River;<br>○ Ice Lake Creek Segment 2;<br>○ North Fork Mesa Creek;<br>○ La Sal Creek Segment 2;<br>○ Lion Creek Segment 2;<br>• Segments classified as "recreational:"<br>○ Gunnison River Segment 2; | • Same as Alternative A. | | • Segments classified as "wild:"<br>○ Monitor Creek;<br>○ Potter Creek;<br>○ Roubideau Creek Segment 1;<br>○ Saltado Creek;<br>○ San Miguel River Segment 2<br>○ Tabeguache Creek Segment 1;<br>○ Dolores River Segment 1a;<br>○ La Sal Creek Segment 3;<br>• Segments classified as "scenic:"<br>○ Lower Dolores River;<br>• Segments classified as "recreational:"<br>○ Beaver Creek;<br>○ San Miguel River Segments 1, 3, 5, and 6;<br>○ Dolores River Segment 2;<br>○ La Sal Creek Segment 2.<br><br>Determine that the following 13 stream segments are **not suitable** for inclusion in the NWSRS:<br>• Dry Creek;<br>• Roubideau Creek Segment 2;<br>• Deep Creek;<br>• West Fork Terror Creek;<br>• Naturita Creek; |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | ○ San Miguel River Segments 1, 5, and 6;<br>○ Tabeguache Creek Segment 2;<br>○ Dolores River Segments 1b and 2;<br>○ La Sal Creek Segment 1;<br>○ Spring Creek. | | | • Ice Lake Creek Segment 2;<br>• Lion Creek Segment 2;<br>• Gunnison River Segment 2;<br>• Tabeguache Creek Segment 2;<br>• Dolores River Segment 1b;<br>• North Fork Mesa Creek;<br>• La Sal Creek Segment 1;<br>• Spring Creek.<br><br>For stream segments in which only a portion of the eligible stream was determined to be suitable, stream miles and acreage that are not within the mapped boundary of the suitable stream segment are determined to be **not suitable**.<br><br>All stream miles and acreage determined to be **not suitable** are released from further protection under the provisions of the Wild and Scenic Rivers Act. |
| 548. | **Action:**<br>Establish the following interim protective management guidelines for all eligible segments pending | **Action:**<br>Establish the following interim protective management guidelines for all suitable segments pending Congressional | **Action:**<br>No similar action. | **Action:**<br>Establish the following interim protective management guidelines for all suitable segments pending |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Congressional action. All interim protective management is subject to valid existing rights.<br>• Approve no actions altering the free-flowing nature of eligible segments through impoundments, diversions, channeling, or riprapping.<br>• Approve no action that will have an adverse effect on an eligible segment's identified ORV(s). Enhance identified ORV(s) to the extent practicable.<br>• Approve no action that will modify an eligible segment or its corridor to the degree that its eligibility or tentative classification would be affected.<br>• Approve no action that would diminish water quality to the point that the water quality would no longer support the ORV(s). | action. All interim protective management is subject to valid existing rights.<br>• Same as Alternative A, plus:<br>○ Manage "wild" segments as VRM Class I.<br>○ Manage "scenic" segments as VRM Class II.<br>○ Manage "recreational" segments as VRM Class III.<br>○ Manage "wild" segments as ROW exclusion areas.<br>○ Manage "scenic" and "recreational" segments as ROW avoidance areas.<br>○ Allowable Use: **STIPULATION** NSO-42/ NGD-28: *Wild Segments*. Prohibit surface occupancy and surface-disturbing activities within the WSR study corridor, as defined in the Uncompahgre Wild and Scenic River Suitability Report (BLM 2011). (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A)<br>○ Allowable Use: **STIPULATION** CSU-48/SSR-56: *Scenic and Recreational Segments*. Apply | | Congressional action. All interim protective management is subject to valid existing rights.<br>• Same as Alternative A, plus:<br>○ Manage "wild" segments with scenic ORV or within a WSA or the Tabeguache Area as VRM Class I.<br>○ Manage "wild" segments without a scenic ORV and not within a WSA or the Tabeguache Area as VRM Class II.<br>○ Manage "scenic" segments as VRM Class II.<br>○ Manage "recreational" segments with a scenic ORV as VRM Class II.<br>○ Manage "recreational" segments without a scenic ORV according to the background VRM class in that area.<br>○ Manage "wild" segments as ROW exclusion areas.<br>○ Manage "scenic" segments as ROW avoidance areas.<br>○ Allowable Use: **STIPULATION** NSO-43: *Wild and Scenic Segments*. |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | CSU/SSR restrictions within the WSR study corridor, as defined in the Uncompahgre Wild and Scenic River Suitability Report (BLM 2011). (Refer to Appendix B.) (Figures 2-35 and 2-38, Appendix A)<br>○ Allowable use: Close "wild" segments to mineral material disposal.<br>○ Allowable use: Close "wild" segments to non-energy solid mineral leasing.<br>○ Allowable use: Close "wild" segments to coal leasing.<br>○ Petition the Secretary of the Interior to withdraw "wild" segments from locatable mineral entry. | | Prohibit surface occupancy within the WSR study corridor, as defined in the Uncompahgre Wild and Scenic River Suitability Report (BLM 2011), of segments determined to be suitable for inclusion in the National Wild and Scenic Rivers System. (Refer to Appendix B.) (Figure 2-37, Appendix A)<br>○ Allowable Use: **STIPULATION** CSU-49: *Recreational Segments*. Apply CSU restrictions within the WSR study corridor, as defined in the Uncompahgre Wild and Scenic River Suitability Report (BLM 2011). (Refer to Appendix B.) (Figure 2-37, Appendix A)<br>○ Allowable Use: **STIPULATION** SSR-57: *WSR Segments*. Apply SSR restrictions within the WSR study corridor, as defined in the Uncompahgre Wild and Scenic River Suitability Report (BLM 2011). (Refer |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | to Appendix B.) (Figure 2-40, Appendix A)<br>○ Allowable use: Close to non-energy solid mineral leasing<br>○ Allowable use: Close all segments to mineral materials disposal.<br>○ Allowable use: Close all segments to coal leasing.<br>○ Petition the Secretary of the Interior to withdraw "wild" segments from locatable mineral entry. |
| 549. | **NATIONAL TRAILS AND BLM BYWAYS** | | | |
| 550. | *NATIONAL TRAILS* | | | |
| 551. | **GOAL**:<br>Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated National Scenic, Historic, and Recreation Trails. | | | |
| 552. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Identify and manage National Historic Trails. | | |
| 553. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Evaluate known historic trails for their eligibility for inclusion in the National Historic Trails system (e.g., Old Spanish Trail-northern branch, Ute Trail, Rivera Expedition trail, Dominguez/Escalante Trail, Loring Military Expedition Trail, and Gunnison Expedition Trail) (Figures 2-74 [Alternative B], 2-75 [Alternative C], and 2-76 [Alternative D], Appendix A). | | |
| 554. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage all National Trails except for the Old Spanish National Historic Trail as ROW avoidance | **Action:**<br>Manage all National Trails as ROW avoidance areas (50-meter [164 feet] buffer). | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | areas (0.50-mile buffer on either side of centerline). Manage the Old Spanish National Historic Trail as a ROW avoidance area (50-meter [164 feet] buffer on either side of centerline). | | |
| 555. | Allowable Use: Close all Congressionally designated National Trails to coal leasing (43 CFR 3400.2(a)(4)). | Allowable Use: Same as Alternative A, plus close all Congressionally designated National Trails to mineral materials disposal and non-energy solid mineral leasing (0.5-mile buffer). | Allowable Use: Same as Alternative A, plus close all National Trails to mineral materials disposal and non-energy solid mineral leasing (50-meter [164 feet] buffer). | |
| 556. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-44: *Old Spanish National Historic Trail.* Prohibit surface occupancy within a 0.5-mile buffer of the Old Spanish National Historic Trail center line. (Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use: **STIPULATION** NSO-45: *Old Spanish National Historic Trail.* Prohibit surface occupancy within a 50-meter (164 feet) buffer of the Trails' center line. (Refer to Appendix B.) (Figure 2-36, Appendix A) | Allowable Use: Same as Alternative B. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 557. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-50: *Old Spanish National Historic Trail.* Apply CSU restrictions from 0.5 to 5 miles of either side of the Old Spanish National Historic Trail. (Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use: **STIPULATION** CSU-51: *Old Spanish National Historic Trail.* Apply CSU restrictions from 50 meters (164 feet) to 5 miles of either side of the Old Spanish National Historic Trail. (Refer to Appendix B.) (Figure 2-36, Appendix A) | Allowable Use: Same as Alternative B. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 558. | **Objective:** | **Objective:** | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | No similar objective in current RMPs. | Manage the Tabeguache and Paradox Trails to provide for the ever-increasing outdoor recreation needs of an expanding urban population and to promote the preservation of public access to, travel within, and enjoyment and appreciation of the scenic, natural, and cultural resources of the Tabeguache. | | |
| 559. | **Action:** No similar action in current RMPs. | **Action:** Petition the Secretary of Interior to designate the Tabeguache and Paradox Trails as National Recreation Trails as described in the National Trails System Act of 2002 (Public Law 90-543) (Figures 2-74 [Alternative B], 2-75 [Alternative C], and 2-76 [Alternative D], Appendix A). | | |
| 560. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-46: *National Recreation Trails*. Prohibit surface occupancy within 0.5-mile of the center line of designated National Recreation Trails. (Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use: **STIPULATION** NSO-47: *National Recreation Trails*. Prohibit surface occupancy within 200 meters (656 feet) of the center line of designated National Recreation Trails. (Refer to Appendix B.) (Figures 2-36 [Alternative C] and 2-37 [Alternative D], Appendix A) | |
| 561. | *NATIONAL AND BLM BYWAYS* | | | |
| 562. | **GOAL:** Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated byways. | | | |
| 563. | **Objective:** No similar objective in current RMPs. | **Objective:** Support efforts of designated byway corridor management plans and provide assistance in the development of byway facilities: • Grand Mesa Scenic and Historic Byway; • San Juan Skyway (National Scenic Byway and All-American Road); • Unaweep-Tabeguache Scenic and Historic Byway (Colorado Scenic and Historic Byway); and • West Elk Scenic and Historic Byway (Colorado Scenic and Historic Byway). (Refer to Figures 2-74 [Alternative B], 2-75[Alternative C], and 2-76 [Alternative D], Appendix A.) | | |
| 564. | **Action:** No similar action in current RMPs. | **Action:** Designate all National and BLM Byways as VRM Class II within 0.5-mile from either side of | **Action:** Designate all National and BLM Byways as VRM Class III within 0.25-mile from either side of | **Action:** Within 0.5-mile from either side of centerline, designate: • Grand Mesa Scenic Byway as |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | centerline. | centerline. | VRM Class II; • West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12 as VRM Class II; • Remaining portion of West Elk Scenic Byway as VRM Class III; • San Juan Skyway as VRM Class III; and • Unaweep/Tabeguache Byway as VRM Class III. |
| 565. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-48: *Scenic Byways*. Prohibit surface occupancy within the viewshed of scenic byways, up to 0.5-mile. (Refer to Appendix B.) (Figure 2-35, Appendix A) | Allowable Use: **STIPULATION** CSU-52: *Scenic Byways*. Apply CSU restrictions within 0.25-mile of scenic byways. (Refer to Appendix B.) (Figure 2-36, Appendix A) | Allowable Use: **STIPULATION** CSU-53: *Scenic Byways*. Apply CSU restrictions within 0.5-mile of scenic byways. (Refer to Appendix B.) (Figure 2-37, Appendix A) |
| 566. | **WATCHABLE WILDLIFE AREAS** | | | |
| 567. | **GOAL:** Provide opportunities for publics to see and enjoy native wildlife. | | | |
| 568. | **Objective:** No similar objective in current RMPs. | **Objective:** Designate and provide information to the public on Watchable Wildlife Areas. | **Objective:** No similar objective. | **Objective:** Evaluate areas for possible designation as Watchable Wildlife Areas. |
| 569. | **Action:** No similar action in current RMPs. | **Action:** Designate the following as Watchable Wildlife Areas. Focus management on enhancing wildlife habitat in these areas and | **Action:** No similar action. | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | providing opportunities for the public to view and learn about the wildlife of these areas. • Uncompahgre Riverway; • Billy Creek; and • San Miguel River ACEC (IBA). (Figure 2-60, Appendix A) | | |
| 570. | **Action:** Where feasible, complete wildlife habitat improvements to enhance wildlife viewing in association with cultural values (emphasis area F) (BLM 1985) | **Action:** Where feasible, complete wildlife habitat improvements to enhance fish/wildlife viewing opportunities, while maintaining protection of fish/wildlife. | **Action:** No similar action. | |
| 571. | **Action:** No similar action in current RMPs. | **Action:** Manage 20 acres of Uncompahgre River Watchable Wildlife Area to protect and enhance migratory and breeding bird and native fish habitat. | **Action:** No similar action. | |
| 572. | **Action:** No similar action in current RMPs. | **Action:** Manage 2,990 acres of Billy Creek Watchable Wildlife Area, in coordination with CPW, to protect and enhance migratory and breeding bird and big game habitat. | **Action:** No similar action. | |
| 573. | **Action:** No similar action in current RMPs. | **Action:** Manage 22,840 acres of San Miguel Watchable Wildlife Area to protect and enhance migratory and breeding bird and native fish | **Action:** No similar action. | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | habitat. | | |
| 574. | **Action:** No similar action in current RMPs. | **Action:** In coordination with CPW and local wildlife-related organizations (e.g., Black Canyon Audubon, Colorado Breeding Bird Atlas, Colorado Natural Areas Program, hunting groups), evaluate known wildlife concentration areas or areas with special wildlife interest for possible additional designation as watchable wildlife areas. | **Action:** No similar action. | **Action:** Same as Alternative B. |
| 575. | **Action:** No similar action in current RMPs. | **Action:** Provide facilities such as informational and interpretive signs, designated trail systems, and restrooms, as needed to provide enhanced visitor use, enjoyment, and safety. Provide adequate protection (e.g., signing, use stipulations, barricades, fences) as needed to protect sensitive species and their habitats. | **Action:** No similar action. | **Action:** If watchable wildlife areas are designated, same as Alternative B. |
| 576. | **Support** | | | |
| 577. | **NATIVE AMERICAN TRIBAL USES** | | | |
| 578. | **GOAL:** Manage public lands in a manner that accommodates American Indian religious traditions, practices, and beliefs. | | | |
| 579. | **Objective:** Allow the appropriate tribal governments to consult on a government-to-government basis on developments or projects on public lands | | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | which may affect Native American Religious Concerns. | | | |
| 580. | **Action:** Follow current management practices as guided by directives contained in BLM 8120, American Indian Religious Freedom Act (42 USC 1996), Native American Graves Protection and Repatriation Act (25 USC 3001), Executive Order 13007 (Indian Sacred Sites), and Executive Order 13084 (Tribal Consultation). | | | |
| 581. | **Action:** During project planning, consult with tribes regarding visual resources in connection with Native American religious values and practices. If visual resources in the project proposal area are important to traditional and religious tribal values, consider modifying or mitigating the project. If the project modification or mitigation cannot be accomplished to the satisfaction of the concerned parties, consider canceling the project at the discretion of the BLM Authorized Officer. | | | |
| 582. | **Action:** Continue and expand consulting and educational program partnerships with the Northern Ute Tribe, Southern Ute Tribe, and Ute Mountain Ute tribes. | | | |
| 583. | **Action:** Continue Native American consultation to identify any traditional cultural properties, sacred/religious sites, or special use areas through letters, phone calls, and on-site visits. If any areas are identified or become known through the Native American notification or consultation process, address their concerns through site- and project-specific modification and/or mitigation. | | | |
| 584. | **Action:** Protect and preserve Native American cultural and sacred sites and Native American access to these sites whenever possible. Take no action that would adversely affect these areas or locations without consultation with the appropriate Native American tribes (Executive Orders 13007 and 13084). | | | |
| 585. | **Action:** In cooperation with Tribal entities, allow qualified Native Americans appropriate access to Public Lands in order to practice spiritual traditions and beliefs and to gather resources needed for these practices. | | | |
| 586. | **PUBLIC HEALTH AND SAFETY** | | | |
| 587. | **GOAL:** Manage public lands to reduce hazardous risks to protect lives, resources, and property. Enhance public health in cooperation with local communities. | | | |
| 588. | **Objective:** No similar objective in current RMPs. | **Objective:** Reduce risks from potential hazard sites and pursue the reduction of hazards. | | |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 589. | **Action:** Post caution signs for the public in the North Delta unexploded ordinance area. | **Action:** No similar action, this action has been completed. | | |
| 590. | **Action:** Require project proponents in the North Delta unexploded ordinance area to clear the affected project area on a project-specific basis. | | | |
| 591. | Allowable Use: **LEASE NOTICE** LN-UFO-8/LN-1: *Unexploded Ordinance*. The lease area is known to contain unexploded ordinance. The Colorado National Guard and Army Reserve used the lease area as a practice area for military training in the past. Periodic surface searches for ordinance may not have located and removed all of the ordinance. Prior to any new activity on the lease area, a survey for surface and subsurface unexploded ordinance is required to avoid impacts to health and safety. Lessees must contact the UFO prior to any surface activities associated with this lease. The lessee will be required to coordinate with the Colorado National Guard, Army Reserve, and the Colorado Department of Public Health and Environment to conduct additional surveys to ensure that there is no unexploded ordinance present on the proposed disturbance sites and appropriate actions are taken to be sure the sites are safe for use. BLM may recommend modifications to exploration and development proposals to avoid impacts to health and safety. The lease holder agrees to indemnify the United States against any liability arising from the lease holder's and its agents' activities on the lease area. | | | |
| 592. | **Action:** No similar action in current RMPs. | **Action:** To the extent possible, conduct hazardous material response and reclaim sites in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR 300) and the Comprehensive Environmental Response, Compensation, and Liability Act. | | |
| 593. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: Close the DOE Uranium Mill Tailings Remedial Action Area to mineral materials disposal. | | |
| 594. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-49/NGD-29: *DOE Uranium Mill Tailings Remedial Action Area*. Prohibit surface occupancy and surface-disturbing activities in the supplemental standard area around Uravan associated with the US DOE Uranium Mill Tailings Remedial Action Area. (Refer to Appendix B.) (Figures 2-35 and 2-38 [Alternative B], 2-36 and 2-39 [Alternative C], and 2-37 and 2-40 [Alternative D], Appendix A) | | |
| 595. | **Action:** No similar action. | **Action:** Manage new and abandoned mine | **Action:** Manage abandoned mine lands | **Action:** Manage new and abandoned |

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | lands projects to include road closures and rehabilitation to reduce active erosion. | projects to include rehabilitation to reduce active erosion. | mine lands projects to include rehabilitation to reduce active erosion. Consider closing routes as part of comprehensive travel management planning. |
| 596. | **Action:** No similar action. | **Action:** Provide for public safety in the event of a burning or smoldering coal seam. | | |

**Table 2-3**
**Summary of Wild and Scenic River Study Segments (Alternatives A and B)**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Gunnison River Segment 2 | 0.4 | 0.4 | 130 | 90 | Recreational | Fish |
| Monitor Creek | 9.4 | 9.4 | 2,730 | 2,610 | Wild | Vegetation |
| Potter Creek | 9.8 | 9.8 | 2,880 | 2,830 | Wild | Vegetation |
| Roubideau Creek Segment 1 | 10.7 | 10.0 | 2,850 | 2,700 | Wild | Recreational, Wildlife, Cultural, Vegetation |
| Roubideau Creek Segment 2 | 7.6 | 3.5 | 2,200 | 1,330 | Scenic | Wildlife, Vegetation |
| Deep Creek | 2.6 | 0.6 | 810 | 130 | Scenic | Fish |
| West Fork Terror Creek | 1.2 | 0.5 | 390 | 150 | Scenic | Fish |
| Beaver Creek | 14.3 | 14.2 | 4,290 | 3,710 | Scenic | Vegetation |
| Dry Creek | 10.5 | 10.4 | 2,730 | 2,640 | Wild | Scenic, Geologic |
| Naturita Creek | 25.0 | 10.0 | 6,420 | 3,240 | Scenic | Fish |
| Saltado Creek | 5.6 | 4.1 | 1,760 | 1,450 | Wild | Vegetation |
| San Miguel River Segment 1 | 27.2 | 17.3 | 8,440 | 6,680 | Recreational | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology |
| San Miguel River Segment 2 | 4.0 | 3.6 | 1,260 | 1,110 | Wild | Scenic, Recreational, Wildlife, Vegetation |
| San Miguel River Segment 3 | 7.3 | 5.3 | 2,290 | 1,880 | Scenic | Recreational, Fish, Wildlife, Vegetation |
| San Miguel River Segment 5 | 14.0 | 2.6 | 4,270 | 2,660 | Recreational | Recreational, Fish, Historic, Vegetation |
| San Miguel River Segment 6 | 3.2 | 2.3 | 990 | 810 | Recreational | Recreational, Fish, Historic, Vegetation |
| Tabeguache Creek Segment 1 | 3.6 | 3.6 | 1,080 | 1,080 | Wild | Vegetation |

