**Angie Adams**

| | |
|---|---|
| **From:** | Angie Adams |
| **Sent:** | Tuesday, December 10, 2013 12:31 PM |
| **To:** | UFO AR |
| **Subject:** | FW: North Fork Alternative Plan Update |
| **Attachments:** | North Fork Advisory Group Letter to BLM 2.26.13.pdf; North Fork Management Zones 02.26.2013.pdf; North Fork Alternative Plan Vision Outline FINAL.pdf; Agriculture and Community.pdf; Water Supplies.pdf |

**From:** Krickbaum, John (Bruce) [mailto:bkrickba@blm.gov]
**Sent:** Friday, December 06, 2013 10:59 AM
**To:** Angie Adams; Kate Krebs
**Subject:** Fwd: North Fork Alternative Plan Update

For the admin record.


Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401
970-240-5384


---------- Forwarded message ----------
From: **Sharrow, Barbara** <bsharrow@blm.gov>
Date: Wed, Feb 27, 2013 at 8:07 AM
Subject: Fwd: North Fork Alternative Plan Update
To: John Krickbaum <bkrickba@blm.gov>, Teresa Pfifer <tpfifer@blm.gov>, Thane Stranathan <tstranat@blm.gov>

FYI

---------- Forwarded message ----------
From: **Jim Ramey** <chc.director@gmail.com>
Date: Tue, Feb 26, 2013 at 9:23 PM
Subject: North Fork Alternative Plan Update
To: "Sharrow, Barbara L" <bsharrow@blm.gov>, hhankins@blm.gov, Valori_Armstrong@blm.gov

Dear Ms. Sharrow, Ms. Armstrong, and Ms. Hankins,

Please see attached for a letter from the North Fork Alternative Advisory Group and accompanying documents. We look forward to providing the BLM with additional information in the coming weeks.

Best regards,

Jim


--

BLM_0112610

Jim Ramey, Director
Citizens for a Healthy Community
Office: (970) 527-7779
Mobile: (970) 765-7111
chc.director@gmail.com
P.O. Box 291
Hotchkiss, Colorado  81419
www.citizensforahealthycommunity.org

BLM_0112611



BLM_0112612



North Fork Community Alternative Plan for Oil and Gas Leasing and Development
Prepared by the North Fork Stakeholder Advisory Group                                           February 26, 2013

## A. Management Zones: Six unique, overlapping Management Zones to protect rural culture and community; and the area's rivers, soils, natural features and wildlife resources.

Rural Culture & Community: Support the North Fork's culture, character, and existing economies.

- **Mining & Agriculture:** Mixture of **NO LEASING** and **NSO** stipulations to protect coalmining areas, Prime and Unique farmlands, livestock operations and ranches, traditional and organic farms and orchards, and the West Elk American Viticultural Area.  (Coalmining stipulations would not prevent venting or capture of coal mine methane).
- **Towns, Schools and Community:** Mixture of **NO LEASING** and **NSO** stipulations in proximity to schools or community facilities (like the North Fork Recreation Center and the Recycling/Waste Transfer Station).
- **Clean and Dependable Water Supply:** Mixture of **NO LEASING** and **NSO** stipulations to safeguard domestic and irrigation water supplies and delivery systems.

Rivers, Landscapes & Wildlife: Ensure protection of key natural resources in the North Fork

- **Riparian & River Corridors:** Mixture of **NO LEASING** and NSO stipulations within and adjacent to riparian areas.
- **Wildlife:** Mixture of **NO LEASING** and **NSO** stipulations for critical range, identified wildlife migration routes and for streams and rivers with habitat for native trout. **CSU** and **TL** for other important or significant wildlife lands.
- **Landscape:** Mixture of **NO LEASING** and **NSO** stipulations for high- and very-high potential selenium loading areas and for areas with high geologic hazard; **CSU** and **TL** for all other selenium-rich lands, and for all areas with moderate geologic hazard.
  - The majority of high and very-high potential areas for selenium loading would also be designated as the **Mancos Soils Area of Critical Environmental Concern** in recognition of the unique management attention that has gone into mitigating this hazard, and of the unique national significance this hazard poses to the Colorado River System.

## B. Recreation Management:  Designation of specific recreational resources that recognizes the popular use of and important values derived from backcountry and 'front country' recreation along the two forks of the Gunnison River that define the valley, and in the Jumbo Mountain area adjacent to Paonia.

- **Forks of the Gunnison ERMA—NSO** stipulations within the Upper Gunnison Forks Extensive Recreation Management Area (proposed).
- **Jumbo Mountain SRMA—NSO** stipulations for Jumbo Special Recreation Management Area (proposed).

## C. Visual Resource Management: Protect all the North Fork's BLM lands as VRM Class I and II with high levels of protection for key visual resources.

- **VRM I: NO LEASING** for VRM I lands.  This includes the most sensitive areas in the valley, such as 'P' and 'C' Hills (Cedar Hill and Youngs Peak, respectively); the base of the West Elks and the face of Jumbo; etc.
- **VRM II: NSO** within highly ranked viewsheds and scenic corridors including HWY 133, HWY 92, Crawford and Back River Roads. **CSU** stipulations (and notice of VRM-specific conditions-of-approval) in other areas that impact from scenic corridors, views from downtown, or other important vistas.

Director Helen Hankins
U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80202
Sent via Electronic Mail to: hhankins@blm.gov

District Manager Lori Armstrong
U.S. Bureau of Land Management
Southwest District Office
2465 S. Townsend Ave.
Montrose, CO 81401
Sent via Electronic Mail to: Valori_Armstrong@blm.gov

Field Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Office
2505 S. Townsend Ave.
Montrose, CO 81401
Sent via Electronic Mail to: bsharrow@blm.gov

February 26, 2013

Dear Ms. Hankins, Ms. Armstrong, and Ms. Sharrow:

Thank you for your interest in the North Fork Alternative Plan for Oil and Gas Leasing/Development. This plan was developed for consideration in the revision of the Resource Management Plan for the Bureau of Land Management administered public lands and minerals in the North Fork Valley.  The North Fork Alternative Plan is the product of nearly a year of discussions and meetings among our stakeholder advisory group, among our own organizations and associations, and with members of the North Fork community.

Enclosed please find an updated synopsis of our community-based plan; the original two-page synopsis of the plan, which was previously provided to Ms. Sharrow; and, a set of maps that depict the area of focus.   Highlighted are the BLM-administered lands and fluid minerals that are part of this particular planning process; and, the specific resources, community features, and public uses we are seeking to protect on and around the public estate.

This letter also serves as an early indication of the broad support already behind this project and proposal.  Members of the stakeholder advisory group represent hundreds of area residents—from realtors to ranchers; twelve local wineries; over five dozen local farms, orchards and organic and conventional growers; domestic water and ditch companies; and both of the area's locally-based conservation groups.

Over the coming months we will be briefing local governments, elected officials, and other public lands stakeholders.  We will continue to share the growing support we gather with the BLM, with elected officials, and with the public.  We will also have, in that same timeframe, more detailed information to submit to the BLM.

Thank you again for your agency's due consideration of our proposal and of the tremendous investment we each have in ensuring that the public lands and minerals of the North Fork are managed in a way that benefits current and future generations, and the communities we call home. We look forward to working with you and your staffs to make this proposal a part of the final Resource Management Plan for the Uncompahgre Field Office.

Sincerely,

John Moore, Board Chair
Western Slope Conservation Center

Dan Feldman, Board Chair
Citizens for a Healthy Community

Bob Lario, Owner/ Broker
RE/MAX Mountain West Realty

Tom Stevens, Owner
T. A. Stevens Ranch

Brent Helleckson, Owner
Stone Cottage Cellars
Member, West Elk Winery Association

Mark Waltermire, President
Valley Organic Growers Association

Pete Kolbenschlag, Owner and Principal
Mountain West Strategies

Sarah Sauter, Executive Director
Western Slope Conservation Center

Jim Ramey, Director
Citizens for a Healthy Community

Attachments:
- North Fork Community Alternative Plan for Oil and Gas Leasing and Development, February 26, 2013
- North Fork Alternative Plan—A Proposal to BLM for Managing Oil and Gas Leasing and Development, December 4, 2012
- Resource Maps: Agriculture and Community; Water Supplies

North Fork Alternative Plan—A Proposal to BLM for Managing Oil and Gas Leasing and Development

**Colorado's North Fork Valley is a unique place.  As the U.S. Bureau of Land Management revises its Resource Management Plan for the North Fork's public lands, special care must be given to the management of oil and gas leasing and development.**

*The North Fork is an area reinventing itself as a food and wine center, a creative and cultural hub.  A nationally-renowned agritourism destination, the North Fork is a blend of old and new, producer of low-sulfur 'super-compliant' coal with hundred-year mining heritage, and home to the state's highest concentration of organic farms and orchards.*



**The North Fork Plan—An Alternative to the BLM Uncompahgre Resource Management Plan revision for Managing Oil and Gas Leasing and Development**

Many in the area and beyond share the desire to preserve what's unique and special about the North Fork Valley.   BLM should select as its final plan, management that protects this unique and special place.  This outline offers the basis of just such a plan.

The BLM lands in particular are close-in and proximate to the towns, farms, and people of the valley.  These public lands are already heavily utilized and are key components of the valley's fabric: they surround towns, schools, farms, orchards, and roads; these lands include our water sources—domestic and irrigation, nearby and popular recreation areas and hunting lands, key wildlife habitat and delicate soils and other resources.  These BLM lands are also an important part of the scenic backdrop of the North Fork Valley.

**<u>Management Objectives</u>: Support Community and Culture, Safeguard Existing and Emerging Economies, Protect Natural Resources and Wildlife**

The *North Fork Alternative Plan* provides specific direction for oil and gas leasing and development to secure strong protections for the resources and uses by the public that the BLM-administered public lands support and affect.

The *North Fork Alternative Plan* provides a framework to support the culture and character of the North Fork including its agricultural and mining heritage and economies; to enhance nearby, river-based, and dispersed recreational opportunities; and to ensure protection for sensitive resources and wildlife lands.

It should be noted here that the agency <u>can</u> close the lands to leasing altogether, and Congress can withdraw all or some portion from future oil and gas leasing.

<u>The Background of the North Fork Alternative Plan</u>

The idea to provide BLM with more specific management direction as part of that public agency's revision of its decades old land use plan for this area came out of this community's response to an agency oil and gas leasing proposal last winter.

Led by co-chairs from Citizens for a Healthy Community and The Conservation Center, a set of individuals representing organic growers, wineries, ranching, businesses, and conservationists convened to consider management that could be proposed to BLM as part of its Resource Management Plan revision, to ensure adequate protections for important resources, activities and features of the North Fork.

The alternative plan sets out to adapt existing BLM management tools to the North Fork, and to craft a framework for oil and gas leasing and development that is highly protective of the North Fork's important features and resources.

<u>Community Group</u>
**Co-Chairs:** Jim Ramey, Citizens for a Healthy Community; Sarah Sauter, The Conservation Center.

**Members:** Brent Helleckson, Stone Cottage Cellars/West Elk AVA; Mark Waltermire,  ThistleWhistle Farms/Valley Organic Growers Association; Tom Stevens; Bob Lario, Nancy Wood, RE/MAX Mountain West; John Moore, The Conservation Center; Daniel Feldman, Citizens for a Healthy Community; Pete Kolbenschlag, Mountain West Strategies.

December 4, 2012

North Fork Plan—An Alternative Proposal to BLM for Oil and Gas Leasing and Development

**Management Tools:** Zones, Visual Resources, Special Designations

The general framework behind the *North Fork Alternative* is a combination of standard BLM management tools that work together to safeguard community and culture, support existing and emerging economies, and protect natural resources and wildlife.  To help direct possible future oil and gas development on the area's BLM lands, the *North Fork Alternative* would:

➢ Create 'Management Zones' to protect the North Fork Valley's key features and economies.
➢ Maintain rural setting through protection of scenic corridors, key vistas, & view sheds.
➢ Enhance recreational opportunities and address sensitive resource issues.

*Management Zones*

➢ Maintain the historical, current, and emerging, economies of the area including agriculture, coal mining, wine-making, and agritourism; and, keep industrial oil and gas development away from schools and communities;
➢ Safeguard water supplies; and
➢ Protect key wildlife habitat, river corridors and riparian areas.

Management Zones would be developed to protect and maintain:

• Towns, Schools & Communities
• Coal Mining
• Agricultural Lands & Operations
• Domestic Water Supplies
• Dams, Irrigation Facilities & Water Conveyances
• Wildlife Habitat
• River & Riparian Areas



The map depicts lands, towns and water bodies that are within the North Fork River and Smith Fork watersheds, in Delta, Gunnison and Montrose Counties, Colorado.

*Visual Resource Management*

Manage BLM lands to preserve the rural look and character of the Valley.

The North Fork Alternative Plan for Oil and Gas Leasing and Development applies to the tan-colored area on this map, which depicts the BLM-administered public lands.  The green-colored area depicts National Forest Lands, which are subject to their own land use plans that manage surface use.   The white-colored area depicts private lands and yellow-areas depict the town boundaries of Paonia, Hotchkiss, and Crawford. Parcels included in the February 2013 BLM Lease Sale are highlighted in red.

• BLM lands within the North Fork would be managed with a mixture of 'No Surface Occupancy' and 'Controlled Surface Use' with stipulated Best Management Practices.  Key areas in the valley and along road corridors would be protected by prohibiting surface disturbing activities from oil and gas development.

*Special Management Designations*

Protect the area's unique recreational opportunities and sensitive resources through special management designations.

• **Recreation Management Areas**
    o Jumbo Mountain  Special Recreation Management Area
    o North & Smith Fork Rivers Extensive Recreation Management Area
• **Areas of Critical Environmental Concern**
    o Mancos Soils ('Dobies) and areas with geologic hazards

2

BLM_0112618

March 13, 2013

Meeting with Representatives of Local Rod &
Gun Club

Meeting was to discuss the BLM Target Shooting
alternatives

Barb explained this has nothing to do with
2nd Amendment

- Alternatives/Actions were developed with
  safety in mind & conflicting land uses
  - e.g. safety of hikers & bicyclists in high-density
    recreation settings.
- + hunting allowed anywhere in accordance w/ CPW regulations

Explained alternatives A, B, C, D & what they
mean (themes)

- explained that for final plan, do not need to
  select a column or cell in its entirety.
  - (could do Alt D, minus some closure(s)

There was a discussion on Communication sites
They (Jim, Rakesh, I think) said - if Comm Site
shot at, it is vandalism + shooter can be
cited, so do not need the restriction
(shooting toward a comm site).
Barb said that is not always the case.

It was left with - Barb will check
with LEO,
Jim or Rakesh will check w/ sheriff.

②

Discussion on designated route.
  Several were concerned that the restriction
  would apply to any route (even unauthorized)
  we explained. Trail Management Manager +
  meaning of "designated route."

    "We will add to the glossary"
      (Designated Route (if not there already)


Went over closures + had GIS bring maps
  to the meeting.

There was discussion on North Delta EMU area
  - some did not really like that one, but will
    consider some more.

There was discussion on San Miguel River.
  Jule + Karen explained - Narrow corridor, highway,
  lot of use on river - boaters, fishermen,
  high quality recreation, + felt unsafe to
  allow Target shooting in the area.

We went over each closure area.

Bob reminded them that the there is a way to allow
  hunting anywhere in accordance with CPW regulation.


We will meet again on 4/10 to discuss further
  after they have been able to consider further
  on their own.

Uncompahgre RMP, Target Shooting Discussion                    March 13, 2013

| Name | Organization | email address |
|------|-------------|---------------|
| Mr. Craig Schoonderwoerd<br>PO Box 1891<br>Montrose, CO 81402-1891 | MRGC | |
| EARL PORTNESS, Jr | MRGC | |
| Ed Deti | MRGC/TMW | Deti 1950 @ Hotmail |
| Kim Kokesh | TMW | KeKoKesh @tds.net |
| Richard Frantz | MRGC & Western 4Wheelers | CWTJ @ montrose.net |
| MIKIE SHAMBITA | WS4W, PLP, MRGC | OPENRange_expeditions @ hotmail.com |
| KEN EMORY | WS4W | MOUNTAINJEEPER @ AOl.COM |
| Bruce Krickbaum | BLM | bkrickba @ blm.gov |
| Karen Tucker | BLM | |
| Julie Jackson | BLM | |
| Barb Sharrow | BLM - Field Manager | |

BLM_0112621

BLM_0112622

**Target Shooting**

| | A | B | C | D (Preferred) |
|---|---|---|---|---|
| **New** | Allowable use: Allow hunting in accordance with CPW regulations | | | |
| 361 | Allowable Use: *Target Shooting.* Prohibit target shooting in developed recreation sites (43 CFR, 8365.2-5; Figure 2-70, Appendix A).                 20 acres | Allowable use: *Target Shooting.* The purpose of the restrictions and closure is to protect visitor and public safety by minimizing potential for accidental shootings and to protect facilities and a heritage site from damage. Allow hunting in accordance with CPW regulations.<br><br>Restrict target shooting in the following areas:<br>• Toward or in the direction of any road or designated route (and existing routes until designated)<br>• Toward or in the direction of any developed recreation area or site<br><br>Prohibit (close) target shooting in the following areas (237,990 Acres) (Figure 2-71, Appendix A):<br>• Same as Alternative A, plus<br>  o Prairie dog colonies with burrowing owls            7,790<br>  o Lands identified for wilderness characteristics protection  24,910<br>  o SRMAs                      169,160<br>    – Burn Canyon<br>    – Dolores River Canyon<br>    – Dry Creek<br>    – Jumbo Mountain<br>    – Kinikin Hills<br>    – North Delta<br>    – Paradox Valley RMZs 1 and 2<br>    – Ridgway Trails | Allowable use: *Target Shooting.* The purpose of the restriction is to protect visitor and public safety by minimizing potential for accidental shootings. Allow hunting in accordance with CPW regulations.<br><br>Prohibit target shooting in the following areas (Figure 2-72, Appendix A):<br>• Within developed recreation sites and areas.            20 acres | Allowable use: *Target Shooting.* The purpose of the restrictions and closure is to protect visitor and public safety by minimizing potential for accidental shootings and to protect facilities and a heritage site from damage. Allow hunting in accordance with CPW regulations.<br><br>Restrict target shooting in the following areas:<br>• If within .25 mile, toward or in the direction of any developed recreation area or site<br>• If within .25 mile, toward or in the direction of any public road or designated route (and existing routes until designated)<br>• If within 0.25-mile, toward or in the direction of any of any communication site<br><br>Prohibit (close) target shooting in the following areas (57,800 Acres) (Figure 2-73, Appendix A):<br>• Within 150 yards of any developed recreation area or site            420<br>• Within 200 feet of a residence or occupied building            210<br>• North Delta OHV area   8,520<br>• ACECs            23,860  ← within the SRMA (shown on next page)<br>    – San Miguel River |

BLM_0112623

| | | | | |
|---|---|---|---|---|
| | | – Roubideau<br>– San Miguel River<br>– Spring Creek<br>o Within 0.25-mile of a residence, occupied building, and developed facilities (e.g., substations, power lines, and communication sites)  42,320<br>o ACECs  56,990<br>  – Roubideau-Potter-Monitor<br>  – San Miguel River<br>  – Paradox Rock Art<br>• Tabeguache Area  8,060<br>• WSAs  36,160 | | – Paradox Rock Art<br>• SRMAs  48,010<br>  – Dry Creek RMZs 1, 2, and 4<br>  – Jumbo Mountain<br>  – Ridgway Trails<br>  – Roubideau RMZ 4<br>  – San Miguel River<br>  – Spring Creek RMZs 1 and 3 |

**Angie Adams**

| | |
|---|---|
| **From:** | Angie Adams |
| **Sent:** | Tuesday, December 10, 2013 12:32 PM |
| **To:** | UFO AR |
| **Subject:** | FW: North Fork Alternative Plan Update; Request for Conference Call |
| **Attachments:** | NFAlt_Vision_Final.pdf; NFAltManagementRationale.pdf; NFAlt_faqs_final.pdf; Project Area.pdf; Agriculture and Community.pdf; Water Supplies.pdf |

**From:** Krickbaum, John (Bruce) [mailto:bkrickba@blm.gov]
**Sent:** Friday, December 06, 2013 11:00 AM
**To:** Angie Adams; Kate Krebs
**Cc:** Bruce Krickbaum
**Subject:** Fwd: North Fork Alternative Plan Update; Request for Conference Call

For the admin record.

Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401
970-240-5384

---------- Forwarded message ----------
From: **Sharrow, Barbara** <bsharrow@blm.gov>
Date: Tue, Apr 2, 2013 at 1:08 PM
Subject: Fwd: North Fork Alternative Plan Update; Request for Conference Call
To: Teresa Pfifer <tpfifer@blm.gov>, Thane Stranathan <tstranat@blm.gov>, John Krickbaum <bkrickba@blm.gov>

It's the next version.  Thane - can you help me print off the color maps?  For some reason, I'm only getting black and white.  Thanks

Barb

---------- Forwarded message ----------
From: **Jim Ramey** <chc.director@gmail.com>
Date: Mon, Apr 1, 2013 at 6:58 PM
Subject: North Fork Alternative Plan Update; Request for Conference Call
To: "Sharrow, Barbara L" <bsharrow@blm.gov>, valori_armstrong@blm.gov, hhankins@blm.gov

Dear Ms. Sharrow, Ms. Armstrong, and Ms. Hankins,

I am writing to provide you with updated information on the North Fork Alternative Plan. Our stakeholder group has released a preliminary draft of the North Fork Alternative Plan to the public, and these documents are attached to this email.  These documents, along with a full report and documentation of community support, will be submitted to the BLM as part of the public comment period on the UFO RMP.

We plan to brief local elected officials and other groups in the coming weeks, and would like to provide the

1

BLM_0112624

BLM with an update within a few weeks.  We would like to schedule a conference call between you and a number of the stakeholders who worked to develop this alternative plan. Can you please provide a few times during the weeks of April 15th or April 22nd?

Best,

Jim

--
Jim Ramey, Director
Citizens for a Healthy Community
Office: (970) 527-7779
Mobile: (970) 765-7111
chc.director@gmail.com
P.O. Box 291
Hotchkiss, Colorado  81419
www.citizensforahealthycommunity.org

BLM_0112625

North Fork Alternative
Water Supplies

- Domestic Well Permits
- ★ Drinking Water Springs
- — Ditches
- Federal Minerals
- Towns
- County
- Private Land
- NCA
- BLM Land
- BLM Wilderness
- USFS Land
- USFS Wilderness

Data Sources:
CO Division of Water Resources (2012),
Delta County Conservation District (2011)

Project Boundary

Scale 1:200,000

0   1.5   3         6
Miles

Paonia

Hotchkiss

Crawford

BLM_0112626



# North Fork Alternative
## Agriculture and Community

**Project Boundary**

Legend:
- △ VOGA
- Ditches
- Federal Minerals
- Towns
- County
- West Elks AVA
- Prime & Unique Soils
- Private Land
- NCA
- BLM Wilderness
- BLM Land
- USFS Land

Data Sources:
NRCS SSURGO co679 (2008),
CO Division of Water Resources (2012).

