October 2013                                        Appendix C



## Travel and Transportation Management

**Total Annual Emissions from Comprehensive Travel and Transportation Management Projects (tons/year)**

**Base Year 2008 Emissions (tons/year)**

| Category | Subcategory | Emission Type | Fuel Type | Annual Emissions (Tons) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VOC | CO | $NO_x$ | $PM_{10}$ | PM2.5 | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$ | HAPs[a] | $CO2_{eq}$ tons | $CO2_{eq}$ metric tonnes |
| Comprehensive Travel and Transportation Management | Recreational Vehicles | exhaust | gasoline | 48.0 | 99.5 | 0.81 | 1.6 | 1.4 | 0.015 | 454.4 | 0.6 | 0.012 | 4.8 | 472 | 428 |
| Comprehensive Travel and Transportation Management | Recreational Vehicles | dust | na | - | - | - | 308.1 | 30.6 | - | - | - | - | - | - | - |
| Comprehensive Travel and Transportation Management | Maintenance Equipment | dust | na | - | - | - | 0.0 | 0.0 | - | - | - | - | - | - | - |
| Comprehensive Travel and Transportation Management | Maintenance Equipment | exhaust | diesel | 0.0 | 0.0 | 0.06 | 0.0 | 0.0 | 0.001 | 6.8 | 0.0 | 0.000 | 0.0 | 7 | 6 |
| Comprehensive Travel and Transportation Management | Commuter Vehicles | dust | na | - | - | - | 0.0 | 0.0 | - | - | - | - | - | - | - |
| Comprehensive Travel and Transportation Management | Commuter Vehicles | exhaust | diesel | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | 0.000 | 0.2 | 0.0 | 0.000 | 0.0 | 0 | 0 |
| **Total** | | | | **48.1** | **99.5** | **0.87** | **309.8** | **32.0** | **0.017** | **461.4** | **0.6** | **0.013** | **4.8** | **479** | **434** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**All Year Emissions (Alternative A & B) (tons/year)**

| Category | Year | Alternative | VOC | CO | $NO_x$ | $PM_{10}$ | PM2.5 | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$ | HAPs[a] | $CO2_{eq}$ tons | $CO2_{eq}$ metric tonnes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comprehensive Travel and Transportation Management | 2008 | Alt A | 48.1 | 99.5 | 0.87 | 309.8 | 32.0 | 0.017 | 461.4 | 0.6 | 0.013 | 4.8 | 479 | 434 |
| Comprehensive Travel and Transportation Management | 2009 | Alt A | 49.1 | 101.6 | 0.89 | 316.4 | 32.7 | 0.017 | 471.2 | 0.7 | 0.013 | 4.9 | 489 | 444 |
| Comprehensive Travel and Transportation Management | 2010 | Alt A | 50.1 | 103.7 | 0.91 | 323.0 | 33.4 | 0.017 | 481.0 | 0.7 | 0.013 | 5.0 | 499 | 453 |
| Comprehensive Travel and Transportation Management | 2011 | Alt A | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2012 | Alt A | 52.6 | 108.9 | 0.95 | 338.9 | 35.0 | 0.018 | 504.6 | 0.7 | 0.014 | 5.3 | 524 | 475 |
| Comprehensive Travel and Transportation Management | 2013 | Alt A | 54.0 | 111.8 | 0.98 | 348.1 | 36.0 | 0.019 | 518.5 | 0.7 | 0.014 | 5.4 | 538 | 488 |
| Comprehensive Travel and Transportation Management | 2014 | Alt A | 55.4 | 114.8 | 1.00 | 357.4 | 37.0 | 0.019 | 532.3 | 0.7 | 0.014 | 5.5 | 552 | 501 |
| Comprehensive Travel and Transportation Management | 2015 | Alt A | 56.9 | 117.8 | 1.03 | 366.7 | 37.9 | 0.020 | 546.2 | 0.8 | 0.015 | 5.7 | 567 | 514 |
| Comprehensive Travel and Transportation Management | 2016 | Alt A | 58.3 | 120.8 | 1.05 | 376.0 | 38.9 | 0.020 | 560.0 | 0.8 | 0.015 | 5.8 | 581 | 527 |
| Comprehensive Travel and Transportation Management | 2017 | Alt A | 59.8 | 123.8 | 1.08 | 385.3 | 39.8 | 0.021 | 573.8 | 0.8 | 0.016 | 6.0 | 595 | 540 |
| Comprehensive Travel and Transportation Management | 2018 | Alt A | 61.2 | 126.8 | 1.11 | 394.6 | 40.8 | 0.021 | 587.7 | 0.8 | 0.016 | 6.1 | 610 | 553 |
| Comprehensive Travel and Transportation Management | 2019 | Alt A | 62.7 | 129.8 | 1.13 | 403.9 | 41.8 | 0.022 | 601.5 | 0.8 | 0.016 | 6.3 | 624 | 566 |
| Comprehensive Travel and Transportation Management | 2020 | Alt A | 64.1 | 132.7 | 1.16 | 413.2 | 42.7 | 0.022 | 615.4 | 0.9 | 0.017 | 6.4 | 638 | 579 |
| Comprehensive Travel and Transportation Management | 2021 | Alt A | 65.5 | 135.7 | 1.18 | 422.5 | 43.7 | 0.023 | 629.2 | 0.9 | 0.017 | 6.6 | 653 | 592 |
| Comprehensive Travel and Transportation Management | 2022 | Alt A | 67.0 | 138.7 | 1.21 | 431.8 | 44.6 | 0.023 | 643.1 | 0.9 | 0.017 | 6.7 | 667 | 605 |
| Comprehensive Travel and Transportation Management | 2023 | Alt A | 68.4 | 141.7 | 1.24 | 441.1 | 45.6 | 0.024 | 656.9 | 0.9 | 0.018 | 6.8 | 682 | 618 |
| Comprehensive Travel and Transportation Management | 2024 | Alt A | 69.9 | 144.7 | 1.26 | 450.4 | 46.6 | 0.024 | 670.7 | 0.9 | 0.018 | 7.0 | 696 | 632 |
| Comprehensive Travel and Transportation Management | 2025 | Alt A | 71.3 | 147.7 | 1.29 | 459.7 | 47.5 | 0.025 | 684.6 | 0.9 | 0.019 | 7.1 | 710 | 645 |
| Comprehensive Travel and Transportation Management | 2026 | Alt A | 72.7 | 150.6 | 1.31 | 469.0 | 48.5 | 0.025 | 698.4 | 1.0 | 0.019 | 7.3 | 725 | 658 |
| Comprehensive Travel and Transportation Management | 2027 | Alt A | 74.2 | 153.6 | 1.34 | 478.3 | 49.4 | 0.026 | 712.3 | 1.0 | 0.019 | 7.4 | 739 | 671 |
| Comprehensive Travel and Transportation Management | 2028 | Alt A | 75.6 | 156.6 | 1.37 | 487.5 | 50.4 | 0.026 | 726.1 | 1.0 | 0.020 | 7.6 | 753 | 684 |
| Comprehensive Travel and Transportation Management | 2029 | Alt A | 77.1 | 159.6 | 1.39 | 496.8 | 51.4 | 0.027 | 739.9 | 1.0 | 0.020 | 7.7 | 768 | 697 |
| Comprehensive Travel and Transportation Management | 2030 | Alt A | 78.5 | 162.6 | 1.42 | 506.1 | 52.3 | 0.027 | 753.8 | 1.0 | 0.021 | 7.9 | 782 | 710 |
| Comprehensive Travel and Transportation Management | 2008 | Alt B | 48.1 | 99.5 | 0.87 | 309.8 | 32.0 | 0.017 | 461.4 | 0.6 | 0.013 | 4.8 | 479 | 434 |
| Comprehensive Travel and Transportation Management | 2009 | Alt B | 49.1 | 101.6 | 0.89 | 316.4 | 32.7 | 0.017 | 471.2 | 0.7 | 0.013 | 4.9 | 489 | 444 |
| Comprehensive Travel and Transportation Management | 2010 | Alt B | 50.1 | 103.7 | 0.91 | 323.0 | 33.4 | 0.017 | 481.0 | 0.7 | 0.013 | 5.0 | 499 | 453 |
| Comprehensive Travel and Transportation Management | 2011 | Alt B | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2012 | Alt B | 50.4 | 104.4 | 0.91 | 324.9 | 33.6 | 0.017 | 483.9 | 0.7 | 0.013 | 5.0 | 502 | 456 |
| Comprehensive Travel and Transportation Management | 2013 | Alt B | 49.7 | 102.9 | 0.90 | 320.3 | 33.1 | 0.017 | 477.0 | 0.7 | 0.013 | 5.0 | 495 | 449 |
| Comprehensive Travel and Transportation Management | 2014 | Alt B | 49.0 | 101.4 | 0.88 | 315.6 | 32.6 | 0.017 | 470.0 | 0.7 | 0.013 | 4.9 | 488 | 443 |
| Comprehensive Travel and Transportation Management | 2015 | Alt B | 48.2 | 99.9 | 0.87 | 311.0 | 32.2 | 0.017 | 463.1 | 0.6 | 0.013 | 4.8 | 481 | 436 |
| Comprehensive Travel and Transportation Management | 2016 | Alt B | 47.5 | 98.4 | 0.86 | 306.3 | 31.7 | 0.016 | 456.2 | 0.6 | 0.012 | 4.8 | 473 | 430 |
| Comprehensive Travel and Transportation Management | 2017 | Alt B | 46.8 | 96.9 | 0.85 | 301.7 | 31.2 | 0.016 | 449.3 | 0.6 | 0.012 | 4.7 | 466 | 423 |
| Comprehensive Travel and Transportation Management | 2018 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2019 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2020 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2021 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2022 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2023 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2024 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2025 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2026 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2027 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2028 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2029 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |
| Comprehensive Travel and Transportation Management | 2030 | Alt B | 46.1 | 95.4 | 0.83 | 297.0 | 30.7 | 0.016 | 442.4 | 0.6 | 0.012 | 4.6 | 459 | 417 |

BLM_0112851

October 2013                                        Appendix C                                        

## Travel and Transportation Management

**Total Annual Emissions from Comprehensive Travel and Transportation Management Projects (tons/year)**

**All Year Emissions (Alternative C & D) (tons/year)**

| Category | Year | Alternative | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O | HAPs | CO2eq tons | CO2eq metric tonnes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comprehensive Travel and Transportation Management | 2008 | Alt C | 48.1 | 99.5 | 0.87 | 309.8 | 32.0 | 0.017 | 461.4 | 0.6 | 0.013 | 4.8 | 479 | 434 |
| Comprehensive Travel and Transportation Management | 2009 | Alt C | 49.1 | 101.6 | 0.89 | 316.4 | 32.7 | 0.017 | 471.2 | 0.7 | 0.013 | 4.9 | 489 | 444 |
| Comprehensive Travel and Transportation Management | 2010 | Alt C | 50.1 | 103.7 | 0.91 | 323.0 | 33.4 | 0.017 | 481.0 | 0.7 | 0.013 | 5.0 | 499 | 453 |
| Comprehensive Travel and Transportation Management | 2011 | Alt C | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2012 | Alt C | 52.6 | 108.9 | 0.95 | 338.9 | 35.0 | 0.018 | 504.6 | 0.7 | 0.014 | 5.3 | 524 | 475 |
| Comprehensive Travel and Transportation Management | 2013 | Alt C | 54.0 | 111.8 | 0.98 | 348.1 | 36.0 | 0.019 | 518.5 | 0.7 | 0.014 | 5.4 | 538 | 488 |
| Comprehensive Travel and Transportation Management | 2014 | Alt C | 55.4 | 114.8 | 1.00 | 357.4 | 37.0 | 0.019 | 532.3 | 0.7 | 0.014 | 5.5 | 552 | 501 |
| Comprehensive Travel and Transportation Management | 2015 | Alt C | 56.9 | 117.8 | 1.03 | 366.7 | 37.9 | 0.020 | 546.2 | 0.8 | 0.015 | 5.7 | 567 | 514 |
| Comprehensive Travel and Transportation Management | 2016 | Alt C | 58.3 | 120.8 | 1.05 | 376.0 | 38.9 | 0.020 | 560.0 | 0.8 | 0.015 | 5.8 | 581 | 527 |
| Comprehensive Travel and Transportation Management | 2017 | Alt C | 59.8 | 123.8 | 1.08 | 385.3 | 39.8 | 0.021 | 573.8 | 0.8 | 0.016 | 6.0 | 595 | 540 |
| Comprehensive Travel and Transportation Management | 2018 | Alt C | 61.2 | 126.8 | 1.11 | 394.6 | 40.8 | 0.021 | 587.7 | 0.8 | 0.016 | 6.1 | 610 | 553 |
| Comprehensive Travel and Transportation Management | 2019 | Alt C | 62.7 | 129.8 | 1.13 | 403.9 | 41.8 | 0.022 | 601.5 | 0.8 | 0.016 | 6.3 | 624 | 566 |
| Comprehensive Travel and Transportation Management | 2020 | Alt C | 64.1 | 132.7 | 1.16 | 413.2 | 42.7 | 0.022 | 615.4 | 0.9 | 0.017 | 6.4 | 638 | 579 |
| Comprehensive Travel and Transportation Management | 2021 | Alt C | 65.5 | 135.7 | 1.18 | 422.5 | 43.7 | 0.023 | 629.2 | 0.9 | 0.017 | 6.6 | 653 | 592 |
| Comprehensive Travel and Transportation Management | 2022 | Alt C | 67.0 | 138.7 | 1.21 | 431.8 | 44.6 | 0.023 | 643.1 | 0.9 | 0.017 | 6.7 | 667 | 605 |
| Comprehensive Travel and Transportation Management | 2023 | Alt C | 68.4 | 141.7 | 1.24 | 441.1 | 45.6 | 0.024 | 656.9 | 0.9 | 0.018 | 6.8 | 682 | 618 |
| Comprehensive Travel and Transportation Management | 2024 | Alt C | 69.9 | 144.7 | 1.26 | 450.4 | 46.6 | 0.024 | 670.7 | 0.9 | 0.018 | 7.0 | 696 | 632 |
| Comprehensive Travel and Transportation Management | 2025 | Alt C | 71.3 | 147.7 | 1.29 | 459.7 | 47.5 | 0.025 | 684.6 | 0.9 | 0.019 | 7.1 | 710 | 645 |
| Comprehensive Travel and Transportation Management | 2026 | Alt C | 72.7 | 150.6 | 1.31 | 469.0 | 48.5 | 0.025 | 698.4 | 1.0 | 0.019 | 7.3 | 725 | 658 |
| Comprehensive Travel and Transportation Management | 2027 | Alt C | 74.2 | 153.6 | 1.34 | 478.3 | 49.4 | 0.026 | 712.3 | 1.0 | 0.019 | 7.4 | 739 | 671 |
| Comprehensive Travel and Transportation Management | 2028 | Alt C | 75.6 | 156.6 | 1.37 | 487.5 | 50.4 | 0.026 | 726.1 | 1.0 | 0.020 | 7.6 | 753 | 684 |
| Comprehensive Travel and Transportation Management | 2029 | Alt C | 77.1 | 159.6 | 1.39 | 496.8 | 51.4 | 0.027 | 739.9 | 1.0 | 0.020 | 7.7 | 768 | 697 |
| Comprehensive Travel and Transportation Management | 2030 | Alt C | 78.5 | 162.6 | 1.42 | 506.1 | 52.3 | 0.027 | 753.8 | 1.0 | 0.021 | 7.9 | 782 | 710 |
| Comprehensive Travel and Transportation Management | 2008 | Alt D | 48.1 | 99.5 | 0.87 | 309.8 | 32.0 | 0.017 | 461.4 | 0.6 | 0.013 | 4.8 | 479 | 434 |
| Comprehensive Travel and Transportation Management | 2009 | Alt D | 49.1 | 101.6 | 0.89 | 316.4 | 32.7 | 0.017 | 471.2 | 0.7 | 0.013 | 4.9 | 489 | 444 |
| Comprehensive Travel and Transportation Management | 2010 | Alt D | 50.1 | 103.7 | 0.91 | 323.0 | 33.4 | 0.017 | 481.0 | 0.7 | 0.013 | 5.0 | 499 | 453 |
| Comprehensive Travel and Transportation Management | 2011 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2012 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2013 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2014 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2015 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2016 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2017 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2018 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2019 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2020 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2021 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2022 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2023 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2024 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2025 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2026 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2027 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2028 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2029 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |
| Comprehensive Travel and Transportation Management | 2030 | Alt D | 51.1 | 105.9 | 0.92 | 329.6 | 34.1 | 0.018 | 490.8 | 0.7 | 0.013 | 5.1 | 509 | 462 |

BLM_0112852



## Travel and Transportation Management

**Activty Inputs**

inputs in yellow highlighted cells

**Alternative Scenarios**

| Alternative | Annual Short Term (10-yr) Growth Rate | Annual Long Term (20-yr) Growth Rate | Percent Annual Growth from Base Year 2008 to 2011 |
|---|---|---|---|
| Alternative A | 3% | 3% | |
| Alternative B | -1.5% | 0% | 2% |
| Alternative C | 3% | 3% | |
| Alternative D | 0% | 0% | |

* growth rates based on GJFO and confirmed by Julie Jackson of the Uuncompahgre Field Office

**2011 Data**

| Parameter | ATVs | Motorcyles | |
|---|---|---|---|
| Miles Per Visitor* | 14.4 | 14.4 | |
| 2011 Visitors | 89,829 | 42,794 | |
| Annual VMT | 1,293,538 | 616,234 | |
| Average Speed | 15 | 15 | |

Avg of GJFO Estimates, confirmed with Julie Jackson, BLM

| Parameter | Snowmobiles |
|---|---|
| Hours of Operation per Visitor | 4 |
| 2011 Visitors | 11,785 |
| Annual Hours | 47140 |

| Road Maintenance | Grader | backhoe |
|---|---|---|
| Cumulative Length of Roads Maintained per Year by Grader (miles) | 65 | 65 |
| Total # of Operating Hours per Year | 217 | 260 |

green text data is from UFO general survey

| Equipment Type | Capacity (hp) | Total # of Operating Hours |
|---|---|---|
| Grader | 135 | 217 |
| Snowplow | 0 | 0 |

orange text data is from GJFO general survey
blue text data derived from Lander RMP

| | | |
|---|---|---|
| Average Miles of Maintained Road per Road Maintenance Project - Summer | 65 | UFO General Activity Request |
| Average Number of Annual Projects | 1 | UFO General Activity Request |
| Unpaved Emission Control % | 0% | assumed conservatively |

green text data is from UFO general survey

| Parameters for Summer Period | Horsepower per piece of equipment (hp) | # of pieces of equipment type | Average Load Factor (%) | Hours of Operation per Day of Project | Road Length Worked On per Day for Project (miles) |
|---|---|---|---|---|---|
| Grader | 150 | 1 | 0.6 | 10 | 3 |
| Forklift | - | - | - | - | - |
| Backhoe | 65 | 1 | 0.21 | 4 | 1 |
| Semi Truck* | 200 | 1 | - | 2 | 1 |
| Bobcat | - | - | - | - | - |
| Loader | - | - | - | - | - |
| Dump Truck | - | - | - | - | - |
| Airport Forklift | - | - | - | - | - |

*accounted for in on-road emissions
green text data is from UFO general survey
orange text data is from GJFO general survey

BLM_0112853

**Appendix C**



## Travel and Transportation Management

**Activty Inputs**

**Future Year Activity Scaling Factors Relative to 2008**

| Year | Alternative A | Alternative B | Alternative C | Alternative D |
|------|---------------|---------------|---------------|---------------|
| 2008 | 100% | 100% | 100% | 100% |
| 2009 | 102% | 102% | 102% | 102% |
| 2010 | 104% | 104% | 104% | 104% |
| 2011 | 106% | 106% | 106% | 106% |
| 2012 | 109% | 105% | 109% | 106% |
| 2013 | 112% | 103% | 112% | 106% |
| 2014 | 115% | 102% | 115% | 106% |
| 2015 | 118% | 100% | 118% | 106% |
| 2016 | 121% | 99% | 121% | 106% |
| 2017 | 124% | 97% | 124% | 106% |
| 2018 | 127% | 96% | 127% | 106% |
| 2019 | 130% | 96% | 130% | 106% |
| 2020 | 133% | 96% | 133% | 106% |
| 2021 | 136% | 96% | 136% | 106% |
| 2022 | 139% | 96% | 139% | 106% |
| 2023 | 142% | 96% | 142% | 106% |
| 2024 | 145% | 96% | 145% | 106% |
| 2025 | 148% | 96% | 148% | 106% |
| 2026 | 151% | 96% | 151% | 106% |
| 2027 | 154% | 96% | 154% | 106% |
| 2028 | 157% | 96% | 157% | 106% |
| 2029 | 160% | 96% | 160% | 106% |
| 2030 | 163% | 96% | 163% | 106% |

BLM_0112854

October 2013                                    Appendix C



## Travel and Transportation Management

**Exhaust Emissions from Recreational Vehicle Operation**

**Exhaust Emissions Factors for Recreation Vehicles on Unpaved and Paved Roads**

| HP Range | NR Equipment Type | Emission Rates (g/mile for ATV and MC, g/hp-hr for Snowmobiles) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N₂O[1] |
| not applicable | All Terrain Vehicles | 15.770 | 47.711 | 0.432 | 0.467 | 0.430 | 0.007 | 212.988 | 0.277 | 0.005 |
| not applicable | Motorcycles: Off-Road | 39.221 | 48.797 | 0.321 | 1.393 | 1.282 | 0.007 | 211.986 | 0.396 | 0.007 |
| 75 | Snowmobiles | 38.236 | 89.755 | 0.520 | 0.960 | 0.883 | 0.023 | 686.393 | 0.327 | 0.017 |

1. N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.
Source: EPA NONROADS 2008a

**Combustive Emission Estimations for Recreation Vehicles on Unpaved and Paved Roads - All Project Years**

| Activity | Equipment Type[a] | Class | Total Annual Vehicle Miles Traveled/ Activity -or- Annual Hours for Snowmobiles | Emissions (tons/year) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VOC | CO | NO_x | PM₁₀ | PM2.5 | SO₂ | CO₂ | CH₄ | N₂O[a] |
| Recreation | ATV | All Terrain Vehicles | 1,293,538 | 2.25E+01 | 6.80E+01 | 6.16E-01 | 6.66E-01 | 6.13E-01 | 1.01E-02 | 3.04E+02 | 3.95E-01 | 7.68E-03 |
| | Off-Road Motorcycles | Off-Road Motorcycles | 616,234 | 2.66E+01 | 3.31E+01 | 2.18E-01 | 9.46E-01 | 8.71E-01 | 4.74E-03 | 1.44E+02 | 2.69E-01 | 4.73E-03 |
| | Snowmobiles | Snowmobiles | 47,140 | 1.99E+00 | 4.66E+00 | 2.70E-02 | 4.99E-02 | 4.59E-02 | 1.19E-03 | 3.57E+01 | 1.70E-02 | 8.88E-04 |
| | | | Total | 5.11E+01 | 1.06E+02 | 8.61E-01 | 1.66E+00 | 1.53E+00 | 1.60E-02 | 4.83E+02 | 6.81E-01 | 1.33E-02 |

[a] All recreation vehicles are assumed gasoline-powered. All road maintenance are assumed diesel-powered.
[a] assumes 2 trips on road surface for road maintenance

BLM_0112855



## Travel and Transportation Management

**Fugitive Dust from Recreational Vehicle Operation**

**Emission Factors for Publicly Accessible Unpaved Roads[a]**

| | | Parameter | $PM_{10}$ | $PM_{2.5}$ | |
|---|---|---|---|---|---|
| $E$ (lb/VMT) = | $\dfrac{k\,(s/12)^a\,(S/30)^d}{(M/0.5)^c} - C$ | k | 1.8 | 0.18 | |
| | | a | 1 | 1 | |
| | | d | 0.5 | 0.5 | |
| $E_{ext} = E\,(1 - P/365)$ | | c | 0.2 | 0.2 | |

| Function/Variable Description | | Assumed Value | Reference |
|---|---|---|---|
| $E$ = size-specific emission factor (lb/VMT) | | | |
| $E_{ext}$ = size-specific emission factor extrapolated for natural mitigation (lb/VMT) | | | |
| s = surface material silt content (%) | | 5.1 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | http://www.wrcc.dri.edu, GRAND JUNCTION 6 ESE, COLORADO |
| CE = control percent for applying dust suppressant to unpaved roads [b] | | 0% | assumed conservatively |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions , EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.

**Fugitive Dust Emission Estimations for Recreation Vehicles on Unpaved Roads**

| Activity | Equipment Type | Avg. Vehicle Speed (mph) | Total Annual Vehicle Miles | $PM_{10}$ | | | $PM_{2.5}$ | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Controlled Em. Factor (lb/VMT) | Emissions | | Controlled Em. Factor (lb/VMT) | Emissions | |
| | | | | | (tons/vehicle type) | (tons/year) | | (tons/vehicle type) | (tons/year) |
| Recreation | ATV | 15 | 1,293,538 | 0.34 | 222.03 | 327.81 | 0.03 | 22.03 | 32.53 |
| | Off-Road Motorcyles | 15 | 616,234 | 0.34 | 105.77 | | 0.03 | 10.50 | |
| | | | Total | | 327.81 | | | 32.53 | |

BLM_0112856



## Travel and Transportation Management

**Dust and Exhaust Emissions for Road Maintenance**

**Estimation of Total and Cumulative Length of Roads by Grader**

| | |
|---|---|
| Cumulative Length of Roads Maintained per Year by Grader (miles) | 65.00 |

**Emission Factors for Grader**

| Pollutant | Emission Factor Equation (lb/VMT) | $S^a$ (mph) | Emission Factor (lb/VMT) |
|---|---|---|---|
| $PM_{10}$ | $E = (0.6)(0.051) S^2$ | 5 | 0.765 |
| $PM_{2.5}$ | $E = (0.031)(0.04) S^{-0.5}$ | 5 | 0.069 |

a Assumed a mean vehicle speed (S) of 5 mph
Source: EPA AP-42, Section 11.9, Table 11.9-1

**Fugitive Dust Emissions Estimation for Maintenance Equipment**

| Activity | Equipment | Total # of Operating Hours per Year | Mean Vehicle Speed (mph) | Total Miles Maintained | $PM_{10}$ Em. Factor (lb/VMT) | $PM_{10}$ (tons/year) | $PM_{2.5}$ Em. Factor (lb/VMT) | $PM_{2.5}$ (tons/year) |
|---|---|---|---|---|---|---|---|---|
| Road Maintenance | Grader | 217 | 5 | 65 | 0.765 | 2.49E-02 | 0.069 | 2.25E-03 |
| Road Maintenance | Backhoe | 260 | 5 | 65 | 0.765 | 2.49E-02 | 0.069 | 2.25E-03 |
| | | | | Totals | | 4.97E-02 | | 4.51E-03 |

| | | Emission Rates (g/hp-hr) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HP Range | NR Equipment Type | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | $N_2O^1$ |
| 175 | Graders | 0.210 | 0.889 | 2.598 | 0.200 | 0.194 | 0.069 | 316.105 | 0.003 | 0.003 |
| 75 | Tractors/Loaders/Backhoes | 0.349 | 1.617 | 1.445 | 0.253 | 0.246 | 0.032 | 145.121 | 0.005 | 0.001 |

1. N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.
Source: EPA NONROADS 2008a

**Exhaust Emissions Estimation for Grader or Snowplow**

| Activity | Vehicle Type | Capacity (hp) | Load Factor (%) | Total # of Operating Hours | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_x$ | $CO_2$ | $CH_4$ | $N_2O$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Road Maintenance | Grader | 150 | 59 | 217 | 4.45E-03 | 1.88E-02 | 5.49E-02 | 4.23E-03 | 4.10E-03 | 1.45E-03 | 6.68E+00 | 6.63E-05 | 5.34E-05 |
| | Backhoe | 85 | 21 | 260 | 1.37E-03 | 6.32E-03 | 5.65E-03 | 9.91E-04 | 9.61E-04 | 1.23E-04 | 5.68E-01 | 2.04E-05 | 4.56E-06 |
| | Snowplow | 0 | | 0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| | | | | Total | 5.81E-03 | 2.51E-02 | 6.06E-02 | 5.22E-03 | 5.07E-03 | 1.58E-03 | 7.25E+00 | 8.67E-05 | 5.80E-05 |

BLM_0112857

October 2013        Appendix C



## Travel and Transportation Management

**Dust and Exhaust Emissions for Road Maintenance**

**Emission Factors for Road Traffic**

| | | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|---|
| $E\ (lb/VMT) = \dfrac{k\ (s/12)^a\ (S/30)^d}{(M/0.5)^c} - C$ | | k | 1.8 | 0.18 |
| | | a | 1 | 1 |
| | | d | 0.5 | 0.5 |
| $E_{ext} = E\ (1 - P/365)$ | | c | 0.2 | 0.2 |

| **Function/Variable Description** | | Assumed Value | Reference |
|---|---|---|---|
| E = size-specific emission factor (lb/VMT) | | | |
| $E_{ext}$ = size-specific emission factor extrapolated for natural mitigation (lb/VMT) | | | |
| s = surface material silt content (%) | | 5.1 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | Listed in the table below | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | http://www.wrcc.dri.edu, GRAND JUNCTION 6 ESE, COLORADO |

[1] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[2] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions, EPA/625/5-87/022.  http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000BSFC.

