Induced Seismicity Potential in Energy Technologies

# *Summary*

Although the vast majority of earthquakes that occur in the world each year have natural causes, some of these earthquakes and a number of lesser-magnitude seismic events are related to human activities and are called induced seismic events or induced earthquakes. Induced seismic activity has been documented since at least the 1920s and has been attributed to a range of human activities, including the impoundment of large reservoirs behind dams, controlled explosions related to mining or construction, and underground nuclear tests. In addition, energy technologies that involve injection or withdrawal of fluids from the subsurface can also create induced seismic events that can be measured and felt. Historically known induced seismicity has generally been small in both magnitude and intensity of ground shaking.

Recently, several induced seismic events related to energy technology development projects in the United States have drawn heightened public attention. Although none of these events resulted in loss of life or significant structural damage, their effects were felt by local residents, some of whom also experienced minor property damage. Particularly in areas where tectonic (natural) seismic activity is uncommon and energy development is ongoing, these induced seismic events, though small in scale, can be disturbing to the public and raise concern about increased seismic activity and its potential consequences.

This report addresses induced seismicity that may be related to four energy development technologies that involve fluid injection or withdrawal: geothermal energy, conventional oil and gas development including enhanced oil recovery (EOR), shale gas recovery, and carbon capture and storage (CCS). These broad categories of energy technologies, including underground wastewater disposal, are discussed in detail as they relate to induced seismic events. The study arose through a request by Senator Bingaman of New Mexico to Department of Energy (DOE) Secretary Stephen Chu. The DOE was asked to engage the National Research Council to examine the scale, scope, and consequences of seismicity induced during the injection of fluids related to energy production; to identify gaps in knowledge and research needed to advance the understanding of induced seismicity; to identify gaps in induced seismic hazard assessment methodologies and the research needed to close those gaps; and to assess options for interim steps toward best practices with regard to energy development and induced seismicity potential. The report responds to this charge and aims to provide an understanding of the nature and scale of induced seismicity caused by or likely related to energy development and guidance as to how best to proceed with safe development of these technologies while minimizing their potential to induce earthquakes that can be felt by the public.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112997

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

## INDUCED SEISMICITY RELATED TO FLUID INJECTION OR WITHDRAWAL AND CAUSAL MECHANISMS

Seismic events have been measured and felt at a limited number of energy development sites in the United States. Seismic events caused by or likely related to energy development have been documented in Alabama, Arkansas, California, Colorado, Illinois, Louisiana, Mississippi, Nebraska, Nevada, New Mexico, Ohio, Oklahoma, and Texas (Figure S.1). Proving that a particular seismic event was caused by human activity is often difficult because conclusions about the causal relationship rely on local data, prior seismicity, and the preponderance of scientific studies. In this report we give examples of seismic events that



**FIGURE S.1** Sites in the United States and Canada with documented reports of seismicity caused by or likely related to energy development from various energy technologies. The reporting of the occurrence of small induced seismic events is limited by the detection and location thresholds of local surface-based seismic monitoring networks.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112998

Induced Seismicity Potential in Energy Technologies

*Summary*

---

are universally believed to have been caused by human activities, as well as seismic events for which the evidence for causality is credible but less solid.

Research conducted on some of these incidents has led to better understanding of the probable physical mechanisms of inducing seismic events and allowed for the identification of criteria that could be used to predict whether future induced seismic events might occur. The most important criteria include the amplitude and direction of the state of stress in the Earth's crust in the vicinity of the fluid injection or withdrawal area; the presence, orientation, and physical properties of nearby faults; pore fluid pressure (pressure of fluids in the pores of the rocks at depth, hereafter simply called pore pressure); pore pressure change; the rates and volumes of fluid being injected or withdrawn; and the rock properties in the subsurface.

Seismicity induced by human activity related to energy technologies is caused by change in pore pressure and/or change in stress taking place in the presence of (1) faults with specific properties and orientations and (2) a critical state of stress in the rocks. In general, existing faults and fractures are stable (or are not sliding) under the natural horizontal and vertical stresses acting on subsurface rocks. However, the crustal stress in any given area is perpetually in a state in which any stress change, for example, through a change in subsurface pore pressure due to injecting or extracting fluid from a well, may change the stress acting on a nearby fault. This change in stress may result in slip or movement along that fault, creating a seismic event. Abrupt or nearly instantaneous slip along a fault releases energy in the form of energy waves ("seismic waves") that travel through the Earth and can be recorded and used to infer characteristics of energy release on the fault. Magnitude "**M**" measures the total amount of energy released at the seismic event source, whereas "intensity" of a seismic event is a measure of the level of ground shaking at any location. Both the magnitude and the maximum intensity of a seismic event are directly related to the total area of the fault that undergoes movement: a larger area of slip along the fault results in a larger seismic event.

Although the general mechanisms that create induced seismic events are well understood, current computer modeling techniques cannot fully address the complexities of natural rock systems in large part because the models generally lack information on local crustal stress, rock properties, fault locations and properties, and the shape and size of the reservoir into which fluids are injected or withdrawn. When adequate knowledge of this information is available, the possibility exists to make accurate predictions of earthquake occurrences. Without this detailed information, hazard and risk assessments have to be based on statistical analysis of data from analogous regions. The ability to predict induced seismicity at a particular energy development site will continue to rely on both theoretical modeling and available data including field measurements, and on statistical methods.

---

*7*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0112999

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

## ENERGY TECHNOLOGIES AND THEIR INDUCED SEISMICITY POTENTIAL

Geothermal energy, oil and gas production (including hydraulic fracturing for shale gas production), and CCS technologies each involve fluid injection and/or withdrawal. Therefore, each technology has the potential to induce seismic events that can be felt. Seismic events with $M$ greater than 2.0 have the possibility of being felt, particularly if they occur at shallow depths, but smaller seismic events ($M$ < 2.0) generally are not felt. The injection rate and pressure, fluid volumes, and injection duration vary with the technology as do the potential sizes of the seismic events and the possible risk and hazards of the induced events (Table S.1).

### Geothermal Energy

The three different types of geothermal energy resources are (1) "vapor dominated," where primarily steam is contained in the pores or fractures of hot rock; (2) "liquid dominated," where primarily hot water is contained in the rock; and (3) "enhanced geothermal systems" (EGS), where the resource is hot, dry rock that requires engineered stimulation to allow fluid movement for commercial development. Although felt induced seismicity has been documented with all three types of geothermal resources (Table S.1), geothermal development usually attempts to keep a mass balance between fluid volumes produced and fluids replaced by injection to extend the longevity of the energy resource. This fluid balance helps to maintain fairly constant reservoir pressure—close to the initial, preproduction value—and can aid in reducing the potential for induced seismicity. Seismic monitoring at liquid-dominated geothermal fields in the western United States has demonstrated relatively few occurrences of felt induced seismicity. However, in The Geysers geothermal steam field in Northern California, the large temperature difference between the injected fluid and the geothermal reservoir results in significant cooling of the hot subsurface reservoir rocks, causing the rocks to contract, reducing confining pressures, and allowing the release of local stresses that results in a significant amount of observed induced seismicity. EGS technology is in the early stages of development; many countries, including the United States, have pilot projects to test the potential for commercial production. In each case of active EGS development, at least some, generally minor, levels of felt induced seismicity have been recorded.

### Conventional and Unconventional Oil and Gas Development, Including EOR and Shale Gas

In a conventional oil or gas reservoir the hydrocarbon fluids and associated aqueous fluids in the pore spaces of the rock are usually under significant natural pressure. Fluids in

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113000

Induced Seismicity Potential in Energy Technologies

*Summary*

the oil or gas reservoir flow to the surface when penetrated by a well bore, generally aided by pumping. Oil or gas reservoirs often reach a point when insufficient pressure, even in the presence of pumping, exists to allow sufficient hydrocarbon recovery. Various technologies, including secondary recovery and tertiary recovery (the latter is often referred to as enhanced oil recovery [EOR], which is the term used hereafter), can be used to extract some of the remaining oil and gas. Secondary recovery and EOR technologies both involve injection of fluids into the subsurface to push more of the trapped hydrocarbons out of the pore spaces in the reservoir and to maintain reservoir pore pressure. Secondary recovery often uses water injection or "waterflooding," and EOR technologies often inject carbon dioxide ($CO_2$). Approximately 151,000 injection wells are currently permitted in the United States for a combination of secondary recovery, EOR, and wastewater disposal, with only very few documented incidents where the injection caused or was likely related to felt seismic events (Table S.1). Secondary recovery—through waterflooding—has been associated with very few felt induced seismic events (Table S.1). Among the tens of thousands of wells used for EOR in the United States, the committee did not find any documentation in the published literature of felt induced seismicity, nor were any instances raised by experts in the field with whom the committee communicated during the study. Oil and gas extraction (fluid withdrawal) from a reservoir may cause induced seismic events. These events are rare relative to the large number of oil and gas fields around the world and appear to be related to a decrease in pore pressure as fluid is withdrawn (Table S.1).

Similar to geothermal systems, conventional oil and gas projects are designed to maintain the pore pressure within a field at its preproduction level by maintaining a balance between fluids being removed from one part of the reservoir and fluids injected in another part of the reservoir. The proportionally very small number of induced seismic events generated by these technologies relative to the large number of wells is in part due to this effort to maintain the original pore pressure of the reservoir.

Shale formations can also contain hydrocarbons—gas and/or oil. The extremely low permeability of these rocks has trapped the hydrocarbons as they developed in the rock and largely prevented them from migrating out of the rock over geologic time. The low permeability also prevents the hydrocarbons from easily flowing into a well bore without production stimulation by the operator. These types of "unconventional" reservoirs are developed by drilling wells horizontally through the reservoir rock and using hydraulic fracturing techniques to create new fractures in the reservoir to allow the hydrocarbons to migrate up the well bore. About 35,000 hydraulically fractured shale gas wells exist in the United States (Table S.1); only one case of felt seismicity ($\mathbf{M} \sim 2.8$) in the United States has been described in which hydraulic fracturing for shale gas development is suspected, but not confirmed, as the cause (Table S.1). Globally only one case of felt induced seismicity in England ($\mathbf{M}$ 2.3) has been confirmed to have been caused by hydraulic fracturing for shale gas development. The very low number of felt events relative to the large number of

9

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113001

Copyright © National Academy of Sciences. All rights reserved.

**TABLE S.1** Summary Information about Historical Felt Seismic Events Caused by or Likely Related to Energy Technology Development in the United States[a]

| Energy Technology | Number of Projects | Number of Felt Induced Events | Maximum Magnitude of Felt Events | Number of Events M ≥ 4.0[b] | Net Reservoir Pressure Change | Mechanism for Induced Seismicity | Location of M ≥ 2.0 Events |
|---|---|---|---|---|---|---|---|
| Vapor-dominated geothermal | 1 | 300-400 per year since 2005 | 4.6 | 1-3 per year | Attempt to maintain balance | Temperature change between injectate and reservoir | CA (The Geysers) |
| Liquid-dominated geothermal | 23 | 10-40 per year | 4.1[c] | Possibly one | Attempt to maintain balance | Pore pressure increase | CA |
| Enhanced geothermal systems | ~8 pilot projects | 2-5 per year[d] | 2.6 | 0 | Attempt to maintain balance | Pore pressure increase and cooling | CA, NV |
| Secondary oil and gas recovery (waterflooding) | ~108,000 (wells) | One or more events at 18 sites across the country | 4.9 | 3 | Attempt to maintain balance | Pore pressure increase | AL, CA, CO, MS, OK, TX |
| Tertiary oil and gas recovery (EOR) | ~13,000 (wells) | None known | None known | 0 | Attempt to maintain balance | Pore pressure increase (likely mechanism) | None known |
| Hydraulic fracturing for shale gas production | 35,000 (wells) | 1 | 2.8 | 0 | Initial positive; then withdraw | Pore pressure increase | OK |

| Hydrocarbon withdrawal | ~6,000 fields | 20 sites | 6.5 | 5 | Withdrawal | Pore pressure decrease | CA, IL, NB, OK, TX |
|---|---|---|---|---|---|---|---|
| Wastewater disposal wells | ~30,000 | 9 | 4.8[e] | 7 | Addition | Pore pressure increase | AR, CO, OH |
| Carbon capture and storage, small scale | 2[f] | None known | None known | 0 | Addition | Pore pressure increase | IL, MS |
| Carbon capture and storage, large scale | 0 | None | None | 0 | Addition | Pore pressure increase | None yet in operation |

[a]Note that in several cases the causal relationship between the technology and the event was suspected but not confirmed. Determining whether a particular earthquake was caused by human activity is often very difficult. The references for the events in this table and the way in which causality may be determined are discussed in the report. **Also important is the fact that the well numbers are those wells in operation today, while the numbers of seismic events that are listed refer to events that have taken place over a total period of decades**.

[b]Although seismic events $M > 2.0$ can be felt by some people in the vicinity of the event, events $M \geq 4.0$ can be felt by most people and may be accompanied by more significant ground shaking, potentially causing greater public concern.

[c]One event of $M$ 4.1 was recorded at Coso, but the committee did not obtain enough information to determine whether or not the event was induced.

[d]Estimate based on the fact that there have been events reported in the mid $M$ 2 range at previously active sites and currently active sites but without a large number of total projects (sites) from which to acquire information over time.

[e]$M$ 4.8 is a moment magnitude. Earlier studies reported magnitudes up to $M$ 5.3 on an unspecified scale; those magnitudes were derived from local instruments.

[f]Noncommercial, pilot projects with active injection supported by the Department of Energy.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113003

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

hydraulically fractured wells for shale gas is likely due to the short duration of injection of fluids and the limited fluid volumes used in a small spatial area.

## Wastewater Disposal Wells Associated with Energy Extraction

In addition to fluid injection directly related to energy development, injection wells drilled to dispose of wastewater generated during oil and gas production are very common in the United States. Tens of thousands of wastewater disposal wells are currently active throughout the country. Although only a few induced seismic events have been linked to these disposal wells (Table S.1), the occurrence of these events has generated considerable public concern. Examination of these cases has suggested causal links between the injection zones and previously unrecognized faults in the subsurface.

In contrast to wells for EOR, which are sited and drilled for precise injection into well-characterized oil and gas reservoirs, injection wells used only for the purpose of wastewater disposal normally do not have a detailed geologic review performed prior to injection, and the data are often not available to make such a detailed review. Thus, the location of possible nearby faults is often not a standard part of siting and drilling these disposal wells. In addition, the presence of a fault does not necessarily imply an increased potential for induced seismicity, creating challenges for the evaluation of potential sites for disposal injection wells that will minimize the possibility for induced seismic activity.

## Carbon Capture and Storage

For several years researchers have explored various methods for reducing carbon emissions to the atmosphere, such as by capturing $CO_2$ and developing means for storing (or sequestering) it permanently underground. If technically successful and economical, CCS could become an important technology for reducing $CO_2$ emissions to the atmosphere. The risk of induced seismicity from CCS is currently difficult to accurately assess. With only a few small-scale commercial projects overseas and several small-scale demonstration projects under way in the United States, few data are available to evaluate the induced seismicity potential of this technology (Table S.1); these projects so far have involved very small injection volumes. CCS differs from other energy technologies in that it involves continuous $CO_2$ injection at high rates under pressure for long periods of time, and it is purposely intended for permanent storage (no fluid withdrawal). Given that the potential magnitude of an induced seismic event correlates strongly with the fault rupture area, which in turn relates to the magnitude of pore pressure change and the rock volume in which it exists, large-scale CCS may have the potential for causing significant induced seismicity. CCS projects that do not cause a significant increase in pore pressure above its original value will likely minimize the potential for inducing seismic events.

*12*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113004

Induced Seismicity Potential in Energy Technologies

*Summary*

---

*Energy Technology Summary*

The balance of injection and withdrawal of fluids is critical to understanding the potential for induced seismicity with respect to energy technology development projects. The factors important for understanding the potential to generate felt seismic events are complex and interrelated and include the rate of injection or extraction, the volume and temperature of injected or extracted fluids, the pore pressure, the permeability of the relevant geologic layers, faults and fault properties, crustal stress conditions, the distance from the injection point, and the length of time over which injection and/or withdrawal takes place. However, the net fluid balance (total balance of fluid introduced and removed) appears to have the most direct consequence on changing pore pressure in the subsurface over time. Energy technology projects that are designed to maintain a balance between the amount of fluid being injected and the amount of fluid being withdrawn, such as geothermal and most oil and gas development, may produce fewer induced seismic events than technologies that do not maintain fluid balance.

Of the well-documented cases of induced seismicity related to fluid injection, many are associated with operations involving large amounts of fluid injection over significant periods of time. Most wastewater disposal wells typically involve injection at relatively low pressures into large porous aquifers that have high natural permeability and are specifically targeted to accommodate large volumes of fluid. Thus, although a few occurrences of induced seismic activity have been documented, the majority of the hazardous and nonhazardous wastewater disposal wells do not pose a hazard for induced seismicity. However, the long-term effects of any significant increases in the number of wastewater disposal wells on induced seismicity are unknown.

The largest induced seismic events reported in the technical literature are associated with projects that did not balance the large volumes of fluids injected into, or extracted from, the Earth within the reservoir. This is a statistical observation; the net volume of fluid that is injected and/or extracted may serve as a proxy for changes in subsurface stress conditions and pore pressure, injection and extraction rates, and other factors. Coupled thermomechanical and chemomechanical effects may also play a role in changing subsurface stress conditions. Projects with large net volumes of injected or extracted fluids over long periods of time such as long-term wastewater disposal wells and CCS would appear to have a higher potential for larger induced events. The magnitude and intensity of possible induced events would be dependent upon the physical conditions in the subsurface—the state of stress in the rocks, presence of existing faults, fault properties, and pore pressure. The relationship between induced seismicity and projects with large-volume, long-term injection, such as in large-scale CCS projects, is untested because no large-scale projects are yet in existence.

---

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113005

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

## UNDERSTANDING AND MANAGING HAZARDS AND RISKS ASSOCIATED WITH INDUCED SEISMICITY FROM ENERGY DEVELOPMENT

The *hazard of induced seismicity* is the description and possible quantification of what physical effects will be generated by human activities associated with subsurface energy production or CCS. The *risk of induced seismicity* is the description and possible quantification of how induced seismic events might cause losses, including damage to structures, and effects on humans, including injuries and deaths. If seismic events occur in an area with no structures or humans present, there is no risk. The concept of risk can also be extended to include frequent occurrence of ground shaking that is a nuisance to humans.

Several questions can be addressed to understand and possibly quantify the hazard and risk associated with induced seismicity associated with energy technologies. Questions associated with understanding the hazard include whether an energy technology generates apparent seismic events, whether such events are of $M > 2.0$, whether the events generate ground shaking (shallower earthquakes have greater likelihood of causing felt ground shaking than deep earthquakes), and the effects of the shaking. Risk to structures occurs only if the shaking is minor, moderate, or larger; risk to structures does not occur if the shaking is felt by humans but is not strong enough to damage the structures.

The quantification of hazard and risk requires probability assessments, which may be either statistical (based on data) or analytical (based on scientific and engineering models). These assessments can then be used to establish "best practices" or specific protocols for energy project development. A risk analysis of an entire industry project would include the extent of the spatial distribution of the operation and the multiple structures in the area that an induced seismic event might affect. While the risk of minor, moderate, or heavy damage from induced event shaking may be small from an individual well, a large number of spatially distributed wells may lead to a higher probability of such damage; a risk analysis of an industry operation thus includes the entire spatial distribution of the operation and the structures an earthquake might affect.

Although historical data indicate that induced seismic events have not generally been very large nor have they resulted in significant structural damage, induced seismic events are of concern to affected communities. Practices that consider induced seismicity both before and during the actual operation of an energy project can be employed in the development of a "best practices" protocol specific to each energy technology. The aim of such protocols is to diminish the possibility of a felt seismic event occurring and to mitigate the effects of an event if one should occur. A "traffic light" control system within a protocol can be established to respond to an instance of induced seismicity, allowing for low levels of seismicity, but adding monitoring and mitigation requirements, including the requirement to modify or even cease operations if seismic events are of sufficient intensity to result in a

*14*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113006

Induced Seismicity Potential in Energy Technologies

*Summary*

significant concern to public health and safety. The ultimate success of such a protocol is fundamentally tied to the strength of the collaborative relationships and dialogue among operators, regulators, the research community, and the public.

## GOVERNMENT ROLES AND RESPONSIBILITIES

Four federal agencies—the Environmental Protection Agency (EPA), the Bureau of Land Management, the U.S. Forest Service, and the U.S. Geological Survey (USGS)—and different state agencies have regulatory oversight, research roles, and/or responsibilities related to different aspects of the underground injection activities that are associated with energy technologies. To date, these various agencies have dealt with induced seismic events with different and localized actions. These efforts to respond to potential induced seismic events have been successful but have been ad hoc in nature. Many events that scientists suspect may be induced are not labeled as such, due to lack of confirmation or evidence that those events were in fact induced by human activity. In areas of low historical seismicity, the national seismic network coverage tends to be sparser than that in more seismically active areas, making it difficult to detect small events and to identify their locations accurately.

## ADDRESSING INDUCED SEISMICITY

The primary findings, gaps in knowledge or information, proposed actions, and research recommendations to address induced seismicity potential in energy technologies are presented below. Details specific to each energy technology are elaborated in Chapter 7.

*Overarching Issues*

FINDINGS

1. The basic mechanisms that can induce seismic events related to energy-related injection and extraction activities are not mysterious and are presently well understood.
2. Only a very small fraction of injection and extraction activities among the hundreds of thousands of energy development wells in the United States have induced seismicity at levels that are noticeable to the public.
3. Models to predict the size and location of earthquakes in response to net fluid injection or withdrawal require calibration from field data. The success of these models is compromised in large part due to the lack of basic data on the interactions among rock, faults, and fluid as a complex system; these data are difficult and expensive to obtain.

*15*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113007

Induced Seismicity Potential in Energy Technologies

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

4. Increase of pore pressure above ambient value due to injection of fluids and decrease in pore pressure below ambient value due to extraction of fluids have the potential to produce seismic events. For such activities to cause these events, a certain combination of conditions has to exist simultaneously:
   a. Significant change in net pore pressure in a reservoir
   b. A preexisting near-critical state of stress along a fracture or fault that is determined by crustal stresses and the fracture or fault orientation
   c. Fault rock properties supportive of a brittle failure
5. Independent capability exists for geomechanical modeling of pore pressure, temperature, and rock stress changes induced by injection and extraction and for modeling of earthquake sequences given knowledge of stress changes, pore pressure changes, and fault characteristics.
6. The range of scales over which significant responses arise in the Earth with respect to induced seismic events is very wide and challenges the ability of models to simulate and eventually predict observations from the field.

---

**BOX S.1**
**Research Recommendations**

**Data Collection—Field and Laboratory**
1. Collect, categorize, and evaluate data on potential induced seismic events in the field. High-quality seismic data are central to this effort. Research should identify the key types of data to be collected and the data collection protocol.
2. Conduct research to establish the means of making in situ stress measurements nondestructively.
3. Conduct additional field research on microseisms* in natural fracture systems including field-scale observations of the very small events and their native fractures.
4. Conduct focused research on the effect of temperature variations on stressed jointed rock systems. Although of immediate relevance to geothermal energy projects, the results would benefit understanding of induced seismicity in other energy technologies.
5. Conduct research that might clarify the in situ links among injection rate, pressure, and event size.

