Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

smaller than those being proposed for large power plant and industrial plant operations,[17] these projects provide data for assessment of the potential for induced seismic activity associated with large-scale CCS.

*Induced Seismicity Risks*

The risk of induced seismicity from CCS is currently difficult to assess accurately. The NETL reported that no harmful induced seismicity had been associated with any of the global CCS storage demonstration projects as of February 2011.[18] However, the volumes of $CO_2$ injected at these sites so far are small in comparison to the volumes being considered for future proposed large CCS projects. Unlike most water disposal wells, CCS involves continuous $CO_2$ injection at high rates under high pressures for very long periods of time. The potential therefore exists to increase pore pressures throughout a volume with the storage reservoir that is much larger than those affected by other energy technologies. Given that the potential magnitude of an induced seismic event correlates strongly with the fault rupture area, which in turn relates to the magnitude of pore pressure increase and the volume in which it exists, it would appear that CCS may have the potential for significant seismic risk. The combination of hydro-chemical-mechanical effects such as mineral dissolution may also exacerbate the problem (Espinoza et al., 2011). Some factors could also serve to mitigate risk such as low viscosity and lower injection pressure and limits of permanent pressure change in the reservoir depending upon variables such as reservoir thickness.

DISCUSSION

Geothermal, enhanced geothermal, oil and gas, unconventional oil and gas, and CCS technologies all involve fluid withdrawal and/or injection, thereby providing the potential to induce seismic events. The rates, volumes, pressure, and duration of the injection vary with the technology as do the potential sizes of the earthquakes, the mechanisms to which the earthquakes are attributed (Table 3.4), and the possible risk and hazards of the induced events.

Induced seismicity is commonly characterized by large numbers of small earthquakes that persist during, and in some cases significantly after, fluid injection or removal. At several sites of seismicity caused by or likely related to energy technologies, calculations based on the measured injection pressure and the measured or the inferred state of stress in

---

[17] Approximately 3,000 million metric tonnes (~3,300 million tons) of $CO_2$ are reported to have been emitted by the United States in 2009 from the combined activities of electricity and heat production, manufacturing and construction, and other industrial processes including petroleum refining, hydrocarbon extraction, coal mining, and other energy-producing industries. Data available at www.iea.org/co2highlights/co2highlights.pdf.

[18] See www.netl.doe.gov/technologies/carbon_seq/FAQs/permanence4.html.

*103*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113095

Induced Seismicity Potential in Energy Technologies

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**TABLE 3.4** Summary Information about Historical Felt Induced Seismicity Caused by or Likely Related to[a] Energy Technology Development in the United States

| Energy Technology | Number of Projects | Number of Felt Induced Events | Maximum Magnitude of Felt Event | Number of Events $M \geq 4.0$[b] | Net Reservoir Pressure Change | Mechanism for Induced Seismicity |
|---|---|---|---|---|---|---|
| Vapor-dominated geothermal | 1 | 300-400 per year since 2005 | 4.6 | 1 to 3 per year | Attempt to maintain balance | Temperature change between injectate and reservoir |
| Liquid-dominated geothermal | 23 | 10-40 per year | 4.1[c] | Possibly one | Attempt to maintain balance | Pore pressure increase |
| Enhanced geothermal systems | ~8 pilot projects | 2-10 per year | 2.6 | 0 | Attempt to maintain balance | Pore pressure increase and cooling |
| Secondary oil and gas recovery (waterflooding) | ~108,000 (wells) | One or more felt events at 18 sites across the country | 4.9 | 3 | Attempt to maintain balance | Pore pressure increase |
| Tertiary oil and gas recovery (EOR) | ~13,000 | None known | None known | 0 | Attempt to maintain balance | Pore pressure increase (likely mechanism) |
| Hydraulic fracturing for shale gas production | 35,000 wells total | 1 | 2.8 | 0 | Initial positive; then withdraw | Pore pressure increase |
| Hydrocarbon withdrawal | ~6,000 fields | 20 sites | 6.5 | 5 | Withdrawal | Pore pressure decrease |
| Wastewater disposal wells | ~30,000 | 8 | 4.8[d] | 7 | Addition | Pore pressure increase |
| Carbon capture and storage, small scale | 1 | None known | None known | 0 | Addition | Pore pressure increase |
| Carbon capture and storage, large scale | 0 | None | None | 0 | Addition | Pore pressure increase |

*104*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113096

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

---

**TABLE 3.4**  Continued

[a]Note that in several cases the causal relationship between the technology and the event was suspected but not confirmed. Determining whether a particular earthquake was caused by human activity is often very difficult. The references for the events in this table and the ways causality may be determined are discussed in the report. **Also important is the fact that the well numbers are those wells in operation today, while the numbers of events listed extend over a total period of decades**.

[b]Although seismic events **M** > 2.0 can be felt by some people in the vicinity of the event, events **M** ≥ 4.0 can be felt by most people and may be accompanied by more significant ground shaking, potentially causing greater public concern.

[c]One event of **M** 4.1 was recorded at Coso, but the committee did not obtain enough information to determine whether or not the event was induced.

[d]**M** 4.8 is a moment magnitude. Earlier studies reported magnitudes up to **M** 5.3 on an unspecified scale; those magnitudes were derived from local instruments.

the Earth's crust suggest that the theoretical threshold for frictional sliding along favorably oriented preexisting fractures was exceeded (see also Chapter 2).

Figure 3.15 shows histograms of the maximum magnitudes reported for induced seismicity associated with different energy technologies: geothermal energy, hydrocarbon extraction, fluid injection for secondary and tertiary oil and gas recovery, hydraulic fracturing associated with unconventional oil and gas production, and wastewater disposal from any of the energy technologies (injection wells) (see Appendix C for data sources for this figure); note that CCS is not included in this figure due to the absence of any known significant induced seismic events associated with this technology.

The largest seismic events and most numerous reports of induced seismicity are associated with extraction activities, with magnitudes up to 7 associated with extraction of gas at the Gazli field. The next largest set of seismic events (two sites in the world, one with an event of **M** 5.1 and another site with an event of **M** 6) is associated with injection activities related to waterflooding for secondary recovery in oil and gas production. Waste and wastewater disposal activities have produced some moderate earthquakes (**M** ~ 4.5), notably in Denver in 1967 at the Rocky Mountain Arsenal, but these are rare. Oklahoma, Colorado, and Arkansas have experienced a recent increase in seismic activity; these events are being examined for potential links to injection (Ellsworth et al., 2012). In the New Mexico–Colorado border area, the Raton Basin is an active coalbed methane field that has experienced several swarms of seismic events, including a **M** 5.3 in August 2010. In light of the seismicity in the Raton Basin, the Colorado Geological Survey (CGS) is now reviewing all permit applications for water disposal wells in Colorado in regard to the possibility of induced seismicity, assisting the Colorado Oil and Gas Conservation Commis-

*105*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113097

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES



**FIGURE 3.15** Histograms of maximum magnitudes documented in technical literature caused by or likely related to subsurface energy production globally. Note: Many gas and oil fields undergo extraction of hydrocarbons along with injection of water for secondary recovery, but if the reported total volume of extracted fluids exceeds that of injection, the site is categorized as extraction. Some cases of induced seismicity in the list above do not have reported magnitudes associated with earthquakes, and those cases are not included in the counts used to develop this figure. No induced seismic events have been recognized related to existing CCS projects. SOURCE: See Appendix C.

sion (COGCC) (CGS, 2012) in the injection well permitting process. The injection and seismicity in the Raton Basin are under close scrutiny by both the CGS and COGCC. A definitive link to injection has not been established in the Raton Basin seismicity. Enhanced seismic arrays have been installed since 2011 in the area and will continue to be studied in detail by field operators, the Colorado agencies, and the USGS.

Numerous geothermal sites report induced seismicity, but the associated maximum magnitudes are generally small, with a maximum reported **M** 4.6 (at The Geysers site in California). Finally, felt seismic events caused by hydraulic fracturing are small and rare, with only one incident globally of hydraulic fracturing causing induced seismicity less than **M** 3 (in Blackpool, England; note the description in Appendix J of the seismic event in Eola, Oklahoma).

Several authors have observed that the maximum magnitudes of seismic events induced by various causes are related to the dimension or volume of human activity. Figure 3.16 (modified from Figure 3 of Nicol et al., 2011) plots the largest earthquake magnitudes

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113098

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*



**FIGURE 3.16** Graph showing maximum induced seismic event magnitude versus volume of fluid injected into or extracted from single wells or fields that are documented to have had a seismic event directly attributed to or strongly suggested to be caused by one of the energy technologies. These are global data. Events and associated volumes are identified by technology: red triangles denote geothermal energy with most of the data points representing fields (note that the net fluid volume, injected and withdrawn, at The Geysers is actually close to or below zero; see also Figure 3.17); blue triangles denote injection for secondary recovery or waste injection (such as at the Rocky Mountain Arsenal), almost all of which represent single wells; yellow triangles denote fluid extraction (oil or gas withdrawal; note that no data were available on the amount of fluid that may also have been injected in these fields to facilitate withdrawal); and green triangles denote hydraulic fracturing for shale gas production, both of which represent single wells. Not plotted are data from some projects that do not represent maximum magnitude seismic events for that project. Geothermal, extraction, and injection data modified from Figure 3 of Nicol et al. (2011). Hydraulic fracture data have been added in this study.

strongly suggested to be associated with fluid injection or extraction versus the volume of fluid reported for the injection or extraction project. The reported data suggest a correlation between the induced earthquake magnitudes and volumes of fluid injected. McGarr et al. (2002) suggested a correlation between maximum induced magnitude and the scale of human activity by plotting the maximum induced magnitude versus the dimension of the human activity (e.g., the maximum dimension of the hydrocarbon activity). Several points are important regarding these apparent correlations between induced magnitude and fluid volume:

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113099

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

1.  Many factors are important in the relationship between human activity and induced seismicity: the depth, rate, and net volume of injected or extracted fluids, bottom-hole pressure, permeability of the relevant geologic layers, locations and properties of faults, and crustal stress conditions. These factors, some of which are interdependent, are also described in Chapter 2. For an induced seismic event to occur, at least two criteria have to be satisfied: (1) the pore pressure change in the reservoir has to exceed a certain critical threshold and (2) a certain net volume of fluid has to be injected (or extracted) to achieve a particular magnitude. The available data suggest, but do not prove, that the net volume of fluid may serve as a proxy for these factors, which indicates what set of conditions will generate small and large earthquakes. Particularly because the other data—bottom-hole pressure, permeability of the relevant geological layers, crustal stress factors, high-resolution well data (full waveform dipole and resistivity and waveform borehole imaging logs), seismic reflection images (two- and three-dimensional surface seismic techniques, 3D vertical seismic profiles or cross well seismic data) to reveal the subsurface structure such as the location, orientation, and properties of faults in the area—are not generally available, total volume can be a tool to draw inferences about various technologies. However, a pure causal relationship between the largest induced magnitudes and fluid volume should not be assumed. Important also, exceptions occur in those cases where fluids are injected into sites such as depleted oil, gas, or geothermal reservoirs, or at sites where the volume of extracted fluids essentially equals or exceeds the volume injected. In those cases pore pressures may not reach the original levels, or in some cases may not increase at all due to the relative volumes of injection and extraction. These data (specifically for oil and gas withdrawal and geothermal energy) are included in Figure 3.16, but it is noted that these specific data points do not necessarily represent the total (net) fluid (injected *and* withdrawn) that may be related to the maximum magnitude event.

2.  The volumes indicated in Figure 3.16 include both volumes for individual wells in single projects and volumes for fields. The data cannot be used to predict earthquake magnitudes for an entire region or industry, but rather only to infer what magnitudes might be possible for individual wells or fields.

3.  The data in Figure 3.16 are maximum magnitudes associated with fluid injection or extraction and support the requirement, outlined in Chapter 2 and elsewhere in this chapter, that a certain net volume of fluid has to be injected to cause a seismic event of a certain magnitude (or in a similar sense for net fluid withdrawal). The graph does not represent causality, but a condition for an induced seismic event of a certain magnitude to occur. Importantly, the correlation in the figure does not predict what earthquake magnitude will be induced by a specific project, but it reports instead the observed limits (to date) of what earthquake magnitudes have

*108*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

been observed and can be used to infer what might be the size of the largest induced seismic events, if the volume of injected or extracted fluid is known. However, the correlation cannot be used to directly infer hazard or risk associated with various energy technologies.

4. These data and the limitations described point toward the great value in collecting information about well projects and characteristics, including the size of earthquakes produced (if any). Data are critical to making progress in estimating hazard and risk (see Chapter 5).

Another important factor to consider in evaluating the potential for an energy project to induce felt seismic events is the variation in volume from technology to technology, and the variation in net volume over time (Figure 3.17). For example, although CCS does not have the highest daily injection volumes among the technologies investigated, it does have the highest annual injected volumes because the projects are designed to run continuously with relatively large injection volumes. Also, CCS, similar to waste and wastewater disposal, involves only net addition of fluid to a reservoir rather than both injection and extraction that occur with oil and gas production and geothermal energy development. This characteristic is represented in the bottom graph in Figure 3.17 by the high net volumes of fluid injected for both technologies. Comparatively, the two geothermal cases (The Geysers and the EGS project at Basel) and hydraulic fracturing for shale gas production have negative or low net injection volumes on an annual basis. In the case of The Geysers, the negative net fluid volume is due to the high volumes of fluid extracted; annually, the fluid volume in The Geysers reservoir has actually been declining yearly, despite the high injection volumes.

The tens of thousands of Class II water disposal wells located across the United States have proven to be mostly benign with respect to induced seismicity. However, there are clearly troublesome areas that have induced events as large as **M** 4.7 (Arkansas, 2011; see Horton, 2012) that warrant a closer examination. The dramatic increase in hydraulic fracturing over the past 5 years means an increased volume of wastewater from hydraulic fracturing requiring disposal. If the number of available Class II wastewater disposal wells remains the same, the volume of injected fluid in each well must increase to accommodate the increased wastewater. The long-term effect of this increased volume on the potential to induce felt seismic events is unknown but could be of concern.

The implication for subsurface storage demonstration sites, for instance for $CO_2$, is that pilot plants that inject small volumes of fluid cannot be expected to represent or bound the induced seismicity that might occur for production plants that will inject much larger volumes. Evaluation of production facilities for large-scale CCS thus requires a complete presentation of the risk of induced seismicity and a comprehensive monitoring plan including bottom-hole pressures and time response to different injection regimes.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113101

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES



**FIGURE 3.17**  A comparison showing estimated injected fluid volumes for (1) shale gas hydraulic fracturing, (2) CCS, (3) Class II waste and wastewater disposal wells, (4) The Geysers geothermal steam field for an average injection well, and (5) the Basel EGS project per day (upper graph). The lower graph shows the same information over a 1-year period for each project, with the exception of the Basel EGS project (which operated in total for just 6 days before termination). Data are presented in Appendix L. The committee could not find reliable data per well or per field for hydrocarbon extraction (withdrawal) or for secondary recovery (waterflooding). Hydraulic fracture volumes for shale gas assume a six-stage-per-day program, with a 4.64 million gallon average per well (the "average freshwater volume for fracturing" listed for five shale projects in King, 2012), estimating six hydraulic fracture treatments per day. For the hydraulic yearly volume calculation, an estimate of 15 wells drilled over a project area in the course of a year is made with a 20 percent recovery rate of injected fluid used. The CCS volume shown assumes 1 million tons (~0.9 million metric tonnes) of $CO_2$ injection per year, similar to the Sleipner field offshore Norway. Class II disposal well data assume 9,000 barrels per day of wastewater injected. The Basel injection volumes averaged 0.5 million gallons per day for 6 days.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113102

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

# REFERENCES

Adushki, V.V., V.N. Rodionov, S. Turuntnev, and A.E. Yodin. 2000. Seismicity in the oil field. *Oilfield Review* Summer:2-17.

Al-Mutairi, S.M., and S.L. Kokal. 2011. EOR Potential in the Middle East: Current and Future Trends. Society of Petroleum Engineers (SPE) conference paper presented at the SPE EUROPEC/EAGE Annual Conference and Exhibition, Vienna, Austria, May 23-26.

Arts, R., A. Chadwick, O. Eiken, S. Thibeau, and S. Nooner. 2008. Ten years' experience of monitoring $CO_2$ injection in the Utsira Sand at Sleipner, offshore Norway. *First Break* 26:65-72.

Bachmann, C., J. Wössner, and S. Wiemer. 2009. A new probability-based monitoring system for induced seismicity: Insights from the 2006–2007 Basel earthquake sequence. *Seismological Research Letters* 80(2):327.

Barker, B.J., M.S. Gulati, M.A. Bryan, and K.L. Riedel. 1992. Geysers reservoir performance. Pp. 167-177 in *Monograph on the Geothermal Field*, edited by C. Stone, Special Report No. 17, Geothermal Resources Council.

Beall, J.J., M.A. Stark, J.L. Bill Smith, and A. Kirkpatrick. 1999. Microearthquakes in the SE Geysers before and after SEGEP injection. *Geothermal Resources Council Transactions* 23:253-257.

Bhattacharyya, J., and J.M. Lees. 2002. Seismicity and seismic stress in the Coso Range, Coso geothermal field, and Indian Wells valley region, southeast-central California. *Geological Society of America Memoir* 195:243-257.

Blackwell, D.D., and M. Richards. 2004. *Geothermal Map of North America*. Tulsa, OK: American Association of Petroleum Geologists.

Block, L. 2011. Paradox Valley Deep Disposal Well and Induced Seismicity. Presentation to the National Research Council Committee on Induced Seismicity Potential in Energy Technologies, Dallas, TX, September 14.

Boden, T., and T.J. Blasing. 2011. Record high 2010 global carbon dioxide emissions from fossil-fuel combustion and cement manufacture posted on CDIAC site. Carbon Dioxide Information Analysis Center. Available at cdiac.ornl.gov/trends/emis/prelim_2009_2010_estimates.html (accessed April 2012).

Buruss, R.C., S.T. Brennan, P.A. Freeman, M.D. Merrill, L.F. Ruppert, M.F. Becker, W.N. Herkelrath, Y.K. Kharaka, C.E. Neuzil, S.M. Swanson, T.A. Cook, T.R. Klett, P.H. Nelson, and C.J. Schenk. 2009. Development of a probabilistic assessment methodology for evaluation of carbon dioxide storage. U.S. Geological Survey Open-File Report 2009-1035, 81 p. Available at http://pubs.usgs.gov/of/2009/1035/ (accessed May 2012).

CDOGGR (California Division of Oil, Gas and Geothermal Resources). 2011. Oil, Gas & Geothermal—Geothermal Resources. State of California Department of Conservation. Available at www.conservation.ca.gov/dog/geothermal (accessed February 2012).

CGS (Colorado Geological Survey). 2012. Earthquakes Triggered by Humans in Colorado—a background paper by the Colorado Geological Survey. http://geosurvey.state.co.us/hazards/Earthquakes/Documents/Earthquakes%20Triggered.pdf (accessed April 2012).

Cipolla, C.L., and C.A. Wright. 2002 (February). Diagnostic techniques to understand hydraulic fracturing: What? Why? and How? *SPE Production & Facilities* 17(1):23-35.

Clark, C.E., and J.A. Veil. 2009. Produced Water Volumes and Management Practices in the United States. ANL/EVS/R-09/1. Prepared by the Environmental Science Division, Argonne National Laboratory, for the U.S. Department of Energy, Office of Fossil Energy, National Energy Technology Laboratory, September.

Davis, S.D., and W.D. Pennington. 1989. Induced seismic deformation in the Cogdell oil field of West Texas. *Bulletin of the Seismological Society of America* 79(5):1477-1494.

De Pater, C.J., and S. Baisch. 2011. Geomechanical Study of Bowland Shale Seismicity—Synthesis Report. Prepared for Cuadrilla Resources. November 2. Available at http://www.cuadrillaresources.com/wp-content/uploads/2012/02/Geomechanical-Study-of-Bowland-Shale-Seismicity_02-11-11.pdf (accessed June 2012).

Deichmann, N., and D. Giardini. 2009. Earthquakes induced by the stimulation of an enhanced geothermal system below Basel (Switzerland). *Seismological Research Letters* 80(5):784-798.

DOE (U.S. Department of Energy). 2009. Modern Shale Gas Development in the United States: A Primer. Prepared by GWPC and ALL for the U.S. Department of Energy, National Energy Technology Laboratory, 116 pp. Available at http://www.netl.doe.gov/technologies/oil-gas/publications/epreports/shale_gas_primer_2009.pdf (accessed January 2012).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113103

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

DOE. 2011. Enhanced Oil Recovery/$CO_2$ Injection. DOE Fossil Energy Office. Available at fossil.energy.gov/programs/oilgas/eor/ (accessed March 2012).

Duncan, D.W., and E.A. Morrissey. 2011. The concept of geologic carbon sequestration. U.S. Geological Survey Fact Sheet 2010-3122. Available at http://pubs.usgs.gov/fs/2010/3122/ (accessed June 2012).

EIA (Energy Information Administration). 1993. Drilling Sideways—A Review of Horizontal Well Technology and Its Domestic Application. DOE/EIA-TR-0565. Available at ftp://tonto.eia.doe.gov/petroleum/tr0565.pdf (accessed January 2012).

EIA. 2011. Review of Emerging Resources: U.S. Shale Gas and Oil Shale Plays. Available at ftp://ftp.eia.doe.gov/natgas/usshaleplays.pdf (accessed November 2011).

EIA. 2012. AEO2012 Early Release Overview. Available at www.eia.gov/forecasts/aeo/er/early_carbonemiss.cfm (accessed February 2012).

Eiken, O., and P. Ringrose. 2011. Statoil experiences on storage and monitoring of $CO_2$. Presentation (via teleconference) to the National Research Council Committee on Induced Seismicity Potential in Energy Technologies, Irvine, CA, August 18.

Eiken, O., P. Ringrose, C. Hermanrud, B. Nazarian, T.A. Torp, and L. Høier. 2011. Lessons learned from 14 years of CCS operations: Sleipner, in Salah and Snøhvit. *Energy Procedia* 4:5541-5548.

Eisner, L. 2011. Seismicity of DFW, Texas, USA. Presentation to the National Research Council Committee on Induced Seismicity Potential in Energy Technologies, Dallas, TX, September 14.

Ellsworth, W.L., S.H. Hickman, A.L. Llenos, A. McGarr, A.J. Michael, and J.L. Rubinstein. 2012. Are seismicity rate changes in the midcontinent natural or manmade? 2012 Seismological Society of America Annual Meeting abstracts.

Engelder, T. 1993. *Stress Regimes in the Lithosphere*. Princeton, NJ: Princeton University Press, 451 pp.

EPA (Environmental Protection Agency). 2011. Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources. EPA/600/E-11/001/February 2011/www.epa.gov/research. Available at water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/upload/hf_study_plan_110211_final_508.pdf (accessed January 2012).

Espinoza, D.N., S.H. Kim, and J.C. Santamarina. 2011. $CO_2$ geological storage—geotechnical implications. *KSCE Journal of Civil Engineering* 15(4):707-719.

Feng, Q., and J.M. Lees. 1998. Microseismicity, stress, and fracture in the Coso geothermal field, California. *Tectonophysics* 289:221-238.

Fialko, Y., and M. Simons. 2000. Deformation and seismicity in the Coso geothermal area, Inyo County, California: Observations and modeling using satellite radar interferometry. *Journal of Geophysical Research* 105:21,781-21,794.

Fisher, K. 2010. Data Confirm Safety of Well Fracturing. *The American Oil and Gas Reporter*. July 10. Available at www.fidelityepco.com/Documents/OilGasRept_072010.pdf (accessed December 2011).

Fisher, K., and N. Warpinski. 2011. Hydraulic Fracture Height-Growth: Real Data. SPE 145949 presented to the Society of Petroleum Engineers (SPE) Annual Technical Conference and Exhibition, Denver, CO, October 30-November 2.

Friedlingstein, P., R.A. Houghton, G. Marland, J. Hacker, and T.A. Boden. 2010. Update on $CO_2$ emissions. *Nature Geoscience* 3:811-812.

Frohlich, C., E. Potter, C. Hayward, and B. Stump. 2010. Dallas-Fort Worth earthquakes coincident with activity associated with natural gas production. *The Leading Edge* 29(3):270-275.

Grasso, J.-R. 1992. Mechanics of seismic instabilities induced by the recovery of hydrocarbons. *Pure and Applied Geophysics* 139(3/4):506-534.

Hamilton, R.M., and L.J.P. Muffler. 1972. Microearthquakes at The Geysers geothermal area, California. *Journal of Geophysical Research* 77:2081-2086.

Häring, M.O., U. Schanz, F. Ladner, and B.C. Dyer. 2008. Characterization of the Basel 1 enhanced geothermal system. *Geothermics* 37:469-495.

Harper, T.R. 2011. Well Preese Hall-1: The Mechanism of Induced Seismicity. Report prepared by Geosphere Ltd. for Cuadrilla Resources Ltd. Lancashire, UK, October 10.

Helgesen, O.K. 2010. $CO_2$-problemer på Snøhvit. *TekniskUkeblad*. March 18. Available at www.tu.no/olje-gass/article240108.ece (accessed September 2011).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113104

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

Holland, A. 2011. Examination of Possibly Induced Seismicity from Hydraulic Fracturing in the Eola Field, Garvin County, Oklahoma. Oklahoma Geological Survey Open-File Report OF1-2011. Available at www.ogs.ou.edu/pubsscanned/openfile/OF1_2011.pdf (accessed February 2012).

Horton, S. 2012. Disposal of hydrofracking-waste fluid by injection into subsurface aquifers triggers earthquake swarm in central Arkansas with potential for damaging earthquake. *Seismological Research Letters* 83(2):250-260.

