The North Fork Alternative Plan recognizes the important features and resources that make the North Fork Valley a special place. The North Fork Alternative Plan would protect these important resources from oil and gas leasing and development, which has been known to cause air and water pollution and has the potential to harm the area's robust and diverse agricultural operations and economy.

The Bureau of Land Management Uncompahgre Field Office should adopt the North Fork Alternative Plan into its revised Resource Management Plan for public lands and federal minerals in the North Fork Valley. Doing so will protect real estate values and sales from the negative impacts of oil and gas development.

Sincerely,

Realtors in the North Fork Valley

Bob Lario

Shari Davis

Nancy Wood

Marsha Jackson

Myles Roberts

Mark Shaffer

Bernadette Stech

David B. Mitchell

Linda Lario

Doris Danielsen

Bert Sibley

Mike Jackson

Bob Bennetta

Liz Heidrick

Glenda Bailey

Cathy Smith

Cc:  Neil Kornze, Principal Deputy Director
U.S. Senator Mark Udall
U.S. Senator Michael Bennet
U.S. Representative Scott Tipton
Colorado State Senator Gail Schwartz
Colorado State Representative Millie Hamner
Mike King, Director, Colorado Department of Natural Resources
Paonia Town Council
Hotchkiss Town Council
Crawford Town Council
Delta County Board of County Commissioners
Gunnison County Board of County Commissioners

BLM_0113807



Director Helen Hankins
U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80202

Field Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Office
2505 S. Townsend Ave.
Montrose, CO 81401

June 15, 2013

### The North Fork Alternative Plan is Good for Agriculture

We are local farmers, ranchers, and growers writing to support the North Fork Alternative Plan– which provides an oil and gas management framework for leasing and development that is highly protective of the valley's agricultural resources.  As the U.S. Bureau of Land Management revises its Resource Management Plan (RMP) for the Uncompahgre Field Office, we urge that the agency adopt the strong protections proposed in the North Fork Alternative Plan.

The North Fork's public lands surround the small, family farms, which occupy many of the lands along the middle and lower portions of the North Fork and Smith Fork valleys, and these operations rely on the health and quality of these surrounding and nearby public lands.  These public lands contribute to the unique character and quality of our community, and include major water sources, our primary irrigation canals and ditches, grazing permits and ranching operations.

Agriculture in the area considered in the North Fork Alternative Plan unites a century-old tradition with new and emerging trends, and the changing value placed in high-quality, carefully produced food.  This area is known in particular for its high concentration of small and specialty agriculture with a traditional emphasis on orchards and an emerging recognition for vineyards, wineries, organic produce, local meats, and sustainable farming.   Over ninety percent of the farms are family or individually operated.

Oil and gas development here—and the introduction of an industrial activity, exposure to toxins and unhealthy air, and contamination of surface and ground water—raises significant risk of harmful impact to our operations and livelihoods.  The North Fork Alternative Plan places the strongest level of protections around our agricultural lands and water sources and supplies.  That makes sense for protecting the existing economy and residents of the valley.

Regarding two issues specifically 'Agriculture' and 'Water Supply' the North Fork Alternative Plan would provide the following protections:

- NO SURFACE OCCUPANCY (NSO) stipulations within ¼ mile of any Prime and Unique farmlands, livestock operations and ranches, traditional and organic farms and orchards, and the West Elks American Viticultural Area
- NO LEASING within ¼ - mile of any municipal or private water system including intakes and springs; NSO stipulations within ½-mile of any private well, municipal or private water system, including ditches with domestic water decrees; NSO stipulations within ¼ - mile of any dam, ditch, irrigation intake, canal or other water conveyance

BLM_0113808

The North Fork Alternative Plan recognizes the important features and resources that make Paonia and the North Fork Valley a special place. The North Fork Alternative Plan would protect these important resources from oil and gas leasing and development, which has been known to cause air and water pollution and has the potential to harm the area's robust and diverse agricultural operations and economy.

The Bureau of Land Management Uncompahgre Field Office should adopt the North Fork Alternative Plan into its revised Resource Management Plan for public lands and federal minerals in the North Fork.

Regards,


Mark Waltermire and Katie Dean
Thistle Whistle Farm
10872 3500 Road
Hotchkiss, CO 81419

Wendy Mitchell
Avalanche Cheese Company
11510 Crawford Road
Paonia, CO 81428

Emily Hartnett
Terra Fata Farm
41474 Red's Road
Paonia, CO 81428

Schuyler Jelsma
Pristine Valley Farm
14609 Peony Lane
Paonia, CO 81428

Monica and Wayne Wiitanen, Scott Horner
Small Potatoes Farm
40575 O Road
Paonia, CO 81428

Eugenie (Oogie) McGuire
Desert Weyr
16870 Garvin Mesa Road
Paonia, CO 81428

Elena Goldstein
P. Monkey Ranch
38324 Saddle Mountain Road
Crawford, CO 81415


Cc:    Neil Kornze, Principal Deputy Director, U.S. BLM
       U.S. Senator Mark Udall
       U.S. Senator Michael Bennet
       U.S. Representative Scott Tipton
       Colorado State Senator Gail Schwartz
       Colorado State Representative Millie Hamner
       Mike King, Director, Colorado Department of Natural Resources
       Paonia Town Council
       Hotchkiss Town Council
       Crawford Town Council
       Delta County Board of County Commissioners
       Gunnison County Board of County Commissioners

Bureau of Land Management
Uncompahgre Field Office
Department of the Interior
c/o Barbara Sharrow
2465 South Townsend Avenue
Montrose, CO 81401

Dear Ms.Sharrow,

The intent of this letter is to affirm our support of the North Fork Alternative Plan and its inputs to the revision of the Uncompahgre Field Office Resource Management Plan.

The West Elks American Viticultural Area (AVA) is one of approximately 200 AVA's designated by the United States Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau (TTB). It is one of only two such areas within Colorado and, as such, recognizes a geographic area possessing a unique combination of climate, geology, soils, physical features, and elevation. The TTB, by its recognition of the AVA, acknowledges that these distinguishing features impart unique, identifiable characteristics to the wine produced from grapes grown in this region. The North Fork Alternative Plan recognizes these characteristics and provides specific protections for them.

The wineries in the North Fork depend upon the public lands surrounding us to provide clean, reliable drinking and processing water and to provide clean, reliable irrigation water. As an agritourism industry, we depend upon our unspoiled vistas, our unpolluted air, our bucolic atmosphere, our dark night skies, and our quiet background to attract customers to our tasting rooms. The North Fork Alternative Plan acknowledges this dependency and calls for specific protections for these features.

The North Fork Alternative Plan is the culmination of a year-long effort by a diverse group of citizens concerned with the pace of, and process behind, oil and gas exploration and development on public lands surrounding our valley. The members of the West Elks Winery Association endorse this grass roots effort and ask the BLM to incorporate the suggestions contained therein into the revised Resource Management Plan.

Respectfully,

The Wineries of the West Elks American Viticultural Area

BLM_0113810

Rob Kimball
5680' Vineyards

Yvon Gross and Joanna Reckert
Leroux Creek Vineyards

Eames and Pam Peterson
Alfred Eames Cellars

Scott and Lisa Fairbank
Liliputian Winery

Ty and Helen Gillespie
Azura Cellars

Wink Davis and Max Eisle
Mesa Winds Winery

Lee and Kathy Bradley
Black Bridge Winery

Steve Rhodes
S. Rhodes Vineyard

Jeff and Tracey Schwartz
Delicious Orchards

Brent and Karen Helleckson
Stone Cottage Cellars

Larry and Nina Parker
Fire Mountain Vineyard

John and Joan Mathewson
Terror Creek Winery

Cc:     Lori Armstrong, BLM District Manager
        Helen Hankins, BLM Colorado State Director
        Neil Kornze, BLM Principal Deputy Director
        U.S. Senator Mark Udall
        U.S. Senator Michael Bennet
        U.S. Representative Scott Tipton
        Colorado State Senator Gail Schwartz
        Colorado State Representative Millie Hamner
        Mike King, Director, Colorado Department of Natural Resources
        Paonia Town Council
        Hotchkiss Town Council
        Crawford Town Council
        Delta County Board of County Commissioners
        Gunnison County Board of County Commissioners

BLM_0113811



WESTERN
COLORADO
CONGRESS

*An Alliance for Community Action*

TO: Citizens for a Healthy Community
    Western Slope Conservation Center


November 13, 2013


Dear Conservation Partners:


I am pleased to inform you that the Western Colorado Congress unanimously endorsed the North Fork Alternative Plan at its November 10, 2013 board meeting, to be considered by the Uncompahgre BLM as a viable option for inclusion in its draft Resource Management Plan.

WCC is hopeful that the North Fork Alternative, which resulted from a collaborative stakeholder process and enjoys wide-based support in the North Fork and elsewhere, will be given serious consideration as a sincere effort to protect both citizens and and natural resources from the impacts of energy extraction. Western Colorado Congress will do what it can to support its viability during the next steps of the process.


Best wishes for success,


*Rein van West*

Rein van West
Board Chair, Western Colorado Congress


Community Alliance of the Yampa Valley · *Routt County*  Ridgway-Ouray Community Council · *Ouray County*
Grand Valley Citizens Alliance · *Garfield County*     Uncompahgre Valley Association · *Montrose County*
Western Colorado Congress of Mesa County

☑ WCC is a member group of the *Western Organization of Resource Councils* and *Community Shares of Colorado*

134 North Sixth Street
PO Box 1931
Grand Junction, CO  81502
970-256-7650; 970-245-0686 fax
info@wccongress.org

BLM_0113812



# The North Fork Alternative Plan: A Proposal to the BLM for Managing Oil and Gas Development in the North Fork Valley

DECEMBER 2013

BLM_0113813

## Executive Summary

The North Fork Alternative Plan (NFAP) is a resource-based set of recommendations provided to the U.S. Bureau of Land Management (BLM) as guidance regarding oil and gas leasing and development for BLM lands and minerals in the North Fork and Smith Fork drainages of the Gunnison River, primarily in Delta and Gunnison Counties of Colorado ("the North Fork" or "North Fork Project Area").

*Figure A - The North Fork Alternative Plan Management Area.*



The recommendations of the NFAP would apply only to the BLM minerals and surface lands (BLM surface shown in light brown, with BLM minerals shown in cross-hatching). The locator map depicts the North Fork project area outlined in red within the BLM-UFO (light brown). The NFAP recommendations would not apply to U.S. Forest Service lands (green) or private lands/minerals (white with no cross-hatching).

The NFAP forms one piece of a Resource Management Plan revision covering the entire BLM Uncompahgre Field Office, and proposes a set of recommendations under **six specific management zones** to protect the North Fork's (1) economies of agriculture and coal mining, (2) water supplies, (3) schools, parks and other community areas, (4) rivers and riparian areas, (5) important wildlife habitat, and (6) sensitive soils and geology. The NFAP also proposes **two special management designations** aimed to protect the scenic quality of the North Fork Valley as well as to ensure continuation of the popular recreational use of the Jumbo Mountain area near Paonia.

North Fork Alternative Plan

BLM_0113814

## The North Fork Alternative Plan Context and Background

The NFAP was developed with the input of a set of stakeholders representing agricultural, tourism, realty, businesses, and conservation organizations.  It came about through a process that identified key resources, land uses, and values of the North Fork which could be impacted by oil and gas development, and applying protection to those through management stipulations that would close certain areas of public lands and minerals to oil and gas leasing, and would impose development setbacks with strict surface restrictions in places where leasing might be allowed to occur.

The BLM-UFO administers over two million acres of federal minerals and nearly one million acres of public lands. The NFAP area comprises about 7% of the BLM-UFO lands and less than one percent (0.7 %) of the BLM lands in the state.  BLM lands represent a crucial piece of the North Fork Valley but make up less than ten percent of the overall project area (see Table A below).

*TABLE A – The North Fork Alternative Plan Project Area Acreages*

| BLM Lands/Minerals in Colorado and the Uncompahgre Field Office | acres |
|---|---|
| BLM Lands in Colorado | 8,349,000 |
| BLM Lands in the Uncompahgre Field Office | 926,655 |
| BLM Minerals in Colorado | 27,100,000 |
| BLM Minerals in Uncompahgre Field Office | 2,443,186 |
| **North Fork Alternative Plan Project Area** | **acres** |
| **Lands in the North Fork Alternative Plan Project Area** | **692,482** |
| National Forest Lands in North Fork Project Area | 384,311 |
| Private land in North Fork Project Area | 207,087 |
| North Fork Project Area BLM Surface | 63,391 |
| **BLM Fluid Minerals in the North Fork** | **137,612** |
| BLM lands with minerals | 63,391 |
| Split Estate' minerals (BLM minerals/Private or other non-Federal surface) | 74,221 |
| **Existing Oil and Gas Leases in the North Fork** | **acres** |
| **Currently Leased Lands/Fluid Minerals in the North Fork** | **151,895** |
| North Fork BLM surface leased | 13,049 |
| North Fork National Forest surface leased | 90,801 |
| North Fork Split Estate leased (private surface/Federal minerals) | 47,251 |
| North Fork Split Estate leased (other surface/Federal minerals) | 794 |

The North Fork's BLM lands are closely connected with the valley's human environment, towns, farms, water supplies, residences, and businesses.  Although it affects only a fraction of the public lands and minerals managed by the BLM-UFO, the NFAP focuses on an area with a concentration of resources, heavy public utilization already, and high public value.  It is within the BLM's authority to implement the North Fork Alternative Plan, which comprises a reasonable, prudent, and narrowly crafted component of the final management plan for the public lands in the North Fork Valley.

BLM_0113815

## North Fork Alternative Plan Management Recommendations

The NFAP includes the application of a range of specific oil and gas stipulations to protect the resources, values, and uses of the public lands and lands associated with BLM fluid minerals in the North Fork Valley.  These stipulations are based on known best management practices, existing or recommended stipulations, state regulations, proposed rulemakings, among other sources. The oil and gas stipulations range from NO LEASING to LEASING with surface use restrictions, described basically as follows:

- NO LEASING: Lands/minerals are not available for oil and gas leasing.
- LEASING-NSO: Leasing with mandatory (non-modifiable, non-waivable, and non-exemptible) No Surface Occupancy stipulations (NSO); the minerals are available but the lessee has no right to occupy the surface.  This means that no temporary or permanent facility can be located on the public lands wherever the stipulation is in effect; and, for non-federal, split-estate land with BLM minerals, the lease carries no right for the lessee to access or disturb the surface.
- LEASING-CSU/TL: Leasing with Controlled Surface Use (CSU)/Timing Limitations (TL), the minerals are available with restrictions that require additional measures or seasonal restrictions.

### Proposed Management Zones

**Mining & Agriculture Management Zone** would protect coal mining and agriculture from the risks associated with oil and gas development.

- NO LEASING within ¼-mile of active or existing coal leases, except to facilitate capture and commercial use of coal mine methane.
- LEASING-NSO within ¼-mile of any Prime and Unique farmlands, livestock operation, any organic or conventional farm, ranch, or orchard and the West Elks American Viticultural Area.

**North Fork Valley Towns, Schools & Community Management Zone** would keep development away from busy community areas to better protect public health and safety as well as quality-of-life.

- NO LEASING within ½-mile of the Crawford, Hotchkiss, and Paonia town limits
- LEASING-NSO within ¼-mile around community facilities:
  - North Fork Swimming Pool (33 Bulldog St., Hotchkiss, CO 81419)
  - Crawford School (51 Fir Ave., Crawford, CO 81415)
  - Hotchkiss High School (438 Bulldog St., Hotchkiss, CO 81419)
  - North Fork Community Montessori School (397 Bulldog St., Hotchkiss, CO 81419)
  - The North Fork Recycling Center (36577 K50 Rd., Hotchkiss, Colorado)

**Clean & Dependable Water Supply Management Zone** would protect the water sources and supplies for area towns, farms, residents, and businesses.

- NO LEASING within ¼-mile of municipal or private water systems.
- LEASING-NSO within ½-mile of any private well, municipal or private water system, including ditches.  LEASING-NSO within ¼-mile of any dam, ditch, irrigation intake, canal or other water conveyance.

BLM_0113816

**River Areas & Riparian Corridors Management Zone** would protect the land immediately adjacent to rivers and riparian areas, which are critical to wildlife, to protecting water quality, and for recreation.

- NO LEASING within ½-mile of rivers and water bodies.
- LEASING-NSO within 1-mile of the North Fork and Smith Fork of the Gunnison Rivers.

**Wildlife Management Zone** would protect important wildlife habitats in the area.

- LEASING-NSO for critical habitat including important range for elk and mule deer, migration routes, and raptor nest sites.
- LEASING-NSO within ½-mile of streams or river segments that provides habitat for native trout.
- LEASING-TL for other habitat during critical seasons per Colorado Parks & Wildlife recommendations.

**Landscape Management Zone** would protect water quality from downstream impacts associated with selenium loading from Mancos soils, and would protect against geologic hazards.

- NO LEASING within lands identified as high and very-high potential for selenium loading.
- LEASING-NSO for lands with Mancos Shale soils within an additional ¼-mile of lands with high and very-high potential for selenium loading.
- LEASING-NSO for all areas with medium to high geologic hazard.
- LEASING-CSU/TL for areas with low to medium geologic hazard.

### Special Management and Resources Designations

**Jumbo Mountain Special Recreation Management Area** would protect outstanding recreational opportunities in the area, Jumbo Mountain would be designated as a Special Recreation Management Area (SRMA) with surface oil and gas development prohibited.

- LEASING-NSO within the Jumbo Mountain SRMA.

**Visual Resource Management** would protect top quality, nearby scenic resources subject to high public sensitivity, recommended Visual Resource Management for the North Fork would apply a VRM Class II designation to the following lands, with the following management prescriptions:

- NO LEASING of select prominent landscape features.
- LEASING-NSO within 1-mile of travel and scenic corridors.
- LEASING-CSU with other VRM-specific Conditions of Approval for all other lands associated with BLM minerals visible from important vistas and travel corridors.

### Support for the North Fork Alternative Plan

- Valley Organics Growers Association
- West Elks Winery Association
- Town of Paonia
- Town of Crawford
- Paonia Chamber of Commerce
- Western Colorado Congress
- North Fork Realtors
- Citizens for a Healthy Community
- Western Slope Conservation Center
- Western Colorado Congress
- More than 600 local residents

BLM_0113817

# Table of Contents

Executive Summary ........................................................................................................................ 1

Table of Contents ......................................................................................................................... 5

Acknowledgments ........................................................................................................................ 7

List of Commonly Used Acronyms ............................................................................................... 8

Introduction: Project Area & Alternative Plan Background ........................................................ 10

    Purpose & Need ....................................................................................................................... 10

    Background: BLM Lands in the North Fork Valley ..................................................................... 15

        History of the North Fork Valley ........................................................................................ 16

        The North Fork Today & Tomorrow .................................................................................. 19

    Management Authority and Rationale behind the North Fork Alternative Plan .................................. 21

        North Fork Valley BLM Lands Are Already Heavily Utilized & Highly Valued ...................... 23

        FLPMA Land Use Planning Requires Careful Consideration of Public Input, & Changing Uses/Values of Public Lands ................................................................................................ 25

    North Fork Alternative Plan Methodology ............................................................................... 26

        A Note about Maps ........................................................................................................... 27

        Proactive Counter Proposal to the North Fork Oil and Gas Lease Sale ............................. 27

North Fork Alternative Plan Management Recommendations ..................................................... 30

    Proposed Management Zones ................................................................................................. 30

        Mining & Agriculture ......................................................................................................... 30

        Towns, Schools & Community .......................................................................................... 37

        Clean & Dependable Water Supply ................................................................................... 43

        Riparian Areas & River Corridors ...................................................................................... 53

        Wildlife ............................................................................................................................. 60

        Landscape ........................................................................................................................ 68

    Special management and resources designations ..................................................................... 75

        Visual Resource Management and the Jumbo Mountain Special Recreation Management Area ..... 75

        Special Designations on BLM and Adjacent Lands ............................................................. 76

        Jumbo Mountain Special Recreation Management Area .................................................... 77

        Visual Resource Management for the North Fork ............................................................. 81

    General Concerns & Management Recommendations .............................................................. 88

        Air Quality ........................................................................................................................ 88

BLM_0113818

Traffic .................................................................................................................................. 90

Degradation of Rural Character ........................................................................................... 92

Socio-Economics & Property Values ..................................................................................... 94

Recommended Best Management Practices ........................................................................ 100

Conclusion ................................................................................................................................. 101

Appendix A – Full Size Maps

Appendix B – Community Support & Documentation; Map Data Sources

Appendix C – Exhibits

BLM_0113819

## Acknowledgments

The North Fork Alternative Plan was crafted in conjunction with a stakeholder group representing agricultural, tourism, realty, businesses and conservation organizations, to present to the BLM for consideration in its land use plan revision.

**Stakeholder Representatives:**
- Daniel Feldman, Board Chair of Citizens for a Healthy Community
- Brent Helleckson, Owner of Stone Cottage Cellars, Member of the West Elks Winery Association, and Board Member of Citizens for a Healthy Community
- Pete Kolbenschlag, Owner of Mountain West Strategies
- Bob Lario, Majority Owner and Broker of Record, RE/MAX Mountain West
- John Moore, Board Chair of the Western Slope Conservation Center
- Jim Ramey, Director of Citizens for a Healthy Community
- Sarah Sauter, Executive Director of the Western Slope Conservation Center
- Tom Stevens, Owner of TA Stevens Ranch
- Mark Waltermire, Owner of Thistle Whistle Farm & President of Valley Organic Growers Association
- Nancy Wood, Broker Associate RE/MAX Mountain West

**Report Authors:** The primary authors of the North Fork Alternative Plan were Jim Ramey, Citizens for a Healthy Community and Pete Kolbenschlag, Mountain West Strategies.  John Moore, Western Slope Conservation Center and Barbara Hawke, formerly of Juniper Canyon Consulting also contributed certain sections.

**Cartography:** Sarah Sauter, Western Slope Conservation Center.

**Cover Photo:** Rita H. Clagett.

**Content Editors:** Daniel Feldman, Citizens for a Healthy Community; Sarah Sauter, Western Slope Conservation Center; and Kyle Tisdel, Western Environmental Law Center.

**Copy Editors:** Marilyn Stone and Mike Drake.

**Lay-out and Design:** Jim Ramey, Citizens for a Healthy Community.

BLM_0113820

## List of Commonly Used Acronyms

AVA – American Viticultural Area

BLM – Bureau of Land Management

BMDWD – Bone Mesa Domestic Water District

BMP – Best Management Practice

BOR – Bureau of Reclamation

CAS – Conservation Agreement and Strategy

CNHP – Colorado Natural Heritage Program

COAs – Conditions of Approval

CPW – Colorado Parks & Wildlife

CRCT – Colorado River Cutthroat Trout

CSU – Controlled Surface Use

DEIS – Draft Environmental Impact Statement

EA – Environmental Assessment

EIS – Environmental Impact Statement

FLPMA – Federal Land Policy and Management Act

FMC – Fire Mountain Canal

FONSI – Finding of No Significant Impact

GMUG – Grand Mesa, Uncompahgre, and Gunnison (National Forests)

KRCRA – Known Recoverable Coal Resource Area

MUSYA – Multiple Use and Sustained Yield Act

NEPA – National Environmental Policy Act

NFAP – North Fork Alternative Plan

NSO – No Surface Occupancy

PCA – Potential Conservation Area

RMP – Resource Management Plan

BLM_0113821

ROD – Record of Decision

SAP – Sustained Annular Pressure

SCP – Sustained Casing Pressure

SRMA – Special Recreation Management Area

TL – Timing Limitation

TU – Trout Unlimited

UFO – Uncompahgre Field Office

USDA – U.S. Department of Agriculture

USDOI – U.S. Department of Interior

USFS – U.S. Forest Service

VRM – Visual Resource Management

VOC – Volatile Organic Compound

BLM_0113822

# Introduction: Project Area & Alternative Plan Background

## Purpose & Need

The North Fork Alternative Plan (NFAP) is provided by stakeholders to offer additional guidance and recommendations to the Bureau of Land Management (BLM) regarding oil and gas leasing and development decision-making for BLM fluid minerals and the BLM public lands.  In particular, the NFAP focuses on those areas in the North Fork and Smith Fork watersheds of Delta and Gunnison Counties, Colorado that lie within the Uncompahgre Field Office (UFO) boundary.

The project area is shown in Figure 1 below.  Note that the recommendations of the NFAP would apply only to the BLM surface lands, shown in light brown, and to the cross-hatched public minerals.  The NFAP recommendations would not apply to a majority of the project area shown below; the NFAP would not apply to U.S. Forest Service (USFS) lands shown in green, private lands shown in white, and private minerals.

*Figure 1 - The North Fork Alternative Plan Project Area.*



BLM_0113823

To be clear, the NFAP management would only apply to BLM lands and BLM-administered mineral estate within the project area.  Figure 2 below highlights the BLM lands and minerals, outlined in black, to which the NFAP recommendations would apply.

*Figure 2 - BLM Lands & Minerals to which NFAP Management Would Apply, Highlighted in Black*



The NFAP was developed through the identification of key features, sensitive resources, and important attributes of the North Fork Valley that could be impacted by oil and gas leasing and development of the BLM lands (and lands with BLM-administered fluid minerals), and includes the application of a range of specific oil and gas stipulations to protect these critical resource values.[1]

It is important to note that there are many existing oil and gas leases in the North Fork area.  Figure 3 below shows existing leases in the project area.[2]

---

[1] Recommended management ranges from NO LEASING to LEASING with surface stipulations including NO SURFACE OCCUPANCY (NSO), CONTROLLED SURFACE USE (CSU), and TIMING LIMITATIONS (TL).

