Helmig, a chemist at the Institute of Alpine and Arctic Research at the University of Colorado."[241] In addition, according to Helmig, "high ozone levels similarly stress vegetation, which is why Colorado farmers on both sides of the Continental Divide are seeing reduced yields and profits."[242] An estimate of the lost revenue statewide from just one crop, winter wheat, due to increased ozone levels, may have cost Colorado farmers $24 million.[243] With the North Fork's historic agricultural economy, along with the growing agritourism economy, clean air is an absolute necessity.

Numerous organizations have submitted extensive comments about concerns about impacts to air quality, among other resource concerns, from oil and gas development in the North Fork. For more information about air quality concerns, see the following comment letters, hereby incorporated by reference into the NFAP:

- Comments submitted on Aug. 13, 2013 to the BLM on the proposed Whitewater Master Development Plan by the Western Environmental Law Center, on behalf of Citizens for a Healthy Community.[244]
- Comments submitted on April 23, 2012 to the BLM on the proposed Bull Mountain Unit Master Development Plan by the Western Environmental Law Center, on behalf of Citizens for a Healthy Community.[245]
- Scoping comments submitted on Feb. 8, 2012 to the BLM on the proposed Aug. 2012 lease sale by the Western Environmental Law Center, on behalf of Citizens for a Healthy Community.[246]
- Comments submitted on April 19, 2012 to the BLM on the proposed Aug. 2012 lease sale, draft EA and Finding of No Significant Impact (FONSI), by the Western Environmental Law Center, on behalf of Citizens for a Healthy Community.[247]
- Protest submitted on Dec. 14, 2012 to the BLM on the proposed Feb. 2013 lease sale by the Western Environmental Law Center, on behalf of Citizens for a Healthy Community.[248]
- Scoping comments submitted on Feb. 7, 2012 to the BLM on the proposed Aug. 2012 lease sale by The Endocrine Disruption Exchange.[249]

---

[241] *Id.*

[242] *Id.*

[243] Michael Bowman, *Why Colorado Agriculture Should Care About Fuguitive Natural Gas Emissions*, COLORADO POLS, Sept. 27, 2013, available at http://coloradopols.com/diary/50007/why-colorado-agriculture-should-care-about-fugitive-emissions (last visited Nov. 15, 2013.

[244] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2013/08/Whitewater_Draft-EA-Comments-FINAL.pdf (last visited Nov. 27, 2013).

[245] Available at http://citizensforahealthycommunity.org/wp-content/uploads/2012/05/Comments_Draft-EA-Bull-Mtn_FINAL.pdf (last visited Nov. 27, 2013).

[246] Available at http://citizensforahealthycommunity.org/wp-content/uploads/2010/12/CHC_Comments-on-August-2012-lease-sale-FINAL-21.pdf (last visited Nov. 27, 2013).

[247] Available at http://citizensforahealthycommunity.org/wp-content/uploads/2012/04/Comments_Draft-EA-Aug2012_Final.pdf (last visited Nov. 27, 2013).

[248] Available at http://www.citizensforahealthycommunity.org/wp-content/uploads/2012/12/Feb.-2013-Lease-Sale-Protest-FINAL.pdf (last visited Nov. 27, 2013).

[249] Attached as Exhibit 35.

BLM_0113902

- Comments submitted to the BLM on the proposed Whitewater Master Development Plan by Western Colorado Congress and the Western Slope Conservation Center.[250]
- Comments submitted on April 19, 2012 to the BLM on the proposed Aug. 2012 lease sale, draft EA and FONSI, by High Country Citizens' Alliance, et. al.[251]

## Traffic

Another significant, related concern to oil and gas development on public lands is traffic. Exhaust from diesel trucks and increased dust create economic, health, and safety concerns. And the constant barrage of truck traffic that would accompany oil and gas drilling and fracking would degrade the rural nature of the community.

"Specifically as a vineyard and winery, we have concerns about traffic and dust," Brent Helleckson, member of the North Fork Alternative Stakeholder group and owner of Stone Cottage Cellars, told *Colorado Public Radio*.[252] "In the process of growing grapes, the grapes are susceptible to dust. There's a dust mite actually that takes up residence on the vines and leaves when there are dusty conditions, and that dust mite can actually taint the flavor of the wine."[253]

---

### Drilling & Fracking Truck Traffic:

"It's the Wild West. Everybody is making up their own rules." — Lynne Irwin, director of Cornell University's local roads program.[A]

"When you have a virtual bomb on wheels, you need to be careful. I'm very sensitive to road issues. I've been in a lot of near misses." - Nancy Jacobsen, Garfield County resident.[B]

"When considering safety risks to residents ... increased traffic is likely to create negative health impacts. ... Because children often walk and ride bicycles and are not as safety conscious, children are considered more vulnerable than most adults to the impacts of traffic. ... The traffic will be frequent in some cases ... where it is estimated that several hundred trucks [would be] passing a day for several months."[C]

Sources: A) Jim Efstathiou Jr., *Taxpayers Pay as Fracking Trucks Overwhelm Rural Cow Paths*, BLOOMBERG BUSINESSWEEK, May 15, 2012, available at http://www.businessweek.com/news/2012-05-15/taxpayers-pay-as-fracking-trucks-overwhelm-rural-cow-paths.
B) Donna Gray, *Oil and gas traffic troubles residents*, GLENWOOD POST INDEPENDENT, Oct. 25, 2005, available at http://www.postindependent.com/article/20051030/VALLEYNEWS/110300006.
C) Lisa McKenzie, et. al., Colorado School of Public Health, *Draft Battelement Mesa Health Impact Assessment*, Sept. 2010, at ES-page VII, available at http://www.healthimpactproject.org/resources/document/Battlement-Mesa-CO.pdf.

---

[250] Available at http://cdn.theconservationcenter.org/wp-content/uploads/2013/04/WCC-WSCC-comments-FRAM-MDP.pdf (last visited Nov. 27, 2013).
[251] Available at http://cdn.theconservationcenter.org/wp-content/uploads/2012/11/NWCC_NF_EA_Comments.pdf (last visited Nov. 27, 2013).
[252] Lesley McClurg, *Fracking and Wine... A Bad Blend?*, COLORADO PUBLIC RADIO, Jun. 5, 2013, available at http://www.cpr.org/article/Fracking_and_Wine_A_Bad_Blend (last visited Nov. 15, 2013).
[253] *Id.*

---

North Fork Alternative Plan

BLM_0113903

## Traffic from Drilling

 

*Figure 31 - Left, semis hauling water for a fracking operation travel South on Highway 133 near Marble. Right, a Cal Frac truck hauls fracking chemicals along Highway 133 near the Hotchkiss K-8 school.*

The towns and residents of the North Fork also hold concerns about traffic related to development. Highway 92 passes through downtown Hotchkiss and Crawford, and Highway 133 passes through Hotchkiss and nearby Paonia.  Both highways would be utilized for development on area public lands, should development occur.  In addition, access to public lands nearby the three towns would require use of local roads not designed "to handle the 80,000-pound (36,300 kilogram) trucks that serve well sites."[254]

In heavily drilled areas across the country, repairs to fix the resulting road damage can cost into the tens of millions.[255]  In the most extreme example of damage to main thoroughfares, a portion of U.S. Highway 2 near Williston, ND that was built in 2004 had already reached its 20-year traffic projection by 2012, which necessitated re-construction.[256]  The Sheriff of Marshall County, WV, has said that drivers hired by the drilling industry were "'...disrespectful' of local residents..." and that his "...office lacks the authority or manpower to police the industry."[257] At an April 2012 hearing, the Sheriff testified:

> "Our roads are destroyed from these overloaded vehicles, and our state is a willing participant in this destruction. ... The drivers are not familiar with our winding narrow roads.  Many of our residents are run off the road by the large trucks."[258]

---

[254] Jim Efstathiou Jr., *Taxpayers Pay as Fracking Trucks Overwhelm Rural Cow Paths*, Bloomberg Businessweek, May 15, 2012, available at http://www.businessweek.com/news/2012-05-15/taxpayers-pay-as-fracking-trucks-overwhelm-rural-cow-paths (last visited Nov. 30, 2013).
[255] *Id.*
[256] *Id.*
[257] *Id.*
[258] *Id.*

BLM_0113904

Marshall County, WV, with a 2010 population of 32,674, is a comparable rural county similar to Delta County, CO.[259]  Such road damage impacts would be suffered by local governments and residents as the result of any permitted industrial oil and gas development on public lands.

In addition, public safety concerns arise along with the increased amount of heavy truck traffic.  In March 2013, a jury in Santa Fe, NM awarded $58.5 million in damages to the family of a deceased victim of a fracking related truck accident after the fracking truck driver "…was hauling produced water from oil wells…" when he "…cut right out in front of [the victim]."[260]  The jury released a statement after the verdict, stating that: "Our hope is that our judgment will clearly communicate that we expect a much higher standard of safety and training in the trucking industry."[261]  The attorney for the victim added that the jury "…sent a clear message to the trucking industry, and the oil and gas industry in particular, that those companies who choose not to follow safety rules, and who place profits over human life, will be held accountable for the harm that they cause."[262]

It can take up to 1,365 truck trips[263] to deliver about a million pounds of sand per well,[264] the approximately three to five million gallons of water needed for fracking,[265] along with the other chemicals and equipment needed.  A recent statistical analysis that compared heavily fracked, rural counties in Pennsylvania to counties without active fracking, found a significant increase in heavy truck traffic accidents.[266]  That study found that heavily fracked counties experienced an average annual increase in heavy truck crashes of 8.8%, compared to a decrease of 3.1% in unfracked counties.[267]

Since the amount of traffic and related problems that come along with drilling is so significant, the BLM should take great care to consider the impacts of traffic on communities, residents, agriculture, and other business when considering management for the North Fork in the forthcoming RMP.  Specifically, the BLM should consult with the towns of the North Fork and Delta County when considering approval of drilling with access that would impact residents of the towns or county.

## Degradation of Rural Character
The North Fork today offers "…a very bucolic, pastoral sort of setting."[268]  Brent Helleckson, one of the North Fork Alternative Plan stakeholders, notes the dark night skies peppered with stars, and that often

---

[259] U.S. Census Bureau, State & County QuickFacts – Marshall County, West Virginia, http://quickfacts.census.gov/qfd/states/54/54051.html (last visited Nov. 15, 2013).
[260] Tom Sharpe, *$58M verdict in death suit could be New Mexico record*, Santa Fe New Mexican, Mar. 21, 2013, available at http://www.santafenewmexican.com/news/local_news/article_ae2d5ecd-688c-5441-b5d8-3319f5d30c30.html (last visited Nov. 15, 2013).
[261] *Id.*
[262] *Id.*
[263] U.S. Government Accountability Office. GAO-12-732, Information on Shale Resources, Development, and Environmental and Public Health Risks, at 33 (Sept. 2012), available at http://www.gao.gov/products/GAO-12-732 (last visited Nov. 15, 2013).
[264] Dennis Webb, *The silica solution*, Grand Junction Daily Sentinel, June 22, 2013, available at http://www.gjsentinel.com/news/articles/the-silica-8232solution (last visited Nov. 15, 2013).
[265] U.S. Government Accountability Office *supra* at note 263, at 37.
[266] Food & Water Watch, *The Social Costs of Fracking: A Pennsylvania Case Study* (Sept. 2013), available at http://documents.foodandwaterwatch.org/doc/Social_Costs_of_Fracking.pdf (last visited Nov. 18, 2013).
[267] *Id.*
[268] McClurg *supra* at note 252.

North Fork Alternative Plan

BLM_0113905

the loudest noise he hears in the morning is a hummingbird.[269]  The rural character of the area, and the quality of life that comes along with, is something that needs to be preserved.  Oil and gas development in the North Fork has tremendous potential to disturb the rural character of the valley.

### Degradation of Rural Character





*Figure 32 - Top, the mixing of water with fracking fluids on a well pad. Bottom, scarred landscape in the Four Corners region of New Mexico. Credit: Joshua Doubek, Wikimedia Commons; Ecoflight.*

In heavily developed areas of Colorado, and other parts of the country, gas and oil development have scarred the land and industrialized neighborhoods.  Well pads are cleared with bulldozers, heavy trucks bring in equipment, and an industrial process commences, continuing 24-7 until drilling and fracking are complete.  On Colorado's Front Range, Congressman Jared Polis recently described how a fracking operation began on a neighbor's property, leaving his residence "...nearly rendered uninhabitable due to issues such as the noise, dust and traffic associated with the drilling work."[270]  "The congressman said the entire experience 'is just an example of how little rights that homeowners have; how, without recourse, families can be driven from their homes for weeks or even months, and we really need to change the laws in Colorado.'"[271]  In the North Fork, protecting the rural character of the community is incredibly important because of the impact degradation of that character would have on area businesses that are part of, and are dependent upon, the rapidly growing agritourism industry.  For instance, Stone Cottage Cellars' owner Brent Helleckson has noted that the West Elks Wineries contribute $1.5 million to $2 million in direct sales annually, and probably five to seven times that in indirect sales (restaurants, retail, lodging, etc.).[272]

---

[269] *Id.*

[270] Charlie Brennan, *Jared Polis: Fracking Complaint 'An Example Of How Little Rights That Homeowners Have'*, THE HUFFINGTON POST, Aug. 30, 2013, available at http://www.huffingtonpost.com/2013/08/31/jared-polis-fracking-complaint-sundance_n_3842411.html (last visited Nov. 18, 2013).

[271] *Id.*

[272] McClurg *supra* at note 252.

North Fork Alternative Plan

BLM_0113906

### Socio-Economics & Property Values

The socio-economic characteristics of the North Fork sets it apart from many other communities.  Many people choose to live here, and increasingly many move here from elsewhere, because of the exceptional quality of life offered due to the many resources discussed in the North Fork Alternative Plan.  Summarizing those resources, the North Fork Heart & Soul Project has worked to examine:

> What makes the North Fork Valley and its three towns, Crawford, Hotchkiss and Paonia, unique?  What are some common values that people in our valley share?  How do we work together toward creating a common vision for the future? [273]

During a survey conducted in 2013, in an attempt to address some of these questions, the two top theme statements that local residents agreed with were "We value our abundant natural resources that provide opportunity for work, play and connection to this place" and "We value access to North Fork food and water."[274] These two most popular themes "...cover a very broad range of the local status quo including: support for coal mining, local farms, wineries and ranches, maintaining views, outdoor recreation opportunities and a general lack of pollution and the presence of clean air and water."[275]  Shown in Figure 33 at right, the group created a customized Venn diagram to highlight the initial assessment of what a diverse and vibrant economy in the North Fork looks like.

*Figure 33 - The North Fork Economy.*
*Source: North Fork Heart & Soul Project.*



Given the myriad resources discussed at length in the management sections above, it is not surprising that the most valued resources include natural resources, local food, and clean air and water.  These resources contribute to the great quality of life that residents of the North Fork enjoy.  Such a quality of life is partially responsible for the demographic and economic breakdown of the North Fork.

The North Fork Valley has an older population than the average for Colorado, because people choose to retire here.  According to the U.S. Census Bureau, American Community Survey, older residents in the

---

[273] North Fork Heart & Soul Project, Home, http://www.northforkheartsoul.com/ (last visited Nov. 29, 2013).
[274] Thomas Wills, *Community Values Rural Natural Environment, Resources and Local Food and Water Above All*, MERCHANT HERALD, Aug. 21, 2013, available at http://www.merchantherald.com/community-values-rural-natural-environment-resources-and-local-food-and-water-above-all/ (last visited Nov. 15, 2013).
[275] *Id.*

BLM_0113907

North Fork zip codes (81415 – Crawford, 81419 – Hotchkiss, and 81428 – Paonia) make up a larger share of the community here than on average in Colorado.[276]  Residents between the ages of 60 to 84 are more frequent in the North Fork zip codes than Colorado on average, shown in Figure 34 below.

*Figure 34 - American Community Survey Age Breakdown of the North Fork Zip Codes Compared to Colorado. Source: U.S. Census Bureau.*



Similar to the importance of the older population to Delta County, the state of Colorado has noted the aging trend in Colorado.  "The older population in Colorado is an important and growing segment of its population."[277]  Between 2000 and 2010, the 65 years and older population in Colorado grew by 32%, outpacing population growth statewide, which grew at 17%.[278]  Colorado's growth of the 65 and older population was the fourth fastest in the U.S.[279]  It is interesting to note that Delta County has a higher median age than the Colorado average.  The Delta County median age is 47.2, 11 years older than the state average of 36.2.[280]

Along with this older than average population in Delta County comes a larger importance for non-labor income.  Best illustrated by Headwaters Economics, non-labor income is incredibly important in Delta County.  In Delta County, non-labor income ($434 million) was the largest income category in 2011, followed by the labor income categories of services ($193 million), non-services ($148 million), and government ($127 million).[281]  In comparison, in the state of Colorado services ($117.7 billion) is the top

---

[276] U.S. Census Bureau, Table DP05: ACS demographic And Housing Estimates, 2007-2011 American Community Survey 5-Year Estimates, data obtained from http://www.census.gov/acs/www/ (last visited Nov. 23, 2013).

[277] State Demography Office, Department of Local Affairs, State of Colorado, Aging in Colorado (July 2012), available at http://www.colorado.gov/cs/Satellite?c=Document_C&childpagename=DOLA-Main%2FDocument_C%2FCBONAddLinkView&cid=1251627655008&pagename=CBONWrapper (last visited Nov. 23, 2013).

[278] Id.

[279] Id.

[280] U.S. Census Bureau, Table DP05: ACS demographic And Housing Estimates, 2009-2012 American Community Survey 3-Year Estimates, attached as Exhibit 36.

[281] Headwaters Economics, West-Wide Economic Atlas (2013), available at http://headwaterseconomics.org/interactive/west-wide-atlas (last visited Nov. 23, 2013). Note: "Non-labor income is primarily from investments and retirement. Services include health care, architecture, engineering, retail trade, food services, education, and others. Non-services include agriculture, forestry, manufacturing, mining (incl. oil and gas), and construction."

BLM_0113908

personal income generator, followed by non-labor income ($68.7 billion), government ($31.3 billion), and non-services ($28.1 billion). These stark differences are show below in Figure 35.

*Figure 35 - Personal Income Growth, 1970 to 2011. Source: Headwaters Economics.*



The retirement population, along with other characteristics of the Delta County economy such as tourism, healthy lifestyles, and recreation, were highlighted in 2011 as part of Governor Hickenlooper's "Bottom-Up" Economic Development Initiative.[282]  This plan was developed "...based on current input from local citizens, businesses and other interested stakeholders."[283]  The top five goals for economic development in Delta County were:

1.  Retain and support all local sustainable businesses/industries including agriculture.
2.  Retain and create jobs that add value for Delta County.
3.  **Gain Statewide, Regional, & National recognition emphasizing healthy lifestyle, tourism, retirement, and recreation** (emphasis added).
4.  Improve and increase infrastructure capabilities that promote a business friendly environment.

---

[282] COLORADO OFFICE OF ECONOMIC DEVELOPMENT AND INTERNATIONAL TRADE, 'BOTTOM-UP' 2011 COUNTY ECONOMIC DEVELOPMENT SUMMARY – TOP FIVE ECONOMIC DEVELOPMENT GOALS & STRATEGIES FOR DELTA COUNTY, COLORADO, attached as Exhibit 37.
[283] *Id.*

BLM_0113909

5.   Improve and beautify towns and highways including main street revitalization.[284]

These five goals were signed-off on by a wide variety of diverse stakeholders, including:  Bruce Hovde, Delta County Commissioner; Kristin Amundson, Delta County Economic Development, Inc.; Elaine Brett, Business Consultant, Western CO Food & Ag Council; Kathy Welt, Mountain Coal Company, Arch Coal; Charlie Richmond, Forest Supervisor, GMUG; and Kelli Hepler, Delta County Tourism Coordinator.[285]  The forecast for labor force demand for Delta County reflects those economic development priorities.  That forecast reveals that the strongest growth areas through 2040 are forecasted to be in non-basic resident services, regional and national services, retiree generated jobs, and investment income and wealth.[286]  Figure 36 below shows forecasted labor force demand for Delta County through 2040.

*Figure 36 - Delta County Labor Force Demand Forecast. Source: Colorado State Demography Office.*



Current jobs in Delta County also reveal the importance of retirees, non-labor income, retail, government, and health jobs.  A close look at the 2012 labor force reveals that the most important job sectors in Delta County are Government (19.6% of jobs), Retail Trade (11.5%), Health Services (11.6%), and Agriculture (9.8%).[287]  In particular, the retail and agricultural jobs could be negatively impacted by oil and gas development.  Figure 37 below shows the percent of estimated jobs by sector in 2012 for Colorado and Delta County.

---

[284] *Id.*

[285] *Id.*

[286] STATE DEMOGRAPHY OFFICE, DEPARTMENT OF LOCAL AFFAIRS, STATE OF COLORADO, ECONOMIC FORECASTS – FORECASTING WORKSHEETS (Oct. 19, 2013), available at http://www.colorado.gov/cs/Satellite?c=Document_C&childpagename=DOLA-Main%2FDocument_C%2FCBONAddLinkView&cid=1251610045838&pagename=CBONWrapper (last visited Nov. 24, 2013). Attached as Exhibit 38.

[287] STATE DEMOGRAPHY OFFICE, COLORADO JOBS BY SECTOR – NAICS BASED (2001) TO CURRENT PARAMETERS, reports available at https://dola.colorado.gov/demog_webapps/jsParameters.jsf?sic=F (last visited Nov. 24, 2013), attached as Exhibit 39.

BLM_0113910

*Figure 37 - 2012 Delta County vs. Colorado Employment by Sector.
Data Source: Colorado State Demography Office.*



Along with the "quality of life" socio-economic indicator, property values in the area are directly impacted by the resources that contribute to quality of life here. Property values, and the broader real estate market, stand to be negatively impacted should oil and gas drilling occur, or even if the perception exists that development will occur in the near future.

When the BLM proposed leasing 30,000 acres in the North Fork in December 2011, the Realtors in the area immediately felt the negative impact. It was not the act of drilling or fracking itself, not the act of an Application for Permit to Drill submission to the BLM, but **it was the BLM's announcing of proposed oil and gas leases that had a real, negative economic impact on the North Fork**.[288] Here in the North Fork, the mere threat that development will happen close to communities, in the scenic viewshed of the area, and nearby agricultural lands and water supplies, is enough to have a negative socio-economic impact. This is one of many reasons why the North Fork Alternative Plan seeks strong protections for the important resources that make the North Fork unique.

---

[288] Letter from Bob Lario, President, RE/MAX Mountain West to Uncompahgre Field Office (Jan. 3, 2012), attached as Exhibit 40.

North Fork Alternative Plan

BLM_0113911

To be sure, the actual impacts of drilling and fracking are also detrimental to property values and other quality of life indicators.[289]  A recent study found that concerns about water quality nearby drilling and fracking reduced property values by up to 26 percent in Pennsylvania.[290]  Here in Colorado, in La Plata County, the County studied impacts of drilling on the community and found that "...properties with a CBM [coal bed methane] well located on them (12 of 754 properties studied) have had a net reduction in sales value of 22 percent."[291]  In the most drastic cases of industrialization and pollution from the oil and gas industry, like that of Louis Meeks in Pavillion, WY, property values can plummet.  About two years after his home and property were appraised at $239,000, and after significant industrial drilling and fracking activity close by, Meeks received a letter from a local realtor "...saying his place was essentially worthless and she could not list his property."[292]  The realtor wrote him: "'Since the problem was well documented ... and since no generally-accepted reason for the blowout has been agreed upon ... buyers may feel reluctant to purchase a property with this stigma.'"[293]



*Figure 38 - Aside from direct impacts of a heavy industrial activity nearby communities, the perception that oil and gas development will come to the community has a harmful impact on property values and the real estate market. Credit: a resident of Mansfield, TX.*

The BLM should consider the negative impacts associated with oil and gas development in the North Fork, such as negative impacts to the travel, tourism, and agricultural industries, and how the negative impacts to those resources will compound negative impacts to property values and the socio-economics of the area.  Specifically, the BLM should analyze those negative costs highlighted by The Wilderness Society in its 2006 brief on economic and social impacts of oil and gas development.[294]  The North Fork Alternative Plan seeks to establish a comprehensive management strategy for oil and gas development that would protect the important socio-economic indicators, and property values, in the North Fork.

---

[289] Resource Media, *Fracking the American Dream: Drilling Decreases Property Value*, Ecowatch, Nov. 13, 2013, available at http://ecowatch.com/2013/11/13/fracking-american-dream-drilling-decreases-property-value/ (last visited Nov. 18, 2013).
[290] Lucija Muehlenbachs, et. al., *Discussion Paper: Shale Gas Development and the Costs of Groundwater Contamination Risk*, Resources for the Future, July 2012; revised March 2013, available at http://www.rff.org/RFF/Documents/RFF-DP-12-40-REV.pdf (last visited Nov. 20, 2013).
[291] La Plata County, Final La Plata County Impact Report, at E-2 (Oct. 2002), available at http://www.co.laplata.co.us/sites/default/files/departments/planning/documents/final_ir1.pdf (last visited Nov. 23, 2013).
[292] Abraham Lustgarten, *Hydrofracked? One Man's Mystery Leads to a Backlash Against Natural Gas Drilling*, ProPublica. Feb. 25, 2011, available at http://www.propublica.org/article/hydrofracked-one-mans-mystery-leads-to-a-backlash-against-natural-gas-drill/single (last visited Nov. 23, 2013).
[293] *Id.*
[294] *See* The Wilderness Society, *The Economic & Social Impacts of Oil and Gas Development*, Table 1 at 8-10 (June 2006), available at http://wilderness.org/sites/default/files/Cost%20to%20Communities%20from%20Oil%20and%20Gas%20Development%20.pdf (last visited Nov. 18, 2013).

