



# Uncompahgre RMP Planning Area
## North Fork Area













# Uncompahgre RMP Planning Area
## *Renewable Resources*



Alternative A



Alternative B



Alternative C



Alternative D



# Uncompahgre RMP Planning Area
*Recreation, Travel Management, and Target Shooting*














Uncompahgre RMP Planning Area — Visual Resource Management. Alternatives A, B, B.1, C, and D.

# Uncompahgre RMP Planning Area
## Areas with Critical Environmental Concern



**Alternative A**

| Name | Acres |
|---|---|
| Adobe Badlands | 6,370 |
| Fairview South | 210 |
| Needle Rock | 80 |
| San Miguel River | 22,780 |
| Tabeguache Creek | 560 |
| **Total** | **30,000** |



**Alternative B**

| Name | Acres |
|---|---|
| Coyote Wash | 2,100 |
| Dolores Slickrock Canyon | 10,670 |
| East Paradox | 7,360 |
| Fairview South (CNHP Expansion) | 4,250 |
| La Sal Creek | 10,490 |
| Lower Uncompahgre Plateau Cultural | 31,810 |
| Needle Rock | 80 |
| Paradox Rock Art | 1,080 |
| Roubideau-Potter-Monitor | 20,430 |
| Salt Desert Shrub Ecosystem | 34,510 |
| San Miguel Gunnison Sage-grouse | 470 |
| San Miguel River Expansion | 35,480 |
| Sims-Cerro Gunnison Sage-grouse | 25,620 |
| Tabeguache Pueblo and Tabeguache Caves | 26,300 |
| West Paradox | 5,190 |
| **Total** | **215,840** |



**Alternative C**

| Name | Acres |
|---|---|
| Adobe Badlands | 6,370 |
| Fairview South | 210 |
| Needle Rock | 80 |
| San Miguel River | 22,780 |
| **Total** | **29,440** |



**Alternative D**

| Name | Acres |
|---|---|
| Adobe Badlands | 6,370 |
| Biological Soil Crust | 1,900 |
| Dolores River Slickrock Canyon | 9,780 |
| Fairview South (BLM Expansion) | 610 |
| Needle Rock | 80 |
| Paradox Rock Art | 1,080 |
| Roubideau Corridors | 8,720 |
| San Miguel River | 22,780 |
| **Total** | **51,320** |



Legend:
- Uncompahgre Planning Area
- Uncompahgre Field Office Boundary
- Wilderness Study Areas
- BLM Wilderness
- Forest Service Wilderness
- NPS Wilderness
- Bureau of Land Management
- Bureau of Reclamation
- National Park Service
- Other Federal
- Private
- State
- State, County, City Areas
- US Forest Service

Map produced by Bureau of Land Management, Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983, Central Meridian: -107.87 degrees
December 8, 2015

No warranty is made on the accuracy, reliability and completeness of these data for individual use or aggregate use with other data. Spatial data may not meet National Map Accuracy Standards. This information may be updated without notification.

BLM 0114239







**Uncompahgre RMP Planning Area — Lands Managed to Protect Wilderness Characteristics** (Alternatives A, B, C, D)