**Table 2-3** *(continued)*
**Summary of Wild and Scenic River Study Segments (Alternatives A and B)**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Tabeguache Creek Segment 2 | 11.6 | 7.9 | 2,970 | 2,480 | Recreational | Cultural, Vegetation |
| Lower Dolores River | 10.5 | 6.9 | 2,910 | 1,990 | Scenic | Scenic, Recreational, Geologic, Fish, Wildlife |
| North Fork Mesa Creek | 8.5 | 5.8 | 2,170 | 1,740 | Scenic | Vegetation |
| Dolores River Segment 1a *(portion within the Dolores River Canyon WSA)* | 8.7 | 8.7 | 1,880 | 1,880 | Wild | Recreational, Scenic, Fish, Wildlife, Geology, Ecologic, Archaeology |
| Dolores River Segment 1b *(portion from the Dolores River Canyon WSA to Bedrock)* | 3.2 | 0.9 | 950 | 460 | Recreational | Recreational, Scenic, Fish, Wildlife, Geology, Ecologic, Archaeology |
| Dolores River Segment 2 | 11.5 | 5.4 | 3,240 | 1,820 | Recreational | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation |
| Ice Lake Creek Segment 2 | 0.6 | 0.3 | 180 | 100 | Scenic | Scenic |
| La Sal Creek Segment 1 | 4.8 | 0.6 | 1,350 | 720 | Recreational | Fish, Vegetation |
| La Sal Creek Segment 2 | 4.5 | 3.8 | 1,170 | 1,030 | Scenic | Fish, Vegetation |
| La Sal Creek Segment 3 | 3.4 | 3.4 | 910 | 900 | Wild | Scenic, Recreational, Fish, Cultural, Vegetation |
| Lion Creek Segment 2 | 1.6 | 1.3 | 490 | 400 | Scenic | Vegetation |
| Spring Creek | 2.7 | 1.5 | 830 | 630 | Recreational | Vegetation |

Sources: BLM 2010b, BLM and US Forest Service 2007

**Table 2-4**
**Summary of Wild and Scenic River Study Segments (Alternative D)**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Monitor Creek | 9.4 | 9.4 | 2,540 | 2,540 | Wild | Fish, Vegetation |
| Potter Creek | 9.8 | 9.8 | 2,810 | 2,810 | Wild | Fish, Vegetation |
| Roubideau Creek Segment 1 | 9.9 | 9.9 | 2,680 | 2,680 | Wild | Recreational, Wildlife, Cultural, Vegetation |
| Beaver Creek | 14.3 | 14.2 | 4,170 | 3,640 | Recreational | Vegetation |
| Saltado Creek | 5.6 | 5.6 | 1,640 | 1,340 | Wild | Vegetation |
| San Miguel River Segment 1 | 27.2 | 17.3 | 8,360 | 6,680 | Recreational | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology |
| San Miguel River Segment 2 | 4.0 | 3.6 | 1,260 | 1,100 | Wild | Scenic, Recreational, Wildlife, Vegetation |
| San Miguel River Segment 3 | 4.5 | 4.5 | 1,350 | 1,350 | Recreational | Recreational, Fish, Wildlife, Vegetation |
| San Miguel River Segment 5 | 7.5 | 1.3 | 2,340 | 1,740 | Recreational | Recreational, Fish, Historic, Vegetation |
| San Miguel River Segment 6 | 2.1 | 2.1 | 390 | 390 | Recreational | Recreational, Fish, Historic, Vegetation |
| Tabeguache Creek Segment 1 | 3.4 | 3.4 | 1,010 | 1,010 | Wild | Vegetation |
| Lower Dolores River | 4.2 | 4.2 | 630 | 630 | Scenic | Scenic, Recreational, Geologic, Fish, Wildlife |
| Dolores River Segment 1a | 8.7 | 8.7 | 1,950 | 1,950 | Wild | Recreational, Scenic, Fish, Wildlife, Geology, Ecologic, Archaeology |

**Table 2-4** *(continued)*
**Summary of Wild and Scenic River Study Segments (Alternative D)**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Dolores River Segment 2 | 5.3 | 5.3 | 1,230 | 1,230 | Recreational | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation |
| La Sal Creek Segment 2 | 3.3 | 3.3 | 790 | 790 | Recreational | Fish, Vegetation |
| La Sal Creek Segment 3 | 3.4 | 3.4 | 800 | 800 | Wild | Scenic, Recreational, Fish, Cultural, Vegetation |

Sources: BLM 2010b, BLM and US Forest Service 2007

## 2.7 Summary Comparison of Environmental Consequences

To be completed.

**Table 2-5**
**Summary of Environmental Consequences of Alternatives A, B, C, and D**

| Resource/Resource Use | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| To be completed. | | | | |

## 2.8 References

Alaska Department of Natural Resources, Division of Oil and Gas. 2009. Beaufort Sea Areawide Oil and Gas Lease Sale, Final Finding of the Director. November 9, 2009. Appendix C, Directional and Extended Reach Drilling. Internet Web site: http://dog.dnr.alaska.gov/Leasing/Documents%5CBIF%5CBeaufort_Sea%5CBeaufortSea_FinalBIF_Chap00_CoverPages.pdf. Accessed November 28, 2011.

Alpine Archaeological Consultants. 2010. Class I Cultural Resource Overview of the BLM Uncompahgre Field Office.

BLM (US Department of the Interior, Bureau of Land Management). 1985. San Juan/San Miguel Planning Area Resource Management Plan and Record of Decision. BLM, Montrose District, CO. September 1985.

______. 1989a. Uncompahgre Basin Resource Management Plan and Record of Decision. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. July 1989.

______. 1989b. Final Wilderness EIS for the Uncompahgre Basin. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. September 1989.

______. 1991a. Colorado Oil and Gas Development Final Environmental Impact Statement. BLM, Colorado State Office, Lakewood, CO. February 3, 1997.

______. 1991b. Wilderness Study Report. BLM, Montrose District, Montrose District Study Areas, CO. October 1991.

______. 1992. Fire Management EA # CO-030-U-92-20. BLM, Uncompahgre Basin Resource Area, Montrose CO. June 30, 1992.

______. 1993a. Proposed Area of Critical Environmental Concern and Special Recreation Management Area on the San Miguel River Environmental Assessment. BLM, Montrose District, San Juan/San Miguel Planning Area, CO. February 1993.

______. 1993b. Mesa Creek Coordinated Resource Management Plan and Environmental Assessment. BLM, Uncompahgre Basin Resource Area, Montrose District, CO. May 27, 1993.

______. 1993c. Manual 8351: Wild and Scenic Rivers—Policy and Program Direction for Identification, Evaluation, and Management. Rel. 8-62, December 22, 1993. BLM, Washington, DC.

______. 1994. Land Disposal RMP Amendment, CO-034-94-23. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. September 1994.

______. 1995. Manual 8550: Interim Management Policy and Guidelines for Lands Under Wilderness Review. Rel. 8-66, July 5, 1995. BLM, Washington DC.

______. 1997. BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado. BLM, Colorado State Office, Lakewood, Colorado. February 3, 1997.

______. 2005. Record of Decision for Implementation of a Wind Energy Development Program and Associated Land Use Plan Amendments. BLM, Washington, DC. December 15, 2005.

______. 2006. BLM Handbook H-2930-1: Recreation Permit Administration. Rel. 2-295. BLM, Washington, DC. August 7, 2006. 93 pp.

______. 2007. Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Final Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno, NV. June 2007.

______. 2008. Environmental Assessment for Withdrawal for Protection of Townsend's Big-eared Bat Maternity Roosting Sites. EA No. CO-150-2008-15. BLM, Uncompahgre Field Office, Grand Junction Field Office, and Dolores Public Lands Office. December 2008.

______. 2009. Dry Creek Travel Management Plan, CO-150-2008-33 EA. BLM, Uncompahgre Field Office, CO. December 2009.

______. 2010a. OHV Area Designations, DOI-BLM-CO-S050-2008-0064 EA. BLM, Uncompahgre Field Office, CO. February 2010.

______. 2010b. Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. June 2010.

______. 2010c. Weed Management Strategy Including Strategy by Species for the Uncompahgre Field Office and Gunnison Gorge NCA. Compiled 2007-2008, Updated March 2010. BLM, Uncompahgre Field Office, Montrose, CO.

______. BLM 2011. Draft Wild and Scenic River Suitability Report for the BLM Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. September 2011.

BLM (US Department of the Interior, Bureau of Land Management) and US Forest Service (US Department of Agriculture, Forest Service). 2007. San Juan Public Lands Draft Land Management Plan and Draft Environmental Impact Statement. San Juan Public Lands Center, Durango, CO. December 2007.

DOE (US Department of Energy) and BLM (US Department of the Interior, Bureau of Land Management). 2009. Approved Resource Management Plan Amendments/Record of Decision (ROD) for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States (BLM/WO-GI-09-005-1800). January 2009.

Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse rangewide conservation plan. Colorado Division of Wildlife, Denver, Colorado, USA.

Case No. 1:20-cv-02484-MSK Document 61-16 filed 04/28/21 USDC Colorado pg 152 of 230

Lambeth, R. E. and D. R. Reeder. 2009. Migratory Bird Status Literature Review. Prepared by Rare Earth Science, LLC, for the US Bureau of Land Management, Uncompahgre Field Office, Montrose, Colorado.

Neely, B., S. Panjabi, E. Lane, P. Lewis, C. Dawson, A. Kratz, B. Kurzel, T. Hogan, J. Handwerk, S. Krishnan, J. Neale, and N. Ripley. 2009. Colorado Rare Plant Conservation Strategy. Developed by the Colorado Rare Plant Conservation Initiative. The Nature Conservancy, Boulder, Colorado. 117 pp. http://www.cnhp.colostate.edu/teams/botany.asp

Otak. 2009. Visual Resource Inventory. Prepared for the Uncompahgre Field Office, Montrose, CO. September 2009.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. W., N. Warren, D. Wenger, and A. Williamson. 2000. Canada Lynx Conservation Assessment and Strategy. US Department of Agriculture, Forest Service, US Department of the Interior, Fish and Wildlife Service, US Department of the Interior, Bureau of Land Management, and US Department of the Interior, National Park Service. Missoula, MT.

USBR (US Department of Interior, Bureau of Reclamation) and BLM (US Department of Interior, Bureau of Land Management). 1983. Interagency Agreement between the Bureau of Reclamation and the Bureau of Land Management. Washington, DC. March 25, 1983.

US Forest Service (US Department of Agriculture, Forest Service) and BLM (US Department of the Interior, Bureau of Land Management). 2001. Gunnison Travel Interim Restrictions. US Forest Service, Grand Mesa, Uncompahgre, and Gunnison National Forests, and BLM, Gunnison and Uncompahgre Field Offices, CO. March 2001.

Wilson, D. E. and S. Ruff. 1999. The Smithsonian Book of North American Mammals, Smithsonian Institution. pp 148-150.

BLM_0112345

Case No. 1:20-cv-02484-MSK Document 61-16 filed 04/28/21 USDC Colorado pg 153 of 230

2. Alternatives (References)

This page intentionally left blank.

2-326 *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement Chapter 2, Alternatives – Internal Draft for Impacts Analysis* April 2012

BLM_0112346

# GLOSSARY

**2920 Permits.** Land use authorizations processed under 43 CFR 2920 that can include agricultural, industrial, commercial, or residential uses, such as commercial filming, advertising displays, apiaries, commercial or noncommercial croplands, or temporary or permanent facilities for commercial purposes. Section 302 of the Federal Land Policy and Management Act provides BLM's authority to issue these types of leases and permits.

**Abandoned nest.** A nest that was occupied by breeding birds earlier in the breeding season but was abandoned at some point during breeding (e.g., failed eggs, death of young).

**Acquired lands.** Acquired lands, as distinguished from public lands, are those lands in federal ownership which have been obtained by the Government by purchase, condemnation, or gift, or by exchange for such purchased, condemned or donated lands, or for timber on such lands.

**Acquisition.** Acquisition of lands can be pursued to facilitate various resource management objectives. Acquisitions, including easements, can be completed through exchange, Land and Water Conservation Fund purchases, donations, or receipts from the Federal Land Transaction Facilitation Act sales or exchanges.

**Active nest site.** A raptor nest site that is currently occupied by a pair of breeding raptors.

**Activity plan.** A type of implementation plan (see *Implementation plan*); an activity plan usually describes multiple projects and applies best management practices to meet land use plan objectives. Examples of activity plans include interdisciplinary management plans, habitat management plans, recreation area management plans, and grazing plans.

**Actual use.** The amount of animal unit months consumed by livestock based on the numbers of livestock and grazing dates submitted by the livestock operator and confirmed by periodic field checks by the BLM.

**Adaptive management.** A type of natural resource management in which decisions are made as part of an ongoing science-based process. Adaptive management involves testing, monitoring,

and evaluating applied strategies, and incorporating new knowledge into management approaches that are based on scientific findings and the needs of society. Results are used to modify management policy, strategies, and practices.

**Administrative access.** Administrative access pertains to travel on routes that are limited to authorized users (typically motorized access). These are existing routes that lead to developments that have an administrative purpose, where the BLM or a permitted user must have access for regular maintenance or operation.

**Air basin.** A land area with generally similar meteorological and geographic conditions throughout. To the extent possible, air basin boundaries are defined along political boundary lines and include both the source and receptor areas.

**Air pollution.** Degradation of air quality resulting from unwanted chemicals or other materials occurring in the air.

**Air quality classes.** Classifications established under the Prevention of Significant Deterioration portion of the Clean Air Act, which limits the amount of air pollution considered significant within an area. Class I applies to areas where almost any change in air quality would be significant; Class II applies to areas where the deterioration normally accompanying moderate well-controlled growth would be insignificant; and Class III applies to areas where industrial deterioration would generally be insignificant.

**Airshed.** A subset of air basin, the term denotes a geographical area that shares the same air because of topography, meteorology and climate.

**Allotment.** An area of land in which one or more livestock operators graze their livestock. Allotments generally consist of BLM lands but may include other federally managed, state-owned, and private lands. An allotment may include or more separate pastures. Livestock numbers and periods of use are specified for each allotment.

**Allotment management plan (AMP).** A concisely written program of livestock grazing management, including supportive measures if required, designed to attain specific, multiple-use management goals in a grazing allotment. An AMP is prepared in consultation with the permittee(s), lessee(s), and other affected interests. Livestock grazing is considered in relation to other uses of the range and to renewable resources, such as watershed, vegetation, and wildlife. An AMP establishes seasons of use, the number of livestock to be permitted, the range improvements needed, and the grazing system.

**Allowable cut.** The amount of timber, which can be harvested on an annual or decadal basis consistent with the principle of sustained yield. The allowable cut includes all planned timber harvest volumes exclusive of such products as Christmas trees, branches, and cones.

**Allowable sale quantity (ASQ).** The quantity of timber that may be sold from an area covered by a land management plan during a period specified by the plan, usually expressed as the average annual allowable sale quantity.

**All-terrain vehicle.** A motorized vehicle that is less than 50 inches in width and is capable of operating on roads, trails, or designed areas that are not maintained. A wheeled vehicle, other than a snowmobile, that has a wheelbase and chassis of 50 inches in width or less, generally has a dry weight of 800 to 1200 pounds or less, and travels on three or more low-pressure tires.

**Alluvial soil.** A soil developing from recently deposited alluvium and exhibiting essentially no horizon development or modification of the recently deposited materials.

**Alluvium.** Clay, silt, sand, gravel, or other rock materials transported by moving water. Deposited in comparatively recent geologic time as sorted or semi-sorted sediment in rivers, floodplains, lakes, and shores, and in fans at the base of mountain slopes.

**Alternate nest (inactive nest) site.** A raptor nest site that has been used in the past by and within the territory of a breeding pair of raptors. The nest site still maintains the characteristics of a nest structure and habitat features of a nest site but is not currently in use.

**Ambient air quality.** The state of the atmosphere at ground level as defined by the range of measured and/or predicted ambient concentrations of all significant pollutants for all averaging periods of interest.

**Ambient noise.** The all-encompassing noise level associated with a given environment, being a composite of sounds from all sources.

**Amendment.** The process for considering or making changes in the terms, conditions, and decisions of approved Resource Management Plans or management framework plans. Usually only one or two issues are considered that involve only a portion of the planning area.

**Analysis of the Management Situation (AMS).** Assessment of the current management direction. It includes a consolidation of existing data needed to analyze and resolve identified issues, a description of current BLM management guidance, and a discussion of existing problems and opportunities for solving them.

**Ancient (vegetation).** Very old woodlands or forests (450 years or more) with old growth stand structure that has persisted through multiple droughts.

**Animal Unit Month (AUM).** The amount of forage necessary for the sustenance of one cow or its equivalent for a period of one month.

**Aquatic**. Living or growing in or on the water.

**Area of Critical Environmental Concern (ACEC).** Special Area designation established through the BLM's land use planning process (43 CFR 1610.7-2) where special management attention is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards. The level of allowable use within an ACEC is established through

the collaborative planning process. Designation of an ACEC allows for resource use limitations in order to protect identified resources or values.

**Assets.** Term utilized to describe roads, primitive roads, and trails that comprise the transportation system. Also the general term utilized to describe all BLM constructed "Assets" contained within the Facility Asset Management System.

**Atmospheric deposition.** Air pollution produced when acid chemicals are incorporated into rain, snow, fog, or mist and fall to the earth. Sometimes referred to as "acid rain" and comes from sulfur oxides and nitrogen oxides, products of burning coal and other fuels and from certain industrial processes. If the acid chemicals in the air are blown into the area where the weather is wet, the acids can fall to earth in the rain, snow, fog, or mist. In areas where the weather is dry, the acid chemicals may become incorporated into dust or smoke.

**Attainment area.** A geographic area in which levels of a criteria air pollutant meet the health-based National Ambient Air Quality Standard for that specific pollutant.

**Attenuation.** The reduction of sound intensity and energy as a function of distance traveled.

**Avoidance area.** *See "right-of-way avoidance area" definition.*

**Backcountry.** Lands which are remote from development and typically difficult to access.

**Backcountry byway.** Vehicle routes that traverse scenic corridors using secondary or backcountry road systems. National backcountry byways are designated by the type of road and vehicle needed to travel the byway.

**Badland.** A type of dry terrain where softer sedimentary rocks and clay-rich soils have been extensively eroded by wind and water. An example of badland terrain in the UFO is the Adobe Badlands Wilderness Study Area.

**Beneficial outcomes.** Also referenced as "recreation benefits;" improved conditions, maintenance of desired conditions, prevention of worse conditions, and realization of desired experiences.

**Best Management Practice (BMP).** A method, process, or activity, or usually a combination of these, that are determined by a State or a designated planning agency to be the most effective and practicable means (including technological, economic, and institutional considerations) of managing or controlling particular conditions or circumstances. BMPs are a suite of voluntary, accepted measures that may or may not be applied to or enforced for any given project.

**Big game.** Indigenous, ungulate (hoofed) wildlife species that are hunted, such as elk, deer, bison, bighorn sheep, and pronghorn antelope.

**Biodiversity (biological diversity).** The variety of life and its processes, and the interrelationships within and among various levels of ecological organization. Conservation, protection, and restoration of biological species and genetic diversity are needed to sustain the health of existing biological systems. Federal resource management agencies must examine the

implications of management actions and development decisions on regional and local biodiversity.

**Biological Core Area.** The central and primary area of habitat for a population of a given species or group of species. Core areas include corridors, which are strips of land that aid in the movement of species between disconnected core areas of their natural habitat. Core areas may be divided into smaller geographical zones.

**Biological Opinion.** A document prepared by US Fish and Wildlife Service stating their opinion as to whether or not a federal action will likely jeopardize the continued existence or adversely modify the habitat of a listed threatened or endangered species.

**Biological soil crust.** A complex association between soil particles and cyanobacteria, algae, microfungi, lichens, and bryophytes that live within or atop the uppermost millimeters of soil.

**BLM Sensitive Species.** Those species that are not federally listed as endangered, threatened, or proposed under the Endangered Species Act, but that are designated by the BLM State Director under 16 USC 1536(a)(2) for special management consideration. By national policy, federally listed candidate species are automatically included as sensitive species. Sensitive species are managed so they will not need to be listed as proposed, threatened, or endangered under the Endangered Species Act.

**Breccia.** A coarse-grained clastic composed of angular fragments of other rocks held together by a cement or other fine-grained matrix. Can have a sedimentary breccia, fault breccia, collapse breccia, or volcanic breccia.

**Burned area rehabilitation.** Efforts undertaken within three years of containment of a wildfire to repair or improve fire-damaged lands unlikely to recover naturally to management approved conditions, or to repair or replace minor facilities damaged by fire.

**Candidate species.** Taxa for which the US Fish and Wildlife Service has sufficient information on their status and threats to propose the species for listing as endangered or threatened under the Endangered Species Act, but for which issuance of a proposed rule is currently precluded by higher priority listing actions. Separate lists for plants, vertebrate animals, and invertebrate animals are published periodically in the Federal Register (BLM Manual 6840, Special Status Species Manual).

**Categorical Exclusion (CE).** A category of actions (identified in agency guidance) that do not individually or cumulatively have a significant effect on the human environment, and for which neither an environmental assessment nor an environmental impact statement is required (40 CFR 1508.4), but a limited form of NEPA analysis is performed.

**Chemical vegetation treatment**. Application of herbicides to control invasive species/noxious weeds and/or unwanted vegetation. To meet resource objectives the preponderance of chemical treatments would be used in areas where cheatgrass or noxious weeds have invaded sagebrush steppe.

**Chert**. A hard, dense microcrystalline sedimentary rock formed of microscopic, interlocking crystals of quartz. Can form concretions, nodules, or be bedded.