Paonia

Hotchkiss

Crawford

Scale 1:200,000

0   2   4   8
Miles

N

BLM_0112627

April 2013

Barbara Sharrow, BLM Uncompahgre Field Office Manager

Helen Hankins, BLM Colorado State Director

### We support the North Fork Alternative Plan

We are Realtors in the North Fork Valley writing to put our support behind the North Fork Alternative Plan– a community driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the valley's important features and scenic landscape. We represent much of the real estate and housing industry in the North Fork Valley, where many choose to purchase property with scenic views, orchards, farms and ranches in a scenic, pastoral setting. We request that the U.S. Bureau of Land Management, Uncompahgre Field Office adopt the strong protections the North Fork Alternative Plan proposes if it makes any public lands and minerals available for oil and gas leasing in its revised Resource Management Plan (RMP).

Many of the North Fork's public lands surround the occupied, utilized and developed lands of our communities. Likewise, these public lands surround the North Fork's farms, orchards and vineyards and include many major water sources, primary irrigation canals and ditches, and grazing permits for ranching operations. Oil and gas development here— and the introduction of an industrial activity, potential exposure to toxins and unhealthy air, and potential contamination of surface and ground water—raises significant risk of harmful impact to the agricultural operations and farmlands that make this a unique real estate market. In addition, we have seen first-hand that not only the act of drilling and fracking, but the mere threat of oil and gas development, has a significant negative impact on the real estate market and socioeconomic status of our area.

The North Fork Alternative Plan would protect the many important uses on public lands that help to make the North Fork Valley a very attractive place to purchase property. The Plan places strong protections on the valley's scenic areas and views. That makes sense for protecting the existing economy and residents of the valley, and the future real estate market here.

The North Fork Alternative Plan would also protect our valley's place as a leading 'agritourism' destination in Colorado. Growing numbers of visitors come to the North Fork as part of Colorado's agritourism industry. The North Fork is an American Viticultural Area, one of only two in Colorado; has numerous restaurants and markets that specialize in local produce, meats, and products; and celebrates this connection with agriculture in two of the largest festivals held each year in the valley—Cherry Days and the Mountain Harvest Festival—both drawing hundreds of visitors to the valley. These features also draw potential buyers to the real estate market here, and the Alternative Plan would help to protect agritourism as an important component of the North Fork's way of life.

BLM_0112628

BLM_0112629

The North Fork Alternative Plan recognizes the important features and resources that make the North Fork Valley a special place. The North Fork Alternative Plan would protect these important resources from oil and gas leasing and development, which has been known to cause air and water pollution and has the potential to harm the area's robust and diverse agricultural operations and economy.

The Bureau of Land Management Uncompahgre Field Office should adopt the North Fork Alternative Plan into its revised Resource Management Plan for public lands and federal minerals in the North Fork Valley. Doing so will protect real estate values and sales from the negative impacts of oil and gas development.

Sincerely,

Realtors in the North Fork Valley

Bob Lario

Shari Davis

Nancy Wood

Marsha Jackson

Myles Roberts

Mark Shaffer

Bernadette Stach

David B. Mitchell

Linda Lario

Doris Danielson

Bert Sibley

Mike Jackson

Bob Bennetta

Liz Heidrick

Glenda Bailey

Cathy Smith

BLM_0112631

Cc:   Neil Kornze, Principal Deputy Director
      U.S. Senator Mark Udall
      U.S. Senator Michael Bennet
      U.S. Representative Scott Tipton
      Colorado State Senator Gail Schwartz
      Colorado State Representative Millie Hamner
      Mike King, Director, Colorado Department of Natural Resources
      Paonia Town Council
      Hotchkiss Town Council
      Crawford Town Council
      Delta County Board of County Commissioners
      Gunnison County Board of County Commissioners

BLM_0112632

Meeting with                                    April 10, 2013
Representatives of a
Local Rod & Gun Club
& Target Shooter.


Kim Sukash:
        Wrong to close North Delta OHV area to
              Target shooting.
              - Cannot support that.

Consider/

              Less people shooting safely there.

Ed Det.: If we close North Delta, it would
              force shooters south of Delta,
              to areas where there are houses, and
              would not be as safe.

Boris: We will fully consider these concerns.


Dick Frals:
              Shooting Communication sites is vandalism.
              - Said sherriff should handle.
              He talked to the Sheriff & he said
              he would respond
                                                      (Tell)
Tell Moe — Said that is true.   Tell said he
              does not have jurisdiction, since it is a
              Row

We went over the action items again for target shooting.

4/10/13                    (2)

Target Shooting.

**ACTION**

Alt D - 2nd Bullet, we agreed to
get rid of item in parenthesis:
Delete "(and existing roads until designated)"

3rd ~~bullet~~ bullet under "Restrict" is not clear.
Most thought it meant "no shooting"
within .25 miles

**Consider Rewording**

- I told the ~~group~~ group they can e-mail
me if they come up with better wording.

A    Agreed on changes:

Change "Restrict" to "Limit"

**ACTION**

Change .25 miles to 400 yds.
it is essentially the same, but those
in attendance feel public can relate
to yards better than to miles (or parts of).

- We talked about the need for SRMA closures
Julie explained recreation experience
Barb talked about safety

**Conclusion**

Attendees said they are generally ok w/ action, if we
make the changes discussed, and also do not
close North Delta OHV to shooting.

We had a general discussion on designated shooting
ranges / areas.

BLM_0112634

Uncompahgre RMP, Target Shooting Discussion
(Meeting 2)

April 10, 2013

| Name | Organization | e-mail address |
|------|-------------|----------------|
| Bruce Krickbaum | BLM | bkrickba@blm.gov |
| Ken Emory | WS4W | MOUNTAINJEEPER@AOL.COM |
| Dick Frantz | WS4W/MRPGC | CWTS@MONROSE.NET |
| Julie Jackson | BLM | jmjackson@blm.gov |
| Barb Sharrow | BLM | blsharrow@blm.gov |
| Ed Deti | MRGC | Deti1950@Hotmail |
| Kim KoKesh | TMW | KcKoKesh@tds.net |
| Craig Schoondenwoerd | WS4W | |
| Mike Shambra | WS4W/PLP/MRGC | Sea_huntkl@msn.com |
| Ted Mae | BLM | tmae@blm.gov |
| Karen Tucker | BLM | Krotucke@blm.gov |

BLM_0112635

| | | | | |
|---|---|---|---|---|
| 362 | | – Roubideau<br>– San Miguel River<br>– Spring Creek<br>○ Within 0.25-mile of a residence, occupied building, and developed facilities (e.g., substations, power lines, and communication sites)    42,320<br>○ ACECs    56,990<br>  – Roubideau-Potter-Monitor<br>  – San Miguel River<br>  – Paradox Rock Art<br>• Tabeguache Area    8,060<br>• WSAs    36,160 | | – Paradox Rock Art<br>• SRMAs    48,010<br>  – Dry Creek RMZs 1, 2, and 4<br>  – Jumbo Mountain<br>  – Ridgway Trails<br>  – Roubideau RMZ 4<br>  – San Miguel River<br>  – Spring Creek RMZs 1 and 3 |
| 362 | **Allowable Use:**<br>No similar allowable use in current RMP. | **Allowable Use:**<br>The discharge of firearms for recreational target shooting is permitted on BLM-administered lands, considering areas with firearm use restrictions or closures, provided that the firearm is discharged toward a proper backstop sufficient to stop the projectile's forward progress beyond the intended target. Targets shall be constructed of wood, cardboard, and paper or similar unbreakable materials. Discharge of firearms at any appliance, television, object containing glass, or other target material that can shatter and cause a public safety hazard is prohibited. All shooting materials, including targets, shell boxes, shells, shell casings, and clay targets (e.g., trap and skeet), are considered litter and must be removed and properly disposed of. Refer to the *Extensive Recreation Management Area*, *Special Recreation Management Area*, and *Areas of Critical Environmental Concern* sections for firearm use restrictions within these areas. | | |

BLM_0112636

## Target Shooting

| New | Allowable use: Allow hunting in accordance with CPW regulations | | | |
|---|---|---|---|---|
| 361 | Allowable Use: *Target Shooting.* Prohibit target shooting in developed recreation sites (43 CFR, 8365.2-5; Figure 2-70, Appendix A).   20 acres | Allowable use: *Target Shooting.* The purpose of the restrictions and closure is to protect visitor and public safety by minimizing potential for accidental shootings and to protect facilities and a heritage site from damage. Allow hunting in accordance with CPW regulations.

~~Restrict~~ *Limit* target shooting in the following areas:
• Toward or in the direction of any road or designated route ~~(and existing routes until designated)~~ *OKE*
• Toward or in the direction of any developed recreation area or site

Prohibit (close) target shooting in the following areas  (237,990 Acres) (Figure 2-71, Appendix A):
• Same as Alternative A, plus
  ○ Prairie dog colonies with burrowing owls   7,790
  ○ Lands identified for wilderness characteristics protection 24,910
  ○ SRMAs   169,160
    – Burn Canyon
    – Dolores River Canyon
    – Dry Creek
    – Jumbo Mountain
    – Kinikin Hills
    – North Delta
    – Paradox Valley RMZs 1 and 2
    – Ridgway Trails | Allowable use: *Target Shooting.* The purpose of the restriction is to protect visitor and public safety by minimizing potential for accidental shootings. Allow hunting in accordance with CPW regulations.

Prohibit target shooting in the following areas (Figure 2-72, Appendix A):
• Within developed recreation sites and areas.   20 acres | Allowable use: *Target Shooting.* The purpose of the restrictions and closure is to protect visitor and public safety by minimizing potential for accidental shootings and to protect facilities and a heritage site from damage. Allow hunting in accordance with CPW regulations.

~~Restrict~~ *Limit* target shooting in the following areas:
• If within .25 mile, toward or in the direction of any developed recreation area or site , *w*
• If within .25 mile, toward or in the direction of any public road or designated route ~~(and existing routes until designated)~~
• If within 0.25-mile, toward or in the direction of any of any communication site
    –

Prohibit (close) target shooting in the following areas  (57,800 Acres) (Figure 2-73, Appendix A):
• Within 150 yards of any developed recreation area or site   420
• Within 200 feet of a residence or occupied building   210
• North Delta OHV area   8,520
• ACECs   23,860
    – San Miguel River |

*(handwritten margin note:)* ← within the SRP (shown on next page

BLM_0112637

BLM_0112638



APR 2 2 2013

To whom it may concern:

Please accept the attached corrected version of this letter for your official records. We inadvertently sent a version that did not include all of the groups that signed on and supported this letter.

Thank you for your patience and understanding.


The Wilderness Society

BLM_0112640

BLM_0112641

April 17, 2013

**Via e-mail and U.S. Mail**

Helen Hankins, State Director
Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7093

     Re:    Master Leasing Plan and Targeted Development Examples for Managing Oil &
           Gas Development in Colorado Resource Management Plans

Dear Director Hankins:

As the BLM in Colorado is in the process of revising or amending seven resource management
plans that manage oil and gas development, we urge the BLM to incorporate proactive
management approaches for oil and gas development. Other states are incorporating methods in
their plans to better direct development to appropriate areas and to manage development in areas
with more conflicts to acknowledge and protect other important natural and cultural resources.
Both Montana and Wyoming BLM are incorporating master leasing plans and targeted
development areas into their resource management plan revisions.

Colorado RMPs are the oldest in the Rockies (averaging more than 20 years old), so the ongoing
efforts to update these plans are critical. We wanted to bring these examples to your attention as
ways to ensure that our public lands in Colorado are afforded the same opportunity for
responsible, balanced management and employ the most up-to-date approaches the have been
developed. We believe that these concepts, which are analogous to the recent designation of
"solar energy zones" on public lands with high development potential and few resource conflicts,
can be successfully incorporated into the ongoing RMP amendments and revisions in Colorado,
and hope to see this action taken now when the BLM is setting out the approach for managing
more than 7 million acres of mineral resources for years to come.

Master Leasing Plans

As described in Instruction Memorandum (IM) 2010-117, master leasing plans (MLPs) are
intended to give BLM managers a way to "strategically plan for leasing and development" and
"identify and address potential resource conflicts and environmental impacts from development"
at a landscape level. Through an MLP, the agency can conduct a more detailed evaluation of
development and prescribe both areas suitable for energy development—and how development
will proceed in those areas—and areas where recreation, wildlife and wilderness values should
take precedence. While resource management plans (RMPs) make general allocations for all uses
across an entire field office, MLPs can focus on addressing expected impacts of oil and gas
activity and how to balance that activity with other resources (such as recreation, fish and
wildlife habitat, and cultural resources) within certain landscapes.

BLM's guidance provides for preparation of MLPs when an area meets all criteria or at the

1

discretion of the BLM. There are many ways to implement an MLP, as evidenced by how the agency is already using this approach in other states, so Colorado BLM can tailor an MLP to address different circumstances. We recommend thorough consideration as to how these approaches to creating an MLP can be incorporated into ongoing Colorado RMP amendments and revisions. Specific examples from Wyoming and Montana are summarized below:

1. Beaver Rim MLP – Lander (Wyoming) RMP

The Lander Proposed RMP[1] incorporates the Beaver Rim MLP, encompassing 150,782 acres. Key aspects of this MLP are:

- Boundary: Incorporates a specific boundary to define the Beaver Rim MLP area. *See* Proposed RMP, Map 135.

- Finer-scale analysis for MLP area: Explains the MLP approach by noting that: "'broad stroke' oil and gas management approach is suitable at an RMP level, and not at the finer, site-specific planning scale that the MLP approach is designed to achieve." *Id.* at 23.

- Detailed management of both oil & gas and other resources within the MLP: Incorporates specific management prescriptions including a Visual Resource Management setting, specific siting requirements, phased leasing, mandatory surface disturbance thresholds, and focused inventory and protection of cultural and paleontological resources to address identified resource conflicts. *Id.* at 95-99.

- Open to future leasing: While the entire MLP area remains open to oil and gas leasing, approximately 20 percent is subject to a No Surface Occupancy (NSO) stipulation for visual and geologic resources, as well as unique plant communities. *Id.*

- Deferral during preparation: Leasing was deferred until the evaluation of the MLP through the plan revision process is completed.[2]

- Incorporated in spite of condensed timeline: Incorporates MLP in spite of condensed planning timeline; Wyoming State Director authorized the MLP's preparation in Nov. 2010,[3] and MLP incorporated in Lander Draft RMP, released less than one year later (Sept. 2011).

2. Carter MLP – Miles City (Montana) RMP

The Miles City Draft RMP[4] incorporates the Carter MLP[5], encompassing 393,000 acres, in both the Preferred Alternative and other management alternatives. Key aspects of this MLP are:

---

[1] http://www.blm.gov/wy/st/en/programs/Planning/rmps/lander/docs/PRMP-FEIS.html
[2] *See, e.g.,* WY Aug. 2012 EA , p. 3-1, stating that "parcels would be deferred under Alternative 3 recommendations pending completion of the MLP analysis through the LFO Draft RMP revision." http://www.blm.gov/pgdata/etc/medialib/blm/wy/information/NEPA/og/2012/08august/ver3.Par.10575.File.dat/v3w rbbd-EA.pdf
[3] http://www.blm.gov/pgdata/etc/medialib/blm/wy/programs/energy/og/leasing/reform.Par.2836.File.dat/MLPevaluati on.pdf
[4] http://www.blm.gov/mt/st/en/fo/miles_city_field_office/rmp/draft_rmp.html
[5] See also, MLP Factsheet: http://www.blm.gov/pgdata/etc/medialib/blm/mt/field_offices/miles_city/rmp/draft_rmp.Par.5334.File.dat/MC%20 DRMP%20FACT%20SHEET%20MLP.pdf

2

- Boundary: Incorporates a specific boundary to define the Carter MLP. *See* Draft RMP, Map 3.

- Varied surface ownership and mineral potential: Surface ownership is: 139,000 acres BLM, 229,000 acres private and 25,000 acres state, although the BLM owns most of the minerals (282,500 acres). Lands within the MLP are about half high/medium potential and half low development potential areas. *Id.* at 3-127.

- Finer scale analysis for MLP: Explains that: "MLPs expand the tools available to address resource conflicts prior to leasing and present finer-scale analysis for identified smaller areas than the entire RMP planning area. It can help to control the amount and kind of surface uses based upon current condition and identified conflicts between resource values and leasing." *Id.* at 3-127.

- MLPs to look at other resources and values on lands that are not fully leased: There is a purpose and need statement for the MLP that acknowledges that leasing is not always "consistent with protection of other important resources and values" and therefore "areas of oil and gas development potential that have not been fully leased need to be identified and evaluated." *Id.* at 1-6. The Draft RMP acknowledges that the area contains "some of the highest densities of sage-grouse in Montana," as well as "raptor nests, a great blue heron rookery, big game crucial winter range, sensitive soils, riparian areas, major streams, uranium paleontological localities and cultural resource sites." *Id.* at 3-127.

- Range of alternatives and detailed management of both oil & gas and other resources within the MLP: The Draft RMP contains five alternatives for the Carter MLP. The alternatives are focused entirely on protecting sage-grouse, and propose varying levels of protection—ranging from closing most of the MLP area to leasing (Alt. B), to leasing largely with NSO (Alt. E—Preferred), to leasing largely with controlled surface use stipulations (Alts. C & D). The alternatives also propose additional measures to protect sage-grouse, some of which are drawn directly from IM 2010-117, including closing leased areas to further leasing (once leases expire), phased leasing and a variety of other best management practices. *See, Id.* at 2-83 – 2-85.

- RFD Developed for the Carter MLP: BLM developed a "reasonable foreseeable development" (RFD) scenario for the Carter MLP, as part of the broader, field office-wide RFD. This is a helpful tool for understanding the MLP area's development potential and number/location of potential wells. According to the RFD, the BLM anticipates that industry will drill up to 119 oil and gas wells (84 federal wells) in the Carter MLP area over the next 20 years. *See* RFD in Minerals Appendix.

BLM in Colorado can and should define master leasing plans in its RMPs, similar to those proposed in Montana and Wyoming, which incorporate detailed planning for oil and gas development, as well as methods for ensuring a balance with management to protect other resources.

Targeted Development Areas

Currently, Colorado RMPs simply identify areas as available or not available for leasing, and the vast majority of RMPs are more than 90% open to leasing. Leasing and development are then

3

determined, in large part, based on nominations from the oil and gas industry without strategic direction from the agency that is actually responsible for managing these valuable public lands. By going one step further and actually identifying areas that are most suited for oil and gas leasing and development, based on development potential and minimal resource conflicts, then setting management to focus development in those areas, the BLM can facilitate responsible oil and gas leasing and development and reduce conflicts. Targeted leasing and development areas can and should also be part of MLPs as long as oil and gas development is pursued responsibly there. However, the Wyoming examples provided below waive wildlife protections, which should remain in place to at least some degree to ensure that unnecessary impacts are minimized.

Bearing this in mind, we recommend thorough consideration as to how these targeted leasing and development *approaches,* together with appropriate protection of other resources and mitigation for impacts to those resources, can be incorporated into ongoing Colorado RMP amendments and revisions to designate areas for industrial-scale oil and gas development. We note the following examples of designating areas for targeted development:

1. Lander (WY) Proposed RMP - "Designated Development Areas"

The Lander Proposed RMP[6] proposes three "Designated Development Areas" (DDAs) totaling 364,630 acres for "intensive mineral exploration, development, and production." Key elements of this targeted development approach include:

- Designation criteria/process: Designated in areas with "high mineral potential." Proposed RMP at 44.

- Management emphasis/direction: Designated for "intensive mineral exploration, development, and production. . . ." *Id.* at 93.

- Specific management: Generally, only standard stipulations are applied to new leases; stipulations "will be reviewed at the permit stage and not applied unless required to follow federal laws and policies, or the BLM identifies a site-specific real-time need for the stipulation." *Id.* at 94. Requests for stipulation reviews "will be expedited." *Id.* at 93.

- Process for designating additional DDAs: New DDAs may be designated via an RMP amendment "if project-specific environmental analysis determines that adverse impacts to other resources can be successfully mitigated. . . ." *Id.* at 95.

- Balancing development with conservation of other resources: In addition to designating areas for concentrated development, the Proposed RMP includes several conservation-focused management approaches, including the Beaver Rim Master Leasing Plan (150,782 acres), the National Historic Trails Management Corridor (481,557 acres), the South Pass Historical Landscape ACEC (124,229 acres) and the Dubois leasing closure area (82,527 acres). Each of those designations prohibits or constrains oil and gas development in order to protect wildlife, historic and other important resources and uses of the public lands.

2. Bighorn Basin (WY) Draft RMP – "Oil and Gas Management Areas"

---

[6] http://www.blm.gov/wy/st/en/programs/Planning/rmps/lander/docs/PRMP-FEIS.html

4

The Draft Bighorn Basin RMP[7] proposes "oil and gas management areas" to be "manage[d] primarily for oil and gas exploration and development." Key elements of this targeted development approach include:

- Designation criteria/process: Designated "around intensively-developed existing fields, using a buffer zone of up to 2 miles from the outer boundary of the existing field. . . ." Draft RMP at 2-57. Areas have a lot of leasing already.

- Management emphasis/direction: "Within these areas, manage primarily for oil and gas exploration and development; consider all other surface use secondary." *Id.* Draft RMP also notes that: "consolidating development in these Oil and Gas Management Areas, instead of allowing for a more spread-out pattern of development, may reduce visual contrast from oil and gas development in other areas." *Id.* at 4-293.

- Alternatives/acres evaluated: Evaluated in two alternatives: Most Resource Use, Alt. C (568,164 acres) and Agency Preferred, Alt. D (134,214 acres). *Id.*

- Proposed management: Includes exemptions from discretionary seasonal stipulations.

- Balancing development with conservation of other resources: The Draft RMP evaluates various landscape-level conservation designations, including the Absaroka Front Management Area (271,123 acres) with a variety of conditions and limitations on oil and gas development intended to protect the area's wild character, fish (cutthroat trout) and wildlife (grizzly bears, elk, sage grouse).

As with the MLP examples above, Colorado BLM can and should identify targeted leasing and development areas, based on the process employed in Montana and Wyoming, in RMPs to better manage oil and gas development and support balancing development with protection of other resources.

Colorado's public lands deserve to be proactively and thoughtfully managed to ensure that oil and gas development proceeds in the most suitable places and in the most responsible manner, while the many other values and uses of these lands are recognized and protected. We believe this can be achieved and that Colorado BLM can use the examples we've provided in this letter to meet our collective goals. We hope you find this information useful and would be glad to answer any questions or discuss the application of our recommendations in more detail.