**Emissions Estimation for Commuting Maintenance Vehicles Road Traffic**

| Activity | Vehicle Type | Avg. Vehicle Speed (mph) | Total Miles Traveled | $PM_{10}$ Em. Factor (lb/VMT) | $PM_{10}$ (tons/year) | $PM_{2.5}$ Em. Factor (lb/VMT) | $PM_{2.5}$ (tons/year) |
|---|---|---|---|---|---|---|---|
| Road Maintenance | Pickup Truck | 35 | 65.00 | 0.52 | 1.70E-02 | 0.05 | 1.70E-03 |
| Road Maintenance | Semi-Truck | 35 | 65.00 | 0.52 | 1.70E-02 | 0.05 | 1.70E-03 |
| | | | Totals | | 3.41E-02 | | 3.39E-03 |

**Exhaust Emission Factors for Commuting Maintenance Vehicles Road Traffic**

| Vehicle Class | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | SOx | $CO_2$ | $CH_4$ | $N_2O$[1] |
| Light-Duty Diesel Truck | 0.70 | 3.11 | 5.17 | 0.33 | 0.30 | 0.02 | 729.87 | 0.01 | 0.002 |
| Heavy Duty-Duty Diesel Truck | 0.85 | 3.80 | 17.02 | 0.77 | 0.70 | 0.06 | 2004.18 | 0.04 | 0.005 |

Source: MOVES2010a

[1] N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

**Exhaust Emissions Estimation for Commuting Maintenance Vehicles Road Traffic**

| Activity | Vehicle | | Total Miles Traveled | Emissions (tons/year) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | Class | | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_x$ | $CO_2$ | $CH_4$ | $N_2O$ |
| Road Maintenance | Pickup Truck | LDDV | 65.0 | 5.00E-05 | 2.23E-04 | 3.70E-04 | 2.36E-05 | 2.14E-05 | 1.65E-06 | 5.23E-02 | 9.72E-07 | 1.07E-07 |
| Road Maintenance | Pickup Truck | HDDV8 | 65.0 | 6.06E-05 | 2.73E-04 | 1.22E-03 | 5.52E-05 | 5.04E-05 | 4.50E-06 | 1.44E-01 | 2.98E-06 | 3.44E-07 |
| | | Total | | 1.11E-04 | 4.96E-04 | 1.59E-03 | 7.88E-05 | 7.17E-05 | 6.15E-06 | 1.96E-01 | 3.93E-06 | 4.51E-07 |

BLM_0112858

October 2013                                                    Appendix C



## Livestock Grazing

**Total Annual Emissions from Livestock Grazing Projects (tons/year)**

**Base Year 2008 Emissions (tons/year)**

| Category | Subcategory | Emission Type | Fuel Type | VOC | CO | NO$_x$ | PM$_{10}$ | PM2.5 | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | HAPs[a] | CO2$_{eq}$ tons | CO2$_{eq}$ metric tonnes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Livestock Grazing | Heavy Equipment | dust | na | - | - | - | 0.206 | 0.026 | - | - | - | - | - | - | - |
| Livestock Grazing | Heavy Equipment | exhaust | diesel | 0.004 | 0.02 | 0.05 | 0.004 | 0.004 | 0.0015 | 6.9 | 0.0001 | 0.0001 | 0.0004 | 7 | 6 |
| Livestock Grazing | Commuting Vehicles | dust | na | - | - | - | 0.376 | 0.037 | - | - | - | - | - | - | - |
| Livestock Grazing | Commuting Vehicles | exhaust | All Terrain Vehicles | 0.000 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0000 | 0.0 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 |
| Livestock Grazing | Commuting Vehicles | exhaust | gasoline | 0.019 | 0.26 | 0.03 | 0.001 | 0.001 | 0.0003 | 8.3 | 0.0011 | 0.0007 | 0.0019 | 9 | 8 |
| Livestock Grazing | Commuting Vehicles | exhaust | diesel | 0.003 | 0.01 | 0.06 | 0.003 | 0.002 | 0.0002 | 6.8 | 0.0001 | 0.0000 | 0.0003 | 7 | 6 |
| Livestock Grazing | Enteric Fermentation | enteric | na | - | - | - | - | - | - | - | 1,348 | - | - | 28,308 | 25,688 |
| **Total** | | | | **0.027** | **0.29** | **0.14** | **0.589** | **0.071** | **0.0020** | **22.0** | **1,348** | **0.0008** | **0.0027** | **28,331** | **25,708** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**All Year Emissions (Alternative A & B) (tons/year) (forecasted based on estimated AUMs by alternative)**

| Category | Year | Alternative | VOC | CO | NO$_x$ | PM$_{10}$ | PM2.5 | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | HAPs[a] | CO2$_{eq}$ tons | CO2$_{eq}$ metric tonnes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Livestock Grazing | 2008 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2009 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2010 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2011 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2012 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2013 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2014 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2015 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2016 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2017 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2018 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2019 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2020 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2021 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2022 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2023 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2024 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2025 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2026 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2027 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2028 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2029 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2030 | Alt A | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2008 | Alt B | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2009 | Alt B | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2010 | Alt B | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2011 | Alt B | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2012 | Alt B | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1,348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2013 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2014 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2015 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2016 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2017 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2018 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2019 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2020 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2021 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2022 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2023 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2024 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2025 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2026 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2027 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2028 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2029 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |
| Livestock Grazing | 2030 | Alt B | 0.024 | 0.26 | 0.12 | 0.525 | 0.063 | 0.0018 | 19.6 | 1,201 | 0.001 | 0.002 | 25,244 | 22,907 |

BLM_0112859

October 2013                                                             Appendix C



## Livestock Grazing

**Total Annual Emissions from Livestock Grazing Projects (tons/year)**

All Year Emissions (Alternative C & D) (tons/year) (forecasted based on estimated AUMs by alternative)

| Category | Year | Alternative | VOC | CO | NOₓ | PM₁₀ | PM2.5 | SO₂ | CO₂ | CH₄ | N₂O | HAPs* | CO₂ₑq tons | CO₂ₑq metric tonnes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Livestock Grazing | 2008 | Alt C | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2009 | Alt C | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2010 | Alt C | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2011 | Alt C | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2012 | Alt C | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2013 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2014 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2015 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2016 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2017 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2018 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2019 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2020 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2021 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2022 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2023 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2024 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2025 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2026 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2027 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2028 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2029 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2030 | Alt C | 0.026 | 0.28 | 0.13 | 0.566 | 0.068 | 0.0019 | 21.2 | 1.294 | 0.001 | 0.003 | 27,200 | 24,682 |
| Livestock Grazing | 2008 | Alt D | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2009 | Alt D | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2010 | Alt D | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2011 | Alt D | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2012 | Alt D | 0.027 | 0.29 | 0.14 | 0.589 | 0.071 | 0.0020 | 22.0 | 1.348 | 0.001 | 0.003 | 28,331 | 25,708 |
| Livestock Grazing | 2013 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2014 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2015 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2016 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2017 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2018 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2019 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2020 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2021 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2022 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2023 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2024 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2025 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2026 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2027 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2028 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2029 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |
| Livestock Grazing | 2030 | Alt D | 0.025 | 0.28 | 0.13 | 0.559 | 0.067 | 0.0019 | 20.6 | 1.280 | 0.001 | 0.003 | 26,898 | 24,408 |

BLM_0112860

October 2013                                Appendix C

 ENVIRON

## Livestock Grazing

**Activity Inputs**

inputs in yellow highlighted cells

**Alternative Scenarios**

| Alternative | AUMs | Percent Change from Alternative A Over RMP |
|---|---|---|
| Alternative A | 38,364 | 0% |
| Alternative B | 34,184 | -11% |
| Alternative C | 36,833 | -4% |
| Alternative D | 36,424 | -5% |

**Future Year Activity Projections (estimated based on AUMs)**

| Year | Billed Average Annual AUMs | | | |
|---|---|---|---|---|
| | Alternative A | Alternative B | Alternative C | Alternative D |
| 2008 | 100% | 100% | 100% | 100% |
| 2009 | 100% | 100% | 100% | 100% |
| 2010 | 100% | 100% | 100% | 100% |
| 2011 | 100% | 100% | 100% | 100% |
| 2012 | 100% | 100% | 100% | 100% |
| 2013 | 100% | 89% | 96% | 95% |
| 2014 | 100% | 89% | 96% | 95% |
| 2015 | 100% | 89% | 96% | 95% |
| 2016 | 100% | 89% | 96% | 95% |
| 2017 | 100% | 89% | 96% | 95% |
| 2018 | 100% | 89% | 96% | 95% |
| 2019 | 100% | 89% | 96% | 95% |
| 2020 | 100% | 89% | 96% | 95% |
| 2021 | 100% | 89% | 96% | 95% |
| 2022 | 100% | 89% | 96% | 95% |
| 2023 | 100% | 89% | 96% | 95% |
| 2024 | 100% | 89% | 96% | 95% |
| 2025 | 100% | 89% | 96% | 95% |
| 2026 | 100% | 89% | 96% | 95% |
| 2027 | 100% | 89% | 96% | 95% |
| 2028 | 100% | 89% | 96% | 95% |
| 2029 | 100% | 89% | 96% | 95% |
| 2030 | 100% | 89% | 96% | 95% |

**Base Year Data**

**Construction-Fugitive Dust**

| Construction Activity | Total Disturbed Acres/ Year | Source |
|---|---|---|
| Springs | 0.25 | UFO General Activity Request |
| Reservoirs/Pits | 3.00 | UFO General Activity Request |
| Wells | 0.00 | UFO General Activity Request |
| Pipelines | 0.20 | UFO General Activity Request |
| Fences | 0.00 | UFO General Activity Request |
| Reservoirs Maintenance | 3.00 | UFO General Activity Request |

**Construction-Heavy Equipment Exhaust**

| Construction Activity | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Hours/Day | # of Days/ Project | # of Projects/ Year |
|---|---|---|---|---|---|---|---|
| Springs | Backhoe | 89 | 1.0 | 60 | 6 | 3 | 1 |
| | Dump Truck | 375 | 1.0 | 50 | 2 | 3 | 1 |
| | Other | | 0.0 | | | 3 | 1 |
| Reservoirs/Pits | Bulldozer | 145 | 1.0 | 50 | 8 | 2 | 1 |
| | Scraper | | 0.0 | | | 2 | 1 |
| | Other | | 0.0 | | | 2 | 1 |
| Wells | Drill Rig | 300 | 1.0 | 60 | 10 | 0 | 0 |
| | Backhoe | 89 | 1.0 | 60 | 6 | 0 | 0 |
| | Water Truck | 330 | 1.0 | 40 | 2 | 0 | 0 |
| | Other | | 0.0 | | | 0 | 0 |
| Pipelines | Dozer | 145 | 1.0 | 80 | 8 | 0 | 0 |
| | Trencher | | 0.0 | | | 0 | 0 |
| | Backhoe | | 0.0 | | | 0 | 0 |
| Fences (Miles/yr.) | Auger Truck | 250 | 1.0 | 50 | 8 | 8 | 1 |
| Reservoir Maintenance | Bulldozer | 145 | 1.0 | 50 | 8 | 2 | 7 |

* Assume activity per project is the same as in Grand Junction but that # projects/year is reduced in D-E due to fewer animals.
blue text data derived from Lander RMP
orange text data is from GJFO general survey
green text data is from UFO general survey

BLM_0112861

October 2013                                          Appendix C



## Livestock Grazing

**Activity Inputs**

| CE = emission control percent for unpaved roads* | 50% | watering |
|---|---|---|

\* Assume same percent for D-E as GJ

**Fugitive Dust Emission Estimations for Commuting Vehicle on Unpaved Roads - All Project Years**

| Construction Activity | Equipment Type | Avg. Vehicle Speed (mph) | Round Trip Distance (miles) UNPAVED | # of Round Trips/Project | Round Trip Distance (miles) PAVED+UNPAVED |
|---|---|---|---|---|---|
| Springs | Dump Truck | 30.0 | 25.0 | 2.0 | 145.0 |
| | Tractor-Trailer | 30.0 | 25.0 | 0.0 | 145.0 |
| | Pick-up Truck | 25.0 | 14.0 | 61.0 | 75.0 |
| Reservoirs/Pits | Tractor-Trailer | 30.0 | 25.0 | 10.0 | 145.0 |
| | Pick-up Truck | 32.0 | 17.0 | 38.0 | 100.0 |
| Wells | Drill Truck | 30.0 | 25.0 | 1.0 | 145.0 |
| | Support Truck | 30.0 | 25.0 | 2.0 | 145.0 |
| | Water Truck | 30.0 | 25.0 | 4.0 | 145.0 |
| | Pick-up Truck | 40.0 | 25.0 | 5.0 | 145.0 |
| Pipelines | Tractor-Trailer | 30.0 | 25.0 | 1.0 | 145.0 |
| | Pick-up Truck | 40.0 | 25.0 | 4.0 | 145.0 |
| Fences | Support Truck | 30.0 | 25.0 | 1.0 | 145.0 |
| | Pick-up Truck | 30.0 | 25.0 | 3.0 | 145.0 |
| | ATV | 25.0 | 2.0 | 1.0 | 2.0 |
| Reservoirs Maintenance | Tractor-Trailer | 30.0 | 25.0 | 1.0 | 145.0 |
| | Pick-up Truck | 40.0 | 25.0 | 5.0 | 145.0 |
| Livestock Management | Tractor-Trailer (spring turnout, fall gather) | 40.0 | 15.0 | 1.0 | 85.0 |
| | Pick-up-Trailer (spring calves) | 40.0 | 15.0 | 1.0 | 85.0 |

blue text data derived from Lander RMP

**Methane Emissions from Livestock - All Project Years**

| Livestock Category | Permitted head of animals* | % of year grazing on Federal Lands |
|---|---|---|
| Cattle | 20,182 | 100.0 |
| Horse | 0.0 | 0.0 |
| Buffalo | 0.0 | 0.0 |
| Sheep | 18,182 | 75.0 |

\* Sources:
(1) UFO general survey,
(2) Ch2_Draft_FF-Review_ToMH_20120411.docx

BLM_0112862



## Livestock Grazing

**Fugitive Dust from Heavy Construction Operations**

| INPUTS & ASSUMPTIONS | | | |
|---|---|---|---|
| Description | Value | Source | Notes |
| TSP Emission Factor | 1.2 | b | Tons TSP/acre-month |
| Conversion factor for TSP to $PM_{10}$ | 0.35 | c | Percentage of TSP |
| Conversion factor for $PM_{10}$ to $PM_{2.5}$ | 0.1 | d | Percentage of $PM_{10}$ |

[a] Fitzpatrick, M. 1990. *User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions*, EPA/625/5-87/022.  http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.

[b] EPA, AP-42, Volume I, Section 13.2.3 Heavy Construction Operations, Jan. 1995 (Errata Feb. 2010)

[c] EPA, AP-42, Volume I, Section 13.2.4 Aggregate Handling and Storage Piles, Nov. 2006
[d] Midwest Research Institute. 2006. *Background Document for Revisions to Fine Fraction Ratios Used for AP-42 Fugitive Dust Emission Factors*. Report prepared for the Western Governors' Association, Western Regional Air Partnership (WRAP), MRI Project No. 110397. November 1, 2006.

**Fugitive Dust Emissions Estimation for Construction Activities - All Project Years**

| Construction Activity | Total Disturbed Acres/ Year | # of Days to Complete/Year[1] | Emissions (tons/year) | | |
|---|---|---|---|---|---|
| | | | TSP | $PM_{10}$ | $PM_{2.5}$ |
| Springs | 0.25 | 1 | 1.00E-02 | 3.50E-03 | 3.50E-04 |
| Reservoirs/Pits | 3.00 | 1 | 1.20E-01 | 4.20E-02 | 4.20E-03 |
| Wells | 0.00 | 1 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Pipelines | 0.20 | 1 | 8.00E-03 | 2.80E-03 | 2.80E-04 |
| Fences | 0.00 | 1 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Reservoirs Maintenance | 3.00 | 1 | 1.20E-01 | 4.20E-02 | 4.20E-03 |
| | | Total | 2.58E-01 | 9.03E-02 | 9.03E-03 |

[a] information from MCFO. Assumes no emissions controls.
1. assumes total acreage is disturbed once annually, so input one day for calculation purposes

**Wind Erosion Associated with Land Disturbance**
*Emission Factors for Industrial Wind Erosion*

| | |
|---|---|
| E (tons/year) = | $k * \dfrac{P * M * N}{453.6 * 2000}$ |
| AP-42 Section 13.2.5.3 Equation 2 | |
| | |
| Erosion Potential P (g/m2/year) = | $58(U^*-U_t^*)^2 + 25d(U^*-U_t^*)$ |
| for $U^* > U_t^*$; P=0 otherwise | AP-42 Section 13.2.5.3 Equation 3 |
| Friction Velocity $U^*$ (m/s) = | $0.053 \, U_{10}^+$ |
| AP-42 Section 13.2.5.3 Equation 4 | |

P = Erosion Potential (gm/m²/yr)     M = Disturbed area (m²)
$U^*$ = Friction velocity  (m/s)     N = # of disturbances
$U_t$ = threshold velocity (m/s)     k = 0.5 for $PM_{10}$
U10 = fastest wind speed (m/s)     k = 0.075 for $PM_{2.5}$

| | | |
|---|---|---|
| $U_{10}$ = | 23.30 | 52.12 mph, input value (fastest) |
| $U_t^*$ overburden = | 1.02 | AP-42 Industrial Wind Erosion Table 13.2.5-2. Overburden |

**Wind Erosion Emissions - Based on Disturbed Acres**

| | Fastest Mile ($U_{10}$) (m/s) | Max. Friction Velocity ($U^*$) (m/s) | Erosion Potential (P) (g/m²/yr) | Annual Disturbed Acres | Disturbed Area (M) (m²) | Number of Disturbances (N) | $PM_{10}$ Emissions (tons/year) | $PM_{2.5}$ Emissions (tons/year) |
|---|---|---|---|---|---|---|---|---|
| Project Area | 23.30 | 1.23 | 8.05 | 6.45 | 26111.71 | 1.00 | 0.12 | 0.02 |

BLM_0112863

Appendix C



## Livestock Grazing

**Exhaust Emissions for Diesel-Powered Off-Road Construction Equipment**

Exhaust Emission Factors for Diesel-Powered Off-Road Construction Equipment

| HP Range | NR Equipment | Emission Rates (g/hp-hr) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N₂O[1] |
| 100 | rs/Loaders/Bac | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 600 | ff-highway Truc | 0.116 | 0.898 | 2.299 | 0.133 | 0.129 | 0.069 | 316.385 | 0.002 | 0.003 |
| 175 | Crawler Tractor | 0.212 | 0.897 | 2.616 | 0.201 | 0.195 | 0.069 | 316.101 | 0.003 | 0.003 |
| 300 | Bore/Drill Rigs | 0.230 | 0.867 | 2.801 | 0.172 | 0.167 | 0.050 | 227.665 | 0.003 | 0.002 |
| 100 | rs/Loaders/Bac | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 600 | ff-highway Truc | 0.116 | 0.898 | 2.299 | 0.133 | 0.129 | 0.069 | 316.385 | 0.002 | 0.003 |
| 175 | Crawler Tractor | 0.212 | 0.897 | 2.616 | 0.201 | 0.195 | 0.069 | 316.101 | 0.003 | 0.003 |
| 300 | ff-highway Truc | 0.164 | 0.723 | 2.086 | 0.145 | 0.141 | 0.069 | 316.242 | 0.002 | 0.003 |
| 175 | Crawler Tractor | 0.212 | 0.897 | 2.616 | 0.201 | 0.195 | 0.069 | 316.101 | 0.003 | 0.003 |

Source: EPA NONROADS 2008a

[1] N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

Combustive Emissions Estimation for Construction Activities

| Construction Activity | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Hours/Day | # of Days/ Project | # of Projects/ Year | Total Hours/ Unit/Year | Emissions (tons/year) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N₂O |
| Springs | Backhoe | 89.0 | 1.0 | 60.0 | 6.0 | 3.0 | 1.0 | 18.0 | 3.74E-04 | 1.76E-03 | 1.54E-03 | 2.75E-04 | 2.67E-04 | 3.34E-05 | 1.54E-01 | 5.57E-06 | 1.24E-06 |
| | Dump Truck | 375.0 | 1.0 | 50.0 | 2.0 | 3.0 | 1.0 | 6.0 | 1.44E-04 | 1.11E-03 | 2.85E-03 | 1.65E-04 | 1.60E-04 | 8.54E-05 | 3.92E-01 | 2.15E-06 | 3.14E-06 |
| Reservoirs/Pits | Bulldozer | 145.0 | 1.0 | 50.0 | 8.0 | 2.0 | 1.0 | 16.0 | 2.71E-04 | 1.15E-03 | 3.34E-03 | 2.57E-04 | 2.49E-04 | 8.79E-05 | 4.04E-01 | 4.04E-06 | 3.23E-06 |
| Fences (Miles/yr.) | Auger Truck | 250.0 | 1.0 | 50.0 | 8.0 | 9.0 | 1.0 | 72.0 | 1.63E-03 | 7.17E-03 | 2.07E-02 | 1.44E-03 | 1.40E-03 | 6.83E-04 | 3.14E+00 | 2.43E-05 | 2.51E-05 |
| Reservoir Maintenance | Bulldozer | 145.0 | 1.0 | 50.0 | 8.0 | 2.0 | 7.0 | 112.0 | 1.90E-03 | 8.03E-03 | 2.34E-02 | 1.80E-03 | 1.74E-03 | 6.16E-04 | 2.83E+00 | 2.83E-05 | 2.26E-05 |
| | | | | | | | Total | | 4.31E-03 | 1.92E-02 | 5.18E-02 | 3.93E-03 | 3.81E-03 | 1.50E-03 | 6.92E+00 | 6.43E-05 | 5.53E-05 |

* All emissions calculated with year 2008 factors (conservative)

October 2013    Appendix C     ENVIRON

## Livestock Grazing

**Fugitive Dust Emissions Estimation for Unpaved Road Traffic**

Emission Factors for Publicly Accessible Unpaved Roads[a]

| | | Parameter | $PM_{10}$ | $PM_{2.5}$ | |
|---|---|---|---|---|---|
| $E\ (lb/VMT) = \dfrac{k\,(s/12)^a\,(S/30)^d}{(M/0.5)^c} - C$ | | k | 1.8 | 0.18 | |
| | | a | 1 | 1 | |
| | | d | 0.5 | 0.5 | |
| $E_{ext} = E\,(1 - P/365)$ | | c | 0.2 | 0.2 | |

| **Function/Variable Description** | | Assumed Value | Reference |
|---|---|---|---|
| E = size-specific emission factor (lb/VMT) | | | |
| $E_{ext}$ = size-specific emission factor extrapolated for natural mitigation (lb/VMT) | | | |
| s = surface material silt content (%) | | 5.1 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | http://www.wrcc.dri.edu, GRAND JUNCTION 6 ESE, COLORADO |
| CE = emission control percent for unpaved roads | | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions, EPA/625/6-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.

**Fugitive Dust Emission Estimations for Commuting Vehicle on Unpaved Roads**

| Construction Activity | Equipment Type | Avg. Vehicle Speed (mph) | Round Trip Distance (miles) | # of Round Trips/Project | Total Vehicle Miles/Project | # of Projects/Year | Total Annual Vehicle Miles Traveled | $PM_{10}$ Controlled Em. Factor (lb/VMT) | $PM_{10}$ Emissions (tons/vehicle type) | $PM_{10}$ Emissions (tons/activity) | $PM_{2.5}$ Controlled Em. Factor (lb/VMT) | $PM_{2.5}$ Emissions (tons/vehicle type) | $PM_{2.5}$ Emissions (tons/activity) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Springs | Dump Truck | 30.0 | 25.0 | 2.0 | 50.0 | 1.0 | 50.0 | 0.24 | 6.07E-03 | | 2.42E-02 | 6.04E-04 | |
| | Tractor-Trailer | 30.0 | 25.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.24 | 0.00E+00 | 1.08E-01 | 2.42E-02 | 0.00E+00 | 1.07E-02 |
| | Pick-up Truck | 29.0 | 14.0 | 61.0 | 854.0 | 1.0 | 854.0 | 0.24 | 1.02E-01 | | 2.37E-02 | 1.01E-02 | |
| Reservoirs/Pits | Tractor-Trailer | 30.0 | 25.0 | 10.0 | 250.0 | 1.0 | 250.0 | 0.24 | 3.04E-02 | 1.07E-01 | 2.42E-02 | 3.02E-03 | 1.07E-02 |
| | Pick-up Truck | 32.0 | 17.0 | 36.0 | 612.0 | 1.0 | 612.0 | 0.25 | 7.67E-02 | | 2.49E-02 | 7.63E-03 | |
| Fences | Support Truck | 30.0 | 25.0 | 1.0 | 25.0 | 1.0 | 25.0 | 0.24 | 3.04E-03 | | 2.42E-02 | 3.02E-04 | |
| | Pick-up Truck | 30.0 | 25.0 | 3.0 | 75.0 | 1.0 | 75.0 | 0.24 | 9.11E-03 | 1.24E-02 | 2.42E-02 | 9.06E-04 | 1.23E-03 |
| | ATV | 25.0 | 2.0 | 1.0 | 2.0 | 1.0 | 2.0 | 0.22 | 2.22E-04 | | 2.20E-02 | 2.20E-05 | |
| Reservoirs Maintenance | Tractor-Trailer | 30.0 | 25.0 | 1.0 | 25.0 | 7.0 | 175.0 | 0.24 | 2.12E-02 | 1.44E-01 | 2.42E-02 | 2.11E-03 | 1.43E-02 |
| | Pick-up Truck | 40.0 | 25.0 | 5.0 | 125.0 | 7.0 | 875.0 | 0.28 | 1.23E-01 | | 2.79E-02 | 1.22E-02 | |
| Livestock Management | Tractor-Trailer (spring turnout, fall gather) | 40.0 | 15.0 | 1.0 | 15.0 | 1.0 | 15.0 | 0.28 | 2.10E-03 | 2.10E-03 | 2.79E-02 | 2.09E-04 | 2.09E-04 |
| | Pick-up-Trailer (spring calves) | 40.0 | 15.0 | 1.0 | 15.0 | 1.0 | 15.0 | 0.28 | 2.10E-03 | 2.10E-03 | 2.79E-02 | 2.09E-04 | 2.09E-04 |
| | | | | | | | **Total** | 3.76E-01 | | | 3.74E-02 | | |

For Livestock management: # of Activities/Year for spring turnout/fall gather = # of truck trips = head of cattle x 1,000 lb/head divided by 40,000 lbs/trailer truck  assume 100% of cattle is semi-trucked
for spring calves:  # cattle - (# of cattle x 5% bulls) - (# of cattle x 15% yearlings) = # of cows = # of calves (assuming each cow gives birth to one calf).  Then assume 90% survival, average weight = 450 lbs and 40,000 lbs per truck load

BLM_0112865

October 2013         Appendix C



## Livestock Grazing

**Exhaust Emissions Estimation for Road Traffic**

**Emission Factors for Commuting Vehicles**

| Vehicle | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Class | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N₂O¹ |
| LDGT2 | 1.29 | 17.37 | 1.98 | 0.06 | 0.04 | 0.02 | 553.11 | 0.07 | 0.045 |
| HDDV | 0.85 | 3.80 | 17.02 | 0.77 | 0.70 | 0.06 | 2004.18 | 0.04 | 0.005 |

Source: EPA MOVES 2010

¹N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

| Vehicle | | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Class | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N₂O¹ |
| ATV | All Terrain Vehicles | 15.77 | 47.71 | 0.43 | 0.47 | 0.43 | 0.01 | 212.99 | 0.28 | 0.01 |

Source: EPA NONROADS 2008a

1. N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

**Combustive Emission Estimations for Commuting Vehicle on Unpaved and Paved Roads**

| Construction Activity | Equipment Type | Class | Round Trip Distance (miles) | Round Trips/Project | Total Vehicle Miles/Project | # of Projects/Year | Total Annual Vehicle Miles Traveled | Emissions (tons/year) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N₂O |
| Springs | Dump Truck | HDDV | 145.0 | 2.0 | 290.0 | 1.0 | 290.0 | 2.70E-04 | 1.22E-03 | 5.44E-03 | 2.46E-04 | 2.25E-04 | 2.01E-05 | 6.41E-01 | 1.32E-05 | 1.53E-06 |
| | Tractor-Trailer | HDDV | 145.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| | Pick-up Truck | LDGT2 | 75.0 | 61.0 | 4575.0 | 1.0 | 4575.0 | 6.52E-03 | 8.76E-02 | 9.96E-03 | 2.97E-04 | 1.90E-04 | 9.92E-05 | 2.79E+00 | 3.67E-04 | 2.27E-04 |
| Reservoirs/Pits | Tractor-Trailer | HDDV | 145.0 | 10.0 | 1450.0 | 1.0 | 1450.0 | 1.35E-03 | 6.08E-03 | 2.72E-02 | 1.23E-03 | 1.12E-03 | 1.00E-04 | 3.20E+00 | 6.60E-05 | 7.67E-06 |
| | Pick-up Truck | LDGT2 | 100.0 | 36.0 | 3600.0 | 1.0 | 3600.0 | 5.13E-03 | 6.89E-02 | 7.84E-03 | 2.34E-04 | 1.50E-04 | 7.80E-05 | 2.19E+00 | 2.89E-04 | 1.79E-04 |
| Fences | Support Truck | HDDV | 145.0 | 1.0 | 145.0 | 1.0 | 145.0 | 1.35E-04 | 6.08E-04 | 2.72E-03 | 1.23E-04 | 1.12E-04 | 1.00E-05 | 3.20E-01 | 6.60E-06 | 7.67E-07 |
| | Pick-up Truck | LDGT2 | 145.0 | 3.0 | 435.0 | 1.0 | 435.0 | 6.20E-04 | 8.33E-03 | 9.47E-04 | 2.82E-05 | 1.81E-05 | 9.43E-06 | 2.65E-01 | 3.49E-05 | 2.16E-05 |
| | ATV | All Terrain Vehicles | 2.0 | 1.0 | 2.0 | 1.0 | 2.0 | 3.48E-05 | 1.05E-04 | 9.53E-07 | 1.03E-06 | 9.48E-07 | 1.56E-08 | 4.70E-04 | 6.10E-07 | 1.19E-08 |
| Reservoirs Maintenance | Tractor-Trailer | HDDV | 145.0 | 1.0 | 145.0 | 7.0 | 1015.0 | 9.47E-04 | 4.26E-03 | 1.90E-02 | 8.63E-04 | 7.86E-04 | 7.03E-05 | 2.24E+00 | 4.62E-05 | 5.37E-06 |
| | Pick-up Truck | LDGT2 | 145.0 | 5.0 | 725.0 | 7.0 | 5075.0 | 7.23E-03 | 9.72E-02 | 1.10E-02 | 3.29E-04 | 2.11E-04 | 1.10E-04 | 3.09E+00 | 4.07E-04 | 2.52E-04 |
| Livestock Management | Tractor-Trailer (spring turnout, fall gather) | HDDV | 85.0 | 1.0 | 85.0 | 1.0 | 85.0 | 7.93E-05 | 3.56E-04 | 1.59E-03 | 7.22E-05 | 6.59E-05 | 5.89E-06 | 1.88E-01 | 3.87E-06 | 4.50E-07 |
| | Pick-up Trailer (spring calves) | HDDV | 85.0 | 1.0 | 85.0 | 1.0 | 85.0 | 7.93E-05 | 3.56E-04 | 1.59E-03 | 7.22E-05 | 6.59E-05 | 5.89E-06 | 1.88E-01 | 3.87E-06 | 4.50E-07 |
| | | | | | ATV SUBTOTAL | | | 3.48E-05 | 1.05E-04 | 9.53E-07 | 1.03E-06 | 9.48E-07 | 1.56E-08 | 4.70E-04 | 6.10E-07 | 1.19E-08 |
| | | | | | LDGT2 SUBTOTAL | | | 1.95E-02 | 2.62E-01 | 2.98E-02 | 8.88E-04 | 5.68E-04 | 2.97E-04 | 8.34E+00 | 1.10E-03 | 6.80E-04 |
| | | | | | HDDV SUBTOTAL | | | 2.86E-03 | 1.29E-02 | 5.76E-02 | 2.61E-03 | 2.38E-03 | 2.13E-04 | 6.76E+00 | 1.40E-04 | 1.62E-05 |
| | | | | | TOTAL | | | 2.24E-02 | 2.75E-01 | 8.74E-02 | 3.50E-03 | 2.95E-03 | 5.09E-04 | 1.51E+01 | 1.24E-03 | 6.98E-04 |

BLM_0112866

October 2013　　　　　　　　　　　　　　　　　　　　Appendix C



**Livestock Grazing**

**Methane Emissions from Enteric Fermentation and Manure Management**

| Methane Emission Factors | | | | | |
|---|---|---|---|---|---|
| Livestock | | Enteric Fermentation (Kg/head/yr) | Enteric Fermentation (lb/head/yr) | Manure Management (Kg/head/yr) | Manure Management (lb/head/yr) |
| Cattle | includes bulls, yearlings, and calves | 53 | 116.84 | 2 | 4.41 |
| Horse | | 18 | 39.68 | 2.34 | 5.16 |
| Buffalo | | 55 | 121.25 | 5 | 11.02 |
| Sheep | | 8 | 17.64 | 0.28 | 0.62 |

Source: 2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 4 Agriculture, Forestry, and Other Land Use, Chapter 10 Emissions From Livestock and Manure Management
Emission factors for Developed Countries, North America, Temperate climate, "Other" (non-dairy) cattle

**Methane Emissions from Livestock - All Project Years**

| Livestock Category | Permitted head of animals | % of year grazing on Federal Lands | Enteric Fermentation emission factor (lb/head/yr) | Annual Methane Emissions from Enteric Fermentation (tons/yr) | Manure Management emission factor (lb/head/yr) | Annual Methane Emissions from Manure Management (tons/yr) | Total Methane Emissions (tons/yr) |
|---|---|---|---|---|---|---|---|
| Cattle | 20182 | 100 | 116.84 | 1179.06 | 4.41 | 44.49 | 1223.56 |
| Horse | 0 | 0 | 39.68 | 0.00 | 5.16 | 0.00 | 0.00 |
| Buffalo | 0 | 0 | 121.25 | 0.00 | 11.02 | 0.00 | 0.00 |
| Sheep | 18182 | 75 | 17.64 | 120.25 | 0.62 | 4.21 | 124.46 |
| | | | | | | *Total Methane emissions* | 1348.02 |

BLM_0112867

October 2013                                Appendix C                                

## Lands and Realty ROW

**Total Annual Emissions from Lands and Realty (tons/year)**

**Base Year 2008 Emissions (tons/year)**

| Category | Subcategory | Emission Type | Fuel Type | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VOC | CO | NOₓ | PM₁₀ | PM2.5 | SO₂ | CO₂ | CH₄ | N₂O | HAPs[a] | CO₂eq tons | CO₂eq metric tonnes |
| Lands and Realty | Heavy Equipment | dust | na | - | - | - | 20.47 | 2.78 | - | - | - | - | - | - | - |
| Lands and Realty | Heavy Equipment | exhaust | diesel | 0.075 | 0.491 | 1.03 | 0.07 | 0.07 | 0.0243 | 111.72 | 0.0011 | 0.00089 | 0.0075 | 112.02 | 101.65 |
| Lands and Realty | Commuter Vehicles | dust | na | - | - | - | 0.81 | 0.06 | - | - | - | - | - | - | - |
| Lands and Realty | Commuter Vehicles | HDDV exhaust | diesel | 0.004 | 0.019 | 0.09 | 0.00 | 0.00 | 0.0003 | 10.07 | 0.0002 | 0.00002 | 0.0004 | 10.09 | 9.15 |
| Lands and Realty | Commuter Vehicles | LDDT exhaust | diesel | 0.011 | 0.047 | 0.08 | 0.00 | 0.00 | 0.0003 | 11.01 | 0.0002 | 0.00002 | 0.0011 | 11.02 | 10.00 |
| **Total** | | | | 0.090 | 0.557 | 1.19 | 21.16 | 2.92 | 0.0250 | 132.80 | 0.0015 | 0.00094 | 0.0090 | 133.12 | 120.80 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs × 0.1

**All Year Emissions (tons/year) (all alternatives assumed to have the same emissions)**

| Category | Year | Alternative | VOC | CO | NOₓ | PM₁₀ | PM2.5 | SO₂ | CO₂ | CH₄ | N₂O | HAPs[a] | CO₂eq tons | CO₂eq metric tonnes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lands and Realty | 2008 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2009 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2010 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2011 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2012 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2013 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2014 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2015 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2016 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2017 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2018 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2019 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2020 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2021 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2022 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2023 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2024 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2025 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2026 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2027 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2028 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2029 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |
| Lands and Realty | 2030 | All | 0.09 | 0.56 | 1.19 | 21.2 | 2.92 | 0.02 | 133 | 0.002 | 0.001 | 0.009 | 133 | 121 |

BLM_0112868

October 2013        Appendix C



## Lands and Realty ROW

**Activity Inputs**

inputs in yellow highlighted cells

**Alternative Scenarios**

| Alternative | Percent Change From Base Year* |
|---|---|
| Alternative A | 0% |
| Alternative B | 0% |
| Alternative C | 0% |
| Alternative D | 0% |

**Base Year Data**

| Type | No. Projects Per Year | Average Disturbed Area per Project (acres) |
|---|---|---|
| Wind Energy Recovery | 0 | 0 |
| Pipeline Development | 5 | 25 |
| Road Development | 13 | 40 |
| Communication Site Development | 0 | 0 |
| Power Line Development | 5 | 35 |
| Tele & Fiber Optic Line Development | 5 | 10 |
| Tower Installation | 0 | 0 |

| Average Number of Turbines per Wind Energy Project | 0 |
|---|---|
| Vehicle Generated Dust Control Method | water; MgCl |

| Construction Activity | Annual Tons of Gravel Applied to Surface |
|---|---|
| Gravel Application* | 14,665 |