**Instrumentation**
1. Conduct research to address the gaps in current knowledge and availability of instrumentation: Such research would allow the geothermal industry, for example, to develop this domestic renewable source more effectively for electricity generation.

**Hazard and Risk Assessment**
1. Direct research to develop steps for hazard and risk assessment for single energy development projects (as described in Chapter 5, Table 5.2).

---

*16*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113008

Induced Seismicity Potential in Energy Technologies

*Summary*

GAPS

1. The basic data on fault locations and properties, in situ stresses, fluid pressures, and rock properties are insufficient to implement existing models with accuracy on a site-specific basis.
2. Current predictive models cannot properly quantify or estimate the seismic efficiency and mode of failure; geomechanical deformation can be modeled, but a challenge exists to relate this to number and size of seismic events.

PROPOSED ACTIONS

The actions proposed to advance understanding of the types and causes of induced seismicity involve research recommendations outlined in Box S.1. These recommendations also have relevance for specific energy technologies and address gaps in present understanding of induced seismicity.

---

**Modeling**

1. Identify ways simulation models can be scaled appropriately to make the required predictions of the field observations reported.
2. Conduct focused research to advance development of linked geomechanical and earthquake simulation models that could be utilized to better understand potential induced seismicity and relate this to number and size of seismic events.
3. Use currently available and new geomechanical and earthquake simulation models to identify the most critical geological characteristics, fluid injection or withdrawal parameters, and rock and fault properties controlling induced seismicity.
4. Develop simulation capabilities that integrate existing reservoir modeling capabilities with earthquake simulation modeling for hazard and risk assessment. These models can be refined on a probabilistic basis as more data and observations are gathered and analyzed.
5. Continue to develop capabilities with coupled reservoir fluid flow and geomechanical simulation codes to understand the processes underlying the occurrence of seismicity after geothermal wells have been shut in; the results may also contribute to understanding post-shut-in seismicity in relation to other energy technologies.

---

[a]Microseisms designate seismic events that are not generally felt by humans, and in this report are M < 2.

---

*17*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113009

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

*Energy Technologies*

FINDINGS

1. Injection pressures and net fluid volumes in energy technologies, such as geo-thermal energy and oil and gas production, are generally controlled to avoid increasing pore pressure in the reservoir above the initial reservoir pore pressure. These technologies thus appear less problematic in terms of inducing felt seismic events than technologies that result in a significant increase or decrease in net fluid volume.
2. The induced seismic responses to injection or extraction differ in cause and magnitude among each of the three different forms of geothermal resources. Decrease of the temperature of the subsurface rocks caused by injection of cold water in a geothermal field has the potential to produce seismic events.
3. The potential for felt induced seismicity due to secondary recovery and EOR is low.
4. The process of hydraulic fracturing a well as presently implemented for shale gas recovery does not pose a high risk for inducing felt seismic events.
5. The United States currently has approximately 30,000 Class II[1] wastewater disposal wells among a total of 151,000 Class II injection wells (which includes injection wells for both secondary recovery and EOR). Very few felt seismic events have been reported as either caused by or temporally associated with wastewater disposal wells; these events have produced felt earthquakes generally less than **M** 4.0. Reducing injection volumes, rates, and pressures has been successful in decreasing rates of seismicity associated with wastewater injection.
6. The proposed injection volumes of liquid $CO_2$ in large-scale sequestration projects are much larger than those associated with other energy technologies. There is no experience with fluid injection at these large scales and little data on seismicity associated with $CO_2$ pilot projects. If the reservoirs behave in a similar manner to oil and gas fields, these large net volumes may have the potential to impact the pore pressure over vast areas. Relative to other energy technologies, such large spatial areas may have potential to increase both the number and the magnitude of seismic events.

PROPOSED ACTION

Because of the lack of experience with large-scale fluid injection for CCS, continued research supported by the federal government is needed on the potential for induced seismicity in large-scale CCS projects (see Box S.1). As part of a continued research effort,

---

[1] Class II wells are specifically those that address injection of brines and other fluids associated with oil and gas production and hydrocarbons for storage.

*18*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113010

Induced Seismicity Potential in Energy Technologies

*Summary*

collaboration between federal agencies and foreign operators of CCS sites is important to understand induced seismic events and their effects on the CCS operations.

*Hazards and Risk Assessment*

FINDING

Risk assessments depend on methods that implement assessments of hazards, but those methods currently do not exist. The types of information and data required to provide a robust hazard assessment would include

- net pore pressures, in situ stresses, and information on faults;
- background seismicity; and
- gross statistics of induced seismicity and fluid injection or extraction.

PROPOSED ACTIONS

1. A detailed methodology should be developed for quantitative, probabilistic hazard assessments of induced seismicity risk. The goal in developing this methodology would be to

   - make assessments before operations begin in areas with a known history of felt seismicity and
   - update assessments in response to observed induced seismicity.

2. Data related to fluid injection (well location coordinates, injection depths, injection volumes and pressures, time frames) should be collected by state and federal regulatory authorities in a common format and made publicly accessible (through a coordinating body such as the USGS).

3. In areas of high density of structures and population, regulatory agencies should consider requiring that data to facilitate fault identification for hazard and risk analysis be collected and analyzed before energy operations are initiated.

*Best Practices*

FINDING

The DOE Protocol for EGS is a reasonable model for addressing induced seismicity that can serve as a template for protocol development for other energy technologies.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113011

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

GAP

No best practice protocol for addressing induced seismicity is generally in place for each energy technology. The committee suggests that best practice protocols be adapted and tailored to each technology to allow continued energy technology development.

PROPOSED ACTIONS

Protocols for best practice should be developed for each of the energy technologies (secondary recovery and EOR for conventional oil and gas production, shale gas production, CCS) by experts in each field, in coordination with permitting agencies, potentially following the model of the DOE EGS protocol. For all the technologies a "traffic light" system should be employed for future operations. The protocols should be applied to

- the permitting of operations where state agencies have identified areas of high potential for induced seismicity or
- an existing operation that is suspected to have caused an induced seismic event of significant concern to public health and safety.

Simultaneous development of public awareness programs by federal or state agencies in cooperation with industry and the research community could aid the public and local officials in understanding and addressing the risks associated with small-magnitude induced seismic events.

*Government Roles and Responsibilities*

FINDINGS

1. Induced seismicity may be produced by a number of different energy technologies and may involve either injection or extraction of fluid. However, responsibility for oversight of induced seismicity is dispersed among a number of federal and state agencies.
2. Responses to energy development-related seismic events have been addressed in a variety of manners involving local, state, and federal agencies, and research institutions. These agencies and research institutions may not have resources to address unexpected events, and more events could stress this ad hoc system.
3. Currently EPA has primary regulatory responsibility for fluid injection under the Safe Drinking Water Act, which does not explicitly address induced seismicity.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113012

Induced Seismicity Potential in Energy Technologies

*Summary*

EPA is addressing the issue of induced seismicity through its current study in consultation with other federal and state agencies.

4. The USGS has the capability and expertise to address monitoring and research associated with induced seismic events. However, the scope of its mission within the seismic hazard assessment program is focused on large-impact, natural earthquakes. Significant new resources would be required if the USGS mission were expanded to include comprehensive monitoring and research on induced seismicity.

GAP

No mechanisms are currently in place for efficient coordination of governmental agency response to seismic events that may have been induced.

PROPOSED ACTIONS

1. Relevant agencies, including EPA, USGS, and land management agencies, and possibly DOE, and state agencies with authority and relevant expertise (e.g., oil and gas commissions, state geological surveys, state environmental agencies) should develop coordination mechanisms to address induced seismic events.

2. Appropriating authorities for agencies with potential responsibility for induced seismicity should consider resource allocations for responding to induced seismic events in the future.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113013

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113014

Induced Seismicity Potential in Energy Technologies

CHAPTER ONE

# Induced Seismicity and Energy Technologies

## INTRODUCTION TO INDUCED SEISMICITY AND STUDY BACKGROUND

An earthquake is a shaking of the ground caused by a sudden release of energy within the Earth. Most earthquakes occur because of a natural and rapid shift (or slip) of rocks along geologic faults that release energy built up by relatively slow movements of parts of the Earth's crust. The numerous, sometimes large earthquakes felt historically in California and the earthquake that was felt along much of the East Coast in August 2011 are examples of naturally occurring earthquakes related to Earth's movements along regional faults (see also the section Earthquakes and Their Measurement, this chapter). An average of ~14,450 earthquakes with magnitudes above 4.0 ($M > 4.0$)[1] are measured globally every year. This number increases dramatically—to more than 1.4 million earthquakes annually—when small earthquakes (those with greater than $M$ 2.0) are included.[2]

Although the vast majority of earthquakes have natural causes, some earthquakes may also be related to human activities and are called induced seismic events.[3] Induced seismic events are usually small in both magnitude and intensity of shaking (see the section on Earthquakes and Their Measurement later in this chapter). For example, underground nuclear tests, controlled explosions in connection with mining or construction, and the impoundment of large reservoirs behind dams can each result in induced seismicity (Box 1.1). Energy technologies that involve injection or withdrawal of fluids from the subsurface also have the potential to induce seismic events that can be measured and felt (see Kerr, 2012).

The earliest and probably most familiar documented example of an induced seismic event related to fluid injection is the activity that occurred in the Denver, Colorado, area in the 1960s in connection with liquid waste disposal at the Rocky Mountain Arsenal. An injection well at the Arsenal pumping into relatively impermeable crystalline basement

---

[1] $M$ represents magnitude on the moment-magnitude scale, which is described in the section Earthquakes and Their Measurement, this chapter.

[2] See earthquake.usgs.gov/learn/faq/?faqID=69.

[3] Some researchers (e.g., McGarr et al., 2002) draw a distinction between "induced" seismicity and "triggered" seismicity. Under this distinction, induced seismicity results from human-caused stress changes in the Earth's crust that are on the same order as the ambient stress on a fault that causes slip. Triggered seismicity results from stress changes that are a small fraction of the ambient stress on a fault that causes slip. Anthropogenic processes cannot "induce" large and potentially damaging earthquakes, but anthropogenic processes could potentially "trigger" such events. In this report we do not distinguish between the two and use the term "induced seismicity" to cover both categories.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113015

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 1.1**
**Observations of Induced Seismicity**

Seismicity induced by human activity has been observed and documented since at least the 1920s (Pratt and Johnson, 1926). The number of sites where seismic events of **M** > 0 have occurred that are caused by or likely related to energy development are listed below by technology. (References for these sites with location and magnitude information are in Appendix C; note that in several cases the causal relationship between the technology and the event was suspected but never confirmed.) The numbers of sites globally are listed first in the column; the world map (Figure 1) shows these sites by technology and magnitude. The numbers in parentheses are the numbers of sites, as a subset of the global totals, in which seismic events in the United States have been caused by or likely related to energy development. In addition to energy technologies that are the topic of this report, the list also shows induced seismicity due to surface water reservoirs (dams) and other activities related to mining.[a] Event locations are plotted on global and U.S. maps in Figures 1 and 2.

|  | Global (United States only) |
|---|---|
| Wastewater injection | 11  (9) |
| Oil and gas extraction (withdrawal) | 38 (20) |
| Secondary recovery (water flooding) | 27 (18) |
| Geothermal energy | 26  (4) |
| Hydraulic fracturing (shale gas) | 2  (1) |
| Surface water reservoirs | 44  (6) |
| Other (e.g., coal and solution mining) | 8  (3) |
| Total | 156 |

Note that the figures include locations where a spatial association between seismicity and human activity has suggested a causal relationship, but where a causal relationship has not been positively established. Indeed, establishing such a causal relationship often requires a significant amount of scientific effort and fieldwork in the form of temporary seismometer arrays, particularly for the remote locations at which underground activities are conducted.

_____

[a] Mining operations can cause seismic events, in addition to the explosions that are used to fracture rock for excavation. These seismic events may occur at shallow depths as a result of changes in crustal stress, both by removal of mining ore and by redistribution of crustal stress from fracturing sound rock. Such events are not considered further in this report.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113016

Induced Seismicity Potential in Energy Technologies

*Induced Seismicity and Energy Technologies*



**Figure 1** Worldwide locations of seismicity reported in the technical literature caused by or likely related to human activities, with the maximum magnitude reported to be induced at each site.



**Figure 2** Locations of seismic events caused by or likely related to human activities within the coterminous United States and portions of Canada as documented in the technical literature.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113017

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

rock caused induced earthquakes (three **M** 5.0 to **M** 5.5 earthquakes[4]), the largest of which caused an estimated $500,000 in damages in 1967 (Nicholson and Wesson, 1990) (Box 1.2).

More recent public attention to the potential correlation between seismic events and energy technology development began with several felt seismic events: in Basel, Switzerland, in 2006; at The Geysers, California, in 2008; and near the Dallas-Fort Worth airport in 2008. During the course of this study, several additional seismic events with potential correlation to energy development have occurred in different parts of the United States and in several other nations (see later in this chapter and in Chapters 2 and 3 for details of some of these events). The potential for induced seismic events has also been highlighted in the context of ongoing public discussion of shale gas development through hydraulic fracturing operations. Although none of these recent events resulted in loss of life or significant structural damage, their effects were felt by local residents, some of whom also experienced minor property damage. Particularly in areas where tectonic (natural) seismic activity is uncommon or historically nonexistent and energy development is ongoing, these seismic events, though small in scale, can be disturbing for the public and can raise concern about further seismic activity and its consequences.

This report addresses induced seismicity that may be related specifically to certain kinds of energy development that involve fluid injection or withdrawal. The study arose through a request made in 2010 by Senator Bingaman of New Mexico, chair of the Senate Energy and Natural Resources Committee, to Department of Energy Secretary Stephen Chu (Appendix D). The senator asked the secretary to engage the National Research Council to examine the scale, scope, and consequences of seismicity induced by energy technologies and specifically associated with four energy technologies: geothermal energy, shale gas,[5] enhanced oil recovery (EOR), and carbon capture and storage (CCS). The study's statement of task is presented in Box 1.3.

The aim of this report is to provide an understanding of the nature and scale of induced seismicity related to energy technologies and to suggest guidance as to how best to proceed with safe development of these technologies in terms of any potential induced seismicity risks. The report begins with an examination of the types and potential causes or mechanisms for induced seismicity (Chapter 2), reviews the four energy technologies that are the subject of the study and the ways they may induce seismic activity (Chapter 3), and discusses government roles and responsibilities related to underground injection and induced seismicity (Chapter 4). Chapter 5 considers the hazard and risk for induced seismicity and identifies some paths for understanding and managing induced seismicity, with steps toward

---

[4] The initial reports of the magnitudes of the events at the Rocky Mountain Arsenal did not have details about the magnitude scale being used. Subsequent detailed analysis of seismograms (Herrmann et al., 1981) indicated that the magnitudes of the largest earthquakes were actually **M** 4.5 to **M** 4.8, slightly smaller than the initially reported magnitudes. See Box 1.2 for details.

[5] When the committee uses the term "shale gas," it is referring to dry gas, gas, and some liquids.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113018

Induced Seismicity Potential in Energy Technologies

*Induced Seismicity and Energy Technologies*

best practices for mitigating induced seismicity risk in Chapter 6. Chapter 7 contains the report's findings, conclusions, proposed actions, and research recommendations, including identification of information and knowledge gaps and research and monitoring needs. The remainder of this chapter briefly reviews earthquakes and their measurement, introduces the four energy technologies that are the subject of this report, and presents several historical examples of induced seismic activity related to energy development.

The significance of understanding and mitigating the effects of induced seismicity related to energy technologies has been recognized by other groups as well, both internationally and domestically. The International Partnership for Geothermal Technology Working Group on Induced Seismicity[6] under the auspices of the International Energy Agency, for example, has been addressing the issue as it relates specifically to geothermal energy development. International professional societies such as the Society of Petroleum Engineers and the Society of Exploration Geophysicists are coordinating a public technical workshop on the topic.[7] Within the United States, government agencies such as the Department of Energy and U.S. Geological Survey have also been engaged in explicit efforts to understand and address induced seismicity in technology development. The Environmental Protection Agency has been facilitating a National Technical Working Group on Injection Induced Seismicity[8] since mid-2011 and anticipates releasing a report that will contain technical recommendations directed toward minimizing or managing injection-induced seismicity.

## EARTHQUAKES AND THEIR MEASUREMENT

The process of earthquake generation is analogous to a rubber band stretched to the breaking point that suddenly snaps and releases the energy stored in the elastic band. Earthquakes result from slip along faults that release tectonic stresses that have grown high enough to exceed a fault's breaking strength. Strain energy is released by the Earth's crust during an earthquake in the form of seismic waves, friction on the causative fault, and, for some earthquakes, crustal elevation changes. Seismic waves can travel great distances; for large earthquakes they can travel around the globe. Ground motions observed at any location are a manifestation of these seismic waves. Seismic waves can be measured in different ways: earthquake **magnitude** is a measure of the size of an earthquake or the amount of energy released at the earthquake source, while earthquake **intensity** is a measure of the level of ground shaking at a specific location. The distinction between earthquake magnitude and intensity is important because intensity of ground shaking determines what

---

[6] See http://internationalgeothermal.org/; http://www.iea-gia.org/documents/Switzerland_Inducedseismicity_IPGT_IEA_201105031.pdf

[7] See http://www.spe.org/events/12aden/documents/12ADEN_Brochure.pdf

[8] See http://www.gwpc.org/meetings/uic/2012/proceedings/09McKenzie_Susie.pdf; P. Dellinger, presentation to the committee, September 2011.

27

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 1.2**
**The Rocky Mountain Arsenal Earthquakes**

During the spring of 1962 seismological stations in Colorado began recording a number of small earthquakes near Denver. Although Denver had previously been considered to be in an area of low seismicity, between April 1962 and August 1967 over 1,500 earthquakes were recorded at the seismograph station at Bergen Park, Colorado. Some of the earthquakes were noticeable to local residents and exceeded **M** 3 and **M** 4. The earthquakes were eventually attributed to the underground injection of fluid using a deep well drilled on land known as the Rocky Mountain Arsenal approximately 6 miles northeast of downtown Denver.

The Rocky Mountain Arsenal was used by the U.S. Army from 1942 through 1985 for both the manufacture and the disposal of chemical weapons. In 1961 the army drilled a well on the arsenal grounds for the disposal of chemical fluid wastes by underground injection. The well was drilled to a depth of 12,045 feet into Precambrian crystalline rocks (rocks greater than about 700 million years old) beneath the sedimentary rocks of the Denver basin. Fluid injection began in March 1962, and from that time through September 1963, fluid was injected at an average rate of 181,000 gallons per day (gal/day). Injection was stopped in October 1963, but commenced again from August 1964 through April 1965. During this second injection cycle the fluid was not injected under pressure but was fed to the well under gravity flow at a rate of 65,800 gal/day. In April 1965 pressure injection resumed at a rate of 148,000 gal/day. The maximum injection pressure at any time was 72 bars (1,044 pounds per square inch [psi]).[1]

In April and May 1962, two seismological observatories in the Denver area began recording a series of small earthquakes.

*In June of 1962 several earthquakes occurred which were large enough to be felt by residents and caused considerable concern. By November of 1965 over 700 shocks had been recorded and, although 75 of these had been felt, no damage was reported…."* (McClain, 1970)

Research conducted in the mid-1960s on the deep injection well located on the Arsenal grounds detailed the correlation between the amount of fluid injected into the Arsenal well and the number of Denver earthquakes (Evans, 1966). This research indicated a strong relationship between injection volumes and earthquake frequency (see Figure). More detailed investigation by several local universities and the U.S. Geological Survey (USGS) gave further support to this conclusion. The research showed the majority of the earthquakes had epicenters within 5 miles of the Arsenal's injection well. The depths of the earthquakes varied from 12,140 to 23,000 feet (3,700 to 7,000 meters) below the surface, which is the depth of Precambrian rocks in the area. Research also showed that the epicenters for the earthquakes aligned in a generally northwest-to-southeast direction, similar to the orientation of a system of natural vertical fractures found in the Precambrian rocks in the area.

Although injection into the Arsenal well ceased in February 1966, earthquake activity continued for several more years. The strongest earthquakes actually occurred after injection into the well was discontinued. A detailed analysis of seismograms (Herrmann et al., 1981) indicated seismic moments of the largest earthquakes that can be converted to **M** 4.5 (April 1967), **M** 4.8 (August 1967), and **M** 4.5 (November 1967). These magnitudes are more accurately determined and somewhat smaller than the magnitudes reported in earlier papers on the

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113020

Induced Seismicity Potential in Energy Technologies

*Induced Seismicity and Energy Technologies*



**Figure** Histograms showing relation between volume of waste injected into the Rocky Mountain Arsenal well and earthquake frequency. SOURCES: Adapted from Evans (1966); Healy et al. (1968); McClain (1970); Hsieh and Bredehoeft (1981).

Rocky Mountain Arsenal earthquakes, which did not have details about the magnitude scale being used. After November 1967 earthquake activity steadily declined and virtually ceased by the late 1980s.

Initial theories postulated that the Denver earthquakes were caused by fluids being pumped into the ground by pressure injection in the disposal well; the fluids were suggested to have acted as a lubricant, allowing large blocks of rock in the subsurface to shift more easily. However, further analysis showed earthquakes triggered by fluid injection are not caused by lubrication of a fracture system but suggested instead that the earthquakes were caused by increasing the pressure of the existing fluid in the formation through high-pressure injection, which lowered the frictional resistance between rocks along an existing fault system; lowering the frictional resistance allowed the rocks to slide relative to each other.

---

<sup></sup> Note: Throughout the report we cite the units presented in the original reference followed by a conversion in parentheses to U.S. measures, metric, or units that might be more familiar to the general reader.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113021

Induced Seismicity Potential in Energy Technologies

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

---

**BOX 1.3**
**Statement of Task**

The study will focus on areas of interest related to CCS, enhanced geothermal systems, production from shale gas, and EOR, and will

1. summarize the current state-of-the-art knowledge on the possible scale, scope, and consequences of seismicity induced during the injection of fluids related to energy production, including lessons learned from other causes of induced seismicity;
2. identify gaps in knowledge and the research needed to advance the understanding of induced seismicity, its causes, effects, and associated risks;
3. identify gaps and deficiencies in current hazard assessment methodologies for induced seismicity and research needed to close those gaps; and
4. identify and assess options for interim steps toward best practices, pending resolution of key outstanding research questions.