Kaldi, J.G., C.M. Gibson-Poole, and T.H.D. Payenberg. 2009. Geological input to selection and evaluation of $CO_2$ geosequestration sites. Pp. 5-16 in *The American Association of Petroleum Geologists Special Volumes*, 1st ed. Tulsa, OK: American Association of Petroleum Geologists.

Kaven, J.O., S.H. Hickman, and N.C. Davatzes. 2011. Micro-seismicity, fault structure and hydraulic compartmentalization within the Coso geothermal field, California. Proceedings of the Thirty-Sixth Workshop on Geothermal Reservoir Engineering, Stanford University, CA, January 31-February 2.

King, G.E. 2010. Thirty years of gas shale fracturing: What have we learned? Presented at the Society of Petroleum Engineers Annual Technical Conference and Exhibition, Florence, Italy, September 19-22.

King, G.E. 2012. Hydraulic fracturing 101: What every representative, environmentalist, regulator, reporter, investor, university researcher, neighbor, and engineer should know about estimating frac risk and improving frac performance in unconventional gas and oil wells. SPE 152596 presented to the Society of Petroleum Engineers (SPE) Hydraulic Fracturing Technology Conference, The Woodlands, TX, February 6-8.

Koenig, J.B. 1992. History of development at The Geysers geothermal field, California. Pp. 7-18 in *Monograph on The Geothermal Field*, Special Report No. 17, edited by C. Stone. Geothermal Resources Council.

Koottungal, L. 2010. Special report: 2010 worldwide EOR survey. *Oil and Gas Journal* 108(14):41-53.

Kraft, T., P.M. Mai, S. Wiemer, N. Deichmann, J. Ripperger, P. Kastli, C. Bachmann, D. Fah, J. Wossner, and D. Giardini. 2009. Enhanced geothermal systems: Mitigating risk in urban areas. *Eos* 90(32):273-280.

Kuuskraa, V.A. 2010. Challenges of implementing large-scale $CO_2$ enhanced oil recovery with $CO_2$ capture and storage. White paper prepared for the Symposium on the Role of Enhanced Oil Recovery in Accelerating the Deployment of Carbon Capture and Storage, Cambridge, MA, July 23. Available at web.mit.edu/mitei/docs/reports/eor-css/kuuskraa.pdf (accessed April 2012).

Luza, K.V., and J.E. Lawson, Jr. 1980. Seismicity and tectonic relationships of the Nernaha Uplift in Oklahoma. U.S. Nuclear Regulatory Commission NUREG/CR-1500, Part 3, 70 pp.

Majer, E.L., R. Baria, M. Stark, S. Oates, J. Bonner, B. Smith, and H. Asanuma 2007. Induced seismicity associated with enhanced geothermal systems. *Geothermics* 36:185-222.

McGarr, A., D. Simpson, and L. Seeber. 2002. Case histories of induced and triggered seismicity. Pp. 647-661 in *International Handbook of Earthquake and Engineering Seismology, Part A*, edited by W.H.K. Lee et al. New York: Academic Press.

Melzer, S. 2011. $CO_2$ Enhanced Oil Recovery. Presentation to the National Research Council Committee on Induced Seismicity Potential in Energy Technologies, Dallas, TX, September 14.

Metz, B., O. Davidson, H. de Coninck, M. Loos, and L. Meyer (eds). 2005. *Carbon Dioxide Capture and Storage*. Intergovernmental Panel on Climate Change (IPCC) Special Report. Cambridge, UK: Cambridge University Press. 431 pp.

Meyer, J.P. 2007. Summary of Carbon Dioxide Enhanced Oil Recovery ($CO_2$ EOR) Injection Well Technology. Prepared for the American Petroleum Institute. Plano, TX: Contek Solutions. Available at www.gwpc.org/e-library/documents/co2/APIpercent20CO2percent20Report.pdf (accessed February 2012).

MIT (Massachusetts Institute of Technology). 2006. *The Future of Geothermal Energy: Impact of Enhanced Geothermal Systems (EGS) on the United States in the 21st Century*. Boston: MIT Press.

Montgomery, C.T., and M.B. Smith. 2010. Hydraulic fracturing: History of an enduring technology. *Journal of Petroluem Technology* December:26-32. Available at http://www.spe.org/jpt/print/archives/2010/12/10Hydraulic.pdf (accessed January 2012).

NETL (National Energy Technology Laboratory). 2007. DOE's Unconventional Gas Research Programs 1976-1995. U.S. Department of Energy. Available at http://www.netl.doe.gov/kmd/cds/disk7/disk2/Final%20Report.pdf (accessed December 2011).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113105

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

NETL. 2009. Best Practices for: Public Outreach and Education for Carbon Storage Projects. DOE/NETL-2009/1391. U.S. Department of Energy. Available at www.netl.doe.gov/technologies/carbon_seq/refshelf/BPM_PublicOutreach.pdf (accessed December 2011).

NETL. 2010. Carbon Dioxide Enhanced Oil Recovery: Untapped Domestic Energy Supply and Long Term Carbon Storage Solution. U.S. Department of Energy. Available at www.netl.doe.gov/technologies/oil-gas/publications/EP/CO2_EOR_Primer.pdf (accessed January 2012).

NETL. 2012. Carbon Sequestration FAQ Information Portal: Permanence and Safety of CCS. Available at www.netl.doe.gov/technologies/carbon_seq/FAQs/permanence2.html (accessed February 2012).

NRC (National Research Council). 1996. *Rock Fractures and Fluid Flow: Contemporary Understanding and Applications.* Washington, DC: National Academy Press.

NRC. 2001. *Energy Research at DOE: Was It Worth It?* Washington, DC: National Academy Press.

NRC. 2010. *Management and Effects of Coalbed Methane Produced Water in the United States.* Washington, DC: The National Academies Press.

NRC. 2011. *America's Climate Choices.* Washington, DC: The National Academies Press.

NRC. 2012. *Water Reuse: Potential for Expanding the Nation's Water Supply through Reuse of Municipal Wastewater.* Washington, DC: The National Academies Press.

Nicholson, C., and R.L. Wesson. 1990. Earthquake hazard associated with deep well injection: A report to the U.S. Environmental Protection Agency. U.S. Geological Survey Bulletin 1951, 74 pp.

Nicol, A., R. Carne, M. Gerstenberger, and A. Christopher. 2011. Induced seismicity and its implications for $CO_2$ storage. *Energy Procedia* 4:3699-3706.

Nicot, P., and B.R. Scanlon. 2012. Water use for shale-gas production in Texas, U.S. *Environmental Science and Technology* 46:3580-3586.

NPD (Norwegian Petroleum Directorate). 2011. $CO_2$ Storage Atlas Norwegian North Sea. Available at http://www.npd.no/Global/Norsk/3-Publikasjoner/Rapporter/PDF/CO2-ATLAS-lav.pdf (accessed June 2012).

Preiss, J.S., S.R. Walter, and D.H. Oppenheimer. 1996. Seismicity maps of the Santa Rosa 1deg by 2deg Quadrangle, California for the period 1969-1995. U.S. Geological Survey Miscellaneous Investigations Series.

Price, J., and B. Smith. 2008. *Geologic Storage of Carbon Dioxide: Staying Safely Underground.* Booklet of the International Energy Agency (IEA) Working Party on Fossil Fuels. Available at www.co2crc.com.au/dls/external/geostoragesafe-IEA.pdf (accessed January 2012).

Ringrose, P. and O. Eiken. 2011. Microseismic monitoring for $CO_2$ storage. Presentation (via teleconference) to the National Research Council Committee on Induced Seismicity Potential in Energy Technologies, Irvine, CA, August 18.

Shepherd, M. 2009. Oil field production geology. AAPG Memoir 91. American Association of Petroleum Geologists, Tulsa, OK, 350 pp.

Simpson, D.W., and W. Leith. 1985. The 1976 and 1984 Gazli, USSR, earthquakes—Were they induced? *Bulletin of the Seismological Society of America* 75:1465-1468.

Sminchak, J., and N. Gupta. 2003. Aspects of induced seismic activity and deep-well sequestration of carbon dioxide. *Environmental Geosciences* 10(2):81-89.

Smith, J.L.B., J.J. Beall, and M.A. Stark. 2000. Induced seismicity in the SE Geysers Field, California, USA. Proceedings of the World Geothermal Congress, Kyushu-Tohoku, Japan, May 28-June 10.

Soeder, D.J., and W.M. Kappel. 2009. Water Resources and Natural Gas Production from the Marcellus Shale. U.S. Geological Survey Fact Sheet 2009-3032, 6 pp. Available at http://pubs.usgs.gov/fs/2009/3032/ (accessed January 2012).

Statoil. 2009. Carbon Dioxide Capture, Transport and Storage (CCS). Available at www04.abb.com/GLOBAL/SEITP/seitp202.nsf/c71c66c1f02e6575c125711f004660e6/9ebcbfaedaedfa36c12576f1004a49de/$FILE/StatoilHydro+CCS.pdf (accessed October 2011).

Szulczewski, M.L., C.W. MacMinn, H.J. Herzog, and R. Juanes. 2012. Lifetime of carbon capture and storage as a climate-change mitigation technology. *Proceedings of the National Academy of Sciences.* Available at www.pnas.org/content/early/2012/03/15/1115347109 (accessed April 2012).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113106

Induced Seismicity Potential in Energy Technologies

*Energy Technologies: How They Work and Their Induced Seismicity Potential*

Texas RRC (Railroad Commission). 2010. Saltwater Disposal Wells Frequently Asked Questions (FAQs). Updated February 1, 2010. Available at www.rrc.state.tx.us/about/faqs/saltwaterwells.php (accessed February 2012).

Williams, C.F., M.J. Reed, R.H. Mariner, J. DeAngelo, and S.P. Galanis, Jr. 2008. Assessment of Moderate- and High Temperature Geothermal Resources of the United States. USGS Fact Sheet 2008-3082.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113107

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113108

Induced Seismicity Potential in Energy Technologies

CHAPTER FOUR

# Governmental Roles and Responsibilities Related to Underground Injection and Induced Seismicity

Chapter 3 reviewed several instances of seismic activity that may have been induced by underground injection. Underground injection of fluids is a key component of enhanced oil recovery, development of some unconventional oil and gas resources such as shale gas, geothermal energy production, carbon capture and storage, and wastewater disposal, which is often a part of different kinds of energy technology development. Although seismic events induced by the underground injection of fluids have been recognized for many decades, few of these events have captured national attention. However, the recent debate concerning hydraulic fracturing has brought the issue of induced seismicity to a higher level of public attention. The Environmental Protection Agency (EPA) is studying this topic[1] concurrently with this National Research Council study and will publish its own report on this issue. It is important to note that, although this chapter deals mainly with induced seismicity caused by or likely related to the underground injection of fluid, induced seismicity can also be caused by the withdrawal of fluid from underground geologic formations.

Four federal agencies—the EPA, the Bureau of Land Management (BLM), the U.S. Forest Service (USFS), and the U.S. Geological Survey (USGS)—and different state agencies have regulatory oversight, research roles, and/or responsibilities related to different parts of the underground injection activities that are associated with energy technologies. Understanding these roles and responsibilities is important to the future development of energy technologies in ways that preserve public safety while allowing development of energy resources. This chapter provides a brief description of each agency's authority related to underground injection and induced seismicity. States' roles and responsibilities are also discussed; however, the committee did not perform a comprehensive review of all the states that are active in addressing the issue.

---

[1] EPA has been facilitating a National Technical Working Group on Injection Induced Seismicity since mid-2011 and anticipates releasing a report that will contain technical recommendations directed toward injection-induced seismicity specific to Underground Injection Control (UIC) and Class II wells. See http://www.gwpc.org/meetings/uic/2012/proceedings/09McKenzie_Susie.pdf; P. Dellinger, presentation to the committee, September 2011.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113109

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

## FEDERAL AUTHORITIES

*Environmental Protection Agency*

More than 700,000 different wells are currently used for the underground injection of fluids in the United States and its territories.[2] Underground fluid injection began in the 1930s in order to increase production from existing oil and gas fields and was used in later years to dispose of industrial waste, but it was unregulated until 1974 when Congress passed the Safe Drinking Water Act (SDWA). The SDWA ensures safe drinking water for the public and establishes regulatory authority over the underground injection of fluids. In accordance with the act, the EPA is required to set standards for drinking water quality and to oversee all states, localities, and water suppliers that implement these standards. The EPA also regulates the construction, operation, permitting, and final plugging and abandonment of injection wells that place fluids underground for storage or for disposal under its Underground Injection Control (UIC) program.[3] It is important to note that the SDWA gives authority to the EPA to protect underground sources of drinking water from contamination due to underground injection and does not explicitly address the issue of seismicity induced by underground injection. UIC regulations requiring information on locating and describing faults in the area of a proposed disposal well are concerned with containment of the injected fluid, not the possibility of induced seismicity.

Developers applying for a permit to inject fluids underground must demonstrate to the EPA that the operation will not endanger any underground sources of drinking water (USDWs). This regulatory scheme allows for six classes of injection wells, which are classified by the type of fluid injected and the specific injection depth (e.g., above or below sources of drinking water). Under this program, oil and gas industry injection wells are regulated as Class II injection wells, which also generally cover enhanced oil recovery projects or projects involving the disposal of exploration and production wastes (NRC, 2010). Table 4.1 provides an explanation of the distinction among classes of wells regulated under the SDWA.

Although the number and distribution of the different classes of injection wells vary by state, Class V wells are by far the most numerous, accounting for almost 79 percent of the total number of reported UIC wells. Because Class V wells normally inject fluid into formations above USDWs, these wells are usually too shallow to be considered a source of induced seismicity. This does not hold true in all cases, however, because wells used for fluid injection associated with the extraction of geothermal energy are included in this class of injection wells and are often the source of seismic events. The total number of geothermal wells in the United States was estimated to be approximately 239 wells, with 153 of these wells located in California and 53 located in Nevada (EPA, 1999). Although Class VI wells

---

[2] See water.epa.gov/type/groundwater/uic/basicinformation.cfm.
[3] Ibid.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113110

Induced Seismicity Potential in Energy Technologies

*Governmental Roles and Responsibilities Related to Underground Injection and Induced Seismicity*

**TABLE 4.1**  Classes of Wells in the EPA UIC Program

| Class | Use |
|-------|-----|
| I | Injection of hazardous wastes, industrial nonhazardous liquids, or municipal wastewater beneath the lowermost underground sources of drinking water (USDWs) (650 wells). |
| II | Injection of brines and other fluids associated with oil and gas production and hydrocarbons for storage. Injected beneath the lowermost USDW (151,000 wells).[a] |
| III | Injection of fluids associated with solution mining of minerals beneath the lowermost USDW (21,000 wells). |
| IV | Injection of hazardous or radioactive wastes into or above USDWs. Banned wells unless authorized by federal or state groundwater remediation project (24 sites). |
| V | All injection wells not included in Classes I-IV. Generally used to inject nonhazardous fluids into or above USDWs and typically shallow onsite disposal systems (estimated 400,000–650,000 wells).[b] |
| VI | Inject carbon dioxide ($CO_2$) for long-term storage, also known as geologic sequestration of $CO_2$ (estimated 6–10 wells by 2016). |

[a] The table provided by EPA describes Class II wells as "injected below the lowermost USDW." Although this is correct in most cases, injection below the lowermost USDW is not required for Class II wells, according to UIC regulations.

[b] Most Class V wells are unsophisticated shallow disposal systems that include storm water drainage wells, cesspools, and septic system leach fields.

SOURCES: water.epa.gov/type/groundwater/uic/wells.cfm and water.epa.gov/type/groundwater/uic/class5/classv_study.cfm.

also inject into formations below USDWs, no commercial carbon sequestration facilities are operating at this time.

Texas, California, and Kansas have the highest number of deep injection wells[4] (counting only Classes I through IV), and 15 states have no deep injection wells at all. Table 4.2 shows the number of UIC wells in each state, listed by well count.

As Table 4.2 shows, Class II injection wells represent 87 percent of the total number of Class I through Class IV wells. For this reason the oil-producing states of Texas, California, Kansas, Wyoming, and Oklahoma have higher numbers of deep injection wells than other states.

States, territories, and tribes can submit an application to the EPA to obtain primary enforcement responsibility, or "primacy," to implement the UIC program within their borders.[5] Agencies that have been granted this authority oversee the injection activities

---

[4] A deep injection well is a well that injects fluid below all underground sources of drinking water.

[5] See water.epa.gov/type/groundwater/uic/Primacy.cfm.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113111

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**TABLE 4.2** 2010 UIC Well Inventory Sorted by the Total Number of Deep Underground Injection Wells

| State | Class 1 Wells | Class II Wells | Class III Wells | Class IV Sites | Total UIC Wells Class I through Class IV |
|---|---|---|---|---|---|
| TX | 108 | 52016 | 6075 | 4 | 58203 |
| CA | 45 | 29505 | 212 | 0 | 29762 |
| KS | 53 | 16658 | 145 | 0 | 16856 |
| WY | 41 | 4978 | 10552 | 0 | 15571 |
| OK | 6 | 10629 | 2 | 2 | 10639 |
| IL | 5 | 7843 | 0 | 0 | 7848 |
| NM | 5 | 4585 | 10 | 0 | 4600 |
| NE | 3 | 661 | 3913 | 0 | 4577 |
| LA | 37 | 3731 | 89 | 0 | 3857 |
| KY | 2 | 3403 | 0 | 0 | 3405 |
| OH | 10 | 2455 | 54 | 0 | 2519 |
| IN | 28 | 2091 | 0 | 0 | 2119 |
| PA | 0 | 1861 | 0 | 0 | 1861 |
| MI | 30 | 1460 | 46 | 0 | 1536 |
| AK | 29 | 1347 | 0 | 0 | 1376 |
| MS | 5 | 1110 | 0 | 0 | 1115 |
| AR | 13 | 1093 | 0 | 0 | 1106 |
| MT | 0 | 1062 | 0 | 0 | 1062 |
| ND | 4 | 1023 | 1 | 0 | 1028 |
| CO | 13 | 874 | 34 | 0 | 921 |
| WV | 0 | 779 | 21 | 0 | 800 |
| NY | 1 | 532 | 174 | 0 | 707 |
| UT | 0 | 428 | 16 | 8 | 452 |
| MO | 0 | 282 | 0 | 0 | 282 |
| FL | 212 | 58 | 0 | 0 | 270 |
| AL | 0 | 240 | 3 | 0 | 243 |
| SD | 0 | 87 | 0 | 0 | 87 |
| VA | 0 | 11 | 6 | 0 | 17 |
| TN | 0 | 18 | 0 | 0 | 18 |
| NV | 0 | 18 | 0 | 0 | 18 |
| OR | 0 | 9 | 0 | 7 | 16 |
| AZ | 0 | 0 | 15 | 0 | 15 |
| NC | 0 | 0 | 0 | 3 | 3 |
| IA | 0 | 3 | 0 | 0 | 3 |
| WA | 0 | 1 | 0 | 0 | 1 |

NOTE: Because fluid in Class I through Class IV wells are normally injected into formations below USDWs, these wells can be a cause of induced seismicity. Class V wells normally inject fluid above USDWs and are normally too shallow to create induced seismicity and are therefore excluded from this table. The 15 states not listed here have no deep injection wells. No Class VI wells are currently in operation; however, 6-10 are estimated by 2016.
SOURCE: EPA (2010).

*120*

Copyright © National Academy of Sciences. All rights reserved.

*Governmental Roles and Responsibilities Related to Underground Injection and Induced Seismicity*

**TABLE 4.3** Status of EPA Regulatory Authority Across the United States

| | |
|---|---|
| State Program | Alabama, Arkansas, Connecticut, Delaware, District of Columbia, Georgia, Guam, Idaho, Illinois, Kansas, Louisiana, Maine, Maryland, Massachusetts, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Puerto Rico, Rhode Island, South Carolina, Texas, Utah, Vermont, Washington, West Virginia, Wisconsin, Wyoming |
| EPA Program | American Samoa, Arizona, Hawaii, Iowa, Kentucky, Michigan, Minnesota, New York, Pennsylvania, Tennessee, Virgin Islands, Virginia |
| State/EPA Program | Alaska, California, Colorado, Florida, Indiana, Montana, South Dakota |
| Tribal/EPA Program | Fort Peck Tribe, Navajo Nation |

SOURCE: EPA; available at water.epa.gov/type/groundwater/uic/Primacy.cfm.

within their state. The EPA remains responsible for issuing permits in states that have not been delegated primacy and for the UIC programs on most tribal lands. Primacy for all classes of injection wells does not need to be granted to a state in order for a state to exercise regulatory authority over a single class of wells. For example, a state may exercise primacy over only Class II wells and no other class of injection wells. In this case the EPA would retain jurisdiction over all other well classes within the UIC program except Class II wells where primacy was delegated to the state. Currently, the EPA has granted primacy over all classes of injection wells in 33 states and 2 territories. The EPA shares jurisdiction for injection regulation in 7 states and has complete regulatory authority over underground injection in 10 states and 2 territories (see Table 4.3).

Primacy allows states to permit facilities, inspect wells, enforce against violations, and otherwise regulate underground injection activity within the state. States with primacy can disperse this authority through different state agencies. Some states regulate all classes of injection wells through one state agency (e.g., the Department of Health and Environment), and others divide the regulatory authority between several state agencies such as oil and gas commissions, health departments, and the local divisions of mining. However, regardless of how jurisdiction is divided, all state regulatory agencies are required to establish regulations that, at a minimum, conform to the EPA's UIC guidelines, which are outlined in Title 40 of the *Code of Federal Regulations* (CFR), Part 145.[6]

The authority delegated to the EPA by the SDWA is limited to technical issues involving well bore construction, allowable sources of injected fluid, and operational requirements such as maximum pressures and periodic testing that protect underground sources of drink-

_____

[6] Available at www.access.gpo.gov/nara/cfr/waisidx_02/40cfr145_02.html.

*121*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113113

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

ing water and the surface environment. The EPA, however, does not grant a contractual right to inject fluids or $CO_2$ underground by their permitting process. In the case of fluid disposal or $CO_2$ sequestration, this right is granted by the property owner via a "surface use agreement" with the injection well operator. These agreements may include fees paid to the property owner based on a monetary charge per barrel of fluid or ton of $CO_2$ or a charge for land rental per month. These agreements can also include requirements on how fluid is delivered (by truck or by pipeline), how site security is handled, and what type of facilities will be used on the well site (tank, pits, and offloading facilities). Property owners can be private parties and/or governmental agencies such as the BLM, the USFS, or state land management organizations. Underground injection for the purpose of secondary or tertiary recovery operations in an existing oil or gas field or injection to develop geothermal resources are usually allowed via an oil and gas or geothermal mineral lease.

Specific regulations governing the requirements of the UIC program are documented in 40 CFR, Parts 144 through 149. These regulations outline the general requirements of the UIC program, the requirements for state programs, and specific standards for well construction and testing. A comparison of these regulations is summarized in Table 4.4. This table includes only those classes of injection wells that are connected with energy technologies. These classes are Class II wells (associated with oil and gas production), Class V wells (associated with geothermal energy), and Class VI wells (associated with carbon sequestration). Although Class I wells have also been proven to induce seismic events, they are excluded from this study because they have no association with energy extraction.

In practice, the well construction requirements shown above are almost always met by using standard oil and gas well construction techniques, such as setting surface casing below all underground sources of drinking water and cementing casing high above all injection horizons. This method of setting and cementing casing strings at strategic depths ensures underground sources of drinking water are protected by at least two strings of steel casing (sometimes more) and at least two barriers of cement (Figure 4.1). The ability of the tubing or casing to contain pressure is required to be continuously recorded in a Class VI well and is tested every 5 years for Class II wells.

Other governmental agencies, in addition to the EPA or a state agency, may have jurisdiction over the injection permitting process. These additional agencies include the BLM, USFS, and USGS.