[2] Note: The existing lease data is from May 31, 2013.  A considerable number of the Oak Mesa leases have already expired, according to searches of BLM's LR2000 database system, and those expired leases are shown on the map.

North Fork Alternative Plan 

BLM_0113824

*Figure 3 - Existing Leases in the NFAP Project Area.*



Since these existing leases have already been issued, any oil and gas development that may occur there would be governed by the terms and stipulations of those leases. To the extent possible, the BLM should encourage companies to abide by the proposed management in the NFAP for any existing leases they hold within the NFAP project area. When existing leases expire, should those lands/minerals be eligible for leasing and if they are leased in the future, the management recommendations of the NFAP would apply.

The NFAP project area is but one component of the entire BLM Uncompahgre Field Office. In fact, within the NFAP project area, there are only 137,612 acres to which the management recommendations of the NFAP would apply. This compares to 926,655 acres of BLM surface lands, and 2,443,186 acres of BLM-administered mineral estate, in the entire UFO (see Table A in the Executive Summary for more figures and comparisons). Figure 4 below shows the NFAP project area, the NFAP management area (highlighted in black, cross-hatch), and the boundary of the UFO.

BLM_0113825

*Figure 4 - NFAP Management Area Compared to Entire Uncompahgre Field Office*



The NFAP identifies eight sets of resources that the BLM is obligated to protect and proposes rational and lawful solutions for protecting those resources with strong and consistent protections.  The NFAP utilized input from a broad set of stakeholders, as well as from documents and comments crafted and compiled during the previously proposed, and now deferred, North Fork lease sales.  This process identified key resources, land uses, and values that require careful consideration.  The resulting North Fork Alternative Plan groups its recommendations under **six specific management zones** to protect 1) the economies of agriculture and coal mining, 2) water supplies, 3) schools, parks and other community areas, 4) river and riparian areas, 5) important wildlife habitat, and 6) sensitive soils and geology; as well as **two special management designations** aimed to protect visual resources and the popular recreational use of the Jumbo Mountain area near Paonia.

While it does have the aggregate effect of closing a significant percentage of the North Fork's BLM lands and BLM-administered minerals to oil and gas leasing, the North Fork Alternative Plan would not forbid development entirely.  Where the NFAP does recommend an area be withdrawn from development, that recommendation is based on important and credible reasoning, which is well within the scope of the BLM's authority to implement.

BLM_0113826

The BLM has the authority to implement all portions of the NFAP.  Its features and proposed stipulations for specific resources are prudent and should be adopted into BLM's new Resource Management Plan (RMP) for the UFO.  A more detailed discussion regarding the rationale and development for the North Fork Alternative Plan follows under "Management Authority and Rationale" and "Methodology" in this section, below; and throughout the document in the various proposed management sections.

At its most fundamental level, the Federal Land Policy and Management Act (FLPMA), BLM's 'organic' act, requires that the BLM avoid harming the public's resources while allowing for a range of statutory



*Figure 5 - Dusk over the West Elks in autumn 2013. Credit: Jim Ramey.*



**Figure 6 -** To illustrate the importance of BLM lands on the scenic quality of the area, the red lands show BLM-administered lands and public minerals from the vantage point of the photo in Figure 5 above, taken from the West Elks Scenic Byway Loop, along Hwy 92 near Hotchkiss. Credit: Google Earth.

BLM_0113827

'multiple uses' and the harmonious and coordinated management of the various resources without impairment of the productivity of the land and the quality of the environment.[3]  Notably, however, FLPMA also provides for the BLM to manage multiple uses such that there is "use of some land for less than all of the resources" and "not necessarily to the combination of uses that will give the greatest economic return..."[4]

This mandate also requires the agency to have current land use plans in place to properly manage and protect resources and public uses.  In developing land use plans, the BLM must identify important resources, public uses, and values of the lands, particularly those that could be harmed by the agency's later management actions, so that it may apply proper stipulations and management tools.  Supporting the current economies—agriculture and coal mining—and protecting water supplies are top concerns of local residents, and are reflected in the NFAP.  In addition, many site-specific resource and community values are fundamental to maintaining the regional character, including the following:

- Keeping any industrial oil and gas development outside of the immediate zone of community and shared facilities, including schools and parks;
- Maintaining and enhancing recreational opportunities on the BLM lands;
- Preserving the visual appeal and highly scenic qualities of the North Fork Valley; and,
- Safeguarding important wildlife habitat, migration routes, and winter range.

These concerns are a priority for a broad range of individuals, agricultural operators, and business owners living and working in the North Fork Valley, as well as for cooperating agencies in the RMP revision process, such as the Town of Paonia, the Delta Conservation District, and Colorado Parks & Wildlife (CPW).

The BLM is statutorily obligated to manage for other resources, including recreation; range; timber; watershed; wildlife and fish; and natural scenic, scientific and historical values; in addition to minerals.[5]  The scuttled North Fork oil and gas lease sale (initially scoped in December 2011 and deferred a second time in February 2013) demonstrated a need to ensure that strong management for any potential oil and gas development is in place before such activity is even contemplated.  The North Fork needs and deserves a management plan that protects what exists today on and around the lands impacted by BLM minerals management, and that will sustainably manage those resources with an eye toward the future.

## Background: BLM Lands in the North Fork Valley

The North Fork communities of Crawford, Hotchkiss, and Paonia offer a unique, rural way of life in the Mountain West.  The area surrounding and between the towns, which each lie roughly ten miles apart,

---

[3] Federal Land Policy and Management Act of 1976, 43 U.S.C. § 1702 (2001), available at http://www.blm.gov/flpma/FLPMA.pdf (last visited Nov. 27, 2013).
[4] *Id.*
[5] *Id.*

BLM_0113828

has been referred to as "the golden triangle" by *Forbes Magazine* for its one of-a-kind appeal.[6]  As described by the town Chambers of Commerce on their shared website:

> The physical setting of the Valley—tucked between the mountains to the east, the Grand Mesa to the North, and the canyons and high desert of the southwest and west portions of the county make this a distinct sliver of paradise—and one with its own identity.  Since the 1880's, agriculture and animal husbandry have been not only a means of making a living, but have become enmeshed in the fabric of the community's identity.[7]

The North Fork's BLM lands are intermixed with private, commercial and municipal lands in the valley, part of a prized landscape of scenic, agricultural, natural, and historical value.[8]  These public resources and lands comprise an integral part of the valley, enhancing its visual appeal, supporting its local economies, and impacting the overall health of its other lands and the use of the lands themselves.  Local concerns are focused on protecting rural quality-of-life, agricultural resources, public health, and the highly scenic setting of the North Fork.

The BLM lands are interspersed throughout the Valley, and are adjacent and nearby to ranching and agricultural operations; provide access to coal reserves; encompass municipal watersheds; and are adjacent to wells that comprise the water sources for many valley residents.  The BLM lands also include valuable wildlife habitat and provide important hunting access.  Significant riparian areas exist along the North Fork and the Smith Fork Rivers, and along several creeks, that provide critical fish, wildlife and bird habitat, fishing access, and boating opportunities.  The Mancos Shale formation—highly erodible with high salt and selenium content—that is exposed on the surface in much of the valley is largely unstable geologically and poses unique management challenges.  These conditions have been the subject of a multi-agency, multi-year planning process.  Direct, indirect, and cumulative effects from BLM agency action have real potential to impact all these resources.

## History of the North Fork Valley
Although many people and many new businesses have relocated here bringing new ideas and economic activity, the North Fork Valley and Crawford Country are still places rooted in their past—with agricultural and coal mining providing the foundation for most of the economy.

> The pioneer spirit that created Delta County lives on today … Our history reflects a hard-won heritage of courage, ingenuity, labor, and love for the land.  It is a community heritage of loyalty and integrity that has captured the hearts of many families who,

---

[6] Lorraine Cademartori, *The best-kept secret in Colorado's second-home market? Delta County*, Forbes Magazine, Mar. 13, 2006, available at www.adventuremedianews.com/viewarticles.asp?ClientID=400&AID=425 (last visited July 24, 2013).
[7] North Fork Valley Combined Chambers of Commerce, *Heritage and History*, No date, available at www.northforkvalley.net/page.cfm?pageid=14736 (last visited Nov. 24, 2013).
[8] Uncompahgre Field Office, Bureau of Land Management, U.S. Department of Interior, Resource Management Plan Revision and Environmental Impact Statement: Final Scoping Summary Report (July 2010), available at www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/uncompahgre_field/rmp/rmp_docs.Par.81341.File.dat/Scoping_Report_FINAL_070710_508.pdf (last visited Nov. 24, 2013).

BLM_0113829

generation after generation, have invested their talents, their labor and their lives in the land and its people – farmers, ranchers, businessmen, miners, construction workers, engineers, parents and teachers...

Our history reflects a love of the landscape and a physical environment that is the result of millions of hours of work. Our roads, farms, and orchards, schools, churches, businesses, and irrigations systems—all are the result of a century-long story of community building. However, as important as the farms, ranches, orchards and our public lands are, our greatest natural resource will always be the people and the strength of our communities.[9]

Father Escalante and Father Dominguez were among the first Europeans to cross what is now known as the North Fork Valley in 1776. Enos Hotchkiss, the first non-native person to explore and settle in the valley in 1879, recognized the area's agricultural potential. As word quickly spread about the moderate climate and fertile soils, settlers were soon trekking over McClure Pass and Black Mesa to homestead in what is now the East Muddy, Crawford Country, and the North Fork Valley.

By 1892, Sam Hartman—an early "mover and shaker" cattleman and later director of Hotchkiss' first bank—was running nearly 2,000 head of cattle in Maher, putting up more than 800 tons of hay to feed more than 1,500 cattle through winter. Smaller ranches in the Muddy together grazed a similar number in summer and like ranchers still do today, wintered them in the North Fork Valley.

Orchardists planted the valley's first fruit trees in 1883. A decade later, the North Fork's fruit earned national and international recognition at the 1893 Chicago World's Fair and again in 1898, at the Trans-Mississippi and International Exposition in Omaha. The success prompted farmers to plant more fruit trees and led to the construction of the Western Slope's first canning facility.

The expanding fruit industry, hay crops, and pasture demanded more irrigated land. Farmers and ranchers built ditches to augment the high desert climate with average annual precipitation of only 15 inches. The twelve mile long Farmers' Ditch was constructed in 1893, diverting water two miles above Paonia and transporting it to Hansen Mesa. Farmers knew their economic prosperity depended on abundant, clean water. Shareholders excavated the Fire Mountain Canal (FMC) over five winters. They used no dynamite, as about sixty farmers, ranchers and their teams worked 12-hour days digging frozen ground to create a 32 mile ditch that brought water to Rogers Mesa.

Eastern markets demanded more North Fork fruit and farmers responded by planting more trees. Teamsters drove the fruit to the rail line in Delta until the rail company extended it to Somerset in 1903. More efficient transportation meant farmers could meet an ever-greater demand. In 1905, farmers shipped 200 rail cars of fruit from Hotchkiss. By 1917, 300 rail cars of apples and 400 rail cars of peaches were shipped from Paonia. Orchardists more than doubled that record in 1920 when 1,000 rail cars of fruit left Paonia for California in the west and as far east as Chicago.

---

[9] JIM WETZEL, A SPIRIT RETURNS (The Donning Company Publishers 2003).

BLM_0113830

### Generations of Agricultural Heritage



Steve Ela, a fourth-generation Delta County farmer, voiced his support for the North Fork Alternative:

**"The bottom line is that we are investing in our economy and our community for the long term. Please support the alternative plan and the protections it gives to our local communities and our local farms. Agriculture is here for the long term and will always be a mainstay of this area."**

Source: DELTA COUNTY INDEPENDENT, Nov. 6, 2013. Image credits: Ela Family Farms web site: http://www.elafamilyfarms.com/.



Trains carried more than fruit out of the region, however. Coal miners had discovered substantial coal reserves near the surface just as miners today tap coal deposits in the same area. Miners from Bowie and Somerset loaded the first shipments in 1903. The Farmer's Mine on Garvin Mesa Road was opened in 1911, shipping coal by rail to Grand Junction and beyond.

Today, agriculture in the North Fork unites a century-old tradition with new, emerging markets. More than one hundred years after Enos Hotchkiss recognized the valley's potential, the pioneer spirit and love for the land still prevail. Families invest to plant orchards, develop vineyards, and grow vegetables. They devote long hours to fulfill aspirations shared with the early homesteaders. The many varieties of fruit and produce grown here and the high quality meat and goat cheese are in high demand locally and in communities such as Aspen, Crested Butte, and Telluride.

Rail transportation enabled the expansion of the valley's farm economy to a national level, but while agriculture continues to be a North Fork mainstay, economies have shifted to present new opportunities for value-added operations and products. The Paonia Chamber of Commerce describes the current economy as one "comprised of a vibrant and thriving arts-community, coal mining, niche-agriculture, viticulture, cattle ranching, hunting and tourism."[10]

Today's North Fork farmers and ranchers focus on food security and bio-regionalism, and the area is known for having the highest concentration of organic farms in the state and the highest altitude vineyards in the world. Many in the area and beyond share the desire to preserve what's unique and

---

[10] Letter from Alexis Halbert, et. al., Paonia Chamber of Commerce to the Bureau of Land Management, et. al. (Jan. 25, 2012), attached as Exhibit 1.

BLM_0113831

special about the North Fork—the agricultural heritage, clean and abundant water resources, and a growing agritourism industry.

### The North Fork Today & Tomorrow

Bounded by Wilderness and high-quality public lands, the North Fork is a staging ground for hunters from all over the nation, who often access the backcountry through BLM lands.  The North Fork Valley sits at the heart of the West Elk Loop Scenic Byway, home to wineries, farms, festivals and outstanding recreational opportunities.  Its location in a bucolic river valley, with a National Park, National Recreation Area, and National Conservation Area all next door, is making it an increasingly popular destination for visitors and folks looking for a new place to call home.  Local governments and business associations undertake significant efforts to promote this image year-round and to welcome the hunters and tourists each season.

The North Fork area has a high concentration of small and specialty farms with a traditional emphasis on orchards and an emerging recognition for vineyards, wineries, organic produce, local meats, and sustainable farming.  The North Fork is home to many varieties of small, specialty farms, producing "...fruit, vegetables, meat, cheese, wine, and farm-based products and experiences..." according to a comment letter submitted by the Valley Organics Growers Association.[11]  In its letter, the West Elk Winery Association noted its dozen members "...now account for $1.5 to $2 million annually in direct sales and an additional $5 to 10 million in indirect sales..." in the local economy.[12]

*The Denver Post* published an article about agritourism with Delta County held up as an example:

> The Colorado Tourism Office is joining the Colorado Department of Agriculture [USDA] in a new push to elevate the state's myriad agricultural tourism opportunities. ... "It connects people back to their land, their people, their place," said Kelli Hepler, whose Delta County Tourism has a seven-year agritourism program. ... In Delta County, visitors can pick potatoes and grapes, help shear sheep, visit cheese makers and even mend fences. They can go harvest produce for a meal they cook back at their B&B.  They can dine with farmers and tour wineries on bikes.[13]

This vibrant sector of the local economy relies on the small family-oriented farms, orchards and ranches in the valley, as well as the overall beauty and highly scenic quality of the place.  Elected officials and local governments, the agricultural community, and business associations have worked diligently on these issues; having refined and marketed the qualities of the valley, and expressed interest, developed plans, and engaged the BLM on management of the public lands

---

[11] Letter from The Valley Organic Growers Association Board of Directors to Whom It May Concern (no date), attached as Exhibit 2.
[12] Letter from Brent Helleckson, et. al., West Elks Winery Association to Barbara Sharrow, Uncompahgre Field Office, Bureau of Land Management (Jan. 12, 2012), attached as Exhibit 3.
[13] Jason Blevins, *Colorado Tourism Office and ag department join in agritourism effort*, DENVER POST, Nov. 29, 2012, available at http://www.denverpost.com/ci_22092568/colorado-tourism-and-agriculture-officials-partner-agritourism-push (last visited Nov. 27, 2013).

BLM_0113832

here.  The North Fork Alternative Plan is but one example of an active and broad segment of the community involved with the management of their public lands.

In May 2013, the North Fork Valley was designated by the State of Colorado as a Certified Creative District.[14]  "This distinction is incredibly important and beneficial for the North Fork Valley.  By certifying the North Fork Valley as a Creative District, the State is affirming its confidence in the need for the creative industries as an economic driver for the North Fork's rural communities," said North Fork Creative Coalition Director Susie Kaldis.  "The designation will assist the North Fork Valley in attracting visitors to experience the heritage of our small Western region while enjoying the wonder of its natural landscape and the talent of its artisans."[15]  The Coalition's website notes:

> The North Fork Valley Creative District in the heart of the Western Slope in Delta County encompasses the three towns of Paonia, Hotchkiss, and Crawford.  The District hosts an incredibly vibrant cultural scene, with many festivals and events that draw visitors from around the state.  It is home to every kind of artistic talent.  The Valley is peppered with the studios and home workshops of traditional artists … fine artists … writers, performing artists … and technological artists … as well as culinary artists and creators of value-added agricultural products on numerous organic farms, vineyards, and orchards.

The North Fork is becoming increasingly popular for its festivals and community-wide activities that combine art, local food and drink, music, and rural heritage, all of which benefit from the undeveloped character and scenic quality of the area, including the BLM lands.  These activities bring visitors from across the state, nation, and world to sample local culture, visit area galleries and farms, try valley restaurants, and visit and enjoy the area's public lands.  One visitor to the North Fork remarked: "The experience of the North Fork Valley is unlike any other in Colorado."[16]

For residents and visitors, the public lands are a key part of the defining landscape of the North Fork Valley.  Industrial activities like oil and gas development have real likelihood to cause significant, negative impacts to public enjoyment of these lands and could impact other resources and uses as well, including community water and irrigation supplies and public infrastructure.  The Paonia Chamber raised concerns about what many view as an incompatible industry in the valley.

> Scientific studies and real life stories show that some of the impacts of the proposed development include significant air pollution, permanent water and soil contamination, reduction of water supplies, serious damage to human health, reduction of property values, pasture destruction, livestock deaths, earthquakes and infrastructure stresses.[17]

---

[14] Kathy Browning, *North Fork is a certified Creative District*, DELTA COUNTY INDEPENDENT, June 26, 2013, available at http://www.deltacountyindependent.com/index.php/news/north-fork-times/6576-north-fork-is-a-certified-creative-district (last visited Nov. 27, 2013).
[15] *Id*.
[16] North Fork Valley Combined Chambers of Commerce, *Heritage and History*, no date, available at http://www.northforkvalley.net/page.cfm?pageid=14736 (last visited Aug. 12, 2013).
[17] *Id*.

North Fork Alternative Plan

BLM_0113833

Beyond the direct impacts, which can be both significant and severe, when oil and gas development occurs within a human-occupied landscape some of the most significant impacts are those that are indirect and cumulative—degradation of air quality, loss of the dark night sky, a massive increase in traffic on already dangerous and crumbling roads.

Change is inevitable.  Embracing change that honors and builds on tradition is an important part of what many value about the North Fork.  Another local collaborative project, the Heart and Soul Project, has worked to define what makes the valley such a special place, and, with the help of the community, is determining how best to incorporate those values into creating a vibrant and prosperous future.[18]  The *Merchant Herald* reported that preliminary survey results indicate top value statements identified by the Heart and Soul Project were: "We value our abundant natural resources that provide opportunity for work, play and connection to this place," and "We value access to North Fork food and water."[19]

Indeed, what makes the North Fork communities special are the many resources for which protections are sought in this North Fork Alternative Plan—plentiful and clean water resources, protection for major economic drivers like coal mining and agriculture, recognition of the value of healthy agricultural lands and preserved wildlife habitat, maintaining its highly scenic and publicly cherished visual resources, and access to dedicated recreational areas.

## Management Authority and Rationale behind the North Fork Alternative Plan

The North Fork Alternative Plan is consistent with multiple use management for the public lands and mineral estate, and meets all other agency obligations.  The NFAP is within the scope of analysis for the Uncompahgre Field Office RMP revision, and the NFAP offers reasonable, prudent and well-thought-out protections for the important resources in the area.

The National Environmental Policy Act (NEPA) and FLPMA both require that the agency consider reasonable alternatives in the Environmental Impact Statement (EIS) that analyzes the Resource Management Plan revision.[20]  This range of alternatives is not limited to only those crafted by the agency, but must also include approaches and alternatives proposed by the public, stakeholders, cooperating agencies, as well as other interested parties, so long as those alternatives fall within the scope of the analysis, are reasonable, and accomplish the management goals and obligations of the

---

[18] North Fork Heart & Soul Project, *North Fork Heart & Soul – Home*, no date, available at http://www.northforkheartsoul.com/ (last visited Nov. 27, 2013).

[19] *Community Values Rural Natural Environment, Resources and Local Food and Water Above All*, MERCHANT HERALD, Aug. 21st, 2013, available at http://www.merchantherald.com/community-values-rural-natural-environment-resources-and-local-food-and-water-above-all/ (last visited Nov. 25, 2013).

[20] Consideration of alternatives is the "heart" of the NEPA process, and is one of the ways the agency must show it has taken a "hard look" at the consequences of its proposed action. *See* U.S. COUNCIL ON ENVIRONMENTAL QUALITY, EXECUTIVE OFFICE OF THE PRESIDENT, A CITIZEN'S GUIDE TO THE NEPA: HAVING YOUR VOICE HEARD (Dec. 2012), available at www.blm.gov/pgdata/etc/medialib/blm/wy/information/NEPA/hddo/gatewaysouth.Par.44369.File.dat/05-citizens-guide-NEPA.pdf (last visited Nov. 27, 2013). *See also* 40 C.F.R. § 1502.14, available at http://www.gpo.gov/fdsys/pkg/CFR-2012-title40-vol34/pdf/CFR-2012-title40-vol34-sec1502-14.pdf (last visited Nov. 27, 2013).

BLM_0113834

agency.[21]  The North Fork Alternative Plan includes input and support from all these entities, and is designed to protect the myriad resources of the valley, including BLM lands and lands above BLM-administered minerals.

It is within the BLM's authority to fully implement the NFAP, using it to guide potential future oil and gas leasing and development on public lands.[22]  Moreover, given the high concentration and overlap of critical resources on the valley's BLM lands, and the unique configuration of those public lands and BLM minerals within the landscape of the valley, the NFAP is not only lawful and reasonable, but offers a prudent and necessary approach to managing potential future oil and gas leasing and development in the area.[23]  The NFAP contains a set of recommended actions that the agency can take in pursuit of legitimate, supportable resource objectives.  It is clearly 'reasonable' in that it offers a resource-based plan that identifies the resources that the BLM is obligated or authorized to consider, and then applies known and established management prescriptions to those resources.

In addition to the obligations under NEPA and FLPMA, BLM management is bound by other laws.  Oil and gas leasing and development of public lands and minerals in the North Fork has the ability to cause direct, indirect, and cumulative impacts, including impacts to threatened, endangered and sensitive species; local drinking and irrigation water sources and supplies; wildlife habitat; riparian areas and water bodies; delicate and selenium-rich soils; water and air quality; high quality scenic features; recreation on, and access to, the area's public lands; geologic hazards; and public health and safety.  Each of these are resources and factors for which the BLM has some level of obligation or authority to provide management.[24]  Protection of these resources, as prescribed in the NFAP, in no way conflicts with, infringes on, or is contrary to other agency obligations.  Rather, as discussed above, this approach

---

[21] *See* Colorado Environmental Coalition v. Salazar, 875 F. Supp. 2d 1233 (D. Colo. 2012), available at www.casetext.com/case/colo-envtl-coal-v-salazar/ (last visited Nov. 27, 2013). The Court found that the Final EIS was deficient in failing to sufficiently address the "Community Alternative" recommended by environmental organizations, area governments, and members of the public.

[22] *See*, e.g., Bureau of Land Management, Department of Interior, Instructional Memorandum 2010-117 (May 17, 2010), available at http://www.blm.gov/wo/st/en/info/regulations/Instruction_Memos_and_Bulletins/national_instruction/2010/IM_2010-117.html (last visited Nov. 27, 2013): "The BLM recognizes that, in some cases, leasing of oil and gas resources may not be consistent with protection of other important resources and values… Under applicable laws and policies, there is no presumed preference for oil and gas development over other uses." *See also* 43 C.F.R. §3000.8, available at http://www.ecfr.gov/cgi-bin/text-idx?SID=24c9b6e854bdca2f59838f2359a6227b&node=43:2.1.1.3.42&rgn=div5#43:2.1.1.3.42.1.31.9 (last visited Nov. 27, 2013).

[23] *See* Council on Environmental Quality, *supra* note 20: "Some of the most constructive and beneficial interaction between the public and an agency occurs when citizens identify or develop reasonable alternatives that the agency can evaluate in the EIS. … Reasonable alternatives are those that substantially meet the agency's purpose and need."  For other purposes reasonable is defined as 'not arbitrary,' but rather supported with reasons. *See*, e.g., William Griffin, *NEPA and the Roan Plateau: Forcing the BLM to Take a Hard Look*, 40 B.C. Envtl. Aff. L. Rev. 533 (2013), available at http://lawdigitalcommons.bc.edu/cgi/viewcontent.cgi?article=2111&context=ealr (last visited Nov. 27, 2013).  'Prudent' is elsewhere defined as avoiding both unnecessary and undue damage of the public's resources. *See* Office of the Solicitor, U.S. Department of Interior, Memorandum M0-36999, Regulation of Hardrock Mining (Dec. 27, 1999), available at www.doi.gov/solicitor/opinions/M-36999.pdf (last visited Nov. 27, 2013): "Commentators agree that the 'undue degradation' standard gives BLM the authority to impose restrictive standards in particularly sensitive areas, 'even if such standards were not achievable through the use of existing technology'…"

[24] Bureau of Land Management, Department of Interior, Laws, Regulations, Policies, Court Decisions (last updated Oct. 20, 2009), http://www.blm.gov/wo/st/en/info/regulations.html (last visited Nov. 27, 2013).