BLM_0113912

**Recommended Best Management Practices**

In addition to the proposed management zones and additional designations discussed above, the BLM UFO should require all known and available BMPs to protect myriad resources in the community. BMPs are mitigation measures applied to areas being developed for oil and gas to promote energy development in an environmentally sensitive manner. Such measures are both reasonable and immediately deployable and should be included in the RMP in order to be mandated, via stipulation, at the lease stage. No waiver, variance, or exception should be granted to these BMPs.

The Intermountain Oil and Gas BMP Project, which is maintained by the Natural Resources Law Center at the University of Colorado Law School, provides supplemental information, including construction specifications, illustrations, pictures, maps, monitoring reports, and evaluations of the potential of the practice for mitigating impacts of development.[295] Among other resources, the Intermountain Oil and Gas BMP Project maintains a database of available BMPs that address a variety of resources and issues, including:

- Air Quality and Emissions
- Aquatic and Riparian Values
- Community
- Cultural/Historic
- Grazing and Agriculture
- Human Health and Safety
- Land Surface Disturbance
- Noise
- Other
- Soils (Conservation, Pollution, Reclamation)
- Vegetation
- Visual Aesthetics
- Water Quality and Pollution
- Water Quantity and Rights
- Wildlife

Each individual resource category listed above contains hundreds of BMPs aimed at developing oil and gas reserves in a manner that protects the many human and environmental resources at stake. The BLM should evaluate these BMPs thoroughly and include protective BMPs as available lease stipulations in the final RMP. Moreover, the BLM should further consider as lease stipulations the ten technical proven and commercially available methane emissions reduction technologies identified in the "Harvey Report" at 18, Table 4, which together can capture more than 80 percent of the methane currently going to waste.[296] Such management is both prudent and necessary to protect the air quality in the North Fork.

---

[295] *See* Intermountain Oil and Gas BMP Project, available at: http://www.oilandgasbmps.org/ (last visited Nov. 15, 2013).
[296] Susan Harvey, et. al., *Leaking Profits: The U.S. Oil and Gas Industry Can Reduce Pollution, Conserve Resources, and Make Money by Preventing Methane Waste*, NATURAL RESOURCES DEFENSE COUNCIL (March 2012), available at http://www.nrdc.org/energy/files/Leaking-Profits-Report.pdf (last visited Nov. 30, 2013).

BLM_0113913

## Conclusion

The North Fork Alternative Plan was developed with the input of a set of community stakeholders representing agriculture, tourism, real estate, businesses, and conservation organizations; and the NFAP has considerable, widespread community support.  As a proactive response to the previously proposed oil and gas lease sale in the North Fork, the NFAP is crafted to provide thorough, protective management for the many resources and uses of the public lands here.  The NFAP protects these resources by closing certain areas of public lands and minerals to oil and gas leasing, and imposing development setbacks with strict surface restrictions in places where leasing might be allowed to occur. Figure 39 below illustrates the cumulative effect of the NFAP's management zones, VRM designations, and the Jumbo Mountain SRMA.

*Figure 39 - NFAP Cumulative Effect of All Proposed Management*



The NFAP's mix of closing areas to leasing, and applying NSO, CSU, and TL stipulations to other lands, offers prudent and responsible management that would protect important resources here.  Through the designation of six management zones and the Jumbo Mountain SRMA, along with enhanced VRM, the BLM can better protect the myriad, important resources here from the risks associated with oil and gas development.  It is important to note that even if the BLM does adopt the proposed management of the NFAP, the existing leases in the area would still permit oil and gas development of those already leased

BLM_0113914

minerals.  In other words, the oil and gas leases (shown in Figure 3 on page 12) would still permit development to occur even if the BLM adopts the NFAP in the final version of the RMP.

The NFAP management area includes only BLM-administered surface lands and publicly-owned fluid minerals in the North Fork and Smith Fork of the Gunnison watersheds that lie within the Uncompahgre Field Office.  The NFAP would not impact U.S. Forest Service lands, private lands, or private mineral rights.  The NFAP management area comprises less than 7% of the BLM-UFO lands and about 5% of public minerals in the UFO.

Not taking into account existing leases, the cumulative effect of the NFAP would impact the affected BLM lands and minerals in the NFAP management area as such:  about 77% would be closed to leasing, about 17% would be available to leasing with mandatory NSO stipulations, about 4% would be available to leasing with CSU stipulations, and less than 2% would not be subject to NO LEASING, NSO, or CSU stipulations.  The NFAP would only close to leasing about 4% of the entire mineral estate managed by the UFO, which is less than 1% (only 0.39%) of the BLM-managed mineral estate in Colorado.  These figures are shown in Table 1 below.

| Table 1.  Cumulative Effect of NFAP Management by Stipulations | | | | |
|---|---|---|---|---|
| | Acres | Percent of NFAP Management Area | Percent of UFO Minerals | Percent of BLM Minerals in Colorado |
| **NO LEASE** | 105,502 | 76.7% | 4.3% | 0.39% |
| **NSO** | 24,053 | 17.5% | 1.0% | 0.09% |
| **CSU** | 5,689 | 4.1% | 0.2% | 0.02% |
| **None of the above** | 2,368 | 1.7% | 0.1% | 0.01% |

It is within the BLM's authority to include the NFAP in the final UFO RMP, since the NFAP comprises a reasonable, prudent, and narrowly crafted alternative.  We are hopeful that the agency will adopt the recommendations included herein as part of the final RMP for the UFO in order to provide protection of the North Fork's many resources from the risks of oil and gas development.

North Fork Alternative Plan

BLM_0113915

# The North Fork Alternative Plan – "By the Numbers" Fact Sheet

The North Fork Alternative Plan comprises about 7% of the BLM Uncompahgre Field Office (UFO) lands and less than one percent (0.7 %) of the BLM lands in the state. Though only a relatively small component of BLM lands and minerals in the UFO, and a very small amount of BLM Colorado's jurisdiction, the public lands in the North Fork Valley are critically important to the existing economies, agriculture, water supply, recreation, scenic qualities, and rural community character here. The following two tables display the acreages and percentages of the North Fork Alternative Plan management area compared to the UFO and all of BLM Colorado.

| Acreages – North Fork Management Area Compared to BLM Uncompahgre Field Office and State of Colorado BLM | | | |
|---|---|---|---|
| | North Fork Alternative Plan Management Area | Uncompahgre Field Office | State of Colorado BLM |
| **BLM Surface Lands** | 63,391 | 926,655 | 8,349,000 |
| **Public Mineral Estate** | 74,221 | 2,443,186 | 27,100,000 |

| Percentages – North Fork Management Area Compared to BLM Uncompahgre Field Office and State of Colorado BLM | | |
|---|---|---|
| | North Fork Alternative Management Area Percentage of Uncompahgre Field Office | North Fork Alternative Management Area Percentage of BLM Jurisdiction in Colorado |
| **BLM Surface Lands** | 6.84% | 0.76% |
| **Public Mineral Estate** | 3.04% | 0.27% |

The Table below illustrates the cumulative effect of the North Fork Alternative Plan by management stipulations.  It is important to note that about 151,895 acres of existing leases in the North Fork area generally would not be impacted by this proposed management.

| Cumulative Effect of NFAP Management by Stipulations | | | | |
|---|---|---|---|---|
| | Acres | Percent of NFAP Management Area | Percent of UFO Minerals | Percent of BLM Minerals in Colorado |
| **NO LEASE** | 105,502 | 76.7% | 4.3% | 0.39% |
| **NSO** | 24,053 | 17.5% | 1.0% | 0.09% |
| **CSU** | 5,689 | 4.1% | 0.2% | 0.02% |
| **None of the above** | 2,368 | 1.7% | 0.1% | 0.01% |

The North Fork Alternative Plan would only close to leasing about 4% of the entire mineral estate managed by the BLM UFO, which is less than 1% (only 0.39%) of the BLM-managed mineral estate in Colorado.  More details about the North Fork Alternative Plan are available online at http://bit.ly/NFAlt.

BLM_0113916

1/14/14                                   Leave the Town of Crawford out          Delta County Independent
                                                                                  1/11/2014

# Leave the Town of Crawford out

*Susie Steckel*   Published on Wednesday, 11 December 2013 11:30 Hits: 580

Dear Editor:

As the mayor of the town of Crawford, I am very distressed that the people of the North Fork Alternative Plan are still using Crawford as being a part of this organization. WE ARE NOT.

We do not agree with what that organization is striving for.

We thought we made it clear to them that we did not agree with what they wanted.

I sincerely hope this makes it clear to everyone in Delta County, this is how we, the town council of Crawford, feels.

Susie Steckel
Crawford

BLM_0113917

1/14/14                                            Leave the Town of Crawford out

AROUND THE WEB                                                                    WHAT'S THIS?

6 Celebrities Who Stripped In      Homeowners Are In For A Big      BREAKING: New iPads and
The Name Of Their Art              Surprise...                      More Selling for Under $40

ALSO ON DELTA COUNTY INDEPENDENT

Broadband service available to some Paonia      Town agrees to talk with golf course
area residents                                  homeowners

Town board advised $2,000 rent is too high      Out of touch with reality

1 comment                                                                     ★ ◄ 0



Best      Community                                               Share 🔗      Log in



Michelle Anderson · a month ago
good for you! I'm tired of the newbies wanting to change the community to their way of thinking.
these communities have always been diverse and that's a good thing. hang onto your pioneer
spirit, Crawford. paonia sold out a few years ago.
△ | ▽ · Reply · Share ›

✉      

Category: **Letters**

BLM_0113918

RECEIVED

DEC 1 3 2013

BY:

December 13th, 2013

Barbara Sharrow, Field Manager
BLM Uncompahgre Field Office
2465 S. Townsend Ave
Montrose, CO 81401
uformp@blm.gov

Ref: Uncompahgre Field Office RMP/ North Fork Alternative Plan

Dear Ms. Sharrow,

I would like to comment on your inclusion of the North Fork Alternative Plan in the draft UFO RMP, set to be released next spring. This plan should not, in my opinion, receive any more consideration that any other comment letter. The plan has not conformed to the rigorous scientific standards that one would expect from a NEPA alternative. Its inclusion suggests that there is a possibility that its recommendations would be accepted by the BLM in managing the UFO. This would be a mistake, not just because the recommendations in this plan would severely hamper economic activity within the plan's area, but because of the deficiency in the process.

To begin with, the plan does not even try to balance the various needs of the region, or conform to the principle of multiple use. Its sole purpose is to restrict the activities of a single industry, oil and gas. A BLM RMP alternative should never be designed to overtly punish any one use.

In doing so, the NFAP fails, as it would have to, to analyze the economic impacts of its recommendations. Because the plan would deny so much land for leasing, the inevitable result will be the reduction of current and prevention of future drilling and production activity, along with the ancillary activities that go along with them. This translates into a lot of jobs either disappearing or not being created.

The NFAP also falls laughably short in terms of supporting data. The primary basis provided for suggesting the restrictions that it does consists of the opinion of the writers, opinions which appear in many cases to fly in the face of actual studies. There is NO evidence, for example, that oil and gas development presents any unique risk to water, habitat, or public health – nevertheless, the NFAP offers stipulations designed to "protect" against these undefined and mostly imagined risks.

This region is hurting economically right now due to the recent shutdown of a major local mine. Oil and gas development could help cushion the blow for local families, but instead, this proposal would serve to lock the industry out.

BLM_0113919

I ask that you not allow a narrow, select few in our community, likely funded by deep outside pockets, to have any greater say in this RMP process than the rest of us, who have jobs, and families, and cannot afford the time to cook up our own proposals. The public comment portion of the NEPA process is designed to let all parties have their equal say. All I am asking is that you treat all of us the same.

Regards,

Dob Kenison
PO Box 226
Elkont Co 81418

**Angie Adams**

| | |
|---|---|
| **From:** | Krickbaum, John (Bruce) <bkrickba@blm.gov> |
| **Sent:** | Monday, January 13, 2014 9:05 AM |
| **To:** | Angie Adams; Kate Krebs; UFO AR |
| **Subject:** | Fwd: NFAP and BLM Meeting, Followup |

Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401
970-240-5384

---------- Forwarded message ----------
From: **Krickbaum, John (Bruce)** <bkrickba@blm.gov>
Date: Mon, Jan 13, 2014 at 9:00 AM
Subject: Re: NFAP and BLM Meeting, Followup
To: Jim Ramey <chc.director@gmail.com>, Pete Kolbenschlag <mountainweststrategies@tds.net>, Sarah
Sauter <sarah@theconservationcenter.org>
Cc: Gina Jones <gmjones@blm.gov>, David Sinton <dsinton@blm.gov>

Hi Jim,

We received both of your emails.  Thank you for the clarification and editing.

--Bruce

Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401
970-240-5384

On Sun, Jan 12, 2014 at 2:25 PM, Jim Ramey <chc.director@gmail.com> wrote:
Bruce,

I have a few minor clarifications in the letter sent over on Friday.  Two typos slipped through - at the bottom of
p. 1 "previous" should be "precious" and at the bottom of p. 3 "trothing" should be "truthing."  And to be clear,
regarding lands classified as "agricultural" for county tax purposes, we are asking for you to request this data
from the counties (as we were unable to locate this data digitally, online; though it may be available publicly in
hard-copy).  Apologies for any inconvenience these clarifications may have caused.

Jim

1

On Fri, Jan 10, 2014 at 6:36 PM, Jim Ramey <chc.director@gmail.com> wrote:
Bruce, Gina, and David,

Please see attached for a letter from the NFAP stakeholders providing clarifications on the remaining issues. I have also attached an edited version of the summary of stipulations document. If you have any questions, please let us know.

Thanks,

Jim

On Fri, Jan 3, 2014 at 9:04 AM, Krickbaum, John (Bruce) <bkrickba@blm.gov> wrote:
Jim, Sarah and Ralph,

I have attached notes from the meeting we had yesterday (thanks to Gina for doing the work). Once again, please try to have the requested information to us by the end of Friday January 10.

Thank you, Bruce

Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401
970-240-5384

On Thu, Jan 2, 2014 at 4:26 PM, Krickbaum, John (Bruce) <bkrickba@blm.gov> wrote:
Jim and Sarah,

Thank you for traveling to Montrose to visit with us. It was a good meeting and you answered several questions. I have attached three documents. Let me know if you need these in a different version of Word.

I am sending a few documents now so as to not delay your work. I hope to send notes from today's meeting tomorrow. Please have the review of the NFAP Stipulations and proposed exceptions, modifications or waivers to us by the end of next Friday, January 10. Washington and Colorado State Office are pressuring me to get the Draft RMP wrapped up. My current schedule shows analysis of the NFAP beginning January 10. We cannot begin until all the questions are answered.

I have attached the NFAP stipulations. I added a TL, which I may or may not have interpreted correctly. I also updated four other stipulations based on our conversation. My changes are shown in track changes. Please review this document, and make further corrections if needed.

As we discussed, I need to identify if stipulations are subject to exceptions, modifications or waivers. This may be unique to the stipulation, the stipulation may have standard exceptions, modifications and/or waivers applied, or there may not be any. Or, any combination, may be applied (e.g. a stip may have a unique exception, standard modification, and not allow a waiver). For each stipulation, please identify the exceptions, modifications or waivers, if any. This does not apply to "No Leasing (NL)" - only to NSO, CSU and TL.

2

Information on exceptions, modifications or waivers can be found in the attached.

As mentioned in Question # 6 (attached), we will need a definition for "historic nests". As a starting point, in the existing alternatives for the RMP, we use the term "abandoned nests", which is identified as nests unoccupied for 5 consecutive years but with all or part of the nest remaining.

Again thank you for meeting with us today.

  -- Bruce

Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401
970-240-5384

--
Jim Ramey, Director
Citizens for a Healthy Community
Office: (970) 527-7779
Mobile: (970) 765-7111
chc.director@gmail.com
P.O. Box 291
Hotchkiss, Colorado  81419
www.citizensforahealthycommunity.org

--
Jim Ramey, Director
Citizens for a Healthy Community
Office: (970) 527-7779
Mobile: (970) 765-7111
chc.director@gmail.com
P.O. Box 291
Hotchkiss, Colorado  81419
www.citizensforahealthycommunity.org

BLM_0113923

Bruce Krickbaum
U.S. Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401

January 10, 2014

Dear Bruce,

Please accept this letter on behalf of the stakeholders who helped craft the North Fork Alternative Plan (NFAP). The NFAP is a collaborative effort between Citizens for a Healthy Community, the Western Slope Conservation Center, and stakeholders representing diverse interests in the North Fork Valley, including ranching, farming, wine making, real estate, and business.

This letter provides further clarification on a number of questions about the NFAP raised by Bureau of Land Management (BLM) staff at a meeting with stakeholder group representatives on January 2, 2014. Each of the issues that required greater clarification are discussed in detail below.

### Defining Farms, Orchards, Ranches & Livestock Operations

The NFAP's Mining & Agriculture Management Zone is intended to protect two important mainstays of the North Fork economy.  In addition to the management recommendations in the NFAP, the stakeholders recommend ¼-mile No Surface Occupancy (NSO) setbacks from irrigated lands.  Given the difficulty of data availability, the workgroup found irrigated lands a good measure of where agricultural operations are likely to be found, and thus warrant protection.  Further, the recommended setback from prime and unique farmlands is intended to protect private lands with prime and unique soils.  In other words, prime and unique soils on BLM surface were not intended to be included in the management recommendations of the NFAP.  In addition, Delta and Gunnison Counties may have property tax data classifying agricultural lands, though we were unable to locate this data publicly.  We accept the BLM map of the West Elks American Viticultural Area to be used in mapping this resource.

### Municipal & Private Water Systems

Through the Clean & Dependable Water Supple Management Zone, the NFAP intends to protect previous water resources.  BLM should consider entities in the North Fork area that meet the State of Colorado's definition of a public water system[1] and the water systems noted below.

---

[1] "Community water system means a public water system that serves at least 15 service connections used by year-round residents or that regularly serves at least 25 year-round residents." COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT, WATER QUALITY CONTROL COMMISSION, Colorado Primary Drinking Water Regulations, 5 CCR 1003-1 at 1.5.2 – Definitions.

| Identified Water Systems in the NFAP Project Area | |
| --- | --- |
| Apple Blossom Estates | Jay Creek Domestic Water Company |
| Belknap Domestic Water Company | Jumbo Mountain Water Company |
| Bone Mesa | Lamborn Drive Association |
| Burgess | Lamborn Mesa Water |
| Cathedral | Lamborn School Water Company |
| Cattlemen's Domestic | Mad Dog (Needle Rock) |
| Cedar Hill Water Company | Minnesota Pipeline |
| Chapin Pipeline Association | Mystic Mesa Domestic Water Company |
| Crawford Mesa Water | Needle Rock |
| Creekside Water Company | NF Trailer Park |
| Dale Gillenwater | Pitkin Mesa Domestic Water |
| Deutsch Domestic | Rogers Mesa Domestic Water |
| Domestic Pipeline | Rusty Pipe Association |
| East Green HS | S. Lamborn Mesa |
| Eastgate Waterline | Shaft Water Company |
| Foothills Water Company | South Lamborn Mesa Water Company |
| Fruitland Domestic Water | Stewart Mesa Waterline |
| George Small Pipeline Company | Stucker Mesa Domestic Water |
| German Creek West Water Association | Sunshine Mesa Domestic Water Inc. |
| German Mesa Waterline | Town of Crawford |
| Hammond Pipeline | Town of Hotchkiss |
| Hanson Mesa | Town of Paonia |
| Hawks Haven Water Company | West Extension Domestic Water Company |
| Hidden Springs Water | West Paonia Domestic Water Company |
| Hidden Valley Homeowners Association | Whistling Acres Water Association |

**Wildlife**

The NFAP refers to "other habitat" and the need to protect that habitat per the recommendations of Colorado Parks & Wildlife (CPW) and recommends Controlled Surface Use (CSU) and Timing Limitations (TL) for other important or significant wildlife lands.[2]  The intent of the NFAP is to defer to the recommended best management practices previously provided to the BLM from CPW, which are also available online.[3]  In other words, for species that are not

---

[2] *See* North Fork Alternative Plan, at 4 and 60.

[3] COLORADO DIVISION OF WILDLIFE, ACTIONS TO MINIMIZE ADVERSE IMPACTS TO WILDLIFE RESOURCES (Oct. 27, 2008), available at
http://www.mde.state.md.us/programs/Land/mining/marcellus/Documents/CO26ColoradofinalBMP1008.pdf (last visited Jan. 9, 2014).

BLM_0113925

discussed within the NFAP, the NFAP stakeholders request that the BLM consider the recommendations provided by CPW. To further clarify, the map illustrating the Wildlife Management Zone in the NFAP displays critical habitat layers for which the NFAP recommends NSO stipulations and for which data was publicly available; this map does not contain data layers for species that we recommend TL or CSU stipulations; the TL and CSU recommendations are detailed in the October 27, 2008 document provided by CPW to the BLM.

Regarding trout habitat, the intent of the NFAP is to protect existing and potential habitat for native trout populations. In particular, native populations of genetically pure cutthroat trout are found within the North Fork area. The NSO stipulation for trout habitat should read: "Prohibit surface occupancy within 0.50 miles of stream segments that have existing and potential habitat for native cutthroat trout."

In regards to historic raptor nests, BLM should require the NSO stipulation for a ½-mile buffer for inactive nests for at least 5 years once the nest becomes inactive. Inactive means that the nest is no longer being visited or utilized by the raptor.

**Geologic Hazards**

The NFAP's Landscape Management Zone seeks to protect geologic hazards from improperly becoming drilling locations. The purpose of requiring NSO, TL, and CSU stipulations for geologic hazards is to protect the landscape. Separated by a rather arbitrary boundary, the Grand Mesa and Gunnison National Forests border lands managed by the BLM Uncompahgre Field Office (UFO). Since 1993, the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forest has required common-sense management stipulations for geologic hazards. The 1993 Oil & Gas Amendment identifies geologic hazards as such:

> Active mudflows, earthflows, and landslides, and areas prone to avalanche are categorized as High Geologic Hazard areas. Moderate Geologic Hazards are those failed slopes that are no longer active (stabilized earthflows, mudflows, and landslides); those slopes adjacent to failed slopes or active earthflows, mudflows or landslides and avalanche chutes; areas of rockfall; flash flood zones, and areas with potential mining related problems (i.e. subsidence, acid drainage).[4]

Further, the USFS GMUG discusses the methods employed to identify and map geologic hazards:

> A geologic hazard inventory of most of the Forest and all of the analysis area, has been completed. The geologic hazards were identified through aerial photograph interpretation, review of existing geologic literature, and a general knowledge of the geology of the Forest. Only very limited ground trothing was done. Field investigations may be required to verify the geologic hazards that were mapped based on aerial photograph interpretation. Changes may be necessary, based on

---

[4] *See* GRAND MESA, UNCOMPAHGRE, GUNNISON NATIONAL FOREST, U.S. FOREST SERVICE, U.S. DEPARTMENT OF AGRICULTURE, Oil and Gas Leasing, Final Environmental Impact Statement, Volume I, at III-55 to 56 (April 1993), available at http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsbdev7_003178.pdf (last visited Jan. 9, 2014).

BLM_0113926

subsequent field checking.  The methods and guidelines for geologic hazard mapping that were used to map the Forest are those employed by the US Geological Survey and the Colorado Geological Survey.  Note also, that earthflows, mudflows, and landslides which have a general north-facing aspect or occur in heavy vegetation are difficult to map relying solely on the methods used. In other words, there may be some areas that should be mapped as High Geologic Hazard that may not have been, due to the limitations of the methods used, or some of the areas mapped as High Geologic Hazard may not be so.  These issued will be resolved at the APD [Application for Permit to Drill], site-specific state, when the lessee submits a proposed Surface Use Plan of Operations for approval.[5]

From these descriptions, and from the low quality maps provided in the 1993 GMUG Amendment at III-113 and III-114, it appears that considerable acreage of lands under BLM UFO's jurisdiction may quality as geologic hazard upon a hard-look analysis that could be conducted using standardized methods practices over 20 years ago.

Similarly, the BLM has examined areas under its jurisdiction in the past that it has classified as "natural hazards."  BLM Manual 1613 provides a definition:

> Natural hazards (including but not limited to areas of avalanche, dangerous flooding, landslides, unstable soils, seismic activity, or dangerous cliffs). A hazard caused by human action may meet the relevance criteria if it is determined through the resource management planning process that becomes part of a natural process.[6]

We believe that many lands under the UFO's jurisdiction would meet the definitions above. Regarding definition of importance, the BLM UFO must consider management to protect against these hazards because a geologic hazard:

> Has qualities which warrant highlighting in order to satisfy public or management concerns about safety and public welfare.
> Poses a significant threat to human life and safety or to property.[7]

For example, the BLM has explicitly noted the importance of protecting geologic/natural hazards in other areas through the designation of Areas of Critical Environmental Concern (ACECs).