**Citizen Wilderness Proposal.** Areas that have been inventoried and proposed for Wilderness designation by citizens.

**Classified surface water supply segment.** A "public water system," as defined by the State of Colorado, beginning at the surface water point of intake and extending 5 miles upstream.

**Clastic**. A sedimentary rock composed of fragments of other rocks that are transported mechanically to their place of deposition. Shale, siltstone, sandstone, conglomerate are all classic rocks.

**Clean Air Act (CAA) of 1963 and amendments.** Federal legislation governing air pollution control.

**Climate change.** Any significant change in measures of climate (such as temperature, precipitation, or wind) lasting for an extended period (decades or longer). Climate change may result from:

- natural factors, such as changes in the sun's intensity or slow changes in the Earth's orbit around the sun;
- natural processes within the climate system (e.g., changes in ocean circulation); and
- human activities that change the atmosphere's composition (e.g., through burning fossil fuels) and the land surface (e.g., deforestation, reforestation, urbanization, desertification, etc.).

**Climax vegetative community.** The final vegetation community and highest ecological development of a plant community that emerges after a series of successive vegetational stages. The climax community perpetuates itself indefinitely unless disturbed by outside forces.

**Closed area.** An area where one or more uses are prohibited either temporarily or over the long term. Areas may be closed to uses such as, but not limited to, off-road vehicles, mineral leasing, mineral or vegetative material collection, or target shooting. In off-road vehicle use closed areas, motorized and mechanized off-road vehicle use is prohibited. Use of motorized and mechanized off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5).

**Collaboration.** A cooperative process in which interested parties, often with widely varied interests, work together to seek solutions with broad support for managing public and other lands. Collaboration may take place with any interested parties, whether or not they are a cooperating agency.

**Collaborative partnerships.** Refers to people working together, sharing knowledge and resources, to achieve desired outcomes for public lands and communities within statutory and regulatory frameworks.

**Common use area.** Areas designated to sell various mineral materials (gravel, moss rock, etc.) to the public through purchase of a permit from the BLM Field Office.

**Comprehensive trails and travel management.** The proactive interdisciplinary planning; on-the-ground management and administration of travel networks (both motorized and non-motorized) to ensure public access, natural resources, and regulatory needs are considered. It consists of inventory, planning, designation, implementation, education, enforcement, monitoring, easement acquisition, mapping and signing, and other measures necessary to provide access to public lands for a wide variety of uses (including uses for recreational, traditional, casual, agricultural, commercial, educational, landing strips, and other purposes).

**Concession leases.** Authorize the operation of recreation-oriented services and facilities by the private sector, on BLM-administered lands, in support of BLM recreation programs. The concessionaire is authorized through a concession lease administered on a regular basis. The lease requires the concessionaire to pay fees to the BLM in exchange for the opportunity to carry out business activity. BLM Handbook H-2930-1, Recreation Permit Administration, provides consistent and explicit direction to supplement the Recreation Permit Administration Manual 2930 and regulations set forth in 43 CFR 2930.

**Condition class (fire regimes).** Fire regime condition classes are a measure describing the degree of departure from historical fire regimes, possibly resulting in alterations of key ecosystem components, such as species composition, structural stage, stand age, canopy closure, and fuel loadings. One or more of the following activities may have caused this departure: fire suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plant species, introduced insects or disease, or other management activities.

**Condition of approval (COA).** Condition or provision (requirement) under which an application for a permit to drill or sundry notice is approved.

**Conformance.** A proposed action shall be specifically provided for in the land use plan or, if not specifically mentioned, shall be clearly consistent with the goals, objectives, or standards of the approved land use plan.

**Conservation agreement.** A formal signed agreement between the US Fish and Wildlife Service or National Oceanographic and Atmospheric Administration-Fisheries and other parties that implement specific actions, activities, or programs designed to eliminate or reduce threats to, or otherwise improve the status of, a species. Conservation agreements can be developed at a state, regional, or national level and generally include multiple agencies at both the state and federal level, as well as tribes. Depending on the types of commitments the BLM makes in a conservation agreement and the level of signatory authority, plan revisions or amendments may be required before the conservation agreement is signed or subsequently in order to implement the conservation agreement.

**Conservation strategy.** A strategy outlining current activities or threats that are contributing to the decline of a species, along with the actions or strategies needed to reverse or eliminate such a decline or threats. Conservation strategies are generally developed for species of plants and animals that are designated as BLM sensitive species or that have been determined by the

US Fish and Wildlife Service or National Oceanographic and Atmospheric Administration-Fisheries to be federal candidates under the ESA.

**Controlled Surface Use (CSU).** CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values and is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads). CSU areas are open to fluid mineral leasing but the stipulation allows the BLM to require special operational constraints, or the activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value.

**Cooperating Agency.** Assists the lead federal agency in developing an environmental assessment or environmental impact statement. These can be any agency with jurisdiction by law or special expertise for proposals covered by NEPA (40 CFR 1501.6). Any tribe or Federal, State, or local government jurisdiction with such qualifications may become a cooperating agency by agreement with the lead agency.

**Core.** *See "biological core area" definition.*

**Corridor.** A strip of land that aids in the movement of species between disconnected core areas of their natural habitat.

**Council on Environmental Quality (CEQ).** An advisory council to the President of the US established by the National Environmental Policy Act of 1969. It reviews federal programs to analyze and interpret environmental trends and information.

**Criteria pollutant.** The US EPA uses six "criteria pollutants" as indicators of air quality, and has established for each of them a maximum concentration above which adverse effects on human health may occur. These threshold concentrations are called National Ambient Air Quality Standards. The criteria pollutants are ozone, carbon monoxide, nitrogen dioxide, sulfur dioxide, particulate matter and lead.

**Critical habitat.** An area: A) designated by US Fish and Wildlife Service that is occupied by a threatened or endangered species "on which are found those physical and biological features (1) essential to the conservation of the species, and (2) which may require special management considerations or protection;" or B) on which are found those physical and biological features essential to the conservation of a species that may require special management consideration or protection.

**Crucial habitat types.** The environment essential to plant or animal biodiversity and conservation at the landscape level. Crucial habitats include, but are not limited to, biological core areas, severe winter range, winter concentration areas, reproduction areas, and movement corridors.

**Crucial winter range.** That part of the overall range where 90 percent of the individuals are located during the average five winters out of 10 from the first heavy snowfall to spring green-

up, or during a site-specific period of winter as defined for each Colorado Division of Wildlife Data Analysis Unit.

**Cultural resource high priority sites**. Those sites which have been identified as being in some danger of modification (e.g., vandalism, erosion, heavy visitation, etc.) which would alter the site's eligibility for listing on the National Register of Historic Places.

**Cultural resources**. Locations of human activity, occupation, or use. Cultural resources include archaeological, historic, or architectural sites, structures, or places with important public and scientific uses, and locations of traditional cultural or religious importance to specified social and/or cultural groups.

**Cultural resources inventory.** An inventory to assess the potential presence of cultural resources. There are three classes of surveys:

- **Class I.** An existing data survey. This is an inventory of a study area to (1) provide a narrative overview of cultural resources by using existing information, and (2) compile existing cultural resources site record data on which to base the development of the BLM's site record system.
- **Class II.** A sampling field inventory designed to locate, from surface and exposed profile indications, all cultural resource sites within a portion of an area so that an estimate can be made of the cultural resources for the entire area.
- **Class III.** An intensive field inventory designed to locate, from surface and exposed profile indications, all cultural resource sites in an area. Upon its completion, no further cultural resources inventory work is normally needed.

**Cumulative effects.** The direct and indirect effects of a proposed project alternative's incremental impacts when they are added to other past, present, and reasonably foreseeable actions, regardless of who carries out the action.

**Cyanobacteria.** A blue-green algae or bacteria that obtains its energy through photosynthesis.

**Decision Area.** Lands and federal mineral estate within the planning area that are administered by the BLM.

**Deferred rotation.** Rotation grazing with regard to deferring pastures beyond the growing season, if they were used early the prior year, or that have been identified as needing deferment for resource reasons.

**Degraded vegetation.** Areas where the plant community is not complete or is under threat. Examples include missing components such as perennial forbs or cool season grasses, weed infestations, or lack of regeneration of key species such as sagebrush or cottonwoods trees.

**Designated roads and trails.** Specific roads and trails identified by the BLM (or other agency) where some type of motorized/nonmotorized use is appropriate and allowed, either seasonally or year-long (H-1601-1, BLM Land Use Planning Handbook).

**Desired Future Condition (DFC).** For rangeland vegetation, the condition of rangeland resources on a landscape scale that meet management objectives. It is based on ecological, social, and economic considerations during the land planning process. It is usually expressed as ecological status or management status of vegetation (species composition, habitat diversity, and age and size class of species) and desired soil qualities (soil cover, erosion, and compaction). In a general context, desired future condition is a portrayal of the land or resource conditions that are expected to result if goals and objectives are fully achieved.

**Desired outcomes.** A type of land use plan decision expressed as a goal or objective.

**Directional drilling.** A drilling technique whereby a well is deliberately deviated from the vertical in order to reach a particular part of the oil- or gas-bearing reservoir. Directional drilling technology enables the driller to steer the drill stem and bit to a desired bottom hole location. Directional wells initially are drilled straight down to a predetermined depth and then gradually curved at one or more different points to penetrate one or more given target reservoirs. This specialized drilling usually is accomplished with the use of a fluid-driven downhole motor, which turns the drill bit. Directional drilling also allows multiple production and injection wells to be drilled from a single surface location such as a gravel pad, thus minimizing cost and the surface impact of oil and gas drilling, production, and transportation facilities. It can be used to reach a target located beneath an environmentally sensitive area (Alaska Department of Natural Resources, Division of Oil and Gas 2009).

**Disposal lands.** Transfer of public land out of federal ownership to another party through sale, exchange, Recreation and Public Purposes Act of 1926, Desert Land Entry or other land law statutes.

**Disruptive activities.** Human-caused disturbances that induce stress on a population, community, or ecosystem and cause potential loss of species fitness (survival, reproduction, and recruitment) within crucial habitats or other sensitive areas during specified time periods; may or may not entail surface disturbance. This does not include regular background levels of activity, such as hiking, cross country skiing or livestock grazing, that individuals would be accustomed to. Examples of disruptive activities include:

- Commercial recreation activities, especially large groups;
- Abnormally loud or sustained noise; and
- Road maintenance.

**Diversity.** The relative abundance of wildlife species, plant species, communities, habitats, or habitat features per unit of area.

**Domestic well.** A well serving up to three single-family dwellings, irrigating one acre or less of lawn and garden, and providing water for the individual's domestic animals and livestock.

**Easement.** A right afforded a person or agency to make limited use of another's real property for access or other purposes.

**Ecologic functionality.** These levels include successional processes that are in place, energy and nutrients that are being cycled effectively, and soil that is being appropriately stabilized. An area can be functioning at a basic level of ecologic functionality without meeting land health standards.

**Ecosystem diversity.** The variety of habitats, living communities, and ecological processes in the living world. Ecosystem diversity refers to the diversity of a place at the level of ecosystem. Inherent in ecosystem diversity are both biotic (living) and abiotic (non-living) components. The term differs from biodiversity, which refers to variation in species rather than ecosystems.

**Eligible river.** A river that qualifies for inclusion into the National WSR System through professional judgment that it is free flowing and, with its adjacent land area, possesses at least one river-related value considered to be outstandingly remarkable (M-8351, BLM WSR Policy and Program).

**Emergency stabilization.** Planned actions to stabilize and prevent unacceptable degradation to natural and cultural resources, to minimize threats to life or property resulting from the effects of a fire, or to repair/replace/construct physical improvements necessary to prevent degradation of land or resources. Emergency stabilization actions must be taken within one year following containment of a wildfire.

**Endangered species.** Any species that is in danger of extinction throughout all or a significant portion of its range (BLM Manual 6840, Special Status Species Manual). Under the Endangered Species Act in the US, "endangered" is the more-protected of the two categories. Designation as endangered (or threatened) is determined by USFWS as directed by the Endangered Species Act.

**Endangered Species Act of 1973.** Designed to protect critically imperiled species from extinction as a consequence of economic growth and development untempered by adequate concern and conservation. The Act is administered by two federal agencies, USFWS and the National Oceanic and Atmospheric Administration. The purpose of the Act is to protect species and also the ecosystems upon which they depend (16 US Code 1531-1544).

**Environmental assessment (EA).** A concise public document prepared to provide sufficient evidence and analysis for determining whether to prepare an environmental impact statement or a finding of no significant impact. It includes a brief discussion of the need for the proposal, alternatives considered, environmental impact of the proposed action and alternatives, and a list of agencies and individuals consulted.

**Environmental impact statement (EIS).** A detailed statement prepared by the responsible official in which a major federal action that significantly affects the quality of the human environment is described, alternatives to the proposed action are provided, and effects are analyzed (BLM National Management Strategy for OHV Use on Public Lands).

**Evaluation (plan evaluation).** The process of reviewing the land use plan and the periodic plan monitoring reports to determine whether the land use plan decisions and National

Environmental Policy Act of 1969 analysis are still valid and whether the plan is being implemented.

**Exchange.** A transaction whereby the federal government receives land or interests in land in exchange for other land or interests in land.

**Exclusion area.** *See "right-of-way exclusion area" definition.*

**Exemplary (vegetation).** An area of vegetation that does not show signs of degradation and which may serve as a comparison to illustrate what the vegetation potential is for a given type of environment. Exemplary vegetation meets A-ranked viability criteria as described by the Colorado Natural Heritage Program.

**Existing routes.** The roads, trails, or ways that are used by motorized vehicles (jeeps, all-terrain vehicles, motorized dirt bikes, etc.), mechanized uses (mountain bikes, wheelbarrows, game carts), pedestrians (hikers), and/or equestrians (horseback riders) and are, to the best of BLM's knowledge, in existence at the time of RMP/EIS publication.

**Extensive Recreation Management Area (ERMA).** Administrative units that require specific management consideration in order to address recreation use, demand, or Recreation and Visitor Services program investments. ERMAs are managed to support and sustain the principal recreation activities and the associated qualities and conditions of the ERMA. ERMA management is commensurate and considered in context with the management of other resources and resource uses.

**Extremely Rare Vegetation Communities.** Unique combinations of plant species as identified by terminology and a classification system from the Colorado Natural Heritage Program. These are identified as Potential Conservation Areas with moderate or better Biodiversity Significance and fair or better Viability.

**Federal Land Policy and Management Act of 1976 (FLPMA).** Public Law 94-579, October 21, 1976, often referred to as the BLM's "Organic Act," which provides most of the BLM's legislated authority, direction policy, and basic management guidance (BLM National Management Strategy for OHV Use on Public Lands).

**Federal mineral estate.** Subsurface mineral estate owned by the US and administered by the BLM.

**Fire frequency.** A general term referring to the recurrence of fire in a given area over time.

**Fire Management Plan (FMP).** A plan that identifies and integrates all wildland fire management and related activities within the context of approved land/resource management plans. It defines a program to manage wildland fires (wildfire, prescribed fire, and wildland fire use). The plan is supplemented by operational plans including, but not limited to, preparedness plans, preplanned dispatch plans, and prevention plans. Fire Management Plans assure that wildland fire management goals and components are coordinated.

**Fire severity.** Degree to which a site has been altered or disrupted by fire; loosely, a product of fire intensity and residence time.

**Fire suppression.** All work and activities connected with control and fire-extinguishing operations, beginning with discovery and continuing until the fire is completely extinguished.

**Fluid minerals.** Oil, gas, coal bed natural gas, and geothermal resources.

**Fluvial.** Of or pertaining to rivers or produced by the action of rivers or streams.

**Forage.** All browse and herbaceous foods that are available to grazing animals.

**Forest health.** The condition in which forest ecosystems sustain sufficient complexity, diversity, resiliency, and productivity to provide for specified human needs and values (BLM and Forest Service 1997).

**Forest product disposal.** A term used in old BLM RMPs for the permitted or contractual sale of forest products.

**Four-wheel drive vehicle.** A passenger vehicle or truck having power available to all wheels. Any motorized vehicle that has generally higher clearance than a passenger car and has traction on all four wheels.

**Fragile soils.** Soils having a shallow depth to bedrock, minimal surface layer of organic material, textures that are more easily detached and eroded, or are on slopes over 35 percent.

**Functional/structural group.** A group of species that because of similar shoot or root structure, rooting depth, woody or non-woody stems, plant height, photosynthetic pathways, nitrogen fixing ability, life cycle, etc, perform similar roles or functions in the ecosystem and are grouped together on an ecological site basis.

**Functioning at risk.** Riparian-wetland areas that are in functional condition, but that have an existing soil, water, or vegetation attribute that makes them susceptible to degradation.

**Geographic Information System (GIS).** A system of computer hardware, software, data, people, and applications that capture, store, edit, analyze, and display a potentially wide array of geospatial information.

**Geomorphic balance.** Stream channel size, sinuosity, slope, and substrate are appropriate for its landscape setting and geology.

**Geophysical exploration.** Efforts to locate deposits of oil and gas resources and to better define the subsurface.

**Geothermal energy.** Natural heat from within the Earth captured for production of electric power, space heating, or industrial steam.

**Goal.** A broad statement of a desired outcome; usually not quantifiable and may not have established timeframes for achievement.

**Grandfathered right.** The right to use in a non-conforming manner due to existence prior to the establishment of conforming terms and conditions.

**Grass bank.** A parcel of land for which a term livestock grazing permit has not been issued but is available for livestock grazing authorization under special circumstances. Those circumstances may include but are not limited to instances where livestock grazing on permitted allotments is not available in a given year due to drought conditions or post fire rehabilitation and/or vegetation treatment grazing deferrals.

**Grazing preference.** Grazing preference or preference means the total number of animal unit months on public lands apportioned and attached to base property owned or controlled by a permittee, lessee, or an applicant for a permit or lease. Grazing preference includes active use and use held in suspension. Grazing preference holders have a superior or priority position against others for the purpose of receiving a grazing permit or lease (43 CFR 4100.0-5).

**Grazing system.** Scheduled grazing use and non-use of an allotment to reach identified goals or objectives by improving the quality and quantity of vegetation. Include, but are not limited to, developing pastures, utilization levels, grazing rotations, timing and duration of use periods, and necessary range improvements.

**Green completion. M**ethods that minimize the amount of natural gas and oil vapors that are released to the environment when a well is being flowed during the completion phase of a well.

**Groundwater.** Water held underground in soil or permeable rock, often feeding springs and wells.

**Guidelines.** Actions or management practices that may be used to achieve desired outcomes, sometimes expressed as BMPs. Guidelines may be identified during the land use planning process, but they are not considered a land use plan decision unless the plan specifies that they are mandatory. Guidelines for grazing administration must conform to 43 CFR 4180.2.

**Guzzler.** General term covering guzzler, wildlife drinker, or tenaja. A natural or artificially constructed structure or device to capture and hold rain water, and make it accessible to small and/or large animals. Most guzzlers involve above or below ground piping, storage tanks, and valves. Tenajas are natural depressions in rock, which trap and hold water. To some guzzlers, steps or ladders are sometimes added to improve access and reduce mortality from drowning.

**Habitat.** An environment that meets a specific set of physical, biological, temporal, or spatial characteristics that satisfy the requirements of a plant or animal species or group of species for part or all of their life cycle.

**Habitat Management Plan (HMP).** A written and approved activity plan for a geographical area which identifies habitat management activities to be implemented in achieving specific objectives of planning decisions.

**Hazardous material.** A substance, pollutant, or contaminant that, due to its quantity, concentration, or physical or chemical characteristics, poses a potential hazard to human health and safety or to the environment if released into the workplace or the environment.

**Healthy aquatic community.** Varies by species and numbers of target species present, and channel type, and is characterized by: proper amounts of sediment/silt; a diversity of instream habitat complexity; the development/maintenance of undercut bank habitats'; adequate canopy cover; appropriate holding habitat (pools/minimum pools depth) commensurate with the identified Rosgen channel type; reduced diurnal water temperature fluctuations; appropriate width to depth ratios; and represented by a healthy biological community (fish and macroinvertebrate diversity and abundance reflect water quality attaining a biological minimum).

**Herd management area.** Public land under the jurisdiction of the BLM that has been designated for special management emphasizing the maintenance of an established wild horse or burro herd.

**High-power communication site.** Sites that include broadcast types of uses (e.g., television, AM/FM radio, cable television, broadcast translator).

**High wind event.** The period of time and location covered by National Weather Service high wind warning; or when there are sustained surface winds greater than 40 miles per hour lasting more than an hour or winds over 58 miles per hour that are occurring for an unspecified period of time.

**Historic range of variability (HRV).** The range of conditions that are likely to have occurred prior to settlement of the project area by Euro-Americans (approximately the mid-1800's) which would have varied within certain limits over time (BLM and Forest Service 1997).

**Historic resources**. Any prehistoric or historic district, site, building, structure, or object included in, or eligible for inclusion in, the National Register of Historic Places.

**Horizontal drilling.** A more-specialized type of directional drilling that allows a single well bore at the surface to penetrate oil- or gas-bearing reservoir strata at angles that parallel or nearly parallel the dip of the strata. The well bore is then open and in communication with the reservoir over much longer distances. In development wells, this can greatly increase production rates of oil and gas or volumes of injected fluids. Horizontal drilling may involve underbalanced drilling, coiled tubing, bit steering, continuous logging, multilateral horizontals, and horizontal completions. Lateral step-outs are directional wells that branch off a main borehole to access more of the subsurface. Conditions for successful horizontal wells include adequate pre-spud planning, reservoir descriptions, drillable strata that will not collapse, and careful cost control (Alaska Department of Natural Resources, Division of Oil and Gas 2009).