Very truly yours,

Nada Culver
Senior Counsel
The Wilderness Society
BLM Action Center
1660 Wynkoop Street, #850
Denver, CO

---

[7] http://www.blm.gov/wy/st/en/programs/Planning/rmps/bighorn/docs/drmp.html

5

Sarah Sauter
Executive Director
Western Slope Conservation Center
PO Box 1612 ~ 204 Poplar Ave
Paonia, CO 81428

Dan Randolph
Executive Director
San Juan Citizens Alliance
1022 1/2 Main Ave.
Durango, CO 81301

Bruce Gordon
Executive Director
EcoFlight
307 L Aspen Airport Business Center
Aspen, CO 81611

Bobby McEnaney
Senior Lands Analyst
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC  20005

Shelley Silbert
Executive Director
Great Old Broads for Wilderness
PO Box 2494
Durango, CO 81302

Luke Schafer
West Slope Advocacy Director
Conservation Colorado
529 Yampa Ave
Craig, CO 81625

Christine Canaly
Director
San Luis Valley Ecosystem Council
P.O. Box 223
Alamosa, CO 81101

6

BLM_0112647

Matthew Sandler
Staff Attorney
Rocky Mountain Wild
1536 Wynkoop St., Suite 303
Denver, CO 80202

Hilary Cooper
Director
Sheep Mountain Alliance
PO Box 389
Telluride, CO 81435

Scott Braden
Conservation Director
Colorado Mountain Club
710 10th Street, Suite 200
Golden, CO 80401

Ti Hays
Counsel
Western Energy Project
1660 Wynkoop St., Suite 850
Denver, CO 80202

cc:     District Managers
        Field Managers

7

BLM_0112648

BLM_0112649

# MEMORANDUM OF UNDERSTANDING

## BETWEEN

## DELTA COUNTY SOIL CONSERVATION DISTRICT

## AND THE

## BUREAU OF LAND MANAGEMENT

## UNCOMPAHGRE FIELD OFFICE

## I.  INTRODUCTION

The Bureau of Land Management (BLM), Uncompahgre Field Office is undertaking a major revision of their Resource Management Plan (RMP), a process that began in the spring of 2009. The BLM anticipates that the RMP revision and associated environmental impact statement (EIS) will take approximately four years to complete.

The Delta County Soil Conservation District is eligible to become a Cooperating Agency for the duration of the RMP/EIS process.  Cooperating Agency status provides an opportunity for the BLM, the Delta County Soil Conservation District and other Cooperating Agencies to work together to enhance the BLM's planning efforts.

This Memorandum of Understanding (MOU) sets forth roles and responsibilities for the Cooperating Agencies as agreed upon between the Delta County Soil Conservation District and the Uncompahgre Field Office (UFO) for the purposes of collaborative planning and production of the RMP and EIS.

## II.  PURPOSE

In carrying forth its responsibilities and mandates under the National Environmental Policy Act and Council of Environmental Quality regulations at 40 Code of Federal Regulations (CFR), Part 1500 and the Federal Land Policy and Management Act (as amended) CFR Part 1600, the BLM recognizes a compelling need to ensure that the interests of the Delta County Soil Conservation District are accounted for, and that they are meaningfully engaged in the above stated resource management planning effort and associated EIS.

As such, the Delta County Soil Conservation District has requested, and the BLM has agreed to grant, Cooperating Agency Status pursuant to 40CFR 1501.6, 1501.2, and 1501.8.  Under the regulations, the BLM recognizes that the Delta County Soil Conservation District has special expertise as it relates to various aspects of the planning effort described above.

BLM_0112650

## III. AGENCY DESIGNATIONS

Appendix A specifies Agency Representatives. Each participating entity will designate one primary representative to attend meetings and to act as a point of contact to ensure coordination and exchange information between the Delta County Soil Conservation District and the BLM during the planning process. An entity may change its representative at any time by providing written notice to the other party. Cooperating Agencies may also involve "in-house" specialists in discussions, when a specific topic warrants such expertise.

## IV. AUTHORITIES FOR AGREEMENT

Authority for the BLM and the Delta County Soil Conservation District to participate in this agreement is provided by the National Environmental Policy Act, 42 USC 4321 et seq. and 40 CFR 1501.6 – Cooperating Agencies, 1506.2 – Elimination of Duplication with State and Local Procedures, and 1508.5 – Cooperating Agency (CA).

Additional authority comes from the Federal Land Policy Management Act, 43 USC 1712 et seq., which mandates coordination of BLM planning and management efforts with the programs of state and local governments which may be affected by those planning actions.

## V. ROLES AND RESPONSIBILITIES

### A. RESPONSIBILITIES OF THE BUREAU OF LAND MANAGEMENT, UFO

The BLM UFO is responsible for the following:

i. To prepare and ensure the content and quality of the Draft RMP/Draft EIS, the Proposed RMP/Final EIS, and the Record of Decision/Approved RMP.

ii. To provide the Delta County Soil Conservation District with meaningful opportunities for participation, while considering the late stage the RMP draft is currently in.

iii. To consider and incorporate information and comments provided by the Delta County Soil Conservation District into EIS documents beyond the Draft RMP stage to the extent possible and where appropriate.

iv. To make all final determinations regarding the content of the EIS document.

### B. RESPONSIBILITIES OF DELTA COUNTY SOIL CONSERVATION DISTRICT

The Delta County Soil Conservation District has special expertise in a number of areas related to planning, and as such, is responsible for the following:

i. Along with other involved Cooperating Agencies, to participate in the planning process to the fullest extent possible.

BLM_0112651

    ii. To review and provide comments during specified review periods on preliminary baseline and other technical reports for which the Delta County Soil Conservation District has contributed data or other pertinent information.

    iii. During public review periods for the Draft EIS, to provide the BLM with a consolidated comprehensive review of the Draft EIS.

    iv. To assist the BLM with analyzing and reviewing public comments and data, and with the development of the Proposed RMP/Final EIS.

## VI.   FUNDING

Each entity agrees to fund its own expenses associated with this planning process.

## VII.   JOINT RESPONSIBILITIES

The parties agree to use their best efforts to meet the timeframes established in the agreement, to work cooperatively, and to resolve differences as quickly as possible.

## VIII.   IMPLEMENTATION, AMENDMENT AND TERMINATION

This agreement becomes effective upon signature by all parties, and may be subsequently amended through written agreement of all signatories. The parties agree to jointly develop a framework for information exchange and feedback within 60 days of the signing of this agreement.

The Delta County Soil Conservation District or the BLM may terminate this agreement by providing written notice of termination to the other party. If not terminated sooner, this agreement will end when the Notice of Availability for the Final EIS is published in the Federal Register.

Nothing in this agreement will abridge or amend the authorities and responsibilities of the Delta County Soil Conservation District or the BLM or any other party on any matter under their respective jurisdictions.

Nothing in this agreement may be construed to require either the Delta County Soil Conservation District or the BLM to obligate or pay funds or in any other way take action in violation of the Anti-Deficiency Act (31 USC 1341) or any State or County law or ordinance.

## IX.   SOVEREIGN IMMUNITY

Neither signatory waives their sovereign immunity by entering into this Memorandum of Understanding. Each fully retains all immunities and defenses provided by law with respect to any actions based on or occurring as a result of this agreement.

BLM_0112652

APPENDIX A – AGENCY REPRESENTATIVE

REPRESENTING:     **DELTA COUNTY SOIL CONSERVATION DISTRICT**

Name *CASSANDRA SHENK*

Delta County Soil Conservation District

690 Industrial Blvd

Delta, Colorado 81416

Phone: (970-945-8522

Fax: (970) 945-8799

Email:  insert

*Home Address:*
*9264 3200 RD*
*HOTCHKISS, CO 81419*
*Tel: (H) 970-872-3559*
*(H) 970-208-7716*

REPRESENTING:     **BUREAU OF LAND MANAGEMENT**
                  **UNCOMPAHGRE FIELD OFFICE**

Bruce Krickbaum

RMP Project Manager

Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, CO 81401

Phone: (970) 240-5384

Fax: (970) 240-5367

Email: bkrickba@blm.gov

BLM_0112653

## X.   SIGNATURES

The parties hereto have executed this Memorandum of Understanding as of the dates shown below.

BUREAU OF LAND MANAGEMENT

_Barbara L. Sharrow_                    4-19-13

Barbara L. Sharrow, Field Manager          Date
Uncompahgre Field Office, BLM

DELTA COUNTY SOIL CONSERVATION DISTRICT

_Ralph D'Alessandro_                    4/8/2013

Ralph D'Alessandro, President              Date
Delta County Soil Conservation District

Page 4 of 5

BLM_0112654



PO Box 366 • Paonia, CO  81428-0366

naturally@paoniachamber.com • www.paoniachamber.com • Phone/Fax: 970-527-3886



RECEIVED
APR 2 5 2013
BY:

Director Helen Hankins
U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80202
Sent via Electronic Mail to: hhankins@blm.gov
bsharrow@blm.gov

Field Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Office
2505 S. Townsend Ave.
Montrose, CO 81401
Sent via Electronic Mail to:

District Manager Lori Armstrong
U.S. Bureau of Land Management
Southwest District Office
2465 S. Townsend Ave.
Montrose, CO 81401
Sent via Electronic Mail to: Valori_Armstrong@blm.gov

Re: The North Fork Alternative Plan                    April 24th, 2013

Dear Ms. Hankins, Ms. Armstrong, and Ms. Sharrow:

The Paonia Chamber of Commerce supports the North Fork Alternative Plan and the
recommendations it provides for land and mineral management by the BLM based on the North
Fork Valley's important cultural features and natural resources. We respectfully request that the
Bureau of Land Management (BLM) Uncompahgre Field Office adopt the North Fork Alternative
Plan into its revised Resource Management Plan for public lands and federal minerals in the North
Fork.

The Chamber's mission is to support local business, economic development and our unique quality
of life. Our agricultural, ranching and value-added agricultural industry (such as our wine makers,
artisanal cheese makers, and craft brewers) as well as the growing tourism market for these products
is creating a food renaissance in our valley. We are now known around the state for our food, clean
air and water and healthy lifestyle. We are a diverse economy and understand that our land needs to
be managed in a way that has integrity with the history, lifestyle and local economy that will
continue to sustain us.

Since the BLM announced leasing plans in late 2011, our members have been deeply concerned
about the locations of the proposed leases, the lack of regulation in the natural gas extraction
industry and the incredible, irreparable damage the industry has caused in towns just north of us in
regards to water and air pollution.  Chamber real estate members saw an immediate freeze in our
housing market that was a frightful indicator of what would happen if leasing in our direct vicinity
were to happen. The BLM should select management as outlined in the North Fork Alternative Plan

BLM_0112655

**Town of Paonia**
P.O. Box 460
Paonia, Colorado 81428-0460



Director Helen Hankins
U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80202
Sent via Electronic Mail to: hhankins@blm.gov

Field Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Office
2505 S. Townsend Ave.
Montrose, CO 81401
Sent via Electronic Mail to:
bsharrow@blm.gov

District Manager Lori Armstrong
U.S. Bureau of Land Management
Southwest District Office
2465 S. Townsend Ave.
Montrose, CO 81401
Sent via Electronic Mail to: Valori_Armstrong@blm.gov

24 April 2013

Re: The North Fork Alternative Plan

Dear Ms. Hankins, Ms. Armstrong, and Ms. Sharrow:

The Town of Paonia supports the North Fork Alternative Plan – a community driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the North Fork Valley's important features and resources. The Town respectfully requests that the Bureau of Land Management (BLM) Uncompahgre Field Office adopt the North Fork Alternative Plan into its revised Resource Management Plan for public lands and federal minerals in the North Fork.

The North Fork Alternative Plan recognizes the important features and resources that make Paonia and the North Fork Valley a special place. The BLM should adopt management—as outlined in the North Fork Alternative Plan—that protects these important resources from potential harm from oil and gas leasing and development, which has been known to cause air and water pollution, and has the potential to degrade Paonia residents' high quality of life.

The Town has been actively engaged with the BLM in regards to both the proposed August 2012 and February 2013 lease sales. Most recently, the Town filed a formal protest of the February 2013 lease sale because those lands proposed for oil and gas leasing included the town's drinking water supplies and infrastructure, lands upstream of prime and unique farmlands, and much of the valley's irrigation water supplies and infrastructure.

Since the BLM announced these leasing plans in late 2011, we have seen overwhelming opposition from our constituents to these proposals. We share the belief that many of our constituents hold: the North Fork Valley is special place that must be protected from oil and gas development. The BLM should select management as outlined in the North Fork Alternative Plan

BLM_0112656

BLM_0112657

# Town of Paonia

P.O. Box 460
Paonia, Colorado 81428-0460



that would protect the many resources that make the North Fork Valley such a special place to so many people.

Respectfully,

Neal Schwieterman, Mayor
On behalf of the Paonia Town Council

cc:

Neil Kornze, Principal Deputy Director, Bureau of Land Management

Senator Michael Bennet

Senator Mark Udall

Representative Scott Tipton

Governor John Hickenlooper

BLM_0112658

BLM_0112659

Uncompahgre RMP, North Fork Alternative                                April 25, 2013

Meeting for CHC and others to present the North Fork Alternative

| Name | Organization | e-mail address |
| --- | --- | --- |
| Bruce Krickbaum | BLM | bkrickba@blm.gov |
| Ralph D'Alessandro | DCD | rdincca@yahoo.com |
| Lori. Armstrong | BLM | varmstrong@blm.gov |
| SARAH SAUTER | WSCC | sarah@theconservationcenter.org |
| MARY WALTERMIRE | VOGA | farmer_markets.net |
| Brent Hellickson | WestElks AVA /TDRC | brent@stonecuttercellars.com |
| Pete Kolbenschlag | Mountain West Strategies | pete@mountain |
| Jim Ramey | Citizens for a Healthy Community | chc.director@gmail.com west strategies.com |
| TOM STEVENS | RANCHER | tastevensranche@mail.com |
| DANIEL FOLKMAN | Citizens for a Healthy Community | dep4bran@mindspring.com |
| Teresa Pfifer | BLM | tpfifer@blm.gov |
| Barb Sharrow | BLM | bsharrow@blm.gov |
| Megan Stoeffer | BLM - CO | - Telephoned in |



**Town of Hotchkiss**
**276 W Main St. - P.O. Box 369**
**Hotchkiss, Colorado 81419**
**(970) 872-3663**



RECEIVED

JUL 2 4 2013

BY:

WENDELL A. KOONTZ
Mayor

MARLENE SEARLE
Town Clerk

July 22, 2013

Barbara Sharrow
Uncompahgre Field Office Manager
2465 South Townsend Avenue
Montrose, CO 81401

Dear Barbara,

The Board of Trustees met with Sarah Saunter, North Fork Alternative Plan, on May 23, 2013. At that time the Board of Trustees felt the plan scope was too broad for their support.

The Hotchkiss Board of Trustees has not taken action at a regular Town Board meeting. Ms. Sauter has not scheduled a time to be placed on the Town agenda for consideration of the North Fork Alternative Plan. We will notify you of the Board's decision if and when an official vote is taken.

Sincerely Yours,

Wendell A. Koontz, Mayor
Town of Hotchkiss

TRUSTEES
Marlin McCracken Lindee Cantrell  Dustyn Foster  Carrie Wingfield James Roberts Georgia Hopper

Town of Crawford
PO Box 56, 425 Hwy 92, Crawford, CO 81415
(970)921-4725

Director Helen Hankins Field
U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street.
Lakewood, CO 80202

Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Office
2505 S. Townsend Ave
Montrose, CO 81401

District Manager Lori Armstrong
U.S. Bureau of Land Management
Southwest District Office
2465 S. Townsend Ave.
Montrose, CO 81401

Aug. 7 2013

Re: The North Fork Alternative Plan

Dear Ms. Hankins, Ms. Armstrong, and Ms. Sharrow:

We understand that the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) is currently working to revise its Resource Management Plan (RMP) for our area. As outlined in the North Fork Alternative Plan, we recognize that there are many important, existing uses on the public lands in our area. We encourage the BLM to find a responsible, common sense approach to oil and gas development. While the Town recognizes the importance and necessity of energy development, we feel that it must be done in a responsible way. With this perspective in mind, the Town of Crawford is writing to express our support for the North Fork Alternative Plan in the areas related to Crawford, more specifically those aspects of the plan that would impact resources important to the Town.

Of the highest importance to the town is our ability to provide clean and safe drinking water to town residents. As we have stated to the BLM in the past, with respect to previously proposed lease sales, public lands managed by the BLM are near and intertwined with our drinking water supply and delivery system. For obvious reasons, the town's drinking water supply must be protected from an industrial activity that has the potential for pollution by spills, releases, equipment failure, human error and other potentially unknown and unintended consequences related to gas and oil drilling and the use of high volume hydraulic fracturing. Contamination of the Town's drinking water supply or damage to its delivery system cannot be allowed to occur.

In addition, the Town would like to underscore the importance of maintaining and operating its waste water system. Crawford utilizes a BLM right of way that provides access to its wastewater treatment plant. In addition, Crawford has a wastewater collection main that borders BLM-managed lands. It is vitally important to the future of the town that our ability to maintain and continue wastewater treatment at this facility is not impeded by oil and gas activity. The town is supportive of BLM's multiple use mandate. A perfect example of this mandate in action can be found in Young's Peak. The BLM lands that border the town on the north include Young's Peak. This peak provides the scenic backdrop for our town, a hiking trail that provides recreation for town residents, and these lands are right next to Crawford School. Surely this is an area where the BLM can agree that it

BLM_0112663

would be inappropriate to lease for the industrial practice of oil and gas drilling and hydraulic fracturing. The Town appreciates the opportunity to provide comments on the BLM's decision-making process. While we recognize and understand the importance of energy development, we also recognize our mandate as town trustees to protect the health and safety of town residents. While we cannot speak for the entire plan for the North Fork Valley, we do agree with the portion of the North Fork Alternative Plan in regards to the Crawford area springs, wastewater facility and Youngs' Peak area.

Sincerely,

Carolyn Steckel
Mayor
The Town of Crawford, Colorado

cc:
Neil Kornze, Principal Deputy Director, Bureau of Land Management
Senator Michael Bennet
Senator Mark Udall
Representative Scott Tipton
Governor John Hickenlooper
Delta County Board of Commissioners

BLM_0112664



**Delta Conservation District** 690 Industrial Blvd, Delta, CO  81416

970.874.5726 x121

September 11, 2013

Bureau of Land Management
Uncompahgre Field Office
2465 Townsend Ave
Montrose CO 81401

Dear Mr. Krickbaum:

The Delta Conservation District, as a cooperating agency on the Resource Management Plan, is grateful for
the opportunity to provide information regarding agriculture and land/water resources to the BLM along with
recommendations to the BLM for protecting those resources as part of the Resource Management plan.

The Delta Conservation District mission has to do with conserving natural resources and agriculture, and we
urge you with these comments to strengthen your attention on agriculture in the RMP.

According to 2009 data, the average farm size in Delta County is 247 acres, with the average value of
agricultural products sold per year $36,761 and average value of crops sold per acre of harvested cropland at
$414.13.

Key attributes of Delta County Agriculture include:

   **Ranching.**  With a strong ranch and livestock sector, the total market value of livestock, poultry and
   their products as a percentage of the total market value in Delta County is 63.12%. Ranching is a big
   part of the local economy; it is also part of culture and contributes to open space, wildlife, and
   hunting.  Many local ranchers depend on grazing permits on public lands, and cooperate with other
   ranchers to pool their cattle together over the summer and ride herd, check fence, etc. This practice
   builds community, preserves the ranch sector of the economy, and the ranch culture.

   **Large acreage family farms.**  Tens of thousands of acres of row crop farms are planted each year in
   field corn, sweet corn, silage, dry beans, onions, and alfalfa hay, across the District.

   **Orchards.**  According to the 2007 USDA Agricultural Census Delta County produces 77% of
   Colorado's apple crop, 71% of its cherry crop, 53% of its pear crop, and 21% of its peach crop.  It is
   the second largest peach producing area in the state.  Nectarines and apricots are also raided in the
   District.  There were 2500 acres of orchards reported, many of which were organic and
   sustainable.etc

   **Vinyards.**  Give vineyard statistics Delta Conservation District has within its boundaries the 2nd
   largest grape growing and wine producing region in Colorado.  Wines include merlot, pinot noir,
   chardonnay, gerwurztraminer, pinot gris and riesling.  Locally produced wines have won national
   and international awards.

BLM_0112665



**Delta Conservation District** 690 **Industrial Blvd, Delta, CO  81416**

1-970.874.5726 x121

**Organic Farms.** Delta County is home to 58 organic farms, far more than any other county in the state.  The next highest number of organic farms exist in Boulder County and Mesa County (both at 34), many other counties are in the single digits, according to the 2007 Census of Agriculture.  Most of these farms are concentrated in the North Fork Valley, where a total of 56 organic or natural growers according to internet searches (2013).

**Small Independent Farms.**  In a world where the trend is consolidation of agriculture into larger and larger farms, Delta County stands out for the increasing numbers of small farms.  The topography of the District, with its many mesas truncating the land masses, is not conducive to large farming operations, but instead provides multiple areas where small acreage farming can and is being conducted.

**Diverse Local Markets.**  For a small county, Delta County supports an unusually high concentration of local cooperatives and markets that specialize in selling local products.  eg, Homestead Market and Meats, Living Farm, Black Bridge, Stahls, Apple tree, Fire Mountain Fruits, and more.  Not only traditional agricultural products, but also value-added products like soaps, jams, gin and beef jerky are produced and sold locally.   The local foods, local markets bill enacted into law in Colorado in 2012 stemmed from the products produced and the producers in this District who driving forces behind the legislation. There is also a strong local meat economy ranging from grass-fed beef, to organic chickens to traditional hogs—it is unusual in this modern world in that meat never leaves the county. Local fruit producers, such as Big B's Fresh Apple Cider and LeRoux Creek Apple Sauce provide products to national distributors such as Kroger's King Soopers and Trader Joe's.

**Agricultural based education**.  In addition to programs traditionally working in ag education such as CSU Extension, FFA and 4-H programs, the District is aware of a number of innovative agriculture education initiatives that have developed in the North Fork area, including a program called Teens on Farms, Kids on Farms, the Kids Pasta Project, the Mountain Harvest Festival, the High Desert Institute, Soil Academy, and more.  A significant number of the organic and biodymanic farms conduct internship programs for young adults wanting to learn and practice farming.  These programs are helping to train future generations of farmers who come to the District, and specifically the North Fork Valley, from across the United States and Canada.

**Agriculture tourism.**  The District has a statewide and, to a growing extent, national  socioeconomic identity based in agriculture and particularly in the North Fork Valley, where alternative agriculture is burgeoning.  Agriculture in the district was featured recently in the Colorado Life magazine (Sept/Oct 2013), for example.  One of the largest festivals on the western slope, the Mountain Harvest Festival, is based around locally produced food, as well as art and music.  The festival draws participants from all over the state and brought over $20,000 into the local economy over one weekend in 2011. _Wine tasting and vineyard visits to the West Elk Vinicultural Appellation, one of only two in the state of Colorado, afford a growing tourist population the opportunity to sample award winning wines and stay in small inns and bed and breakfasts, and to dine in local restaurants which use locally grown and raised produce and livestock.  The District's beautiful pastoral settings featuring panaoramic views of the Grand Mesa and the West Elk and Ragged Mountain Ranges enhance the experience for tourists and support the local economy.

BLM_0112666



**Delta Conservation District** 690 Industrial Blvd, Delta, CO 81416
970.874.5726 x121

Agriculture directly and indirectly is a vital component of Delta County's economy and way of life.   As such, the District has spent some time evaluating land-use decisions within the area, and particularly within the North Fork area, for their potential impacts to agriculture.  Please refer to the attached report for supporting information, statistics and maps.

Our recommendations are as follows- refer to underlines:

**General:**  The RMP is updated to include data and information defining the agricultural resources of the District.

**Grazing.**  The District recommends maintaining permits on BLM land for grazing. When permits are reduced,  ranching loses its economic viability, ranches are sold and the land is otherwise subdivided or developed (refer to the Roaring Fork as an example).  The consequences are numerous, including often a loss of habitat or deer and elk, which affects hunting, a hugely important economic component of this county.

**The piping of Irrigation Canals.**  There are many benefits to piping irrigation canals on BLM land. The District recommends that the BLM consider and acknowledge potential harmful effects including access to riparian areas for wildlife and sometimes livestock.  Mitigation for these lost areas should happen locally so as not to negatively impact local wildlife whenever possible.