\* Gravel application is due to road development projects
purple text data is from UFO general survey

**Future Year Activity Scaling Factors**

| Year | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| 2008 | 100% | 100% | 100% | 100% |
| 2009 | 100% | 100% | 100% | 100% |
| 2010 | 100% | 100% | 100% | 100% |
| 2011 | 100% | 100% | 100% | 100% |
| 2012 | 100% | 100% | 100% | 100% |
| 2013 | 100% | 100% | 100% | 100% |
| 2014 | 100% | 100% | 100% | 100% |
| 2015 | 100% | 100% | 100% | 100% |
| 2016 | 100% | 100% | 100% | 100% |
| 2017 | 100% | 100% | 100% | 100% |
| 2018 | 100% | 100% | 100% | 100% |
| 2019 | 100% | 100% | 100% | 100% |
| 2020 | 100% | 100% | 100% | 100% |
| 2021 | 100% | 100% | 100% | 100% |
| 2022 | 100% | 100% | 100% | 100% |
| 2023 | 100% | 100% | 100% | 100% |
| 2024 | 100% | 100% | 100% | 100% |
| 2025 | 100% | 100% | 100% | 100% |
| 2026 | 100% | 100% | 100% | 100% |
| 2027 | 100% | 100% | 100% | 100% |
| 2028 | 100% | 100% | 100% | 100% |
| 2029 | 100% | 100% | 100% | 100% |
| 2030 | 100% | 100% | 100% | 100% |

BLM_0112869

Appendix C



## Lands and Realty ROW

**Activity Inputs**

**Combustive Emission Estimations for Development Activities - All Years**

| Activity | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Hours/Day | # of Days/Project |
|---|---|---|---|---|---|---|
| Wind Energy Recovery | Road Grader | 100 | 1 | 80 | 6 | 30 |
| | Bulldozer | 305 | 1 | 50 | 6 | 30 |
| | Excavator | 350 | 1 | 80 | 4 | 30 |
| | Loader | 305 | 1 | 50 | 6 | 30 |
| | Roller/Compactor | 350 | 1 | 80 | 4 | 30 |
| | Backhoe/Trencher | 80 | 1 | 75 | 8 | 30 |
| | Crane | 430 | 1 | 50 | 8 | 30 |
| Pipeline Development | Winch Crawler | 475 | 1 | 80 | 8 | 3 |
| | Spider Plow | 175 | 1 | 80 | 8 | 3 |
| | Backhoe/Trencher | 80 | 1 | 75 | 8 | 3 |
| Road Development | Road Grader | 100 | 1 | 80 | 6 | 5 |
| | Bulldozer | 305 | 1 | 50 | 6 | 5 |
| | Roller/Compactor | 350 | 1 | 80 | 4 | 5 |
| Communication Site Development | Blade | 100 | 1 | 80 | 8 | 3 |
| | Trencher | 175 | 1 | 80 | 8 | 3 |
| | Backhoe | 80 | 1 | 75 | 8 | 3 |
| Power Line Development | Winch Crawler | 475 | 1 | 80 | 8 | 3 |
| | Spider Plow | 175 | 1 | 75 | 8 | 3 |
| Tele & Fiber Optic Line Development* | Winch Crawler | 475 | 1 | 80 | 8 | 3 |
| | Spider Plow | 175 | 1 | 75 | 8 | 3 |
| Tower Installation | Blade | 100 | 1 | 80 | 8 | 3 |
| | Backhoe | 80 | 1 | 75 | 8 | 3 |

\* assumed similar activity to Power Line Development
purple text data is from UFO general survey
blue text data derived from Lander RMP

**Fugitive Dust Emission Estimations for Commuting Vehicles on Unpaved Roads - All Project Years**

| Activity | Equipment Type | Avg. Vehicle Speed (mph) | Unpaved Round Trip Distance (miles) | # of Round Trips/Project | Paved Round Trip Distance (miles) |
|---|---|---|---|---|---|
| Wind Energy Recovery | Pick-up Truck | 40 | 30 | 60 | 60 |
| | Dump Truck | 30 | 30 | 80 | 60 |
| | Cement Truck | 30 | 30 | 80 | 60 |
| | Flatbed Truck | 30 | 30 | 80 | 60 |
| | Water Truck | 40 | 30 | 60 | 60 |
| Pipeline Development | Haul Truck | 30 | 30 | 4 | 60 |
| | Pick-up Truck | 40 | 30 | 12 | 60 |
| Roads Development | Haul Truck | 30 | 30 | 12 | 60 |
| | Pick-up Truck | 40 | 30 | 12 | 60 |
| Communication Site Development | Haul Truck | 30 | 30 | 2 | 60 |
| | Pick-up Truck | 40 | 30 | 6 | 60 |
| Power Line Development | Drill/Water Truck | 30 | 30 | 2 | 60 |
| | Pick-up Truck | 40 | 30 | 6 | 60 |
| Tower Establishment | Haul Truck | 30 | 30 | 2 | 60 |
| | Pick-up Truck | 40 | 30 | 6 | 60 |

blue text data derived from Lander RMP

C-50

BLM_0112870

October 2013                                         Appendix C



## Lands and Realty ROW

**Fugitive Dust Emissions from Heavy Equipment Operations**

| INPUTS & ASSUMPTIONS | | | |
|---|---|---|---|
| **Description** | **Value** | **Source** | **Notes** |
| Control Efficiency (C) of watering[1] | 0.5 | a | |
| TSP Emission Factor | 1.2 | b | Tons TSP/acre-month |
| Conversion factor for TSP to $PM_{10}$ | 0.35 | c | Percentage of TSP |
| Conversion factor for $PM_{10}$ to $PM_{2.5}$ | 0.1 | d | Percentage of $PM_{10}$ |

[a] Fitzpatrick, M. 1990. *User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions*, EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000BSFC.
[b] EPA, AP-42, Volume I, Section 13.2.3 Heavy Construction Operations, Jan. 1995 (Errata Feb. 2010)
[c] EPA, AP-42, Volume I, Section 13.2.4 Aggregate Handling and Storage Piles, Nov. 2006
[d] Midwest Research Institute. 2006. *Background Document for Revisions to Fine Fraction Ratios Used for AP-42 Fugitive Dust Emission Factors*, Report prepared for the Western Governors' Association, Western Regional Air Partnership (WRAP), MRI Project No. 110397, November 1, 2006.

**Fugitive Dust Emission Estimations for Construction Activity - All Project Years**

| Construction Activity | Total Disturbed Acres/Year | # of Days to Complete/ Project[1] | Emissions (tons/year) | | |
|---|---|---|---|---|---|
| | | | TSP | $PM_{10}$ | $PM_{2.5}$ |
| Wind Energy Recovery | 0 | 1 | 0.00 | 0.00 | 0.00 |
| Pipeline Development | 150 | 1 | 3.00 | 1.05 | 0.11 |
| Road Development | 400 | 1 | 8.00 | 2.80 | 0.28 |
| Communication Site Development | 0 | 1 | 0.00 | 0.00 | 0.00 |
| Power Line Construction | 210 | 1 | 4.20 | 1.47 | 0.15 |
| Tele- & Fiber Optic Line Development | 60 | 1 | 1.20 | 0.42 | 0.04 |
| | | | 16.40 | 5.74 | 0.57 |

1. Land surface disturbed one time, so assume one day of disturbance.

**Fugitive Dust from Heavy Construction Drop Operations (Backhoe and Loader)**

| $PM_{10}$ - Material Handling Factor (soil and rock aggregate): | | |
|---|---|---|
| $E(lb/ton) = k(0.0032)^a(((U/5)^{1.3})/((M/2)^{1.4}))$ | | |
| mean wind speed (U) = | 3.66 | m/s |
| k (particle size multiplier) = | 0.35 | |
| M (material moisture conter | 3.4 | % |
| E= | 3.56E-04 | lb/ton |

[a] AP-42 Equation 1 in 13.2.4.3
[b] multipliers and factors shown in 13.2.4.3

| PM2.5 - Material Handling Factor (soil and rock aggregate): | | |
|---|---|---|
| $E(lb/ton) = k(0.0032)^a(((U/5)^{1.3})/((M/2)^{1.4}))$ | | |
| mean wind speed (U) = | 3.66 | m/s |
| k (particle size multiplier) = | 0.053 | |
| M (material moisture conter | 3.4 | % |
| E= | 5.38E-05 | lb/ton |

[a] AP-42 Equation 1 in 13.2.4.3
[b] multipliers and factors shown in 13.2.4.3

BLM_0112871



## Lands and Realty ROW

**Fugitive Dust Emissions from Heavy Equipment Operations**

**Fugitive Dust Emission Estimations for Wind Energy Development - Turbine Foundation Construction Drop Operations**

| Construction Activity | Tons of Aggregate Loaded / Turbine Foundation | Number of Turbines/Year | Emissions (tons/year) | |
|---|---|---|---|---|
| | | | $PM_{10}$ | $PM_{2.5}$ |
| Wind Energy Project Turbine Foundation Development | 1164 | 0 | 0.0000 | 0.0000 |

* one foundation requires dozer and backhoe moving approximately 582 tons of dirt twice (once to dig hole, then once to fill in)

**Emission factors for Rock Crushing, Concrete Batching or Concrete Loading / Unloading**

| Activity | Emissions Factors (lb/ton) | |
|---|---|---|
| | $PM_{10}$ | $PM_{2.5}$ |
| Cement Truck Unloading | 0.24 | 0.0432 |

* concrete batching factors: AP-42 Table 11.12-2
* assume PM2.5 is 13% of PM10

**Fugitive Dust Emission Estimations for Wind Energy Development - Turbine Pad Construction Drop Operations**

| Construction Activity | Total Cubic Feet of Cement Unloaded / Turbine Foundation | Tons of Cement Unloaded / Foundation | Number of Turbines/Year | Emissions (tons/year) | |
|---|---|---|---|---|---|
| | | | | $PM_{10}$ | $PM_{2.5}$ |
| Wind Energy Project Turbine Foundation Development | 8640 | 648 | 0 | 0.00 | 0.00 |

* assume concrete density is 150 lbs/cubic feet
* assume 320 cubic yards of concrete is unloaded per turbine foundation

**Emission Factors for Industrial Wind Erosion**

$$E \text{ (tons/year)} = \frac{k * P * M * N}{453.6 * 2000}$$

AP-42 Section 13.2.5.3 Equation 2

Erosion Potential P (g/m2/year) = $58(U^*-Ut^*)^2 + 25(U^*-Ut^*)$

for $U^*>Ut^*$; P=0 otherwise        AP-42 Section 13.2.5.3 Equation 3

Friction Velocity U* (m/s) = $0.053 \ U_{10}^*$

AP-42 Section 13.2.5.3 Equation 4

P = Erosion Potential (gm/m²/yr)          M = Disturbed area (m²)
U* = Friction velocity (m/s)               N = # of disturbances
$U_t$ = threshold velocity (m/s)           k = 0.5 for $PM_{10}$
U10 = fastest wind speed (m/s)             k = 0.075 for $PM_{2.5}$

$U_{10}$ = 23.30        52.12 mph, input value (fastest)
$U_t^*$ overburden = 1.02        AP-42 Industrial Wind Erosion Table 13.2.5-2, Overburden

**Wind Erosion Emissions - Based on Disturbed Acres**

| | | Fastest Mile (U10) (m/s) | Max. Friction Velocity (U*) (m/s) | Erosion Potential (P) (g/m²/yr) | Annual Disturbed Acres | Disturbed Area (M) (m²) | Number of Disturbances (N) | $PM_{10}$ Emissions (tons/year) | $PM_{2.5}$ Emissions (tons/year) |
|---|---|---|---|---|---|---|---|---|---|
| | Project Area | 23.30 | 1.23 | 8.05 | 820.00 | 3319628.25 | 1.00 | 14.73 | 2.21 |

**Fugitive Dust Emission Estimations for Road Development - Gravel Drop Operations**

| Construction Activity | Annual Tons of Gravel Applied to Surface | Emissions (tons/year) | |
|---|---|---|---|
| | | $PM_{10}$ | $PM_{2.5}$ |
| Gravel Application | 14.665 | 0.0026 | 0.0004 |

BLM_0112872

October 2013                                                    Appendix C



## Lands and Realty ROW

**Exhaust Emissions from Heavy Equipment Operations**

Exhaust Emission Factors for Heavy Equipment

| HP Range | NR Equipment Type | Emission Rates (g/hp-hr) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O[1] |
| 100 | Graders | 0.299 | 2.323 | 2.897 | 0.335 | 0.325 | 0.076 | 350.845 | 0.004 | 0.003 |
| 600 | Crawler Tractors | 0.156 | 1.158 | 2.827 | 0.158 | 0.153 | 0.069 | 316.268 | 0.002 | 0.003 |
| 600 | Excavators | 0.140 | 1.070 | 2.667 | 0.147 | 0.142 | 0.069 | 316.315 | 0.002 | 0.003 |
| 300 | Tractors/Loaders/Backhoes | 0.229 | 0.860 | 1.424 | 0.142 | 0.137 | 0.028 | 130.894 | 0.003 | 0.001 |
| 600 | Rollers | 0.196 | 1.382 | 3.098 | 0.190 | 0.185 | 0.069 | 316.149 | 0.003 | 0.003 |
| 100 | Tractors/Loaders/Backhoes | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 600 | Cranes | 0.147 | 0.664 | 2.402 | 0.114 | 0.111 | 0.050 | 227.912 | 0.002 | 0.002 |
| 600 | Crawler Tractors | 0.156 | 1.158 | 2.827 | 0.158 | 0.153 | 0.069 | 316.268 | 0.002 | 0.003 |
| 175 | Tractors/Loaders/Backhoes | 0.249 | 0.953 | 1.479 | 0.157 | 0.152 | 0.028 | 130.834 | 0.004 | 0.001 |
| 100 | Tractors/Loaders/Backhoes | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 100 | Graders | 0.299 | 2.323 | 2.897 | 0.335 | 0.325 | 0.076 | 350.845 | 0.004 | 0.003 |
| 600 | Crawler Tractors | 0.156 | 1.158 | 2.827 | 0.158 | 0.153 | 0.069 | 316.268 | 0.002 | 0.003 |
| 600 | Rollers | 0.196 | 1.382 | 3.098 | 0.190 | 0.185 | 0.069 | 316.149 | 0.003 | 0.003 |
| 100 | Tractors/Loaders/Backhoes | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 175 | Trenchers | 0.257 | 1.214 | 3.064 | 0.229 | 0.222 | 0.069 | 315.965 | 0.004 | 0.003 |
| 100 | Tractors/Loaders/Backhoes | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 600 | Crawler Tractors | 0.156 | 1.158 | 2.827 | 0.158 | 0.153 | 0.069 | 316.268 | 0.002 | 0.003 |
| 175 | Tractors/Loaders/Backhoes | 0.249 | 0.953 | 1.479 | 0.157 | 0.152 | 0.028 | 130.834 | 0.004 | 0.001 |
| 600 | Crawler Tractors | 0.156 | 1.158 | 2.827 | 0.158 | 0.153 | 0.069 | 316.268 | 0.002 | 0.003 |
| 175 | Tractors/Loaders/Backhoes | 0.249 | 0.953 | 1.479 | 0.157 | 0.152 | 0.028 | 130.834 | 0.004 | 0.001 |
| 100 | Tractors/Loaders/Backhoes | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 100 | Tractors/Loaders/Backhoes | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |

Source: EPA NONROADS 2008a
[1] N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

BLM_0112873

October 2013

Appendix C



## Lands and Realty ROW

**Exhaust Emissions from Heavy Equipment Operations**

**Combustive Emission Estimations for Development Activities - All Years**

| Activity | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Hours/Day | # of Days/Project | # of Projects/Year | Total Hours/Year | Emissions (tons/year) | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N$_2$O |
| Pipeline Development | Winch Crawler | 475 | 1 | 80 | 8 | 3 | 6 | 144 | 9.38E-03 | 6.99E-02 | 1.71E-01 | 9.51E-03 | 9.23E-03 | 4.15E-03 | 1.91E+01 | 1.40E-04 | 1.52E-04 |
| | Spider Plow | 175 | 1 | 80 | 8 | 3 | 6 | 144 | 5.53E-03 | 2.12E-02 | 3.29E-02 | 3.49E-03 | 3.38E-03 | 6.32E-04 | 2.91E+00 | 8.25E-05 | 2.33E-05 |
| | Backhoe/Trencher | 80 | 1 | 75 | 8 | 3 | 6 | 144 | 3.36E-03 | 1.58E-02 | 1.38E-02 | 2.47E-03 | 2.40E-03 | 3.01E-04 | 1.38E+00 | 5.01E-05 | 1.11E-05 |
| Road Development | Road Grader | 100 | 1 | 80 | 6 | 5 | 10 | 300 | 7.90E-03 | 6.15E-02 | 7.66E-02 | 8.86E-03 | 8.60E-03 | 2.02E-03 | 9.28E+00 | 1.18E-04 | 7.43E-05 |
| | Bulldozer | 305 | 1 | 50 | 6 | 5 | 10 | 300 | 7.85E-03 | 5.84E-02 | 1.43E-01 | 7.95E-03 | 7.71E-03 | 3.47E-03 | 1.59E+01 | 1.17E-04 | 1.27E-04 |
| | Roller/Compactor | 350 | 1 | 80 | 4 | 5 | 10 | 200 | 1.21E-02 | 8.53E-02 | 1.91E-01 | 1.18E-02 | 1.14E-02 | 4.25E-03 | 1.95E+01 | 1.80E-04 | 1.56E-04 |
| Power Line Development | Winch Crawler | 475 | 1 | 80 | 8 | 3 | 6 | 144 | 9.38E-03 | 6.99E-02 | 1.71E-01 | 9.51E-03 | 9.23E-03 | 4.15E-03 | 1.91E+01 | 1.40E-04 | 1.52E-04 |
| | Spider Plow | 175 | 1 | 75 | 8 | 3 | 6 | 144 | 5.19E-03 | 1.99E-02 | 3.08E-02 | 3.27E-03 | 3.17E-03 | 5.93E-04 | 2.73E+00 | 7.74E-05 | 2.19E-05 |
| Tele & Fiber Optic Line Development | Winch Crawler | 475 | 1 | 80 | 8 | 3 | 6 | 144 | 9.38E-03 | 6.99E-02 | 1.71E-01 | 9.51E-03 | 9.23E-03 | 4.15E-03 | 1.91E+01 | 1.40E-04 | 1.52E-04 |
| | Spider Plow | 175 | 1 | 75 | 8 | 3 | 6 | 144 | 5.19E-03 | 1.99E-02 | 3.08E-02 | 3.27E-03 | 3.17E-03 | 5.93E-04 | 2.73E+00 | 7.74E-05 | 2.19E-05 |
| Total | | | | | | | | | 7.52E-02 | 4.91E-01 | 1.03E+00 | 6.96E-02 | 6.75E-02 | 2.43E-02 | 1.12E+02 | 1.12E-03 | 8.93E-04 |

Assume 2008 emission factors for all years = conservative estimate

BLM_0112874

October 2013    Appendix C



## Lands and Realty ROW

Fugitive Dust Emissions Estimation for Road Traffic

**Emission Factors for Publicly Accessible Unpaved Roads[a]**

| | | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|---|
| $E (lb/VMT) = \dfrac{k (s/12)^a (S/30)^d}{(M/0.5)^c} - C$ | | k | 1.8 | 0.18 |
| | | a | 1 | 1 |
| | | d | 0.5 | 0.5 |
| $E_{ext} = E (1 - P/365)$ | | c | 0.2 | 0.2 |

| **Function/Variable Description** | | Assumed Value | Reference |
|---|---|---|---|
| E = size-specific emission factor (lb/VMT) | | | |
| $E_{ext}$ = size-specific emission factor extrapolated for natural mitigation (lb/VMT) | | | |
| s = surface material silt content (%) | | 5.1 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | http://www.wrcc.dri.edu, GRAND JUNCTION 6 ESE, COLORADO |
| CE = control percent for applying dust suppressant to unpaved roads [b] | | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions, EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.

**Fugitive Dust Emission Estimations for Commuting Vehicles on Unpaved Roads**

| Activity | Equipment Type | Avg. Vehicle Speed (mph) | Round Trip Distance (miles) | # of Round Trips/Project | Vehicle Miles Traveled/Project | # of Projects/Year | Total Annual Vehicle Miles | $PM_{10}$ Controlled Em. Factor (lb/VMT) | $PM_{10}$ Emissions (tons/vehicle type) | $PM_{10}$ Emissions (tons/year) | $PM_{2.5}$ Controlled Em. Factor (lb/VMT) | $PM_{2.5}$ Emissions (tons/vehicle type) | $PM_{2.5}$ Emissions (tons/year) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wind Energy Recovery | Pick-up Truck | 40 | 30 | 60 | 1,800 | 0 | 0 | 2.80E-01 | 0.00E+00 | 0.00E+00 | 2.79E-02 | 0.00E+00 | 0.00E+00 |
| | Dump Truck | 30 | 30 | 80 | 2,400 | 0 | 0 | 2.80E-01 | 0.00E+00 | | 2.79E-02 | 0.00E+00 | |
| | Cement Truck | 30 | 30 | 80 | 2,400 | 0 | 0 | 2.80E-01 | 0.00E+00 | | 2.79E-02 | 0.00E+00 | |
| | Flatbed Truck | 30 | 30 | 80 | 2,400 | 0 | 0 | 2.80E-01 | 0.00E+00 | | 2.79E-02 | 0.00E+00 | |
| | Water Truck | 40 | 30 | 60 | 1,800 | 0 | 0 | 2.80E-01 | 0.00E+00 | | 2.79E-02 | 0.00E+00 | |
| Pipeline Development | Haul Truck | 30 | 30 | 4 | 120 | 6 | 720 | 2.80E-01 | 1.01E-01 | 4.04E-01 | 2.79E-02 | 1.00E-02 | 4.02E-02 |
| | Pick-up Truck | 40 | 30 | 12 | 360 | 6 | 2,160 | 2.80E-01 | 3.03E-01 | | 2.79E-02 | 3.01E-02 | |
| Roads Development | Haul Truck | 30 | 30 | 4 | 120 | 10 | 1,200 | 3.94E-04 | 2.36E-04 | 9.46E-04 | 3.02E-04 | 1.81E-04 | 7.24E-04 |
| | Pick-up Truck | 40 | 30 | 12 | 360 | 10 | 3,600 | 3.94E-04 | 7.09E-04 | | 3.02E-04 | 5.43E-04 | |
| Communication Site Development | Haul Truck | 30 | 30 | 2 | 60 | 0 | 0 | 2.80E-01 | 0.00E+00 | 0.00E+00 | 2.79E-02 | 0.00E+00 | 0.00E+00 |
| | Pick-up Truck | 40 | 30 | 6 | 180 | 0 | 0 | 2.80E-01 | 0.00E+00 | | 2.79E-02 | 0.00E+00 | |
| Power Line Development | Drill/Water Truck | 30 | 30 | 2 | 60 | 6 | 360 | 2.80E-01 | 5.05E-02 | 2.02E-01 | 2.79E-02 | 5.02E-03 | 2.01E-02 |
| | Pick-up Truck | 40 | 30 | 6 | 180 | 6 | 1,080 | 2.80E-01 | 1.51E-01 | | 2.79E-02 | 1.51E-02 | |
| Tower Establishment | Haul Truck | 30 | 30 | 2 | 60 | 0 | 0 | 4.86E-01 | 0.00E+00 | 0.00E+00 | 4.83E-02 | 0.00E+00 | 0.00E+00 |
| | Pick-up Truck | 40 | 30 | 6 | 180 | 0 | 0 | 4.86E-01 | 0.00E+00 | | 4.83E-02 | 0.00E+00 | |
| | **Total** | | | | | | | | **6.07E-01** | | | **6.10E-02** | |

BLM_0112875

October 2013　　　　　　　　Appendix C



## Lands and Realty ROW

**Exhaust Emissions Estimation for Road Traffic**

**Emission Factors for Commuting Vehicles**

| Project Year | Emission Factors (gm/mile) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | $N_2O$[†] |
| 2008 | | | | | | | | | |
| LDDT | 0.70 | 3.11 | 5.17 | 0.33 | 0.30 | 0.02 | 729.67 | 0.01 | 0.002 |
| HDDV | 0.65 | 3.60 | 17.02 | 0.77 | 0.70 | 0.06 | 2004.18 | 0.04 | 0.005 |

Source: EPA MOVES 2010
(N2O Sulfur source; TCP/FRP, 2013 Climate Registry Default Emission Factors – Released January 8, 2013)

**Combustive Emission Estimations for Commuting Vehicles on Unpaved and Paved Roads**

| Activity | Equipment Type[†] | Class | Round Trip Distance (miles) | # of Round Trips/Project | Vehicle Miles Traveled/Project | # of Projects/Year | Total Annual Vehicle Miles Traveled/ Activity | Emissions (tons/vehicle type) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | $N_2O$ |
| Pipeline Development | Haul Truck | HDDV | 60 | 4 | 240 | 6 | 1,440 | 1.34E-03 | 6.04E-03 | 2.70E-02 | 1.22E-03 | 1.12E-03 | 9.97E-05 | 3.18E+00 | 6.56E-05 | 7.62E-06 |
| | Pick-up Truck | LDDT | 60 | 12 | 720 | 6 | 4,320 | 3.33E-03 | 1.48E-02 | 2.46E-02 | 1.57E-03 | 1.42E-03 | 1.10E-04 | 3.48E+00 | 6.46E-05 | 7.14E-06 |
| Roads Development | Haul Truck | HDDV | 60 | 4 | 240 | 10 | 2,400 | 2.24E-03 | 1.01E-02 | 4.50E-02 | 2.04E-03 | 1.86E-03 | 1.66E-04 | 5.30E+00 | 1.09E-04 | 1.27E-05 |
| | Pick-up Truck | LDDT | 60 | 12 | 720 | 10 | 7,200 | 5.54E-03 | 2.47E-02 | 4.10E-02 | 2.61E-03 | 2.37E-03 | 1.83E-04 | 5.79E+00 | 1.08E-04 | 1.19E-05 |
| Power Line Development | Drill/Water Truck | HDDV | 60 | 2 | 120 | 6 | 720 | 6.71E-04 | 3.02E-03 | 1.35E-02 | 6.12E-04 | 5.58E-04 | 4.99E-05 | 1.59E+00 | 3.28E-05 | 3.81E-06 |
| | Pick-up Truck | LDDT | 60 | 6 | 360 | 6 | 2,160 | 1.66E-03 | 7.41E-03 | 1.23E-02 | 7.83E-04 | 7.11E-04 | 5.48E-05 | 1.74E+00 | 3.23E-05 | 3.57E-06 |
| | | | | | | Subtotal HDDV | | 4.25E-03 | 1.91E-02 | 8.56E-02 | 3.88E-03 | 3.53E-03 | 3.16E-04 | 1.01E+01 | 2.08E-04 | 2.41E-05 |
| | | | | | | Subtotal LDDT | | 1.05E-02 | 4.69E-02 | 7.79E-02 | 4.96E-03 | 4.50E-03 | 3.47E-04 | 1.10E+01 | 2.05E-04 | 2.26E-05 |
| | | | | | | Total | | 1.48E-02 | 6.61E-02 | 1.63E-01 | 8.83E-03 | 8.03E-03 | 6.63E-04 | 2.11E+01 | 4.12E-04 | 4.67E-05 |

[†] All vehicles are diesel-powered.

BLM_0112876

NATIONAL SYSTEM OF PUBLIC LANDS   U.S. DEPARTMENT OF THE INTERIOR                    **BUREAU OF LAND MANAGEMENT NEWS RELEASE**

**Release Date:** 10/28/13
**Contacts:** Shannon Borders, 970-240-5399

## BLM Incorporating Additional Analysis into Draft Uncompahgre Resource Management Plan (10-28-13)

**MONTROSE, Colo.** – The Bureau of Land Management's Uncompahgre Field Office will include the proposal from Citizens for a Healthy Community, the Conservation Center and others in the draft Uncompahgre Resource Management Plan.

The RMP establishes management guidelines for 3.1 million acres in Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel counties in southwestern Colorado. It provides the management direction covering all aspects of BLM land and mineral management within the Uncompahgre Field Office.

"We appreciate the time and effort that our partners, cooperators and staff have put into completing the analysis, and are committed to providing a draft document for public review next year," said Jerry Strahan, Acting Uncompahgre Field Manager. "The BLM remains committed to an open, public planning process that examines a full range of alternatives for managing the public's land."

For the most current information regarding the plan, go to http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html.

The BLM manages more than 245 million acres of public land, the most of any Federal agency. This land, known as the National System of Public Lands, is primarily located in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The BLM's multiple-use mission is to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations. In Fiscal Year 2012, activities on public lands generated $4.6 billion in revenue, much of which was shared with the States where the activities occurred. In addition, public lands contributed more than $112 billion to the U.S. economy and helped support more than 500,000 jobs.

--BLM--

2465 South Townsend Avenue     Montrose, CO 81401

Last updated: 10-28-2013

USA.GOV | No Fear Act | DOI | Disclaimer | About BLM | Notices | Social Media Policy
Privacy Policy | FOIA | Kids Policy | Contact Us | Accessibility | Site Map | Home



**United States Department of the Interior**

**Bureau of Land Management**
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



In Reply Refer to:
1610 (COS050)

Jim Ramey, Director                                                    OCT 3 0 2013
Citizens for a Healthy Community
P.O. Box 291
Hotchkiss, Colorado 81419

Sarah Sauter, Executive Director
Western Slope Conservation Center
P.O. Box 1612
Paonia, CO 81428

Dear Jim Ramey (CHC) and Sarah Sauter (WSCC),

The Bureau of Land Management will include the "North Fork Alternative Plan" proposal in the
Uncompahgre Draft RMP/Draft EIS. The analysis process has already begun, but, as you are aware, the
proposal as previously provided to us does not include all of the relevant information for analysis.

On February 26, 2013, you presented the BLM with initial information regarding the North Fork
Alternative Plan. Additional information was supplied on April 1, 2013. On April 25, 2013, the BLM
met with you and other key stakeholders to further discuss the North Fork Alternative Plan. One result
of this meeting was an expression of your intent to further refine the North Fork Alternative Plan, and to
submit an updated or revised plan in July for inclusion in the Uncompahgre Draft RMP/Draft EIS. In an
e-mail to Bruce Krickbaum, Planner/RMP Project Manager, on October 22, 2013, Jim Ramey wrote
"we're still working to wrap-up the North Fork Alternative Plan so we can get that to you, complete
with the definitions and rationale behind everything".

The Uncompahgre Draft RMP/Draft EIS needs to be finalized and released to the public for comment.
In order to ensure we are able to properly analyze your proposal we ask you to provide the BLM
Uncompahgre Field Office with your final revision of the North Fork Alternative Plan, definitions and
rationale, as well as GIS maps and GIS data layers with associated metadata, no later than December 2,
2013. If there is no further information to be added or if you are unable to provide us with additional
information, please advise and we will move forward with the information previously provided. Please
be aware that while there will be opportunities to provide comments during the public review period,
substantial and or significant changes to your proposal at that time may be difficult to incorporate.

Sincerely,

*Jerry D. Strahan*

Jerry Strahan
Acting Field Manager

Copy to:  Uncompahgre RMP Administrative Record
          BLM Colorado State Office
          BLM Colorado Southwest District

BLM_0112878

Bruce

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

> Sarah Sauter, Executive Director
> Western Slope Conservation Center
> P.O. Box 1612
> Paonia, CO 81428

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 3050 0002 0180 9679

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Bruce

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

> Jim Ramey, Director
> Citizens for a Healthy Community
> P.O. Box 291
> Hotchkiss, Colorado 81419

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Jim Ramey   11-1-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 3050 0002 0241 7644

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

BLM_0112879

**ufo- ar**

| | |
|---|---|
| **From:** | Angie Adams <angie.adams@empsi.com> |
| **Sent:** | Monday, June 16, 2014 1:06 PM |
| **To:** | UFO AR |
| **Subject:** | FW: Meeting with Bill Ela, November 2013 |
| **Attachments:** | Ela_20131122.pdf |

**From:** Krickbaum, John (Bruce) [mailto:bkrickba@blm.gov]
**Sent:** Friday, June 13, 2014 3:21 PM
**To:** Kate Krebs; Angie Adams
**Subject:** Meeting with Bill Ela, November 2013

Kate,

I have attached information from a brief meeting I have with Bill and Betty Ela in November 2013.   For the project record.

  --Bruce

Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401
970-240-5384

1

BLM_0112880

Nov. 22, 2013 @ 1:30

Met with Bill Ela + Betty Ela

Bill wanted to talk about Economic and Social aspects of the North Fork for consideration in the RMP (i.e. oil/gas + coal)

On the Ela Farm alone,

$ 1.2 million gross revenue (2012)
425 K labor payroll (2012)

* See the attached sheet for other figures + information.

North Fork has the largest organic crop in CO.

Sustainable orchards.

---

Bruce Hrickbaum
970-240-5300-5384

Mrs. Betty Ela
To BLM

Ag vs. Coal + Gas Drilling

1.26 mill fruit gross revenue 2012
no farm bill
950 M

payroll 425 M - 2012
400 M 2013

fruit volume 996 M lbs 1.3 M 500 count

~~Prop. tax 7 M 2013~~

Conserv. easement on 100 ac.
Nat " " on 4-5 ac.