---

we, as humans, perceive or feel and the extent of damage to structures and facilities. The intensity of an earthquake depends on factors such as distance from the earthquake source and local geologic conditions, as well as earthquake magnitude. Throughout this work we refer to earthquake magnitudes using the moment-magnitude scale (Hanks and Kanamori, 1979), which is a scale preferred by seismologists because it is theoretically related to the amount of energy released by the Earth's crust. The common symbol used to indicate moment magnitude is $\mathbf{M}$.[9]

The earthquake magnitude scale spans a truly immense range of energy releases. For example, an earthquake of $\mathbf{M}$ 8 does not represent energy release that is four times greater than an earthquake of $\mathbf{M}$ 2; rather, an $\mathbf{M}$ 8 releases 792 million times greater energy than an $\mathbf{M}$ 2. For tectonic ("natural") earthquakes, magnitude is also closely tied to the earthquake rupture area, which is defined as the surface area of the fault affected by sudden slip during an earthquake. A great earthquake of $\mathbf{M}$ 8 typically has a fault-surface rupture area of 5,000 to 10,000 km² (equivalent to ~1,931 to 3,861 square miles or about the size of Delaware,

---

[9] The moment magnitude scale, designated $\mathbf{M}$, is the conventional scale now in use worldwide because it is related to the energy or "work" done by the Earth's crust in creating the earthquake. An earthquake magnitude scale was first published by Richter (1936) and was based on the amplitudes of ground motions recorded on standard seismometers in Southern California. The desire was to assign a numerical magnitude value to earthquakes that was logarithmically proportional to the amount of energy released in the Earth's crust, although it was recognized by Richter that the available data were inadequate for developing a direct correlation with energy. The original scale for Southern California achieved widespread use, was designated "Richter" or local magnitude, and was adapted for other areas with modifications to account for regional differences in earthquake wave attenuation. The moment magnitude has the ability to represent the energy released by very large earthquakes. Moment magnitude, where available, has been used throughout the report.

---

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113022

Induced Seismicity Potential in Energy Technologies

*Induced Seismicity and Energy Technologies*

which is 2,489 square miles). In contrast, **M** 3 earthquakes typically have rupture areas of roughly 0.060 km$^2$ (about 0.023 square miles or about 15 acres, equivalent to about 15 football fields). "Felt earthquakes" are generally those with **M** between 3 and 5, and "damaging earthquakes" are those with **M** > 5. The maximum velocity of ground shaking is a measure of how damaging the ground motion will be near the fault causing the earthquake. The intensity of shaking at any location is usually expressed using the Modified Mercalli scale and varies from III[10] (felt by few people and would cause hanging objects to sway) for **M** 3, to X (when severe damage would occur). A large earthquake located onshore will generate intensity X near the fault rupture, intensity III at far distances, and all intensities between at intermediate distances.

Most earthquakes, whether natural or induced, that are recorded by seismometers are too small to be noticed by people. These small earthquakes are often referred to as **microearthquakes** or **microseisms**. This report adopts the latter term for all seismic events with magnitude **M** < 2.0. Microseisms as small as **M** –2 (see Appendix E for an explanation of negative magnitudes) are routinely recorded by local **seismometer arrays** during hydraulic fracturing operations used to stimulate oil and gas recovery. At **M** –2 the rupture areas are on the order of 1 m$^2$ (a little less than 11 square feet).

Most naturally occurring earthquakes occur near the boundaries of the world's tectonic plates where faults are historically active. However, low levels of seismicity also occur *within* the tectonic plates. This fact, together with widespread field measurements of stress and widespread instances of induced seismicity, indicate that the Earth's crust, even in what we may consider geologically or historically stable regions, is commonly stressed near to the critical limit for fault slip (Zoback and Zoback, 1980, 1981, 1989). Because of this natural state of the Earth's crust, *no region can be assumed to be fully immune to the occurrence of earthquakes.*

**Induced seismicity** may occur whenever conditions in the subsurface are altered in such a way that stresses acting on a preexisting fault reach the breaking point for slip. If stresses in a rock formation are near the critical stress for fault rupture, theory predicts and experience demonstrates that relatively modest changes of pore fluid pressures can induce seismicity. Generally, induced earthquakes are not damaging, but if preexisting stress conditions or the elevated pore fluid pressures are sufficiently high over a large fault area, then earthquakes with enough magnitude or intensity to cause damage can potentially occur.

Identifying whether a particular earthquake or microseism was caused by human activity or occurred naturally is commonly very difficult; often, inferences are made based on spatial and temporal proximity of the earthquake and human activity, on seismic history in the region, and on whether general models of induced seismicity would support a connection. For example, a small amount of fluid injected into the crust at shallow depths (e.g., during

---

[10] The Mercalli scale uses Roman numerals.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113023

Induced Seismicity Potential in Energy Technologies

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

a hydraulic fracturing operation) would not be considered the cause of a **M** 7 earthquake that was initiated at 10 km depth, even if the hydraulic fracturing and earthquake were close in space and time.

The earthquake history of a region also plays a role in inferring whether a particular earthquake was induced. If a certain earthquake appears to be related to human activity, but similar earthquakes have occurred in the past in that region, the connection with human activity is more tenuous than if the correlation between earthquake and human activity occurred in a previously aseismic region. In the latter case, an important indicator might be the *rate* of occurrence of multiple earthquakes, compared to the historical rate (Ellsworth et al., 2012). The important point is that there often is no definitive proof that a particular earthquake was induced; conclusions are usually based on inference.

## ENERGY TECHNOLOGIES AND INDUCED SEISMICITY

### *Geothermal Energy*

Geothermal energy production captures the natural heat of the Earth to generate steam that can drive a turbine to produce electricity. Geothermal systems fall into one of three different categories: (1) **vapor-dominated** systems, (2) **liquid-dominated** systems, and (3) **enhanced geothermal systems** (EGS). Vapor-dominated systems are relatively rare. A major example is The Geysers geothermal field in Northern California. Liquid-dominated systems are used for geothermal energy in Alaska, California, Hawaii, Idaho, Nevada, and Utah. In both of these types of hydrothermal resource systems, either steam or hot water is extracted from naturally occurring fractures within the rock in the subsurface and cold fluid is injected into the ground to replenish the fluid supply. EGS are a potentially new source of geothermal power in which the subsurface rocks are naturally hot and fairly impermeable, and contain relatively little fluid. Wells are used to pump cold fluid into the hot rock to gather heat, which is then extracted by pumping the fluid to the surface. In some cases a potential EGS reservoir may lack sufficient connectivity via fractures to allow fluid movement through rock. In this case the reservoir may be fractured using high-pressure fluid injection in order to increase permeability. Permeability is a measure of the ease with which a fluid flows through a rock formation. (See Chapter 2 for detailed discussion of permeability and its relevance to fracture development and fluid flow.) In each of these geothermal systems, the injection or extraction of fluid has the potential to induce seismic activity. Further description of these technologies and examples of induced seismic activity are provided in Chapter 3.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113024

Induced Seismicity Potential in Energy Technologies

## Oil and Gas Production

Oil and gas production involves pumping hydrocarbon liquids (petroleum and natural gas), often together with large amounts of aqueous fluids (groundwater) that commonly contain high amounts of dissolved solids and salts ("brine"), from the subsurface. In the United States, oil and gas operators are required to manage these aqueous fluids through some combination of treatment, storage, disposal, and/or use, subject to government regulations. Commonly, these fluids, if not reused in the extraction process (see also Carbon Capture and Storage, below), are disposed of by injection into the deep subsurface in wells that may be located at some distance from the site of the oil or gas extraction (see also Chapters 3 and 4).

Fluids may also be produced from a well during "flow-back operations" after a well has been hydraulically fractured. Hydraulic fracturing is a method of stimulating an oil- or gas-producing geologic formation by injecting fluid underground to initiate fractures in the rock to aid oil or gas production from the well. A portion of the fluid is later recovered from the well and may be reinjected for additional hydraulic fracture treatments or managed through storage, permanent disposal in an injection well, or treatment for disposal or beneficial use similar to aqueous fluids that are normally produced directly from an oil or gas reservoir. Injection of fluids related to hydraulic fracturing and injection of waste fluids into the subsurface for permanent disposal are two different processes described in detail in Chapter 3.

Oil and gas production (withdrawal) often includes fluid reinjection. The reinjected fluid may be natural gas, aqueous fluids, or carbon dioxide ($CO_2$) used to help push more oil and gas out from the rocks and to the surface; such reinjection is termed secondary recovery. Enhanced oil recovery, also known as tertiary recovery, uses technologies that also aid in increasing the recovery of hydrocarbons from a reservoir by changing the properties of the oil (primarily aiming to lower the viscosity of the oil so that it flows more easily). The most common EOR techniques involve injecting $CO_2$ or hydrocarbons, or heating the oil through steam injection or combustion. The injection of fluid to facilitate oil and gas production, similar to fluid injection for geothermal systems, has the potential to generate induced seismic activity. To date, EOR has not been associated with induced seismicity, although felt seismic events have been documented in connection with waterflooding for secondary recovery. The withdrawal of oil and gas has also been associated with induced seismic activity. All of these technologies and examples of induced seismic activity are described further in Chapter 3.

## Carbon Capture and Storage

Carbon capture and geologic storage is the separation and capture of $CO_2$ from emissions of industrial processes, including energy production, and the transport and permanent storage of the $CO_2$ in deep underground formations. Currently five different types of

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113025

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

underground formations are being investigated for permanent $CO_2$ storage: (1) oil and gas reservoirs, (2) saline formations, (3) unmineable coal seams, (4) organic-rich shales, and (5) basalt formations.[11] Carbon dioxide has been injected into oil and gas reservoirs for several decades to enhance oil recovery. Current large-scale CCS projects in the United States are focused on injection of carbon dioxide into saline brines in regional aquifers. Carbon dioxide must be in the supercritical (liquid) phase to minimize the required underground storage volume; this requires a fluid pressure of greater than 6.9 MPa (about 68 atm[12]) and temperature greater than 31.1°C, which can be achieved at depths greater than about 2,600 feet (~800 meters) (Sminchak et al., 2001). Because no large-scale CCS projects have been completed in the United States, no data or reports on induced seismic activity are available. Chapter 3 reviews in more detail the CCS research and development projects ongoing in the United States, as well as three small, commercial CCS projects overseas.

## HISTORICAL INDUCED SEISMICITY RELATED TO ENERGY ACTIVITIES

In the United States, seismicity caused by or likely related to energy development activities involving fluid injection or withdrawal has been documented in Alabama, Arkansas, California, Colorado, Illinois, Louisiana, Mississippi, Nebraska, Nevada, New Mexico, Ohio, Oklahoma, and Texas (see Chapters 2 and 3 for details). Appendix C lists documented and suspected cases globally and in the United States of induced seismicity, including, for example, seismic events caused by waste injection at the Rocky Mountain Arsenal (Healy et al., 1968; Hsieh and Bredehoeft, 1968; Box 1.1) and in the Paradox Basin of western Colorado (see Appendix K); secondary recovery of oil in Colorado (Raleigh et al., 1972), southern Nebraska (Rothe and Lui, 1983), western Texas (Davis, 1985; Davis and Pennington, 1989), and western Alberta (Milne, 1970) and southwestern Ontario, Canada (Mereu et al., 1986); and fluid stimulation to enhance geothermal energy extraction in New Mexico (Pearson, 1981), at The Geysers, California (see Box 3.1), and in Basel, Switzerland (see Box 3.3). Suckale (2010) provides a thorough overview of seismicity induced by hydrocarbon production. Investigations of some of these cases have led to better understanding of the probable physical mechanisms of inducing seismic events and have allowed for the establishment of some of the most important criteria that may induce a felt seismic event, including the state of stress in the Earth's crust in the vicinity of the fluid injection or withdrawal; the presence, orientation, and physical properties of nearby faults; pore fluid pressure (pressure of fluids in the pores of the rocks at depth, hereafter referred to as pore pressure); the volumes, rates, and temperature of fluid being injected or withdrawn; the pressure at which the fluid is being injected; and the length of time over which the fluid is

---

[11] See, for example, http://www.netl.doe.gov/technologies/carbon_seq/FAQs/carbonstorage2.html.

[12] One unit of atmospheric pressure or 1 atm is equivalent to the pressure exerted by the Earth's atmosphere on a point at sea level.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113026

Induced Seismicity Potential in Energy Technologies

*Induced Seismicity and Energy Technologies*

injected or withdrawn (e.g., Nicholson and Wesson, 1990). Controlled experiments both at Rangely, Colorado (Raleigh et al., 1976; see also Chapter 2), and in Matsushiro, Japan (Ohtake, 1974), were undertaken to directly control the behavior of large numbers of small seismic events by manipulation of fluid injection pressure.

Fluid withdrawal has also been observed to cause seismic events. McGarr (1991) identified three earthquakes in California caused by or likely related to extraction of oil: (1) Coalinga, in May 1983, **M** 6.5; (2) Kettleman North Dome, in August 1985, **M** 6.1; and (3) Whittier Narrows, in October 1987, **M** 5.9. All three events occurred in a crustal anticline close to active oil fields and on or near seismically active faults. Although seismic deformation (uplift) observed during each earthquake has been suggested to have a correlation to removal of hydrocarbon mass (McGarr, 1991), well-documented and ongoing uplift and seismicity over the entire region, related to natural adjustments of the Earth's crust, make it difficult to determine unequivocally if these were induced seismic events. In the mid-1970s and 1980s three large earthquakes (measuring **M** ~ 7) were recorded near the Gazli gas field in Uzbekistan in an area that had largely been aseismic. Although precise locations and magnitudes of the earthquakes were not possible to determine, a potential relation to gas extraction was suggested based on available data and modeling (Adushkin et al., 2000; Grasso, 1992; Simpson and Leith, 1985).

Some surface effects associated with energy technologies may occur (without associated shaking at the surface) that result from surface subsidence or "creep" rather than from slip along a fault. Examples include the Baldwin Hills dam failure in California (Appendix F).

## CONCLUDING REMARKS

Human activity, including injection and extraction of fluids from the Earth, can induce seismic events. While the vast majority of these events have intensities below that which can be felt by people living directly at the site of fluid injection or extraction, potential exists to produce significant seismic events that can be felt and cause damage and public concern. Examination of known examples of induced seismicity can aid in determining what the risks are for energy technologies. These examples also provide data on the types of research required to better constrain induced seismicity risks and to develop options for best practices to define and alleviate risks from energy-related induced seismicity. These issues are explored in the remaining chapters of this report.

## REFERENCES

Adushkin, V.V., V.N. Rodionov, S.T. Turuntnev, and A.E. Yodin. 2000. Seismicity in the oil field. *Oilfield Review* Summer:2-17.

Davis, S.D. 1985. Investigations of Natural and Induced Seismicity in the Texas Panhandle. M.S. thesis. The University of Texas, Austin. 230 pp.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113027

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

Davis, S.D., and W.D. Pennington. 1989. Induced seismic deformation in the Cogdell oil field of West Texas. *Bulletin of the Seismological Society of America* 79(5):1477–1494.

Ellsworth, W.L., S.H. Hickman, A.L. LLeons, A. McGarr, A.J. Michael, and J.L. Rubenstein. 2012. Are seismicity rate changes in the Midcontinent natural or manmade? Abstract #12-137 presented at the Seismological Society of America (SSA) 2012 Annual Meeting, San Diego, CA, April 17-19.

Evans, D.M. 1966. The Denver area earthquakes and the Rocky Mountain Arsenal disposal well. *Mountain Geologist* 3(1):23-26.

Grasso, J.-R., 1992. Mechanics of seismic instabilities induced by the recovery of hydrocarbons. *Pure and Applied Geophysics* 139(3-4):507-534.

Hanks, T.C., and H. Kanamori. 1979. A moment magnitude scale. *Journal of Geophysical Research* 84(B5):2348-2350.

Healy, J.H., W.W. Rubey, D.T. Griggs, and C.B. Raleigh. 1968. The Denver earthquakes. *Science* 161:1301-1310.

Herrmann, R. B., S. K. Park, and C. Y. Wang. 1981. The Denver Earthquakes of 1967-1968. *Bulletin of the Seismological Society of America* 71:731-745.

Hsieh, P.A., and J.S. Bredehoeft. 1981. A reservoir analysis of the Denver earthquakes: A case of induced seismicity. *Journal of Geophysical Research* 86(B2):903-920.

Kerr, R. 2012. Learning how to NOT make your own earthquakes. *Science* 335:1436-1437.

McClain, W.C. 1970. On earthquakes induced by underground fluid injection. ORNL-TM-3154. Oak Ridge, TN: Oak Ridge National Laboratory.

McGarr, A. 1991. On a possible connection between three major earthquakes in California and oil production. *Bulletin of the Seismological Society of America* 81(3):948-970.

McGarr, A., D. Simpson, and L. Seeber. 2002. Case histories of induced and triggered seismicity. Pp. 647-661 in *International Handbook of Earthquake and Engineering Seismology, Part A*, edited by W.H.K. Lee et al. New York: Academic Press.

Mereu, R.F., J. Brunei, K. Morrissey, B. Price, and A. Yapp. 1986. A study of the microearthquakes of the Gobies oil field area of southwestern Ontario. *Bulletin of the Seismological Society of America* 76:1215-1223.

Milne, W.G. 1970. The Snipe Lake, Alberta earthquake of March 6, 1970. *Canadian Journal of Earth Science* 7(6):1564-1567.

Nicholson, C., and R.L. Wesson. 1990. Earthquake hazard associated with deep well injection: A report to the U.S. Environmental Protection Agency. U.S. Geological Survey (USGS) Bulletin 1951. Reston, VA: USGS. 74 pp.

Ohtake, M. 1974. Seismic activity induced by water injection at Matsushiro, Japan. *Journal of Physics of the Earth* 22:163-176.

Pearson, C. 1981. The relationship between microseismicity and high pore pressures during hydraulic stimulation experiments in low permeability granitic rocks. *Journal of Geophysical Research* 86(B9):7855-7864.

Pratt, W.E., and D.W. Johnson. 1926. Local subsidence of the Goose Creek oil field (Texas). *Bulletin of the Seismological Society of America* 34(7):577-590.

Raleigh, C.B., J.H. Healy, and J.D. Bredehoeft. 1972. Faulting and crustal stresses at Rangely, Colorado. *American Geophysical Union Geophysics Monograph Series* 16:275-284.

Raleigh, C.B., J.H. Healy, and J.D. Bredehoeft. 1976. An experiment in earthquake control at Rangely, Colorado. *Science* 191(4233):1230-1237.

Richter, C.F. 1936. An instrumental earthquake magnitude scale. *Bulletin of the Seismological Society of America* 25:1-32.

Rothe, G.H., and C.-Y. Lui. 1983. Possibility of induced seismicity in the vicinity of the Sleepy Hollow oil field, southwestern Nebraska. *Bulletin of the Seismological Society of America* 73(5):1357-1367.

Simpson, D.W., and W. Leith. 1985. The 1976 and 1984 Gazli, USSR, Earthquakes—Were they induced? *Bulletin of the Seismological Society of America* 75(5):1465-1468.

Sminchak, J., N. Gupta, C. Byrer, and P. Bergman. 2001. Issues related to seismic activity induced by the injection of $CO_2$ in deep saline aquifers. Presented at the First National Conference on Carbon Sequestration, Washington, DC, May 15-17.

Suckale, J. 2010. Moderate-to-large seismicity induced by hydrocarbon production. *The Leading Edge* 29(3):310-319.

Zoback, M.D., and M.L. Zoback. 1981. State of stress and intraplate earthquakes in the United States. *Science* 213(4503):96-104.

Zoback, M.L., and M.D. Zoback. 1980. State of stress in the coterminous United States. *Journal of Geophysical Research* 85(B11):6113-6156.

Zoback, M.L., and M.D. Zoback. 1989. Tectonic stress field of the continental United States. *Geophysical Framework of the Continental United States*, edited by L. Pakiser and W. Mooney. *Geological Society of America Memoir* 172:523-539.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113028

Induced Seismicity Potential in Energy Technologies

CHAPTER TWO

# *Types and Causes of Induced Seismicity*

## INTRODUCTION

Energy technology activities known to have produced induced seismicity, whether significant enough to be felt by humans or so small as to be detected only with sensitive monitoring equipment, are fluid injection and withdrawal as well as purposeful fracturing of rocks. For each of these activities the critical components required to produce induced seismicity are the presence and orientation of existing faults, the state of stress of the Earth's crust, the rates and volumes of fluid injection or withdrawal, and time. Understanding these components gives some confidence in being able to draw conclusions about what seismicity might be induced in the future, and under what conditions. The physical mechanisms[1] responsible for inducing seismic events are discussed here with reference to specific energy technologies; detailed explanations of these technologies and their relationship to induced seismic events are presented in Chapter 3.

## FACTORS AFFECTING INITIATION AND MAGNITUDE OF A SEISMIC EVENT

Shallow earthquakes result from slip (movement) along a preexisting fault. Two critical questions concerning such earthquakes are (1) which factors are responsible for the initiation of a seismic event and (2) which factors control the magnitude of the event.

### *Initiation of a Seismic Event*

The Earth's crust is crossed by a network of preexisting fractures and faults of various sizes. Any of these faults could, in principle, be activated if the shear stress ($\tau$) acting on the fault overcomes its resistance to slip or movement of the adjacent rock blocks (called "shear resistance"). In most cases, the shear resistance (or shear strength) is due to friction. In other words, the shear strength is proportional to the difference between the normal stress ($\sigma$) acting on the fault and the pressure ($p$) of the fluid permeating the fault and the surrounding rock. The fault remains stable (does not slip) as long as the magnitude of

---

[1] Although hydromechanical coupling is the dominant mechanism responsible for inducing seismic events, other coupling mechanisms (e.g., thermomechanical and chemomechanical) could also play a role.

37

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113029

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

the shear stress ($\tau$) is smaller than the frictional strength, which can be represented by this expression: $\mu(\sigma - \rho)$. The term $(\sigma - \rho)$ is called the effective stress. The symbol $\mu$ represents the friction coefficient, a parameter that varies only in a narrow range, typically between 0.6 and 0.8 for most rock types. This condition for triggering slip, known as the Coulomb criterion, is discussed in more detail in Box 2.1 and Appendix G (see also Jaeger et al., 2007; Scholz, 2002).

The key parameters controlling the initiation of slip are therefore the normal and shear stresses acting on the fault as well as the pore fluid pressure (hereafter simply referred to as "pore pressure"). The normal and shear stresses on the fault depend on the orientation of the fault and on the state of stress in the rock. Due to the weight of the overlying rock and other processes in the Earth's crust, rocks are usually under compression. The compressive normal stress acting on a rock at depth varies with direction; this variation of the normal stress with direction is linked to the shear stresses that are responsible for slip along a fault if the frictional resistance of the fault is overcome. In contrast, for a fluid at rest, the state of stress is hydrostatic: the normal stress is the same in all directions, and it cannot transmit any shear stresses.

The state of effective stress at a point in the Earth involves both the stress tensor and the pore pressure. The stress tensor is described by the vertical stress ($\sigma_v$) and the minimum and maximum horizontal stresses ($\sigma_h$ and $\sigma_H$) that act in two orthogonal directions. The direction of $\sigma_H$, as well as the relative values of $\sigma_v$, $\sigma_h$, and $\sigma_H$, control the orientation of the fault most likely to slip; three different fault regimes are defined depending on the relative magnitude of $\sigma_v$, $\sigma_h$, and $\sigma_H$ (Box 2.2). Once the most critical fault orientation has been identified, the normal and shear stresses acting on the fault can in principle be computed from the state of effective stress.