*122*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113114

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 4.4** Comparison of Regulations for Wells in the EPA UIC Program

| Class | II | V | VI |
|---|---|---|---|
| Use | Injection of brines and other fluids associated with oil and gas production and hydrocarbons for storage. Injected beneath the lowermost USDWs (150,851 wells).[a] | All injection wells not included in Classes I–IV. Generally used to inject nonhazardous fluids into or above USDWs and typically shallow onsite disposal systems (estimated 640,000 wells).[b] Of this number, approximately 234 wells are used for the injection of fluids in association with the recovery of geothermal energy for heating, aquaculture, and production of electric power (EPA, 1999). Permits for geothermal injection wells can be issued by the BLM in addition to state agencies or the EPA.[c] | Inject carbon dioxide ($CO_2$) for long-term storage, also known as geologic sequestration of $CO_2$ (estimated 6–10 wells by 2016). |
| Siting | All new Class II wells shall be sited in such a fashion that they inject into a formation which is separated from any USDW by a confining zone that is free of known open faults or fractures within the area of review (a confining zone is a formation that is capable of limiting fluid movement above an injection zone) (see 40 CFR 146.22(a)). | Class V wells have no specific siting requirements. | Owners or operators of Class VI wells must demonstrate to the satisfaction of the Director that the wells will be sited in areas with a suitable geologic system (see 40 CFR 146.83(a)). Confining zones free of transmissive faults or fracture and of sufficient areal extent and integrity to contain the injected carbon dioxide stream and displaced formation fluids and allow injection at proposed maximum pressures and volumes without initiating or propagating fractures in the confining zone(s) (see 40 CFR 146.83(a)(2)). |

continued

123

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 4.4** Continued

| Class | II | V | VI |
|---|---|---|---|
| Construction | All Class II wells shall be cased and cemented to prevent movement of fluids into or between underground sources of drinking water (see 40 CFR 146.22(b)). | No specific regulations regarding well bore construction. | Surface casing must extend through the base of the lowermost USDW and be cemented to the surface through the use of a single or multiple strings of casing and cement (see 40 CFR 146.86(b)(2)). At least one long string casing … must extend to the injection zone and must be cemented by circulating cement to the surface in one or more stages (see 40 CFR 146.86(b)(3)). All owners or operators of Class VI wells must inject fluids through tubing with a packer set a depth opposite a cemented interval at a location approved by the Director (see 40 CFR 146.86(c)(2)). |
| Required information | At a minimum, the following information concerning the injection formation shall be determined or calculated for new Class II wells or projects: (1) fluid pressure, (2) estimated fracture pressure, and (3) physical and chemical characteristics of the injection zone (see 40 CFR 146.22(g)). Additional information that must be considered by the Director in authorizing Class II wells includes a map showing the injection well or project area for which a permit is sought and the applicable area of review. The map may show faults if known or suspected (see 40 CFR 146.24(a)(2)). | Minimum federal UIC requirements are defined in 40 CFR 144–147. EPA Regional Offices administering the UIC program have the flexibility to establish additional or more stringent requirements based on the authorities in parts 144 through 147 (see 40 CFR 144.82(d)). | A map showing the injection well for which a permit is sought and the applicable area of review; the map should also show faults, if known or suspected; only information of public record is required to be included on this map (see 40 CFR 146.82(a)(2)). The location, orientation, and properties of known or suspected faults and fractures that may transect the confining zone(s) in the area of review and a determination that they would not interfere with containment (see 40 CFR 146.82(a)(3)(ii)). Information on the seismic history including the presence and depth of seismic sources and a determination that the seismicity would not interfere with containment (see 40 CFR 146.82(a)(3)(v)). |

Copyright © National Academy of Sciences. All rights reserved.

| | | | |
|---|---|---|---|
| Operational requirements | Injection pressure at the wellhead shall not exceed a maximum which shall be calculated so as to ensure that the pressure during injection does not initiate new fractures or propagate existing fractures in the confining zone adjacent to the USDWs (see 40 CFR 146.23(a)(1)). Injection between the outermost casing protecting underground sources of drinking water and the well bore shall be prohibited. | No specific injection requirements are outlined for Class V wells except that "injection activity cannot allow the movement of fluid containing any contaminant into USDWs, if the presence of that contaminant may cause a violation of the primary drinking water standards … or may otherwise adversely affect the health of persons" (see 40 CFR 144.82(a)). | Except during stimulation, the owner or operator must ensure that injection pressure does not exceed 90 percent of the fracture pressure of the injection zone(s) so as to ensure that the injection does not initiate new fractures or propagate existing fractures in the injection zone(s) (see 40 CFR 146.88(a)). |
| Termination of permits | The Director may terminate a permit during its term, or deny a permit renewal application for the following cause: a determination that the permitted activity endangers human health or the environment and can only be regulated to acceptable levels by permit modification or termination (see 40 CFR 144.40(a)(3)). | The Director may terminate a permit during its term, or deny a permit renewal application for the following cause: a determination that the permitted activity endangers human health or the environment and can only be regulated to acceptable levels by permit modification or termination (see 40 CFR 144.40(a)(3)). | The Director may terminate a permit during its term, or deny a permit renewal application for the following cause: a determination that the permitted activity endangers human health or the environment and can only be regulated to acceptable levels by permit modification or termination (see 40 CFR 144.40(a)(3)). |

[a] The table provided by EPA describes Class II wells as "injected below the lowermost USDW." Although this is correct in most cases, injection below the lowermost USDW is not required for Class II wells, according to UIC regulations.

[b] Most Class V wells are unsophisticated shallow disposal systems that include storm water drainage wells, cesspools, and septic system leach fields. Wells used for fluid injection in association with the recovery of geothermal resources are included in this class because they are an injection well "not included in Classes I–IV."

[c] A review of geothermal injection wells performed by the EPA in 1999 notes, "The permits [for Class V wells] are issued by state agencies, US Bureau of Land Management (BLM), and/or the USEPA Regional Office, depending on the state and whether the well is located on state, federal, or private land. In general, the permits are similar to those issued for Class II injection wells" (EPA, 1999).

BLM_013117

Induced Seismicity Potential in Energy Technologies

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES



**FIGURE 4.1** Typical construction of a Class II underground injection well. SOURCE: D. Dillon, used with permission.

*126*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113118

Induced Seismicity Potential in Energy Technologies

*Governmental Roles and Responsibilities Related to Underground Injection and Induced Seismicity*

### Bureau of Land Management

The BLM has jurisdiction over onshore leasing, exploration, development, and production of oil and gas on federal lands in the United States.[7] Certain contractual property rights and responsibilities governing resource development are created when BLM issues a lease to extract oil and gas resources or geothermal energy from federal lands (NRC, 2010). The BLM regulatory framework governing oil and gas extraction operations for federal and tribal lands is contained in 43 CFR Part 3160 (Onshore Oil and Gas Operations).[8] In the process of underground injection, the BLM normally has the role of a surface owner with jurisdiction over surface facilities and surface impacts. (For example, the BLM is required to take National Environmental Policy Act [NEPA] provisions in its management of surface resources.) Permitting and construction considerations for these wells are reviewed and approved by the EPA or the appropriate state regulatory agency. The permitting and oversight of geothermal wells, however, can be an exception. The "Geothermal Steam Act" (43 CFR Parts 3200, 3210, 3220, 3240, 3250, and 3260) gives the BLM authority to regulate geothermal resources on federal lands administered by the Department of the Interior and the Department of Agriculture, where geothermal resources were reserved to the United States. In these cases the BLM permits, approves, and regulates the development of geothermal resources (Box 4.1).

### U.S. Forest Service

The USFS is primarily responsible for managing surface resources on national forest lands. The USFS cooperates with the Department of the Interior in administering exploration and development of leasable minerals, including the review of permit and lease applications and making recommendations to protect surface resources (USFS, 1994). As is the case with BLM, the USFS takes the role of surface owner in injection activities and exercises jurisdiction over surface facilities and surface impacts that are associated with injection operations. The USFS is also required to take into account NEPA provisions in its management of surface resources. The actual permitting and oversight of injection activities is exercised by the EPA, local state agencies, or the BLM.

---

[7] BLM is primarily responsible for the regulation and development of federal oil and gas mineral resources under the following acts: the Mining Leasing Act of 1920 (41 Stat. 437; see BLM, 2007); the Federal Land Policy and Management Act of 1976 (43 USC 1701-1782; see BLM, 2001); the Federal Onshore Oil and Gas Leasing Reform Act of 1987 (101 Stat. 1330-256, an amendment to the Mineral Leasing Act of 1920); the National Forest Management Act (16 USC 1600-1604); and the National Materials and Minerals Policy, Research, and Development Act of 1980 (P.L. 96-479; 30 USC 1601-1605). Many of these acts are summarized in NRC (1989).

[8] The BLM and USFS jointly prepared a manual, *The Gold Book*, which summarized surface operating standards and guidelines for oil and gas exploration and development (BLM and USFS, 2007).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113119

Induced Seismicity Potential in Energy Technologies

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

---

**BOX 4.1**
**BLM Regulation of Class V Geothermal Injection Wells: Seismicity Concerns**

The BLM, through an informal agreement with the EPA, regulates the Class V geothermal injection wells in California. Under this arrangement the BLM has recently issued its "Conditions of Approval" for a proposed enhanced geothermal systems project that stipulated the specific procedures to be followed in the event that induced seismicity is observed to be caused by the proposed stimulation (hydraulic fracturing) operation.[a] As issued by the BLM, the specific procedures include the use of a "traffic light" system that allows hydraulic fracturing to proceed as planned (green light) if it does not result in an intensity of ground motion in excess of Mercalli IV "light" shaking (an acceleration of less than 3.9%g), as recorded by an instrument located at the site of public concern. However, if ground motion accelerations in the range of 3.9%g to 9.2%g are repeatedly recorded, equivalent to Mercalli V "moderate" shaking, then the hydraulic fracturing operation is required to be scaled back (yellow light) to reduce the potential for a further occurrence of such events. Finally, if the operation results in producing a recorded acceleration of greater than 9.2%g, resulting in "strong" Mercalli VI or greater shaking, then the active hydraulic fracturing operation is to immediately cease (red light).

_____

[a] R.M. Estabrook, BLM, Conditions of Approval for GSN-340-09-06, Work Authorized: Hydroshear, The Geysers, January 31, 2012.

---

*U.S. Geological Survey*

The USGS provides scientific information to describe and understand the Earth; minimize loss of life and property from natural disasters; manage water, biological, energy, and mineral resources; and enhance and protect quality of life in the United States.[9] It is the only federal agency with responsibility for recording and reporting earthquake activity worldwide, and it is often asked to aid state agencies in the investigation of possible induced seismicity. Its Earthquake Hazards Program serves as the USGS component of the multiagency National Earthquake Hazards Reduction Program, which develops, disseminates, and promotes knowledge, tools, and practices for earthquake risk reduction that improve national earthquake resilience. The Earthquake Hazards Program also houses the National Earthquake Information Center (NEIC), which aims to determine the location and size of all destructive earthquakes worldwide and to disseminate this information to concerned agencies, scientists, and the general public.

The USGS is continuing to enhance its earthquake monitoring and reporting capabilities through the Advanced National Seismic System (ANSS). Since 2008 the USGS has

[9] See www.usgs.gov/aboutusgs/.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113120

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 4.2**
**Temporary Seismic Array Acquisition and Processing Cost Estimates**

In the event of a felt induced seismic event, a temporary seismic network may be installed to augment the regional network or to record the events within the temporary network. This involves installing sensitive seismic instruments around the area of interest to record small earthquakes that are typically difficult to detect on more than a few instruments within a standard regional array. By augmenting the regional seismic stations with a dense temporary seismic network, seismologists can carry out detailed analyses on the earthquake waveforms and improve the earthquake location accuracy in the subsurface. Additionally, if the data and station coverage around an induced seismic event is appropriate, a better understanding of the earthquake's size and failure mechanism can be determined. The cost of a temporary seismic array including the array deployment, operation, and data analyses will depend on the number of stations, the location of the study area, the length of the study period, and the overall goals of the seismic monitoring project.

A variety of instruments is commercially available for recording small earthquakes. Broadband instruments specialize in recording a broad spectrum of waveforms from 120 to 175 Hz. Short-period instruments are equipped to record only high frequencies, in general > 1 Hz. A complete broadband station with recorder, geophone, and assorted auxiliary equipment costs around $25,000, and a short-period recorder is slightly less at approximately $20,000 (2011 cost estimates). Eight to 10 instruments are typically deployed for a small temporary seismic array, but as many as 20 instruments are deployed for more detailed earthquake surveys. The network sensitivity is often measured by how small an event can be recorded and located, and the array design will depend on sensitivity required for the study (for example, to record and locate an event down to **M** 0). Hence, for a temporary seismic array, instrumentation costs alone run from $120,000 to $370,000. The seismic instruments can be reused after the study is completed; some minor costs are associated with instrument maintenance and storage.

The expenditure associated with installing and running the temporary seismic array will depend on the location of the array and the length of the deployment. Estimated costs for a 150-day deployment are approximately $100,000, which includes the mobilization, demobilization, equipment setup, tie in with existing seismic network, and charges for data telemetry. The seismic instrumentation is very sensitive to ground motion, and geophones cannot be installed in areas with high background noise, such as freeways, busy urban areas, factories, etc., as they will be saturated with noise and unable to record seismic signal from small earthquakes. In noisy areas the seismic instruments may have to be placed in shallow boreholes (typically 200 to 400 feet deep), which will add additional cost to the array installation, which is not included in the price listed above.

Detailed analysis of the seismic data by qualified seismologists is required to determine earthquake hypocenters and magnitudes, estimate location errors, and determine the type of failure (focal mechanism or moment tensor inversion). The cost for the work will depend on the detail required; cost estimates for professional analysis for a 6-month seismic deployment is in the $200,000 to $300,000 range for a university-based project. Commercial companies—national laboratories, for example—are available to provide these types of services and prices will vary depending on the project scope. Thus the total cost, including purchasing seismic instruments and installing and operating the array for a 150-day deployment with 8 to 12 instruments is estimated at $400,000 to $800,000.

Less costly recording instruments are being developed that could significantly drive down the cost of an instrument to less than $1,000 to $3,000 per site (Hutchings et al., 2011); however, the type of instrumentation used will depend on the goal of the study. Overall instrumentation is a minor cost compared to the overall deployment and interpretation of the seismic data.

*130*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113122

Induced Seismicity Potential in Energy Technologies

*Governmental Roles and Responsibilities Related to Underground Injection and Induced Seismicity*

**BOX 4.3**
**The National Earthquake Information Center**

The NEIC,[a] headquartered in Golden, Colorado, is responsible for quickly determining the location and size of destructive earthquakes worldwide and disseminating in near real time the information to concerned national and international agencies, scientists, and the general public. NEIC produces a comprehensive catalog of earthquake source parameters and macroseismic effects for all **M** 4.5+ earthquakes worldwide and **M** 2.5+ earthquakes in the United States in coordination with USGS-supported regional seismic networks (see Figure for a map of magnitude sensitivity of the seismic network within the United States). The NEIC acquisition and processing system is designed for recording and analyzing seismic earthquakes on all scale lengths from near-real-time monitoring of aftershock sequences using dense local arrays to modeling of all damaging earthquakes worldwide.

For example, NEIC in 2011 simultaneously and seamlessly reported on the 2011 **M** 9.0 Japanese earthquake and its aftershocks and multiple earthquake sequences in the United States that included Guy, Arkansas; Mineral, Virginia; Prague, Oklahoma; and Trinidad, Colorado. In later cases, the existing seismic monitoring system was augmented by dense local seismic stations that enabled automatic detection and locations to magnitudes less than about 1.5.

In addition, NEIC and the Earthquake Hazards Program maintains a group of 32 portable seismic recording systems, designed for both strong (large earthquakes) and weak motion (events less than **M** 3), in order to respond to notable seismic sequences throughout the United States. This equipment is often loaned to

*Box continues*



**Figure** Map of the minimum detectable earthquake magnitude within the lower 48 states using the ANSS array operated by the USGS/NEIC. Shading indicates the minimum-sized earthquake that can be detected and located by the NEIC, as indicated by the color bar on the right. Triangles mark seismic station locations. SOURCE: USGS/NEIC.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113123

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 4.3 Continued**

cooperating state geological surveys and regional seismic networks to address specific local seismic monitoring issues. NEIC's acquisition and processing system allows them to automatically integrate near-real-time and non-real-time waveform and source parameter data from regional seismic networks and portable seismic stations to develop complete seismic catalogs of earthquake sequences. As an example, NEIC is presently integrating its existing seismic bulletin for the 2011 **M** 5.8 Virginia earthquake with other non-real-time data from more than 40 stations deployed by multiple universities and/or state and federal agencies.

_____

ᵃ See earthquake.usgs.gov/regional/neic/.

---

**BOX 4.4**
**The 2010-2011 Guy Greenbrier, Arkansas, Earthquake Swarm**
**and Arkansas Class II Injection Well Moratorium Area**

A group of Class II wastewater disposal wells started operation April 2009 in central Arkansas, near the towns of Guy and Greenbrier, Arkansas. The wells were used to dispose of wastewater associated with gas development from the Fayetteville shale. A swarm of earthquakes (**M** ≤ 4.7) started in September 2010 between the towns of Guy and Greenbrier (Figure 1). The close spatial and temporal correlation between the seismicity and the wastewater injection wells suggests a link between injection and seismicity. All but 2 percent of the earthquake activity occurred in the vicinity of about a 6-km (3.7-mile) radius of three specific injection wells (labeled wells 1, 2, and 5 in Figure 1) (Horton, 2012). One injection well, number 5, appears to intersect a known fault, the Enders, which may allow fluid to travel down into deeper crustal structures (Horton, 2012).

Central Arkansas commonly experiences diffuse swarm seismicity, which is thought to be associated with the New Madrid Seismic Zone (NMSZ), the largest seismic zone east of the Rocky Mountains. The NMSZ is located on the northeastern part of Arkansas, southeast Missouri, and northwest Tennessee (Figure 1). The Guy-Greenbrier area has a history of seismic activity, a series of earthquakes referred to as the Enola swarms, which occurred in the 1980s and in 2001, east-southeast of Greenbrier (Figure 2). The Enola swarms were not well located due to poor instrumentation; however, the activity tended to form elongated east-west trends from 3 to 7 km (9850–23,000 feet) in depth (Chui et al., 1984; Rabak et al., 2010).

The AOGC approved a moratorium for any new or additional Class II disposal on January 26, 2011. The injection moratorium area is approximately 5 miles surrounding the Guy-Greenbrier and Enola seismically active area and covers an area of over 1,150 square miles (AOGC, 2011).ᵃ Operators with existing Class II wells are required to report daily injection pressures and volumes to the AOGC director. The moratorium

*Box continues*

---

132

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113124

Induced Seismicity Potential in Energy Technologies

*Governmental Roles and Responsibilities Related to Underground Injection and Induced Seismicity*



**BOX 4.4 Continued**

**Figure 1** Study area in Arkansas with Guy-Greenbrier seismic activity. Seismic stations installed by the Arkansas Geological Survey and the Center for Earthquake Research at the University of Memphis are marked by black squares; injection wells are marked by red dots; seismic events between October 1, 2010, and February 15, 2011, are marked by dark gray dots; and seismic events between February 16, 2011, and March 8, 2011, are marked by white dots. Named faults penetrate to the Precambrian basement (faults from AGS and AOGC). Right inset: First-motion focal mechanism for M 4.0 event on October 11, 2010, is consistent with right-lateral strike slip on a northeast-oriented fault. Left inset shows the location of the New Madrid Fault zone in northeastern Arkansas with historical earthquakes. SOURCE: Modified from Horton (2012); see also earthquake.usgs.gov/earthquakes/eqarchives/poster/2011/20110228.php.

*Box continues*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113125

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 4.4 Continued**



**Figure 2**  Map of the historical seismicity in the Guy-Greenbrier area 1976 to 2009, including the Enola swarm. SOURCE: Horton (2012).

was placed to allow time to investigate "a potential correlation between the seismic activity and disposal well operations in the Guy-Greenbrier, Arkansas area" (AOGC, 2011). In the surrounding Fayetteville shale development area outside the Permanent Moratorium Area, the AOGC director may propose additional requirements for any new disposal wells (AOGC, 2011).

<sup>a</sup> See AOGC (2011) for a detailed map of the AOGC's proposed Permanent Moratorium Area for disposal wells.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113126

Induced Seismicity Potential in Energy Technologies

*Governmental Roles and Responsibilities Related to Underground Injection and Induced Seismicity*

## EXISTING REGULATORY FRAMEWORK FOR FLUID WITHDRAWAL

While the injection of fluid underground is regulated by the EPA, the BLM, and state agencies, the extraction of fluids is normally not regulated or is minimally regulated. The number of events of induced seismicity caused by the withdrawal of fluid is approximately equal to the number of events caused by the underground injection of fluids for both disposal and secondary recovery (see Box 1.1 in Chapter 1), but fluid withdrawal is usually not curtailed due to induced seismicity. This is because the pumping of fluids from underground reservoirs can be divided among many different oil companies, and states only require permits to drill oil and gas wells, not to produce fluid from them. One method of controlling the withdrawal of fluids from an underground reservoir is through "unitization." Unitization is an order granted by the state oil and gas regulators that designates one oil and gas company to be the "unit operator" of the unitized oil and gas field, and profits and expenses from oil and gas operations are divided among operators as dictated by the unitization agreement (Box 4.5). This

---

**BOX 4.5**
**Unitization**

In 1892 Edward Doheny and Charlie Canfield discovered the Los Angeles City oil field. By 1895 the field had produced 729,000 barrels of oil, nearly 60 percent of California's production. The discovery was in a townlot area composed of small residential lots. Each townlot lot owner had both surface and mineral rights. California has the "Law of Capture," which means that a "liquid mineral" can move from one property to another. Because of this each owner had to drill a well or have their oil taken by their neighbor. This resulted in runaway drilling and very inefficient and expensive oil operations. Some producers would overproduce their wells and harm the productivity of their neighbors, resulting in inefficient and expensive development.

Early in the 1900s the State of California formed the Division of Oil and Gas (now called DOGGR). In the period from 1923 to 1926, Union, Shell and Associated Oil Company under a cooperative agreement developed the Dominguez oil field. This unit proved to be an efficient way to manage the field with almost no wastage. The Subsidence Control Act of 1958 encouraged voluntary pooling and unitization and provided for compulsory unitization if needed. The individual operators of an oil field would be combined into a Unit and the oil field would be operated by one party called the Unit Operator. The other participants are called Working Interest Owners. Unit documents would define the unit and the participant's share of the total, called the Equity Determination.

Unitization has proven to be an effective way to share the wealth and operations of oil fields fairly while protecting the environment and guaranteeing energy conservation. It is also easier to regulate because all parties share the profits and losses but one party, the Unit Operator, is in charge. DOGGR has used unitization to force efficient waterfloods and prevent environmental problems.

SOURCE: Rintoul (1990).

---

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113127

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

order is normally requested prior to initiating secondary recovery operations and is granted with the consent of the majority of the affected oil and gas operators. Because a unitization order is granted by a state's oil and gas governing body, it can also include requirements to limit fluid withdrawal for a variety of reasons. These might include conservation of the oil and gas resource, limited injection of fluid, or induced seismic events. Although many oil and gas fields have been unitized in the United States, we know of no instance where produced fluid volumes have been curtailed to limit induced seismicity.

## CONCLUDING REMARKS

Although the SDWA provides a regulatory framework for the underground injection of fluids, the act does not explicitly address the issue of induced seismicity or how induced seismic events should be investigated and regulated. Currently, many different agencies have oversight of the UIC program, such as the EPA, various state agencies, the BLM, and the USFS. To date, these various agencies have dealt with induced seismic events with different and localized actions, using input from additional government agencies such as the USGS and various state geologic surveys, as well as university researchers. These efforts to respond to incidence of perceived induced seismicity have been successful but are of an ad hoc nature and can vary widely depending on the different agencies involved.

## REFERENCES

AOGC (Arkansas Oil and Gas Commission). 2011. Proposed Permanent Moratorium for Disposal Wells in Certain Areas. Public Announcement—Docket No. 180A-2011-07. January 26. Available at stream.loc.org/images/110624/Proposed_Permanent_Moratorium.pdf (accessed October 2012).

AOGC. 2012. Final Rule H-1—Class II Disposal and Class II Commercial Disposal Well Permit Application Procedures. February 17. Available at aogc.state.ar.us/PDF/H-1%20FINAL%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.pdf (accessed October 2012).

BLM (Bureau of Land Management). 2001. The Federal Land Policy and Management Act of 1976, as Amended. Washington, DC: U.S. Department of the Interior. Available at www.blm.gov/or/regulations/files/FLPMA.pdf (accessed December 2012).

BLM. 2007. Mineral Leasing Act of 1920 as Amended. Retranscribed on August 9, 2007. Washington, DC: U.S. Department of the Interior. Available at www.blm.gov/or/regulations/files/mla_1920_amendments1.pdf (accessed December 2012).

BLM and USFS. 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development: The Gold Book, 4th ed. Washington, DC: U.S. Department of the Interior. Available at www.blm.gov/pgdata/etc/medialib/blm/wo/MINERALS__REALTY__AND_RESOURCE_PROTECTION_/energy/oil_and_gas.Par.18714.File.dat/OILgas.pdf (accessed January 2012).

Chui, J.M., A.C. Johnston, A.G. Metzger, L. Haar, and J. Fletcher. 1984. Analysis of analog and digital records of the 1982 Arkansas earthquake swarm. Bulletin of the Seismological Society of America 74:1721-1742.

COGCC (Colorado Oil and Gas Conservation Commission). 2011. COGCC Underground Injection Control and Seismicity in Colorado. January 19. Denver, CO: Department of Natural Resources. Available at cogcc.state.co.us/Library/InducedSeismicityReview.pdf (accessed December 2012).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113128

Induced Seismicity Potential in Energy Technologies

*Governmental Roles and Responsibilities Related to Underground Injection and Induced Seismicity*

EPA (U.S. Environmental Protection Agency). 1999. The Class V Underground Injection Control Study. Volume 17: Electric Power Geothermal Injection Wells. EPA/816-R-99-014q. Washington, DC. Available at www.epa.gov/ogwdw000/uic/classv/pdfs/volume17.pdf (accessed November 2012).

EPA. 2010. 2010 UIC Well Inventory. EPA Underground Injection Control Program. Available at water.epa.gov/type/groundwater/uic/upload/UIC-Well-Inventory_2010-2.pdf (accessed February 2012).

Frohlich, C.F., C. Hayward, B. Stump, and E. Potter. 2011. The Dallas–Fort Worth earthquake sequence: October 2008 through May 2009. *Bulletin of the Seismological Society of America* 101(1):327-340.

Horton, S. 2012. Disposal of hydrofracking-waste fluid by injection into subsurface aquifers triggers earthquake swarm in central Arkansas with potential for damaging earthquake. *Seismological Research Letters* 83(2):250-260.

Hutchings, L.J., B. Jarpe, K.L. Boyle, B.P. Bonner, G. Viegas, H. Philson, P. Statz-Boyer, and E. Majer. 2011. Near-real time, high resolution reservoir monitoring and modeling with micro-earthquake data. Presented at the American Geophysical Union Fall 2011 Meeting, San Francisco, CA, December 5-9.

NRC (National Research Council). 1989. *Land Use Planning and Oil and Gas Leasing on Onshore Federal Lands*. Washington, DC: National Academy Press.

NRC. 2010. *Management and Effects of Coalbed Methane Produced Water in the United States*. Washington, DC: The National Academies Press.

Rabak, I., C. Langston, P. Bodin, S. Horton, M. Withers, and C. Powell. 2010. The Enola, Arkansas, intraplate swarm of 2001. *Seismological Research Letters* 81:549-559.