North Fork Alternative Plan                                                                  Page **22** of **102**

BLM_0113835

is consistent with BLM's obligations to manage the public lands to achieve "…a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations…"[25]

## North Fork Valley BLM Lands Are Already Heavily Utilized & Highly Valued

Although the Multiple Use and Sustained Yield Act of 1960 (MUSYA) predates FLPMA, it nonetheless provides a useful framework for the management of BLM lands.  In its original 1960 formulation, the MUSYA recognized recreation, wildlife habitat, and watershed protection, along with range and timber, as key elements of the multiple use concept: "…[public lands] shall be administered for outdoor recreation, range, timber, watershed, and wildlife and fish purposes."[26]

The 1960 Act further specifies that 'Multiple Use' means:

> The management of all the various renewable surface resources of the national forests so that they are utilized in the combination that will best meet the needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to conform to changing needs and conditions; that some land will be used for less than all of the resources; and harmonious and coordinated management of the various resources, each with the other, without impairment of the productivity of the land, with consideration being given to the relative values of the various resources, and not necessarily the combination of uses that will give the greatest dollar return or the greatest unit output.[27]

In 1976 the passage of FLPMA expanded 'Multiple Use' to include BLM lands, making it the policy of the United States that for these public lands: "…management be on the basis of multiple use and sustained yield unless otherwise specified by law[.]"  FLPMA followed that with its declaration, specifying by law, that it was also policy that the public lands should:

> …be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish and wildlife and domestic animals; and that will provide for outdoor recreation and human occupancy and use[.][28]

To further provide that the BLM's directive included protecting resources like clean water, air, recreation and wildlife habitat, Congress expanded upon the definition of 'Multiple Use' as applied to the BLM by directing the agency to include in land use planning consideration:

> …a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including,

---

[25] 43 U.S.C. § 1702.
[26] Multiple Use and Sustained Yield Act (as amended through 1996), 16 U.S.C. 528, available at http://www.fs.fed.us/emc/nfma/includes/musya60.pdf (last visited Nov. 27, 2013).
[27] *Id.*
[28] 43 U.S.C. § 1702.

North Fork Alternative Plan                                                                 Page **23** of **102**

but not limited to, recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values...[29]

Thus, BLM's obligations under FLPMA are to manage resources according to the MUSYA, but also, to do so in a way that avoids undue harm to federal and non-federal lands, other resources values, and in a way that accounts for current and emerging resource needs and public values.

This reinforces what is suggested in the MUSYA itself, which notes that every allowable use is not necessary on all lands, and that the most appropriate use or uses are not necessarily those that result in the most or immediate financial gain.  In particular, both the MUSYA and FLPMA direct the agency to consider relative and changing value of resources, lands, and public uses; and, during the land use planning process, to place consideration of these factors into a large enough framework that different levels of management can address a range of uses and resources; in particular:

> ...over areas large enough to provide sufficient latitude for periodic adjustments in use to conform to changing needs and conditions; that some land will be used for less than all of the resources...[30]

The North Fork's BLM lands are connected with the valley's human environment, towns, farms, water supplies, residences, and businesses.  The economy is intertwined with and dependent upon these lands.  The BLM lands also provide critical wildlife habitat, migration routes, and important riparian areas.  The high concentration of resources that are affected by management of North Fork BLM lands and minerals is an indication that these lands are 'multiple use.'  From coal mining to recreation and grazing to hunting access, from scenic views to water sources and conveyances; the North Fork's BLM lands already provide ample and enduring public benefit.  Moreover, the value of these particular public lands gives them high relative worth when considering activity that has potential to alter, or even destroy, these uses.

The NFAP forms one component of a field office wide RMP revision.  Just as the BLM lands represent a crucial piece of the North Fork Valley, but comprise less than ten percent (9.15%) of the land base, the North Fork's BLM lands are likewise only a small part of the much larger UFO, which is the total area being considered in the RMP revision.  Thus, the size of the overall landscape, as well as the scope of the revision itself, further highlights the reasonableness of the North Fork Alternative Plan.[31]

The UFO administers over two million acres of federal minerals and nearly one million acres of public lands.  The mineral estate impacted by the North Fork Alternative Plan comprises one-half of one percent (< 0.5%) of public mineral estate in Colorado.  The NFAP area comprises only 7% of the BLM lands administered by the UFO, and less than one percent (0.7 %) of the BLM lands in Colorado.

---

[29] *Id.*
[30] *Id.*
[31] The NFAP would apply only to the BLM lands and minerals in the North Fork valley (which is about 10% of the surface and 20% of the minerals in the Gunnison and Delta County portions of the North and Smith Forks of the Gunnison drainage).  Both the MUSYA and FLPMA (borrowing from it) require that the BLM develop RMPs "over areas large enough..." to be suitable to proper analysis.  In the case of the North Fork Alternative Plan, that "area large enough" is the Uncompahgre Field Office.

BLM_0113837

Although it affects only a fraction of the BLM UFO's surface lands and mineral estate, the NFAP focuses on a portion of that larger area that has a unique concentration of sensitive resources, a well-documented and heavy utilization of the public lands already, as well as a high community and public value overall, with likely increasing value for these resources and amenities in the future.

### FLPMA Land Use Planning Requires Careful Consideration of Public Input, & Changing Uses/Values of Public Lands

At its most fundamental level, FLPMA requires that the BLM have current land use plans in place that allow it to properly manage and protect the resources while allowing for the range of statutory 'multiple uses' and, borrowing from the MUSYA, for the: "...harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment."[32]  The mandate that BLM's management be "harmonious and coordinated" results in the FLPMA requirement that, to the extent consistent with federal law, the agency coordinate its management of the public lands with that of other federal agencies, as well as state and local governments.[33]

BLM's multiple use mandate does not require oil and gas leasing take precedence over other uses of the public's estate; nor does it require that the BLM make any particular lands available for oil and gas leasing, or even that it leases any specific tract that is potentially available per an earlier RMP.  Federal law does require that in order to properly manage public resources, the BLM must first identify those resources—paying particular attention to resources that could be harmed by later agency actions—so



Figure 7 – BLM lands in the North Fork are so heavily utilized and highly valued that nearly 100 local residents travelled to the BLM Office in Montrose in Feb. 2012 to protest the original proposed lease sale.

---

[32] 43 U.S.C. § 1702.
[33] 43 U.S.C. § 1712(c)(9).

BLM_0113838

that it may apply proper management tools beforehand in a coordinated land use planning process.  As declared in FLPMA:

> ...the national interest will be best realized if the public lands and their resources are periodically and systematically inventoried and their present and future use is projected through a land use planning process coordinated with other Federal and State planning efforts...[34]

The North Fork's BLM lands and BLM-administered minerals are in the midst of a human-occupied landscape of natural, scenic, and historic value.  This landscape includes: critical wildlife habitat and riparian areas; popular recreational areas; municipal, domestic, and irrigation water sources, facilities, and springs (or are immediately adjacent to such) for towns and most valley residents; public infrastructure (like highways, dams, and schools); as well as resource challenges such as delicate soils and geologic hazards.

BLM is obligated to consider resources and land use within the broad framework of its RMP EIS analysis, and it is obligated to protect many of them through other federal laws, agency directives, and state and local requirements.  As do MUSYA and FLPMA, the Mineral Leasing Act gives BLM authority to implement the North Fork Alternative Plan.[35]  That includes the broad discretionary authority to close particularly sensitive public lands to oil and gas leasing altogether.

The requirements of NEPA direct the BLM to consider reasonable alternatives as it prepares its EIS for the RMP revision.  The North Forth Alternative Plan comprises a reasonable, prudent, and narrowly crafted component of a reasonable alternative within the RMP revision, and should be included as part of the final management plan for the public lands in the North Fork Valley.

## North Fork Alternative Plan Methodology

The North Fork Alternative Plan is a resource-based set of recommendations that seeks to protect the existing economy of the valley along with its water sources, rivers and wildlife areas, community and recreational areas, and the sensitive and scenic features of the landscape.  The NFAP would close certain areas to oil and gas leasing, and would also impose development setbacks with strict surface use restrictions—including No Surface Occupancy (NSO), Controlled Surface Use (CSU), and Timing Limitations (TL)—in places where leasing might be allowed to occur.

The North Fork Alternative Plan was crafted in conjunction with a stakeholder group representing agricultural, tourism, realty, businesses, and conservation organizations in order to present to the BLM for consideration in its land use plan revision.  Information on the stakeholder advisory group meetings, map data sources, and other details of regarding formulation of the North Fork Alternative Plan are available in Appendix B.

---

[34] 43 USC § 1701.
[35] The public minerals proposed for NO LEASING under the North Fork Alternative Plan represent only 4% of the entire mineral estate managed by the BLM Uncompahgre Field Office, and do not include any of the federal minerals underlying National Forest lands.

North Fork Alternative Plan

BLM_0113839

**A Note about Maps**

With the exception of the visual resource management (VRM) map, the maps used in conjunction with the NFAP are illustrative only and not the final depiction of where these resources occur on the lands described. With the exception of the VRM map, resource information depicted on the maps comes from the best available data identified in preparation of the NFAP, from public and government sources whenever possible. If more current or comprehensive high-quality data are available, then the BLM must incorporate that data into the RMP revision analysis. Full page copies of all maps shown in the NFAP are available in Appendix A. Data sources are listed on each map and in Appendix B. The VRM map depicts lands that the North Fork Alternative Plan has itself identified as possessing sensitive scenic qualities and important valley view sheds, and what management is recommended for those lands.

**Proactive Counter Proposal to the North Fork Oil and Gas Lease Sale**

In response to the initial scoping of the (deferred) oil and gas lease sale, some 3,000 comments were submitted to the local BLM office.[36] After the initial deferral, a group of stakeholders sought means to ensure that the BLM put sound and protective management in place prior to considering which lands should be leased, and to help shape that management though recommendation of a 'community alternative' as a public comment on the pending BLM Uncompahgre Field Office RMP revision.

First, key resource concerns and other issues were identified from those scoping comments, lease sale environmental assessment (EA) comments, as well as from the RMP revision scoping report and stakeholder discussions. Efforts then went into understanding, describing, assessing, and, when possible, mapping these key resources and concerns. This preliminary information was shared by stakeholder representatives with their own memberships and colleagues, and then brought back to the advisory group. From this, a set of six key resource 'zones' were identified, in addition to the valley's overall scenic features and specific recreational opportunities at Jumbo Mountain.

The next stage involved researching protections for each specific set of resources, values, and uses, based on known best management practices (BMPs), existing or recommended stipulations (from other BLM Resource Management Plans or other agencies), state regulations, and proposed rulemakings. A set of preliminary recommendations went back to the advisory group, and back to advisory group members' memberships and colleagues, then was presented at a community meeting in December 2012 in Paonia.[37]

---

[36] Dennis Webb, *BLM to proceed with North Fork oil, gas leasing*, GRAND JUNCTION DAILY SENTINEL, Nov. 16, 2012, available at http://www.gjsentinel.com/breaking/articles/blm-to-proceed-with-north-fork-oil-gas-leasing/ (last visited Nov. 27, 2013).
[37] In November 2012 the stakeholder group's work was interrupted when BLM moved to lease North Fork lands, announcing a 30-day protest period for a February 2013 sale. After the sale was deferred a second time, work on the Plan resumed.

North Fork Alternative Plan

BLM_0113840

A draft of the North Fork Alternative Plans recommendations was made available to the public online starting in March 2013.  A public support statement began to circulate in the community and online to gather individual supporters of the NFAP, and discussions began with the area's town councils, and other organizations to secure additional pubic and stakeholder support.  Then, the draft management recommendations that comprise the foundation of the NFAP were presented to the BLM in April 2013. Other meetings in the spring of 2013 included a phone conversation with Gunnison County staff in May, and a briefing with Delta County oil and gas staff in April.  The Town of Hotchkiss Board of Trustees were



*Figure 8 - In Jan. 2013, local residents traveled to Washington, DC for a second time seeking the deferral of proposed oil and gas leases in the North Fork Valley, shown here prior to a meeting with BLM senior officials. From left to right, food and wine author Eugenia Bone; Ty Gillespie, owner of Azura Cellars and Gallery; Landon Deane, owner of the Eagle Butte Ranch near Hotchkiss; North Fork Alternative Plan stakeholder group member and owner of Mountain West Strategies, Pete Kolbenschlag; and Marley Hodgson, owner of the Smith Fork Ranch near Crawford. Credit: Pete Kolbenschlag, Mountain West Strategies.*

briefed on the NFAP in a May work session. The wildlife data and recommendations in the NFAP were discussed and shared with staff at the Colorado Department of Parks and Wildlife in June 2013.  Several newspapers articles, guest columns, and many letters-to-the-editor in local papers have been published on the North Fork Alternative Plan.[38]

---

[38] *See* Citizens for a Healthy Community, *Learn More About the North Fork Alternative Plan*, last updated Nov. 14, 2013, available at http://www.citizensforahealthycommunity.org/news/learn-more-about-the-north-fork-alternative-plan (last visited Nov. 25, 2013).

BLM_0113841

Public, stakeholder, and agency outreach resulted in several minor adjustments (as compared to the original management proposed in March 2013) to maps and recommendations, noted in Appendix B. An update on the North Fork Alternative Plan was given at an open community meeting held in Hotchkiss by Citizens for a Healthy Community and the Western Slope Conservation Center on October 29, 2013; and the NFAP was presented in detail by stakeholders to a work session of the Delta County Board of County Commissioners on November 12, 2013.  BLM staff were in attendance at both meetings.

This document represents the complete, community-prepared North Fork Alternative Plan as presented to the BLM prior to its release of the draft environment impact statement (DEIS), and includes the latest recommendations, background, rationale and supporting information.  It was also shared with the Boards of County Commissioners for Gunnison and Delta Counties, each of the North Fork's municipalities, and also was made available to the public in December 2013.  An augmented version, detailed comments, and additional supporting material will be submitted during the formal public comment period on the DEIS.

BLM_0113842

# North Fork Alternative Plan Management Recommendations

## Proposed Management Zones

In order to protect the myriad important resources in, adjacent to, or nearby BLM-managed lands in the North Fork Valley, the North Fork Community Advisory Group has developed a series of proposed special management zones and management stipulations for each zone. These management zones and the prescribed management (e.g. setbacks, stipulations, etc.) described herein are an overview of the kind of management the community would like to see the BLM implement in its new RMP. These recommendations were developed with the hope that the BLM will include them in the final RMP. Under NEPA, the onus is on the BLM to consider this information and conduct all appropriate analysis of the North Fork Alternative Plan's recommendations when crafting the new RMP.

### Mining & Agriculture

The proposed **Mining & Agriculture Management Zone** would protect the existing and emerging economies of the North Fork Valley from the risks associated with oil and gas development.

The proposed management zone would protect coal miners from induced seismic events associated with oil and gas development by establishing a buffer zone between drilling and coal mining operations. It would not affect the ability of mines to vent or capture methane. The proposed management area would



*Figure 9 - Coal mining and agriculture have a long and proud history in the North Fork Valley. Credit: Ecoflight.*

prohibit oil and gas leasing within ¼-mile of active (and future) coal leases and existing (inactive, retired) coal leases, except when associated with coal leases in order to facilitate capture and commercial use of coal mine methane (i.e. to allow capture and commercial use of coal mine methane instead of venting it into the atmosphere). The NFAP is a proposal for a management framework for oil and gas leasing and development on BLM lands and of federal minerals; it takes no position on how the BLM should manage its coal program.

BLM_0113843

The proposed management zone would also protect the agricultural economy by requiring a mandatory NSO stipulation on oil and gas leasing within ¼-mile of any Prime and Unique farmlands,[39] livestock operation, any organic or conventional farm, ranch, or orchard and the West Elks American Viticultural area.  Prohibiting ground disturbing activities near agricultural resources will protect these critical areas from spills, releases, and other impacts associated with oil and gas development (e.g. road building, well pad clearing, pipeline installation, etc.).  The proposed **Mining & Agriculture Management Zone** and stipulations are illustrated in Figure 10 below.[40]

*Figure 10 - Mining & Agriculture Proposed Management Zone*



---

[39] Natural Resource Conservation Service, U.S. Department of Agriculture, National Soil Survey Handbook, Part 622 – Ecological and Interpretative Groups (2013), available at http://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs142p2_052852.doc (last visited Nov. 27, 2013).

[40] Please note:  Maps are provided to depict how management prescriptions and development setbacks and stipulations protect specific resources.  Maps do not necessarily indicate where all such resources are found, and may not correctly depict all places where such stipulations do or do not apply. The map for this proposed management zone map does not show the farms, orchards, ranches, and other agricultural operations that should be taken into consideration by the BLM in its NEPA analysis.

BLM_0113844

*Coal Mining*

Coal mining has been an important component of the local economy in the North Fork for decades. "The UFO manages six active federal coal leases located below the mesas surrounding the North Fork Valley of the Gunnison River stretching from Paonia to Somerset, Colorado. Approximately 85 million recoverable tons are under lease, with potential for additional reserves to be proven."[41] In addition to the three currently active mines—Elk Creek, Bowie No. 2, and West Elk—the BLM UFO recently approved an exploration plan for a potential new mine on Oak Mesa.[42]

Recent reports and studies indicate that oil and gas development results in seismic activity that has the potential to disrupt coal mining, and poses safety risks to miners as well as economic risks should the mine close for a time as a result of nearby seismicity. The practice of hydraulic fracturing has been directly linked to earthquakes in Lancashire, United Kingdom[43] and British Columbia, Canada.[44] In the U.K., a report found that hydraulic fracturing was related

> "It has long been known that impoundment of reservoirs, surface and underground mining, withdrawal of fluids and gas from the subsurface, and injection of fluids into underground formations are capable of inducing earthquakes. Microearthquakes (that is, those with magnitudes below 2) are routinely produced as part of the hydraulic fracturing (or "fracking") process... Yet, wastewater disposal by injection into deep wells poses a higher risk, because this practice can induce larger earthquakes."
>
> - William Ellsworth, researcher at the U.S. Geological Survey, from the Journal *Science*, 341, 1225942 (2013), DOI: 10.1126/science.1225942, available at http://www.sciencemag.org/content/341/6142/1225942.

to two earthquakes, of magnitude 2.3 and 1.5, and 28 much weaker seismic events.[45] Further, a report by the British Columbia Oil and Gas Commission found that seismic events "...between 2009 and 2011 were caused by fluid injection during hydraulic fracturing in proximity to pre-existing faults."[46] Most recently, an academic journal article in *Science* discussed the induced seismicity from oil and gas

---

[41] Uncompahgre Field Office, Bureau of Land Management, U.S. Department of Interior, Southern Colorado Federal Coal Leases (last updated Aug. 28, 2012), available at http://www.blm.gov/co/st/en/fo/ufo/solids_and_fluids/CoalLeasing.html (last visited Nov. 27, 2013).

[42] Uncompahgre Field Office, Bureau of Land Management, U.S. Department of Interior, Decision Record DOI-BLM-CO-S050-2011-0036 EA (Sept. 11, 2012), available at http://www.blm.gov/pgdata/etc/medialib/blm/co/information/nepa/uncompahgre_field/11-36_oak_mesa_ea.Par.0506.File.dat/11-36%20Oak%20Mesa%20FINAL%20EA%20DR.pdf (last visited Nov. 27, 2013).

[43] *Fracking tests near Blackpool 'likely cause' of tremors*, BBC News, Nov. 2, 2011, available at http://www.bbc.co.uk/news/uk-england-lancashire-15550458 (last visited Nov. 27, 2013).

[44] *Fracking causes minor earthquakes, B.C. regulator says*, The Canadian Press, Sept. 6, 2012, available at http://www.cbc.ca/news/canada/british-columbia/story/2012/09/06/bc-fracking-earthquakes.html (last visited Nov. 27, 2013).

[45] C.J. de Pater and Stefan Baisch, *Geomechanical Study of Bowland Shale Seismicity: Synthesis Report*, at 51, Report Commissioned by Cuadrilla Resources, Nov. 2, 2011, available at http://www.cuadrillaresources.com/wp-content/uploads/2012/02/Geomechanical-Study-of-Bowland-Shale-Seismicity_02-11-11.pdf (last visited Nov. 27, 2013).

[46] BC Oil and Gas Commission, *Investigation of Observed Seismicity in the Horn River Basin*, August 2012, available at http://www.bcogc.ca/node/8046/download?documentID=1270 (last visited Nov. 27, 2013).

BLM_0113845

development operations of hydraulic fracturing and fluid disposal through injection wells.  That study found that microearthquakes are "routinely" produced as a result of hydraulic fracturing (or fracking).[47]

Furthermore, induced seismicity from underground waste water disposal via injection wells pose a risk to the coal mines and miners' safety.  A recent report by the National Research Council found that "...seismic events caused by or likely related to energy development have been measured and felt in Alabama, Arkansas, California, Colorado, Illinois, Louisiana, Mississippi, Nebraska, Nevada, New Mexico, Ohio, Oklahoma, and Texas."[48]  As a specific example, waste water injection wells have been linked to earthquakes in Ohio:

> Since March 2011, the Youngstown [Ohio] area has experienced 12 low-magnitude seismic events along a previously unknown fault line. These events ranged from 2.1- to 4.0-magnitude and were recorded by the Ohio Department of Natural Resources' (ODNR) Ohio Seismic Network (OhioSeis). The 2011 earthquakes are distinct from previous seismic activity in the region because of their proximity to a Class II deep injection well, known as the Northstar 1 well.  In fact, all of the events were clustered less than a mile around the well.[49]

Perhaps most alarming, a scientific article in the journal *Geology* found that in Oklahoma in 2011, a 5.7 magnitude quake—preceded by a 5.0 magnitude quake and thousands of aftershocks—has been linked to injection wells.[50]

Given this evidence that demonstrates a considerable risk from oil and gas development to the existing and important coal mining industry in the North Fork Valley, the BLM needs to develop management to protect the coal mining economy, including miners' safety, from the risks of oil and gas development. Furthermore, the use of coal mine methane capture should be encouraged to reduce the amount of methane that is vented into the atmosphere.  The management zone should only allow for gas leasing associated with the commercial use of coal mine methane capture.

### Agriculture

Delta County's orchards, farms, and vineyards have established it as a premier agricultural area in the Rocky Mountain West.  Many area farmers, ranchers, vintners, and orchardists have chosen to raise crops or livestock using organic, chemical-free, or other sustainable methods.  Much of the valley's land is classified as prime or unique farmland, or farmland of statewide importance.[51]  Delta County has the

---

[47] William L. Ellsworth, *Injection-Induced Earthquakes*, SCIENCE 341, 1225942 (2013), DOI: 10.1126/science.1225942, attached as Exhibit 4.
[48] National Research Council, Committee on Induced Seismicity Potential in Energy Technologies, et. al., *Induced Seismicity Potential in Energy Technologies*, THE NATIONAL ACADEMIES PRESS (2012). Available for download at https://download.nap.edu/catalog.php?record_id=13355 (last visited Nov. 27, 2013) and attached as Exhibit 5.
[49] OHIO DEPARTMENT OF NATURAL RESOURCES, PRELIMINARY REPORT ON THE NORTHSTAR 1 CLASS II INJECTION WELL AND THE SEISMIC EVENTS IN THE YOUNGSTOWN, OHIO AREA (March 2011), available at http://ohiodnr.com/downloads/northstar/UICreport.pdf (last visited Nov. 27, 2013).
[50] Keranen, Katie M. et. al., *Potentially induced earthquakes in Oklahoma, USA: Links between wastewater injection and the 2011 $M_w$ 5.7 earthquake sequence*, GEOLOGY, Mar. 26, 2013, doi: 10.1130/G34045.1, attached as Exhibit 6.
[51] U.S. DEPARTMENT OF AGRICULTURE, NORTH FORK GUNNISON WATERSHED, RAPID ASSESSMENT, HYDROLOGIC UNIT CODE 14020004, at 12 (Dec. 2009), available at

BLM_0113846

highest concentration of organic farms in the state of Colorado, if not in the entire Rocky Mountain West.[52]

> According to USDA Economic Research Service, direct sales are highest in urban
> corridors in the Northeast and on the West Coast, but the region in and surrounding the
> North Fork Valley is an outlier – reporting up to [$]2.5 million or more in annual sales.
> This data illustrates that our rural county has successfully developed a sustainable,
> agriculture-based economy.[53]

Produce from the North Fork Valley is delivered to farmers markets in Carbondale, Gunnison, Telluride, Basalt, Crested Butte,[54] and Aspen,[55] and even to communities on the Front Range, including Denver, Boulder, Fort Collins, Longmont, and Golden.[56]  According to the 2007 Agriculture Census (the most recent data available), Delta County produces almost $47 million in agricultural products each year.[57]

The North Fork Valley is also home to the West Elks American Viticultural Area (AVA) and the highest altitude vineyards in the entire Northern Hemisphere.[58]  The West Elks AVA was granted in 2001 and comprises an area of about 48,000 acres from the western end of Rogers Mesa, west of Hotchkiss, eastward nearly to Somerset.  The West Elks AVA is one of only two in Colorado, and its wineries are responsible for $1.5 to $2 million in direct sales annually, with an additional $5 to $10 million of in-direct sales.[59]  The areas' wineries regularly win regional and national accolades.[60]  State Tourism literature refers to the West Elks AVA as the "Heart of Colorado Wine Country;" the area's wines and wineries have gained national recognition and attention in *Sunset Magazine*, *Forbes Magazine*, *Practical Vineyard and Winery*, *USA Today*, *The Denver Post*, *Edible Front Range*, *Edible Aspen*, and internationally in *Gilbert & Gaillard*.[61]

---

http://www.slowfoodwesternslope.org/uploads/6/6/7/3/6673621/usdanorth_fork_gunnison_december_2009.pdf (last visited Nov. 27, 2013).