> In 1984, the BLM designated approximately 30,000 acres of the New Idria Serpentine Formation within the CCMA [Clear Creek Management Area] as the Clear Creek Serpentine Area of Critical Environmental Concern (ACEC). This ACEC is sometimes referred to as the Hazardous Asbestos Area (HAA). Areas of Critical Environmental Concern are areas of concern where special management attention is required to protect and prevent irreparable damage to important

---

[5] *Id.*

[6] BLM Manual 1613 – Areas of Critical Environmental Concern, Sept. 29, 1988, available at http://www.ntc.blm.gov/krc/uploads/360/5_1613_ACEC_Manual%201988.pdf (last visited Jan. 10, 2014).

[7] *Id.*

BLM_0113927

> historic, cultural or scenic values, fish and wildlife resources or other natural systems or processes, or to protect life and safety from **natural hazards** (emphasis added).[8]

By way of further example, the BLM identified another area of natural/geologic hazards in the Moab RMP.

> The area meets the relevance criteria for natural processes and for **natural hazards**. Due to severe fire damage in 2002, the functioning of the natural system is at risk. Riparian areas and stable stream channels are the most at risk. ... This area is extremely susceptible to (and has experienced) dangerous flooding and **landslides** as a result of the large fire of July, 2002 (emphasis added).[9]

Here, we are not requesting that BLM designate an ACEC for geologic hazards, but simply that the BLM adopt common-sense management for these areas because there is such a high prevalence of geologic hazards in the North Fork area. Indeed, the federal government recognized the importance of managing for geologic hazards when considering oil and gas leasing over 20 years ago through NSO and CSU stipulations in the 1993 GMUG Oil and Gas Amendment.[10]

**Visual Resources Management**

The intent of the NFAP's Visual Resources Management (VRM) recommendations is to protect the highly-scenic quality of the area. The NFAP recommended VRM Class II designations for much of the land.[11] For lands which did not receive a class recommendation in the NFAP, the stakeholders recommend VRM Class III with CSU stipulations (similar to the CSU recommendations for Class II areas). For example, requiring shielded lighting to protect the dark night sky, camouflaged paint for surface equipment, etc.

**Exceptions, Waivers, Modifications**

For the most part, the stipulations and management prescribed in the NFAP should not be subject to any waivers, exceptions, or modifications, except for the following notable situation. For geologic hazards, we recommend the following policy regarding waivers, exceptions, and modifications for both NSO and CSU stipulations:

---

[8] U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, HOLLISTER FIELD OFFICE, Clear Creek Management Area Proposed RMP & Final EIS, Chapter 3, Affected Environment and Special Designations, at 245 to 255, available at http://www.blm.gov/pgdata/etc/medialib/blm/ca/pdf/hollister/planning.Par.4747.File.dat/4-CHAPTER_3-Affected_Environment.pdf (last visited Jan. 10, 2014).

[9] U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, MOAB FIELD OFFICE, Proposed RMP & Final EIS, Appendix I, at I-12, available at http://www.blm.gov/pgdata/etc/medialib/blm/ut/moab_fo/rmp/finaleis.Par.13523.File.dat/AppendixI.pdf (last visited Jan. 10, 2014).

[10] See 1993 GMUG Oil & Gas Amendment Final EIS at C-1 and C-11, available at http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsbdev7_003177.pdf (last visited Jan. 10, 2014)..

[11] See North Fork Alternative Plan at 81 to 87.

BLM_0113928

*Exceptions:* The Authorized Officer may grant an exception to this stipulation if the operator submits an engineering plan demonstrating that ground-disturbing activities would not exacerbate geologic hazards and that a reclamation plan has been developed.

*Modifications:* No circumstances have been identified under which a modification would be allowed. A 30-day public notice and comment period is required before modification of a stipulation.

*Waivers:* No waivers would be authorized unless the areas mapped as possessing the attributes are verified by BLM staff to not possess those attributes. A waiver of stipulations may only be granted through a land use plan amendment.

In addition, the NSO and CSU stipulations for geologic hazards should include the following language (which has also been included in the revised NFAP stipulations summary and provided to the BLM):

Management activities proposed on those lands would require the lessee to submit an operating plan to an authorized official, which may include special design, construction, and implementation measures (including the relocation of operations by more than 650 feet) that describes how impacts to geologic hazards would be prevented or minimized, and how disturbed sites would be reclaimed.

**Conclusion**

We thank you and BLM staff again for the time and consideration you have given to the North Fork Alternative Plan. Should you have any additional concerns about the recommendations and clarifications contained herein, please contact Jim Ramey, Sarah Sauter, and Pete Kolbenschlag. We look forward to continuing to work with the BLM on revising the RMP to include the recommendations of the North Fork Alternative Plan.

Sincerely,

The undersigned members of the NFAP Stakeholder Advisory Group:

John Moore, Board Chair
Western Slope Conservation Center

Dan Feldman, Board Chair
Citizens for a Healthy Community

Bob Lario, Owner/ Broker
RE/MAX Mountain West Realty

Tom Stevens, Owner
T. A. Stevens Ranch

BLM_0113929

Brent Helleckson, Owner
Stone Cottage Cellars
Member, West Elk Winery Association

Mark Waltermire, President
Valley Organic Growers Association

Pete Kolbenschlag, Owner and Principal
Mountain West Strategies

Sarah Sauter, Executive Director
Western Slope Conservation Center

Jim Ramey, Director
Citizens for a Healthy Community

BLM_0113930

Stipulations from NFAP

**NO LEASING (NL):** *Active (and future) and existing (inactive, retired) coal leases.* Close to fluid mineral leasing areas within 0.25 mile of active (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use.

**STIPULATION** NSO-X: *Agricultural Operations.* Prohibit surface occupancy over or within 0.25 miles of any irrigated lands, Prime and Unique Farmlands, livestock operations, organic farm, conventional farm, ranch, orchard, and the West Elks American Viticultural area.

**NO LEASING** NL-XX: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring.

**STIPULATION** NSO-XX: *Public Water Supplies.* Prohibit surface occupancy from 1,320 feet to 2640 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and from 1,320 feet to 2640 feet of all public water supplies that use a groundwater well or spring.

**NO LEASING** NL-XX: *Domestic Water Wells and Private Water Systems.* Close to fluid mineral leasing and geophysical exploration within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees.

**STIPULATION** NSO-XX: *Domestic Water Wells and Private Water Systems.* Prohibit surface occupancy from 1,320 feet to 2640 feet of all domestic water wells and private water systems, including ditches and domestic water decrees.

**STIPULATION** NSO-XX: *Water Conveyance Systems.* Prohibit surface occupancy within 1,320 feet of any dam, ditch, irrigation intake, canal or other water conveyance.

**NO LEASING (NL)** NL-XX: *Major River Corridors.* Close to fluid mineral leasing and geophysical exploration within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers

**STIPULATION** NSO-XX: *Major River Corridors.* Prohibit surface occupancy within 0.50 to 1.0-mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers.

**STIPULATION** NSO-XX: *Floodplains.* Prohibit surface occupancy within the 100-year floodplain of any stream or river system.

**NO LEASING (NL)** NL-XX: *Water Ways:* Close to fluid mineral leasing and geophysical exploration within 2,640-feet of all streams, watercourses and waterways.

1

BLM_0113931

Stipulations from NFAP

**NO LEASING (NL)** NL-XX: *Water Bodies:* Close to fluid mineral leasing and geophysical exploration within 2,640-feet of lakes, ponds, naturally occurring wetlands and impounding reservoirs (not including stock ponds for livestock).

period of 5 years after the nest becomes inactive.

**STIPULATION** NSO-X: *Mule Deer and Elk Habitat.* Prohibit surface occupancy in mule deer and elk crucial winter range, including severe winter range and winter concentration areas, and in elk reproduction areas.  Also prohibit surface occupancy in ~~big game~~elk migration corridors.

**STIPULATION** NSO-XX: *Gunnison Sage-Grouse Breeding (Lek) Habitat.*  Prohibit surface occupancy in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius).

~~**STIPULATION** NSO-20/SSR-32: Gunnison Sage-Grouse Breeding (Lek) Habitat. Prohibit surface occupancy and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius).~~

**STIPULATION** NSO-XX: *Gunnison Sage-grouse Habitat.*  Prohibit surface occupancy within 4.0 miles of any known lek, and within mapped Gunnison sage grouse breeding, summer, and winter habitat outside of the 4 mile buffer.

**STIPULATION** NSO-XX:  *Bald Eagle, Golden Eagle and Peregrine Falcon Nest Sites.* Prohibit surface occupancy within 0.25-mile of any active or ~~historic~~ inactive bald eagle or golden eagle nest site, and within 0.50-mile of any active or ~~historic~~ inactive peregrine falcon nest site.  Applies to inactive nests for a

**STIPULATION** NSO-XX: *Northern Leopard Frog Breeding Sites.*  Prohibit surface-occupancy within 0.25 miles of northern leopard frog breeding sites.

**STIPULATION** NSO-X: *Occupied Native Cutthroat Trout Habitat.*  Prohibit surface occupancy within 0.50 miles of stream segments that have existing ~~and/~~or potential habitat for native cutthroat trout. ~~occupied by native cutthroat trout.~~

**Formatted:** Font: Not Bold

**NO LEASING (NL)** NL-XX: *Selenium Soils.*  Close to fluid mineral leasing and geophysical exploration soils with high and very-high potential for selenium loading.

**STIPULATION** NSO-X: *Selenium Soils.*  Prohibit surface occupancy within 0.25 mile of soils with high and very-high potential for selenium loading.

**STIPULATION** NSO-XX:  *High Geologic Hazard*. Prohibit surface occupancy on all areas with medium to high geologic hazard and on slopes greater than 30%.

We will add to glossary: Geologic Hazard, High: Active mudflows, earthflows, and landslides, and areas prone to avalanche.

2

Stipulations from NFAP

- West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12)
- 3100 Road
- North Road
- Crawford Road
- Back River Road
- Lands visible from important vistas and travel corridors

**STIPULATION** CSU-XX: *Moderate Geologic Hazard.* Apply CSU restrictions on all areas with moderate geologic hazards.

We will add to glossary: Geologic Hazard, Moderate: failed slopes that are no longer active (stabilized earthflows, mudflows, and landslides); those slopes adjacent to failed slopes or active earthflows, mudflows or landslides and avalanche chutes; areas of rockfall; flash flood zones, and areas with potential mining related problems (i.e. subsidence, acid drainage).

**STIPULATION** TL-XX: *Saturated Soils.* Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or that demonstrate rutting of 2 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume.

**Action:**
Manage XXX acres as VRM Class II,
- Face of Jumbo Mountain
- Youngs Peak
- "H" Hill
- Saddle Mountain
- near flanks of the West Elks
- Needle Rock ONA
- Within one mile of:

Apply the following restrictions to VRM Class II areas:

**NO LEASING** NL-X: *Prominent Landmarks.* Close to fluid mineral leasing and geophysical exploration the following prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, Saddle Mountain, near flanks of the West Elks, Needle Rock ONA.

Allowable Use:
**STIPULATION** NSO-X: *Travel and Scenic Corridors.* Prohibit surface occupancy within one mile of:
- West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12)
- 3100 Road
- North Road
- Crawford Road
- Back River Road

**STIPULATION** CSU-XX: *Vistas.* Apply CSU restrictions to BLM and split-estate lands visible from important vistas and travel corridors, and other BLM lands in North Fork area:
- Jumbo Mountain
- Youngs Peak
- "H" Hill
- Flanks of the West Elks
- Needle Rock ONA

3

BLM_0113933

**Stipulations from NFAP**

- Beyond one mile of:
  - West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12)
  - 3100 Road
  - North Road
  - Crawford Road
  - Back River Road



4

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature? | Desert Bighorn | | Black Canyon | Rocky Mountain Bighorn | | |
|---|---|---|---|---|---|---|---|
| | | Uncompahgre | Middle Delores | | Cow Creek/Wett. | S-54 Dillon Mesa/W. Elk | S-25 Snowmass West |
| **HOME RANGE DATA** | | | | | | | |
| 3.2.1 Bighorn Sheep Telemetry Points | CPW Telemetry Points | | | | | | |
| 3.2.1 Bighorn Sheep Observation Points | CPW Observation Points | | | | | | |
| 3.2.1 Bighorn Sheep GPS Points | CPW GPS Points | | | | | | |
| 3.2.1 Bighorn Sheep Core Herd Home Range (CHHR) Polygon Layer | CPW Bighorn Overall Range?^ | Year-round, S, W | Year-round, S, W | Year-round = S, W | Year-round, S, W | Year-round, S, W? | Year-round, S, W |
| **FORAY DATA** | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) | CPW Suitable Habitat Models? | Suitable only** | Suitable only** | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 Ram & Ewe Distance Distribution File (Summer, Winter) | N/A | Default Values (S)## | Default Values (S)## | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) |
| 4.5.1 Herd Size | CPW 3-year average# | 160 | 55 | 30 | 237.5 | 125 | 51 |
| 4.5.1 Herd Sex Ratio (Rams:Ewes) | CPW 3-year average | 43.7:100 | 44.8:100 | 35:100 | 67.9:100 | 35:100 | 47.4:100 |
| 4.5.1 Foray Probability | N/A | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) |

S=Summer

W=Winter

*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything

**Still need connector habitat and non-habitat

***Unless Julie has local information for a better estimate

#these are post-hunt total herd estimates; need to modify to reflect adults only

##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS

^Need each population named, or use multi-part polygon for all six; also need to make sure that each record is one sheep only

Would be critical to look at points independently and then overlay with CHHR

Need to verify data with local biologists!

BLM_0113935



## US Department of the Interior
**Bureau of Land Management**
**Uncompahgre Field Office, Colorado**

Resource Management Plan Revision and
Environmental Impact Statement



# FINAL PROJECT MANAGEMENT PLAN AND DETAILED WORK SCHEDULE

## JUNE 2014

BLM_0113936

BLM_0113937

# TABLE OF CONTENTS

Chapter                                                                                                Page

1.   INTRODUCTION ............................................................................................1
2.   PROJECT TEAM..............................................................................................1
3.   COMMUNICATION STRATEGY.......................................................................4
4.   GIS DATA SHARING AND REQUESTS ............................................................5
5.   SCHEDULE ....................................................................................................6

# TABLE

                                                                                                        Page

1    EMPSi Interdisciplinary Team............................................................................2

# APPENDICES

A    Interdisciplinary Team Contact Information and Roles
B    Detailed Work Schedule

BLM_0113938

## ACRONYMS AND ABBREVIATIONS                                    Full Phrase

| | |
|---|---|
| BLM | United States Department of the Interior, Bureau of Land Management |
| EIS | environmental impact statement |
| EMPSi | Environmental Management and Planning Solutions, Inc. |
| GIS | Geographic Information Systems |
| ID Team | Interdisciplinary Team |
| NEPA | National Environmental Policy Act of 1969 |
| RAC | Resource Advisory Council |
| RMP | resource management plan |
| SOW | statement of work |
| UFO | Uncompahgre Field Office |
| US | United States |

BLM_0113939

# 1.   INTRODUCTION

The United States (US) Department of the Interior, Bureau of Land Management (BLM), Uncompahgre Field Office (UFO) is preparing a resource management plan (RMP) and associated environmental impact statement (EIS) to guide management of BLM-administered land (surface lands and federal minerals) in the Uncompahgre RMP planning area. The RMP/EIS will be prepared as a dynamic and flexible plan to allow management to reflect the changing needs of the planning area. The planning area is comprised of federal, state, and private lands spanning six Colorado counties: Montrose, Delta, Mesa, Gunnison, Ouray, and San Miguel. There are about 3.1 million acres in the planning area. The decision area for the RMP/EIS is comprised only of BLM land and federal mineral estate and excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas. The decision area is comprised of 675,800 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate.

This project management plan serves as a guide for developing the RMP/EIS. This plan establishes responsibilities, schedules, and procedures for the project team. It includes a description of the project team contact information, project tasks, and an estimated schedule. The plan is based on current project conditions, but the BLM and Environmental Management and Planning Solutions, Inc. (EMPSi) may agree to deviate from current project conditions in order to respond to the dynamic nature of the planning process.

# 2.   PROJECT TEAM

Project management points of contact for the BLM and EMPSi are:

| BLM | |
|---|---|
| **BLM COR, Project Manager** | Uncompahgre Field Office |
| Bruce Krickbaum | 2465 South Townsend Avenue |
| bkrickba@blm.gov | Montrose, CO 81401 |
| | Phone (970) 240-5300 |
| | Fax (970) 240-5368 |

| EMPSi | | |
|---|---|---|
| **Project Manager** | **Deputy Project Manager** | EMPSi |
| Angie Adams | Kate Krebs | 3775 Iris Avenue, Suite 1A |
| angie.adams@empsi.com | kate.krebs@empsi.com | Boulder, CO 80301 |
| | | Phone (303) 447-7160 |
| | | Fax (866) 625-0707 |

The RMP/EIS will be prepared using an interdisciplinary approach. The RMP/EIS Interdisciplinary Team (ID Team) is composed of personnel from the BLM and EMPSi with expertise in all areas of resource impact analysis. **Table 1**, EMPSi Interdisciplinary Team, shows the background and qualifications of all EMPSi ID Team members. Contact information and team roles for BLM and EMPSi ID Team members are provided in **Appendix A**, Interdisciplinary Team Contact Information and Roles.

BLM_0113940

**Table 1**
**EMPSi Interdisciplinary Team**

| Interdisciplinary Team Member<br>*Role* | Years Experience | Experience/ Qualifications |
|---|---|---|
| **Angie Adams**<br>*Project Manager / QA/QC*<br>BA/Biology, English | 19 | • Project manager for in-progress Uncompahgre RMP/EIS<br>• Project manager for Community Assessment of the Uncompahgre Planning Area<br>• Project manager for Northwest Colorado Greater Sage-Grouse RMPAs, Colorado River Valley RMP, Kremmling RMP & other BLM RMPs/EISs<br>• Deputy project manager for Gunnison Gorge NCA RMP/EIS |
| ***Kate Krebs***<br>*Deputy Project Manager/Lands with Wilderness Characteristics/ Special Designations*<br>**BA, Environmental Studies, Spanish, Political Science** | 8 | • Deputy project manager for in-progress Uncompahgre RMP/EIS<br>• Colorado BLM experience, including authoring Uncompahgre RMP sections<br>• Lands with Wilderness Characteristics and/or Special Designations author for 9 other BLM RMPs, including 5 in Colorado |
| **David Batts**<br>*Management Support Team*<br>MS, Natural Resource Planning | 20+ | • Colorado BLM experience, including reviewing Uncompahgre RMP sections<br>• Over 20 years of NEPA experience, including other RMP revisions in Colorado<br>• Respected project manager of BLM projects at the State, District & Field Office levels |
| **Carol-Anne Garrison**<br>*Cultural/Historic Resources/ Paleontology/Native American Tribal Uses*<br>MA/Anthropology | 14 | • Colorado BLM experience, including authoring Uncompahgre RMP sections<br>• Project manager for Bull Mountain EIS<br>• Contributed to over 10 RMPs/EISs<br>• Former BLM P&EC and planner at WO-210; GS-13 |
| **Zoe Ghali**<br>*Fire Management/Livestock Grazing/Forestry/Public Health & Safety/ Socioeconomics*<br>MS/Environmental Physiology | 11 | • Colorado BLM experience, including authoring Uncompahgre RMP sections<br>• Community Assessments for the Uncompahgre, Grand Junction, Colorado River Valley & Kremmling RMPs<br>• Geothermal PEIS & RMP Amendments |
| **Derek Holmgren**<br>*Soils & Geology/Water Resources/Visual Resources/ Lands and Realty/ Renewable Energy*<br>MPA/ Natural Resources Management<br>MS/ Environmental Science | 13 | • Colorado BLM experience, including authoring Uncompahgre RMP sections<br>• Experience includes 20 BLM RMPs as management, core team, or resource author<br>• Water or soil resources specialist for 15+ NEPA environmental documents |

BLM_0113941

**Table 1**
**EMPSi Interdisciplinary Team**

| Interdisciplinary Team Member *Role* | Years Experience | Experience/ Qualifications |
|---|---|---|
| **Ralph Morris** *Air Resources and Climate* MA/Mathematics | 30 | • Colorado BLM experience, including authoring Uncompahgre RMP sections<br>• Extensive Colorado experience with air quality impact studies & modeling<br>• Worked with stakeholders, including US EPA and Colorado Department of Public Health & Environment to develop methodologies and protocols for air quality analyses |
| **Marcia Rickey** *GIS* MS/Conservation Biology | 13 | • Colorado BLM experience, including GIS for Uncompahgre RMP<br>• Grand Junction, Colorado River Valley & Kremmling RMPs<br>• Extensive GIS data management experience |
| **Drew Vankat** *Recreation and Visitor Services/Travel Management* MS/Environmental Policy and Planning | 10 | • Colorado BLM experience, including authoring Uncompahgre RMP sections<br>• Project manager of Grand Junction RMP<br>• Public involvement experience with recreational user groups, cooperating agencies, and RAC subgroups |
| **Jennifer Whitaker** *Energy and Minerals* MS/Science/Project Management | 13 | • Colorado BLM experience, including authoring Uncompahgre RMP sections<br>• Developed and analyzed a range of alternatives and key resource issues, including fluid minerals and energy development<br>• Project manager (former) of Grand Junction RMP |
| **Meredith Zaccherio** *Fish & Wildlife/Vegetation/ Weeds/T&E Animals & Plants* MA/Biology | 8 | • Colorado BLM experience, including authoring Uncompahgre RMP sections ns<br>• Biological resource author for 10 other BLM RMPs, including 2 in Colorado<br>• Expertise in Biological Assessments and biological analysis for terrestrial and aquatic biota |
| **James Zapert** *Air Resources and Climate* MS/Atmospheric Science | 28 | • Colorado BLM experience, including authoring Uncompahgre RMP sections<br>• Extensive Colorado experience with air quality impact studies & modeling<br>• Worked with stakeholders, including US EPA and Colorado Department of Public Health & Environment to develop methodologies and protocols for air quality analyses |

BLM_0113942

### *Subcontractor Management*

EMPSi has subcontracted with Ralph Morris of ENVIRON International Corporation (ENVIRON) and Jim Zapert of Carter Lake Consulting LLC to perform work related to air quality modeling and analysis (Phase 3 Task 1 of the statement of work [SOW]). Subcontractors may attend air quality-related meetings, including in-person meetings and conference calls, representing EMPSi. Subcontractors are to keep EMPSi apprised of the task status at all times.

### 3.   COMMUNICATION STRATEGY

This strategy describes the process by which communication between EMPSi and the BLM will be facilitated. The purpose of this strategy is to guide communication throughout the entire RMP process. The goals of this strategy are:

- To ensure a smooth flow of communication between EMPSi and BLM;

- To ensure that EMPSi is available to the BLM at all junctures;

- To provide a framework for meetings between EMPSi and the BLM; and

- To develop a structure for BLM review of draft and final documents.

This is intended to be a dynamic strategy – one that may change as a result of lessons learned or as new ideas emerge during the RMP process.

### *Methods of Communication and Coordination between BLM and EMPSi*

Communication between the BLM and EMPSi will be primarily by telephone and e-mail contact as needed. A weekly Management Team teleconference call will be conducted to discuss the progress of the RMP/EIS. Minutes of Management Team calls will be provided by EMPSi for review and approval by BLM. Face-to-face meetings will be conducted per the SOW.

Communication will primarily be direct contact between EMPSi and the BLM at the level to which they are assigned to the project. In general, the EMPSi Project Manager will correspond directly with the BLM Project Manager/Contracting Officer Representative, while the EMPSi biology lead typically will correspond directly and freely with their BLM counterpart. Subconsultants will also typically correspond directly and freely with their BLM counterpart during phases of the project in which they are involved. However, any discussions regarding changes in scope, schedule, or budget will only occur when both the EMPSi Project Manager and BLM Project Manager/Contracting Officer Representative are present. BLM Project Manager/Contracting Officer Representative, Bruce Krickbaum, will be copied on all emails between EMPSi (including subconsultants) and BLM staff.

### *Management Reports*

To enhance communication between EMPSi and BLM project management, EMPSi will submit monthly management (progress) reports to the BLM Contracting Officer Representative. These reports will be succinct and will provide the following information:

- Progress of the current month;

- Forecast of activities for the next month;

- Summary of all deliverables and critical paths;

BLM_0113943

- Identification of any issues requiring guidance from the BLM; and
- Summary of the project financials.

*Google Drive*
Because EMPSi staff maintain access to BLM email accounts, we are able to use Google Drive to share information. Whenever an ID Team member chooses to share information or data, that team member is free to post it to Google Drive and share it with the appropriate BLM or EMPSi team member. When an ID Team member has posted information to Google Drive, they should notify the intended recipients of that data via immediate communication (i.e., telephone or e-mail to appropriate EMPSi email address).

*Web Site*
A public website (http://www.uformp.com) hosted by the BLM with updates provided by EMPSi will provide information and updates to the public about the project.