**Impact.** The effect, influence, alteration, or imprint caused by an action.

**Impairment.** The degree to which a distance of clear visibility is degraded by man-made pollutants.

**Implementation decisions.** Decisions that take action to implement land use planning; generally appealable to Interior Board of Land Appeals under 43 CFR 4.410.

**Implementation plan.** An area or site-specific plan written to implement decisions made in a land use plan. Implementation plans include both activity plans and project plans.

**Inactive nest site.** *See "alternate nest (inactive nest) site" definition.*

**Indian Trust Assets.** Legal interests in property, physical assets, or intangible property rights held in trust by the United States for Indian tribes or individual Indians.

**Intermittent stream.** An intermittent stream is a stream that flows only at certain times of the year when it receives water from springs or from some surface sources such as melting snow in mountainous areas. During the dry season and throughout minor drought periods, these streams will not exhibit flow. Geomorphological characteristics are not well defined and are often inconspicuous. In the absence of external limiting factors, such as pollution and thermal modifications, species are scarce and adapted to the wet and dry conditions of the fluctuating water level.

**Invertebrate.** An animal lacking a backbone or spinal column, such as insects, snails, and worms. The group includes 97 percent of all animal species.

**K factor.** A soil erodibility factor used in the universal soil loss equation that is a measure of the susceptibility of soil particles to detachment and transport by rainfall and runoff. Estimation of the factor takes several soil parameters into account, including soil texture, percent of sand greater than 0.10 millimeter, soil organic matter content, soil structure, soil permeability, clay mineralogy, and coarse fragments. K factor values range from .02 to .64, the greater values indicating the highest susceptibilities to erosion.

**Key wildlife habitat.** Specific areas within the geographic area occupied by a species in which are found those physical and biological features 1) essential to the conservation of the species, and 2) which may require special management considerations or protection.

**Lacustrine.** Pertaining to, produced by, or inhabiting a lake environment.

**Land classification.** When, under criteria of 43 CFR 2400, a tract of land has the potential for retention for multiple use management or for some form of disposal or for more than one form of disposal. The relative scarcity of the values involved and the availability of alternative means and sites for realization of those values will be considered. Long-term public benefits will be weighed against more immediate or local benefits. The tract will then be classified in a manner that will best promote the public interest.

**Land health condition.** A classification for land health which includes these categories: "Meeting Land Health Standard(s)" and "Not Meeting Land Health Standard(s)".

- Meeting Land Health Standard(s): Lands for which health indicators are currently in acceptable condition such that basic levels of ecological processes and functions are in place. This rating includes the following subcategories:
  - Fully Meeting Standard(s): Lands for which there are no substantive concerns with health indicators
  - Exceeding Standard(s): Lands for which health indicators are in substantially better conditions than acceptable levels.
  - Meeting Standard(s) with Problems: Lands which have one or more concerns with health indicators to the degree that they are categorized as meeting the Land Health Standards, but have some issues which make them at risk of becoming "not meeting."
- Not Meeting Land Health Standard(s): Lands for which one or more health indicators are in unacceptable conditions such that basic levels of ecological processes and functions are no longer in place.

Land health trend is used to describe these classes further. It includes these categories: upward, static, and downward.

- Upward Trend: lands which have shown improving indicator conditions over time.
- Static Trend: lands which have shown no clear improvement or decline in indicator conditions over time.
- Downward Trend: lands which have shown declining indicator conditions over time.

**Land health improvement projects.** Activities which are directed at increasing the levels and/or vigor of desirable species within the plant community so that it reaches a higher level of functioning. Activities include restoration or revegetation of areas of degraded vegetation; removal of weeds, and repair or retirement and rehabilitation of developments which are contributing to vegetation degradation.

**Landscape scale.** (as defined by Land Health Standard 1) *Need clarification from BLM- Land Health Standard 1 does not define Landscape Scale.*

**Land tenure adjustments.** Land ownership or jurisdictional changes. To improve the manageability of the BLM lands and their usefulness to the public, the BLM has numerous authorities for repositioning lands into a more consolidated pattern, disposing of lands, and entering into cooperative management agreements. These land pattern improvements are completed primarily through the use of land exchanges but also through land sales, through jurisdictional transfers to other agencies, and through the use of cooperative management agreements and leases.

**Land treatment.** All methods of artificial range improvement arid soil stabilization such as reseeding, brush control (chemical and mechanical), pitting, furrowing, water spreading, etc.

**Land use allocation.** The identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions (H-1601-1, BLM Land Use Planning Handbook).

**Land use plan.** A set of decisions that establish management direction for land within an administrative area, as prescribed under the planning provisions of FLPMA; an assimilation of land use plan level decisions developed through the planning process outlined in 43 CFR 1600, regardless of the scale at which the decisions were developed. The term includes both RMPs and management framework plans (from H-1601-1, BLM Land Use Planning Handbook).

**Land use plan boundary.** The geographic extent of a resource management plan or management framework plans.

**Land use plan decision.** Establishes desired outcomes and actions needed to achieve them. Decisions are reached using the planning process in 43 CFR 1600. When they are presented to the public as proposed decisions, they can be protested to the BLM Director. They are not appealable to Interior Board of Land Appeals.

**Land utilization project lands.** Privately owned submarginal farmlands incapable of producing sufficient income to support the family of a farm owner and purchased under Title III of the Bankhead-Jones Farm Tenant Act of July 22, 1937. These acquired lands became known as land utilization projects and were subsequently transferred from jurisdiction of the US Department of Agriculture to the US Department of the Interior. They are now administered by the BLM.

**Late season.** Late summer or fall grazing.

**Leasable minerals.** Those minerals or materials designated as leasable under the Mineral Leasing Act of 1920. These include energy-related mineral resources such as oil, natural gas, coal, and geothermal, and some non-energy minerals, such as phosphate, sodium, potassium, and sulfur. Geothermal resources are also leasable under the Geothermal Steam Act of 1970.

**Lease.** Section 302 of the Federal Land Policy and Management Act of 1976 provides the BLM's authority to issue leases for the use, occupancy, and development of public lands. Leases are issued for purposes such as a commercial filming, advertising displays, commercial or noncommercial croplands, apiaries, livestock holding or feeding areas not related to grazing permits and leases, native or introduced species harvesting, temporary or permanent facilities for commercial purposes (does not include mining claims), residential occupancy, ski resorts, construction equipment storage sites, assembly yards, oil rig stacking sites, mining claim occupancy if the residential structures are not incidental to the mining operation, and water pipelines and well pumps related to irrigation and nonirrigation facilities. The regulations establishing procedures for processing these leases and permits are found in 43 CFR 2920.

**Lease notice.** Provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. A lease notice also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease notices are not an RMP-level decision, and new lease notices may be added

to fluid mineral leases at the time of sale. Lease notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing.

**Lease stipulation.** A modification of the terms and conditions on a standard lease form at the time of the lease sale.

**Lek.** An assembly area where birds, especially sage-grouse, carry on display and courtship behavior.

**Lentic.** Pertaining to standing water such as lakes and ponds.

**Limited area.** An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type, but can generally be accommodated within the following type of categories: Numbers of vehicles; types of vehicles; time or season of vehicle use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions (43 CFR 8340.0-5).

**Lithic site.** An archaeological site containing debris left from the manufacture, use, or maintenance of flaked stone tools.

**Livestock trailing.** Need definition from BLM.

**Locally derived.** Seeds or cuttings from native species that are collected close to the area in which they will be used for planting. For example, from the same ecoregion, or major watershed, and from similar elevational zones and soil textures as the planting site. This increases the chance that genetic characteristics will be best suited for the planting area and will not disrupt the genetic structure of nearby populations.

**Locatable minerals.** Minerals subject to exploration, development, and disposal by staking mining claims as authorized by the Mining Law of 1872, as amended. This includes deposits of gold, silver, and other uncommon minerals not subject to lease or sale.

**Long-term effect.** The effect could occur for an extended period after implementation of the alternative. The effect could last several years or more.

**Low-power communication site.** Sites that include to non-broadcast uses (e.g., commercial or private mobile radio service, cellular telephone, microwave, local exchange network, passive reflector).

**Low productivity forest lands.** Woodlands and forest stands producing less than 20 cubic feet per acre per year.

**Ma.** Millions of years ago.

**Managed fire.** Management of a wildfire (unplanned ignition) to meet the objectives of the RMP. Objectives could include protection of high-value resources such as subdivisions or cultural resources through suppression, enhancement of resources such as wildlife habitat by

utilizing the fire, or managing the fire as a natural process on the landscape. Multiple objectives could apply to any single wildfire.

**Management decision.** A decision made by the BLM to manage public lands. Management decisions include both land use plan decisions and implementation decisions.

**Master development plan**. Information common to multiple planned wells, including drilling plans, Surface Use Plans of Operations, and plans for future production.

**Mechanical transport**. Any vehicle, device, or contrivance for moving people or material in or over land, water, snow, or air that has moving parts.

**Mechanical vegetation treatment**. Includes mowing, chaining, chopping, drill seeding, and cutting vegetation to meet resource objective. Mechanical treatments generally occur in areas where fuel loads or invasive species need to be reduced prior to prescribed fire application; when fire risk to resources is too great to use naturally started wildland fires or prescribed fires; or where opportunities exist for biomass utilization or timber harvest. Mechanical treatments may also be utilized to improve wildlife habitat conditions.

**Mechanized uses.** Equipment that is mechanized, including but not limited to mountain bikes, wheelbarrows, and game carts.

**Mexican spotted owl suitable breeding habitat.** Vegetation characteristics described in the current Mexican spotted owl recovery plan in areas where Mexican spotted owl breeding has been confirmed.

**Mineral.** Any naturally formed inorganic material, solid or fluid inorganic substance that can be extracted from the earth, any of various naturally occurring homogeneous substances (as stone, coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained usually from the ground. Under federal laws, considered as locatable (subject to the general mining laws), leasable (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

**Mineral entry.** The filing of a claim on public land to obtain the right to any locatable minerals it may contain.

**Mineral estate.** The ownership of minerals, including rights necessary for access, exploration, development, mining, ore dressing, and transportation operations.

**Mineralize.** The process where a substance is converted from an organic substance to an inorganic substance.

**Mineral materials (salable minerals, salable mineral materials).** Common varieties of mineral materials such as soil, sand and gravel, stone, pumice, pumicite, and clay that are not obtainable under the mining or leasing laws but that can be acquired under the Materials Act of 1947, as amended.

**Mineral patent.** A claim on which title has passed from the federal government to the mining claimant under the Mining Law of 1872.

**Minimum Impact Suppression Tactics (MIST)**. The use of fire management tactics commensurate with the fire's potential or existing behavior while producing the least impact on the resource being protected.

**Mining claim.** A parcel of land that a miner takes and holds for mining purposes, having acquired the right of possession by complying with the Mining Law and local laws and rules. A mining claim may contain as many adjoining locations as the locator may make or buy. There are four categories of mining claims: lode, placer, millsite, and tunnel site.

**Mining Law of 1872.** Provides for claiming and gaining title to locatable minerals on public lands. Also referred to as the "General Mining Laws" or "Mining Laws."

**Mitigation.** Alleviation or lessening of possible adverse effects on a resource by applying appropriate protective measures or adequate scientific study. Mitigation may be achieved by avoidance, minimization, rectification, reduction, and compensation.

**Modification.** A change to the provisions of a lease stipulation, either temporarily or for the term of the lease. Depending on the specific modification, the stipulation may or may not apply to all sites within the leasehold to which the restrictive criteria are applied.

**Monitoring (plan monitoring).** The process of tracking the implementation of land use plan decisions and collecting and assessing data necessary to evaluate the effectiveness of land use planning decisions.

**Motorcycle.** A motorized vehicle with two tires and with a seat designed to be straddled by the operator.

**Motorized vehicles or uses.** Vehicles that are motorized, including but not limited to jeeps, all-terrain vehicles (all-terrain vehicles, such as four-wheelers and three-wheelers), trail motorcycles or dirt bikes, and aircrafts.

**Multiple-use.** The management of the public lands and their various resource values so that they are used in the combination that will best meet the present and future needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to changing needs and conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output (FLPMA) (BLM Manual 6840, Special Status Species Manual).

**Municipal watershed.** A watershed area that provides water for use by a municipality as defined by the community and accepted by the State.

**National Environmental Policy Act of 1969 (NEPA).** Public Law 91-190. Establishes environmental policy for the nation. Among other items, NEPA requires federal agencies to consider environmental values in decision-making processes.

**National Register of Historic Places.** A listing of architectural, historical, archaeological, and cultural sites of local, state, or national significance, established by the Historic Preservation Act of, 1966 and maintained by the National Park Service.

**National Wild and Scenic Rivers System (NWSRS).** A system of nationally designated rivers and their immediate environments that have outstanding scenic, recreational, geologic, fish and wildlife, historic, cultural, and other similar values and are preserved in a free-flowing condition. The system consists of three types of streams: (1) recreation—rivers or sections of rivers that are readily accessible by road or railroad and that may have some development along their shorelines and may have undergone some impoundments or diversion in the past; (2) scenic—rivers or sections of rivers free of impoundments with shorelines or watersheds still largely undeveloped but accessible in places by roads; and (3) wild—rivers or sections of rivers free of impoundments and generally inaccessible except by trails, with watersheds or shorelines essentially primitive and waters unpolluted.

**Native cutthroat trout.** Native populations include what current science and genetics tell us are Colorado River cutthroat or greenback cutthroat trout.

**Native vegetation.** Plant species which were found here prior to European settlement, and consequently are in balance with these ecosystems because they have well developed parasites, predators, and pollinators.

**Naturalness.** Consistent with what would occur without human intervention. For vegetation structure, naturalness implies a pattern similar to what fire and climate would produce across the landscape.

**Natural processes.** Fire, drought, insect and disease outbreaks, flooding, and other events which existed prior to European settlement, and shaped vegetation composition and structure.

**No Ground Disturbance (NGD).** Areas restricted by NGD are closed to all surface-disturbing activities. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and use of the land by wildlife. An NGD stipulation cannot be applied to operations conducted under the 1872 Mining Law without a withdrawal. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas identified as NGD are open to operations conducted under the mining laws subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws. In addition, the following actions or activities are not subject to the NGD stipulation because specific laws and program terminology constrain them. However, these actions or activities may be subject to SSR or TL stipulations: right-of-way location; coal leasing; non-energy solid mineral leasing; and mineral material disposal.

**Non-energy leasable minerals.** Those minerals or materials designated as leasable under the Mineral Leasing Act of 1920. Non-energy minerals include resources such as phosphate, sodium, potassium, and sulfur.

**Nonfunctional condition.** Riparian-wetland areas that clearly are not providing adequate vegetation, landform, or woody debris to dissipate energies associated with flow events, and thus are not reducing erosion, improving water quality, etc.

**No Surface Occupancy (NSO).** A major constraint where use or occupancy of the land surface for fluid mineral exploration or development and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads) are prohibited to protect identified resource values. Areas identified as NSO are open to fluid mineral leasing, but surface occupancy or surface-disturbing activities associated with fluid mineral leasing cannot be conducted on the surface of the land. Access to fluid mineral deposits would require horizontal drilling from outside the boundaries of the NSO area.

**Noxious weeds.** A plant species designated by federal or state law as generally possessing one or more of the following characteristics: aggressive and difficult to manage; parasitic; a carrier or host of serious insects or disease; or nonnative, new, or not common to the US.

**Objective.** A description of a desired outcome for a resource. Objectives can be quantified and measured and, where possible, have established timeframes for achievement.

**Off-highway vehicle (OHV) (off-road vehicle).** Any motorized vehicle capable of, or designated for travel on or immediately over land, water or other natural terrain, excluding: (1) any non-amphibious registered motorboat; (2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; (3) any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved; (4) vehicles in official use; and (5) any combat or combat support vehicle when used for national defense emergencies (43 CFR 8340.0-5).

**Off-highway vehicle area designations.** BLM-administered lands in the CFO are designated as Open, Limited, or Closed for OHV use.

- **Open.** An area where all types of vehicle use is permitted at all times, anywhere in the area subject to the operating regulations and vehicle standards set forth in 43 CFR subparts 8341 and 8342 (43 CFR 8340.0-5).
- **Limited.** An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type, but can generally be accommodated within the following type of categories: Numbers of vehicles; types of vehicles; time or season of vehicle use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions (43 CFR 8340.0-5).

- **Closed.** An area where off-road vehicle use is prohibited. Use of off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5).

**Old-growth forest stands.** Stands composed of trees that are generally in the late successional stages of development. The desired attributes of old-growth stands are older, large trees for the species and site; signs of decadence (broken or deformed tops or boles and some root decay); multiple layers of canopy; standing and down dead trees; a variation in tree age, size, and spacing; and gaps or patchiness in the canopy and understory (Mehl 1992).

**Open.** Generally denotes that an area is available for a particular use or uses. Refer to specific program definitions found in law, regulations, or policy guidance for application to individual programs. For example, 43 CFR 8340.0-5 defines the specific meaning of "open" as it relates to OHV use.

**Open area.** *See "Off-highway vehicle area designations – Open" definition.*

**Ordinary high water mark.** That line on the shore established by the fluctuations of water and indicated by physical characteristics such as clear, natural line impressed on the bank, shelving, changes in the character of soil, destruction of terrestrial vegetation, the presence of litter and debris, or other appropriate means that consider the characteristics of the surrounding areas.

**Organizer.** Any person who advertises for an activity on public lands whether via Internet or any other technology, flyers, club meetings, or other means.

**Outstandingly remarkable value (ORV).** Values among those listed in Section 1(b) of the Wild and Scenic Rivers Act of 1968: "scenic, recreational, geological, fish and wildlife, historical, cultural, or other similar values..." Other similar values that may be considered include ecological, biological, or botanical.

**Overstory.** That portion of a plant community consisting of the taller plants on the site; the forest or woodland canopy.

**Ozone.** A faint blue gas produced in the atmosphere from chemical reactions of burning coal, gasoline, and other fuels and chemicals found in products such as solvents, paints, and hairsprays.

**Paleontological resources.** The physical remains or other physical evidence of plants and animals preserved in soils and sedimentary rock formations. Paleontological resources are important for correlating and dating rock strata and for understanding past environments, environmental change, and the evolution of life.

**Particulate matter (PM).** One of the six "criteria" pollutants for which the US EPA established National Ambient Air Quality Standards. Particulate matter is defined as two categories, fine particulates, with an aerodynamic diameter of 10 micrometers ($PM_{10}$) or less, and fine particulates with an aerodynamic diameter of 2.5 micrometers or less ($PM_{2.5}$).

**Passenger vehicle.** Two-wheel-drive, low-clearance vehicles.

**Patent.** A grant made to an individual or group conveying fee simple title to selected public lands pursuant to various land disposal laws.

**Perennial stream.** A stream that flows continuously. Perennial streams are generally associated with a water table in the localities through which they flow.

**Permitted access.** *See "administrative access" definition.*

**Permitted use.** The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease and expressed in AUMs (43 CFR 4100.0-5) (from H-4180-1, BLM Rangeland Health Standards Manual).

**Permittee.** A person or company permitted to graze livestock on public land.

**Petroglyph.** A form of rock art created by incising, scratching or pecking designs into rock surfaces.

**Physiography.** The study and classification of the surface features of the earth.

**Pictograph.** A form of rock art created by applying mineral based or organic paint to rock surfaces.

**Planning Area.** The geographical area for which resource management plans are developed and maintained. The Uncompahgre planning area boundary defines the area assessed in this RMP. The planning area encompasses 3.1 million acres in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel counties in southwestern Colorado. The BLM administers about 675,760 acres (less than one-percent) of the planning area, and 2.1 million acres of federal mineral estate.

**Planning criteria.** The standards, rules, and other factors developed by managers and interdisciplinary teams for their use in forming judgments about decision making, analysis, and data collection during planning. Planning criteria streamlines and simplifies the resource management planning actions.

**Planning issues**. Concerns, conflicts, and problems with the existing management of public lands. Frequently, issues are based on how land uses affect resources. Some issues are concerned with how land uses can affect other land uses, or how the protection of resources affects land uses.

**Potential Fossil Yield Classification (PFYC) System.** A system used by the BLM to classify geologic units based on the relative abundance of vertebrate fossils or scientifically significant invertebrate or plant fossils and their sensitivity to adverse impacts, with a higher class number indicating a higher potential.

**Potential vegetation group.** Potential vegetation types grouped on the basis of a similar general moisture or temperature environment.

**Prehistoric resources.** Any material remains, structures, and items used or modified by people before Euro-Americans established a presence in the region.

**Prescribed fire.** A wildland fire originating from a planned ignition to meet specific objectives identified in a written, approved, prescribed fire plan for which NEPA requirements (where applicable) have been met prior to ignition.

**Prevention of significant deterioration (PSD).** An air pollution permitting program intended to ensure that air quality does not diminish in attainment areas.

**Primitive and unconfined recreation.** Nonmotorized, nonmechanized (except as provided by law), and undeveloped types of recreational activities. Bicycles are considered mechanical transport, so their use is not considered primitive and unconfined recreation (H-6310-1, Wilderness Inventory and Study Procedures).