**Oil & Gas Development**.
The District urges the BLM to make decisions that have the best chance of mitigating or preventing land use for oil and gas development in agriculture areas for several key reasons, including land use, water, and culture/economy.

Land Use.  The North Fork area and Surface Creek area of the district is home to an intricate cluster of farms, fields and irrigation.  In the North Fork area, there are over 300 miles of irrigation ditch serving the farms, as well as a substantial percentage of prime and unique farm land (see attached information).  The ability to utilize agricultural lands for future generations is dependent upon minimizing any disturbance to those lands.  The footprint of oil and gas development is not confined or constrained to the well pads and drilling infrastructure; it includes road construction and increased traffic, changes to population, impacts to view sheds, potential releases of contamination on land, subsurface, and to air, and more.

Based on the experience of the Conservation District Board of Supervisors, restricting or banning oil and gas development on BLM lands may result in more pressure on private owners by oil and gas companies for development on private land, which would indirectly cause more disturbance to farming.  On the other hand, it is possible that once oil and gas development occurs on BLM lands, the industry foothold is strengthened and more local land owners open up their farm land down-valley to development.  Does the BLM have any experience, information or insight? The District's recommends that the situation be analyzed carefully so that protections are put in place to protect the area from impacts of oil and gas development.  Particular attention should be paid to areas where BLM land is interspersed with agriculture land., such as on the southern border of Redlands Mesa and throughout areas of the North Fork Valley.  If oil and gas is permitted we recommend that

BLM_0112667



**Delta Conservation District** 690 Industrial Blvd, Delta, CO 81416   ▮970.874.5726 x121▮

surface drilling on usable agricultural land be limited to the highest degree within the BLM's power and that if subsurface mineral rights are to be utilized that they be accessed from non-agricultural lands.

Water. Water supply and demand on the Colorado River watershed is a growing and significant issue to the District, the State and the Region. According to the Colorado River Basin Study released in 2012 current basin-wide demands outstrip average supplies already by 1.3 million acre feet per year. The study states: "In the very near future, the demand for the river's resources will far exceed the available supply.... in order to meet the needs... new ways of thinking and doing business will be essential".

When water is used for oil and gas development at a rate of millions of gallons per well, it not only means less water locally but it affects everybody downstream, because that water is not returned to the watershed. Most water in the Colorado River is used multiple times as it moves downstream. All of these users must be considered with the decision to use water for oil and gas. Moreover, an indirect effect of oil and gas use of water is that it drives the prices up for water.

The District recommends that water supplied to the oil and gas industry for development be returned to the water shed, either through augmentation or treatment, and/or other appropriate mitigation measures to protect the Colorado River water supply that is already in decline.

Any contamination of these waters adversely affects everybody who uses it and everybody downstream. We recommend that irrigation canals and tail water and other agricultural sources of water in proximity to oil and gas development be piped to prevent contamination.

This letter reflects our best effort at this time for compiling information and recommendations for the RMP. We look forward to a continued discussion regarding practices that can protect the important natural resources in our District upon which agriculture depends. We welcome further discussion with you and stand by to provide any more information needed for your assessment.

**Thanks sincerely for your efforts as stewards of our public lands,**

Ms. Cassandra Shenk
For the Delta County Board of Supervisors
-------------------------------------------------------------------------------------------------------------
Mr. Tom Huerkamp, Treasurer
Mr. Randy Hines
Mr. Ralph D'Alessandro, President
Mr. Mark Schaeffer
Mr. Michael Cleary, Vice President
Ms. Susan Raymond
Mr. Jack Graff

BLM_0112668

## Delta Conservatio
### Irrigation D



0      3.75      7.5      15 Miles

BLM_0112669



servation District
gation Ditches

15 Miles

BLM_0112670

Attachment:
Data and Information About Agricultural Resources within the RMP Planning Area – Focus on Delta Conservation District.

The boundaries of the Delta Conservation District are based on watershed boundaries and extend beyond Delta County boundaries.  Delta County comprises most of the District and county statistics are thus used in this report.

According to 2009 data, the average farm size in Delta County is 247 acres, with the average value of agricultural products sold per year $36,761 and average value of crops sold per acre of harvested cropland at $414.13.  The value of livestock, poultry and their products as a percentage of the total market value of Delta County is 63.12%.   The median income in 2009 for Delta County was $38411.00.

Delta Conservation District is home to a remarkable diversity of farming and ranching operations. Orchards, large acreage family farms, vineyards, specialty vegetable crops, livestock and pasture land, fibre production, diverse operations with multiple products, and many direct market operations exist in the District.   Over 80% of the population in Delta County has their hand in agriculture (verbal communication, Isaac Munoz CSU Extension Agent....need to get source from him), either as primary producers or producers of value-added farm-sourced products.

Delta has a relatively large amount of irrigated land, and is the smallest in size and population of it's neighbors (Table 1).   In addition to a wide variety of farm and ranch operations, Delta County stands apart due to it's concentration of organic farms. Delta County is home to 58 organic farms, far more than any other county in the state. The next highest number of organic farms exist in Boulder County and Mesa County (both at 34), many other counties are in the single digits, according to the 2007 Census of Agriculture. Most of these farms are concentrated in the North Fork Valley, where a total of 56 organic or natural growers according to internet searches (2013).   Organic farm statistics are noted in Table 2.

Table 1 County Summary Highlights from 2007 Census of Agriculture, USDA, National  Agricultural Statistics Service

| Item | Units | Delta | Mesa | Montrose |
|------|-------|-------|------|----------|
| POPULATION (2011) | | 37,105 | 147,083 | 41,011 |
| Size (square miles) | | 1,992 | 3,341 | 2,243 |
| Farms | Number | 1,294 | 1,767 | 1,045 |
| Land in farms | Acres | 252,530 | 372,511 | 321,056 |
| Average size of farms | Acres | 195 | 211 | 307 |
| Median size farm | Acres | 40 | 16 | 46 |
| Total cropland | Farms | 1,074 | 1,395 | 843 |
| Total cropland | Acres | 67,298 | 131,178 | 93,262 |
| Harvested cropland | Farms | 978 | 1,212 | 843 |
| Harvested cropland | Acres | 43,581 | 47,438 | 93,262 |
| Irrigated land | Farms | 1,108 | 1,437 | 718 |
| Irrigated land | Acres | 66,169 | 64,272 | 60,094 |

BLM_0112671

| Market value of agricultural products sold | $1000 | 46,800 | 61,230 | 67,160 |
| Market value Average per farm | Dollars | 36,167 | 34,652 | 64,268 |

Table 4:  Organic Agriculture 2007 Census of Agriculture, USDA, National Agricultural Statistics Service (D = not reported)

| Item | | Delta | Mesa | Montrose |
|---|---|---|---|---|
| Total farms used for organic production | farms | 58 | 34 | 7 |
| Total acres used for organic production | acres | 1692 | 4717 | 154 |
| Organic crops harvested | farms | 52 | 28 | 5 |
| Organic crops harvested | acres | 1018 | 403 | 45 |
| Organic pastureland | farms | 14 | 8 | 4 |
| Organic pastureland | acres | 455 | 4293 | 73 |
| Being converted to organic production | farms | 17 | 15 | 3 |
| Being converted to organic production | acres | 1048 | 189 | 415 |
| Total Organic product sales | farms | 46 | 29 | 7 |
| Total Organic product sales | $1,000 | 1468 | 494 | 77 |
| Value of sales $1 to $4,999 | farms | 23 | 7 | 4 |
| Value of sales $1 to $4,999 | $1,000 | 33 | 16 | 7 |
| Value of sales $5,000 or more | farms | 23 | 22 | 3 |
| Value of sales $5,000 or more | $1,000 | 1435 | 478 | 69 |
| Crops including nursery & greenhouse | farms | 44 | 23 | 5 |
| Crops including nursery & greenhouse | $1,000 | D | 414 | D |
| Livestock and poultry | farms | 2 | 6 | 2 |
| Livestock and poultry | $1,000 | D | 81 | D |

While the District recognizes the importance of agriculture throughout, the District has a history of territorial divisions based on land topography and community/culture:  North Fork, Surface Creek, and Delta Area.   According to farmland classifications compiled for soil survey areas by the Natural Resources Conservation Service, Paonia (in the North Fork) is the only area with farmland of unique importance listed, this area also has a larger percentage of farmland of statewide importance for an area ½ the size in acres of the Mesa  County or San Miguel  soil survey areas.  Source: http://websoilsurvey.sc.egov.usda.gov  (also refer to map).

| Area # | Area name | Classification | % of total |
|---|---|---|---|
| 679 | Paonia soil survey area | Farmland of statewide importance | 5 |
| 679 | Paonia soil survey area | Farmland of unique importance | 8 |
| 679 | Paonia soil survey area | Not prime farmland | 79 |
| 679 | Paonia soil survey area | Prime farmland if irrigated (all) | 8 |

| Area # | Area name | Classification | % of total |
|---|---|---|---|
| 677 | Ridgway soil survey area | Not complete | 45 |
| 677 | Ridgway soil survey area | Farmland of statewide importance | 1 |
| 677 | Ridgway soil survey area | Not prime farmland | 40 |
| 677 | Ridgway soil survey area | Prime farmland if irrigated (all) | 14 |

| Area # | Area name | Classification | % of total |
|---|---|---|---|
| 690 | Grand Mesa soil survey area | Not prime farmland | 99 |
| 690 | Grand Mesa Soil survey area | Farmland of statewide importance | 1 |

| Area # | Area name | Classification | % of total |
|---|---|---|---|
| 675 | San Miguel ... soil survey area | Not prime farmland | 86 |
| 675 | San Miguel ... soil survey area | Prime farmland if irrigated (all) | 14 |

| Area # | Area name | Classification | % of total |
|---|---|---|---|
| 680 | Mesa County soil survey area | Prime farmland if irrigated (all) | 94 |
| 680 | Mesa County soil survey area | Not prime farmland | |

*Note: When comparing soil survey units, care must be exercised in the evaluation. For instance the Grand Mesa soil survey unit contains mostly National Forested lands and therefore, few farms. Additionally, only 55 per cent of the Ridgway soil survey has been completed, potentially missing some farmland classification. The surveys for different areas were done at different times.*

The ability of farmers to irrigate is essential to their production. Within the district, note the relative size of the irrigation systems for the North Fork area is much larger in miles of ditch and cfs than Surface Creek or Delta area in the following table.

Table 2: Summary of Irrigation Ditch mapping data within Delta Conservation District (Data compiled by Bureau of Reclamation (2011) and available from Delta Conservation District, see map).

| Drainage area | Total average cubic feet per second (cfs) | Miles of Ditch |
|---|---|---|
| Surface Creek | 269.47 | 94 |
| Delta area | 155.7 | 46 |
| North Fork | 1006.9 | 334 |

The Delta area includes primarily large acreage family farms in open lands surrounding the confluence of the Gunnison and Uncompagre rivers. Moving up the Gunnison, the Surface Creek drainage is home to several towns including Orchard City and Cederege. There is a rich farming and arts culture in this area, that is somewhat distinct to the North Fork area, connected by Redlands Mesa and Hwy 92.

The North Fork area borders and alpine and desert environment, and is unique topographically, with many small mesas and valleys. The area is isolated with the Black Canyon of the Gunnison to the South, the Grand Mesa to the North, and the West Elk Mountains to the East. In part because of the topography and relative isolation from commercial development, the area has the highest concentration of organic and natural farming/ranching in the state. These farms are not just important to the local

BLM_0112673

economy, they permeate the structure and feel of the community, and represent an important heritage as well as viable economic future.  Agri-tourism is playing a more important role in the area.

The unique concentration of organic and natural farms in the North Fork area, and the Surface Creek area as well, has caused the creation of many non-profits and other initiatives.  There is an active Soil Health Association, for example.  Perhaps the two most notable organizations in the North Fork supporting local agriculture are the Mountain Harvest Festival and the Valley Organic Growers Association (VOGA).  VOGA supports organic production of a diverse range of products, from peaches to fiber to beeswax, and includes an educational component that involves students from kindergarten to college interns.    In addition to these two prominent organizations, there is a long list of community initiatives that spawn from the unique and diverse agriculture setting, including: The soil academy, the Mountain Harvest Festival, Kids on Farms, Teens on Farms, the Kids Pasta Project, and more.

BLM_0112674



**Air Resources**
**Technical Support Document (Revised)**
Uncompahgre Field Office

Prepared for:
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose, CO  81401

Prepared by:
ENVIRON International Corporation
773 San Marin Drive, Suite 2115
Novato, California, 94998
www.environcorp.com
P-415-899-0700
F-415-899-0707

October 8, 2013
06-23290C



BLM_0112675

BLM_0112676

October 2013



## CONTENTS

1.0 INTRODUCTION .................................................................................................... 1

    1.1  Scope and Goals ......................................................................................... 1

    1.2  Study Area.................................................................................................. 1

    1.3  Relationships to Existing Plans and Documents .......................................... 2

    1.4  Emission Inventory Overview ...................................................................... 3

        1.4.1  Emission Generating Activities ........................................................ 3

        1.4.2  Pollutants....................................................................................... 3

        1.4.3  Temporal ........................................................................................ 4

2.0 EMISSION INVENTORY DEVELOPMENT.................................................................. 5

    2.1  Alternatives................................................................................................ 5

        2.1.1  Activity By Alternative .................................................................... 5

        2.1.2  Emission Controls........................................................................... 8

    2.2  Emission Calculations ............................................................................... 11

        2.2.1  Oil and Gas Sources...................................................................... 11

        2.2.2  Non-Oil and Gas Sources .............................................................. 40

3.0 EMISSION INVENTORY RESULTS ......................................................................... 49

    3.1  BLM Action Emissions .............................................................................. 49

    3.2  Cumulative Emission Calculations and Emission Summary ........................ 51

4.0 REFERENCES...................................................................................................... 54

## APPENDICES

Appendix A: Conventional and Coalbed Methane Oil and Gas Emission Inventory
Appendix B: Shale Gas Emission Inventory
Appendix C: Non-Oil and Gas Sources Emission Inventory

## TABLES

Table 2-1.    Oil and gas well counts by alternative.................................................. 6

Table 2-2.    Activity by alternative for non-oil and gas sources.................................. 7

Table 2-3.    Emission controls summary table for non-oil and gas source categories
               (note all controls listed in this table apply to each management
               alternative).................................................................................... 8

Table 2-4.    Oil and gas emission controls description. ............................................. 9

BLM_0112677

October 2013



Table 2-5.   Oil and gas emission control percent changes. ..................................................... 10

Table 2-6.   Construction source categories and scaling surrogates....................................... 12

Table 2-7.   Vehicle fleets used during drilling and completion of shale gas production. ................................................................................................................. 15

Table 2-8.   Empirical constants by pollutant to estimate road dust emissions factor. ........................................................................................................................ 17

Table 2-9.   Vehicles groups related to fugitive road dust emissions in shale gas developments. ............................................................................................................ 18

Table 2-10.  Vehicle fleets comprising production traffic. ........................................................ 22

Table 2-11.  Empirical constants by pollutant to estimate road dust emissions factor. ........................................................................................................................ 23

Table 2-12.  Schedule of uranium mines in production. .......................................................... 41

Table 3-1.   Estimated annual emissions summary BLM actions within the Uncompahgre Field Office planning area.......................................................... 49

Table 3-2.   Estimated annual emissions summary cumulative actions within the Uncompahgre Field Office planning area........................................................... 51

**FIGURES**

Figure 1-1.   Uncompahgre Field Office Planning Area............................................................. 2

Figure 3-1.   BLM action $NO_X$ emissions by alternative and source. ...................................... 50

Figure 3-2.   BLM action VOC emissions by alternative and source......................................... 50

Figure 3-3.   BLM action $CO_2e$ emissions by alternative and source...................................... 51

Figure 3-4.   Cumulative action $NO_X$ emissions by alternative and source.............................. 52

Figure 3-5.   BLM action VOC emissions by alternative and source......................................... 53

Figure 3-6.   BLM action $CO_2e$ emissions by alternative and source...................................... 53

BLM_0112678

October 2013 

# 1.0 INTRODUCTION

## 1.1  Scope and Goals

This Air Resources Technical Support Document (ARTSD) explains the data and methodologies used to analyze potential air quality impacts resulting from future development in the Colorado Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) Planning Area.  For this effort an emission inventory was developed for emission sources affected by Bureau of Land Management (BLM) management decisions for the UFO Planning Area.

## 1.2  Study Area

The emission inventory was developed for the UFO Planning Area.  The UFO Planning Area is located in western Colorado sharing a small section of the border with Utah (Figure 1-1) and incorporates all or part of Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel Counties.

The BLM UFO manages more than 900,000 acres of public land in southwestern Colorado, including the Gunnison Gorge National Conservation Area and Wilderness, as well as portions of the newly designated Dominguez-Escalante National Conservation Area and Dominguez Canyon Wilderness Area and four river systems (the Gunnison, San Miguel, Dolores, and Uncompahgre).  The varied topography within the UFO ranges from lowland riparian along the Dolores River (4,706 feet) to red rock desert to pinion-juniper woodland to sub-alpine forest up on Storm King Mountain (11,449 feet).  These lands offer a wealth of resources and opportunities for public use and enjoyment.  The UFO is in the beginning stages of revising the UFO Resource Management Plan (RMP).  The UFO RMP Planning Area encompasses approximately 675,677 surface acres within the UFO boundary.  It does not include the Gunnison Gorge National Conservation Area, which is managed under a separate field office and RMP, or the newly designated Dominguez-Escalante National Conservation Area, which will also operate under a separate RMP.  Major activities occurring in the UFO planning area that have the potential to affect air quality include oil and gas development, off-highway vehicle (OHV) activity, solid minerals mining, locatable minerals mining, and prescribed fires and vegetation management.

BLM_0112679

October 2013



**Figure 1-1.  Uncompahgre Field Office Planning Area.**

## 1.3   Relationships to Existing Plans and Documents

The most recent documents describing activities in the UFO Planning Area are the *Reasonably Foreseeable Development Scenario for Oil and Gas for the Uncompahgre Field Office* (BLM,

BLM_0112680

October 2013 

2012a), the *Mineral Potential Report for the Uncompahgre Planning Area* (BLM, 2011), and the *Coal Resource and Development Potential Report* (BLM, 2010). The Mineral and Coal Potential Reports indicates relatively stable coal production and potential significant increases in uranium and vanadium mining in the UFO Planning Area. The Reasonably Foreseeable Development Scenario for oil and gas also indicates potential significant increases in oil and gas activity in the UFO Planning Area.

## 1.4   Emission Inventory Overview

### 1.4.1   Emission Generating Activities

The following list of emission generating activities were identified as those management actions and activities authorized, permitted, allowed or performed under this RMP that could potentially emit regulated air pollutants and could potentially cause impacts to air quality within the planning area and Class I and sensitive Class II areas within 100 kilometers of the planning area:

- Fluid Leasable Minerals – Conventional Oil and Gas
- Fluid Leasable Minerals – Coal Bed Natural Gas
- Fluid Leasable Minerals – Shale Gas
- Solid Leasable Minerals – Coal
- Locatable Minerals – Uranium and Vanadium
- Salable Minerals – Sand and Gravel
- Lands and Realty – Rights-of-Way
- Livestock Grazing
- Comprehensive Travel and Transportation Management
- Vegetation – Prescribed Fire and Mechanical Treatment

### 1.4.2   Pollutants

The emission inventory includes estimation of emissions of criteria air pollutants (CAPs), greenhouse gases (GHGs), and hazardous air pollutants (HAPs) as follows:

- Criteria Pollutants
  - Carbon monoxide (CO)
  - Nitrogen oxides ($NO_x$)
  - Particulate matter less than or equal to 10 microns in diameter ($PM_{10}$)
  - Particulate matter less than or equal to 2.5 microns in diameter ($PM_{2.5}$)
  - Sulfur dioxide ($SO_2$)
  - Volatile Organic Compounds (VOCs)
- Greenhouse Gases
  - Carbon dioxide ($CO_2$)
  - Methane ($CH_4$)
  - Nitrous oxide ($N_2O$)
- Hazardous Air Pollutants (HAPs)

BLM_0112681

October 2013



While lead (pb) is a criteria pollutant, emissions of lead in the UFO planning area are expected to be extremely low and are therefore not included in this analysis.

HAP emissions were estimated for each emissions source.  For oil and gas emissions sources, HAP emissions from venting and combustion source categories were estimated for formaldehyde, n-hexane, benzene, toluene, ethylbenzene, and xylenes (BTEX).

Anthropogenic greenhouse gas emission inventories typically include carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), and fluorinated gases.  Fluorinated gases are not expected to be emitted in appreciable quantities by any category considered in this emission inventory and were therefore not included in this analysis.

### 1.4.3    Temporal

The analysis focused on estimating annual emissions associated with peak construction, production, and operation activities associated with the identified emission generating management actions. Year 2008 was chosen as the base year for estimating actual emissions as this was the most recent year that reliable production and emissions data was available for existing sources within the planning area.   Future year estimated emissions were calculated for 2009 to 2030.  Potential peak construction and operation years for projected oil and gas development occur in Year 10 and Year 20, therefore, Year 10 and Year 20 were selected to evaluate future air quality impacts.

BLM_0112682

October 2013



## 2.0 EMISSION INVENTORY DEVELOPMENT

The UFO emission inventory was developed based on activity data for emission generating activities obtained from UFO staff, the *Reasonably Foreseeable Development Scenario for Oil and Gas for the Uncompahgre Field Office* (BLM, 2012a), the *Mineral Potential Report* (BLM, 2011), the *Coal Resource and Development Potential Report* (BLM, 2010), and from NEPA analyses currently being conducted for BLM actions within the planning area.  There is one oil and gas development which is currently under NEPA review, SG Interests Bull Mountain Unit (BLM, 2012b).  *The Decision Record, Finding of No Significant Impact, and Final Environmental Assessment for the Whirlwind Mine Uranium Mining Project* (BLM, 2008) was used as a reference to identify the level of emissions associated with uranium mining.  *The Bowie Coal Lease Modification Application, Preliminary Environmental Assessment* (BLM, 2012c), *Environmental Assessment for the West Elk Coal Lease Modifications Application* (BLM, 2012d), *Environmental Assessment for the Elk Creek Mine* (BLM, 2012f) and the *Oak Mesa Coal Environmental Assessment* (BLM, 2012e) describe environmental impacts associated with each project.

## 2.1   Alternatives

For the UFO RMP, the BLM developed four alternatives to prepare different combinations of resource uses to address the identified major planning issues, enhance or expand resources or resource uses, and resolve conflicts among resources and resource uses.

- Alternative A is the No Action alternative; a continuance of current management practices.
- Alternative B emphasizes non-consumptive use and management of resources through protective, restorative, and enhancement measures, while also providing for multiple uses, such as livestock grazing, recreational opportunities and settings, and mineral development.
- Alternative C emphasizes intensive management of natural resources, commodity production, and public use opportunities.
- Alternative D is the Preferred Alternative, which emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife, and fish habitat.

Estimates of future activity for each emissions source category were made specific to each alternative for activities expected to be affected by the chosen management alternative.