Water thru BLM to farm
Food safety
4 M gal per wk for spray

Ag tourism - sustainable
+ could become

Most unique ag habitat in all of CO.
wines + fruit + processed dairy
processing meat + dairy + fruit

Dalby backup ↓ 7 in art
ag is one of 8 collations in CO. - only 1 includes ag + food

BLM_0112881

North Fork Alternative Plan
Appendix A: Full Size Maps

BLM_0112882



# North Fork Alternative
# North Fork Valley

Project Boundary based on the North Fork of the
Gunnison River and Smith Fork River
Watersheds. The boundary includes parts
of Delta, Gunnison, and Montrose Counties.

**DELTA**

**GUNNISON**

Paonia

Hotchkiss

Crawford

**MONTROSE**

| | |
|---|---|
| Project Boundary | |
| Highways | |
| Federal Minerals | |
| Private Land | |
| Counties | |
| Waterbodies | |
| Streams | |
| Towns | |
| USFS Wilderness | |
| USFS Land | |
| BLM Land | |

State of Colorado
*Uncompahgre Field Office*

Created March 2013.
Intended for educational purposes only.
Data Source:
BLM Colorado Federal Sub-Surface Ownership (12/26/12)

Scale 1:400,000

N
W E
S

0   2.5   5      10      15      20
Miles

BLM_0112883



# North Fork Alternative
# North Fork Valley

Project Boundary based on the North Fork of the
Gunnison River and Smith Fork River
Watersheds. The boundary includes parts
of Delta, Gunnison, and Montrose Counties.

**Management only applies to areas with
federal oil & gas minerals under BLM
surface or split estate lands.**

North Fork Alternative Management Area
Project Boundary
Highways
Private Land
Counties
Waterbodies
Towns
Streams
BLM Land
USFS Land

DELTA

Paonia

Hotchkiss

GUNNISON

Crawford

MONTROSE

State of Colorado
*Uncompahgre Field Office*

Scale 1:400,000

N
W E
S

0  2.5  5      10      15      20
Miles

Created November 2013.
Intended for educational purposes only.

BLM_0112884



North Fork Alternative
Areas Already Leased

Project Boundary
Highways
Federal Minerals
Leased
Private Land
Counties
Waterbodies
Towns
Streams
USFS Wilderness
USFS Land
BLM Land

DELTA

GUNNISON

MONTROSE

Paonia
Hotchkiss
Crawford

State of Colorado
Uncompahgre Field Office

Created Oct 2013.
Intended for educational purposes only.
Data Source: BLM Oil & Gas Leases (ogq_130531_lea)

Scale 1:400,000

N
W   E
S

0   2.5   5      10      15      20
                                Miles

BLM_0112885

# North Fork Alternative Plan
## Management Area within the Uncompahgre Field Office (UFO)



**Management only applies to areas with federal oil & gas minerals under BLM surface or split estate lands.**

Legend:
- NFAP Project Boundary
- County
- UFO
- NFAP Management Area
- Federal Oil & Gas Minerals
- BLM Surface

1:1,000,000

0  5  10    20    30    40 Miles

N

Created November 2013.
Intended for educational purposes only.
Data Source: BLM CO Federal Minerals

BLM_0112886



# North Fork Alternative
# Mining & Agriculture

Management Recommendation:
NO LEASING within 1/4 mile of active (including future) and
other existing (inactive, retired) coal leases except in conjunction
with coal leases to facilitate capture and use of coal mine methane;
NSO stipulations within ¼-mile of any Prime and Unique farmlands,
livestock operations and ranches, traditional and organic farms and
orchards, and the West Elk American Viticultural Area.
Management only appy to BLM surface and split estate lands.

**Maps for illustrational purposes only.**

Legend:
- Federal Minerals
- Private Land
- Counties
- Waterbodies
- Highways
- Streams
- Towns
- No Leasing
- No Surface Occupancy (NSO)
- USFS Land
- BLM Land

Paonia
Hotchkiss
Crawford

Scale 1:400,000

Map created November 2013.
Map intended to represent proposed management zones.
Data Sources: NRCS Soils (SSURGO), West Elk AVA boundary,
Active and Pending Coal Leases_2009 (BLM).

0   2.5   5      10      15      20
Miles

BLM_0112887



# North Fork Alternative Towns, Schools & Community

Management Recommendation:
NO LEASING within ½-mile of Paonia, Hotchkiss and Crawford town limits, and NSO stipulations within ¼-mile of any other school or community facility (like the North Fork Recreation Center and the Recycling/Waste Transfer Station). Management only applies to BLM surface and split estate lands with federal minerals.

- 🟢 Schools
- 🟡 Facilities
- ▨ Federal Minerals
- ☐ Private Land
- ☐ Counties
- 🟦 Waterbodies
- ▬ Highways
- ～ Streams
- 🟦 NoLeasing_Towns
- 🟥 NSO_Town_All
- 🟪 Towns
- 🟩 USFS Land
- 🟧 BLM Land

**Maps for illustrational purposes only.**

0 0.5 1   2   3   4 Miles

Map created November 2013.    1:125,000

Paonia

Hotchkiss

North Fork Transfer Station

Montesorri School

North Fork Community Pool

Hotchkiss High School

Crawford

Crawford Elementary School

133

92

BLM_0112888



# North Fork Alternative
## Clean & Dependable Water Supply

**Maps for illustrational purposes only.**

Management Recommendations:
NO LEASING within ¼-mile of any municipal or private water system including intakes and springs; NSO stipulations within ½-mile of any private well, municipal or private water system, including ditches with domestic water decrees; NSO stipulations within ¼-mile of any dam, ditch, irrigation intake, canal or other water conveyance. Management only applies to BLM surface and split estate lands.

Legend:
- Federal Minerals
- Private Land
- Counties
- Waterbodies
- Highways
- Streams
- Towns
- No Leasing
- No Surface Occupancy (NSO)
- USFS Land
- BLM Land

Map created May 20132.
Map intended to represent proposed management zones.
Data Sources: Delta Conservation District Master Ditch File,
Colorado Division of Water Resources CDSS for springs, intakes, structures.

Scale 1:400,000

0   2.5   5   10   15   20 Miles

BLM_0112889



**North Fork Alternative Water Supplies**

Legend:
- Ditches
- Domestic Well Permits
- Drinking Water Springs
- Federal Minerals
- Towns
- County
- Private Land
- BLM Wilderness
- BLM Land
- USFS Land
- USFS Wilderness

Project Boundary

Data Sources:
CO Division of Water Resources (2012),
Delta County Conservation District (2011).

Paonia

Hotchkiss

Crawford

Scale 1:200,000

0   1.5   3   6
Miles

BLM_0112890



# North Fork Alternative
# Riparian Areas & River Corridors

Management Recommendations:
NO LEASING within ½-mile of any water bodies; NSO stipulations
within 1 mile of the North Fork and Smith Fork Rivers.
Management only applies to BLM surface and split estate lands.

**Maps for illustrational purposes only.**

Federal Minerals
Private Land
Counties
Waterbodies
Highways
Streams
No Leasing
No Surface Occupancy (NSO)
Towns
USFS Land
BLM Land

Paonia
Hotchkiss
Crawford

Scale 1:400,000

0   2.5   5        10        15        20
Miles

Map created July 2012
Map intended to represent proposed management zones.
Data Sources: USGS NHDM for streams

BLM_0112891



# North Fork Alternative
## Critical Wildlife Habitat

No Surface Occupancy (NSO) stipulations for critical winter and other range, identified wildlife migration routes and within ½-mile of any stream or river segment that provides habitat for native trout. Controlled Surface Use (CSU) and Timing Limitations (TL) for other important or significant wildlife lands.

**Maps for illustrational purposes only.**

Legend:
- Project Boundary
- Counties
- Federal Minerals
- Highways
- No Surface Occupancy
- Towns
- Private Land
- Waterbody
- Streams
- USFS Land
- BLM Land

Map created July 2013. Data Sources:

Colorado Parks and Wildlife
ElkSevereWinterRange09122012,
ElkProductionArea09122012,
ElkWinterConcentrationArea09122012,
ElkMigrationCorridors09122012,
MuleDeerWinterConcentrationArea09122012
MuleDeerSevereWinterRange09122012,
BaldEagleRoostSites09122012 - Quarter Mile Buffer
PeregrineNestingArea09122012 - Quarter Mile Buffer

CDOW_HB1298_Data_101708 Data:
Aquatic_DesignatedCutthroatTroutHabitat_101708 - Half Mile Buffer
GoldenEagle_ActiveNestSites_101708,
GunnSageGrouse_LekSites_101708,
Peregrine_ActiveNestSites_101708,
BaldEagle_ActiveNestSites_101708,
BaldEagle_WinterNightRoostSites_101708

Paonia

Hotchkiss

Crawford

Scale 1:400,000

0    2.5    5    10    15    20    Miles

BLM_0112892



# North Fork Alternative
# Wildlife: Elk

Management Recommendations:
NSO stipulations for critical winter and other range,
identified wildlife migration routes and within ½-mile
of any stream or river segment that provides habitat
for native trout. CSU and TL for other important or
significant wildlife lands.
Management only applies to BLM surface and split
estate lands.

Project Boundary
Highways
Federal Minerals
Private Land
Counties
No Surface Occupancy
Waterbodies
Towns
Streams
USFS Land
BLM Land

DELTA

133

Paonia

Hotchkiss

92

GUNNISON

92

Crawford

MONTROSE

Created November 2013.
Intended for educational purposes only.
Data Sources: Colorado Parks and Wildlife
ElkSevereWinterRange091220121
ElkWinterConcentrationArea091
ElkMigrationCorridors09122011
ElkProductionArea09122012

Scale 1:400,000

N
W    E
S

0   2.5   5        10        15        20
Miles

BLM_0112893



# North Fork Alternative
## Wildlife: Mule Deer

Management Recommendations:
NSO stipulations for critical winter and other range, identified wildlife migration routes and within ½-mile of any stream or river segment that provides habitat for native trout. CSU and TL for other important or significant wildlife lands.
Management only applies to BLM surface and split estate lands.

Project Boundary
Highways
Federal Minerals
Private Land
Counties
No Surface Occupancy
Waterbodies
Towns
Streams
USFS Land
BLM Land

DELTA

GUNNISON

Paonia

Hotchkiss

92

Crawford

MONTROSE

133

Created November 2013.
Intended for educational purposes only.
Data Sources: Colorado Parks and Wildlife
MuleDeerWinterConcentrationArea09122012
MuleDeerSevereWinterRange09122012

Scale 1:400,000

N
W   E
S

0   2.5   5        10        15        20
Miles

BLM_0112894



# North Fork Alternative Landscape

**Maps for illustrational purposes only.**

Management Recommendations:
NO LEASING for areas with high- and very-high potential for selenium loading; NSO stipulations for lands within ¼-mile of the high- and very-high loading areas. NSO for all areas with medium to high geologic hazard (including slopes over 30%); CSU for all areas with Low to Medium Geologic Hazard. CSU for all areas with Low to Medium geologic hazards (not shown on map). Management only applies to BLM surface and split estate lands.

Legend:
- Federal Minerals
- Private Land
- Counties
- Waterbodies
- Highways
- Streams
- Towns
- No Leasing
- No Surface Occupancy (NSO)
- USFS Land
- BLM Land

Paonia
Hotchkiss
Crawford

Scale 1:400,000

0   2.5   5   10   15   20 Miles

Map created July 2013.
Map intended to represent proposed management zones.
Data Sources: Colorado River Water Conservation District (Selenium Mobilization)

BLM_0112895



North Fork Alternative
Jumbo Mountain SRMA

Management Recommendation:
NSO stipulations for Jumbo Mountain
Management only applies to BLM surface
and split estate lands.

Federal Minerals
Private Land
Counties
Waterbodies
Highways
Trails
Streams
Towns
USFS Land
BLM Land
No Surface Occupancy (NSO)

**Maps for illustrational
purposes only.**

0   0.5   1       2       3       4
Miles

1:100,000

Map created May 2013.
Data Source:
Jumbo SRMA provided by BLM, Alt B.

BLM_0112896



# North Fork Alternative
# Visual Resources

Management Recommendations:
VRM II - NSO stipulations within 1 mile of scenic corridors, efined as HWY 133, HWY 92, Kebler Pass, 3100, North, Crawford and Back River Roads and NO LEASING for prominent landmarks, features, and views, defined as 'C' Hill, 'P' Hill, 'H' Hill, the base of the West Elks Mountains, the face of Jumbo Mountain.
CSU stipulations (and notice of VRM specific conditions of approval) beyond 1 mile in areas visible from the above listed scenic corridors, views from downtown, or from other important vistas, defined as views from the 12 wineries within the West Elks American Viticultural Area.

Management only applies to BLM surface and split estate lands.

- ▲ Key View Points
- ● AVA wineries
- Federal Minerals
- Highways
- NFork&SmithFork
- Towns
- Counties
- Private Land
- Controlled Surface Use (CSU)
- No Surface Occupancy (NSO)
- No Leasing
- BLM
- USFS

Map created November 2013
Map intended to represent proposed management zones.
Data Sources:
10m DEM downloaded from USGS National Map Viewer (n39w108)
CDOT County Files: Roads, Routes, Major Roads, Local Roads
West Elk AVA winery locations

**Maps for illustrational purposes only.**

Scale 1:400,000

0   2.5   5      10      15      20
Miles

BLM_0112897



# North Fork Alternative
# North Fork Valley

Management only applies to BLM surface and
split estate lands with federal minerals.

DELTA

Paonia

Hotchkiss

GUNNISON

Crawford

MONTROSE

Project Boundary
Highways
Federal Minerals
Counties
Streams
Waterbodies
Towns
Private Land
Controlled Surface Use
No Surface Occupancy
No Leasing
USFS Wilderness
USFS Land
BLM Land

State of Colorado
*Uncompahgre Field Office*

Scale 1:400,000

N
W   E
S

0   2.5   5        10        15        20
Miles

Created November 2013.
Intended for educational purposes only.

BLM_0112898

North Fork Alternative Plan

Appendix B: Community Support & Documentation; Map Data Sources

BLM_0112899

## Community Support & Documentation

### North Fork Alternative Plan Stakeholder Group; Public Involvement & Review

The North Fork Alternative Plan was crafted with a group of stakeholders that represent business, agriculture, resource, and conservation interests in the North Fork community. The stakeholder group was formed in July 2012, with the intent of meeting roughly once per month to discuss, consider, develop, and agree to the recommendations of the NFAP. The members of the stakeholder group, and their affiliations, include:

- Daniel Feldman, Board Chair of Citizens for a Healthy Community
- John Moore, Board Chair of the Western Slope Conservation Center
- Brent Helleckson, Owner of Stone Cottage Cellars, Member of the West Elks Winery Association, and Board Member of Citizens for a Healthy Community
- Bob Lario, Majority Owner and Broker of Record, RE/MAX Mountain West
- Mark Waltermire, Owner of Thistle Whistle Farm & President of Valley Organic Growers Association
- Tom Stevens, Owner of TA Stevens Ranch
- Nancy Wood, Broker Associate RE/MAX Mountain West
- Pete Kolbenschlag, Owner of Mountain West Strategies
- Jim Ramey, Director of Citizens for a Healthy Community
- Sarah Sauter, Executive Director of the Western Slope Conservation Center

In addition to July 2012, the group met in August, September, October, and November. When the BLM again proposed leasing significant amount of public lands in the North Fork in November 2012, the NFAP stakeholder group's work was put on hold while the community focused its efforts on stopping the lease sale. At a community meeting, held at the Paonia Junior High School gym in December 2012, held primarily in response to the lease sale, the basic idea and principles behind the NFAP were also presented to the public, including a vision outline that described the founding principles of the NFAP.[1]

Once the lease sale was deferred, for a second time, in February 2013, the stakeholder group resumed its work to complete the set of management recommendations offered in the NFAP. This included a brief update to the BLM, via a letter sent by the stakeholder group on Feb. 26, 2013,[2] which included a (then) updated version of the proposed management zones overview,[3] the December 2012 vision overview, and maps displaying important agricultural and community areas[4] and water supplies.[5]

---

[1] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/03/North-Fork-Alternative-Plan-Vision-Outline-FINAL.pdf (last visited Dec. 1, 2013).
[2] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/03/North-Fork-Advisory-Group-Letter-to-BLM-2.26.13.pdf (last visited Dec. 1, 2013).
[3] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/03/North-Fork-Management-Zones-02.26.2013.pdf (last visited Dec. 1, 2013).
[4] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/03/Agriculture-and-Community.pdf (last visited Dec. 1, 2013).
[5] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/03/Water-Supplies.pdf (last visited Dec. 1, 2013).

BLM_0112900

The stakeholder group met again in March 2013 to decide on the management recommendations of the NFAP.  Soon after, the core components of the NFAP were published for review on the Citizens for a Healthy Community and Western Slope Conservation Center web sites.  Those documents included an updated vision statement,[6] a discussion of proposed management zones and rationale,[7] an overview of management zones and prescribed setbacks,[8] and a list of frequently asked questions.[9]

The advisory group met again in April 2013 to consider feedback and discuss developing a final document.  In June 2013 a delegation from the North Fork traveled to Washington DC to brief national BLM staff and congressional offices on the North Fork Alternative Plan.[10]  The advisory group and additional stakeholders met throughout the summer in July, August, and September 2013 to finalize the information to be included in the final document for submission to the BLM.

## Community Meetings & Availability of Information

**December 2012 community meeting at Paonia High School** – Called in response to the lease sale and 30-day protest period, the December 2012 meeting also announced the effort to formulate the North Fork Alternative Plan and presented the basics of how it would be developed.[11]

**March 2013 North Fork Alternative Plan basics published on web sites** – After the lease sale was again deferred, the North Fork Alternative Plan efforts were re-engaged, and draft information including the vision, key resources and development setbacks, management recommendations and rationale, FAQs, and preliminary maps were published on the Western Slope Conservation Center and Citizens for a Healthy Community websites.[12]

**October 2013 community meeting at Hotchkiss Memorial Hall** – Citizens for a Healthy Community and Western Slope Conservation Center co-sponsored community meeting to provide an update on oil and gas development in the area, including a discussion of the North Fork Alternative Plan.[13]

---

[6] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/03/NFAlt_Vision_Final.pdf (last visited Dec. 1, 2013).

[7] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/03/NFAltManagementRationale.pdf (last visited Dec. 1, 2013).

[8] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/04/North-Fork-Management-Zones-Setbacks-3.26.13.pdf (last visited Dec. 1, 2013).

[9] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/04/North-Fork-Management-Zones-Setbacks-3.26.13.pdf (last visited Dec. 1, 2013).

[10] Travis Bubenik, *North Fork Community Delegation Travels to D.C.*, KVNF RADIO, June 29, 2013, available at http://kvnf.org/post/north-fork-community-delegation-travels-dc (last visited Dec. 1, 2013). This group included Ty Gillespie with Azura cellars, representing the West Elk Winery Association; Jeff Schwartz, with Big B's Delicious Juices, representing Valley Organic Growers Association; Ralph D'Alessandro, representing the Western Slope Conservation center; and Pete Kolbenschlag.

[11] Kathy Browning, *Alternate plan for North Fork*, DELTA COUNTY INDEPENDENT, Dec. 13, 2012, available at www.deltacountyindependent.com/index.php/news/north-fork-times/3543-alternate-plan-for-north-fork (last visited Dec. 1, 2013).

[12] News Release, *North Fork Alternative Plan is Released*, DELTA COUNTY INDEPENDENT, April 3, 2013, available at www.deltacountyindependent.com/index.php/news/north-fork-times/5222-north-fork-alternative-plan-is-released (last visited Dec. 1, 2013)

[13] Thomas Wills, *Gas Development Opponents Organize for Release of BLM Resource Management Plan*, NORTH FORK MERCHANT HERALD, Oct. 30, 2013, available at http://www.merchantherald.com/gas-development-opponents-organize-for-release-of-blm-resource-management-plan/ (last visited Dec. 1, 2013).

BLM_0112901

***November 2013 Delta County Board of County Commissioners work session –*** Stakeholder group presented details of the North Fork Alternative Plan at a Delta Board of County Commissioners work session, open to the public with about 50 people in attendance.

## Additional Media Articles & Features

- KVNF Radio, *Brent Helleckson on 'The North Fork Alternative Plan'*, April 11, 2013.[14]
- Grand Junction Sentinel, *Guest Column: North Fork Alternative Plan would protect special place from drilling*, May 12, 2013.[15]
- KVNF Radio, *Fly-over Stresses Importance of Alternative Oil & Gas Plan*, May 14, 2013.[16]
- North Fork Merchant Herald, *The North Fork Goes to Washington Again*, June 13, 2013.[17]
- KVNF Radio: *North Fork Coalition Presents Limited Drilling Plan to County Commissioners*, Nov. 13, 2013.[18]

## Summary of Stakeholder & Public Support

The North Fork Alternative Plan was developed from its onset to be broadly representative of a diverse set of stakeholders, and their interests in public lands management.  In addition to being widely supported by many residents of the North Fork, including over 600 that have signed a 'statement of support,' the North Fork Alterative Plan is also formally supported by:

- The Town of Paonia Board of Trustees
- The Town of Crawford Board of Trustees
- North Fork Valley Realtors
- The Valley Organic Growers Association
- The West Elk Winery Association
- Western Colorado Congress
- Western Slope Conservation Center
- Citizens for a Healthy Community[19]

## Changes to Maps & Management Recommendations

*March 2013 –*
- Removed proposed Forks of the Gunnison Extensive Recreation Management Area.

*May 2013 –*
- Revision to project boundary to remove Gunnison Gorge National Conservation Area planning area (which is subject to its own management plan).
- Revision to Visual Resource Management (VRM) recommendations to remove VRM Class I areas, and to expand VRM Class II areas to cover all sensitive scenic lands in the North Fork.

*November 2013 –*
- Revision to coal area from leasable coal reserves to existing coal leases (active, inactive, retired).
- Towns, Communities and Schools map changed to only indicate facilities/areas that impact management recommendations (i.e. that are within the set-back distance from BLM minerals).

---

[14] Available at http://kvnf.org/post/brent-helleckson-north-fork-alternative-plan (last visited Dec. 1, 2013)
[15] Available at www.gjsentinel.com/opinion/articles/north-fork-alternative-plan-would-protect-special (last visited Dec. 1, 2013)
[16] Available at http://kvnf.org/post/fly-over-stresses-importance-alternative-oil-gas-plan (last visited Dec. 1, 2013)
[17] Available at www.merchantherald.com/the-north-fork-goes-to-washington-again/ (last visited Dec. 1, 2013)
[18] Available at http://kvnf.org/post/north-fork-coalition-presents-limited-drilling-plan-county-commissioners (last visited Dec. 1, 2013)
[19] Letters of support are attached as Exhibit 41.

BLM_0112902

## Map Data Sources & Metadata

**Project Boundary** is comprised of the following layers:
- North Fork Watershed = NHDH_CO_931v210
- Smith Fork Watershed = NHDH_CO_931v210
- BLM UFO Boundary = co_blm_rby2012 (BLM)
- Gunnison Gorge NCA Planning Boundary = provided by BLM UFO

**Federal Minerals** is based on the following layers:
- Colorado Federal minerals = co_fed_minerals (BLM, 12/26/12)
  - Clipped minerals layer to BLM and Private Surface
- Surface landownership determined by Statewide Land Ownership: BLM, lst_conflated_poly (downloaded 12/11/12)

**Mining & Agriculture Data Sources**
- WestElksAVA - generated layer based on the narrative description provided in the CFR[20]
- Coal Layers - provided by BLM (coal_resource_potential_2009),
- Lease Status = Active or Pending
- Prime & Unique Farm Lands were generated from NRCS Soils data (soilmu_a_co679, Gateway)
- Prime & Unique designation determined by "Prime and Other Important Farmlands" Report generated from soildb_US_2002 Acess Database downloaded from the Geospatial Data Gateway.

**Towns, Communities and Schools Data Sources**
- Locations
  - Facilities determined by Google Earth
  - Town Boundary determined by ESRI shapefiles for Delta County

**Clean & Dependable Water Supplies Data Sources**
- Structures, Well_Permits, Irrigation_Sources, and DrinkingWaterSprings layers created via a query from the Colorado Decision Support System website, with coordinates used to generate spatial data.
- Irrigation Ditches provided by Delta Conservation District and Terror Ditch and Reservoir Company.

**Riparian Areas Data Sources**
- Streams - NHDM_CO (downloaded from USGS http://viewer.nationalmap.gov/viewer)

**Wildlife Data Sources**
- Colorado Parks and Wildlife Data:
  - ElkSevereWinterRange09122012,
  - ElkProductionArea09122012,
  - ElkWinterConcentrationArea09122012,
  - ElkMigrationCorridors09122012,
  - MuleDeerWinterConcentrationArea09122012
  - MuleDeerSevereWinterRange09122012,
  - BaldEagleRoostSites09122012 - Quarter Mile Buffer
  - PeregrineNestingArea09122012 - Quarter Mile Buffer
- CDOW_HB1298_Data_101708 Data:
  - Aquatic_DesignatedCutthroatTroutHabitat_101708 - Half Mile Buffer
  - GoldenEagle_ActiveNestSites_101708,
  - GunnSageGrouse_LekSites_101708,
  - Peregrine_ActiveNestSites_101708,
  - BaldEagle_ActiveNestSites_101708,

---

[20] Available at www.gpo.gov/fdsys/pkg/CFR-2008-title27-vol1/xml/CFR-2008-title27-vol1-sec9-172.xml (last visited Dec. 2, 2013).

BLM_0112903

    ○ BaldEagle_WinterNightRoostSites_101708

**Landscape Data Sources**

- Selenium mobilization potential (selenium_solubility.shp, provided by the Colorado River Water Conservation District).
- %Slope determined by a 100m Colorado (downloaded from BLM GIS Colorado website)

**Visual Resource Management Data Sources**

- 10m DEM downloaded from U.S. Geological Survey National Map Viewer (n39w108)
- Extract by Mask with Project Boundary data layer provided in Boundary Folder (NED_Boundary3)
- County files included layers for Highways, Major Roads, and Local Roads

*Highways*:

- Delta - Route 133A, Route 092A (east of confluence with Route 133A, section between Hotchkiss and Crawford)
- Gunnison - Route 133A
- Montrose - Route 092A

*Routes:*

- Gunnison - Route 12 (Kebler Pass)

*Major Roads:*

- Delta - RouteName Matthews Lane, RouteName Crawford Road, RouteName Backriver Road

*Local Roads:*

- Delta - RouteName 3100 Road (North of Hwy 92) and RouteName North Road

*Prominent land features*  (LandscapeFeatures.shp) NFAP generated layer:

- C Hill - approximately the 6800 ft contour line
- P Hill - approximately the 5950 ft contour line
- H Hill - approximately the 5950 ft contour line
- Base of West Elks  - approximately the 8200 ft contour line
- Face of Jumbo Mountain - approximately the 6000 ft contour line to Gunnison County Line
- Saddle Mountain - approximately the 7600 ft contour line

*Other key viewing points*

- AVA.shp (location of 12 AVA wineries, provided by the Valley Organic Growers Association)
- Town.shp (approximate location of town hall in Paonia, Crawford and Hotchkiss)

*CSU Viewshed Analysis*:

- Using the 10m DEM, viewshed analysis (z values = default) used Ava.shape and Town.shape files
- "Extract by Mask" with the Federalminerals.shape file to create management zones.
- Establish view-points every 500 meter along the scenic roads using Construct Points:
  ○ North3100_500m.shp, Hwy92133_500m, CrawfordBackRiverMatthews_500m.shp, KeblerPass_500m.shp
- Viewshed analysis on each layer generated CSU Stipulations for scenic corridors: North3100_CSU.shp, Hwy92133_CSU, CrawfordBackRiverMatthews_CSU.shp,Kebler_CSU.shp

*NSO Viewshed Analysis*:

- One-mile buffer around  scenic roads (Kebler Pass, West Elk Scenic By-Way, Matthews Lane, Crawford Road, Backriver Road, North Road, 3100 Road)
  ○ North3100_NSO.shp, Hwy92133_NSO, CrawfordBackRiverMatthews_NSO.shp, KeblerPass_NSO.shp

GIS layers and metadata for the NFAP maps are available at
https://www.dropbox.com/sh/gidjunc41nbigu3/hnP7rah15H.

BLM_0112904



PO Box 366 • Paonia, CO  81428-0366

naturally@paoniachamber.com  •  www.paoniachamber.com  •  Phone/Fax:  970-527-3886

January 25th, 2012

To: Bureau of Land Management, Delta County Independent, Hotchkiss Chronicle, Mountain Valley News, Grand Junction Daily Sentinel

From: The Board of the Paonia Chamber of Commerce

The Paonia Chamber of Commerce is a not-for-profit organization with the mission to promote a vibrant business environment and support our unique quality of life. While we are centered on Paonia, we long ago realized that the North Fork Valley and its three towns are a connected and mutually dependent entity.

The proposed leasing of 30,000 acres in the North Fork Valley presents us with a difficult situation. On one hand, we welcome the prospect of additional jobs, additional business and increased tax income.

On the other hand, we would be remiss if we did not consider the impacts of oil development and hydraulic fracturing on our unique quality of life and on our existing local economy, which is comprised of a vibrant and thriving arts-community, coal mining, niche-agriculture, viticulture, cattle ranching, hunting and tourism. Scientific studies and real life stories show that some of the impacts of the proposed development include significant air pollution, permanent water and soil contamination, reduction of water supplies, serious damage to human health, reduction of property values, pasture destruction, livestock deaths, earthquakes and infrastructure stresses.

Many of our farmers are very concerned that the mere perception of polluted air, soil and water will drive away agricultural customers in search of other quality vendors. Our hospitality industry and community at large is concerned about the potential impacts on our growing agro-tourism economy and the West Elk Scenic and Historic Byway Tourism Loop, of which we have just received recognition and funds to promote as a "healthy community travel destination".
We are also very concerned that earthquakes in the upper North Fork, a seismically active zone, can be life threatening for our coal miners who work at depths of 2,500 feet. We would want to know that quakes caused by fracking would not endanger the miners and the continued existence of the mines.

We understand that the gas industry has lobbied itself exemptions from the major environmental acts that our coal industry, for example, is subject to. These exemptions in the Energy Policy Act of 2005 include:

BLM_0112905

- Comprehensive Environmental Response, Compensation and Liability Act
- Resource Conservation and Recovery Act
- Safe Drinking Water Act
- Clean Water Act
- Clean Air Act
- National Environmental Policy Act
- Toxic Release Inventory under the Emergency Planning and Community Right-to-Know Act

While the BLM cannot impose these laws on an exempt industry, before leasing goes forward, we need to know what risks the local economy and quality of life will be exposed to. Our Board of Directors opposes any premature gas development that would come without safeguards for our existing economy and quality of life.

We ask that the BLM complete its updated Resource Management Plan under the NEPA cumulative effects guideline and provide an Environmental Impact Statement, so that the BLM and public can make appropriate decisions based on current and complete knowledge on the effects on our communities' health, safety, water quality and quantity, our unique quality of life, and our vibrant local economy.

Completing the Plan will help to ensure that the BLM remains true to its vision and mission to enhance the quality of life for all citizens through the balanced stewardship of America's public lands and resources and sustain the health, diversity, and productivity of the Nation's public lands for the use and enjoyment of present and future generations.

Until the BLM can address the above concerns and requests, the board of the Paonia Chamber of Commerce asks that the BLM defers or withdraws all natural gas lease offerings.

We sincerely thank you for your time and consideration and ask that you contact us with any information you have concerning the leasing of the lands around the North Fork Valley. Please see the addendum on the following page.

Paonia Chamber of Commerce 2012 Board of Directors

| | | |
|---|---|---|
| Alexis Halbert<br>President | Sarah Sauter<br>Secretary | Karen Good |
| | | Ulli Lange |
| Lazaros Bontour<br>Vice-President | Jim Brett | Betsy Marston |
| | Ethel L Garrett | |
| Callie West<br>Treasurer | Larry Garrett | Frederick Zimmer |

BLM_0112906

**Addendum:**

While the list of our members' comments associated with individual parcels is too lengthy for us to include here, we have attached some specific information from our membership.