Determination of the in situ state of stresses in the subsurface is complex and often expensive. Consequently, the information on the in situ stress in the Earth is usually too fragmentary to allow confident estimates of the actual stresses acting on a fault. In most cases the only reliable information available is the magnitude of the vertical stress, as it can simply be estimated from the average density of the overlying rock and the depth. Estimating the general fault types and configurations as well as the broad orientation of the maximum and minimum horizontal stresses at a scale of tens or hundreds of kilometers is also sometimes possible, based on a variety of stress indicators (see also Figure 4 in Box 2.2).

In contrast to the difficulty of determining the maximum and minimum horizontal stresses and their orientations, the undisturbed initial pressure of the fluid permeating the rock and the fractures or faults can usually be reliably estimated from the depth of the rocks, under normally pressurized conditions. Techniques also exist for direct measurement of the pore pressure from a well.

Although the conditions for initiating slip on a preexisting fault are well understood, the difficulty remains to make reliable estimates of the various quantities in the Coulomb

*38*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113030

Induced Seismicity Potential in Energy Technologies

criterion. Lacking these estimates, predicting how close or how far the fault system is from instability remains difficult, even if the orientation of the fault is known. This implies that the magnitude of the increase in pore pressure that will cause a known fault to slip cannot generally be calculated. Nonetheless, understanding how different factors contribute to slip initiation is valuable because it provides insight about whether fluid injection or withdrawal may be a stabilizing or a destabilizing factor for a fault (in other words, whether fluid injection or withdrawal causes the difference between the driving shear stress and the shear strength to increase or decrease). Any perturbation in the stress or pore pressure that is associated with an increase of the shear stress magnitude and/or a decrease of the normal stress and/or an increase of the pore pressure could be destabilizing; such a perturbation brings the system closer to critical conditions for failure. A large body of evidence suggests that the state of stress and pore pressure are often not far from the critical conditions where a small destabilizing perturbation of the stress and/or of the pore pressure could cause a critically oriented fault to slip (Zoback and Zoback, 1980, 1989).

*Magnitude of a Seismic Event*

The moment magnitude scale, designated **M**, is directly related to the amount of crustal energy released during a seismic event (Hanks and Kanamori, 1979). This energy can be thought of as the total force released during the earthquake times the average fault displacement over the fault rupture area (see also the section Earthquakes and Their Measurement in Chapter 1).

Earthquake magnitude is correlated to the area of the rupture surface. Earthquakes with large magnitudes always involve large parts of the Earth's crust, because the large energies being released can only be stored in large volumes of rock, and large rupture areas are necessary to produce large fault displacements. Correlations between **M** and rupture area from observations of historical earthquakes indicate that an increase of 1 magnitude unit implies, on average, an increase by a factor of about 8 in fault rupture area, and a concurrent increase by a factor of about 4½ in rupture displacement (Wells and Coppersmith, 1994). The following examples are typical fault rupture areas and rupture displacements associated with earthquakes of **M** 4 and **M** 5:

|  | **M** 4 | **M** 5 |
| --- | --- | --- |
| Fault rupture area: | 1.4 km$^2$ (~0.5 mi$^2$) | 11 km$^2$ (~4.2 mi$^2$) |
| Fault displacement: | 1 cm (~0.4 in) | 4.5 cm (~1.8 in) |

A larger-magnitude earthquake implies both a larger area over which crustal stress is released and a larger displacement on the fault. From the definition of **M**, we can expect that a 1-unit increase in magnitude will be associated with a factor of about 32 larger release

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113031

Induced Seismicity Potential in Energy Technologies

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 2.1**
**Conditions Leading to Seismic Slip on a Fault**

Shallow earthquakes result from slip along a preexisting fault. The slip is triggered when the stress acting along the fault exceeds the frictional resistance to sliding. The critical conditions are quantified by the Coulomb criterion, which embodies two fundamental concepts, friction and effective stress. These two concepts can be illustrated by considering the shearing of a split block (Figure 1). The block is subjected to a normal force $F_n$ and a shear force $F_s$, which can be translated into a normal stress $\sigma = F_n/A$ and the shear stress $\tau = F_s/A$ acting across the joint, with $A$ designating the interface area of the joint. The joint (and possibly also the block if it is porous) is infiltrated by fluid at pressure $\rho$.

According to the Coulomb criterion, there is no relative movement across the joint, as long as the shear stress ($\tau$) is less than the frictional strength $\mu(\sigma - \rho)$, where $\mu$ is the coefficient of friction. The conditions for slip are thus met when $\tau = \mu(\sigma - \rho)$. The term ($\sigma - \rho$) is called the effective stress; the presence of effective stress in the Coulomb criterion shows that the fluid pressure ($\rho$) counterbalances the stabilizing effect of the normal stress ($\sigma$). The Coulomb criterion indicates that slip can be triggered by a decrease of the normal stress, an increase of the pore pressure, and/or an increase of the shear stress (Figure 1b).

Note that the common concept that "injected fluids cause earthquakes by lubricating underground faults" is not accurate because fluids do not decrease the coefficient of friction, $\mu$. Rather, injected fluids (or extracted fluids) cause earthquakes by changing the stress conditions around faults, bringing these stresses into a condition where driving stresses equal or exceed resistive stresses, thereby promoting slip on the fault.

Within the context of slip on a fault, the normal and shear stresses acting across the fault, $\sigma$ and $\tau$, can be directly expressed in terms of the vertical stress ($\sigma_v$), the horizontal stress ($\sigma_h$), and the fault inclination ($\beta$) (Figure 2). Prior to injection or extraction of fluid, the initial state is stable because the shear stress ($\tau_o$) is less than the frictional strength $\mu(\sigma_o - \rho_o)$, although the condition could be close to critical. Injection or extraction of fluid could cause changes in the stress and pore pressure such that the critical condition expressed as $\tau = \mu(\sigma - \rho)$ is met (Figure 2b is a graphical representation).

This box describes the simple case of a frictional fault. The more general case of a fault with cohesive-frictional strength is treated in Appendix H.

*40*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113032

Induced Seismicity Potential in Energy Technologies

*Types and Causes of Induced Seismicity*



**Figure 1** (a) Shearing of a jointed block subjected to normal force $F_n$ and shear force $F_s$, with fluid inside the joint at pressure $p$. Slip along the joint is triggered when the shear stress $\tau$ is equal to the frictional strength $\mu(\sigma - p)$, where $(\sigma - p)$ is the effective stress and $\mu$ is the coefficient of friction. (b) Graphical representation of the Coulomb criterion: there is no slip if the "point" $(\sigma - p, \tau)$ is below the critical line defined by slope $\mu$.



**Figure 2** (a) The normal and shear stresses ($\sigma$ and $\tau$) acting across the fault depend on the vertical and horizontal stress ($\sigma_v$ and $\sigma_h$) and the fault inclination ($\beta$). (b) Fluid injection or extraction could induce changes in the stress and the pore pressure; for example, fluid injection could move the initially stable "point" "O" in Figure 2b to a new position "P" that is on the critical Coulomb line, thus triggering slip on the fault. The inclination of the segment OP is a function of the poroelastic coupling described in Box 2.3.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113033

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 2.2**
**In Situ Stress State**

The full characterization of the state of stress at a point of the subsurface requires in principle six independent quantities, illustrated through the following example.

Imagine that a small cube of rock centered on the point of interest is cut from its surrounding. To leave the material inside the cube undisturbed by the cutting, forces have to be applied on each face of the cube to mimic the action of the surrounding medium onto the cut material, noting also that forces acting on opposed faces are equal and opposite in direction. However, in considering in situ stress state, using the term "stress," which is equivalent to the force exerted over a defined area, is more appropriate than discussing "force" alone; in this way, stress is not dependent on the size of the cube.

If the cube is rotated in space, the stresses acting on its faces change in magnitude and direction. However, a certain orientation of the cube exists for which each face is only loaded by a stress normal to the face (Figure 1). The three independent normal stresses are referred to as principal stresses, and their corresponding orientations in space as principal directions. On two faces of the cube oriented according to the principal directions, the normal stress is maximum and minimum and for any other orientation of the cube, the normal stress on any face is in between these two limiting values. The principal stress acting on the face parallel to the minimum and maximum principal stresses is called intermediate.

A set of six quantities, the three principal stresses and their directions, thus represents the state of stress. Fortunately, vertical can often be considered as one of the principal directions, with the consequence that the vertical stress $\sigma_v$ at depth $h$ is then simply given by the weight of the overlying rock (i.e., $\sigma_v = pgh$, where $p$ is the average density of the overlying rock and $g$ is gravity). Determination of the state of stress is then reduced to identifying three quantities, the minimum and maximum horizontal stresses, respectively $\sigma_h$ and $\sigma_H$, and the azimuth of $\sigma_H$ (or equivalently of $\sigma_h$).

Stress data compiled by Brown and Hoek (1978) confirm that, despite some scattering, the vertical stress is proportional to depth in a manner consistent with an average rock density $p = 2,700$ kg/m$^3$ (~170 lb/ft$^3$) (Fig-



**Figure 1**  State of stress in the subsurface, with one of the principal stress directions being vertical. By convention, $\sigma_H > \sigma_h$.

*42*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Types and Causes of Induced Seismicity*

ure 2a). The ratio of the mean horizontal stress to the vertical stress (Figure 2b) appears to vary over a narrower range with increasing depth, the ratio being generally less than 1 at depths larger than 2 km (~1.2 miles).

The relative magnitude of the three principal stresses, $\sigma_h$, $\sigma_H$, and $\sigma_v$, establishes the conditions for the orientation of the faults. Three regimes of stress, each associated with different fault orientations, are commonly defined (Figure 3): (a) thrust fault regime with $\sigma_v$ equal to the minimum principal stress, (b) normal fault regime

*continued*



**Figure 2** (a) Vertical stress variation with depth; the linear trend corresponds to a mean density of 2,700 kg/m³. (b) Variation of the ratio of the mean horizontal stress $(\sigma_H + \sigma_h)/2$ over the vertical stress $\sigma_v$ with depth. SOURCES: Figure modified from Jaeger et al. (2007), which was itself redrawn from the original figure of Brown and Hoek (1978).



**Figure 3** (a) Thrust fault, (b) normal fault, and (c) strike-slip fault. (Cross sections shown are in vertical plane for (a) and (b) and horizontal plane for (c).)

43

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113035

Induced Seismicity Potential in Energy Technologies

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 2.2 Continued**

with $\sigma_v$ equal to the maximum stress, and (c) strike-slip fault regime corresponding to the vertical stress being equal to the intermediate principal stress.

Determination of three unknown quantities ($\sigma_h$, $\sigma_H$, and their orientation) remains a formidable problem. Most of the time, the only information available is the stress regime and the broad orientation of $\sigma_H$, which can be inferred using a variety of stress indicators such as earthquake focal mechanisms, wellbore breakouts, drilling-induced fractures, and other data (Zoback and Zoback, 1980, 1989).

Furthermore, the stress varies from point to point within the Earth, subject to the constraint of having to satisfy the equilibrium equations, a consequence of Newton's second law. Spatial variation of the state of stress exists at various scales, as the stress is affected by the structure of the subsurface, the geometry and mechanical properties of different lithologies, preexisting faults and other discontinuities in the crust, and other characteristics. Yet, when viewed at the scale of hundreds of kilometers, patterns emerge that can be seen on the stress map for North America (Figure 4). This stress map, a compilation of all available stress information, shows the orientation of $\sigma_H$ and the stress regime superimposed on a topographical map of North America (Heidbach et al., 2008).

The example above refers to the initial state of stress (i.e., to the stress prior to injection or extraction of fluid). Large variation of the pore pressure and/or temperature could also induce significant stress changes that have to be accounted for when assessing the potential for induced seismicity.

in crustal energy (a factor often cited in news reports following large earthquakes), and the estimates cited in the examples from empirical observations are in general agreement with that definition.

Most existing fractures in the Earth's crust are small and capable of generating only

44

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Types and Causes of Induced Seismicity*



**Figure 4** North America stress map. The stress map displays the orientations of the maximum horizontal compressive stress ($\sigma_H$). The length of the stress symbols represents the data quality, with A being the best quality. Quality A data are assumed to record the orientation of $\sigma_H$ to within 10°-15°, quality B data to within 15°-20°, and quality C data to within 25°. As can be seen from this global dataset, stress measurements are absent in many parts of North America and the offshore regions. Because stress measurements are important in the consideration of induced seismicity, their measurement, particularly in areas where data are sparse, could usefully contribute to understanding the potential for induced seismicity related to energy development. The tectonic regimes are NF for normal faulting, SS for strike-slip faulting, TF for thrust faulting, and U for an unknown regime. Topographic relief is indicated by green (lower elevations) to brown (higher elevations) shading. SOURCE: Data used to plot this map were accessed from www.world-stress-map.org/ (see Heidbach et al., 2008).

small earthquakes. Thus, for fluid injection to trigger a significant earthquake, a fault or faults of substantial size must be present that are properly oriented relative to the existing state of crustal stress, and these faults must be sufficiently close to points of fluid injection to have the rocks surrounding them experience a net pore pressure increase.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113037

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

## SEISMICITY INDUCED BY FLUID INJECTION

Injection of fluid in rocks causes an increase of the pore pressure and also modifies the state of the stress (Hsieh, 1996; NRC, 1990). The stress change is associated with a volume expansion of the rock due to the increase of the pore pressure, similar to the familiar thermal expansion experienced by materials (Box 2.3). However, the pore pressure perturbation

**BOX 2.3**
**Stress Induced by Fluid Injection or Withdrawal**

Injection or extraction of fluid into or from a permeable rock induces not only a pore pressure change in the reservoir but also a perturbation in the stress field in the reservoir and in the surrounding rock. The physical mechanism responsible for this hydraulically induced stress perturbation can be illustrated by considering the injection of a finite volume of fluid inside a porous elastic sphere surrounded by a large impermeable elastic body (see Figure). The magnitude of the induced pore pressure ($\Delta p$), once equilibrated, is proportional to the volume of fluid injected.

Assuming that the sphere is removed from the surrounding body, the pore pressure increase ($\Delta p$) induces a free expansion of the sphere ($\Delta V_*$), similar in principle to the familiar thermal expansion experienced by a solid subject in response to a temperature increase. To force the expanded sphere back to its earlier size requires the application of an external confining stress ($\Delta \sigma_*$), which is then relaxed. The final state corresponds to a constrained expansion of the sphere ($\Delta V$), which is less than the free expansion; this state can be associated with a stress perturbation ($\Delta \sigma$) that is isotropic and uniform inside the sphere, but nonisotropic and nonuniform outside the sphere. The magnitude of the stress perturbation decays away from the sphere, becoming negligible at a distance about twice the sphere radius. The stress induced inside the sphere is compressive when the pore pressure increases (fluid injection) but tensile if the pore pressure decreases from its ambient value (fluid withdrawal).

This example illustrates the fundamental mechanism by which the stress field in the rock is modified by injection or withdrawal of fluid. The complexities associated with geological settings—in particular, the actual shape of the reservoir, its size, as well as the nonuniformity of the pore pressure field—affect the nature of the stress perturbation. The horizontal and vertical stress variations within most geological reservoirs are rarely identical; inside a tabular reservoir of large lateral extent compared to its thickness, only the horizontal stress is affected by the pore pressure change.

In the case of fluid injection in a fractured impermeable basement rock, such as that which may be a target for development of enhanced geothermal systems (EGS; see also Chapter 3), the perturbation is only of a hydraulic nature and the stress change can generally be ignored.

An analysis of the pore pressure and stress perturbation indicates that, in general, fluid injection increases the risk of slip along a fault located in the region where the pore pressure has increased. In the case of fluid withdrawal, the region at risk is generally outside the reservoir (see also Nicholson and Wesson, 1990).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113038

Induced Seismicity Potential in Energy Technologies

*Types and Causes of Induced Seismicity*

dominates over the stress variation and, when the consequence of fluid injection with regard to the induced seismicity is considered, the stress perturbations can often be ignored. Disregarding the stress change in the rock caused by injection is a conservative approach because these kinds of perturbations are usually of a stabilizing nature (see Appendix G for a detailed explanation).

Pore pressure increases in the joints and faults are potentially destabilizing, since they



**Figure** (a) Injection of a finite volume of fluid inside the porous elastic sphere embedded in a large impermeable elastic body induces a pore pressure increase Δp inside the sphere as well as a stress perturbation Δσ inside and outside the sphere, caused by the expansion ΔV of the sphere. (b) If the sphere is freed from its elastic surrounding, it will expand by the amount $\Delta V_*$ due to the pore pressure increase Δp. (c) A confining stress $\Delta\sigma_*$ needs to be applied on the free sphere to prevent the expansion $\Delta V_*$ caused by Δp. If the material in the surrounding medium is much softer than the material in the sphere, then $\Delta V \simeq \Delta V_*$ and $\Delta\sigma \simeq 0$; if the medium is much stiffer, then $\Delta V \simeq 0$ and $\Delta\sigma \simeq \Delta\sigma_*$. Δσ refers only to the radial stress in the exterior region. Note: Syringe based on a concept from H.F. Wang (Wang, 2000).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113039

Induced Seismicity Potential in Energy Technologies

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

cause a reduction of the slip resistance of a fault located in the region of pore pressure increase. In assessing the potential for induced seismicity, two basic questions arise: (1) What is the magnitude of the pore pressure change? and (2) What is the extent of the volume of rock where the pore pressure is modified in any significant manner? The magnitude of the induced pore pressure increase and the extent of the region of pore pressure change depend on the rate of fluid injection and total volume injected, as well as on two hydraulic properties of the rock, its intrinsic permeability ($k$) and its storage coefficient ($S$), and on the fluid viscosity ($\mu$).

The permeability ($k$) is a quantitative measure of the ease of fluid flow through a rock; it depends strongly on the porosity of the rock (the volume percentage of voids in the rock volume) but also on the connectivity between pores. The storage coefficient ($S$) is a measure of the relative volume of fluid that needs to be injected in a porous rock in order to increase the pore pressure by a certain amount; the storage coefficient depends on the rock porosity in addition to the fluid and rock compressibility. The permeability ($k$) can vary by many orders of magnitude among rocks; for example, the permeability of a basement rock such as granite could be up to a billion times smaller than the permeability of oil reservoir sandstone (Figure 2.1).

However, the storage coefficient increases only by about one order of magnitude between a tight basement rock and high-porosity sandstone. The ratio $k{:}\mu S$ is the hydraulic diffusivity coefficient ($c$), which provides a measure of how fast a perturbation in the pore



**Permeability Range of Producing Formations and Where Fracturing Is Required**

**FIGURE 2.1** Comparison of permeability in oil and gas reservoirs utilizing permeability values for typical rock types and common building materials. The higher the connectivity between the pore spaces, the higher the permeability; for oil and gas reservoirs, higher permeability generally indicates greater ease with which the hydrocarbons will flow out of the reservoir and into a production well. Permeability is most commonly measured using a unit called a millidarcy (mD), and permeabilities can range between 1,000 mD (high permeability, comparable to beach sand) to very low permeability (0.000001 mD, which would describe the least permeable rocks such as shales). Other common materials (such as granite or brick) are noted on the upper part of the scale in this figure to give a sense of the range of permeabilities on the millidarcy scale. Although hydraulic fracturing has been used for decades to stimulate some conventional reservoirs, hydraulic fracturing is required to produce from low-permeability reservoirs such as tight sands and shales (left-hand side of the diagram). SOURCE: Adapted from King (2012).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113040

Induced Seismicity Potential in Energy Technologies

*Types and Causes of Induced Seismicity*

pressure propagates in a saturated rock; like the permeability ($k$), the diffusivity ($c$) can vary over many orders of magnitude for different rocks. These parameters can be determined either from laboratory tests on drill core samples from wells or from pumping or injection tests, which have the advantage of providing estimates that are averaged over a scale relevant for reservoir calculations.

The intrinsic permeability of basement rocks is so low that the transport of fluid in these rocks can be thought of as taking place almost exclusively in the network of fractures that is pervading the crust. In other words, the rock itself can be viewed as being impermeable. Concepts of permeability and storage coefficient can be extended to fractures, where they transform into a transmissivity and storativity, with their ratio also having the meaning of diffusivity (see, e.g., Nicholson and Wesson, 1990; NRC, 1996).

The important point is that faults and fractures in basement rocks offer relatively little resistance to flow, and thus the equivalent permeability and diffusivity of these fractured rocks (with fractures and rocks viewed as a whole) can be very high. For example, the hydraulic diffusivity deduced from the time evolution of spatial spread of microseismic events measured during injection of water into a crystalline rock at Fenton Hill, an EGS site (Fehler et al., 1998), is about 0.17 $m^2$/s (Shapiro et al., 2003), a value in the range of those for very permeable sandstones. The combination of high transmissivity, small storativity, and the planar nature of fractures implies that significant pore pressure changes can be transmitted over considerable distances (several kilometers [miles]) through a fracture network from an injection well.

In permeable rocks, where the fluid is dominantly transported by a connected network of pores, the injection of fluid from a well can be viewed as giving rise to an expanding "bulb," centered on the well, which represents the region where the pore pressure has increased. The increase in pore pressure *decreases* with distance from the well until it becomes about equal to the initial pore pressure, prior to injection, at the edge of this expanding region. Once the size of this bulb becomes larger than the thickness of the permeable layer, the shape of this region becomes approximately cylindrical over the height of the layer. The region of perturbed pore pressure continues to grow radially until it meets bulbs growing from other injection wells or until it reaches the lateral boundaries of the reservoir (see also Nicholson and Wesson, 1990).

The dependence of the magnitude of induced pore pressure and of the size of the perturbed pore pressure region on the injection rate, the volume of fluid injected, and the rock hydraulic properties (permeability and storage coefficient) is complex. Numerical simulations are generally needed to establish these relationships, which depend on the geometry of the permeable rock. However, some general rules apply either at the early stage of injection when the bulb of increased pore pressure grows unimpeded by the interaction with the lateral boundaries of the reservoir or with other bulbs, or at a late stage of injection when the increase of the pore pressure is nearly uniform in the reservoir, which is here assumed

*49*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113041

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

to be of finite extent (see Appendix H for the calculation of the pore pressure induced by injection into a disc-shaped reservoir).

At the early stage of injection, the size of the bulb will essentially depend on the diffusivity of the rock and on the duration of injection (equal to the ratio of injected volume over the injection rate). The maximum induced pore pressure is equal to the ratio of the injection rate over the permeability times a function of the duration of injection. This means that the bulb size increases but the maximum pore pressure decreases with increasing rock permeability, everything else being equal. In other words, the induced pore pressure dissipates faster with increasing permeability. At the late stage of injection, the induced pore pressure does not depend on the injection rate and on the permeability, because it becomes proportional to the ratio of the volume of fluid injected over the storage coefficient.