Rintoul, W. 1990. *Drilling Through Time, 75 Years with California's Division of Oil and Gas*. Division of Oil and Gas Publication TR40. Sacramento, CA: California Department of Conservation.

USFS (U.S. Forest Service). 1994. Forest Service Manual, Title 2800—Minerals and Geology. Amendment No. 2800-94-2. Available at www.fs.fed.us/im/directives/fsm/2800/2820.txt (accessed December 2012).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113129

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113130

CHAPTER FIVE

# Paths Forward to Understanding and Managing Induced Seismicity in Energy Technology Development

Induced seismicity has associated hazards and risks that can, in concept, be quantified. Understanding what is meant by "hazard" and "risk" related to induced seismicity is critical to any discussion of the options that can be employed to mitigate the possibility of felt induced seismicity and potential impacts from development of energy technologies. To promote a better understanding of hazards and risks, we first define these terms precisely and identify the factors that influence them. The remainder of the chapter discusses hazards and risks associated with induced seismicity and steps that can be taken to quantify hazard and risk associated with induced seismicity. The committee envisions future approaches toward mitigation of any hazards associated with induced seismicity involving "best practices" protocols as a cooperative endeavor between industry, government, and the public (Chapter 6).

## HAZARDS AND RISKS ASSOCIATED WITH INDUCED SEISMICITY

### Definitions

The *hazard of induced seismicity* is the description and possible quantification of what physical effects could be generated by human activities associated with subsurface energy production or carbon capture and storage (CCS). For this discussion, physical effects include microseisms, earthquakes, and the associated ground shaking, both underground and at the Earth's surface. In concept it is possible to calculate probabilities of the occurrence of microseisms and earthquakes and, given one of these events, to predict the possible ground motions. However, making such calculations requires assembling statistical data that are not readily available, such as the total number of wells of different depths, the geologic environments (including faults and plate motions), production characteristics from the well(s), and the subsets of those wells that generate microseisms and earthquakes of various magnitudes.

The *risk of induced seismicity* is the description and possible quantification of how induced earthquakes might cause losses (damage to structures, and effects on humans including injuries and deaths). The losses generally occur on the Earth's surface, although

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113131

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

underground losses, for example damage to nearby petroleum wells, could also be analyzed. The concept of *risk* involves predicting the effect of induced ground motions, and perhaps fault slip, on structures and humans. If structures can incur moderate or heavy damage, *risk* involves predicting the effect of that damage (e.g., structural collapse) on humans in the vicinity.

Note that *risk* involves loss caused by structural damage, including effects on humans. If no structures or other constructed facilities are present, for example because the causative earthquakes occur in an uninhabited area, there is no risk. (Exceptions always exist to these general statements. One case would be an earthquake causing a rock slide that injures hikers in a national park, with no structure involved, but such cases would be rare exceptions.) The concept of *risk* could also be extended to include frequently occurring ground shaking that is a *nuisance* to humans (in the general, rather than legal, sense).

## *Factors Affecting Hazard*

A set of questions can be addressed to understand and possibly quantify the hazard and risk associated with induced seismicity associated with energy technologies (Figure 5.1). Descriptions of each question are as follows:

1. Does an energy technology at a particular location generate apparent seismic events (meaning those that are felt at the surface)? The large majority of activities associated with hydrocarbon production do not cause any apparent seismic events. If no seismic events are recorded, this may be because the seismic events are too small (e.g., $M < 0.0$) to be recorded by regional seismic instruments, but the effect is the same: there is no apparent seismic activity.

2. Does an energy technology at a particular location generate just microseisms, or microseisms and earthquakes? This question involves the size of seismic events that are associated with the energy technology. Microseisms (by definition, seismic events with $M < 2.0$) generally do not produce ground motions strong enough to have an effect on structures, but they can in cases of close proximity be felt by humans at the surface. For example, two shallow (~2 km deep [1.2 mile deep]) seismic events of $M$ 1.5 and $M$ 2.3 in Blackpool, England, were reported by a number of people to have been felt in April and May 2011 (BGS, 2011).

3. Can earthquake shaking be felt at the surface? Not all earthquakes are felt at the surface. Earthquake ground motions at the surface depend on the size (magnitude) of the event and its depth, among other factors. The deeper the earthquake, the larger it must be to cause ground motions at the surface that can be felt by humans. Very shallow seismic activity (e.g., 2 km) has a higher hazard of causing felt ground motions than deeper activity.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113132

Induced Seismicity Potential in Energy Technologies

*Paths Forward to Understanding and Managing Induced Seismicity in Energy Technology Development*



**FIGURE 5.1** Evaluations needed for hazard analysis and risk analysis associated with induced seismicity for one well.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113133

Induced Seismicity Potential in Energy Technologies

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

4. What are the shaking effects? If ground motions are strong enough to be felt, they can be represented by three categories, depending on the maximum strength of shaking. Ground motions fall into the following categories:

   a. Very slight shaking. These are felt ground motions, typically with peak accelerations less than 4%g, and do not cause damage to structures. Isolated cracks in plaster walls may be observed or items in houses may be knocked over, but these motions cause no damage of consequence. Frequent occurrence of these motions may be a nuisance to people.

   b. Minor shaking. These are ground motions that frighten people and/or wake them from sleep, typically with peak accelerations between about 4%g and 18%g. If structures are present, these ground motions may cause light property damage (cracks in concrete, broken windows, or cosmetic damage) but do not cause buildings to collapse.

   c. Moderate-strong shaking. These are moderate, strong, or severe ground motions with the potential of causing moderate or heavy damage, typically with peak accelerations greater than about 18%g. If structures are present, moderate to heavy damage may occur, including partial or complete collapse of structures or structural elements (foundations, walls, roofs). These effects on structures may cause human casualties (injuries and deaths, in severe cases).

Ground motions from induced seismicity generated at shallow depths can be more troublesome compared to the ground motions from deeper events (Figures 5.2 and 5.3). In a cross section of the Earth where a deep tectonic (natural) earthquake occurs at a depth of 10 km (Figure 5.2), the semicircles illustrate the distance within which minor shaking (or greater) occurs if the earthquake **M** is 3, 4, or 5. Because of the depth of the earthquake, minor (or greater) shaking usually does not reach the Earth's surface for **M** 3 or 4. For **M** 5, minor (or greater) shaking may occur at the Earth's surface within about 15 km (9 miles) of the epicenter (Figure 5.2).

Figure 5.3 shows a similar cross section of the Earth where a shallow earthquake occurs at the bottom of a 2-km-deep (1.2-mile-deep) well. Because of this shallow depth, a **M** 4 earthquake can cause minor (or greater) shaking within about 8 km of the well, and a **M** 3 earthquake may cause minor (or greater) shaking very close to the well.

*Factors Affecting Risk*

Risk from induced seismicity only occurs if structures are present that may be damaged. Risk exists to those structures only if the shaking is minor, moderate, or larger. Factors that should be considered for risk include location of faults, location of infrastructure that can be

*142*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113134

Induced Seismicity Potential in Energy Technologies

*Paths Forward to Understanding and Managing Induced Seismicity in Energy Technology Development*



**FIGURE 5.2** Cross section of the Earth illustrating the maximum distance that minor (or greater) shaking will occur, for tectonic earthquakes originating at 10 km (6 miles) depth, with **M** 3 (green line), 4 (yellow line), and 5 (red line). In this example, only **M** 5 earthquakes will generate shaking that is felt at the surface.

**FIGURE 5.3** Cross section of the Earth illustrating maximum distance that minor (or greater) shaking will occur, for both natural and induced earthquakes originating at 2 km (1.2 miles) depth, with **M** 3 (green line), 4 (yellow line), and 5 (red line). The diagram depicts an induced earthquake at the bottom of a well. Because of the shallow depth, each of these earthquake magnitudes would generate shaking at the surface that could be felt. Because of the larger energy released, a **M** 5 earthquake would be felt over a much greater area of the surface (up to 20 km [12 miles]) from the well, whereas a **M** 3 earthquake would only be felt about 1 km (0.6 miles) from the well.

damaged, and net changes to subsurface pore pressure caused by the energy project. These net changes involve the volume and pressure of fluids injected or extracted, the duration of injection and extraction, and the number of wells involved in the project. Note that these variables may be related; that is, the total fluid volume depends on the duration of injection or extraction and the number of wells involved.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113135

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

Two spatial aspects of risk analysis are important to consider in the context of induced seismicity:

1. **Multiple structures that can be damaged**. A single well that induces earthquakes large enough to cause damage at the surface may damage multiple structures at the surface. If seismicity migrates during well operations (which is common for disposal wells), earthquakes have multiple opportunities to impact many structures. Even a small community located near a single well will have multiple structures with a range of vulnerabilities to ground shaking. Multiple structures give an increased chance of having one or a few structures with very weak resistance to ground shaking. Operations located in areas with many structures, such as the Basel, Switzerland, geothermal project, clearly have higher risk than a similar project in an unpopulated area. Likewise, CCS operations that are located at power plants in or near urban areas and which have the potential through injections of large amounts of $CO_2$ over long time periods to increase reservoir pressures over large areas that may have surface developments may have increased risk.

2. **Multiple well locations**. The risk associated with induced seismicity has to be evaluated in terms of the sources of human activities. A geothermal operation, for example, may have multiple injection wells, each of which may generate seismic events that can affect different communities. For a large petroleum field, multiple wells may be used to inject fluid for secondary recovery, and each well may generate earthquakes that can affect separate communities. The spatial distribution for an entire industry project (e.g., underground injection of $CO_2$) may be very large, and a risk analysis of the entire project would necessarily include that large spatial distribution and the multiple structures in that spatial area which induced seismic events might affect.

If a small number of wells (e.g., 10) are put in operation, the maximum shaking associated with earthquakes induced by those 10 wells can be described (Figure 5.4). In this example, a majority of wells (9 out of 10) will produce only felt motion, and only 1 out of 10 will produce ground motion with the potential for minor damage. No observations of moderate or greater (abbreviated hereafter as "moderate+") damage occur in this example.

If many wells (e.g., 1,000) are put into operation, a histogram of the maximum shaking induced by those 1,000 wells would show that 250 wells are expected to produce ground motions capable of minor damage to structures. Ten wells are expected to produce ground motions capable of moderate+ damage to structures.

*144*

Copyright © National Academy of Sciences. All rights reserved.

*Paths Forward to Understanding and Managing Induced Seismicity in Energy Technology Development*



**FIGURE 5.4** Example of relative probability distribution of maximum shaking at the ground surface from induced seismicity caused by one well. The relative probability increases upward on the vertical axis. The horizontal axis shows several kinds of measurements or effects of ground shaking: the upper scale indicates the amount of shaking (slight through moderate+); the second scale indicates ground acceleration, which increases from left to right; the next scale indicates MMI or the Modified Mercalli Intensity scale, which indicates the level of ground shaking at a particular location and has units designated by Roman numerals, also increasing from left to right in the level of ground shaking (see also Chapter 1); and the lower scale is the "felt" effect, ranging from "felt only" on the left through minor to moderate or greater ("moderate+") damage. The probability of very slight shaking is much higher than for moderate+ shaking (or damage) for one well that causes an induced seismic event of any magnitude.

A more general distribution of ground motion from a range of earthquakes with ground motions quantified by the largest horizontal acceleration[1] that occurs shows that the majority of shaking will be in the category of "felt only" (Figure 5.4). A small percentage (~25 percent) may have the potential to cause minor damage, and a very small percentage (~1 percent) may have the potential to cause moderate+ damage (Figure 5.4).

The important conclusion is that, while the risk of minor, moderate, or heavy damage from induced earthquake shaking may be small for each individual well, a large, spatially distributed operation leads to a higher probability of such damage. If we define $P_M$ as the probability of moderate+ damage given surface ground motion from one well, then the prob-

---

[1] The peak horizontal acceleration of the ground is a common measure of ground shaking because the maximum force on objects sitting on the ground is proportional to the peak horizontal acceleration through Newton's second law. Acceleration is measured in units of gravity, "*g*," which is the acceleration of a falling object. For comparative purposes, a modern, high-powered sports car can accelerate at about 50%g.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113137

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**TABLE 5.1** Probability of Damage Increases with Number of Wells

| Total Number of Wells ($N$) | $[P_M]_{N \, wells}$ | Expected Number of Wells Causing Moderate+ Damage |
|---|---|---|
| 1 | 1% | 0 |
| 5 | 5% | 0 |
| 10 | 10% | 0 |
| 100 | 63% | 1 |
| 1,000 | 99.9% | 10 |

ability of at least one observation of moderate+ damage given that $N$ wells are in operation can be calculated[2] as

$$[P_M]_{N \, wells} = \text{probability of 1 or more moderate+ damaging motions for } N \text{ wells}$$
$$= 1 - (1 - P_M)^N$$

This probability increases with the number of wells $N$ (for $P_M = 1\%$), as shown in Table 5.1.

This example illustrates that, as an industry begins operation with a few wells, there might be no apparent problem with induced seismicity. As the industry expands to 100, 1,000, or more wells, there can be a significant likelihood that induced seismicity will cause damage to structures somewhere, as a result of the large number of earthquakes and ground motions that are induced, even though the probability of any one well producing such ground motions is small.

Tectonic earthquakes cause some level of earthquake risk for buildings, primarily in areas like California with relatively frequent events. Seismic building codes provide some level of protection but are not a guarantee against earthquake damage. In other regions, building codes provide lower levels of seismic protection, and earthquakes (whether tectonic or induced) may cause damage, depending on the level of ground motion associated with them.

QUANTIFYING HAZARD AND RISK

Several steps can be taken to quantify hazard and risk. As described in the previous section, the quantification of hazard and risk requires probability assessments, which may be

---

[2] This is a special case of the Bernoulli distribution with $N$ independent trials and probability $P_M$ of occurrence of the phenomenon of interest (moderate+ damage). The probability of at least one observation of this damage is 1 minus the probability of no observations of this damage, given $N$ independent trials. Any dependence among ground motions for a given technology can be examined as part of the hazard assessment step identified in the section Quantifying Hazard and Risk (this chapter), in particular step 3 in Table 5.2.

*146*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113138

Induced Seismicity Potential in Energy Technologies

*Paths Forward to Understanding and Managing Induced Seismicity in Energy Technology Development*

either statistical (based on data) or analytical (based on scientific and engineering models). Thus, for implementation, some of the steps will require the collection of statistical data. Other steps can modify and use analytical models that have been developed for hazard and risk analysis of tectonic earthquakes. Table 5.2 summarizes the steps that can be taken to quantify the hazard and risk of induced seismicity for a single project (a single wastewater disposal well, oil or gas extraction well, etc.).

Step 1 in Table 5.2 involves estimating the probability of generating earthquakes with $M \geq 2.0$. This is a statistical problem that can be addressed only by collecting statistical data on the number of wells drilled for each technology, their characteristics (depth, volumes of fluids, pressures, rates of injection or extraction), and observations on whether they generate earthquakes. Simulation models that predict fluid flow in the Earth's crust given characteristics such as permeability, pumping rate and volume versus time, geologic units (including ages of the rocks), and other factors can be the basis for predictive models, and these models can be refined on a probabilistic basis as more data and observations are gathered and analyzed. The cell labeled "1C" in Table 5.2 indicates that these statistics will be technology dependent, because the typical volume of fluid, pressure at which it is injected, and other factors in a given project depend on the energy technology. Cell 1D indicates that energy projects in tectonically active regions can be expected to have a higher probability of generating $M \geq 2.0$ earthquakes than do energy projects in tectonically stable regions. Finally, cell 1E indicates that the probability assessment from statistics will have a depth dependence: large earthquakes are less likely to be induced by shallow wells.

Step 2 involves estimating the probability of felt shaking at the surface (see cell 2A, Table 5.2). This is an analytical problem with some statistical inputs (cell 2B). Specifically, data are needed on the frequencies of occurrence of different earthquake magnitudes. As cell 2C indicates, these frequencies are expected to be technology dependent. The reason is that, among energy technologies, earthquake-generation mechanisms vary (Chapter 2), and the net injected or extracted fluid volume varies (Chapter 3). Once these data on magnitude distributions are obtained, analytical methods are available to estimate shaking (see, for example, Boore, 2003). This probability may be region dependent (cell 2D) because earthquakes in stable crustal regions may release higher levels of crustal stress than similar-magnitude events in active crustal regions. Finally, the probability of felt shaking will depend on the depth of the induced earthquakes (cell 2E) (see Figures 5.2 and 5.3).

Step 3 involves estimating the probability of different strengths of earthquake shaking (cell 3A). This is a well-studied problem in seismic hazard analysis for tectonic earthquakes, for which analytical techniques are available (cell 3B). The result will depend on energy technology (cell 3C) because observations of earthquake magnitude distributions, particularly the maximum magnitude, have some dependence on energy technology (see Figure 3.15). Also, the result will depend on region (cell 3D) and depth (cell 3E), because earthquake magnitude distributions depend on these factors.

*147*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113139

Induced Seismicity Potential in Energy Technologies

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**TABLE 5.2** Steps for Hazard and Risk Assessment for a Single Project

| Step (see corresponding box in Figure 5.1) | A. Probability needed | B. Method | C. Technology Dependent? | D. Region Dependent? | E. Depth Dependent? |
|---|---|---|---|---|---|
| 1 | 1A. P[generate **M** ≥ 2 earthquakes] | 1B. Statistical | 1C. Yes, depends on factors such as volume, pressure, rate, and depth | 1D. Yes, tectonically active versus stable region | 1E. Yes, large earthquakes usually not induced near surface |
| 2 | 2A. P[shaking felt at surface] | 2B. Analytical/ Statistical | 2C. Yes, depends on magnitude distribution and maximum magnitude | 2D. Yes, depends on earthquake properties | 2E. Yes, deeper induced earthquakes may not be felt |
| 3 | 3A. P[strength of shaking] | 3B. Analytical | 3C. Yes, depends on maximum magnitude | 3D. Yes, depends on earthquake properties | 3E. Yes, shallow earthquakes will generate stronger shaking |
| 4 | 4A. P[structures and people affected] | 4B. Analytical | 4C. No | 4D. Yes, depends on structural strength and tolerance for shaking | 4E. Yes, deeper earthquakes, if felt at the surface, may affect a larger area |

NOTE: Gray shaded cells indicate methods that have to be developed to estimate probabilities ("P") for various aspects of an induced seismic event shown in the green-shaded cells. These four aspects include the probability of generating an earthquake of **M** > 2.0, the probability of shaking being felt at the surface, the probability of different strengths of shaking from an earthquake, and the probability that the earthquake shaking will affect structures and people.

Copyright © National Academy of Sciences. All rights reserved.

*Paths Forward to Understanding and Managing Induced Seismicity in Energy Technology Development*

Finally, step 4 involves estimating the probability that structures and people are affected (cell 4A). Analytical methods for seismic risk analysis (cell 4B) are well established for tectonic earthquakes, and these should be applicable to induced earthquakes. The methods will *not* depend on technology (cell 4C), because a structure's response does not depend on how the shaking was generated. However, the methods do depend on region (cell 4D); structures outside of California and Alaska are generally not designed to withstand high levels of ground shaking, and people in aseismic regions may be less tolerant of low-level shaking than those who have previously felt natural earthquakes. Deeper earthquakes will have an influence on the numbers of structures and people affected (cell 4E) if the associated earthquake shaking covers a wide region and affects more structures and people.

Table 5.2 summarizes steps that can be taken to estimate hazard and risk for individual energy projects. The specific statistical data that need to be collected, and analytical methods that need to be modified from other fields, are summarized in column B. Each of the statistical or analytical methods in column B will calculate the probability indicated in the corresponding cell in column A, and these calculations will depend on the corresponding cells in columns C, D, and E. For instance, statistical data on $M \geq 2$ earthquake generation (cell 1B) need to be collected and analyzed by energy technology, volume of fluid, injection pressure, rate of injection, etc. An unstated assumption in Table 5.2 is that data are to be collected for *new energy projects* in areas that are known to have a history of induced seismicity, as well as existing projects. The reason is that, going forward, we presumably are interested in estimating hazard and risk from induced seismicity caused by further expansion of energy production, not by existing energy production. However, data from existing projects will allow forecasts of induced seismicity for industries as a whole. The distinction is important: seismicity induced by a new injection or disposal well will differ from seismicity induced by a well that has been in production for years, where crustal stresses may have equilibrated.

Note that steps 1 through 3 apply regardless of whether the potential induced seismicity will occur in areas of high population or sparse population. Step 4 determines the effect on structures and people, and this effect of course depends on the location with respect to structures at risk and people. Induced seismicity could be caused in a region of sparse population, affecting few people, but could affect dams, bridges, or power plants, with large concurrent costs.

These steps, if developed, can be used in three important ways:

First, by compiling statistics on earthquake generation by technology and characteristics (cell 1C), insight can be gained on what combinations of volumes, pressures, rates of injection/extraction, and so on lead to higher probabilities of induced seismicity. This insight can be used to create well-documented, data-based input to best practices protocols (see also Chapter 6).

Second, energy technology development, whether through public or private efforts, will have data with which to make decisions to minimize induced seismicity effects on

*149*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113141

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

people and structures. For example, if a particular project is observed to generate $\mathbf{M} \geq 2$ earthquakes (i.e., the probability in cell 1A becomes 1 for that project), decisions can be made on pumping characteristics to minimize the probabilities of shaking felt at the surface (cell 2A) and of strong shaking (cell 3A).

Third, the calculated probabilities of shaking felt at the surface (cell 2A), of strong shaking (cell 3A), and of structures and people being affected (cell 4A) can be generalized from those for one project (as depicted in Table 5.2) to forecast the total number of induced seismicity cases that will occur and the number of structures and people affected. If detailed statistical data can be obtained for cells 1B and 2B, this generalization can account for details on forecast locations of projects, volumes and other characteristics of pumping, and proximity to inhabited areas. The estimated numbers of people and structures affected can then become the basis for decisions on whether and how to minimize the impacts of induced seismicity.

Directed research could support development of these steps for the quantification of hazard and risk, with the overall goal of integrating these steps to improve our capability to predict induced events and their consequences. Chapter 6 develops these ideas further by discussing best practices and protocols to avoid or mitigate the impacts of induced seismicity during energy development projects.

## REFERENCES

BGS (British Geological Survey). 2011. Blackpool earthquake, Magnitude 1.5, 27 May 2011. Available at www.bgs.ac.uk/research/earthquakes/blackpoolMay2011.html (accessed November 2011).

Boore, D.M. 2003. Simulation of ground motion using the stochastic method. *Pure and Applied Geophysics* 160:635-676.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113142

Induced Seismicity Potential in Energy Technologies

CHAPTER SIX

# *Steps Toward a "Best Practices" Protocol*

## THE IMPORTANCE OF CONSIDERING THE ADOPTION OF BEST PRACTICES

This report has shown that induced seismicity may be associated with the development of different energy technologies involving fluid injection and sometimes fluid withdrawal (see, e.g., Chapter 3). Furthermore, despite an increased understanding of the basic causes of induced seismicity (Chapter 2), these kinds of energy development projects will retain a certain level of risk for inducing seismic events that will be felt by members of the public (see Chapter 5). While the events themselves are not likely to be very large or result in any significant damage, they will be of concern to the affected communities and thus require both attention before an energy project involving fluid injection gets under way in areas of known seismic activity (whether tectonic or induced) and management and mitigation of the effects of any felt seismic events that occur during operation.

This chapter outlines specific practices that consider induced seismicity both before and during the actual operation of an energy project and that could be employed in the development of a "best practices" protocol specific to each energy technology. The aim of any eventual best practices protocol would be to diminish the possibility of a felt seismic event from occurring, and to mitigate the effects of an event if one should occur. The committee views the ultimate successes of any such protocol as being fundamentally tied to the strength of the collaborative relationships and dialogue among operators, regulators, the research community, and the public (see also Chapter 4). Indeed, protocols, when properly developed and understood, can serve to protect and benefit the various parties involved both directly and indirectly in energy project development.

The chapter begins with a few examples of induced seismicity "checklists" and protocols in the literature that have been developed for the purpose of management of induced seismicity for specific energy projects. The chapter then discusses some of the key components of these checklists and protocols and develops two induced seismicity protocol "templates," one for enhanced geothermal systems and another for wastewater injection wells. The chapter includes discussion of the incorporation of a "traffic light" system to manage fluid injection and concludes with a discussion of the role and importance of public outreach and engagement prior to and during development of energy projects involving fluid injection. The committee acknowledges that this kind of preemptive management approach

*151*

Copyright © National Academy of Sciences. All rights reserved.

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

embodied in any best practices protocol for induced seismicity can be complicated by the challenges of determining whether any seismicity felt in a region with injection wells is induced or is due to natural, geologic causes (see Chapter 1). However, we suggest that the benefit of the collective dialogue and establishing best practices in the event of a felt seismic event is in itself constructive, with few or no negative consequences.

### EXISTING INDUCED SEISMICITY CHECKLISTS AND PROTOCOLS

Induced seismicity does not fall squarely in the sole purview of any single government agency and, in fact, requires input and cooperation among several local, state, and federal entities, as well as operators, researchers, and the public (see Chapter 4). Because of these shared interests and potential responsibilities, the committee suggests that the agency with authority to issue a new injection permit or the authority to revise an existing injection permit is the most appropriate agency to oversee decisions made with respect to induced seismic events, whether before, during, or after an event has occurred. In many cases this responsibility would fall to state agencies that permit injection wells. In areas that are known by experience to be susceptible to induced seismicity, a best practices protocol could be incorporated into the approval process for any proposed (new) injection permit. In areas where induced seismicity occurs, but was not anticipated in a particular area, existing injection permits relevant to that area could be revised to include a best practices protocol.