[52] *See* National Agricultural Statistics Service, U.S. Department of Agriculture, 2007 Census of Agriculture – County Data, Table 43 – Organic Agriculture (2007), available at
http://www.agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_2_County_Level/Colorado/st08_2_043_043.pdf (last visited Nov. 27, 2013). The USDA shows 58 organic farms in Delta County, the highest number in the state.

[53] Letter from Anastacia Gall, Vice President, Valley Organic Growers Association to Uncompahgre Field Office, Bureau of Land Management (April 2, 2012), attached as Exhibit 7.

[54] Valley Organic Growers Association, *2012-2013 Directory*, available at
http://www.vogaco.org/uploads/6/6/7/3/6673621/voga2012-13proof4.pdf (last visited Nov. 27, 2013).

[55] Zephyros Farm & Garden, Our Farm, no date, http://www.zephyrosfarmandgarden.com/ (last visited Nov. 29, 2013).

[56] Ela Family Farms, *Farmers Market's*, no date, http://www.elafamilyfarms.com/farmers-marketscsasevents/farmers-markets (last visited Nov. 27, 2013).

[57] National Agricultural Statistics Service, U.S. Department of Agriculture, 2007 Census of Agriculture, Volume 1, Chapter 2: County Level Data – Table 2, Market Value of Agricultural Products Sold Including Direct Sales: 2007 and 2002, available at
http://www.agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_2_County_Level/Colorado/st08_2_002_002.pdf (last visited Nov. 27, 2013).

[58] West Elks American Viticultural Area, *West Elks AVA – Colorado's North Fork Valley Wineries*, http://www.westelksava.com/ (last visited Nov. 27, 2013).

[59] Helleckson, *supra* note 12 (attached previously as Exhibit 3).

[60] *Id.*

[61] *Id.*

BLM_0113847

This unique agricultural setting has established the Delta County area as a premier food and wine destination in the Rocky Mountains.  The BLM should recognize the importance of the local agricultural economy and the tourism it generates, and protect the areas' important farmlands, existing agricultural operations, and the West Elks AVA from the risks associated with oil and gas development.

### Management Recommendations & Rationale

In order to protect the myriad important agricultural and coal mining resources in the North Fork, the BLM should designate the **Mining & Agriculture Management Zone**. The management zone would close areas to oil and gas leasing within ¼-mile of active (and future) coal leases, in addition to other existing (inactive, retired) coal leases, except in conjunction with coal leases to facilitate capture and use of coal mine methane.

BLM has partially, but not fully, recognized the need to protect coal mines and miners. In the Final EA for the proposed February 2013 lease sale of lands in the North Fork, the BLM proposed a coalbed methane/coal mining stipulation.[62]  The stated purpose of the stipulation is "[t]o protect the maximum economic recovery and safety of coal mining where the overburden is 3500 feet or less."[63] However, the stipulation provides an exemption that leaves wide discretion for the field office instead of setting a firm policy that is protective of coal mines and miners:

## Delta County Agriculture



Delta County's historical agricultural prominence has established the region as a breadbasket for Colorado. Here are some of the numbers that show how important agriculture is to Delta County:

- Delta County has the highest concentration of organic farms in the state of Colorado

- Produce from the North Fork Valley feeds communities across Colorado from Basalt to Boulder and Telluride to Aspen

- The North Fork Valley is home to the West Elks American Viticultural Area (AVA) and the highest altitude vineyards in the entire Northern Hemisphere

- Delta County produces about $47 million in agricultural products per year

- Orchards in the Delta Conservation District supply more than half of Colorado's apples, peaches, pears, and cherries

Sources: 2007 USDA Agricultural Census, West Elks AVA web site, VOGA 2012-2013 Directory, Ela Family Farms web site, Delta Conservation District.

---

[62] UNCOMPAHGRE FIELD OFFICE, BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, FINAL ENVIRONMENTAL ASSESSMENT, DOI-BLM-CO-S050-2012-0009-EA, EXHIBIT UB-10 at F-7 (Nov. 16, 2012), available at http://www.blm.gov/pgdata/etc/medialib/blm/co/information/nepa/uncompahgre_field/12-09_august_og_lease/2012-1116_12-09_lease0.Par.0143.File.dat/FINAL2012-09_EA_16NOV2012.pdf (last visited Oct. 18, 2013).
[63] *Id.*

BLM_0113848

Within the Paonia-Somerset Known Recoverable Coal Resource Area (KRCRA), coal and oil and gas leasing and development will be managed consistent with land use plans and lease terms. More specifically, the portions of the KRCRA where the overburden above the B-Seam of the Mesa Verde coals is less than 3500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to reach agreement on proposed oil and gas exploration or development, the BLM authorized officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations.[64]

The strongest protection of the existing coal mining operations, miners' safety, and related economy would be best achieved through closing these lands to oil and gas leasing altogether. A situation where competing interests of an oil and gas company and a coal company over the same underground area simply cannot be allowed to occur.

Furthermore, this management zone would require mandatory NSO stipulations within ¼-mile of any Prime and Unique farmlands as identified by the USDA, livestock operations and ranches, traditional and organic farms and orchards, and the West Elks American Viticultural Area. In Colorado and other parts of the country, the oil and gas industry's operations have been known to have negative impacts on agricultural operations. For example, in Sept. 2013 a wheat farmer in North Dakota "...discovered an oil spill the size of seven football fields while out harvesting wheat..."[65] and in July 2013 a malfunctioning well in Colorado "...sent a fine mist of gas and crude oil spraying 850 feet from the wellhead onto a farmer's land."[66] The unique mix of land ownership in the North Fork, where public and private lands are intertwined, requires special management to protect the region's important agricultural economy.

---

[64] *Id.*

[65] The Associated Press, *Massive oil pipeline break under N.D. farmer's wheat field*, CBS NEWS, Oct. 11, 2013, available at http://www.cbsnews.com/8301-201_162-57607081/ (last visited Nov. 27, 2013).

[66] Bobby Magill, *Malfunction sends crude oil spraying 850 feet from well near Severance*, FORT COLLINS COLORADOAN, July 22, 2013, available at http://www.coloradoan.com/article/20130722/NEWS01/307220019 (last visited Nov. 27, 2013).

BLM_0113849

### Towns, Schools & Community

The North Fork towns of Crawford, Hotchkiss, and Paonia offer a rural lifestyle unique in the Mountain West.  The website of the three town's Chambers of Commerce describes the qualities of the area:

> The physical setting of the Valley—tucked between the mountains to the east, the Grand Mesa to the North, and the canyons and high desert of the southwest and west portions of the county make this a distinct sliver of paradise—and one with its own identity.  Since the 1880's, agriculture and animal husbandry have been not only a means of making a living, but have become enmeshed in the fabric of the community's identity.[67]

All three towns are located on the West Elk Scenic Byway Loop, which delivers tourists to shops, cafés, and wineries.  "The experience of the North Fork Valley is unlike any other in Colorado."[68]

What makes the North Fork special are in fact the resources for which protections are sought in the North Fork Alternative Plan—plentiful and clean water resources, agricultural lands, farms and ranches, wildlife habitat, scenic qualities and recreation areas, as well as the towns themselves.  The Paonia Chamber of Commerce describes the current economy as one "...comprised of a vibrant and thriving arts-community, coal mining, niche-agriculture, viticulture, cattle ranching, hunting and tourism."[69]



*Figure 11 - All three towns in the North Fork are bordered by public lands managed by BLM. Shown here, the Town of Crawford lies below BLM-managed public lands on Youngs Peak. Credit: Jim Ramey; Ecoflight.*

---

[67] North Fork Valley Joint Chamber of Commerce, *Heritage and History*, http://www.northforkvalley.net/page.cfm?pageid=14736 (last visited Nov. 27, 2013).
[68] *Id.*
[69] Halbert, et. al., *supra* at note 10 (attached previously as Exhibit 1).

North Fork Alternative Plan

BLM_0113850

The towns serve as gathering places for commerce, social and cultural events, and as population centers. Each of the three towns has its own unique character:

- Hotchkiss features a variety of annual events, including the Delta County Fair each August, the Hotchkiss Sheep Camp Stock Dog Trials, and the Black Canyon Art Exhibit. Hotchkiss is truly one of the "friendliest towns" around.[70]
- Crawford is nestled between the North Rim of the Black Canyon of the Gunnison National Park and the West Elk Wilderness, serving as the gateway to both destinations. Crawford is home to the annual Pioneer Days Festival and its parade, food, arts, and contests.[71]
- Award-winning journalism at *High Country News* and *KVNF Community Radio*, the Blue Sage Center for the Arts, and the Paradise Theatre all give flavor to Paonia, home to the annual Cherry Days and Mountain Harvest festivals, and the BMW Motorcycle Club's Top O' The Rockies Rally.[72]

The three towns in the North Fork have been called "the golden triangle" by *Forbes Magazine*, as a "best kept secret" of Colorado.[73] Industrial activity surrounding the towns would increase dust, traffic, noise



*Figure 12 - The Hotchkiss High School, Community Montessori School, and North Fork Swimming Pool are literally surrounded on all sides by BLM lands. Credit: Rita H. Clagett; Ecoflight.*



---

[70] Delta County Colorado Tourism, *Delta County, Colorado—Communities—Hotchkiss* (2013), http://www.deltacountycolorado.com/communities/hotchkiss.aspx (last visited Nov. 27, 2013).
[71] Delta County Colorado Tourism, *Delta County, Colorado—Communities—Crawford* (2013), http://www.deltacountycolorado.com/communities/crawford.aspx (last visited Nov. 27, 2013).
[72] Delta County Colorado Tourism, *Delta County, Colorado—Communities—Paonia* (2013), http://www.deltacountycolorado.com/communities/paonia.aspx (last visited Nov. 27, 2013).
[73] Lorraine Cademartori, *The best-kept secret in Colorado's second-home market? Delta County*, FORBES MAGAZINE, March 13, 2006, available at www.adventuremedianews.com/viewarticles.asp?ClientID=400&AID=425 (last visited Nov. 27, 2013).

BLM_0113851

and toxins in areas that are heavily utilized and occupied.  The Paonia Chamber of Commerce continues to stress concerns raised by new industrial activity from oil and gas development:

> Scientific studies and real life stories show that some of the impacts of the proposed [oil and gas] development include significant air pollution, permanent water and soil contamination, reduction of water supplies, serious damage to human health, reduction of property values, pasture destruction, livestock deaths, earthquakes and infrastructure stresses.[74]

The proposed **North Fork Valley Towns, Schools & Community Management Zone** (illustrated in Figure 13 below) would close BLM lands to oil and gas leasing within ½-mile of the Crawford, Hotchkiss, and Paonia town limits.[75]  The management zone would also require mandatory NSO stipulations within ¼-mile of schools and identified community facilities.  In addition to providing better protections for public health and safety, this designation will also protect the North Fork's unique small town, rural setting.

*Figure 13 - Towns, Schools & Community Proposed Management Zone*



---

[74] Halbert, et. al., *supra* note 10 (attached previously as Exhibit 1).
[75] Please note:  Maps are provided to depict how management prescriptions and development setbacks and stipulations protect specific resources.  Maps do not necessarily indicate where all such resources are found, and may not correctly depict all places where such stipulations do or do not apply.

North Fork Alternative Plan

BLM_0113852

Oil and gas leasing on the public lands immediately adjacent to the North Fork's towns, or industrial activity next to community facilities, would present hazards to health and safety, provoke commercial and public conflict, and foster an overall loss in quality of life for the towns' residents and visitors. Any oil and gas activity on public lands within a half mile of towns will require significant industrial activity within town limits, on town roads, utilizing town resources. Impacts to public health and safety are top concerns for community members. Water contamination is always a problem in oil and gas development, which is also known to negatively impact air quality.[76]

Mishaps do happen.[77] Trucks spill toxic loads and damage roads.[78] Fracking flowback spews for hours.[79] Waste ponds breech in heavy rains.[80] Wells explode into flames.[81] These are all recent occurrences in oil and gas fields. Even when things go well, and they never always do, oil and gas development entails massive amounts of truck and industrial traffic, especially during pad construction, drilling, completion



*Figure 14 - The Town of Paonia, with 'P Hill' above the downtown, is bordered by BLM lands to the east in the Jumbo Mountain proposed Special Recreation Management Area. Credit: Rita H. Clagett; Ecoflight.*



---

[76] Mark Jaffe, *Study finds oil and gas drilling caused air pollution in West*, THE DENVER POST, Feb. 19, 2013, available at http://www.denverpost.com/ci_22623664/study-finds-oil-and-gas-drilling-caused-air (last visited Nov. 27, 2013).
[77] Staff Reports, *Oil and gas spill report for Aug. 26*, GREELEY TRIBUNE, Aug. 26, 2013, available at http://www.greeleytribune.com/news/local/7835455-113/aug-spill-impacted-reported (last visited Nov. 27, 2013).
[78] Barley Kives, *Oil's not well with our roads*, WINNIPEG FREE PRESS, Aug. 19, 2013, available at http://www.winnipegfreepress.com/local/oils-not-well-with-our-roads-220149481.html (last visited Nov. 27, 2013).
[79] Nick McGurk, *Workers stop fracking-fluid leak after 30 hours*, NBC 9NEWS, Feb. 12, 2013, available at http://www.9news.com/news/article/316555/222/Workers-stop-fracking-fluid-leak-after-30-hours (last visited Nov. 27, 2013).
[80] William Pentland, *Fracking Blamed For Widespread Death Of Federally-Protected Fish In Kentucky*, FORBES, Aug. 28, 2013, available at http://www.forbes.com/sites/williampentland/2013/08/28/fracking-blamed-for-widespread-death-of-federally-protected-fish-in-kentucky/ (last visited Nov. 27, 2013).
[81] Staff Reports, *Ruptured EOG Resources Eagle Ford oil well burning*, REUTERS, Aug. 29, 2013, available at http://www.reuters.com/article/2013/08/29/eog-blowout-texas-idUSL2N0GU10V20130829 (last visited Nov. 27, 2013).

North Fork Alternative Plan                                                                 Page **40** of **102**

BLM_0113853

and fracking.  The towns of the North Fork are small towns with children, pets, livestock, slow moving farm machinery and other hazards regularly on the roads, in town and between them.

The BLM administered public lands near the towns and community facilities facilitate significant human, recreational, and commercial activity, and are heavily utilized by area residents and visitors.  Closing public lands to oil and gas leasing immediately adjacent to the towns and keeping industrial activity away from other community facilities will decrease opportunities for conflict, which are likely when a highly impactful industrial use like oil and gas drilling clashes with a rural town.

The scarring of the landscape that accompanies oil and gas development and the burdensome nuisance it would bring—including a suddenly bright night, heavy industrial traffic on already insufficient roads, noise, and noxious odors—are all measures of a loss of quality of life to many in the North Fork.  Other management in the NFAP more directly addresses some of these concerns, but expanding the no leasing area to ½-mile around incorporated towns, and requiring mandatory NSO stipulations around other community facilities can also help address some of these concerns.

Public lands that would be closed to leasing in proximity to towns include the flanks of Jumbo Mountain near Paonia, lands around Youngs Peak ('C' Hill) near Crawford, and public lands between the Town of Hotchkiss and the high school.  Public lands that would prohibit drilling or any industrial activity on the surface include those within ¼-mile of Hotchkiss high school, Crawford School, and the North Fork Swimming Pool.

*Management Recommendation & Rationale*
In order to protect the communities in the North Fork, the NFAP recommends a ½-mile buffer around the town limits of Crawford, Hotchkiss, and Paonia; and a ¼-mile NSO buffer around community facilities.  Identified community facilities in the North Fork consist of:

- North Fork Swimming Pool (33 Bulldog St., Hotchkiss, CO 81419)
- Crawford School (51 Fir Ave., Crawford, CO 81415)
- Hotchkiss High School (438 Bulldog St., Hotchkiss, CO 81419)
- North Fork Community Montessori School (397 Bulldog St., Hotchkiss, CO 81419)
- The North Fork Recycling Center (36577 K50 Rd., Hotchkiss, Colorado)

The heavy industrial nature of oil and gas development makes it incompatible with the daily activity of North Fork towns and in close proximity to community facilities like schools and recreation centers.  A prohibition on leasing within ½-mile of towns is a prudent expansion on current restrictions that prohibit leasing within incorporated municipalities, which better reflects current settlement patterns

BLM_0113854

and human activity in the North Fork. [82]  The population density, the concentration of activity, mixed use lands, and infrastructure are the same within towns as on their edges.  Leasing of public lands immediately adjacent to towns also presents high likelihood for conflict and undue negative impact to communities.

An NSO requirement for BLM lands within ¼-mile of any community buildings or facilities builds upon recommendations at the state level that drilling take place 1,000 feet or more away from schools and other high-occupancy buildings. [83]  In addition, the recently proposed BLM fracking rule drew widespread criticism for its failure to require setbacks from high-occupancy buildings like schools, recreation centers and other community facilities. [84]  The BLM has partially recognized these concerns, when it deferred from its 2012/2013 lease sales in the North Fork a 40-acre tract that was located near the Hotchkiss High School and North Fork Montessori School. [85]   However, the NFAP seeks lasting protection throughout the duration of the new RMP's management direction for the use of public lands here.

---

[82] Federal lands that are always closed to oil and gas leasing include "...(ii) Incorporated cities, towns and villages." 43 C.F.R. 3100. This codifies the Mineral Leasing Act which lists specific lands closed to leasing.  FLPMA further allows the BLM to close certain other areas to leasing in a Resource Management Plan or amendment.  The BLM notes "Federal minerals excluded from such [oil and gas] leasing by legislation or secretarial policy include those underlying units of the National Park System, National Wildlife Refuges, Native American reservations, incorporated cities, and lands closed under previous land use decisions." BAKERSFIELD FIELD OFFICE, BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, APPENDIX G – MINERALS MANAGEMENT, BAKERSFIELD FIELD OFFICE DRAFT RMP/DRAFT EIS, available at http://www.blm.gov/pgdata/etc/medialib/blm/ca/pdf/bakersfield/planning/draft_rmp.Par.36281.File.dat/Appendix%20G%20-%20Minerals%20Management.pdf (last visited Nov. 27, 2013).
[83] COLORADO OIL AND GAS CONSERVATION COMMISSION, RULE 604(A)(3) HIGH OCCUPANCY BUILDINGS (effective Aug. 1, 2013), available at https://cogcc.state.co.us/RR_HF2012/Setbacks/FinalRules/Final_SetbackRules.pdf (last visited Nov. 27, 2013).
[84] See, e.g., Kathy Browning, State and local organizations weigh in on BLM fracking rule, DELTA COUNTY INDEPENDENT, Sept. 11, 2013, available at http://www.deltacountyindependent.com/index.php/news/north-fork-times/7689-state-and-local-organizations-weigh-in-on-blm-fracking-rule (last visited Nov. 26, 2013). See also Michael Brune, Protect Public Lands From Reckless Fracking? Yes We Can!, HUFFINGTON POST, Aug. 22, 2013, available at http://www.huffingtonpost.com/michael-brune/protect-public-lands-from_b_3797112.html (last visited Nov. 26, 2013).
[85] See UNCOMPAHGRE FIELD OFFICE, BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, FINAL ENVIRONMENTAL ASSESSMENT, DOI-BLM-CO-S050-2012-0009-EA (Nov. 16, 2012), at G-25, available at http://www.blm.gov/pgdata/etc/medialib/blm/co/information/nepa/uncompahgre_field/12-09_august_og_lease/2012-1116_12-09_lease0.Par.0143.File.dat/FINAL2012-09_EA_16NOV2012.pdf (last visited Nov. 27, 2013).

BLM_0113855

## Clean & Dependable Water Supply

The **Clean & Dependable Water Supply Management Zone** would close lands to oil and gas leasing within ¼-mile of any municipal or private water system including intakes and springs.  Further, the management zone would require mandatory NSO stipulations within ½-mile of any private well, municipal or private water system, including ditches with domestic water decrees; and require mandatory NSO stipulations within ¼-mile of any dam, ditch, irrigation intake, canal or other water conveyance.  Figure 15 below illustrates BLM managed lands and minerals with associated NSO or NO LEASING recommendations for this management zone.[86]

*Figure 15 - Clean & Dependable Water Supply Proposed Management Zone*



The North Fork Valley's domestic drinking and irrigation water supply—of wells, springs, irrigation ditches, and canals—is a far-reaching and intricate array of infrastructure and natural water resources that warrant special management consideration from the BLM.  Indeed, these water assets are hugely important to the valley's residents.  Analyses of the monetary value of the North Fork Valley's irrigation

---

[86] Please note:  Maps are provided to depict how management prescriptions and development setbacks and stipulations protect specific resources.  Maps do not necessarily indicate where all such resources are found, and may not correctly depict all places where such stipulations do or do not apply.

North Fork Alternative Plan

BLM_0113856

water and drinking water supplies estimate their value at $163 million and $56.5 million, respectively.[87] This value is so great because water sustains the valley's economy, allowing farmers and ranchers to grow fruits and vegetables, and raise cattle and other livestock.  Furthermore, the clean irrigation water supply allows for the North Fork Valley to maintain its agricultural prominence, and allows for the sustainable agriculture and agritourism industries to continue to continue to grow and thrive.

Figure 16 below shows the complex patchwork of water resources in relation to lands and minerals managed by the BLM.  As shown in the map, much of the water infrastructure is concentrated on the private lands in the valley, but most of it lies down-gradient of BLM-managed lands and minerals, and many miles of ditches, and many wells and springs, lie close-by or within BLM's management jurisdiction on public lands or above public minerals.

*Figure 16 - Lower North Fork Valley Water Supplies*



---

[87] Letter from the Western Environmental Law Center, on behalf of Citizens for a Healthy Community, to Barbara Sharrow, Field Office Manager, Uncompahgre Field Office, Bureau of Land Management, Exhibits 9 and 10 (Feb. 8, 2012), attached here as Exhibits 8 and 9.

BLM_0113857

*Municipal & Domestic Water Systems, Springs, & Wells*

Many water resources are located on BLM-managed lands, or lie above federal minerals.  As observed from the map above, BLM lands contain miles of irrigation ditches, and numerous wells and springs.  Further, many of the area's BLM lands lie up-gradient of these water supplies, making protective management on BLM lands extremely important throughout the North Fork area.

The three towns in the North Fork operate municipal water companies.  The Town of Paonia serves "...1536 water taps with an averaged equivalent of 3300 residents both in town and outside town limits, including 26 private water companies."[88]  The Town of Hotchkiss provides drinking water to more than 1,000 taps in the area.[89]  The Town's water supply is dependent on BLM lands in the Leroux Creek, Denver Creek, Short Draw, and Jay Creek drainages.[90]  Like Paonia and Hotchkiss, the Town of Crawford, which receives its drinking water supply solely from Wiley Springs, requested that its drinking water supply be protected.[91]  Crawford also asked that the BLM protect the delivery system for its water supply, which comes within 100 yards of BLM-managed lands, as well as its wastewater treatment facility, which is accessed through BLM lands.[92]  Clearly, the water supplies and associated facilities for the North Fork's towns require management that will allow for continued protection of this resource.

> **"Water is the most precious resource in the State of Colorado. To run the risk of contaminating potable water sources for the North Fork Valley in order to open up a relatively small portion of federal land to gas exploration in a geological area whose potential for gas production is marginal at best ... is simply foolish."**
>
> - Lionel Atwill, representative for Jay Creek Water Company from comment letter on the proposed Aug. 2012 oil and gas lease sale

In addition to the three towns in the North Fork, numerous private water companies supply clean drinking water to residents who reside outside of town limits.  For example, during scoping comments on the proposed August 2012 oil and gas lease sale, the Bone Mesa Domestic Water District (BMDWD) registered significant concerns about proposed leasing on BLM lands that could affect their operations.[93]  The BMDWD, which serves 167 taps between Paonia and Hotchkiss, requested that lands important to their operations not be leased for oil and gas development.[94]  Furthermore, the Jay Creek Water

---

[88] Letter from Town of Paonia Board of Trustees Letter to Barbara Sharrow, Field Office Manager, Uncompahgre Field Office, Bureau of Land Management (Jan. 24, 2012), attached as Exhibit 10.
[89] Letter from Wendell A. Koontz, Mayor, Town of Hotchkiss to [BLM] Uncompahgre Field Office (Jan. 29, 2012), attached as Exhibit 11.
[90] *Id.*
[91] Letter from The Town of Crawford Mayor and Board of Trustees, Town of Crawford to Uncompahgre Field Office, Bureau of Land Management (Jan. 13, 2012), attached as Exhibit 12.
[92] *Id.*
[93] Letter from Mark LeValley, et. al., Bone Mesa Domestic Water District to Barbara Sharrow, [BLM] Uncompahgre Field Office (Jan. 18, 2012), attached as Exhibit 13.
[94] *Id.*

BLM_0113858

Company[95] and the Stucker Mesa Domestic Water Company[96] also requested that the BLM not lease lands for oil and gas development that could impact the water supplies that feed their customers' taps.

Similarly, many residents have private water wells they rely upon. For example, Ty and Helen Gillespie depend on a water well located only 800 feet down-slope from BLM lands that were previously proposed for leasing.[97] The Gillespies depend on this water, not only for personal use, but for operation of their winery. Under the proposed management of the North Fork Alternative Plan, their water well would be protected from potential risks associated with oil and gas development, by requiring mandatory NSO stipulations for lands within ½-mile of domestic water wells.