**Meetings**
Most of the day-to-day issues that may arise throughout the RMP planning process can be discussed and resolved by telephone or e-mail without scheduling a meeting. Where meetings are necessary, they will take place either via telephone (conference calls) or in person when EMPSi staff is present in the UFO. Face-to-face meetings in the UFO will be conducted per the SOW.

*Telephone Meetings (Conference Calls)*
Conference calls involving the Project Management Team will take place on a weekly basis to discuss RMP progress and concerns and to answer questions and clarify expectations. Summary notes of these calls will be provided to the BLM by EMPSi and the BLM will have the opportunity to comment on meeting notes before they are finalized. Many of the conference calls will only involve the BLM Project Manager (Contracting Officer Representative), and not the rest of the BLM Management Team.

*Face-to-face Meetings*
The SOW and estimated project schedule (**Appendix B**, Detailed Work Schedule) include key face-to-face meetings included in the RMP/EIS process. Most meetings that will occur in the UFO will be attended by either EMPSi's Project Manager, Deputy Project Manager, or both.

*Other BLM Meetings Not Including EMPSi*
Where the BLM holds meetings (via conference call or in person) with other contractors, subcontractors, Cooperating Agencies, collaborative partners, the Southwest Resource Advisory Council (RAC), or other parties relevant to the RMP/EIS planning process, the BLM will provide the EMPSi Project Manager written minutes or notes of such meetings. Such records will inform the EMPSi Project Manager of the meeting purpose and outcomes such that the EMPSi Project Manager is kept informed of overall project status and developments.

4.   **GIS DATA SHARING AND REQUESTS**
The BLM will provide the majority of the GIS work for the RMP/EIS including producing all maps and performing needed analysis. EMPSi will catalogue and prepare GIS data for the

BLM_0113944

1 administrative record. GIS data will be provided to EMPSi for the administrative record after
2 each milestone (i.e., after the Draft RMP/Draft EIS, after the Proposed RMP/Final EIS, and after
3 the RMP/Record of Decision).

4 The EMPSi GIS specialist may be used to guide the EMPSi ID Team in determining the types of
5 analysis to request from BLM, or what questions to query. If the EMPSi GIS specialist should
6 perform any GIS analysis, the EMPSi GIS specialist will keep the BLM GIS staff informed
7 concerning what analysis was performed and will provide a copy to BLM for review. Metadata
8 and process steps will also be provided to the BLM in such instances.

9 Generally, GIS data transfers between the BLM and EMPSi specialist can be done using eGIS to
10 ensure that the most up-to-date data is being used. Should a member of the EMPSi ID Team
11 request a map, the format is to be Adobe Acrobat (.pdf). If data calculations are requested, the
12 resulting summaries should be in tabular format, such as MS Excel (.xls) or .dbf formats. In
13 general, all data requests from the EMPSi ID Team will go through the EMPSi project manager
14 and will be coordinated between the EMPSi GIS specialist and BLM GIS staff.

15 EMPSi will record all GIS data used in the draft EIS, final EIS, and record of decision, data made
16 available to the public via the RMP website, and GIS data used in any accompanying reports or
17 appendices in order to make the GIS administrative record. The BLM GIS technician will provide
18 EMPSi with these datasets, including data used for display on maps, data used for calculations in
19 all chapters of the EIS, and models or tools used to create these data, and metadata. The
20 metadata and any other documentation files provided by the BLM GIS technician shall meet
21 applicable federal standards and meet the following repeatability standard: an outside GIS
22 technician who received the same data and the methodology would be able to produce the
23 same results, including maps and calculations. The BLM GIS technician will ensure that data meet
24 BLM accuracy standards for geographic data. BLM will eliminate potential duplicate datasets
25 before providing to EMPSi. EMPSi will catalog the file name, file path on the decision file storage
26 device, a data description from the metadata, and a generalized last edited date within the EMPSi
27 tracking sheet, an Excel file. The EMPSi GIS tracking sheet will be included within the project
28 administrative index file.

29 **5.   SCHEDULE**
30 The goal of providing draft documents to the BLM is to ensure the BLM's satisfaction with the
31 end product. Unless otherwise noted in the SOW and estimated project schedule (**Appendix**
32 **B**), EMPSi will deliver all draft deliverables to the BLM for one round of review. Based on BLM
33 comments, EMPSi will revise documents and request final BLM approval.

34 Draft deliverables include draft documents (e.g., Draft RMP/Draft EIS), draft newsletters, and
35 draft meeting materials. Unless otherwise specified, draft deliverables will be submitted in MS
36 Office applications via e-mail or Google Drive. The SOW specifies numbers and types of
37 deliverables for each task.

38 It is incumbent on EMPSi to provide materials to the BLM with sufficient time for adequate
39 review and incumbent on the BLM to provide comments to EMPSi with sufficient time to revise,
40 produce, and deliver the document by the specified date. The SOW and estimated project
41 schedule (**Appendix B**) detail which documents include BLM review, durations for BLM review,

BLM_0113945

1     and durations for EMPSi revision and completion/production of final documents. In general, the
2     durations specified in the schedule (**Appendix B**) are fixed so that if an estimated completion
3     date shifts, then the next step following the delay also will shift by the same duration.

4     Deliverables will be addressed to the BLM Project Manager. The BLM Project Manager will
5     facilitate necessary review by BLM staff at the Field, District, State, and Washington Office levels,
6     as well as review by the Cooperating Agencies, RAC, RAC Subgroup, and collaborative partners,
7     where appropriate. The SOW and estimated project schedule (**Appendix B**) detail who is
8     expected to review draft deliverables and the review period duration.

9

BLM_0113946

This page intentionally left blank.

BLM_0113947

# Appendix A
## Interdisciplinary Team Contact Information and Roles

BLM_0113948

This page intentionally left blank.

BLM_0113949

# APPENDIX A

# INTERDISCIPLINARY TEAM CONTACT INFORMATION AND ROLES

| Uncompahgre RMP/EIS – Interdisciplinary Team Contact List | | | |
|---|---|---|---|
| **Staff** | **Task/Role** | **Phone** | **Email** |
| **BLM (Bureau of Land Management) Interdisciplinary Team** | | | |
| Bruce Krickbaum* | Project Manager | (970) 240-5384 | bkrickba@blm.gov |
| Barbara Sharrow* | Field Manager | (970) 240-5315 | bsharrow@blm.gov |
| Debbie Burch | Livestock Grazing | (970) 240-5311 | dburch@blm.gov |
| Amanda Clements | Riparian, Ecology, Vegetation | (970) 240-5306 | aclement@blm.gov |
| Forrest Cook (COSO) | Air Quality | (303) 239-3792 | fcook@blm.gov |
| Desty Dyer | Coal Resources, Coal Mining | (970) 240-5302 | ddyer@blm.gov |
| Rob Ernst | Geology, Uranium, Mineral Resources | (970) 240-5305 | rernst@blm.gov |
| Edd Franz | Wilderness Characteristics, WSAs | (970) 240-5337 | efranz@blm.gov |
| Glade Hadden | Cultural/Historic Resources, Native American Concerns, Paleontology | (970) 240-5303 | ghadden@blm.gov |
| Ken Holsinger | Special Status Aquatic Wildlife and Plants, Forestry | (970) 240-5389 | kholsing@blm.gov |

BLM_0113950

| Uncompahgre RMP/EIS – Interdisciplinary Team Contact List | | | |
|---|---|---|---|
| **Staff** | **Task/Role** | **Phone** | **Email** |
| **BLM (Bureau of Land Management) Interdisciplinary Team** | | | |
| Dan Huisjen | Fire Management, Fire Ecology | (970) 240-5339 | dhuisjen@blm.gov |
| Julie Jackson | Recreation, Travel Management, Visual Resources | (970) 240-5310 | jmjackson@blm.gov |
| Chad Meister (COSO) | Air Quality | (303) 239-3949 | cmeister@blm.gov |
| Teresa Pfifer | Lands and Minerals Supervisor | (970) 240-5316 | tpfifer@blm.gov |
| Linda Reed | Lands and Realty | (970) 240-5322 | lreed@blm.gov |
| Lynae Rogers | Invasive/Noxious Weeds, Rangeland Management, Livestock Grazing | (970) 240-1068 | lbroger@blm.gov |
| Missy Siders | Fish and Wildlife, Special Status Terrestrial Wildlife | (970) 240-5332 | lreed@blm.gov |
| David Sinton | GIS | (970) 240-5328 | dsinton@blm.gov |
| Jedd Sondergard | Soils, Hydrology, Surface/Underground Water Quality, Wetlands, Floodplains, Wild and Scenic Rivers | (970) 240-5342 | jsondergard@blm.gov |
| Thane Stranathan | Oil and Gas, Mineral Resources | (970) 240-5304 | tstranat@blm.gov |

BLM_0113951

| Staff | Task/Role | Phone | Email |
|---|---|---|---|
| **Uncompahgre RMP/EIS – Interdisciplinary Team Contact List** | | | |
| **EMPSi (Environmental Management and Planning Solutions, Inc.) Interdisciplinary Team** | | | |
| Angie Adams* | Project Manager | (303) 447-7160 | angie.adams@empsi.com |
| David Batts* | Principal NEPA Planner | (303) 447-7160 | david.batts@empsi.com |
| Kate Krebs* | Deputy Project Manager, Wilderness Characteristics, Special Designations, | (303) 447-7160 | kate.krebs@empsi.com |
| Drew Vankat* | Recreation and Visitor Services, Travel Management | (303) 447-7160 | drew.vankat@empsi.com |
| Jennifer Whitaker* | Energy and Minerals | (303) 447-7160 | jennifer.whitaker@empsi.com |
| Carol-Anne Garrison | Cultural/Historic Resources, Paleontological Resources, Native American Tribal Uses | (303) 447-7160 | ca.garrison@empsi.com |
| Zoe Ghali | Fire Management, Livestock Grazing, Forestry, Public Health and Safety, Socioeconomics | (303) 447-7160 | zoe.ghali@empsi.com |
| Derek Holmgren | Soils and Geology, Water Resources, Visual Resources, Lands and Realty, Renewable Energy | (503) 974-8550 | derek.holmgren@empsi.com |
| Ralph Morris | Air Quality | (415) 899 0708 | rmorris@environcorp.com |
| Marcia Rickey | GIS | (303) 447-7160 | marcia.rickey@empsi.com |
| Meredith Zaccherio | Fish and Wildlife, Vegetation, Weeds, Threatened and Endangered Plants and Animals | (415) 544-0440 | meredith.zaccherio@empsi.com |
| Jim Zapert | Air Quality and Climate | (307) 742-0848 | jim@carterlakeconsulting.com |

* Indicates Core Team member

BLM_0113952

This page intentionally left blank.

BLM_0113953

# Appendix B
## Detailed Work Schedule

BLM_0113954

This page intentionally left blank.

BLM_0113955



| ID | Task Name | Duration | Start | Finish | 2014 Q1 | Q2 | Q3 | Q4 | 2015 Q1 | Q2 | Q3 | Q4 | 2016 Q1 | Q2 | Q3 | Q4 | 2017 Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *Notice to Proceed* | *0 days* | *Fri 5/23/14* | *Fri 5/23/14* | ◉ 5/23 | | | | | | | | | | | | | |
| 2 | **Phase 1: Project Management** | **675 days** | **Fri 5/23/14** | **Wed 1/4/17** | | | | | | | | | | | | | | |
| 3 | **Task 1.1: Coordination Meeting** | **1 day** | **Wed 5/28/14** | **Wed 5/28/14** | | | | | | | | | | | | | | |
| 4 | Coordination Meeting (conference call) | 1 day | Wed 5/28/14 | Wed 5/28/14 | | ★ | | | | | | | | | | | | |
| 5 | Coordination Meeting Record | 0 days | Wed 5/28/14 | Wed 5/28/14 | ◉ 5/28 | | | | | | | | | | | | | |
| 6 | **Task 1.2: Project Management** | **8 days** | **Wed 5/28/14** | **Mon 6/9/14** | | | | | | | | | | | | | | |
| 7 | Draft Project Management Plan (PMP) and Schedule | 0 edays | Wed 5/28/14 | Wed 5/28/14 | ◉ 5/28 | | | | | | | | | | | | | |
| 8 | BLM Review of Draft PMP and Schedule | 6 days | Thu 5/29/14 | Thu 6/5/14 | | | | | | | | | | | | | | |
| 9 | Final PMP and Schedule | 2 days | Fri 6/6/14 | Mon 6/9/14 | | | | | | | | | | | | | | |
| 10 | **Task 1.3: Administrative Record (AR)** | **675 days** | **Fri 5/23/14** | **Wed 1/4/17** | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | **Phase 2: Public Participation** | **577 days** | **Fri 6/6/14** | **Fri 9/2/16** | | | | | | | | | | | | | | |
| 13 | **Task 2.1: Website, Mailing List, Public Notices, Newsletters** | **516 days** | **Thu 9/4/14** | **Fri 9/2/16** | | | | | | | | | | | | | | |
| 14 | **Newsletters & Public Outreach Postcards** | **516 days** | **Thu 9/4/14** | **Fri 9/2/16** | | | | | | | | | | | | | | |
| 15 | **Newsletter/Postcard #1 (DRMP/DEIS)** | **22 days** | **Thu 9/4/14** | **Fri 10/3/14** | | | | | | | | | | | | | | |
| 16 | Review Draft to BLM | 10 days | Thu 9/4/14 | Thu 9/18/14 | | | | | | | | | | | | | | |
| 17 | BLM Review | 5 days | Fri 9/19/14 | Fri 9/26/14 | | | | | | | | | | | | | | |
| 18 | Publish | 5 days | Mon 9/29/14 | Fri 10/3/14 | | | | | | | | | | | | | | |
| 19 | **Newsletter/Postcard #2 (PRMP/FEIS)** | **22 days** | **Tue 12/1/15** | **Wed 12/30/15** | | | | | | | | | | | | | | |
| 20 | Review Draft to BLM | 10 days | Tue 12/1/15 | Tue 12/15/15 | | | | | | | | | | | | | | |
| 21 | BLM Review | 5 days | Wed 12/16/15 | Wed 12/23/15 | | | | | | | | | | | | | | |
| 22 | Publish | 5 days | Thu 12/24/15 | Wed 12/30/15 | | | | | | | | | | | | | | |
| 23 | **Newsletter/Postcard #5 (RMP/ROD)** | **22 days** | **Thu 8/4/16** | **Fri 9/2/16** | | | | | | | | | | | | | | |

**US Bureau of Land Management
Uncompahgre Field Office
Resource Management Plan and EIS**

| | | | |
|---|---|---|---|
| Task | | Ongoing Task | |
| BLM Review/Action | | Meeting | ★ |
| Milestone | ◉ | Public Involvement | |
| Summary | | EMPSi-BLM Collaborative Task | |

EMPS

v1

BLM_0113956



| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 24 | Review Draft to BLM | 10 days | Thu 8/4/16 | Thu 8/18/16 |
| 25 | BLM Review | 5 days | Fri 8/19/16 | Fri 8/26/16 |
| 26 | Publish | 5 days | Mon 8/29/16 | Fri 9/2/16 |
| 27 | **Renew Website Domain Name** | **0 days** | **Fri 6/6/14** | **Fri 6/6/14** |
| 28 | **Task 2.2: Cooperating Agency and Sub-RAC Meetings (Option Item)** | **5 days** | **Thu 5/7/15** | **Wed 5/13/15** |
| 29 | Meetings before PRMP Developed | 2 days | Thu 5/7/15 | Fri 5/8/15 |
| 30 | Meeting Notes | 3 days | Mon 5/11/15 | Wed 5/13/15 |
| 31 | **Task 2.2a: Cooperating Agency and Sub-RAC Meeting (2nd Meeting) (O** | **5 days** | **Thu 12/3/15** | **Wed 12/9/15** |
| 32 | Meetings after PRMP Developed | 2 days | Thu 12/3/15 | Fri 12/4/15 |
| 33 | Meeting Notes | 3 days. | Mon 12/7/15 | Wed 12/9/15 |
| 34 | | | | |
| 35 | **Phase 3: Develop DRMP/DEIS** | **240 days** | **Fri 5/23/14** | **Wed 5/6/15** |
| 36 | **Task 3.1: Air Quality Modeling and Assessment** | **60 days** | **Fri 5/23/14** | **Mon 8/18/14** |
| 37 | **Task 3.2: North Fork Alternative (Option Item)** | **56 days** | **Fri 5/30/14** | **Tue 8/19/14** |
| 38 | **Internal Draft Chapters 1, 2, 4, Appendices, Glossary for FO/District Review** | **31 days** | **Fri 5/30/14** | **Tue 7/15/14** |
| 39 | Internal Draft | 3.5 evdays | Fri 5/30/14 | Tue 6/24/14 |
| 40 | BLM Review | 5 days | Tue 6/24/14 | Mon 6/30/14 |
| 41 | Revise Document | 10 days | Tue 7/1/14 | Tue 7/15/14 |
| 42 | **Internal Draft ES, Chapters 1, 2, 3, 4, 5, Glossary & Appendices A, B, H for C** | **15 days** | **Tue 7/15/14** | **Tue 8/5/14** |
| 43 | Internal Draft | 0 days | Tue 7/15/14 | Tue 7/15/14 |
| 44 | BLM Review | 5 days | Wed 7/16/14 | Tue 7/22/14 |
| 45 | Revise Document | 10 days | Wed 7/23/14 | Tue 8/5/14 |
| 46 | **Internal Draft ES, Chapters 1, 2, 3, 4, 5, Glossary & Appendices A, B, H for W** | **10 days** | **Tue 8/5/14** | **Tue 8/19/14** |

**US Bureau of Land Management**
**Uncompahgre Field Office**
**Resource Management Plan and EIS**

| Task | Ongoing Task |
|---|---|
| BLM Review/Action | Meeting |
| Milestone | Public Involvement |
| Summary | EMPSi-BLM Collaborative Task |

BLM_0113957



| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 47 | Internal Draft | 0 days | Tue 8/5/14 | Tue 8/5/14 |
| 48 | BLM Review | 5 days | Wed 8/6/14 | Tue 8/12/14 |
| 49 | Revise Document | 5 days | Wed 8/13/14 | Tue 8/19/14 |
| 50 | Task 3.3: Complete DRMP/DEIS | 20 days | Wed 8/20/14 | Wed 9/17/14 |
| 51 | Internal Draft | 5 days | Wed 8/20/14 | Tue 8/26/14 |
| 52 | BLM Review | 10 days | Wed 8/27/14 | Wed 9/10/14 |
| 53 | Revise Document | 5 days | Thu 9/11/14 | Wed 9/17/14 |
| 54 | Task 3.4: Camera-ready DRMP/DEIS (Option Item) | 12 days | Thu 9/18/14 | Fri 10/3/14 |
| 55 | Camera-ready Document for GPO Printing | 5 days | Thu 9/18/14 | Wed 9/24/14 |
| 56 | 508-compliant PDF for Website to BLM | 9 days | Thu 9/18/14 | Tue 9/30/14 |
| 57 | Printing and Distribution by GPO | 4 days | Thu 9/25/14 | Tue 9/30/14 |
| 58 | NOA Published in Federal Register | 0 days | Fri 10/3/14 | Fri 10/3/14 |
| 59 | Task 3.5: Public Comments and Public Comment Analysis | 147 days | Fri 10/3/14 | Wed 5/6/15 |
| 60 | Public Review Period of DRMP/DEIS (collect comments) | 90 edays | Fri 10/3/14 | Thu 1/1/15 |
| 61 | Public Meetings (BLM) | 8 days | Tue 10/21/14 | Thu 10/30/14 |
| 62 | Draft Content Analysis Report | 3 emons | Thu 1/1/15 | Wed 4/1/15 |
| 63 | BLM Review of Draft Content Analysis Report | 15 days | Thu 4/2/15 | Wed 4/22/15 |
| 64 | Final Content Analysis Report | 10 days | Thu 4/23/15 | Wed 5/6/15 |
| 65 | | | | |
| 66 | Phase 4: Complete the PRMP/FEIS | 332 days | Thu 5/7/15 | Fri 8/12/16 |
| 67 | Task 4.1: Biological Assessment (Option Item) | 321 days | Fri 5/22/15 | Fri 8/12/16 |
| 68 | Coordination Meetings with BLM & USFWS (2) | 15 days | Fri 5/22/15 | Thu 6/11/15 |
| 69 | Draft BA | 10 ewks | Fri 5/22/15 | Fri 7/31/15 |

US Bureau of Land Management Uncompahgre Field Office Resource Management Plan and EIS

3 of 5

BLM_0113958



| ID | Task Name | Duration | Start | Finish |
|----|-----------|----------|-------|--------|
| 70 | BLM Review of Draft BA | 20 days | Mon 8/3/15 | Fri 8/28/15 |
| 71 | Final Review BA | 10 days | Mon 8/31/15 | Fri 9/11/15 |
| 72 | BLM Review of Final BA | 10 days | Mon 9/14/15 | Fri 9/25/15 |
| 73 | Final BA to USFWS | 10 days | Mon 9/28/15 | Fri 10/9/15 |
| 74 | Biological Opinion | 180 edays | Sun 2/14/16 | Fri 8/12/16 |
| 75 | Task 4.2: Complete PRMP/FEIS (Option Item) | 150 days | Thu 5/7/15 | Wed 12/2/15 |
| 76 | Cooperating Agencies Meeting | 1 day | Thu 5/7/15 | Thu 5/7/15 |
| 77 | RAC Subgroup Meeting | 1 day | Fri 5/8/15 | Fri 5/8/15 |
| 78 | Receive PRMP from BLM | 10 days | Mon 5/11/15 | Fri 5/22/15 |
| 79 | Int. Review PRMP/FEIS for FO, Coop-Agen. & RAC SG Review | 20 days | Mon 5/25/15 | Fri 6/19/15 |
| 80 | FO, District, Coop-Agencies, & RAC SG Review of Int. PRMP/FEIS | 20 days | Mon 6/22/15 | Fri 7/17/15 |
| 81 | Prepare Internal Review PRMP/FEIS for SO | 34 edays | Fri 7/17/15 | Thu 8/20/15 |
| 82 | SO Review of Internal PRMP/FEIS | 15 days | Fri 8/21/15 | Thu 9/10/15 |
| 83 | Prepare Internal Review PRMP/FEIS for WO and Solicitor | 34 edays | Thu 9/10/15 | Wed 10/14/15 |
| 84 | WO and Solicitor Review of PRMP/FEIS | 15 days | Thu 10/15/15 | Wed 11/4/15 |
| 85 | Prepare Final PRMP/FEIS | 28 edays | Wed 11/4/15 | Wed 12/2/15 |
| 86 | Task 4.3: Camera-ready PRMP/FEIS | 20 days | Thu 12/3/15 | Wed 12/30/15 |
| 87 | Camera-ready Copy to GPO | 10 days | Thu 12/3/15 | Wed 12/16/15 |
| 88 | PDF for website to BLM | 5 days | Thu 12/17/15 | Wed 12/23/15 |
| 89 | Printing and Distribution by GPO | 5 days | Thu 12/17/15 | Wed 12/23/15 |
| 90 | NOA Published in Federal Register | 0 days | Wed 12/30/15 | Wed 12/30/15 |
| 91 | Public Protest Period of PRMP/FEIS (30 days) | 30 edays | Wed 12/30/15 | Fri 1/29/16 |
| 92 | Governor's Consistency Review of PRMP/FEIS (60 days) | 60 edays | Thu 12/17/15 | Mon 2/15/16 |

Project Schedule — Mon 6/9/14

US Bureau of Land Management
Uncompahgre Field Office
Resource Management Plan and EIS

| Task | | Ongoing Task | |
| BLM Review/Action | | Meeting | ★ |
| Milestone | ◉ | Public Involvement | |
| Summary | | EMPSi-BLM Collaborative Task | |

EMPS

vl

BLM_0113959

| | | | | | |
|---|---|---|---|---|---|
| | Project Schedule | | | | Mon 6/9/14 |

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 93 | | | | |
| 94 | **Phase 5: Record of Decision (ROD)/Approved RMP** | **155 days** | **Fri 1/29/16** | **Fri 9/2/16** |
| 95 | *Protest Resolution* | *90 edays* | *Fri 1/29/16* | *Thu 4/28/16* |
| 96 | **Task 5.1: Complete ROD/Approved RMP (Option Item)** | **76 days** | **Fri 4/29/16** | **Fri 8/12/16** |
| 97 | Prepare Internal Draft ROD/RMP for FO Review | 15 days | Fri 4/29/16 | Thu 5/19/16 |
| 98 | *FO & District Review of Internal ROD/RMP* | *10 days* | *Fri 5/20/16* | *Thu 6/2/16* |
| 99 | Prepare Internal Draft ROD/RMP for SO Review | 10 days | Fri 6/3/16 | Thu 6/16/16 |
| 100 | *SO Review of Internal ROD/RMP* | *10 days* | *Fri 6/17/16* | *Thu 6/30/16* |
| 101 | Prepare 2nd Revised Internal Draft ROD/RMP | 10 days | Fri 7/1/16 | Thu 7/14/16 |
| 102 | *BLM Proj Mgr Review of 2nd Revised Internal ROD/RMP* | *10 days* | *Fri 7/15/16* | *Thu 7/28/16* |
| 103 | Prepare Final ROD/RMP | 10 days | Fri 7/29/16 | Thu 8/11/16 |
| 104 | *Signed ROD/RMP* | *1 day* | *Fri 8/12/16* | *Fri 8/12/16* |
| 105 | **Task 5.2: Camera-ready Final ROD/Approved RMP (Option Item)** | **15 days** | **Mon 8/15/16** | **Fri 9/2/16** |
| 106 | Camera-ready copy to GPO | 5 days | Mon 8/15/16 | Fri 8/19/16 |
| 107 | PDF for website to BLM | 5 days | Mon 8/22/16 | Fri 8/26/16 |
| 108 | *Printing and Distribution by GPO* | 5 days | Mon 8/22/16 | Fri 8/26/16 |
| 109 | *NOA Published in Federal Register* | 0 days | Fri 9/2/16 | Fri 9/2/16 |

Timeline columns: 2014 (Q1 Q2 Q3 Q4), 2015 (Q1 Q2 Q3 Q4), 2016 (Q1 Q2 Q3 Q4), 2017 (Q1 Q2)

Milestone markers: 97 — 5/19; 109 — 9/2

**US Bureau of Land Management
Uncompahgre Field Office
Resource Management Plan and EIS**

| Legend | |
|---|---|
| Task | Ongoing Task |
| BLM Review/Action | Meeting |
| Milestone | Public Involvement |
| Summary | EMPSi-BLM Collaborative Task |

v1

 EMPS

BLM_0113960

This page intentionally left blank.