**Primitive road.** A linear route managed for use by four-wheel drive or high-clearance vehicles. Primitive roads do not normally meet any BLM road design standards.

**Probable sale quantity (PSQ).** The PSQ is the amount of timber, measured in thousand board feet, that could be produced on BLM lands where commercial forest uses are considered appropriate. Calculations are based on species, growth, mortality, land base, and sustainability. The PSQ does not include volume removed for other purposes from other areas (such as recreation sites where hazard trees are removed). The PSQ also is not a commitment to offer for sale a specific level of timber volume.

**Proper functioning condition.** A term describing stream health that is based on the presence of adequate vegetation, landform and debris to dissipate energy, reduce erosion and improve water quality.

**Proper functioning condition for lentic areas.** A riparian-wetland areas are functioning properly when adequate vegetation, landform, or debris is present to: dissipate energies associated with wind action, wave action, and overland flow from adjacent sites, thereby reducing erosion and improving water quality; filter sediment and aid floodplain development; improve flood-water retention and ground-water recharge; develop root masses that stabilize islands and shoreline features against cutting action; restrict water percolation; develop diverse ponding characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterbird breeding, and other uses; and support greater biodiversity.

**Proper functioning condition for lotic areas.** A riparian-wetland area is considered to be in proper functioning condition when adequate vegetation, landform, or large woody debris is present to:

- dissipate stream energy associated with high waterflow, thereby reducing erosion and improving water quality;
- filter sediment, capture bedload, and aid floodplain development;

- improve flood-water retention and ground-water recharge;
- develop root masses that stabilize streambanks against cutting action;
- develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses;
- support greater biodiversity.

**Proposed critical habitat.** Those areas officially proposed for designations as critical habitat by the Secretary of Interior or Commerce.

**Proposed species.** A species for which a proposed rule to add the species to the federal list of threatened and endangered species has been published in the Federal Register.

**Public land.** Land or interest in land owned by the US and administered by the Secretary of the Interior through the BLM without regard to how the US acquired ownership, except lands located on the Outer Continental Shelf and land held for the benefit of Indians, Aleuts, and Eskimos (H-1601-1, BLM Land Use Planning Handbook).

**Public water supply.** As defined by the state of Colorado, a "public water system" is a system for the provision to the public of water for human consumption through pipes or other constructed conveyances, if such system has a least fifteen service connections or regularly serves an average of at least 25 individuals daily at least 60 days out of the year.

**Pyroclastic.** Fragments of rocks formed during volcanic eruptions or aerial expulsion from a volcanic vent.

**Range improvement project.** An authorized physical modification or treatment which is designed to improve production of forage; change vegetation composition; control patterns of use; provide water; stabilize soil and water conditions; restore, protect and improve the condition of rangeland ecosystems to benefit livestock, wild horses and burros, and fish and wildlife. This definition includes, but is not limited to: structures, treatment projects and use of mechanical devices, or modifications achieved through mechanical means.

**Raptor.** Bird of prey with sharp talons and strongly curved beaks, such as hawks, owls, falcons, and eagles.

**Rare vegetation.** Unique combinations of plant species as identified by terminology and a classification system from the Colorado Natural Heritage Program (CNHP). These are defined using CNHP's Global Rarity Ranks denoting scarcity on a global level and include the rankings of G1 and G2.

**Reasonable foreseeable development scenario.** The prediction of the type and amount of oil and gas activity that would occur in a given area. The prediction is based on geologic factors, past history of drilling, projected demand for oil and gas, and industry interest.

**Recharge areas.** Headwaters of perennial streams, contributing watersheds to springs and/or seeps, floodplains, all stream channels, municipal watersheds, and source water protection areas.

**Reclamation.** Returning disturbed lands to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan.

**Recreational river.** Those rivers or sections of rivers that are readily accessible by road or railroad, that may have some development along their shorelines, and that may have undergone some impoundment or diversion in the past.

**Recreational mining.** Engaging in mining activities for hobby, sport, or recreation. Recreational activities undertaken using different types of mining equipment. Also referred to as "casual mining," "recreational panning," "recreational gold panning," and "recreational mineral prospecting."

**Recreation and Public Purposes Act of 1926.** Provides for the lease and sale of public lands determined valuable for public purposes. The objective of the R&PP Act is to meet the needs of state and local government agencies and nonprofit organizations by leasing or conveying public land required for recreation and public purpose uses. Examples of uses made of R&PP lands are parks and greenbelts, sanitary landfills, schools, religious facilities, and camps for youth groups. The act provides substantial cost-benefits for land acquisition and provides for recreation facilities or historical monuments at no cost.

**Recreation experiences.** Psychological outcomes realized either by recreation-tourism participants as a direct result of their on-site leisure engagements and recreation-tourism activity participation or by nonparticipating community residents as a result of their interaction with visitors and guests within their community or interaction with the BLM and other public and private recreation-tourism providers and their actions.

**Recreation management zones.** Subunits within a SRMA managed for distinctly different recreation products. Recreation products are composed of recreation opportunities, the natural resource and community settings within which they occur, and the administrative and service environment created by all affecting recreation-tourism providers, within which recreation participation occurs.

**Recreation niche.** The place or position within the strategically targeted recreation-tourism market for each SRMA that is most suitable (i.e., capable of producing certain specific kinds of recreation opportunities) and appropriate (i.e., most responsive to identified visitor or resident customers), given available supply and current demand, for the production of specific recreation opportunities and the sustainable maintenance of accompanying natural resource or community setting character.

**Recreation opportunities.** Favorable circumstances enabling visitors' engagement in a leisure activity to realize immediate psychological experiences and attain more lasting, value-added beneficial outcomes.

**Recreation opportunity spectrum.** One of the existing tools for classifying recreation environments (existing and desired) along a continuum, ranging from primitive, low-use, and inconspicuous administration to urban, high-use, and a highly visible administrative presence. This continuum recognizes variation among various components of any landscape's physical, social, and administrative attributes. Resulting descriptions of existing conditions and prescriptions of desired future conditions define recreation setting character.

**Recreation setting character conditions.** The distinguishing recreational qualities of any landscape, objectively defined along a continuum, ranging from primitive to urban landscapes, expressed in terms of the nature of the component parts of its physical, social, and administrative attributes. These recreational qualities can be both classified and mapped. This classification and mapping process should be based on variation that either exists (for example, setting descriptions) or is desired (for example, setting prescriptions) among component parts of the various physical, social, and administrative attributes of any landscape. The recreation opportunity spectrum is one of the tools for doing this.

**Recreation settings.** The collective distinguishing attributes of landscapes that influence and sometimes actually determine what kinds of recreation opportunities are produced.

**Recreation use permits.** Authorizations for use of developed facilities that meet the fee criteria established by the Land and Water Conservation Fund Act of 1964, as amended or subsequent authority (such as the pilot fee demonstration program). Recreation Use Permits are issued to ensure that US residents receive a fair and equitable return for the use of those facilities to help recover the cost of construction, operation, maintenance, and management of the permits.

**Rehabilitate.** Returning disturbed lands as near to its predisturbed condition as is reasonably practical or as specified in approved permits.

**Renewable Energy.** Energy resources that constantly renew themselves or that are regarded as practically inexhaustible. These include solar, wind, geothermal, hydro, and biomass. Although particular geothermal formations can be depleted, the natural heat in the Earth is a virtually inexhaustible reserve of potential energy.

**Research Natural Area (RNA).** A land management status which reserves the area for uses that are compatible with the resource of interest and research for which the area was designated.

**Resource Advisory Council (RAC).** A council established by the Secretary of the Interior to provide advice or recommendations to BLM management. The Southwest Colorado RAC covers issues within the UFO.

**Resource management plan (RMP).** A land use plan as prescribed by the Federal Land Policy and Management Act that establishes, for a given area of land, land-use allocations, coordination guidelines for multiple-use, objectives, and actions to be achieved.

**Restore/restoration.** The process of returning disturbed areas to a natural array of native plant and animal associations.

**Rest rotation.** A grazing rotation strategy that normally involves a multi-pasture system, where one pasture is given 12 months of nonuse each year, while the remaining pastures absorb all the grazing use. This grazing strategy can provide periodic rest for all pastures in the rotation system, or for pastures that have been identified as needing rest for resource reasons.

**Retard.** Measurably slow attainment of any identified objective level that is worse than the objective standard. Degradation of the physical/biological process or conditions that determine objective standards would be considered to retard attainment of specific objective standard.

**Revegetate/revegetation.** The process of putting vegetation back in an area where vegetation previously existed, which may or may not simulate natural conditions.

**Revision.** The process of completely rewriting the land use plan due to changes in the planning area affecting major portions of the plan or the entire plan.

**Right-of-way (ROW).** Public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require ROWs over, on, under, or through such lands.

**Right-of-way avoidance area.** An area identified through resource management planning to be avoided but may be available for ROW location with special stipulations. A ROW avoidance area is comparable to the SSR restriction applied to other resources. See Appendix B, Section B.3.2.

**Right-of-way exclusion area.** An area identified through resource management planning that is not available for ROW location under any conditions. A ROW exclusion area is comparable to the NGD stipulation applied to other resources. See Appendix B, Section B.3.1.

**Riparian/aquatic system.** Interacting system between aquatic and terrestrial situations. Identified by a stream channel and distinctive vegetation that requires or tolerates free or unbound water.

**Riparian area.** A form of wetland transition between permanently saturated wetlands and upland areas. Riparian areas exhibit vegetation or physical characteristics that reflect the influence of permanent surface or subsurface water. Typical riparian areas include lands along, adjacent to, or contiguous with perennially and intermittently flowing rivers and streams, glacial potholes, and the shores of lakes and reservoirs with stable water levels. Excluded are ephemeral streams or washes that lack vegetation and depend on free water in the soil.

**Riparian zone.** An area one-quarter mile wide encompassing riparian and adjacent vegetation.

**Road.** A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use.

**Roadless.** The absence of roads that have been constructed and maintained by mechanical means to ensure regular and continuous use.

**Rock art.** Petroglyphs (carvings) or pictographs (painting) used by native persons to depict their history and culture.

**Rotation.** Grazing rotation between pastures in the allotment for the permitted time.

**Routes.** Multiple roads, trails and primitive roads; a group or set of roads, trails, and primitive roads that represents less than 100 percent of the BLM transportation system. Generically, components of the transportation system are described as "routes."

**Sale (public land).** A method of land disposal pursuant to Section 203 of FLPMA, whereby the US receives a fair-market payment for the transfer of land from federal ownership. Public lands determined suitable for sale are offered on the initiative of the BLM.Lands suitable for sale must be identified in the RMP. Any lands to be disposed of by sale that are not identified in the current RMP, or that meet the disposal criteria identified in the RMP, require a plan amendment before a sale can occur.

**Salinity.** Refers to the solids such as sodium chloride (table salt) and alkali metals that are dissolved in water.

**Saturated soils.** Occur when the infiltration capacity of the soil is exceeded from above due to rainfall or snowmelt runoff. Soils can also become saturated from groundwater inputs.

**Scenic byways.** Highway routes that have roadsides or corridors of special aesthetic, cultural, or historical value. An essential part of the highway is its scenic corridor. The corridor may contain outstanding scenic vistas, unusual geologic features, or other natural elements.

**Scenic river.** A river or section of a river that is free of impoundments and whose shorelines are largely undeveloped but accessible in places by roads.

**Scoping process.** An early and open public participation process for determining the scope of issues to be addressed and for identifying the significant issues related to a proposed action.

**Season of use.** The time during which livestock grazing is permitted on a given range area, as specified in the grazing lease.

**Seeding.** Seeding is a vegetation treatment that includes the application of grass, forb, or shrub seed, either aerially or from the ground. In areas of gentle terrain, ground applications of seed are often accomplished with a rangeland drill. Seeding allows the establishment of native species or placeholder species and restoration of disturbed areas to a perennial-dominated cover type, thereby decreasing the risk of subsequent invasion by exotic plant species. Seeding would be used primarily as a follow-up treatment in areas where disturbance or the previously described treatments have removed exotic plant species and their residue.

**Setting character.** The condition of any recreation system, objectively defined along a continuum, ranging from primitive to urban in terms of variation of its component physical, social, and administrative attributes.

**Severe winter range.** That part of the overall range where 90 percent of the individuals are located when the annual snowpack is at its maximum and/or temperatures are at a minimum in the two worst winters out of ten. Severe winter range is defined for each Colorado Division of Wildlife Data Analysis Unit.

**Short-term effect.** The effect occurs only during or immediately after implementation of the alternative.

**Significant fossils.** Any vertebrate fossil remains or site with fossils of exceptional preservation or context.

**Site-specific Relocation (SSR).** An SSR restriction is similar to a CSU restriction in that it allows some use and occupancy of public land while protecting identified resources or values. SSR areas are potentially open to surface-disturbing activities but the restriction allows the BLM to require special constraints, or the activity can be shifted to protect the specified resource or value. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the and by wildlife. Right-of-way location authorizations are not subject to the SSR restriction because it is constrained in other ways. The action may be subject to TL stipulations.

**Sole-source aquifer.** Defined by the US EPA as an aquifer supplying at least 50 percent of the drinking water consumed in the area overlying the aquifer, where the surrounding area has no alternative drinking water source(s) that could physically, legally, and economically supply all those who depend upon the aquifer for drinking water.

**Solitude.** The state of being alone or remote from habitations; isolation. A lonely or secluded place. Factors contributing to opportunities for solitude may include size, natural screening, topographic relief, vistas, physiographic variety, and the ability of the user to find a secluded spot.

**Source water protection area.** The area delineated by a state for a public water supply or including numerous suppliers, whether the source is ground water or surface water or both.

**Special recreation management area (SRMA).** An administrative public lands unit identified in land use plans where the existing or proposed recreation opportunities and recreation setting characteristics are recognized for their unique value, importance, and/or distinctiveness, especially as compared to other areas used for recreation.

**Special recreation permit (SRP).** Authorization that allows for recreational uses of public lands and related waters. Issued as a means to control visitor use, protect recreational and natural resources, and provide for the health and safety of visitors. Commercial SRPs are also issued as a mechanism to provide a fair return for the commercial use of public lands.

**Special status species (BLM).** BLM special status species are: (1) species listed, candidate, or proposed for listing under the Endangered Species Act; and (2) species requiring special management consideration to promote their conservation and reduce the likelihood and need for future listing under the Endangered Species Act that are designated as BLM sensitive by the BLM State Director(s). All federally listed candidate species, proposed species, and delisted species in the five years following delisting are conserved as BLM sensitive species.

**Split estate.** Lands on which the mineral estate is owned by someone other than the surface estate owner. For example, the surface is in private ownership and the mineral resources are publicly held and managed by the federal government.

**Split season.** Removing livestock from the allotment and returning them later in the year within the permitted time.

**Stabilize.** The process of stopping further damage from occurring.

**Standard.** A description of the physical and biological conditions or degree of function required for healthy, sustainable lands (e.g., land health standards). To be expressed as a desired outcome (goal).

**Standard lease terms and conditions.** Areas may be open to leasing with no specific management decisions defined in a Resource Management Plan; however, these areas are subject to lease terms and conditions as defined on the lease form (Form 3100-11, Offer to Lease and Lease for Oil and Gas; and Form 3200-24, Offer to Lease and Lease for Geothermal Resources).

**State implementation plan.** A detailed description of the programs a state will use to carry out its responsibilities under the Clean Air Act. State implementation plans are collections of the regulations used by a state to reduce air pollution.

**Stationary source.** Refers to a stationary source of emissions. Prevention of Significant Deterioration permits are required for major new stationary sources of emissions that emit 100 tons or more per year of carbon monoxide, sulphur dioxide, nitrogen dioxide, ozone, or particulate matter.

**Stipulation (general).** A term or condition in an agreement or contract.

**Stipulation (oil and gas).** A provision that modifies standard oil and gas lease terms and conditions in order to protect other resource values or land uses and is attached to and made a part of the lease. Typical lease stipulations include No Surface Occupancy (NSO), Timing Limitations (TL), and Controlled Surface Use (CSU). Lease stipulations are developed through the land use planning (RMP) process.

**Streamside management zone.** Land adjacent to a waterbody where activities on land are likely to affect water quality.

**Suitable river.** A river segment found, through administrative study by an appropriate agency, to meet the criteria for designation as a component of the National Wild and Scenic Rivers system, specified in Section 4(a) of the Wild and Scenic Rivers Act.

**Surface-disturbing activities.** Human-caused disturbance resulting in direct and pronounced alteration, damage, removal, displacement, or mortality of vegetation, soil, or substrates; usually entail motorized or mechanized vehicles or tools; typically can also be described as disruptive activities (see following definition). Examples of typical surface disturbing activities include:

- Earth-moving and drilling;
- Geophysical exploration;
- Off-route motorized and mechanized travel;
- Vegetation treatments including woodland thinning with chainsaws;
- Pyrotechnics and explosives; and
- Construction of powerlines, pipelines, oil and gas wells, recreation sites, livestock improvement facilities, wildlife waters, or new roads.

Examples of casual use and other activities that would not normally be considered surface disturbing activities include:

- Equestrian use;
- Proper livestock grazing;
- Cross-country hiking;
- Hand-spraying weeds;
- Minimal trimming of vegetation to maintain ROWs;
- Motorized and mechanized travel on designated routes; and
- Maintenance of permitted areas under valid existing rights.

**Sustained yield.** The achievement and maintenance in perpetuity of a high-level annual or regular periodic output of the various renewable resources of the public lands consistent with multiple use.

**Terrestrial.** Living or growing in or on the land.

**Threatened species.** Any species that is likely to become endangered within the foreseeable future throughout all or a significant portion of its range (BLM Manual 6840, Special Status Species Management). Under the Endangered Species Act in the US, "threatened" is the lesser-protected of the two categories. Designation as threatened (or endangered) is determined by USFWS as directed by the Endangered Species Act.

**Timber.** Standing trees, downed trees, or logs which are capable of being measured in board feet.

**Timing Limitation (TL).** The TL stipulation, a moderate constraint, is applicable to fluid mineral leasing, all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads), and other surface-disturbing activities (i.e., those not related to fluid mineral leasing). Areas identified for TL are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance, such as workovers on wells, is not permitted. TLs can overlap spatially with NSO, NGD, CSU, SSR, as well as with areas that have no other restrictions. Administrative activities are allowed at the discretion of the Authorized Officer.

**Total dissolved solids.** Salt, or an aggregate of carbonates, bicarbonates, chlorides, sulfates, phosphates, and nitrates of calcium, magnesium, manganese, sodium, potassium, and other cations that form salts.

**Total maximum daily load (TMDL).** An estimate of the total quantity of pollutants (from all sources: point, nonpoint, and natural) that may be allowed into waters without exceeding applicable water quality criteria.

**Traditional cultural properties.** A property that derives significance from traditional values associated with it by a social or cultural group, such as an Indian tribe or local community. A traditional cultural property may qualify for the National Register of Historic Places if it meets the criteria and criteria exceptions at 36 CFR 60.4 (see National Register Bulletin 38).

**Traditional use.** Longstanding, socially conveyed, customary patterns of thought, cultural expression, and behavior, such as religious beliefs and practices, social customs, and land or resource uses. Traditions are shared generally within a social and/or cultural group and span generations. Usually traditional uses are reserved rights resulting from treaty and/or agreements with Native American groups.

**Trail.** A linear route managed for human-power (e.g., hiking or bicycling), stock (e.g., equestrian), or off-highway vehicle forms of transportation or for historical or heritage values. Trails are not generally managed for use by four-wheel drive or high-clearance vehicles.

**Transmission.** The movement or transfer of electric energy over an interconnected group of lines and associated equipment between points of supply and points at which it is transformed for delivery to consumers, or is delivered to other electric systems. Transmission is considered to end when the energy is transformed for distribution to the consumer.

**Transportation linear features.** "Linear features" represents the broadest category of physical disturbance (planned and unplanned) on BLM land. Transportation related linear features include engineered roads and trails, as well as user-defined, non-engineered roads and trails created as a result of the public use of BLM land. Linear features may include roads and trails identified for closure or removal as well as those that make up the BLM's defined transportation system.

**Transportation system.** The sum of the BLM's recognized inventory of linear features (roads, primitive roads, and trails) formally recognized, designated, and approved as part of the BLM's transportation system.

**Travel management areas.** Polygons or delineated areas where a rational approach has been taken to classify areas open, closed or limited, and have identified and/or designated a network of roads, trails, ways, landing strips, and other routes that provide for public access and travel across the planning area. All designated travel routes within travel management areas should have a clearly identified need and purpose as well as clearly defined activity types, modes of travel, and seasons or timeframes for allowable access or other limitations (BLM Handbook H-1601-1 Land Use Planning Handbook).

**Trespass.** Any unauthorized use of public land.

**Tribal interests.** Native American or Native Alaskan economic rights such as Indian trust assets, resource uses and access guaranteed by treaty rights, and subsistence uses.

**Tuff.** A pyroclastic volcanic rock composed of ash-sized fragments.

**Unalloted.** Lands that currently are not committed to livestock grazing use.

**Understory.** That portion of a plant community growing underneath the taller plants on the site.

**Upland Game Birds.** Non-waterfowl game birds usually hunted with pointing breed, flushing spaniels, and retrievers. Upland game birds include grouse, chukar, quail, snipe, doves, pigeons, ptarmigan, wild turkey.