### 2.1.1   Activity By Alternative

#### 2.1.1.1   Oil and Gas Sources

Future oil and gas activity estimates were taken from the Reasonably Foreseeable Development (RFD) Scenario for Oil and Gas for the Uncompahgre Field Office (BLM, 2012a).  Table 2-1 shows

BLM_0112683

October 2013 

estimates of well, rig, and compressor station counts for each alternative for short term (Year 10) and long term (Year 20) development, well counts for intermediate years were linearly interpolated.  Included in Tale 2-1 is oil and gas activity on BLM managed lands and cumulative development on BLM and non-BLM managed lands in the UFO area.

For the emission inventory analysis, conventional and coalbed natural gas (CBNG, also called coalbed methane) well emissions were developed separately from shale gas emissions based on the assumption that shale gas operational requirements differ significantly from those of conventional and coalbed methane wells due to differences in drilling, completion, and production practices used in the development and operation of shale gas wells.

For each year, the suite of existing and newly spudded wells along with individual well production estimates are used to estimate total annual gas production; total annual gas production is used to make future projections of certain oil and gas emissions sources such as midstream gathering and treating facilities.  For shale gas wells in the UFO area, the well decline curve from the Piceance Basin Midterm Emissions Study (ENVIRON, 2009) is used to represent individual well production by well age.  For conventional and CBNG wells, BLM (2012a) estimates of gas production and well count by calendar year were used to estimate average annual gas production per well.

**Table 2-1.    Oil and gas well counts by alternative.**

| Description | BLM | | Cumulative | |
|---|---|---|---|---|
| | Year 10 | Year 20 | Year 10 | Year 20 |
| **Alternative A** | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 34 | 34 | 35 | 35 |
| Annual Number of Wells Drilled (Shale Gas) | 8 | 8 | 8 | 8 |
| Number of Drill Rigs Operating | 3 | 3 | 3 | 3 |
| Number of Operating Compressor Stations | 2 | 2 | 2 | 2 |
| **Alternative B** | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 34 | 34 | 45 | 45 |
| Annual Number of Wells Drilled (Shale Gas) | 9 | 9 | 11 | 11 |
| Number of Drill Rigs Operating | 3 | 3 | 5 | 5 |
| Number of Operating Compressor Stations | 2 | 2 | 2 | 2 |
| **Alternative C** | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 41 | 41 | 51 | 51 |
| Annual Number of Wells Drilled (Shale Gas) | 10 | 10 | 12 | 12 |
| Number of Drill Rigs Operating | 3 | 3 | 5 | 5 |
| Number of Operating Compressor Stations | 2 | 2 | 2 | 3 |
| **Alternative D** | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 38 | 38 | 49 | 49 |
| Annual Number of Wells Drilled (Shale Gas) | 10 | 10 | 12 | 12 |
| Number of Drill Rigs Operating | 3 | 3 | 5 | 5 |
| Number of Operating Compressor Stations | 2 | 2 | 2 | 3 |

### 2.1.1.2  Non-Oil and Gas Sources

Comparisons of activities by source category for non-oil and gas sources are presented in Table 2-2 below.

BLM_0112684

October 2013



## Table 2-2.    Activity by alternative for non-oil and gas sources.

| Key Assumption | Base Year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **Coal Mining** | | | | | | | | | |
| tons produced (MMt/yr) | 14 (21)[1] | 14 (21)[1] | | 14 (21)[1] | | 14 (21)[1] | | 14 (21)[1] | |

Coal mining activity was estimated for the Somerset Coal Field which includes the Bowie Mine, Elk Creek Mine, and West Elk Mine as well as the Oak Mesa area which may be developed in the future.  Emissions were not estimated for the New Horizon Mine which is not subject to BLM review.  The Coal Resource and Development Potential Report (BLM, 2010) indicated that Somerset Field coal production is likely to remain stable at recent levels into the future.  While demand for the bituminous coal produced by the Somerset Coal Field is likely to increase, production is limited by the capacity of the rail line spur that transports coal away from the Somerset Coal Field.  It was assumed that Somerset Coal Field production would remain at 2008 levels.

| Key Assumption | Base Year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **Uranium Mining** | | | | | | | | | |
| tons produced (MMt/yr) | 0 | 0.73 | 1.46 | 0.73 | 1.46 | 0.73 | 1.46 | 0.73 | 1.46 |

The Mineral Potential Report (BLM, 2011) stated that the development potential of the Morrison Formation in the Uravan Mineral Belt is high.  Based on input from UFO BLM personnel, it was assumed that 20 mines would be developed under each alternative, each assumed to have construction and operational characteristics similar to the estimates for the Whirlwind Mine, presented in Whirlwind Mine Environmental Assessment (BLM, 2008).

| Key Assumption | Base Year | A | B | C | D |
|---|---|---|---|---|---|
| **Sand and Gravel** | | | | | |
| Production (tons processed) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |

Sand and gravel mining activities were assumed to remain unchanged from base year levels for all alternatives based on input from BLM UFO Personnel.

| Key Assumption | Base Year | A | B | C | D |
|---|---|---|---|---|---|
| **Fire** | | | | | |
| Acres Burned | 800 | 800 | 1,120 | 640 | 1,000 |

BLM UFO Personnel estimated that prescribed burning activities would remain similar to the base year for Alternative A, increase by 40% from the base year for Alternative B, decrease by 20% from the base year for Alternative C, and increase from the base year by 25% for Alternative D.  Estimates of changes in prescribed burning activity are based on stated objectives by alternative in the draft RMP for wildlife species management, vegetation mosaic objectives, and Wildland Urban Interface.

| Key Assumption | Base Year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **Travel and Transportation Management** | | | | | | | | | |
| 1000 vehicle miles traveled per year | 1,910 | 2,433 | 3,006 | 1,831 | 1,831 | 2,433 | 3,006 | 2,032 | 2,032 |

For Alternatives A and C, growth rate estimates similar to those estimated for the BLM Grand Junction Field Office (ENVIRON, 2012) were used to estimate 27% and 57% increases in off-road recreational vehicle activity in Year 10 and Year 20, respectively.  For Alternative B, off-road recreational vehicle activity was assumed to decrease by 4% from the base year for Year 10 and Year 20.  For Alternative D, off-road recreational vehicle activity was assumed to remain at 2012 levels for Year 10 and Year 20.

| Key Assumption | Base Year | A | B | C | D |
|---|---|---|---|---|---|
| **Livestock Grazing** | | | | | |
| AUMs | 38,364 | 38,364 | 34,184 | 36,833 | 36,424 |

BLM UFO Personnel indicated the 38,364 animal unit months (AUMs), 34,184 AUMs, 36,833 AUMs, and 36,424 AUMs for Alternatives A, B, C, and D respectively.

| Key Assumption | Base Year | A | B | C | D |
|---|---|---|---|---|---|
| **Lands-ROWs and Realty** | | | | | |
| # of sites | 28 | 28 | 28 | 28 | 28 |

BLM UFO Personnel indicated no change in activity for this emissions source from the base year for any alternative.

[1] BLM (2010) indicates approximately 14 million tons of production in 2009.  Emission inventory estimates were conservatively taken from existing documents which were based on an estimate of approximately 21 million tons of annual production.

BLM_0112685

October 2013



### 2.1.2   Emission Controls

The UFO emission inventory accounted for all applicable emissions controls such as New Source Performance Standards (NSPS) and new Tier standards for non-road engines.  Additionally, for certain oil and gas source categories, alternative specific controls were estimated.  Table 2-3 shows the emissions control measures for each emissions source category (except oil and gas) that were modeled in this analysis.  Table 2-4 presents the emission controls applied to oil and gas sources while Table 2-5 presents numerical estimates of the level of control associated with each oil and gas emissions control.

**Table 2-3.   Emission controls summary table for non-oil and gas source categories (note all controls listed in this table apply to each management alternative).**

| Applicable Pollutants | Control Description |
|---|---|
| **Coal Mining** | |
| $PM_{10}$, $PM_{2.5}$ | Emissions from coal mining and assumed emission controls were based on available NEPA documents for Somerset Coal Field development. Fugitive Dust Control:  Mitigation measures would be implemented to reduce particulate matter/fugitive dust emissions during construction and production activities.  Unpaved roads would be treated with water to control fugitive road dust emissions.  Storage piles would be watered to limit wind erosion potential and reduce fugitive emissions.  It is assumed that most coal transfer points and processing activities would be enclosed and would therefore reduce fugitive particulate emissions. |
| **Uranium Mining** | |
| $NO_x$, $PM_{10}$, $PM_{2.5}$ | Emissions from uranium mining and assumed emission controls were based on the Whirlwind Mine Environmental Assessment (BLM, 2008) **Generators:**  Generators would meet NSPS standards and incorporate best available control technology. **Particulate:**  $PM_{10}$ emissions would be limited to CDPHE APEN permitted levels. The ore loading area would be treated with magnesium chloride and water would be used for dust suppression at the waste rock storage and other disturbed areas. |
| **Sand and Gravel** | |
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled by watering and/or application of magnesium chloride. |
| **Fire** | |
| - No specific emission controls identified - | |
| **Travel and Transportation Management** | |
| - No specific emission controls identified - | |
| **Livestock Grazing** | |
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled by watering. |
| **Land and Realty ROW** | |
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled during land and realty right-or-way projects by watering and/or application of magnesium chloride. |

BLM_0112686

October 2013



**Table 2-4.     Oil and gas emission controls description.**

| Applicable Pollutant(s) | Time Period | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Dust Control** | | | | | |
| $PM_{10}$, $PM_{2.5}$ | short-term | watering | watering, chemical suppression, graveling or paving | watering | watering |
| | long-term | | | | |
| **Drill Rig Engines** | | | | | |
| $NO_X$, PM | short-term | Tier II engines | Tier IV engines | Tier II engines | Tier II engines |
| | long-term | | | Tier IV genset engines | Tier IV engines |
| **Completion Engines** | | | | | |
| $NO_X$, PM | short-term | Tier II engines | Tier IV engines | Tier II engines | Tier II engines |
| | long-term | | | Tier IV genset engines | Tier IV engines |
| **Green Completions** | | | | | |
| VOC, HAPs | short-term | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control |
| | long-term | | | | |
| **Liquids Removal System** | | | | | |
| All | short-term | none | pipeline system to eliminate well site liquids storage and truck hauling | none | none |
| | long-term | | | pipeline system to eliminate well site liquids storage and truck hauling | pipeline system to eliminate well site liquids storage and truck hauling |
| **Production Site Dehydrators** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Production Site Condensate Tanks** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Production Site Pneumatic Devices** | | | | | |
| VOC, HAPs | short-term | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| | long-term | | | | |
| **Production Site Pneumatic Pumps** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Wellhead and Lateral Compressor Engines Electrification** | | | | | |
| All | short-term | none | electrification of compressor engines | none | none |
| | long-term | | | | |
| **Wellhead, Lateral, Centralized Compressor Engines** | | | | | |
| VOC, CO, $NO_X$ | short-term | All engines required to meet Colorado RICE and Federal NSPS Standards | | | |
| | long-term | | | | |

---

9

BLM_0112687

October 2013



**Table 2-5.    Oil and gas emission control percent changes.**

| Description | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Dust Control** | | | | | |
| PM$_{10}$, PM$_{2.5}$ Change in Emissions from Base Year | short-term | -50% | -80% | -50% | -50% |
| | long-term | | | | |
| **Drill Rig Engines** | | | | | |
| NO$_x$, PM Change in Emissions from Base Year | short-term | 0% (NO$_x$) 0% (PM) 0% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) | 0% (NO$_x$) 0% (PM) 0% (VOC) | 0% (NO$_x$) 0% (PM) 0% (VOC) |
| | long-term | | | -89% (NO$_x$) -85% (PM) -41% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) |
| **Completion Engines** | | | | | |
| NO$_x$, PM, VOC Change in Emissions from Base Year | short-term | 0% (NO$_x$) 0% (PM) 0% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) | 0% (NO$_x$) 0% (PM) 0% (VOC) | 0% (NO$_x$) 0% (PM) 0% (VOC) |
| | long-term | | | -89% (NO$_x$) -85% (PM) -41% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) |
| **Green Completions** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -88% | -99% | -89% | -89% |
| | long-term | | | | |
| percent of completion gas to flare | short-term | 45% | 20% | 23% | 23% |
| | long-term | | | | |
| percent of completion gas to closed-loop system | short-term | 45% | 80% | 68% | 68% |
| | long-term | | | | |
| **Liquids Removal System** | | | | | |
| Percent of Liquids Production | short-term | 0% | 25% | 0% | 0% |
| | long-term | | 50% | 50% | 50% |
| **Production Site Dehydrators** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -76% | -48% | -48% |
| | long-term | | | | |
| **Production Site Condensate Tanks** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -76% | -48% | -48% |
| | long-term | | | | |

BLM_0112688

October 2013 

| Description | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Production Site Pneumatic Devices | | | | | |
| Percent of Devices That Are Low Bleed | short-term | 100% | 100% | 100% | 100% |
| | long-term | | | | |
| Production Site Pneumatic Pumps | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -76% | -48% | -48% |
| | long-term | | | | |
| Wellhead and Lateral Compressor Engines Electrification | | | | | |
| Percent of Engines that are Electrified | short-term | 0% | 50% | 0% | 0% |
| | long-term | | | | |

## 2.2   Emission Calculations

Emission calculations for all emission-generating activities were derived from Operator-supplied data whenever possible.  In the detailed calculations shown in Appendices A, B, and C, we indicate the origin of the input data and how these data were used in the emissions estimates.

Methods used to estimate emissions from each source category are explained in Sections 2.2.1 and 2.2.2.  For oil and gas sources, the estimation methods used for the shale gas wells were the same as those used for conventional and CBNG wells unless noted otherwise.  For each source category, emissions for the base year were estimated.  Emissions were then forecasted to future years, accounting for activity growth and for applicable sources, emissions controls. More detailed assumptions, emission factors and calculations by source category are included in Appendices A, B, and C.

### 2.2.1   Oil and Gas Sources

The methodologies implemented to estimate base year and future year emissions by alternative from oil and gas sources are explained in this section.  Methodologies apply to conventional oil and gas developments, as well as shale gas developments, unless noted otherwise.  More detailed assumptions, emission factors, and emission estimates by source category are included in Appendix A for conventional and CBNG activities and Appendix B for shale gas activities.

Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development
- Emissions from the Production Phase (occurring at-or-nearby the wellpad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

---

11

BLM_0112689

October 2013



### 2.2.1.1   Emissions from Wellpad Construction and Development

Emissions from Wellpad Construction and Development include those generated by equipment, vehicles and activities related to wellpad construction, access roads construction, pipeline construction, wellbore drilling and well completion.  Table 2-6 includes the emission sources identified for the well pad construction and development phase.  Pollutant emissions are initially estimated on a per surrogate basis and later scaled with the projected surrogate estimate to obtain area-wide annual emissions from each source.

**Table 2-6.     Construction source categories and scaling surrogates.**

| Equipment Source Category | Emissions units per event | Scaling Surrogate |
|---|---|---|
| Well Pad, Access Road, and Pipeline Construction Equipment | tons/new pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Traffic | tons/new pad | New pads per year |
| Drilling Equipment and Completion Equipment | tons/spud | Spuds per year |
| Fracing Equipment | tons/spud | Spuds per year |
| Refracing Equipment | tons/refracing-event | Refracing events per year |
| Drilling and Well Completion Traffic | tons/spud | Spuds per year |
| Construction Wind Erosion | tons/new pad | New pads per year |
| Well Completion Venting | tons/spud | Spuds per year |

#### 2.2.1.1.1   Well Pad, Access Road, and Pipeline Construction Equipment

This category refers to emissions associated with off-road engines used during construction of well pads, access roads and pipelines within the UFO Planning Area.  Participating operators provided activity data on engines used for these activities.  Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors was made available.  The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type included in surveys.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Engines were classified in three types as activity data and emissions factors vary by utility: wellpad construction equipment, access road construction equipment and pipeline construction equipment.

Emissions on a per event (new well pads) basis for an engine type for which data was provided were estimated according to Equation 1:

$$E_{engine\ k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$

Equation (1)

where:

$E_{engine}$ are emissions of pollutant $i$ from an engine type k [ton/pad]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the engine k [hp]

BLM_0112690



October 2013

LF is the load factor of the engine k
$t_{event}$ is the number of hours the engine is used  [hr/pad]
907,185 is the mass unit conversion [g/ton]
n is the number of type-k engines

#### 2.2.1.1.1.1  Area-Wide Annual Emissions from Source Category

Annual emissions from well pad construction equipment by pollutant were estimated from the sum of engine emissions from each of the construction engine types ($E_{engineTOTAL,i} = \sum E_{engine\,k,i}$) according to Equation 2:

$$E_{well\,pad\,equip,\ i} = E_{engineTOTAL,i} \times S_{well\,pad}$$   Equation (2)

where:

$E_{well\,pad\,equip}$ are annual emissions of pollutant i from well pad construction and development equipment [ton/yr]
$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/pad]
$S_{well\,pad}$ is the scaling surrogate for well pad construction [new pads/yr]

#### 2.2.1.1.2  Well Pad, Access Road and Pipeline Construction Traffic

This category refers to the exhaust emissions from light-duty and heavy-duty vehicle traffic during well pad, access road and pipeline construction.  Emission factors were developed using the MOVES2010a model (USEPA, 2010).  The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado. MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012).

Emissions from two distinct fleet types were estimated in this source category dependent on the vehicle destination/use: (1) well pad and access road construction vehicles and (2) pipeline construction vehicles.  Annual vehicle miles traveled (VMT) to well site were provided by operator for each vehicle class (light duty and heavy duty) within each fleet type (well pad and access road, and pipeline construction), thus exhaust emissions for each of four vehicle groups were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 3.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (3)

where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/pad]
D is the round trip distance [miles/trip]
907185 is the mass conversion [g/ton]

13

October 2013



#### 2.2.1.1.2.1  Area-Wide Annual Emissions from Source Category

Annual emissions for well pad, pipeline and access road construction traffic by pollutant were propagated with the appropriate scaling surrogate according to Equation 4:

$$E_{well\ pad\ traffic,\ i} = E_{traffic,\ i} \times S_{well\ pad}$$  Equation (4)

where:

$E_{well\ pad\ traffic,\ i}$ is the annual exhaust emissions of pollutant i from well pad, pipeline and access road construction traffic [ton/yr]

$E_{traffic,\ i}$ are the emissions of pollutant i per new well pad [ton/wellpad]

$S_{well\ pad}$ is the scaling surrogate for well pad and access road construction traffic [new pads/yr]

#### 2.2.1.1.3  *Drilling, Completion and Hydraulic Fracturing Equipment*

This section refers to emissions associated with off-road engines used during drilling and completion activities.  Operators provided detailed data for each engine type per source category such as horsepower rating, hours of operation, fuel type, engine technology and load factors. Based on the operator provided data, emissions for four distinct engine groups were estimated: (1) drilling equipment, (2) completion equipment, (3) fracing equipment, and (4) refracing equipment.  Emissions were estimated separately by engine type as inputs and surrogates (see Table 2-6) varied by type; however the same methodology delineated by Equations 5 and 6 was used in all calculations.

For drilling, completion and hydraulic fracturing equipment, the EPA Tier 2 Federal Diesel Engine Standard emission rates were applied for $NO_X$, VOC, CO, $PM_{10}$ and $PM_{2.5}$ emissions.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Emissions on a per event (spuds/fracing events/refracing events) basis for an engine type were estimated according to Equation 5:

$$E_{engine\ k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$  Equation (5)

where:

$E_{engine}$ are exhaust emissions of pollutant *i* from an engine type k [ton/event]

$EF_i$ is the emissions factor of pollutant *i* [g/hp-hr]

*HP* is the horsepower of the engine k [hp]

*LF* is the load factor of the engine k

$t_{event}$ is the number of hours engine k is used [hr/event]

*907,185* is the mass unit conversion [g/ton]

*n* is the number of type-k engines

#### 2.2.1.1.3.1  Area-Wide Annual Emissions from Source Category

Annual equipment emissions by pollutant were estimated separately for each of the four engine groups and scaled with the appropriate scaling surrogate according to Equation 6:

BLM_0112692

October 2013



$$E_{D\&C \; equipment, \; i} = E_{engineTOTAL,i} \times S_{event}$$
Equation (6)

where:

$E_{D\&C equipment,i}$ is annual emissions of pollutant i from completion/drilling equipment [ton/yr]
$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/event]
$S_{event}$ is the scaling surrogate for completion/drilling operations [event/yr] according to Table 2-6.

### 2.2.1.1.4  Drilling and Well Completion Traffic

This section refers to on-road emissions from light-duty and heavy-duty vehicle traffic during drilling and completion operations.  Methodology to estimate traffic emissions from these source categories was similar to that of source category *Well Pad, Access Road and Pipeline Construction Traffic*.  However, emissions for *Drilling Traffic* and *Completion Traffic* were calculated separately since activity inputs and surrogates varied by source category.  Data to estimate the annual vehicle miles traveled (VMT) per activity were provided by operator for each vehicle class (light duty and heavy duty) within each fleet.  Fleets were defined by the vehicle destination or utility, which vary by the type of oil and gas development (conventional and CBNG versus shale).  These are shown in Table 2-7 below.  Annual average emission factors from EPA's MOVES2010a model for Mesa County, Colorado were developed for each vehicle class (light duty and heavy duty) for years 2008 to 2030.

**Table 2-7.    Vehicle fleets used during drilling and completion of shale gas production.**

| Vehicle Use/Destination | Vehicle Class | | Fleet group ID |
|---|---|---|---|
| | Type | Class | |
| Drilling Traffic | Semi Trucks | Heavy Duty Truck | 1 |
| | Pickup Trucks | Light Duty Truck | 2 |
| Rig Move Drilling Traffic | Semi Trucks | Heavy Duty Truck | 3 |
| Rig Hauling | Semi Trucks | Heavy Duty Truck | 4 |
| Well Completion & Testing | Semi Trucks | Heavy Duty Truck | 5 |
| | Pickup Trucks | Light Duty Truck | 6 |

Exhaust emissions for each of the fleet groups were calculated using the appropriate MOVES2010a emission factors on a grams per mile basis, as shown in Equation 7:

$$E_{traffic, \; i} = \frac{EF_i \times N_{trips} \times D}{907185}$$
Equation (7)

where:

$E_{traffic, \; i}$ is the traffic emissions for pollutant i per spud  [tons/spud]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/spud]
*D* is the round trip distance [miles/trip]
*907185* is the mass unit conversion [g/ton]

BLM_0112693

October 2013 

Given that emissions from the vehicle fleets are based on the same surrogate (spuds), total emissions from drilling and completion traffic will be the sum of emissions per spud from each fleet (calculated with Equation 7), as shown in Equation 8:

$$E_{traffic,D\&C, \ i} = \sum_{fleet=1}^{7}\big(E_{traffic, \ i}\big)_{fleet}$$

Equation (8)

where
$E_{traffic,D\&C, \ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$E_{traffic, \ i}$ is the traffic emissions for pollutant i per spud for a vehicle fleet [tons/spud]

### 2.2.1.1.4.1  Area-Wide Annual Emissions from Source Category
Annual emissions for drilling/completion traffic by pollutant were propagated with the appropriate scaling surrogate (spuds per year) according to Equation 9:

$$E_{traffic, \ i} = E_{traffic,D\&C, \ i} \times S_{spud}$$

Equation (9)

where:
$E_{category \ traffic, i}$ are annual emissions of pollutant i from drilling/completion traffic [ton/yr]
$E_{traffic,D\&C, \ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$S_{spud}$ is the scaling surrogate for drilling/completion traffic [spuds/yr]

### 2.2.1.1.5  *Construction Equipment Fugitive Dust*

Fugitive dust emissions from disturbed land by well pad construction equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995).  A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 10:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30}$$

Equation (10)

where:
$E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons/wellpad]
$A$ is the average number of acres disturbed per wellpad [acres/wellpad]
$t$ is the number of construction days per wellpad [days]
$C$ is the control efficiency
$30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant

---

16

BLM_0112694



emissions ($PM_{10}$ and $PM_{2.5}$).  A control efficiency of 50% was assumed for well pad construction watering control.