**Parcels 6215 and 6216**

Irrigation Water

Parcels 6215 and 6216 straddle Deep Creek, and Williams Fork. Fire Mountain, Farmers Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of parcels 6215 and 6216. Any spillage of toxic materials would have immediate impact on the reservoir and all points downstream, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

Proximity to Paonia Dam and Reservoir

Parcels 6215 and 6216 lie adjacent to Paonia Reservoir and Paonia State Park. The area surrounding the Dam, Reservoir and Park is notoriously unstable geologically. It is prone to rock slides and mud slides on highway 133. As the recent developments in the Ohio gas

BLM_0112907

fields indicate, gas and oil exploration and development activities have been proven to increase seismic activity in the vicinity of the operations. Dam failure due to exploration-induced seismic activity not only interrupts the irrigation of several thousand acres of prime farmland, it threatens the livelihoods and the very lives of the citizens living down stream from Paonia Reservoir to Delta. The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Highway 133, a designated Scenic Byway, parallels parcels 6215 and 6216 and is one of three primary access routes to the North Fork Valley. Highway 133 is currently highly travelled by truck traffic in support of the local coal mines. The increase in highway traffic and traffic on secondary roads, associated with gas development, impact the ability of potential visitors to safely get to their destinations. The Paonia Reservoir is a primary visual attraction for visitors to the valley and oil and gas activity on Parcels 6215 and 6216 would be framed by former beauty of the Paonia Reservoir below and the former majesty of the Ragged Mountains above. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible to many visitors and from the primary and secondary access roads.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. The Reservoir is also popular with visitors who enjoy camping, fishing, and boating. Parcels 6215 and 6216 are also primary access routes to the Ragged's Wilderness area. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Wildlife

Parcels 6215 and 6216 are prime elk habitat. They are also habitat for turkey, deer, bear and bobcat. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

**Parcel 6206**

Irrigation Water

Parcel 6206 straddles Thompson Creek, Cottonwood Creek, and the North Fork of the Gunnison. Fire Mountain Ditch, Farmers Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of parcel 6206. Any spillage of toxic materials would have immediate impact on the reservoir and all points downstream, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

BLM_0112908

Proximity to Paonia Dam and Reservoir

Parcel 6206 lies directly on top of the Paonia Dam and adjacent to Paonia Reservoir and Paonia State Park.  The area surrounding the Dam, Reservoir and Park is notoriously unstable geologically.  It is prone to rock slides and mud slides on highway 133.  As the recent developments in the Ohio gas fields indicate, gas and oil exploration and development activities have been proven to increase seismic activity in the vicinity of the operations.  Dam failure due to exploration-induced seismic activity not only interrupts the irrigation of several thousand acres of prime farmland, it threatens the livelihoods and the very lives of the citizens living down stream from Paonia Reservoir to Delta.  The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Highway 133, a designated Scenic Byway, bisects parcel 6206 and is one of three primary access routes to the North Fork Valley.   Highway 133 is currently highly travelled by truck traffic in support of the local coal mines.  The increase in highway traffic and traffic on secondary roads, associated with gas development, impact the ability of potential visitors to safely get to their destinations.  The Paonia Reservoir is a primary visual attraction for visitors to the valley. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible to many visitors and from the primary and secondary access roads.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  The Reservoir is also popular with visitors who enjoy camping, fishing, and boating. Parcel 6206 is also a primary access route to the Ragged's Wilderness area.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Wildlife

Parcel 6206 is prime elk habitat. It is also habitat for turkey, deer, bear and bobcat.
 Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

**Parcel 6189**

Irrigation Water

Fire Mountain, Stewart Ditch, Farmers Ditch, Minnesota Ditch, Wade and Hightower Ditch, and several other irrigation companies either intercept this parcel or draw water from the

BLM_0112909

North Fork or Minnesota Creek down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical after only a few hours for agricultural businesses.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated with gas development, impact the ability of potential visitors to safely get to their various destinations. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from the primary and secondary access roads.

Agriculture products are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest plants under dusty conditions.

**Parcel 6207**

Irrigation Water

Fire Mountain, Farmers Ditch, Terror Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

Domestic Water

Several agricultural businesses supply at least a portion of their domestic water or processing water needs from the aquifers just below this parcel. Any groundwater contamination would have catastrophic impact to these wells. The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

Coal Seam Fire

This parcel overlays a portion of the old Westmoreland Coal Mine. An explosion and fire in the 1980s caused the Mine Safety and Health Administration to seal off a portion of that

BLM_0112910

mine and prompted the current owner, Bowie Resources Limited, to close and reclaim the Stevens Gulch portal. The coal beyond, deemed inaccessible due to the fire, is now being accessed from the east through a newly-opened portal. It is quite possible that any drilling activity will need to pass through burning coal seam to reach the strata of interest. The increased risk of fire, explosion, and the attendant emergency response make this parcel unsuitable for exploration.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The primary access to this parcel will be Farmer's Mine Road, a light duty gravel road, or Garvin Mesa Road, a single lane gravel road. Both roads are currently highly travelled by truck traffic in support of the local coal mine. The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to their destinations. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from the primary and secondary access roads.

Agriculture products are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest plants under dusty conditions.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Wildlife

Parcel 6207 is a winter migration route for elk moving from the Terror Creek drainage to the floor of the North Fork Valley. It is also habitat for 3 turkey flocks, deer, and bobcat that frequent area wineries and farms. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

**Parcel 6190**

Irrigation Water

Stewart Ditch, Minnesota Ditch, Turner Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

Recreation

BLM_0112911

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.  Of particular concern is the network of hiking, jogging, mountain biking and horseback riding trails known collectively as "Jumbo Mountain."  In addition to its historical use as grazing land, the Jumbo Mountain area receives heavy usage for local as well as visitor recreation.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to their destinations.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from the primary and secondary access roads.

Agriculture products are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest plants under dusty conditions.

Wildlife

Parcel 6190 is wintering ground for elk, deer and small game.  It also hosts several breeding pairs of eagles.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

**Parcel 6193**

Irrigation Water

Stewart Ditch, Minnesota Ditch, Turner Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.  Of particular concern is the network of hiking, jogging, mountain biking and horseback riding trails known collectively as "Jumbo Mountain."  In addition to its historical use as grazing land, the Jumbo Mountain area receives heavy usage for local and visitor recreation.

BLM_0112912

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to their destinations. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from the primary and secondary access roads.

Agriculture products are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest plants under dusty conditions.

Wildlife

Parcel 6193 is wintering ground for elk, deer and small game.  It also hosts several breeding pairs of eagles.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

**Parcel 6191**

Irrigation Water

Parcel 6191 straddles Jay Creek, Short Draw and Roatcap Creek, both tributaries to the North Fork.  Fire Mountain, Farmers Ditch, Roberts-Stucker Ditch and several other irrigation companies either intercept this parcel, lie directly below this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to their destinations. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from the primary and secondary access roads.

BLM_0112913

Agriculture products are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest plants under dusty conditions.

Wildlife

Parcel 6191 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

## Parcel 6192

Irrigation Water

Stewart Ditch, Minnesota Ditch, Wade and Hightower Ditch, and several other irrigation companies either intercept this parcel or draw water from the North Fork or Minnesota Creek down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  This is the primary access to Minnesota Reservoir and Beaver Reservoir and their associated trail systems. This parcel also boarders one of the primary local hiking accesses to the West Elks Wilderness Area. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated with gas development, impact the ability of potential visitors to safely get to their destinations. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from the primary and secondary access roads.

Wildlife

Parcel 6192 is wintering ground for elk, deer and small game.   Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

## Parcel 6194

Irrigation Water

BLM_0112914

Stewart Ditch, Minnesota Ditch, Wade and Hightower Ditch, Lone Cabin and several other irrigation companies either intercept this parcel or draw water from the North Fork or Minnesota Creek down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. This is the primary access to Minnesota Reservoir and Beaver Reservoir. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated with gas development; impact the ability of potential visitors to safely get to their destinations. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from the primary and secondary access roads.

Wildlife

Parcel 6194 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

**Parcel 6197**

Irrigation Water

Parcel 6197 straddles the watershed of Reynolds Creek, Lucas Creek, and Bell Creek. It also overlays a portion of the aquifer supplying Paonia Town water. Stewart Ditch, and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours for agricultural businesses.

Domestic Water

Parcel 6197 is directly adjacent to the system of springs that supply domestic water to the town of Paonia. Any impact to Paonia's water supply is immediately newsworthy locally

BLM_0112915

and regionally resulting in an immediate impact on the image of the valley.  That image is what draws many of our visitors to the North Fork Valley in the first place.

Recreation

This parcel straddles several routes that visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.  Parcel 6197 borders two state wildlife refuges, and is bisected by the primary hiking trail to the top of Lamborn Mountain.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to their destinations.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from the primary and secondary access roads.

Agriculture products are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest plants under dusty conditions.

Wildlife

Parcel 6197 is wintering ground for elk, deer and small game.   Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause Paonia to lose this attraction for its visitors.

Paonia Chamber of Commerce

12

BLM_0112916

To Whom it May Concern

The Board of Directors of the Valley Organic Growers Association is writing this letter in response to the proposed August 2012 oil and gas sale nominations in and around the towns of Hotchkiss, Paonia, Crawford and Somerset. The parcels proposed for oil and gas leasing are scattered among our farms, ranches, schools, water sources, and irrigation canals. We oppose the sale of all 22 parcels and ask they be withdrawn from lease consideration.

Valley Organic Growers Association (VOGA) was established in 1992 and has a membership of 93 organic farms, ranches, orchards and agricultural-related businesses and advocates, representing a vibrant and sustainable local economy.  Our guiding principles include the maintenance of healthy soil, air and water for the production of nutritious food, free from synthetic inputs.

The North Fork Valley's scenic beauty and temperate growing season have attracted the largest concentration of organic and chemical-free growers in the state of Colorado. According to the 2007 Agricultural Census, in Colorado Delta County ranks #1 in apple production, #2 for fruits, nuts, and berries and #3 for bee colonies. Our region has a long history of producing quality high-country, chemical-free food, with a well-deserved reputation that extends around the state and nationally. This history, coupled with the emerging consumer trend for organically crafted products has made this region increasingly known and marketable. The North Fork Valley has a forcefully developing market for Agri-Tourism, farm-stays, and agriculture-based education.  Products from VOGA member farms supply markets and top restaurants in towns around western Colorado, including Aspen, Telluride and Crested Butte, and serves many Front Range communities, including Colorado Springs, Golden, Denver, Boulder, Longmont, and Fort Collins. VOGA farms' customers have created relationships with the growers and forged a unique community that is the North Fork Valley. These relationships develop as our farmers have been able to furnish organic, high-quality fruits, vegetables, meat, dairy, wine, and specialty products. Our farmer's commitment to quality and the stewardship of clean soil, water and air are crucial to consumers and their perception and choice to buy clean, organic food. The potential for soil, air and water contamination as a result of oil and gas development could destroy VOGA member farms' ability to market their products as organic and safe - thereby losing their livelihood.

Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112917

Following is a parcel-by-parcel description of the threat posed by offering each parcel for lease for oil and gas development.

Parcel 6189

Irrigation Water

Fire Mountain, Stewart Ditch, Farmers Ditch, Minnesota Ditch, Wade and Hightower Ditch, and several other irrigation companies either intercept this parcel or draw water from the North Fork or Minnesota Creek down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical after only a few hours.  Holy Terror Farm, White Buffalo Farm, Desert Weyr, and Orchard Valley Farm, depend on irrigation water drawn downstream from this parcel.

Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated with gas development, impact the ability of potential visitors to safely get to the farm and impact the farm's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from several of the farms and from the primary and secondary access roads.

Crops are susceptible to damage due to elevated ozone concentrations, which interfere with photosynthesis, resulting in an inferior product.

Parcel 6207

Irrigation Water

Fire Mountain, Farmers Ditch, Terror Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate

BLM_0112918

impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Orchard Valley Farms, Holy Terror Farm, Terra Fata Farm, Bella Farm, Desert Weyr, and White Buffalo Farm depend on irrigation water drawn downstream from this parcel.

Domestic Water

Bella Farm, Terra Fata Farm, and Desert Weyr each supply at least a portion of their domestic water or processing water needs from the aquifers just below this parcel. Any groundwater contamination would have catastrophic impact to these wells. The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

Coal Seam Fire

This parcel overlays a portion of the old Westmoreland Coal Mine. An explosion and fire in the 1980s caused the Mine Safety and Health Administration to seal off a portion of that mine and prompted the current owner, Bowie Resources Limited to close and reclaim the Stevens Gulch portal. The coal beyond, deemed inaccessible due to the fire, is now being accessed from the east through a newly-opened portal. It is quite possible that any drilling activity will need to pass through burning coal seam to reach the strata of interest. The increased risk of fire, explosion, and the attendant emergency response make this parcel unsuitable for exploration.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The primary access to this parcel will be either Farmer's Mine Road, a light duty gravel road, or Garvin Mesa Road, a single lane gravel road. Both roads are currently highly traveled by truck traffic in support of the local coal mine. The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the farms and impact the farm's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from several of the farms and from the primary and secondary access roads.

Crops are susceptible to damage due to elevated ozone concentrations, which interferes with photosynthesis, resulting in an inferior product.

Recreation

BLM_0112919

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Wildlife

Parcel 6207 is a winter migration route for elk moving from the Terror Creek drainage to the floor of the North Fork Valley.  It is also habitat for 3 turkey flocks, deer, and bobcat that frequent Orchard Valley Farms, Holy Terror Farm, Terra Fata Farm, Bella Farm, Desert Weyr, and White Buffalo Farm.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6190

Irrigation Water

Stewart Ditch, Minnesota Ditch, Turner Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Orchard Valley Farms, Fresh and Wyld Farm, Lamborn Farms, Excelsior Orchard, Field Florals, Stinky Blooms Farm, First Fruits Organic Farms, Small Potatoes Farm, Bissell Family Farm, Vive la Vida Farm, and Ripe 2 U Farms depend on irrigation water drawn downstream from this parcel.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.  Of particular concern is the network of hiking, jogging, mountain biking and horseback riding trails known collectively as "Jumbo Mountain."  In addition to its historical use as grazing land, the Jumbo Mountain area receives heavy usage for local recreation and is a frequent recommendation by farms seeking to add to their visitor's experience.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to farms and impact the farms ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Bella Farm, Terra Fata Farm, Desert Weyr, Holy Terror Farm, White Buffalo Farm, Orchard Valley Farms, and Lamborn Farm, and from the primary and secondary access roads.

Crops are susceptible to damage due to elevated ozone concentrations, which interferes with photosynthesis, resulting in an inferior product.

Wildlife

Parcel 6190 is wintering ground for elk, deer and small game.  It also hosts several breeding pairs of eagles.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6193

Irrigation Water

Stewart Ditch, Minnesota Ditch, Turner Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Orchard Valley Farms, Fresh and Wyld Farm, Lamborn Farms, Excelsior Orchard, Field Florals, Stinky Blooms Flower Farm, Small Potatoes Farm, Bissell Family Farm, Vive la Vida Farm, First Fruits Organic Farms, and Ripe 2 U Farms on irrigation water drawn downstream from this parcel.

Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.  Of particular concern is the network of hiking, jogging, mountain biking and horseback riding trails known collectively as "Jumbo Mountain."  In addition to its historical use as grazing land, the Jumbo Mountain area receives heavy

BLM_0112921

usage for local recreation and is a frequent recommendation by farms seeking to add to their visitor's experience.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the farms and impact the farm's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Holy Terror Farm, Terra Fata Farm, Bella Farm, Desert Weyr, White Buffalo Farm, Orchard Valley Farms, Fresh and Wyld Farm, Lamborn Farms, Excelsior Orchard, Field Florals, Stinky Blooms Flower Farm, Small Potatoes Farm, Bissell Family Farm, Vive la Vida Farm, Pristine Valley Farm, First Fruits Organic Farms, and Ripe 2 U Farms and from the primary and secondary access roads.

Crops are susceptible to damage due to elevated ozone concentrations, which interferes with photosynthesis, resulting in an inferior product.

Wildlife

Parcel 6193 is wintering ground for elk, deer and small game.  It also hosts several breeding pairs of eagles.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6197

Irrigation Water

Parcel 6197 straddles the watershed of Reynolds Creek, Lucas Creek, and Bell Creek.  It also overlays a portion of the aquifer supplying Paonia Town water. Stewart Ditch, and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Fresh and Wyld Farm, Zephyros Farm and Garden, Avalanche Cheese Farm, Rain Crow Farm, and The Living Farm depend on irrigation water drawn downstream from this parcel.

Domestic Water

BLM_0112922

Parcel 6197 is directly adjacent to the system of springs that supply domestic water to the town of Paonia. Any impact to Paonia's water supply is immediately newsworthy locally, and regionally resulting in an immediate impact on the image of the valley. That image is what draws many of our visitors to the farms in the first place.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors. Parcel 6197 borders two state wildlife refuges, and is bisected by the primary hiking trail to the top of Lamborn Mountain.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Holy Terror Farm, Terra Fata Farm, Bella Farm, Desert Weyr, White Buffalo Farm, Orchard Valley Farms, Fresh and Wyld Farm, Lamborn Farms, Excelsior Orchard, Field Florals, Stinky Blooms Flower Farm, Small Potatoes Farm, Bissell Family Farm, Vive la Vida Farm, Pristine Valley Farm, First Fruits Organic Farms, Austin Family Farm, Fire Mountain Farm and Apiary, Purple Haze Garlic, Round Earth Farm, Webb Farm, Abundant Life farm, Ela Family Farm, High Wire Ranch, Dancing Dog Farms, Leroux Creek Vineyards, Living Springs Organic Farm, Stahl's Orchard, Neela Bindu Farm, Sacred Harvest Farm, Mattice Fruits, Mesa Winds, Bowes House Farm, Garden Planet, Delicious Orchards, Wildwood Ranch, Thistle Whistle Farm, Lark Song Farm, Cobblestone FarmThe Living Farm, Avalanche Cheese Farm, Rain Crow Farm, Zephyros Farm and Garden, and Ripe 2 U Farms from the primary and secondary access roads.

Crops are susceptible to damage due to elevated ozone concentrations, which interferes with photosynthesis, resulting in an inferior product.

Wildlife

Parcel 6197 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species

BLM_0112923

and may cause these farms to lose this attraction for their customers.

Parcel 6192

Irrigation Water

Stewart Ditch, Minnesota Ditch, Wade and Hightower Ditch, and several other irrigation companies either intercept this parcel or draw water from the North Fork or Minnesota Creek down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Holy Terror Farm, White Buffalo Farm, Desert Weyr, Stinky Blooms Flower Farm, Fresh and Wyld Farm, Excelsior Orchards, Small Potatoes, Bissell Family Farm, Vive la Vida Farm, First Fruits Orchards, Ripe 2 U, Lamborn Farm, Stahl Orchard, and Orchard Valley Farm, depends on irrigation water drawn downstream from this parcel.

Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. This is the primary access to Minnesota Reservoir and Beaver Reservoir and their associated trail systems. This parcel also boarders one of the primary local hiking accesses to the West Elks Wilderness Area. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated with gas development, impact the ability of potential visitors to safely get to the various farms and impact the farm's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from several of the farms and from the primary and secondary access roads.

Wildlife

Parcel 6192 is wintering ground for elk, deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6194

BLM_0112924

Irrigation Water

Stewart Ditch, Minnesota Ditch, Wade and Hightower Ditch, Lone Cabin and several other irrigation companies either intercept this parcel or draw water from the North Fork or Minnesota Creek down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.  Holy Terror Farm, White Buffalo Farm, Desert Weyr, Stinky Blooms Flower Farm, Fresh and Wyld Farm, Excelsior Orchards, Small Potatoes, Bissell Family Farm, Vive la Vida Farm, First Fruits Orchards, Ripe 2 U, Lamborn Farm, Stahl Orchard, and Orchard Valley Farm depend on irrigation water drawn downstream from this parcel.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  This is the primary access to Minnesota Reservoir and Beaver Reservoir. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated with gas development, impact the ability of potential visitors to safely get to the farms and impact the farm's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from many of the farms and from the primary and secondary access roads.

Wildlife

Parcel 6194 is wintering ground for elk, deer and small game.   Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6205

Irrigation Water

BLM_0112925

Stewart Ditch, Minnesota Ditch, Turner Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Orchard Valley Farms, Lamborn Farm, White Buffalo Farm, Fresh and Wyld Farm, Small Potatoes Farm, Stinky Blooms Flower Farm, Bissell Family Farm, Vive la Vida, First Fruits Orchards, The Living Farm, Zephyros Farm and Garden, Avalanche Cheese Farm, Excelsior Orchards, Rain Crow Farm, and Stahl's Orchard depend on irrigation water drawn downstream from this parcel.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors. Of particular concern is the network of hiking, jogging, mountain biking and horseback riding trails known collectively as "Jumbo Mountain." In addition to its historical use as grazing land, the Jumbo Mountain area receives heavy usage for local recreation and is a frequent recommendation by farms seeking to add to their visitor's experience.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Orchard Valley Farms, Lamborn Farm, White Buffalo Farm, Fresh and Wyld Farm, Small Potatoes Farm, Stinky Blooms Flower Farm, Bissell Family Farm, Vive la Vida, First Fruits Orchards, The Living Farm, Zephyros Farm and Garden, Avalanche Cheese Farm, Excelsior Orchards, Rain Crow Farm, and Stahl's Orchard and from the primary and secondary access roads.

Crops are susceptible to damage due to elevated ozone concentrations, which interferes with photosynthesis, resulting in an inferior product.

Wildlife

Parcel 6205 is wintering ground for elk, deer and small game. It also hosts

BLM_0112926

several breeding pairs of eagles.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6191

Irrigation Water

Parcel 6191 straddles Jay Creek, Short Draw and Roatcap Creek, both tributaries to the North Fork.  Fire Mountain, Farmers Ditch, Roberts-Stucker Ditch and several other irrigation companies either intercept this parcel, lie directly below this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Austin Family Farm, Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch lie directly below 6191.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various farms and impact the farm's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Orchard Valley Farm, Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch and from the primary and secondary access roads.

Crops are susceptible to damage due to elevated ozone concentrations, which interfere with photosynthesis, resulting in an inferior product.

BLM_0112927

Wildlife

Parcel 6191 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6195

Irrigation Water

Parcel 6195 straddles Jay Creek, Short Draw, and Roatcap Creek, both tributaries to the North Fork.  Fire Mountain, Farmers Ditch, Roberts-Stucker Ditch and several other irrigation companies either intercept this parcel, lie directly below this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch, lie directly below or adjacent to 6195.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various farms and impact the farm's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, The Living Farm, Zephyros Farm and Garden, Avalanche Cheese Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch, and from the primary and secondary access roads.

BLM_0112928

Crops are susceptible to damage due to elevated ozone concentrations, which interfere with photosynthesis, resulting in an inferior product.

Wildlife

Parcel 6195 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6196

Irrigation Water

Parcel 6196 straddles Jay Creek, Short Draw, and Roatcap Creek, both tributaries to the North Fork.  Fire Mountain, Farmers Ditch, Roberts-Stucker Ditch and several other irrigation companies either intercept this parcel, lie directly below this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch lie directly below or adjacent to 6196.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Round Earth Farm, Thistle Whistle Farm, Lark Song Farm,

BLM_0112929

Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, The Living Farm, Zephyros Farm and Garden, Avalanche Cheese Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch, and from the primary and secondary access roads.

Crops are susceptible to damage due to elevated ozone concentrations, which interfere with photosynthesis, resulting in an inferior product.

Wildlife

Parcel 6196 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6198

Irrigation Water

Parcel 6198 straddles Cottonwood creek and several unnamed  drainages all tributary to the North Fork.  Clipper Ditch and the end of the Stewart Ditch, and several other irrigation companies either intercept this parcel, lie directly below this parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Princess Beef, Zephyros Farm and Garden, North Fork Organics rely on this water.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.  This parcel is also the primary training ground for the Hotchkiss High School Cross Country and Track teams.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various farms and impact the farm's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible

Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112930

from Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, The Living Farm, Zephyros Farm and Garden, Avalanche Cheese Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch, and from the primary and secondary access roads.

Wildlife

Parcel 6198 is wintering ground for deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Proximity to Schools

Parcel 6198 lies adjacent to the Hotchkiss High School, the North Fork Montessori School and the North Fork Recreation Complex. The activities and impacts associated with oil and gas exploration and development are incompatible with these existing uses.

Parcel 6202

Irrigation Water

Parcel 6202 straddles several unnamed drainages that are tributaries to the North Fork. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Princess Beef and North Fork Organics use this water.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors. This parcel is also the primary training ground for the Hotchkiss High School Cross Country and Track teams.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various farms and impact the farm's ability to suggest additional activities that

Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112931

enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch, and from the primary and secondary access roads.

Wildlife

Parcel 6202 is wintering ground for deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Proximity to Schools

Parcel 6202 lies adjacent to the Hotchkiss High School, the North Fork Montessori School and the North Fork Recreation Complex. The activities and impacts associated with oil and gas exploration and development are incompatible with these existing uses.

Parcels 6201 and 6217

Irrigation Water

Parcels 6201 and 6217 straddle several unnamed drainages all tributary to the North Fork Via the Smith Fork. Clipper Ditch Apsen Ditch, and several other irrigation companies either intercept these parcels or lie directly below them. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Storehouse Farm and Rendezvous Farm use this water.

Recreation

These parcels straddle several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with

Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112932

gas development, impact the ability of potential visitors to safely get to the farms and impact the farm's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route often suggested by area wineries.

Wildlife

Parcels 6201 and 6217 are wintering ground for elk, deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6200

Irrigation Water

Parcel 6200 straddles the Smith Fork tributary of the North Fork. Several irrigation companies either intercept this parcel, lie directly below this parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the farms and impact the farm's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route, lodging and restaurant facilities often suggested by area farms. Parcel 6200 also surrounds the Needle Rock igneous feature east of Crawford. This monolith is, at various times of the year, a unique attraction to the area. Degradation of the viewshed surrounding Needle Rock diminishes its value considerably.

Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112933

Wildlife

Parcel 6200 is wintering ground for deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Proximity to Schools

Parcel 6200 lies adjacent to the Crawford Elementary School and to the town of Crawford. The activities and impacts associated with oil and gas exploration and development are incompatible with these existing uses.

Parcel 6203

Irrigation Water

Parcel 6203 straddles McDonald Creek and Cottonwood creek and several irrigation companies either intercept this parcel, or lie directly below this parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the farms and impact their ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route, lodging and restaurant facilities often suggested by area farms. Parcel 6203 also near the Needle Rock igneous feature east of Crawford. This monolith is, at various times of the year, a unique attraction to the area. Degradation of the viewshed surrounding Needle Rock diminishes its value considerably.

Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112934

Wildlife

Parcel 6203 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Parcel 6199

Irrigation Water

Parcel 6199 straddles McDonald Creek and Cottonwood creek and several irrigation companies either intercept this parcel, or lie directly below this parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the farms and impact their ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route, lodging and restaurant facilities often suggested by area farms.  Parcel 6199 also near the Needle Rock igneous feature east of Crawford.  This monolith is, at various times of the year, a unique attraction to the area. Degradation of the viewshed surrounding Needle Rock diminishes its value considerably.

Wildlife

Parcel 6199 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

BLM_0112935

Parcel 6206

Irrigation Water

Parcel 6206 straddles Thompson Creek, Cottonwood Creek, and the North Fork of the Gunnison.  Fire Mountain Ditch, Farmers Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of parcel 6206.  Any spillage of toxic materials would have immediate impact on the reservoir and all points downstream, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.  Orchard Valley Farm, Holy Terror Farm, White Buffalo Farm, Desert Weyr, Stinky Blooms Flower Farm, Fresh and Wyld Farm, Excelsior Orchards, Small Potatoes, Bissell Family Farm, Vive la Vida Farm, First Fruits Orchards, Ripe 2 U, Lamborn Farm, Stahl Orchard, Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Delicious Orchards, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, The Living Farm, Zephyros Farm and Garden, Avalanche Cheese Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch, and Orchard Valley Farm, depend on irrigation water drawn downstream from this parcel.

Proximity to Paonia Dam and Reservoir

Parcel 6206 lies directly on top of the Paonia Dam and adjacent to Paonia Reservoir and Paonia State Park.  The area surrounding the Dam, Reservoir and Park is notoriously unstable geologically.  It is prone to rock slides and mud slides on Highway 133.  As the recent developments in the Ohio gas fields indicate, gas and oil exploration and development activities have been proven to increase seismic activity in the vicinity of the operations.  Dam failure due to exploration-induced seismic activity not only interrupts the irrigation of several thousand acres of prime farm land, it threatens the livelihoods and the very lives of the citizens living down stream from Paonia Reservoir to Delta.  The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Highway 133, a designated Scenic Byway, bisects parcel 6206 and is one of three primary access routes to the VOGA member farms of the North Fork Valley. Highway 133 is currently highly traveled by truck traffic in support of the local coal mines.  The increase in highway traffic and traffic on secondary roads,

BLM_0112936

associated with gas development, impact the ability of potential visitors to safely get to the farms and impact the farm's ability to suggest additional activities that enhance their visit. The Paonia Reservoir is a primary visual attraction for visitors to the valley. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible to many of the guests of the farms and from the primary and secondary access roads.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. The Reservoir is also popular with farm guests who enjoy camping, fishing, and boating. Parcel 6206 is also a primary access route to the Raggeds Wilderness area. Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Wildlife

Parcel 6206 is prime elk habitat. It is also habitat for turkey, deer, bear and bobcat. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

Parcels 6215 and 6216

Irrigation Water

Parcels 6215 and 6216 straddle Deep Creek, and Williams Fork. Fire Mountain, Farmers Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of parcels 6215 and 6216. Any spillage of toxic materials would have immediate impact on the reservoir and all points downstream, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Nearly the entire VOGA farm membership depends on irrigation water drawn downstream from this parcel.

Proximity to Paonia Dam and Reservoir

Parcels 6215 and 6216 lie adjacent to Paonia Reservoir and Paonia State Park. The area surrounding the Dam, Reservoir and Park is notoriously unstable

Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112937

geologically.  It is prone to rock slides and mud slides on highway 133.  As the recent developments in the Ohio gas fields indicate, gas and oil exploration and development activities have been proven to increase seismic activity in the vicinity of the operations.  Dam failure due to exploration-induced seismic activity not only interrupts the irrigation of several thousand acres of prime farm land, it threatens the livelihoods and the very lives of the citizens living down stream from Paonia Reservoir to Delta.  The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Highway 133, a designated Scenic Byway, parallels parcels 6215 and 6216 and is one of three primary access routes to the VOGA member farms in the North Fork Valley.  Highway 133 is currently highly traveled by truck traffic in support of the local coal mines.  The increase in highway traffic and traffic on secondary roads, associated with gas development, impact the ability of potential visitors to safely get to the farms and impact the farm's ability to suggest additional activities that enhance their visit.  The Paonia Reservoir is a primary visual attraction for visitors to the valley and oil and gas activity on Parcels 6215 and 6216 would be framed by former beauty of the Paonia Reservoir below and the former majesty of the Ragged Mountains above.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible to many of the guests of the farms and from the primary and secondary access roads.

Recreation

This parcel straddles several routes that farm visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  The Reservoir is also popular with winery guests who enjoy camping, fishing, and boating. Parcels 6215 and 6216 are also primary access routes to the Raggeds Wilderness area.  Surface activities associated with oil and gas development will undoubtedly interrupt these activities and reduce their attraction to potential visitors.

Wildlife

Parcels 6215 and 6216 are prime elk habitat. They are also habitat for turkey, deer, bear and bobcat.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

BLM_0112938

Parcel 6211

Irrigation Water

Parcel 6211 lies highest in the watershed supplying the North Fork area and straddles Muddy Creek, and Clear Creek.  Fire Mountain Ditch, Farmers Ditch, Stewart Ditch and several other irrigation companies draw water from the North Fork down stream of parcel 6211.  Any spillage of toxic materials would have immediate impact on the reservoir and all points downstream, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.  Orchard Valley Farm, Holy Terror Farm, White Buffalo Farm, Desert Weyr, Stinky Blooms Flower Farm, Fresh and Wyld Farm, Excelsior Orchards, Small Potatoes, Bissell Family Farm, Vive la Vida Farm, First Fruits Orchards, Ripe 2 U, Lamborn Farm, Stahl Orchard, Round Earth Farm, Thistle Whistle Farm, Lark Song Farm, Cobblestone Farm, Abundant Life Farm, Dancing Dog Farm, Ela Family Farm, The Living Farm, Zephyros Farm and Garden, Avalanche Cheese Farm, Mesa Wind Orchard, Leroux Creek Vineyards, Rivendell Retreat, High Wire Ranch and Orchard Valley Farm depend on irrigation water drawn downstream from this parcel.

Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Highway 133, a designated Scenic Byway, parallels parcel 6211 and is one of three primary access routes to the VOGA member farms in the North Fork Valley. Highway 133 is currently highly traveled by truck traffic in support of the local coal mines.  The increase in highway traffic and traffic on secondary roads, associated with gas development, impact the ability of potential visitors to safely get to the farms and impact the farm's ability to suggest additional activities that enhance their visit.  The Paonia Reservoir is a primary visual attraction for visitors to the valley and oil and gas activity on Parcel 6211 would be framed by former beauty of the Paonia Reservoir below and the former majesty of the Ragged Mountains above.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible to many of the guests of the farms and from the primary and secondary access roads.

Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  The Reservoir is also popular with farm guests who enjoy camping, fishing, and boating. Parcel 6211 is also primary access routes to the Huntsman

BLM_0112939

ridge area.  The parcel lies in the initial view visitors see as they crest McClure Pass.  Surface activities associated with oil and gas development will undoubtedly degrade these activities and reduce their attraction to potential visitors.

Wildlife

Parcel 6211 is prime elk habitat. It is also habitat for turkey, deer, bear and bobcat.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these farms to lose this attraction for their customers.

Summary

VOGA represents over 93 organic farms, ranches, orchards and other agricultural entrepreneurs comprising a sustainable local economy. This economy depends on our member farms' ability to produce high-quality, chemical-free fruit, vegetables, meat, cheese, wine, and farm-based products and experiences. Visitors seek out our farms to deepen their relationship with the food and land that nourishes them. Our citizens and visitors value access to public land, abundant wildlife, majestic views, clean mountain air, a safe and close-knit community, and nutritious and chemical-free food produced on local farms and ranches. Our community, as we know it, is up for lease in August.

The impacts associated with oil and gas development to irrigation water, soil, domestic water, recreation, air quality, noise and light pollution, traffic, wildlife, community, contiguous farmland and viewshed threaten the livelihoods of VOGA member farms. VOGA members would bear a severe financial burden and loss of their costumer base when oil and gas drilling and construction activity result in environmental damage.

VOGA is requesting the BLM to permanently withdraw these 22 parcels.

Attached please find Google Earth maps depicting the locations of a number of farms mentioned in this letter in relation to the parcels plus an Energy Information Administration map the lack of gas reserves in the Valley.