The extent of the induced pore pressure field and the magnitude of the induced pressure are both relevant when assessing the risk of induced seismicity. A larger pore pressure increase brings the system closer to the conditions for initiating slip on a suitably oriented fault, if such a fault exists; a larger region of disturbed pore pressure will increase the risk of intersecting and activating a fault.

Inducing a significant seismic event requires an increase of the pore pressure above levels that have existed prior to fluid injection and over a region large enough to encompass a fault area consistent with the magnitude of the earthquake. For example, an earthquake of magnitude $\mathbf{M}$ 3 results from a rupture area of about 0.060 km$^2$ (corresponding to 15 acres). Such a situation was encountered at the Rangely, Colorado, oilfield starting in 1957, when sustained waterflooding operations (secondary recovery to improve petroleum production) over a period of several years caused the pore pressure to increase (Box 2.4). Eventually, pore pressure reached a level about 17 MPa (170 bars)[2] above the preproduction pore pressure, a threshold at which a series of seismic events began to occur; the largest of these events was $\mathbf{M}$ 3.4. However, waterflooding would not be expected to cause any significant seismic activity if the pore pressure did not exceed the initial pore pressure in a reservoir. Operators generally do not exceed preproduction pore pressure during waterflooding projects because they tend to maintain relative balance between the volumes of fluid injected and extracted. Exceptions to this generally balanced condition for waterflooding and resulting induced seismicity are cited in Appendix C.

Observations and monitoring of hydraulic fracturing treatments indicate that generally only microseismic events (microseisms, $\mathbf{M}$ < 2.0; see Chapter 1) are produced because the volume of fluid injected is relatively small (see also Chapter 3 for further details). Despite the fact that hydraulic fracturing does increase pore pressure above the minimum in situ stress (typically $\sigma_h$), the area affected by the increase in pore pressure is generally small, remaining in the near vicinity of the created fracture.

---

[2] MPa = megapascal; 1 MPa is equivalent to 10 bars or about 10 atmospheres of pressure.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113042

Induced Seismicity Potential in Energy Technologies

*Types and Causes of Induced Seismicity*

## SEISMICITY INDUCED BY FLUID WITHDRAWAL

Fluid extraction from a reservoir can cause declines in the pore pressure that can reach hundreds of bars. The declining pore pressure causes large contraction of the reservoir, which itself induces stress changes in the surrounding rock (Segall, 1989), in particular increasing horizontal stresses above and below the reservoir that could lead to reverse faulting (Figure 2.2). Grasso (1992) estimates that volume contraction of reservoirs from fluid withdrawal can cause earthquakes up to **M** 5.0.

Several examples of induced seismicity associated with fluid withdrawal and associated pore pressure decrease have been reported, notably at the Lacq gas field in France (Box 2.5). A study of induced seismicity associated with natural gas extraction in the Netherlands (Van Eijs et al., 2006) indicates that the three most important factors in producing seismicity are the pore pressure drop from pumping, the density of existing faults overlying the gas field, and the contrast in crustal stiffness between the reservoir rock and the surrounding rock.

Another proposed mechanism for initiating slip on preexisting faults is linked to the reduction of the vertical stress on the layers underlying the reservoir from which a large mass of hydrocarbons has been extracted (McGarr, 1991). In this mechanism, the buoyancy force of the Earth's lithosphere will cause an upward movement in the part of the crust that has been unloaded, thereby inducing slip on preexisting faults at depth.



**FIGURE 2.2** Observed faulting suggested to be associated with fluid withdrawal. Open arrows denote horizontal strain. In this interpretation, normal faults develop on the flanks of a field when the oil reservoir is located in a region of crustal extension. Reverse faults may develop above and below the reservoir if the reservoir is located in a region undergoing compression. Adapted after Segall (1989).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113043

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 2.4**
**Induced Seismicity at the Rangely, Colorado, Oilfield**

The Rangely, Colorado, induced seismicity experiment is an important milestone in the study of induced seismicity that firmly established the effective stress mechanism for induced seismicity. Water injection at the Rangely oilfield began in 1957 in response to declining petroleum production and decreased reservoir pressures. As a result of the waterflooding (secondary recovery) operations, reservoir pore pressures increased throughout the field, and by 1962 pore pressure in parts of the field substantially exceeded the original preproduction pressure of about 170 bars (17 MPa). In the same year the Uinta Basin Seismological Observatory, located about 65 km (~39 miles) from Rangely, began operation and detected numerous small seismic events $M \geq 0.5$ in the vicinity of Rangely. With sustained fluid injection and elevated pore pressures the seismic events continued and the largest, $M$ 3.4, occurred on August 5, 1964. Detailed monitoring with a local U.S. Geological Survey (USGS) seismic network installed in 1969 showed that the seismic events were occurring along a subsurface fault within the oilfield (Figure 1).



**Figure 1**  Earthquakes (x) located at Rangely between October 1969 and November 1970. The contours are bottom-hole 3-day shut-in pressures as of September 1969; the interval is 70 bars (7 MPa). Seismic stations are represented by triangles; experimental wells are represented by dots. The heavy, dashed line indicates the fault mapped in the subsurface. SOURCE: Raleigh et al. (1976).

*52*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Types and Causes of Induced Seismicity*

With the cooperation of the Chevron Oil Company, which operated the field, USGS researchers carried out a controlled induced seismicity experiment beginning in November 1970 and continuing to May 1974 (Raleigh et al., 1976). One goal of the experiment was to quantitatively test the effective stress theory for activation of slip on preexisting faults by pore pressure increases (Box 2.1). This portion of the experiment entailed a program of careful measurements of the parameters involved in the Coulomb criterion (Box 2.1), including in situ stress measurements, monitoring and modeling of changes of reservoir pore pressures, laboratory measurement of the sliding resistance between rock surfaces in the reservoir formation where seismic events were occurring, and detailed seismic monitoring to precisely locate the events and determine the fault orientation with respect to the stress field. Together these measurements, when used with the Coulomb criterion expressed in terms of the effective stress, predicted that a critical reservoir pressure of 257 bars was required to induce earthquakes at an injection site within the cluster of earthquakes—a result that agreed with the observed and modeled pore pressures. The second phase of the experiment turned seismic events "on" and "off" by cycling the pore pressures above and below the critical reservoir pore pressure of 257 bars (25.7 MPa) (Figure 2). This experiment proved that induced seismic events could be controlled by regulating the pore pressures.



**Figure 2** Frequency of seismic events at Rangely. Stippled bars are seismic events within 1 km of the experimental wells. The clear bars represent all other events. Pressure history in well Fee 69 is shown by the heavy line and predicted critical pressure is designated by the dashed line. SOURCE: Raleigh et al. (1976).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113045

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 2.5**
**Induced Seismicity at the Lacq Gas Field (France)**

The Lacq gas field in southwestern France offers one of the best-documented cases of seismicity induced by extraction of pore fluids (Grasso and Wittlinger, 1990; Segall et al., 1994). The gas reservoir is a 500-m-thick (~1,640-feet-thick) sequence of limestone that forms a dome-shaped structure at depths of 3.2 to 5.5 km (~2.0 to 3.4 miles) (Figure 1). The reservoir was highly overpressured when production started in 1957, with a pressure of about 66 MPa (660 bars) at a depth of 3.7 km (~2.3 miles) below sea level. The first felt earthquake took place in 1969, at a time when the pore pressure had decreased by about 30 MPa (300 bars). By 1983, the pressure had dropped by 500 bars, and 800 seismic events with magnitude up to **M** 4.2 had been recorded



**Figure 1** Location of seismic events compared to the size of the gas field (contours indicate depth to the top of the gas reservoir). Locations were determined from a local network and were based on an assumed velocity model. Triangles on the map are epicenters for events between 1976 and 1979; circles represent epicenters for events from 1982 to 1992. The rectangular areas (1-1' and 2-2') refer to other parts of the analysis conducted by Segall et al. (1994) and are not discussed further. SOURCE: After Segall et al. (1994).

*54*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Types and Causes of Induced Seismicity*



**Figure 2** Decline of the pore pressure due to production at the Lacq gas reservoir and number of recorded earthquakes with magnitude **M** ≥ 3, with time, gas pressure (in MPa; 1 MPa is equal to 10 bars) (circles, left scale), and number of **M** > 3 earthquakes per year (solid line, right scale). The number of earthquakes increased with decreasing pressure. SOURCE: Segall (1989).

(Figure 2). The epicenters of 95 percent of the well-located events and all of the **M** > 3 events were within the boundaries of the gas field (Grasso and Wittlinger, 1990).

An analysis of the stress changes above and below the reservoir indicates that the induced seismicity is consistent with a thrust fault regime where the least compressive stress is vertical. Furthermore, the maximum shear stress change is calculated to be about 0.1 MPa (1 bar) for a pressure drop of 30 MPa (300 bars), suggesting that the in situ stress prior to production was close to causing frictional failure of the rock.

SOURCES: Segall (1989); Segall et al. (1994); Segall and Fitzgerald (1998); Grasso and Wittlinger (1990); Grasso (1992).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113047

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

## SUMMARY

Both the conditions that lead to the initiation of a seismic event and the factors that affect the magnitude of the resulting event are well understood. The conditions of initiation are embodied in the Coulomb criterion (involving a comparison of the shear stress on the fault to the fault frictional strength), while the magnitude of the seismic event is related to the area of the fault undergoing slip. Inducing a seismic event requires a triggering event that will either increase the shear stress or reduce the normal effective stress on the fault and/or reduce the fault frictional resistance, for example, an increase of the pore pressure that reduces the frictional strength to a level at which it is overcome by the driving shear stress. However, to cause a significant event requires activating slip over a large enough area; for example, a seismic event of **M** 4 involves a fault area of about 1.4 km$^2$ (~0.5 square miles) and a slip of about 1 m (~39 inches).

Unfortunately, despite our understanding of the factors affecting the initiation and the magnitude of a seismic event, the values of the process parameters (such as the injection rate or the volume of fluids injected) that will trigger the seismic event and what magnitude the event will be are generally not possible to quantify. The inability to make these kinds of predictions is due to several factors: (1) fragmentary knowledge of the state of stress in the Earth; (2) lack of knowledge about the faults themselves, including their existence (if they have not yet been mapped) and their orientations and physical properties; and (3) difficulty in collecting the basic data (hydraulic and mechanical parameters, geometry of the geological structure, such as the reservoir) that are required to calculate the pore pressure and stress change induced by the fluid injection or withdrawal.

Nonetheless, the insights into the mechanisms causing seismic events allow us to make some broad conclusions. In processes involving fluid injection, the pore pressure increase is the dominant factor to be considered, as stress change can often be ignored. Any increase of the pore pressure above historical undisturbed values may bring the system closer to critical conditions. The probability of triggering a significant seismic event increases with the volume of fluid injected: the larger the volume injected, the more likely a larger fault will be intersected. However, injection of fluid in depleted reservoirs (such as in secondary recovery stimulation—waterflooding) is unlikely to create an earthquake, irrespective of the volume of fluid injected, if the pore pressure remains below preproduction values.

The transient region of high pore pressure that surrounds a newly created hydraulic fracture is not expected to be large enough for a significant seismic event to be triggered, except in rare cases where the new hydraulic fracture intersects or is very near an existing fault. Even in such cases, the magnitude of the event is expected to be small because a large fault area will not be affected.

The fluid injected in crystalline basement rocks is essentially transmitted by a network of interconnected fractures and joints. Because of the high transmissivity and low storativity

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113048

Induced Seismicity Potential in Energy Technologies

of these kinds of rocks, the potential exists to induce pore pressure increase at considerable distances from the injection well and thus trigger slip on faults that are located kilometers away from the injection source.

Seismicity induced by fluid withdrawal cannot be explained without taking into account the accompanying stress changes, which are associated with the large-scale contraction of the reservoir caused by pore pressure reduction or uplift caused by removal of a significant mass of hydrocarbons. The magnitude of the events can be potentially large, because the stress change takes place over areas that are similar in size to the reservoir. However, to trigger an earthquake requires the initial state of stress to be very close to critical, because the perturbation of the stress is minute compared to the magnitude of the pore pressure reduction. For example, in the well-documented Lacq gas field (France) the increase of the maximum shear stress was estimated to be about 0.1 MPa (1 bar) in regions surrounding the reservoir for a pressure drop of 30 MPa (300 bar) in the reservoir.

## REFERENCES

Brown, E.T., and E. Hoek. 1978. Trends in relationships between in situ stresses and depth. *International Journal on Rock Mechanics* 15:211-215.

Fehler, M., L. House, W.S. Phillips, and R. Potter. 1998. A method to allow temporal variation of velocity in travel-time tomography using microearthquakes induced during hydraulic fracturing. *Tectonophysics* 289:189-202.

Grasso, J.-R. 1992. Mechanics of seismic instabilities induced by the recovery of hydrocarbons. *Pure and Applied Geophysics* 139(3-4):507-534.

Grasso, J.-R., and Wittlinger. 1990. 10 years of seismic monitoring over a gas field area. *Bulletin of the Seismological Society of America* 80:450-473.

Hanks, T.C., and H. Kanamori. 1979. A moment magnitude scale. *Journal of Geophysical Research* 84:2348-2350.

Heidbach, O., M. Tingay, A. Barth, J. Reinecker, D. Kurfeß, and B. Müller. 2008. *The World Stress Map database release 2008*, doi:10.1594/GFZ.WSM.

Hsieh, P.A. 1996. Deformation-induced changes in hydraulic head during ground-water withdrawal. *Ground Water* 34(6):1082-1089.

Jaeger, J.C., N.G.W. Cook, and R.W. Zimmerman. 2007. *Fundamentals of Rock Mechanics*, 4th ed. New York: Blackwell Publishing.

King, G.E. 2012. Hydraulic Fracturing 101: What every representative, environmentalist, regulator, reporter, investor, university researcher, neighbor, and engineer should know about estimating frac risk and improving frac performance in unconventional gas and oil wells. Paper SPE 152596 presented to the Society of Petroleum Engineers (SPE) Hydraulic Fracturing Technology Conference, The Woodlands, TX, February 6-8.

McGarr, A. 1991. On a possible connection between three major earthquakes in California and oil production. *Bulletin of the Seismological Society of America* 81(3):948-970.

NRC (National Research Council). 1990. *The Role of Fluids in Crustal Processes.* Washington, DC: National Academy Press.

NRC. 1996. *Rock Fractures and Fluid Flow: Contemporary Understanding and Applications.* Washington, DC: National Academy Press.

Nicholson, C., and R.L. Wesson. 1990. Earthquake hazard associated with deep well injection: A report to the U.S. Environmental Protection Agency. U.S. Geological Survey (USGS) Bulletin 1951. Reston, VA: USGS. 74 pp.

Raleigh, C. B., J.H. Healy, and J.D. Bredehoeft. 1976. An experiment in earthquake control at Rangely, Colorado. *Science* 191:1230-1237.

Scholz, C.H. 2002. *The Mechanics of Earthquakes and Faulting.* Cambridge: Cambridge University Press.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113049

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

Segall, P. 1989. Earthquakes triggered by fluid extraction. *Geology* 17:942-946.

Segall, P., and S.D. Fitzgerald. 1998. A note on induced stress changes in hydrocarbon and geothermal reservoirs. *Tectonophysics* 289:117-128.

Segall, P., J.-R. Grasso, and A. Mossop. 1994. Poroelastic stressing and induced seismicity near the Lacq gas field, southwestern France. *Journal of Geophysical Research* 99(B8):15,423-15,438.

Shapiro, S.A., R. Patzig, E. Rothert, and J. Rindschwentner. 2003. Triggering of seismicity by pore-pressure perturbations: Permeability-related signatures of the phenomenon. *Pure and Applied Geophysics* 160(5):1051-1066.

Van Eijs, R.M.H.E., F.M.M. Mulders, M. Nepveu, C.J. Kenter, and B.C. Scheffers. 2006. Correlation between hydrocarbon reservoir properties and induced seismicity in the Netherlands. *Engineering Geology* 84:99-111.

Wang, H.F. 2000. *Theory of Linear Poroelasticity with Applications to Geomechanics and Hydrogeology*. Princeton, NJ: Princeton University Press.

Wells, D.F., and K.J. Coppersmith. 1994. New empirical relationships among magnitude, rupture length, rupture width, rupture area, and fault displacement. *Bulletin of the Seismological Society of America* 84(4):974-1002.

Zoback, M.L., and M.D. Zoback. 1980. State of stress in the conterminous United States. *Journal of Geophysical Research* 85:6113-6156.

Zoback, M.L., and M.D. Zoback. 1989. Tectonic stress field of the conterminous United States. *Memoirs of the Geological Society of America* 172:523-539.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113050

CHAPTER THREE

# Energy Technologies: How They Work and Their Induced Seismicity Potential

Much of the energy used in the United States comes from fluids pumped out of the ground. Oil and gas have been major energy sources in the country for over 100 years, and new developments in the production of natural gas indicate that it may provide a significant source of energy for the nation during the twenty-first century. Geothermal power has been used to supply energy in the United States for almost as long as oil, although major electricity generation from geothermal energy sources began only in the 1960s at The Geysers in Northern California. A 2006 report on the potential of geothermal energy (MIT, 2006) suggested it could be a major contributor to the nation's energy supply in the coming decades. Efforts to reduce concentrations of carbon dioxide ($CO_2$) in the atmosphere have spurred development of technologies to capture and store (sequester) $CO_2$. Projects to accomplish carbon capture and storage (CCS) from industrial facilities are currently being piloted in the United States and elsewhere in the world. Underground injection of $CO_2$ has also been commonly used to enhance oil and gas recovery.

This chapter reviews the potential for induced seismicity related to geothermal energy production, conventional oil and gas development (including enhanced oil recovery [EOR]), shale gas development, injection wells related to disposal of wastewater associated with energy extraction, and CCS.

## GEOTHERMAL ENERGY

Geothermal energy exists because of the substantial heat in the Earth and the temperature increase with depths below the Earth's surface. Depending upon the regional geology—including the composition of the rocks in the subsurface and any of the fluids contained in the rocks—the temperature increase with depth (the thermal gradient) may be fairly steep and represent the source of sufficient geothermal energy to allow commercial development for electricity generation. The largest actively producing geothermal field in the United States at The Geysers in Northern California generates approximately 725 megawatts of electricity per year ("megawatts electrical" or MWe). This is enough to power 725,000 homes or a city the size of San Francisco. Currently this geothermal field supplies nearly 60 percent of the average electricity demand of the northern coastal region of California.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113051

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

The most likely regions for commercial development of geothermal power are generally the same regions that have experienced recent volcanism (Figure 3.1). Such areas are concentrated in the western portion of the country. The U.S. Geological Survey (USGS) estimates that the total power output from the hydrothermal (vapor- and liquid-dominated) geothermal resources in the United States can probably be increased to 3,700 MWe per year, and a 50 percent probability exists that it can be increased to about 9,000 MWe per year (Williams et al., 2008). Two recent studies have produced nationwide estimates of the electric power potential that might be achieved by a successful implementation of enhanced geothermal systems (EGS) technology, perhaps contributing 100,000 MWe of electrical power per year (MIT, 2006). More recently the USGS (Williams et al., 2008) has published a mean estimate for potential EGS development on private and accessible public land at



The Geysers

Coso Geothermal Field

Heat Flow (mW/m²)

25-29  30-34  35-39  40-44  45-49  50-54  55-59  60-64  65-69  70-74  75-79  80-84  85-89  90-94  95-99  100-149  150+

**FIGURE 3.1**  The location of the geothermal provinces in the United States. Within the United States the regions of relatively high thermal gradients, shown in red, exist only in the West. The typical local geologic setting for these high-geothermal-gradient areas is within sedimentary basins located near or intruded by recent volcanics, or within (as part of) the buried volcanic rocks themselves. Only one vapor-dominated reservoir has been developed in the United States (The Geysers); the remainder of the areas in red and orange may host viable liquid-dominated or enhanced geothermal system reservoirs. SOURCE: SMU Geothermal Lab; Blackwell and Richards (2004).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113052

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

517,800 MWe. This is approximately half of the current installed electric power generating capacity in the United States.[1]

The three different forms of geothermal resources are recognized: (1) "vapor-dominated," where primarily steam is contained in the pores or fractures of hot rock; (2) "liquid-dominated," where primarily hot water is contained in the rock; and (3) "hot dry rock," where the resource is simply hot and currently dry rock that requires an EGS to facilitate development (see Figure 2.1). Vapor- and liquid-dominated systems are collectively termed hydrothermal resources. The vast majority of known hydrothermal resources are liquid dominated.

The different forms of geothermal resources result in significant differences in the manner in which they are developed and particularly in the manner that liquids are injected to help stimulate energy development. Different injection practices can cause induced seismicity through different processes. The nature of and differences among the induced seismicity that may result from each of the three geothermal resources are summarized here.

*Vapor–Dominated Geothermal Resources*

A limited number of localities in the world exist where the geothermal resources naturally occur as steam. Despite their rarity, the two largest geothermal developments of any kind in the world are both vapor-dominated geothermal reservoirs. The Larderello geothermal field in the Apennine Mountains of northern Italy became the first of these and has generated electricity continuously since 1904, except during World War II. However, the most productive geothermal field development in the world is The Geysers (Figure 3.2), located about 75 miles north of San Francisco. The Geysers also has the most historically continuous and well-documented record of seismic activity associated with any energy technology development in the world.

The first commercial power plant at The Geysers came online in 1960 with a capacity of 12 MW (Koenig, 1992). Over the next 29 years the installed generation capacity was increased to a total of 2,043 MW through building 28 additional power plant turbine-generating units (CDOGGR, 2011). The basic elements of the process to generate electricity in this type of power plant are illustrated in Figure 3.3.

These plants were supplied with steam from 420 production wells, with the steam capable of flowing up the production wells under its own pressure. The condensed steam not evaporated at the power plant cooling towers was being reinjected into the steam reservoir by using 20 injection wells drilled to similar depths. The area of development had been expanded from the original 3 square miles to about 30 square miles. Because the generation of energy from the field consumes natural steam originally in the reservoir, by 1988

---

[1] See http://www.eia.gov/electricity/capacity.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113053

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES



**FIGURE 3.2** Ridgeline Unit 7 and 8 Power Plant (rated at 69 MW) in the left foreground at The Geysers in California. The turbine building, housing the two turbine-generator sets, the operator's control room, and various plant auxiliaries are on the left. The evaporative cooling tower with steam emanating from the top is on the right of the main complex. The beige pipelines along the roads (with square expansion loops) are the steam pipelines that gather the steam from the production pads and bring it to the plant. A high-voltage transmission line (denoted by lattice towers) is in the middle foreground of the picture. SOURCE: Calpine.

the production of steam had started to decline; this decline was marked by a significant decrease in reservoir pressure from an original pressure of about 500 pounds per square inch (psi)[2] to levels as low as 175 psi (Barker et al., 1992). For years the annual injection volumes returned to the geothermal reservoir were less than a third of the amount of steam being produced, so the reservoir was drying up. New sources of water were established by constructing two pipelines that currently deliver about 25 million gallons of treated wastewater a day for injection, increasing the current annual mass replacement to 86 percent compared to 26 percent back in 1988 (CDOGGR, 2011).