#### Two Checklists to Evaluate the Potential for Induced Seismicity and the Probable Cause of Observed Events

Checklists can be convenient tools for government authorities and operators to discuss and assess the potential to trigger seismic events through injection, and to aid in determining if a seismic event is or was induced. Two checklists, one to address each of these two circumstances—the potential for induced seismicity and the determination of the cause of a felt event—were developed nearly two decades ago by Davis and Frohlich (1993) to address each of these circumstances (summarized in the sections that follow). Their work recommends a list of ten "yes" or "no" questions to quantify "whether a proposed injection project is likely to induce a nearby earthquake" and a list of seven similar questions to quantify "whether an ongoing injection project has induced an earthquake."

#### WILL INJECTION INDUCE EARTHQUAKES: TEN-POINT CHECKLIST

The ten-question checklist evaluates four factors related to possible earthquake hazards: historical background seismicity, local geology, the regional state of stress, and the nature of the proposed injection. Table 6.1, modified from Davis and Frohlich (1993), compares

*152*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Steps Toward a "Best Practices" Protocol*

**TABLE 6.1** Criteria to Determine if Injection May Cause Seismicity

| Question | NO APPARENT RISK | CLEAR RISK | Texas City, Texas | Tracy, Quebec | Denver RMA, Colorado |
|---|---|---|---|---|---|
| *Background Seismicity* | | | | | |
| 1a Are large earthquakes ($M \geq 5.5$) known in the region (within several hundred km)? | NO | YES | NO | YES | YES |
| 1b Are earthquakes known near the injection site (within 20 km) | NO | YES | NO | YES | NO? |
| 1c Is rate of activity near the injection site (within 20 km) high? | NO | YES | NO | NO | NO |
| *Local Geology* | | | | | |
| 2a Are faults mapped within 20 km of the site? | NO | YES | YES | YES | NO? |
| 2b If so, are these faults known to be active? | NO | YES | NO | NO | NO |
| 2c Is the site near (within several hundred km of) tectonically active features? | NO | YES | NO? | YES | YES |
| *State of Stress* | | | | | |
| 3 Do stress measurements in the region suggest rock is close to failure? | NO | YES | NO | NO? | YES[a] |
| *Injection Practices* | | | | | |
| 4a Are (proposed) injection practices sufficient for failure? | NO | YES | NO? | YES | YES[a] |
| 4b If injection has been ongoing at the site, is injection correlated with the occurrence of earthquakes? | NO | YES | NO | N.A. | N.A. |
| 4c Are nearby injection wells associated with earthquakes? | NO | YES | NO | N.A. | N.A. |
| TOTAL "YES" ANSWERS | 0 | 10 | **1** | **5** | **4** |

[a]Assumes stress measurements completed prior to survey.
NOTE: RMA, Rocky Mountain Arsenal.
SOURCE: Davis and Frohlich (1993).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113145

Induced Seismicity Potential in Energy Technologies

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

the answers of this ten-point criteria list for three injection wells. The wells listed include an existing injection well located in Texas, a proposed injection project in Quebec, and the injection well located at Rocky Mountain Arsenal in Denver with questions answered "as if injection had not yet taken place."

The authors note, "In actuality, if one were to propose injection at a site near Denver today, the existence of the earthquake activity between 1962 and 1972 would alter the profile, and there would be six or more 'yes' answers" (p. 214). The authors go on to say, "At the Tracy, Quebec site we find five 'yes' answers. . . . We would thus conclude that the situation is more similar to Denver than the Texas Gulf Coast" (p. 214).

DID INJECTION INDUCE THE OBSERVED EARTHQUAKE(S): SEVEN-POINT CHECKLIST

The list of seven questions from Davis and Frohlich (1993) again evaluates four factors related to possible cause: background seismicity, temporal correlation, spatial correlation, and injection practices. In Table 6.2 the seven questions are listed and are specifically phrased so that a "yes" answer would indicate underground injection induced the earthquake(s) and a "no" answer would indicate the earthquake(s) were not caused by injection.

Two injection wells are evaluated in Table 6.2. The well in Denver, Colorado, was the injection well at the Rocky Mountain Arsenal, which was definitely shown to be the cause of induced earthquakes in the mid-1960s. The Painesville, Ohio, well, also known as the Calhio well, which was injecting liquid waste from agricultural manufacturing, was investigated as a cause of earthquakes and revealed ambiguous results; the scientists who examined the data could not make a certain correlation between the injection well and the earthquakes, in part due to historical (natural) seismic activity in the area.[1]

*An Example Best Practices Protocol for Induced Seismicity Associated with Enhanced Geothermal Systems*

As an example of a protocol used in projects expected to result in induced seismicity, the Department of Energy (DOE) has published a best practices protocol for addressing the potential of induced seismicity associated with the development of enhanced geothermal systems (EGS) (Majer et al., 2012). The steps that a developer might follow in that protocol are summarized in Box 6.1. The DOE states that this protocol is not intended as a proposed substitute to existing local, state, and/or federal regulations but instead is intended to serve as a guideline for the systematic evaluation and management of the anticipated effects of the induced seismicity that are expected to become related to the development of an EGS project.

---

[1] For example, see www.dnr.state.oh.us/geosurvey/earthquakes/860131/860131/tabid/8365/Default.aspx.

*154*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113146

Induced Seismicity Potential in Energy Technologies

*Steps Toward a "Best Practices" Protocol*

**TABLE 6.2** Seven Questions Forming a Profile of a Seismic Sequence

| Question | Earthquakes Clearly NOT Induced | Earthquakes Clearly Induced | I Denver, Colorado | II Painesville, Ohio |
|---|---|---|---|---|
| *Background Seismicity* | | | | |
| 1  Are these events the first known earthquakes of this character in the region? | NO | YES | YES | NO |
| *Temporal Correlation* | | | | |
| 2  Is there a clear correlation between injection and seismicity? | NO | YES | YES | NO |
| *Spatial Correlation* | | | | |
| 3a  Are epicenters near wells (within 5 km)? | NO | YES | YES | YES? |
| 3b  Do some earthquakes occur at or near injection depths? | NO | YES | YES | YES? |
| 3c  If not, are there known geologic structures that may channel flow to sites of earthquakes? | NO | YES | NO? | NO? |
| *Injection Practices* | | | | |
| 4a  Are changes in fluid pressure at well bottoms sufficient to encourage seismicity? | NO | YES | YES | YES |
| 4b  Are changes in fluid pressure at hypocentral locations sufficient to encourage seismicity? | NO | YES | YES? | NO? |
| TOTAL "YES" ANSWERS | 0 | 7 | 6 | 3 |

SOURCE: Davis and Frohlich (1993).

Using this protocol as a foundation, the committee has adapted the protocol's set of seven steps in Table 6.3 to illustrate a set of parallel activities, with steps 2 through 7 undertaken essentially concurrently, as opposed to sequentially, to help manage and mitigate induced seismicity from injection associated with EGS. Viewing a protocol as a set of parallel activities is useful not only for general project management but also for the ability it provides to reassess the protocol through time as circumstances of an energy project change and more data are acquired. This resulting matrix form can be used as a template to develop an appropriate protocol to mitigate the potential to induce seismicity in other

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113147

Induced Seismicity Potential in Energy Technologies

I N D U C E D   S E I S M I C I T Y   P O T E N T I A L   I N   E N E R G Y   T E C H N O L O G I E S

**BOX 6.1**
**The Department of Energy Protocol for Addressing Induced Seismicity**
**Associated with Enhanced Geothermal Systems**

The elevated downhole fluid pressures used in EGS induce fracturing that can result in a level of induced seismicity that is felt at the surface and that in some cases has caused serious concern among those living nearby (see Chapter 3). To attempt to avoid the repeated occurrence of such results, while encouraging the future use of geothermal resources, a protocol has evolved to serve as a guide for EGS developers within the United States as well as internationally. The most current protocol, developed by the Department of Energy (Majer et al., 2012), "outlines the suggested steps that a developer should follow to address induced seismicity issues, implement an outreach campaign and cooperate with regulatory authorities and local groups." This sequence of seven steps can be summarized as follows:

**STEP 1.** *Perform Preliminary Screening Evaluation.* Assess the feasibility of the proposed project as to its technical, socioeconomic, and financial risks in order to provide an initial measure of the project's potential acceptability and ultimate success. Review local regulatory conditions, the level of natural seismicity, and the probable impacts of the project on any nearby communities and sensitive facilities.

**STEP 2.** *Implement an Outreach and Communication Program.* Before operations begin, implement a public relations plan that describes the proposed operations, determine the resulting concerns, address those concerns, and then periodically meet with the locals to explain the upcoming operations and the results of the work done to date.

**STEP 3.** *Review and Select Criteria for Ground Vibration and Noise.* Identify and evaluate local environmental and regulatory standards for induced vibration and noise. Develop appropriate acceptance criteria for an EGS project.

**STEP 4.** *Establish Local Seismic Monitoring.* Collect baseline data on the regional seismicity that exists before operations begin. Install and operate a local seismometer array to monitor the project's operations.

**STEP 5.** *Quantify the Hazard from Natural and Induced Seismic Events.* Estimate the ground shaking hazard from the natural seismicity to provide a baseline to evaluate the additional hazard from the induced seismicity.

**STEP 6.** *Characterize the Risk of Induced Seismic Events.* Characterize the expected induced ground motion and identify the assets and their vulnerability within the area likely to be influenced by the project.

**STEP 7.** *Develop a Risk-Based Mitigation Plan.* If the level of seismic impacts becomes unacceptable, direct mitigation measures are needed to further control the seismicity. A "traffic light" system can allow operations to continue as is (GREEN), or require changes in the operations to reduce the seismic impact (AMBER), or require a suspension of operations (RED) to allow time for further analysis. Indirect mitigation may include community support and compensation.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113148

*Steps Toward a "Best Practices" Protocol*

energy technologies. The committee has done this exercise for induced seismicity associated with injection wells used for oil and gas development (Environmental Protection Agency [EPA] Underground Injection Control [UIC] Class II wells) or with carbon storage (EPA UIC Class VI wells) and has developed an example of the primary elements that might be included in a best practices protocol matrix (Table 6.4).

## THE USE OF A TRAFFIC LIGHT CONTROL SYSTEM

The protocols described in Box 6.1 and Tables 6.3 and 6.4 refer to a "traffic light" control system for responding to an instance of induced seismicity. Such a system, although rarely employed in energy technology projects with active cases of induced seismicity,[2] allows for low levels of seismicity but adds additional monitoring and mitigation requirements when seismic events are of sufficient intensity to result in a concern for public health and safety. The preferred criterion to be used for such a control system has been the level of ground motion observed at the site of the sensitive receptor, be it a public or private facility. Seismic event magnitude alone is generally insufficient as the only criterion because of the nature of attenuation (absorption or loss of energy) with increasing distance from an event location to a sensitive receptor site. Zoback (2012) provides a summary of a traffic light system for the purpose of managing potential induced seismicity from wastewater disposal.

As an example, the Bureau of Land Management (BLM) recently issued as its "Conditions of Approval"[3] for a proposed EGS project the specific procedures to be followed in the event that induced seismicity is observed to be caused by the proposed stimulation (hydraulic fracturing) operation. The specific procedures included the use of the traffic light control system that allows hydraulic fracturing to proceed as planned (green light) if it does not result in an intensity of ground motion in excess of Mercalli IV ("light" shaking with an acceleration of less than 3.9%g), as recorded by an instrument located at the site of public concern. However, if ground motion accelerations in the range of 3.9%g to 9.2%g are repeatedly recorded within one week, equivalent to Mercalli V ("moderate" shaking), then the operation is required to be scaled back (yellow light) to reduce the potential for the further occurrence of such events. And finally, if the operation results in a recorded acceleration of greater than 9.2%g, resulting in "strong" Mercalli VI or greater shaking, then the active operation is to immediately cease (red light).

The authority for the permitting of Class II injection well location varies by state and is discussed in Chapter 4. Well permits of Class II injection wells in Colorado, for example, are reviewed by the Colorado Geological Survey (COGCC, 2011). During a geologic review,

[2] To the committee's knowledge, the traffic light system has been applied only at the Berlin geothermal field in El Salvador (Majer et al., 2007) and at Basel, Switzerland.
[3] R.M. Estabrook, BLM, Conditions of Approval for GSN-340-09-06, Work Authorized: Hydroshear, The Geysers, January 31, 2012.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113149

158

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 6.3** Primary Elements of a Protocol for Addressing Induced Seismicity in EGS Technologies Adapted as a Series of Parallel Activities Extending over the Lifetime of the Operation

| Initial Screening to Determine the Feasibility of the EGS Project | Assess the local hazard potential from natural seismicity; the local, state, and federal regulations; the nearness of the project to population centers; the probable magnitude of induced events; and the probable risks of potential damage from both natural and induced events. If the proposed EGS project appears to be feasible based on this initial screening assessment, then the **Essential Activities of the EGS project as listed below** are recommended to proceed in the manner described within each of the five sequential stages of project development as identified herein. | | | | |
|---|---|---|---|---|---|
| Category of Essential Activities | PREPARATION STAGE | DRILLING STAGE | STIMULATION STAGE | OPERATIONS STAGE | COMPLETION STAGE |
| Public and Regulatory Communications | Identify the local people and organizations to be met with. Hold an initial public meeting, explain the planned project, identify their concerns. | Meet with and inform the public, regulators, and media as to the drilling schedule. Upon completion meet and explain the drilling results. | Meet with and inform the public, regulators, and media as to the stimulation schedule and results. | Meet with and inform the public, regulators, and media as to the operations schedule and results. | Meet with and inform the public, regulators, and media as to the project completion. |
| Criteria for Ground Vibration and Noise | Install ground motion and noise monitoring instrumentations. | Report to the public, regulators, and media the monitoring results. | Report to the public, regulators, and media the monitoring results. | Report to the public, regulators, and media the monitoring results. | Report to the public, regulators, and media the monitoring results. |
| Seismic Monitoring | Determine areal size and sensitivity needed for local array. Install and operate the seismic recording array and allow timely public access to results. | Continue to monitor the seismicity recorded and publically report the results. | Add and/or reposition array's seismometers as needed to follow and characterize the induced events. | Add and/or reposition array's seismometers as needed to follow and characterize the induced events. | Continue to record and report on the induced seismicity as long as needed to describe the local conditions. |

BLM_0113150

Copyright © National Academy of Sciences. All rights reserved.

| Hazard Assessment | Evaluate the potential additional hazard to be expected from the locally induced seismicity. | Review and reassess the potential for damage based on local observations. | Review and reassess the potential for damage based on local observations. | Review and reassess the potential for damage based on local observations. | Report to the public, regulators, and media on any actual hazards observed. |
|---|---|---|---|---|---|
| Risk Assessment | Develop a probabilistic risk analysis to estimate the probability of risk (monetary loss) to be expected. | Revise the Risk Assessment as appropriate, based on any physical damage, nuisance, and/or economic losses attributed to the project operations. | | | Report to the public, regulators, and media on the actual results experienced. |
| Direct Mitigation Plans | Develop a plan to control the level and impact of locally induced seismicity. | If needed, implement the control system to cause the drilling, stimulation, or continuing operations to be temporarily reduced or suspended until the level of the locally induced seismicity has been returned to an acceptable level, as determined by the regulatory agencies. | | | Report to the public, regulators, and media on the actual results experienced. |
| Indirect Mitigation Plans | Provide local jobs, support local community facilities, and provide compensation if appropriate. Continue indirect mitigation activities as long as needed. | | | | |

BLM_0113151

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 6.4** Summary of the Primary Elements of a Protocol for Addressing Induced Seismicity Associated with Injection Wells Used for Oil and Gas Development (EPA UIC Class II wells) or Associated with Carbon Sequestration (EPA UIC Class VI wells)

| | Additional UIC Permitting Requirements | After Drilling and Prior to Injection (A Second Look) | Monitoring Requirements During Injection |
|---|---|---|---|
| Public and Regulatory Communications | Operator should identify local residents and cities and counties that could be affected by induced seismicity and hold public meetings to explain project and identify concerns. | Operator should notify appropriate regulatory agencies and the local public and provide updated information and analysis based on any new information obtained during drilling operations. | Operator should provide periodic updates to appropriate regulatory agencies and the local public on the locations and extent of their injection operations and the locally observed seismic activity. |
| Hazard Assessment | Evaluate the potential additional hazard to be expected from locally induced seismicity. | Review and reassess the potential for induced seismicity based on any additional information obtained during drilling and completion of the injection well. | Report to the appropriate regulatory agencies and the public on any actual hazards observed during injection activity. |
| Risk Assessment | Develop a probabilistic risk analysis to estimate the probability of risk to be expected. | Revise the risk assessment as appropriate based on any additional information obtained during the drilling and completion of the injection well. | Revise the risk assessment as appropriate based on additional information obtained during injection activity. |
| Criteria for Ground Vibration | Determine areal size, sensitivity, and appropriate instrumentation needed for local array. | | |

BLM_0113152

| | | | |
|---|---|---|---|
| Seismic Monitoring | Install and operate the seismic recording array to obtain baseline seismic data and record seismic events due to injection activity. | | |
| Mitigation Plans | Develop a plan to control the level and impact of locally induced seismicity based on the hazard and risk assessment and baseline seismic data. | Revise mitigation plan as appropriate based on any additional information obtained during the drilling and completion of the injection well. | Continuously review and assess mitigation plan to determine effectiveness. |

NOTE: The entire protocol would apply to injection wells proposed in areas where induced seismicity has actually occurred. In areas where induced seismicity was not expected but later occurred, the shaded requirements would apply as revisions to the original injection permit.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113153

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

the historical earthquake data near the well are closely examined, along with any published fault maps in the area. Additional data regarding fault information, such as that available from three-dimensional (3D) seismic images or other geological information from the well operator may be requested if the well appears to be sited in a high-risk area.

## MITIGATING THE EFFECTS OF INDUCED SEISMICITY ON PUBLIC AND PRIVATE FACILITIES

The best practices protocols appropriately include an emphasis on establishing a public relations plan to inform the public as well as the appropriate regulatory agencies of the purpose of the proposed or existing project, the intended operations, and the expected impacts on the nearby communities and/or facilities. Public acceptance begins with an understanding of what is expected to transpire and what contingencies exist for dealing with the unexpected. Inherent in any public information and communication plan is the idea that a developer regularly meets with the local public to explain the schedule and activities of each upcoming stage of operations, as well as the results of the operations performed to date. During the committee's information gathering session in The Geysers in Northern California and at the associated workshop in Berkeley, we had an opportunity to discuss the 50-year history of induced seismicity at The Geysers geothermal field and meet with the operators, regulatory authorities, researchers, and the local residents from Anderson Springs and Cobb, nearest to The Geysers operations, and subject to the effects of ground shaking due to induced seismicity (see Appendix B—meeting agenda). The discussions we had with these individuals provided some interesting lessons (Box 6.2) regarding the value and potential success of constructive public engagement, for all parties, when induced seismicity may be or becomes an issue in an energy development project. The committee found several very important points to consider regarding the value of successful public outreach, using this example from The Geysers:

1. **Time**. Public engagement, even if begun early in a project's planning processes, is a process that occurs over a long time and not a goal in itself. As a process, public engagement requires dedicated and frequent communications among industry, the public, government officials, and researchers.
2. **Information and education**. Although the initial burden to supply information and to educate local residents lies with the operator and government authorities, residents, too, have a responsibility to become informed and to be constructive purveyors of data and information back to those responsible for operations to allow constructive dialogue to take place.
3. **Managed expectations through transparency**. Coupled to the sharing of information and education is the idea of managing expectations. Each group involved

*162*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113154

Induced Seismicity Potential in Energy Technologies

*Steps Toward a "Best Practices" Protocol*

---

**BOX 6.2**
**The Geysers: Toward Mitigating the Effects of Induced Seismicity**

About 40 years ago researchers at the U.S. Geological Survey (USGS) and elsewhere began reporting that induced seismicity was associated with the geothermal production and injection operation at The Geysers (e.g., Hamilton and Muffler, 1972). At first, the causes of the seismicity in this area, where natural seismic activity has a long history, were unclear to the seismologists and to the local operators. Following the installation of additional seismometers to increase the accuracy of locating the events, it became evident that the earthquakes were primarily associated with the injection wells associated with The Geysers and, indeed, essential for continued operation of the field to produce electricity (see Chapter 3; Box 3.1). Consequently, when a pipeline project was proposed 15 years ago to deliver wastewater for increased injection at The Geysers to maintain and enhance power generation, the Environmental Impact Report required the establishment of a Seismic Monitoring Advisory Committee (SMAC) to monitor and report on the production and injection, and seismic activities.

The committee includes representatives of the Bureau of Land Management and California state regulatory agencies, county government, the USGS and Lawrence Berkeley National Laboratory, the local communities, and the operators of the geothermal facilities. Real-time results of the seismic monitoring are continuously available to all at the Northern California Seismic website, and the semiannual meetings of this committee provide a forum for all the stakeholders to compare the locations and magnitudes of the reported seismic events to the locations of the reported production and injection activities.

Despite the benefits of establishing the SMAC, the geothermal operators were still viewed by some local residents as not having taken sufficient responsibility for mitigating the effects of the clearly increased numbers of induced seismic events being felt within the local communities (see Box 3.1), and a petition was filed to declare the situation as being a public nuisance. The county government established two subcommittees to deal directly with the residents of the two local communities of Anderson Springs and Cobb. Each subcommittee has representatives of its local community, the local operators, and the local county supervisor. Ground motion recording instruments were installed in each community, and the resulting information is available in near real time at an independently controlled website. This information allows anyone with Internet access to compare the recorded time of an observed ground motion with the reported times of the separately reported local seismic events in order to determine the location of the apparent source that caused the observed ground motion.

The members of each subcommittee have developed a system of receiving, reviewing, and approving damage claims attributed to the local induced seismicity. Over the past 6 years the geothermal operators have reimbursed the homeowners for their costs to have their home damages repaired, at a total expense of less than $100,000 while contributing funds far in excess of this for improvements to the common facilities in the local communities. In addition the county government has continued to contribute to these communities part of the mitigation funds it receives as redistributions of the royalty payments made to the federal government by the local geothermal operators. This system of coordinating the use of the combined resources of both industry and local government has much improved the mitigation of the effects of the locally induced seismicity, and it is now resulting in much improved and mutually satisfactory relationships among the parties.

SOURCES: DOE (2009); J. Gospe, Anderson Springs Community Alliance, 2011, "Man-Made Earthquakes & Anderson Springs," DVD, June 30; see also www.andersonsprings.org/.

---

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113155

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

in an energy development project has different goals and expectations. Mutual understanding of other groups' goals and expectations is fundamental to developing strong and constructive communication. Transparency regarding these goals and expectations is important to their management.

## REFERENCES

COGCC (Colorado Oil and Gas Conservation Commission). 2011. COGCC Underground Injection Control and Seismicity in Colorado. January 19. Denver, CO: Department of Natural Resources. Available at cogcc.state.co.us/Library/InducedSeismicityReview.pdf (accessed February 2012).

Davis, S.D., and C. Frohlich. 1993. Did (or will) fluid injection cause earthquakes? *Seismological Research Letters* 64(3-4):207-224.

DOE (U.S. Department of Energy). 2009. Appendix J—Statement of Compliance with DOE Seismicity Protocol. Geysers Power Company's Enhanced Geothermal System Demonstration Project, Northwest Geysers Geothermal Field, Sonoma County, California (DOE/EA 1733). Available at www.eere.energy.gov/golden/NEPA_FEA_FONSI.aspx (accessed February 2012).

Hamilton, R.M., and L.J.P. Muffler. 1972. Microearthquakes at The Geysers geothermal area, California. *Journal of Geophysical Research* 77:2081–2086.

Majer, E.L., R. Baria, M. Stark, S. Oates, J. Bonner, B. Smith, and H. Asanuma. 2007. Induced seismicity associated with enhanced geothermal systems. *Geothermics* 36:185-222.

Majer, E.L., J. Nelson, A. Robertson-Tait, J. Savy, and I. Wong. 2012. Protocol for Addressing Induced Seismicity Associated with Enhanced Geothermal Systems. DOE/EE-0662. U.S. Department of Energy. Available at www1.eere.energy.gov/geothermal/pdfs/geothermal_seismicity_protocol_012012.pdf (accessed April 2012).

Zoback, M.D. 2012 (April 2). Managing the seismic risk posed by wastewater disposal. *Earth Magazine* 38-43. Available at nodrilling.files.wordpress.com/2012/02/zoback-earth.pdf (accessed April 2012).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113156

CHAPTER SEVEN

# *Addressing Induced Seismicity: Findings, Conclusions, Research, and Proposed Actions*

Induced seismic activity attributed to a range of human activities has been documented since at least the 1920s. However, recent induced seismic events related to energy technology development projects that involve fluid injection or withdrawal in the United States have drawn heightened public attention. Although none of these events resulted in loss of life or significant damage, their effects were felt by local residents. These induced seismic events, though usually small in scale, can be disturbing for the public and raise concern about additional seismic activity and its consequences in areas where energy development is ongoing or planned. The findings, gaps, proposed actions, and research recommendations outlined in this chapter, based upon material presented earlier in the report, address

- the types and causes of induced seismicity;
- issues specific to each energy technology addressed in the study (geothermal energy, conventional and unconventional oil and gas production, injection wells for disposal of wastewater associated with energy development, and carbon capture and storage [CCS]);
- oversight, monitoring, and coordination of underground injection activities to help avoid felt induced seismicity;
- hazards and risk assessment; and
- best practices.

Although credible and viable research into possible induced seismic events has been conducted to date by industry, the academic community, and the federal government, further research is required because of the potential controversies surrounding such events. The Department of Energy, the U.S. Geological Survey, and the National Science Foundation are important organizations both for conducting and for supporting this kind of research and research partnerships with industry and academia. In addition to proposed actions to address induced seismicity, research recommendations are specifically highlighted in Box 7.1; some of these recommendations are specific to individual energy technologies, but most can be conducted with a purpose to understand induced seismicity more broadly.