*Irrigation Infrastructure & Water Supplies*
The drainages, creeks and streams, and reservoirs that sustain the North Fork's farms and ranches work together with the valley's complex web of irrigation ditches and canals to sustain the valley's agricultural prominence. Similarly, the North Fork Alternative Plan's **River & Riparian Areas Management Zone** works together with the **Clean & Dependable Water Supply Management Zone** to ensure that the Valley's agricultural and agritourism economies will not be harmed by oil and gas development. As the President of the Crawford Clipper Ditch Company, Gary Kraai, said, "water is everything" for those who live and make their living in the North Fork Valley.[58]

The ditches and canals in the North Fork often pass through, or lie down-gradient of, BLM-managed lands. This places water supplies at higher risk of contamination from oil and gas operations should drilling and fracking occur nearby. For example, the FMC & Reservoir Company operates the Paonia Reservoir, the diversion structure on the North Fork of the Gunnison, and the 34.7-mile Fire Mountain Canal. The FMC's Board requested that no drilling or construction activities related to oil and gas take place near its facilities, out of concern that such activities "...could compromise reservoir or dam

> "The incidents of spills that contaminate water supplies are greater than I'm comfortable with. The ditch water I use for irrigation has to be protected."



- Mark Waltermire, owner of Thistle Whistle Farms and stakeholder representative for the North Fork Alternative Plan Advisory Group.

Quote from: *Frackers and farmers*, Colorado Biz Magazine, Aug. 1, 2013.
Photo credit: VOGA.

---

[95] *See* Letter from Lionel Atwill, Representative for Jay Creek Water Company to the BLM Uncompahgre Field Office (Dec. 26, 2011), attached as Exhibit 14.
[96] *See* Letter from Steve Wolcott, President, Stucker Mesa Domestic Water Company to Barb Sharrow, Field Manager, Uncompahgre Field Office, Bureau of Land Management (Jan. 27, 2012), attached as Exhibit 15.
[97] Letter from Ty and Helen Gillespie, Azura Cellars & Gallery to Barb Sharrow, Field Manager, Uncompahgre Field Office, Bureau of Land Management (no date), attached as Exhibit 16.
[98] Letter from Gary Kraai, Crawford Clipper Ditch Company Letter to Uncompahgre Field Office, Bureau of Land Management (Jan. 28, 2012), attached as Exhibit 17.

BLM_0113859

structural integrity…" and that pollution from drilling operations could be transported by torrential downpours.[99]

## Flooding & Gas Drilling Don't Mix



Figure 17 – Above, flooding on Garvin Mesa on July 28, 2013. Over a half-inch of rain fell on July 27, with 1.63 inches more on July 28. Credit: Eugenie McGuire, Desert Weyr. Below, historic flooding on Colorado's Front Range during September 2013 flooded thousands of well sites, including this one where a drilling rig was present. Photo credit: Ecoflight.



Similarly, many other local ditch companies in the North Fork registered their concerns about proposed lease sales in the area. Many of those concerns focused on the potential for water contamination from drilling and fracking operations, increased heavy truck traffic on unsuitable roads, and the North Fork's topographic and geologic hazards that ditch companies already face, such as unstable and steep slopes, which could be exacerbated by oil and gas development. For example, the Saddle Mountain Ditch Company noted that BLM lands nominated for development lie on steep slopes above the ditch where "…the ditch traverses several hundred yards across a rock-slide of igneous plate-like talus boulders that are eroding off the slopes of Saddle Mountain."[100] The North Fork's irrigation supply system must be managed for and protected by the BLM.

### Oil & Gas Development's Impacts to Water Resources

Members of the community in the North Fork simply cannot tolerate spills, releases, or other accidents that result from oil and gas operations that could impact water resources in the North Fork area. The potential for harm caused by even one small or medium sized spill or accident is simply too great, and therefore the BLM must select proper management to protect water supplies and abide by its "due no harm" mandate under FLPMA.

---

[99] Letter from Randall Fisher, Fire Mountain Canal Board of Directors to Uncompahgre Field Office, Bureau of Land Management (Jan. 4, 2012), attached as Exhibit 18.
[100] Letter from Tony Prendergast, Saddle Mountain Ditch Company, Board of Directors to Uncompahgre Field Office, Bureau of Land Management (Jan. 31, 2012), attached as Exhibit 19.

BLM_0113860

## Surface Spills & Accidents

Torrential downpours and resulting flash-floods would pose serious threats to agricultural operations in the North Fork if they included hazardous or toxic substances from drilling operations.  Flash flooding in the North Fork, such as the one pictured on the previous page that occurred on Garvin Mesa in July 2013, would result in serious impacts if oil and gas development significantly expanded here.  Very recent experience from flooding on the Front Range of Colorado highlights potential impacts from extreme weather events.  As of September 24, 2013, the State of Colorado was tracking 11 significant spills that had released 34,500 gallons of pollutants, including crude oil and produced water, into the environment.[101]

> **"It had a pretty good reach. The wind was blowing pretty good. Some of it blew 2 miles."**
>
> - Dave Drovdal, who owns the land where a Bakken oil well blew out in December 2012 near Watford City, N.D. The blowout released so much oil that "…crude dripped off the roof of a house a half-mile away."
>
> - Source: *U.S. well sites in 2012 discharged more than Valdez*, ENERGYWIRE, July 8, 2013.

Recent experience from the oil and gas industry reveals that spills are commonplace.  In 2012, Colorado experienced about 400 spills, of which 63 impacted ground water and 22 impacted surface water.[102] "More than half of last year's spills—211—resulted from equipment failure.  Sixty-five were the result of human error, and 62 were historical, a reference to old leaks discovered during current operations."[103] In the first half of 2013, Colorado saw 179 spills, with 26 that contaminated groundwater and 15 that contaminated surface water.[104]  Across the United States in 2012, oil and gas well sites discharged more pollutants into the environment than the Exxon Valdez spill.[105]

Specific examples of spills highlight the magnitude of impact such an event could have on the North Fork Valley.  In February 2012, a blowout of an oil well near Windsor, Colorado caused "…oil-laden fracking flowback water to spew from the well at a rate of 20 barrels per hour…" for a total of 2,350 barrels released into the environment.[105]  In late 2012, a natural gas liquids pipeline began leaking benzene and diesel range organics into the soil creating a contamination plume 1,500 feet long, 308 feet wide, and 10 feet thick very close to Parachute Creek; surrounding groundwater, and eventually the surface water

---

[101] The Associated Press, *Three additional flooding-related oil spills reported Tuesday by Colorado agency*, THE DENVER CHANNEL, Sept. 24, 2013, available at http://www.thedenverchannel.com/weather/september-flooding/three-additional-flooding-related-oil-spills-reported-tuesday-by-colorado-agency (last visited Sept. 24, 2013).
[102] Dennis Webb, *State had 400 oil, gas spills in 2012, report says*, GRAND JUNCTION DAILY SENTINEL, June 10, 2013, available at http://www.gjsentinel.com/news/articles/state-had-400-oil-gas-spills-in-2012-report-says/ (last visited Sept. 24, 2013).
[103] *Id.*
[104] Bruce Finley, *Colorado absorbs 179 oil and gas spills as Parachute cleanup continues*, THE DENVER POST, June 23, 2013, available at http://www.denverpost.com/environment/ci_23519695/colorado-absorbs-179-oil-and-gas-spills-parachute#ixzz2XAlZVubJ (last visited Sept. 20, 2013).
[105] Mike Soraghan, *U.S. well sites in 2012 discharged more than Valdez*, ENERGYWIRE, July 8, 2013, available at http://www.eenews.net/stories/1059983941 (last visited Sept. 24, 2013).
[106] Bobby Magill, *State inspector calls fracking fluid leak near Windsor a 'blowout'*, FORT COLLINS COLORADOAN, Feb. 28, 2013, available at http://www.coloradoan.com/article/20130228/WINDSORBEACON/302280034/State-inspector-calls-fracking-fluid-leak-near-Windsor-blowout- (last visited Sept. 24, 2013).

BLM_0113861

in the creek, were contaminated.[107]  In Pennsylvania, a stream was impacted for 65 days with chemicals from drilling operations when a valve was left open on a storage tank in November 2010, and a spring was also contaminated.[108]

## Groundwater Impacts

Reports of groundwater contamination of drinking water supplies—both from direct experience of residents living near drilling and fracking operations, and from reports and studies—are also very concerning for North Fork farmers, ranchers, and residents.  According to a recent study completed by researchers at Duke University "[e]levated levels of methane and other stray gases have been found in drinking water near natural gas wells in Pennsylvania's gas-rich Marcellus Shale region."[109]  The principal author of that study, Robert Jackson of Duke, said: "[t]he bottom line is strong evidence for gas leaking into drinking water in some cases … We think the likeliest explanation is leaky wells."[110]

> **"In 10 to 100 years we are going to find out that most of our groundwater is polluted. A lot of people are going to get sick, and a lot of people may die."**
>
> - Mario Salazar, an engineer who worked for 25 years as a technical expert with the EPA's underground injection program in Washington
>
> - Source: *Injection Wells: The Poison beneath Us*, PROPUBLICA, June 21, 2012.

Other high-profile cases of water contamination related to oil and gas development in Dimock, PA, Parker County, TX, and Pavillion, WY, are cause for further concern, especially as the EPA has abandoned efforts to fully investigate these cases.[111]

Furthermore, an article in the *Oilfield Review* quarterly publication, published by industry giant Schlumberger, showcases the oil and gas industry's own admission that: "[g]as migration and sustained casing pressure occur with unpredictable frequency in many parts of the world."[112]  And despite technological advances, "…many of today's wells are at risk…" for gas leaks and migration due to "…[t]ubing and casing leaks, poor drilling and displacement practices, improper cement selection and design, and production cycling."[113]

> Since the earliest gas wells, **uncontrolled migration of hydrocarbons to the surface has challenged the oil and gas industry**.  Gas migration, also called annular flow, can lead to sustained casing pressure (SCP), sometimes called sustained annular pressure (SAP).

---

[107] Western Colorado Congress, *Parachute Creek spill an ongoing concern*, Aug. 16, 2013, available at http://wccongress.org/wcc/2013/08/16/parachute-creek-spill-an-ongoing-concern/ (last visited Sept. 24, 2013).
[108] Andrew Maykuth, *Shale criminal charges stun drilling industry*, THE PHILADELPHIA INQUIRER, Sept. 12, 2013, attached as Exhibit 20.
[109] John Roach, *Natural gas found in drinking water near fracked wells*, NBC NEWS, June 24, 2013, available at http://www.nbcnews.com/science/natural-gas-found-drinking-water-near-fracked-wells-6C10433123; The referenced Duke University study is also available at http://www.pnas.org/content/110/28/11250.full.pdf+html?with-ds=yes (both links last visited Sept. 25, 2013).
[110] *Id*.
[111] Neela Banerjee, *Internal EPA Report Highlights Dispute Over Fracking and Well Water*, THE LOS ANGELES TIMES, July 27, 2013, attached as Exhibit 21.
[112] Claudio Brufatto, et. al., *From Mud to Cement—Building Gas Wells*, OILFIELD REVIEW, Autumn 2003, at 76, available at http://energyindepth.org/wp-content/uploads/2013/01/MudCement2003.pdf (last visited Sept. 27, 2013).
[113] *Id* at 63.

North Fork Alternative Plan                                                                                          Page **49** of **102**

BLM_0113862

Sustained casing pressure can be characterized as the development of annular pressure at the surface that can be bled to zero, but then builds again. The presence of SCP indicates that there is communication from the annulus from a sustainable pressure source because of inadequate zonal isolation. Annular flow and SCP are **significant problems affecting wells in many hydrocarbon-producing regions** of the world (emphasis added).[114]

Unfortunately, this age-old problem is not likely to be solved soon.

It should be noted that, **even with ongoing technological and chemistry improvements in cement and in cementing, loss of wellbore integrity is still common**. For example, during 2011, Cabot drilled 68 new Marcellus wells in Pennsylvania, and was cited by PA [Department of Environmental Protection] seven times for "[f]ailure to report defective, insufficient, or improperly cemented casing [within] 24 [hours] or submit [a] plan to correct [within] 30 days." Chesapeake Appalachia drilled 279 wells and was cited 24 times for the same violation (emphasis added).[115]

The evidence of potential groundwater contamination is simply too great to warrant risking the North Fork's water supplies by opening up lands for oil and gas leasing and development.

Irrigation Water & Infrastructure
The U.S. government shares our concerns about water impacts, and specifically the potential impacts to irrigation infrastructure and facilities. The Bureau of Reclamation (BOR) raised the following issues and concerns in their comments on proposed lease sales in the North Fork area:

- "Protection of Reclamation project lands, facilities, purposes, and water resources (both quantity and quality)."[116]
- "Potential for degradation of surface and ground water quality and contamination of soils. Of particular interest or concern are:
  o Increased salinity and selenium loading to the Gunnison and Colorado rivers and their tributaries from disturbance and erosion of soils derived from Mancos Shale or from other activities related to the lease program.
  o Underground migration of fracking fluids and natural gas following fracking.
  o Oil/gas development related spills at the well sites and ancillary facilities, or during transportation.
  o Seepage of oil/gas development fluids and wastes from reserve pits, evaporation ponds, tank batteries, etc."[117]

---

[114] Id.
[115] Anthony Ingraffea, *Fluid Migration Mechanisms Due to Faulty Well Design and/or Construction: an Overview and Recent Experiences in the Pennsylvania Marcellus Play*, Oct. 2012, available at http://www.scribd.com/doc/112348175/Gas-Well-Leaks (last visited Sept. 27 2013).
[116] Letter from Kathleen Ozga, Bureau of Reclamation, U.S. Department of Interior to Barbara Sharrow, Uncompahgre Field Office, Bureau of Land Management (Feb. 9, 2012), attached as Exhibit 22.
[117] Id.

North Fork Alternative Plan                                                    Page **50** of **102**

BLM_0113863

- "What is the anticipated source of water for oil/gas development in the area? Any use of Reclamation project water is subject to prior authorization, which currently does not include uses other than irrigation."[118]

Similar to concerns raised by BOR, the U.S. Army Corps of Engineers has explicitly asked for protection of its facilities from proposed oil and gas development activities.  In comments to the USFS on proposed drilling in the George Washington National Forest, near Washington, DC, the Washington Aqueduct (part of the Army Corps) stated that enough study "...has been done and information has been published to give us great cause of concern about the potential for degradation of the quality of our raw water supply as well as impact to the quantity of supply."[119]  Furthermore, the Corps has "...declared a 3,000-foot buffer around its dams and water-control structures within which it will not allow new wells, drilling pads or pipelines."[120]

### Impacts to Water Quantity

Impacts to the amount of water available for residential, municipal, and agricultural use in the North Fork must also be taken into consideration.  "The current volume of water required annually for new oil and natural gas well development in Colorado is enough to serve an estimated 44,200 to 79,000 Colorado households for an entire year."[121]  While the amount of water used by the oil and gas industry statewide in Colorado may seem insignificant when compared to other industries, "...[y]ou have to look at a county-by-county scale to capture the intense and short-term impact on water supplies..." according to Monika Freyman, who authored a report on water demand for fracking in water-stressed regions.[122]  That report found that in Colorado from January 2011 through September 2012, "92 percent of the 3,862 [oil and gas] wells were in extremely high water stress areas. ... Extremely high water stress means over 80 percent of available water is already being withdrawn for municipal, industrial and agricultural uses."[123]

> "BLM should consider whether the sensitive parcels may be inappropriate for oil and gas development due to the impact of those operations ... on the quality and quantity of water resources and air quality on agricultural operations..."
>
> - Ralph D'Alessandro, president of the Delta Conservation District from the District's protest of the proposed Feb. 2013 oil and gas lease sale

---

[118] *Id.*
[119] Mark Drajem, *Fracking Limits for Virginia Forest Spark Debate on Water*, BLOOMBERG, Sept. 5, 2013, available at http://www.bloomberg.com/news/2013-09-06/fracking-limits-for-virginia-forest-spark-debate-on-water.html (last visited Sept. 25, 2013).
[120] Randy Lee Loftis, *Corps worries that fracking gas wells might hurt dams*, THE DALLAS MORNING NEWS, July 31, 2011, available at http://www.dallasnews.com/news/community-news/grand-prairie/headlines/20110731-corps-worries-that-fracking-barnett-shale-gas-wells-might-hurt-dams.ece?action=reregister (last visited Sept. 27, 2013).
[121] Laura Belanger, et. al., Western Resource Advocates, *Fracking Our Future: Measuring Water & Community Impacts from Hydraulic Fracturing* (June 2012), available at http://www.westernresourceadvocates.org/frackwater/WRA_FrackingOurFuture_2012.pdf (last visited Sept. 27, 2013).
[122] Felicity Barringer, *Spread of Hydrofracking Could Strain Water Resources in West, Study Finds*, THE NEW YORK TIMES, May 2, 2013, available at http://www.nytimes.com/2013/05/02/science/earth/hydrofracking-could-strain-western-water-resources-study-finds.html (last visited Sept. 27, 2013).
[123] Monika Freyman and Ryan Salmon, Ceres, *Hydraulic Fracturing & Water Stress: Growing Competitive Pressures for Water* (May 2013), available at http://www.ceres.org/press/press-releases/new-study-hydraulic-fracturing-faces-growing-competition-for-water-supplies-in-water-stressed-regions (last visited Sept. 27, 2013).

BLM_0113864

The amount of water required to develop a shale oil or gas well ranges, on average, from two to 10 million gallons.[124]  Much of this water, "…more than 30 trillion gallons of toxic liquid…" over the last decade by one account, is permanently removed from the hydrologic cycle and disposed of via injection wells.[125]  Though some new technologies are allowing industry to use less water to conduct hydraulic fracturing, such as proposed use of carbon dioxide and methanol foam, water would still be required for other related activities such as "…drilling, completion, dust control and hydrostatic testing."[126]  In the North Fork, water quantity is a significant concern for which protections are sought in the NFAP.

*Management Recommendations*
Because of the myriad impacts to water resources—surface and ground water quality, and water quantity—discussed above, the **Clean & Dependable Water Supply Management Zone** is necessary to protect these resources.  This proposed management would further existing state rules that require an external buffer zone up to ½-mile from domestic water supplies[127] and add much needed protections for other infrastructure like wells, dams, and ditches.  These management stipulations would help to ensure clean and abundant water supplies for drinking and other agricultural and livestock uses.

Elsewhere, the BLM has recognized the need to protect water supplies from oil and gas industrial activities.  For example, in the Tres Rios Field Office, the BLM requires NSO within 3,000 horizontal feet of jurisdictional dams used to impound water.[128]  The state justification for this stipulation is to "[a]void structural damage to dams and subsequent risk to public safety and dam infrastructure due to disturbance associated primarily with drilling and completion/re-completion activities."[129]  Similarly, the BLM has offered an NSO stipulation in the Tres Rios Office within 1,000 feet of a classified water supply stream segment and domestic water supplies using a groundwater well or spring.[130]  These stipulations are necessary, the BLM noted, for the protection of "…public water supplies, water quality, aquatic habitat and human health."[131]  While a positive step in recognizing the need to protect water supplies, we feel that strong stipulations in the North Fork area are necessary due to the imperative, fundamental value that water has to the community here.

---

[124] *Id.*
[125] Abraham Lustgarten, *Injection Wells: The Poison Beneath Us*, PROPUBLICA, June 21, 2012, available at http://www.propublica.org/article/injection-wells-the-poison-beneath-us (last visited Sept. 30, 2013).
[126] GRAND JUNCTION FIELD OFFICE, BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, DOI-BLM-CO-130-2012-0003-EA, ENVIRONMENTAL ASSESSMENT FOR THE FRAM WHITEWATER MASTER DEVELOPMENT PLAN (June 2013), at 86, available at http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/grand_junction_field/nepa_log/2013_nepa0/Fram_Whitewater_MDP_DOI-BLM-CO-130-2012-0001-EA.Par.82927.File.dat/Fram_Whitewater__EA_6-28-2013.pdf (last visited Nov. 29, 2013).
[127] COLORADO OIL AND GAS CONSERVATION COMMISSION, RULE 317B PUBLIC WATER SYSTEM PROTECTION, available at https://cogcc.state.co.us/RR_Docs_new/rules/300Series.pdf (last visited Nov. 29, 2013).
[128] TRES RIOS FIELD OFFICE, BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, FINAL ENVIRONMENTAL IMPACT STATEMENT, VOLUME III. APPENDIX H - OIL AND GAS LEASING STIPULATIONS, at H-14, available at http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/san_juan_public_lands/land_use_planning/proposed_lrmp.Par.54223.File.dat/App_H_Leasing_Stips_FINAL.pdf (last visited Nov. 29, 2013).
[129] *Id.*
[130] *Id* at H-8.
[131] *Id.*

North Fork Alternative Plan

BLM_0113865

### Riparian Areas & River Corridors

The proposed **River Areas & Riparian Corridors Management Zone** would protect water bodies[132] and surrounding riparian areas in the North Fork.  The proposed management zone would close areas to leasing within ½-mile of water bodies.  Further, areas within 1-mile of the North Fork and Smith Fork of the Gunnison Rivers would require a mandatory NSO stipulation for oil and gas leasing.  Figure 18 illustrates the proposed **Riparian Areas & River Corridors Management Zone** and stipulations.[133]

*Figure 18 - Riparian Areas & River Corridors Proposed Management Zone*



### *Importance of Riparian Areas and Water Bodies in the North Fork*

Riparian areas and water bodies are key resources that support the unique values of the North Fork. Water-dependent values include ecosystems, wildlife, agriculture, recreation, drinking water, and

---

[132] Water bodies should include a similar definition to that of the Colorado Oil and Gas Conservation Commission (COGCC), which states that: "Waters of the state include, but are not limited to, all streams, lakes, ponds, impounding reservoirs, wetlands, watercourses, waterways … situated wholly or partly within or bordering upon the State." COGCC Regulations, 100 Series – Definitions, available at https://cogcc.state.co.us/RR_Docs_new/rules/100Series.pdf (last visited Nov. 29, 2013). Note: irrigation ditches, and sub-surface water supplies, are managed for separately in the **Clean & Dependable Water Supply Management Zone**.

[133] Please note:  Maps are provided to depict how management prescriptions and development setbacks and stipulations protect specific resources.  Maps do not necessarily indicate where all such resources are found, and may not correctly depict all places where such stipulations do or do not apply.

BLM_0113866

tourism, among others.  Wetland and riparian areas also provide critical ecosystem services.  In parts of the arid west like the North Fork, the role and significance of waterways is amplified.

## Ecosystems and Biological Diversity

Many of the North Fork of the Gunnison's headwaters tributaries are home to the greenback cutthroat trout, a native species formerly thought to be extinct.  Near the mouth of the North Fork is the world-class Gold Medal Trout Fishery of the Gunnison River, home to an excellent trout population, including rainbow, brown, cutthroat as well as three Colorado State Sensitive species (roundtail chub, flannelmouth sucker, and bluehead sucker).  The Colorado Natural Heritage Program (CNHP) has conducted several studies in the region including the project area for the North Fork Alternative Plan.  Findings from these studies reflect the critical importance of preserving water quality, stream flow, and riparian and wetland conditions in this region.  The Natural Heritage Biological Survey for Delta County found that "…lower elevation riparian communities with good stands of cottonwoods, and an understory of native shrubs, grasses and forbs, are the most imperiled plant communities in Delta County."[134]

The CNHP identified thirteen Potential Conservation Areas (PCAs) approximately within the boundaries of the North Fork Alternative Plan project area.  PCAs are intended to identify rare and imperiled species, natural communities and natural systems in need of protection.  Water-dependent values are important to the biodiversity significance of several of these PCAs, as detailed below.

While some of the following PCAs include land owned by the USFS, private landowners, or the U. S. Fish and Wildlife Service, the riparian-associated values depend on water quality and stream function upstream and in the surrounding watershed.  The BLM should pay special attention to lands under its jurisdiction near water bodies or in riparian areas, and many of the BLM-managed lands in the North Fork are located up-gradient, nearby, and sometimes contain surface water resources and riparian zones.  As noted by Colorado Parks & Wildlife:

> The condition of upland habitats that buffer wetlands is associated with the integrity of adjacent wetlands.  Adjacent upland habitats are also important to species of wildlife that only require wetlands for a portion of their annual life cycle.[135]

Three PCAs are especially important to note within the North Fork Alternative Plan project area:

- North Fork PCA – This PCA aims to protect riparian plant communities, the globally imperiled Fremont's cottonwood riparian forest (*Populus deltoides/ Rhus trilobata,* G3 S3),[136] the state-

---

[134] Peggy Lyon and Earl Williams, Colorado Natural Heritage Program, Natural Heritage Biological Survey for Delta County, at 11 (Feb. 1998), available for download at http://cospl.coalliance.org/fedora/repository/co:12025 (last visited Nov. 29, 2013).
[135] Terrestrial Habitat Conservation Program, Terrestrial Section, Wildlife Programs Branch, Colorado Parks & Wildlife, Statewide Strategies for Wetland and Riparian Conservation, Strategic Plan for the Wetland Wildlife Conservation Program, at 8 (July 2011), available at http://wildlife.state.co.us/SiteCollectionDocuments/DOW/LandWater/WetlandsProgram/CDOWWetlandsProgramStrategicPlan 110804.pdf (last visited Sept. 5, 2013).
[136] Note: the species names and codes (e.g. G5 S1) represent rarity in the biologic field at the global and state level; for example, G1 is imperiled, or very rare, globally and S3 is somewhat rare at the state level. For more information on species ranks, see the CNHP web site at http://www.cnhp.colostate.edu/about/heritage.asp.