BLM_0113961

**ufo- ar**

_____

| | |
|---|---|
| **From:** | Krickbaum, John (Bruce) <bkrickba@blm.gov> |
| **Sent:** | Friday, January 23, 2015 11:28 AM |
| **To:** | Angie Adams; ufo- ar |
| **Subject:** | Fwd: webinar info |
| **Attachments:** | 20140114 SW Colorado Bighorn Sheep ROC Data Needs Assignments.docx; 20140114 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet (1) (1).xlsx |

FYI and for the record.


---------- Forwarded message ----------
From: **Siders, Melissa (Missy)** <msiders@blm.gov>
Date: Fri, Jan 16, 2015 at 10:50 AM
Subject: Fwd: webinar info
To: Barbarar Sharrow <bsharrow@blm.gov>, "John (Bruce) Krickbaum" <Bruce_Krickbaum@blm.gov>


Barb,
We had our webinar for the bighorn sheep Risk of Contact model yesterday. ... Frustrating beyond belief, but I think we made some progress.  I think that I need to meet with you and maybe Bruce to discuss where we are with the modeling effort and how that may have impacts to the RMP.  There continue to be data issues that will effect the results of the model.  More on that in our meeting.  I've sent a goolge invite for Wednesday afternoon (3pm) since that looks like the soonest we all might be available, but I could do anytime that afternoon after about 1:30 if it works better.

-Missy

^v^  ^V^  ^v^  ^v^   ^V^  ^v^   ^V^  ^v^  ^v^
 **Melissa (Missy) Siders**, Wildlife Biologist
 Uncompahgre Field Office
 2465 S. Townsend Ave., Montrose, CO 81401
 970-240-5332 – office
 e-mail:  msiders@blm.gov
^v^  ^v^   ^V^  ^v^   ^V^  ^v^  ^V^  ^v^  ^V^
  "*So fuki de gas, fuki di sol, pund ay bare, way pax do am*"
     If ten people dig, and ten people fill,
   there's a lot of dust, but no work gets done.
      -Wolof Proverb, Senegal, West Africa

---------- Forwarded message ----------
From: **Sell, Robin** <rsell@blm.gov>
Date: Fri, Jan 16, 2015 at 10:06 AM
Subject: Re: webinar info
To: David Sinton <dsinton@blm.gov>, Aaron Rutledge <arutledge@blm.gov>, Michael Schmidt <mschmidt@blm.gov>, Andrew Welsh <awelsh@blm.gov>, Tara De Valois <tdevaloi@blm.gov>, Amber Swinney <aswinney@blm.gov>, Douglas Simon <dsimon@blm.gov>, Joel Humphries <jhumphries@blm.gov>, Heidi Plank <hplank@blm.gov>, Amanda Ewing <alewing@blm.gov>, Andy

BLM_0113962

Holland - DNR <andy.holland@state.co.us>, Brad Banulis <Brad.Banulis@state.co.us>, "Eichhoff - DNR, Karin" <karin.eichhoff@state.co.us>, Scott Wait <Scott.Wait@state.co.us>, stephanie.ferrero@state.co.us, "Quamen, Frank R" <fquamen@blm.gov>, Anthony Titolo <atitolo@blm.gov>, Brad Petch <brad.petch@state.co.us>, Brandon Diamond - DNR <brandon.diamond@state.co.us>, John Broderick - DNR <john.broderick@state.co.us>, "McLaughlin, Craig" <Craig.McLaughlin@state.co.us>, Kenneth Schauer <kschauer@blm.gov>, Nathaniel West <nwest@blm.gov>, Russell Japuntich <rjapunti@blm.gov>, Hilary Boyd <hboyd@blm.gov>, Desa Ausmus <dausmus@blm.gov>, Darren Long <dlong@blm.gov>, Lisa Belmonte <lbelmont@blm.gov>, Sylvia Ringer <sringer@blm.gov>, Shawna Wiser <swiser@blm.gov>, Ken Holsinger <kholsing@blm.gov>, "Rogers, Lynae B" <lbroger@blm.gov>, Angela Losasso <alosasso@blm.gov>, Julie Mao - DNR <Julie.Mao@state.co.us>, "Melissa (Missy) Siders" <msiders@blm.gov>, Tom Rinkes <rinkes.t@gmail.com>, Kristi Murphy <kmurphy@blm.gov>
Cc: cmccarth01@gmail.com, Bruce Rittenhouse <brittenh@blm.gov>


Hi everyone-

Thanks to all who were able to participate on yesterday's webinar. Attached are the 2 worksheets that Frank edited on the screen yesterday - our continued assignments & data spreadsheet for the populations we need to run for the UFO RMP. We made tremendous progress on recognizing the further refinements necessary for our model data inputs. There is a lot of work to be done in a short timeframe. Thanks to Tom & Clint for assisting with this discussion and their expertise on the ROC model. Thanks also to Frank and the Wildlife Lab (Anthony, Shannon and Carla) from the NOC (BLM National Operations Center) for their help in this process and model runs.

**CPW is meeting on Tuesday, Jan 20th** to complete the attached table and refine the Core Herd Home Range (CHHR) polygon for each population listed. They will share any completed population sets immediately and have committed to providing the **entire data set by Friday, Jan. 23rd**. GIS data will be sent directly to David Sinton and Anthony Titolo (emails above) so the BLM- UFO and NOC will have the underlying spatial data sets for the model. One suggestion if making separate spatial files- *include BLM ROC Model 2015* in title so it is not confused in future with similar CPW map data. The completed data table should be sent to Missy Siders, Frank Quamen and Robin Sell. I will continue to share the data table (and other correspondence) with the entire group. I will also forward the BHS/disease papers discussed on our webinar in a separate email.

Another reminder: When adding or considering observational data to build or refine the CHHR - an observation of a group of 5 BHS, should be recorded as 5 individuals (adults only) for model inputs.

Finally- If folks need to be added/deleted from this email list- please let me know. Anthony- could you share with Shannon & Carla- I need to get full names. Brad P.- can you share with Stephanie D. in interim.

Questions, let me know. Back in office on Tuesday.

Robin
303.239.3723

BLM_0113963

# SW Colorado Bighorn Sheep ROC Data Needs/Assignments

 1.  BLM: Spreadsheet and GIS Layer of our rough planning schedule (Robin)

☑ 2.  BLM: Combine these to get at when the data are most needed (Frank/Anthony)

3.  CPW:  Attributed population/herd layer (Karin et al)

4.  CPW: Verification from Dillon Mesa biologist on Year-round, Summer, Winter for Core Herd Home Range  (Brad) CHHR = Summer + Winter for Dillon Mesa

☑ 5.  BLM send CPW the sub-model for connector habitat as well as RM layer, will also send contact info (Frank)

☑ 6.  CPW & BLM: Rerun of RM BHS Habitat Preference Raster Layer for connector habitat (Habitat Class) and agreement on the input/base layers (Frank/Anthony/Karin/others).  NOC and UFO have current RM suitable habitat layer and statewide BHS overall habitat coverage.

7.  CPW & BLM: Run of D BHS Habitat Preference Raster Layer connector (Habitat Class) and agreement on the input/base layer (Frank/Anthony/Karin/others).  Expand to 35km (Karin)

8.  CPW: check on herd sizes to include adults only (Andy/others)  Still need some info (Scott)

9.  CPW: check on what to use for herd sex ratios (Andy/Julie)

10.    BLM & CPW: expand table and data queries to include Gunnison and other planning units on the horizon (Frank/all) Need to add these

11.    BLM: Send out new User Guide when available  (Robin)

☑ 12.    BLM: exchange adjusted allotment data (Anthony/David)

BLM_0113964

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature? | Desert Bighorn | | | | Rocky Mountain Bighorn | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Uncompahgre/Dominguez | Black Ridge | Middle Delores | Upper Delores | Black Canyon | Cow Creek/Wett. | S-54 Dillon Mesa/W. Elk | S-25 Snowmass West | S-26 Taylor River | S-13 Snowmass East |
| **HOME RANGE DATA** | | | | | | | split? | | | | |
| 3.2.1 Bighorn Sheep Telemetry Points | CPW Telemetry Points | n/a | TBD | n/a | n/a | n/a | n/a | n/a | 20 | n/a | n/a |
| 3.2.1 Bighorn Sheep Observation Points | CPW Observation Points | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| 3.2.1 Bighorn Sheep GPS Points | CPW GPS Points | 12 | n/a | TBD | TBD | n/a | TBD | n/a | 13 | n/a | 7 |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Overall Range?^ | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Overall Range?^ | Winter (same as summer) | Winter | Winter | Winter (same as summer) | n/a | Winter | Winter | Winter | Winter | Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range?^ | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| **FORAY DATA** | | | | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | n/a | n/a | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | Year-round | Year-round | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| 4.5.1 Ram & Ewe Distance Distribution File WINTER | N/A | | | | | | | | | | |
| 4.5.1 ADULT Herd Size | CPW 3-year average# | 120 | TBD | 42 | TBD | 30 | 204 | 125 | 51 | TBD | TBD |
| 4.5.1 Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | TBD | 44.8:100 | TBD | 35:100 | 67.9:100 | 35:100 | 47.4:100 | TBD | TBD |
| 4.5.1 Foray Probability SUMMER | | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

S=Summer
W=Winter
*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything
**Still need connector habitat and non-habitat
***Unless Julie has local information for a better estimate
#these are post-hunt total herd estimates; need to modify to reflect adults only
##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS
^Need each population named, or use multi-part polygon for all six; also need to make sure that each record is one sheep only

Would be critical to look at points independently and then overlay with CHHR
Need to verify data with local biologists!

BLM_0113965

**ufo- ar**

| | |
|---|---|
| **From:** | Krickbaum, John (Bruce) <bkrickba@blm.gov> |
| **Sent:** | Wednesday, August 26, 2015 8:01 AM |
| **To:** | Angie Adams; Kate Krebs |
| **Cc:** | ufo- ar |
| **Subject:** | Fwd: LWC inventory in Uncompahgre |

For the UFO project record.

.
---------- Forwarded message ----------
From: **Brian St George** <bstgeorg@blm.gov>
Date: Wed, Aug 26, 2015 at 6:54 AM
Subject: Fwd: LWC inventory in Uncompahgre
To: Megan Stouffer <mastouff@blm.gov>, John Krickbaum <bkrickba@blm.gov>, Chad Schneckenburger <cschneckenburger@blm.gov>

Good news! Congrats to Ed.

bsg

Begin forwarded message:

> **From:** Nada Culver <nada_culver@tws.org>
> **Date:** August 26, 2015 at 5:59:41 AM MDT
> **To:** Brian St George <bstgeorg@blm.gov>
> **Subject: RE: LWC inventory in Uncompahgre**
>
> Hi Brian. Thanks for asking.
>
> With Uncompahgre, over the past two years we have had folks in the field ground-truthing the BLM's inventory and although we have some issues with some of the determinations (particularly the BLM's determination that only 550 acres of the more than 32,000 acres analyzed contiguous with the Dolores River Canyon WSA met the naturalness criteria and thus qualify as LWC), overall we are pleased that Edd Franz from the UFO went out to reassess the inventory and update it based on input received from the public. The resulting "2015 Update" they made available, including the additional and updated unit reports, is just the sort of honest and comprehensive reassessment of the previous, pre-6310 inventories that we are looking for - and we appreciate the field office making it available. Right now, we do not plan to submit additional inventories and plan to work through the planning process to address the relatively minor improvements we think are needed to the existing BLM inventory, and, of course, to advocate for acreage that was found as LWC is protected.
>
> Nada Culver
> Senior Counsel and Director, BLM Action Center
> The Wilderness Society

1

1660 Wynkoop, #850
Denver, CO 80202
Main: 303-650-5818
Direct: 303-225-4635
Nada_Culver@tws.org


-----Original Message-----
From: Brian St George [mailto:bstgeorg@blm.gov]
Sent: Tuesday, August 25, 2015 9:16 AM
To: Nada Culver
Subject: LWC inventory in Uncompahgre

Hi Nada.  Do you have a team working on ground truthing The Wilderness Society inventory
submitted to the Uncompahgre Field Office?  We are starting to move that draft plan through the
internal review and approval process again.  I want to be clear in how I reflect the status in the
field office.

Cheers,
bsg

Brian St George
Deputy State Director, Resources and Fire BLM Colorado State Office
(303) 239-3768
(970) 275-2215

BLM_0113967



**Emission Inventory**
**Technical Support Document (Revised)**
Uncompahgre Field Office

Prepared for:
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose, CO  81401

Prepared by:
Ramboll Environ
773 San Marin Drive, Suite 2115
Novato, California, 94998
www.environcorp.com
P-415-899-0700
F-415-899-0707

November 2015
06-35844A



BLM_0113968

This page intentionally left blank.

BLM_0113969

November 2015  RAMBØLL ENVIRON

## CONTENTS

1.0 INTRODUCTION .................................................................................................1

    1.1  Scope and Goals ......................................................................................1

    1.2  Study Area ..............................................................................................1

    1.3  Relationships to Existing Plans and Documents.........................................3

    1.4  Emission Inventory Overview ...................................................................3

        1.4.1  Emission Generating Activities ......................................................3

        1.4.2  Pollutants ...................................................................................3

        1.4.3  Temporal ....................................................................................4

2.0 EMISSION INVENTORY DEVELOPMENT ...........................................................5

    2.1  Alternatives ............................................................................................5

        2.1.1  Activity By Alternative..................................................................6

        2.1.2  Emission Controls.........................................................................8

    2.2  Emission Calculations ............................................................................10

        2.2.1  Oil and Gas Sources....................................................................10

        2.2.2  Non-Oil and Gas Sources ...........................................................37

3.0 EMISSION INVENTORY RESULTS ...................................................................46

    3.1  BLM Action Emissions............................................................................46

    3.2  Cumulative Emission Calculations and Emission Summary .........................48

4.0 REFERENCES ................................................................................................51

### APPENDICES

Appendix A: Conventional Oil and Gas Emission Inventory
Appendix B: Coalbed Methane Oil and Gas Emission Inventory
Appendix C: Midstream Sector Oil and Gas Emission Inventory
Appendix D: Non-Oil and Gas Sources Emission Inventory
Appendix E: Air Emission Inventory Tables and Figures

### TABLES

Table 2-1.   Oil and gas well counts by alternative. ...................................................6

Table 2-2.   Activity by alternative for non-oil and gas sources (year 10). ...............7

Table 2-3.   Emission controls summary table for non-oil and gas source categories
(note all controls listed in this table apply to each management
alternative). ...........................................................................................8

November 2015



Table 2-4.   Oil and gas emission controls description and percent changes. ...........................9

Table 2-5.   Construction source categories and scaling surrogates. ......................................11

Table 2-6.   Vehicle fleets used during drilling and completion..............................................14

Table 2-7.   Empirical constants by pollutant to estimate road dust emissions factor. ...............................................................................................................16

Table 2-8.   Vehicles groups related to fugitive road dust emissions in well construction and development. ...............................................................................17

Table 2-9.   Vehicle fleets comprising production traffic. ........................................................21

Table 2-10.  Empirical constants by pollutant to estimate road dust emissions factor. ...............................................................................................................22

Table 2-11.  Schedule of uranium mines in production. ...........................................................37

Table 3-1.   Estimated annual emissions summary BLM actions within the Uncompahgre Field Office planning area..............................................................46

Table 3-2.   Estimated annual emissions summary cumulative actions within the Uncompahgre Field Office planning area..............................................................48

## FIGURES

Figure 1-1.   Uncompahgre Field Office Planning Area. ...........................................................2

Figure 3-1.   BLM action $NO_X$ emissions by alternative and source. .........................................47

Figure 3-2.   BLM action VOC emissions by alternative and source...........................................47

Figure 3-3.   BLM action $CO_2e$ emissions by alternative and source.........................................48

Figure 3-4.   Cumulative action $NO_X$ emissions by alternative and source. ..............................49

Figure 3-5.   Cumulative action VOC emissions by alternative and source.................................50

Figure 3-6.   Cumulative action $CO_2e$ emissions by alternative and source..............................50

BLM_0113971

November 2015                                   

# 1.0 INTRODUCTION

## 1.1 Scope and Goals

This Emission Inventory Technical Support Document explains the data and methodologies used to estimate emissions associated with future development in the Colorado Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) Planning Area. For this effort an emission inventory was developed for emission sources affected by Bureau of Land Management (BLM) management decisions for the UFO Planning Area.

## 1.2 Study Area

The emission inventory was developed for the UFO Planning Area. The UFO Planning Area is located in western Colorado sharing a small section of the border with Utah (Figure 1-1) and incorporates all or part of Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel Counties.

The BLM UFO manages more than 900,000 acres of public land in southwestern Colorado, including the Gunnison Gorge National Conservation Area and Wilderness, as well as portions of the newly designated Dominguez-Escalante National Conservation Area and Dominguez Canyon Wilderness Area and four river systems (the Gunnison, San Miguel, Dolores, and Uncompahgre). The varied topography within the UFO ranges from lowland riparian along the Dolores River (4,706 feet) to red rock desert to pinion-juniper woodland to sub-alpine forest up on Storm King Mountain (11,449 feet). These lands offer a wealth of resources and opportunities for public use and enjoyment. The UFO is in the beginning stages of revising the UFO Resource Management Plan (RMP). The UFO RMP Planning Area encompasses approximately 675,677 surface acres within the UFO boundary. It does not include the Gunnison Gorge National Conservation Area, which is managed under a separate field office and RMP, or the newly designated Dominguez-Escalante National Conservation Area, which will also operate under a separate RMP. Major activities occurring in the UFO Planning Area that have the potential to affect air quality include oil and gas development, off-highway vehicle (OHV) activity, solid minerals mining, locatable minerals mining, and prescribed fires and vegetation management.

BLM_0113972

November 2015



**Figure 1-1.    Uncompahgre Field Office Planning Area.**

BLM_0113973

November 2015



## 1.3   Relationships to Existing Plans and Documents

The most recent documents describing activities in the UFO Planning Area are the *Reasonably Foreseeable Development Scenario for Oil and Gas for the Uncompahgre Field Office* (BLM, 2012a), the *Mineral Potential Report for the Uncompahgre Planning Area* (BLM, 2011), and the *Coal Resource and Development Potential Report* (BLM, 2010).  The Mineral and Coal Potential Reports indicates relatively stable coal production and potential significant increases in uranium and vanadium mining in the UFO Planning Area.  The Reasonably Foreseeable Development Scenario for oil and gas also indicates potential significant increases in oil and gas activity in the UFO Planning Area.

## 1.4   Emission Inventory Overview

### 1.4.1   Emission Generating Activities

The following list of emission generating activities were identified as those management actions and activities authorized, permitted, allowed or performed under this RMP that could potentially emit regulated air pollutants and could potentially cause impacts to air quality within the planning area and Class I and sensitive Class II areas within 100 kilometers of the planning area:

- Fluid Leasable Minerals – Conventional Oil and Gas
- Fluid Leasable Minerals – Coal Bed Natural Gas
- Solid Leasable Minerals – Coal
- Locatable Minerals – Uranium and Vanadium
- Salable Minerals – Sand and Gravel
- Lands and Realty – Rights-of-Way
- Livestock Grazing
- Comprehensive Travel and Transportation Management
- Vegetation – Prescribed Fire and Mechanical Treatment

### 1.4.2   Pollutants

The emission inventory includes estimation of emissions of criteria air pollutants (CAPs), greenhouse gases (GHGs), and hazardous air pollutants (HAPs) as follows:

- Criteria Pollutants
  - Carbon monoxide (CO)
  - Nitrogen oxides (NOX)
  - Particulate matter less than or equal to 10 microns in diameter ($PM_{10}$)
  - Particulate matter less than or equal to 2.5 microns in diameter ($PM_{2.5}$)
  - Sulfur dioxide ($SO_2$)
  - Volatile Organic Compounds (VOCs)
  - Greenhouse Gases
  - Carbon dioxide ($CO_2$)

BLM_0113974

November 2015



- Methane (CH$_4$)
- Nitrous oxide (N$_2$O)
- Hazardous Air Pollutants (HAPs)

While lead (pb) is a criteria pollutant, emissions of lead in the UFO planning area are expected to be extremely low and are therefore not included in this analysis.

HAP emissions were estimated for each emissions source. For oil and gas emissions sources, HAP emissions from venting and combustion source categories were estimated for formaldehyde, n-hexane, benzene, toluene, ethylbenzene, and xylenes (BTEX).

Anthropogenic greenhouse gas emission inventories typically include carbon dioxide (CO$_2$), methane (CH$_4$), nitrous oxide (N$_2$O), and fluorinated gases. Fluorinated gases are not expected to be emitted in appreciable quantities by any category considered in this emission inventory and were therefore not included in this analysis.

### 1.4.3   Temporal

The analysis focused on estimating annual emissions associated with peak construction, production, and operation activities associated with the identified emission generating management actions. The base year 2011 was chosen as the base year for estimating actual emissions as this was the most recent year that reliable production and emissions data was available for existing sources within the planning area and this base year is consistent with the base year emission inventory developed for the Colorado Air Resource Management Modeling Study (CARMMS). Future year estimated emissions were calculated for 2012 to 2021. Potential peak construction and operation years for projected oil and gas development occur in Year 10 (i.e. 2021), therefore, Year 10 was selected to evaluate future air quality impacts.

BLM_0113975

November 2015



## 2.0 EMISSION INVENTORY DEVELOPMENT

The UFO emission inventory was developed based on activity data for emission generating activities obtained from UFO staff, the *Reasonably Foreseeable Development Scenario for Oil and Gas for the Uncompahgre Field Office* (BLM, 2012a), the *Mineral Potential Report* (BLM, 2011), the *Coal Resource and Development Potential Report* (BLM, 2010), and from NEPA analyses currently being conducted for BLM actions within the planning area.  There is one oil and gas development which is currently under NEPA review, SG Interests Bull Mountain Unit (BLM, 2012b).  *The Decision Record, Finding of No Significant Impact, and Final Environmental Assessment for the Whirlwind Mine Uranium Mining Project* (BLM, 2008) was used as a reference to identify the level of emissions associated with uranium mining.  *The Bowie Coal Lease Modification Application, Preliminary Environmental Assessment* (BLM, 2012c), *Environmental Assessment for the West Elk Coal Lease Modifications Application* (BLM, 2012d), *Environmental Assessment for the Elk Creek Mine* (BLM, 2012f) and the *Oak Mesa Coal Environmental Assessment* (BLM, 2012e) describe environmental impacts associated with each project.

## 2.1   Alternatives

For the UFO RMP, the BLM developed four alternatives to prepare different combinations of resource uses to address the identified major planning issues, enhance or expand resources or resource uses, and resolve conflicts among resources and resource uses.

- Alternative A is the No Action alternative; a continuance of current management practices.
- Alternative B emphasizes non-consumptive use and management of resources through protective, restorative, and enhancement measures, while also providing for multiple uses, such as livestock grazing, recreational opportunities and settings, and mineral development.
- Alternative B.I is a partial alternative specific to oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River (referred to as North Fork), primarily in portions of Delta and Gunnison Counties.  While future oil and gas planning differs from Alternative B for Alternative B.I, future planning for non-oil and gas resources is equivalent to Alternative B for Alternative B.I.
- Alternative C emphasizes intensive management of natural resources, commodity production, and public use opportunities.
- Alternative D is the Preferred Alternative, which emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife, and fish habitat.

Estimates of future activity for each emissions source category were made specific to each alternative for activities expected to be affected by the chosen management alternative.

BLM_0113976

November 2015                                         ENVIRON

### 2.1.1   Activity By Alternative

#### 2.1.1.1   Oil and Gas Sources

Future oil and gas activity estimates were provided by BLM staff (BLM, 2014).  Table 2-1 shows estimates of well, rig, and compressor station counts for each alternative Year 10 development.  Included in Tale 2-1 is oil and gas activity on BLM managed lands and cumulative development on BLM and non-BLM managed lands in the UFO area.