**Utility corridor.** Tract of land varying in width forming passageway through which various commodities such as oil, gas, and electricity are transported.

**Valid existing rights.** Documented, legal rights or interests in the land that allow a person or entity to use said land for a specific purpose and that are still in effect. Such rights include but are not limited to fee title ownership, mineral rights, rights-of-way, easements, permits, and licenses. Such rights may have been reserved, acquired, leased, granted, permitted, or otherwise authorized over time.

**Vegetation manipulation.** Planned alteration of vegetation communities through use of mechanical, chemical, seeding, and/or prescribed fire or managed fire to achieve desired resource objectives.

**Vegetation structure.** The stage of plant community development, encompassing age of stand, height of vegetation, and spatial distribution of plants.

**Vegetation treatments.** Management practices which change the vegetation structure to a different stage of development. Vegetation treatment methods include managed fire, prescribed fire, chemical, mechanical, and seeding.

**Vegetation type.** A plant community with immediately distinguishable characteristics based upon and named after the apparent dominant plant species.

**Vertebrate.** An animal having a backbone or spinal column. Includes jawless fishes, bony fishes, sharks and rays, amphibians, reptiles, mammals, and birds.

**Viewshed.** The panorama from a given viewpoint that encompasses the visual landscape, including everything visible within a 360-degree radius.

**Visibility (air quality).** A measure of the ability to see and identify objects at different distances.

**Visitor day.** Twelve visitor hours that may be aggregated by one or more persons in single or multiple visits.

**Visitor use.** Visitor use of a resource for inspiration, stimulation, solitude, relaxation, education, pleasure, or satisfaction.

**Visual resource management (VRM).** The inventory and planning actions taken to identify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives.

**Visual resource management classes.** Define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands are based on scenic quality, sensitivity level, and distance zones. Each class has an objective that prescribes the amount of change allowed in the characteristic landscape (from H-1601-1, BLM Land Use Planning Handbook).

The four classes are described below:

- **Class I** provides for natural ecological changes only. This class includes primitive areas, some natural areas, some wild and scenic rivers, and other similar areas where landscape modification activities should be restricted.
- **Class II** areas are those areas where changes in any of the basic elements (form, line, color, or texture) caused by management activity should not be evident in the characteristic landscape.
- **Class III** includes areas where changes in the basic elements (form, line, color, or texture) caused by a management activity may be evident in the characteristic landscape. However, the changes should remain subordinate to the visual strength of the existing character.
- **Class IV** applies to areas where changes may subordinate the original composition and character; however, they should reflect what could be a natural occurrence within the characteristic landscape.

**Visual resources.** The visible physical features on a landscape, (topography, water, vegetation, animals, structures, and other features) that comprise die scenery of the area.

**Visual sensitivity.** Visual sensitivity levels are a measure of public concern for scenic quality and existing or proposed visual change.

**Volatile organic compounds.** Chemicals that produce vapors readily at room temperature and at normal atmospheric pressure. Volatile organic compounds include gasoline, industrial chemicals such as benzene, solvents such as toluene and xylene, and tetrachloroethylene (perchloroethylene, the principal dry cleaning solvent).

**Waiver.** A permanent exemption from a lease stipulation. The stipulation no longer applies anywhere within the leasehold.

**Watershed.** Topographical region or area delineated by water draining to a particular watercourse or body of water.

**Watershed condition indicators.** An integrated suite of aquatic, riparian, and hydrologic condition measures that are intended to be used at the watershed scale.

**Way.** Roadlike feature used by vehicles having four or more wheels but not declared a road by the owner and which receives no maintenance to guarantee regular and continuous use.

**Wild and scenic study river.** Rivers identified in Section 5 of the Wild and Scenic Rivers Act of 1968 for study as potential additions to the National Wild and Scenic Rivers System. The rivers will be studied under the provisions of Section 4 of the act (BLM Manual 8351, BLM WSR Policy and Program).

**Wilderness.** A congressionally designated area of undeveloped federal land retaining its primeval character and influence, without permanent improvements or human habitation, that is protected and managed to preserve its natural conditions and that (1) generally appears to have been affected mainly by the forces of nature, with human imprints substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least 5,000 acres or is large enough to make practical its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historic value. The definition contained in Section 2(c) of the Wilderness Act of 1964 (78 Stat. 891) (H-6310-1, Wilderness Inventory and Study Procedures).

**Wilderness characteristics.** Wilderness characteristics attributes include the area's size, its apparent naturalness, and outstanding opportunities for solitude or a primitive and unconfined type of recreation. They may also include supplemental values. Lands with wilderness characteristics are those lands that have been inventoried and determined by the BLM to contain wilderness characteristics as defined in section 2(c) of the Wilderness Act.

**Wilderness Study Area (WSA).** A designation made through the land use planning process of a roadless area found to have wilderness characteristics, as described in Section 2(c) of the Wilderness Act of 1964 (H-6310-1, Wilderness Inventory and Study Procedures).

**Wilderness Study Area (WSA) Ways.** Existing vehicle routes identified during the BLM's original wilderness inventory; do not include illegal routes created in the interim. The miles of motorized routes in WSAs are only conditionally open to vehicle use. If use and/or non-compliance are found through monitoring efforts to impair the area's suitability for wilderness designation, the BLM would take further action to limit use of the routes or would close them. The continued use of these routes, therefore, is based on user compliance and non-impairment of wilderness values.

**Wildland fire.** Wildland fire is a general term describing any non-structure fire that occurs in the wildland. Wildland fires are categorized into two distinct types:

- Wildfires: Unplanned ignitions or prescribed fires that are declared wildfires.
- Prescribed fires: Planned ignitions.

**Wildland fire use.** *A term no longer used; the new terminology is "managed fire" (see "managed fire" definition).* A vegetation treatment that involves taking advantage of a naturally-ignited wildland fire in an area where fire would benefit resources. Wildland fire use would be conducted in specific areas needing treatment after a site-specific plan and NEPA analysis are completed and only if predetermined prescriptive parameters (e.g., weather/fire behavior) can be met. Until this planning and NEPA analysis are accomplished, wildland fires would be suppressed using an appropriate management response.

**Wildland-urban interface (WUI):** The line, area or zone where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels.

**Wild river.** Those rivers or sections of rivers that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and unpolluted. These represent vestiges of primitive America.

**Wild, Scenic, or Recreational river.** The term used for what is traditionally shortened to wild and scenic rivers. Designated river segments are classified as wild, scenic, or recreational but cannot overlap (BLM Manual 8351, BLM WSR Policy and Program).

**Winter concentration area:** That part of winter range where densities are at least 200 percent greater than the surrounding winter range density during the same period used to define winter range in the average five winters out of ten. Winter concentration areas are defined for each Colorado Division of Wildlife Data Analysis Unit.

**Withdrawal.** An action that restricts the use of public land and segregates the land from the operation of some or all of the public land and mineral laws. Withdrawals are also used to transfer jurisdiction of management of public lands to other federal agencies.

**Wood product sales/harvest.** Any wood-collection activity other than incidental use involving the severance and/or removal of any vegetative material for personal use requiring a permit or commercial use requiring a contract.

Case No. 1:20-cv-02484-MSK Document 61-16 filed 04/28/21 USDC Colorado pg 193 of 230

This page intentionally left blank.

BLM_0112386

**From:** Krickbaum, John
**To:** Angie Adams; Broyles, Levi; daves@sanmiguelcounty.org; davidvarley@kaycee.net; jcoates@town.ridgway.co.us; joanm@sanmigueicounty.org; joereagan741@yahoo.com; Kate Krebs; Kauffman, Krag D; kjensen@ci.montrose.co.us; Krickbaum, John; lpadgett@ouraycountyco.gov; lynn@mtngeogeek.com; mpeiietier@gunnisoncounty.org; norwoodparker@centurytei.net; pat@cedaredgecoiorado.com; Randaii-Parker, Tamera K; renzo.delpiccolo@state.co.us; Schroeder, Alan M; segfahlt@gmail.com; shansen@deltacounty.com; sharold@ci.olathe.co.us; Sharp, Charles; Sharrow, Barbara L; swhite@montrosecounty.net; townofpaonia@tds.net; UFO AR
**Subject:** Cooperating Agency Meeting June 21
**Date:** Friday, June 01, 2012 3:31:32 PM

Hello Cooperating Agencies,

Our meeting is still scheduled for Thursday June 21 at 1:00 PM in Montrose at the Holiday Inn Express, Jordan Room A. As stated in my previous email, the primary purpose of the meeting is to discuss the range of alternatives. We want to make sure we are OK as we proceed through impact analysis and prepare the draft RMP.

In preparation for the meeting, we have made Chapter 2 (Alternatives), and all appendices available for your to review. Because of the large size, the document is saved on an ftp site, ready for you to download. On the ftp site, you will find 5 files: Chapter 2 and the glossary; Appendix A (maps); a file with Appendices B-M; Appendix N (WSR report); and the Chapter 2 comment matrix with responses.

You can access the files by clicking the following link: https://backup.filesanywhere.com/fs/v.aspx?v=8c6a668e5f6671a99d6d (**Password: UFO-RMP**).
Please let me know if you are unable to access the files; we may be able to work out other arrangements. The appendices are too large for me to email at once, but I may be able to send via several mailings.

A few things to note about the appendices:

- We are still waiting on one figure for Appendix A (Figure 2-71, Existing Land Withdrawals and Powersite Classifications). The figure included in the file is old and doesn't include all of the withdrawals and powersite classifications.
- Appendix B does not have updated acreages but everything else is up-to-date.

Please review any of the material you need and be ready to discuss. We will not go through the Alternative matrix row by row. At the end of the meeting we will want to know if we have the range of alternatives, and if not, what is missing. Keep in mind that in the end, any cell within a row could be in the final RMP; we need to make sure needed actions are within the range. We won't be discussing preferred actions.

A reminder: do not share any of this information. It is still for internal use, and not for sharing.

Thank you, Bruce

Bruce Krickbaum
Planner, Environmental Coordinator
BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
970.240.5384

**From:** Krickbaum, John
**Sent:** Tuesday, May 01, 2012 5:10 PM

**To:** Angie Adams; Broyles, Levi; daves@sanmiguelcounty.org; davidvarley@kaycee.net; jcoates@town.ridgway.co.us; joanm@sanmiguelcounty.org; joereagan741@yahoo.com; Kate Krebs (kate.krebs@empsi.com); Kauffman, Krag D; kjensen@ci.montrose.co.us; Krickbaum, John; lpadgett@ouraycountyco.gov; lynn@mtngeogeek.com; MPelletier@gunnisoncounty.org; norwoodparker@centurytel.net; pat@cedaredgecolorado.com; Randall-Parker, Tamera K; renzo.delpiccolo@state.co.us; Schroeder, Alan M; segfahlt@gmail.com; shansen@deltacounty.com; sharold@ci.olathe.co.us; Sharp, Charles; Sharrow, Barbara L; swhite@montrosecounty.net; townofpaonia@tds.net; UFO Admin Record at EMPSi
**Subject:** Cooperating Agency Meeting

Hello Cooperating Agency Representatives,

We have scheduled a Cooperating Agency meeting for Thursday June 21, at 1:00 PM in Montrose.

The primary purpose of the meeting is to discuss the range of alternatives. We want to make sure we are OK as we proceed through impact analysis and prepare the draft RMP.
We will send an agenda later with other topics for discussion, including our schedule.

Thank you, Bruce

Bruce Krickbaum
Planner, Environmental Coordinator
BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
970.240.5384



MONTROSE COUNTY
COLORADO

BOARD OF COUNTY COMMISSIONERS

June 15, 2012

BLM Uncompahgre Field Office
ATTN: Barb Sharrow
2465 S. Townsend Ave
Montrose, Colorado 81401

Re: Designation of Montrose County Cooperating Agency Representative for RMP Update

Ms. Sharrow:

The Montrose County Board of County Commissioners is hereby designating Planning Services Manager Jon Waschbusch as the Montrose County representative for the Uncompahgre Field Office's RMP update. Mr. Waschbusch will be replacing Steve White as the Montrose County designee for this process.

Respectfully,

David White
Chairman

Gary Ellis
Vice-Chairman

Ron Henderson
Commissioner

161 South Townsend Avenue · Montrose, CO 81401
Phone 970.249.7755 · FAX 970.249.7761

**ufo- ar**

| | |
|---|---|
| **From:** | Krickbaum, John <bkrickba@blm.gov> |
| **Sent:** | Monday, June 18, 2012 1:18 PM |
| **To:** | Kate Krebs |
| **Cc:** | UFO AR |
| **Subject:** | FW: Montrose County Cooperating Agency Designee |
| **Attachments:** | rmpcadesig_1.pdf |

Bruce Krickbaum
Planner, Environmental Coordinator
BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
970.240.5384

---

**From:** Jon Waschbusch [mailto:jwaschbusch@montrosecounty.net]
**Sent:** Monday, June 18, 2012 12:17 PM
**To:** Krickbaum, John
**Subject:** Montrose County Cooperating Agency Designee

Bruce:

Signed letter from the BOCC confirming me as the CA designee is attached. I will bring the original to the meeting.

*Jon Waschbusch*
Planning Services Manager
Montrose County Planning & Development
317 S 2nd Street
Montrose, CO 81401
(970)252-4549



MONTROSE COUNTY
COLORADO

BOARD OF COUNTY COMMISSIONERS

June 15, 2012

BLM Uncompahgre Field Office
ATTN: Barb Sharrow
2465 S. Townsend Ave
Montrose, Colorado 81401

Re: Designation of Montrose County Cooperating Agency Representative for RMP Update

Ms. Sharrow:

The Montrose County Board of County Commissioners is hereby designating Planning Services Manager Jon Waschbusch as the Montrose County representative for the Uncompahgre Field Office's RMP update. Mr. Waschbusch will be replacing Steve White as the Montrose County designee for this process.

Respectfully,

David White
Chairman

Gary Ellis
Vice-Chairman

Ron Henderson
Commissioner

161 South Townsend Avenue · Montrose, CO 81401
Phone 970.249.7755 · FAX 970.249.7761

**From:** Krickbaum, John
**To:** Angie Adams; Kate Krebs
**Subject:** FW: Montrose County Comments on Internai Finai Draft Chapter 2
**Date:** Tuesday, June 19, 2012 11:52:37 AM
**Attachments:** RMP Final Internal Draft Comments.docx

---

Angie and Kate,

Montrose County has forwarded comments regarding the range of alternatives, and what I assume they will bring up during the meeting this week.

--Bruce

Bruce Krickbaum
Planner, Environmental Coordinator
BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
970.240.5384

---

**From:** Jon Waschbusch [mailto:jwaschbusch@montrosecounty.net]
**Sent:** Monday, June 18, 2012 4:26 PM
**To:** Krickbaum, John
**Subject:** Montrose County Comments on Internal Final Draft Chapter 2

Bruce:

See attached for Montrose County comments. Please contact me with any questions. Thank you.

*Jon Waschbusch*
Planning Services Manager
Montrose County Planning & Development
317 S 2nd Street
Montrose, CO 81401
(970)252-4549

**Montrose County Comments on Internal Final Draft Chapter 2 Alternatives**

4-C This action should require compliance with applicable regulations. It is unnecessarily restrictive and vague to include the language "and implement actions to minimize emissions that may cause or contribute to negative impacts to air quality or air quality-related values.

23"Water" - The language of this goal should include a provision that management activities associated with timing and duration should not impair the rights of water users.

28-D The requirement for stormwater management plans to be reviewed by BLM should be amended to require submittal to BLM. BLM review of these plans is not necessary and would be cumbersome for the BLM and operators.

47B-D This proposed action should not propose the filing of additional water rights by the BLM within the UFO. These water rights should be available to the people for future growth and development. This action should be amended to remove the suggested filing for new water rights. This would allow water resources to be filed upon and utilized by non-federal entities.

64C-Delete "as needed" Fuels reduction should be an emphasized use to reduce risks to public safety, wildlife habitat and resources.

95C – This action should propose to maintain or improve fisheries habitat for sport fisheries where compatible with adjoining surface uses. The addition of this alternative would improve recreational opportunities and habitat without limiting resource development.

99C – Remove San Miguel Zones 1-3 from this action. Inclusion of these zones could impact local efforts to obtain water rights and future impoundments.

127C – Remove "candidate species" from this objective. Management of threatened and endangered species is more consistent with the intent of Alternative C as opposed to inclusion of candidate species.

128C – Remove "sagebrush" from this section. Sagebrush vegetation covers a large amount of the UFO and inclusion of this vegetation type could significantly impact resource development in the UFO management area which is not consistent with the intent of Alternative C.

140C – Include an action in this section that would not remove non-native trout species. These species have significant sport value and removal would adversely impact recreational fishing potential.

155C – Include an action in this section which would not regulate surface activities based on Gunnison Sage Grouse habitat. Restricting surface activities and resource development is not appropriate for a species which is not listed as threatened or endangered. As a general comment, Alternative C should not include restrictions related to the Gunnison Sage Grouse for this reason.

162C – This action should not impose additional restrictions for raptors without special status. As written this action prioritizes non special status species over resource development which is not consistent with the purpose of Alternative C.

88C-181C – As a general comment with regard to Alternative C and Fish & Wildlife, the actions identified in Alternative C should promote the maximum use and development of mineral resources. Accordingly, the actions identified in Alternative C should not unduly restrict surface activity as a result of non threatened or endangered species or species without special status. The Gunnison Sage Grouse has yet to be listed by the USFWS.

194C – This action should allow for unrestricted fire suppression tactics when a fire threatens an area with high social or economic values. Alternative C is intended to promote resources uses and assets over other values.

224C – This action should also allow for the removal and collection of paleontological resources in advance of proposed projects. This would protect paleontological resources while also allowing for development of projects.

226C-239C – As a general comment, the actions of Alternative C which deal with visual resources and VRM's should not be more restrictive than the current guidelines. Further restriction due to VRM practices would not be consistent with the resource use focus of Alternative C.

253C – This action should also allow for commercial timber, biomass and woodland products production which is consistent with the resource use intent of Alternative C.

248C-270C As a general comment with regard to Alternative C and Forest and Woodland Products, the actions identified in Alternative C should allow for commercial harvest of forest/timber resources. This practice is compatible with landscape and fire management objectives as well as necessary to promote resource use within this alternative.

408C – This action should also allow for retrieval of large game in order to accommodate hunting activities and the lawful harvest of wildlife.

445C-468C As a general comment with regard to coal, the actions of Alternative C should not be more restrictive to the development of coal resources than current conditions. The actions shown in Alternative C should not restrict mining and exploration activities as a result of species that are not federally listed as threatened or endangered. This would preclude additional restrictions based on the Gunnison Sage Grouse. In order to provide an appropriately broad scope of alternatives, Alternative C needs to maximize potential for resource use and development.

484C – This action should not include restrictions for proposed species. Limiting resource development for species which have not been granted T&E status does not allow for maximum resource development as intended for Alternative C.

487C-522C – As a general comment with regard to ACEC's, the options of Alternative C should not include ACEC designations. ACEC designation will significantly impact resource use and development. Inclusion of ACEC designation in Alterative C will result in the scope of alternatives for the RMP being too narrow.

**Montrose County Comments on Internal Final Draft Chapter 2 Alternatives**

4-C This action should require compliance with applicable regulations. It is unnecessarily restrictive and vague to include the language "and implement actions to minimize emissions that may cause or contribute to negative impacts to air quality or air quality-related values.

23"Water" - The language of this goal should include a provision that management activities associated with timing and duration should not impair the rights of water users.

28-D The requirement for stormwater management plans to be reviewed by BLM should be amended to require submittal to BLM. BLM review of these plans is not necessary and would be cumbersome for the BLM and operators.

47B-D This proposed action should not propose the filing of additional water rights by the BLM within the UFO. These water rights should be available to the people for future growth and development. This action should be amended to remove the suggested filing for new water rights. This would allow water resources to be filed upon and utilized by non-federal entities.

64C-Delete "as needed" Fuels reduction should be an emphasized use to reduce risks to public safety, wildlife habitat and resources.

95C – This action should propose to maintain or improve fisheries habitat for sport fisheries where compatible with adjoining surface uses. The addition of this alternative would improve recreational opportunities and habitat without limiting resource development.

99C – Remove San Miguel Zones 1-3 from this action. Inclusion of these zones could impact local efforts to obtain water rights and future impoundments.

127C – Remove "candidate species" from this objective. Management of threatened and endangered species is more consistent with the intent of Alternative C as opposed to inclusion of candidate species.

128C – Remove "sagebrush" from this section. Sagebrush vegetation covers a large amount of the UFO and inclusion of this vegetation type could significantly impact resource development in the UFO management area which is not consistent with the intent of Alternative C.

140C – Include an action in this section that would not remove non-native trout species. These species have significant sport value and removal would adversely impact recreational fishing potential.

155C – Include an action in this section which would not regulate surface activities based on Gunnison Sage Grouse habitat. Restricting surface activities and resource development is not appropriate for a species which is not listed as threatened or endangered. As a general comment, Alternative C should not include restrictions related to the Gunnison Sage Grouse for this reason.

162C – This action should not impose additional restrictions for raptors without special status. As written this action prioritizes non special status species over resource development which is not consistent with the purpose of Alternative C.