### 2.2.1.1.5.1  Area-Wide Annual Emissions from Source Category

Annual emissions for construction equipment fugitive dust, by pollutant i, were propagated with the appropriate scaling surrogate (wellpads per year) according to Equation 11:

$$E_{equip,dust,i_{TOTAL}} = E_{equip.dust,i} \times S_{new\ pads} \qquad \text{Equation (11)}$$

where:

$E_{equip,dust,i_{TOTAL}}$ is the annual dust emissions of pollutant i from construction equipment [ton/yr]

$E_{equip.dust,i}$ is the fugitive dust emissions of pollutant i from construction equipment per pad [tons/wellpad]

$S_{new\ pads}$ is the scaling surrogate for construction equipment fugitive dust [new pads/yr]

### 2.2.1.1.6  *Fugitive Dust Emissions from Construction, Drilling and Completion Support Vehicles*

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 12.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b \qquad \text{Equation (12)}$$

where:

*EF* is the size-specific particulate emissions factor for pollutant i (lb/mile)

*s* is the surface material silt content (%)

*W* is the mean vehicle weight (tons)

*k, a, b* are empirical constants according to Table 2-8.

**Table 2-8.   Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were derived with Equation 12.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 13 was applied:

$$EF_{mitigated} = EF_i \times \frac{365 - P}{365} \times \frac{100 - CE}{100} \qquad \text{Equation (13)}$$

---

BLM_0112695

October 2013 

where:

> $EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
> $EF_i$ is the size-specific emission factor [lb/mile]
> $P$ is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
> $CE$ is the control efficiency for watering in unpaved roads; CE =50%

Emissions were estimated for all types of vehicles involved in construction, drilling and completion activities in the Project. The vehicle groups were classified according to their vehicle class and utility, and survey data was collected to estimate annual vehicle miles traveled per activity (or event), which varied by vehicle groups and by the type of oil and gas development (conventional and CBNG versus shale). The vehicle fleets used in each type of development are shown in Table 2-9.

**Table 2-9. Vehicles groups related to fugitive road dust emissions in shale gas developments.**

| Vehicle group ID | Utility/destination | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Pad Access Road Construction | Heavy Duty Truck | New pads |
| 2 | | Light Duty Truck | |
| 3 | Pipeline Construction | Heavy Duty Truck | |
| 4 | | Light Duty Truck | |
| 5 | Drilling Traffic | Heavy Duty Truck | Spuds |
| 6 | | Light Duty Truck | |
| 7 | Rig Move Drilling Traffic | Heavy Duty Truck | |
| 8 | | Light Duty Truck | |
| 9 | Rig Hauling | Heavy Duty Truck | |
| 10 | Well Completion & Testing | Heavy Duty Truck | |
| 11 | | Light Duty Truck | |

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 13, along with the vehicle miles traveled for each vehicle group as shown in Equation 14.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000} \qquad \text{Equation (14)}$$

where:

> $E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton/event]
> $EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
> $N_{trips}$ is the annual number of round trips per activity [trips/event]
> $D$ is the round trip distance [miles/trip]
> $2000$ is the mass conversion [lb/ton]

BLM_0112696

October 2013 

#### 2.2.1.1.6.1  Area-Wide Annual Emissions from Source Category

Annual emissions for road fugitive dust from construction/drilling/completion traffic were propagated with the appropriate scaling surrogate according to Equation 15:

$$E_{dust,traffic,\ i} = E_{traffic,\ i} \times S_{event} \qquad \text{Equation (15)}$$

where:

$E_{dust,traffic,\ i}$ are annual emissions of pollutant i for road fugitive dust from construction/drilling/completion traffic [ton/yr]

$E_{traffic,\ i}$ are the emissions of pollutant i per event (spuds or new pads) [ton/event]

$S_{event}$ is the scaling surrogate for the vehicle group [event/yr]

#### 2.2.1.1.7  Construction Wind Erosion

Wind erosion dust emissions associated with well pad construction, and road and pipeline construction operations were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b). Wind erosion emissions per well pad were estimated based on Equation 16:

$$E_{dust,i} = \frac{P \times A \times r}{907,185} \qquad \text{Equation (16)}$$

where:

$E_{dust,i}$ are dust emissions for pollutant i from construction wind erosion [ton/pad]

$P$ is the erosion potential [g/m$^2$]

$A$ is the well pad construction area [m$^2$/pad]

$r$ is the particle size multiplier for PM$_{10}$ or PM$_{2.5}$

$907,185$ is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in equation 17 and 18:

$$P = 58 \times (u* - u_t)^2 + 25(u* - u_t) \qquad \text{Equation (17)}$$

where:

$u*$ is the friction velocity (m/s)

$u_t$ is the threshold friction velocity (m/s)

$$P = 0 \qquad for \qquad (u* \le u_t) \qquad \text{Equation (18)}$$

Friction velocity estimates (u*) were made by multiplying the average annual fastest wind speed from Uncompahgre, Colorado from 1947 to 1979 by 0.053 per AP-42 guidance (USEPA, 2006b).  Particle size multipliers of 0.5 and 0.075 were assumed for PM$_{10}$ and PM$_{2.5}$ respectively per AP-42 guidance.

BLM_0112697

October 2013



#### 2.2.1.1.7.1  Area-Wide Annual Emissions from Source Category

The annual construction dust wind erosion emissions were scaled by multiplying per well pad emissions by the scaling surrogate (new pads) according to Equation 19:

$$E_{wind\ erosion\ total,\ i} = E_{dust,\ i} \times S_{well\ pad} \qquad \text{Equation (19)}$$

where:

$E_{.dust\ erosion\ total,i}$ are the annual emissions of pollutant $i$ from construction dust wind erosion [ton/yr]

$E_{dust,\ i}$ are the dust emissions of pollutant i per well pad [ton/pad]

$S_{well\ pad}$ is the scaling surrogate for construction dust wind erosion [pad/yr]

#### 2.2.1.1.8   Well Completion Venting

This section describes emissions from well completion venting. The calculation methodology for estimating venting emissions from a single completion event is shown below in Equation 20:

$$E_{completion,i} = \left[ \frac{P \times Q_{completion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}} \right] \times \frac{f_i}{907185} \times (1 - 0.95 F_{flare} - F_{green}) \qquad \text{Equation (20)}$$

where:

$E_{completion,i}$ is the uncontrolled emissions of pollutant $i$ from a single completion event [ton/event]

$P$ is atmospheric pressure [1 atm]

$Q_{completion}$ is the volume of gas generated per completion [MCF/event]

$R$ is the universal gas constant [0.082 L-atm/mol-K]

$MW_{gas}$ is the molecular weight of the gas [g/mol]

$T$ is the atmospheric temperature [298 K]

$f_i$ is the mass fraction of pollutant $i$ in the completion venting gas

$F_{green}$ is the fraction of completions that were controlled by green completion techniques

$F_{flare}$ is the fraction of completions controlled by flare

$0.95$ is the control efficiency of the flare

#### 2.2.1.1.8.1  Extrapolation to Area-Wide Annual Emissions

Annual emissions are obtained by scaling-up emissions per event by with the number of spuds for a particular year. The total emissions from completion venting are estimated following Equation 21:

$$E_{completion,TOTAL,i} = E_{completion,i} \times S_{spuds} \qquad \text{Equation (21)}$$

where:

$E_{completion,TOTAL}$ are the annual emissions for pollutant i from completion venting [tons/year]

$E_{completion,i}$ are the completion emissions from a single completion event [tons/event], event=spuds

BLM_0112698

October 2013



$S_{spuds}$ is the scaling surrogate for completion venting in a particular year [spuds/year]

## 2.2.1.2   Emissions from the Production Phase

Emissions from the Production phase include those generated by equipment, vehicles and activities related to oil and gas production at wellsites after a well has been completed. Pollutant emissions are initially estimated on a per event basis and later scaled with the projected number of events per year (scaling surrogate) to obtain Area-wide annual emissions from each source.

### 2.2.1.2.1   Well Workovers Equipment

This category refers to emissions associated with off-road engines used during well workovers. Participating operators provided activity data on engines used for this activity, as well as the well workover frequency per year.  Detailed data for a typical workover engine such as horsepower rating, hours of operation, fuel type, engine technology and load factor was made available from the operators.  The EPA NONROAD2008a model (EPA, 2009b) was used to compile emission factors for 'other oil field equipment' representative of workover engines. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a workover engine were estimated according to Equation 22:

$$E_{engine,\ i} = f \times \frac{EF_i \times HP \times LF \times t \times n}{907,185} \qquad \text{Equation (22)}$$

where:

    $E_{engine}$ are emissions of pollutant $i$ from a workover engine [ton/well]
    $EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
    $HP$ is the horsepower of the engine [hp]
    $LF$ is the load factor of the engine
    $t$ is the number of hours of use per day [hr/day]
    $907,185$ is the mass unit conversion [g/ton]
    $n$ is the number of operating days per well [days/well]
    $f$ is the  well workover frequency per year

### 2.2.1.2.1.1   Area-Wide Annual Emissions from Source Category

Annual emissions from well workover equipment by pollutant were estimated according to Equation 23:

$$E_{WO-equip,\ i} = E_{engine\ i} \times S_{wells} \qquad \text{Equation (23)}$$

where:

    $E_{WO\text{-}equip,\ i}$ are annual emissions of pollutant i from workover equipment [ton/yr]
    $E_{engine,\ i}$ is emissions of pollutant i from workover equipment per well [ton/well]
    $S_{well\ pad}$ is the scaling surrogate for workovers [active wells/yr]

BLM_0112699

October 2013



### 2.2.1.2.2  Production Traffic (Well workovers, Road Maintenance, Well Pad Reclamation and Production)

This section describes the estimation of exhaust emissions from light-duty and heavy-duty vehicle traffic used for Well Workovers, Maintenance, Well Pad Reclamation and Production. This excludes traffic from tank loading and compressor stations maintenance. Vehicle classes within the four source categories are shown in Table 2-10. Emissions from these vehicle fleets were first estimated on a per well basis and later on scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

**Table 2-10.   Vehicle fleets comprising production traffic.**

| Vehicle fleets ID | Utility (source category) | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Workover Commuting Vehicles | Light Duty Truck | Active Wells |
| 2 | Well Workover Commuting Vehicles | Heavy Duty Truck | Active Wells |
| 3 | Road Maintenance | Light Duty Truck | Active Wells |
| 4 | Road and Well Pad Reclamation | Light Duty Truck | Active Wells |
| 5 | Other Production Traffic (Fuel Haul Truck) | Heavy Duty Truck | Active Wells |

Emission factors were developed using the MOVES2010a model (USEPA, 2010). The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado. MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes. The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). Data to estimate annual vehicle miles traveled (VMT) were provided by operator for each fleet.

Exhaust emissions for the five vehicle groups were estimated as shown in Equation 24.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (24)}$$

where:

$E_{fleet,traffic,\ i}$ is the fleet's traffic emissions for pollutant i per well  [tons/well]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/well]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass unit conversion [g/ton]

#### 2.2.1.2.2.1  Area-Wide Annual Emissions from Source Category

Annual emissions for each category (fleet) of production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 25:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{wells} \qquad \text{Equation (25)}$$

where:

BLM_0112700

October 2013



$E_{fleet,TOTAL, i}$ are annual emissions of pollutant i from a production fleet [ton/yr]
$E_{fleet,traffic, i}$ is the emissions of pollutant i per well for a production traffic fleet [ton/well]
$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

#### 2.2.1.2.3   Fugitive Dust Emissions from Production Traffic (Well Workovers, Road Maintenance, Well Pad Reclamation and Other Production)

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (EPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 26.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b \qquad \text{Equation (26)}$$

Where:

EF is the size-specific particulate emissions factor for pollutant i (lb/mile)
s is the surface material silt content (%)
W is the mean vehicle weight (tons)
k, a, b are empirical constants according to Table 2-11.

**Table 2-11.   Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were calculated with Equation 26. To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 27 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100} \qquad \text{Equation (27)}$$

Where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
$EF_i$ is the size-specific emission factor [lb/mile]
P is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
CE is the control efficiency for watering in unpaved roads

---

BLM_0112701

October 2013



Vehicle fleets comprising Production traffic are shown in Table 2-10. Fugitive dust emissions from these vehicle fleets were first estimated on a per well basis and later scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

Fugitive dust road emissions per well were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 27, along with the vehicle miles traveled for each vehicle group. This is shown in Equation 28

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000} \qquad \text{Equation (28)}$$

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per well  [ton/well]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/well]

$D$ is the round trip distance [miles/trip]

$2000$ is the mass conversion [lb/ton]

### 2.2.1.2.3.1  Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for each category (fleet) of Production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 29:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{wells} \qquad \text{Equation (29)}$$

where:

$E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from a production fleet [ton/yr]

$E_{fleet,traffic,\ i}$ is the fugitive dust emissions of pollutant i per well for a production traffic fleet [ton/well]

$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

### 2.2.1.2.4  Blowdown venting

This section refers to the estimation of emissions from venting during well blowdowns. The calculation methodology for estimating emissions from a single blowdown event is shown below in Equation 30:

$$E_{blowdown,i} = \left( \frac{P \times (V_{vented})}{\left(\frac{R}{MW_{gas}}\right) \times T \times 3.5 \times 10^{-5}} \right) \times \frac{f_i}{907185} \qquad \text{Equation (30)}$$

where:

$E_{blowdown,i}$ is the emissions of pollutant i from a single blowdown event [ton/event]

$P$ is atmospheric pressure [1 atm]

---

24

October 2013 

$V_{vented}$ is the volume of vented gas per blowdown (uncontrolled) [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the vented gas

#### 2.2.1.2.4.1  Area-Wide Annual Emissions from Source Category

The total emissions from all annual blowdowns events occurring are estimated with Equation 31:

$$E_{blowdown,TOTAL} = E_{blowdown,i} \times N_{blowdown} \times S_{wells}$$

Equation (31)

where:

$E_{blowdown,TOTAL}$ are the total annual emissions from blowdowns [tons/yr]
$E_{blowdown,i}$ are the blowdown emissions from a single blowdown event [tons/event]
$N_{blowdown}$ is the frequency of blowdowns per well per year [events/yr-well]
$S_{wells}$ is the total number of active wells for a particular year [wells]

#### 2.2.1.2.5   Well Recompletion Venting

This section describes emissions from well recompletion venting. The calculation methodology for estimating venting emissions from a single recompletion event is shown below in Equation 32:

$$E_{recompletion,i} = \left[ \frac{P \times Q_{recompletion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}} \right] \times \frac{f_i}{907185}$$

Equation (32)

where:

$E_{recompletion,i}$ is the uncontrolled emissions of pollutant $i$ from a single recompletion event [ton/event]
$P$ is atmospheric pressure [1 atm]
$Q_{recompletion}$ is the volume of gas generated per recompletion [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the recompletion venting gas

#### 2.2.1.2.5.1  Extrapolation to Annual Area-Wide Emissions

Annual emissions are obtained by scaling-up emissions per event with the total number of recompletion events in a particular year. The total emissions from recompletion venting are estimated following Equation 33:

$$E_{recompletion,TOTAL,i} = E_{recompletion,i} \times f \times S_{well\ count}$$

Equation (33)

BLM_0112703

October 2013



where:

$E_{completion,TOTAL}$ are the annual emissions for pollutant i from recompletion venting [tons/year]

$E_{completion,i}$ are the venting emissions from a single recompletion event [tons/event]

$f$ is the frequency of recompletion events per well per year [events/yr-well]

$S_{well\ count}$ is the scaling surrogate for recompletion venting in a particular year [active wells]

### 2.2.1.2.6   Wellhead Fugitives

This source category refers to fugitive emissions or *leaks* from well equipment such as pump seals, valves, connectors, flanges, etc.  Fugitive emissions were estimated for three main streams identified by the operator: gas service stream, liquids service stream and high oil stream.  VOC, $CO_2$ and $CH_4$ emissions per stream were estimated using device-specific TOC emission factors for oil and gas production (USEPA, 1995b) and equipment counts provided in the survey responses.  Operator provided total device counts per well by type of equipment and by the type of service to which the equipment applies – gas, liquids and high oil.  Data on the vented gas weight fractions was also provided by operator.

Fugitive VOC emissions for an individual device in a given stream (gas, liquids, and high oil) were estimated according to Equation 34:

$$E_{fugitiveVOC,k} = EF_{TOC} \times N \times t_{annual} \times Y$$

Equation (34)

where:

$E_{fugitive\ VOC,\ k}$ is the fugitive VOC emissions for a given device k [ton/yr-well]

$EF_{TOC}$ is the emission factor of TOC [kg/hr/device]

$N$ is the total number of devices type-k for a given stream per well [devices/well]

$Y$ is the ratio of VOC to TOC in the vented gas

Total VOC fugitive emissions for a given stream are equal to the sum of all fugitive emissions from devices in that stream per Equation 35:

$$E_{fugitiveVOC,stream} = \sum E_{fugitiveVOC,\ k}$$

Equation (35)

where:

$E_{fugitive\ VOC,stream}$ is the total fugitive VOC emissions in a given stream per well [ton/yr-well]

$CO_2$ and $CH_4$ fugitive emissions per stream were estimated according to Equations 36 and 37:

$$E_{fugitiveCH4,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$

Equation (36)

$$E_{fugitiveCO2,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$

Equation (37)

26

October 2013



where:

$E_{fugitive\ CO2,stream}$ is the total fugitive $CO_2$ emissions in a given stream per well [ton/yr-well]

$E_{fugitive\ CH4,stream}$ is the total fugitive $CH_4$ emissions in a given stream per well [ton/yr-well]

*Weight fractions* per pollutant were based on operator provided gas compositions. For gas and well streams, sales gas composition was used. For condensate stream, fugitive-post flash compositions were used.

### 2.2.1.2.6.1  Area-Wide Annual Emissions from Source Category

Fugitive emissions were propagated annually according to Equation 38 using the scaling surrogate, active well counts:

$$E_{fugitive,\ i} = E_{fugitive\ i,stream} \times S_{well\ count}$$
Equation (38)

where:

$E_{fugitive,\ i}$ are the annual fugitive emissions for pollutant i in a given stream [ton/yr]

$E_{fugitive\ I,\ stream}$ are fugitive emissions of pollutant i in a stream per well [ton/yr-well]

$S_{well\ count}$ is the number of active wells for a particular year [active wells]

### 2.2.1.2.7   Pneumatic Devices

Emissions for pneumatic devices will vary by the bleed rate of the device.  Operator data indicated that all pneumatic devices used within the Planning Area are low bleed.  The methodology for estimating the emissions from a mix of pneumatic devices i (liquid level controllers, pressure controllers, etc.) for a single typical well is shown in Equation 39:

$$E_{pneumatic,j} = \frac{f_j}{907185} \left( \sum_i \dot{V}_i \times N_i \times t_{annual} \right) \times \frac{P}{\left( \left( R/MW_{gas} \right) \times T \times 3.5 \times 10^{-5} \right)}$$
Equation (39)

where:

$E_{pneumatic,j}$ is the total emissions of pollutant *j* from all pneumatic devices for a typical well [ton/year/well]

$\dot{V}_i$ is the volumetric bleed rate from device *i* [MCF/hr/device]

$N_i$ is the average number of devices *i* found in a well [devices/well]

$t_{annual}$ is the  number of hours per year that devices were operating [8760 hr/yr]

*P* is the atmospheric pressure [1 atm]

*R* is the universal gas constant [0.082 L-atm/mol-K]

$MW_{gas}$ is the molecular weight of the gas [g/mol]

*T* is the atmospheric temperature [298 K]

$f_j$ is the mass fraction of pollutant *j* in the vented gas

### 2.2.1.2.7.1  Extrapolation to Area-Wide Annual Emissions

Annual emissions from pneumatic devices were estimated according to Equation 40:

BLM_0112705

October 2013



$$E_{pneumatic,TOTAL,j} = E_{pneumatic,j} \times N_{well}$$

Equation (40)

where:
$E_{pneumatic,TOTAL,j}$ is the total annual emissions of pollutant $j$ from pneumatic devices [ton/yr]
$E_{pneumatic,j}$ is the pneumatic device emissions of pollutant $j$ for a single typical well [ton/yr/well]
$N_{well}$ is the total number of active wells in the basin [wells]

### 2.2.1.2.8   Pneumatic Pumps

To estimate emissions from pneumatic pumps, operator provided data indicating the average gas consumption rate per gallon of chemical injected and the annual chemical throughput for a single pump. Emissions per well from pneumatic pumps were estimated as shown in Equation 41:

$$E_{pump,i} = \frac{N_{CIP} \times V_{vented,gas} \times t_{pump} \times MW_i \times R \times Y_i}{2000}$$

Equation (41)

where:
$E_{pump,\,i}$ is the pneumatic pump emissions for pollutant i per well [ton/yr-well]
$V_{vented,TOTAL}$ is the average gas venting rate per pump [SCF/pump/hr]
$N_{CIP}$ is the number of gas-actuated pneumatic pumps per well [pump/well]
$t_{pump}$ is the annual hours of operation of a pump [hrs/yr]
$MW_i$ is the molecular weight of pollutant i [lb/lb-mol]
$R$ is the universal gas constant [lb-mol/391.9scf]
$Y_i$ is the molar fraction of pollutant i in pneumatic pump vented gas
$2000$ is the mass unit conversion [lb/ton]

### 2.2.1.2.8.1   Area-Wide Annual Emissions from Source Category

To estimate area-wide annual emissions from pneumatic pumps the scaling surrogate, active wells, was used according to Equation 42

$$E_{pneumaticpumps,\,i} = E_{pump,\,i} \times S_{well\,count}$$

Equation (42)

where:
$E_{pneumaticpumps,\,i}$ are the annual emissions for pollutant i from pneumatic pumps [ton/yr]
$E_{pump,\,i}$ is the emissions from all pneumatic pumps per well [ton/yr-well]
$S_{well\,count}$ is the number of active wells for a particular year [wells]

### 2.2.1.2.9   Water Injection Pumps

This category refers to exhaust emissions associated with diesel combustion in water injection pump engines.  Participating operators provided activity data on engines used for water disposal. Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors was made available.  The EPA NONROAD2008a model

BLM_0112706

October 2013



(USEPA, 2009b) was used to compiled emission factors. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a water injection pump were estimated according to Equation 43:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$
Equation (43)

where:

    $E_{engine}$ are per-well emissions of pollutant $i$ from water injection pumps [ton/well]
    $EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
    $HP$ is the horsepower of the pump [hp]
    $LF$ is the load factor of the pump
    $t_{event}$ is the number of hours the engine is used annually [hrs/unit]
    $907,185$ is the mass unit conversion [g/ton]
    $n$ is the number of water injection pumps per well [units/well]

2.2.1.2.9.1  Area-Wide Annual Emissions from Source Category
Annual emissions from water injection pumps for pollutant i were estimated according to Equation 44:

$$E_{water\ pumps,\ i} = E_{engine,\ i} \times S_{well}$$
Equation (44)

where:

    $E_{well\ pad\ equip}$ are annual emissions of pollutant i from water injection pumps [ton/yr]
    $E_{engine,\ i}$ is engine emissions per well [ton/well]
    $S_{well}$ is the scaling surrogate for water injection pumps [active wells/yr]

*2.2.1.2.10 Miscellaneous Engines*

This category refers to exhaust emissions associated with miscellaneous engines at well sites. Participating operators provided detailed data for miscellaneous engines such as horsepower rating, hours of operation, fuel type, engine technology and load factors. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for miscellaneous engines were estimated according to Equation 45:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185} \times f$$
Equation (45)

where:

    $E_{engine}$ are per-well emissions of pollutant $i$ from miscellaneous engines [ton/well]
    $EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]

BLM_0112707

October 2013



$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used  [hrs/unit]
$f$ is the fraction of wells served by a miscellaneous engine
907,185 is the mass unit conversion [g/ton]
$n$ is the number of engines per well [units/well]

2.2.1.2.10.1    Area-Wide Annual Emissions from Source Category
Annual emissions from miscellaneous engines for pollutant i were estimated according to
Equation 46:

$$E_{water\ pumps,\ i} = E_{engine,\ i} \times S_{well} \qquad \text{Equation (46)}$$

where:
$E_{well\ pad\ equip}$ are annual emissions of pollutant i from miscellaneous engines [ton/yr]
$E_{engine,\ i}$ is engine emissions per well [ton/well]
$S_{well}$ is the scaling surrogate for miscellaneous engines [active wells/yr]

*2.2.1.2.11 Compressor Station Maintenance Traffic Exhaust*

This section describes the estimation of exhaust emissions from light-duty vehicles (pickup
trucks) used for compressor maintenance at compressor stations.  Emission factors were
developed using the MOVES2010a model (USEPA, 2010).  The emission factors were prepared
for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent
annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions
factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and
evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry
Default Emission Factors (TCR, 2012). The total vehicle miles travelled annually from
maintenance visits to a single compressor station were provided by operators.