Sincerely,


The Valley Organic Growers Association Board of Directors


Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112940



Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112941





Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112942



Valley Organic Growers Association - PO Box 614 - Hotchkiss, CO 81419

BLM_0112943

January 10, 2012

Barbara Sharrow
August 2012 Gas Lease
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

To the decision makers evaluating the 22 proposed lease parcels in the North Fork Valley scheduled for auction in August of 2012:

The West Elks Winery Association is a party of interest in the current BLM oil and gas lease scheduled for August 2012, and registers its opposition to any and all oil and gas leasing on the mesas above, and in the valleys of, the North Fork of the Gunnison River.

The wine industry, as it exists in the North Fork area today, is the embodiment of the hard work, perseverance and risk-taking of, among others, the signatories to this letter. For nearly half a century these companies, individuals, and their predecessors have crafted a vibrant wine industry from sagebrush, pastureland, and failing orchards. Beginning in the early 1970's with university-sponsored test plots, through recognition by the then Federal Bureau of Alcohol, Tobacco and Firearms that the region warranted the special status of American Viticultural Area, to todays vibrant local wine and food culture, the vineyards and wineries surrounding Hotchkiss, Paonia, and Crawford have been steadfastly crafting a sustainable, locally-based industry relying on premium quality wine crafted from premium quality grapes, diverse, nearby recreational opportunities set amid sweeping views, and a pastoral, bucolic local ambience. The lease offering of August 2012 threatens our industry at its very roots.

The West Elks Winery Association comprises the following wineries, all of which are in the West Elks American Viticultural Area (AVA):

**5680' Cellars**
**Alfred Eames Cellars**
**Azura Cellars**
**Black Bridge Winery**
**Fire Mountain Vineyard**
**Leroux Creek Vineyards**
**Liliputian Winery**
**Mesa Winds Winery**
**North Fork Cellars**
**S. Rhodes Vineyards**
**Stone Cottage Cellars**
**Terror Creek Winery**

1 of 25

BLM_0112944

The West Elks AVA was granted in 2001, and comprises an area of 48,000 acres stretching from the western end of Rogers Mesa, west of Hotchkiss, eastward nearly to Somerset. Note that this is approximately the area encircled by the 22 proposed lease parcels. An AVA is granted to areas with, among other factors, unique climate, geography, geology, soils, or history. While there are 200 AVAs in the United States, the West Elks AVA is one of only two within Colorado.

The twelve wineries in this AVA now account for $1.5 to 2 million annually in direct sales and an additional $5 to 10 million in indirect sales. One winery member notes that of the 3500 visitors it receives each year, more than 80% are given restaurant recommendations, and over half receive lodging recommendations.

The wines and wineries of the area routinely receive accolades from prestigious local, regional and national sources. Wines produced by West Elks Wineries have regularly won "Best of the Festival" status at the annual Colorado Wine Festival in Palisade. West Elks wines have been honored at the Colorado Governor's mansion and in prestigious restaurants regionally and nationally. The West Elks Area, in State tourism literature, is referred to as the "Heart of Colorado Wine Country." The area and its wines have been reviewed on multiple occasions in Sunset Magazine, Forbes Magazine, Practical Vineyard and Winery, USA Today, The Denver Post, Edible Front Range, Edible Aspen, and internationally in Gilbert and Gaillard, to name just a few. The West Elks Area and its wineries are featured prominently in books such as, At Mesa's Edge, Mycophilia, Four Corners Vineyards and Wineries, Guide to Colorado Wines and more recently, An American Provence. In the past several years a "critical mass" has been reached. The number of wineries and the reputation of those wineries, together with the burgeoning organic, local food culture of the valley, in combination with the abundant recreational opportunity afforded by nearby private and public lands, joined with the pastoral, bucolic setting in which these exist, unite to offer visitors a unique set of experiences for which they are willing to spend significant time and money. All of this is threatened by the lease offering of August, 2012.

The viability of the wine industry in the North Fork Valley rests upon our ability to reliably produce premium quality wines from Colorado-grown produce, our ability of offer those wines, together with locally-grown food, in a bucolic, pastoral setting, and our ability to enhance our visitor's experience with abundant, nearby recreational activities.

The production of high quality wine depends upon the sufficient and timely availability of irrigation water free from pollutants. It further depends upon air free of dust, ozone and other pollutants. Offering these wines in a restful, pastoral setting requires a viewshed that is unspoiled by excessive road construction, drill pads and derricks, light pollution, and air pollution. It also requires the quiet of small country roads with minimal traffic, and an absence of the industrial whine of engines, compressors, and heavy equipment. To be able to enhance our guest's visit we rely on plentiful and un-harried wildlife, accessible camping, hiking, biking, foraging and jogging in areas unhindered by traffic,

BLM_0112945

noise, dust or pollution, pure water for fishing and boating and vistas untrammeled by industrial activity and its attendant air, water, noise and light pollution.

Oil and gas exploration and development activity, even when conducted in accordance with recognized standard operating procedures as evidenced in other areas of the West, is not compatible with the vibrant wine industry that has been developing for the last half century.

Following is a parcel by parcel description of the threat posed by offering each parcel for lease.

## Parcel 6189

**Irrigation Water**

Fire Mountain, Stewart Ditch, Farmers Ditch, Minnesota Ditch, Wade and Hightower Ditch, and several other irrigation companies either intercept this parcel or draw water from the North Fork or Minnesota Creek down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical after only a few hours.  Black Bridge Winery, North Fork Cellars, S. Rhodes Vineyard, Liliputian Winery, and 5680 Cellars depend on irrigation water drawn downstream from this parcel.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from several of the wineries and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions.  A dust mite infestation causes off-flavors in wine resulting in an inferior product.

BLM_0112946

## Parcel 6207

**Irrigation Water**

Fire Mountain, Farmers Ditch, Terror Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel.   Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.    Black Bridge Winery, Terror Creek Winery, Stone Cottage Cellars, Azura Cellars, North Fork Cellars, S. Rhodes Vineyard, Liliputian Winery, and 5680 Cellars depend on irrigation water drawn downstream from this parcel.

Pollution of our irrigation water due to gas exploration and development activity is a very real threat.   Pollution due to incorrect or unauthorized activity is always a concern. However, pollution and contamination of surface water will likely occur even if exploration activities are conducted in accordance with industry standards.   In the 2010-2011 water year, Garvin Mesa (which is directly below Parcel 6207), experienced what would be classified as a "50 year" precipitation event, not once but three separate times.  Two of those events resulted in water flows from the surface of Parcel 6207 into Terror Creek and the two gullies immediately west of Terror Creek, that far exceeded the capacity of the existing culverts, overshots and undershots.  By way of example, these flows transformed what is normally a small rivulet of irrigation runoff passing through a culvert beneath Reds Road, approximately 1/2 mile west of its junction with Garvin Mesa Road, into a raging torrent forty feet wide and 3 feet deep over the top of Reds Road.  That same torrent forced the closure of Garvin Mesa Road and Highway 133 at their junction.   It also poured down the Terror Ditch and Reservoir Company ditch system and onto the irrigated lands on Garvin Mesa.   Had drilling activities been ongoing at the time, even with strict adherence to industry standards, the water collection pits associated with drilling and hydraulic fracturing would have been unable to contain the flow and would have contaminated our surface water and our land.

**Domestic Water**

Stone Cottage Cellars, Azura Cellars, and North Fork Cellars each supply at least a portion of their domestic water or processing water needs from the aquifers just below this parcel.  Any groundwater contamination would have catastrophic impact to these wells. The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

BLM_0112947

## Coal Seam Fire

This parcel overlays a portion of the old Westmoreland Coal Mine. An explosion and fire in the 1980's caused the Mine Safety and Health Administration to seal off a portion of that mine and prompted the current owner, Bowie Resources Limited to close and reclaim the Stevens Gulch portal. The coal beyond, deemed inaccessible due to the fire, is now being accessed from the east through a newly-opened portal. It is quite possible that any drilling activity will need to pass through burning coal seam to reach the strata of interest. The increased risk of fire, explosion, and the attendant emergency response make this parcel unsuitable for exploration.

## Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The primary access to this parcel will be either Farmer's Mine Road, a light duty gravel road, or Garvin Mesa Road, a single lane gravel road. Both roads are currently highly travelled by truck traffic in support of the local coal mine. The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from several of the wineries and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions. A dust mite infestation causes off-flavors in wine resulting in an inferior product.

## Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

## Wildlife

Parcel 6207 is a winter migration route for elk moving from the Terror Creek drainage to the floor of the North Fork Valley. It is also habitat for 3 turkey flocks, deer, and bobcat that frequent the Black Bridge Winery, Terror Creek Winery, Stone Cottage Cellars, and Azura Cellars. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

BLM_0112948

## Parcel 6190

**Irrigation Water**

Stewart Ditch, Minnesota Ditch, Turner Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. North Fork Cellars, and 5680 Cellars  depend on irrigation water drawn downstream from this parcel.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.   Of particular concern is the network of hiking, jogging, mountain biking and horseback riding trails known collectively as "Jumbo Mountain."  In addition to its historical use as grazing land, the Jumbo Mountain area receives heavy usage for local recreation and is a frequent recommendation by wineries seeking to add to their visitor's experience.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Terror Creek Winery, Azura Cellars, Stone Cottage Cellars, 5680 Cellars, Black Bridge Winery, and S. Rhodes Vineyards, and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions.  A dust mite infestation causes off-flavors in wine resulting in an inferior product.

**Wildlife**

Parcel 6190 is wintering ground for elk, deer and small game.  It also hosts several breeding pairs of eagles.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

6 of 25

BLM_0112949

## Parcel 6193

**Irrigation Water**

Stewart Ditch, Minnesota Ditch, Turner Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. North Fork Cellars, and 5680 Cellars  depend on irrigation water drawn downstream from this parcel.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.  Of particular concern is the network of hiking, jogging, mountain biking and horseback riding trails known collectively as "Jumbo Mountain."  In addition to its historical use as grazing land, the Jumbo Mountain area receives heavy usage for local recreation and is a frequent recommendation by wineries seeking to add to their visitor's experience.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Terror Creek Winery, Azura Cellars, Stone Cottage Cellars, 5680 Cellars, Black Bridge Winery, and S. Rhodes Vineyards, and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions.  A dust mite infestation causes off-flavors in wine resulting in an inferior product.

**Wildlife**

Parcel 6193 is wintering ground for elk, deer and small game.  It also hosts several breeding pairs of eagles.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

BLM_0112950

## Parcel 6197

**Irrigation Water**

Parcel 6197 straddles the watershed of Reynolds Creek, Lucas Creek, and Bell Creek. It also overlays a portion of the aquifer supplying Paonia Town water.  Stewart Ditch, and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Alfred Eames Cellars depends on irrigation water drawn downstream from this parcel.

**Domestic Water**

Parcel 6197 is directly adjacent to the system of springs that supply domestic water to the town of Paonia.  Any impact to Paonia's water supply is immediately newsworthy locally, and regionally resulting in an immediate impact on the image of the valley.  That image is what draws many of our visitors to the winery in the first place.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.  Parcel 6197 borders two state wildlife refuges, and is bisected by the primary hiking trail to the top of Lamborn Mountain.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Terror Creek Winery, Azura Cellars, Stone Cottage Cellars, S. Rhodes Vineyards, Leroux Creek Vineyards, Liliputian Winery, and North Fork Cellars, and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions.  A dust mite infestation causes off-flavors in wine resulting in an inferior product.

BLM_0112951

**Wildlife**

Parcel 6197 is wintering ground for elk, deer and small game.   Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6192

**Irrigation Water**

Stewart Ditch, Minnesota Ditch, Wade and Hightower Ditch, and several other irrigation companies either intercept this parcel or draw water from the North Fork or Minnesota Creek down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.   North Fork Cellars, and 5680 Cellars depends on irrigation water drawn downstream from this parcel.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.   This is the primary access to Minnesota Reservoir and Beaver Reservoir and their associated trail systems. This parcel also boarders one of the primary local hiking accesses to the West Elks Wilderness Area. Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from several of the wineries and from the primary and secondary access roads.

**Wildlife**

Parcel 6192 is wintering ground for elk, deer and small game.   Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

BLM_0112952

## Parcel 6194

**Irrigation Water**

Stewart Ditch, Minnesota Ditch, Wade and Hightower Ditch, Lone Cabin and several other irrigation companies either intercept this parcel or draw water from the North Fork or Minnesota Creek down stream of the parcel.   Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.   North Fork Cellars, and 5680 depends on irrigation water drawn downstream from this parcel.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.   This is the primary access to Minnesota Reservoir and Beaver Reservoir. Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.   Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from several of the wineries and from the primary and secondary access roads.

**Wildlife**

Parcel 6194 is wintering ground for elk, deer and small game.   Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6205

**Irrigation Water**

Stewart Ditch, Minnesota Ditch, Turner Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of the parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Black Bridge Winery, North

10 of 25

BLM_0112953

Fork Cellars, and 5680 Cellars  depend on irrigation water drawn downstream from this parcel.

## Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.  Of particular concern is the network of hiking, jogging, mountain biking and horseback riding trails known collectively as "Jumbo Mountain."  In addition to its historical use as grazing land, the Jumbo Mountain area receives heavy usage for local recreation and is a frequent recommendation by wineries seeking to add to their visitor's experience.

## Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from Terror Creek Winery, Azura Cellars, Stone Cottage Cellars, 5680, Black Bridge Winery, and S. Rhodes Vineyards, and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions.  A dust mite infestation causes off-flavors in wine resulting in an inferior product.

## Wildlife

Parcel 6205 is wintering ground for elk, deer and small game.  It also hosts several breeding pairs of eagles.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6191

## Irrigation Water

Parcel 6191 straddles Jay Creek, Short Draw and Roatcap Creek, both tributaries to the North Fork.  Fire Mountain, Farmers Ditch, Roberts-Stucker Ditch and several other irrigation companies either intercept this parcel, lie directly below this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from

BLM_0112954

surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. S. Rhodes Vineyards  and a vineyard owned by Plum Creek Cellars of Palisade, Colorado, lie directly below 6191, and Fire Mountain Vineyard is nearby.

## Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

## Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from 5680 Cellars, Black Bridge Winery, and S. Rhodes Vineyards, and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions.  A dust mite infestation causes off-flavors in wine resulting in an inferior product.    FIre Mountain Vineyard, S. Rhodes Vineyards and the Plum Creek vineyard are especially vulnerable to dust caused by traffic to this parcel.

## Wildlife

Parcel 6191 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6195

## Irrigation Water

Parcel 6195  straddles Jay Creek, and Short Draw, both tributaries to the North Fork. Fire Mountain, Farmers Ditch, Roberts-Stucker Ditch and several other irrigation companies either intercept this parcel, lie directly below this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.  Interruption of irrigation service can, at certain times of the year, become

BLM_0112955

critical in only a few hours. S. Rhodes Vineyards  and a vineyard owned by Plum Creek Cellars of Palisade, Colorado, lie directly below 6195, and Fire Mountain Vineyard is nearby.

## Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

## Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from 5680 Cellars, Black Bridge Winery, and S. Rhodes Vineyards, and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions.  A dust mite infestation causes off-flavors in wine resulting in an inferior product.    S. Rhodes Vineyards and the Plum Creek vineyard are especially vulnerable to dust caused by traffic to this parcel.

## Wildlife

Parcel 6195 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.


## Parcel 6196

### Irrigation Water

Parcel 6196  straddles Jay Creek, and Short Draw, both tributaries to the North Fork. Fire Mountain, Farmers Ditch, Roberts-Stucker Ditch and several other irrigation companies either intercept this parcel, lie directly below this parcel or draw water from the North Fork down stream of the parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface

BLM_0112956

operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. S. Rhodes Vineyards  and a vineyard owned by Plum Creek Cellars of Palisade, Colorado, lie directly below 6196, and Fire Mountain Vineyard is immediately  adjacent.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from 5680 Cellars, Black Bridge Winery, and S. Rhodes Vineyards, and from the primary and secondary access roads.

Vineyards are susceptible to damage due to elevated ozone concentrations and damage due to dust mites that infest a vineyard under dusty conditions.  A dust mite infestation causes off-flavors in wine resulting in an inferior product.   S. Rhodes Vineyards and the Plum Creek vineyard are especially vulnerable to dust caused by traffic to this parcel.

**Wildlife**

Parcel 6196 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6198

**Irrigation Water**

Parcel 6198  straddles Cottonwood creek and several unnamed  drainages all tributary to the North Fork.  Clipper Ditch and the end of the Stewart Ditch, and several other irrigation companies either intercept this parcel, lie directly below this parcel.   Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

BLM_0112957

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.  This parcel is also the primary training ground for the Hotchkiss High School Cross Country and Track teams.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from S. Rhodes Vineyards, and from the primary and secondary access roads.

**Wildlife**

Parcel 6198 is wintering ground for deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

**Proximity to Schools**

Parcel 6198 lies adjacent to the Hotchkiss High School, the North Fork Montessori School and the North Fork Recreation Complex.  The activities and impacts associated with oil and gas exploration and development are incompatible with these existing uses.

**Parcel 6202**

**Irrigation Water**

Parcel 6202  straddles several unnamed drainages all tributary to the North Fork.   Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these

BLM_0112958

activities and reduce their attraction to potential visitors. This parcel is also the primary training ground for the Hotchkiss High School Cross Country and Track teams.

## Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from S. Rhodes Vineyards, and from the primary and secondary access roads.

## Wildlife

Parcel 6202 is wintering ground for deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Proximity to Schools

Parcel 6202 lies adjacent to the Hotchkiss High School, the North Fork Montessori School and the North Fork Recreation Complex. The activities and impacts associated with oil and gas exploration and development are incompatible with these existing uses.

## <u>Parcel 6201</u>

## Irrigation Water

Parcel 6201 straddles several unnamed drainages all tributary to the North Fork Via the Smith Fork. Clipper Ditch Aspen Ditch, and several other irrigation companies either intercept this parcel, lie directly below this parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

## Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

BLM_0112959

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route often suggested by area wineries.

**Wildlife**

Parcel 6201 is wintering ground for elk, deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6217

**Irrigation Water**

Parcel 6217 straddles several unnamed drainages all tributary to the North Fork Via the Smith Fork. Clipper Ditch Aspen Ditch, and several other irrigation companies lie directly below this parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

**Recreation**

This parcel straddles several routes (including Highway 92) that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route often suggested by area wineries.

BLM_0112960

**Wildlife**

Parcel 6217 is wintering ground for elk, deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6200

**Irrigation Water**

Parcel 6200 straddles the Smith Fork tributary of the North Fork.   Several irrigation companies either intercept this parcel, lie directly below this parcel.  Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.  Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route, lodging and restaurant facilities often suggested by area wineries.   Parcel 6200 also surrounds the Needle Rock igneous feature east of Crawford.   This monolith is, at various times of the year, a unique attraction to the area. Degradation of the viewshed surrounding Needle Rock diminishes its value considerably.

**Wildlife**

Parcel 6200 is wintering ground for deer and small game.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

18 of 25

BLM_0112961

## Proximity to Schools

Parcel 6200 lies adjacent to the Crawford Elementary School and to the town of Crawford. The activities and impacts associated with oil and gas exploration and development are incompatible with these existing uses.

## Parcel 6203

### Irrigation Water

Parcel 6203 straddles McDonald Creek and Cottonwood Creek and several irrigation companies either intercept this parcel, or lie directly below this parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

### Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

### Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route, lodging and restaurant facilities often suggested by area wineries. Parcel 6203 also near the Needle Rock igneous feature east of Crawford. This monolith is, at various times of the year, a unique attraction to the area. Degradation of the viewshed surrounding Needle Rock diminishes its value considerably.

### Wildlife

Parcel 6203 is wintering ground for elk, deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

BLM_0112962

## Parcel 6199

**Irrigation Water**

Parcel 6199 straddles McDonald Creek and Cottonwood Creek and several irrigation companies either intercept this parcel, or lie directly below this parcel. Any spillage of toxic materials would have immediate impact, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.

**Recreation**

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting. Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

**Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed**

The increase in highway traffic and traffic on secondary roads associated, with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible from a primary bicycle route, lodging and restaurant facilities often suggested by area wineries. Parcel 6199 also near the Needle Rock igneous feature east of Crawford. This monolith is, at various times of the year, a unique attraction to the area. Degradation of the viewshed surrounding Needle Rock diminishes its value considerably.

**Wildlife**

Parcel 6199 is wintering ground for elk, deer and small game. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6206

**Irrigation Water**

Parcel 6206 straddles Thompson Creek, Cottonwood Creek, and the North Fork of the Gunnison. Fire Mountain Ditch, Farmers Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of parcel 6206. Any spillage of toxic materials would have immediate impact on

BLM_0112963

the reservoir and all points downstream, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.  Black Bridge Winery, North Fork Cellars, S. Rhodes Vineyards, Liliputian Winery, and 5680 Cellars depend on irrigation water drawn downstream from this parcel.

## Proximity to Paonia Dam and Reservoir

Parcel 6206 lies directly on top of the Paonia Dam and adjacent to Paonia Reservoir and Paonia State Park.   The area surrounding the Dam, Reservoir and Park is notoriously unstable geologically.  It is prone to rock slides and mud slides on Highway 133.  As the recent developments in the Ohio gas fields indicate, gas and oil exploration and development activities have been proven to increase seismic activity in the vicinity of the operations.   Dam failure due to exploration-induced seismic activity not only interrupts the irrigation of several thousand acres of prime farmland, it threatens the livelihoods and the very lives of the citizens living down stream from Paonia Reservoir to Delta.   The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

## Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Highway 133, a designated Scenic Byway, bisects parcel 6206 and is one of three primary access routes to the wineries of the West Elks AVA.   Highway 133 is currently highly travelled by truck traffic in support of the local coal mines.   The increase in highway traffic and traffic on secondary roads, associated with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.   The Paonia Reservoir is a primary visual attraction for visitors to the valley. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible to many of the guests of the wineries and from the primary and secondary access roads.

## Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.   The Reservoir is also popular with winery guests who enjoy camping, fishing, and boating. Parcel 6206 is also a primary access route to the Raggeds Wilderness area.   Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

BLM_0112964

## Wildlife

Parcel 6206 is prime elk habitat. It is also habitat for turkey, deer, bear and bobcat. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

### Parcels 6215 and 6216

## Irrigation Water

Parcels 6215 and 6216 straddle Deep Creek, and Williams Fork. Fire Mountain, Farmers Ditch, Stewart Ditch and several other irrigation companies either intercept this parcel or draw water from the North Fork down stream of parcels 6215 and 6216. Any spillage of toxic materials would have immediate impact on the reservoir and all points downstream, as would increased silting, erosion, runoff, etc. from surface operations. Interruption of irrigation service can, at certain times of the year, become critical in only a few hours. Black Bridge Winery, North Fork Cellars, S. Rhodes Vineyards, Liliputian Winery, and 5680 Cellars depend on irrigation water drawn downstream from this parcel.

## Proximity to Paonia Dam and Reservoir

Parcels 6215 and 6216 lies adjacent to Paonia Reservoir and Paonia State Park. The area surrounding the Dam, Reservoir and Park is notoriously unstable geologically. It is prone to rock slides and mud slides on Highway 133. As the recent developments in the Ohio gas fields indicate, gas and oil exploration and development activities have been proven to increase seismic activity in the vicinity of the operations. Dam failure due to exploration-induced seismic activity not only interrupts the irrigation of several thousand acres of prime farmland, it threatens the livelihoods and the very lives of the citizens living down stream from Paonia Reservoir to Delta. The activities and impacts associated with oil and gas exploration and development are singularly incompatible with these existing uses.

## Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Highway 133, a designated Scenic Byway, parallels parcels 6215 and 6216 and is one of three primary access routes to the wineries of the West Elks AVA. Highway 133 is currently highly travelled by truck traffic in support of the local coal mines. The increase in highway traffic and traffic on secondary roads, associated with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit. The Paonia Reservoir is a primary visual attraction for visitors to the valley and oil and gas activity on Parcels 6215 and 6216 would be framed by former beauty of the Paonia Reservoir below and the former majesty of the Ragged Mountains above. Decreased

BLM_0112965

air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting the viewshed visible to many of the guests of the wineries and from the primary and secondary access roads.

## Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.   The Reservoir is also popular with winery guests who enjoy camping, fishing, and boating. Parcels 6215 and 6216 are also primary access routes to the Raggeds Wilderness area.   Surface activities associated with oil and gas development will undoubtably interrupt these activities and reduce their attraction to potential visitors.

## Wildlife

Parcels 6215 and 6216 are prime elk habitat. They are also habitat for turkey, deer, bear and bobcat.  Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.

## Parcel 6211

## Irrigation Water

Parcel 6211 lies highest in the watershed supplying the North Fork area and straddles Muddy Creek, and Clear Creek.  Fire Mountain Ditch, Farmers Ditch, Stewart Ditch and several other irrigation companies draw water from the North Fork down stream of parcels 6211.   Any spillage of toxic materials would have immediate impact on the reservoir and all points downstream, as would increased silting, erosion, runoff, etc. from surface operations.   Interruption of irrigation service can, at certain times of the year, become critical in only a few hours.  Black Bridge Winery, North Fork Cellars, S. Rhodes Vineyards, Liliputian Winery, and 5680 Cellars depend on irrigation water drawn downstream from this parcel.

## Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed

Highway 133, a designated Scenic Byway, parallels parcel 6211 and is one of three primary access routes to the wineries of the West Elks AVA.   Highway 133 is currently highly travelled by truck traffic in support of the local coal mines.   The increase in highway traffic and traffic on secondary roads, associated with gas development, impact the ability of potential visitors to safely get to the various tasting rooms and impact the winery's ability to suggest additional activities that enhance their visit.  The parcel lies in the initial view visitors see as they crest McClure Pass. Decreased air quality, increased light pollution, and hillside scarring again reduce the attraction of the area by impacting

BLM_0112966

the viewshed visible to many of the guests of the wineries and from the primary and secondary access roads.


## Recreation

This parcel straddles several routes that winery visitors use to access public and private lands for camping, hiking, fishing, mountain bike riding, foraging, and hunting.   The Reservoir is also popular with winery guests who enjoy camping, fishing, and boating. Parcel 6211 is also a primary access route to the Huntsman ridge area. Surface activities associated with oil and gas development will undoubtably degrade these activities and reduce their attraction to potential visitors.

## Wildlife

Parcel 6211 is prime elk habitat. It is also habitat for turkey, deer, bear and bobcat. Disturbances due to oil and gas exploration and development will alter the habitat for these species and may cause these wineries to lose this attraction for their customers.


## Summary

The West Elks Winery Association represents 12 wineries that continue a legacy of creating a vibrant wine industry in the North Fork area. That industry depends upon our ability to produce premium quality wines from premium quality grapes.  It depends upon our ability to offer these wines in a bucolic, pastoral setting.  It depends upon our ability to expand and enhance our guest's visit with pleasing recreational activities and premium quality food.  The impacts, due to oil and gas exploration and development, to Irrigation Water, Domestic Water, Recreation, Air Quality, Noise Pollution, Light Pollution, Traffic, Viewshed, and Wildlife, threaten to destroy half a century of hard work and sacrifice.  These impacts must be viewed cumulatively and not merely as individual parcel impacts.

We, as group, willingly face the natural risks of weather, crop failure, wine spoilage, and market fluctuations which are part and parcel of our chosen profession.  We have no interest in absorbing the risks of energy development in order to create a facade of economic feasibility around the gas lease of August 2012.   Unlike the corporations developing the resource, or the Local, State and Federal agencies reaping the monetary rewards of development, leasing, severance tax, property tax, and other income streams, we do not participate economically in the development of gas resources.  We will not be forced to absorb the costs of that development.  All impacts to uninvolved parties of your proposed action must be avoided.  If avoidance is not possible, then the enterprise is not feasible and should be permanently abandoned.   The West Elks Winery Association is of the opinion that the impacts to our livelihoods, caused by the leasing of these 22 parcels for gas exploration and development, cannot be avoided.

BLM_0112967

We therefor respectfully request that the Bureau of Land Management permanently withdraw all 22 parcels from consideration for leasing.

Sincerely,

Brent Helleckson / Karen Helleckson — Stone Cottage Cellars

John Bradley / Kathy Bradley — Black Bridge Winery

Alfred Eames Petersen — Alfred Eames Cellars

Scott Fanbuck — Scott Fanbuck Lilliputian Winery

Joanna R. Gilbert, WEEROS — Leroy Creek Vineyards

Max Eisele — Mesa Winds Winery

Rob Kimbrell — 5680' Vineyards

Jeff Schwartz — North Fork Cellars

SRhodes Vineyards

J Parker / Larry Parker — Fire Mountain Vineyard

Nina Parker / Nina Parker

J.C.C. Mathewson

Joan R Mathewson — Terror Creek Winery

Azura Cellars Facility

BLM_0112968



EXTENDED PDF FORMAT
SPONSORED BY

Stem Cell
Marker Antibodies    R&D
SYSTEMS
>Learn More
www.rndsystems.com



**Injection-Induced Earthquakes**
William L. Ellsworth
*Science* **341**, (2013);
DOI: 10.1126/science.1225942

*This copy is for your personal, non-commercial use only.*

**If you wish to distribute this article to others**, you can order high-quality copies for your
colleagues, clients, or customers by  clicking here.

**Permission to republish or repurpose articles or portions of articles** can be obtained by
following the guidelines  here.

*The following resources related to this article are available online at*
*www.sciencemag.org (this information is current as of July 16, 2013 ):*

**Updated information and services,** including high-resolution figures, can be found in the online
version of this article at:
http://www.sciencemag.org/content/341/6142/1225942.full.html

**Supporting Online Material** can be found at:
http://www.sciencemag.org/content/suppl/2013/07/10/341.6142.1225942.DC1.html

A list of selected additional articles on the Science Web sites **related to this article** can be
found at:
http://www.sciencemag.org/content/341/6142/1225942.full.html#related

This article **cites 34 articles**, 20 of which can be accessed free:
http://www.sciencemag.org/content/341/6142/1225942.full.html#ref-list-1

Downloaded from www.sciencemag.org on July 16, 2013

*Science* (print ISSN 0036-8075; online ISSN 1095-9203) is published weekly, except the last week in December, by the
American Association for the Advancement of Science, 1200 New York Avenue NW, Washington, DC 20005. Copyright
2013 by the American Association for the Advancement of Science; all rights reserved. The title  *Science*  is a
registered trademark of AAAS.

BLM_0112969

## REVIEW SUMMARY

# Injection-Induced Earthquakes

**William L. Ellsworth**

**READ THE FULL ARTICLE ONLINE**
http://dx.doi.org/10.1126/science.1225942

 Cite this article as W. L. Ellsworth,
*Science* **341**, 1225942 (2013).
DOI: 10.1126/science.1225942

**Background:** Human-induced earthquakes have become an important topic of political and scientific discussion, owing to the concern that these events may be responsible for widespread damage and an overall increase in seismicity. It has long been known that impoundment of reservoirs, surface and underground mining, withdrawal of fluids and gas from the subsurface, and injection of fluids into underground formations are capable of inducing earthquakes. In particular, earthquakes caused by injection have become a focal point, as new drilling and well-completion technologies enable the extraction of oil and gas from previously unproductive formations.

**Advances:** Microearthquakes (that is, those with magnitudes below 2) are routinely produced as part of the hydraulic fracturing (or "fracking") process used to stimulate the production of oil, but the process as currently practiced appears to pose a low risk of inducing destructive earthquakes. More than 100,000 wells have been subjected to fracking in recent years, and the largest induced earthquake was magnitude 3.6, which is too small to pose a serious risk. Yet, wastewater disposal by injection into deep wells poses a higher risk, because this practice can induce larger earthquakes. For example, several of the largest earthquakes in the U.S. midcontinent in 2011 and 2012 may have been triggered by nearby disposal wells. The largest of these was a magnitude 5.6 event in central Oklahoma that destroyed 14 homes and injured two people. The mechanism responsible for inducing these events appears to be the well-understood process of weakening a preexisting fault by elevating the fluid pressure. However, only a small fraction of the more than 30,000 wastewater disposal wells appears to be problematic—typically those that dispose of very large volumes of water and/or communicate pressure perturbations directly into basement faults.

**Outlook:** Injection-induced earthquakes, such as those that struck in 2011, clearly contribute to the seismic hazard. Quantifying their contribution presents difficult challenges that will require new research into the physics of induced earthquakes and the potential for inducing large-magnitude events. The petroleum industry needs clear requirements for operation, regulators must have a solid scientific basis for those requirements, and the public needs assurance that the regulations are sufficient and are being followed. The current regulatory frameworks for wastewater disposal wells were designed to protect potable water sources from contamination and do not address seismic safety. One consequence is that both the quantity and timeliness of information on injection volumes and pressures reported to regulatory agencies are far from ideal for managing earthquake risk from injection activities. In addition, seismic monitoring capabilities in many of the areas in which wastewater injection activities have increased since 2001 are not capable of detecting small earthquake activity that may presage larger seismic events.

### ARTICLE OUTLINE

Mechanics of Induced Earthquakes

Earthquakes Induced by Hydraulic Fracturing

Earthquakes Induced by Deep Injection

Lessons from Three Case Studies of Deep, High-Volume Injection

Other Causes of Induced Earthquakes

Hazard and Risk of Induced Earthquakes

Unknown Knowns

Reducing the Risk of Injection-Induced Earthquakes

### ADDITIONAL RESOURCES

The following resources provide an introduction to earthquake hazards and risk, the science of induced earthquakes, and strategies for managing the risk.

C. Nicholson, R. L. Wesson, "Earthquake hazard associated with deep well injection: A report to the U.S. Environmental Protection Agency," *U.S. Geol. Surv. Bull. 1951* (1990); http://pubs.usgs.gov/bul/1951/report.pdf.