Early reports of induced seismicity at The Geysers, begun by USGS researchers (Hamilton and Muffler, 1972), described microseismicity that was observed close to where

[2] A car tire for a standard, midsized automobile is usually inflated to a pressure of about 30-35 psi for comparison.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113054

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*



**FIGURE 3.3** Elements of the power plant cycle for vapor-dominated geothermal resources. The steam is directed by the main steam line into a turbine that spins the connected generator unit, typically generating electricity at 13.8 kilovolts (kV), which a transformer increases to 230 kV for distribution by a transmission line. The steam leaving the turbine enters the condenser that contains a network of tubing through which cool water is circulated, facilitating the condensation process. The condensate is then pumped to the cooling tower where it is cooled by evaporation, with the cooled water being in part recirculated by the circulating water pumps back to and through the condenser. Because some noncondensable gases usually occur naturally in the steam, those gases are removed from the condenser by the gas ejector system that creates a partial vacuum by the flow of a small amount of steam delivered by the auxiliary steam line. Those gases, in particular $H_2S$, are chemically processed commonly by a Stretford System before delivery to the cooling tower where they are vented. SOURCE: Adapted from the Northern California Power Agency.

the geothermal development operations were taking place. As the area of steam field development expanded, the areal distribution of seismic events similarly expanded, and the number of the events progressively increased (Figure 3.4).

With the addition of more seismometers of increased sensitivity distributed throughout the expanded development area, a clear association became evident between these induced events and the active injection wells and volume of water being injected. Figure 3.5 shows where injection took place in the southeastern part of The Geysers in 1998, the year following the startup of the first wastewater pipeline that more than doubled the injection volume. During 1997-1998, 1,599 events of $M \geq 0.6$ were recorded, an increase of just over 50 percent compared to the prior 12 months.

The history of steam production, water injection, and seismic history at The Geysers since 1965 is shown in Box 3.1. Steam production and therefore electricity generation reached a maximum in 1987, followed by a fairly rapid decline until the wastewater pipelines

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113055

Induced Seismicity Potential in Energy Technologies

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES



**FIGURE 3.4** Geysers seismicity maps in 10-year intervals show the expanding distribution of development as illustrated by the increased numbers of green squares that indicate the locations of the operating power plants. SOURCE: Preiss et al. (1996).



**FIGURE 3.5** The locations of injection wells and the location and depth distribution of seismic events in the southeastern part of The Geysers area during 1997-1998. Map on the left shows injection wells in 1998. The middle map shows the total number of recorded seismic events from the period 1997-1998 with the line of cross section (figure on the right). The cross section shows the positions of three geothermal wells with the location at depth of the seismic events (red dots). SOURCE: Beall et al. (1999).

began deliveries in 1997 and 2003. The annual amount of water injected followed the same trends until new sources of water other than condensate were developed, allowing recent injection to become nearly equal to the annual production levels.

The method of injection at The Geysers is unusual because of the extremely low fluid pressures in the deep underlying reservoir. No surface pressure is needed to inject; the water simply falls down the injection well as though through a partial vacuum because the fluid pressures in the reservoir are incapable of supporting a liquid level to the surface. Consequently, without elevated bottom-hole pressures, the primary cause of the induced

*64*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

**BOX 3.1**
**Geysers Annual Steam Production, Water Injection, and Observed Seismicity, 1965-2010**



**Figure** The history of induced seismicity at The Geysers is shown in three forms. First, the number of recorded events of **M** 1.5* and greater is shown to have increased from almost none in the 1960s to 112 in 1975 and then to as many as 1,384 in 2006 (thick green line). Second, the annual number of earthquakes of **M** 3.0 and greater is shown along the bottom of the graph (pale green line). By 1985, 25 such events occurred annually, and that rate of about two events of **M** 3.0 and greater per month has continued to the present. Third, events of **M** 4.0 and greater are shown near the top (green dots). The first such event occurred in 1972, and more recently about one to three of these have occurred per year. The maximum magnitude was a **M** 4.67 event in May 2006. SOURCES: Adapted from Smith et al. (2000) and Majer et al. (2007).

*Note that this report uses **M** 2.0 as the general limit below which earthquakes cannot be felt by humans; however, at The Geysers **M** 1.5 is the lowest magnitude that the USGS can report faithfully year after year. Furthermore, residents in Anderson Springs may feel events as low as **M** 1.5 because the events are spatially quite close to the community.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113057

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

seismicity is the fact that the hot subsurface rocks are significantly cooled by the injected water, and the resulting thermal contraction reduces the confining pressures and allows the local stresses to be released by limited movement on fracture surfaces.

The two strong motion recording instruments installed in 2003 near the neighboring communities of Anderson Springs and Cobb commonly record moderate shaking, plus about a dozen Mercalli VI (strong shaking) events each year (see also Chapter 1 for a definition of the Mercalli scale). The one event of Mercalli VII intensity caused an average acceleration of 21.0%g[3] at Anderson Springs and was related to a **M** 3.03 seismic event located at a depth of 4,750 feet only 1.2 miles west of the recording instrument.

The operators at The Geysers meet regularly with representatives of these two communities, county government, federal and state regulatory agencies, the USGS, and the Lawrence Berkeley National Laboratory to discuss the field operations and the recently observed seismicity. Minor damage is occasionally caused by the induced seismicity at The Geysers, generally as cracks to windows, drywalls, or tile walls or flooring in these communities. A system for receiving, reviewing, and approving such damage claims attributed to the local seismicity was established 6 years ago, and the homeowners are reimbursed for their costs to have the home damage repaired. To date these reimbursements for home repairs total $81,000, and this system appears to be resulting in mutually satisfactory relationships.

*Liquid-Dominated Geothermal Resources*

In contrast to the development of the vapor-dominated geothermal resources, liquid-dominated resources commonly use downhole pumps in the production wells to deliver the thermal waters to surface facilities. Surface pumping facilities are needed to force the injected waters back down into the reservoir. The liquid-dominated geothermal reservoirs that have been commercially developed to produce electricity in the western United States are listed in Table 3.1 (sources include the California Division of Oil, Gas and Geothermal Resources [CDOGGR], the Nevada Commission on Mineral Resources, the Imperial Irrigation District, and various operators).

Several different methods are used to generate electricity in liquid-dominated geothermal systems depending primarily on the temperature of the produced fluids; the flash steam power cycle process and the binary cycle process are the most common (Figure 3.6).

The cause and extent of the induced seismicity related to the development of liquid-dominated geothermal resources are different from those in the vapor-dominated resources (Box 3.2). From the start of operations the amount of fluid produced from a liquid-dominated reservoir is almost fully replaced by injection, which prevents a signifi-

---

[3] "%g" is motion measured as acceleration by an instrument, expressed as a percent of the acceleration of a falling object due to gravity.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113058

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

cant decline in reservoir pressure. The temperature difference between the produced and reinjected waters is also relatively limited, so less cooling of the reservoir results. Consequently, if the surface and resulting bottom-hole pressures in the injection wells are limited to be less than that necessary to induce fracturing, little cause exists for the operations to produce significant induced seismicity. Monitoring at many of the liquid-dominated geothermal fields has demonstrated a relative lack of induced seismicity. However, as described below, the Coso geothermal field began as a strictly liquid-dominated field and has evolved during extended production to become partly vapor dominated. This evolution has resulted in reduction in fluid replacement and has caused the introduction of induced seismic events.

The Coso geothermal field provides a well-documented example of a complex resource area that was liquid dominated before the start of development 25 years ago and that may have evolved, following extensive production, into a resource that is now in part vapor dominated (see Box 3.2). Coso near Ridgecrest, in southeast-central California, is in a region of recent volcanism that is also seismically active. The first commercial geothermal power plant began operating in 1987; since 1989 three plants have been in operation with a total generating capacity of 260 MW, with about 85 production and 20 injection wells currently in use (CDOGGR, 2011). The geothermal fluids (dominantly water) are at temperatures in excess of 300°C (572°F) at depths of 1.5-2 km (~0.9-1.2 miles) (Feng and Lees, 1998).

The areal coincidence of the local seismicity at Coso with local surface subsidence, identified by using synthetic aperture radar data, suggest that the Coso field operations have caused reservoir cooling and thermal contraction, resulting in induced seismicity (Fialko and Simons, 2000). More recently, Kaven et al. (2011), based in part on their investigation of local changes in seismic velocities ($V_p$:$V_s$ ratios), attribute the induced seismicity at Coso to decreases in fluid saturation and/or fluid pressure within the active geothermal reservoir.

An important issue to emphasize with regard to potential changes in pore pressure at vapor- and liquid-dominated geothermal power plants is the selection of conversion cycle—whether flash cycle or binary cycle (see Figures 3.2 and 3.6). The cycle selection is determined by the temperature and nature (physical state) of the geothermal fluids produced to the surface. Those power-cycle differences are important to explain why evaporative losses are significant at vapor-dominated resource power plants and moderate at flash cycle power plants. Evaporative losses can result in pore pressure and thermal losses that in turn can result in significant or moderate levels of induced seismicity. Equally important is to explain why in the case of binary cycle power plants there are no evaporative losses and generally little if any loss of pore pressure or fluid temperature, and therefore little if any associated induced seismicity.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113059

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 3.1** Liquid-Dominated Geothermal Fields in the United States with Operating Power Plants

| Area Field | Plant Start Year | Power Cycle Used | Power Plant Capacity (MWe) | Average Generation (MWe) | Average Resource Temperature (°F) | Owner/Operator |
|---|---|---|---|---|---|---|
| **California** | | | | | | |
| Imperial Valley | | | | | | |
| North Brawley | 2010 | Binary | 50 | 20.9 | 375 | Ormat |
| East Mesa | 1987 | Binary & Flash | 105 | 59 | 306 | Ormat |
| Heber | 1985 | Binary & Dual Flash | 92 | 75.9 | 324 to 350 | Ormat |
| Salton Sea | 1982 | Single, Dual, & Triple Flash | 352 | 314.6 | 480 to 690 | Cal Energy |
| Mojave Desert | | | | | | |
| Coso | 1987 | Dual Flash | 260 | 48 | 480 to 580 | TerraGen |
| Mammoth | | | | | | |
| Casa Diablo | 1984 | Binary | 29 | 20.9 | 340 | Ormat |
| Power subtotal | | | 888 | 539.3 | | |
| **Nevada** | | | | | | |
| Reno/Fallon | | | | | | |
| Brady | 1992 | Dual Flash | 26.1 | 14.8 | 284 | Ormat |
| Desert Peak | 2006 | Binary | 14 | 14 | 370 | Ormat |
| Jersey Valley | 2010 | Binary | 15 | Na | 330 | Ormat |
| Salt Wells | 2009 | Binary | 28 | Na | na | Enel |
| San Emidio | 1987 | Binary | 3.6 | 2.6 | 275 to 290 | U.S. Geothermal |
| Soda Lake | 1987 | Binary | 26.1 | 10.4 | 360 to 390 | Magma |
| Steamboat | 1988 | Binary & Flash | 139.5 | 105.5 | 300 | Ormat |
| Stillwater | 2009 | Binary | 47.3 | 15.9 | na | Enel |
| Wabuska | 1987 | Binary | 2.4 | 0.8 | na | H.S. Geothermal |

BLM_0113060

Induced Seismicity Potential in Energy Technologies

| | | | | | | |
|---|---|---|---|---|---|---|
| North Central | | | | | | |
| Beowawe | 1985 | Dual flash | 16.6 | 14.6 | 410 | TerraGen |
| Blue Mountain | 2009 | Binary | 49.5 | 40 | 375 | Nevada Geo |
| Dixie Valley | 1988 | Dual flash | 67.2 | 41.2 | 400 to 480 | TerraGen |
| Power subtotal | | | 435.3 | 259.8 | | |
| **Utah** | | | | | | |
| Roosevelt | 1984 | Binary & Flash | 37 | 34 | 510 | Pacific Corp |
| Thermo | 2008 | Binary | 10.0 | 6.6 | 250 to 390 | Raser |
| Power subtotal | | | 47 | 40.6 | | |
| **Idaho** | | | | | | |
| Raft River | 2008 | Binary | 13 | 8.4 | 275 to 300 | U.S. Geothermal |
| **Hawai'i** | | | | | | |
| Big Island | | | | | | |
| Puna | 1993 | Combined Cycle | 30 | na | 330 | Ormat |
| **Alaska** | | | | | | |
| Fairbanks area | | | | | | |
| Chena Hot Springs | 2006 | Binary | 0.73 | 0.5 | 165 | Chena Energy |
| Power totals | | | 1414.03 | 848.6 | | |

69

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES



**FIGURE 3.6** (a) The fluids delivered to the surface by the production wells in a flash steam power cycle are passed through a flash vessel or separator; the separated steam that flows out of the top is directed into a power plant where it is used to spin a steam turbine connected to a generator that produces an electrical output. The spent steam travels through a condenser, and the condensate is then pumped to the cooling tower, where the liquids are cooled before some of the fluids are pumped back inside the condenser and some are combined with the water drained from the bottom of the separator and sent to the injection wells. (b) The produced fluids for binary cycle power plants are first passed through a heat exchanger to heat a secondary liquid, usually an organic fluid such as isopentane, which vaporizes (boils) at a lower temperature than does water. That vaporized secondary fluid is then used to spin a turbine generator to make electricity. Similarly, that vapor is then condensed and returned directly to the heat exchanger to be reheated, revaporized, and recycled without any fluid loss. The produced geothermal water that has passed through the heat exchanger is then delivered to the injection wells. SOURCE: Idaho National Laboratory.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113062

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

**BOX 3.2**
**Induced Seismicity at the Coso Liquid-Dominated Geothermal Field**

Locally induced seismicity recorded in the area of the Coso geothermal field development between 1996 and 2008 in map view (Figure 1, top) and cross section (Figure 1, bottom) shows clustering relative to the location and depth of the geothermal wells shown in blue. The number of seismic events of magnitude 0.5 and greater is plotted; these events total 10,200.

The history of geothermal fluid (dominantly water) production, water injection, and recent seismic history at the Coso field from 1977 through 2011 is shown in Figure 2. Starting in 1987, annual production reached a maximum of 121 billion lb* in 1990 and had decreased to 68 billion lb by 2009, while annual injection has declined from a maximum of 80 billion lb to 27 billion lb (CDOGGR, 2011). The relatively low reinjection rate for a liquid-dominated resource is because of cooling tower evaporative losses that result from the produced fluids containing an increased steam fraction as reservoir pressures have declined over the almost 25 years of operation.

Using the catalog of data available from the Southern California Earthquake Data Center, the history of local seismicity at the Coso field from 1977 to 2009 is shown in Figure 2.

With reference to Figure 2, the number of events of **M** 1.5 and greater averaged 5 per year during the 10 years prior to development, then doubled in the first 5 years after 1987, reaching maxima of 51 in 1995, 55 in 1998-1999, and 64 in 2001 before declining to a current level of about 20 per year. The peaks in 1995 and in 1998-1999 were attributed by Bhattacharyya and Lees (2002) to triggering in response to significant (**M** > 5.0) nearby earthquakes at Ridgecrest and in the Coso range. Additionally, the number of earthquakes of **M** 3.0 and greater is shown near the bottom of the chart. Single events occurred in 1978, 1995, 1998, 1999, and 2007, with three in 2009. The single earthquake in 2007 was a **M** 4.11 event, as shown near the top of the chart.

---

*Note that where at least part of the production is in the form of steam as well as liquid water, "pounds" is needed as the single unit to describe both the quantity of production and injection because gallons or cubic meters cannot be used in reference to steam.

*(Box continues)*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113063

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 3.2 Continued**



**Figure 1** Seismicity recorded at the Coso geothermal field. SOURCE: Kaven et al. (2011).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113064

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*



**Figure 2** Annual production, water injection, and seismicity at the Coso geothermal field. SOURCE: Generated by the study committee from available data.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113065

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

*Enhanced Geothermal Systems*

In addition to the vapor- and liquid-dominated resources already described, some regions have sufficiently high temperature at reasonably shallow depths for potential commercial development of EGS. To develop EGS some form of engineering is required to generate the permeability necessary in generally impermeable rocks to promote the circulation of hot water or steam for delivery to the surface at adequate rates to sustain operations. Previously referred to as "hot dry rock" projects, these systems are now referred to as "enhanced geothermal systems" or EGS (Figure 3.7).

The primary method employed to enhance rock permeability is hydraulic fracturing. This process, often termed "stimulation," requires the injection of a liquid at sufficient pressure in one well to overcome the confining pressures at depth and to thereby force open incipient fractures and planes of weakness or to create new fractures to allow fluids



**FIGURE 3.7** Schematic of an EGS development with an injection-production well pair and a power plant. The injection well (blue) is accompanied by a second (production) well (red) that is drilled to intersect the fractures generated by the injection well at a depth and appropriate lateral distance from the injection well. The distance allows the injected water to be sufficiently heated by the hot surrounding rock as it is circulated to the production well and pumped to the surface. Once at the surface the hot water can be flashed to steam or used to heat a secondary fluid that can be used in a binary cycle process. SOURCE: U.S. Department of Energy.

*74*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

to flow more freely through the subsurface rock. The location of the new fractures can be determined by monitoring the microseismic response at the surface or downhole.

The history of the development of EGS projects in the United States began near the Los Alamos National Laboratory in New Mexico during the 1970s. That project provided a base for gaining experience in conducting hydraulic fracturing operations at high temperatures in low-permeability crystalline rocks. Data from this project have led to a series of similar EGS experiments in England, France, Germany, and Japan, followed more recently in Australia, Sweden, and Switzerland. In each case of active EGS development some induced seismicity has been registered. One recent example in Basel, Switzerland, generated an increased level of public awareness of the existence of induced seismicity (Box 3.3).

This Basel incident has become one of the best-known international induced seismic case studies, not because of local damage (which was minimal) but because of the immediate negative impact to the project due to the risk liability of induced seismicity. The urban setting for the project combined with the fact that this region is tectonically unstable and with a history of natural seismicity proved decisive in the project being terminated.

The occurrence of some post-shut-in seismicity at Basel and at another EGS project in Soultz-sous-Forêts, France, is a phenomenon that is not yet completely understood and can create added concern from the public standpoint in that some events are beyond the control of the operator. Understanding these post-shut-in events involves development of subsurface models with numerical simulations that can track the progress of the injected fluids through the rock and can calculate potential for further seismic activity. Development of coupled reservoir fluid flow and geomechanical simulation codes has been suggested as a way to advance this understanding (Majer et al., 2007) and may also have an impact on understanding post-shut-in phenomena related to other energy technologies (see also below).

## CONVENTIONAL OIL AND GAS PRODUCTION INCLUDING ENHANCED OIL RECOVERY

In a conventional oil or gas reservoir, the reservoir rocks are generally pressurized above hydrostatic pressure due to compaction of sedimentary rocks over geologic time. The use of the term "reservoir" is common but may be misleading: the gas or oil does not exist in a single, large pool in the rocks, but in the pores of a rock formation. Compaction reduces the naturally occurring pore space in the rock (reduces the porosity) and either displaces reservoir fluids (hydrocarbons and water) or increases the pressure in the reservoir, or both. When penetrated by a well bore with the aid of pumping, fluids in the pressurized layer flow to the surface until the pressure in the reservoir is reduced to hydrostatic pressure. The reduction in pressure also causes gas to come out of the fluid, much like a bottle of soda when the cap is removed. The released gas can also help to drive the oil to the surface until the pressure is reduced to hydrostatic conditions.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113067

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 3.3**
**Induced Seismic Activity in Basel, Switzerland**

Basel, Switzerland, is in the southeastern region of the Upper Rhine Graben, a fault-bounded trough, and was selected as the site of a planned geothermal cogeneration plant. Basel is known to be an area of potential seismic risk but had not suffered a damaging earthquake since a **M** 6.2 earthquake in 1356 that destroyed much of the city. Due to awareness of historical seismicity, the geothermal project operators and planners had installed both borehole and surface seismic sensors that formed a network for monitoring any seismicity, whether natural or induced. The monitoring efforts included the drilling of six monitoring wells, ranging in depth from 300 m (~980 feet) to 2,750 m (~9,000 feet) in addition to a surface array of both weak and strong motion detectors. Recording of seismic activity began in early 2006 to record background seismicity.

The seismic monitoring arrays served several purposes. They recorded the background seismicity before well stimulation began and they were used to monitor the fracturing of the geothermal reservoir (the objective of the stimulation). Finally they could provide information (magnitude and location if possible) of any induced seismicity that might occur as a result of the stimulation. All monitoring stations were connected so that real-time data could be recorded and quickly analyzed.

The drilling of a deep geothermal well near the center of Basel (Figure 1) began in May 2006 and was completed some months later. Stimulation of the well to induce fractures for heat exchange with the geothermal source at 5,000 m (~16,400 feet) began on December 2 and was accompanied by a significant increase in the number of small seismic events (Figure 2). In accordance with the traffic light procedure—a procedure where increases in seismic activity beyond a certain, predetermined level trigger reactions by the operator to



**Figure 1**  Drilling activity in the middle of the city of Basel. SOURCE: KEYSTONE/Georgios Kefalas.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113068

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

mitigate the occurrence of further events—injection was stopped in the early morning hours of December 8 after approximately 11,500 m³ (~3 million gallons) of water were injected (Deichmann and Giardini, 2009) and after the recording of **M** 2.6 and **M** 2.7 seismic events. During this injection period, more than 10,500 seismic events were recorded (Häring et al., 2008). While the well was shut in (operations terminated), seismic activity continued, so it was decided to "bleed off" the pressure (reduce pressure through controlled release). On December 8, an earthquake of **M** 3.4 occurred in Basel and was clearly felt by the local population. This was followed by three more events greater than **M** 3.0. The project, operated by Geopower Basel AG as a partnership of both public and private companies, was immediately suspended and then ultimately abandoned almost 3 years later following further study and risk evaluation after these seismic events. However, increased seismicity activity over historical levels is likely to continue for 7 to 20 years based on Bachmann et al.'s (2009) model for induced seismicity.



**Figure 2** Seismic events and wellhead pressure at Basel. SOURCE: Kraft et al. (2009).

77

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113069

Induced Seismicity Potential in Energy Technologies

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

Flowing and pumped wells are considered "primary recovery" from the well and about 12 to 20 percent of the original oil in place in the reservoir is recovered in this manner. This relatively low rate of recovery results from several factors: (1) the decrease in natural reservoir pore pressure over time; (2) the natural porosity and permeability of the rock formation (which is an indication of how easily the oil can move through the formation to the well bore); and (3) the viscosity of the oil, which, when combined with porosity and permeability, is also an indicator of the ease with which oil can migrate through the rock. Recovery rates for natural gas are generally higher than for oil (up to 50 to 80 percent may be recovered through primary production methods) because gas expands naturally upon release of pressure and has a lower viscosity than liquid petroleum, contributing to the natural movement of gas up the well bore (Shepherd, 2009).

When primary recovery is no longer viable, petroleum companies may use a variety of technologies to extract the remaining oil and gas. These technologies include what are termed secondary and tertiary recovery methods; tertiary recovery is generally also referred to as enhanced oil recovery (EOR) (Shepherd, 2009). Figure 3.8 shows the differences between primary, secondary, and tertiary recovery methods.