*165*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

**BOX 7.1**
**Research Recommendations**

**Data Collection—Field and Laboratory**
1. Collect, categorize, and evaluate data on potential induced seismic events in the field. High-quality seismic data are central to this effort. Research should identify the key types of data to be collected and data collection protocol.
2. Conduct research to establish the means of making in situ stress measurements nondestructively.
3. Conduct additional field research on microseisms in natural fracture systems including field-scale observations of the very small events and their native fractures.
4. Conduct focused research on the effect of temperature variations on stressed jointed rock systems. Although of immediate relevance to geothermal energy projects, the results would benefit understanding of induced seismicity in other energy technologies.
5. Conduct research that might clarify the in situ links among injection rate, pressure, and event size.

**Instrumentation**
1. Conduct research to address the gaps in current knowledge and availability of instrumentation: Such research would allow the geothermal industry, for example, to develop this domestic renewable source more effectively for electricity generation.

**Hazard and Risk Assessment**
1. Direct research to develop steps for hazard and risk assessment for single energy development projects (as described in Chapter 5, Table 5.2).

## TYPES AND CAUSES OF INDUCED SEISMICITY

*Findings*

1. The basic mechanisms that can induce seismicity related to energy-related injection and extraction activities are not mysterious and are presently well understood.
2. Only a very small fraction of injection and extraction activities among the hundreds of thousands of energy development wells in the United States have induced seismicity at levels that are noticeable to the public.
3. Current models employed to understand the predictability of the size and location of earthquakes through time in response to net fluid injection or withdrawal

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113158

Induced Seismicity Potential in Energy Technologies

*Addressing Induced Seismicity: Findings, Conclusions, Research, and Proposed Actions*

**Modeling**

1. Identify ways in which simulation models can be scaled appropriately to make the required predictions of the field observations reported.
2. Conduct focused research to advance development of linked geomechanical and earthquake simulation models that could be utilized to better understand potential induced seismicity and relate this to number and size of seismic events.
3. Use currently available and new geomechanical and earthquake simulation models to identify the most critical geological characteristics, fluid injection or withdrawal parameters, and rock and fault properties controlling induced seismicity.
4. Develop simulation capabilities that integrate existing reservoir modeling capabilities with earthquake simulation modeling for hazard and risk assessment. These models can be refined on a probabilistic basis as more data and observations are gathered and analyzed.
5. Continue to develop capabilities with coupled reservoir fluid flow and geomechanical simulation codes to understand the processes underlying the occurrence of seismicity after geothermal wells have been shut in; the results may also contribute to understanding post-shut-in seismicity in relation to other energy technologies.

**Research Specific to CCS with Potential to Understand Induced Seismicity Broadly**

1. Use some of the many active fields where $CO_2$ flooding for enhanced oil recovery (EOR) is conducted to understand more about the apparent lack of felt induced seismic events in these fields; because $CO_2$ is compressible in the gaseous phase are other factors beyond pore pressure important to understand in terms of CCS?
2. Develop models to estimate the potential earthquake magnitude that could be induced by large-scale CCS.
3. Develop detailed physicochemical and fluid mechanical models for injection of supercritical $CO_2$ into potential storage aquifers.

require calibration from data from field observations. The success of these models is compromised in large part due to the lack of basic data at most locations on the interactions among rock, faults, and fluid as a complex system.

4. Increase of pore pressure above ambient value due to injection of fluids or decrease in pore pressure below ambient value due to extraction of fluids has the potential to produce seismic events. For such activities to cause these events, a certain combination of conditions has to exist simultaneously:

   a. Significant change in net pore pressure in a reservoir
   b. A preexisting, near-critical state of stress along a fracture or fault that is determined by crustal stresses and the fracture or fault orientation
   c. Fault-rock properties supportive of brittle failure

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113159

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

5. Independent capability exists for geomechanical modeling of pore pressure, temperature, and rock stress changes induced by injection and extraction and for modeling of earthquake sequences given knowledge of stress changes, pore pressure changes, and fault characteristics.
6. The range of scales over which significant responses arise in the Earth with respect to induced seismic events is very wide and challenges the ability of models to simulate and eventually predict observations from the field.

*Gaps*

1. The basic data on fault locations and properties, in situ stresses, pore pressures, and rock properties are insufficient to implement existing models with accuracy on a site-specific basis.
2. Current predictive models cannot properly quantify or estimate the seismic efficiency and mode of failure; geomechanical deformation can be modeled, but a challenge exists to relate this to number and size of seismic events.

*Proposed Actions*

The actions proposed to advance understanding of the types and causes of induced seismicity involve research recommendations outlined in Box 7.1. These recommendations also have relevance for specific energy technologies and address gaps in understanding induced seismicity.

## ENERGY TECHNOLOGIES: HOW THEY WORK

*Overarching Findings for All Technologies*

1. Injection pressures and net fluid volumes in energy technologies, such as geothermal energy and oil and gas production, are generally controlled to avoid increasing pore pressure in the reservoir above the initial reservoir pore pressure. These technologies thus appear less problematic in terms of inducing felt seismic events than technologies that result in a significant net increase or decrease in fluid volume.
2. The basic data needed to fully evaluate the potential for induced seismicity—including fault locations and properties, in situ stresses, fluid pressures, and rock properties—are very difficult and expensive to obtain.
3. Existing regional seismic arrays may not be capable of precisely locating small induced seismic events to determine causality and better establish the characteristics of induced seismicity.

*168*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113160

*Addressing Induced Seismicity: Findings, Conclusions, Research, and Proposed Actions*

---

4. Temporary local seismic arrays can be installed to find faults, determine source mechanisms, decrease error in location of seismic events, and increase resolution of future events.

GAP

Simple geometric considerations to help visualize subsurface problems and identify cases that deserve further attention are in most cases absent. Developing these kinds of simple analyses could, for example, be applied to understand the length scale affected by a single well or by multiple wells relative to depth or proximity to major faults and to the surface.

PROPOSED ACTION

In locales where a causal relationship may exist between subsurface energy activities and seismicity (even for small earthquakes of **M** between 3 and 4), a local seismic array should be installed for seismic monitoring. An appropriate body to determine whether such an array is necessary may be the permitting agency for the well(s) thought to be involved in the seismicity. Installation of such an array may require significant resources (including instrumentation and analysis). Existing groups, such as the U.S. Geological Survey, national laboratories, state geological surveys, universities, and private companies have the expertise necessary to install arrays and conduct the necessary analyses. Full disclosure of the data and results of such monitoring is required.

*Geothermal Energy*

FINDINGS

1. The induced seismic responses to injection differ in cause and magnitude with each of the three different forms of geothermal resources. At the vapor-dominated Geysers field hundreds of earthquakes of **M** 2 or greater are produced annually with one or two of **M** 4, all apparently caused principally by cooling and contraction of the reservoir rocks. The liquid-dominated field developments generally cause little if any induced seismicity because the water injection typically replaces similar quantities of fluid extracted at similar pressures and temperatures. The high-pressure hydraulic fracturing into generally impermeable rock associated with the stimulation operations at enhanced geothermal systems (EGS) projects can cause hundreds of small microseismic events and an occasional earthquake of up to **M** 3 due mainly to the imposed increased fluid pressures.

---

*169*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113161

Induced Seismicity Potential in Energy Technologies

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

2. The mitigation of the effects of induced seismicity is in some instances clearly necessary to maintain or to restore public acceptance of the geothermal power generation activities. The early use of a "best practices" protocol and a "traffic light" control system indicates that such measures can provide an effective means to control operations so that the intensity of the induced seismicity is within acceptable levels. Further information on implementation of a protocol and control system is outlined under the final section in this chapter, Best Practices.

GAPS

1. Suitable coupled reservoir fluid flow and geomechanical simulation codes are not currently available to understand the processes underlying the occurrence of seismicity after geothermal wells have been shut in (ceased operation).
2. Field operators currently do not have ready access to downhole temperature and pressure recording instruments capable of making accurate measurements where reservoir conditions reach 750°F.

PROPOSED ACTIONS

1. Adopt and use a matrix-style "best practices" protocol by developers as outlined in Chapter 6: Such a protocol is appropriate to use in those cases where there is a known probability of inducing seismicity at levels that could pose a concern to the public. In those cases where induced seismicity occurs but was previously unanticipated, the developer should consider adopting the protocol procedures needed to complete the project in a manner more satisfactory to the public.
2. Fully disclose and discuss a "traffic light" system in a public forum prior to the start of operations when such a system is to be adopted or imposed. Such disclosure and discussion will ensure that these safeguards are clearly known and understood by all concerned.

*Conventional Oil and Gas Development Including Oil and Gas Withdrawal, Secondary Recovery, and Enhanced Oil Recovery*

FINDINGS

1. Generally, withdrawal associated with conventional oil and gas recovery has not caused significant seismic events; however, several major earthquakes have been associated with conventional oil and gas withdrawal.

*170*

Copyright © National Academy of Sciences. All rights reserved.

*Addressing Induced Seismicity: Findings, Conclusions, Research, and Proposed Actions*

2.  Relative to the large number of waterflood projects for secondary recovery, the small number of documented instances of felt induced seismicity suggests such projects pose relatively small risk for events that would be of concern to the public.

3.  The committee has not identified any documented, felt induced seismic events associated with EOR (tertiary recovery). The potential for induced seismicity is low in EOR operations as pore pressure is not significantly increased beyond the original levels in the reservoir because injected fluid volumes tend to be balanced by fluid withdrawals.

*Unconventional Oil and Gas: Hydraulic Fracturing for Shale Gas Development*

FINDINGS

1.  The process of hydraulic fracturing a well as presently implemented for shale gas recovery does not pose a high risk for inducing felt seismic events. Thirty-five thousand wells have been hydraulically fractured for shale gas development to date in the United States. To date, hydraulic fracturing for shale gas production was cited as the possible cause of one case of felt seismic events in Oklahoma in 2011, the largest of which was $M$ 2.8. The quality of the event locations was not adequate to fully establish a direct causal link to the hydraulic fracture treatment. Hydraulic fracturing for shale gas development has been confirmed as the cause of induced seismic events in one case worldwide—in Blackpool, England (maximum $M$ 2.3).

2.  One case of induced seismicity (maximum $M$ 1.9) was documented in Oklahoma in the late 1970s as being caused by hydraulic fracturing for oil and gas development for conventional oil and gas extraction.

PROPOSED ACTION

When a seismic event occurs that appears to be associated with hydraulic fracturing and is considered to be a concern to the health, safety, and welfare of the public, an assessment is needed to understand the causes of the seismicity (see protocol that follows).

*Injection Wells for the Disposal of Water Associated with Energy Extraction*

FINDINGS

1.  The United States currently has approximately 30,000 Class II wastewater disposal wells; very few felt induced seismic events have been reported as either caused by

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113163

## INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

or likely related to these wells. Rare cases of wastewater injection have produced seismic events, typically less than **M** 5.0.

2. Injected fluid volume, injection rate, injection pressure, and proximity to existing faults and fractures are factors that determine the probability to create a seismic event. High injection volumes in the absence of corresponding extractions may increase pore pressure and in proximity to existing faults could lead to an induced seismic event.

3. The area of potential influence from injection wells may extend over several square miles, and induced seismicity may continue for months to years after injection ceases.

4. Reducing the injection volumes, rates, and pressures has been successful in decreasing rates of felt seismicity in cases where events have been induced.

5. Evaluating the potential for induced seismicity in the location and design of injection wells is difficult because no cost-effective way to locate unmapped faults and measure in situ stress currently exists.

GAPS

1. Effective and economical tools are not available to accurately predict induced seismic activity prior to injection.

2. No capability exists to predict exactly how reducing volumes, pressures, and rates can lead to reduction in seismicity after it has begun. The models discussed in Chapter 2 are critical to developing the capacity to make such predictions.

PROPOSED ACTIONS

The actions proposed by the committee to address the potential for induced seismicity related to injection wells for disposal of wastewater are similar to those suggested for geothermal energy technologies:

1. The adoption and use of a matrix-style "best practices" protocol as outlined in Chapter 6 in those cases where there is a known probability of inducing seismicity at levels that could pose a concern to the public. In those cases where the need becomes apparent only after disposal has begun, the developer should adopt the protocol procedures needed to complete the project in a manner that protects public safety.

2. When a "traffic light" system is to be adopted or imposed to control operations that could cause unacceptable levels of induced seismicity, full disclosure and discussion of the system at a public forum is necessary prior to the start of opera-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113164

Induced Seismicity Potential in Energy Technologies

*Addressing Induced Seismicity: Findings, Conclusions, Research, and Proposed Actions*

tions. Knowledge and understanding of these safeguards by all concerned are of great importance. Further information is outlined under the final section in this chapter, Best Practices.

*Carbon Capture and Storage*

FINDINGS

1. The only long-term (~14 years) commercial $CO_2$ sequestration project in the world at the Sleipner field off the shore of Norway is of a small scale relative to commercial projects proposed in the United States. Extensive seismic monitoring at this offshore site has not indicated any significant induced seismicity.
2. Proposed injection volumes of liquid $CO_2$ in large-scale sequestration projects (> 1 million metric tonnes per year) are much larger than those associated with the other energy technologies currently being considered. There is no experience with fluid injection at these large scales and little data on seismicity associated with $CO_2$ pilot projects. If the reservoirs behave in a similar manner to oil and gas fields, these large volumes have the potential to increase the pore pressure over vast areas. Relative to other technologies, such large affected areas may have the potential to increase both the number and the magnitude of seismic events.
3. $CO_2$ has the potential to react with the host/adjacent rock and cause mineral precipitation or dissolution. The effects of these reactions on potential seismic events are not understood.

GAPS

1. The short- and long-term effects of supercritical $CO_2$ in influencing rock strength and rock slip strength are not well understood.
2. The potential earthquake magnitudes that can be induced by the injection volumes being proposed for CCS are not known.
3. The complexities of hydrochemical-mechanical effects on $CO_2$ injection and storage are not thoroughly understood.

PROPOSED ACTIONS

Because of the lack of experience with large-scale fluid injection for CCS, continued research supported by the federal government is needed on the potential for induced seismicity in large-scale CCS projects. Some specific research recommendations are outlined in Box 7.1. As part of a continued research effort, collaboration between federal agencies

*173*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113165

Induced Seismicity Potential in Energy Technologies

INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

and foreign operators of CCS sites is important to understand induced seismic events and their effects on CCS operations.

## OVERSIGHT, MONITORING, AND COORDINATION OF UNDERGROUND INJECTION ACTIVITIES FOR MITIGATING INDUCED SEISMICITY

### Findings

1. Induced seismicity may be produced by a number of different energy technologies and may result from either injection or extraction of fluid. As such, responsibility for oversight of activities that can cause induced seismicity is dispersed among a number of federal and state agencies.

2. Recent, potentially induced seismic events in the United States have been addressed in a variety of manners involving local, state, and federal agencies, and research institutions. These agencies and research institutions may not have resources to address these unexpected events, and more events could stress this ad hoc system.

3. Currently the Environmental Protection Agency (EPA) has primary regulatory responsibility for fluid injection under the Safe Drinking Water Act; however, this act does not explicitly address induced seismicity. EPA appears to be addressing the issue of induced seismicity through a current study in consultation with other federal and state agencies.

4. The U.S. Geological Survey (USGS) has the capability and expertise to address monitoring and research associated with induced seismic events. However, the scope of its mission within the seismic hazard assessment program is focused on large-impact, natural earthquakes. Significant new resources would be required if the USGS mission is expanded to include comprehensive monitoring and research on induced seismicity.

### Gap

Mechanisms are lacking for efficient coordination of governmental agency response to seismic events that may have been induced.

### Proposed Actions

1. In order to move beyond the current ad hoc approach for responding to induced seismicity, relevant agencies including EPA, USGS, land management agencies, and possibly the Department of Energy, as well as state agencies with authority and relevant expertise (e.g., oil and gas commissions, state geological surveys, state

*174*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113166

Induced Seismicity Potential in Energy Technologies

*Addressing Induced Seismicity: Findings, Conclusions, Research, and Proposed Actions*

environmental agencies, etc.) should consider developing coordination mechanisms to address induced seismic events that correlate to established best practices (see recommendation below).

2. Appropriating authorities and agencies with potential responsibility for induced seismicity should consider resource allocations for responding to induced seismic events in the future.

## HAZARDS AND RISK ASSESSMENT

*Gap*

Currently, methods do not exist to implement assessments of hazards upon which risk assessments depend. The types of information and data required to provide a robust hazard assessment would include

- net pore pressures, in situ stresses, and information on faults;
- background seismicity; and
- gross statistics of induced seismicity and fluid injection for the proposed site activity.

*Proposed Actions*

1. A detailed methodology should be developed for quantitative, probabilistic hazard assessments of induced seismicity risk. The goals in developing the methodology would be to
   - make assessments before operations begin in areas with a known history of felt seismicity and
   - update assessments in response to observed induced seismicity.
2. Data related to fluid injection (well location coordinates, injection depths, injection volumes and pressures, time frames) should be collected by state and federal regulatory authorities in a common format and made accessible to the public (through a coordinating body such as the USGS).
3. In areas of high density of structures and population, regulatory agencies should consider requiring that data to facilitate fault identification for hazard and risk analysis be collected and analyzed before energy operations are initiated.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113167

# INDUCED SEISMICITY POTENTIAL IN ENERGY TECHNOLOGIES

## BEST PRACTICES

*Findings*

1. The DOE Protocol for EGS, which lists seven sequential steps, provides a reasonable initial model for dealing with induced seismicity that can serve as a template for other energy technologies.
2. Based on this initial model, the committee has proposed two matrix-style protocols as examples to illustrate the manner in which these seven activities can ideally be undertaken concurrently (rather than only sequentially), while also illustrating how these activities should be adjusted as a project progresses from early planning through operations to completion.

*Gap*

No best practices protocol for addressing induced seismicity is generally in place for each of these technologies, with the exception of the protocol recently developed for EGS. The committee suggests that best practices protocols be adapted and tailored to each technology to allow continued energy technology development. Actions toward developing these protocols are outlined below.

*Proposed Actions*

1. A matrix-style "best practices" protocol should be developed in coordination with the permitting agency or agencies by experts in the field of each energy technology, including EOR, shale gas production, and CCS.
2. The adoption and use of such protocols by developers are recommended in each case where there is a known or substantial probability of inducing seismicity at levels that could pose a concern to the public. In cases where induced seismicity becomes an issue at some stage in the project, the developer can adopt the protocol procedures needed to continue the project in a manner more satisfactory to the public.
3. Even with the adoption and use of a best practices protocol, induced seismicity of serious concern to public health and safety may occur. The regulatory body affiliated with the permitting of well(s) should include, as part of each project's operation permit, a mechanism (such as a "traffic light" mechanism) for the well operator to be able to control, reduce, or eliminate the potential for felt seismic events.
4. When a traffic light system is to be adopted or imposed to control operations that may cause unacceptable levels of induced seismicity, full disclosure and discussion

*176*

Copyright © National Academy of Sciences. All rights reserved.

*Addressing Induced Seismicity: Findings, Conclusions, Research, and Proposed Actions*

of the adopted system at a public forum prior to the start of operations is advised so that these safeguards are clearly known and understood by all concerned. Simultaneous development of public awareness programs by federal or state agencies in cooperation with industry and the research community could aid the public and local officials in understanding and addressing the risks associated with small-magnitude induced seismic events.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113169

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Appendixes*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113171

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

---

APPENDIX A

# *Committee and Staff Biographies*

## COMMITTEE BIOGRAPHIES

**Murray W. Hitzman (Chair)** has been with Colorado School of Mines since 1996 as the Fogarty Professor of Economic Geology. In 2002 he was named Head of the Department of Geology and Geological Engineering. Prior to coming to academia he spent 11 years in the minerals industry. In addition to discovering the carbonate-hosted Lisheen Zn-Pb-Ag deposit in Ireland, he worked on porphyry copper and other intrusive-related deposits, precious metal systems, volcanogenic massive sulfide deposits, sediment-hosted Zn-Pb and Cu deposits, and iron oxide Cu-U-Au-LREE deposits throughout the world. He spent 2½ years in Washington, D.C., working first in the U.S. Senate and later in the White House Office of Science and Technology Policy on environmental and natural resource issues. He has received numerous awards and has published approximately 100 papers. His current interest focuses on deposit- and district-scale studies of metallic ore systems and on social license issues in mining. Dr. Hitzman was a member of the National Research Council's Panel on Technologies for the Mining Industries, and he was a member of Committee on Earth Resources for two 3-year terms prior to becoming chair for a 3-year term in 2004. He received his Ph.D. in geology from Stanford University in 1983.

**Donald D. Clarke** has worked for the past 6 years as a geological consultant for a variety of private firms and city governments in Southern California, focusing on geological evaluations of oil fields. Part of his current portfolio also includes a $CO_2$ sequestration project. Prior to establishing his consultancy, he worked for more than 2 decades with the Department of Oil Properties of the City of Long Beach, California, retiring from his position as Division Engineer and Chief Geologist in 2004. During his time with the City of Long Beach, he worked extensively on the giant Wilmington oil field and the California offshore. Mr. Clarke began his career in 1974 as an energy and mineral resources engineer with the California State Lands Commission. His strong interests in community outreach and education have been demonstrated over the years through his teaching geology at Compton Community College, serving on the board of directors for the Petroleum Technology Transfer Council, and serving on and chairing numerous advisory councils and committees of the American Association of Petroleum Geologists (AAPG). A member of AAPG since 1986, he served as Pacific Section AAPG President, was elected to be Chair-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113173

Induced Seismicity Potential in Energy Technologies

APPENDIX A

man of the AAPG House of Delegates, and has received numerous AAPG awards, including the Distinguished Service Award in 2002. He also served on the National Research Council committee that produced the 2002 report *Geoscience Data and Collections: National Resources in Peril*. In the last year he appeared and served as an advisor for the Swiss movie, *A Crude Awakening*; the National Geographic show, *Gallon of Gas* (part of the Man Made Series); and the VBS TV show *LA's Hidden Wells*. This past summer he was interviewed by the Canadian Broadcasting Corporation and Spiegel Television (Germany) about oil development in the Los Angeles area. Mr. Clarke has published or presented more than 50 technical papers on topics that include computer mapping, sequence stratigraphy, horizontal drilling, structural geology, and reservoir evaluation, and he has been recognized by the Institute for the Advancement of Engineering as a fellow. He received his B.S. in geology from California State University, Northridge, with additional graduate study at California State University, Northridge, Los Angeles, and Long Beach.

**Emmanuel Detournay** is a professor of geomechanics in the Department of Civil Engineering at the University of Minnesota. He also holds a joint appointment with Commonwealth Scientific and Industrial Research Organisation Earth Science and Resource Engineering, where he leads the Drilling Mechanics Group. Prior to his current positions, he was senior research scientist at Schlumberger Cambridge Research in England. His expertise is in petroleum geomechanics with two current areas of focus: mechanics of hydraulic fractures and drilling mechanics. He has authored about 160 papers. He also has been awarded six U.S. patents and has received several scientific awards for his work. Dr. Detournay received his M.S. and Ph.D. in geoengineering from the University of Minnesota.

**James H. Dieterich** (NAS) is a distinguished professor of geophysics at the University of California, Riverside. His research has led to a new understanding of the Earth's crust. He is an internationally renowned authority in rock mechanics, seismology, and volcanology. His pioneering studies in the theory, measurement, and application of frictional processes in rocks have had major implications for predicting fault instability and earthquake nucleation. His previous work on the rate- and state-dependent representation of fault constitutive properties is now being applied in modeling of seismicity, including aftershocks and triggering of earthquakes, and in inverse models that use earthquake rates to map stress changes in space and time. Dr. Dieterich recently launched a new effort to investigate fault slip and earthquake processes in geometrically complex fault systems, which includes development of large-scale quasidynamic simulations of seismicity in fault systems, and investigation of the physical interactions and stressing conditions that control system-level phenomena. Dr. Dieterich received his Ph.D. in geology and geophysics from Yale University.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113174

Induced Seismicity Potential in Energy Technologies

**David K. Dillon** is the principal of David K. Dillon PE, LLC, a petroleum engineering consulting firm located in Centennial, Colorado. He holds a B.S. degree in civil engineering from the University of Colorado at Boulder (1974). He is a licensed professional engineer in Colorado (#19171) and Wyoming (#12530) and has been a member of the Society of Petroleum Engineers for over 35 years. Before starting his career as a consulting engineer, Mr. Dillon worked in the private oil and gas industry for 20 years as a drilling engineer, a production engineer, and a reservoir engineer. He has extensive experience in optimizing production from existing oil and gas fields, secondary recovery operations, and the calculation of oil and gas reserves. Mr. Dillon was also an Engineering Supervisor and the Engineering Manager for the Colorado Oil and Gas Conservation Commission for over 15 years. The Colorado Oil and Gas Conservation Commission is the regulating body for oil and gas drilling and production in the state of Colorado. As the Engineering Manager he was instrumental in the drafting and adoption of new rules by the Commission and the review and approval of underground injection permits for the State of Colorado. Mr. Dillon has offered expert testimony before the oil and gas commissions of several states.