BLM_0113867

rare Arizona centaury (*Centaurium arizonicum* G5 S1) that grows in wet areas along the North Fork of the Gunnison, the Narrowleaf cottonwood/skunkbrush riparian community (*Populus angustifolia/ Rhus trilobata* G3S3), the Northern leopard frog (*Lithobates pipiens, G5S3*) and Great Basin spadefoot (*Spea intermontana, G5S3*).

- Fish Hatchery PCA – This PCA aims to protect the Giant helleborine orchid (*Epipactis gigantea*, G4 S2S3), that is found in seeps along the Gunnison River near Hotchkiss.
- Smith Fork at Crawford PCA – This PCA aims to protect a Narrowleaf cottonwood riparian forest (*Populus angustifolia/Salix exigua,* G4 S4), a great blue heronry *(Ardea herodias)*, and Narrowleaf cattail marsh (*Typha latifolia*, G5 S4).



*Figure 19 - Though outside of the North Fork Alternative Plan project area, this portion of the Gunnison River, between the Black Canyon and the North Fork confluence, would be impacted by oil and gas development up-stream near the Smith Fork of the Gunnison. The gold medal waters pictured here attract anglers from across the state.*

The CNHP Delta County Inventory also reflected that the North Fork Alternative Plan area provides important habitat for the following wetland-dependent wildlife species of concern:  Northern leopard frog (G5 S3), included in the Lawhead Gulch PCA; Great blue heron *(Ardea herodias)*; and Greater sandhill crane (*Grus canadensis tabida, G5T4 S2B, S4N)*.

### Ecosystem services

Wetlands provide a number of critical ecosystem services that are often taken for granted until they are degraded or impaired.  As noted by Colorado Parks & Wildlife:

> Hydrological functions of wetlands are ecologically significant and socio-economically important to Colorado residents.  Wetlands help sustain water flows in streams and rivers, recharge ground water supplies, act as temporary storage areas for flood water, and slow the flow of water allowing impurities to settle, thereby cleansing the water. Protecting hydrological functions conserves ecological integrity, and society benefits through economic savings.[137]

Oil and gas development can threaten water quality and hydrologic function, not only through drilling and fracking, but also through transportation and distribution infrastructure that can introduce pollutants, increased sediment, and invasive species into watersheds.  These concerns are particularly

---

[137] *Id* at 8.

BLM_0113868

relevant in the North Fork area, due to the combination of extensive steep slopes and highly erodible soils composed of Mancos Shale.[138]  These factors increase the potential for ground disturbance to amplify already serious problems with salinity and selenium loading in the Gunnison River and its tributaries, which in turn causes problems for aquatic wildlife both here and downstream.

## Riparian Zone Health

Comments previously submitted to the BLM as part of the NEPA process discuss riparian health at length.  The following information from High County Citizens' Alliance, et. al., regarding proposed lease sales in the North Fork, highlights important considerations for riparian health:

> Rivers and riparian zones are essential wildlife habitat and corridors for the diverse flora of the North Fork.  While riparian zones comprise only a small percentage of the North Fork landscape, they are utilized by a disproportionately high number of wildlife species.  Riparian zones function as corridors for wildlife movement and dispersal between larger areas of habitat.  Thus, keeping riparian zones intact helps protect biological diversity and allows animal movement across the landscape.[139]

> Rivers and creeks in the North Fork drainage are primarily dependent upon riparian vegetation to prevent streambank erosion and associated land loss.  Riparian vegetation acts as a filter to intercept sediment and chemicals that would otherwise enter the stream and decrease water quality.  Nutrients, such as phosphorous or nitrogen, and metals from surrounding land disturbance can be absorbed by the plants in the riparian corridor.  Thus, maintaining riparian vegetation is important to maintaining water quality, dissipating flood energy, protecting ecological functions and supporting fishing and hunting, all important quality of life values in the North Fork.[140]

Since its inception in 1996, the North Fork River Improvement Association (now the Western Slope Conservation Center) has collaborated with the community to restore the North Fork of the Gunnison River.  They have restored eight miles of river bank, over 50 acres of riparian habitat, and reengineered seven irrigation diversions for safe fish and boating passage.  Riparian zone health continues to be an important issue for members of the community here.

## Recreation

Rivers, streams, reservoirs and other water bodies in the North Fork Alternative project area provide key recreational attractions.  Rafting, kayaking, boating, and fishing are important recreation opportunities for North Fork communities.

The North Fork and Smith Fork Rivers, their tributaries, and other local water bodies offer prime fishing locations:

---

[138] *See* the **Landscape Management Zone** section of the North Fork Alternative Plan for more on Mancos soils.
[139] Letter from High Country Citizens' Alliance, et. al., to BLM Uncompahgre Field Office (Feb 8, 2012), available at http://cdn.theconservationcenter.org/wp-content/uploads/2012/11/NWCC_ScopingComments.pdf (last visited Nov. 29, 2013).
[140] *Id.*

BLM_0113869

Recreational fisheries resources include 14 trout stocked lakes and ponds, one trout stocked stream, one warm water stocked lake, 39 stocked wild trout lakes, and 66 wild trout stream segments. Stream fisheries are dominated by the excellent wild trout streams throughout the North Fork watershed, including Anthracite, Hubbard, Muddy, Terror and many other tributary streams throughout the basin. The North Fork mainstem offers fishing for both stocked and wild trout.[141]

River recreation is also an important factor for which BLM must manage. The North Fork River provides for early-season raft and kayak trips. There are four major river access points to the North Fork River: the BLM-owned lands immediately below the Paonia Dam, the Paonia River Park which is operated in partnership by the Western Slope Conservation Center and the Town of Paonia, the Hwy 92 Bridge in Hotchkiss, and Pleasure Park/BLM Gunnison Forks. In addition to boating on the river, the Western Slope Conservation Center and its partners have invested over $600,000 in the development of the Paonia River Park. The River Park is the only developed public access point to the North Fork River. It serves as a local swimming hole, a living laboratory for students, and valuable wetland habitat[142]. "The Paonia River Park now contains a river viewing platform, picnic area, boat launch, entryway arch, and a


Figure 20 - Early season rafting on the North Fork. Credit: Jeremy Puckett.

trail to access the river."[143] These existing uses must be protected.

The Colorado Parks & Wildlife website states that "...steep mountainsides, pristine water, alpine scenery and peaceful environment make Paonia [State Park] a haven for water and nature lovers..." and that "...the park's natural beauty and abundance of wildflowers make it a 'must see' for photographers and nature lovers."[144] The website urges visitors to "...camp near a babbling stream, water-ski on a mountain reservoir, have a picnic, observe wildlife, all in view of the majestic Ragged Mountains."[145] The Paonia State Park is bordered on all sides by public lands and minerals managed by the BLM. Since this area is facing increased development, as much of it is already leased for oil and gas with many

---

[141] North Fork River Improvement Association, *North Fork of the Gunnison River Watershed Plan Update*, June 30, 2010, available at http://www.npscolorado.com/NFRIAWatershed_Action_Plan.pdf (last visited Sept. 9, 2013).

[142] The U.S. Bureau of Reclamation funded about $160,000 of wetland habitat restoration in 2012 to mitigate for wetlands lost due to the Minnesota Canal and Reservoir Company's ditch lining project.

[143] Western Slope Conservation Center, *Paonia River Park*, http://www.theconservationcenter.org/what-we-do/river-park, (last visited Mar. 16, 2013).

[144] Colorado Parks & Wildlife, *Paonia State Park* (Feb. 9, 2012), http://parks.state.co.us/Parks/paonia/Pages/PaoniaStateParkHome.aspx (last visited Sept. 9, 2013).

[145] *Id.*

BLM_0113870

existing and proposed wells nearby, BLM must ensure it does no harm to the State Park and the resources there.

*Figure 21 - Paonia Reservoir and State Park with the Ragged Mountains in the background. Credit: Colorado Parks & Wildlife.*



The Crawford State Park provides visitors with "inspiring scenery" and "…invites anglers, boaters, hikers and water sports enthusiasts to the western slope."[146]  The park offers water based recreation such as motor boating, jet-skiing, and water skiing.  Like Paonia State Park, the Crawford State Park has public lands around its borders.  Oil and gas activity in close proximity to the park is an incompatible use.

Oil and gas extraction is incompatible with the current uses of the area's State Parks, National Conservation Areas, rivers, streams and other water bodies.  Nearby drilling operations would be visible or audible to boaters, hikers, campers and other recreationists who otherwise come to enjoy the peaceful tranquility of the area.  The introduction of industrial activity could dramatically alter scenic qualities, ruining the experience for visitors.  In addition, degradation of water quality, or a reduction in water quantity, that result from oil and gas development activities can significantly impact the current uses of the area's waterways by boaters and anglers.

### Tourism, Scenic Appeal, & Economic Growth

Natural and undeveloped rivers, streams and water bodies attract tourists and new residents to the area.  Water bodies are a factor in a "Human and Natural Amenities" index used by The Center for the Study of Rural America to develop a set of Regional Asset Indicators that are linked to the potential for economic growth in rural counties.[147]  Counties with high levels of natural amenities (such as varied topography, access to water bodies, and a pleasant climate), like the North Fork Valley, are more likely

---

[146] Colorado Parks & Wildlife, *Crawford State Park* (Feb. 9, 2012), http://www.parks.state.co.us/Parks/Crawford/Pages/CrawfordHome.aspx/ (last visited Sept. 9, 2013).
[147] Stephan Weiler, Center for the Study of Rural America, Federal Reserve Bank of Kansas City, The Main Street Economist – Racing Toward New Frontiers: Helping Regions Compete in the Global Marketplace (March 2004), available at http://www.kansascityfed.org/publicat/mse/MSE_0304.pdf (last visited Nov. 29, 2013). *See* Center for the Study of Rural America, Federal Reserve Bank of Kansas City, *Regional Asset Indicators: Human Amenities* (May 16, 2006), available at http://www.kansascityfed.org/publications/research/mse/regional-asset-indicators.cfm (last visited Nov. 29, 2013).

BLM_0113871

to experience both higher population and economic growth than those counties with fewer such amenities.[148]  Protection of water bodies in the North Fork Alternative project area is essential to maintain and grow the area as a desirable destination for tourists, new businesses and new residents.

*Management Recommendations*

Water bodies and riparian areas in the NFAP project area are important to the community and the economy here and warrant protection.  The recommendations of the NFAP would protect water bodies, riparian areas, and associated wildlife and plant species from risks of industrial oil and gas development.  Such risks are well documented, and are related to the entire process of natural gas or oil exploration, development, and transportation.  Accidents, human error, and equipment failure continue to occur.

Because of the myriad critical resources and values described above that depend on healthy, natural streams and water bodies in the North Fork, the following management recommendations are essential: areas within ½-mile of any water bodies should be closed to oil and gas leasing, and mandatory NSO stipulations should be required within 1-mile of the North Fork and Smith Fork of the Gunnison Rivers.  Such stipulations are not unprecedented, as the BLM has recommended 2,500-feet of NSO from the ordinary high water mark of major river corridors in order to protect riparian areas, water resources, and flood plains.[149]

Furthermore, the BLM should consider a NSO requirement for 100 year floodplains throughout the project area. The White River Field Office proposed RMP amendment for oil and gas leasing considered NSO for flood plains: "Surface occupancy would not be allowed in the following areas: 1) identified 100-year flood plains."[150]  The recent flooding of oil and gas fields on the Front Range of Colorado warrants serious consideration of prohibiting surface occupancy in flood plains.

---

[148] DAVID MCGRANAHAN, FOOD AND RURAL ECONOMICS DIVISION, ECONOMIC RESEARCH SERVICE, U.S. DEPARTMENT OF AGRICULTURE, AGRICULTURAL ECONOMICS REPORT NO. 781, NATURAL AMENITIES DRIVE RURAL POPULATION CHANGE (Sept. 1999), available at http://www.ers.usda.gov/ersDownloadHandler.ashx?file=/media/252390/aer781.pdf (last visited Nov. 29, 2013).
[149] SAN JUAN NATIONAL FOREST, U.S. FOREST SERVICE, U.S. DEPARTMENT OF AGRICULTURE; AND TRES RIOS FIELD OFFICE, BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, FINAL SAN JUAN NATIONAL FOREST / PROPOSED TRES RIOS FIELD OFFICE LAND AND RESOURCE MANAGEMENT PLAN AND FINAL ENVIRONMENTAL IMPACT STATEMENT, VOLUME III, APPENDIX H – OIL AND GAS LEASING STIPULATIONS, at H-10, available at http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/san_juan_public_lands/land_use_planning/proposed_lrmp.Par .54223.File.dat/App_H_Leasing_Stips_FINAL.pdf (last visited Nov. 29, 2013).
[150] WHITE RIVER FIELD OFFICE, BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, DRAFT RESOURCE MANAGEMENT PLAN AMENDMENT AND ENVIRONMENTAL IMPACT STATEMENT FOR THE WHITE RIVER FIELD OFFICE, APPENDIX A – OIL AND GAS LEASING STIPULATIONS AND LEASE NOTICES, at A-3 (Aug. 2012), available at http://www.blm.gov/pgdata/etc/medialib/blm/co/programs/land_use_planning/rmp/white_river/documents/rmpa-3.Par.17322.File.dat/08_WRFO_RMPA-EIS_Appendix%20A_Aug2012.pdf (last visited Nov. 29, 2013).

North Fork Alternative Plan

BLM_0113872

## Wildlife

Many wildlife species depend upon the public lands in the North Fork and Smith Fork watersheds.  The **Wildlife Management Zone** would protect the most important wildlife habitats in the area, through requiring mandatory (i.e. not subject to waiver) NSO stipulations for important habitat like critical winter range, like severe winter range and winter concentration areas, for elk and mule deer; raptor nest sites; and near stream or river segments that provides habitat for native trout.  Figure 22 below illustrates the proposed **Wildlife Management Zone**.[151]

*Figure 22 - Wildlife Proposed Management Zone*



## Big Game

There are large areas of BLM managed lands throughout the North Fork Valley that provide critical winter and other important habitat for big game.  Notably, elk are heavily dependent upon BLM lands for their habitat.  Important elk habitat for which NSO stipulations are recommended consists of severe

---

[151] Please note:  Maps are provided to depict how management prescriptions and development setbacks and stipulations protect specific resources.  Maps do not necessarily indicate where all such resources are found, and may not correctly depict all places where such stipulations do or do not apply.  It should be noted that COGCC recently revised its wildlife maps, but the revisions do not appear to significantly affect big game or other wildlife habitat in the North Fork Alternative Plan project area.

BLM_0113873

winter range, winter concentration areas, migration corridors, and production areas.  Figure 23 below shows BLM lands and federal minerals identified important habitat for elk.

*Figure 23 - NSO stipulations proposed for important elk habitat*



Similarly, mule deer also rely on a considerable amount of public lands in the North Fork for their habitat.  Identified important mule deer habitat consists of winter concentration areas and severe winter range.  The identified important mule deer habitat is shown in Figure 24 below.

BLM_0113874

*Figure 24 – NSO stipulations proposed for important mule deer habitat*



Note that there is significant overlap between the important lands for mule deer and elk, stressing the importance of protecting these lands from industrialization due to their necessity in maintaining healthy big game populations, and thus a prominent hunting economy, in the North Fork.  Preserving these portions of big game habitat is very important for maintaining herd health and population levels.  As noted by Colorado Parks & Wildlife, "[c]rucial winter habitats and migratory corridors are known to be a limiting factor on big game populations in western Colorado and other high mountain areas of the western United States (citing Sawyer et al. 2009, Bishop et al. 2009, and Bartman et al. 1992)."[152]

CPW has proposed limiting road and well pad densities as a helpful tool in mitigating adverse impacts to big game.[153]  However, a mandatory NSO stipulation is the best mechanism to accomplish undue and unnecessary degradation to important wildlife populations and the regional hunting economy. A mandatory NSO stipulation is the only way to adequately protect these areas, as timing restrictions for operations and maintenance of a well would need to be waived in the case of an emergency.  "Only by

---

[152] Letter from Tom Spezze, Colorado Parks & Wildlife to Barb Sharrow, Uncompahgre Field Office, Bureau of Land Management at 2 (Feb. 3, 2012). Attached as Exhibit 23.
[153] *Id.* at 2-3.

BLM_0113875

utilizing an NSO stipulation for the life of the [oil or gas] well will the impacts from disturbances caused by maintenance and servicing wells be prevented."[154]

Furthermore, the North Fork of the Gunnison Committee, Habitat Partnership Program has raised concerns about allowing oil and gas leasing on critical winter big game habitat in the area. "Development and operation of oil or gas wells on these parcels [nominated for the August 2012 lease sale] will likely put pressure on big game to move off these parcels and on to adjacent private lands.  This will cause increased conflicts with private land owners."[155] Again, there is significant overlap in the important big game habitat, as shown above in Figure 23, which shows important elk habitat; and Figure 24, which shows important habitat for mule deer.  Numerous sportsmen groups, including the Bull Moose Sportsmen's Alliance; Center for Responsible Energy Development, Theodore Roosevelt Conservation Partnership; and Backcountry Hunters and Anglers, among others, have raised concerns about proceeding with energy development in the North Fork area without adequately protecting important big game habitat.[156]  We feel that limiting surface disturbance densities would be insufficient to limit undue and unnecessary degradation to the big game population, and thus the hunting economy.  Therefore, a mandatory NSO stipulation is best suited to protect these important habitat areas.



*Figure 25 - Elk winter on private lands above public mineral estate at the Eagle Butte Ranch, east of Hotchkiss. Credit: Eagle Butte Ranch.*

## *Aquatic Wildlife*

There is a need for protecting sensitive water bodies in the North Fork that provide habitat to threatened species such as the Colorado River Cutthroat Trout (CRCT) and the bonytail chub.  Trout Unlimited (TU) has requested that "...the BLM implement stronger lease stipulations that adequately protect surface waters, streams, rivers, and riparian habitat with buffer setbacks of .25 mile **or more**, depending on the value of the area" (emphasis added).[157]  TU further notes, in regard to the proposed oil and gas leasing in the North Fork, that:

> Oil and gas activities have been shown to degrade soils, contribute to erosion potential, and increase sedimentation loads to watersheds.  The UFO has identified this area as

---

[154]  Letter from Cathy Purves, Trout Unlimited and David Nickum, Colorado Trout Unlimited to Barb Sharrow, Field Manager, BLM Uncompahgre Field Office (Feb. 9, 2012), attached as Exhibit 24.

[155] Letter from David Bradford, North Fork of the Gunnison Habitat Partnership Program to Barb Sharrow, BLM Uncompahgre Field Office (Feb. 6, 2012), attached as Exhibit 25.

[156] *See* Letter from Gaspar Perricone, Director, Bull Moose Sportsmen's Alliance, et. al., to Helen M. Hankins, State Director, Colorado BLM State Office (Jan 7, 2013), attached as Exhibit 26.

[157] Purves *supra* at note 154.

BLM_0113876

having steep terrains with loose unstable Mancos Shale soils.  Most of the parcels are located in areas of fragile soil bases.[158]

"The Colorado BLM is a signatory to the Colorado River Cutthroat Trout (CRCT) Conservation Agreement and Strategy (CAS), established in 2002."[159]  As a signatory to the CAS, the BLM has supported the stated goal that "Areas that currently support CRCT will be maintained, while other areas will be managed for increased abundance.  New populations will be established where ecologically and economically feasible, while the genetic diversity of the species is maintained."[160]  The stated objectives of the CAS include "Secure and enhance conservation populations," "Restore populations," and "Secure and enhance watershed conditions."[161]

TU has identified numerous stream segments that serve current CRCT populations, conservation populations, or expansion habitat that overlie federal minerals, or are located on or nearby BLM-managed minerals and lands.  Identified current population stream segments in the North Fork area include, but are not limited to, Grove Creek, Henderson Creek, Clear Fork, Anthracite Creek, Snowshoe Creek, Coal Creek, Terror Creek, and the South Fork of Minnesota Creek.  Identified conservation population stream segments include, but are not limited to, Roberts Creek and Deep Creek.  Identified expansion habitat stream segments in the area include, but are not limited to, Coal Creek, West Roatcap Creek, Williams Creek, Minnesota Creek, Reynolds Creek, Bell Creek, the Smith Fork of the Gunnison River, and the upper segment of the North Fork of the Gunnison River just below Paonia Reservoir.[162]

Establishing a protective buffer between oil and gas operations and native trout stream segments and potential habitat would further the BLM's commitment to the CAS.  The CAS requires management to **protect both existing and potential habitat**.  Protective management is also needed for habitat for other endangered, candidate, or threatened species, such as the roundtail chub, and other non-aquatic species as discussed below.[163]

*Other Wildlife*

The U.S. Fish and Wildlife Service has identified numerous threatened, candidate, and endangered species under the Endangered Species Act that could have been impacted by the proposed lease sales in the North Fork area.  The following list includes wildlife for which the BLM must adequately manage for in the revised RMP:

- Mexican spotted owl
- Gunnison sage-grouse

---

[158] *Id.*
[159] *Id.*
[160] CRCT COORDINATION TEAM, COLORADO DIVISION OF WILDLIFE, CONSERVATION STRATEGY FOR COLORADO RIVER CUTTHROAT TROUT (ONCORHYNCHUS CLARKII PLEURITICUS) IN THE STATES OF COLORADO, UTAH, AND WYOMING (June 2006), available at http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Aquatic/pdf/CRCT_Conservation_Strategy_Jun06.pdf (last visited Nov. 29, 2013).
[161] *Id.*
[162] Purves *supra* at note 154.
[163] Spezze *supra* at note 152.

North Fork Alternative Plan

BLM_0113877

- Yellow-billed cuckoo[164]
- Canada lynx
- Black-footed ferret
- Gunnison's prairie dog
- North American wolverine
- Humpback chub
- Colorado pikeminnow
- Bonytail chub
- Razorback sucker
- Greenback cutthroat trout
- Clay-loving wild buckwheat
- Colorado hookless cactus.[165]

In addition, an Assessment of Biological Impact screen was conducted by Rocky Mountain Wild for the North Fork Alternative Plan project area.[166]  This screen lists many important wildlife, wilderness and other resource values found within the project area.  Some of the important wildlife habitat includes: bald eagle, golden eagle, peregrine falcon, white-tailed Prairie-dog, river otter, turkey, black bear and more.

*Economic Impact*

CPW notes that "...[d]ue in large part to plentiful big game populations, Delta and Gunnison counties received combined economic benefits of approximately $80.9 million in 2007 from hunting and fishing activities that support an estimated 912 jobs."[167]  As CPW stated in its comments on the proposed August 2012 oil and gas lease sale of public lands in the North Fork:

> The economic benefits from hunting and fishing recreational activities are a sustainable annual source of economic benefit for Delta and Gunnison counties only if wildlife populations, and particularly big game populations, are maintained and quality hunting opportunities continue to exist.[168]

---

[164] The Western Yellow-Billed Cuckoo was recently proposed for federal endangered species protection. *See* SACRAMENTO FISH & WILDLIFE OFFICE, U.S. FISH & WILDLIFE SERVICE, U.S. DEPARTMENT OF INTERIOR, PUBLIC ADVISORY: WESTERN YELLOW-BILLED CUCKOO PROPOSED FOR FEDERAL PROTECTIONS (Oct. 17, 2013), available at http://www.fws.gov/sacramento/outreach/Public-Advisories/WesternYellow-BilledCuckoo/outreach_PA_Western-Yellow-Billed-Cuckoo.htm (last visited Nov. 29, 2013).
*See also* Jason P. Beason, Rocky Mountain Bird Observatory, *2011 Yellow-Billed Cuckoo Surveys in Western Colorado*, Jan. 2012, available at http://rmbo.org/v3/Portals/0/Documents/Science/2011/USFWS_YBCU_Report_2012_Final.pdf (last visited Nov. 24, 2013).
[165] Letter from Charlie Sharp, U.S. Fish and Wildlife Service to Field Manager, Uncompahgre Field Office, Bureau of Land Management (Feb. 8, 2012), attached as Exhibit 27.
[166] The spreadsheet 13-047_NorthForkProjectAreaScreen (attached as Exhibit 28) shows all values in the entire North Fork Alternative Plan project area, categorized according to the Rocky Mountain Wild ranking system that ranks areas and species by importance and also by data quality. The spreadsheet 13-047_NorthForkProjectAreaScreenFederalMinerals (attached as Exhibit 29) is the same except that it lists the type of federal subsurface minerals found under each value type (all minerals; coal only; oil, gas, and coal only; other) and excludes areas with no subsurface minerals.
[167] Spezze *supra* at note 152.
[168] *Id*.

BLM_0113878

From an economic standpoint, these activities are critically important to the local economy and therefore protective management is needed from the BLM to maintain healthy big game and other wildlife populations.

*Management Recommendation*

The recommendations of this plan are largely consistent with those of CPW.  In 2008, CPW issued a set of recommendations for how oil and gas operations in the state should be managed in order to protect wildlife.[169]  Some of CPW's notable 2008 recommendations that are carried forward in the North Fork Alternative Plan include:

- "Avoid oil and gas activities within mule deer critical winter range [including severe winter range and winter concentration areas], elk winter concentration areas, elk production areas, and migration corridors" (CPW Report, p. 18).
- "No surface occupancy within 0.6 miles of any known Gunnison or greater sage-grouse lek" (p. 22).
- "Avoid oil and gas operations within 4 miles of any known Gunnison or greater sage-grouse lek, and within mapped Gunnison or greater sage-grouse breeding, summer, and winter habitat outside of the 4 mile buffer" (p. 22).
- "No surface occupancy (beyond that which historically occurred in the area) within 0.25 mile of any active or historic bald eagle nest site" (p. 31).
- "No surface occupancy (beyond that which historically occurred in the area) within 0.25 mile of any active golden eagle nest site" (p. 31).
- "No surface occupancy (beyond that which historically occurred in the area) within 0.5 mile of any active or historic peregrine falcon nest site" (p. 32).