For the emission inventory analysis, conventional well emissions were developed separately from coalbed natural gas (CBNG, also called coalbed methane) emissions based on the assumption that they differ significantly due to differences in drilling, completion, and production practices used in the development and operation.  Additionally, midstream emissions were developed separately from well site emissions based on Colorado Department of Public Health and Environment (CDPHE) Air Pollutant Emission Notices (APENs) emission data for the base year 2011 and forecasts to future years based on total annual UFO area-wide gas production.

For each year, the suite of existing and newly spudded wells along with individual well production estimates are used to estimate total annual gas production; total annual gas production is used to make future projections of certain oil and gas emissions sources including midstream sector gathering and treating facilities.  For conventional and CBNG wells, CARMMS estimates of annual gas production per well and each alternative's well development scenario were used to estimate future year gas production for each alternative.   Midstream emissions were forecasted to future years based on the assumption that total UFO planning area-wide midstream emissions would scale linearly with increases in total gas production.  As necessary, for accounting purposes, total midstream sector emissions are allocated to each well type (CBNG or conventional) and/or mineral designation (BLM or cumulative) based on the corresponding percentage of annual gas production by well type and/or annual gas production by mineral designation.

**Table 2-1.    Oil and gas well counts by alternative.**

| Description | BLM | | Cumulative | |
| --- | --- | --- | --- | --- |
| | Historical Years 1-3[1] | Projected Years 4-10[2] | Historical Years 1-3[1] | Projected Years 4-10[2] |
| **Alternative A** | | | | |
| Annual Number of Wells Drilled (Conventional) | 1 | 16.2 | 1.3 | 17.0 |
| Annual Number of Wells Drilled (CBNG) | 0 | 25.8 | 0 | 27.0 |
| Number of Drill Rigs Operating | 1 | 2 | 1 | 2 |
| Number of Operating Compressor Stations | 4 | 13 | 4 | 14 |
| **Alternative B** | | | | |
| Annual Number of Wells Drilled (Conventional) | 1 | 17.4 | 1.3 | 22.5 |
| Annual Number of Wells Drilled (CBNG) | 0 | 25.4 | 0 | 33.3 |
| Number of Drill Rigs Operating | 1 | 2 | 1 | 3 |
| Number of Operating Compressor Stations | 4 | 13 | 4 | 17 |

BLM_0113977

RAMBØLL ENVIRON

| Description | BLM | | Cumulative | |
|---|---|---|---|---|
| | Historical Years 1-3[1] | Projected Years 4-10[2] | Historical Years 1-3[1] | Projected Years 4-10[2] |
| Alternative B.I | | | | |
| Annual Number of Wells Drilled (Conventional) | 1 | 16.0 | 1.3 | 21.1 |
| Annual Number of Wells Drilled (CBNG) | 0 | 22.9 | 0 | 30.8 |
| Number of Drill Rigs Operating | 1 | 2 | 1 | 3 |
| Number of Operating Compressor Stations | 4 | 12 | 4 | 16 |
| Alternative C | | | | |
| Annual Number of Wells Drilled (Conventional) | 1 | 18.8 | 1.3 | 24.0 |
| Annual Number of Wells Drilled (CBNG) | 0 | 30.9 | 0 | 39.0 |
| Number of Drill Rigs Operating | 1 | 2 | 1 | 3 |
| Number of Operating Compressor Stations | 4 | 16 | 4 | 20 |
| Alternative D | | | | |
| Annual Number of Wells Drilled (Conventional) | 1 | 18.8 | 1.3 | 24.0 |
| Annual Number of Wells Drilled (CBNG) | 0 | 27.9 | 0 | 36.0 |
| Number of Drill Rigs Operating | 1 | 2 | 1 | 3 |
| Number of Operating Compressor Stations | 4 | 15 | 4 | 19 |

[1] For years 2012 to 2014 for which historical drilling data was available.
[2] For years 2015 to 2021 for which alternative specific oil and gas development estimates of drilling activity were used.

### 2.1.1.2   Non-Oil and Gas Sources

Comparisons of activities by source category for non-oil and gas sources are presented in Table 2-2 below.

**Table 2-2.   Activity by alternative for non-oil and gas sources (year 10).**

| Key Assumption | Base Year | A | B | B.I | C | D |
|---|---|---|---|---|---|---|
| Coal Mining | | | | | | |
| tons produced (MMt/yr) | 14 (21)[1] | 14 (21)[1] | 14 (21)[1] | 14 (21)[1] | 14 (21)[1] | 14 (21)[1] |
| Coal mining activity was estimated for the Somerset Coal Field which includes the Bowie Mine, Elk Creek Mine, and West Elk Mine as well as the Oak Mesa area which may be developed in the future.  Emissions were not estimated for the New Horizon Mine which is not subject to BLM review.  The Coal Resource and Development Potential Report (BLM, 2010) indicated that Somerset Field coal production is likely to remain stable at recent levels into the future.  While demand for the bituminous coal produced by the Somerset Coal Field is likely to increase, production is limited by the capacity of the rail line spur that transports coal away from the Somerset Coal Field.  It was assumed that Somerset Coal Field production would remain at 2008 levels. | | | | | | |
| Uranium Mining | | | | | | |
| tons produced (MMt/yr) | 0 | 0.73 | 0.73 | 0.73 | 0.73 | 0.73 |
| The Mineral Potential Report (BLM, 2011) stated that the development potential of the Morrison Formation in the Uravan Mineral Belt is high.  Based on input from UFO BLM personnel, it was assumed that 20 mines would be developed under each alternative, each assumed to have construction and operational characteristics similar to the estimates for the Whirlwind Mine, presented in Whirlwind Mine Environmental Assessment (BLM, 2008). | | | | | | |
| Sand and Gravel | | | | | | |
| Production (tons processed) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Sand and gravel mining activities were assumed to remain unchanged from base year levels for all alternatives based on input from BLM UFO Personnel. | | | | | | |

BLM_0113978

November 2015                                     ENVIRON

| Key Assumption | Base Year | A | B | B.I | C | D |
|---|---|---|---|---|---|---|
| **Fire** | | | | | | |
| **Acres Burned** | 800 | 800 | 1,120 | 1,120 | 640 | 1,000 |
| BLM UFO Personnel estimated that prescribed burning activities would remain similar to the base year for Alternative A, increase by 40% from the base year for Alternatives B and B.I, decrease by 20% from the base year for Alternative C, and increase from the base year by 25% for Alternative D.  Estimates of changes in prescribed burning activity are based on stated objectives by alternative in the draft RMP for wildlife species management, vegetation mosaic objectives, and Wildland Urban Interface. | | | | | | |
| **Travel and Transportation Management** | | | | | | |
| **1000 vehicle miles traveled per year** | 1,910 | 2,433 | 1,831 | 1,831 | 2,433 | 2,032 |
| For Alternatives A and C, growth rate estimates similar to those estimated for the BLM Grand Junction Field Office (ENVIRON, 2012) were used to estimate 27% increase in off-road recreational vehicle activity in Year 10.  For Alternatives B and B.I, off-road recreational vehicle activity was assumed to decrease by 4% from the base year for Year 10.  For Alternative D, off-road recreational vehicle activity was assumed to remain at 2012 levels. | | | | | | |
| **Livestock Grazing** | | | | | | |
| **AUMs** | 38,364 | 38,364 | 34,184 | 34,184 | 36,833 | 36,424 |
| BLM UFO Personnel indicated the 38,364 animal unit months (AUMs), 34,184 AUMs, 34,184 AUMs, 36,833 AUMs, and 36,424 AUMs for Alternatives A, B, B.I, C, and D respectively. | | | | | | |
| **Lands-ROWs and Realty** | | | | | | |
| **# of sites** | 28 | 28 | 28 | 28 | 28 | 28 |
| BLM UFO Personnel indicated no change in activity for this emissions source from the base year for any alternative. | | | | | | |

[1] BLM (2010) indicates approximately 14 million tons of production in 2009.  Emission inventory estimates were conservatively taken from existing documents which were based on an estimate of approximately 21 million tons of annual production.

The UFO emission inventory accounted for all applicable emissions controls such as New Source Performance Standards (NSPS).  Table 2-3 shows the emissions control measures for each emissions source category (except oil and gas) that were modeled in this analysis.  Table 2-4 presents the emission controls applied to oil and gas sources along with the associated numerical estimates of the level of control.

**Table 2-3.    Emission controls summary table for non-oil and gas source categories (note all controls listed in this table apply to each management alternative).**

| Applicable Pollutants | Control Description |
|---|---|
| **Coal Mining** | |
| $PM_{10}$, $PM_{2.5}$ | Emissions from coal mining and assumed emission controls were based on available NEPA documents for Somerset Coal Field development.<br>Fugitive Dust Control:  Mitigation measures would be implemented to reduce particulate matter/fugitive dust emissions during construction and production activities.  Unpaved roads would be treated with water to control fugitive road dust emissions.  Storage piles would be watered to limit wind erosion potential and reduce fugitive emissions.  It is assumed that most coal transfer points and processing activities would be enclosed and would therefore reduce fugitive particulate emissions. |

BLM_0113979

November 2015



| Applicable Pollutants | Control Description |
|---|---|
| **Uranium Mining** | |
| NO$_x$, PM$_{10}$, PM$_{2.5}$ | Emissions from uranium mining and assumed emission controls were based on the Whirlwind Mine Environmental Assessment (BLM, 2008)<br>**Generators:** Generators would meet NSPS standards and incorporate best available control technology.<br>**Particulate:** PM$_{10}$ emissions would be limited to CDPHE APEN permitted levels. The ore loading area would be treated with magnesium chloride and water would be used for dust suppression at the waste rock storage and other disturbed areas. |
| **Sand and Gravel** | |
| PM$_{10}$, PM$_{2.5}$ | **Fugitive Dust Control:** Fugitive road dust emissions would be controlled by watering and/or application of magnesium chloride. |
| **Fire** | |
| - No specific emission controls identified - | |
| **Travel and Transportation Management** | |
| - No specific emission controls identified - | |
| **Livestock Grazing** | |
| PM$_{10}$, PM$_{2.5}$ | **Fugitive Dust Control:** Fugitive road dust emissions would be controlled by watering. |
| **Land and Realty ROW** | |
| PM$_{10}$, PM$_{2.5}$ | **Fugitive Dust Control:** Fugitive road dust emissions would be controlled during land and realty right-or-way projects by watering and/or application of magnesium chloride. |

**Table 2-4.    Oil and gas emission controls description and percent changes.**

| Applicable Pollutant(s) | Description | Percent Change |
|---|---|---|
| **Dust Control** | | |
| PM$_{10}$, PM$_{2.5}$ | watering | 50% |
| **Drill Rig Engines** | | |
| NO$_x$, PM | Tier II engines | 0% |
| **Completion Engines** | | |
| NO$_x$, PM | Tier II engines | 0% |
| **Green Completions** | | |
| VOC, HAPs | closed loop system and flaring control | 88% |
| **Liquids Removal System** | | |
| All | none | 0% |
| **Production Site Dehydrators** | | |
| VOC, HAPs | none | 0% |
| **Production Site Condensate Tanks** | | |
| VOC, HAPs | none | 0% |
| **Production Site Pneumatic Devices** | | |
| VOC, HAPs | usage of low-bleed pneumatic devices per Colorado requirements | 100% |

BLM_0113980

November 2015  

| Production Site Pneumatic Pumps | | |
|---|---|---|
| VOC, HAPs | none | 0% |
| Wellhead and Lateral Compressor Engines Electrification | | |
| All | none | 0% |
| Wellhead, Lateral, Centralized Compressor Engines | | |
| VOC, CO, NO$_x$ | All engines required to meet Colorado RICE and Federal NSPS Standards | |

## 2.2   Emission Calculations

Emission calculations for all emission-generating activities were derived from Operator-supplied data whenever possible.  In the detailed calculations shown in Appendices A, B, C, and D, we indicate the origin of the input data and how these data were used in the emissions estimates.

Methods used to estimate emissions from each source category are explained in Sections 2.2.1 and 2.2.2.  For oil and gas sources, the estimation methods used for the conventional wells were the same as those used for CBNG wells unless noted otherwise.  For each source category, emissions for the base year were estimated.  Emissions were then forecasted to future years, accounting for activity growth and for applicable sources, emissions controls.  More detailed assumptions, emission factors and calculations by source category are included in Appendices A, B, C, and D.

### 2.2.1   Oil and Gas Sources

The methodologies implemented to estimate base year and future year emissions by alternative from oil and gas sources are explained in this section.  Methodologies apply to conventional and CBNG oil and gas developments, unless noted otherwise.  More detailed assumptions, emission factors, and emission estimates by source category are included in Appendix A for conventional activities, Appendix B for CBNG activities, and Appendix C for the midstream sector.

Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development
- Emissions from the Production Phase (occurring at-or-nearby the wellpad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

#### 2.2.1.1   Emissions from Well pad Construction and Development

Emissions from Well pad Construction and Development include those generated by equipment, vehicles and activities related to well pad construction, access roads construction, pipeline construction, wellbore drilling and well completions.  Table 2-5 includes the emission sources identified for the well pad construction and development phase.  Pollutant emissions are initially estimated on a per surrogate basis and later scaled with the projected surrogate estimate to obtain area-wide annual emissions from each source.

BLM_0113981

RAMBØLL ENVIRON

**Table 2-5.    Construction source categories and scaling surrogates.**

| Equipment Source Category | Emissions units per event | Scaling Surrogate |
|---|---|---|
| Well Pad, Access Road, and Pipeline Construction Equipment | tons/new pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Traffic | tons/new pad | New pads per year |
| Drilling Equipment and Completion Equipment | tons/spud | Spuds per year |
| Fracing Equipment | tons/spud | Spuds per year |
| Refracing Equipment | tons/well | Active wells per year |
| Drilling and Well Completion Traffic | tons/spud | Spuds per year |
| Rig Hauling and Rig Moving Traffic | tons/pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Wind Erosion | tons/new pad | New pads per year |
| Well Completion Venting | tons/spud | Spuds per year |

### 2.2.1.1.1   Well Pad, Access Road, and Pipeline Construction Equipment

This category refers to emissions associated with off-road engines used during construction of well pads, access roads and pipelines and is also inclusive of well pad reclamation activity. Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors were derived from the literature.  The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Engines were classified in three types as activity data and emissions factors vary by utility: well pad construction equipment, access road construction equipment and pipeline construction equipment.

Emissions on a per event (new well pads) basis for an engine type for which data was provided were estimated according to Equation 1:

$$E_{engine\,k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$

Equation (1)

where:

$E_{engine}$ are emissions of pollutant $i$ from an engine type k [ton/pad]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the engine k [hp]
$LF$ is the load factor of the engine k
$t_{event}$ is the number of hours the engine is used  [hr/pad]
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of type-k engines

BLM_0113982

RAMBØLL ENVIRON

#### 2.2.1.1.1.1 Area-Wide Annual Emissions from Source Category

Annual emissions from well pad construction equipment by pollutant were estimated from the sum of engine emissions from each of the construction engine types ($E_{engineTOTAL,i} = \sum E_{engine\,k,i}$) according to Equation 2:

$$E_{well\,pad\,equip,\ i} = E_{engineTOTAL,i} \times S_{well\,pad} \qquad \text{Equation (2)}$$

where:

$E_{well\,pad\,equip}$ are annual emissions of pollutant i from well pad construction and development equipment [ton/yr]

$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/pad]

$S_{well\,pad}$ is the scaling surrogate for well pad construction [new pads/yr]

#### 2.2.1.1.2  Well Pad, Access Road and Pipeline Construction Traffic

This category refers to the exhaust emissions from light-duty and heavy-duty vehicle traffic during well pad, access road and pipeline construction.  Emission factors were developed using the MOVES2010a model (USEPA, 2010).  For each field office, by project year representative county emissions factors were developed.  The emission factors were prepared for two vehicle classes, heavy duty trucks (source type combination short-haul truck) and pick-up trucks (source type light commercial truck).  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, tire wear, and evaporative processes. The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012).

Emissions from two distinct fleet types were estimated in this source category dependent on the vehicle destination/use: (1) well pad and access road construction vehicles and (2) pipeline construction vehicles.  Annual vehicle miles traveled (VMT) to well site were available for each vehicle class (light duty and heavy duty) within each fleet type (well pad and access road, and pipeline construction), thus exhaust emissions for each of four vehicle groups were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 3.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (3)}$$

where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]

$EF_i$ is the average emission factor of pollutant i [g/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/pad]

$D$ is the round trip distance [miles/trip]

907185 is the mass conversion [g/ton]

#### 2.2.1.1.2.1 Area-Wide Annual Emissions from Source Category

Annual emissions for well pad, pipeline and access road construction traffic by pollutant were propagated with the appropriate scaling surrogate according to Equation 4:

$$E_{well\,pad\,traffic,\ i} = E_{traffic,\ i} \times S_{well\,pad} \qquad \text{Equation (4)}$$

---

12

BLM_0113983

RAMBOLL ENVIRON

where:

$E_{well\ pad\ traffic,\ i}$ is the annual exhaust emissions of pollutant i from well pad, pipeline and access road construction traffic [ton/yr]

$E_{traffic,\ i}$ are the emissions of pollutant i per new well pad [ton/wellpad]

$S_{well\ pad}$ is the scaling surrogate for well pad and access road construction traffic [new pads/yr]

### 2.2.1.1.3  Drilling, Completion and Hydraulic Fracturing Equipment

This section refers to emissions associated with off-road engines used during drilling and completion activities. Detailed data for each engine type per source category such as horsepower rating, hours of operation, fuel type, engine technology and load factors was derived from the literature. Emissions for four distinct engine groups were estimated: (1) drilling equipment, (2) completion equipment, (3) fracing equipment, and (4) refracing equipment.  Emissions were estimated separately by engine type as inputs and surrogates (see Table 2-5) varied by type; however the same methodology delineated by Equations 5 and 6 was used in all calculations.

For drilling, completion and hydraulic fracturing equipment, the EPA Tier 2 Federal Diesel Engine Standard emission rates were applied for $NO_X$, VOC, CO, $PM_{10}$ and $PM_{2.5}$ emissions.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Emissions on a per event (spuds or active wells) basis for an engine type were estimated according to Equation 5:

$$E_{engine\ k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$

Equation (5)

where:

$E_{engine}$ are exhaust emissions of pollutant i from an engine type k [ton/event]

$EF_i$ is the emissions factor of pollutant i [g/hp-hr]

$HP$ is the horsepower of the engine k [hp]

$LF$ is the load factor of the engine k

$t_{event}$ is the number of hours engine k is used [hr/event]

$907,185$ is the mass unit conversion [g/ton]

$n$ is the number of type-k engines

#### 2.2.1.1.3.1  Area-Wide Annual Emissions from Source Category

Annual equipment emissions by pollutant were estimated separately for each of the four engine groups and scaled with the appropriate scaling surrogate according to Equation 6:

$$E_{D\&C\ equipment,\ i} = E_{engineTOTAL,i} \times S_{event}$$

Equation (6)

where:

$E_{D\&C\ equipment,i}$ is annual emissions of pollutant i from completion/drilling equipment [ton/yr]

$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/event]

BLM_0113984

November 2015                                                 ENVIRON

$S_{event}$ is the scaling surrogate for completion/drilling operations [event/yr] according to Table 2-5.

### 2.2.1.1.4  Drilling and Well Completion Traffic

This section refers to on-road emissions from light-duty and heavy-duty vehicle traffic during drilling and completion operations.  Methodology to estimate traffic emissions from these source categories was similar to that of source category *Well Pad, Access Road and Pipeline Construction Traffic*.  However, emissions for *Drilling Traffic* and *Completion Traffic* were calculated separately since activity inputs and surrogates varied by source category.  Input data to estimate the annual vehicle miles traveled (VMT) per activity was derived from the literature for each vehicle class (light duty and heavy duty) within each fleet.  Fleets were defined by the vehicle destination or utility.  These are shown in Table 2-6 below.  Annual average emission factors from EPA's MOVES2010a model as described in Section 2.2.1.2 were applied.

**Table 2-6.    Vehicle fleets used during drilling and completion.**

| Vehicle Use/Destination | Vehicle Class | | Fleet group ID |
|---|---|---|---|
| | Type | Class | |
| Drilling Traffic | Semi Trucks | Heavy Duty Truck | 1 |
| | Pickup Trucks | Light Duty Truck | 2 |
| Rig Move Drilling Traffic | Semi Trucks | Heavy Duty Truck | 3 |
| Rig Hauling | Semi Trucks | Heavy Duty Truck | 4 |
| Well Completion & Testing | Semi Trucks | Heavy Duty Truck | 5 |
| | Pickup Trucks | Light Duty Truck | 6 |

Exhaust emissions for each of the fleet groups were calculated using the appropriate MOVES2010a emission factors on a grams per mile basis, as shown in Equation 7:

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$
Equation (7)

where:

$E_{traffic,\ i}$ is the traffic emissions for pollutant i per spud  [tons/spud]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/spud]
$D$ is the round trip distance [miles/trip]
*907185* is the mass unit conversion [g/ton]

Given that emissions from the vehicle fleets are based on the same surrogate (spuds), total emissions from drilling and completion traffic will be the sum of emissions per spud from each fleet (calculated with Equation 7), as shown in Equation 8:

$$E_{traffic,D\&C,\ i} = \sum_{fleet=1}^{7}\left(E_{traffic,\ i}\right)_{fleet}$$
Equation (8)

where:

BLM_0113985

November 2015                                         RAMBOLL ENVIRON

$E_{traffic,D\&C,\ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]

$E_{traffic,\ i}$ is the traffic emissions for pollutant i per spud for a vehicle fleet [tons/spud]

### 2.2.1.1.4.1  Area-Wide Annual Emissions from Source Category

Annual emissions for drilling/completion traffic by pollutant were propagated with the appropriate scaling surrogate (spuds per year) according to Equation 9:

$$E_{traffic,\ i} = E_{traffic,D\&C,\ i} \times S_{spud}$$     Equation (9)

where:

$E_{category\ traffic,\ i}$ are annual emissions of pollutant i from drilling/completion traffic [ton/yr]

$E_{traffic,D\&C,\ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]

$S_{spud}$ is the scaling surrogate for drilling/completion traffic [spuds/yr]

### 2.2.1.1.5  *Construction Equipment Fugitive Dust*

Fugitive dust emissions from disturbed land by well pad construction and reclamation equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995a).  A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 10:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30}$$     Equation (10)

where:

$E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons/wellpad]

$A$ is the average number of acres disturbed per wellpad [acres/wellpad]

$t$ is the number of construction days per wellpad [days]

$C$ is the control efficiency

*30* is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (USEPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant emissions ($PM_{10}$ and $PM_{2.5}$).  A control efficiency of 50% was assumed for well pad construction watering control.

### 2.2.1.1.5.1  Area-Wide Annual Emissions from Source Category

Annual emissions for construction equipment fugitive dust, by pollutant i, were propagated with the appropriate scaling surrogate (wellpads per year) according to Equation 11:

BLM_0113986

November 2015                                         RAMBØLL ENVIRON

$$E_{equip,dust,i_{TOTAL}} = E_{equip.dust,i} \times S_{new\ pads}$$   Equation (11)

where:

$E_{equip,dust,i_{TOTAL}}$ is the annual dust emissions of pollutant i from construction equipment [ton/yr]

$E_{equip.dust,i}$ is the fugitive dust emissions of pollutant i from construction equipment per pad [tons/wellpad]

$S_{new\ pads}$ is the scaling surrogate for construction equipment fugitive dust [new pads/yr]

*2.2.1.1.6  Fugitive Dust Emissions from Construction, Drilling and Completion Support Vehicles*

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance in Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 12.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$   Equation (12)

where:

$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)

$s$ is the surface material silt content (%)

$W$ is the mean vehicle weight (tons)

$k, a, b$ are empirical constants according to Table 2-7.

**Table 2-7.    Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | $PM_{10}$ | $PM_{2.5}$ |
|-----------|-----------|------------|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were derived with Equation 12.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 13 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$   Equation (13)

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]

$EF_i$ is the size-specific emission factor [lb/mile]

$P$ is number of precipitation days (>0.01" rainfall) at the site

$CE$ is the control efficiency for watering in unpaved roads; CE =50%

BLM_0113987

RAMBØLL ENVIRON

Emissions were estimated for all types of vehicles involved in construction, drilling and completion activities. The vehicle groups were classified according to their vehicle class and utility, and literature data was collected to estimate annual vehicle miles traveled per activity (or event), which varied by vehicle groups and by the type of oil and gas development (conventional gas and CBNG). The vehicle fleets used in each type of development are shown in Table 2-8.