88C-181C – As a general comment with regard to Alternative C and Fish & Wildlife, the actions identified in Alternative C should promote the maximum use and development of mineral resources. Accordingly, the actions identified in Alternative C should not unduly restrict surface activity as a result of non threatened or endangered species or species without special status. The Gunnison Sage Grouse has yet to be listed by the USFWS.

194C – This action should allow for unrestricted fire suppression tactics when a fire threatens an area with high social or economic values. Alternative C is intended to promote resources uses and assets over other values.

224C – This action should also allow for the removal and collection of paleontological resources in advance of proposed projects. This would protect paleontological resources while also allowing for development of projects.

226C-239C – As a general comment, the actions of Alternative C which deal with visual resources and VRM's should not be more restrictive than the current guidelines. Further restriction due to VRM practices would not be consistent with the resource use focus of Alternative C.

253C – This action should also allow for commercial timber, biomass and woodland products production which is consistent with the resource use intent of Alternative C.

248C-270C As a general comment with regard to Alternative C and Forest and Woodland Products, the actions identified in Alternative C should allow for commercial harvest of forest/timber resources. This practice is compatible with landscape and fire management objectives as well as necessary to promote resource use within this alternative.

408C – This action should also allow for retrieval of large game in order to accommodate hunting activities and the lawful harvest of wildlife.

445C-468C As a general comment with regard to coal, the actions of Alternative C should not be more restrictive to the development of coal resources than current conditions. The actions shown in Alternative C should not restrict mining and exploration activities as a result of species that are not federally listed as threatened or endangered. This would preclude additional restrictions based on the Gunnison Sage Grouse. In order to provide an appropriately broad scope of alternatives, Alternative C needs to maximize potential for resource use and development.

484C – This action should not include restrictions for proposed species. Limiting resource development for species which have not been granted T&E status does not allow for maximum resource development as intended for Alternative C.

487C-522C – As a general comment with regard to ACEC's, the options of Alternative C should not include ACEC designations. ACEC designation will significantly impact resource use and development. Inclusion of ACEC designation in Alterative C will result in the scope of alternatives for the RMP being too narrow.



United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

# COOPERATING AGENCY MEETING #10

**Thursday, June 21, 2012 (1:00 – 4:00 PM)**

**Meeting Location:**
**Holiday Inn Express**
**1391 South Townsend Avenue, Montrose, CO**

## AGENDA

1. **Welcome**
2. **Introductions**
3. **Planning Process to Date**
4. **Final Draft Chapter 2, Alternatives – Range of Alternatives**
5. **Projects to Consider in the Cumulative Effects Analysis**
6. **Next Steps**
7. **Other Items Not on the Agenda**
8. **Action Items / Next Meeting**

**General Uncompahgre RMP Schedule** (as of June 4, 2012)

| | |
|---|---|
| BLM State Office Review of Preliminary Draft RMP | November 2012 |
| BLM Washington Office Review of Preliminary Draft RMP | January 2013 |
| Public Review of Draft RMP/Draft EIS (90-day comment period) | Spring 2013 |
| Public Review of Proposed RMP/Final EIS (30-day protest period) | Winter/Spring 2014 |
| Sign Record of Decision | Summer 2014 |



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado

TAKE PRIDE
IN AMERICA

## COOPERATING AGENCY MEETING #10

**Thursday, June 21, 2012 (1:00 – 4:00 PM)**

**Meeting Location:**
**Holiday Inn Express**
**1391 S. Townsend Avenue, Montrose, CO**

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Adams | Angie | [signature] | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Armstrong | Lori | | BLM, Southwest Colorado District Manager | 2465 S. Townsend Ave. Montrose, CO 81401 | vaarmstrong@blm.gov | 970-240-5336 |
| Broyles | Levi | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 403 Rio Grande Paonia, CO 81428 | lbroyles@fs.fed.us | 970-527-4131 |
| Coates | Jen | | Town of Ridgway | PO Box 10 Ridgway, CO 81432 | jcoates@town.ridgway.co.us | 970-626-5308 ext. 15 |
| DelPiccolo | Renzo | [signature] | Colorado Department of Natural Resources, Southwest Region | 2300 S. Townsend Ave. Montrose, CO 8401 | renzo.delpiccolo@state.co.us | 970-252-6000 |
| Hansen | Susan | [signature] | Delta County Board of County Commissioners | 501 Palmer St, #227 Delta, CO 81416 | shansen@deltacounty.com | 970-874-2102 |
| Harold | Scott | | Town of Olathe | PO Box 789 Olathe, CO 81425 | sharold@ci.olathe.co.us | 970-323-5601 |
| Jensen | Kerwin | | City of Montrose | 433 South First Street Montrose, CO 81401 | kjensen@ci.montrose.co.us | 970-240-1478 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave. Montrose, CO 81401 | dkauffma@blm.gov | 970-240-5340 |

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | bkrickba@blm.gov | 970-240-5384 |
| Long | William | | Town of Nucla | PO Box 486<br>554 Main Street<br>Nucla, CO 81424 | segfahlt@gmail.com | 970-497-2707 |
| May | Joan | | San Miguel County Board of County Commissioners | PO Box 1170<br>Telluride, CO 81435 | joanm@sanmiguelcounty.org<br>daves@sanmiguelcounty.org | 970-728-3844 |
| Means | Patricia | | Town of Cedaredge | PO Box 398<br>Cedaredge, CO 81413 | pat@cedaredgecolorado.com | 970-856-5001 |
| Padgett | Lynn | | Ouray County Board of County Commissioners | PO Box C<br>Ouray, CO 81427 | lpadgett@ouraycountyco.gov<br>lynn@mtngeogeek.com | 970-417-9901 |
| Pelletier | Mike | | Gunnison County | 200 E. Virginia Ave.<br>Gunnison, CO 81230 | mpelletier@gunnisoncounty.org | 970-641-7645 |
| Peterson | Barbara | | Town of Paonia | PO Box 460<br>Paonia, CO 81428 | townofpaonia@tds.net | 970-527-4101 |
| Randall-Parker | Tamera K. | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 2250 Highway 50<br>Delta, CO 81416 | tkrandallparker@fs.fed.us | 970-240-5415 |
| Reagan | Joe | | Town of Norwood | PO Box 190<br>Norwood, CO 81423 | joereagan741@yahoo.com<br>norwoodparker@centurytel.net | 970-327-4873<br>970-327-4288 |
| Schroeder | Alan | | Bureau of Reclamation, Western Colorado Area Office | 2764 Compass Drive, Ste 106<br>Grand Junction, CO 81506 | aschroeder@usbr.gov | 970-248-0692 |
| Sharp | Charlie | | US Fish & Wildlife Service Western Colorado Ecological Services Field | 764 Horizon Drive<br>South Annex A – Bldg. B<br>Grand Junction, CO 81506 | charles_sharp@fws.gov | 970-243-2778 |
| Sharrow | Barb | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | bsharrow@blm.gov | 970-240-5315 |
| Varley | David | | Town of Orchard City | 9661 2100 Road<br>Austin, CO 81410 | davidvarley@kaycee.net | 970-835-3403 |
| Waschbusch | Jon | | Montrose County Planning and Development | 317 S. 2nd Street<br>Montrose, CO 81401 | jwaschbusch@montrosecounty.net | 970-252-4549 |

Cooperating Agency Meeting #10

June 21, 2012

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Whitaker | Jennifer | | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | jennifer.whitaker@empsi.com | 303-446-7160 |
| White | Steve | | Montrose County Board of County Commissioners | 161 S. Townsend Ave. Montrose, CO 81401 | swhite@montrosecounty.net | 970-252-4550 |
| Banulis | Brad | | CPW | 2300 S Townsend Montrose, CO 81401 | brad.banulis@state.co.us | 970-252-6001 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

## Highlights of the Resource Management Planning Process to Date

***June 21, 2012***

- Notice of Intent (NOI) – 2/25/2010
- Scoping period – 12/23/2009 to 3/29/2010
- Scoping report – final report completed 7/7/2010 (on website)
- Tribal consultation – initiated 2009 (ongoing)
- Community Assessment – report completed 2/2009 (on website)
- Visual Resource Inventory – report completed 9/2009
- Migratory bird status literature review – report completed 10/2009
- Analysis of Management Situation (AMS) – report completed 6/10/2010 (on website)
- Economic workshops (6 communities) – held 3/2010
- Socioeconomic baseline assessment – final report completed 7/21/2010 (on website)
- Class I paleontological resources – report completed 2/2010
- Oil & Gas Reasonable Foreseeable Development (RFD) Scenario – internal draft report completed 2/2012
- Mineral potential report (excluding coal) – internal draft report completed 8/2010
- Coal potential report – final report completed 4/26/2010
- Renewable energy potential report – final report completed 5/31/2010
- Class I cultural resources overview – draft report completed 4/2010; final report completed
- Coordination with Cooperating Agencies – invitations sent 1/23/2009; meetings planned from 5/27/2010 forward
- ACEC evaluation report – draft report completed 7/15/2010 (on website) – final report underway
- Wilderness characteristics report – report completed 11/14/2011 (on website)
- Air quality report – anticipated Summer 2012
- Wild and scenic rivers – draft eligibility report 12/2009; final eligibility report completed 7/12/2010 (on website); suitability underway
- Recreation focus groups – completed 3/2010; report completed 6/2010 (on website)
- Alternatives development –6/2010 through 4/2012

Comments on Chapter 2 as to major changes listed Nov. 15, 2011 meeting.

Coal suitability report: I find no add. detail, but I hope the removed areas were done for the right reasons, e.g., transport of product & its impact on agricul.

Coal: air quality report "not due till winter '11-'12" — I find no follow-up, except reference in June 2011 to future adherence to "no violations of Clean Air Act" "on a case by case basis" — so may I assume there will be extensive COA that are not in force presently at North Fork of Gunn. mines — re methane primarily.

2.5.4 line 2: substitute "principal" for "principle." I'm getting picky.

2.5.4 paragraph 2. How does the last sentence answer to the welcomed community voices in favor of at least "deferred" granting of any Aug '12 lease sales.

2.5.5 line 2: substitute "principal" for "principle". Getting picky again.

Coal: 2.5.5 Apply "least restrictive management constraints," I think I understand an airing that said the BLM asked the North Fork Mines to provide an economic report on costs of containment of methane. The Mines reportedly filed such a report saying containment was an economic impossibility & now BLM has not yet responded to that report. I'm not a promoter of "no coal leases" but I can't believe that "best science & engineering" can't do better in some collaborative effort to enhance cleaner air inside underground & in the environmental air zones.

2.5.6 paragraph 2: No alternative to prohibit use of pesticides. Again by use of "certified organics," our farm needs no toxic pesticides to successfully produce clean fruit economically. There must be some collaborative effort available for BLM lands short of "no pesticides."

O&Gas RFDs. The Draft report is "being revised." That's good news on a very tough decision. I think the Sub RAC is eager to hear how you will decide best science as strategically spread over the UFO planning.

Bill Ela 6/21/2012

# Cooperating Agency Meeting Attendance
## Uncompahgre RMP Revision and EIS

| Name | Agency | 05/27/10 | 06/24/10 | 07/22/10 | 08/19/10 | 09/30/10 | 01/27/11 | 05/12/11 | 06/23/11 | 11/15/11 | 06/21/12 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 | #13 | #14 |
| George Brauneis | Hotchkiss | | | | | | | | | | | | | | |
| Levi Broyles | USFS | | | | | ✓ | ✓ | | | ✓ | | | | | |
| Jen Coates | Ridgway | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | | | | | | |
| Renzo DelPiccolo | CDNR | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| Susan Hansen | Delta County | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | | |
| Scott Harold | Olathe | ✓ | | ✓ | ✓ | | ✓ | | | ✓ | | | | | |
| Kerwin Jensen | Montrose | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | | | | | |
| William Long | Nucla | | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | | | | |
| Joan May | San Miguel County | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | |
| Pat Means | Cedaredge | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| Lynn Padgett | Ouray County | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | |
| Mike Pelletier | Gunnison County | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | | |
| Barbara Peterson | Paonia | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| T. Randall-Parker | USFS | | ✓ | | | ✓ | | | ✓ | | | | | | |
| Joe Reagan | Norwood | | | ✓ | ✓ | ✓ | | | ✓ | ✓ | | | | | |
| Alan Schroeder | BOR | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| Charlie Sharp | USFWS | ✓ | | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | | | | |
| Cassandra Shenk | Delta Conservation District | | | | | | | | | | | | | | |
| Greg Sparks | Mountain Village | ✓ | | | | | | | | | | | | | |
| David Varley | Orchard City | | | ✓ | ✓ | | ✓ | | | | | | | | |
| Jon Waschbusch | Montrose County | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |

Terminated as Cooperating Agency 4/21/2011

Updated June 22, 2012

**From:** Krickbaum, John
**To:** Angie Adams
**Cc:** Kate Krebs; Sharrow, Barbara L; UFO AR
**Subject:** FW: UFO SubRAC Comments Hawke 062212
**Date:** Friday, June 22, 2012 1:58:21 PM
**Attachments:** UFO SubRAC Comments Hawke 062212.docx

---

Forwarded – comments from Barbara Hawke.

---

**From:** Barbara Hawke [mailto:barbara_hawke@tws.org]
**Sent:** Friday, June 22, 2012 8:46 AM
**To:** Krickbaum, John
**Subject:** UFO SubRAC Comments Hawke 062212

Here are comments I will bring today – just about the range of alternatrives.

**BLM UFO Internal Draft RMP Alternatives**
SubRAC Comments from Barbara Hawke
June 22, 2012

Configuration of Alternatives

The alternatives are very exclusive and not diverse for various topics. This generates concern that a full range of alternatives is not present because the choices are polarized. For example, all of the SRMAs are in Alt B, while all the ERMAs are in Alt C. Alt C includes no LWCs for protection. All Watchable Wildlife areas are in B, and not C. These topics should not be binary. Good management approaches should incorporate consideration of wildlife and natural resource conservation, even when development is proceeding.

Additionally, excessive "siloing" of alternatives can shape the public's thinking when the draft RMP is released, and may contribute to unnecessary hardening of positions on behalf of various interest groups.

Oil and Gas

The treatment of oil and gas leasing remains a significant concern as regards land use allocation. A full range of alternatives does not appear to be present because the lands allocated to "no leasing" appears excessively limited. Only 18% of the considered acreage is proposed for No Leasing under the most restrictive alternative. While minerals and energy development should proceed in appropriate places on BLM lands, there are some lands and natural resources that should be protected with the higher level of certainty that "no leasing" provides. NSO, CSU and similar restrictions, while helpful in many circumstances, are provisions that can be can be waived or modified, and do not provide the same degree of certainty of protection as does No Leasing.

A full range of alternatives would encompass significantly more area allocated to No Leasing. As an example, the Little Snake plan provided in its alternatives for No Leasing in a number of ACECs, SRMAs, and backcountry areas. For a full range of alternatives, UFO should add options for "No Leasing" in ACECs, SRMAs, Gunnison sage grouse habitat and Ecological Emphasis Areas. As an additional example, the conservation alternative could close low-potential areas to leasing.

Ecological Emphasis Areas

The Ecological Emphasis areas are a great foundation for more comprehensive and customized management of special ecological values, including wildlife movement corridors, highly sensitive landscapes, and functional natural systems. The current range of alternatives does not appear to be complete due to the following deficiencies:

- Ecological emphasis areas have little detail at this point in terms of management provisions. To be an effective management tool, and also to analyze these areas within the RMP, considerably more detail is needed in terms of threats to the identified ecological values in each area, and what management is proposed to abate or mitigate those threats.

- Additional areas that should be included in alternatives for Ecological Emphasis Areas:

*Dolores River Watershed:*

A variety of areas that are very important to the ecological integrity and biodiversity of the Dolores River system are currently not captured, or not adequately captured, in special management areas in the range of alternatives. The following areas should be added to a Dolores River Watershed Ecological Emphasis Area:

- Dolores River tributaries: Coyote Wash west to the state line
- Dolores River Canyon Uplands: Nyswonger Mesa, Skein Mesa, and other nearby uplands that drain into the Dolores River

This region includes a constellation of ecological values in need of conservation that may be well-suited to the EEA approach, including: riparian function and need for preservation of water quality; abundant game species, including elk and deer; need to preserve movement corridors and water sources for wildlife; Desert bighorn sheep; river otter; rare plants and rare plant communities (including Kachina daisy, Eastwood monkeyflower and hanging gardens) dependent on unique cliff-and-canyon systems and hydrology; bats; sensitive native fish species; and more. Wildlife use the region not only to move along the river corridor, but also for seasonal migration between higher elevations and lower valleys.

*Gunnison sage grouse connectivity plan:*

The current specific provisions for Gunnison sage grouse management in the Sensitive Species section are important to retain. In addition, and to proactively address the candidate species status and impending listing of Gunnison sage grouse, an EEA concept should be added for Gunnison sage grouse. Connectivity between different types of habitat and subpopulations, as well as potential GuSG reintroduction areas, are likely to be critically important in the role of the UFO-related GuSG populations to recovery of GuSG,. Therefore, an EEA concept should be added that could accommodate GuSG management in and around the various current and historic GuSG population areas.

<u>Recreation and Travel Management</u>

The range of alternatives is significantly insufficient as regards land use allocation for motorized and non-motorized travel. Even the most restrictive alternative in “B” only proposes to close 14% of the considered acreage to motorized travel. That is significantly disproportionate to the demand and potential for quality quiet recreation in the UFO area, and will not address needs for a backcountry experience preferred by many hikers, bikers and equestrians. In addition, various ACECs and Ecological Emphasis Areas, or portions thereof, should be closed to motorized recreation to reduce habitat fragmentation and disturbance of wildlife and fragile soils. A full range of alternatives would consider a much higher proportion of acreage managed for non-motorized travel.

The ERMAs need elaboration of management approaches and prescriptions in order to provide a full range of alternatives that can be analyzed.

As one example, see the various management prescriptions associated with ERMAS in the draft RMP for Colorado River Valley FO.

Special Status Species
In the reference to relevant law and regulation on line 127, "Bald and Golden Eagle Protection Act" should be included.

Wildlife
The orientation of some of the wildlife section appears relatively passive, particularly regarding what is characterized as "allowing" for introduction, reintroduction or augmentation of various native species. A full range of alternatives requires inclusion of robust support of wildlife and wildlife habitat, and proactive collaboration with Colorado Parks and Wildlife. Areas within the UFO may be particularly important to conservation of focal species such as desert Bighorn sheep and Gunnison sage grouse, to name just a few, in addition to mule deer and elk. A more dynamic approach to support of wildlife and wildlife habitat – for both game and non-game species – is necessary to attain a full range of alternatives.

Lands with Wilderness Character
The generally thoughtful and methodical approach evidenced in the inventory and alternatives is commendable.
There are several areas that should be revised to provide a full range of alternatives:

1. Consideration of areas that possess wilderness character:
    a. Several areas were deemed to not meet the "naturalness" criteria due to old abandoned linear disturbances. Manual 6310 reemphasizes that the naturalness criteria should not be too narrowly construed, and to "avoid an overly strict approach to assessing naturalness." Given that assessing "naturalness" involves some judgment, and that exact delineation of boundaries for a potential LWC area additionally involves judgment when portions of an area are deemed to meet the "naturalness" criteria and portions not, the full extent of areas proposed as Citizen Wilderness Proposal areas should remain under consideration within the range of alternatives.
        i. Joint field trips with proponents might be helpful in addressing different assessments of wilderness characteristics. This might apply to additional area northeast of the Dolores River Canyons WSA, and additional area south of Sewemup WSA, that were assessed as not meeting the naturalness criteria in the inventory.
    b. I did not see where the Coyote Wash Citizens' Wilderness Proposal area was addressed in the report. The upper end of Coyote Wash from the Dolores River Canyon WSA west to the state line should be added to the inventory and consideration for LWC management.

2. Consideration of areas for LWC management:
    a. The assessment of supplemental values that might be impacted by management of wilderness characteristics appears incomplete in some cases, and would require more time for detailed review. One example of a gap appears to be for the Dolores River Canyon WSA addition. Large numbers of elk move through this vicinity, an example of a supplemental wildlife value that should be considered. There may be additional supplemental values for this or other areas that will be identified upon further review.

Visual Resource Management
The range of alternatives is inadequate due to insufficient consideration of areas for VRM II classification. Other RMPs have considered a significantly greater proportion of area for VRM II. Examples of areas that should be within the alternatives as VRM II include:

- Scenic byways corridors, including Highway 141
- Areas to the west of Adobe Badlands WSA and along the highway 50 viewshed

I also note that the maps are a little confusing between alternatives B and D.

ACECs

- The full extent of Coyote Wash westward to the state line should be considered within the Coyote Wash ACEC and Dolores River Canyons ACEC.
- Management for the Dolores River Canyons ACEC (starting on line 501) does not mention the rare hanging garden communities and Eastwood monkeyflower, although those values are identified in the draft ACEC report. Hanging gardens and Eastwood monkeyflower should be added to the species referenced for which to manage habitat in the DRC ACEC alternatives. The hanging garden communities have particular habitat requirements related to geology and hydrology.