Exhaust emissions for this fleet were estimated as shown in Equation 47.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times VMT_{CS}}{907185} \qquad \text{Equation (47)}$$

where:
$E_{fleet,traffic,\ i}$ is the fleet's traffic emissions for pollutant i per well  [tons/station]
$EF_i$ is the average emission factor for light duty vehicles of pollutant i [g/mile]
$VMT_{CS}$ is the annual miles travelled for maintenance compressor station [miles/station]
907185 is the mass unit conversion [g/ton]

2.2.1.2.11.1    Area-Wide Annual Emissions from Source Category
Annual emissions for the compressor maintenance fleet were propagated with the scaling
surrogate "total count of active compressor stations" according to Equation 48:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{CS} \qquad \text{Equation (48)}$$

BLM_0112708



where:

$E_{fleet,TOTAL, i}$ are annual emissions of pollutant i from compressor station maintenance traffic [ton/yr]

$E_{fleet,traffic, i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

### 2.2.1.2.12 Fugitive Dust Emissions from Compressor Station Maintenance Traffic

Road dust emission factors for light duty vehicles traveling on unpaved surfaces to and from compressor stations were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27.  Fugitive dust road emissions per station (visited) were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 27, along with the annual vehicle miles traveled per compressor station.  This is shown in Equation 49.

$$E_{fleet,traffic, i} = \frac{EF_{mitigated} \times VMT}{2000} \qquad \text{Equation (49)}$$

where:

$E_{fleet,traffic, i}$ is the traffic fugitive dust emissions for pollutant i per station [ton/station]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$VMT$ is the annual miles travelled for maintenance compressor station [miles/station]

$2000$ is the mass conversion [lb/ton]

### 2.2.1.2.12.1    Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for compressor station maintenance traffic were propagated with the "total number of compressor stations" according to Equation 50:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic, i} \times S_{CS} \qquad \text{Equation (50)}$$

where:

$E_{fleet,TOTAL, i}$ are annual fugitive dust emissions of pollutant i from compressor station maintenance traffic [ton/yr]

$E_{fleet,traffic, i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

### 2.2.1.2.13 Condensate Tanks Flashing

Condensate tank emissions were calculated differently for conventional oil and gas developments and for shale gas developments.

BLM_0112709



#### 2.2.1.2.13.1    Emissions estimates for conventional and coalbed natural gas developments

UFO Planning Area-wide wellsite condensate tank emissions were obtained from the CDPHE APENS database in the 2008 WestJump Piceance Basin Inventory for non-midstream sources. $CO_2$ and $CH_4$ emissions were then calculated using the weight fraction ratios from local flash gas composition analyses, as shown in Equations 51 and 52.

$$E_{tanks,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$   Equation (51)

$$E_{tanks,CO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$   Equation (52)

where:

$E_{tanks,VOC}$ is the total annual condensate tanks emissions from APENS database [tons/yr]
$E_{tanks,CO2}$ is the total condensate tank $CO_2$ emissions [tons/yr]
$E_{tanks,CH4}$ is the total condensate $CH_4$ emissions [tons/yr]
*Weight fractions* of each pollutant in flash gas

#### 2.2.1.2.13.2    Emissions estimates for shale gas developments

An uncontrolled VOC emissions factor applicable to Garfield, Mesa, Rio Blanco, and Moffat Counties (CDPHE, 2011) was used to estimate emissions for condensate tanks in shale gas developments on a per barrel basis. The published emissions factor was 10 lbs VOC/bbl [0.005 tons/bbl]. This was multiplied by the annual condensate production from shale gas wells to propagate emissions to the Planning Area level for each year. Similar to the methodology for conventional oil and gas sources, $CO_2$ and $CH_4$ emissions were then calculated using the weight fraction ratios from local flash gas composition analyses using Equations 51 and 52.

#### 2.2.1.2.14 Loading Emissions from Condensate Tanks

This section describes emissions from truck loading of condensate from tanks. The loading loss rate is estimated following Equation 53:

$$L = 12.46 \times \left( \frac{S \times V \times M}{T} \right)$$   Equation (53)

where:

$L$ is the loading loss rate [lb/1000gal]
$S$ is the saturation factor taken from AP-42 default values based on operating mode. The operating mode for loading assumed was submerged loading: dedicated normal service.
$V$ is the true vapor pressure of the liquid loaded [psia]
$M$ is the molecular weight of the vapor [lb/lb-mole]
$T$ is the temperature of the bulk liquid [°R], T=540 R

VOC tank loading emissions are then estimated by Equation 54:

$$E_{loading,\ VOC} = L \times Y_{voc} \times \frac{42}{2000}$$   Equation (54)

BLM_0112710

October 2013



where:

$E_{loading}$ are the VOC tank loading emissions [ton/bbl]
$L$ is the loading loss rate [lb/1000gal]
$Y_{VOC}$ is the weight fraction of VOC in the vapor in the liquid loaded
$42$ is a unit conversion [gal/bbl]
$2000$ is a unit conversion [lbs/ton]

$CO_2$ and $CH_4$ emissions are calculated based on Equations 55-56:

$$E_{loading,CH4} = E_{loading,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$   Equation (55)

$$E_{loading,CO2} = E_{loading,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$   Equation (56)

where:

$E_{loading,CO2}$ is the total loading $CO_2$ emissions per barrel of liquid [ton/bbl]
$E_{loadingCH4}$ is the total loading $CH_4$ emissions per barrel of liquid [ton/bbl]
*Weight fractions* of each pollutant in the vapor losses from the liquid loaded

### 2.2.1.2.14.1   Area-Wide Annual Emissions from Source Category

Annual emissions per pollutant i from condensate loading were scaled by annual condensate production per Equation 57:

$$E_{tank\ loadout,\ i} = E_{loading,\ i} \times S_{bbl\ condensate}$$   Equation (57)

where:

$E_{tank\ loadout,\ i}$ is the total condensate loading emissions for pollutant i from tank load-out [ton/yr]
$E_{loading,\ i}$ is the condensate loading emissions for pollutant i from per barrel [ton/bbl]
$S_{bbl\ condensate}$ is the total annual of barrels condensate [bbl/yr]

### *2.2.1.2.15 Condensate and Water Hauling Traffic Exhaust*

This section describes the estimation of exhaust emissions from heavy-duty vehicles (haul trucks) used for produced condensate hauling from the well site.  Condensate hauling exhaust emissions are estimated with the same methodology (Equations 58a and 59a) for conventional and shale gas developments.  Emission factors were developed using the MOVES2010a model (EPA, 2010).  The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). The total round trip distance for each hauling trip was provided by operator. It was assumed a hauling volume of condensate per truck of 200 barrels, hence the number of round trips per barrel was estimated (1/200).

33

October 2013



Exhaust emissions for condensate hauling fleet were estimated as shown in Equation 58a.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$
Equation (58a)

where:

$E_{fleet,traffic,\ i}$ is the hauling traffic exhaust emissions for pollutant i per barrel [ton/bbl]
$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]
$N_{trips}$ is the annual number of round trips per barrel [trips/bbl]. N=1/200
$D$ is the round trip distance [miles/trip]
$907185$ is the mass conversion [g/ton]

### 2.2.1.2.15.1    Area-Wide Annual Emissions from Condensate Hauling
Annual emissions for the condensate hauling fleet were propagated with the annual condensate production according to Equation 59a:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,,\ i} \times S_{bbl,condensate}$$
Equation (59a)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from condensate hauling traffic [ton/yr]
$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per barrel for the hauling fleet [ton/bbl]
$S_{bbl,condensate}$ is the scaling surrogate for the source category [barrels of condensate produced per year]

### 2.2.1.2.15.2    Water hauling exhaust emissions for conventional oil and gas
COGCC data from 2008 to 2011 indicated that produced water from active wells is approximately 16 times as much as condensate production.  It was assumed that the produced water truck capacity (volume) is 100 bbl and that all water was hauled out. Thus, the number of water haul trips is 32 times the number of condensate haul trips.  Therefore, area-wide exhaust emissions from water hauling traffic were estimated to be 32 times larger than area-wide exhaust emissions from condensate hauling.

### 2.2.1.2.15.3    Water hauling exhaust emissions for shale gas developments
Water usage in shale gas developments is more significant than in conventional plays as large quantities of water are needed for hydraulic fracturing during initial completions and recompletions.  This water is later produced with the gas. COGCC data from 2011 indicates that about 4 barrels of water are produced per 100 MCF of gas from shale wells.  Assuming that produced water truck capacity is 100 bbl and that all water is hauled out, the number of water hauling trips (round trip) per unit of gas produced was estimated as follows:

$$No.\,of\,trips = \frac{\frac{4\,bbl\,water}{100\,MCF}}{\frac{100\,bbl\,water\,hauled}{trip}} = 0.0004\,trips/MCF$$

Exhaust emissions for water hauling fleet were estimated as shown in Equation 58b:

BLM_0112712

October 2013 

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$ Equation (58b)

where:

$E_{fleet,traffic,\ i}$ is the hauling exhaust emissions for pollutant i per MCF gas produced [ton/MCF]

$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]

$N_{trips}$ is the annual number of round trips per MCF of gas produced [trips/MCF]. N=0.0004

$D$ is the round trip distance [miles/trip]

*907185* is the mass conversion [g/ton]

2.2.1.2.15.4    Area-Wide Annual Emissions from Water Hauling (Shale gas)

Annual emissions for the water hauling fleet were propagated with the annual shale gas production according to Equation 59b:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{gas\ production}$$ Equation (59b)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from water hauling traffic [ton/yr]

$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per MCF for the hauling fleet [ton/mcf]

$S_{gas\ production}$ is the scaling surrogate for the source category [MCF of gas produced per year]

*2.2.1.2.16 Fugitive Dust Emissions from Condensate and Water Hauling Traffic*

Road dust emission factors for heavy duty vehicles traveling on unpaved surfaces for condensate hauling were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27. Fugitive dust road emissions per barrel of condensate were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 27. This is shown in Equation 60.

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times D \times N_{trips}}{2000}$$ Equation (60)

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per barrel of condensate [ton/bbl]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per barrel of condensate hauled [trips/bbl]

$D$ is the round trip distance per hauling trip [miles/trip]

*2000* is the mass conversion [lb/ton]

2.2.1.2.16.1    Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for condensate hauling were propagated with the annual condensate production according to Equation 61:

BLM_0112713

October 2013 

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,,~i} \times S_{bbl,condensate}$$   Equation (61)

where:

$E_{fleet,TOTAL,~i}$ are annual fugitive dust emissions of pollutant i from condensate hauling traffic [ton/yr]

$E_{fleet,traffic,~i}$ is the dust emissions of pollutant i per barrel for the hauling fleet [ton/bbl]

$S_{bbl,condensate}$ is the scaling surrogate for the source category [barrels of condensate produced per year]

2.2.1.2.16.2    Water hauling fugitive dust emissions for conventional oil and gas sources

As explained above, it was assumed that area-wide fugitive dust emissions from water hauling traffic will be 32 times larger than area-wide fugitive dust emissions from condensate hauling.

2.2.1.2.16.3    Water hauling fugitive dust emissions for shale gas sources

Road dust emission factors for heavy duty vehicles traveling on unpaved surfaces for water hauling were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27.  Fugitive dust road emissions were calculated using the mitigated emissions factors ($EF_{mitigated}$) in pounds per mile from Equation 27.  First, emissions on a per unit of gas produced basis were estimated using Equation 58b, and the number of trips for water hauling (in shale developments) estimated in Section 2.2.1.2.15.  Secondly, area-wide emissions were propagated by multiplying the fugitive emissions from water hauling with the annual gas production from shale, as shown in Equation 59b.

*2.2.1.2.17 Heaters*

This section describes the methodology for estimating emissions from tank heaters and separator heaters.  Heater emissions are a function of the properties of the local produced gas used as a fuel.  Emissions factors for external combustion of natural gas were obtained from AP-42 Section 1.4 Natural Gas Combustion (USEPA, 1995a). Emissions per well from tank heaters and separator heaters can be estimated individually using Equation 62.

$$E_{heater,i} = N_{heaters} \times \frac{EF_i \times Q_{heater} \times t_{annual}}{(HV_{local} \times 2000)}$$   Equation (62)

where:

$E_{heater,i}$ is the per well emissions for pollutant from a given heater [ton/well-yr]

$EF_i$ is the heater emission factor for a given pollutant i [lb/MM SCF]

$Q_{heater}$ is the heater MMBTU/hr rating [MMBTU$_{rated}$/hr]

$HV_{local}$ is the local natural gas heating value [BTU$_{local}$/SCF]

$t_{annual}$ is the annual hours of operation [hr/yr]

$N_{heaters}$ is the number of heaters per well [1/well]. N=1

2.2.1.2.17.1    Area-Wide Annual Emissions from Source Category

Annual emissions for tank heaters and separator heaters are estimated with Equation 63 using the scaling surrogate active wells.

BLM_0112714

October 2013 

$$E_{heater,TOTAL,i} = E_{heater,i} \times W_{TOTAL}$$   Equation (63)

where:
$E_{heater,TOTAL}$ is the total emissions of pollutant i for a given heater type in the Project [ton/yr]
$E_{heater}$ is the per well annual emissions from a given heater type for pollutant i [ton/well-yr]
$W_{TOTAL}$ is the total number of wells for a particular year [wells]

### 2.2.1.2.18 Dehydrator Emissions

This section describes the methodology to estimate emissions from dehydrator still vents. Grand Junction Field Office oil and gas emission inventory (ENVIRON, 2012) VOC, $CH_4$, and $CO_2$ emissions per unit of production for conventional and CBNG wells were applied to conventional and CBNG gas production in the UFO Planning Area.

$$E_{dehyTOTAL,i,j} = EF_{dehy,i} \times S_{gas\ production,j}$$   Equation (64)

where:
$E_{dehy,TOTAL,,i,j}$ are the total area-wide emissions from conventional and CBNG well dehydrators for pollutant i in year j [tons/yr]
$EF_{dehy,i}$ is the conventional and CBNG well dehydrator emissions rate from ENVIRON (2012) [tons/MCF/yr]
$S_{gas\ production}$ is the annual conventional and CBNG gas production in year j [MCF/yr]

### 2.2.1.2.18.1   Dehydrators emissions in Shale gas developments

Grand Junction Field Office oil and gas emission inventory (ENVIRON, 2012) VOC, $CH_4$, and $CO_2$ emissions per unit of shale gas production were applied to shale gas production in the UFO Planning Area.

$$E_{dehyTOTAL,i,j} = EF_{dehy,i} \times S_{gas\ production,j}$$   Equation (65)

where:
$E_{dehy,TOTAL,i,j}$ are the total area-wide emissions from shale gas well dehydrators for pollutant i in year j [tons/yr]
$EF_{dehy,i}$ is the shale gas well dehydrator emissions rate from ENVIRON (2012) [tons/MCF/yr]
$S_{gas\ production}$ is the annual shale gas production in year j [MCF/yr]

### 2.2.1.2.19 Well Completion Flaring

This section describes the methodology for estimating flaring emissions from completion venting as described in Equation 66. It was assumed the efficiency of the flare was 95 percent.

$$E_{flare,completion} = \left( \frac{EF_i \times Q_{completion} \times F_{flared} \times HV}{1000} \right) \Big/ 2000$$   Equation (66)

BLM_0112715

October 2013



where:

$E_{flare,completion}$ is the area-wide flaring emissions of pollutant i for well completions [ton/event]
$EF_i$ is the flaring emissions factor for pollutant $i$ [lb/MMBtu]
$Q_{completion}$ is the volume of gas generated per completion [MCF/event]
$HV$ is the local heating value of the gas [BTU/SCF]
$F_{flared}$ is the fraction of well completions with flares

### 2.2.1.2.19.1   Extrapolation to Area-Wide Annual Emissions

Annual area-wide flaring emissions for well completions are scaled-up using the total number of spuds per year as shown in Equation 67:

$$E_{heater,TOTAL,i} = E_{heater,i} \times S_{TOTAL}$$

Equation (67)

where:

$E_{heater,TOTAL}$ is the annual emissions from well completion flaring for pollutant i [ [ton/yr]
$E_{heater}$ is the emissions from well completion flaring for pollutant i per event [ton/event]
$S_{TOTAL}$ is the total number of spuds for a particular year [spuds]. The number of well completions is assumed equal to the spuds count for the year.

### 2.2.1.2.20 Other Flaring

This section describes flaring emissions for source categories that are controlled by flare under certain scenarios.  This applies to dehydrator vents, condensate tanks flashing, and pneumatic pumps. VOC vented emissions (in tons) are converted to volume using Equation 68 and the VOC fraction of the gas.

$$V_{flared,source} = \frac{E_{voc,\ source}}{f_{voc}} \times \frac{R \times T \times 3.5 \times 10^{-5} \times}{MW_{gas} \times P} \times F_{flared} \times 907.185$$

Equation (68)

where

$V_{flared,source}$ is the flaring volume from a venting source in units of: [MMSCF/well-yr] for pneumatic pumps.   [MMSCF/yr] for condensate tanks, and [MMSCF/yr] for dehydrator vents
$E_{VOC,source}$ is the VOC mass emissions from a venting source: [tons/well-yr] for pneumatic pumps.   [tons/yr] for condensate tanks, and [tons/yr] for dehydrator vents
$P$ is atmospheric pressure [1 atm]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_{voc}$ is the mass fraction of VOCs in the vented gas
$F_{flared}$ is the fraction of the gas that is flared. Assumed 100%

The mass VOC emissions term in Equation 68 is obtained through emission estimates described in the preceding sections for dehydrators, condensate tanks, and pneumatic pumps.

BLM_0112716

October 2013



### 2.2.1.2.21 Midstream sources

2.2.1.2.21.1    Conventional and Coalbed Methane Sources

UFO Planning Area emissions from midstream sources were obtained from the CDPHE APENS database used in the 2008 WestJumpAQMS Piceance Basin Inventory.

Midstream sources emissions were designated as BLM or non-BLM sources based on facility land ownership and were divided into the following categories based on SCC designation:

- Compressor Engines
- Glycol Dehydrator
- Natural Gas Processing Facilities, Gas Sweeting: Amine Process
- Condensate Tanks
- Natural Gas Processing Facilities, Flanges and Connections
- Natural Gas Production, Incinerators Burning Waste Gas or Augmented Waste Gas

Annual 2008 emissions were available for pollutants VOCs, CO, $NO_X$, $PM_{10}$ and $SO_2$ in tons per year.  Emissions for $CH_4$ and $CO_2$ were calculated using the vented gas speciation according to Equations 69 and 70 for the following sources.

- Glycol Dehydrator
- Natural Gas Processing Facilities, Gas Sweeting: Amine Process
- Condensate Tanks
- Natural Gas Processing Facilities, Flanges and Connections

$$E_{source,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}} \qquad \text{Equation (69)}$$

$$E_{sourceCO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}} \qquad \text{Equation (70)}$$

where:

$E_{source,VOC}$ is the total annual emissions from APENS database *a source* [tons/yr]
$E_{source,CO2}$ is the total $CO_2$ emissions from *a source* [tons/yr]
$E_{source,CH4}$ is the total $CH_4$ emissions from *a source* [tons/yr]
*Weight fractions* of each pollutant in the vented gas

For combustion sources such as compressor engines, process heaters and flares, emissions for $CH_4$, $N_2O$ and $CO_2$ were estimated using the ratios of each greenhouse gas to VOC of emissions factors from AP-42.

Emissions in future years were estimated by multiplying 2008 emissions by the ratio of gas production in a given future year to gas production in 2008.

BLM_0112717



#### 2.2.1.2.21.2    Shale Gas

Midstream emissions for shale gas wells were estimated based on the assumption of compression requirements per unit of gas produced of 120 hp/MMSCFd and 60 hp/MMSCFd for gathering and treating compression respectively.  Midstream compressor engine emission rates were applied to the horsepower estimates from applicable CDPHE and NSPS standards for $NO_X$, VOC, and CO, and from AP-42 estimates for other pollutants.

Midstream emissions of $NO_X$, VOC, CO, $PM_{10}$, $PM_{2.5}$, and $SO_2$ from sources other than compressor engines were estimated based on 2008 APENS conventional and coalbed methane well emissions.  The 2008 APENS midstream emissions that were not compressor engines were divided by 2008 annual gas production to obtain non-compressor engine midstream emissions on a per unit of gas production basis.  The midstream emissions on a per unit of gas production basis were then multiplied by the shale gas production estimates to obtain Planning Area-wide midstream emissions from shale gas sources.  GHG emissions for all midstream sources except compressor engines were then estimated based on shale gas composition or AP-42 emission rates similar to conventional midstream sources as described above.

### 2.2.2   Non-Oil and Gas Sources

The methodologies implemented to estimate base year and future year emissions by alternative from non-oil and gas sources are explained in this section.  More detailed assumptions, emission factors, and emission estimates by source category are described in Appendices C.

#### 2.2.2.1   Coal Mining

Annual base year emissions from coal mining were estimated for the Somerset Coal Fields based on existing emission estimates for the operation of producing mines, Bowie #2 (BLM, 2012c), West Elk (BLM, 2012d), and Elk Creek (BLM, 2012f), as well as exploration and construction emissions from the Oak Mesa Project (BLM, 2012e).  Emissions were not estimated for the New Horizon Mine which is not subject to BLM review. Based on the *Coal Resource and Development Potential Report* (BLM, 2010), which indicated that Somerset Coal Field production is likely to remain stable at recent levels into the future, emissions for all future years for all scenarios were set equal to base year emissions.