Committee on Induced Seismicity Potential in Energy Technologies, *Induced Seismicity Potential in Energy Technologies* (National Research Council, Washington, DC, 2012); http://dels.nas.edu/Report/Induced-Seismicity-Potential-Energy-Technologies/13355.

S. Horton, Disposal of hydrofracking waste fluid by injection into subsurface aquifers triggers earthquake swarm in central Arkansas with potential for damaging earthquake. *Seismol. Res. Lett.* **83**, 250–260 (2012). doi:10.1785/gssrl.83.2.250

Tutorial material on probabilistic seismic hazard analysis (PSHA): www.opensha.org/sites/opensha.org/files/PSHA_Primer_v2_0.pdf

M. D. Zoback, Managing the seismic risk posed by wastewater disposal. *Earth Magazine* **57**, 38–43 (2012).

Downloaded from www.sciencemag.org on July 16, 2013

**Cumulative number of earthquakes M ≥ 3**

*(Figure: line graph, x-axis "Year" from ~1970 to 2010, y-axis "Earthquake count" 0 to 1400)*

**Earthquakes with magnitude (M) ≥ 3 in the U.S. midcontinent, 1967–2012.** After decades of a steady earthquake rate (average of 21 events/year), activity increased starting in 2001 and peaked at 188 earthquakes in 2011. Human-induced earthquakes are suspected to be partially responsible for the increase.

Earthquake Science Center, U.S. Geological Survey, Menlo Park, CA 94025, USA.
E-mail: ellsworth@usgs.gov

BLM_0112970

REVIEW

# Injection-Induced Earthquakes

**William L. Ellsworth**

Earthquakes in unusual locations have become an important topic of discussion in both North America and Europe, owing to the concern that industrial activity could cause damaging earthquakes. It has long been understood that earthquakes can be induced by impoundment of reservoirs, surface and underground mining, withdrawal of fluids and gas from the subsurface, and injection of fluids into underground formations. Injection-induced earthquakes have, in particular, become a focus of discussion as the application of hydraulic fracturing to tight shale formations is enabling the production of oil and gas from previously unproductive formations. Earthquakes can be induced as part of the process to stimulate the production from tight shale formations, or by disposal of wastewater associated with stimulation and production. Here, I review recent seismic activity that may be associated with industrial activity, with a focus on the disposal of wastewater by injection in deep wells; assess the scientific understanding of induced earthquakes; and discuss the key scientific challenges to be met for assessing this hazard.

Earthquakes are expected within tectonically active regions such as along plate boundaries or within distributed zones of deformation. Recent seismic activity across the coterminous United States, for example, concentrates along the plate boundaries of the West Coast and within the intermountain West (Fig. 1). Within such actively deforming zones, elastic strain energy accumulates in the crust, sometimes for centuries, before being released in earthquakes. The potential for earthquakes also exists within continental interiors, despite very low deformation rates (*1*). This is because shear stress levels within the interior of plates or near plate boundaries are commonly found to be near the strength limit of the crust (*2*). Under these conditions, small perturbations that effect fault stability can and do trigger earthquakes (*3–6*). For example, the injection of water under high pressure into impermeable basement rocks beneath Basel, Switzerland, to develop an enhanced geothermal system beneath the city induced four moment magnitude ($M_w$) 3 earthquakes in 2006 and 2007 (*7*) (earthquake magnitudes measured using other scales are denoted by $M$). These small earthquakes led to the abandonment of the project, loss of the investment, and ongoing litigation over compensation for damage. The extraction of natural gas from shallow deposits in the Netherlands also causes earthquakes (*8*). A recent $M$ 3.4 event near Loppersum damaged scores of homes in the area, resulting in large losses for the property owners (*9*).

Within the central and eastern United States, the earthquake count has increased dramatically over the past few years (Fig. 2). More than 300 earthquakes with $M \geq 3$ occurred in the 3 years from 2010 through 2012, compared with an average rate of 21 events/year observed from 1967 to 2000. States experiencing elevated levels of seismic activity included Arkansas, Colorado, New Mexico, Ohio, Oklahoma, Texas, and Virginia. The greatest rise in activity occurred in 2011 when 188 $M \geq 3$ earthquakes occurred. Although earthquake

Earthquake Science Center, U.S. Geological Survey, Menlo Park, CA 94025, USA.

E-mail: ellsworth@usgs.gov

Downloaded from www.sciencemag.org on July 16, 2013



**Fig. 1. Seismicity of the coterminous United States and surrounding regions, 2009–2012.** Black dots denote seismic events. Only earthquakes with $M \geq 3$ are shown; larger symbols denote events with $M \geq 4$. Background colors give the probability of peak ground acceleration with a 2% probability of exceedance in 50 years, from the U.S. National Seismic Hazard Map (*1*). Red, $\geq 1g$; orange, 0.3 to 1$g$; yellow, 0.1 to 0.3$g$; light green, 0.03 to 0.1$g$; darker green, 0.03 to 0.1$g$.

BLM_0112971

REVIEW

detection improved for $M < 3$ as the USArray transportable seismograph array began to pass through the region starting in 2008 (*10*), a recent report on seismicity in the central and eastern United States found that the probability of missing $M \geq 3$ earthquakes in the region has been near zero for decades (*11*). Consequently, the increased earthquake count represents a temporal change in earthquake rate. Because the hazard of damaging ground shaking is fundamentally related to the rate of earthquake occurrence (*1*), regions where the rate increased may be more hazardous than forecast by the 2008 version of the U.S. National Seismic Hazard Map (Fig. 1) (*1*). Understanding why seismicity increased and how this increase affects the hazard have become a priority for the earthquake-research community.

A number of these recent earthquakes occurred in areas where specific types of nearby industrial activities raise the possibility that these events were induced by human activity. Here, I will use the term "induced" to include both earthquakes triggered by anthropogenic causes that primarily release tectonic stress and those that primarily release stresses created by the industrial activity (*4*). Understanding which earthquakes may have been induced and, if so, how are challenging problems to solve in the current data-poor environment.

Several examples since 2011 highlight the difficulty in determining whether earthquakes were induced by human activity. The $M_w$ 4.0 earthquake on 31 December 2011 in Youngstown, Ohio, appears to have been induced by injection of wastewater in a deep Underground Injection Control (UIC) class II well (*12*). The $M_w$ 4.7 27 February 2011 central Arkansas earthquake has also been linked to deep injection of wastewater (*13*). The $M_w$ 4.4 11 September 2011 earthquake near Snyder, Texas, occurred in an oil field where injection for secondary recovery has been inducing earthquakes for years (*14*). The $M_w$ 4.8 10 October 2011 earthquake near Fashing, Texas, occurred in a region where long-term production of gas has been linked to earthquake activity (*15*). For others, such as the $M_w$ 5.7 6 November 2011 central Oklahoma earthquake (*16*) or the $M_w$ 4.9 17 May 2012 east Texas earthquake (*17*), where active wastewater-injection wells are located near their respective epicenters, the question of natural versus induced remains an active topic of research.

The potential association between deep wastewater disposal wells and earthquakes has received considerable attention due to the association of this activity with the development of tight shale formations for gas and petroleum by hydraulic fracturing, or "fracking" (*5*). Wells used in the U.S. petroleum industry to inject fluids are regulated as UIC class II wells. Approximately 110,000 of these wells are used for enhanced oil recovery. In addition, 30,000 class II wells in the United States are used for wastewater disposal. Of these wells, most have no detected seismicity within tens of kilometers, although a few are correlated with seismicity (*18*). However, this can be said with confidence only for earthquakes $M_w \geq 3$, as

smaller earthquakes are not routinely reported in the central and eastern United States. So it is possible that smaller earthquakes could be more common in the vicinity of these wells. In California, where the completeness threshold is below $M_w$ 2, the majority of the 2300 active wastewater-injection wells are located in regions of low seismicity. As with elsewhere in the United States, a small fraction of the California wastewater wells coincide with earthquakes, which raises the question of what factors distinguish those seismically active wells from the majority of wells if the earthquakes and injection activities are related.

## Mechanics of Induced Earthquakes

Earthquakes release stored elastic strain energy when a fault slips. A fault will remain locked as long as the applied shear stress is less than the strength of the contact. The failure condition to initiate rupture is usually expressed in terms of the effective stress $\tau_{crit} - \mu(\sigma_n - P) + \tau_o$ where the critical shear stress $\tau_{crit}$ equals the product of the coefficient of friction $\mu$ and the effective normal stress given by the difference between the applied normal stress $\sigma_n$ and the pore pressure $P$ (*3, 19, 20*). For almost all rock types, $\mu$ lies be-

tween 0.6 and 1.0, and the cohesive strength of the sliding surface, $\tau_o$, is negligible under typical crustal conditions. Increasing the shear stress, reducing the normal stress, and/or elevating the pore pressure can bring the fault to failure, triggering the nucleation of the earthquake (Fig. 3). Once initiated, sliding resistance drops and seismic waves radiate away, driven by the imbalance between the elastic stress stored in the surrounding rock mass and the frictional resistance of the dynamically weakened sliding surface. Rupture will continue to propagate, as long as the wave-mediated stress at the rupture front exceeds the static strength, and may extend into regions where the ambient stresses are below the failure threshold.

Rocks fail in tension when the pore pressure exceeds the sum of the least principal stress, $\sigma_3$, and the tensile strength of the rock, forming an opening-mode fracture that propagates in the plane normal to $\sigma_3$. The industrial process of hydraulic fracturing commonly involves both tensile and shear failure. Depending on the local stress state, hydraulically conductive fractures may be induced to fail in shear before $P = \sigma_3$. A successful "frac job" may create a fracture network dominated by pathways created by shear failure (*21*).



**Fig. 2. Cumulative count of earthquakes with $M \geq 3$ in the central and eastern United States, 1967–2012.** The dashed line corresponds to the long-term rate of 21.2 earthquakes/year. (**Inset**) Distribution of epicenters in the region considered here.

Downloaded from www.sciencemag.org on July 16, 2013

BLM_0112972

Earthquakes are known to be induced by a wide range of human activities (*3–5*) that modify the stress and/or pore pressure (Fig. 3). At present, with the use of seismological methods, it is not possible to discriminate between man-made and natural tectonic earthquakes. Induced earthquakes sometimes occur at the source of the stress or pressure perturbation; at other times, these events take place deep below and kilometers away from the source. When removed from the source, induced earthquakes typically release stored tectonic stress on preexisting faults, as do natural earthquakes. Sometimes induced events occur shortly after the industrial activity begins, but in other cases they happen long after it has been under way or even ceased. Factors that should enhance the probability of a particular stress or pore-pressure perturbation inducing earthquakes include the magnitude of the perturbation, its spatial extent, ambient stress condition close to the failure condition, and the presence of faults well oriented for failure in the tectonic stress field. Hydraulic connection between the injection zone and faults in the basement may also favor inducing earthquakes, as the tectonic shear stress increases with depth in the brittle crust (*2*). In addition, the larger the fault, the larger the magnitude of earthquakes it can host.

Methods for anticipating the time of failure have long been the "holy grail" of seismology (*22*). Though short-term prediction remains an elusive goal, it has been proposed that critically loaded faults have enhanced triggering susceptibility to dynamic stresses from distant earthquakes (*23*). Specifically, some but not all of the sites where fluid-injection–induced earthquakes are suspected of contributing to the recent increase in seismicity in the midcontinent (Fig. 2) experienced increased rates of microearthquakes in the days immediately after three recent great earthquakes (*23*).

### Earthquakes Induced by Hydraulic Fracturing

The industrial process of hydraulic fracturing involves the controlled injection of fluid under pressure to create tensile fractures, thereby increasing the permeability of rock formations. It has been used for well over half a century to stimulate the recovery of hydrocarbons. For many decades, the primary application was to improve the output of aging oil and gas reservoirs. Beginning in the late 1990s, technologies for extracting natural gas and oil from tight shale formations led to the development of new natural gas fields in many parts of the central and eastern United States, western Canada, and Europe. Global development of oil and gas from shale will undoubtedly continue, as the resource potential is high in many parts of the world.

Extracting hydrocarbons from shale requires the creation of a network of open fractures connected to the borehole. Horizontal drill holes extending up to several kilometers within the shale formation undergo a staged series of hydraulic fractures, commonly pressurizing a limited section of the cased well at a time to stimulate the flow of gas or oil into the well. Each stage involves the high-pressure injection of water into the formation. Fracking intentionally induces numerous microearthquakes, the vast majority with $M_w < 1$.

Several cases have recently been reported in which earthquakes large enough to be felt but too small to cause structural damage were associated directly with fracking. These cases are notable because of the public concern that they raised, despite maximum magnitudes far too small to cause structural damage. Investigation of a sequence of felt events with maximum $M$ 2.9 in south central Oklahoma revealed a clear temporal correlation between fracking operations in a nearby well and the seismic activity (*24*). Available data were insufficient to definitely rule out a natural cause due to the occurrence of some natural seismicity in the general area. In April and May 2012, a series of induced earthquakes with maximum $M$ 2.3 occurred near Blackpool, United Kingdom (*25*), during fracking to develop a shale gas reservoir.

One of the major shale plays in the United States—the Marcellus Shale of the Appalachian Basin in Pennsylvania, West Virginia, Ohio, and New York—lies within a region characterized by low levels of natural seismic activity (Fig. 1). The regional seismographic network operated by Lamont Doherty Earth Observatory (LDEO) systematically catalogs all earthquakes with $M \geq 2$ in Pennsylvania (Fig. 4). Although thousands of hydraulic fractures were done in Pennsylvania since major development of the field began in 2005, only six earthquakes with $M \geq 2$ were detected by the LDEO network within the footprint of the Marcellus Shale, the largest of which was just $M$ 2.3. The largest earthquake in the region since the development of shale gas happened across the Ohio border in Youngstown, where it was induced by injection (*12*), much of the fluid apparently coming from wells in Pennsylvania.

Beginning in 2009, an unusual sequence of earthquakes was noted in the Horn River Basin of British Columbia, including 21 events with $M_w$ 3.0 and larger. Only the largest, at $M_w$ 3.6, was reported as felt by workers in this remote area where it did no damage (*26*). The investigation into the cause of these events by the BC Oil and Gas Commission (*26*) concluded that the events "were caused by fluid injection during hydraulic fracturing in proximity of pre-existing faults." Two of the hydrofrac treatments were recorded by dense seismometer deployments at the surface. Precise hypocentral locations showed that the induced earthquakes occurred on previously unknown faults located outside of the stimulation interval that were well oriented for failure in the ambient stress field. Apparently, fracture pressure was quickly communicated through hydraulically conductive pathways and induced slip on critically stressed faults via reduction of the effective normal stress.

### Earthquakes Induced by Deep Injection

There has been a growing realization that the principal seismic hazard from injection-induced earthquakes comes from those associated with disposal of wastewater into deep strata or basement formations (*5*). Before 2011, the $M_w$ 4.8 event on 9 August 1967 near Denver, Colorado, was the largest event widely accepted in the scientific community as having been induced by wastewater injection (*5*). The hazard landscape of what is possible has shifted due to the fact that wastewater injection into a depleted oil field may have played in the $M_w$ 5.7 6 November 2011 central Oklahoma earthquake (*16*), although a consensus on its origin has not yet been reached (*27*). This earthquake damaged homes and unreinforced masonry buildings in the epicentral



**Fig. 3. Schematic diagram of mechanisms for inducing earthquakes.** Earthquakes may be induced by increasing the pore pressure acting on a fault (**left**) or by changing the shear and normal stress acting on the fault (**right**). See (*4*).

Downloaded from www.sciencemag.org on July 16, 2013

BLM_0112973

REVIEW

area and was felt as far as 1000 km away in Chicago, Illinois.

The November 2011 central Oklahoma earthquake sequence initiated very close to a pair of wastewater-injection wells where disposal operation began 18 years earlier (*16*). No unusual seismicity was detected in this historically quiet region, where only a few events of $M < 2$ were noted, until a $M_w$ 4.1 earthquake occurred near the wells in early 2010. Aftershocks of this event continued sporadically through 2010 and into mid-2011. This decaying sequence was shattered by a $M_w$ 5.0 earthquake on 5 November 2011, followed 20 hours later by the $M_w$ 5.7 mainshock. With the initiating point of the November sequence within 1.5 km of the injection wells and some earthquake hypocenters at the same depth as injection, the potential for a causal connection between injection and the earthquakes is clear. The long delay between the start of injection and the earthquakes, however, deviates from the pattern seen in other documented cases of injection-induced seismicity, such as the 2011 Youngstown, Ohio, earthquake where there was, at most, a few months of delay before induced seismicity began. In the Oklahoma case, years of injection may have been needed to raise the pore pressure above the preproduction level in this depleted oil field before fault strength was exceeded (*16*).

Much of the concern about earthquakes and fracking centers on the injection of wastewater, composed of flowback fluids and coproduced formation brine in deep wells, and not on fracking itself. Wastewater disposal appears to have induced both the 2011 central Arkansas earthquake (*13*) and the 2011 Youngstown, Ohio, earthquake (*12*), as mentioned above. Unprecedented levels of seismicity have also been seen in the Barnett Shale in north central Texas, where commercial development of shale gas was pioneered. Since development began in late 1998, nine earthquakes of $M \geq 3$ occurred, compared with none in the preceding 25 years. A notable sequence occurred in the Dallas–Fort Worth area from October 2008 through May 2009. A detailed investigation of this sequence concluded that the earthquakes were most probably caused by disposal of shale gas wastewater in a UIC class II disposal well at the Dallas/Fort Worth International Airport (*28*), although as with the Oklahoma earthquake, not all investigators agree that the case is proven (*29*). Because routine earthquake reporting in the region is incomplete for events of $M < 3$, the passage of the USArray Transportable Array through the region over an 18 month period in 2009–2011 made it possible to improve magnitude completeness to $M$ 1.5 and location accuracy by several fold. Epicenters for the most reliable locations were clustered in eight groups, all within 3 km of high-rate (>25,000 m³/month) wastewater-injection wells (*18*). These results suggest that the injection rate, as well as the total

volume of injection, may be a predictor of seismic potential.

### Lessons from Three Case Studies of Deep, High-Volume Injection

Conclusions about the cause of many of the recent earthquakes suspected of being induced by injection are complicated by incomplete information on the hydrogeology, the initial state of stress and pore pressure, the pumping history of the well(s), and where pressure changes are being communicated at depth. Routine earthquake locations with uncertainties of 5 to 10 km and a high magnitude-detection threshold are of limited use. Three particularly well-documented cases of injection-induced seismicity from Colorado illustrate what can be learned when more is known about the pre-injection stress state and seismicity, as well as the injection history.

### Rocky Mountain Arsenal

In 1961, a deep injection well was drilled at the Rocky Mountain Arsenal (RMA) northeast of Denver, Colorado, to dispose of hazardous chemicals produced at this defense plant (*30*). Within several months of the start of routine injection in the 3.6-km-deep well in March 1962, residents of the northeastern Denver area began to report earthquakes, and events registered on two nearby seismic stations. Between the start of injection and its termination in February 1966, a total of 13 earthquakes with body wave magnitudes ($m_b$) 4 and larger occurred. The following year, the three largest of the Denver earthquakes occurred, including the $M_w$ 4.8 event on 9 August 1967 that caused minor structural damage near the epicenter. By this time, the earthquakes had migrated as far as 10 km from the injection point (*31*). Hydrologic modeling showed that the migrating seismicity would track a critical pressure front of 3.2 MPa (*32*). Although declining,



**Fig. 4. Seismicity of Pennsylvania and surrounding regions, 1970–2012.** Shading indicates areas underlain by deposits of the Marcellus Shale. Blue dots, earthquakes before 2005; red dots, after 2005. Seismicity was determined by the Lamont Doherty Earth Observatory (*45*).

earthquake activity continued for the next two decades, including a $m_b$ 4.3 earthquake on 2 April 1981. The RMA earthquakes demonstrate how the diffusion of pore pressure within an ancient fault system can initiate earthquakes many kilometers from the injection point, delayed by months or even years after injection ceased.

### Rangely

The insights gained from RMA led to the suggestion that earthquakes could be controlled by modulating the fluid pressure in the fault, according to the effective-stress relation (*19*). In 1969, the U.S. Geological Survey (USGS) began an experiment to test the effective-stress hypothesis in the Rangely oil field in northwestern Colorado (*20*). Water injected into the reservoir under high pressure had been used to enhance oil production at Rangely since 1957. The operator, Chevron Oil Company, gave USGS permission to regulate the fluid pressure in a portion of the field that was known to be seismically active. Laboratory measurements of the coefficient of friction on core samples of the reservoir rocks and in situ determination of the state of stress led to the prediction that a critical fluid pressure of 25.7 MPa would be required to induce earthquakes. Two cycles of fluid injection and withdrawal were conducted between 1969 and 1973. When the pressure in a monitoring well exceeded the target pressure, earthquake activity increased; when pressure was below the threshold, earthquake activity decreased. In particular, the earthquake activity ceased within 1 day of the start of backflow in May 1973, providing strong evidence that the rate of seismicity could be controlled by adjusting the pore pressure at the depth where earthquakes initiate, if stress conditions and the strength of the faulted rock mass were known. The rapid response of seismicity at the onset of backflow also emphasized the importance of understanding the geohydrology and, in particular, the importance of hydraulically conductive faults and fractures for transmitting pore pressure within the system.

### Paradox Valley

An ongoing fluid-injection project has been under way since 1996 in Paradox Valley in southwestern Colorado, where the saline shallow water table is being suppressed by pumping to prevent salt from entering the Dolores River as it crossed the valley and, eventually, the Colorado River further downstream (*33*). In its natural state, the Dolores River picks up salt from the groundwater as it crosses Paradox Valley. After extensive study of alternatives, the U.S. Bureau of Reclamation determined that high-pressure injection of brine into a deep disposal well (UIC class V) provided the best method for reducing the salinity of the Dolores River. Injection occurs in a tight, but highly fractured dolomitic limestone with a fracture-dominated porosity of less than 6% located 4.3 km

Downloaded from www.sciencemag.org on July 16, 2013

BLM_0112974

below land surface. To date, more than $7 \times 10^6$ m$^3$ of brine have been injected. One operational objective, based on both the RMA and Rangely experiences, was the need to minimize the magnitude of earthquakes induced by injection.

A local seismic network was established in 1985 to determine background levels of seismicity before the drilling of the well and initial injection tests. Between 1985 and June 1996, only three tectonic earthquakes were detected within 15 km of the well and just 12 within 35 km (33). However, hundreds of earthquakes were induced during injection tests conducted between 1991 and 1995. Most of these earthquakes were concentrated within 1 km of the injection point, although a few were located 3 to 4 km from this site. All events were below $M$ 3. The occurrence

of induced earthquakes is not notable here, as injection required a bottom hole pressure in excess of the hydraulic fracture pressure of 70 MPa.

High injection pressure was needed to keep pace with the disposal requirements; consequently, induced earthquakes were expected when disposal operations went into production in 1996. Continuous monitoring of injection pressures and volumes, along with seismicity, is being conducted to insure the safe operation of the project. During the first few years of operations, several of the induced earthquakes exceeded $M$ 3, necessitating changes in injection procedures in an attempt to limit the maximum magnitude. The dimension of the activated zone also grew, with earthquakes as far as 8 km from the injection point appearing within a year and events to beyond 12 km several

years later (Fig. 5). Because seismicity rapidly abated after each injection test, it was hypothesized that occasional shutdowns of 20 days would allow the fluid pressure to equilibrate, reducing the potential for larger events (33). By itself, this procedure proved inadequate, as a $M$ 4.3 event was induced in May 2000.

After this earthquake, a new procedure was introduced in 2000 that involved periodic 20-day shutdowns and a 33% reduction in the injection volume, which initially reduced the required bottom hole pressure to 78 MPa. Over the following decade, the pressure required to inject that volume steadily increased to more than 84 MPa in 2012, drawing the revised strategy into question, as a steadily increasing injection pressure is not sustainable in the long term. On 24 January



**Fig. 5. Seismicity near Paradox Valley, Colorado.** The U.S. Bureau of Reclamation extracts saline groundwater from shallow wells where the Dolores River crosses Paradox Valley to prevent its entry into the Colorado River system. Since 1996, the brine has been disposed of by injection into a 4.3-km-deep UIC class V well. Injection has induced more than 1500 earthquakes with $M \geq 1$, including the $M_w$ 3.9 earthquake on 25 January 2013, which was located 8 km northwest of the well.

Downloaded from www.sciencemag.org on July 16, 2013

BLM_0112975

REVIEW

2013, a $M_w$ 3.9 earthquake occurred 8 km north-west of the well in a previously active cluster, causing strong shaking in the town of Paradox, Colorado (Fig. 5). As a consequence, injection was halted for 12 weeks before restarting at a reduced rate. The Paradox Valley experience illustrates how long-term, high-volume injection can lead to the continued expansion of the seismically activated region and the triggering of large-magnitude events many kilometers from the injection well more than 15 years after observation of the initial seismic response. This case study also illustrates the challenges for managing the risk once seismicity has been induced.

**Other Causes of Induced Earthquakes**

According to the effective-stress model described above, earthquakes can be induced by either reducing the effective normal stress or raising the shear stress (3–5). It has been known for decades that large reservoirs can induce earthquakes either from the effect of the elastic load of the reservoir or by diffusion of elevated pore pressure (34). Well-known examples include the deadly 1967 $M$ 6.3 earthquake in Koyna, India (35). Yet, establishing a causal connection can be difficult when natural seismicity occurs nearby. For example, the debate about the role of the Zipingpu reservoir in triggering the $M_w$ 7.9 2005 Wenchuan, China, earthquake may never be resolved (36, 37). What is clear, however, is that deep reservoirs in tectonically active zones carry a real risk of inducing damaging earthquakes.

Earthquakes throughout the world are also recognized to be associated with mining, petroleum and gas production, and geothermal energy extraction. Withdrawal of large volumes of fluid or gas from a reservoir or creation of a void space in a mine may modify the state of stress sufficiently to induce earthquakes that relax the stress perturbations (4). Production may also release tectonic stress. The long-term pumping of groundwater may have induced the deadly $M_w$ 5.1 earthquake in Lorca, Spain, on 11 May 2011 (38). Pore-pressure changes alone can also induce seismicity, such as by waterflooding for secondary recovery of oil or to maintain the fluid level in a geothermal reservoir, or when a mine is abandoned and allowed to flood (3, 4). The physical connection between operational parameters such as injected volume and the seismic response can be complex. In the Salton Sea Geothermal Field, for example, the seismicity rate positively correlates with the net volume of produced fluid (extraction minus injection) rather than net injection, as would be expected if seismicity rate simply tracked pore pressure (39). This underscores the importance of geomechanical modeling for transferring understandings developed in one setting to others.

**Hazard and Risk of Induced Earthquakes**

The hazard from earthquakes depends on proximity to potential earthquake sources, their magnitudes, and rates of occurrence and is usually expressed in probabilistic terms (1, 40). The U.S. National Seismic Hazard Map, for example, gives the exceedance probabilities for a variety of ground-motion measures from which the seismic design provisions in the building codes are derived (Fig. 1) (1). Our understanding of the hazard will evolve as new information becomes available about the underlying earthquake sources, which are ideally derived from a combination of fault-based information and historical seismicity. Accounting for the hazard of induced earthquakes, however, presents some formidable challenges.

In the current U.S. map (Fig. 1), for example, the estimated hazard in most parts of the central and eastern regions of the country derives exclusively from historical seismicity. How should increases in the earthquake rate since 2009 (Fig. 2) be incorporated in the model? Should identified or suspected induced earthquakes be treated the same as or differently than natural events? In particular, do induced earthquakes follow the same magnitude-frequency distribution models as natural earthquakes? This issue has particular importance, as the high end of the magnitude distribution, where events are infrequent, contributes disproportionately to both the hazard and risk. Although injection-induced earthquakes have done only minor damage in the United States to date (5), the 2011 central Oklahoma earthquake was the same magnitude as the 1986 San Salvador, El Salvador, tectonic earthquake that killed more than 1500 people, injured more than 10,000, and left 100,000 homeless (41). Losses on this scale are unlikely in North America and northern Europe, where a catastrophic building collapse in a $M_w$ 5.7 earthquake is unlikely, but the same cannot be said for large portions of the world where nonductile concrete frame or unreinforced masonry buildings are prevalent. The earthquake that killed nine and caused serious damaged Lorca, Spain, was even smaller at $M_w$ 5.1 (40). The heavy losses in this possibly induced earthquake resulted from the exposure of many fragile buildings to strong shaking from this very shallow-focus earthquake (42). This event should serve as a reminder that risk is the product of the hazard, exposure, and vulnerability.

**Unknown Knowns**

Ignorance of the things that we understand we should know but do not leaves us vulnerable to unintended consequences of our actions. The effective-stress model provides straightforward guidance for avoiding induced earthquakes but requires knowledge that we rarely possess of the stress state and pore pressure acting on the fault. Quantitative predictions from the model depend on knowing initial stress and pore-pressure conditions and how perturbations to those conditions due to injection will affect the surroundings. For example, pore-pressure changes in a fault kilometers from the injection point depend on the hydrologic characteristics of connecting pathways that will, in all likelihood, be poorly known. The seismic response might not take place immediately, and decades may elapse before a damaging event occurs, as illustrated by the recent Paradox Valley

earthquake and possibly the central Oklahoma earthquake as well. Simply injecting water by gravity feed (pouring it down the well with no surface pressure) sounds safe enough. But if the deep aquifer system was originally underpressured and the faults were in frictional equilibrium with the stress (2), this apparently benign type of injection can bring faults to failure by raising the water table and, hence, the pore pressure acting on the fault.

The fact that the great majority of UIC class II injection wells in the United States appear to be aseismic, at least for earthquakes $M_w > 3$, suggests that ambient conditions in geologic formations commonly approved for disposal are far enough removed from failure that injection can be done with low risk, provided that the pressure perturbation remains confined within the intended formation. The largest injection-induced events have all involved faulting that is considerably deeper than the injection interval (13, 16, 30, 43), suggesting that transmission of increased pressure into the basement elevates the potential for inducing earthquakes. Consequently, detection of seismicity in the vicinity of the well or changes in seismicity in the neighborhood should prompt reevaluation of the hazard.

License and operational requirements for UIC class II wells in the United States are regulated under the Safe Drinking Water Act, by the U.S. Environmental Protection Agency or by delegation of authority to state agencies. The law's provisions are primarily directed toward protection of potable aquifers by requiring injection into formations deep below and geologically isolated from drinking water sources. As such, the law focuses on well integrity, protection of impermeable barriers above the injection zone, and setting operational injection pressure limits to avoid hydraulically fracturing the well. Diffusion of pore pressure into basement faults or injection pressure that would raise critically stressed faults to failure is not considered in U.S. federal regulations. From a scientific standpoint, measuring the initial stress state and pore pressure, tracking of injection history, and careful seismic monitoring would be of great value. At present, little more is required by regulation than an estimate of the fracture pressure (not to be exceeded) and monthly reporting of total injection volume and average injection pressure. In most cases, this information is not sufficient to apply the effective-stress model or gain an understanding of the hazard posed by injection activity.

**Reducing the Risk of Injection-Induced Earthquakes**

How can the risk of inducing damaging earthquakes through human activity be minimized in an information-poor environment? Long-term and high-volume injection in deep wells clearly carries some risk (18), even though most wells are apparently aseismic (5). In contrast, earthquakes induced during hydraulic fracturing have lower risk because of their much smaller magnitudes. The largest fracking-induced earthquakes

Downloaded from www.sciencemag.org on July 16, 2013

BLM_0112976

(24, 26) have all been below the damage threshold for modern building codes.

One approach for managing the risk of injection-induced earthquakes involves setting seismic activity thresholds that prompt a reduction in injection rate or pressure or, if seismic activity increases, further suspension of injection (44). Such "traffic-light" systems have been used selectively, going back to at least the RMA well pump tests in 1966–1967. The traffic-light system used in in Basel, Switzerland (7), did not stop the four $M_w$ 3 earthquakes from happening but might have prevented larger events. The decision to stop injection in the Youngstown, Ohio, well, based on the seismicity (12) and made the day before the $M_w$ 4.0 event, resulted in seismicity near the well declining within a month. All of these examples feature better seismic monitoring capabilities than currently exist in much of the United States or most of the rest of the world. Lowering the magnitude-detection threshold in regions where injection wells are concentrated to below $M_w$ 2 would certainly help, as a traffic-light system using the current U.S. detection threshold of $M_w$ 3 in many of these areas would have limited value. Improvements in the collection and timeliness of reporting of injection data to regulatory agencies would provide much-needed information on hydrologic conditions potentially associated with induced seismicity. In particular, daily reporting of volumes, peak, and mean injection pressures would be a step in the right direction, as would measurement of the pre-injection formation pressure.

Ultimately, better knowledge of the stress and pressure conditions at depth; the hydrogeologic framework, including the presence and geometry of faults; and the location and mechanisms of natural seismicity at a few sites will be needed to develop a predictive understanding of the hazard posed by induced earthquakes. Industry, regulatory agencies, and the public are all aware that earthquakes can be induced by fluid injection. Industry needs clear requirements under which to operate, regulators must have a firm scientific foundation for those requirements, and the public needs assurance that the regulations are adequate and are being observed.

### References and Notes

1. M. D. Petersen, A. D. Frankel, S. C. Harmsen, C. S. Mueller, K. M. Haller, R. L. Wheeler, R. L. Wesson, Y. Zeng, O. S. Boyd, D. M. Perkins, N. Luco, E. H. Field, C. J. Wills, K. S. Rukstales, "Documentation for the 2008 update of the United States National Seismic Hazard Map," *U.S. Geol. Surv. Open-File Rep. 2008–1128* (2008).