**FIGURE 3.8** Schematic showing the progression of oil production from primary to tertiary recovery. IOR, improved oil recovery; EOR, enhanced oil recovery. SOURCE: Al-Mutairi and Kokal (2011).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113070

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

---

*Primary Oil and Gas Production*

Although felt seismic activity known to be related to primary petroleum production is uncommon relative to the large number of operating oil and gas fields worldwide, withdrawal (extraction) of oil and gas has been linked to felt seismic events at 38 sites globally, 20 of which were in the United States (Appendix C; Box 1.1). These have included events in Texas, Oklahoma, California, Louisiana, Illinois, and Nebraska, the majority of which have been of $M < 4.0$ (Appendix C; see also Chapter 1); the well-documented events at the Lacq gas field in southwestern France (see Box 2.5); and the large events in the Gazli gas field in Uzbekistan (Box 3.4). Withdrawal of oil or gas from the subsurface can result

> **BOX 3.4**
> **Induced Seismicity Related to Natural Gas Extraction:**
> **A Case from Gazli, Uzbekistan**
>
> The Gazli gas field is located about 500 miles (800 km) east of the Caspian Sea in a generally aseismic region of Uzbekistan. The gas deposits were discovered in 1956 and gas production began in 1962. The gas field lies within a large (38 km by 12 km [22.8 mile by 7.2 mile]) asymmetrical anticline over crystalline rocks. Large volumes of water were injected between 1962 and 1976 to enhance production, but subsidence and reduced gas pressures were reported despite this injection; the initial pressure in the gas field of about 70 atm (~71 bars or 1030 psi) in the 1960s decreased to about 30-35 atm (~30.4-35.5 bars or 435-515 psi) by 1976 and to about 15 atm (15.2 bars or 218 psi) by 1985. This pressure decrease indicates a net removal of mass, even with injection of large volumes of water. Thus, although the field operators had begun to use secondary recovery techniques (waterflooding), the cause of the earthquakes is attributed to pressure decrease due to fluid withdrawal.
>
> On April 8, 1976, a $M \sim 7$ earthquake occurred about 20 km (12 miles) north of the gas field boundary. This was followed by another $M \sim 7$ earthquake on May 17, 1976. A third large earthquake (also $M \sim 7$) occurred on March 20, 1984. All three earthquakes had epicenters 10-20 km (6-12 miles) north of the gas field boundary, over an east-west distance of about 50 km (30 miles). Reported hypocentral depths of these large earthquakes were 10-15 km (6-9 miles). Geodesic measurements indicated surface uplift of some 70-80 cm (~28 to 31.5 inches) north of the gas field at the epicentral locations of the three large earthquakes; this uplift is consistent with thrust movement on faults dipping to the north. However, source modeling indicates that the ruptures progressed downward, which is uncommon for thrust mechanism earthquakes. The locations and magnitudes of these large earthquakes were determined from worldwide seismographic data and are therefore somewhat uncertain, leading to some uncertainty on the causal relationship between gas extraction and earthquake activity. Nonetheless, observations of crustal uplift and the proximity of these large earthquakes to the Gazli gas field in a previously seismically quiet region strongly suggest that they were induced by hydrocarbon extraction.
>
> SOURCES: Adushki et al. (2000); Grasso (1992); Simpson and Leith (1985).

---

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113071

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

in a net decrease in pore pressure in the reservoir over time, particularly if fluids are not reinjected to maintain or regain original pore pressure conditions (see also other technology descriptions, below, and Chapter 2). This change in pore pressure can cause changes in the state of stress of the surrounding rock mass and of nearby faults, with the potential to result in induced seismic events.

*Secondary Oil and Gas Recovery*

Secondary recovery is the process of injecting water (often described as a "waterflood") or gas (also known as pressure maintenance) into a petroleum reservoir. The water or gas replaces the produced hydrocarbons and water in order to maintain the reservoir pressures and is used to "sweep" an oil reservoir; injected gas may become dissolved in the oil, reducing the oil's viscosity. Secondary recovery processes drive hydrocarbons trapped in the rocks from the injection well toward production wells (Shepherd, 2009; Figure 3.9). Waterflood or pressure maintenance projects can result in recovery of up to 40 percent of the initial petroleum in the reservoir (DOE, 2011). The number of permitted wells that use



**FIGURE 3.9** Diagram illustrating waterflooding method of secondary recovery. SOURCE: NETL (2010).

*80*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

waterflooding in the United States is about 108,000; in Texas alone, current data from the Railroad Commission of Texas indicate that more than 36,000 wells are currently permitted to use saltwater injection for the purposes of secondary recovery.[4]

Injection pressures and volumes in waterflooding projects are generally controlled to avoid increasing the pore pressure in the reservoir above the initial reservoir pore pressure. Nonetheless, reservoir pore pressure can increase as a result of waterflooding, and felt induced seismic events at 27 sites globally (18 of which have been in the United States) have been caused by or likely related to waterflooding (Chapter 1, Box 1.1; Appendix C). Waterflooding at the Rangely Field in Colorado induced seismic events with magnitudes up to **M** 3.4 (Chapter 2, Box 2.4). Near Snyder, Texas, seismic events with magnitudes as large as **M** 4.6 occurred in 1978 after the initiation of a large (25 million barrel per year [10.2 trillion gallons per year]) waterflooding project in Cogdell Field (Davis and Pennington, 1989; Nicholson and Wesson, 1990; see also Appendix C).

*Tertiary Oil and Gas Recovery (EOR)*

Tertiary recovery is the process of recovering greater amounts (often greater than 50 percent) of the original oil and gas contained in a reservoir (DOE, 2011) and is generally, though not exclusively, initiated after the use of secondary recovery operations.[5] In addition to maintaining reservoir pore pressure, EOR methods help displace the hydrocarbons toward the production well. These methods can be broadly grouped into three main categories: thermal, miscible displacement, and chemical injection (polymer flooding) (Shepherd, 2009). Chemical injection methods are primarily used in California but are not commonly used elsewhere in the United States and are not discussed further. Note also that "other" methods in Figure 3.8 include microbial, acoustic, and electromagnetic methods; these are not frequently used and are not discussed further.

Thermal techniques change the viscosity of oil in the reservoir by heating it through the injection of steam or air (Shepherd, 2009). Heating lowers the viscosity of the fluid and allows hydrocarbons to flow more easily through a reservoir toward a production well. Over 40 percent of EOR operations in the United States use this method; it is most commonly employed in fields with high-viscosity oils (DOE, 2011). Miscible displacement is generally used for lower-viscosity oils and involves injecting gases such as nitrogen or $CO_2$ that can reduce the viscosity of the oil and physically displace it toward production wells (Figure 3.10). Nearly 60 percent of EOR projects in the United States use this gas injection technique (DOE, 2011). In the United States, over 600 million tons of $CO_2$ (11 trillion standard cubic feet; ~540 million metric tonnes) have been injected in ~13,000 wells for

---

[4] See www.rrc.state.tx.us/data/wells/fluids.php.
[5] See www.glossary.oilfield.slb.com/Display.cfm?Term=enhanced%20oil%20recovery.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113073

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES





**FIGURE 3.10** Enhanced oil recovery through $CO_2$ injection. SOURCE: NETL (2010).

EOR as of 2007 (Meyer, 2007). Current records from the Railroad Commission of Texas indicate that more than 9,400 wells are permitted in Texas alone for $CO_2$ injection for EOR.[6] Among the many thousands of wells used for EOR in the United States, the committee did not find any documented instances of felt induced seismicity in the published literature or from experts in the field with whom the committee communicated during the study.

_____

[6] See www.rrc.state.tx.us/data/wells/fluids.php.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113074

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

One reason for the apparent lack of induced seismicity with EOR may be that EOR operations routinely attempt to maintain the pore pressure within a field at levels near preproduction pore pressures. This "balance" of the pore pressure means only a minimum pressure change occurs in the reservoir, reducing the possibility of induced seismic events; this maintenance of pore pressure is achieved broadly by maintaining balance between the amount of fluid being injected and the amount being withdrawn. EOR using $CO_2$ injection is also considered one form of CCS, a technology under broader development in several other geological settings as part of the effort to reduce greenhouse gas emissions. CCS is discussed in detail later in this chapter.

## UNCONVENTIONAL OIL AND GAS PRODUCTION INCLUDING SHALE RESERVOIRS

The permeability of rock in the subsurface varies tremendously (see Figure 2.1). Mudstone, siltstone, or shale formations that are high in organic content may contain significant amounts of natural gas and oil but have very low permeability; a shale formation that contains predominantly gas and/or oil is called a shale reservoir. Shales that are actively drilled for both oil and gas development in the United States are, for example, the Barnett, Marcellus, Eagle Ford, and Bakken formations (Figure 3.11).

Unlike conventional oil and gas fields, where the hydrocarbons were formed in source rocks high in organic content and then migrated over geologic time into porous rock such as sandstones and limestones that serve as the reservoirs today, the hydrocarbons in shales have developed from and remained for the most part trapped in their original source rock (organic-rich fine-grained sediments) because of the very low permeability of the shales. The shale gas resides in the microporosity in the shale layers and is held in place by a combination of cap rock, adsorption of gas onto the shale grains, and low permeability. The last of these effects is primarily responsible for the low production rates of drilled shales before being hydraulically fractured. Hydraulic fracturing creates additional pathways among the micropores for the gas to flow to the wellbore (see, e.g., NRC, 1996). This type of hydrocarbon reservoir, which requires additional engineered solutions for extraction of hydrocarbons, is often called an unconventional reservoir.

Extraction of gas and oil from these unconventional reservoirs has been made feasible through the combined application of horizontal drilling and hydraulic fracturing, technologies developed by the petroleum industry and through research supported by the Department of Energy (EIA, 1993, 2011; NETL, 2007; NRC, 2001). Hydraulic fracturing has been used for over 50 years to stimulate some conventional reservoirs (EIA, 2011) but is required to produce from low-permeability reservoirs such as shales for which commercially viable technology was developed by Mitchell Energy during the 1980s and 1990s (EIA, 2011). A large upswing in the use of horizontal drilling and hydraulic fracturing

83

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113075

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES



**FIGURE 3.11** Location of areas of active exploration and/or production for shale hydrocarbons (oil and gas) in the contiguous United States. Light pink areas are major sedimentary basins; dark pink areas (e.g., Eagle Ford, Barnett) are under active development and production for gas or oil from shale; orange areas are prospective regions currently being explored for potential oil or gas development from shale. Several shale units of different ages may overlie one another, and these units are outlined in thick red, blue, and purple lines representing youngest to oldest shale units, respectively. A "play" is a set of oil or gas accumulations that share similar geologic, geographic, and time characteristics. SOURCE: EIA (2011). Available at www.eia.gov/pub/oil_gas/natural_gas/analysis_publications/maps/maps.htm.

occurred in the late 1990s and continues to the present day; estimates suggest that today approximately 60 percent of the wells drilled are hydraulically fractured (Montgomery and Smith, 2010).

A typical production well in shale is drilled vertically to an appropriate depth and then turned horizontally to extend the well bore through the target shale formation. The horizontal segment (or "lateral") of the well typically extends over 1–2 miles (~1.8–3 km) (Box 3.5). To facilitate the flow of the gas or oil into the well bore, the permeability through the shale reservoir is increased by the creation of artificial fracture networks in the shale around the horizontal portion of the well bore through the process of hydraulic fracturing (Box 3.5). Microseisms generally of $M < 0$ are induced during a hydraulic fracture treatment, and the locations of these microseisms are used to help understand the location of

*84*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

the artificially created fractures and can be used as stress measurement tools (Appendix I describes this kind of microseismic monitoring; see also Engelder, 1993).

After the hydraulic fracturing is completed, a process known as flowback occurs. The well is opened and injected hydraulic fracture water is allowed to flow back from the formation into the well. For tight shale formations, between 10 and 50 percent of the hydraulic fracture water is returned (King, 2010). The flowback water may be reused as fracturing water for another hydraulic fracture procedure, may be disposed of in a wastewater injection well (see next section), may be stored, or may be treated to a purity that would allow for its safe release to the environment or for its use for other beneficial purposes. Two National Research Council reports (NRC, 2010, 2012) describe in some detail the potential options for management and beneficial use of wastewater from industrial activities.

The process of hydraulic fracturing a well as presently implemented for shale gas recovery does not pose a high risk for inducing felt seismic events (**M** > 2). Estimates suggest that over 35,000 wells for shale gas development exist in the United States today (EPA, 2011). Only one case has been documented worldwide in which hydraulic fracturing for shale gas development has been confirmed as the cause of felt seismic events. This event occurred in Blackpool, England, in 2011 (De Pater and Baisch, 2011; Box 3.6). Three other possible earthquake sequences have been discussed in the literature that may be associated with hydraulic fracturing in Oklahoma, only one of which was related to shale gas production. In the most recent case, in 2011, hydraulic fracturing for shale gas production was cited as the possible cause of felt induced seismic events, the largest of which was **M** 2.8 (Holland, 2011; Appendix J). The close proximity and timing of the earthquakes to the hydraulic fracturing well suggested a possible, but not fully established, link. However, the quality of the event locations was not adequate to fully establish a direct causal link to the hydraulic fracture treatment.

The two other possible cases in Oklahoma discussed by Nicholson and Wesson (1990) are listed under "Less Well Documented or Possible Cases" in their original paper (see also Appendix C). Both cases were associated in time with hydraulic fracturing related to stimulation of a conventional oil and gas field, not for shale gas production. The older of the two cases relates to a series of earthquakes that occurred on June 23, 1978, near the commercial stimulation of a 3,050-m (10,000-foot) well near Wilson, Oklahoma. Seventy earthquakes occurred in 6.2 hours (Luza and Lawson, 1980; Nicholson and Wesson, 1990). In the third case, two earthquakes were felt in a sequence in Oklahoma in May 1979, during the time that a well was vertically stimulated in three different zones, ranging from deep to shallow (ranging from 3,700 to 3,000 m depth [~12,000 to 10,000 feet]). The largest event in this third case was **M** 1.9. The well was located 1 km (3,280 feet) from a seismic monitoring station. The first hydraulic fracture treatment at 3,700 m depth was followed 20 hours later by about 50 earthquakes that occurred over a 4-hour time period. Forty earthquakes immediately followed the second hydraulic fracture treatment at 3,400 m, over a time period of 2 hours. No earthquakes were recorded during the third hydraulic fracture

*85*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113077

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

---

**BOX 3.5**
**Hydraulic Fracturing**

A hydraulic fracture is a controlled, high-pressure injection of fluid and proppant into a well to fracture the target formation (see Figure). "Proppant" refers to sand or manmade ceramics used to keep the fractures open after fluid injection stops. The injected fluid is usually a combination of water and small amounts of chemical additives that reduce pipe flow friction, minimize rock formation damage, and help carry proppant into the fractures (see also Box 2.3; DOE, 2009; King, 2012). Horizontal wells are hydraulically fractured in multiple pumping "stages," starting at the far end of the horizontal well and progressing toward the wellhead. Each fracture stage is isolated within the horizontal well with packers or mechanical sleeves that open and close each zone. After the entire hydraulic fracture procedure is completed, the injected fluid is allowed to flow back into the well, leaving the proppant in the newly created fractures. The amount of fracturing fluid used in one horizontal well fracturing stage varies, depending in large part on the geologic formation, and is on the order of millions of gallons per well. Generally, water volumes are estimated from 2 to 5.6 million gallons per well (DOE, 2009; King, 2012; Nicot and Scanlon, 2012; Soeder and Kappel, 2009). Horizontal wells can be hydraulically fractured in one to more than 30 stages depending on the length of the horizontal well.

The distance and direction of the manmade fractures propagating from the well vary depending on the type of hydraulic fracture treatment and the geologic properties near the well, including the rock toughness and stress state in the formation. In general, the fractures are observed from geophysical surveys such as microseismic (Appendix I) and tiltmeters (Cipolla and Wright, 2002) to propagate perpendicular to the direction of the minimum in situ stress. The induced fractures can form a complex fracture network in areas of low horizontal stress differences or simple fracture geometry in higher differential stress areas. Although the extent and direction of the fractures are not known precisely, hydraulic fractures may extend on the order of one hundred to over a thousand feet from the well. The upward growth of the hydraulic fracture tends to be limited by the horizontal layering (bedding) of the shale formations and by the vertical stress exerted by overlying rock and rarely extends up more than a few hundred feet (less than 100 m) from the wellbore (Fisher, 2010; Fisher and Warpinski, 2011). The geometry of hydraulic fractures can be estimated using a special seismic monitoring technique termed microseismic mapping (see Appendix I), although this geophysical procedure is completed on only a small percentage of hydraulically fractured wells, largely due to the cost.

---

**BOX 3.6**
**Felt Earthquakes Near Blackpool, England, Related to Hydraulic Fracturing**

Hydraulic fracturing of the Preese Hall-1 well in the Blackpool area of England caused seismicity in April (**M** 2.3) and May (**M** 1.5) 2011. The April earthquake was felt in northern England and was widely reported in the press. The well was drilled and hydraulically fractured by Cuadrilla Resources to explore the gas potential of the Bowland Shale Formation.

The Preese Hall-1 exploration well was stimulated vertically to 9,004 feet measured depth with five hydraulic fracture stages. The April **M** 2.3 event occurred during stage 2, and the May **M** 1.5 occurred during stage 4; in

---

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113078

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*



**Figure** Schematic diagram of a horizontal well following a 10-stage hydraulic fracture treatment. Upper right inset shows a magnified view of the induced fractures (yellow) created during the hydraulic fracture treatment. The relative depths of local water wells is shown near the surface for scale, labeled "domestic well." The formation depth and horizontal well length vary from area to area; the depth and well length numbers shown are approximate averages for North America. The well is fractured in stages from the end of the well (stage 1) to the start of the well (stage 10). Each hydraulic fracture stage is isolated within the wellbore as discussed in the text. Depths and distances of 2,000-10,000 feet correspond to about 600-3,000 m. SOURCE: Adapted after Southwestern Energy, used with permission.

addition approximately 50 weaker events were detected after additional seismic stations were deployed (De Pater and Baisch, 2011). Cuadrilla Resources initiated an extensive study of the incident, including installing portable seismic stations and a detailed seismic analysis as well as geomechanical studies and core studies, which were released to the public on their website. The research demonstrates that the hydraulic fracturing induced the seismic events. A report by Geosphere Ltd. (Harper, 2011) suggests the propagation of the fracturing fluid and pressure went farther than expected along the bedding planes. A nearby, apparently unstable fault was reactivated by the increase in fluid pressure, which caused the seismic events (Harper, 2011).

SOURCES: De Pater and Baisch (2011).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113079

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

treatment at 3,000 m. All three Oklahoma cases demonstrate a reoccurring problem in induced seismicity studies: the seismic events are small, the regional networks are sparse, and the data quality is often too poor to fully confirm a causal link to fluid injection for energy development (see also Chapter 1).

## INJECTION WELLS USED FOR THE DISPOSAL OF WATER ASSOCIATED WITH ENERGY EXTRACTION

In addition to fluid injection for specific kinds of energy development (e.g., water injection to produce steam for geothermal energy recovery, or fluid injection for waterflooding [secondary recovery]), water injection to dispose of water generated as a result of geothermal and oil and gas production operations is very common in the United States. Water that must be disposed of originates from production (see, e.g., NRC, 2010) or from flowback. Hereafter we refer to this kind of water broadly as wastewater; Chapter 4 clarifies the different kinds of water from energy production that are disposed of and the different classes of wells that are designated in the United States for this purpose. A recent study by Argonne National Laboratory estimated the total oil and gas fluid recovered from flowback after hydraulic fracturing operations and waste fluid produced during daily oil and gas production in the United States to be 20.9 billion barrels (about 878 billion gallons) of water per year (Clark and Veil, 2009). The majority (95 percent) of this water was managed through underground injection and more than half (55 percent) was injected for the purpose of enhanced recovery (Clark and Veil, 2009) (see the section Tertiary Oil and Gas Recovery [EOR] in this chapter). Just over one-third of the total wastewater volume (39 percent) or 6 billion barrels (252 billion gallons) was injected in disposal wells. Table 3.2 shows the water volumes produced in conjunction with oil and gas operations for various states. Importantly, other types of fluid may also be disposed of through underground injection (industrial wastes, for example, from manufacturing unrelated to energy production); these different kinds of underground injection are also discussed in Chapter 4.

The annual volume of wastewater in the United States is disposed of in many tens of thousands of injection wells. For example, in Texas, over 50,000 Class II[7] injection wells were permitted as of 2010 (of which approximately 40 percent would be associated with disposal of wastewater and the remainder associated with waterflooding for secondary recovery; Texas RRC, 2010) (Figure 3.12).