**Sidney J. Green** (NAE) is research professor at the University of Utah, where he holds a dual appointment in mechanical engineering and civil and environmental engineering. He is also a Schlumberger Senior Advisor and was one of the founders and former President and Chief Executive Officer of TerraTek, a geomechanics engineering firm, which was acquired by Schlumberger in 2006. Mr. Green has worked in the area of geomechanics for nearly 5 decades. He has published numerous papers and reports, holds a number of patents, has given many presentations on geomechanics, and has received a number of rock mechanics and geomechanics recognitions. He has served on government committees and on many university and national laboratory advisory boards, and he has testified at a number of congressional hearings. He has served as member of the board of directors for a number of businesses. He received the Outstanding Engineer award and the Entrepreneur of the Year award from Utah, and the Distinguished Alumni Award (1976) and the Professional Degree recognition (1998) from the former Missouri School of Mines. He received the 1989 Honorary Alumni Award and the 2009 Engineering Achievement Award from the University of Utah. He is a past member of the Greater Salt Lake Chamber of Commerce Board of Governors and was recently elected a Fellow of the American Rock Mechanics Association. He is a member of the U.S. National Academy of Engineering. He most recently served as a member of the NRC Committee on Assessment of the Department of Energy's Methane Hydrate Research and Development Program: Evaluating Methane Hydrate as a Future Energy Resource. Mr. Green has a B.S. from the former Missouri School of Mines and an M.S. from the University of Pittsburgh, both in mechanical engineering. He attended 1 year at Pennsylvania State University graduate school and 2 years at Stanford University, where he received the degree of engineer in engineering mechanics.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113175

Induced Seismicity Potential in Energy Technologies

APPENDIX A

---

**Robert M. Habiger** worked for ConocoPhillips for over 28 years in various scientific and management capacities in the disciplines of petrophysics and geophysics. While there, he held various positions in research and development and in international exploration, including Manager for Seismic Technology in the Houston corporate offices. He joined Spectraseis as Chief Technology Officer in February 2007, where he is responsible for all technical aspects of the company's research and commercial offerings in passive seismic technology. These programs and products include both hydrocarbon reservoir fluids monitoring from low-frequency passive seismic and microseismic monitoring associated with hydraulic fracturing and fluid injection/removal. Rob is the Director of the Low Frequency Seismic Partnership, an industrial research consortium studying the application of low-frequency passive seismic methods to hydrocarbon fluid mapping. He holds bachelor's, master's, and Ph.D. degrees in physics.

**Robin K. McGuire** (NAE) is a consulting engineer specializing in earthquake engineering, risk analysis, and decision analysis. His experience includes directing projects to determine earthquake design requirements for new nuclear power plants in the central and eastern United States; making recommendations to the Electric Power Research Institute and the U.S. Nuclear Regulatory Commission on seismic design requirements; consulting for the National Committee on Property Insurance on earthquake matters and making recommendations to the California Department of Insurance; serving as lead consultant on probabilistic performance assessment of the Yucca Mountain site as a possible high-level waste repository; and consulting on numerous U.S. and overseas studies of seismic and environmental risk for utilities, insurance groups, and commercial clients. Dr. McGuire was president of the Seismological Society of America (SSA) in 1991-1992, authored the book *Seismic Hazard and Risk Analysis* in 2004, and was the Joyner Lecturer in 2009 for the Earthquake Engineering Research Institute and the SSA. Dr. McGuire received his S.B. in civil engineering from the Massachusetts Institute of Technology, his M.S. in structural engineering from the University of California, Berkeley, and his Ph.D. in structural engineering from the Massachusetts Institute of Technology.

**James K. Mitchell** (NAS/NAE) is currently University Distinguished Professor Emeritus at Virginia Polytechnic Institute and State University (Virginia Tech) and Consulting Geotechnical Engineer. Prior to joining Virginia Tech in 1994, he served on the faculty at the University of California, Berkeley, since 1958, holding the Edward G. Cahill and John R. Cahill Chair in the Department of Civil and Environmental Engineering there at the time of his retirement in 1993. Concurrent to his tenure at UC Berkeley, he was Chairman of Civil Engineering from 1979 to 1984. His primary research activities have focused on experimental and analytical studies of soil behavior related to geotechnical problems, admixture stabilization of soils, soil improvement and ground reinforcement,

*184*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113176

Induced Seismicity Potential in Energy Technologies

physicochemical phenomena in soils, environmental geotechnics, time-dependent behavior of soils, in situ measurement of soil properties, and mitigation of ground failure risk during earthquakes. He has authored more than 375 publications, including the graduate-level text and geotechnical reference *Fundamentals of Soil Behavior*. A licensed civil engineer and geotechnical engineer in California and professional engineer in Virginia, Dr. Mitchell has served as chairman or officer for numerous national and international organizations. He has chaired the NRC Geotechnical Board and three NRC study committees, and served as a member of several other NRC study committees. He has received numerous awards, including the Norman Medal and the Outstanding Projects and Leaders Award from the American Society of Civil Engineers, and the NASA Medal for Exceptional Scientific Achievement. He was elected to the National Academy of Engineering in 1976 and to the National Academy of Sciences in 1998. Dr. Mitchell received a bachelor of civil engineering from Rensselaer Polytechnic Institute, and M.S. and doctor of science degrees in civil engineering from the Massachusetts Institute of Technology.

**Julie E. Shemeta** is the president and founder of MEQ Geo Inc., a microseismic consulting and services company based in Denver, Colorado. She has worked on microseismic projects in North America, Australia, and India, including hydraulic fracture monitoring in tight gas, shale gas and oil, steam-assisted gravity drainage, and coalbed methane projects. Her background includes deep-water oil and gas exploration in the Gulf of Mexico, working in the geothermal industry for developments in Indonesia and the Philippines, and working for a microseismic vendor providing data processing and consulting on hydraulic fracture monitoring. Ms. Shemeta has been actively involved with the development of software for both processing and visualization of microseismic throughout her 20-year career. She has served on numerous meeting committees for the Society of Exploration Geophysicists, the Society of Petroleum Engineers, and the AAPG. She co-chaired the DGS/RMAG (Denver Geophysical Society and Rocky Mountain Association of Geologists) 3-D Seismic Symposium from 2009 to 2011 and is still active on the committee. She served as the Denver Geophysical Society Treasurer in 2008-2009. She obtained her B.S. in geology at the University of Washington and her M.S. in geophysics with a specialty in earthquake seismology at the University of Utah.

**John L. (Bill) Smith** is presently a geothermal consultant having recently retired as a senior geologist at the Northern California Power Agency (NCPA). He has 46 years of diversified geologic, geophysical, and geochemical experience in the geothermal and oil and gas industry, including numerous geothermal exploration and development projects in the western United States and Japan. For the past 25 years he has worked at The Geysers, first designing, permitting, and evaluating steam production and water injection wells to initially supply a 220 MW power project, and then for more than the past decade monitoring the induced

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113177

Induced Seismicity Potential in Energy Technologies

APPENDIX A

seismicity that occurs both within the NCPA area of operations and throughout the entire Geysers field. Prior to joining The Geysers, Dr. Smith worked for 10 years as an oil and gas exploration geologist and geophysicist (seismologist) for Standard Oil of California (Chevron), then for 11 years as Vice President of Exploration for Republic Geothermal, which included geothermal exploration and development projects throughout California, Nevada, Utah, and Japan. Dr. Smith received his A.B. in geology from Middlebury College and his M.A. and Ph.D. in geological sciences from Indiana University.

STAFF BIOGRAPHIES

**Elizabeth A. Eide** is director of the Board on Earth Sciences and Resources at the NRC. Prior to joining the NRC as a staff officer in 2005, she served as a researcher, team leader, and laboratory manager for 12 years at the Geological Survey of Norway in Trondheim. In Norway her research included basic and applied projects related to isotope geochronology, mineralogy and petrology, and crustal processes. Her publications include more than 40 journal articles and book chapters, and 10 Geological Survey reports. She has overseen 10 NRC studies. She completed a Ph.D. in geology at Stanford University and received a B.A. in geology from Franklin and Marshall College.

**Courtney Gibbs** is a program associate with the NRC Board on Earth Sciences and Resources. She received her degree in graphic design from the Pittsburgh Technical Institute in 2000 and began working for the National Academies in 2004. Prior to her work with the board, Ms. Gibbs supported the Nuclear and Radiation Studies Board and the former Board on Radiation Effects Research.

**Jason R. Ortego** is a research associate with the Board on Earth Sciences and Resources at the National Academies. He received a B.A. in English from Louisiana State University in 2004 and an M.A. in international affairs from George Washington University in 2008. He began working for the National Academies in 2008 with the Board on Energy and Environmental Systems, and in 2009 he joined the Board on Earth Sciences and Resources.

**Nicholas D. Rogers** is a financial and research associate with the National Research Council Board on Earth Sciences and Resources. He received a B.A. in history, with a focus on the history of science and early American history, from Western Connecticut State University in 2004. He began working for the National Academies in 2006 and has primarily supported the board on a broad array of Earth resources, mapping, and geographical sciences issues.

*186*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113178

Induced Seismicity Potential in Energy Technologies

APPENDIX B

# *Meeting Agendas*

## MEETING 1

*Washington, DC, April 26–27, 2011*

DAY ONE

| | |
|---|---|
| 08:00-09:00 | CLOSED SESSION (Committee & NRC Staff only) |
| ***09:00-09:15*** | ***Doors open; registration*** |
| **09:15-15:00** | **OPEN SESSION—PUBLIC WELCOME TO ATTEND** |
| 09:15-09:30 | Welcome and introductions      *Murray Hitzman, Chair* |
| **09:30–15:00** | **Presentations** |
| 09:30-10:30 | **Department of Energy**<br>**George Guthrie**, Office of Fossil Energy/National Energy Technology Laboratory<br>**JoAnn Milliken and Jay Nathwani**, Geothermal Technologies Program |
| 10:30-11:00 | **Allyson Anderson**, Professional staff, U.S. Senate Energy and Natural Resources Committee |
| 11:00-11:15 | Break |
| 11:15-12:00 | **Ernie Majer**, Senior Advisor to the ESD Director and Energy Program Leader, Lawrence Berkeley National Laboratory |
| *12:00–13:00* | *Lunch* |
| 13:00-13:45 | **Cliff Frohlich**, Professor, University of Texas at Austin |

*187*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

APPENDIX B

13:45-14:30    **Domenico Giardini**, Director, Swiss Seismological Service

14:30-15:00    General discussion        *Murray Hitzman, Chair*

*End of open session*

15:00-17:00    CLOSED SESSION (Committee & NRC Staff only)

*End of session*

DAY TWO

**08:00-13:30      CLOSED SESSION (Committee & NRC Staff only)**

*End of meeting*

**MEETING 2**

*The Geysers, CA, and Lawrence Berkeley National Laboratory, CA, July 13–15, 2011*

DAY ONE

*Committee members tour Geysers, led by representatives from NCPA and Calpine*

DAY TWO

**09:15-16:45      OPEN SESSION—PUBLIC WELCOME TO ATTEND**

09:15-09:25    Welcome and introduction to study        *Murray Hitzman, Chair*

**09:25-12:30    Panel discussions**

09:25-10:15    **Panel 1—Vapor-dominated geothermal resource development**
               Melinda Wright, Calpine Corporation
               Craig Hartline, Calpine Corporation
               Bill Smith, Northern California Power Agency

*188*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Appendix B*

| | |
|---|---|
| 10:15-10:45 | **Panel 2—Liquid-dominated geothermal resource development**<br>Charlene Wardlow, Ormat |
| *10:45–11:00* | *Break* |
| 11:00-12:30 | **Panel 3—EGS resource development**<br>Mark Walters, Calpine Corporation<br>Julio Garcia, Calpine Corporation<br>Susan Petty, Chief Technology Officer, AltaRock Energy Inc.<br>Ernst Huenges, Head of Reservoir Technologies, GFZ Potsdam<br>Jay Nathwani, Department of Energy Geothermal Technologies Program |
| 12:20-13:30 | Lunch presentation—<br>Ernie Majer, Lawrence Berkeley National Laboratory, on the topic of the Department of Energy Induced Seismicity Protocol |
| **13:30-16:30** | **Presentations** |
| 13:30-14:00 | **Federal land management**<br>Linda Christian, Bureau of Land Management Oregon/Washington |
| 14:00-15:00 | **Community contributions**<br>Mark Dellinger, Jeffrey Gospe, Hamilton Hess, Meriel Medrano, Cheryl Engels |
| *15:00–15:15* | *Break* |
| 15:15-16:30 | **Research**<br>David Oppenheimer, USGS<br>Jean Savy, Lawrence Berkeley National Laboratory |
| 16:30-17:00 | General discussion         *Murray Hitzman, Chair* |

*End of open session*

DAY THREE

**08:00-12:00    CLOSED SESSION (Committee & NRC Staff only)**

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113181

Induced Seismicity Potential in Energy Technologies

A P P E N D I X   B

*End of meeting*

## MEETING 3

*Irvine, CA, August 18, 2011*

**08:30-14:15     OPEN SESSION—PUBLIC WELCOME TO ATTEND**

08:30-08:40     Welcome and introduction to study     *Murray Hitzman, Chair*

**08:45-15:00     Presentations (presentations + time for discussion)**

08:45-10:00     **Ola Eiken and Philip Ringrose,** *Statoil AS*
                $CO_2$ sequestration and monitoring activities offshore Norway
                Overview of $CO_2$ Monitoring Activities Offshore Norway (Sleipner,
                Snøhvit)—*Ola Eiken*
                Future plans for microseismic and surface monitoring onshore and
                offshore—*Philip Ringrose*

*10:00-10:15*     *Break*

10:15-11:15     **James Rutledge,** *Los Alamos National Laboratory*

11:15-12:30     **Mark Zoback,** *Stanford University*
                The potential for triggered seismicity associated with $CO_2$ sequestration
                and shale gas development

*12:30-13:15*     *Lunch*

13:15-14:15     **Michael Bruno,** *Terralog Technologies*

*End of open session*

*190*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

*Appendix B*

---

**MEETING 4**

*Dallas, TX, September 14–15, 2011*

DAY ONE

**07:30-08:15     CLOSED SESSION—COMMITTEE AND NRC STAFF ONLY**

**08:30-17:30     OPEN SESSION—PUBLIC WELCOME TO ATTEND**

08:30-08:45     Welcome and Introductory Remarks     *Murray Hitzman, Committee Chair*

*Morning session moderated by Don Clarke and Jim Mitchell, Committee members*

08:45-09:20     **Norm Warpinski**, Pinnacle—A Halliburton Service
Induced seismicity in shale stimulations

09:20-09:55     **Leo Eisner**, Czech Academy of Sciences and Seismik, Ltd.
*Case examples of induced seismic events near shale gas operations*

09:55-10:35     **Scott Ausbrooks**, Arkansas Geological Survey
**Steve Horton**, University of Memphis
*Earthquakes in central Arkansas triggered by fluid injection at Class 2 UIC wells*

*10:35–10:50     Break*

10:50-11:20     **John Jeffers**, Southwestern Energy
Observations and perspectives on induced seismicity and microseismicity
associated with shale gas development

11:20-11:55     **Serge Shapiro**, Free University of Berlin
Quantitative understanding of induced microseismicity for reservoir
characterization and development

11:55-12:30     **Doug Johnson**, Texas Railroad Commission
*Regulatory response to induced seismicity in Texas*

*12:30–13:15     Lunch*

---

*191*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

A P P E N D I X   B

*Afternoon session moderated by David Dillon and Robin McGuire, Committee members*

13:15-13:45     **Lisa Block,** Bureau of Reclamation
              *Deep injection of brine and monitored induced seismicity in Paradox Valley*

13:45-14:15     **Philip Dellinger,** Environmental Protection Agency
              *Summary of EPA's current work with induced seismicity issues*

14:15-14:50     **Shawn Maxwell,** Schlumberger
              *Overview of hydraulic fracture mapping*

*14:50-15:00*     *Break*

15:00-15:40     **Rob Finley,** Illinois State Geological Survey
              *Midwest Geological Sequestration Consortium—Overview of approaches to*
              *induced seismicity*

15:40-16:15     **Steve Melzer,** Melzer Consulting
              Tertiary production and $CO_2$ enhanced oil recovery including conceptual
              risk of injection, reservoir surveillance, and sequestration monitoring

16:15-16:45     Wrap-up discussion      *Moderated by Murray Hitzman*

*End of Open Session*

DAY TWO

**07:45-09:45**     **CLOSED SESSION, COMMITTEE AND STAFF ONLY**

**10:00-13:00**     **OPEN SESSION—PUBLIC WELCOME TO ATTEND**

10:00-10:10     Introductory Remarks    *Murray Hitzman, Committee chair*

10:10-12:00     Panel discussion      *Moderated by Julie Shemeta, Committee member*

              **Werner Heigl,** Apache Corporation
              **Jamie Rich,** Devon Energy

*192*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113184

Induced Seismicity Potential in Energy Technologies

*Appendix B*

---

*12:00–13:00     Lunch*

*End of open session*

**13:00-17:00     CLOSED SESSION, COMMITTEE AND NRC STAFF ONLY**

DAY THREE

**07:30-12:00     CLOSED SESSION, COMMITTEE AND STAFF ONLY**

*End of meeting*

**MEETING 5**

*Washington, DC, November 10–11, 2011*

DAY ONE

**08:00-09:30     CLOSED SESSION—COMMITTEE AND STAFF ONLY**

**09:30-10:45     OPEN SESSION—PUBLIC WELCOME**

09:30-09:40     Welcome and Introductory Remarks        *Murray Hitzman, Committee Chair*

09:40-10:00     **Allyson Anderson**, Professional staff, U.S. Senate Energy and Natural
Resources Committee

10:00-10:15     **Jay Braitsch**, Department of Energy—Fossil Energy

10:15-10:30     **Jay Nathwani,** Department of Energy—Geothermal Technologies Program

10:30-10:45     General discussion

*10:45–11:00     Break*

*End Open Session*

---

*193*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

A P P E N D I X   B

**11:00-20:00     CLOSED SESSION—COMMITTEE AND STAFF ONLY**

DAY TWO

**07:45-13:00     CLOSED SESSION—COMMITTEE AND STAFF ONLY**

*End of meeting*

**MEETING 5**

*Denver, CO, January 10–11, 2012*

**CLOSED SESSIONS—COMMITTEE AND STAFF ONLY**

*194*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

A P P E N D I X   C

# Observations of Induced Seismicity

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| Akmaar | Netherlands | 3.5 | Oil and gas extraction | Giardini (2011) |
| Akosombo | Ghana | 5.3 | Surface water reservoir | Guha (2000) |
| Apollo Hendrick Field, Texas | USA | 2 | Secondary recovery | Doser et al. (1992) |
| Ashtabula, Ohio | USA | 3.6 | Wastewater injection | Armbruster et al. (1987) |
| Assen | Netherlands | 2.8 | Oil and gas extraction | Grasso (1992) |
| Aswan | Egypt | 5.6 | Surface water reservoir | Guha (2000) |
| Attica, New York | USA | 5.2 | Other | Nicholson and Wesson (1992) |
| Bad Urach | Germany | 1.8 | Geothermal | Evans et al. (2012) |
| Bajina Basta | Yugoslavia | 4.8 | Surface water reservoir | Guha (2000) |
| Barsa-Gelmes-Wishka Oilfield | Turkmenistan | 6 | Secondary recovery | Kouznetsov et al. (1994) |
| Basel | Switzerland | 3.4 | Geothermal | Giardini (2011) |
| Belchalow | Poland | 4.6 | Other | Giardini (2011) |
| Benmore | New Zealand | 5 | Surface water reservoir | Guha (2000) |
| Bergermeer Field | Netherlands | 3.5 | Oil and gas extraction | van Eck et al. (2006) |
| Berlin | El Salvador | 4.4 | Geothermal | Bommer et al. (2006) |
| Bhatsa | India | 4.8 | Surface water reservoir | Guha (2000) |
| Blackpool | UK | 2.3 | Hydraulic fracturing | de Pater and Baisch (2011) |

*195*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113187

Induced Seismicity Potential in Energy Technologies

APPENDIX C

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| Cajuru, Brazil | Brazil | 4.7 | Surface water reservoir | Guha (2000) |
| Camarillas, Spain | Spain | 4.1 | Surface water reservoir | Guha (2000) |
| Canelles, Spain | Spain | 4.7 | Surface water reservoir | Guha (2000) |
| Catoosa, Oklahoma[1] | USA | 4.7 | Oil and gas extraction | Nicholson and Wesson (1992) |
| Cesano | Italy | 2 | Geothermal | Evans et al. (2012) |
| Charvak | Uzbekistan | 4 | Surface water reservoir | Guha (2000) |
| Clark Hill | USA | 4.3 | Surface water reservoir | Guha (2000) |
| Cleburne, Texas | USA | 2.8 | Oil and gas extraction | Howe et al. (2010) |
| Cleveland, Ohio[2] | USA | 3 | Other | Nicholson and Wesson (1992) |
| Coalinga, California | USA | 6.5 | Oil and gas extraction | McGarr (1991) |
| Cogdell Canyon Reef, Texas | USA | 4.6 | Secondary recovery | Davis and Pennington (1989); Nicholson and Wesson (1990) |
| Cold Lake, Alberta | Canada | 2 | Secondary recovery | Nicholson and Wesson (1990) |
| Cooper Basin | Australia | 3.7 | Geothermal | Majer et al. (2007) |
| Coso, California | USA | 2.6 | Geothermal | Julian et al. (2007); Foulger et al. (2008) |
| Coyote Valley | USA | 5.2 | Surface water reservoir | Guha (2000) |
| Dale, New York | USA | 1 | Other | Nicholson and Wesson (1990) |
| Dallas Fort Worth, Texas | USA | 3.3 | Wastewater injection | Frohlich et al. (2010) |
| Dan | Denmark | 4 | Oil and gas extraction | Grasso (1992) |
| Danjiangkou | China | 4.7 | Surface water reservoir | Guha (2000) |
| Denver, Colorado[3] | USA | 4.8 | Wastewater injection | Hermann et al. (1981) |

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113188

Induced Seismicity Potential in Energy Technologies

*Appendix C*

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| Desert Peak, Nevada | USA | 0.74 | Geothermal | Chabora et al. (2012) |
| Dhamni | India | 3.8 | Surface water reservoir | Guha (2000) |
| Dollarhide, Texas | USA | 3.5 | Secondary recovery | Nicholson and Wesson (1992) |
| Dora Roberts, Texas | USA | 3 | Secondary recovery | Nicholson and Wesson (1992) |
| East Durant, Oklahoma | USA | 3.5 | Oil and gas extraction | Nicholson and Wesson (1992) |
| East Texas, Texas | USA | 4.3 | Secondary recovery | Nicholson and Wesson (1992) |
| Ekofisk | Norway | 3.4 | Oil and gas extraction | Grasso (1992) |
| El Dorado, Arkansas | USA | 3 | Wastewater injection | Cox (1991) |
| El Reno, Oklahoma[4] | USA | 5.2 | Oil and gas extraction | Nicholson and Wesson (1992) |
| Eola field, Oklahoma | USA | 2.8 | Hydraulic fracturing | Holland (2011) |
| Eucumbene | Australia | 5 | Surface water reservoir | Guha (2000) |
| Fashing, Texas | USA | 3.4 | Oil and gas extraction | Pennington et al. (1986) |
| Fenton Hill, New Mexico | USA | 1 | Geothermal | Nicholson and Wesson (1992) |
| Fjallbacka | Sweden | −0.2 | Geothermal | Evans et al. (2012) |
| Fort St. John, British Columbia | Canada | 4.3 | Secondary recovery | Horner et al. (1994) |
| Foziling | China | 4.5 | Surface water reservoir | Guha (2000) |
| Gazli | Uzbekistan | 7.3 | Oil and gas extraction | Adushkin et al. (2000) |
| Geysers, California | USA | 4.6 | Geothermal | Majer et al. (2007) |
| Gobles Field, Ontario | Canada | 2.8 | Secondary recovery | Nicholson and Wesson (1990) |
| Goose Creek, Texas | USA | unknown[5] | Oil and gas extraction | Nicholson and Wesson (1992) |
| Grandval | France | unknown[6] | Surface water reservoir | Guha (2000) |

*197*

Copyright © National Academy of Sciences. All rights reserved.