In addition, consistent with CPW's recommendations in comments on BLM lease sales in this area, we recommend NSO within 0.25 mile of northern leopard frog breeding sites.[170]  The NFAP recommends mandatory NSO stipulations for important big game habitat (which consists of winter concentration areas and severe winter range for mule deer; and severe winter range, winter concentration areas, migration corridors, and production areas for elk), within the distances noted above for bald and golden eagles, peregrine falcons, and the Gunnison Sage Grouse; and within ½-mile of native trout stream segments.

A mandatory NSO stipulation is best suited to protect the surface resource in question (in this instance, big game and other wildlife habitat in the area).  Through our research, we could not identify instances of BLM implementation of limiting surface densities, as suggested by CPW in order to protect big game habitat.  Most alarmingly, in the draft Tres Rios RMP, the BLM acknowledges "...that **TL stipulations on oil and gas development activities are not adequate to protect critical winter habitat and migratory**

---

[169] *See* Colorado Division of Wildlife, Actions to Minimize Adverse Impacts to Wildlife Resources (Oct. 27, 2008), available at http://www.mde.state.md.us/programs/Land/mining/marcellus/Documents/CO26ColoradofinalBMP1008.pdf (last visited Nov. 29, 2013).

[170] *See* Spezze *supra* at note 152.

BLM_0113879

**corridors for big game**" (emphasis added).[171]  Despite this admission, the BLM proposes only CSU and TL, subject to waiver and modification, to protect critical big game habitat in that draft RMP.

Timing Limitations and Controlled Surface Use stipulations are insufficient to protect wildlife habitat because they can, and likely would, be waived, and may not apply to service vehicles and work necessary during winter months.  The NFAP recommendation for setbacks from water bodies for wildlife concerns are consistent with the recommendation for setbacks from water bodies as discussed in the section on the **Riparian Areas and River Corridors Management Zone**, in which we recommend a ½ mile NO LEASING buffer to protect water bodies.

---

[171] *See* SAN JUAN NATIONAL FOREST AND TRES RIOS FIELD OFFICE *supra* note 149.

BLM_0113880

### Landscape

The North Fork Alternative Plan would designate a **Landscape Management Zone** to protect the uniquely problematic soils and unusually unstable geology prevalent across the area, with specific management for erodible Mancos Shale and to protect against geologic hazards.

The North Fork region is geologically unique.  The Mancos Shale is both a weak, unstable unit prone to failure where it underlies much of the region; and it is a highly erodible, highly saline, selenium-rich unit where it is exposed.  Slope failure in the Mancos is well-known in Colorado.[172]  Landslides, rockfalls, slope failure and other mass wasting events occur frequently.  The area around Paonia Reservoir, for instance, includes some of the largest areas of mass wasting landscape in the United States.[173]  Poorly managed geologic hazards do not just threaten the public lands themselves; they also put at risk community and public safety, local water supplies, highways and roads, other public land uses, and private property.[174]

The Mancos Shale soils throughout the North Fork have long been identified as a top contributor to salinity and selenium loads within the Gunnison and Colorado River systems.[175]  Salinity loads are a major concern for downstream agricultural interests including the nation of Mexico, and have long been considered the "most serious water quality problem" in the Colorado River Basin.[176]  Selenium is a top concern, as loading in the Gunnison River has a high likelihood to adversely affect endangered species in the river and further downstream.  Efforts to limit and reduce salinity in the Colorado River and selenium loading from Mancos Shale in particular represent several multi-agency, multi-state, multi-year undertakings.  One, the Regional Partnership Project, found that:

- Salinity levels of the Colorado River result in an annual cost of approximately $330 million (USDOI, 2001).
- More than half of the salt load originates in the Upper Colorado River Basin and a significant portion of that load can be related to Mancos Shale landscapes.  Selenium, thought to originate from the Mancos Shale, has led to the non-compliance with the Clean Water Act.[177]

---

[172] "This pattern of the basal failure plane lying within bedrock ... was also observed by Chen and Associates (1981, 1985) in a landslide on Mancos Shale at the Buttermilk Ski Area in Aspen, CO, which reactivated in 1984..." GEO-HAZ CONSULTING FOR U.S. FOREST SERVICE, CHAPTER 2 – GEOLOGY AND SLOPE STABILITY OF SNODGRASS MOUNTAIN SKI AREA (March 2008), available at http://www.fs.fed.us/outernet/r2/gmug/policy/ski/snodgrass/geo_report/CHAPTER_2r.pdf (last visited Nov. 29, 2013).
[173] Netra Raj Regmi, *Hillslope Dynamics in the Paonia-McClure Pass Area, Colorado, USA* (Aug. 2010), attached as Exhibit 30.
[174] "Geologic hazards cost Colorado citizens and taxpayers millions of dollars every year, yet ignoring them is the most costly thing we can do." GREG WALCHER, COLORADO GEOLOGIC SURVEY, ROCK TALK, VOL. 3, NO. 1, WHO CARES ABOUT THE COLORADO GEOLOGIC SURVEY? (Jan. 2000), available at http://geosurvey.state.co.us/pubs/Documents/rtv3n1.pdf (last visited Nov. 29, 2013).
[175] Colorado River Basin Salinity Control Forum, *2011 Review: Water Quality Standards for Salinity Colorado River System*, Oct. 2011, available at http://www.crb.ca.gov/Salinity/2011/2011%20REVIEW-October%20Final.pdf (last visited Nov. 29, 2013).
[176] ROBERT G. EVANS, ET. AL., U.S. ENVIRONMENTAL PROTECTION AGENCY, EPA-600/S2-87-077, OPTIMIZING SALINITY CONTROL STRATEGIES FOR THE UPPER COLORADO RIVER BASIN (Feb. 1983), attached as Exhibit 31.
[177] A Regional Partnership Project: U.S. Geological Survey, U.S. Bureau of Land Management, U.S. Bureau of Reclamation, *Mancos Shale Landscapes: Science and Management of Black Shale Terrains* (2009), http://minerals.cr.usgs.gov/projects/mancos_shale/ (last visited Nov. 29, 2013).

BLM_0113881

Saturated Mancos Shale soils from irrigated fields and runoff from poorly managed development on non-irrigated lands are both thought to be leading human-based contributors to selenium loading.[178]

The **Landscape Management Zone** would close to leasing lands with high and very-high potential for selenium loading; and would require mandatory NSO stipulations for lands with Mancos soils within an additional ¼-mile of those lands with high and very-high potential.  This management zone would require mandatory NSO stipulations for all areas with medium to high geologic hazard, and CSU/TL for areas with low to medium geologic hazard.[179]   Figure 26 illustrates the proposed management zone.[180]

*Figure 26 - Proposed Landscape Management Zone*



---

[178] SELENIUM MANAGEMENT PROGRAM WORKGROUP, COMPILED BY US DEPARTMENT OF INTERIOR BUREAU OF RECLAMATION, PROGRAM FORMULATION DOCUMENT GUNNISON RIVER BASIN, COLORADO (October 2011), available at http://www.seleniumtaskforce.org/images/Final-SMP-ProgForm.pdf (last visited Nov. 29, 2013).

[179] *See* GRAND MESA, UNCOMPAHGRE, GUNNISON NATIONAL FOREST, U.S. FOREST SERVICE, U.S. DEPARTMENT OF AGRICULTURE, OIL AND GAS LEASING, FINAL ENVIRONMENTAL IMPACT STATEMENT, VOLUME I, at III-55 to 56 (April 1993), available at http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsbdev7_003178.pdf (last visited Nov. 29, 2013) for the definition of geologic hazards. "Active mudflows, earthflows, and landslides, and areas prone to avalanche are categorized as High Geologic Hazard areas. Moderate Geologic Hazards are those failed slopes that are no longer active (stabilized earthflows, mudflows, and landslides); those slopes adjacent to failed slopes or active earthflows, mudflows or landslides and avalanche chutes; areas of rockfall; flash flood zones, and areas with potential mining related problems (i.e. subsidence, acid drainage)."

[180] Please note:  Maps are provided to depict how management prescriptions and development setbacks and stipulations protect specific resources.  Maps do not necessarily indicate where all such resources are found, and may not correctly depict all places where such stipulations do or do not apply.

North Fork Alternative Plan                                              Page **69** of **102**

The geology of the North Fork is unique and poses distinct management challenges that justify strong and encompassing protections.  The landslide risks, mass wasting potential, and likelihood for slope failure of the upper North Fork and Muddy Creek area are widely recognized.  The contribution that the North Fork's Mancos Shale make to salinity levels in the Colorado System is internationally significant.  Specifically, selenium has the ability to affect a multi-state endangered species recovery project.  The North Fork Alternative Plan provides the proper and necessarily strong management framework to protect the unique and sensitive resources of the North Fork's landscape.

*Delicate and Erodible Soils: Selenium Loading and Salinity*

The need to address water quality impacts is especially important because the North Fork of the Gunnison River is listed as impaired due to selenium pollution.[181]  Agricultural and water users, including the Delta Conservation District, a formal Cooperating Agency with the BLM on the UFO RMP revision, are particularly concerned that failure to address this issue may impact the use of irrigation water.[182]  Of particular concern is the effect that high selenium concentrations have on the endangered fish in the lower Gunnison and downstream in the Colorado River.  Low-flows exacerbate the problem; one solution—if upland selenium control is unsuccessful—is to ensure more water makes it into the river, directly impacting upstream water-users. [183]

The Bureau of Reclamation's Gunnison Basin Selenium Management Program has as its goal "…to reduce adverse effects of selenium on endangered fish species in the Gunnison and Colorado rivers" in order to prevent further action by the U.S. Fish and Wildlife Service, such as requiring higher flow in the river.  The Gunnison Basin Selenium Task Force, a multi-jurisdictional, multi-agency public and private partnership has found that "…[f]uture development, if it continues at the same pace and fashion … on previously non-irrigated Mancos soils, has the potential to significantly contribute to selenium loading in our water systems."[184]

The Gunnison Basin Selenium Task Force's Action Plan, developed with involvement from the BLM, includes among its shared objectives the following: "Retire high selenium lands (from additional development and irrigation); Focus zero discharge development in high selenium loading areas; and, Control erosion on public Mancos Shale lands."[185]

The Task Force reminded the BLM of these obligations, to which the agency is a signatory, in scoping comments on the deferred leasing proposal from 2011.  That letter reminded the BLM of its responsibility of "…[p]romoting [Selenium Management Program] objectives and Best Management Practices for selenium control to the extent possible…" and that "…BLM will: evaluate options to

---

[181] 43 U.S.C. § 1712(c)(8); PAUL VON GUERARD, U.S. GEOLOGICAL SURVEY, SELENIUM STUDIES AND REMEDIATION PLANNING IN THE UPPER COLORADO RIVER BASIN, available at
http://www.water.ca.gov/saltonsea/historicalcalendar/ac/03.16.2005/UpperBasinSeStudies-1.pdf (last visited Nov. 29, 2013).
[182] Letter from Ralph D'Alessandro, President, Board of Supervisors, Delta Conservation District to Helen Hankins, Colorado State Director, Colorado State Office, Bureau of Land Management (Dec. 17, 2012), attached as Exhibit 32.
[183] Sharp *supra* at note 165.
[184] Gunnison River Basin Selenium Task Force, *Action Plan: Working Version -- revised 11-02-09*, available at
http://www.seleniumtaskforce.org/images/GB_Action_Plan_Updated_11-02-09.pdf (last visited Nov. 29, 2013). *See also* SELENIUM MANAGEMENT PROGRAM WORKGROUP *supra* at note 178.
[185] *Id.*

BLM_0113883

conform to a goal of 'no net new selenium loading' from land exchanges, sales, and other actions involving public land."[186]

Poorly managed development on the selenium-rich and highly erodible soils of the Mancos Shale has a significant likelihood of worsening selenium loading in the Gunnison River.  This would result in a net increase of loading to the system, threatening both water quality and water quantity.  Water quality would be impacted through increased salinity and selenium and water quantity through imposed mitigations to protect the endangered fish in the Colorado River system as required by the Endangered Species Act and the Clean Water Act.

*Unstable Geology – Landslide, Mass Wasting & 'Geologic Hazards'*

The Mancos Shale layer is highly erodible when exposed and notoriously unstable, whether exposed or not.  The Mancos was identified as one of the three "most problematic units in Colorado for slope stability..."[187]  The overall geology in the North Fork is characterized as follows:

> The Mancos Shale may be subject to slope instability, expansive soils, hydrocompaction, and severe erosion; the Mesaverde Formation is subject to mass wasting in the form of rockfalls, debris avalanches, and landslides; and the Wasatch Formation is dominated by active landslides and slope-failure complexes.[188]

Proper management for geologic hazards is necessary to avoid undue and irreparable harm to the public's resources.[189]  The BLM is also required to coordinate its management of the public lands with the State and local governments.[190]  Colorado has long recognized the importance of identifying geologic hazards before permitting activities that would allow development, and the state's management for geologic-hazards goes back at least to 1972.[191]

The Gunnison County Board of County Commissioners raised numerous issues regarding steep slopes and the high occurrence of significant geological hazards on the BLM-administered lands in the North Fork area, including: "...landslide areas, mudflow areas, rockfall areas, potentially unstable slopes, expansive soils and progressive expansive soil and rock areas, debris flow areas, sheet flow flooding and

---

[186] Letter from Sonja Chavez de Baca, Coordinator, Gunnison Basin Selenium Task Force to Barbara Sharrow, Manager, Uncompahgre Field Office, Bureau of Land Management (Feb. 9, 2012), attached as Exhibit 33.

[187] Paul Santi, Colorado School of Mines, *Presentation at the Joint Meeting of The Geological Society of America: Problematic Slope Stability Units in Colorado* (2008), abstract available at https://gsa.confex.com/gsa/2008AM/finalprogram/abstract_148204.htm (last visited Nov. 29, 2013). *See also* Andrew E. Godfrey, *Mass Movement of Mancos Shale Crust near Caineville, Utah: A 30-Year Record*, GEOGRAFISKA ANNALER, Series A, Physical Geography Vol. 79, No. 3 (1997).

[188] Regmi *supra* at note 173.

[189] 43 U.S.C. § 1711.

[190] 43 U.S.C. § 1712 (c) 9.

[191] Colorado Geological Survey, Department of Natural Resources, *Solving Land Use Problems* (1998), available at http://geosurvey.state.co.us/land/Documents/LANDUSEBOOKV2.pdf (last visited Nov. 29, 2013).

North Fork Alternative Plan

BLM_0113884

erosion areas and physiographic flood plain areas."[192]  The County also indicated its intent to file lawsuit, if necessary, to block the leasing of these lands under the old and stale 1989 RMP.[193]

Standard Lease Terms are unable to protect against the geological hazards prevalent in the North Fork area.  The USFS concluded as much 20-years ago for the lands on the same slopes and in the same geology as the UFO BLM lands, immediately adjacent differing only by an administrative boundary.  The 1993 Grand Mesa, Uncompahgre, and Gunnison National Forest (GMUG) Oil & Gas Amendment Record of Decision (ROD) notes that applying only Standard Lease Terms to areas of geologic hazard would have:

> ...the greatest potential to produce adverse effects, such as the acceleration or triggering of slope failures, excessive soil movement (erosion), and the resultant risk to the aquatic ecosystem if sediment reaches streams.[194]

The USFS concludes that NSO stipulations are required at a minimum for lands with high geological hazard, and that CSU stipulations are required at a minimum for areas deemed at moderate risk: "STANDARD LEASE TERMS - Potential for natural activation of Geology conditions.  TIMING LIMITATION - Timing would not provide mitigation impacts over Standard Lease Terms."[195]

*Management Recommendation & Rationale*
The North Fork Alternative Plan's **Landscape Management Zone** provides strong, reasonable, and necessary protections for the area's uniquely unstable geology and erodible seleniferous soils, with specific management for erosive Mancos Shale and to protect against geologic hazards.  The BLM should close to leasing the BLM-administered lands and minerals associated with lands with high and very-high potential for selenium loading.  In addition, a mandatory NSO stipulation should be required for lands with Mancos Shale soils within an additional ¼-mile of with lands with high and very-high potential for selenium loading.  For geologic hazards, medium to high geologic hazards should have a mandatory NSO stipulation while low to medium hazards should require a CSU stipulation.

The public minerals administered by the BLM which have surface lands associated in very-high and high selenium mobilization potential areas, should not be open to oil and gas leasing.  Certainly, the BLM must analyze and should select an alternative that closes these lands to oil and gas leasing altogether, as recommend by the Gunnison Basin Selenium Task Force in its scoping comments on the deferred lease sale:

---

[192] Letter from Hap Channell, Chairperson, Board of County Commissioners, Gunnison County, Colorado to Barbara Sharrow, Field Office Manager, Uncompahgre Field Office, Bureau of Land Management (Feb. 7, 2012), attached as Exhibit 34.  These comments include extensive mapping of steep slopes and known geologic hazards as Appendices A and B.
[193] *Id.*
[194] GRAND MESA, UNCOMPAHGRE, GUNNISON NATIONAL FOREST supra at note 179, at II-56.
[195] GRAND MESA, UNCOMPAHGRE, GUNNISON NATIONAL FOREST, U.S. FOREST SERVICE, U.S. DEPARTMENT OF AGRICULTURE, OIL AND GAS LEASING, FINAL ENVIRONMENTAL IMPACT STATEMENT, RECORD OF DECISION (April 1993), available at http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsbdev7_003180.pdf (last visited Nov. 29, 2013).

BLM_0113885

> Wherever possible, **lease sales should not occur in highly seleniferous areas that have been identified**.  Land disturbance activities in these areas can mobilize selenium and result in increased loads to the river system (emphasis added).[196]

No leasing provides the strongest protections to ensure that the BLM is meeting its obligations and not increasing the 'net loading' of downstream selenium levels.  NSO stipulations are much weaker, they can be (and very often are) changed, modified, or waived, and they do not provide the same level of surety.  To keep facilities, roads, and activity that could exacerbate selenium loading or respond to storm water events, the North Fork Alternative Plan includes an additional setback from very-high and high mobilization areas, by requiring a NSO stipulation for ¼-mile beyond the No Leasing area.

The North Fork Alternative Plan requires a mandatory NSO stipulation for all areas with medium to high geologic hazard.  For the purposes of lands associated with BLM minerals, high geologic hazard includes slopes over 30% (due to the uniquely unstable, and well-documented, nature of the geology) and mapped hazards with high potential for further activity, including "Active mudflows, earthflows, and landslides, and areas prone to avalanche..."  This description of geologic hazards is from the USFS.[197]

Stipulations to protect against geologic hazards are well-known to land management agencies.  While the USFS has a specific statutory requirement to manage for geologic hazards, the BLM is similarly obligated to avoid unnecessary and undue harm to the public lands as its fundamental management directive.[198]  Oil and gas development in areas with high geologic hazard have a high likelihood to cause such unacceptable damage, as noted by the federal government itself for lands immediately adjacent and indistinguishable from the UFO-administered BLM lands in the area:

> A High Geologic Hazard area has a high level of major geologic or geomorphic activity or instability, or has a high potential for such activity, either naturally or due to disturbance by management activities.  **Major disturbances in these areas have a high probability of causing unacceptable resource damage** (emphasis added).[199]

BLM stipulations to protect steep slopes can be found in most Resource Management Plans and Oil and Gas Leasing Plans, for example: "Surface occupancy is also prohibited on slopes exceeding 30 degrees to prevent excessive soil erosion, slope failure, and mass wasting...."[200]

For areas with low to medium geologic hazards, CSU and TL should be utilized depending on the specific hazard.  For public lands immediately adjacent to those being managed by the BLM (surface and/or minerals) the USFS found that CSU stipulations were needed at a minimum in areas of moderate geologic hazard, which it describes as:

---

[196] de Baca *supra* at note 186.

[197] Grand Mesa, Uncompahgre, Gunnison National Forest *supra* at note 194, at III-56.

[198] 43 U.S.C. § 1732.

[199] *Id.*

[200] U.S. Department of Energy National Petroleum Technology Office, prepared by ALL Consulting and Montana Board of Oil and Gas Conservation, Coal Bed Methane Primer: New Source of Natural Gas, at 58 (Feb. 2004), available at http://www.all-llc.com/publicdownloads/CBMPRIMERFINAL.pdf (last visited Nov. 29, 2013).

BLM_0113886

Moderate Geologic Hazards are those failed slopes that are no longer active (stabilized earthflows, mudflows, and landslides); those slopes adjacent to failed slopes or active earthflows, mudflows or landslides and avalanche chutes; areas of rockfall; flash flood zones, and areas with potential mining related problems (i.e. subsidence, acid drainage).

Moderate Geologic Hazards are found throughout the analysis area, but are commonly found associated with those areas of High Geologic Hazard. **Those areas underlain by the Mancos Shale, the Wasatch Formation, and clay soils derived from the Morrison Formation are potentially subject to slope failure, as a result of management activities.** The contact zone between the Mancos Shale and the overlying Mesaverde Group rocks also tends to be prone to slope failure (emphasis added).[201]

Timing limits would be appropriate in areas where heavy rainfall, snowmelt, or other factors increase slope instability during a certain season or in response to particular events; Controlled Surface Use could simply be stipulated that operations will require specific Conditions of Approval (COAs) for any areas where low- to moderate geologic hazard may occur.  For example: "If stipulated or a Lease Notice is attached to the lease, the operator and the administrator are aware of the geologic hazard that exists in the lease parcel."[202]

Geologic hazards are somewhat unpredictable, and they often respond to other events, such as weather.  Thus, flash flood prone areas might normally appear stable, only to become highly problematic during an intense 10-year or 100-year event flood event.  CSU stipulations can help guard against calamity by imposing specific protections for flood-prone areas, even those far removed from the normal riparian zone.  In addition, the North Fork includes numerous historic coal mining areas, some of which have problems with subsidence and long-burning coal seam fires.  CSU provides the BLM with specific tools to ensure that any surface activity associated with these areas is properly and carefully managed to prevent further damage.

---

[201] GRAND MESA, UNCOMPAHGRE, GUNNISON NATIONAL FOREST *supra* at note 194, at III-15.
[202] GRAND MESA, UNCOMPAHGRE, GUNNISON NATIONAL FOREST *supra* at note 194, at II-24.

BLM_0113887

## Special management and resources designations

In addition to highlighting a set of important resources and protecting them through six management zones, the NFAP also highlights two particularly important resources in the valley for special management attention: the Jumbo Mountain area for outdoor recreation, and the overall scenic qualities North Fork.  The BLM is directed to provide for outdoor recreation on the public lands and to consider scenic qualities in its land use planning, and plan revisions by FLPMA:

> FEDERAL LANDS POLICY AND MANAGEMENT ACT DECLARATION OF POLICY.
> The Congress declares that it is the policy of the United States that... the public lands be managed in a manner that will protect the quality of scientific, **scenic**, historical, ecological, environmental, air and atmospheric, water resource, and archeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish and wildlife and domestic animals; and that **will provide for outdoor recreation** and human occupancy and use; (emphasis added).[203]

Other unique lands and sensitive resources on the BLM lands in the North Fork also warrant special attention when considering oil and gas leasing and development—including Needle Rock Outstanding Natural Area and other potential special management areas, such as Areas of Critical Environmental Concern.[204]  Nearby lands with special designations include Gunnison Gorge National Conservation Area, state parks and wildlife areas, Colorado Roadless Areas and the Black Canyon of the Gunnison National Park.  Lands and streams in the region provide habitat for endangered, threatened and candidate species (including the Gunnison Sage Grouse and Greenback Cutthroat trout), and thus also require special management attention.

### Visual Resource Management and the Jumbo Mountain Special Recreation Management Area

To protect the quality of the scenic values of the public lands, the agency has developed its VRM system, described as "...a methodical approach to inventorying and managing the scenic resources of the public lands."[205]  Simply put, VRM management—and the rational, methodical recognition and protection of the North Fork's important scenic values—is one tool that the BLM can use to impose strong management (including 'avoidance') of oil and gas development in the valley.

In addition to being directed as fundamental policy (as per the FLPMA Declaration of Policy) the BLM is also directed by FLPMA, in the land use planning requirements of the law, to pay attention to recreational plans and local priorities, such as the Town of Paonia's formal support for directed recreation management at Jumbo Mountain.[206]  Strong management to protect the unique and special

---

[203] 43 U.S.C. § 1701 (a) (8).
[204] The above citation from FLPMA requires the BLM to protect unique scientific values, like Needle Rock ONA; while other parts of the law require that the BLM prioritize management for Areas of Critical Environmental Concern, *See* 43 U.S.C. § 1711 (a).
[205] *Visual Resource Management Classes and Objectives for Bureau of Land Management-Administered Lands,* available at http://caminorealheritage.com/BLM/q%20appendix%20h%20visual%20resource%20management%20classesobjectives.pdf (last visited Nov. 29, 2013).
[206] 43 U.S.C. § 1712 (c) (9).

BLM_0113888

outdoor recreational opportunities at Jumbo Mountain and the valley's highly scenic values are reasonable and prudent agency actions.

## Special Designations on BLM and Adjacent Lands

In addition to the Congressional requirements that the BLM protect outdoor recreation and the North Fork's scenic values, BLM need also give careful attention to management on lands that border areas that have special designations themselves.  This would include BLM lands in the North Fork that border two state parks, and a National Park, as well as a BLM-administered National Conservation Area.  BLM lands also border several Colorado Roadless Areas on the National Forest and State Wildlife Areas.