**Table 2-8.    Vehicles groups related to fugitive road dust emissions in well construction and development.**

| Vehicle group ID | Utility/destination | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Pad Access Road Construction | Heavy Duty Truck | New pads |
| 2 | | Light Duty Truck | |
| 3 | Pipeline Construction | Heavy Duty Truck | |
| 4 | | Light Duty Truck | |
| 5 | Drilling Traffic | Heavy Duty Truck | Spuds |
| 6 | | Light Duty Truck | |
| 7 | Rig Move Drilling Traffic | Heavy Duty Truck | New pads |
| 8 | | Light Duty Truck | |
| 9 | Rig Hauling | Heavy Duty Truck | |
| 10 | Well Completion & Testing | Heavy Duty Truck | Spuds |
| 11 | | Light Duty Truck | |
| 12 | Fuel Haul Truck | Heavy Duty Truck | Spuds |

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 13, along with the vehicle miles traveled for each vehicle group as shown in Equation 14.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$

Equation (14)

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event  [ton/event]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/event]
$D$ is the round trip distance [miles/trip]
$2000$ is the mass conversion [lb/ton]

2.2.1.1.6.1  Area-Wide Annual Emissions from Source Category

Annual emissions for road fugitive dust from construction/drilling/completion traffic were propagated with the appropriate scaling surrogate according to Equation 15:

$$E_{dust,traffic,\ i} = E_{traffic,\ i} \times S_{event}$$

Equation (15)

BLM_0113988

RAMBOLL ENVIRON

where:

$E_{dust,traffic,\ i}$ are annual emissions of pollutant i for road fugitive dust from construction/drilling/completion traffic [ton/yr]

$E_{traffic,\ i}$ are the emissions of pollutant i per event (spuds or new pads) [ton/event]

$S_{event}$ is the scaling surrogate for the vehicle group [event/yr]

### 2.2.1.1.7  Construction Wind Erosion

Wind erosion dust emissions associated with well pad construction, and road, pipeline construction operations, and well pad reclamation activity were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b). Wind erosion emissions per well pad were estimated based on Equation 16:

$$E_{dust,i} = \frac{P \times A \times r}{907,185}$$

Equation (16)

where:

$E_{dust,\ i}$ are dust emissions for pollutant i from construction wind erosion [ton/pad]

$P$ is the erosion potential [g/m$^2$]

$A$ is the well pad construction area [m$^2$/pad]

$r$ is the particle size multiplier for PM$_{10}$ or PM$_{2.5}$

907,185 is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in equation 17 and 18:

$$P = 58 \times (u* - u_t)^2 + 25(u* - u_t)$$

Equation (17)

where:

$u*$ is the friction velocity (m/s)

$u_t$ is the threshold friction velocity (m/s)

$$P = 0 \qquad for \qquad (u* \le u_t)$$

Equation (18)

Friction velocity estimates (u*) were made by multiplying the average annual fastest wind speed by 0.053 per AP-42 guidance (USEPA, 2006b).  Particle size multipliers of 0.5 and 0.075 were assumed for PM$_{10}$ and PM$_{2.5}$ respectively per AP-42 guidance.

### 2.2.1.1.7.1 Area-Wide Annual Emissions from Source Category

The annual construction dust wind erosion emissions were scaled by multiplying per well pad emissions by the scaling surrogate (new pads) according to Equation 19:

$$E_{wind\ erosion\ total,\ i} = E_{dust,\ i} \times S_{well\ pad}$$

Equation (19)

where:

BLM_0113989

November 2015

RAMBØLL ENVIRON

$E_{.dust\ erosion\ total,i}$ are the annual emissions of pollutant $i$ from construction dust wind erosion [ton/yr]
$E_{dust,\ i}$ are the dust emissions of pollutant i per well pad [ton/pad]
$S_{well\ pad}$ is the scaling surrogate for construction dust wind erosion [pad/yr]

### 2.2.1.1.8  Well Completion Venting

This section describes emissions from well completion venting. The calculation methodology for estimating venting emissions from a single completion event is shown below in Equation 20:

$$E_{completion,i} = \left[\frac{P \times Q_{completion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}}\right] \times \frac{f_i}{907185} \times (1 - 0.95F_{flare} - F_{green}) \quad \text{Equation (20)}$$

where:
$E_{completion,i}$ is the uncontrolled emissions of pollutant $i$ from a single completion event [ton/event]
$P$ is atmospheric pressure [1 atm]
$Q_{completion}$ is the volume of gas generated per completion [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the completion venting gas
$F_{green}$ is the fraction of completions that were controlled by green completion techniques
$F_{flare}$ is the fraction of completions controlled by flare
$0.95$ is the control efficiency of the flare

#### 2.2.1.1.8.1  Extrapolation to Area-Wide Annual Emissions

Annual emissions are obtained by scaling-up emissions per event by the number of spuds for a particular year. The total emissions from completion venting are estimated following Equation 21:

$$E_{completion,TOTAL,i} = E_{completion,i} \times S_{spuds} \quad \text{Equation (21)}$$

where:
$E_{completion,TOTAL}$ are the annual emissions for pollutant i from completion venting [tons/year]
$E_{completion,i}$ are the completion emissions from a single completion event [tons/event], event=spuds
$S_{spuds}$ is the scaling surrogate for completion venting in a particular year [spuds/year]

### 2.2.1.1.9  Well Completion Flaring

This section describes the methodology for estimating flaring emissions from completion venting as described in Equation 22. It was assumed the efficiency of the flare was 95 percent.

---

19

BLM_0113990

RAMBØLL ENVIRON

$$E_{flare,completion} = \left( \frac{EF_i \times Q_{completion} \times F_{flared} \times HV}{1000} \right) \bigg/ 2000$$

Equation (22)

where:

$E_{flare,completion}$ is the area-wide flaring emissions of pollutant i for well completions [ton/event]

$EF_i$ is the flaring emissions factor for pollutant $i$ [lb/MMBtu]

$Q_{completion}$ is the volume of gas generated per completion [MCF/event]

$HV$ is the local heating value of the gas [BTU/SCF]

$F_{flared}$ is the fraction of well completions with flares

### 2.2.1.1.9.1 Extrapolation to Area-Wide Annual Emissions

Annual area-wide flaring emissions for well completions are scaled-up using the total number of spuds per year as shown in Equation 23:

$$E_{heater,TOTAL,i} = E_{heater,i} \times S_{TOTAL}$$

Equation (23)

where:

$E_{heater,TOTAL}$ is the annual emissions from well completion flaring for pollutant i [ [ton/yr]

$E_{heater}$ is the emissions from well completion flaring for pollutant i per event [ton/event]

$S_{TOTAL}$ is the total number of spuds for a particular year [spuds]. The number of well completions is assumed equal to the spuds count for the year.

### 2.2.1.2   Emissions from the Production Phase

Emissions from the Production phase include those generated by equipment, vehicles and activities related to oil and gas production at well sites after a well has been completed. Pollutant emissions are initially estimated on a per event basis and later scaled with the projected number of events per year (scaling surrogate) to obtain UFO planning area-wide annual emissions from each source.

#### 2.2.1.2.1   Well Workovers Equipment

This category refers to emissions associated with off-road engines used during well workovers. Detailed data for a typical workover engine such as horsepower rating, hours of operation, fuel type, engine technology and load factor was derived from the literature. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for 'other oil field equipment' representative of workover engines. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a workover engine were estimated according to Equation 24:

$$E_{engine,\ i} = f \times \frac{EF_i \times HP \times LF \times t \times n}{907,185}$$

Equation (24)

BLM_0113991

November 2015

RAMBØLL ENVIRON

where:

$E_{engine}$ are emissions of pollutant $i$ from a workover engine [ton/well]

$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]

$HP$ is the horsepower of the engine [hp]

$LF$ is the load factor of the engine

$t$ is the number of hours of use per day [hr/day]

$907,185$ is the mass unit conversion [g/ton]

$n$ is the number of operating days per well [days/well]

$f$ is the well workover frequency per year

### 2.2.1.2.1.1  Extrapolation to Area-Wide Annual Emissions

Annual emissions from well workover equipment by pollutant were estimated according to Equation 25:

$$E_{WO-equip,\ i} = E_{engine\ i} \times S_{wells}$$
Equation (25)

where:

$E_{WO\text{-}equip,\ i}$ are annual emissions of pollutant i from workover equipment [ton/yr]

$E_{engine,\ i}$ is emissions of pollutant i from workover equipment per well [ton/well]

$S_{well\ pad}$ is the scaling surrogate for workovers [active wells/yr]

### 2.2.1.2.2  *Production Traffic (Well workovers, Road Maintenance, Well Pad Reclamation and Production)*

This section describes the estimation of exhaust emissions from light-duty and heavy-duty vehicle traffic used for Well Workovers, Maintenance, Well Pad Reclamation and Production. This excludes traffic from tank loading and compressor stations maintenance. Vehicle classes within the four source categories are shown in Table 2-9. Emissions from these vehicle fleets were first estimated on a per well basis and later on scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

**Table 2-9.    Vehicle fleets comprising production traffic.**

| Vehicle fleets ID | Utility (source category) | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Workover Commuting Vehicles | Light Duty Truck | Active Wells |
| 2 | | Heavy Duty Truck | |
| 3 | Road Maintenance | Light Duty Truck | |
| 4 | Road and Well Pad Reclamation | Light Duty Truck | |

Emission factors were developed using the MOVES2010a model as described in Section 2.2.1.2 above.

Exhaust emissions for the five vehicle groups were estimated as shown in Equation 26.

---

BLM_0113992

November 2015                                                        RAMBØLL ENVIRON

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$                    Equation (26)

where:

$E_{fleet,traffic,\ i}$ is the fleet's traffic emissions for pollutant i per well  [tons/well]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/well]
$D$ is the round trip distance [miles/trip]
907185 is the mass unit conversion [g/ton]

#### 2.2.1.2.2.1 Extrapolation to Area-Wide Annual Emissions

Annual emissions for each category (fleet) of production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 27:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{wells}$$                    Equation (27)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from a production fleet [ton/yr]
$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per well for a production traffic fleet [ton/well]
$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

#### 2.2.1.2.3 Fugitive Dust Emissions from Production Traffic (Well Workovers, Road Maintenance, Well Pad Reclamation and Other Production)

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 28.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$                    Equation (28)

where:

$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)
$s$ is the surface material silt content (%)
$W$ is the mean vehicle weight (tons)
$k, a, b$ are empirical constants according to Table 2-10.

**Table 2-10.  Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | PM$_{10}$ | PM$_{2.5}$ |
|-----------|-----------|------------|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

BLM_0113993

RAMBØLL ENVIRON

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were calculated with Equation 28. To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 29 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$  Equation (29)

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]

$EF_i$ is the size-specific emission factor [lb/mile]

$P$ is number of precipitation days (>0.01" rainfall) at the site

$CE$ is the control efficiency for watering in unpaved roads

Vehicle fleets comprising production traffic are shown in Table 2-9. Fugitive dust emissions from these vehicle fleets were first estimated on a per well basis and later scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

Fugitive dust road emissions per well were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 29, along with the vehicle miles traveled for each vehicle group. This is shown in Equation 30

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$  Equation (30)

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per well  [ton/well]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/well]

$D$ is the round trip distance [miles/trip]

$2000$ is the mass conversion [lb/ton]

### 2.2.1.2.3.1  Extrapolation to Area-Wide Annual Emissions

Annual fugitive dust emissions for each category (fleet) of Production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 31:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{wells}$$  Equation (31)

where:

$E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from a production fleet [ton/yr]

$E_{fleet,traffic,\ i}$ is the fugitive dust emissions of pollutant i per well for a production traffic fleet [ton/well]

$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

---

BLM_0113994

November 2015                                            RAMBØLL ENVIRON

### 2.2.1.2.4  Blowdown venting

This section refers to the estimation of emissions from venting during well blowdowns. The calculation methodology for estimating emissions from a single blowdown event is shown below in Equation 32:

$$E_{blowdown,i} = \left( \frac{P \times (V_{vented})}{\left( \frac{R}{MW_{gas}} \right) \times T \times 3.5 \times 10^{-5}} \right) \times \frac{f_i}{907185}$$

Equation (32)

where:

$E_{blowdown,i}$ is the emissions of pollutant $i$ from a single blowdown event [ton/event]
$P$ is atmospheric pressure [1 atm]
$V_{vented}$ is the volume of vented gas per blowdown (uncontrolled) [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the vented gas

#### 2.2.1.2.4.1  Extrapolation to Area-Wide Annual Emissions

The total emissions from all annual blowdowns events occurring are estimated with Equation 33:

$$E_{blowdown,TOTAL} = E_{blowdown,i} \times N_{blowdown} \times S_{wells}$$

Equation (33)

where:

$E_{blowdown,TOTAL}$ are the total annual emissions from blowdowns [tons/yr]
$E_{blowdown,i}$ are the blowdown emissions from a single blowdown event [tons/event]
$N_{blowdown}$ is the frequency of blowdowns per well per year [events/yr-well]
$S_{wells}$ is the total number of active wells for a particular year [wells]

### 2.2.1.2.5  Well Recompletion Venting

This section describes emissions from well recompletion venting. The calculation methodology for estimating venting emissions from a single recompletion event is shown below in Equation 34:

$$E_{recompletion,i} = \left[ \frac{P \times Q_{recompletion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}} \right] \times \frac{f_i}{907185}$$

Equation (34)

where:

24

BLM_0113995

November 2015                                             ENVIRON

$E_{recompletion,i}$ is the uncontrolled emissions of pollutant $i$ from a single recompletion event [ton/event]
$P$ is atmospheric pressure [1 atm]
$Q_{recompletion}$ is the volume of gas generated per recompletion [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the recompletion venting gas

### 2.2.1.2.5.1   Extrapolation to Area-Wide Annual Emissions

Annual emissions are obtained by scaling-up emissions per event with the total number of recompletion events in a particular year. The total emissions from recompletion venting are estimated following Equation 35:

$$E_{recompletion,TOTAL,i} = E_{recompletion,i} \times f \times S_{well\ count}$$

Equation (35)

where:

$E_{completion,TOTAL}$ are the annual emissions for pollutant i from recompletion venting [tons/year]
$E_{completion,i}$ are the venting emissions from a single recompletion event [tons/event]
$f$ is the frequency of recompletion events per well per year [events/yr-well]
$S_{well\ count}$ is the scaling surrogate for recompletion venting in a particular year [active wells]

### 2.2.1.2.6   Wellhead Fugitives

This source category refers to fugitive emissions or *leaks* from well equipment such as pump seals, valves, connectors, flanges, etc.  Fugitive emissions were estimated for three main streams identified: gas service stream, liquids service stream and high oil stream.  VOC, $CO_2$ and $CH_4$ emissions per stream were estimated using device-specific TOC emission factors for oil and gas production (USEPA, 1995b) and equipment counts.  Input data was obtained from the literature on total device counts per well by type of equipment and by the type of service to which the equipment applies – gas, liquids and high oil.

Fugitive VOC emissions for an individual device in a given stream (gas, liquids, and high oil) were estimated according to Equation 36:

$$E_{fugitiveVOC,k} = EF_{TOC} \times N \times t_{annual} \times Y$$

Equation (36)

where:

$E_{fugitive\ VOC,\ k}$ is the fugitive VOC emissions for a given device k [ton/yr-well]
$EF_{TOC}$ is the emission factor of TOC [kg/hr/device]
$N$ is the total number of devices type-k for a given stream per well [devices/well]
$Y$ is the ratio of VOC to TOC in the vented gas

BLM_0113996

November 2015                              RAMBOLL ENVIRON

Total VOC fugitive emissions for a given stream are equal to the sum of all fugitive emissions from devices in that stream per Equation 37:

$$E_{fugitiveVOC,stream} = \sum E_{fugitiveVOC,\ k} \qquad \text{Equation (37)}$$

where:

$E_{fugitive\ VOC,stream}$ is the total fugitive VOC emissions in a given stream per well [ton/yr-well]

$CO_2$ and $CH_4$ fugitive emissions per stream were estimated according to Equations 38 and 39:

$$E_{fugitiveCH4,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}} \qquad \text{Equation (38)}$$

$$E_{fugitiveCO2,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}} \qquad \text{Equation (39)}$$

where:

$E_{fugitive\ CO2,stream}$ is the total fugitive $CO_2$ emissions in a given stream per well [ton/yr-well]
$E_{fugitive\ CH4,stream}$ is the total fugitive $CH_4$ emissions in a given stream per well [ton/yr-well]
*Weight fractions* per pollutant were based on gas compositions. For gas and well streams, sales gas composition was used. For condensate stream, fugitive-post flash compositions were used.

2.2.1.2.6.1  Extrapolation to Area-Wide Annual Emissions

Fugitive emissions were propagated annually according to Equation 40 using the scaling surrogate, active well counts:

$$E_{fugitive,\ i} = E_{fugitive\ i,stream} \times S_{well\ count} \qquad \text{Equation (40)}$$

where:

$E_{fugitive,\ i}$ are the annual fugitive emissions for pollutant i in a given stream [ton/yr]
$E_{fugitive\ I,\ stream}$ are fugitive emissions of pollutant i in a stream per well [ton/yr-well]
$S_{well\ count}$ is the number of active wells for a particular year [active wells]

*2.2.1.2.7  Pneumatic Devices*

Emissions for pneumatic devices will vary by the bleed rate of the device.  The methodology for estimating the emissions from a mix of pneumatic devices i (liquid level controllers, pressure controllers, etc.) for a single typical well is shown in Equation 41:

$$E_{pneumatic,j} = \frac{f_j}{907185} \left( \sum_i \dot{V}_i \times N_i \times t_{annual} \right) \times \frac{P}{\left( \left( R/MW_{gas} \right) \times T \times 3.5 \times 10^{-5} \right)} \qquad \text{Equation (41)}$$

where:

---

26

BLM_0113997

November 2015

RAMBØLL ENVIRON

$E_{pneumatic,j}$ is the total emissions of pollutant $j$ from all pneumatic devices for a typical well [ton/year/well]

$\dot{V}_i$ is the volumetric bleed rate from device $i$ [MCF/hr/device]

$N_i$ is the average number of devices $i$ found in a well [devices/well]

$t_{annual}$ is the number of hours per year that devices were operating [8760 hr/yr]

$P$ is the atmospheric pressure [1 atm]

$R$ is the universal gas constant [0.082 L-atm/mol-K]

$MW_{gas}$ is the molecular weight of the gas [g/mol]

$T$ is the atmospheric temperature [298 K]

$f_j$ is the mass fraction of pollutant $j$ in the vented gas

### 2.2.1.2.7.1   Extrapolation to Area-Wide Annual Emissions

Annual emissions from pneumatic devices were estimated according to Equation 42:

$$E_{pneumatic,TOTAL,j} = E_{pneumatic,j} \times N_{well}$$

Equation (42)

where:

$E_{pneumatic,TOTAL,j}$ is the total annual emissions of pollutant $j$ from pneumatic devices [ton/yr]

$E_{pneumatic,j}$ is the pneumatic device emissions of pollutant $j$ for a single typical well [ton/yr/well]

$N_{well}$ is the total number of active wells in the basin [wells]

### 2.2.1.2.8   Pneumatic Pumps

To estimate emissions from pneumatic pumps, literature data indicating the average rate of gas consumption per gallon of chemical injected and the annual chemical throughput for a single pump was applied. Emissions per well from pneumatic pumps were estimated as shown in Equation 43:

$$E_{pump,i} = \frac{N_{CIP} \times V_{vented,gas} \times t_{pump} \times MW_i \times R \times Y_i}{2000}$$

Equation (43)

where:

$E_{pump,i}$ is the pneumatic pump emissions for pollutant $i$ per well [ton/yr-well]

$V_{vented,TOTAL}$ is the average gas venting rate per pump [SCF/pump/hr]

$N_{CIP}$ is the number of gas-actuated pneumatic pumps per well [pump/well]

$t_{pump}$ is the annual hours of operation of a pump [hrs/yr]

$MW_i$ is the molecular weight of pollutant $i$ [lb/lb-mol]

$R$ is the universal gas constant [lb-mol/391.9scf]

$Y_i$ is the molar fraction of pollutant $i$ in pneumatic pump vented gas

$2000$ is the mass unit conversion [lb/ton]

BLM_0113998

RAMBØLL ENVIRON

### 2.2.1.2.8.1 Extrapolation to Area-Wide Annual Emissions

To estimate area-wide annual emissions from pneumatic pumps the scaling surrogate, active wells, was used according to Equation 44

$$E_{pneumaticpumps,\ i} = E_{pump,\ i} \times S_{well\ count}$$   Equation (44)

where:

$E_{pneumaticpumps,\ i}$ are the annual emissions for pollutant i from pneumatic pumps [ton/yr]
$E_{pump,\ i}$ is the emissions from all pneumatic pumps per well [ton/yr-well]
$S_{well\ count}$ is the number of active wells for a particular year [wells]

### 2.2.1.2.9  Water Injection Pumps

This category refers to exhaust emissions associated with diesel combustion in water injection pump engines.  Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors was derived from the literature.  The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a water injection pump were estimated according to Equation 45:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$   Equation (45)

where:

$E_{engine}$ are per-well emissions of pollutant i from water injection pumps [ton/well]
$EF_i$ is the emissions factor of pollutant i [g/hp-hr]
$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used annually [hrs/unit]
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of water injection pumps per well [units/well]

### 2.2.1.2.9.1 Extrapolation to Area-Wide Annual Emissions

Annual emissions from water injection pumps for pollutant i were estimated according to Equation 46:

$$E_{water\ pumps,\ i} = E_{engine,\ i} \times S_{well}$$   Equation (46)

where:

$E_{well\ pad\ equip}$ are annual emissions of pollutant i from water injection pumps [ton/yr]
$E_{engine,\ i}$ is engine emissions per well [ton/well]
$S_{well}$ is the scaling surrogate for water injection pumps [active wells/yr]

BLM_0113999

November 2015



### 2.2.1.2.10 Miscellaneous Engines

This category refers to exhaust emissions associated with miscellaneous engines at well sites. Detailed data for miscellaneous engines such as horsepower rating, hours of operation, fuel type, engine technology and load factors were derived from the literature. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for miscellaneous engines were estimated according to Equation 47:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185} \times f \qquad \text{Equation (47)}$$

where:

$E_{engine}$ are per-well emissions of pollutant $i$ from miscellaneous engines [ton/well]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used  [hrs/unit]
$f$ is the fraction of wells served by a miscellaneous engine
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of engines per well [units/well]

#### 2.2.1.2.10.1    Extrapolation to Area-Wide Annual Emissions

Annual emissions from miscellaneous engines for pollutant i were estimated according to Equation 48:

$$E_{water\,pumps,\;i} = E_{engine,\;i} \times S_{well} \qquad \text{Equation (48)}$$

where:

$E_{well\,pad\,equip}$ are annual emissions of pollutant i from miscellaneous engines [ton/yr]
$E_{engine,\;i}$ is engine emissions per well [ton/well]
$S_{well}$ is the scaling surrogate for miscellaneous engines [active wells/yr]

### 2.2.1.2.11 Compressor Station Maintenance Traffic Exhaust

This section describes the estimation of exhaust emissions from light-duty vehicles (pickup trucks) used for compressor maintenance at compressor stations.  Emission factors were developed using the MOVES2010a model (USEPA, 2010) as described in Section 2.2.1.2. The total vehicle miles travelled annually from maintenance visits to a single compressor station were obtained from the literature.

Exhaust emissions for this fleet were estimated as shown in Equation 49.

BLM_0114000

November 2015  RAMBOLL ENVIRON

$$E_{fleet,traffic,\ i} = \frac{EF_i \times VMT_{CS}}{907185}$$  Equation (49)

where:

$E_{fleet,traffic,\ i}$ is the fleet's traffic emissions for pollutant i per well [tons/station]

$EF_i$ is the average emission factor for light duty vehicles of pollutant i [g/mile]

$VMT_{CS}$ is the annual miles travelled for maintenance compressor station [miles/station]

*907185* is the mass unit conversion [g/ton]

2.2.1.2.11.1   Extrapolation to Area-Wide Annual Emissions

Annual emissions for the compressor maintenance fleet were propagated with the scaling surrogate "total count of active compressor stations" according to Equation 50:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{CS}$$  Equation (50)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from compressor station maintenance traffic [ton/yr]

$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

*2.2.1.2.12 Fugitive Dust Emissions from Compressor Station Maintenance Traffic*

Road dust emission factors for light duty vehicles traveling on unpaved surfaces to and from compressor stations were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 28 and 29.  Fugitive dust road emissions per station (visited) were calculated using the mitigated emissions factor (*EF_mitigated*) from Equation 29, along with the annual vehicle miles traveled per compressor station.  This is shown in Equation 51.

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times VMT}{2000}$$  Equation (51)

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per station [ton/station]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

*VMT* is the annual miles travelled for maintenance compressor station [miles/station]

*2000* is the mass conversion [lb/ton]

2.2.1.2.12.1   Extrapolation to Area-Wide Annual Emissions

Annual fugitive dust emissions for compressor station maintenance traffic were propagated with the "total number of compressor stations" according to Equation 52:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{CS}$$  Equation (52)

BLM_0114001

RAMBØLL ENVIRON

where:

$E_{fleet,TOTAL, i}$ are annual fugitive dust emissions of pollutant i from compressor station maintenance traffic [ton/yr]

$E_{fleet,traffic, i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

### 2.2.1.2.13 Condensate Tanks Flashing

An uncontrolled VOC emissions factor applicable to Garfield, Mesa, Rio Blanco, and Moffat Counties (CDPHE, 2011) was used to estimate emissions for condensate tanks in conventional gas and coalbed natural gas developments on a per barrel basis. The published emissions factor was 10 lbs VOC/bbl [0.005 tons/bbl]; for planning areas outside of those counties the emission factor of 11.8 lbs VOC/bbl [0.0059 tons/bbl] was used (CDPHE, 2011). The VOC emissions factor was multiplied by the annual condensate production from each type of well to propagate VOC emissions to the Planning Area level for each year. $CO_2$ and $CH_4$ total emissions were then calculated using the weight fraction ratios from local flash gas composition analyses using Equations 53 and 54.

$$E_{tanks,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}} \qquad \text{Equation (53)}$$

$$E_{tanks,CO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}} \qquad \text{Equation (54)}$$

where:

$E_{tanks,VOC}$ is the total annual condensate tanks emissions from APENS database [tons/yr]

$E_{tanks,CO2}$ is the total condensate tank $CO_2$ emissions [tons/yr]

$E_{tanks,CH4}$ is the total condensate $CH_4$ emissions [tons/yr]

*Weight fractions* of each pollutant in flash gas

### 2.2.1.2.14 Loading Emissions from Condensate or Oil Tanks

This section describes emissions from truck loading of condensate tanks. The loading loss rate is estimated following Equation 55:

$$L = 12.46 \times \left( \frac{S \times V \times M}{T} \right) \qquad \text{Equation (55)}$$

where:

$L$ is the loading loss rate [lb/1000gal]

$S$ is the saturation factor taken from AP-42 default values based on operating mode. The operating mode for loading assumed was submerged loading: dedicated normal service.