United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

# RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #10

**Friday, June 22, 2012 (9:00 AM – 12:00 PM)**

**Meeting Location:**
**Holiday Inn Express**
**1391 South Townsend Avenue, Montrose, CO**

## AGENDA

1. **Welcome**
2. **Introductions**
3. **Planning Process to Date**
4. **Final Draft Chapter 2, Alternatives – Range of Alternatives**
5. **Next Steps**
6. **Other Items Not on the Agenda**
7. **Action Items / Next Meeting**

**General Uncompahgre RMP Schedule** (as of June 4, 2012)

| | |
|---|---|
| BLM State Office Review of Preliminary Draft RMP | November 2012 |
| BLM Washington Office Review of Preliminary Draft RMP | January 2013 |
| Public Review of Draft RMP/Draft EIS (90-day comment period) | Spring 2013 |
| Public Review of Proposed RMP/Final EIS (30-day protest period) | Winter/Spring 2014 |
| Sign Record of Decision | Summer 2014 |



United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

# RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #10

**Friday, June 22, 2012 (9:00 AM – 12:00 PM)**

**Meeting Location:**
**Holiday Inn Express**
**1391 South Townsend Avenue, Montrose, CO**

# MEETING NOTES

**Attendees:** Angie Adams (EMPSi), Robbie Baird-LeValley, Bill Day, William Ela, Barbara Hawke, Bruce Krickbaum (BLM Uncompahgre Field Office), John Reams, Barb Sharrow (BLM Uncompahgre Field Office), Steven Weist, Kathy Welt

Public Attendees: Lori Molitar (representing The Conservation Center [NWCC]), Scott Streit (Congressman Scott Tipton's office)

**Handouts:** Agenda, Highlights of the Resource Management Planning Process to Date

---

1. **Welcome** (Angie Adams)
2. **Introductions** (All Present)
3. **Planning Process to Date** (Angie Adams)

- Handout: Highlights of the Resource Management Planning Process to Date
- The internal draft Oil and Gas Reasonable Foreseeable Development (RFD) Scenario was completed in February 2012. Have not released it to the public yet because the BLM Colorado State Office is still reviewing the internal draft report.
- The Wilderness characteristics report was completed in November 2011 and is on the RMP website.
- BLM is currently working with the BLM State Office and the US Environmental Protection Agency on the air quality report.

4. **Final Draft Chapter 2, Alternatives – Range of Alternatives**

- Angie Adams: The Proposed RMP and final RMP can select any combination of decisions from the various alternatives in the Draft RMP/EIS. The key is that a reasonable range of alternatives is considered in the Draft RMP/EIS so that there is flexibility in the Proposed and final RMPs. Right now it does not matter which alternative different draft actions fall; do not be too concerned about what is in the agency-preferred alternative.

- Robbie LeValley: Concerned about the labels for each alternative in Sections 2.3.2 and 2.3.3, and those labels project negative connotations and two ends of a spectrum. Alternative B: Could call it "Non-consumptive Resource Emphasis." **ACTION ITEM:** Need to work on the text in Sections 2.3.2 and 2.3.3 to explain that there will be commodity use in Alternative B, for example. In Section 2.3.2, first sentence, do not state "non-consumptive;" state "less consumptive." Overall Sections 2.3.2 and 2.3.3 need a lot of work.
- RAC Subgroup: **ACTION ITEM:** Delete the "Resource Conservation Emphasis" label for Alternative B and "Resource Use Emphasis" for Alternative C. Do not use short labels for Alternatives B or C.
- Barbara Hawke: The alternatives do appear very polarized. When all conservation measures are in one alternative and not the other, that is too exclusive. Even in the Development alternative, various environmental protections would or should be incorporated. Various topics are all contained in only one alternative. For example, Watchable Wildlife areas are only in the conservation alternative, and that is concerning as those areas and the Development alternative should not be mutually exclusive. As other examples, all the SRMAs are in the Conservation alternative, and all the ERMAs are in the Development alternative. Robbie LeValley: See page 2-19, Climate Change (row 13): Alternative C includes no similar action, and when that is under the resource use alternative, it could be perceived negatively.
- Kathy Welt: **ACTION ITEM:** Consider labeling preferred alternative as "draft preferred" or "preliminary preferred" or something to indicate that BLM can choose from any of the Draft RMP alternatives when crafting the Proposed RMP using components (objectives and actions) Alternative A, B, and/or C. Also describe this in the introductory text in Chapter 2. Explain better that Alternative A is part of the range of alternatives and that parts of Alternative A could be selected in Draft RMP and Proposed RMP.
- Bruce Krickbaum: Each column or alternative could be an RMP.
- *Wildlife – Terrestrial*
    a. Ecological Emphasis Areas (row 99): Good concept. But overall they are not very detailed by alternative. Need to consider adding more areas:
        - A riparian Ecological Emphasis Area around Dolores River canyons or tributaries.
        - Gunnison sage-grouse: need to address subpopulations and connectivity via an Ecological Emphasis Area.
        - **ACTION ITEM:** Barbara Hawke will provide BLM maps of potential additional Ecological Emphasis Areas within the next week so that BLM can address this comment.
- Steve Weist: Can we get GIS of some areas so we can compare them to our other project areas? Bruce Krickbaum: Yes. Request specifically what you want in the next few weeks, and we will provide it.
- Steve Weist: Concerned about the definition of "climate change" in the glossary. **ACTION ITEM:** Delete "(e.g., through burning fossil fuels)" in the last bullet of the definition.
- *Fluid Minerals – Oil and Gas*
    a. Barbara Hawke: The range of alternatives has a gap. Some areas, such as *all* ACECs, SRMAs, or Ecological Emphasis Areas, should be considered for No Leasing in one of the alternatives. Other RMPs do this.
    b. Row 459: Alterative B proposes about 20% of the UFO for No Leasing. It includes several different areas as outlined in the bullets within this cell. Includes three ACECs. Most or all of the rest of the ACECs would be NSO under Alternative B.
    c. Barb Sharrow: If there is a specific ACEC or SRMA that should be No Leasing, then provide that specific information to BLM, as well as supporting rationale for why NSO is not sufficient for those areas. Barbara Hawke: Main concern with NSO is that it can be excepted or modified, whereas No Leasing cannot. **ACTION ITEM:** Barbara Hawke

will provide justification/rationale for which specific areas should be No Leasing under an alternative.

- Robbie LeValley: About 75% of the time, Alternative D is the same as Alternative B (in first third of the alternatives matrix). That is concerning that they are very similar. Barbara Hawke: My perception is the opposite, that with SMRAs and ACECs, the emphasis in Alternative D is from Alternative C, not Alternative B. Barb Sharrow: Need specific comments on row numbers where the range is not reasonable. Robbie LeValley, Row 26: Alternatives D and B are essentially the same thing. Alternative C's no similar action does not make sense if you have a nonfunctioning dam. **ACTION ITEM:** Alternative C does not seem to follow a consistent pattern throughout the alternative if we are looking at resource use; need to take a hard look at Alternative C and ensure it is consistent throughout the entire alternative. Need to change the alternative labels because Alternative C label implies that use is negative.
- **ACTION ITEM:** "No similar action" needs to be defined. It does not mean that actions are prohibited, rather that they are not a requirement. Also consider changing "no similar action" to something else that does not imply that that action would be prohibited under that particular alternative stating "no similar action."
- Robbie LeValley, Row 56: Good range of alternatives.
- Robbie LeValley, Row 72: No similar action in Alternative C implies riparian areas would not be protected.
- John Reams: Where it says "no similar action," consider adding explanations to some of these where it is covered under another program or action. Some instances do this, but need to do it more globally. For example, row 73 Alternatives B, C, and D could just state "Travel management limits…" rather than stating "No similar action; travel management limits…"
- Robbie LeValley, Row 153: This needs to be clarified so reader can see difference between alternatives. **ACTION ITEM:** Instead of "no similar allowable use" for stipulations, say "No stipulation under current RMPs" (for Alternative A) or "No stipulation under this alternative." Also check Glossary for any necessary definition changes.
- *Travel Management*
    a. Barbara Hawke, Row 398: More areas need to be managed for non-motorized recreation uses to have a reasonable range of alternatives. In Alternative B, only 14% of areas are closed to motorized use. Seems like that should be higher in this alternative. There is a very large and increasing demand for quiet or nonmotorized recreation for mountain bikes, horseback riding, hiking, etc., as shown by the high interest in the Ridgway Trails and Norwood Trails projects. The RMP should provide for this recreational demand. Barb Sharrow: This RMP does not specify quiet use because the RMP is bigger picture than that. Barbara Hawke: Perhaps the ERMAs could indicate that a proportion would be available for quiet or motorized recreation, etc. Barb Sharrow: This will depend in part on local communities' desires and will be done in future implementation-level travel management planning.
    b. Barbara Hawke: Could we state that in Alternative B, during travel management planning, BLM would consider local community input and place a higher emphasis on quiet use. Barb Sharrow: That is very vague and cannot be analyzed in impact analysis.
- Barbara Hawke: **ACTION ITEM:** Consider using some of the Colorado River Valley Draft RMP definitions of alternatives; see Section 2.2.
- Robbie LeValley, Row 280: **ACTION ITEM:** Consider adding a bullet in Alternatives B, C, and D that requires determining if it is livestock that is causing the issue.
- Robbie LeValley, Rows 288, 291: **ACTION ITEM:** Clarify that "no similar action" means that the action would not be prohibited; need general clarification of that definition.
- *Visual Resource Management*
    a. Barbara Hawke, Row 231: For a full range of alternatives, more areas need to be considered for VRM Class II, such as Scenic Byway corridors. Bruce Krickbaum:

Alternative B does include all National and BLM Byways. Barbara Hawke: Highway 141 (scenic byway) is not shown on the map as VRM II; neither is west of adobe badlands on Highway 50; these areas should be considered for VRM Class II. **ACTION ITEM:** Consider these areas for VRM II in an alternative.

- *Overall is the range of alternatives reasonable and adequate?*
  a. Steve Weist: If BLM modifies some of the definitions and address today's action items, then I am satisfied with range of alternatives.
  b. Robbie LeValley: Address labeling (or not) the alternatives. Also look hard at Alternative C and ensure that it is consistent throughout the alternative.
  c. Bill Ela: RMPs are generally flexible and provide discretion to the BLM. The range of alternatives is broad and fine.
  d. Barbara Hawke: Two areas where one end of the range of alternatives is not reasonably full are: 1) No Leasing areas; and 2) Nonmotorized areas. Need to address this.
  e. John Reams: I feel good about the range of alternatives. Do not want the entire process to be too influenced by the vocal North Fork citizens.
  f. Bill Day: Range of alternatives is adequate and enough.
  g. Kathy Welt: With better definitions as discussed today, and with the addition of text describing the purpose of NEPA and the purpose of the RMP, the range of alternatives is adequate.

## 5. Public Comments (11:00am)

- Lori Molitar (representing The Conservation Center [NWCC])
  a. Are there any places in the RMP that will specify areas closed to leasing? Angie Adams/Bruce Krickbaum: Yes. They vary by alternative. These are based on different criteria (row 459). Lori Molitar: Want to ensure there are No Leasing areas in the North Fork.
  b. Want the RMP to address protecting water supplies with No Leasing restrictions so that agricultural irrigation water is not being used for drilling operations. The setbacks for public water supplies that are included in the internal draft RMP alternatives are good. Concerned about contamination of supplies via diesel fuel, etc.

## 6. Next Steps

- Refer to the opposite side of the agenda for the general schedule:

***General Uncompahgre RMP Schedule*** *(as of June 4, 2012)*

| | |
|---|---|
| *BLM State Office Review of Preliminary Draft RMP* | *November 2012* |
| *BLM Washington Office Review of Preliminary Draft RMP* | *January 2013* |
| *Public Review of Draft RMP/Draft EIS (90-day comment period)* | *spring 2013* |
| *Public Review of Proposed RMP/Final EIS (30-day protest period)* | *Winter/Spring 2014* |
| *Sign Record of Decision* | *Summer 2014* |

## 7. Other Items Not on the Agenda

- Bruce Krickbaum: The Oil and Gas Reasonable Foreseeable Development Scenario report (internal) discusses potential development of oil and gas resource development in the Field Office; it does not address impacts. An Environmental Assessment addresses impacts on resources and a Finding of No Significant Impacts (FONSI) addresses the significance determination.
- Bruce Krickbaum: The lease sale originally scheduled for August 2012 is deferred; some parcels may be deferred for a lease sale sometime relatively soon and others may be deferred until after the RMP. The majority of the lease sale parcels were on BLM surface lands. Barb Sharrow: BLM

received thousands of public comments on the preliminary Environmental Assessment. BLM is still analyzing those comments and, when finished, will most likely be posting some or parts of parcels for future lease sale in the next year or so. There will be a 30-day protest period, and the sale will occur 90 days later. It is being deferred until BLM has time to do a complete analysis. It was deferred/delayed because BLM did not have adequate time to analyze the comments and information provided. Other portions of parcels could be deferred until after the RMP is completed.

- Projects to Consider in the Cumulative Effects Analysis
  - **ACTION ITEM:** Solar project in Paradox Valley. This may need to be included in the cumulative projects list.
  - **ACTION ITEM:** **BLM (Bruce): email the draft cumulative impacts projects list to the RAC Subgroup members for their review. RAC Subgroup members: email any additional projects to Bruce by Friday, June 29, 2012.

## 8. Action Items / Next Meeting

**ACTION ITEMS:**

1. BLM (Bruce) and EMPSi (Angie will do first draft edits and send to Bruce): Need to work on the text in Sections 2.3.2 and 2.3.3 to explain that there will be commodity use in Alternative B, for example. In Section 2.3.2, first sentence, do not state "non-consumptive;" state "less consumptive." Overall Sections 2.3.2 and 2.3.3 need a lot of work.
2. BLM (Bruce) and EMPSi (Angie will do first draft edits and send to Bruce): Consider using some of the Colorado River Valley Draft RMP definitions of alternatives; see Section 2.2.
3. EMPSi (Angie will do first draft edits and send to Bruce): Delete the "Resource Conservation Emphasis" label for Alternative B and "Resource Use Emphasis" for Alternative C. Do not use short labels for Alternatives B or C.
4. BLM (Bruce) and EMPSi (Angie will better describe how PRMP is developed; do not rename preferred alternative in DRMP/DEIS): Consider labeling preferred alternative as "draft preferred" or "preliminary preferred" or something to indicate that BLM can choose from any of the Draft RMP alternatives when crafting the Proposed RMP using components (objectives and actions) Alternative A, B, and/or C. Also describe this in the introductory text in Chapter 2. Explain better that Alternative A is part of the range of alternatives and that parts of Alternative A could be selected in Draft RMP and Proposed RMP.
5. Barbara Hawke: Provide BLM maps of potential additional Ecological Emphasis Areas within the next week so that BLM can address this comment.
6. EMPSi (Kate): In "climate change" in the glossary, replace "(e.g., through burning fossil fuels)" with "(e.g., driving automobiles)" in the last bullet of the definition.
7. Barbara Hawke: Provide justification/rationale for which specific areas should be No Leasing under an alternative.
8. BLM (Bruce): Alternative C does not seem to follow a consistent pattern throughout the alternative if we are looking at resource use; need to take a hard look at Alternative C and ensure it is consistent throughout the entire alternative.
9. BLM (Bruce) (in MSWord working version of Chapter 2 in reviewing/track changes mode): "No similar action" needs to be defined. It does not mean that actions are prohibited, rather that they are not a requirement. Also consider changing "no similar action" to something else that does not imply that that action would be prohibited under that particular alternative stating "no similar action."
10. BLM (Bruce) (in MSWord working version of Chapter 2 in reviewing/track changes mode): Instead of "no similar allowable use" for stipulations, say "No

stipulation under current RMPs" (for Alternative A) or "No stipulation under this alternative." Also check Glossary for any necessary definition changes.

11. BLM (Bruce) and EMPSi (Kate): Row 280, Consider adding a bullet in Alternatives B, C, and D that requires determining if it is livestock that is causing the issue.
12. BLM (Bruce) and EMPSi (Kate): Rows 288 and 291, Clarify that "no similar action" means that the action would not be prohibited; need general clarification of that definition.
13. BLM (Bruce): Consider Highway 141 (scenic byway) and west of adobe badlands on Highway 50 for VRM II in an alternative.
14. BLM (Bruce): Solar project in Paradox Valley. This may need to be included in the cumulative projects list.
15. BLM (Bruce): email the draft cumulative impacts projects list to the RAC Subgroup members for their review. RAC Subgroup members: email any additional projects to Bruce by Friday, June 29, 2012.

**NEXT MEETING:**

- The purpose of the RAC Subgroup was initially to approve the range of alternatives. The three RAC members here today should discuss this up at the October 2012 RAC meeting to determine if this group will continue or not.

# RAC Subgroup Meeting Attendance
## Uncompahgre RMP Revision and EIS

| Name | 05/27/10 #1 | 06/25/10 #2 | 07/23/10 #3 | 08/20/10 #4 | 10/01/10 #5 | 01/28/11 #6 | 05/13/11 #7 | 06/24/11 #8 | 11/15/11 #9 | 06/22/12 #10 | #11 | #12 | #13 | #14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robbie Baird-LeValley | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  | ✓ |  |  |  |  |
| Shelby Bear | ✓ | ✓ | ✓ |  | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |  |
| Walt Blackburn | ✓ |  |  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |  |
| Bill Day | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |
| Richard Durnan[1] | ✓ | ✓ | ✓ |  | ✓ | ✓ |  | ✓ | ✓ | ████ | ████ | ████ | ████ | ████ |
| William Ela | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |
| Barbara Hawke |  |  |  | * | * | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |
| Peter Mueller |  | ✓ |  |  | ✓ | ✓ | ✓ |  | ✓ |  |  |  |  |  |
| John Reams | ✓ |  | ✓ |  |  | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |
| Steven Weist | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |
| Kathy Welt |  |  | ✓ | ✓ | ✓ |  | ✓ |  | ✓ | ✓ |  |  |  |  |

[1]Resigned from RAC Subgroup 5/23/2012
*As member of the public

Updated June 22, 2012

BLM_0112420



# United States Department of the Interior



### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose. Colorado

## RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #10
### Friday, June 22, 2012 (9:00 AM – 12:00 PM)

### Meeting Location:
**Holiday Inn Express**
**1391 S. Townsend Avenue, Montrose, CO**

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|---|---|---|---|---|---|
| Adams | Angie | | EMPSi 3775 Iris Ave. Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Armstrong | Lori | | BLM. Southwest Colorado District Manager 2465 S. Townsend Ave. Montrose. CO 81401 | vaarmstrong@blm.gov | 970-240-5336 |
| Baird-LeValley | Robbie | | Colorado State Univ. Extension 525 Dodge Street Delta, CO 81416 | robbie.levalley@colostate.edu | w: 970-874-2195 ████ |
| Bear | Shelby | | DMEA PO Box 910 Montrose. CO 81402 | sbear@dmea.com | w: 970-240-1238 ████ |
| Blackburn | Walt | | ████████████████ | | |
| Day | Bill | | ████████████████ | | |
| Ela | William | | | | |
| Hawke | Barbara | | The Wilderness Society 1617 American Way Montrose. CO 81401 | barbara_hawke@tws.org | w: 970-~~249-1030~~ → 252-7164 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose. CO 81401 | dkauffma@blm.gov | 970-240-5340 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose. CO 81401 | bkrickba@blm.gov | 970-240-5384 |
| Mueller | Peter | | PO Box 3140 Telluride. CO 81435 | pmueller@tnc.org | w: 970-728-5291 ████ |
| Reams | John | | Western Small Miner's Assoc. 31527 Hwy 141 PO Box 644 Naturita, CO 81422 | john@reams-construction.com | w: 970-865-2886 ████ |

BLM_0112421

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|---|---|---|---|---|---|
| Sharrow | Barb | ✓ | BLM, Uncompahgre Field Office<br>2465 S. Townsend Ave.<br>Montrose, CO 81401 | bsharrow@blm.gov | 970-240-5315 |
| Weist | Steven D. | SDW | Oxbow Mining<br>3737 Hwy 133<br>PO Box 535<br>Somerset, CO 81434 | steve.weist@oxbow.com | w: 970-929-6461 |
| Welt | Kathy | KHW | 36320 Highway 92<br>Hotchkiss, CO 81419 | | w: 970-929-2238<br>c:<br>h: |
| Whitaker | Jennifer | | EMPSi<br>3775 Iris Ave, Ste 1A<br>Boulder, CO 80301 | Jennifer.whitaker@empsi.com | 303-446-7160 |
| Streit | Scott | | Congressman Tipton's office | Scott.Streit@mail.house.gov | |
| Molitor | Lori | | The Conservation Center (NWCC) (Cedaredge) | | |

**From:** Krickbaum, John
**To:** Angie Adams; barbara_hawke@tws.org; billday@paonia.com; john@reams-construction.com; Kate Krebs; Krickbaum, John; robbie.levalley@colostate.edu; Sharrow, Barbara L; silvers1@tds.net; steve.weist@oxbow.com; tkctew@yahoo.com; UFO AR
**Subject:** Draft Minutes: Uncompahgre RMP RAC Subgroup Meeting #10
**Date:** Monday, June 25, 2012 1:36:09 PM
**Attachments:** UFO-SG_20120622_DraftNotes.docx

---

Hello RAC Subgroup members,

I have attached draft minutes of the Uncompahgre RMP RAC Subgroup meeting held on June 22, 2012. Please review the draft minutes and let me know of any errors or omissions by Friday, July 6, after which they will be revised and submitted to all group members and the administrative record.

Please send a copy (Cc) of any reply to Angie (angie.adams@empsi.com); I will be out of the office July 2 – July 6.

Thank you, Bruce

Bruce Krickbaum
Planner, Environmental Coordinator
BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
970.240.5384