#### 2.2.2.2   Uranium Mining

Annual emissions from uranium mining were estimated according to the number of mines constructed and/or producing in a given year combined with estimates of emissions per mine from discrete emission producing activities: wind erosion, fugitive dust, heavy equipment, and on-road vehicles.  Activity inputs such as the equipment and vehicle operations, tons of material processed, and disturbed area were taken primarily from the Whirlwind Mine EA (BLM, 2008).  The estimated number of uranium mines in operation is shown in Table 2-12.

BLM_0112718

October 2013 

**Table 2-12.   Schedule of uranium mines in production.**

| Year | Uranium Mining Facilities, All Alternatives |
|---|---|
| 2008-2012 | 0 |
| 2013 | 1 |
| 2014 | 3 |
| 2015 | 5 |
| 2016 | 7 |
| 2017 | 9 |
| 2018 | 10 |
| 2019 | 11 |
| 2020 | 12 |
| 2021 | 13 |
| 2022 | 14 |
| 2023 | 15 |
| 2024 | 16 |
| 2025 | 17 |
| 2026 | 18 |
| 2027 | 19 |
| 2028 | 20 |
| 2029 | 20 |
| 2030 | 20 |

### 2.2.2.2.1  Wind Erosion

Wind erosion dust emissions were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b) based on Equation 71:

$$E_{dust,i} = \frac{k \times P \times M \times N}{907,185}$$

Equation (71)

where:

$E_{dust,i}$ are dust emissions for pollutant i from construction wind erosion [ton/mine]
$k$ is the particle size multiplies [0.5 for $PM_{10}$ and 0.075 from $PM_{2.5}$]
$P$ is the erosion potential [g/m$^2$]
$M$ is the number of disturbed acres [m$^2$/pad]
$N$ is the number of disturbances
$907,185$ is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in Equation 72 and 73:

$$P = 58 \times (u* - u_t)^2 + 25(u* - u_t)$$

Equation (72)

where:
$u*$ is the friction velocity (m/s)
$u_t$ is the threshold friction velocity (m/s)

---

41

BLM_0112719

October 2013 

$$P = 0 \quad for \quad (u* \le u_t) \qquad \text{Equation (73)}$$

Friction velocity estimates (u*) were made by multiplying the average annual fastest wind speed from Uncompahgre, Colorado from 1947 to 1979 by 0.053 per AP-42 guidance (USEPA, 2006b).

### 2.2.2.2.2  Fugitive Dust

Fugitive dust emissions from ventilation and surface facilities were taken from Whirlwind Mine Environmental Assessment (BLM, 2008) permit not-to-exceed values.

### 2.2.2.2.3  Heavy Equipment

This category refers to emissions associated with off-road equipment used in uranium mining. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type included in surveys.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on per piece of equipment were estimated according to Equation 74:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185} \qquad \text{Equation (74)}$$

where:
> $E_{engine}$ are emissions of pollutant $i$ [ton/equipment]
> $EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
> $HP$ is the horsepower [hp]
> $LF$ is the load factor
> $t_{event}$ is the number of hours the engine is used  [hr/pad]
> $907,185$ is the mass unit conversion [g/ton]

### 2.2.2.2.4  On-road Vehicles - Exhaust

This category refers to the exhaust and road dust emissions from light-duty and heavy-duty vehicle traffic used in uranium mining.

Emission factors were developed using the MOVES2010a model (USEPA, 2010). The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). Emissions were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 75.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (75)}$$

BLM_0112720

October 2013



where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]

$EF_i$ is the average emission factor of pollutant i [g/mile]. For exhaust emissions, $EF_i$ = MOVES emission factors.

$N_{trips}$ is the annual number of round trips per activity [trips/pad]

$D$ is the round trip distance [miles/trip]

907185 is the mass conversion [g/ton]

### 2.2.2.2.5  On-road Vehicles - Road Dust

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 76.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b \qquad \text{Equation (76)}$$

where:

$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)

$s$ is the surface material silt content (%)

$W$ is the mean vehicle weight (tons)

$k, a, b$ are empirical constants according to Table 2-8.

Because the emissions factor is a function of vehicle weight, individual emissions factors for heavy duty vehicles and light duty vehicles were derived with Equation 76.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 77 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100} \qquad \text{Equation (77)}$$

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]

$EF_i$ is the size-specific emission factor [lb/mile]

$P$ is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)

$CE$ is the control efficiency for watering in unpaved roads

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 77, along with the vehicle miles traveled for each vehicle group as shown in Equation 78.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000} \qquad \text{Equation (78)}$$

43

October 2013 

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips]

$D$ is the round trip distance [miles/trip]

2000 is the mass conversion [lb/ton]

### 2.2.2.3   Sand and Gravel

Annual emissions from sand and gravel extraction were estimated based on the data provided by BLM UFO personnel on the quantity of sand and gravel material extracted, equipment operation, and vehicle use for sand and gravel extraction.

Wind erosion, heavy equipment, and on-road vehicle exhaust and road dust emissions were estimated with sand and gravel source category activity inputs using the similar methodology to uranium mining as described above.

#### 2.2.2.3.1   Extraction and Processing Fugitive Dust

Fugitive dust emissions associated with sand and gravel extraction were estimated based on AP-42 methodology.  Extraction emissions were estimated using AP-42, Chapter 11.9 methodology and include estimates of emissions from the following processes: scraping, removal of overburden, grading, scraper unloading, batch drop, and truck loading.  AP-42 methodology for estimating emissions from rock crushing (Chapter 11.19) and concrete batching (11.12) were used to estimate processing emissions for the following processes: tertiary crushing, fines crushing, screening, fines screening, conveyor transfer point, truck drop unloading, and batch plant crushed rock transfer.  For all processes except removal of overburden, grading, and batch drop, AP-42 particulate matter emission rates were applied directly to UFO sand and gravel activity.  For removal of overburden, grading, and batch drop standard AP-42 equations were used to estimate particulate matter emissions.

### 2.2.2.4   Vegetation – Prescribed Fire and Mechanical Treatment

Annual emissions from prescribed fires and mechanical treatments were estimated based on the data provided by BLM UFO personnel on the heavy equipment operation and vehicle use during prescribed fires and mechanical treatments as well as recent estimates of prescribed fire acreage burned.  BLM UFO Personnel estimated that prescribed burning activities would remain similar to the base year for Alternative A, increase by 40% from the base year for Alternative B, decrease by 20% from the base year for Alternative C, and increase from the base year by 25% for Alternative D.  BLM UFO Personnel estimated that mechanical treatment activities would remain similar to the base year for Alternative A, decrease by 20% from the base year for Alternative B, increase by 50% from the base year for Alternative C, and increase from the base year by 20% for Alternative D.  Estimates of changes in prescribed burning and mechanical treatment activity are based on stated objectives by alternative in the draft RMP for wildlife species management, vegetation mosaic objectives, and Wildland Urban Interface.

BLM_0112722

October 2013 

Heavy equipment and on-road vehicle exhaust emissions were estimated with prescribed fire and mechanical treatment source category activity inputs using the similar methodology to uranium mining as described above.

### 2.2.2.4.1   SMOKE

Smoke emissions from prescribed fires were estimated by applying the annual estimate of acreage burned to a tons/acre burned emission factor. The tons/acre burned emission factor was derived estimated based on average emission rates from prescribed fires in the Western Governor's Association/Western Regional Air Partnership 2002 Fire Emission Inventory (WRAP, 2005).

### 2.2.2.4.2   Fugitive Dust from Heavy Equipment

Fugitive dust emissions from heavy equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995a). A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 79:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30}$$
Equation (79)

where:
   $E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons]
   $EF$ is the construction fugitive dust emission factor [tons/acre/month]
   $A$ is the average number of acres disturbed annually [acres]
   $t$ is the number of days to completion[days]
   $C$ is the control efficiency for watering
   $30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant emissions ($PM_{10}$ and $PM_{2.5}$).

### 2.2.2.4.3   On-road Vehicle Road Dust

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a). Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 80.

$$EF_i = \frac{k\left(\frac{s}{12}\right)^a \left(\frac{S}{30}\right)^b}{\left(\frac{M}{0.5}\right)^c} - C$$
Equation (80)

---

45

BLM_0112723

October 2013



where:

EF is the size-specific particulate emissions factor for pollutant i (lb/mile)
s is the surface material silt content (%)
S is the mean vehicle speed (mi/hr)
M is the surface material moisture content (%)
k, a, b are empirical constants
C is the emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT)

To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 81 was applied:

$$EF_{mitigated} = EF_i \times \frac{365 - P}{365} \times \frac{100 - CE}{100}$$  Equation (81)

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
$EF_i$ is the size-specific emission factor [lb/mile]
P is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
CE is the control efficiency for watering in unpaved roads

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 81, along with the vehicle miles traveled for each vehicle group as shown in Equation 82:

$$E_{traffic,\ i} = \frac{EF_{mitigated,i} \times N_{trips} \times D}{2000}$$  Equation (82)

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton]
$EF_{mitigated,i}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
$N_{trips}$ is the annual number of round trips per activity [trips]
D is the round trip distance [miles/trip]
2000 is the mass conversion [lb/ton]

## 2.2.2.5  Comprehensive Travel and Transportation Management

Annual emissions from Travel and Transportation Management were estimated for off-road recreational vehicles based on annual estimates of activity by recreational equipment type (ATV, motorcycle, or snowmobile). Annual activity estimates were calculated based on the number of annual visitors per year using each recreational equipment type combined with estimates of activity per visit (14 miles per visit for ATVs and motorcycles and 4 hours per visit

46

BLM_0112724

October 2013



for snowmobiles). BLM UFO personnel also provided estimates of activity for heavy equipment used in road maintenance operations.

Heavy equipment emissions were estimated with Travel and Transportation Management activity using the similar methodology to uranium mining as described above. Recreational vehicle road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment activities.

### 2.2.2.5.1   Recreational Vehicles

This category refers to emissions associated with off-road motorcycles and all-terrain vehicles (ATVs). The EPA NONROAD2008a model (USEPA, 2009b) was used to estimate emission rates on a grams per mile basis for motorcycle and ATV use and on a grams per hour basis for snowmobile use within the UFO Planning Area. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions were estimated according to Equation 83:

$$E_{vehicle\ type,i} = \frac{EF_i \times A}{907,185}$$   Equation (83)

where:
   $E_{vehicle\ type}$ are emissions of pollutant $i$ for motorcycles or ATVs [ton]
   $EF_i$ is the emissions factor of pollutant $i$ [g/mi or g/hr]
   $A$ is the number of miles travelled annually by motorcycles or ATVs [mi] or the number of hours of annual use for snowmobiles [hr]
   $907,185$ is the mass unit conversion [g/ton]

## 2.2.2.6   Livestock Grazing

Annual emissions from livestock grazing and associated activities were estimated based on the data provided by BLM UFO personnel on the number of animals in the UFO Planning Area for the base year and for the future year for each alternative as well as information about the annual frequency, type, and duration of livestock associated construction projects.

Wind erosion, heavy equipment, and on-road vehicle exhaust emissions were estimated with livestock grazing associated activity using the similar methodology to uranium mining as described above. Road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment described above.

### 2.2.2.6.1   Enteric Fermentation

Enteric fermentation emissions were estimated by applying the IPCC (2006) $CH_4$ emission rate per animal to the number of animals in the UFO Planning Area.

## 2.2.2.7   Lands and Realty – Rights-of-Way

Annual emissions from land and realty – right-of-way activities were estimated based on the data provided by BLM UFO personnel on the annual frequency and type of projects.

BLM_0112725

October 2013



Wind erosion, heavy equipment, and on-road vehicle exhaust emissions were estimated with land and realty – right-of-way source category activity inputs using the similar methodology to uranium mining as described above.  Road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment described above.

BLM_0112726

October 2013



## 3.0 EMISSION INVENTORY RESULTS

In this section, we present emissions plots and tables summarizing the UFO Planning Area emissions.  For more detailed emissions results, see Appendices A, B, and C which show detailed emission estimates.

## 3.1   BLM Action Emissions

Table 3-1 shows BLM action total emissions across all source categories for the base year and for each alternative for Year 10 and Year 20.  Notably, in both Year 10 and Year 20, Alternative B has the lowest emissions except for $SO_2$ and $CO_2e$ while Alternative C has the highest emissions across all pollutants.  A comparison of emissions from Alternative A and D indicates that Year 10 $PM_{10}$ and Year 20 $PM_{10}$ and $PM_{2.5}$ emissions are lower in Alternative D relative to Alternative A, but for all other pollutants are higher in Alternative D relative to Alternative A for both future years.  Note that in Table 3-1 we are using the standard convention of reporting criteria pollutant emissions using short tones (tons) but GHG emissions are reported using long (metric) tonnes.

**Table 3-1.    Estimated annual emissions summary BLM actions within the Uncompahgre Field Office planning area.**

| Scenario | Emissions (tons per year) | | | | | | | Emissions (1000 tonnes per year) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | $NO_X$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | HAPs | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Base Year | 313 | 1,030 | 653 | 759 | 286 | 11 | 45 | 85 | 129 | 0.01 | 2,796 |
| Year 10 | | | | | | | | | | | |
| Alternative A | 1,406 | 2,394 | 2,183 | 1,368 | 533 | 60 | 205 | 371 | 134 | 0.01 | 3,184 |
| Alternative B | 1,279 | 2,324 | 1,956 | 1,257 | 515 | 62 | 197 | 374 | 134 | 0.01 | 3,186 |
| Alternative C | 1,598 | 2,790 | 2,501 | 1,426 | 555 | 70 | 240 | 428 | 135 | 0.01 | 3,260 |
| Alternative D | 1,494 | 2,658 | 2,389 | 1,362 | 548 | 67 | 224 | 407 | 134 | 0.01 | 3,232 |
| Year 20, | | | | | | | | | | | |
| Alternative A | 2,050 | 3,225 | 3,118 | 1,902 | 746 | 107 | 289 | 594 | 138 | 0.01 | 3,489 |
| Alternative B | 1,900 | 3,059 | 2,623 | 1,697 | 717 | 111 | 278 | 601 | 138 | 0.02 | 3,495 |
| Alternative C | 2,344 | 3,759 | 3,289 | 1,953 | 760 | 125 | 338 | 693 | 139 | 0.01 | 3,623 |
| Alternative D | 2,179 | 3,546 | 3,146 | 1,791 | 740 | 120 | 314 | 656 | 139 | 0.02 | 3,574 |

Figures 3-1, 3-2, and 3-3 show BLM action emissions by aggregate source for the base year and for each alternative in Year 10 and Year 20.  86% of base year $NO_X$ emissions are from oil and gas and non-oil and gas minerals while 83% of base year VOC emissions are from oil and gas minerals and other activities.  Non-oil and gas minerals are the dominant source of base year $CO_2e$ emissions, accounting for 98% of base year $CO_2e$ emissions.  For $NO_X$, VOC, and $CO_2e$, across all source categories and alternatives, emissions increase monotonically from the base year to Year 10 to Year 20.  For Year 10 and Year 20, across all alternatives, oil and gas emissions are the dominant source of VOC emissions.  Oil and gas mineral emissions account for 58% to 69% $NO_X$ emissions for Year 10 and Year 20 across all alternatives with lesser contribution from non-oil and gas minerals of 26% to 39%, and minor contributions of 5% or less from other sources.

BLM_0112727

October 2013





**Figure 3-1.  BLM action NO$_X$ emissions by alternative and source.**



**Figure 3-2.  BLM action VOC emissions by alternative and source.**

BLM_0112728

October 2013





**Figure 3-3.  BLM action CO₂e emissions by alternative and source.**

## 3.2   Cumulative Emission Calculations and Emission Summary

Cumulative emissions incorporate all BLM action emissions as well as additional oil and gas development not subject to direct BLM control.  Table 3-2 shows cumulative action emissions for the base year and for each alternative for Year 10 and Year 20.  Alternative A shows the lowest emission for VOC, CO, $NO_X$, $SO_2$, HAPs, and $CO_2e$ while Alternative B shows the lowest emissions for $PM_{10}$ and $PM_{2.5}$.  $NO_X$ emissions are lowest for Alternative A in Year 10 and for Alternative B in Year 20.  Alternative C has the highest emissions across all pollutants.

**Table 3-2.   Estimated annual emissions summary cumulative actions within the Uncompahgre Field Office planning area.**

| Scenario | Emissions (tons per year) | | | | | | | Emissions (1000 tonnes per year) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | $NO_X$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | HAPs | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Base Year | 344 | 1,090 | 722 | 762 | 288 | 12 | 52 | 89 | 129 | 0.01 | 2,801 |
| Year 10 | | | | | | | | | | | |
| Alternative A | 1,470 | 2,471 | 2,266 | 1,377 | 538 | 62 | 216 | 384 | 134 | 0.01 | 3,203 |
| Alternative B | 1,614 | 2,736 | 2,334 | 1,303 | 535 | 77 | 252 | 457 | 135 | 0.01 | 3,303 |
| Alternative C | 1,954 | 3,227 | 2,959 | 1,483 | 581 | 84 | 297 | 511 | 136 | 0.01 | 3,379 |
| Alternative D | 1,849 | 3,095 | 2,847 | 1,419 | 574 | 82 | 281 | 490 | 136 | 0.01 | 3,351 |
| Year 20 | | | | | | | | | | | |
| Alternative A | 2,140 | 3,327 | 3,225 | 1,915 | 752 | 112 | 303 | 616 | 138 | 0.01 | 3,521 |
| Alternative B | 2,420 | 3,641 | 3,098 | 1,767 | 750 | 139 | 358 | 743 | 140 | 0.02 | 3,698 |
| Alternative C | 2,886 | 4,393 | 3,859 | 2,029 | 793 | 152 | 420 | 836 | 142 | 0.02 | 3,828 |
| Alternative D | 2,721 | 4,180 | 3,716 | 1,867 | 774 | 148 | 396 | 800 | 142 | 0.02 | 3,778 |

BLM_0112729

October 2013



Figures 3-4, 3-5, and 3-6 show cumulative action emissions by aggregate source for the base year and each alternative in Year 10 and year 20.  Similar to BLM action emissions, the majority of $NO_X$ emissions in the base year (88%) are from oil and gas and non-oil and gas minerals while a majority of base year VOC emissions (84%) are from oil and gas minerals and other activities. Non-oil and gas minerals are the dominant source of base year $CO_2e$ emissions, accounting for 98% of base year $CO_2e$ emissions.  In Year 10 and Year 20, VOC emissions are dominated by oil and gas minerals across all alternatives.  Oil and gas minerals is the primary and non-oil and gas minerals the secondary contributor to $NO_X$ emission in Year 10 and year 20.  For $CO_2e$, non-oil and gas minerals is the primary and oil and gas minerals is the secondary contributor in Year 10 and Year 20.



**Figure 3-4.  Cumulative action $NO_X$ emissions by alternative and source.**

BLM_0112730

October 2013





**Figure 3-5.  BLM action VOC emissions by alternative and source.**



**Figure 3-6.  BLM action CO$_2$e emissions by alternative and source.**

BLM_0112731

October 2013 

## 4.0 REFERENCES

API. 2009. American Petroleum Institute. "API Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and." August 2009.

BLM. 2008. Bureau of Land Management. "The Decision Record, Finding of No Significant Impact, and Final Environmental Assessment for the Whirlwind Mine Uranium Mining Project " September 2008.

BLM. 2010. Bureau of Land Management. "Coal Resource and Development Potential Report." April 2010.

BLM. 2011. Bureau of Land Management. "Mineral Potential Report for the Uncompahgre Planning Area, Uncompahgre Field Office." March 2011.

BLM. 2012a. Bureau of Land Management. "Reasonable Foreseeable Development Scenario for Oil and Gas, Uncompahgre Field Office, Colorado." February 2012.

BLM. 2012b. Bureau of Land Management. "Bull Mountain Unit Master Development Plan Preliminary Environmental Assessment Gunnison County, Colorado." DOI-CO-150-2009-0005 EA. March 2012.

BLM. 2012c. Bureau of Land Management. "Final Environmental Assessment: Bowie Coal Lease Modification Application" DOI-BLM-CO-S050-2012-0001 EA. August 2012.

BLM. 2012d. Bureau of Land Management. "Environmental Assessment for the West Elk Coal Lease Modifications Application" DOI-BLM-CO-150-2012-13-EA. June 2012.

BLM. 2012e. Bureau of Land Management. "Environmental Assessment Oak Mesa Coal Exploration License" DOI-BLM-CO-S050-2011-0036 EA. September 2012.

BLM. 2012f. Bureau of Land Management. "Environmental Assessment for the Elk Creek Mine, North East Lease Modification, Tract 5, D-Seam" DOI-BLM-CO-150-2012-18-EA. March 2012.

CDPHE. 2011. Colorado Department of Public Health. Oil and Gas Exploration and Production Regulation No.7 Requirements: An Overview of Air Quality Regulations. December 2011.

ENVIRON. 2009. ENVIRON International Corporation. "Final Report Development of 2012 Oil and Gas Emissions Projections for the Piceance Basin." January 2009.

ENVIRON. 2012. ENVIRON International Corporation. "Air Resources Technical Support Document: Grand Junction Field Office." December 2012.

IPCC. 2006. Intergovernmental Panel on Climate Change. "2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 4 Agriculture, Forestry, and Other Land Use." 2006.

Midwest Research Institute. 2006. "Background Document for Revisions to Fine Fraction Ratios Used for AP-42 Fugitive Dust Emission Factors." November 2006.

TCR. 2012. The Climate Registry. 2012 Climate Registry Default Emission Factors. January 2012

BLM_0112732

October 2013



USEPA.  1995a.  U.S. Environmental Protection Agency. "AP-42, Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources, Fifth Edition." U.S. EPA Office of Air Quality Planning and Standards, January 1995 with Supplements.

USEPA.  1995b.  U.S. Environmental Protection Agency. "Protocol for Emission Leak Emission Estimates." U.S. EPA Office of Air Quality Planning and Standards, November 1995.

USEPA.  2006a.  U.S. Environmental Protection Agency. "AP-42, Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources, Fifth Edition: Chapter 13.2.2 Unpaved Roads" U.S. EPA Office of Air Quality Planning and Standards, November 2006.

USEPA.  2006b.  U.S. Environmental Protection Agency. "Compilation of Air Pollutant Emission Factors: AP-42, Fifth Edition, Volume I: Stationary Point and Area Sources: Chapter 13.2.5 Industrial Wind Erosion" U.S. EPA Office of Air Quality Planning and Standards, November 2006.

USEPA.  2009b.  U.S. Environmental Protection Agency, Office of Transportation and Air Quality. NONROAD2008a. 06 July 2009. <http://www.epa.gov/otaq/nonrdmdl.htm>.

USEPA.  2010.  U.S. Environmental Protection Agency, Office of Transportation and Air Quality. MOVES 2010a. August 2010. < http://www.epa.gov/otaq/models/moves/index.htm>.

WRAP.  2005. Western Governors' Association - Western Regional Air Partnership. "2002 Fire Emission Inventory For the WRAP Region - Phase II." July 2005.

BLM_0112733

BLM_0112734

October 2013



# APPENDIX A

## Conventional and Coalbed Methane Oil and Gas Emission Inventory

BLM_0112736