2. J. Townend, M. D. Zoback, How faulting keeps the crust strong. *Geology* **28**, 399–402 (2000). doi: 10.1130/0091-7613(2000)28<399:HFKTCS>2.0.CO;2

3. C. Nicholson, R. L. Wesson, "Earthquake hazard associated with deep well injection: A report to the U.S. Environmental Protection Agency," *U.S. Geol. Surv. Bull. 1951* (1990); http://pubs.usgs.gov/bul/1951/report.pdf.

4. A. McGarr, D. Simpson, L. Seeber, "Case histories of induced and triggered seismicity," *International Handbook of Earthquake and Engineering Seismology* (Academic Press, Waltham, MA, 2002), vol. 8, chap. 40.

5. Committee on Induced Seismicity Potential in Energy Technologies, *Induced Seismicity Potential in Energy Technologies* (National Research Council, Washington, DC, 2012); http://dels.nas.edu/Report/Induced-Seismicity-Potential-Energy-Technologies/13355.

6. K. F. Evans, A. Zappone, T. Kraft, N. Deichmann, F. Moia, A survey of the induced seismic responses to fluid injection in geothermal and $CO_2$ reservoirs in Europe. *Geothermics* **41**, 30–54 (2012). doi: 10.1016/j.geothermics.2011.08.002

7. N. Deichmann, D. Giardini, Earthquakes induced by the stimulation of an enhanced geothermal system below Basel (Switzerland). *Seismol. Res. Lett.* **80**, 784–798 (2009). doi: 10.1785/gssrl.80.5.784

8. T. van Eck, F. Goutbeek, H. Haak, B. Dost, Seismic hazard due to small-magnitude, shallow-source induced earthquakes in The Netherlands. *Eng. Geol.* **87**, 105–121 (2006). doi: 10.1016/j.enggeo.2006.06.005

9. J. Tagliabue, "Parts of low country are now quake country," *New York Times*, 26 March 2013, p. A6.

10. F. L. Vernon, L. Astiz, Seismicity in the mid-continental U.S. as recorded by the Earthscope USArray Transportable Array. *Geol. Soc. Am. Abstr. Programs* **44**, 511 (2012).

11. "Technical report: Central and eastern United States seismic source characterization for nuclear facilities," Appendix B (Electric Power Research Institute, Palo Alto, CA; U.S. Department of Energy and U.S. Nuclear Regulatory Commission, Washington, DC; 2012).

12. W.-Y. Kim, Induced seismicity associated with fluid injection into a deep well in Youngstown, Ohio. *J. Geophys. Res.* 10.1002/jgrb.50247 (2013).

13. S. Horton, Disposal of hydrofracking waste fluid by injection into subsurface aquifers triggers earthquake swarm in central Arkansas with potential for damaging earthquake. *Seismol. Res. Lett.* **83**, 250–260 (2012). doi: 10.1785/gssrl.83.2.250

14. S. D. Davis, W. D. Pennington, Induced seismic deformation in the Cogdell oil field of west Texas. *Bull. Seismol. Soc. Am.* **79**, 1477–1495 (1989).

15. W. D. Pennington, S. D. Davis, The evolution of seismic barriers and asperities caused by the depressuring of fault planes in oil and gas fields of south Texas. *Bull. Seismol. Soc. Am.* **76**, 939–948 (1986).

16. K. M. Keranen, H. M. Savage, G. A. Abers, E. S. Cochran, Potentially induced earthquakes in Oklahoma, USA: Links between wastewater injection and the 2011 $M_w$ 5.7 earthquake sequence. *Geology* **41**, 699–702 (2013). doi: 10.1130/G34045.1

17. W. A. Brown, C. Frohlich, Investigating the cause of the 17 May 2012 M 4.8 earthquake near Timpson, east Texas (abstr.). *Seismol. Res. Lett.* **84**, 374 (2013).

18. C. Frohlich, Two-year survey comparing earthquake activity and injection-well locations in the Barnett Shale, Texas. *Proc. Natl. Acad. Sci. U.S.A.* **109**, 13934–13938 (2012). doi: 10.1073/pnas.1207728109; pmid: 22869701

19. M. K. Hubbert, W. W. Rubey, Role of fluid pressure in mechanics of overthrust faulting. *Geol. Soc. Am. Bull.* **70**, 115–206 (1959). doi: 10.1130/0016-7606(1959)70[115:ROFPIM]2.0.CO;2

20. C. B. Raleigh, J. H. Healy, J. D. Bredehoeft, An experiment in earthquake control at Rangely, Colorado. *Science* **191**, 1230–1237 (1976). doi: 10.1126/science.191.4233.1230; pmid: 17737698

21. C. Barton, D. Moos, K. Tezuka, Geomechanical wellbore imaging: Implications for reservoir fracture permeability. *AAPG Bull.* **93**, 1551–1569 (2009). doi: 10.1306/06180909030

22. W. H. Bakun et al., Implications for prediction and hazard assessment from the 2004 Parkfield earthquake. *Nature* **437**, 969–974 (2005). doi: 10.1038/nature04067; pmid: 16222291

23. R. J. van der Elst, H. M. Savage, K. M. Keranen, G. A. Abers, Enhanced remote earthquake triggering at fluid-injection sites in the midwestern United States. *Science* **341**, 164–167 (2013).

24. A. Holland, Earthquakes triggered by hydraulic fracturing in south-central Oklahoma. *Bull. Seismol. Soc. Am.* **103**, 1784–1792 (2013).

25. C. A. Green, P. Styles, "Preese Hall shale gas fracturing: Review and recommendations for induced seismicity mitigation" (2012); www.gov.uk/government/uploads/system/uploads/attachment_data/file/15745/5075-preese-hall-shale-gas-fracturing-review.pdf.

26. "Investigation of observed seismicity in the Horn River Basin" (BC Oil and Gas Commission, Victoria, British Columbia, Canada, 2012); www.bcogc.ca/node/8046/download?documentID=1270.

27. G. R. Keller, A. Holland, "Oklahoma Geological Survey evaluation of the Prague earthquake sequence of 2011" (Oklahoma Geological Survey, Norman, OK, 2013); www.ogs.ou.edu/earthquakes/OGS_PragueStatement201303.pdf.

28. C. Frohlich, C. Hayward, B. Stump, E. Potter, The Dallas–Fort Worth earthquake sequence: October 2008 through May 2009. *Bull. Seismol. Soc. Am.* **101**, 327–340 (2011). doi: 10.1785/0120100131

29. E. Janská, L. Eisner, Ongoing seismicity in the Dallas-Fort Worth area. *Leading Edge* **31**, 1462–1468 (2012). doi: 10.1190/tle31121462.1

30. J. H. Healy, W. W. Rubey, D. T. Griggs, C. B. Raleigh, The Denver earthquakes. *Science* **161**, 1301–1310 (1968). doi: 10.1126/science.161.3848.1301; pmid: 17831340

31. R. B. Herrmann, S.-K. Park, The Denver earthquakes of 1967-1968. *Bull. Seismol. Soc. Am.* **71**, 731–745 (1981).

32. P. A. Hsieh, J. S. Bredehoeft, A reservoir analysis of the Denver earthquakes: A case of induced seismicity. *J. Geophys. Res.* **86**, 903–920 (1981). doi: 10.1029/JB086iB02p00903

33. J. Ake, K. Mahrer, Deep-injection and closely monitored induced seismicity at Paradox Valley, Colorado. *Bull. Seismol. Soc. Am.* **95**, 664–683 (2005). doi: 10.1785/0120040072

34. D. W. Simpson, W. S. Leith, Two types of reservoir-induced seismicity. *Bull. Seismol. Soc. Am.* **78**, 2025–2040 (1988).

35. H. Gupta, A review of recent studies of triggered earthquakes by artificial water reservoirs with special emphasis on earthquakes in Koyna, India. *Earth Sci. Rev.* **58**, 279–310 (2002). doi: 10.1016/S0012-8252(02)00063-6

36. S. Ge, M. Liu, N. Lu, J. W. Godt, N. Luo, Did the Zipingpu Reservoir trigger the 2008 Wenchuan earthquake? *Geophys. Res. Lett.* **36**, L20315 (2009). doi: 10.1029/2009GL040349

37. K. Deng et al., Evidence that the 2008 Mw 7.9 Wenchuan earthquake could not have been induced by the Zipingpu Reservoir. *Bull. Seismol. Soc. Am.* **100**, 2805–2814 (2010). doi: 10.1785/0120090222

38. P. J. González, K. F. Tiampo, M. Palano, F. Cannavó, J. Fernández, The 2011 Lorca earthquake slip distribution controlled by groundwater crustal unloading. *Nat. Geosci.* **5**, 821–825 (2012). doi: 10.1038/ngeo1610

39. E. E. Brodsky, L. J. Lajoie, Anthropogenic seismicity rates and operational parameters at the Salton Sea Geothermal Field. *Science* 10.1126/science.1239213 (2013). doi: 10.1126/science.1239213

40. R. K. McGuire, "Seismic hazard and risk analysis," *Earthquake Engineering Research Institute Monograph MNO-10* (2004).

41. D. H. Harlow, R. A. White, The San Salvador earthquake of 10 October 1986 and its historical context. *Bull. Seismol. Soc. Am.* **83**, 1143–1154 (1993).

42. J.-P. Avouac, Earthquakes: Human-induced shaking. *Nat. Geosci.* **5**, 763–764 (2012). doi: 10.1038/ngeo1609

43. J. L. Rubinstein, W. L. Ellsworth, The 2001 – present triggered seismicity sequence in the Raton basin of southern Colorado/Northern New Mexico. *Seismol. Res. Lett.* **84**, 374 (2013).

44. M. D. Zoback, Managing the seismic risk posed by wastewater disposal. *Earth Magazine* **57**, 38–43 (2012).

45. www.ldeo.columbia.edu/LCSN/index.php.

**Acknowledgments:** This paper is a contribution of the USGS's John Wesley Powell Center Working Group on Understanding Fluid Injection Induced Seismicity. I thank L. Block, C. Frohlich, S. Hickman, W. Leith, A. McGarr, J. Rubinstein, and an anonymous reviewer for insightful comments during the development of this paper.

10.1126/science.1225942

Downloaded from www.sciencemag.org on July 16, 2013

BLM_0112977

This PDF is available from The National Academies Press at http://www.nap.edu/catalog.php?record_id=13355



# Induced Seismicity Potential in Energy Technologies

ISBN
978-0-309-25367-3

300 pages
7 x 10
PAPERBACK (2013)

Committee on Induced Seismicity Potential in Energy Technologies;
Committee on Earth Resources; Committee on Geological and
Geotechnical Engineering; Committee on Seismology and Geodynamics;
Board on Earth and Sciences and Resources; Division on Earth and Life
Studies; National Research Council

           

---

**Visit the National Academies Press online and register for...**

✓ Instant access to free PDF downloads of titles from the

- NATIONAL ACADEMY OF SCIENCES

- NATIONAL ACADEMY OF ENGINEERING

- INSTITUTE OF MEDICINE

- NATIONAL RESEARCH COUNCIL

✓ 10% off print titles

✓ Custom notification of new releases in your field of interest

✓ Special offers and discounts

Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press.
Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.
Request reprint permission for this book

Copyright © National Academy of Sciences. All rights reserved.

**THE NATIONAL ACADEMIES**
*Advisers to the Nation on Science, Engineering, and Medicine*

# Induced Seismicity Potential in
# ENERGY TECHNOLOGIES

Committee on Induced Seismicity Potential in Energy Technologies

Committee on Earth Resources

Committee on Geological and Geotechnical Engineering

Committee on Seismology and Geodynamics

Board on Earth Sciences and Resources

Division on Earth and Life Studies

NATIONAL RESEARCH COUNCIL
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

THE NATIONAL ACADEMIES PRESS • 500 Fifth Street, NW • Washington, DC 20001

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This study was supported by DE-PI0000010, TO# 10/DE-DT0001995 between the National Academy of Sciences and the Department of Energy. Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the organizations or agencies that provided support for the project.

International Standard Book Number-13: 978-0-309-25367-3
International Standard Book Number-10: 0-309-25367-5

Additional copies of this report are available for sale from the National Academies Press, 500 Fifth Street, NW, Keck 360, Washington, DC 20001; (800) 624-6242 or (202) 334-3313; http://www.nap.edu/.

*Front cover:* Photo on right-hand side of photo panel is credited to Julie Shemeta; photo used with permission. Background image is courtesy of the U.S. Geological Survey (http://earthquake.usgs.gov/earthquakes/eqarchives/poster/2011/20110228.php). Cover design by Michael Dudzik.

Copyright 2013 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

# THE NATIONAL ACADEMIES
*Advisers to the Nation on Science, Engineering, and Medicine*

The **National Academy of Sciences** is a private, nonprofit, self-perpetuating society of distinguished scholars engaged in scientific and engineering research, dedicated to the furtherance of science and technology and to their use for the general welfare. Upon the authority of the charter granted to it by the Congress in 1863, the Academy has a mandate that requires it to advise the federal government on scientific and technical matters. Dr. Ralph J. Cicerone is president of the National Academy of Sciences.

The **National Academy of Engineering** was established in 1964, under the charter of the National Academy of Sciences, as a parallel organization of outstanding engineers. It is autonomous in its administration and in the selection of its members, sharing with the National Academy of Sciences the responsibility for advising the federal government. The National Academy of Engineering also sponsors engineering programs aimed at meeting national needs, encourages education and research, and recognizes the superior achievements of engineers. Dr. C. D. Mote, Jr., is president of the National Academy of Engineering.

The **Institute of Medicine** was established in 1970 by the National Academy of Sciences to secure the services of eminent members of appropriate professions in the examination of policy matters pertaining to the health of the public. The Institute acts under the responsibility given to the National Academy of Sciences by its congressional charter to be an adviser to the federal government and, upon its own initiative, to identify issues of medical care, research, and education. Dr. Harvey V. Fineberg is president of the Institute of Medicine.

The **National Research Council** was organized by the National Academy of Sciences in 1916 to associate the broad community of science and technology with the Academy's purposes of furthering knowledge and advising the federal government. Functioning in accordance with general policies determined by the Academy, the Council has become the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering in providing services to the government, the public, and the scientific and engineering communities. The Council is administered jointly by both Academies and the Institute of Medicine. Dr. Ralph J. Cicerone and Dr. C. D. Mote, Jr., are chair and vice chair, respectively, of the National Research Council.

**www.national-academies.org**

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112981

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112982

Induced Seismicity Potential in Energy Technologies

COMMITTEE ON INDUCED SEISMICITY POTENTIAL IN ENERGY
TECHNOLOGIES

MURRAY W. HITZMAN, *Chair*, Colorado School of Mines, Golden
DONALD D. CLARKE, Geological Consultant, Long Beach, California
EMMANUEL DETOURNAY, University of Minnesota, Minneapolis, and CSIRO
    (Earth Science and Resource Engineering), Australia
JAMES H. DIETERICH, University of California, Riverside
DAVID K. DILLON, David K. Dillon PE, LLC, Centennial, Colorado
SIDNEY J. GREEN, University of Utah, Salt Lake City
ROBERT M. HABIGER, Spectraseis, Denver, Colorado
ROBIN K. MCGUIRE, Lettis Consultants International, Inc., Boulder, Colorado
JAMES K. MITCHELL, Virginia Polytechnic Institute and State University, Blacksburg
JULIE E. SHEMETA, MEQ Geo, Inc., Highlands Ranch, Colorado
JOHN L. (BILL) SMITH, Geothermal Consultant, Santa Rosa, California

*National Research Council Staff*

ELIZABETH A. EIDE, Study Director
COURTNEY GIBBS, Program Associate
JASON R. ORTEGO, Research Associate
NICHOLAS D. ROGERS, Financial and Research Associate

v

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112983

Induced Seismicity Potential in Energy Technologies

BOARD ON EARTH SCIENCES AND RESOURCES

CORALE L. BRIERLEY (Chair), Brierley Consultancy LLC, Denver, Colorado
SUSAN L. CUTTER, University of South Carolina, Columbia
WILLIAM L. GRAF, University of South Carolina, Columbia
EDWARD KAVAZANJIAN, JR, Arizona State University, Tempe
ANN S. MAEST, Buka Environmental, Boulder, Colorado
DAVID R. MAIDMENT, University of Texas, Austin
ROBERT MCMASTER, University of Minnesota, Minneapolis
M. MEGHAN MILLER, UNAVCO, Inc., Boulder, Colorado
ISABEL P. MONTAÑEZ, University of California, Davis
CLAUDIA MORA, Los Alamos National Laboratory, Los Alamos, New Mexico
BRIJ M. MOUDGIL, University of Florida, Gainesville
CLAYTON R. NICHOLS, Idaho Operations Office (Retired), Ocean Park, Washington
HENRY N. POLLACK, University of Michigan, Ann Arbor
DAVID T. SANDWELL, University of California, San Diego
PETER M. SHEARER, University of California, San Diego
REGINAL SPILLER, Azimuth Investments, LLC, Houston, Texas
GENE WHITNEY, Independent Consultant, Washington, D.C.

*National Research Council Staff*

ELIZABETH A. EIDE, Director
ANNE M. LINN, Senior Program Officer
SAMMANTHA L. MAGSINO, Senior Program Officer
MARK D. LANGE, Program Officer
NICHOLAS D. ROGERS, Financial and Research Associate
COURTNEY R. GIBBS, Program Associate
ERIC J. EDKIN, Senior Program Assistant
CHANDA T. IJAMES, Senior Program Assistant

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112984

Induced Seismicity Potential in Energy Technologies

# *Preface*

Since the 1920s we have recognized that pumping fluids into or out of the Earth has the potential to cause seismic events that can be felt. Seismic events in Basel, Switzerland, between 2006 and 2008 were felt by local residents and were related to geothermal energy development. Strings of small seismic events in Arkansas, Ohio, Oklahoma, and Texas in the past several years have been related to wastewater disposal associated with oil and gas production. These seismic events have brought the issue of induced (human-caused) seismicity firmly into public view.

Ensuring a reliable twenty-first-century energy supply for the United States presents seminal economic, environmental, and social challenges. A variety of conventional and unconventional energy technologies are being developed to meet these challenges, including new technologies associated with shale gas production and geothermal energy. Energy technologies may also produce wastes. "Wastewater" is often produced during oil and gas drilling and is generally managed either by disposal through pumping the fluids back into the subsurface or by storage, treatment, or reuse. Carbon dioxide may also be generated as a by-product of energy production and may be captured and similarly pumped into the ground for storage.

Anticipating public concern about the potential for induced seismicity related to energy development, Senator Bingaman requested that the Department of Energy conduct a study of this issue through the National Research Council. The study was designed to examine the scale, scope, and consequences of seismicity induced during the injection of fluids related to energy production; to identify gaps in knowledge and research needed to advance the understanding of induced seismicity; to identify gaps in induced seismic hazard assessment methodologies and the research needed to close those gaps; and to assess options for interim steps toward best practices with regard to energy development and induced seismicity potential.

The committee (Appendix A) investigated the history and potential for induced seismicity associated with geothermal energy development; with oil and gas production, including enhanced oil recovery and shale gas; and with carbon capture and storage (CCS). The committee examined peer-reviewed literature, documents produced by federal and state agencies, online databases and resources, and information requested from and submitted by external sources. The committee heard from government and industry representatives; from members of the public familiar with the world's largest geothermal operation at The Geysers, California, at a public meeting in Berkeley, California; and from people familiar with shale gas development, enhanced oil recovery, wastewater disposal, and CCS at meetings in

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112985

Induced Seismicity Potential in Energy Technologies

PREFACE

Dallas, Texas, and Irvine, California (Appendix B). Meetings were also held in Washington, D.C., and Denver, Colorado, to explore induced seismicity in theory and in practice.

During the meeting in Northern California, the committee was able to talk with individuals from Anderson Springs and Cobb, California, who live with induced seismicity continuously generated by geothermal energy production. Understanding their concerns and the history of how they have worked with individuals from both industry and local government, together with technical experts from the federal government, to deal with their very tangible issue of induced seismicity brought immediacy to the committee's deliberations. This knowledge was invaluable as the committee explored the concept of a protocol system for responding to induced seismicity with some of the individuals who helped devise the proposed protocol system for induced seismicity caused by or likely related to enhanced geothermal energy development.

This study took place during a period in which a number of small, felt seismic events occurred that had been caused by or were likely related to fluid injection for energy development. Because of their recent occurrence, peer-reviewed publications about most of these events were generally not available. However, knowing that these events and information about them would be anticipated in this report, the committee attempted to identify and seek information from as many sources as possible to gain a sense of the common factual points involved in each instance, as well as the remaining, unanswered questions about these cases. Through this process, the committee has engaged scientists and engineers from academia, industry, and government because each has credible and viable information to add to better understanding of induced seismicity.

This report describes what we know about the potential for induced seismicity related to energy development. It highlights areas where our knowledge is weak and discusses inherent difficulties in dealing with an issue that does not have a well-defined regulatory "home." The committee hopes this report will inform both the public and the decision-making process with respect to an important issue that will undoubtedly become more widely recognized as additional induced seismic events occur.

As chair, I would like to thank the committee members for their dedication and hard work. The committee commends Dr. Elizabeth Eide, the project study director, for helping to make this an exciting learning experience for us all. The committee also benefited from the dedication and excellence of research associate Jason Ortego and program associate Courtney Gibbs.

Murray W. Hitzman, *Chair*
June 2012

*viii*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112986

Induced Seismicity Potential in Energy Technologies

---

# *Acknowledgments*

In addition to its own expertise, the study committee relied on input from numerous external professionals and members of the public with extensive experience in addressing the range of issues related to induced seismicity. These individuals were very generous in sharing their research knowledge from the laboratory and the field, their direct experiences from industry settings and with energy development in the private sector and in government, and their personal experiences in dealing with induced seismic events. We gratefully acknowledge their contributions to help us with this work. In particular, the committee would like to thank the following people: Scott Ausbrooks, Joe Beall, Lisa Block, Jay Braitsch, Mike Bruno, Linda Christian, David Coleman, Tim Conant, Kevin Cunningham, Mark Dellinger, Philip Dellinger, Nancy Dorsey, Ola Eiken, Leo Eisner, Bill Ellsworth, Cheryl Engels, Rob Finley, Cliff Frohlich, Julio Garcia, Domenico Giardini, Jeffrey Gospe, George Guthrie, Craig Hartline, Werner Heigl, Hamilton Hess, Austin Holland, Steve Horton, Ernst Huenges, John Jeffers, Doug Johnson, Don Juckett, Bill Leith, Ernie Majer, Shawn Maxwell, Steve Melzer, Meriel Medrano, Alexander Nagelhout, Jay Nathwani, David Oppenheimer, Susan Petty, Bruce Presgrave, Philip Ringrose, Jim Rutledge, Jean Savy, Alexander Schriener, Serge Shapiro, Karl Urbank, Mark Walters, Charlene Wardlow, Norm Warpinski, Stefan Wiemer, Colin Williams, Melinda Wright, Bob Young, and Mark Zoback.

The helpful assistance we received with regard to planning and executing the field trip and workshop for the committee's meeting in Northern California was also very important. We recognize the contributions from Calpine, the Northern California Power Agency, the Lawrence Berkeley National Laboratory, and the communities of Anderson Springs and Cobb, California, for their excellent cooperation and efforts to provide us with access to necessary information and localities that greatly informed the committee's work.

The committee gratefully acknowledges the support of three standing committees under the Board on Earth Sciences and Resources for their guidance and oversight during the study process: the Committee on Earth Resources, the Committee on Geological and Geotechnical Engineering, and the Committee on Seismology and Geodynamics (Appendix M). This report has been reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise, in accordance with procedures approved by the National Research Council's (NRC's) Report Review Committee. The purpose of this independent review is to provide candid and critical comments that will assist the institution in making its published report as sound as possible and to ensure that the report meets institutional standards for objectivity, evidence, and responsiveness to the study charge. The

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112987

ACKNOWLEDGMENTS

review comments and draft manuscript remain confidential to protect the integrity of the deliberative process. We wish to thank the following individuals for their participation in the review of this report:

Jon Ake, Nuclear Regulatory Commission, Rockville, Maryland
Dan Arthur, ALL Consulting, Tulsa, Oklahoma
John Bredehoeft, The Hydrodynamics Group, Sausalito, California
Brian Clark, Schlumberger Companies, Sugar Land, Texas
Peter Malin, University of Auckland, New Zealand
W. Allen Marr, Jr., Geocomp Corporation, Acton, Massachusetts
Shawn Maxwell, Schlumberger Canada, Calgary
J. R. Anthony Pearson, Schlumberger Cambridge Research, United Kingdom
Ed Przybylowicz, Eastman Kodak Company (retired), Webster, New York
Carlos Santamarina, Georgia Institute of Technology, Atlanta, Georgia
Mark Zoback, Stanford University, Stanford, California

Although the reviewers listed above provided many constructive comments and suggestions, they were not asked to endorse the conclusions or recommendations nor did they see the final draft of the report before its release. The review of this report was overseen by William L. Fisher, The University of Texas at Austin, and R. Stephen Berry, the University of Chicago, Illinois. Appointed by the NRC, they were responsible for making certain that an independent examination of this report was carried out in accordance with institutional procedures and that all review comments were carefully considered. Responsibility for the final content of this report rests entirely with the authoring committee and the institution.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112988

Induced Seismicity Potential in Energy Technologies

_____

# *Contents*

EXECUTIVE SUMMARY                                                    1

SUMMARY                                                             5

1   INDUCED SEISMICITY AND ENERGY TECHNOLOGIES,               23
    Introduction to Induced Seismicity and Study Background, 23
    Earthquakes and Their Measurement, 27
    Energy Technologies and Induced Seismicity, 32
    Historical Induced Seismicity Related to Energy Activities, 34
    Concluding Remarks, 35
    References, 35

2   TYPES AND CAUSES OF INDUCED SEISMICITY                     37
    Introduction, 37
    Factors Affecting Initiation and Magnitude of a Seismic Event, 37
    Seismicity Induced by Fluid Injection, 46
    Seismicity Induced by Fluid Withdrawal, 51
    Summary, 56
    References, 57

3   ENERGY TECHNOLOGIES: HOW THEY WORK AND THEIR
    INDUCED SEISMICITY POTENTIAL                               59
    Geothermal Energy, 59
    Conventional Oil and Gas Production Including Enhanced Oil Recovery, 75
    Unconventional Oil and Gas Production Including Shale Reservoirs, 83
    Injection Wells Used for the Disposal of Water Associated with Energy
        Extraction, 88
    Carbon Capture and Storage, 94
    Discussion, 103
    References, 111

_____

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112989

Induced Seismicity Potential in Energy Technologies

CONTENTS

_____

4   GOVERNMENTAL ROLES AND RESPONSIBILITIES RELATED
    TO UNDERGROUND INJECTION AND INDUCED SEISMICITY       117
    Federal Authorities, 118
    State Efforts, 129
    Existing Regulatory Framework for Fluid Withdrawal, 135
    Concluding Remarks, 136
    References, 136

5   PATHS FORWARD TO UNDERSTANDING AND MANAGING
    INDUCED SEISMICITY IN ENERGY TECHNOLOGY
    DEVELOPMENT                                           139
    Hazards and Risks Associated with Induced Seismicity, 139
    Quantifying Hazard and Risk, 146
    References, 150

6   STEPS TOWARD A "BEST PRACTICES" PROTOCOL             151
    The Importance of Considering the Adoption of Best Practices, 151
    Existing Induced Seismicity Checklists and Protocols, 152
    The Use of a Traffic Light Control System, 157
    Mitigating the Effects of Induced Seismicity on Public and Private Facilities, 162
    References, 164

7   ADDRESSING INDUCED SEISMICITY: FINDINGS, CONCLUSIONS,
    RESEARCH, AND PROPOSED ACTIONS                        165
    Types and Causes of Induced Seismicity, 166
    Energy Technologies: How They Work, 168
    Oversight, Monitoring, and Coordination of Underground Injection
        Activities for Mitigating Induced Seismicity, 174
    Hazards and Risk Assessment, 175
    Best Practices, 176

APPENDIXES

A   Committee and Staff Biographies                       181
B   Meeting Agendas                                       187
C   Observations of Induced Seismicity                    195
D   Letters between Senator Bingaman and Secretary Chu    207
E   Earthquake Size Estimates and Negative Earthquake Magnitudes   211

_____

*xii*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112990

Induced Seismicity Potential in Energy Technologies

*Contents*

| F | The Failure of the Baldwin Hills Reservoir Dam | 217 |
|---|---|---|
| G | Seismic Event Due to Fluid Injection or Withdrawal | 219 |
| H | Pore Pressure Induced by Fluid Injection | 225 |
| I | Hydraulic Fracture Microseismic Monitoring | 229 |
| J | Hydraulic Fracturing in Eola Field, Garvin County, Oklahoma, and Potential Link to Induced Seismicity | 233 |
| K | Paradox Valley Unit Saltwater Injection Project | 239 |
| L | Estimated Injected Fluid Volumes | 243 |
| M | Additional Acknowledgments | 247 |

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112991

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

# *Executive Summary*

Earthquakes attributable to human activities are called induced seismic events or induced earthquakes. In the past several years induced seismic events related to energy development projects have drawn heightened public attention. Although only a very small fraction of injection and extraction activities at hundreds of thousands of energy development sites in the United States have induced seismicity at levels that are noticeable to the public, seismic events caused by or likely related to energy development have been measured and felt in Alabama, Arkansas, California, Colorado, Illinois, Louisiana, Mississippi, Nebraska, Nevada, New Mexico, Ohio, Oklahoma, and Texas.

Anticipating public concern about the potential for energy development projects to induce seismicity, the U.S. Congress directed the U.S. Department of Energy to request that the National Research Council examine the scale, scope, and consequences of seismicity induced during fluid injection and withdrawal activities related to geothermal energy development, oil and gas development including shale gas recovery, and carbon capture and storage (CCS). The study was also to identify gaps in knowledge and research needed to advance the understanding of induced seismicity; identify gaps in induced seismic hazard assessment methodologies and the research to close those gaps; and assess options for steps toward best practices with regard to energy development and induced seismicity potential.

Three major findings emerged from the study:

1. The process of hydraulic fracturing a well as presently implemented for shale gas recovery does not pose a high risk for inducing felt seismic events.
2. Injection for disposal of wastewater derived from energy technologies into the subsurface does pose some risk for induced seismicity, but very few events have been documented over the past several decades relative to the large number of disposal wells in operation.
3. CCS, due to the large net volumes of injected fluids, may have potential for inducing larger seismic events.

Induced seismicity associated with fluid injection or withdrawal is caused in most cases by change in pore fluid pressure and/or change in stress in the subsurface in the presence of faults with specific properties and orientations and a critical state of stress in the rocks. The factor that appears to have the most direct consequence in regard to induced seismicity is the net fluid balance (total balance of fluid introduced into or removed from the subsurface), although additional factors may influence the way fluids affect the subsurface. While the general mechanisms that create induced seismic events are well understood, we

*1*

Copyright © National Academy of Sciences. All rights reserved.

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

are currently unable to accurately predict the magnitude or occurrence of such events due to the lack of comprehensive data on complex natural rock systems and the lack of validated predictive models.

Energy technology projects that are designed to maintain a balance between the amount of fluid being injected and withdrawn, such as most oil and gas development projects, appear to produce fewer seismic events than projects that do not maintain fluid balance. Hydraulic fracturing in a well for shale gas development, which involves injection of fluids to fracture the shale and release the gas up the well, has been confirmed as the cause for small felt seismic events at one location in the world.

Wastewater disposal from oil and gas production, including shale gas recovery, typically involves injection at relatively low pressures into large porous aquifers that are specifically targeted to accommodate large volumes of fluid. The majority of wastewater disposal wells do not pose a hazard for induced seismicity, though there have been induced seismic events with a very limited number of wells. The long-term effects of a significant increase in the number of wastewater disposal wells for induced seismicity are unknown.

Projects that inject or extract large net volumes of fluids over long periods of time such as CCS may have potential for larger induced seismic events, though insufficient information exists to understand this potential because no large-scale CCS projects are yet in operation. Continued research is needed on the potential for induced seismicity in large-scale CCS projects.

Induced seismicity in geothermal projects appears to be related to both net fluid balance considerations and temperature changes produced in the subsurface. Different forms of geothermal resource development appear to have differing potential for producing felt seismic events. High-pressure hydraulic fracturing undertaken in some geothermal projects has caused seismic events that are large enough to be felt. Temperature changes associated with geothermal development of hydrothermal resources have also induced felt seismicity.

Governmental response to induced seismic events has been undertaken by a number of federal and state agencies in a variety of ways. However, with the potential for increased numbers of induced seismic events due to expanding energy development, government agencies and research institutions may not have sufficient resources to address unexpected events. Forward-looking interagency cooperation to address potential induced seismicity is warranted.

Methodologies can be developed for quantitative, probabilistic hazard assessments of induced seismicity risk. Such assessments should be undertaken before operations begin in areas with a known history of felt seismicity and updated in response to observed, potentially induced seismicity. Practices that consider induced seismicity both before and during the actual operation of an energy project can be employed in the development of a "best practices" protocol specific to each energy technology and site location.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112994

Induced Seismicity Potential in Energy Technologies

*Executive Summary*

Although induced seismic events have not resulted in loss of life or major damage in the United States, their effects have been felt locally, and they raise some concern about additional seismic activity and its consequences in areas where energy development is ongoing or planned. Further research is required to better understand and address the potential risks associated with induced seismicity.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112995

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112996