Felt induced seismicity potentially related to Class II water injection wells has been identified at individual sites in Arkansas (see Chapter 4), Ohio, and Texas (Box 3.7). USGS

---

[7] Wells in the Environmental Protection Agency's (EPA's) Underground Injection Control (UIC) program are described and regulated under one of six "classes." Class II wells are specifically those that address injection of brines and other fluids associated with oil and gas production and hydrocarbons for storage. EPA's well class system and the UIC program are described in more detail in Chapter 4.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113080

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

**TABLE 3.2** U.S. Onshore and Offshore Oil, Gas, and Produced Water Generation for 2007

| State | Crude Oil (bbl/year) | Total Gas (Mmcf) | Produced Water (bbl/year) | Data Source |
|---|---|---|---|---|
| Alabama | 5,028,000 | 285,000 | 119,004,000 | 1 |
| Alaska | 263,595,000 | 3,498,000 | 801,336,000 | 1 |
| Arizona | 43,000 | 1,000 | 68,000 | 1, 2 |
| Arkansas | 6,103,000 | 272,000 | 166,011,000 | 2, 3 |
| California | 244,000,000 | 312,000 | 2,552,194,000 | 2, 3 |
| Colorado | 2,375,000 | 1,288,000 | 383,846,000 | 1,3 |
| Florida | 2,078,000 | 2,000 | 50,296,000 | 1 |
| Illinois | 3,202,000 | No data | 136,872,000 | 1, 5 |
| Indiana | 1,727,000 | 4,000 | 40,200,000 | 1, 2 |
| Kansas | 36,612,000 | 371,000 | 1,244,329,000 | 1, 2 |
| Kentucky | 3,572,000 | 95,000 | 24,607,000 | 1, 3, 6 |
| Louisiana | 52,495,000 | 1,382,000 | 1,149,643,000 | 1 |
| Michigan | 5,180,000 | 168,000 | 114,580,000 | 1, 3 |
| Mississippi | 20,027,000 | 97,000 | 330,730,000 | 1 |
| Missouri | 80,000 | No data | 1,613,000 | 1 |
| Montana | 34,749,000 | 95,000 | 182,266,000 | 1 |
| Nebraska | 2,335,000 | 1,000 | 49,312,000 | 1 |
| Nevada | 408,000 | 0 | 6,785,000 | 1, 2 |
| New Mexico | 59,138,000 | 1,526,000 | 665,685,000 | 1 |
| New York | 378,000 | 55,000 | 649,000 | 2 |
| North Dakota | 44,543,000 | 71,000 | 134,991,000 | 2, 4 |
| Tennessee | 5,422,000 | 86,000 | 6,940,000 | 1, 2 |
| Texas | 60,760,000 | 1,643,000 | 2,195,180,000 | 2, 6 |
| Utah | 1,537,000 | 172,000 | 3,912,000 | 3 |
| Virginia | 1,665,000 | 12,000 | 4,186,000 | 1, 2 |
| West Virginia | 350,000 | 1,000 | 2,263,000 | 4, 6 |
| Wyoming | 342,087,000 | 6,878,000 | 7,376,913,000 | 3, 4 |
| **State Total** | **1,273,759,000** | **21,290,000** | **20,258,560,000** | |
| Federal Offshore | 467,180,000 | 2,787,000 | 587,353,000 | 1 |
| Tribal Lands | 9,513,000 | 297,000 | 149,261,000 | 2, 6 |
| **Federal Total** | **476,693,000** | **3,084,000** | **736,614,000** | |
| **U.S. Total** | **1,750,452,000** | **24,374,000** | **20,995,174,000** | |

NOTE: 1, provided directly to Argonne by state agency; 2, obtained via published report or electronically; 3, obtained via electronic database; 4, obtained from website in form other than a published report or electronic database; 5, obtained from EIA; 6, produced water volumes are estimated from production volumes. SOURCE: Clark and Veil (2009).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113081

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES



**FIGURE 3.12** Map of oil and gas wells (red dots) and saltwater disposal wells (green boxes) in Tarrant and surrounding counties in Texas. The approximate location of the Dallas-Fort Worth (DFW) airport is marked with box (as labeled), along with the injection wells near the airport. SOURCE: Modified from Frohlich et al. (2010).

researchers are investigating whether a recent increase in the rate of $\mathbf{M} > 3.0$ earthquakes in the state of Oklahoma (see Figure 3.13) might be attributed to wastewater injection (Ellsworth et al., 2012). One of the best-documented cases of induced seismicity from fluid injection is in the Paradox Basin, Colorado, where brine from a natural seep has been reinjected in one disposal well at 14,000 to 15,000 feet (4,300 to 4,600 m) depth since 1996 to prevent brine flow into the Colorado River (Appendix K). To date over 4,600 induced seismic events ($\mathbf{M}$ 0.5 to $\mathbf{M}$ 4.3) as far away as 16 km (9.9 miles) from the injection well have been documented in the Paradox Basin (Block, 2011). Although the number of felt induced seismic events relative

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113082

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

**BOX 3.7**
**Dallas–Fort Worth Earthquake Swarm October 2008 to May 2009**

A series of **M** 2.5 to M 3.3 earthquakes occurred in the Dallas–Fort Worth (DFW) area of Texas, where earthquakes were felt and reported by local residents in October 2008 and May 2009. The National Earthquake Information Center (NEIC) located the earthquakes in the vicinity of the DFW airport.

The state of Texas historically experienced a low rate of natural seismicity at the time of these earthquakes and the entire state has only two permanent seismographic stations operated by the NEIC. Because of the sparse seismographic station coverage, the NEIC can only locate events in Texas that are greater than about **M** 2.5 with location accuracy of plus or minus 6 miles or 10 km. Researchers from the University of Texas (UT) and Southern Methodist University (SMU) deployed a temporary network of six seismographic stations in the DFW area to locate seismic events more precisely. The UT-SMU seismic array ran from November 9, 2008, to January 2, 2009, and located 11 earthquakes that spanned a 1-km-long, north-south trending zone in close proximity to a saltwater disposal (SWD) well used for wastewater injection by Chesapeake Oil and Gas Company. The wastewater originated from wells in the vicinity of the DFW airport producing from the Barnett Shale (Figure 3.11). The first felt DFW earthquakes started about 6 weeks after injection into the disposal well was initiated. The close correspondence of the earthquakes with the location and depth of the well, together with the close timing of the start of injection and the start of seismic activity, strongly suggest that injection was the cause of the seismic activity.

A state tectonic map compiled by the Texas Bureau of Economic Geology shows a northeast trending normal fault in the subsurface in close proximity to the SWD injection well. The earthquake swarm continues in the DFW area to this date, with **M** 2.6 or less events occurring prior to August 2011, over 2 years after shutdown of the injection well (Eisner, 2011). The persistent seismicity after the nearby injection wells were shut in demonstrates the difficulty in assessing whether the seismic activity is induced or natural. Similar to the post-shut-in events that have occurred in relation to EGS projects in France and Switzerland, understanding the cause and magnitude of these events through time requires further research that combines field observations and data with fluid flow and geomechanical simulation codes.

*Box continues*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113083

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 3.7 Continued**



**Figure** Map of the Dallas/Fort Worth (DFW) airport area showing the location of the saltwater disposal well and the location of the earthquakes. SOURCE: Frohlich et al. (2010).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113084

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*



**FIGURE 3.13** Graph showing the cumulative number of earthquakes **M** > 3.0 in the central Oklahoma region (34-37°N, 94-100°W) from 1900 to present day, showing a dramatic but as yet unexplained increase in seismicity since 2009. SOURCE: Ellsworth et al. (2012).

to the tens of thousands of produced water injection wells is small, the events themselves can cause considerable public concern. Addressing the causes and conditions for these events is useful for understanding induced seismicity potential for future wastewater injection projects.

Water injection wells only inject (dispose of) fluid, in contrast to injection wells for EOR or liquid-dominated geothermal systems where the fluid injected is approximately equivalent to the fluid extracted. Fluid injection in proximity to a favorably oriented fault system with near-critical stresses has an increased potential to generate felt induced seismic events in the absence of nearby extraction that could help maintain reservoir pressure. Class II injection wells used only for the purpose of water disposal normally do not have a detailed geologic review performed, and often data are not available to make such a review. Thus, although fluid pressure in the injection zone and the fracturing pressure of the injection zone can be measured after the disposal well is drilled, the location of possible faults is often not known as part of standard well siting and drilling procedures. Importantly, the mere presence of a fault does not always correlate to increased potential for induced seismicity. Chapter 6 discusses potential steps toward best practices with these challenges in mind.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113085

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

## CARBON CAPTURE AND STORAGE

Introduction of large amounts of $CO_2$, a greenhouse gas, into the atmosphere is considered a likely driver in climate change (NRC, 2011). In 2010 approximately 33.5 billion metric tonnes of $CO_2$ (~37 million tons) were introduced to the atmosphere by industry, transportation, and agricultural production globally (Boden and Blasing, 2011; Friedlingstein et al., 2010). For a number of years research has explored various methods for reducing carbon emissions to the atmosphere, including methods that can capture $CO_2$ from point sources (e.g., fossil fuel burning power plants, industrial plants, and refineries), transport it to a geological storage site, and inject it into the ground for permanent storage (sometimes called sequestration) and monitoring (shown schematically in Figure 3.14). If successful and economical, CCS could become an important technology for reducing $CO_2$ emissions to the atmosphere.



**FIGURE 3.14** Illustration of the concept of carbon sequestration. SOURCE: USGS; Duncan and Morrissey (2011).

*94*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113086

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

*Technology Background*

Geologic formations considered suitable for underground storage of $CO_2$ include oil and gas reservoirs, unmineable coal seams, and deep saline rock formations (Kaldi et al., 2009). Naturally occurring $CO_2$ has been trapped in geologic formations for millions of years, which indicates that retaining injected $CO_2$ in the Earth under the right geological conditions is possible. Injection of $CO_2$ for EOR has been used in the oil and gas industry for many decades with no obvious adverse effects (see the section Conventional Oil and Gas Production Including Enhanced Oil Recovery, this chapter); $CO_2$ has also been injected in small volumes into saline rock formations in the western United States and Canada since 1989 without negative consequences (NETL, 2012; Price and Smith, 2008). Saline rock formations used for this purpose are sedimentary rocks that are naturally saturated with highly saline water that is otherwise unsuitable for humans, livestock, or agriculture.

Individual large, coal-fired power plants in the United States produce $CO_2$ emissions that amount to up to 25 million metric tonnes (~27 million tons) per year.[8] Capturing and transporting $CO_2$ from industrial plants is technologically possible but is currently expensive, though a significant amount of research is exploring ways to bring costs down (Melzer, 2011). The United States as a whole accounted for approximately 1.5 billion metric tonnes (~1.7 billion tons) of $CO_2$ emissions in 2010 (EIA, 2012). Storing even a portion of this amount of $CO_2$ would require capturing the gas at many locations around the country and transporting it to facilities that could inject the $CO_2$ into appropriate subsurface rock formations.[9]

Efficient underground storage of $CO_2$ requires that it be in the supercritical (liquid) phase to minimize required storage volume.[10] For $CO_2$ to remain in a supercritical phase, the confining pressure in the reservoir must be greater than 7.3 MPa (about 73 atm[11]) and temperatures greater than 31.1°C, which can be achieved at depths greater than about 2,600 feet (790 m) (Buruss et al., 2009). These conditions require that the $CO_2$ be injected at high pressures (62-64 bars [6.2-6.4 MPa or 900-930 psig] at the well head) so that the $CO_2$ stays as a liquid. The density of supercritical $CO_2$ is in the range of 0.60-0.75 g/cm³

---

[8] See Carbon Monitoring for Action, available at carma.org/.

[9] EOR operations do pump $CO_2$ underground. However, EOR operations are designed to roughly balance the natural pressure in a reservoir from pumping out of hydrocarbons with pumping in of $CO_2$. EOR using $CO_2$ injection currently accounts for approximately 6 percent of U.S. crude oil production (Koottungal, 2010). Natural $CO_2$ fields are currently the dominant source of $CO_2$ for U.S. EOR and provide approximately 45 million metric tonnes (~50 million tons) per year, whereas anthropogenic sources, such as $CO_2$ captured from industrial facilities, account for approximately 10 million metric tonnes (~11 million tons) per year (Kuuskraa, 2010). One of the biggest challenges for EOR projects that wish to use $CO_2$ injection is being able to secure enough $CO_2$ consistently at an acceptable cost (Melzer, 2011).

[10] One pound of liquid $CO_2$, which is about the volume of a typical fire extinguisher, will expand to approximately 8.8 cubic feet (0.25 m³) at normal room temperature and pressure.

[11] One unit of atmospheric pressure or 1 atm is equivalent to the pressure exerted by the Earth's atmosphere on a point at sea level.

Copyright © National Academy of Sciences. All rights reserved.

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

(Sminchak and Gupta, 2003), whereas the density of most formation fluids within potential reservoirs is higher, typically 1.05-1.30 g/cm³. Supercritical $CO_2$ is also less viscous than saline formation fluids. These differences in density and viscosity mean that the liquid $CO_2$ will behave buoyantly within the reservoir. This buoyancy is what makes $CO_2$ an effective fluid for EOR (Szulczewski et al., 2012).

For CCS, however, the buoyancy of $CO_2$ means that the geologic reservoir must have a covering of impermeable rock (a "seal") to ensure that the $CO_2$ will not escape upward (Szulczewski et al., 2012). Depending on the composition of the geologic reservoir for the injected $CO_2$, some potential exists for supercritical $CO_2$ either to dissolve, weaken, or transform existing minerals or to precipitate new minerals in the geologic reservoir. For these reasons, selection of a suitable reservoir in which to inject and store $CO_2$ is critical.

The effects of supercritical $CO_2$ on geologic materials and the potential impacts of geochemical reactions with brines, cements, casing materials in injection wells, and materials that may seal faults and fractures in the reservoir have been topics of research supported by the Department of Energy (DOE) at academic institutions and national laboratories, and also by the petroleum industry. For example, in 2009 DOE supported 11 projects to conduct site characterization of promising geological formations for $CO_2$ storage.[12] Research at DOE's National Energy Technology Laboratory (NETL) is based on developing efficient injection techniques, protocols that assess and minimize the impacts of $CO_2$ on geophysical processes, and remediation technologies to prevent or reduce $CO_2$ leakage. Currently NETL lists 37 active projects that address the critical geologic barrier for $CO_2$ storage.[13]

The volumes of supercritical $CO_2$ discussed for CCS are extremely large. An Intergovernmental Panel on Climate Change special report on $CO_2$ capture and storage suggests that between approximately 97 and 306 million m³ per year (converted from 73 and 183 million metric tonnes)[14] of $CO_2$ could be captured and stored worldwide from coal and a similar amount from natural gas energy plants (Metz et al., 2005). This amount is equivalent to approximately 40,000 to 120,000 Olympic size swimming pools. For comparison, over 300 million m³ of crude oil were produced in the United States in 2010 (over 4 billion m³ were produced worldwide) (see Table 3.3). It is anticipated that CCS would take place at a number of locations, ideally places near power plants that produce $CO_2$ so as to avoid long transportation distances. Many of the facilities would be expected to inject $CO_2$ volumes on the order of several million tonnes (equivalent to several million cubic meters) or more into the ground each year (e.g., Szulczewski et al., 2012). Globally, only a few small-scale commercial CCS projects (the committee defines small-scale as about

---

[12] See www.fossil.energy.gov/recovery/projects/site_characterization.html.

[13] See www.netl.doe.gov/technologies/carbon_seq/corerd/storage.html.

[14] As the density of supercritical $CO_2$ ranges from 600 to 750 kg/m³, the volume of 1 million metric tonnes (~1.1 million tons) of supercritical $CO_2$ ranges from 1.33 to 1.67 million m³. In-ground storage volume will depend on the effective porosity (i.e., the porosity times the storage efficiency).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113088

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

**TABLE 3.3** Petroleum and Natural Gas Production in 2010

|  | Crude Oil | Natural Gas Plant Liquids (NGPL) | Other Liquids | Total Crude Oil, NGPL, and Other Liquids | Total Dry Natural Gas | |
|---|---|---|---|---|---|---|
| United States | 2.00 billion barrels | 757 million barrels | 391 million barrels | 3.15 billion barrels | **501 million m³** | **611 billion m³** |
| World | 27.0 billion barrels | 3.08 billion barrels | 754 million barrels | 30.9 billion barrels | **4.91 billion m³** | **3.17 trillion m³** |

NOTE: 1.00000 barrel = 0.15899 m³.
SOURCE: EIA 2010 International Energy Statistics (available at www.eia.gov/cfapps/ipdbproject/IEDIndex3.cfm).

1 million metric tonnes [approximately 1.55 million m³][15] or less of $CO_2$ stored per year in geologic reservoirs) are in operation. In the United States, no commercial CCS technologies are currently deployed, although DOE-supported research is currently exploring the most suitable technologies for CCS through regional partnerships throughout the country.[16] One of these regional projects in Illinois has advanced to the stage of conducting a large-scale test to inject 1 million metric tonnes of $CO_2$; DOE defines "large-scale" as 1 million metric tonnes [approximately 1.55 million m³] or more. Both the global, commercial projects and the Illinois test project are discussed in the sections that follow.

*Current Projects*

The Norwegian state oil company Statoil and its partners currently operate CCS projects at offshore sites in the Sleipner field on the Norwegian continental shelf and in the In Salah gas field in Algeria (Box 3.8). They had also operated a CCS project at the Snøhvit field in the Barents Sea, north of Norway, until early in 2011. At Sleipner approximately 1 million metric tonnes a year have been injected since 1996. The demonstration $CO_2$ injection project in northern Illinois has been in development for several years; injection of $CO_2$ began in late 2011. The project plans to inject approximately 1 million metric tonnes per year for several years (Box 3.9). Seismic activity is being routinely monitored at all of these CCS sites. Although the $CO_2$ injection rates and volumes for these projects are

---

[15] Volume calculated using 0.70 g/cm³ as the density of supercritical $CO_2$; however, this density may range from 0.60 to 0.75 g/cm³.
[16] See fossil.energy.gov/programs/sequestration/partnerships/index.html.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113089

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 3.8**
**The Sleipner, Snøhvit, and In Salah $CO_2$ Capture and Storage Projects**

In 1996, the Sleipner oil and gas fields in the North Sea became the site of the world's first and largest offshore commercial $CO_2$ capture and storage project. Carbon dioxide is captured at a plant located on one of the field's operating offshore natural gas platforms and is stored underground in a sandstone formation at depths of approximately 800-1,100 m below the sea bed. Motivation for the project derived from a $CO_2$ offshore tax levied on offshore oil and gas operations by the Norwegian government in 1991. $CO_2$ is removed from the natural gas produced at Sleipner and is reinjected into the subsurface into a very porous, permeable sandstone and saline aquifer, the Utsira Formation (Figure 1). The Utsira Formation has an unusually high porosity and permeability (porosity is between 0.35 and 0.4 and permeability is near 1,000 mD) compared to the $CO_2$ reservoirs in the other two Statoil CCS projects (Figure 2) and to many other potential CCS reservoirs. Approximately 1 million metric tonnes (1.1 million tons) of $CO_2$ have been stored per year since operations began—with the accumulated total $CO_2$ in the formation at the middle of 2012 approximately 13.5 million tonnes (Eiken and Ringrose, personal communication). The project is designed for approximately 25 years of $CO_2$ injection. Current estimates for the Utsira Formation storage capacity range from 2 to 15.7 billion tonnes of $CO_2$ (NPD, 2011).



**Figure 1** Schematic rendition of the Sleipner field with $CO_2$ injection into the Utsira sandstone formation occurring as natural gas is extracted from the Heimdal Formation more than 1,000 m below the $CO_2$ reservoir. SOURCE: © 2012 Schlumberger Excellence in Educational Development, Inc. All rights reserved. Available at www.planetseed.com/node/15252.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113090

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*



**Figure 2** Comparison of porosity and permeability for the $CO_2$ reservoirs in each of the three projects. The Utsira Formation in the Sleipner field has an unusually high porosity and permeability. SOURCE: Eiken et al. (2011).

The Snøhvit field offshore northern Norway is a natural gas field with an onshore liquid natural gas (LNG) facility. Carbon dioxide separated during the LNG process was captured at the plant and piped back to the field, where it was reinjected underground into a sandstone formation ~2,600 m (8,560 feet) below the seafloor and below the main natural gas reservoir for the gas field; the entire offshore facility is subsea and operated remotely from shore (Statoil, 2009). Carbon storage began in 2008, and $CO_2$ injection for storage was changed from the Tubåen Formation to the gas-producing Stø Formation in March 2011. Monitoring throughout the injection phase revealed increases in reservoir pressure beyond what had been initially anticipated, indicating that the reservoir had a lower capacity to inject or store $CO_2$ than had been calculated at the start of the project (Helgesen, 2010). Total stored $CO_2$ through March 2011 was about 1.1 megatons (Eiken and Ringrose, 2011).

At the In Salah field at Krechba onshore Algeria, the operators began injecting $CO_2$ in 2004 into a formation located at intermediate depths between Sleipner and Snøhvit. By early 2011, nearly 4 million tons (3.6 million metric tonnes) of $CO_2$ had been injected. The field has five gas production wells and three $CO_2$ injection wells. The $CO_2$ for injection derives from both the produced gas at the field and from gas produced at other fields that is piped to the injection well (Eiken and Ringrose, 2011).

The injection histories for all three fields are shown in Figure 3. The injection at Sleipner was very smooth over 15 years with good injectivity and no evidence of pressure buildup. Very consistent injection pressures were maintained at about 64-65 bars over the course of the project. The conditions at the other two fields proved to be more challenging, with measured pressure increases and limitations on the total capacity of the storage

*Box continues*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113091

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 3.8 Continued**

## Injection history



**Figure 3** $CO_2$ injection history at Statoil's Sleipner, Snøhvit, and In Salah fields. SOURCE: Eiken et al. (2011).

formations. Pressure management was deemed an important issue with downhole pressure gauges of great importance (Eiken and Ringrose, 2011).

Prior to the start of all three projects, extensive monitoring was conducted to establish baseline conditions, including any microseismic activity. Monitoring during $CO_2$ injection for possible leakage and induced seismicity has occurred in all three projects. At both offshore projects, monitoring methods have included measurements of wellhead pressure and temperature, downhole pressure, gravity, and time-lapse seismic. At In Salah, monitoring data have included time-lapse seismic; pressures, rates, and gas chemistry at the wellhead; cores, logs, and fluid samples from the subsurface; one microseismic well, five shallow aquifer wells, and an appraisal well; satellite surveys to measure surface deformation; and surface measurements to monitor for potential leakage or rock strain. Monitoring from pilot wells at this location has shown detectable microseismic events related to $CO_2$ injection. Shallow wells with three-component seismic detectors are emerging as the preferred deployment solution to give more extensive areal coverage of the field.

SOURCES: Eiken and Ringrose (2011); Eiken and Ringrose (personal communication, June 4, 2012); Ringrose and Eiken (2011); NPD (2011); Helgesen (2010); Statoil (2009); Arts et al. (2008); and "Sleipner Vest" (available at www.statoil.com/en/TechnologyInnovation/ProtectingTheEnvironment/CarboncaptureAndStorage/Pages/CarbonDioxideInjectionSleipnerVest.aspx).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113092

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

---

**BOX 3.9**
**Carbon Dioxide Sequestration in the Illinois Basin:**
**The Midwest Geological Sequestration Consortium Project at Decatur, Illinois**

The Midwest Geological Sequestration Consortium (MGSC) is one of seven regional partnerships with funding from the DOE to test methods for geological storage of $CO_2$. The MGSC in collaboration with Archer Daniels Midland Company, Schlumberger Carbon Services, Trimeric Corporation, and supporting subcontractors has initiated the Illinois Basin-Decatur Project (IBDP), which has begun the injection of 1 million metric tonnes (~1.1 million tons) of supercritical $CO_2$ over a 3-year period into a saline reservoir that has not had previous fluid extraction at a site near Decatur, Illinois (Figures 1 and 2).

The target reservoir is the Mt. Simon Sandstone, which lies at a depth of approximately 7,000 feet. Injection of $CO_2$ began in fall 2011 at an initial rate of 1,000 metric tonnes/day. An active seismic surface survey completed in January 2010 prior to the start of injection and a seismic monitoring well are part of the efforts to both monitor the distribution of $CO_2$ and assess the seismicity risk during injection. The objectives of the baseline survey were to check for faulting, assess reservoir heterogeneity, map reservoir properties, develop data for the mechanical Earth model, and record a baseline for future $CO_2$ distribution

*Box continues*



**Figure 1** Location of IBDP. SOURCE: Illinois State Geological Survey.

*101*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113093

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 3.9 Continued**



**Figure 2** Location of MGSC monitoring well and injection and geophone wells. SOURCE: Illinois Department of Transportation, November 8, 2010.

in the subsurface. Microseismic monitoring is accomplished in both the injection well and a specially drilled microseismic monitoring well. A network for detecting and reporting microseismic events greater than an established magnitude has been installed. The installed array at the IBDP site detected a **M** 3.8 event near Elgin, Illinois, in February 2010, more than a year before the first $CO_2$ injection. As part of their efforts to develop the CCS projects, the DOE and its collaborators have undertaken a very organized campaign of public outreach and education (see NETL, 2009).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113094