Induced Seismicity Potential in Energy Technologies

APPENDIX C

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| Groningen Field | Netherlands | 3 | Oil and gas extraction | van Eck et al. (2006) |
| Gross Schonebeck | Germany | −1.1 | Geothermal | Evans et al. (2012) |
| Grozny | Caucasus (Russia) | 3.2 | Oil and gas extraction | Guha (2000) |
| Gudermes | Caucasus (Russia) | 4.5 | Oil and gas extraction | Smirnova (1968) |
| Guy and Greenbrier, Arkansas | USA | 4.7 | Wastewater injection | Horton (2012) |
| Harz | Germany | 3.5 | Other | Giardini (2011) |
| Hellisheidi | Iceland | 2.4 | Geothermal | Evans et al. (2012) |
| Hijiori | Japan | 0.3 | Geothermal | Kaieda et al. (2010) |
| Hoover | USA | 5 | Surface water reservoir | Guha (2000) |
| Horstberg | Germany | 0 | Geothermal | Evans et al. (2012) |
| Hsinfengchiang | China | 6.1 | Surface water reservoir | Guha (2000) |
| Hunt Field, Mississippi[7] | USA | 3.6 | Secondary recovery | Nicholson and Wesson (1992) |
| Idukki | India | 3.5 | Surface water reservoir | Guha (2000) |
| Imogene Field, Texas | USA | 3.9 | Oil and gas extraction | Pennington et al. (1986) |
| Inglewood Oil Field, California | USA | 3.7 | Secondary recovery | Nicholson and Wesson (1992) |
| Ingouri | Caucasus (Russia) | 4.4 | Surface water reservoir | Guha (2000) |
| Itizhitezhi | Zambia | 4.2 | Surface water reservoir | Guha (2000) |
| Kariba | Zambia | 6.2 | Surface water reservoir | Guha (2000) |
| Kastraki | Greece | 4.6 | Surface water reservoir | Guha (2000) |
| Kermit Field, Texas | USA | 4 | Secondary recovery | Nicholson and Wesson (1990) |

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113190

Induced Seismicity Potential in Energy Technologies

*Appendix C*

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| Kerr | USA | 4.9 | Surface water reservoir | Guha (2000) |
| Kettleman North, California | USA | 6.1 | Oil and gas extraction | McGarr (1991) |
| Keystone I Field, Texas | USA | 3.5 | Secondary recovery | Nicholson and Wesson (1990) |
| Keystone II Field, Texas | USA | 3.5 | Secondary recovery | Nicholson and Wesson (1990) |
| Kinnersani | India | 5.3 | Surface water reservoir | Guha (2000) |
| Koyna | India | 6.5 | Surface water reservoir | Guha (2000) |
| Krafla | Iceland | 2 | Geothermal | Evans et al. (2012) |
| Kremasta | Greece | 6.3 | Surface water reservoir | Guha (2000) |
| German Continental Deep Drilling Program | Germany | 1.2 | Geothermal | Evans et al. (2012) |
| Kurobe | Japan | 4.9 | Surface water reservoir | Guha (2000) |
| Kuwait | Kuwait | 4.7 | Oil and gas extraction | Bou-Rabee (1994) |
| Lacq | France | 4.2 | Oil and gas extraction | Grasso and Wittlinger (1990) |
| Lake Charles, Louisiana[8] | USA | 3.8 | Oil and gas extraction | Nicholson and Wesson (1990) |
| Lambert Field, Texas | USA | 3.4 | Secondary recovery | Nicholson and Wesson (1992) |
| Landau | Germany | 2.7 | Geothermal | Evans et al. (2012) |
| Larderello-Travale | Italy | 3 | Geothermal | Evans et al. (2012) |
| Latera | Italy | 2.9 | Geothermal | Evans et al. (2012) |
| LGDD | Russia | 4.2 | Other | Giardini (2011) |
| Love County, Oklahoma[9] | USA | 2.8 | Secondary recovery | Nicholson and Wesson (1990) |

*199*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113191

Induced Seismicity Potential in Energy Technologies

A P P E N D I X   C

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| Love County, Oklahoma | USA | 1.9 | Oil and gas extraction (hydraulic fracturing for conventional oil and gas development) | Nicholson and Wesson (1990) |
| Manicouagan | Canada | 4.1 | Surface water reservoir | Guha (2000) |
| Marathon | Greece | 5.7 | Surface water reservoir | Guha (2000) |
| Matsushiro | Japan | 2.8 | Wastewater injection | Ohtake (1974) |
| Mica, Canada | Canada | 4.1 | Surface water reservoir | Guha (2000) |
| Monahans, Texas | USA | 3 | Secondary recovery | Nicholson and Wesson (1992) |
| Monte Amiata | Italy | 3.5 | Geothermal | Evans et al. (2012) |
| Montebello, California | USA | 5.9 | Oil and gas extraction | Nicholson and Wesson (1992) |
| Montecillo, South Carolina | USA | 2.8 | Surface water reservoir | Guha (2000) |
| Monteynard | France | 4.9 | Surface water reservoir | Guha (2000) |
| Mutnovsky, Kamchatka | Russia | 2 | Geothermal | Kugaenko et al. (2005) |
| Northern Panhandle, Texas | USA | 3.4 | Secondary recovery | Nicholson and Wesson (1990) |
| Nurek | Tadjikstan | 4.6 | Surface water reservoir | Guha (2000) |
| Ogachi | Japan | 2 | Geothermal | Kaieda et al. (2010) |
| Petroleum field | Oman | 2.1 | Oil and gas extraction | Sze (2005) |
| Orcutt Field, California | USA | 3.5 | Oil and gas extraction | Nicholson and Wesson (1992) |
| Oroville, California | USA | 5.7 | Surface water reservoir | Guha (2000) |
| Paradise Valley, Colorado | USA | 0.8 | Wastewater injection | Nicholson and Wesson (1992) |

*200*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113192

Induced Seismicity Potential in Energy Technologies

*Appendix C*

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| Paradox Valley, Colorado | USA | 4.3 | Wastewater injection | Ake et al. (2005) |
| Perry, Ohio | USA | 2.7 | Wastewater injection | Nicholson and Wesson (1992) |
| Piastra | Italy | 4.4 | Surface water reservoir | Guha (2000) |
| Pieve de Cadore | Italy | 4.3 | Surface water reservoir | Guha (2000) |
| Porto Colombia | Brazil | 5.1 | Surface water reservoir | Guha (2000) |
| Rangely, Colorado | USA | 3.1 | Secondary recovery | Nicholson and Wesson (1990) |
| Renqiu oil field | China | 4.5 | Secondary recovery | Genmo et al. (1995) |
| Richland County, Illinois[10] | USA | 4.9 | Oil and gas extraction | Nicholson and Wesson (1992) |
| Rocky Mountain House, Alberta | Canada | 3.4 | Oil and gas extraction | Wetmiller (1986) |
| Romashkino, Tartarstan | Russia | 4 | Secondary recovery | Adushkin et al. (2000) |
| Rongchang, Chongqing | China | 5.2 | Oil and gas extraction | Lei et al. (2008) |
| Rosemanowes, | UK | 2 | Geothermal | Evans et al. (2012) |
| Roswinkel Field | Netherlands | 3.4 | Oil and gas extraction | van Eck et al. (2006) |
| Rotenburg | Germany | 4.5 | Oil and gas extraction | Giardini (2011) |
| Sefia Rud | Iran | 4.7 | Surface water reservoir | Guha (2000) |
| Shandong | China | 2.4 | Secondary recovery | Shouzhong et al. (1987) |
| Shenwo | China | 4.8 | Surface water reservoir | Guha (2000) |
| Sleepy Hollow, Nebraska | USA | 2.9 | Oil and gas extraction | Rothe and Lui (1983) |
| Snipe Lake | Canada | 5.1 | Secondary recovery | Nicholson and Wesson (1992) |
| Soultz | France | 2.9 | Geothermal | Evans et al. (2012) |

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113193

Induced Seismicity Potential in Energy Technologies

A P P E N D I X   C

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| South-central Texas | USA | 4.3 | Oil and gas extraction | Davis et al. (1995) |
| Southern Alabama | USA | 4.9 | Secondary recovery | Gomberg and Wolf (1999) |
| Sriramsagar | India | 3.2 | Surface water reservoir | Guha (2000) |
| Starogroznenskoe Oilfield | Russia | 4.7 | Oil and gas extraction | Kouznetsov et al. (1994) |
| Strachan, Alberta | Canada | 3.4 | Oil and gas extraction | Grasso (1992) |
| Southwest of Elsenbach | Germany | 5.8 | Other | Giardini (2011) |
| Tomahawk Field, New Mexico | USA | Unknown[11] | Wastewater injection | Nicholson and Wesson (1992) |
| Torre Alfina | Italy | 3 | Geothermal | Evans et al. (2012) |
| Unterhaching | Germany | 2.4 | Geothermal | Evans et al. (2012) |
| Upper Silesian | Poland | 4.45 | Other | Giardini (2011) |
| Vajont | Italy | 3 | Surface water reservoir | Guha (2000) |
| Valhall and Ekofisk Oilfields | Norway | Unknown[12] | Secondary recovery | Zoback and Zinke (2002) |
| Varragamba | Australia | 5.4 | Surface water reservoir | Guha (2000) |
| Vogtland | Germany | | Wastewater injection | Baisch et al. (2002) |
| Vouglans | France | 4.4 | Surface water reservoir | Guha (2000) |
| War Wink Field, Texas | USA | 2.9 | Oil and gas extraction | Doser et al. (1992) |
| Ward-Estes Field, Texas | USA | 3.5 | Secondary recovery | Nicholson and Wesson (1992) |
| Ward-South Field, Texas | USA | 3 | Secondary recovery | Nicholson and Wesson (1992) |
| West Texas | USA | 3.1 | Oil and gas extraction | Keller et al. (1987) |
| Whittier Narrows, California | USA | 5.9 | Oil and gas extraction | McGarr (1991) |

*202*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113194

Induced Seismicity Potential in Energy Technologies

*Appendix C*

| Site/City/State | Country | Max Magnitude | Technology Type (causing induced seismicity) | Reference |
|---|---|---|---|---|
| Wilmington Field, California | USA | 3.3 | Oil and gas extraction | Kovach (1974) |

NOTE: "Other" refers to, e.g., coal and solution mining.

[1] Nicholson and Wesson (1990, 1992) were not able to confirm that the cause of the earthquake was oil and gas extraction; waterflooding and waste disposal were also active in the area at the time.

[2] Nicholson and Wesson (1990, 1992) were not able to confirm the accuracy of the maximum magnitude of this event, which occurred at the turn of the 20th century (1898-1907).

[3] For the Denver earthquakes of 1967-1968, Healy et al. (1968) reported magnitudes up to **M** 5.3 on an unspecified scale that were derived from local instruments.

[4] Nicholson and Wesson (1992) were not able to confirm conclusively that the earthquake was caused by oil and gas extraction.

[5] Nicholson and Wesson (1992) were not able to confirm conclusively that the earthquake was caused by oil extraction or the magnitudes of the events that occurred in the 1920s.  Note that this location is not plotted in the figures (maps) in Chapter 1.

[6] Guha (2000) describes the earthquake using Modified Mercalli Intensity (V), but does not indicate moment magnitude.

[7] Nicholson and Wesson (1990, 1992) were not able to confirm conclusively that the event(s) were due to waterflooding for secondary recovery.

[8] Nicholson and Wesson (1990) were not able to confirm conclusively that the event(s) were due to oil and gas extraction activities.

[9] Nicholson and Wesson (1990) were not able to confirm the maximum magnitude of the events at this site.

[10] Nicholson and Wesson (1990, 1992) were not able to confirm conclusively that the event(s) were due to oil extraction.

[11] Nicholson and Wesson (1992) were not able to confirm the maximum magnitude of the events at this site.

[12] Zoback and Zinke (2002) did not provide a maximum magnitude, although the events recorded and analyzed are described as "microseismic" events.

## REFERENCES

Adushkin, V.V., V.N. Rodionov, S. Turuntnev, and A.E. Yodin. 2000. Seismicity in the oil field. *Oilfield Review* Summer:2-17.

Ake, J., K. Mahrer, D. O'Connell, and L. Block. 2005. Deep-injection and closely monitored induced seismicity at Paradox Valley, Colorado. *Bulletin of the Seismological Society of America* 95(2):664-683.

Armbruster, J.G., L. Seeber, and K. Evans. 1987. The July 1987 Ashtabula earthquake (mb) 3.6 sequence in northeastern Ohio and a deep fluid injection well. Abstract. *Seismological Research Letters* 58(4):91.

Baisch, S., M. Bohnhoff, L. Ceranna, Y. Tu, and H.-P. Harjes. 2002. Probing the crust to 9-km depth: Fluid-injection experiments and induced seismicity at the KTB superdeep drilling hole, Germany. *Bulletin of the Seismological Society of America* 92(6):2369-2380.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113195

Induced Seismicity Potential in Energy Technologies

## APPENDIX C

Bommer, J.J., S. Oates, J.M. Cepeda, C. Lindholm, J. Bird, R. Torres, G. Marroquin, and J. Rivas. 2006. Control of hazard due to seismicity induced by a hot fractured rock geothermal project. *Engineering Geology* 83:287–306.

Bou-Rabee, F. 1994. Earthquake recurrence in Kuwait induced by oil and gas extraction. *Journal of Petroleum Geology* 17(4):473-480.

Chabora, E., E. Zemach, P. Spielman, P. Drakos, S. Hickman, S. Lutz, K. Boyle, A. Falconer, A. Robertson-Tait, N.C. Davatzes, P. Rose, E. Majer, and S. Jarpe. 2012. Hydraulic Stimulation of Well 27-15, Desert Peak Geothermal Field, Nevada, USA. *Proceedings of the Thirty-Seventh Workshop on Geothermal Reservoir Engineering.* Stanford University, CA, January 30-February 1.

Cox, R.T. 1991. Possible triggering of earthquakes by underground waste disposal in the El Dorado, Arkansas area. *Seismological Research Letters* 62(2):113-122.

Davis, S.D., and W.D. Pennington. 1989. Induced seismic deformation in the Cogdell oil field of West Texas. *Bulletin of the Seismological Society of America* 79(5):1477-1494.

Davis, S.D., P. Nyffenegger, and C. Frohlich. 1995. The 9 April 1993 earthquake in south-central Texas: Was it induced by fluid withdrawal? *Bulletin of the Seismological Society of America* 85(6):1888-1895.

de Pater, C.J, and S. Baisch. 2011. Geomechanical Study of Bowland Shale Seismicity, Synthesis Report. Cuadrilla Resources Ltd. Available at http://www.cuadrillaresources.com/wp-content/uploads/2012/02/Geomechanical-Study-of-Bowland-Shale-Seismicity_02-11-11.pdf (accessed July 12, 2012).

Doser, D.I., M.R. Baker, M. Luo, P. Marroquin, L. Ballesteros, J. Kingwell, H.L. Diaz, and G. Kaip. 1992. The not so simple relationship between seismicity and oil production in the Permian Basin, West Texas. *Pure and Applied Geophysics* 139(3/4):481-506.

Evans, K.F., A. Zappone, T. Kraft, N. Deichmann, and F. Moia. 2012. A survey of the induced seismic responses to fluid injection in geothermal and $CO_2$ reservoirs in Europe. *Geothermics* 41:30-54.

Foulger, G.R., B.R. Julian, and F.C. Monastero. 2008. Seismic monitoring of EGS tests at the Coso geothermal area, California, using accurate MEQ locations and full moment tensors. *Proceedings of the Thirty-Third Workshop on Geothermal Reservoir Engineering,* Stanford University, CA, January 28-30.

Frohlich, C., C. Hayward, B. Stump, and E. Potter. 2010. The Dallas-Fort Worth earthquake sequence: October 2008-May 2009. *Bulletin of the Seismological Society of America* 101(1):327-340.

Genmo, Z., C. Huaran, M. Shuqin, and Z. Deyuan. 1995. Research on earthquakes induced by water injection in China. *Pure and Applied Geophysics* 145(1):59-68.

Giardini, D. 2011. Induced Seismicity in Deep Heat Mining: Lessons from Switzerland and Europe. Presentation to the National Research Council Committee on Induced Seismicity Potential in Energy Production Technologies, Washington, DC, April 26.

Gomberg, J., and L. Wolf. 1999. Possible cause for an improbable earthquake: The 1997 Mw 4.9 southern Alabama earthquake and hydrocarbon recovery. *Geology* 27(4):367-370.

Grasso, J.-R. 1992. Mechanics of seismic instabilities induced by the recovery of hydrocarbons. *Pure and Applied Geophysics* 139(3/4):506-534.

Grasso, J.-R., and G. Wittlinger. 1990. Ten years of seismic monitoring over a gas field. *Bulletin of the Seismological Society of America* 80:2450-2473.

Guha, S.K. 2000. *Induced Earthquakes.* Dordrecht, the Netherlands: Kluwer Academic Publishers.

Healy, J.H., W.W. Rubey, D.T. Griggs, and C.B. Raleigh. 1968. The Denver earthquakes. *Science* 161:1301-1310.

Herrmann, R.B., S.-K. Park, and C.-Y. Wang. 1981. The Denver earthquakes of 1967-1968. *Bulletin of the Seismological Society of America* 71(3):731-745.

Holland, A. 2011. Examination of Possibly Induced Seismicity from Hydraulic Fracturing in the Eola Field, Garvin County, Oklahoma. Oklahoma Geological Survey Open-File Report OF1-2011. Available at www.ogs.ou.edu/pubsscanned/openfile/OF1_2011.pdf (accessed July 12, 2012).

Horner, R.B., J.E. Barclay, and J.M. MacRae. 1994. Earthquakes and hydrocarbon production in the Fort St. John area of northeastern British Columbia. *Canadian Journal of Exploration Geophysics* 30(1):39-50.

Horton, S. 2012. Disposal of hydrofracking-waste fluid by injection into subsurface aquifers triggers earthquake swarm in central Arkansas with potential for damaging earthquake. *Seismological Research Letters* 83(2):250-260.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113196

Induced Seismicity Potential in Energy Technologies

*Appendix C*

Howe, A.M., C.T. Hayward, B.W. Stump, and C. Frohlich. 2010. Analysis of recent earthquakes in Cleburne, Texas (Abstract). *Seismological Research Letters* 81:379.

Julian, B.R., G.R. Fouilger, and F. Monastero. 2007. Microearthquake moment tensors from the Coso geothermal field. Proceedings, 32nd Workshop on Geothermal Reservoir Engineering, Stanford University, CA, January 22-24.

Kaieda, H., S. Shunji Sasaki, and D. Wyborn. 2010. Comparison of characteristics of micro-earthquakes observed during hydraulic stimulation operations in Ogachi, Hijiori and Cooper Basin HDR projects. Proceedings, World Geothermal Congress, Bali, Indonesia, April 25-29.

Keller, G.R., A.M. Robers, and C.D. Orr. 1987. Seismic activity in the Permian Basin area of west Texas and southeastern New Mexico, 1975-1979. *Seismological Research Letters* 58(2):63-70.

Kouznetsov, O., V. Sidorov, S. Katz, and G. Chilingarian. 1994. Interrelationships among seismic and short-term tectonic activity, oil and gas production, and gas migration to the surface. *Journal of Petroleum Science and Engineering* 13:57-63.

Kovach, R.L. 1974. Source mechanisms for Wilmington oil field, California, subsidence earthquakes. *Bulletin of the Seismological Society of America* 64(3):699-711.

Kugaenko, Y., V. Saltykov, and V. Chebrov. 2005. Seismic situation and necessity of local seismic monitoring in exploited Mutnovsky steam-hydrothermal field (southern Kamchatka, Russia). Proceedings, World Geothermal Congress, Antalya, Turkey, April 24-29.

Lei, Z., G. Yu, S. Ma, X. Wen, and Q. Wang. 2008. Earthquakes induced by water injection at ~3 km depth within the Rongchang gas field, Chongqing, China. *Journal of Geophysical Research* 113:B10310.

Majer, E.L., R. Baria, M. Stark, S. Oates, J. Bommer, B. Smith, and H. Asanuma. 2007. Induced seismicity associated with enhanced geothermal systems. *Geothermics* 36(3):185-222.

McGarr, A. 1991. On a possible connection between three major earthquakes in California and oil production. *Bulletin of the Seismological Society of America* 81(3):948-970.

Nicholson, C., and R.L. Wesson. 1990. Earthquake Hazard Associated with Deep Well Injection—A Report to the US Environmental Protection Agency. U.S. Geological Survey Bulletin 1951, 74 pp.

Nicholson, C., and R.L. Wesson. 1992. Triggered earthquakes and deep well activities. *Pure and Applied Geophysics* 139(3/4):562-578.

Ohtake, M. 1974. Seismic activity induced by water injection at Matsushiro, Japan. *Journal of Physics of the Earth* 22(1):163-176.

Pennington, W.D., S.D. Davis, S.M. Carlson, J. DuPree, and T.E. Ewing. 1986. The evolution of seismic barriers and asperities caused by the depressuring of fault planes in oil and gas fields of south Texas. *Bulletin of the Seismological Society of America* 76(4):939-948.

Rothe, G.H., and C.-Y. Lui. 1983. Possibility of induced seismicity in the vicinity of the Sleepy Hollow oil field, southwestern Nebraska. *Bulletin of the Seismological Society of America* 73(5):1357-1367.

Shouzhong, D., Z. Huanpeng, and G. Aixiang. 1987. Rare seismic clusters induced by water injection in the Jiao well 07 in Shengli oil field. *Earthquake Research in China* 1:313.

Smirnova, M.N. 1968. Effect of earthquakes on the oil yield of the Gudermes field (northeastern Caucasus). *Izvestiya, Earth Physics* 12:760-763.

Sze, E.K.-M. 2005. Induced seismicity analysis for reservoir characterization at a petroleum field in Oman. Ph.D. thesis, Massachusetts Institute of Technology, Cambridge.

van Eck, T., F. Goutbeek, H. Haak, and B. Dost. 2006. Seismic hazard due to small-magnitude, shallow-source, induce earthquakes in the Netherlands. *Engineering Geology* 87(1-2):105-121.

Wetmiller, R.J. 1986. Earthquakes near Rocky Mountain House, Alberta and their relationship to gas production facilities. *Canadian Journal of Earth Sciences* 23. 172 pp.

Zoback, M.D., and J.C. Zinke. 2002. Production-induced normal faulting in the Valhall and Ekofisk oil fields. *Pure and Applied Geophysics* 159:403-420.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113197

Induced Seismicity Potential in Energy Technologies

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113198

Induced Seismicity Potential in Energy Technologies

APPENDIX D

*Letters between*
*Senator Bingaman and*
*Secretary Chu*

5yec-8010-010389

**United States Senate**

COMMITTEE ON
ENERGY AND NATURAL RESOURCES

Washington, DC 20510-6150

ENERGY.SENATE.GOV

June 17, 2010

The Honorable Steven Chu
Secretary of Energy
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Dear Mr. Secretary:

Many of the next generation energy technologies vital for our country's future require the injecting of fluids – be they water, carbon dioxide, or other mixes – deep into the earth's subsurface. Geothermal energy extraction, geologic carbon sequestration, hydraulic fracturing to extract natural gas from shales, and enhanced oil recovery all require the injection and movement of fluids deep underground, a process that by its very nature may induce seismic activity. I understand that the Department of Energy has recently initiated studies in several of its offices and programs to address the issue of induced seismicity, and I commend those efforts.

I am writing to ask that the Department of Energy, in cooperation with the Department of the Interior and all other relevant agencies, initiate a comprehensive and independent National Academy of Sciences and the National Academy of Engineering study to examine the possible scale, scope, and consequences of seismicity induced by energy technologies. Though oil and natural gas extraction processes have moved fluids through the ground for many decades without significant seismic consequences, the prospect of greatly increased deployment of these new energy technologies in the coming years, coupled with a commensurate rising public concern about their safety, makes it necessary to now better understand the nature and scale of seismicity that may be induced by all subsurface energy activity.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113199

Induced Seismicity Potential in Energy Technologies

APPENDIX D

Recent studies such as the 2010 joint University of Texas – Southern Methodist University article by Cliff Frohlich et al. regarding the correlations of seismic activity with natural gas extraction activities in Texas, and the 2007 study led by Ernest L. Majer of the Lawrence Berkeley National Laboratory entitled, "Induced Seismicity Associated with Enhanced Geothermal Systems," indicate a possible link between energy-related subsurface fluid movement and increased seismic activity. Importantly, both studies found that all recorded earthquakes that may have been induced by energy projects were small (less than 4.6 on the Richter scale) and had few or no significant impacts on human health or property. However, both studies emphasize that a more extensive, thorough, and definitive study is necessary to fill gaps in existing knowledge, such as how subsurface energy activities interact with existing geologic stresses to increase or decrease the risk of induced seismic events.

Such a comprehensive study – conducted by the scientifically trusted, nationally recognized, and independent National Academies – will give policymakers the information they need to develop better safety guidelines and regulations for these important energy technologies. It will also provide energy developers with tools to implement appropriate risk mitigation efforts and to choose safe sites for new projects, and arm the public with the information they need to be confident in the safety of their homes and families.

Much of public opposition to the deployment of advanced energy technologies in the United States stems from a lack of clear, trusted information regarding the safety of those new energy facilities for the local communities that are their neighbors. A National Academies study can provide information to these concerned communities – whether near a new geothermal facility tapping heat trapped deep in the earth, a carbon sequestration site storing carbon dioxide underground to facilitate a new clean coal future, a drill rig extracting the newfound riches of America's shale gas, or an aging domestic oil well rejuvenated by enhanced recovery techniques that replaces foreign oil with domestic production – and allow America to proceed safely and with confidence to a cleaner and more secure energy future.

I appreciate your consideration of this request, and look forward to working with you on this.

Sincerely,

Jeff Bingaman
Chairman

*208*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0113200

Induced Seismicity Potential in Energy Technologies

*Appendix D*



EXEC-2010-010389

Department of Energy
Washington, DC 20585

June 24, 2010

The Honorable Jeff Bingaman
United States Senate
Washington, DC 20510

Dear Senator Bingaman:

Thank you for your June 17, 2010, letter to Secretary Chu asking that the Department of Energy (DOE), in cooperation with the Department of the Interior and all other relevant agencies, initiate a comprehensive and independent National Academy of Sciences and National Academy of Engineering study to examine the possible scale, scope, and consequences of seismicity induced by energy technologies. As you noted, geothermal energy extraction, geologic carbon sequestration, hydraulic fracturing to extract natural gas from shales, and enhanced oil recovery all require the injection and movement of fluids deep underground that may induce seismic activity. DOE has initiated studies in several program areas to address the issue of induced seismicity, but more extensive, thorough, and definitive study is warranted to fill gaps in existing knowledge.

A comprehensive and independent National Academy of Sciences and National Academy of Engineering study of this subject should be undertaken. Enhanced oil recovery and other processes have required movement of fluids deep underground for many years without significant seismic consequences. However, future increased deployment of new energy technologies, combined with possible increased public concern about safety issues, make an independent study appropriate to provide a better understanding of the nature and scale of seismicity that may be induced by all subsurface energy activity.

DOE, in cooperation with the Department of the Interior and other appropriate agencies, will initiate activities to proceed with a comprehensive study, to be conducted by the National Academies, that will give policymakers the information necessary to develop safety guidelines and regulations for these important energy technologies. The resulting study will also provide energy developers with information needed for risk mitigation efforts and to choose safe sites for new projects.

It is understood that public opposition to the deployment of advanced energy technologies in the United States derives, in part, from a perceived lack of trusted information regarding the safety of those new energy facilities by their local neighborhood communities. You can rest assured that the Department will continue its efforts to provide the most accurate, trusted information possible regarding the safety of those new energy facilities to the public. The proposed

*209*

Copyright © National Academy of Sciences. All rights reserved.