BLM_0113889

### Jumbo Mountain Special Recreation Management Area

Jumbo Mountain is a prominent feature throughout much of the valley. The public lands of the proposed Jumbo Mountain Special Recreation Management Area (SRMA) are comprised of a series of rising ridges that form the southwestern flanks of Jumbo Mountain, itself a foothill of the West Elk range. Jumbo Mountain has long been popular for recreation. The proposed SRMA is immediately adjacent to Paonia and frames the northeast horizon of town.

An informal trail system is well-used by mountain bikers, trail runners, and hikers offering outstanding opportunities for unconfined recreation.[207]

Providing for nearby primitive and dispersed recreation, Jumbo Mountain is an asset to Paonia. The Chamber of Commerce, the Town Council, and the local 'Single-track Society' along with numerous local businesses and residents support creation of an SRMA.

> *Delta County Independent*     April 14, 2010
>
> **Jumbo Mountain 'Special Recreation Management Area'**
>
> **Paonia chamber wants special recreational designation**
>
> Once again the Community Room at Paonia Town Hall was full, as those interested in recreational uses on public lands met on March 31.
>
> Unlike the first meeting which was hosted by the Bureau of Land Management (BLM), this meeting was called by the Paonia Chamber of Commerce to specifically discuss the future of recreation on Jumbo Mountain… public land adjacent to the Town of Paonia…
>
> 
>
> …The chamber's board of directors had sent a letter to …BLM, several days before the meeting. It encouraged BLM "to consider creating a Special Recreation Management Area (SMRA) in the area bordering the town of Paonia and continuing up to the face of Jumbo Mountain.

> The Paonia Chamber of Commerce believes that the creation of an SRMA in this area is a unique opportunity to increase the quality of life for the residents of Paonia, to enhance the economic viability of the town, to serve the community's wishes for recreational access to public land…
>
> Mayor Neal Schwieterman of Paonia said anytime a diverse group of people sit down together is a good thing. Schwieterman is a mountain biker, but was representing the Town of Paonia. … The Town of Paonia would like there to be better access to Jumbo Mountain. … The Town of Paonia is a Cooperating Agency working with BLM on the resource plan…[208]

---

[207] Mesa State College, Natural Resources and Land Policy Institute, BLM Uncompahgre Field Office: Recreation Focus Group Report, Table 7: Outstanding Recreational Opportunities, at 9 (May 2010), available at http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/uncompahgre_field/rmp/rmp_docs.Par.64248.File.dat/Recreati on%20Focus%20Group%20Report%20UFO-RMP%202010_NEW.pdf (last visited Nov. 29, 2013).

[208] Kathy Browning, *Paonia chamber wants special recreational designation for Jumbo Mountain*, Delta County Independent, April 14, 2010, available at http://askturf.com/park/pNews_det.php?id=258 (last visited Nov. 29, 2013).

North Fork Alternative Plan

BLM_0113890

In scoping the revised RMP, the BLM has identified the important recreational values and uses at Jumbo Mountain.  One commenter to BLM called Jumbo: "The best mountain bike trail system in the region."[209]  The Final Scoping Summary Report from July 2010, as part of the revision process for the UFO RMP, notes specific and strong support for a Jumbo Mountain SRMA.

> Commenters provided detailed suggestions for the designation of Special Recreation Management Areas in particular areas in the planning area, notably Jumbo Mountain outside of the town of Paonia.[210]

Community members that attended BLM scoping meetings in 2010 noted the community was willing to partner with the agency if it would protect the public lands on Jumbo and managed them for recreation.

> This area is has a long historical usage as a recreation area by hikers, runners, hunters, ATV riders and since 2000 by mountain bikers.  Its proximity to town makes it an ideal recreational area for all these groups.  However there are many issues that need to be addressed to avoid resource damage, user conflicts, access issues.  Many folks in our community are ready to work with the BLM to make this happen.[211]

To maintain, manage, facilitate and improve the primitive recreational opportunities of these popular public lands, the **Jumbo Mountain Special Recreation Management Area** would prohibit any surface occupancy or disturbance associated with oil and gas leasing, exploration, or development.  No exceptions, waivers, or variances would be allowed to this stipulation.  The proposed SRMA is illustrated in Figure 27 below.[212]

---

[209] Uncompahgre Field Office *supra* at note 8, Comment #434 at C-181.
[210] *Id*. at 3-9.
[211] *Id*. Comment #301 at C-180.
[212] Please note:  Maps are provided to depict how management prescriptions and development setbacks and stipulations protect specific resources.  Maps do not necessarily indicate where all such resources are found, and may not correctly depict all places where such stipulations do or do not apply.

BLM_0113891

*Figure 27 - Jumbo Mountain Special Recreation Management Area*



Oil and gas development would conflict with the purposes of the Jumbo Mountain SRMA by introducing an industrial use into an area prized for its primitive and unconfined recreational opportunities.  Any oil and gas activity on these public lands, which also border subdivisions and an elderly residential care facility, will focus significant industrial activity in these places and impinge on access to these multiple-use public lands further harming their value for recreation.

In addition to the degradation of the natural qualities that make the Jumbo Mountain area attractive to many visitors, oil and gas development would present hazards to health and safety, provoke public confrontation and resentment, and foster an overall loss in quality of life for local residents and visitors due to the loss of a popular running, biking, and hiking area.

The BLM administered public lands at Jumbo Mountain provide important and nearby recreational opportunities for the Town of Paonia.  Prohibiting any surface disturbance associated with leasing, exploration or development of oil and gas will avoid conflicting uses and allow the community to work with the agency to further develop and better maintain the Jumbo's recreational use.

*Management Recommendation & Rationale*

In order to protect outstanding opportunities for primitive recreation present in the Jumbo Mountain SRMA the entire area should be stipulated as NSO with no exceptions.  The heavy industrial nature of oil

BLM_0113892

and gas development makes it incompatible with management of the Jumbo Mountain area as a trail-oriented, natural recreation landscape.

Heavy truck traffic, industrial activity, exposure to toxins, public hazards, and other factors present in an oil and gas field are incongruous with a healthy, enjoyable recreation experience.  The steep topography and ridges that provide for plentiful human screening, enhancing the experience of solitude, would require massive alteration—cut and fill—to locate any oil and gas roads or infrastructure, ruining the scenic qualities of the place.

An NSO requirement for the Jumbo Mountain SRMA is consistent with BLM management in other Colorado field offices, including the Colorado River Valley Field Office.  That field office closed SRMAs to any oil and gas surface disturbance, without exception, nearly 15 years ago in the 1999 oil and gas amendment to the RMP.[213]

---

[213] COLORADO STATE OFFICE, BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, GLENWOOD SPRINGS RESOURCE AREA, OIL & GAS LEASING AND DEVELOPMENT, RECORD OF DECISION AND RESOURCE MANAGEMENT PLAN AMENDMENT (March 1999), available at http://www.blm.gov/pgdata/etc/medialib/blm/co/programs/land_use_planning/rmp/archives/glenwood_springs/amendments.Par.69979.File.dat/990_GA_ROD.PDF (last visited Nov. 29, 2013).

North Fork Alternative Plan                                                            Page **80** of **102**

BLM_0113893

## Visual Resource Management for the North Fork

Although a human-impacted landscape, the North Fork is an area with high scenic qualities. The BLM notes in its Visual Resource Inventory Manual: "Man-made features that complement the natural landscape may enhance the scenic value. Evaluations should avoid any bias against man-made modification to natural landscape."[214] The mixture of agricultural lands, undeveloped lands, and historical and current coal mining add to the character of the valley. A BLM PowerPoint presentation for agency staff on VRM confirms this: "The scenic significance of many landscapes is cultural or historic."[215] Many of the BLM lands are visible from important scenic corridors and viewpoints. Retaining its visual features—its appeal as a non-industrial rural landscape, as well as of its undeveloped and popular public lands—is a top concern of residents, local government, and businesses.



Figure 28 - A summer sunset over the West Elk Mountains, from near Azura Cellars & Gallery. Credit: Jim Ramey.

VRM is an important agency tool for proper consideration and protection of an area's scenic qualities.[216] In the RMP revision process, VRM consists of an inventory (identifying which public lands should receive which general VRM class designations) and outlining management prescriptions within those

[214] BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, H-8410-1, VISUAL RESOURCE INVENTORY MANUAL, available at http://www.blm.gov/pgdata/etc/medialib/blm/wo/Information_Resources_Management/policy/blm_handbook.Par.31679.File.dat/H-8410.pdf (last visited Nov. 29, 2013).
[215] BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, POWERPOINT PRESENTATION: VISUAL RESOURCE MANAGEMENT, LAS VEGAS, NV (Nov. 3 - 7, 2008), available at www.ntc.blm.gov/krc/uploads/35/Unit%2001%20Overview%20VRM%2011%2005%2008.pdf (last visited Nov. 29, 2013).
[216] Id. The BLM defines VRM as: "The inventory and planning actions taken to identify visual values and to establish objectives for managing those values; and the management actions taken to achieve the visual management objectives."

North Fork Alternative Plan

BLM_0113894

designations.  The BLM's Visual Resource Inventory Manual (H-8410-1) lists three factors for the inventory: scenic quality, sensitivity, and distance zone.[217]

### Nearby Scenic Qualities

The North Fork's BLM lands have outstanding scenic qualities, which are important to the community and a fundamental force driving local tourism.  Festivals and events in the valley rely on the ambiance and non-industrial nature of the landscape, including the nearby BLM lands.  The area also includes a dozen wineries, many with popular tasting rooms that are adjacent to and look out on the valley's BLM lands.[218]  Many of these BLM lands lie within the fore- and middle-ground zone (within three to five miles) of town centers, travel corridors, wineries, or other notable viewpoints.

The North Fork's BLM lands cradle large stretches of the West Elk Loop Scenic Byway, designated by the State of Colorado in 1991.  The West Elk Loop and the area it covers are world-renown for their fall color displays, and lands in the Kebler and McClure Pass areas include the world's largest aspen groves (each made up of a single cloned organism) with some of the most impressive fall foliage in the Western United States.[219]  Among the many community-based efforts promoting the West Elk Loop, and the communities along its route, the "Official [Web] Site of Gunnison-Crested Butte, CO" notes:

> The West Elk Loop has been described by a forest ranger as "the closest you can come to a wilderness experience in a passenger car."  Even through the windshield, one is likely to see bears, elk, deer, bighorn sheep, coyotes, eagles and any variety of wildlife. … The road skirts canyon rims, follows Whitewater Rivers, plunges into deep forests and traverses desert and sagebrush plains.  The West Elk Loop provides immersion in the scenery, history and the culture of Western Colorado.[220]

Further, the West Elk Loop Scenic and Historic Byway Corridor Management Plan, highlights the highly scenic qualities of the Byway.

> The Byway is near the heart of the Rocky Mountains and at the edge of the Colorado plateau and canyon country.  The magnificent landscapes of both regions have immediate and almost universal recognition nationally and, increasingly, internationally as well.  The scenic qualities of the West Elk Loop Scenic Byway are truly outstanding and varied.  They include both dramatic, natural landscapes as well as lands whose character has been enhanced by visible signs of the long and hard-earned tenure of those who have come to settle the land.[221]

---

[217] BUREAU OF LAND MANAGEMENT supra at note 214.
[218] See Helleckson supra at note 12 (previously attached as Exhibit 3).
[219] Five Autumn Drives & Outdoor Fun a Gold Rush in Gunnison-Crested Butte, Colorado, SAN FRANCISCO CHRONICLE, Aug. 14, 2013, available at http://www.sfgate.com/business/press-releases/article/Five-Autumn-Drives-Outdoor-Fun-a-Gold-Rush-in-4734234.php (last visited Oct. 2, 2013).
[220] Gunnison-Crested Butte Tourism Association, West Elk Scenic & Historic Byway (2008), http://www.gunnisoncrestedbutte.com/area-tour/west-elk-scenic-and-historic-byway (last visited Nov. 29, 2013).
[221] EDAW, prepared for the West Elk Loop Scenic and Historic Byway Steering Committee, West Elk Loop Scenic and Historic Byway Corridor Management Plan, at II-1 (2000), available at http://www.coloradodot.info/travel/scenic-byways/southwest/west-elk-loop/ScenicByway-WestElkLoop (last visited Oct. 2, 2013).

BLM_0113895

> The West Elk Loop Scenic and Historic Byway contains a number of significant resources. … they include scenic landscapes, outstanding natural features, diverse recreational resources, nationally significant historic sites, and distinctive cultures and ways of life. It is these intrinsic qualities for which the Byway was established.  It is also the qualities that make this a distinctive and special place for the people who reside here.  For both reasons, it is critically important to protect the resources, and way of life, found along the Byway.[222]

The Scoping Report prepared by the UFO for this RMP revision notes: "[Representatives of the West Elk Byway] also ask that the byway remain relatively natural in appearance, including the viewshed."[223]  The combination of undeveloped and rural landscapes enhances the North Fork's scenic qualities. Preserving these features is important to residents, local governments, and businesses in the valley.

## High Public Sensitivity

Prominent features on the public lands, like Needle Rock and Jumbo Mountain, dominate many views in the valley.  Many of the BLM lands are nearby and highly visible from the North Fork's important travel corridors, town centers, vista points and viewing areas.  The confined and relatively small configuration of the valley makes impacts on the public lands more noticeable.

In discerning public sensitivity of and around visual resources, BLM staff is directed to consider six factors: type of users; amount of use; public interest; adjacent land uses; special areas; and, other factors.[224]  Regarding these factors, the agency's Visual Resource Inventory Manual notes:

- Recreational sightseers may be highly sensitive to any changes in visual quality.
- Areas seen and used by large numbers of people are potentially more sensitive.
- The visual quality of an area may be of concern to local, State, or National groups… Public controversy created in response to proposed activities that would change the landscape character should also be considered.
- The interrelationship with land uses in adjacent lands can effect the visual sensitivity of an area. For example, an area within the viewshed of a residential area may be very sensitive.
- Management objectives for special areas … frequently require special consideration for the protection of the visual values.
- Consider any other information … that includes indicators of visual sensitivity.[225]

Consideration of these six factors points to high levels of sensitivity around visual resources in the North Fork.  Many of the thousands of comments and protests received on the two deferred lease sales in 2012 and 2013—'public controversy created in response to proposed activities'—document (among other things) that these public lands are already heavily utilized and valued for their scenic qualities, for recreation, and their benefit to tourism.  These comments also document that the BLM lands lie

---

[222] *Id* at III-1.
[223] UNCOMPAHGRE FIELD OFFICE *supra* at note 8.
[224] BUREAU OF LAND MANAGEMENT *supra* at note 214.
[225] *Id*.

BLM_0113896

adjacent to towns, farms, businesses, and residences.[226]  In addition the BLM lands encompass and border special areas, like the Needle Rock Outstanding Natural Area, the West Elk and Raggeds Wilderness Areas, Paonia State Park, Crawford State Park, McClusky Public Access State Wildlife Area, and several Colorado National Forest Roadless Areas.[227]

BLM lands also include riparian zones along the North Fork and Smith Fork of the Gunnison Rivers, home to plant species and wildlife that enhance the scenic quality of the area.  Then there are the 'other factors' that impact VRM, like visual scarring resulting from poor reclamation success in an arid valley with a notoriously unstable geology subject to monsoonal downpours.[228]  The farms, businesses and residences surrounded by and intermixed with BLM lands derive real value from the scenic rural atmosphere and visual appeal of the North Fork area.  Thus, there is a high level of sensitivity around maintaining the North Fork's landscape features and scenic qualities which are widely regarded as spectacular.

Oil and gas development, with roads, well pads, pipelines, waste pits, compressor stations, storage and condensate tanks, and sundry industrial facilities, can have a profound impact on landscape features that is not limited to their surface impact only.  Such visual scarring would have a significant impact on the culture and economy of the North Fork.

The proposed **Visual Resource Management** in the North Fork, illustrated in Figure 29, below,[229] would apply a VRM Class II designation to the following lands, with the following management prescriptions: NO LEASING of select prominent landscape features; NSO stipulations within one mile of travel and scenic corridors; and CSU stipulations and other VRM-specific Conditions of Approval for all other lands associated with BLM minerals visible from important vistas and travel corridors.[230]

---

[226] *See*, e.g., Paonia Town Council Letter *supra* at note 88 (previously attached as Exhibit 10); Hotchkiss Town Council Letter *supra* at note 89 (previously attached as Exhibit 11); Crawford Town Council Letter *supra* at note 91 (previously attached as Exhibit 12); West Elks Winery Association Letter *supra* at note 12 (previously attached as Exhibit 3).

[227] *See* Rocky Mountain Region, U.S. Forest Service, U.S. Department of Agriculture, *Colorado Roadless Rule*, available at http://www.fs.usda.gov/detail/r2/home/?cid=stelprdb5200050 (last visited Nov. 29, 2013).

[228] Amateur video captures monsoonal storm water flooding reclaimed coal mining area near Bowie, Colorado July 28, 2013, available at http://instagram.com/p/cU1bIKxUyL/#.

[229] Please note:  Maps are provided to depict how management prescriptions and development setbacks and stipulations protect specific resources.  Maps do not necessarily indicate where all such resources are found, and may not correctly depict all places where such stipulations do or do not apply.

[230] Bureau of Land Management *supra* at note 214, at 5: "VRM Class II: The level of change to the characteristic landscape should be low. Management activities may be seen, but should not attract the attention of the casual observer."

BLM_0113897

*Figure 29 - Proposed Visual Resource Management in the North Fork*



## Management Recommendations & Rationale

Generally, many of the highly-visible BLM public lands in the North Fork should be managed under a VRM Class II designation seeking to: "[r]etain existing character of landscape…"  Lands that include prominent features, that lie within the fore- or middle-ground, or are otherwise highly visible, would require VRM prescriptions that might include No Leasing, NSO, or CSU stipulations.

## No Leasing of Prominent Features

Select prominent landmarks deserve special attention and should be closed to leasing under the revised plan.  These prominent landmarks consist of the face of Jumbo Mountain; 'C' Hill (Youngs Peak); 'H' Hill; the near flanks of the West Elks; and Needle Rock.  There is nearby precedent for closing certain highly scenic and cherished public lands to leasing, in the Gunnison National Forest.  The USFS's 1993 Oil and Gas EIS/Plan Amendment, ROD closes the Kebler Pass road beyond Erickson Springs to oil and gas leasing, and rightfully notes:

BLM_0113898

> The corridor is between the West Elk and Raggeds Wildernesses and has very high scenic and recreational values.  It is also designated a Scenic Byway. **… There is very strong local support to not lease in the Kebler Corridor** (emphasis added).[231]

### No Surface Occupancy along key scenic and travel corridors and around key viewpoints

For lands associated with BLM minerals that lie along scenic travel routes—portions of the West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Road 12 (i.e. Kebler Pass Rd.)), and 3100, North, Crawford and Back River Roads—No Surface Occupancy stipulations would be required within 1-mile to protect visual resources.

There are widespread examples of NSO stipulations to manage for visual resources along travel corridors.  For instance in the BLM's Glenwood Spring 1999 Oil and Gas RMP Amendment/Supplemental EIS:

> BLM has determined that the associated [Controlled Surface Use] CSU may be inadequate in those situations where special design considerations or even moves of greater than 200 meters may be inadequate to achieve VRM Class II objectives.  [For lands in sensitive places along the I-70 viewshed].[232]

Nearly 30 years ago in Utah, the BLM imposed NSO stipulations to protect the visual resources along travel corridors in the Book Cliffs: "To protect the visual resources, no occupancy or other surface disturbance will be allowed within 2500 feet north of highway 40, east of the Green River."[233]  And the Intermountain Oil and Gas BMP (Best Management Practice) Project includes this example from Wyoming BLM: "Surface disturbance will be prohibited in any of the following areas or conditions... Within important scenic areas (Class I and II Visual Resource Management Areas)."  Protection of the North Fork's visual features by prohibiting any surface activity or occupancy within 1 mile of notable travel corridors is a prudent, reasonable, and standard stipulation for areas with high scenic qualities and public sensitivity.

### CSU and Lease Notices/Conditions of Approval for All Other View-Sensitive Lands

For other lands associated with BLM minerals visible from travel corridors beyond 1 mile, or visible from other important viewpoints (defined as the 12 wineries of the West Elks AVA, and downtown Paonia, Hotchkiss, and Crawford), CSU stipulations and other VRM-specific road, well pad, well or facility design features would apply to protect visual resources.[234]

---

[231] Grand Mesa, Uncompahgre, Gunnison National Forest *supra* at note 195, at 15.

[232] Colorado State Office *supra* at note 213.

[233] Bureau of Land Management, Book Cliffs Resource Management Plan and Record of Decision, 1985, at Figure 2-8.

[234] CSU stipulations allow the agency to move the proposed surface location of an operator's road, pad or facility more than the standard 200 meters, and to impose other VRM-specific surface use requirements regarding well pad construction, road location, natural screening, etc.  Examples of such surface use requirements include camouflaged construction equipment, shielded lighting, walls or hay bales around the well pad, etc.

North Fork Alternative Plan

BLM_0113899



*Figure 30 - While Highway 133 and Kebler Pass Road are often cited as highly scenic portions of the West Elks Scenic Byway, Highway 92 also offers incredibly scenic views. This photo was taken along Highway 92 South of Crawford. Credit: Jim Ramey.*

The primary VRM authority that CSU stipulations give the agency is more control over siting to take advantage of natural screening.  Thus the stipulation should also include—in addition to this siting authority—specific additional notice that updated COAs may also be required.  In one RMP amendment, the BLM framed a CSU stipulation as such:

> The BLM may require special design, construction, operation, mitigation, or reclamation measures, or relocation by more than 200 meters in VRM Class II areas … to retain the existing landscape character and allow only limited changes.[235]

Some examples of specific COAs that might be applied at a later time include: below-grade wellheads; concentration of facilities; mitigations to reduce light pollution; and use of 'low-contrast' (usually native) material for roads, pads, etc.[236]

---

[235] Intermountain Oil and Gas BMP Project, *BMP ID 3228*, GS-CSU-ROAN-14 SSR/CSU VRM Class II, ROD for the Approval of Portions of the Roan Plateau RMP Amendment/EIS, available at http://www.oilandgasbmps.org/view.php?id=3228 (last visited Nov. 29, 2013).
[236] Intermountain Oil and Gas BMP Project, *BMP Search*, available at http://www.oilandgasbmps.org/bmpsearch.php?mode=1&kw=vrm&cat=0&loc=0 (last visited Nov. 29, 2013). A search for the term "VRM" reveals 64 records.

BLM_0113900

## General Concerns & Management Recommendations

Aside from the many resource issues addressed in discussion of proposed management above, other general concerns around oil and gas development on public lands are at the forefront of community members' minds.  Primary among these concerns are impacts to air quality, traffic, and the overall degradation of rural character of the North Fork. In addition to a discussion of these concerns, and applicable mitigation measures and protective management, we also discuss recommended best management practices that should be required for any oil and gas development in the area.

> "Gerald Nelson, who studies global climate change and food security, is currently stationed in Grand Junction and investigating the long-term impact of ozone on the area's wine and fruit production.
>
> 'In the Grand Valley, with ozone levels between 40 and 70 [parts per billion], you get a yield reduction of 5 percent to 20 percent,' Nelson said. 'A 20 percent yield reduction is going to hurt that bottom line.'
>
> Nelson added that for produce like grapes, cherries and peaches, which ripen yearly on the same plant as opposed to crops planted anew every year like corn or wheat, the effects of ozone are long term, impacting quality and quantity of produce for years to come."
>
> Source: Tessa Cheek, *Colorado farmers join fight for tougher air quality rules*, COLORADO INDEPENDENT, Nov. 1, 2013, available at http://www.coloradoindependent.com/144709/colorado-farmers-join-fight-for-tougher-air-quality-rules.

### Air Quality

Fortunately, because of its rural and un-industrialized nature, the North Fork area enjoys relatively clean air unlike other areas in Colorado that have suffered ozone non-attainment.[237]  Over the course of 2013, air "…monitoring stations in Fort Collins, Greeley, Boulder, Golden, and even Rocky Mountain National Park…" violated federal ozone standards.[238]  Air quality is incredibly important for the North Fork's agricultural sector, as clean air is necessary for production of the area's prized produce.  Clean air is so vitally important that both local conservation organizations, Citizens for a Healthy Community and the Western Slope Conservation Center, have undertaken baseline air sampling projects to test for chemicals in the air sourced from, and related to, drilling and fracking.[239]

Pollution from oil and gas operations releases Volatile Organic Compounds (VOCs), which are precursors to ozone pollution.[240]  "These compounds do contribute to ozone production, which has a lot of well-established negative health effects on people.  Ozone causes increased death rates,' according to Detlev

---

[237] Bob Brewyn, *Colorado unlikely to hit ozone standard due to oil and gas drilling*, COLORADO INDEPENDENT, Oct. 17, 2013, available at http://www.coloradoindependent.com/144473/colorado-unlikely-to-hit-ozone-standard-due-to-oil-and-gas-drilling (last visited Nov. 29, 2013).
[238] *Id.*
[239] Dennis Webb, *Project aims to assess effects of pollution*, GRAND JUNCTION DAILY SENTINEL, Oct. 27, 2013, available at http://www.gjsentinel.com/news/articles/project-aims-to-assess-effects-of-pollution (last visited Nov. 29, 2013).
[240] Tessa Cheek, *Colorado farmers join fight for tougher air quality rules*, COLORADO INDEPENDENT, Nov. 1, 2013, available at http://www.coloradoindependent.com/144709/colorado-farmers-join-fight-for-tougher-air-quality-rules (last visited Nov. 29, 2013).

BLM_0113901