$V$ is the true vapor pressure of the liquid loaded [psia]

$M$ is the molecular weight of the vapor [lb/lb-mole]

$T$ is the temperature of the bulk liquid [$^{o}R$], T=540 R

---

BLM_0114002

RAMBØLL ENVIRON

VOC tank loading emissions are then estimated by Equation 56:

$$E_{loading, \ VOC} = L \times Y_{voc} \times \frac{42}{2000}$$
Equation (56)

where:

$E_{loading}$ are the VOC tank loading emissions [ton/bbl]
$L$ is the loading loss rate [lb/1000gal]
$Y_{VOC}$ is the weight fraction of VOC in the vapor in the liquid loaded
$42$ is a unit conversion [gal/bbl]
$2000$ is a unit conversion [lbs/ton]

$CO_2$ and $CH_4$ emissions are calculated based on Equations 57-58:

$$E_{loading,CH4} = E_{loading,VOC} \times \frac{weight \ fraction_{CH4}}{weight \ fraction_{VOC}}$$
Equation (57)

$$E_{loading,CO2} = E_{loading,VOC} \times \frac{weight \ fraction_{CO2}}{weight \ fraction_{VOC}}$$
Equation (58)

where:

$E_{loading,CO2}$ is the total loading $CO_2$ emissions per barrel of liquid [ton/bbl]
$E_{loadingCH4}$ is the total loading $CH_4$ emissions per barrel of liquid [ton/bbl]
Weight fractions of each pollutant in the vapor losses from the liquid loaded

### 2.2.1.2.14.1   Area-Wide Annual Emissions from Source Category

Annual emissions per pollutant i from condensate loading were scaled by annual condensate production per Equation 59:

$$E_{tank \ loadout, \ i} = E_{loading, \ i} \times S_{bbl \ condensate}$$
Equation (59)

where:

$E_{tank \ loadout, i}$ is the total condensate loading emissions for pollutant i from tank load-out [ton/yr]
$E_{loading, i}$ is the condensate loading emissions for pollutant i from per barrel [ton/bbl]
$S_{bbl \ condensate}$ is the total annual of barrels condensate [bbl/yr]

### *2.2.1.2.15 Condensate, and Produced Water Hauling Traffic Exhaust*

This section describes the estimation of exhaust emissions from heavy-duty vehicles (haul trucks) used for produced condensate hauling from the well site.  Emission factors were developed using the MOVES2010a model (USEPA, 2010) as described in Section 2.2.1.2. The total round trip distance for each hauling trip was derived from the literature. A hauling volume of per truck of 200 barrels of condensate, hence the number of round trips per barrel was estimated (1/200).

BLM_0114003

November 2015

RAMBØLL ENVIRON

Exhaust emissions for condensate hauling fleet were estimated as shown in Equation 60a.

$$E_{fleet,traffic, \; i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (60a)

where:

$E_{fleet,traffic, \; i}$ is the hauling traffic exhaust emissions for pollutant i per barrel [ton/bbl]

$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]

$N_{trips}$ is the annual number of round trips per barrel [trips/bbl]. N=1/200

$D$ is the round trip distance [miles/trip]

$907185$ is the mass conversion [g/ton]

### 2.2.1.2.15.1   Area-Wide Annual Emissions from Condensate Hauling

Annual emissions for the condensate hauling fleet were propagated with the annual condensate production according to Equation 61a:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,, \; i} \times S_{bbl,condensate}$$   Equation (61a)

where:

$E_{fleet,TOTAL, \; i}$ are annual emissions of pollutant i from condensate hauling traffic [ton/yr]

$E_{fleet,traffic, \; i}$ is the emissions of pollutant i per barrel for the hauling fleet [ton/bbl]

$S_{bbl,condensate}$ is the scaling surrogate for the source category [barrels of condensate produced per year]

### 2.2.1.2.15.2   Produced water hauling exhaust emissions

Produced water refers to the water produced with the gas once the well has been completed and is under operation. This water is typically hauled from the well site storage tanks with water trucks or sent via pipeline to injection wells. Annual produced water rates will vary by the type of well.  It was assumed that the annual rate of water production for conventional gas and CBNG wells was 33,632 and 1,671 barrels per year, respectively based on IHS Enerdeq Datbase estimates of 2011 water production by well type. It was assumed that produced water truck capacity is 130 bbl and that 50 percent of the water is hauled out.

Exhaust emissions for produced water hauling fleet were estimated as shown in Equation 60b:

$$E_{fleet,traffic, \; i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (60b)

where:

$E_{fleet,traffic, \; i}$ is the produced water hauling exhaust emissions for pollutant i per well [ton/well]

$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]

$N_{trips}$ is the annual number of round trips per well [trips/well]

$D$ is the round trip distance [miles/trip]

BLM_0114004

RAMBØLL ENVIRON

907185 is the mass conversion [g/ton]

### 2.2.1.2.15.2.1  Area-Wide Annual Emissions from Produced Water Hauling

Annual emissions for the produced water hauling fleet were propagated to the planning area according to Equation 61b:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{active\ wells}$$   Equation (61b)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from produced water hauling traffic [ton/yr]

$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per well for the hauling fleet [ton/well]

$S_{active\ wells}$ is the scaling surrogate for the source category, active wells per year [wells/yr]

### 2.2.1.2.15.3    Fugitive Dust Emissions from Condensate and Produced Water Hauling Traffic

Road dust emission factors for heavy duty vehicles traveling on unpaved surfaces for condensate hauling and produced water hauling were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 28 and 29. Because the number of trips for both of these activities is based on different surrogates - per barrel for condensate hauling and per well for produced water hauling - as shown in Section 2.2.1.2.15, fugitive dust road emissions of each fleet were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 29. This is shown in Equation 62.

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times D \times N_{trips}}{2000}$$   Equation (62)

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per (1) barrel of condensate [ton/bbl] for condensate hauling or (2) well [ton/well] for produced water hauling

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per (1) barrel of condensate hauled [trips/bbl] for condensate hauling or (2) well [trips/well] for produced water hauling

$D$ is the round trip distance per hauling trip [miles/trip]

2000 is the mass conversion [lb/ton]

### 2.2.1.2.15.3.1  Area-Wide Annual Emissions from Condensate and Produced Water Hauling Traffic

Annual fugitive dust emissions for condensate hauling were propagated with the annual condensate production according to Equation 63:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{bbl,condensate\ or\ active\ wells}$$   Equation (63)

where:

$E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from condensate hauling traffic [ton/yr]

BLM_0114005

November 2015



$E_{fleet,traffic, \ i}$ is the dust emissions of pollutant i per barrel for the hauling fleet [ton/surrogate]

$S_{bbl,condensate \ or \ active \ wells}$ is the scaling surrogate for the source category: (1) [barrels of condensate produced per year] for condensate hauling or (2) [active wells per year] for produced water hauling

### 2.2.1.2.16 Heaters

This section describes the methodology for estimating emissions from heaters and reboilers. Heater emissions are a function of the properties of the local produced gas used as a fuel. Emissions factors for external combustion of natural gas were obtained from AP-42 Section 1.4 Natural Gas Combustion (USEPA, 1995a). Emissions per well from heaters and reboilers can be estimated individually using Equation 64.

$$E_{heater,i} = N_{heaters} \times \frac{EF_i \times Q_{heater} \times t_{annual}}{(HV_{local} \times 2000)}$$

Equation (64)

where:

$E_{heater,i}$ is the per well emissions for pollutant from a given heater [ton/well-yr]
$EF_i$ is the heater emission factor for a given pollutant i [lb/MM SCF]
$Q_{heater}$ is the heater MMBTU/hr rating [MMBTU$_{rated}$/hr]
$HV_{local}$ is the local natural gas heating value [BTU$_{local}$/SCF]
$t_{annual}$ is the annual hours of operation [hr/yr]
$N_{heaters}$ is the number of heaters per well

#### 2.2.1.2.16.1 Area-Wide Annual Emissions from heaters

Annual emissions for heaters and reboilers are estimated with Equation 65 using the scaling surrogate active wells.

$$E_{heater,TOTAL,i} = E_{heater,i} \times W_{TOTAL}$$

Equation (65)

where:

$E_{heater,TOTAL}$ is the total emissions of pollutant i for a given heater type in the Project [ton/yr]
$E_{heater}$ is the per well annual emissions from a given heater type for pollutant i [ton/well-yr]
$W_{TOTAL}$ is the total number of wells for a particular year [wells]

### 2.2.1.2.17 Dehydrator Emissions

This section describes the methodology to estimate emissions from dehydrator still vents. Uncontrolled emission factors per unit of gas production for emissions of VOC, $CH_4$ and $CO_2$ were derived from the literature for the various well types. Total emissions were propagated using the gas production by well type, assuming 100 percent of the gas undergoes well site dehydration. This was done applying Equation 66.

$$E_{dehyTOTAL,i,j} = EF_{dehy,i} \times S_{gas \ production,j}$$

Equation (66)

BLM_0114006



where:

$E_{dehy,TOTAL,,i,j}$ are the total area-wide emissions from dehydrators still vents for pollutant i in year j [tons/yr]

$EF_{dehy,i}$ is the dehydrator still vent emissions rate [tons/MCF]

$S_{gas\ production}$ is the annual gas production in year j [MCF/yr]

### 2.2.1.3 Midstream sources

Midstream sources include gathering and treating emissions associated with facilities such as compressor stations and gas plants. Base year midstream emissions are taken from the 2011 APEN (Air Pollutant Emission Notice) emissions database provided by CDPHE (CDPHE, 2013). CDPHE provided APEN emissions for all oil and gas related emission sources covered by the following SCC and SIC codes:

- All of the SCCs 202002*, 310*, 404003* (where * indicates all sub-SCCs for the SCC)
- And only those with the following SICs: 13*, 492*, 4612

UFO planning area sources were identified based on whether the latitude and longitude of each source was within the UFO planning area. The APEN oil and gas emissions database includes both well site and midstream sources. Midstream sources were identified for inclusion in the calculator based on the facility name and the suite of equipment included at a given facility. Appendix C includes a table of emissions by facility for the UFO planning area.

Emissions were available in the APEN emissions database for the pollutants VOCs, CO, NO$_x$, PM$_{10}$ and SO$_2$ in tons per year. Emissions for CH$_4$ and CO$_2$ were calculated using the vented gas speciation according to Equations 67 and 68 for the following sources.

- Glycol Dehydrator
- Natural Gas Processing Facilities, Gas Sweeting: Amine Process
- Condensate Tanks
- Natural Gas Processing Facilities, Flanges and Connections

$$E_{source,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}} \qquad \text{Equation (67)}$$

$$E_{sourceCO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}} \qquad \text{Equation (68)}$$

where:

$E_{source,VOC}$ is the total annual emissions from APENS database *a source* [tons/yr]

$E_{source,CO2}$ is the total CO$_2$ emissions from *a source* [tons/yr]

$E_{source,CH4}$ is the total CH$_4$ emissions from *a source* [tons/yr]

*Weight fractions* of each pollutant in the vented gas

BLM_0114007

RAMBØLL ENVIRON

For combustion sources such as compressor engines, process heaters and flares, emissions for $CH_4$, $N_2O$ and $CO_2$ were estimated using the ratios of each greenhouse gas to NOx of emissions factors from AP-42.

Emissions in future years were estimated by multiplying 2011 emissions by the ratio of gas production in a given future year to gas production in 2011. As necessary, for accounting purposes, total midstream sector emissions are allocated to each well type (CBNG or conventional) and/or mineral designation (BLM or cumulative) based on the corresponding percentage of annual gas production by well type and/or annual gas production by mineral designation.

### 2.2.2   Non-Oil and Gas Sources

The methodologies implemented to estimate base year and future year emissions by alternative from non-oil and gas sources are explained in this section.  More detailed assumptions, emission factors, and emission estimates by source category are described in Appendix D.

#### 2.2.2.1   Coal Mining

Annual base year emissions from coal mining were estimated for the Somerset Coal Fields based on existing emission estimates for the operation of producing mines, Bowie #2 (BLM, 2012c), West Elk (BLM, 2012d), and Elk Creek (BLM, 2012f), as well as exploration and construction emissions from the Oak Mesa Project (BLM, 2012e).  Emissions were not estimated for the New Horizon Mine which is not subject to BLM review. Based on the *Coal Resource and Development Potential Report* (BLM, 2010), which indicated that Somerset Coal Field production is likely to remain stable at recent levels into the future, emissions for all future years for all scenarios were set equal to base year emissions.

#### 2.2.2.2   Uranium Mining

Annual emissions from uranium mining were estimated according to the number of mines constructed and/or producing in a given year combined with estimates of emissions per mine from discrete emission producing activities: wind erosion, fugitive dust, heavy equipment, and on-road vehicles.  Activity inputs such as the equipment and vehicle operations, tons of material processed, and disturbed area were taken primarily from the Whirlwind Mine EA (BLM, 2008).  The estimated number of uranium mines in operation is shown in Table 2-11.

**Table 2-11.   Schedule of uranium mines in production.**

| Year | Uranium Mining Facilities, All Alternatives |
|------|---------------------------------------------|
| 2008-2012 | 0 |
| 2013 | 1 |
| 2014 | 3 |
| 2015 | 5 |
| 2016 | 7 |
| 2017 | 9 |
| 2018 | 10 |

BLM_0114008

November 2015

RAMBOLL ENVIRON

| Year | Uranium Mining Facilities, All Alternatives |
|------|---------------------------------------------|
| 2019 | 11 |
| 2020 | 12 |
| 2021 | 13 |
| 2022 | 14 |
| 2023 | 15 |
| 2024 | 16 |
| 2025 | 17 |
| 2026 | 18 |
| 2027 | 19 |
| 2028 | 20 |
| 2029 | 20 |
| 2030 | 20 |

### 2.2.2.2.1  Wind Erosion

Wind erosion dust emissions were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b) based on Equation 71:

$$E_{dust,i} = \frac{k \times P \times M \times N}{907,185}$$

Equation (71)

where:

$E_{dust,i}$ are dust emissions for pollutant i from construction wind erosion [ton/mine]
$k$ is the particle size multiplies [0.5 for $PM_{10}$ and 0.075 from $PM_{2.5}$]
$P$ is the erosion potential [g/m$^2$]
$M$ is the number of disturbed acres [m$^2$/pad]
$N$ is the number of disturbances
$907,185$ is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in Equation 72 and 73:

$$P = 58 \times (u* - u_t)^2 + 25(u* - u_t)$$

Equation (72)

where:

$u*$ is the friction velocity (m/s)
$u_t$ is the threshold friction velocity (m/s)

$$P = 0 \qquad for \qquad (u* \le u_t)$$

Equation (73)

Friction velocity estimates (u*) were made by multiplying the average annual fastest wind speed from Uncompahgre, Colorado from 1947 to 1979 by 0.053 per AP-42 guidance (USEPA, 2006b).

---

BLM_0114009

November 2015 

## 2.2.2.2.2  Fugitive Dust

Fugitive dust emissions from ventilation and surface facilities were taken from Whirlwind Mine Environmental Assessment (BLM, 2008) permit not-to-exceed values.

## 2.2.2.2.3  Heavy Equipment

This category refers to emissions associated with off-road equipment used in uranium mining. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type included in surveys.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on per piece of equipment were estimated according to Equation 74:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$   Equation (74)

where:

$E_{engine}$ are emissions of pollutant $i$ [ton/equipment]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower [hp]
$LF$ is the load factor
$t_{event}$ is the number of hours the engine is used  [hr/pad]
$907,185$ is the mass unit conversion [g/ton]

## 2.2.2.2.4  On-road Vehicles - Exhaust

This category refers to the exhaust and road dust emissions from light-duty and heavy-duty vehicle traffic used in uranium mining.

Emission factors were developed using the MOVES2010a model (USEPA, 2010). The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). Emissions were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 75.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (75)

where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]
$EF_i$ is the average emission factor of pollutant i [g/mile]. For exhaust emissions, $EF_i$ = MOVES emission factors.
$N_{trips}$ is the annual number of round trips per activity [trips/pad]
$D$ is the round trip distance [miles/trip]

BLM_0114010

RAMBØLL ENVIRON

*907185* is the mass conversion [g/ton]

### 2.2.2.2.5 On-road Vehicles - Road Dust

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 76.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b \qquad \text{Equation (76)}$$

where:

    *EF* is the size-specific particulate emissions factor for pollutant i (lb/mile)
    *s* is the surface material silt content (%)
    *W* is the mean vehicle weight (tons)
    *k, a, b* are empirical constants according to Table 2-10.

Because the emissions factor is a function of vehicle weight, individual emissions factors for heavy duty vehicles and light duty vehicles were derived with Equation 76.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 77 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100} \qquad \text{Equation (77)}$$

where:

    $EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
    $EF_i$ is the size-specific emission factor [lb/mile]
    *P* is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
    *CE* is the control efficiency for watering in unpaved roads

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 77, along with the vehicle miles traveled for each vehicle group as shown in Equation 78.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000} \qquad \text{Equation (78)}$$

where:

    $E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event  [ton]
    $EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
    $N_{trips}$ is the annual number of round trips per activity [trips]

BLM_0114011



    *D* is the round trip distance [miles/trip]
    *2000* is the mass conversion [lb/ton]

### 2.2.2.3  Sand and Gravel

Annual emissions from sand and gravel extraction were estimated based on the data provided by BLM UFO personnel on the quantity of sand and gravel material extracted, equipment operation, and vehicle use for sand and gravel extraction.

Wind erosion, heavy equipment, and on-road vehicle exhaust and road dust emissions were estimated with sand and gravel source category activity inputs using the similar methodology to uranium mining as described above.

#### 2.2.2.3.1  Extraction and Processing Fugitive Dust

Fugitive dust emissions associated with sand and gravel extraction were estimated based on AP-42 methodology.  Extraction emissions were estimated using AP-42, Chapter 11.9 methodology and include estimates of emissions from the following processes: scraping, removal of overburden, grading, scraper unloading, batch drop, and truck loading.  AP-42 methodology for estimating emissions from rock crushing (Chapter 11.19) and concrete batching (11.12) were used to estimate processing emissions for the following processes: tertiary crushing, fines crushing, screening, fines screening, conveyor transfer point, truck drop unloading, and batch plant crushed rock transfer.  For all processes except removal of overburden, grading, and batch drop, AP-42 particulate matter emission rates were applied directly to UFO sand and gravel activity.  For removal of overburden, grading, and batch drop standard AP-42 equations were used to estimate particulate matter emissions.

### 2.2.2.4  Vegetation – Prescribed Fire and Mechanical Treatment

Annual emissions from prescribed fires and mechanical treatments were estimated based on the data provided by BLM UFO personnel on the heavy equipment operation and vehicle use during prescribed fires and mechanical treatments as well as recent estimates of prescribed fire acreage burned.  BLM UFO Personnel estimated that prescribed burning activities would remain similar to the base year for Alternative A, increase by 40% from the base year for Alternatives B and B.I, decrease by 20% from the base year for Alternative C, and increase from the base year by 25% for Alternative D.  BLM UFO Personnel estimated that mechanical treatment activities would remain similar to the base year for Alternative A, decrease by 20% from the base year for Alternatives B and B.I, increase by 50% from the base year for Alternative C, and increase from the base year by 20% for Alternative D.  Estimates of changes in prescribed burning and mechanical treatment activity are based on stated objectives by alternative in the draft RMP for wildlife species management, vegetation mosaic objectives, and Wildland Urban Interface.

Heavy equipment and on-road vehicle exhaust emissions were estimated with prescribed fire and mechanical treatment source category activity inputs using the similar methodology to uranium mining as described above.

BLM_0114012

November 2015

RAMBØLL ENVIRON

### 2.2.2.4.1 SMOKE

Smoke emissions from prescribed fires were estimated by applying the annual estimate of acreage burned to a tons/acre burned emission factor. The tons/acre burned emission factor was derived estimated based on average emission rates from prescribed fires in the Western Governor's Association/Western Regional Air Partnership 2002 Fire Emission Inventory (WRAP, 2005).

### 2.2.2.4.2 Fugitive Dust from Heavy Equipment

Fugitive dust emissions from heavy equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995a). A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 79:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30} \qquad \text{Equation (79)}$$

where:

$E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons]
$EF$ is the construction fugitive dust emission factor [tons/acre/month]
$A$ is the average number of acres disturbed annually [acres]
$t$ is the number of days to completion[days]
$C$ is the control efficiency for watering
$30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant emissions ($PM_{10}$ and $PM_{2.5}$).

### 2.2.2.4.3 On-road Vehicle Road Dust

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a). Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 80.

$$EF_i = \frac{k\left(\frac{s}{12}\right)^a\left(\frac{S}{30}\right)^b}{\left(\frac{M}{0.5}\right)^c} - C \qquad \text{Equation (80)}$$

where:

$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)
$s$ is the surface material silt content (%)
$S$ is the mean vehicle speed (mi/hr)

BLM_0114013

*M* is the surface material moisture content (%)
*k, a, b* are empirical constants
*C* is the emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT)

To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 81 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$  Equation (81)

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
$EF_i$ is the size-specific emission factor [lb/mile]
*P* is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
*CE* is the control efficiency for watering in unpaved roads

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 81, along with the vehicle miles traveled for each vehicle group as shown in Equation 82:

$$E_{traffic,\ i} = \frac{EF_{mitigated,i} \times N_{trips} \times D}{2000}$$  Equation (82)

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton]
$EF_{mitigated,i}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
$N_{trips}$ is the annual number of round trips per activity [trips]
*D* is the round trip distance [miles/trip]
*2000* is the mass conversion [lb/ton]

## 2.2.2.5  Comprehensive Travel and Transportation Management

Annual emissions from Travel and Transportation Management were estimated for off-road recreational vehicles based on annual estimates of activity by recreational equipment type (ATV, motorcycle, or snowmobile). Annual activity estimates were calculated based on the number of annual visitors per year using each recreational equipment type combined with estimates of activity per visit (14 miles per visit for ATVs and motorcycles and 4 hours per visit for snowmobiles). BLM UFO personnel also provided estimates of activity for heavy equipment used in road maintenance operations.



Heavy equipment emissions were estimated with Travel and Transportation Management activity using the similar methodology to uranium mining as described above. Recreational vehicle road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment activities.

### 2.2.2.5.1  Recreational Vehicles

This category refers to emissions associated with off-road motorcycles and all-terrain vehicles (ATVs). The EPA NONROAD2008a model (USEPA, 2009b) was used to estimate emission rates on a grams per mile basis for motorcycle and ATV use and on a grams per hour basis for snowmobile use within the UFO Planning Area. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions were estimated according to Equation 83:

$$E_{vehicle\ type,i} = \frac{EF_i \times A}{907,185}$$
Equation (83)

where:
  $E_{vehicle\ type}$ are emissions of pollutant $i$ for motorcycles or ATVs [ton]
  $EF_i$ is the emissions factor of pollutant $i$ [g/mi or g/hr]
  $A$ is the number of miles travelled annually by motorcycles or ATVs [mi] or the number of hours of annual use for snowmobiles [hr]
  $907,185$ is the mass unit conversion [g/ton]

### 2.2.2.6   Livestock Grazing

Annual emissions from livestock grazing and associated activities were estimated based on the data provided by BLM UFO personnel on the number of animals in the UFO Planning Area for the base year and for the future year for each alternative as well as information about the annual frequency, type, and duration of livestock associated construction projects.

Wind erosion, heavy equipment, and on-road vehicle exhaust emissions were estimated with livestock grazing associated activity using the similar methodology to uranium mining as described above. Road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment described above.

### 2.2.2.6.1  Enteric Fermentation

Enteric fermentation emissions were estimated by applying the IPCC (2006) $CH_4$ emission rate per animal to the number of animals in the UFO Planning Area.

### 2.2.2.7   Lands and Realty – Rights-of-Way

Annual emissions from land and realty – right-of-way activities were estimated based on the data provided by BLM UFO personnel on the annual frequency and type of projects.

Wind erosion, heavy equipment, and on-road vehicle exhaust emissions were estimated with land and realty – right-of-way source category activity inputs using the similar methodology to

BLM_0114015