# Uncompahgre RMP Planning Area
## *Wild and Scenic Rivers*



Alternative A

Eligible Segments,
Preliminary Classification
- Wild
- Scenic
- Recreational



Alternative B

Suitability Classification
- Wild
- Scenic
- Recreational



Alternative C

Suitability Classification
- Wild
- Scenic
- Recreational



Alternative D

Suitability Classification
- Wild
- Scenic
- Recreational



N
W E
S

0    5    10
Miles

- Uncompahgre Planning Area
- Uncompahgre Field Office Boundary
- Wilderness Study Areas
- BLM Wilderness
- Forest Service Wilderness
- NPS Wilderness
- Bureau of Land Management
- National Park Service
- Other Federal
- Private
- State
- State, County, City Areas
- US Forest Service

Map produced by Bureau of Land Management, Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983, Central Meridian -107.87 degrees
December 8, 2015

No warranty is made on the accuracy, reliability and completeness of these data for individual
use or aggregate use with other data. Spatial data may not meet National Map Accuracy
Standards. This information may be updated without notification.

## Uncompahgre RMP Planning Area
### *Land Health and Grazing Management*











Map produced by Bureau of Land Management, Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983, Central Meridian –107.87 degrees
December 8, 2015

No warranty is made on the accuracy, reliability and completeness of these data for individual
use or aggregate use with other data. Spatial data may not meet National Map Accuracy
Standards. This information may be updated without notification.

# Uncompahgre RMP Planning Area
## *Coal Resources*



**Alternative A**

Legend:
- Known Recoverable Coal Resource Area
- Screening: Unsuitable for Coal Mining



**Alternative B**

Legend:
- Potential Coal Resource Area
- Coal Screening: Unsuitable for Coal Mining
- Unacceptable for Coal Mining



**Alternative C**

Legend:
- Potential Coal Resource Area
- Coal Screening: Unsuitable for Coal Mining
- Unacceptable for Coal Mining



**Alternative D**

Legend:
- Potential Coal Resource Area
- Coal Screening: Unsuitable for Coal Mining
- Unacceptable for Coal Mining



0   5   10
Miles

| | | |
|---|---|---|
| Uncompahgre Planning Area | BLM Wilderness | Bureau of Land Management | Private |
| Uncompahgre Field Office Boundary | Forest Service Wilderness | National Park Service | State |
| Wilderness Study Areas | NPS Wilderness | Bureau of Reclamation | State, County, City Areas |
| | | Other Federal | US Forest Service |

Map produced by Bureau of Land Management, Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983, Central Meridian -107.87 degrees
December 8, 2015

No warranty is made on the accuracy, reliability and completeness of these data for individual
use or aggregate use with other data. Spatial data may not meet National Map Accuracy
Standards. This information may be updated without notification.



## Alternative A

Open to Leasing
| | |
|---|---|
| BLM Surface | 333,330 |
| Private/State Minerals | 240,230 |
| Total | 573,810 |

Closed to Leasing
| | |
|---|---|
| Private/State Surface | 44,220 |
| Federal Minerals | |
| Total | 44,220 |



# Uncompahgre RMP Planning Area
## *Oil and Gas Resources*

| Legend | |
|---|---|
| ▭ | Uncompahgre Planning Area |
| ▭ | Uncompahgre Field Office Boundary |
| ▨ | Wilderness Study Areas |
| ▨ | BLM Wilderness |
| ▨ | Forest Service Wilderness |
| ▨ | NPS Wilderness |
| ▨ | Bureau of Land Management |
| ▨ | Bureau of Reclamation |
| ▨ | National Park Service |
| ▨ | Other Federal |
| ▨ | Private |
| ▨ | State |
| ▨ | State, County, City Areas |
| ▨ | US Forest Service |

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983,
Central Meridian: -107.87 degrees
December 8, 2015

No warranty is made on the accuracy, reliability
and completeness of these data for individual
use or aggregate use with other data. Spatial data
may not meet National Map Accuracy Standards.
This information may be updated without notification.



0   5   10
Miles



## Alternative B

Open to Leasing
| | |
|---|---|
| BLM Surface | 494,580 |
| Private/State Surface | 201,870 |
| Total | 696,450 |

Closed to Leasing
| | |
|---|---|
| Private/State Surface | 161,220 |
| Federal Minerals | 38,360 |
| Total | 219,580 |

Legend:
No Lease (NL)
No Surface Occupancy (NSO)
Controlled Surface Use (CSU)
Timing Limitations



## Alternative B.1

Open to Leasing
| | |
|---|---|
| BLM Surface | 454,330 |
| Private/State Surface | 155,130 |
| Federal Minerals | |
| Total | 609,360 |

Closed to Leasing
| | |
|---|---|
| Private/State Surface | 221,570 |
| Federal Minerals | 85,100 |
| Total | 306,670 |

Legend:
No Lease (NL)
No Surface Occupancy (NSO)
Controlled Surface Use (CSU)
Timing Limitations
North Fork Boundary



## Alternative C

Open to Leasing
| | |
|---|---|
| BLM Surface | 631,580 |
| Private/State Surface | |
| Federal Minerals | 240,230 |
| Total | 871,810 |

Closed to Leasing
| | |
|---|---|
| Private/State Surface | 44,220 |
| Federal Minerals | |
| Total | 44,220 |

Legend:
No Leasing (NL)
No Surface Occupancy (NSO)
Controlled Surface Use (CSU)
Timing Limitations



## Alternative D

Open to Leasing
| | |
|---|---|
| BLM Surface | 627,290 |
| Private/State Surface | 238,660 |
| Federal Minerals | |
| Total | 865,950 |

Closed to Leasing
| | |
|---|---|
| BLM Surface | 46,510 |
| Private/State Surface | |
| Federal Minerals | 1,550 |
| Total | 50,080 |

Legend:
No Leasing (NL)
No Surface Occupancy (NSO)
Controlled Surface Use (CSU)
Timing Limitations

# Uncompahgre RMP Planning Area
## *Lands and Realty*

N E S W

0 5 10
Miles

| | | | |
|---|---|---|---|
| Uncompahgre Planning Area | BLM Wilderness | Bureau of Land Management | Private |
| Uncompahgre Field Office Boundary | Forest Service Wilderness | Bureau of Reclamation | State |
| Wilderness Study Areas | NPS Wilderness | National Park Service | State, County, City Areas |
| | | Other Federal | US Forest Service |

Map produced by Bureau of Land Management, Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983, Central Meridian: -107.87 degrees
December 8, 2015

No warranty is made on the accuracy, reliability and completeness of these data for individual use or aggregate use with other data. Spatial data may not meet National Map Accuracy Standards. This information may be updated without notification.

Scanned
moo42 st




**StateFarm®**

590 Highway 133, Carbondale, CO 81623 | 970-963-5610 |

**March 2, 2016**

Dana Wilson
BLM Uncompahgre Field Office
2465 south Townsend Ave
Montrose, Co 81401

Dear Dana Wilson,

My understanding is the BLM is under the public comment period for the North Fork Alternative RMP. As such I'd like to express my personal experience of how recreation can help economically and socially shape a community.

As a 21 year resident of Carbondale, Co and a 5 year board member of Roaring Fork Mountain Bike Association, I have seen substantial positive changes to this community based on the cooperation of our BLM office. Within 5 miles of Carbondale are 2 separate BLM parcels designated as an SRMA. One such parcel has a 50,000+ users annually. As a byproduct of the recreation offered on these parcels, in the last 10 years Carbondale has seen a second bike shop open, a new running store open, restaurants and hotels thriving, and folks moving to the community for the recreational opportunities.

Typically twice yearly I'll make the trek over to Paonia for a mountain bike excursion on the Jumbo Mountain trail system. This area is ideal for the Paonia community in that it's close to town so locals do not need to drive to recreate, and brings the out of towners right into Paonia for spending opportunities post or prior to a ride.

Paonia deserves to economically diversify through recreation, and community members deserve the opportunity to recreate on public lands, thus please consider choosing the B1 alternative for the North Fork.

Sincerely,

Todd Fugate
Roaring Fork Mountain Bike Association VP



US Department of the Interior
Bureau of Land Management
Issue 2, June 2016

# The Uncompahgre RMP Newsletter

## Draft Resource Management Plan and Environmental Impact Statement Available

The Uncompahgre Draft Resource Management Plan (RMP) / Draft Environmental Impact Statement (EIS) is available for your review and comment. A notice of availability announcing the release of the draft RMP and draft EIS was published in the *Federal Register* on June 3, 2016, initiating the 90-day public comment period.

Thank you to those who have participated in the RMP revision process this far by providing valuable input that helped inform and guide the development of the draft RMP and draft EIS. We would now like to hear from you again. The RMP, once approved, will guide the management of public lands administered by the Uncompahgre Field Office and it is important that the BLM receives your comments on the draft RMP.

During the comment period the BLM will hold a series of public open-house meetings across the planning area. You are encouraged to attend the public meetings to learn more about the draft RMP and how to comment effectively. At these open-house meetings, BLM managers and resource specialists will be available to answer questions. The public meetings will provide attendees a brief overview of the plan, tips on document navigation, and helpful information about making effective comments. Information about the locations, dates and times of the open-house public meetings and how to comment are provided in this newsletter.

Thank you for your continued participation in the Uncompahgre RMP revision.

## Planning Area

The Uncompahgre RMP Planning Area is the Uncompahgre Field Office but does not include the Gunnison Gorge National Conservation Area (NCA) or the Dominguez-Escalante NCA, which are managed under separate RMPs. The Planning area includes 675,800 acres of BLM-administered lands. The RMP also makes decisions on 971,220 acres of federal mineral estate. Management direction and actions outlined in the RMP apply only to BLM-administered lands and to federal mineral estate under BLM jurisdiction.

## Future Steps

The release of the draft RMP and draft EIS initiates a 90-day public comment period during which time the public may comment on any portion of the document. After the comment period, the BLM will consider all of the comments received and issue a proposed RMP and final EIS. Following the Governor's consistency review and protest period, the BLM will issue the approved RMP with a record of decision. Once revised, the RMP will guide the management of public lands within the Uncompahgre Planning Area for the next 10-15 years.

### Uncompahgre RMP Planning Area



BLM_0114247

**The Uncompahgre Draft RMP/EIS is available for comment June 3 – Sept. 1, 2016.**

## How to Get Involved
- Attend a public meeting (open house).
- View and/or download a copy at: http://www.uformp.com
- Visit your local library (shown below) where hardcopies are available for public review.
- Stop by the Uncompahgre Field Office to pick up a CD of the document.
- Visit the BLM Colorado State Office where a hardcopy is available for public review.

-Libraries with paper copies: Delta, Hotchkiss, Montrose, Naturita, Norwood, Ouray, Paonia, Ridgway, Telluride
-BLM Uncompahgre Field Office: 2465 S. Townsend Ave., Montrose, CO
-BLM Colorado State Office: 2850 Youngfield St., Lakewood, CO

**To minimize printing costs, the BLM encourages you to review the document electronically.**

## Open Houses (6-8 p.m.)

| Date | Location | Address |
|---|---|---|
| Monday, June 20 | Ridgway | Ouray County 4-H Events Center, 22739 Hwy. 550 |
| Tuesday, June 21 | Naturita | Naturita Public Library Conference Room, 107 W 1st Ave. |
| Wednesday, June 22 | Hotchkiss | Hotchkiss High School Commons Area, 438 Bulldog St. |
| Tuesday, June 28 | Delta | Delta Center for the Performing Arts Community Room, 822 Grand Ave. |
| Wednesday, June 29 | Montrose | Montrose County Fairgrounds Friendship Hall, 1001 N. Second St. |
| Thursday, June 30 | Telluride | Wilkinson Library Program Room, 100 W. Pacific Ave. |

## How to Comment

The BLM encourages the public to review the Draft Uncompahgre RMP/EIS and to provide comments. We are particularly interested in information concerning the draft alternatives, the adequacy and accuracy of the analysis of the management actions, and any new information that would help the BLM as it develops the Proposed RMP/Final EIS, which is the next phase of the planning process.

Please submit comments by **Sept. 1, 2016**.
- Submit comments by email to: uformp@blm.gov,
- Submit written comments to:
  *RMP Comments*
  *Bureau of Land Management*
  *2465 South Townsend Ave.*
  *Montrose, CO 81401*

Before including your address, phone number, email address, or other personal identifying information in your comment, please be aware that your entire document — including your personal identifying information — may be made publicly available at any time. While you can ask us in your comment to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so.

## Navigating the Draft RMP and EIS

The draft RMP and draft EIS is more than 1,900 pages with five chapters and 17 appendices. The following highlights some of the more important sections:

- **Acronyms and Abbreviations**
  Lists the acronyms and abbreviations used in the RMP/EIS.

- **Chapter 1. Introduction**
  Summarizes the proposed action, purpose and need, and decisions to be made in this RMP/EIS.

- **Chapter 2. Alternatives**
  Describes and compares the proposed management alternatives.

- **Chapter 3. Affected Environment**
  Presents existing biological, physical, and socioeconomic resources that could be affected by implementing the management alternatives.

- **Chapter 4. Environmental Consequences**
  Evaluates the impacts of the alternatives on the human and natural environment in terms of environmental, social, and economic consequences projected to occur from implementing the alternatives.

- **Glossary**
  Provides definitions for important terms used in the RMP/EIS.

- **Maps**
  Maps are in Appendix A. Maps are not printed, but are available electronically in volume III, included on the document CD, or on the Uncompahgre RMP Website http://www.uformp.com

BLM_0114248

# Draft Alternatives

The BLM developed four alternatives for managing BLM lands in the planning area. The goal of developing alternatives was to prepare different combinations of resource uses and allocations to address issues and to resolve conflicts among uses. The four draft alternatives, and a fifth partial alternative, represent the overall range of reasonable management strategies.

The Preferred Alternative represents the BLM's approach for balancing resource protections with resource uses. However, none of the alternatives represents the final decision. A Proposed RMP will be developed following this public comment period. In developing the Proposed RMP, the BLM may select various management actions from any or each alternative in the Draft RMP/EIS.



**RMP Development Timeline**

NOI Published in Federal Register February 25, 2010

Public Scoping Period February 25, 2010 to March 29, 2010

Public Scoping Meetings January and February 2010

Scoping Summary Report Available July 2010

Formulate Alternatives and Prepare Draft EIS Summer 2010 to Fall 2014

Draft RMP/EIS available for 90-day Public Review and Comment June 3, 2016 to September 1, 2016

Prepare Final EIS and Proposed RMP Fall 2016 to Summer 2017

30-day Public Review and Protest Period for Final EIS and Proposed RMP Summer 2017

Resolve Protest Fall 2017

Record of Decision and Approved RMP Signed Spring 2018

Shading indicates steps completed

**ALTERNATIVE A (NO ACTION)** – Alternative A, referred to as "No Action," is the continuation of present management based on management decisions in the 1985 San Juan/San Miguel RMP and 1989 Uncompahgre Basin RMP and their amendments. Goals and objectives for BLM-administered lands and mineral estate would not change. The emphasis would be on maintaining the existing land management direction for physical, biological, cultural, and historic resource values along with recreational, social, and economic land uses. The BLM would not establish additional criteria or change present criteria to guide the identification of site-specific use levels for implementation activities.

**ALTERNATIVE B** – Alternative B emphasizes improving, rehabilitating, and restoring resources and sustaining the ecological integrity of habitats for all priority plant, wildlife, and fish species, while allowing appropriate development scenarios for allowable uses. Goals and objectives focus on environmental and social outcomes achieved by sustaining relatively unmodified physical landscapes and natural and cultural resource values for current and future generations. This alternative would establish the most special designations with specific measures to protect or enhance resource values. Appropriate and allowable uses and restrictions would be contingent on minimizing impacts on natural and cultural resources.

**ALTERNATIVE B.1** – Alternative B.1 is a partial alternative submitted by an advocacy group. It is specific to oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River (referred to as North Fork), primarily in portions of Delta and Gunnison Counties. This partial alternative is a subset of Alternative B and applies only to the North Fork Alternative Plan area. The North Fork Alternative Plan would close certain areas to oil and gas leasing and would also impose development setbacks with strict surface use restrictions in places where leasing may be allowed.

**ALTERNATIVE C** – Appropriate and allowable uses and restrictions would emphasize maximizing utilization of resources, while mitigating impacts on land health. Management direction would recognize and expand existing uses, and accommodate new uses to the greatest extent possible. The appropriate development scenarios for allowable uses (such as mineral leasing, locatable mineral development, ROWs, renewable energy, and livestock grazing) would emphasize maximizing resource production in an environmentally responsible manner, while maintaining the basic protection needed to sustain resources.

**ALTERNATIVE D (PREFERRED ALTERNATIVE)** – The BLM's Preferred Alternative emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape. This alternative incorporates a balanced level of protection, restoration, enhancement, and use of resources and services to meet ongoing programs and land uses. Goals and objectives focus on environmental, economic, and social outcomes achieved by strategically addressing demands across the landscape.

 **UNCOMPAHGRE**
**RESOURCE MANAGEMENT PLAN AND**
**ENVIRONMENTAL IMPACT STATEMENT**

## Uncompahgre Draft RMP and EIS Now Available

The Uncompahgre Draft Resource Management Plan (RMP) and
Environmental Impact Statement (EIS) is available for public comment.
It can be downloaded from the BLM's website:

# www.uformp.com

The second RMP newsletter is on the website.
Throughout the RMP/EIS process, new information, updated schedules,
RMP/EIS documents, and other project details will be available for
review and download.

*If you would like to be removed from the mailing list, update your address, or have
updates sent electronically, please send your request, full name, and email address to
uformp@blm.gov.*

BLM_0114250



US Department of the Interior
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

**Official Business**
**Penalty for Private Use, $300**

FIRST-CLASS MAIL
U.S. POSTAGE & FEES PAID
BUREAU OF LAND MANAGEMENT
PERMIT NO. G-76

BLM_0114251

**Angie Adams**

| | |
|---|---|
| **From:** | Jones, Gina <gmjones@blm.gov> |
| **Sent:** | Friday, May 27, 2016 2:10 PM |
| **To:** | Angie Adams; John (Bruce) Krickbaum |
| **Subject:** | Fwd: Press release: BLM Releases Draft Management Plan for Land and Mineral Estate Managed by Uncompahgre Field Office in Southwest Colorado |

---------- Forwarded message ----------
From: **Borders, Shannon** <sborders@blm.gov>
Date: Fri, May 27, 2016 at 2:02 PM
Subject: Press release: BLM Releases Draft Management Plan for Land and Mineral Estate Managed by Uncompahgre Field Office in Southwest Colorado
To:

**FOR IMMEDIATE RELEASE: May 27, 2016**
**Contact: Shannon Borders, 970-240-5399**

## BLM Releases Draft Management Plan for Land and Mineral Estate Managed by Uncompahgre Field Office in Southwest Colorado

**MONTROSE, Colo.** –The Bureau of Land Management's Uncompahgre Field Office today announced the release of a draft plan for managing BLM-administered surface land and mineral estate in southwestern Colorado. The Draft Resource Management Plan Revision (RMP) features a wide range of alternatives reflecting different visions for administering these lands and seeks public review and comment to help refine the draft into a final plan to guide the overall management of these resources for the next two decades. The 90-day comment period on the draft will begin on June 3, 2016, with the publication of a Notice of Availability by the Environmental Protection Agency.

"We have worked with partners in 25 communities to develop the range of alternatives in this draft plan, including a community vision for the North Fork Valley," said Dana Wilson, Acting BLM Uncompahgre Field Manager. "These are some of the public's most spectacular landscapes, from canyon country to the foothills of the West Elk Mountains and Grand Mesa, providing recreational opportunities, wildlife habitat, forage for grazing and energy resources."

The Draft RMP will guide the management of about 675,800 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate. Up to 2,650 jobs and $565 million in regional economic production could be generated annually from these public lands, including recreation, agriculture and energy development.

1

The plan analyzes the impacts of a wide range of possible alternatives. The BLM is required to identify a Preferred Alternative, but any of the management actions analyzed in these alternatives could become part of the Proposed RMP, which BLM will develop after analyzing the public comments on the Draft RMP.

The Proposed RMP for the Uncompahgre Field Office is scheduled for release in 2017. The BLM's Preferred Alternative emphasizes balancing resources and resource use among competing human interests, land uses and the conservation of natural and cultural resource values while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife and fish habitat. This alternative incorporates a balanced level of protection, restoration, enhancement, and use of resources and services to meet ongoing programs and land uses.

The Uncompahgre Field Office currently operates under the 1985 San Juan/San Miguel RMP and the 1989 Uncompahgre Basin RMP. These plans typically last about 20 years and are revised to address changing environmental conditions and technological developments and to determine if management decisions contained within them are still current and adequate.

The BLM began the formal public scoping process for this draft plan on February 25, 2010, with the publication of the Notice of Intent in the *Federal Register*. The initial public scoping period closed March 29, 2010. The BLM hosted seven open houses to provide the public with opportunities to become involved, learn about the project and the planning process, meet the Uncompahgre Draft RMP team members, and offer comments.  During the initial public scoping period, the BLM received 214 unique written submissions containing 2,496 separate comments. The issues identified during public scoping and outreach helped refine the development of alternatives for consideration in the Draft RMP.

This draft RMP also incorporates changes that have occurred since public scoping in 2010:  the Gunnison Sage-Grouse has been listed as threatened; coal, oil and gas activity in the planning area have decreased due to market forces; and the North Fork oil and gas sub-alternative has been analyzed within the RMP framework.

With respect to mineral development activities, the preferred alternative generally maintains the total area open to oil and gas leasing, however, it increases the area subject to no surface occupancy or controlled surface use stipulations in order to ensure that the development that occurs happens in a manner that protects important resource values. For the Draft RMP does not consider new areas for coal leasing, but the estimate of potential coal resources in the area has increased as compared to the RMP currently in place based on new information regarding the extent and recoverability of the coal resources in the planning area. This revised resource assessment does not impact production estimates, given that the vast majority of the newly identified coal resources are not in areas currently under production, are not of high quality and likely not economically recoverable. Production estimates were used to consider the impacts of potential greenhouse gas emissions, which have become increasingly important considerations in public land management decisions.

Additionally, the plans do not authorize any specific leases or mining operations; any new coal leases would require environmental reviews specific to the particular lease application. The purpose of the RMPs is to provide balanced management of all of the resources in the area including wildlife habitat, ranching, recreation, conservation and mineral development. Several other processes, as well as compliance with Secretarial Order

BLM_0114253

3338, which orders a comprehensive review of the federal coal program, would be necessary before any additional coal leasing could occur.

In addition to Secretarial Order 3338, the Interior Department is working separately to pursue additional reforms to the federal coal program. These include proposals – such as the Stream Protection Rule – to address the environmental impacts of coal mining – and the Office of Natural Resource Revenue valuation rules – to make sure American taxpayers are getting a fair return on the coal resources managed by the federal government.

During the 90-day public comment period on this Draft RMP, the Uncompahgre Field Office is hosting six public open houses to provide information and an opportunity to comment on the draft plan. Members of the public can stop by anytime between 6-8 p.m. on the following dates at the following locations:

- Monday, June 20, at Ouray County 4-H Events Center, 22739 Hwy. 550 Ridgway, CO 81432

- Tuesday, June 21, at Naturita Public Library Conference Room, 107 W 1st Ave., Naturita, CO  81422

- Wednesday June 22, at Hotchkiss High School Commons Area, 438 Bulldog St., Hotchkiss, CO 81419

- Tuesday June 28, at Delta Center for the Performing Arts Community Room, 822 Grand Ave., Delta, CO  81416

- Wednesday June 29, at Montrose County Fairgrounds Friendship Hall, 1001 N. Second St., Montrose, CO  81401

- Thursday June 30, at Wilkinson Library Program Room, 100 W. Pacific Ave., Telluride, CO  81435

Written comments will be most effective if they are specific to the proposal or analysis and are received by Sept. 1, 2016. Please submit comments by email to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO  81401.

The plan and associated environmental documents are available at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html (or www.uformp.com).  For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at gmjones@blm.gov or (970) 240-5300.

Before including your address, phone number, e-mail address or other personal identifying information in your comment, be advised that your entire comment – including your personal identifying information – may be made publicly available at any time. While you can ask us in your comment to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

- BLM -

BLM_0114254

--
Shannon Borders
Public Affairs Specialist
Bureau of Land Management
2465 S. Townsend Ave.
Montrose, CO  81401
970-240-5399

--
*Gina Jones*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

BLM_0114255

*http://www.regulations.gov,* or by appointment, between 8 a.m. and 4 p.m., Monday through Friday, except Federal holidays, at the U.S. Fish and Wildlife Service, Division of Management Authority, 5275 Leesburg Pike, Falls Church, VA 22041–3803; telephone 703–358–2095.

**FOR FURTHER INFORMATION CONTACT:** Brenda Tapia, (703) 358–2104 (telephone); (703) 358–2281 (fax); *DMAFR@fws.gov* (email).

**SUPPLEMENTARY INFORMATION:**

**I. Public Comment Procedures**

*A. How do I request copies of applications or comment on submitted applications?*

Send your request for copies of applications or comments and materials concerning any of the applications to the contact listed under **ADDRESSES.** Please include the **Federal Register** notice publication date, the PRT-number, and the name of the applicant in your request or submission. We will not consider requests or comments sent to an email or address not listed under **ADDRESSES.** If you provide an email address in your request for copies of applications, we will attempt to respond to your request electronically.

Please make your requests or comments as specific as possible. Please confine your comments to issues for which we seek comments in this notice, and explain the basis for your comments. Include sufficient information with your comments to allow us to authenticate any scientific or commercial data you include.

The comments and recommendations that will be most useful and likely to influence agency decisions are: (1) Those supported by quantitative information or studies; and (2) Those that include citations to, and analyses of, the applicable laws and regulations. We will not consider or include in our administrative record comments we receive after the close of the comment period (see **DATES**) or comments delivered to an address other than those listed above (see **ADDRESSES**).

*B. May I review comments submitted by others?*

Comments, including names and street addresses of respondents, will be available for public review at the street address listed under **ADDRESSES.** The public may review documents and other information applicants have sent in support of the application unless our allowing viewing would violate the Privacy Act or Freedom of Information Act. Before including your address, or other

personal identifying information in your comment, you should be aware that your entire comment—including your personal identifying information—may be made publicly available at any time. While you can ask us in your comment to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so.

**II. Background**

To help us carry out our conservation responsibilities for affected species, and in consideration of section 10(a)(1)(A) of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq.*), along with Executive Order 13576, ''Delivering an Efficient, Effective, and Accountable Government,'' and the President's Memorandum for the Heads of Executive Departments and Agencies of January 21, 2009—Transparency and Open Government (74 FR 4685; January 26, 2009), which call on all Federal agencies to promote openness and transparency in Government by disclosing information to the public, we invite public comment on these permit applications before final action is taken.

**III. Permit Applications**

*Endangered Species*

Applicant: San Diego Zoo, San Diego, CA; PRT–68861B

The applicant requests an amendment of their permit to export one male yellow-footed rock wallaby (*Petrogale xanthopus xanthopus*) for the purpose of enhancement of the survival of the species. This notification covers activities to be conducted by the applicant over a 1-year period.

Applicant: Greenville Zoo, Greenville, SC; PRT–91101B

The applicant requests a permit to import one male captive-bred, Amur leopard (*Panthera pardus orientalis*) for the purpose of enhancement of the survival of the species. This notification covers activities to be conducted by the applicant over a 1-year period.

Applicant: Zoological Society of San Diego, San Diego, CA; PRT–88300B

The applicant requests a permit to import two female captive-bred Amur leopards (*Panthera pardus orientalis*) for the purpose of enhancement of the survival of the species. This notification covers activities to be conducted by the applicant over a 1-year period.

Applicant: Micanopy Zoological Preserve, Micanopy, FL; PRT–84541B

The applicant requests a permit to import one female captive-bred babirusa

(*Babyrousa celebensis*) for the purpose of enhancement of the survival of the species through captive propagation and zoological display.

Applicant: Tiger World Inc., Rockwell, NC; PRT–97961A

The applicant requests an amendment of their captive-bred wildlife registration under 50 CFR 17.21(g) for the following species to enhance species propagation or survival: African lion (*Panthera leo*), black-and-white ruffed lemur (*Varecia variegata*), ring-tailed lemur (*Lemur catta*), red ruffed lemur (*Varecia rubra*), mandrill (*Mandrillus sphinx*), lar gibbon (*Hylobates lar*), clouded leopard (*Neofelis nebulosa*), leopard (*Panthera pardus*), snow leopard (*Uncia uncia*), Galapagos tortoise (*Chelonoidis nigra*), and radiated tortoise (*Astrochelys radiata*). This notification covers activities to be conducted by the applicant over a 5-year period.

Applicant: Milwaukee County Zoological Gardens, Milwaukee, WI; PRT–85795B

On April 22, 2016, we published a **Federal Register** notice inviting the public to comment for a permit to conduct certain activities with endangered species (78 FR 23745). We are now reopening the comment period to allow the public the opportunity to review additional information that was mistakenly omitted from the application for the request for a permit to import one female captive-bred snow leopard (*Uncia uncia*) for the purpose of enhancement of the survival of the species. This notification covers activities to be conducted by the applicant over a 1-year period.

Brenda Tapia,
*Program Analyst/Data Administrator, Branch of Permits, Division of Management Authority.*

[FR Doc. 2016–13151 Filed 6–2–16; 8:45 am]

**BILLING CODE 4333–15–P**

---

**DEPARTMENT OF THE INTERIOR**

**Bureau of Land Management**

**[LLCOS05000 L16100000.DP0000]**

**Notice of Availability of the Draft Resource Management Plan and Draft Environmental Impact Statement for the Uncompahgre Field Office, Colorado**

**AGENCY:** Bureau of Land Management, Interior.

**ACTION:** Notice.

**SUMMARY:** In accordance with the National Environmental Policy Act of 1969, as amended, and the Federal Land Policy and Management Act of 1976, as amended, the Bureau of Land Management (BLM) has prepared a Draft Resource Management Plan (RMP) and Draft Environmental Impact Statement (EIS) for the Uncompahgre Planning Area and by this notice is announcing the opening of the public comment period.

**DATES:** To ensure that comments will be considered, the BLM must receive written comments on the Draft RMP/EIS within 90 days following the date the Environmental Protection Agency publishes this notice of the Draft RMP/EIS in the **Federal Register**. The BLM will announce future meetings or hearings and any other public participation activities at least 15 days in advance through public notices, media releases, and/or mailings.

**ADDRESSES:** You may submit comments related to the Uncompahgre Draft RMP/EIS by any of the following methods:
- Email: *uformp@blm.gov*.
- Mail: Uncompahgre RMP, 2465 South Townsend Avenue, Montrose, CO 81401.
- Fax: 970–240–5368.

Copies of the Uncompahgre Draft RMP/EIS are available in the Uncompahgre Field Office at the above address or on the RMP Web site at: *http://www.blm.gov/co/st/en/fo/ufo/ uncompahgre_rmp.htm;* or at: *www.uformp.com.*

**FOR FURTHER INFORMATION CONTACT:** Gina Jones, Southwest District NEPA Coordinator; telephone 970–240–5300; see above for address and email. Persons who use a telecommunications device for the deaf (TDD) may call the Federal Information Relay Service (FIRS) at 1–800–877–8339 to contact the above individual during normal business hours. The FIRS is available 24 hours a day, seven days a week, to leave a message or question with the above individual. You will receive a reply during normal business hours.

**SUPPLEMENTARY INFORMATION:** The BLM prepared the Uncompahgre Draft RMP/EIS to evaluate and revise the management strategy for resources, resource uses, and special designations within the Uncompahgre planning area. Existing management decisions for public lands and resources in the Uncompahgre planning area are described in two documents: the 1985 San Juan/San Miguel RMP, as amended; and the 1989 Uncompahgre Basin RMP, as amended.

The Uncompahgre planning area includes approximately 3.1 million acres of land managed by the BLM, U.S. Forest Service (portions of the Grand Mesa, Uncompahgre and Gunnison National Forest), National Park Service (Black Canyon of the Gunnison National Park, and portions of Curecanti National Recreation Area), U.S. Bureau of Reclamation, State of Colorado (including Ridgway, Crawford, and Paonia State Parks), and local and private lands all of which are located in southwestern Colorado, in Montrose, Delta, Gunnison, Ouray, San Miguel and Mesa counties. The Gunnison Gorge National Conservation Area (NCA) and the Dominguez-Escalante NCA are not within the planning area for this Draft RMP/EIS. The Uncompahgre RMP will determine management for approximately 675,800 acres of BLM-administered surface lands and for approximately 971,220 acres of Federal mineral estate.

The formal public scoping process for the Uncompahgre RMP began February 25, 2010, with the publication of a Notice of Intent in the **Federal Register** *(75 FR 8739)*. The BLM held seven scoping open houses in January and February 2010. The BLM used public scoping comments to help identify planning issues that led to the formulation of alternatives and framed the scope of analysis in the Draft RMP/EIS. The BLM also used the scoping process to introduce the public to the preliminary planning criteria, which set limits on the scope of the Draft RMP/EIS.

Major issues considered in the Draft RMP/EIS include management of biological resources including special status species, renewable and non-renewable energy, minerals, human activities and uses including livestock and recreation, utility/energy corridors and rights-of-way (ROW), and cultural resources. The RMP also addresses decisions regarding Wild and Scenic Rivers, the Old Spanish National Historic Trail, and lands with wilderness characteristics. The Draft RMP/EIS evaluates in detail the No Action Alternative (Alternative A), three action alternatives (Alternatives B, C and D), and sub-alternative (B.1). The BLM identified Alternative D as the Preferred Alternative. This alternative, however, does not represent the final agency direction, and the Proposed RMP may reflect changes or adjustments based on information received during public comment on the Draft RMP/EIS, new information, or changes in the BLM policies or priorities. The Proposed RMP may include objectives and actions described in any of the alternatives analyzed in the Draft.

Alternative A retains the current management goals, objectives, and direction specified in the 1985 San Juan/San Miguel RMP and the 1989 Uncompahgre Basin RMP. Alternative B emphasizes improving, rehabilitating and restoring resources; sustaining the ecological integrity of habitats for all priority plant, wildlife and fish species; and allowing appropriate development scenarios for allowable uses (such as mineral leasing, locatable mineral development, recreation, communication sites and livestock grazing). Alternative B.1 is a subset of Alternative B, and specifically addresses oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River. Certain areas would be closed to oil and gas leasing and this alternative would impose development setbacks with strict surface use restrictions in places where leasing might be allowed to occur. Alternative C emphasizes the appropriate mix of uses that maximize utilization of resources while protecting land health. The appropriate development scenarios for allowable uses emphasize maximizing resource production in an environmentally responsible manner, while maintaining the basic protection needed to sustain resources, including mitigating impacts on land health. Alternative D emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife, and fish habitat. This alternative incorporates a balanced level of protection, restoration, enhancement and use of resources and services to meet ongoing programs and land uses.

Pursuant to 43 CFR 3461.2–1(a)(2), this notice announces a concurrent public comment period on the application of unsuitability criteria to lands with coal development potential. Maps and other information describing the results of the application of unsuitability criteria are available at the BLM Uncompahgre Field Office.

The Uncompahgre planning area has all or portions of five Wilderness Study Areas (Needle Rock, Adobe Badlands, Camel Back, Sewemup Mesa, Dolores River Canyons), as well as the congressionally designated Tabeguache Area. This RMP analyses seven areas identified as lands with wilderness characteristics. Also, this RMP analyzes eligible water segments for recommendation for inclusion in the National Wild and Scenic River System.

BLM_0114257

Pursuant to 43 CFR 1610.7–2(b), this notice announces a concurrent public comment period on the proposed Areas of Critical Environmental Concern (ACEC). The BLM analyzed 19 potential ACECs meeting the relevance and importance criteria within the range of alternatives. The alternative where each ACEC is considered, as well as the largest size and most restrictive limitations under consideration for each potential ACEC within the range of alternatives are as follows:

• Adobe Badlands ACEC, 6,370 acres, Alternatives A, C, D: ROW avoidance; close to coal leasing; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; close to motorized and mechanized travel; Visual Resource Management (VRM) Class I; close to major utility development; manage for day use only; prohibit camping and campfires; No Surface Occupancy (NSO) for fluid minerals; Site Specific Relocation (SSR) for non-fluid mineral activities.

• Fairview South ACEC, up to 4,250 acres, Alternatives A, B, C, D: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; close to motorized and mechanized travel; designated trail systems for non-motorized and non-mechanized travel; VRM Class III; close to sheep and cattle grazing; day use only; prohibit camping and campfires; prohibit wood collecting; close to wood product sales and/or harvest; NSO for fluid minerals; No Ground Disturbance (NGD) for non-fluid mineral activities.

• Needle Rock ACEC, 80 acres, Alternatives A, B, C, D: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; close to livestock grazing; limit motorized and mechanized travel to designated routes; VRM Class I; day use only; prohibit camping, prohibit open campfires (require use of stoves or grills); prohibit wood collecting; close to wood product sales and/or harvest; prohibit rock climbing; provide adequate protection (signing, stipulations, barricades and fences) to protect sensitive species and their habitats; NSO for fluid minerals; SSR for non-fluid mineral activities.

• San Miguel River ACEC, up to 35,480 acres, Alternatives A, B, C, D: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; close to coal leasing;

VRM Class II and III; close to wood product sales and/or harvest; allow on-site collection of dead and downed wood for campfires (fire pans required); close to livestock grazing; limit camping to designated sites and areas; limit camping to no longer than 7 consecutive days at any one location and prohibit return to that location for 30 days; prohibit target shooting; close to recreational mining; limit motorized and mechanized travel to designated routes; locate facility development outside the 100-year floodplain; prohibit BLM-permitted actions (such as ROWs, bike trails and camping areas) in relic riparian communities; close to fluid mineral leasing and geophysical exploration; provide informational and interpretive signs; designated trail systems, restrooms, barricades and fences, as needed for enhanced visitor use, enjoyment, and safety and to protect sensitive species and their habitats.

• Coyote Wash ACEC, 2,100 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class II; NSO for fluid minerals; NGD for non-fluid mineral activities; provide facilities (e.g., informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades and fences) for resource protection.

• Dolores River Slickrock Canyon ACEC, up to 10,670 acres, Alternatives B, D: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class II; close to recreational mining; close to motorized and mechanized travel; provide facilities (informational/interpretive signs, designated trail systems, camping areas, restrooms, barricades, fences) as needed for resource protection; camping only in designated sites and areas, prohibit open campfires (fire pans, stoves, or grills required); close to wood product sales and/or harvest; require porta-potties for overnight use if restroom is not available; no leasing of fluid minerals; NGD for non-fluid mineral activities.

• East Paradox ACEC, 7,360 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class III; limit motorized and mechanized travel to designated routes; close to camping; close to coal leasing; NSO for fluid minerals; NGD for non-fluid mineral

activities; provide adequate protection (signs, use stipulations, barricades and fences, as needed) to protect sensitive species and their habitats; on 1,810 acres limit all travel (motorized, mechanized, pedestrian and equestrian) to designated routes.

• Biological Soil Crust ACEC, 1,900 acres, Alternative D: ROW exclusion; close to mineral materials disposal; close to non-energy solid mineral leasing; recommend for withdrawal from locatable mineral entry; VRM Class II; locate livestock salt/mineral supplement sites and water sites farther than 0.25 mile from the boundary of the gypsipherous soils (allow existing livestock watering reservoirs closer than 0.25 mile from the gypsipherous soils to remain); limit motorized and mechanized travel to designated routes; manage for day use only; prohibit camping; NSO for fluid minerals; SSR for non-fluid mineral activities.

• La Sal Creek ACEC, 10,490 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class II; limit motorized and mechanized travel to designated routes; allow camping only in designated sites and areas; provide facilities (e.g., informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades and fences, as needed) for resource protection; NSO for fluid minerals; NGD for non-fluid mineral activities.

• Lower Uncompahgre Plateau ACEC, 31,810 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class III; limit motorized and mechanized travel to designated routes; provide facilities (e.g., informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades and fences, as needed) to provide resource protection; NSO for fluid minerals; NGD for non-fluid mineral activities.

• Paradox Rock Art ACEC, 1,080 acres, Alternatives B, D: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class II; limit motorized and mechanized travel to designated routes; provide facilities (e.g., informational and interpretive signs, designated trail systems and camping areas, and restrooms, as needed) for resource protection; provide adequate protection (signs, use stipulations, barricades and

fences, as needed) to protect sites; allow camping only in designated sites and areas; prohibit target shooting; close to rock climbing; issue no Special Recreation Permits (SRP); NSO for fluid minerals; NGD for non-fluid mineral activities.

• Roubideau-Potter-Monitor ACEC, 20,430 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class II; limit motorized and mechanized travel to designated routes; provide adequate protection (signs, use stipulations, barricades and fences, as needed) to protect sensitive species and their habitats; issue no SRP for competitive events; prohibit target shooting; close to wood product sales and/or harvest and Christmas tree cutting; close to recreational mining; close to fluid mineral leasing; NGD for non-fluid mineral activities.

• Roubideau Corridors ACEC, 8,720 acres, Alternative D: ROW avoidance; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class III; limit motorized and mechanized travel to designated routes; provide adequate protection (signs, use stipulations, barricades and fences, as needed) to protect sensitive species and their habitats; close to wood product sales and/or harvest and Christmas tree cutting; NSO for fluid minerals; SSR for non-fluid mineral activities.

• Salt Desert Shrub Ecosystem ACEC, 34,510 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class III; limit motorized and mechanized travel to designated routes; provide such facilities as informational and interpretive signs, barricades and fences, as needed to protect resources; manage for day use only: Prohibit camping and open campfires (require use of stoves or grills); prohibit wood collecting; close to coal leasing; NSO for fluid minerals; NGD for non-fluid mineral activities.

• San Miguel Gunnison Sage-Grouse ACEC, 470 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; manage as VRM Class III; limit motorized and mechanized travel to designated routes; close to motorized and mechanized travel April 1 to July 15 (during sage-grouse strutting, nesting and brood-rearing season) to prevent disturbance to

breeding sage-grouse; follow recommendations in San Miguel Basin Gunnison Sage-Grouse Conservation Plan (San Miguel Basin Gunnison Sage-Grouse Working Group 2009); manage vegetation for optimal Gunnison Sage-Grouse habitat; provide adequate protection (signs, use stipulations, barricades and fences, as needed) to protect sensitive species and their habitats; close to leasing for fluid minerals; NGD for non-fluid mineral activities.

• Sims-Cerro Gunnison Sage-Grouse ACEC, 25,620 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class III; manage vegetation for optimal Gunnison Sage-Grouse habitat; limit motorized and mechanized travel to designated routes; close to motorized and mechanized travel April 1 to July 15 (during sage-grouse strutting, nesting and brood-rearing season); provide adequate protection (signs, use stipulations, barricades and fences, as needed) to protect sensitive species and their habitats; develop a Sims-Cerro Gunnison Sage-Grouse Conservation Plan; close to leasing for fluid minerals; NGD for non-fluid mineral activities.

• Tabeguache Pueblos and Tabeguache Caves ACEC, 26,400 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class I (5,260 acres),VRM Class II (21,140 acres); limit motorized and mechanized travel to designated routes; provide adequate protection (signs, use stipulations, barricades and fences, as needed) to protect sensitive sites; NSO for fluid minerals; NGD for non-fluid mineral activities.

• Tabeguache Creek ACEC, 560 acres, Alternative A: VRM Class II; close to Off-Road Vehicle use; NSO for fluid minerals.

• West Paradox ACEC, 5,190 acres, Alternative B: ROW exclusion; recommend for withdrawal from locatable mineral entry; close to mineral materials disposal; close to non-energy solid mineral leasing; VRM Class III; limit motorized and mechanized travel to designated routes; close to rock climbing during peregrine falcon breeding season (March 1 to August 15) if birds are present; provide facilities (e.g., informational and interpretive signs, designated trail systems, camping areas and restrooms, as needed) for resource protection; provide adequate protection (signs, use stipulations, barricades and fences, as needed) to

protect sensitive species and their habitats; allow camping only in designated sites and areas; NSO for fluid minerals; NGD for non-fluid mineral activities.

Please note that public comments and information submitted including names, street addresses, and email addresses of persons who submit comments will be available for public review and disclosure at the above address during regular business hours (8 a.m. to 4 p.m.), Monday through Friday, except holidays.

Before including your address, phone number, email address, or other personal identifying information in your comment, you should be aware that your entire comment—including your personal identifying information—may be made publicly available at any time. While you can ask us in your comment to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so.

**Authority:** 40 CFR 1506.6, 40 CFR 1506.10, 43 CFR 1610.2, 43 CFR 1610.5.

**Ruth Welch,**
*BLM Colorado State Director.*
[FR Doc. 2016–13131 Filed 6–2–16; 8:45 am]
**BILLING CODE 4310–JB–P**

---

## DEPARTMENT OF THE INTERIOR

### Bureau of Land Management

**[LLORM05000.L63340000.DU0000. 16XL1116AF; HAG 16–0047]**

### Notice of Availability of the Draft Medford District Resource Management Plan Amendment and Environmental Assessment: Table Rocks Area of Critical Environmental Concern Proposed Boundary Change and Supplementary Rules

**AGENCY:** Bureau of Land Management, Interior.

**ACTION:** Notice.

**SUMMARY:** In accordance with the National Environmental Policy Act of 1969, as amended, and the Federal Land Policy and Management Act of 1976, as amended, the Bureau of Land Management (BLM) has prepared a Draft Resource Management Plan (RMP) Amendment and Draft Environmental Assessment (EA) titled Medford District RMP Amendment and EA: Table Rocks Area of Critical Environmental Concern (ACEC) Proposed Boundary Change and Supplementary Rules and, by this notice, is announcing the opening of the comment period.

# Uncompahgre RMP/EIS
# Libraries Where Paper Copies of the Draft RMP/EIS Will be Available to the Public

| Library Location | Library Website | Library Address | Library Phone | Library Contact Name | EMPSi Contact Name | Date Contact Made | Will They Keep DEIS Paper Copy? | Notes |
|---|---|---|---|---|---|---|---|---|
| Delta | http://www.deltalibraries.org/delta/ | 211 W 6th St. Delta, CO 81416 | (970) 874-9630 | Annette Choszczyk (970) 874-9630 | Angie Adams | 11/4/2014 | Yes, at reference desk | • Need to label paper copies with bright stickers that say "Do Not Remove…" |
| Hotchkiss | http://www.deltalibraries.org/hotchkiss/ | 149 E. Main St. [P.O. Box 540] Hotchkiss, CO 81419 | (970) 399-7781 | | | | | • FedEx three paper copies of DEIS to: Hotchkiss Public Library, Attn: Annette Choszczyk, 149 E. Main St., Hotchkiss, CO 81419 |
| Paonia | http://www.deltalibraries.org/paonia/ | 2 Third Street [P.O. Box 969] Paonia, CO 81428 | (970) 399-7881 | | | | | • Annette will distribute to Delta, Hotchkiss, and Paonia libraries <br>• Need to specify in cover letter to keep the paper copy with the reference material as a non-circulating item <br>• Need to specify in cover letter the dates they should make it available (i.e., the specific dates of the 90-day public review period) <br>• Need to specify in cover letter what they should do with the document when the review period is over |
| Montrose | http://www.montroselibrary.org/contact-montrose-library | 320 South 2nd Street Montrose, CO 81401 | (970) 249-9656 | Reference Desk – Claudia | Angie Adams | 11/4/2014 | Yes, at reference desk | • Need to label paper copies with bright stickers that say "Do Not Remove…" |
| Naturita | http://www.montroselibrary.org/naturita-community-library-branch | 107 West 1st Ave. Box 466 Naturita, CO 81422 | (970) 865-2848 | | | | | • Hand deliver two paper copies of DEIS to the Reference Desk at Montrose library <br>• Montrose library will distribute to Naturita library <br>• Need to specify in cover letter to keep the paper copy with the reference material as a non-circulating item <br>• Need to specify in cover letter the dates they should make it available (i.e., the specific dates of the 90-day public review period) <br>• Need to specify in cover letter what they should do with the document when the review period is over |

BLM_0114260

| Library Location | Library Website | Library Address | Library Phone | Library Contact Name | EMPSi Contact Name | Date Contact Made | Will They Keep DEIS Paper Copy? | Notes |
|---|---|---|---|---|---|---|---|---|
| Norwood | http://norwood.colibraries.org/ | 1110 Lucerne St. Box 127 Norwood, CO 81423 | (970) 327-4833 | Laurie | Angie Adams | 11/4/2014 | Yes, at reference desk | • Need to label paper copies with bright stickers that say "Do Not Remove…" • FedEx one paper copy of DEIS to: Norwood Public Library, Attn: Carrie Andrew, 1110 Lucerne St., Norwood, CO 81423 • Need to specify in cover letter to keep the paper copy with the reference material as a non-circulating item • Need to specify in cover letter the dates they should make it available (i.e., the specific dates of the 90-day public review period) • Need to specify in cover letter what they should do with the document when the review period is over |
| Ouray | http://ouray.colibraries.org/ | 320 6th Avenue P.O. Box 625 Ouray, CO 81427 | (970) 325-4616 | Maureen | Angie Adams | 11/4/2014 | Yes, in reference section | • Need to label paper copies with bright stickers that say "Do Not Remove…" • FedEx one paper copy of DEIS to: Ouray Public Library, Attn: Maureen, 320 6th Avenue, Ouray, CO 81427 • Need to specify in cover letter to keep the paper copy with the reference material as a non-circulating item • Need to specify in cover letter the dates they should make it available (i.e., the specific dates of the 90-day public review period) • Need to specify in cover letter what they should do with the document when the review period is over |
| Ridgway | http://www1.youseemore.com/RIDGWAYPL/default.asp | 300 Charles St. Ridgway, CO 81432 | (970) 626-5252 | Kristen | Angie Adams | 11/4/2014 | Yes, in reference section | • Need to label paper copies with bright stickers that say "Do Not Remove…" • FedEx one paper copy of DEIS to: Ridgway Public Library, Attn: Kristen, 300 Charles St., Ridgway, CO 81432 • Need to specify in cover letter to keep the paper copy with the reference material as a non-circulating item • Need to specify in cover letter the dates they should make it available (i.e., the specific dates of the 90-day public review period) • Need to specify in cover letter what they should do with the document when the review period is over |

BLM_0114261

| Library Location | Library Website | Library Address | Library Phone | Library Contact Name | EMPSi Contact Name | Date Contact Made | Will They Keep DEIS Paper Copy? | Notes |
|---|---|---|---|---|---|---|---|---|
| Telluride | http://www.telluridelibrary.org/ | 100 W Pacific Ave PO Box 2189 Telluride, CO 81435 | (970) 728-4519 | Maggie | Angie Adams | 11/4/2014 | Yes, in reference section | • Need to label paper copies with bright stickers that say "Do Not Remove…" <br> • FedEx one paper copy of DEIS to: Wilkinson Public Library, Attn: Maggie, 100 W Pacific Ave, Telluride, CO 81435 <br> • Need to specify in cover letter to keep the paper copy with the reference material as a non-circulating item <br> • Need to specify in cover letter the dates they should make it available (i.e., the specific dates of the 90-day public review period) <br> • Need to specify in cover letter what they should do with the document when the review period is over |

BLM_0114262

BLM

# Uncompahgre Field Office

## Draft Resource Management Plan and Environmental Impact Statement

## Volume I:

## Executive Summary and Chapters 1-3

US Department of the Interior
Bureau of Land Management
May 2016

BLM MISSION

It is the mission of the Bureau of Land Management to sustain the
health, diversity, and productivity of the public lands for the use
and enjoyment of present and future generations.

BLM/CO/PL-16/006

BLM_0114264

# Draft Resource Management Plan and
# Draft Environmental Impact Statement for the
# Uncompahgre Field Office, Colorado
### BLM/CO/PL-16/006

1. Responsible Agency:        United States Department of the Interior
                              Bureau of Land Management

2. Type of Action:            Administrative (X)      Legislative ( )

3. Document Status:           Draft (X)               Final ( )

4. Abstract: This Draft Resource Management Plan and Environmental Impact Statement describes and analyzes four alternatives and one partial alternative for managing over 675,800 acres of BLM-administered lands and 971,220 acres of federal subsurface mineral estate in western Colorado. The Uncompahgre Field Office spans portions of Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties. The plan alternatives are Alternative A (the "no action" alternative or continuation of the 1985 San Juan/San Miguel and 1989 Uncompahgre Basin Resource Management Plans), Alternative B (resource conservation emphasis), Alternative C (resource use emphasis), and Alternative D (the "balanced" and agency-preferred alternative). Planning issues addressed include categories such as travel management, energy development, recreation management, lands and realty/community growth and expansion, wildlife and fish, and special designations. The draft alternatives also address designation of Areas of Critical Environmental Concern and Wild and Scenic River suitability findings.

5. Review Period: The review period for the Uncompahgre Draft Resource Management Plan and Draft Environmental Impact Statement is 90 calendar days. The review period began when the US Environmental Protection Agency published a Notice of Availability in the *Federal Register*.

6. For further information contact:

     Project Manager, Uncompahgre RMP
     Bureau of Land Management
     Uncompahgre Field Office
     2465 S. Townsend Ave
     Montrose, CO 81401
     Telephone: 970-240-5300
     FAX: (970) 240-5367
     Email: uformp@blm.gov
     Web site: http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

This page intentionally left blank.

BLM_0114266

# TABLE OF CONTENTS

Chapter                                                                                                          Page

## VOLUME I

**ES. EXECUTIVE SUMMARY** .......................................................................................... **ES-1**

ES.1    Introduction ......................................................................................................ES-1
ES.2    Purpose of and Need for the Resource Management Plan ...........................ES-2
ES.3    Scoping ...............................................................................................................ES-4
ES.4    Issues..................................................................................................................ES-4
ES.5    Planning Criteria................................................................................................ES-6
ES.6    Management Alternatives .................................................................................ES-6
        ES.6.1   Alternative A: No Action......................................................................ES-7
        ES.6.2   Alternative B ..........................................................................................ES-8
        ES.6.3   Alternative B.1 .......................................................................................ES-8
        ES.6.4   Alternative C ..........................................................................................ES-8
        ES.6.5   Alternative D (Agency Preferred) .......................................................ES-8
ES.7    Environmental Consequences .........................................................................ES-9

**1. INTRODUCTION** ........................................................................................................ **1-1**

1.1     Purpose of and Need for the Resource Management Plan ............................1-2
1.2     Description of the Planning Area.....................................................................1-4
1.3     Planning Process.................................................................................................1-5
1.4     Scoping and Planning Issues..............................................................................1-7
        1.4.1   Scoping Process.....................................................................................1-8
        1.4.2   Issue Identification ...............................................................................1-9
        1.4.3   Issues Considered but Not Further Analyzed ...................................1-9
1.5     Planning Criteria and Legislative Constraints................................................1-10
        1.5.1   Relationship to BLM Policies, Plans, and Programs .........................1-13
1.6     Collaboration....................................................................................................1-13
        1.6.1   Cooperating Agency Collaboration ..................................................1-13
        1.6.2   Resource Advisory Council Collaboration.......................................1-16
        1.6.3   Collaboration and Consultation with Tribes ..................................1-16
1.7     Related Plans....................................................................................................1-17
        1.7.1   City and County Plans........................................................................1-17
        1.7.2   State Agency Plans...............................................................................1-18
        1.7.3   Federal Agency Plans ..........................................................................1-18
        1.7.4   Other .....................................................................................................1-18
1.8     Implementation and Monitoring of the Resource Management Plan ...........1-19

**2. ALTERNATIVES** ......................................................................................................... **2-1**

2.1     Introduction to RMP Alternatives ...................................................................2-2
2.2     Alternative Development Process for the Uncompahgre RMP .......................2-3
        2.2.1   Identify Planning Issues........................................................................2-3
        2.2.2   Analyze the Management Situation......................................................2-4
        2.2.3   Develop a Reasonable Range of Alternatives ...................................2-4
        2.2.4   Gunnison Sage-Grouse Rangewide RMP Amendment .....................2-5
2.3     Alternatives Considered for Detailed Analysis ..............................................2-5
        2.3.1   Management Common to All Alternatives..........................................2-6

BLM_0114267

# TABLE OF CONTENTS *(continued)*

Chapter                                                          Page

|  |  |  |
|---|---|---|
| 2.3.2 | Alternative A: No Action | 2-7 |
| 2.3.3 | Alternative B | 2-7 |
| 2.3.4 | Alternative B.1 | 2-7 |
| 2.3.5 | Alternative C | 2-8 |
| 2.3.6 | Alternative D: Agency Preferred | 2-8 |
| 2.4 | Alternatives Considered but Eliminated from Detailed Analysis | 2-15 |
| 2.4.1 | Implement Exclusive Resource Use or Protection | 2-15 |
| 2.4.2 | Open or Close Entire Decision Area to Off-highway Vehicle Use | 2-16 |
| 2.4.3 | Prohibit Fluid Mineral Leasing throughout Decision Area | 2-16 |
| 2.4.4 | Prohibit Coal Leasing throughout Decision Area | 2-16 |
| 2.4.5 | Prohibit Herbicide Use throughout Decision Area | 2-16 |
| 2.4.6 | Designate Additional Wilderness Study Areas | 2-17 |
| 2.4.7 | Close Entire Decision Area to Livestock Grazing | 2-17 |
| 2.5 | Considerations in Selecting a Preferred Alternative | 2-18 |
| 2.5.1 | Recommendation and Resulting Actions | 2-19 |
| 2.6 | Management Guidance for Alternatives A, B/B.1, C, and D | 2-19 |
| 2.6.1 | How to Read Table 2-2 | 2-19 |
| 2.7 | Summary Comparison of Environmental Consequences | 2-385 |
| **3.** | **AFFECTED ENVIRONMENT** | **3-1** |
| 3.1 | Resources | 3-2 |
| 3.1.1 | Air Quality | 3-2 |
| 3.1.2 | Climate | 3-12 |
| 3.1.3 | Soils and Geology | 3-16 |
| 3.1.4 | Water Resources | 3-27 |
| 3.1.5 | Vegetation | 3-41 |
| 3.1.6 | Fish and Wildlife | 3-57 |
| 3.1.7 | Special Status Species | 3-68 |
| 3.1.8 | Wild Horses | 3-86 |
| 3.1.9 | Wildland Fire Ecology and Management | 3-86 |
| 3.1.10 | Cultural Resources | 3-93 |
| 3.1.11 | Paleontological Resources | 3-100 |
| 3.1.12 | Visual Resources | 3-103 |
| 3.1.13 | Lands with Wilderness Characteristics | 3-107 |
| 3.2 | Resource Uses | 3-111 |
| 3.2.1 | Forestry and Woodland Products | 3-111 |
| 3.2.2 | Livestock Grazing | 3-115 |
| 3.2.3 | Energy and Minerals | 3-118 |
|  | Fluid Leasable Minerals – Oil and Gas | 3-118 |
|  | Fluid Leasable Minerals – Geothermal Resources | 3-121 |
|  | Solid Leasable Minerals – Coal | 3-123 |
|  | Solid Leasable Minerals – Sodium and Potassium | 3-127 |
|  | Locatable Minerals – Uranium-Vanadium | 3-127 |
|  | Locatable Minerals – Gypsum | 3-128 |
|  | Locatable Minerals – Placer Gold | 3-128 |
|  | Mineral Materials | 3-129 |
| 3.2.4 | Recreation and Visitor Services | 3-130 |

BLM_0114268

# TABLE OF CONTENTS *(continued)*

Chapter                                                                                                     Page

|  |  |  |  |
|---|---|---|---|
|  | 3.2.5 | Comprehensive Travel and Transportation Management | 3-137 |
|  | 3.2.6 | Lands and Realty | 3-144 |
|  | 3.2.7 | Renewable Energy | 3-150 |
| 3.3 | Special Designations | | 3-152 |
|  | 3.3.1 | Areas of Critical Environmental Concern | 3-152 |
|  | 3.3.2 | Wilderness and Wilderness Study Areas | 3-157 |
|  | 3.3.3 | Wild and Scenic Rivers | 3-164 |
|  | 3.3.4 | National Trails and Byways | 3-167 |
|  | 3.3.5 | Watchable Wildlife Viewing Areas | 3-170 |
| 3.4 | Social and Economic Conditions | | 3-171 |
|  | 3.4.1 | Native American Tribal Interests | 3-171 |
|  | 3.4.2 | Public Health and Safety | 3-175 |
|  | 3.4.3 | Socioeconomics | 3-178 |
|  | 3.4.4 | Environmental Justice | 3-198 |
| 3.5 | Support | | 3-201 |
|  | 3.5.1 | Cadastral | 3-201 |
|  | 3.5.2 | Interpretation and Environmental Education | 3-202 |
|  | 3.5.3 | Transportation Facilities | 3-203 |

## VOLUME II

| 4. | ENVIRONMENTAL CONSEQUENCES | | 4-1 |
|---|---|---|---|
| 4.1 | Introduction | | 4-1 |
|  | 4.1.1 | Analytical Assumptions | 4-2 |
|  | 4.1.2 | General Methodology for Analyzing Impacts | 4-4 |
|  | 4.1.3 | Incomplete or Unavailable Information | 4-6 |
| 4.2 | Cumulative Impacts | | 4-7 |
|  | 4.2.1 | Cumulative Analysis Methodology | 4-7 |
|  | 4.2.2 | Past, Present, and Reasonably Foreseeable Future Actions | 4-8 |
| 4.3 | Resources | | 4-19 |
|  | 4.3.1 | Air Quality and Climate | 4-19 |
|  |  | Summary of Impacts and Conclusions | 4-20 |
|  |  | Methods of Analysis | 4-21 |
|  |  | Effects Common to All Alternatives | 4-24 |
|  |  | Alternative A | 4-27 |
|  |  | Alternative B | 4-30 |
|  |  | Alternative B.1 | 4-32 |
|  |  | Alternative C | 4-34 |
|  |  | Alternative D | 4-35 |
|  |  | Greenhouse Gases and Climate Change | 4-37 |
|  |  | Near-Field Impacts Analysis Tools | 4-43 |
|  |  | Colorado Air Resources Management Modeling Study (CARMMS) | 4-43 |
|  | 4.3.2 | Soils and Geology | 4-61 |
|  |  | Methods and Assumptions | 4-61 |
|  |  | Nature and Type of Effects | 4-61 |
|  |  | Effects Common to All Alternatives | 4-63 |

BLM_0114269

# TABLE OF CONTENTS *(continued)*

Chapter                                                                                                                                     Page

Alternative A ............................................................................................................ 4-63
Alternative B ............................................................................................................ 4-67
Alternative C ............................................................................................................ 4-72
Alternative D ............................................................................................................ 4-75
Cumulative ............................................................................................................... 4-78
4.3.3   Water Resources ....................................................................................... 4-80
Methods and Assumptions ....................................................................................... 4-80
Nature and Type of Effects ..................................................................................... 4-81
Effects Common to All Alternatives ........................................................................ 4-84
Alternative A ............................................................................................................ 4-85
Alternative B ............................................................................................................ 4-89
Alternative C ............................................................................................................ 4-94
Alternative D ............................................................................................................ 4-96
Cumulative ............................................................................................................. 4-100
4.3.4   Vegetation ................................................................................................ 4-102
Methods and Assumptions ..................................................................................... 4-102
Nature and Type of Effects ................................................................................... 4-104
Effects Common to All Alternatives ...................................................................... 4-110
Alternative A .......................................................................................................... 4-110
Alternative B .......................................................................................................... 4-113
Alternative C .......................................................................................................... 4-118
Alternative D .......................................................................................................... 4-121
Cumulative ............................................................................................................. 4-125
4.3.5   Fish and Wildlife ...................................................................................... 4-126
Methods and Assumptions ..................................................................................... 4-126
Nature and Type of Effects ................................................................................... 4-128
Effects Common to All Alternatives ...................................................................... 4-132
Alternative A .......................................................................................................... 4-132
Alternative B .......................................................................................................... 4-134
Alternative C .......................................................................................................... 4-136
Alternative D .......................................................................................................... 4-138
Cumulative ............................................................................................................. 4-140
4.3.6   Special Status Species ............................................................................. 4-140
Methods and Assumptions ..................................................................................... 4-141
Nature and Type of Effects ................................................................................... 4-143
Effects Common to All Alternatives ...................................................................... 4-146
Alternative A .......................................................................................................... 4-147
Alternative B .......................................................................................................... 4-150
Alternative C .......................................................................................................... 4-156
Alternative D .......................................................................................................... 4-160
Cumulative ............................................................................................................. 4-164
4.3.7   Wild Horses ............................................................................................. 4-164
4.3.8   Wildland Fire Ecology and Management ................................................ 4-164
Methods and Assumptions ..................................................................................... 4-164
Nature and Type of Effects ................................................................................... 4-165
Effects Common to All Alternatives ...................................................................... 4-167
Alternative A .......................................................................................................... 4-168

# TABLE OF CONTENTS *(continued)*

Chapter                                                                                                  Page

Alternative B .......................................................................................................... 4-170
Alternative C .......................................................................................................... 4-171
Alternative D .......................................................................................................... 4-173
Cumulative ............................................................................................................. 4-174
4.3.9    Cultural Resources .................................................................................... 4-175
Methods and Assumptions .................................................................................... 4-175
Nature and Type of Effects ................................................................................... 4-178
Effects Common to All Alternatives ..................................................................... 4-180
Alternative A .......................................................................................................... 4-185
Alternative B .......................................................................................................... 4-186
Alternative C .......................................................................................................... 4-187
Alternative D .......................................................................................................... 4-187
Cumulative ............................................................................................................. 4-188
4.3.10   Paleontological Resources ........................................................................ 4-189
Methods and Assumptions .................................................................................... 4-189
Nature and Type of Effects ................................................................................... 4-190
Effects Common to All Alternatives ..................................................................... 4-191
Alternative A .......................................................................................................... 4-191
Alternative B .......................................................................................................... 4-193
Alternative C .......................................................................................................... 4-195
Alternative D .......................................................................................................... 4-196
Cumulative ............................................................................................................. 4-197
4.3.11   Visual Resources ....................................................................................... 4-198
Methods and Assumptions .................................................................................... 4-198
Nature and Type of Effects ................................................................................... 4-201
Effects Common to All Alternatives ..................................................................... 4-202
Alternative A .......................................................................................................... 4-205
Alternative B .......................................................................................................... 4-207
Alternative C .......................................................................................................... 4-209
Alternative D .......................................................................................................... 4-210
Cumulative ............................................................................................................. 4-212
4.3.12   Lands with Wilderness Characteristics ................................................... 4-212
Methods and Assumptions .................................................................................... 4-213
Nature and Type of Effects ................................................................................... 4-213
Effects Common to All Alternatives ..................................................................... 4-217
Alternative A .......................................................................................................... 4-217
Alternative B .......................................................................................................... 4-220
Alternative C .......................................................................................................... 4-222
Alternative D .......................................................................................................... 4-223
Cumulative ............................................................................................................. 4-225
4.4    Resource Uses ........................................................................................................ 4-226
4.4.1    Forestry and Woodland Products ............................................................ 4-226
Methods and Assumptions .................................................................................... 4-226
Nature and Type of Effects ................................................................................... 4-227
Effects Common to All Alternatives ..................................................................... 4-228
Alternative A .......................................................................................................... 4-228
Alternative B .......................................................................................................... 4-229

BLM_0114271

# TABLE OF CONTENTS *(continued)*

Chapter                                                                  Page

Alternative C .................................................................................................... 4-231
Alternative D .................................................................................................... 4-231
Cumulative ........................................................................................................ 4-232
4.4.2    Livestock Grazing .............................................................................................. 4-233
Methods and Assumptions ............................................................................... 4-233
Nature and Type of Effects ............................................................................. 4-234
Effects Common to All Alternatives ............................................................... 4-240
Alternative A .................................................................................................... 4-240
Alternative B .................................................................................................... 4-244
Alternative C .................................................................................................... 4-247
Alternative D .................................................................................................... 4-250
Cumulative ........................................................................................................ 4-252
4.4.3    Energy and Minerals ......................................................................................... 4-253
Methods and Assumptions ............................................................................... 4-253
Nature and Type of Effects ............................................................................. 4-255
Effects Common to All Alternatives ............................................................... 4-260
Alternative A .................................................................................................... 4-266
Alternative B .................................................................................................... 4-271
Alternative B.1 ................................................................................................. 4-276
Alternative C .................................................................................................... 4-279
Alternative D .................................................................................................... 4-283
Cumulative ........................................................................................................ 4-288
4.4.4    Recreation and Visitor Services ...................................................................... 4-291
Methods and Assumptions ............................................................................... 4-291
Nature and Type of Effects ............................................................................. 4-292
Effects Common to All Alternatives ............................................................... 4-295
Alternative A .................................................................................................... 4-296
Alternative B .................................................................................................... 4-299
Alternative C .................................................................................................... 4-309
Alternative D .................................................................................................... 4-315
Cumulative ........................................................................................................ 4-322
4.4.5    Comprehensive Travel and Transportation Management ........................... 4-323
Methods and Assumptions ............................................................................... 4-323
Nature and Type of Effects ............................................................................. 4-325
Effects Common to All Alternatives ............................................................... 4-325
Alternative A .................................................................................................... 4-326
Alternative B .................................................................................................... 4-326
Alternative C .................................................................................................... 4-327
Alternative D .................................................................................................... 4-327
Cumulative ........................................................................................................ 4-328
4.4.6    Lands and Realty .............................................................................................. 4-328
Methods and Assumptions ............................................................................... 4-328
Nature and Type of Effects ............................................................................. 4-330
Effects Common to All Alternatives ............................................................... 4-331
Alternative A .................................................................................................... 4-332
Alternative B .................................................................................................... 4-333
Alternative C .................................................................................................... 4-334

BLM_0114272

# TABLE OF CONTENTS *(continued)*

Chapter                                                                                                                                          Page

              Alternative D ........................................................................................ 4-334
              Cumulative ............................................................................................ 4-335
     4.4.7    Renewable Energy ............................................................................... 4-335
              Methods and Assumptions ................................................................. 4-336
              Nature and Type of Effects ............................................................... 4-336
              Effects Common to All Alternatives ................................................ 4-337
              Alternative A.......................................................................................... 4-338
              Alternative B.......................................................................................... 4-339
              Alternative C.......................................................................................... 4-340
              Alternative D ........................................................................................ 4-341
              Cumulative ............................................................................................ 4-341
  4.5    Special Designations ........................................................................................ 4-342
     4.5.1    Areas of Critical Environmental Concern ................................... 4-342
              Methods and Assumptions ................................................................. 4-342
              Nature and Type of Effects ............................................................... 4-343
              Effects Common to All Alternatives ................................................ 4-347
              Alternatives ........................................................................................... 4-349
              Cumulative ............................................................................................ 4-388
     4.5.2    Wilderness and Wilderness Study Areas........................................ 4-388
              Wilderness Study Areas ...................................................................... 4-395
              Tabeguache Area .................................................................................. 4-404
     4.5.3    Wild and Scenic Rivers...................................................................... 4-408
              Methods and Assumptions ................................................................. 4-409
              Nature and Type of Effects ............................................................... 4-411
              Effects Common to All Alternatives ................................................ 4-412
              Alternative A.......................................................................................... 4-413
              Alternative B.......................................................................................... 4-414
              Alternative C.......................................................................................... 4-414
              Alternative D ........................................................................................ 4-417
              Cumulative ............................................................................................ 4-419
     4.5.4    National Trails and Byways ............................................................... 4-419
              Methods and Assumptions ................................................................. 4-419
              Nature and Type of Effects ............................................................... 4-420
              Effects Common to All Alternatives ................................................ 4-422
              Alternative A.......................................................................................... 4-423
              Alternative B.......................................................................................... 4-425
              Alternative C.......................................................................................... 4-429
              Alternative D ........................................................................................ 4-431
              Cumulative ............................................................................................ 4-434
     4.5.5    Watchable Wildlife Viewing Sites ................................................... 4-435
              Methods and Assumptions ................................................................. 4-435
              Nature and Type of Effects ............................................................... 4-436
              Effects Common to All Alternatives ................................................ 4-436
              Alternative A.......................................................................................... 4-437
              Alternative B.......................................................................................... 4-438
              Alternative C.......................................................................................... 4-439
              Alternative D ........................................................................................ 4-440

BLM_0114273

# TABLE OF CONTENTS *(continued)*

Chapter                                                                                                                    Page

Cumulative ................................................................................................. 4-441
4.6      Social and Economic Conditions ................................................................ 4-441
         4.6.1    Native American Tribal Interests ................................................ 4-441
                  Methods and Assumptions ........................................................ 4-441
                  Nature and Type of Effects ....................................................... 4-442
                  Effects Common to All Alternatives ......................................... 4-443
                  Cumulative ................................................................................. 4-443
         4.6.2    Public Health and Safety ............................................................ 4-444
                  Methods and Assumptions ........................................................ 4-444
                  Nature and Type of Effects ....................................................... 4-444
                  Effects Common to All Alternatives ......................................... 4-446
                  Alternative A .............................................................................. 4-447
                  Alternative B .............................................................................. 4-448
                  Alternative C .............................................................................. 4-449
                  Alternative D .............................................................................. 4-450
                  Cumulative ................................................................................. 4-451
         4.6.3    Socioeconomics .......................................................................... 4-451
                  Methods and Assumptions ........................................................ 4-451
                  Nature and Type of Effects ....................................................... 4-455
                  Effects Common to All Alternatives ......................................... 4-462
                  Alternative A .............................................................................. 4-466
                  Alternative B .............................................................................. 4-469
                  Alternative C .............................................................................. 4-473
                  Alternative D .............................................................................. 4-475
                  Cumulative ................................................................................. 4-477
         4.6.4    Environmental Justice ................................................................. 4-480
                  Methods and Assumptions ........................................................ 4-481
                  Effects Common to All Alternatives ......................................... 4-481
                  Cumulative ................................................................................. 4-481
4.7      Unavoidable Adverse Impacts ..................................................................... 4-482
4.8      Irreversible and Irretrievable Commitment of Resources ........................... 4-483
4.9      Relationship Between Local Short-term Uses and Long-term Productivity .............. 4-483

5.   CONSULTATION AND COORDINATION ........................................................... 5-1

5.1      Public Involvement ...................................................................................... 5-1
         5.1.1    Scoping Process .......................................................................... 5-2
5.2      Consultation and Coordination .................................................................. 5-5
         5.2.1    Tribes ......................................................................................... 5-5
         5.2.2    Colorado State Historic Preservation Officer Consultation ....... 5-5
         5.2.3    US Fish and Wildlife Service Consultation ................................. 5-5
         5.2.4    Resource Advisory Council Collaboration ................................. 5-6
         5.2.5    Cooperating Agencies ................................................................ 5-6
         5.2.6    North Fork Advocacy Group ...................................................... 5-8
         5.2.7    Shooting Sports Roundtable ....................................................... 5-8
5.3      Distribution and Availability of the Draft RMP/EIS .................................... 5-8
         5.3.1    Distribution of the Draft RMP/EIS ............................................ 5-9
5.4      List of Preparers .......................................................................................... 5-9

BLM_0114274

# TABLE OF CONTENTS (continued)

Chapter — Page

REFERENCES ............................................................................................ REFERENCES-1

GLOSSARY ................................................................................................. GLOSSARY-1

INDEX ......................................................................................................... INDEX-1

# TABLES

Page

ES-1    Land Status within the Uncompahgre RMP Planning Area ..........................................ES-1
ES-2    Planning Issue Statements ............................................................................................ES-5
ES-3    Comparative Summary of Alternatives ....................................................................... ES-10
1-1     Land Status within the Uncompahgre RMP Planning Area ..........................................1-4
1-2     BLM Planning Process ................................................................................................ 1-7
1-3     Planning Issue Statements .......................................................................................... 1-1
1-4     RMP Amendments and Other Documents Considered for Implementation-level
        Planning ..................................................................................................................... 1-14
1-5     Cooperating Agency Participation ............................................................................. 1-15
2-1     Comparative Summary of Alternatives ....................................................................... 2-8
2-2     Description of Alternatives A, B/B.1, C, and D ......................................................... 2-22
2-3     Renewable Energy Exclusion and Avoidance Areas .................................................. 2-376
2-4     Summary of Wild and Scenic River Study Segments (Alternatives A and B) ........................ 2-380
2-5     Summary of Wild and Scenic River Study Segments (Alternative D) ................................. 2-383
2-6     Summary of Environmental Consequences of Alternatives A, B/B.1, C, and D .................... 2-385
3-1     Average Annual Air Pollutant Emissions (2008) ......................................................... 3-3
3-2     Applicable Ambient Air Quality Standards and Existing Representative Pollutant
        Concentrations for the Planning Area ......................................................................... 3-5
3-3     Climate Summary from Stations within the Planning Area ........................................... 3-12
3-4     Land Health Assessment Soil Summary Ratings .......................................................... 3-18
3-5     Acreage of Fragile Soils ............................................................................................. 3-20
3-6     Major Hydrologic Units ............................................................................................. 3-27
3-7     Hydrologic Soil Group Ratings .................................................................................. 3-28
3-8     Land Health Standard 5 Summary Ratings .................................................................. 3-30
3-9     Colorado 303(d) List of Impaired Waters .................................................................. 3-32
3-10    State Monitoring of UFO Waters with Suspected Quality Impairments ............................ 3-33
3-11    Aquatic Macroinvertebrate in Planning Area Streams ................................................. 3-35
3-12    BLM Consumptive Water Rights by Source ............................................................... 3-36
3-13    Stream Reaches Protected by Instream Flow Water Rights ........................................... 3-37
3-14    Public Water Sources with Zones of Potential Influence ............................................. 3-39
3-15    Vegetation Communities ............................................................................................ 3-42
3-16    Major Vegetation Issues in the Decision Area ............................................................ 3-47
3-17    Land Health Assessment Results Since 1999 .............................................................. 3-47
3-18    Noxious Weeds .......................................................................................................... 3-50
3-19    Key Fish and Wildlife Species .................................................................................... 3-59
3-20    Birds of Conservation Concern .................................................................................. 3-60
3-21    Federally Listed Plant Species .................................................................................... 3-69
3-22    Sensitive Plant Species Known to Inhabit and Potentially Inhabit the Planning Area ............. 3-73

BLM_0114275

# TABLES (continued)

3-23    Federally Listed Fish and Wildlife Species............................................................................3-76
3-24    Sensitive Animal Species Known to Inhabit and Potentially Inhabiting the Planning Area .......3-79
3-25    Fire Management Units and Dominant Vegetation Types ...........................................................3-90
3-26    Cultural Periods ...............................................................................................................................3-94
3-27    Sedimentary Rock Units, Their Fossil-bearing Potential, and Known Fossil Resources........ 3-102
3-28    Visual Resource Inventory Component Distribution ...................................................... 3-105
3-29    Visual Resource Management Classes ..................................................................................... 3-106
3-30    Visual Resource Inventory – Cultural Modifications (acres).......................................... 3-107
3-31    Units Inventoried for Wilderness Characteristics.............................................................. 3-109
3-32    Forest and Woodland Products Sold (1998-2008) ......................................................... 3-112
3-33    Status of Allotments in Relation to Public Land Health Standards............................. 3-117
3-34    Federal Oil and Gas Acreage Leased By Year ...................................................................... 3-120
3-35    Coal Fields...................................................................................................................................... 3-124
3-36    Visitor Use on BLM-administered Lands.................................................................................. 3-133
3-37    OHV Designations......................................................................................................................... 3-141
3-38    Current Withdrawals by Type ................................................................................................... 3-149
3-39    Existing Areas of Critical Environmental Concern .............................................................. 3-153
3-40    Wilderness Recommendations................................................................................................... 3-159
3-41    Wilderness Study Areas .............................................................................................................. 3-159
3-42    Tabeguache Area ........................................................................................................................... 3-163
3-43    Eligible Stream Segments............................................................................................................. 3-166
3-44    Study Area Population Totals (1980–2010) ......................................................................... 3-186
3-45    Study Area Population Projections (2015–2030)................................................................ 3-186
3-46    Study Area Household Characteristics 2000–2010 Comparison ................................. 3-187
3 47    Study Area Employment Characteristics (2001-2011) ..................................................... 3-187
3-48    Study Area Average Annual Wages by Industry (2001-2011) ...................................... 3-191
3-49    Study Area Unemployment Levels by County....................................................................... 3-192
3-50    Study Area Income Distribution ............................................................................................... 3-192
3-51    UFO Receipts (Fiscal Year 2008)............................................................................................. 3-192
3-52    Study Area Severance Tax Distribution (2010) ................................................................... 3-195
3-53    Study Area Federal Mineral Lease Revenues (Fiscal Year 2009)................................. 3-196
3-54    Study Area Property Assessed Value and Revenue (2010)............................................. 3-196
3-55    Study Area PILT (Fiscal Year 2010)......................................................................................... 3-198
3-56    Study Area Poverty Estimates by County (all people in poverty) ............................... 3-199
3-57    Study Area Key Community Poverty Information (all people in poverty) .................. 3-199
3-58    Study Area County Population by Race/Ethnicity............................................................... 3-200
3-59    Study Area Key Community Minority Information .............................................................. 3-201
3-60    BLM Road Maintenance Intensity Levels................................................................................ 3-204
4-1     Past, Present, and Reasonably Foreseeable Projects, Plans, or Actions that Comprise
        the Cumulative Impact Scenario .................................................................................................4-9
4-2     Estimated Annual Emissions Summary BLM Actions in the Uncompahgre Planning Area ......4-22
4-3     Estimated Annual Emissions by Activity – Base Year (tons/year) ....................................4-26
4-4     Estimated Annual Emissions by Activity, Alternative A – Planning Year 10 ................................4-27
4-5     Estimated Annual Emissions by Activity, Alternative B – Planning Year 10 ..............................4-31
4-6     Estimated Annual Emissions by Activity, Alternative B.I – Planning Year 10 ............................4-33
4-7     Estimated Annual Emissions by Activity, Alternative C – Planning Year 10..............................4-34
4-8     Estimated Annual Emissions by Activity, Alternative D – Planning Year 10..............................4-36

BLM_0114276

# TABLES *(continued)*

4-9    Estimated Annual Greenhouse Gas Emissions Summary for BLM Actions in the
       Uncompahgre Planning Area..................................................................................................4-38
4-10   Greenhouse Gas Emissions from BLM Actions as a Percentage of Colorado Statewide
       Greenhouse Gas Emissions ...................................................................................................4-39
4-11   Maximum Annual Indirect Greenhouse Gas Emissions from BLM Actions ...............................4-42
4-12   Total Emissions (tons per year) for the CARMMS 2021 High Development Scenario...........4-45
4-13   Colorado Emissions (tons per year) Included in CARMMS.....................................................4-46
4-14   CARMMS Future Oil and Gas Development / Projections Modeled – Uncompahgre
       Planning Area .......................................................................................................................4-47
4-15   Cumulative Visibility Results (delta-deciviews) for Worst 20% Visibility Days at Class I
       Areas for Current Year (2008) and 2021 High Development Scenario (All Emissions
       and Contributions from Reasonably Foreseeable Development Sources)...............................4-52
4-16   Cumulative Visibility Results (delta-deciviews) for Best 20% Visibility Days at Class I
       Areas for Current Year (2008) and 2021 High Development Scenario (All Emissions
       and Contributions from Reasonably Foreseeable Development Sources)...............................4-52
4-17   CARMMS High Scenario – Cumulative Nitrogen and Sulfur Deposition Impacts at
       Class I and Sensitive Class II Areas.......................................................................................4-53
4-18   Prevention of Significant Deterioration Program Increments .................................................4-56
4-19   CARMMS Reasonably Foreseeable Development/High Scenario – Maximum Delta-
       Deciviews and Number of Days the Delta-Deciviews Exceed 0.5 and 1.0 for UFO Oil
       and Gas and Mining Sources from 13 Colorado BLM Planning Areas....................................4-58
4-20   CARMMS Reasonably Foreseeable Development/High Scenario – Nitrogen and Sulfur
       Depostion Impacts for UFO Oil and Gas and Mining Sources from 13 Colorado
       BLM Planning Areas..............................................................................................................4-60
4-21   Travel Area Management on All Soil Types.............................................................................4-64
4-22   Travel Area Management on Slopes Greater than 30 Percent .................................................4-64
4-23   Travel Area Management on Saline and Selenium Soils ...........................................................4-64
4-24   Vegetation Indicators and Desired Trends............................................................................4-103
4-25   Impacts on Vegetation from BLM Management Programs .....................................................4-104
4-26   Summary of Impacts on Paleontological Resources (PFYC 4 and 5) .....................................4-191
4-27   Summary of VRI Class by VRM Class ...................................................................................4-203
4-28   Acreage Impacts on Lands with Wilderness Characteristics...................................................4-216
4-29   Acreage Impacts on Grazing Allotments ..............................................................................4-240
4-30   Quantitative Impacts on Fluid Mineral Resources ................................................................4-261
4-31   Quantitative Impacts on Coal Leasing ..................................................................................4-263
4-32   Quantitative Impacts on Locatable Minerals.........................................................................4-265
4-33   Acres of Conventional Oil and Gas Leasing Decisions by Potential, Alternative A...............4-266
4-34   Acres of Coalbed Natural Gas Leasing Decisions by Potential, Alternative A.......................4-267
4-35   Acres of Geothermal Leasing Decisions by Potential, Alternative A.....................................4-268
4-36   Acres of Conventional Oil and Gas Leasing Decisions by Potential, Alternative B ...............4-271
4-37   Acres of Coalbed Natural Gas Leasing Decisions by Potential, Alternative B .......................4-272
4-38   Acres of Geothermal Leasing Decisions by Potential, Alternative B/B.1 ...............................4-273
4-39   Acres of Conventional Oil and Gas Leasing Decisions by Potential, Alternative B.1 ...........4-277
4-40   Acres of Coalbed Natural Gas Leasing Decisions by Potential, Alternative B.1 ...................4-278
4-41   Acres of Conventional Oil and Gas Leasing Decisions by Potential, Alternative C...............4-279
4-42   Acres of Coalbed Natural Gas Leasing Decisions by Potential, Alternative C.......................4-280
4-43   Acres of Geothermal Leasing Decisions by Potential, Alternative C .....................................4-281
4-44   Acres of Conventional Oil and Gas Leasing Decisions by Potential, Alternative D...............4-284

BLM_0114277

# TABLES (continued)

4-45  Acres of Coalbed Natural Gas Leasing Decisions by Potential, Alternative D ...................... 4-285
4-46  Acres of Geothermal Leasing Decisions by Potential, Alternative D ........................................ 4-285
4-47  Travel Management Area Designations in SRMAs, Alternative A ............................................. 4-298
4-48  WSA Overlap with SRMAs, Alternative B.................................................................................. 4-303
4-49  ACEC Overlap with SRMAs, Alternative B................................................................................. 4-303
4-50  NSO Overlap with SRMAs, Alternative B .................................................................................. 4-304
4-51  Travel Management Area Designations in SRMAs, Alternative B............................................. 4-304
4-52  WSA Overlap with ERMAs, Alternative C.................................................................................. 4-312
4-53  ACEC Overlap with ERMAs, Alternative C................................................................................. 4-312
4-54  NSO Overlap with ERMAs, Alternative C .................................................................................. 4-312
4-55  Travel Management Area Designations in ERMAs, Alternative C ............................................. 4-313
4-56  WSA Overlap with SRMAs, Alternative D.................................................................................. 4-318
4-57  ACEC Overlap with SRMAs and ERMAs, Alternative D ............................................................ 4-318
4-58  NSO Overlap with SRMAs and ERMAs, Alternative D .............................................................. 4-318
4-59  Travel Management Area Designations in SRMAs and ERMAs, Alternative D ....................... 4-319
4-60  Travel Management Area Designations by Alternative ............................................................. 4-324
4-61  Lands Managed as ROW Exclusion and Avoidance Areas for Renewable Energy ................. 4-337
4-62  Summary of Protections for Designated Adobe Badlands ACEC (Alternatives A, C,
      and D) and Salt Desert Shrub ACEC (Alternative B)................................................................ 4-349
4-63  Summary of Protections for Designated Fairview South ACEC (Alternatives A and C)
      Fairview South (CNHP Expansion) ACEC (Alternative B), and Fairview South (BLM
      Expansion) ACEC (Alternative D)................................................................................................ 4-352
4-64  Summary of Protections for Designated Needle Rock ACEC .................................................. 4-356
4-65  Summary of Protections for Designated San Miguel River ACEC (Alternatives A, C
      and D) and San Miguel River Expansion ACEC (Alternative B) ............................................... 4-357
4-66  Summary of Protections for Designated Tabeguache Creek ACEC.......................................... 4-361
4-67  Summary of Protections for Designated Dolores Slickrock Canyon ACEC and Coyote
      Wash ACEC (Alternative B) and Dolores River Slickrock Canyon ACEC (Alternative
      D).................................................................................................................................................. 4-362
4-68  Summary of Protections for Designated East Paradox ACEC (Alternative B) and
      Biological Soil Crust ACEC (Alternative D) ............................................................................... 4-366
4-69  Summary of Protections for Designated La Sal Creek ACEC.................................................... 4-369
4-70  Summary of Protections for Designated Lower Uncompahgre Plateau ACEC ...................... 4-372
4-71  Summary of Protections for Designated Paradox Rock Art ACEC........................................... 4-375
4-72  Summary of Protections for Designated Roubideau-Potter-Monitor ACEC
      (Alternative B) and Roubideau Corridors ACEC (Alternative D)............................................. 4-376
4-73  Summary of Protections for Designated San Miguel Gunnison Sage-grouse ACEC ............. 4-380
4-74  Summary of Protections for Designated Sims-Cerro Gunnison Sage-grouse ACEC ............. 4-382
4-75  Summary of Protections for Designated Tabeguache Pueblo and Tabeguache Caves
      ACEC............................................................................................................................................. 4-384
4-76  Summary of Protections for Designated West Paradox ACEC.................................................. 4-386
4-77  Summary of Protections for ACECs or Portions of ACECs Not Proposed for
      Designation, Alternative A ......................................................................................................... 4-389
4-78  Summary of Protections for ACECs or Portions of ACECs Not Proposed for
      Designation, Alternative C ......................................................................................................... 4-391
4-79  Summary of Protections for ACECs or Portions of ACECs Not Proposed for
      Designation, Alternative D......................................................................................................... 4-393
4-80  Summary of Wild and Scenic River Study Segments................................................................ 4-410

BLM_0114278

# TABLES *(continued)*

4-81    Hunting and Fishing Economic Impacts from Nonresidents in Planning Area Counties, 2007 ........................................................................................................................... 4-457
4-82    Sales and Property Tax Impacts from Livestock Grazing by Alternative (2012 Dollars) ...... 4-465
4-83    Tax Impacts from Coal Development (2012 Dollars) ................................................................ 4-466
4-84    Sales Tax Impacts from Recreation Activities: 2013, 2022, and 2032 (2012 Dollars) ........... 4-466
4-85    Projected Low and High Livestock Grazing AUMs by Alternative ........................................... 4-467
4-86    Regional Economic Impacts for Livestock Grazing by Alternative ......................................... 4-467
4-87    Economic Impacts from Recreation Activities: 2013, 2022, and 2032 (2012 Dollars) .......... 4-468
4-88    2012 Coal Extraction Levels ..................................................................................................... 4-468
4-89    Baseline Regional Economic Impacts for Coal (Alternative A) .............................................. 4-469
5-1     Newspaper Advertisement Publication Dates and Location ........................................................ 5-3
5-2     Newspaper Articles ......................................................................................................................... 5-3
5-3     Scoping Open Houses ..................................................................................................................... 5-4
5-4     Cooperating Agency Participation ................................................................................................. 5-7
5-5     Draft RMP/EIS Distribution .......................................................................................................... 5-10
5-6     RMP/EIS Preparers ....................................................................................................................... 5-11

# DIAGRAMS                                                                                      Page

1-1     Document Organization and Contents Overview ......................................................................... 1-3
1-2     BLM Planning Process ..................................................................................................................... 1-6
2-1     How to Read Table 2-2 ................................................................................................................. 2-21
3-1     Standard Visual Range for 20th% Cleanest Days, Weminuche Wilderness Area IMPROVE Site ................................................................................................................................. 3-7
3-2     Standard Visual Range for 20th% Middle Days, Weminuche Wilderness Area IMPROVE Site ................................................................................................................................. 3-8
3-3     Standard Visual Range for 20th% Worst Days, Weminuche Wilderness Area IMPROVE Site ................................................................................................................................. 3-8
3-4     Standard Visual Range for 20th% Cleanest Days, White River National Forest IMPROVE Site ................................................................................................................................. 3-9
3-5     Standard Visual Range for 20th% Middle Days, White River National Forest IMPROVE Site ............................................................................................................................... 3-10
3-6     Standard Visual Range for 20th% Worst Days, White River National Forest IMPROVE Site ............................................................................................................................... 3-10
3-7     Total Annual Wet and Dry S Deposition (kilograms per hectare per year) at the Gothic Clean Air Status and Trends Network Program Site ...................................................... 3-11
3-8     Total Annual Wet and Dry N Deposition (kilograms per hectare per year) at the Gothic Clean Air Status and Trends Network Program Site ...................................................... 3-11
3-9     Wind Rose. Montrose, Colorado, 2005 – 2009 ......................................................................... 3-15
3-10    Stratigraphic Relationship of Coal-bearing Formations in the Planning Area ......................... 3-123

BLM_0114279

## APPENDICES (VOLUME III)

A       Figures *(Refer to CD-ROM enclosed with this RMP)*
B       Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities
C       BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado
D       Ecological Emphasis Areas
E       Livestock Grazing Allotments and Allotment Levels
F       Summary of the Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update
G       Best Management Practices and Standard Operating Procedures
H       Colorado BLM Comprehensive Air Resource Protection Protocol
I       Drought Management
J       Description of Recreation Management Areas
K       Bighorn/Domestic Sheep Risk of Association Modeling
L       Coal Screening Criteria for the Uncompahgre Planning Area
M       Travel Management
N       Legal Descriptions of Lands Available for Disposal
O       Summary of Areas of Critical Environmental Concern Report
P       Summary of Draft Wild and Scenic River Suitability Report
Q       Air Emissions Inventory

## FIGURES (VOLUME I)

ES-1    Uncompahgre RMP Planning Area

## FIGURES (APPENDIX A)

Figures are available electronically on the CD-ROM enclosed with this RMP. They are also available on the RMP Web site (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html).

1-1     Uncompahgre RMP Planning Area
1-2     Federal Mineral Estate

2-1     North Fork Alternative (Alternative B.1) Area
2-2     Alternative B: Ecological Emphasis Areas
2-3     Alternative C: Ecological Emphasis Areas
2-4     Alternative D: Ecological Emphasis Areas
2-5     Alternative A: Visual Resource Management
2-6     Alternative B: Visual Resource Management
2-7     Alternative B.1: Visual Resource Management
2-8     Alternative C: Visual Resource Management
2-9     Alternative D: Visual Resource Management
2-10    Alternatives B and D: Lands Managed to Protect Wilderness Characteristics
2-11    Alternative A: Grazing Allotments

BLM_0114280

# FIGURES (APPENDIX A) *(continued)*

2-12    Alternative B: Grazing Allotments

2-13    Alternative C: Grazing Allotments

2-14    Alternative D: Grazing Allotments

2-15    Alternative A: Coal Leasing

2-16    Alternative B: Coal Leasing

2-17    Alternative C: Coal Leasing

2-18    Alternative D: Coal Leasing

2-19    Alternative A: Fluid Minerals Leasing

2-20    Alternative B: Fluid Minerals Leasing

2-21    Alternative B.1: Fluid Minerals Leasing

2-22    Alternative C: Fluid Minerals Leasing

2-23    Alternative D: Fluid Minerals Leasing

2-24    Alternative A: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-
        disturbing Activities

2-25    Alternative B: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-
        disturbing Activities

2-26    Alternative C: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-
        disturbing Activities

2-27    Alternative D: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-
        disturbing Activities

2-28    Alternative A: Restrictions for Other Surface-disturbing Activities

2-29    Alternative B: Restrictions for Other Surface-disturbing Activities

2-30    Alternative C: Restrictions for Other Surface-disturbing Activities

2-31    Alternative D: Restrictions for Other Surface-disturbing Activities

2-32    Alternative A: Lands Withdrawn and to be Recommended for Withdrawal from Locatable
        Mineral Entry

2-33    Alternative B: Lands Withdrawn and to be Recommended for Withdrawal from Locatable
        Mineral Entry

2-34    Alternative C: Lands Withdrawn and to be Recommended for Withdrawal from Locatable
        Mineral Entry

2-35    Alternative D: Lands Withdrawn and to be Recommended for Withdrawal from Locatable
        Mineral Entry

2-36    Alternative A: Mineral Materials

2-37    Alternative B: Mineral Materials

2-38    Alternative C: Mineral Materials

2-39    Alternative D: Mineral Materials

2-40    Alternative A: Nonenergy Solid Leasable Minerals

2-41    Alternative B: Nonenergy Solid Leasable Minerals

2-42    Alternative C: Nonenergy Solid Leasable Minerals

2-43    Alternative D: Nonenergy Solid Leasable Minerals

2-44    Alternative A: Recreation Management Areas

2-45    Alternative B: Recreation Management Areas

2-46    Alternative C: Recreation Management Areas

BLM_0114281

# FIGURES (APPENDIX A) *(continued)*

2-47    Alternative D: Recreation Management Areas
2-48    Alternative A: Comprehensive Travel and Transportation Management
2-49    Alternative B: Comprehensive Travel and Transportation Management
2-50    Alternative C: Comprehensive Travel and Transportation Management
2-51    Alternative D: Comprehensive Travel and Transportation Management
2-52    Alternative A: Right-of-Way Exclusion and Avoidance Areas
2-53    Alternative B: Right-of-Way Exclusion and Avoidance Areas
2-54    Alternative C: Right-of-Way Exclusion and Avoidance Areas
2-55    Alternative D: Right-of-Way Exclusion and Avoidance Areas
2-56    Alternative A: Designated Utility Corridors
2-57    Alternatives B and D: Designated Utility Corridors
2-58    Alternative C: Designated Utility Corridors
2-59    Alternative A: Lands Identified for Disposal
2-60    Alternative B: Lands Identified for Disposal
2-61    Alternative C: Lands Identified for Disposal
2-62    Alternative D: Lands Identified for Disposal
2-63    Alternative A: Areas of Critical Environmental Concern
2-64    Alternative B: Areas of Critical Environmental Concern
2-65    Alternative C: Areas of Critical Environmental Concern
2-66    Alternative D: Areas of Critical Environmental Concern
2-67    Alternatives A, B, C, and D: Tabeguache Area and Wilderness Study Areas
2-68    Alternatives A and B: Segments Eligible (Alternative A) or Suitable (Alternative B) for Inclusion
        in the National Wild and Scenic Rivers System
2-69    Alternative D: Segments Suitable for Inclusion in the National Wild and Scenic Rivers System
2-70    Alternative B: Watchable Wildlife Viewing Sites
2-71    Alternative A: Forest Management
2-72    Alternative B: Forest Management
2-73    Alternative C: Forest Management
2-74    Alternative D: Forest Management
2-75    Alternatives A, B, C, and D: Moss Rock Common Use Area
2-76    Alternative A: No Target Shooting Areas
2-77    Alternative B: No Target Shooting Areas
2-78    Alternative C: No Target Shooting Areas
2-79    Alternative D: No Target Shooting Areas
2-80    Alternatives A, B, C, and D: Designated Routes in the Dry Creek Travel Management Area
2-81    Alternatives B, C, and D: Travel Management Areas for Future Route Designation
2-82    Land Withdrawals and Powersite Classifications
2-83    Alternative A: National Historic Trails and State and BLM Byways
2-84    Alternative B: National Scenic, Historic, and Recreational Trails and State and BLM Byways
2-85    Alternative C: National Scenic, Historic, and Recreational Trails and State and BLM Byways
2-86    Alternative D: National Scenic, Historic, and Recreational Trails and State and BLM Byways

BLM_0114282

# FIGURES (APPENDIX A) (continued)

3-1     Major Soil Units
3-2     Potential Biotic Soil Crust Locations
3-3     Saline and Selenium Enriched Soils
3-4     Wind Erosion Areas
3-5     Soil Erosion Capacity
3-6     Droughty Soil Areas
3-7     Flood Hazard Areas
3-8     Geology of the Uncompahgre RMP Planning Area
3-9     Major Geologic Structural Features
3-10    Major Hydrologic Units
3-11    Distribution of Hydrologic Soil Groups
3-12    Naturita Ridge Herd Area
3-13    Fire Management Units
3-14    Wildland Urban Interface
3-15    Cultural Resource Units
3-16    Potential Fossil Yield Classification Distribution
3-17    Visual Resource Inventory
3-18    Vegetation Types
3-19    Grazing Allotments
3-20    Oil and Gas Well Locations
3-21    Coal Fields
3-22    Active Uranium Exploration Sites in the Morrison Formation
3-23    SRMAs and Developed Recreation Sites
3-24    Right-of-Way Locations and Corridors
3-25    Unexploded Ordnance
3-26    Socioeconomic Units

4-1     Modeling Domain Used in the Colorado Air Resource Management Modeling Study (CARMMS)
4-2     2008 Ozone Current Year Design Value (top left), 2021 Ozone Future Year Design Value (top left), and 2021 – 2008 Ozone Future Year Design Value Differences (bottom) Calculated Using Modeled Attainment Test Software for the CARMMS 2021 High Development Scenario
4-3     Fourth-highest Daily Maximum 8-hour Ozone Concentrations for the 2008 Base Case (top left), CARMMS 2021 High Development Scenario (top right), and 2021 Minus 2008 Differences (bottom)
4-4     Eighth-Highest Daily Average PM2.5 Concentration Changes (2021 High Scenario Minus Base Year 2008 Concentrations)
4-5     Contribution to Fourth-Highest Daily Maximum Ozone Concentrations due to Federal Oil and Gas Emissions within the Uncompahgre Planning Area for the CARMMS 2021 High Development Scenario
4-6     Contribution to Fourth-Highest Daily Maximum Ozone Concentrations due to Mining Emissions in 13 BLM Field Office Planning Areas for the CARMMS 2021 High Development Scenario
4-7     Contribution to Eighth-Highest Daily Average PM2.5 Concentrations due to Mining Emissions in 13 BLM Field Office Planning Areas for the CARMMS 2021 High Development Scenario

BLM_0114283

This page intentionally left blank

BLM_0114284

## ACRONYMS AND ABBREVIATIONS — Full Phrase

| Acronym | Full Phrase |
| --- | --- |
| ACEC | area of critical environmental concern |
| ATV | all-terrain vehicle |
| AUM | animal unit month |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| BOR | United States Department of the Interior, Bureau of Reclamation |
| CARMMS | Colorado Air Resources Management Modeling Study |
| CFR | Code of Federal Regulations |
| CNHP | Colorado Natural Heritage Program |
| CPW | Colorado Parks and Wildlife |
| CSU | controlled surface use |
| decision area | public lands and federal mineral estate managed by the United States Department of the Interior, Bureau of Land Management |
| DOE | United States Department of Energy |
| DOI | United States Department of the Interior |
| EIS | environmental impact statement |
| EPA | United States Environmental Protection Agency |
| ERMA | extensive recreation management area |
| ESA | Endangered Species Act of 1973 |
| federal mineral estate | subsurface mineral estate administered by the United States Department of the Interior, Bureau of Land Management |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| FMP | fire management plan |
| Forest Service | United States Department of Agriculture, Forest Service |
| FWFMP | Federal Wildland Fire Management Policy |
| GIS | Geographic Information Systems |
| IMPLAN | impact analysis for planning (model) |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| ISA | instant study area |
| NCA | National Conservation Area |
| NEPA | National Environmental Policy Act of 1969 |
| NGD | no ground disturbance |
| NHPA | National Historic Preservation Act of 1966 |
| NL | no leasing |
| North Fork area | North Fork Alternative Plan area (63,400 acres of BLM-administered surface estate and 137,600 acres of federal mineral estate) (Figure 2-1) |
| NPS | United States Department of the Interior, National Park Service |
| NRHP | National Register of Historic Places |
| NSO | no surface occupancy |
| NWSRS | National Wild and Scenic Rivers System |

BLM_0114285

## ACRONYMS AND ABBREVIATIONS *(continued)*                                    Full Phrase

| | |
|---|---|
| OHV | off-highway vehicle |
| ORV | outstandingly remarkable value |
| | |
| PFC | proper functioning condition |
| PFYC | Potential Fossil Yield Classification |
| PILT | payment in lieu of taxes |
| planning area | Uncompahgre Field Office boundary, including all lands, regardless of land ownership, except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA |
| PM$_{2.5}$ | particulate matter smaller than 2.5 microns in effective diameter |
| PM$_{10}$ | particulate matter smaller than 10 microns in effective diameter |
| | |
| RMA | recreation management area |
| RMP | resource management plan |
| ROD | record of decision |
| ROW | right-of-way |
| | |
| SRMA | special recreation management area |
| SRP | special recreation permit |
| SSR | site-specific relocation |
| | |
| TL | timing limitation |
| | |
| UFO | Uncompahgre Field Office |
| US | United States |
| USC | United States Code |
| USDA | United States Department of Agriculture |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| | |
| VRI | visual resource inventory |
| VRM | visual resource management |
| | |
| WSA | wilderness study area |
| WSR | wild and scenic river |
| WUI | wildland urban interface |

BLM_0114286

# Executive Summary

BLM_0114287

BLM_0114288

# TABLE OF CONTENTS

Chapter                                                                                              Page

**ES.  EXECUTIVE SUMMARY**................................................................................................**ES-1**

ES.1    Introduction ...................................................................................................ES-1
ES.2    Purpose of and Need for the Resource Management Plan ...........................ES-2
ES.3    Scoping ...........................................................................................................ES-4
ES.4    Issues...............................................................................................................ES-4
ES.5    Planning Criteria.............................................................................................ES-6
ES.6    Management Alternatives ..............................................................................ES-6
        ES.6.1    Alternative A: No Action..................................................................ES-7
        ES.6.2    Alternative B ....................................................................................ES-8
        ES.6.3    Alternative B.1 .................................................................................ES-8
        ES.6.4    Alternative C ....................................................................................ES-8
        ES.6.5    Alternative D (Agency Preferred) ...................................................ES-8
ES.7    Environmental Consequences ......................................................................ES-9

# TABLES

                                                                                                     Page

ES-1    Land Status within the Uncompahgre RMP Planning Area ...........................................ES-1
ES-2    Planning Issue Statements.............................................................................................ES-5
ES-3    Comparative Summary of Alternatives ..................................................................... ES-10

# FIGURES

                                                                                                     Page

ES-1    Uncompahgre RMP Planning Area....................................................................................ES-3

BLM_0114289

This page intentionally left blank.

BLM_0114290

## ACRONYMS AND ABBREVIATIONS <span style="float:right">Full Phrase</span>

| | |
|---|---|
| ACEC | area of critical environmental concern |
| ATV | all-terrain vehicle |
| AUM | animal unit month |
| | |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| BOR | United States Department of the Interior, Bureau of Reclamation |
| | |
| CFR | Code of Federal Regulations |
| CNHP | Colorado Natural Heritage Program |
| CPW | Colorado Parks and Wildlife |
| CSU | controlled surface use |
| | |
| decision area | public lands and federal mineral estate managed by the United States Department of the Interior, Bureau of Land Management |
| DOE | United States Department of Energy |
| DOI | United States Department of the Interior |
| | |
| EIS | environmental impact statement |
| EPA | United States Environmental Protection Agency |
| ERMA | extensive recreation management area |
| ESA | Endangered Species Act of 1973 |
| | |
| federal mineral estate | subsurface mineral estate administered by the United States Department of the Interior, Bureau of Land Management |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| FMP | fire management plan |
| Forest Service | United States Department of Agriculture, Forest Service |
| FWFMP | Federal Wildland Fire Management Policy |
| | |
| GIS | Geographic Information Systems |
| | |
| IMPLAN | impact analysis for planning (model) |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| ISA | instant study area |
| | |
| NCA | National Conservation Area |
| NEPA | National Environmental Policy Act of 1969 |
| NGD | no ground disturbance |
| NHPA | National Historic Preservation Act of 1966 |
| NL | no leasing |
| North Fork area | North Fork Alternative Plan area (63,390 acres of BLM-administered surface estate and 159,820 acres of federal mineral estate) (Figure 2-1) |
| NPS | United States Department of the Interior, National Park Service |
| NRHP | National Register of Historic Places |
| NSO | no surface occupancy |
| NWSRS | National Wild and Scenic Rivers System |

BLM_0114291

## ACRONYMS AND ABBREVIATIONS *(continued)* <span style="float:right">Full Phrase</span>

| | |
|---|---|
| OHV | off-highway vehicle |
| ORV | outstandingly remarkable value |
| PFC | proper functioning condition |
| PFYC | Potential Fossil Yield Classification |
| PILT | payment in lieu of taxes |
| planning area | Uncompahgre Field Office boundary, including all lands, regardless of land ownership, except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA |
| $PM_{2.5}$ | particulate matter smaller than 2.5 microns in effective diameter |
| $PM_{10}$ | particulate matter smaller than 10 microns in effective diameter |
| | |
| RMA | recreation management area |
| RMP | resource management plan |
| ROD | record of decision |
| ROW | right-of-way |
| | |
| SRMA | special recreation management area |
| SRP | special recreation permit |
| SSR | site-specific relocation |
| | |
| TL | timing limitation |
| | |
| UFO | Uncompahgre Field Office |
| US | United States |
| USC | United States Code |
| USDA | United States Department of Agriculture |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| | |
| VRI | visual resource inventory |
| VRM | visual resource management |
| | |
| WSA | wilderness study area |
| WSR | wild and scenic river |
| WUI | wildland urban interface |

BLM_0114292

# EXECUTIVE SUMMARY

## ES.1   INTRODUCTION

The United States (US) Department of the Interior, Bureau of Land Management (BLM) has prepared this draft resource management plan (RMP) revision and environmental impact statement (EIS) for the BLM Uncompahgre Field Office (UFO) in accordance with the National Environmental Policy Act of 1969 (NEPA); Council on Environmental Quality regulations for implementing NEPA (40 Code of Federal Regulations [CFR] 1500-1508); **BLM NEPA regulations (43 CFR Part 46);** the Federal Land Policy and Management Act (FLPMA) of 1976 (43 US Code [USC] 1701 et seq.); requirements of the BLM's NEPA Handbook, H-1790-1 (BLM 2008a); and BLM's Land Use Planning Handbook, H-1601-1 (BLM 2005a).

The approved RMP will replace applicable portions of the San Juan/San Miguel Planning Area RMP (BLM 1985) and the entire Uncompahgre Basin RMP (BLM 1989a), as amended, and will guide management of decision area lands into the future. Information about the RMP/EIS process can be obtained on the project Web site at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html.

The Uncompahgre RMP planning area includes BLM; US Department of Agriculture, Forest Service (Forest Service); National Park Service; US Bureau of Reclamation; State of Colorado; and private lands (**Table ES-1** [Land Status within the Uncompahgre RMP Planning Area]) in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

**Table ES-1**
**Land Status within the Uncompahgre RMP Planning Area**

| Agency | Acres |
|---|---|
| Bureau of Land Management | 675,800 |
| Forest Service | 1,248,390 |
| National Park Service | 27,130 |
| State (including Colorado Parks and Wildlife) | 20,110 |
| Private | 1,125,350 |
| City | 680 |
| *Total* | *3,097,460* |

Source: BLM 2012a

BLM_0114293

The Uncompahgre RMP decision area includes 675,800 acres of BLM-administered lands and 971,220 acres of federal subsurface mineral estate in the planning area. The Gunnison Gorge and Dominguez-Escalante National Conservation Areas (NCAs), while within the UFO boundary, are not within the planning area and are not part of this planning effort. A map of the planning area is provided as **Figure ES-1** (Uncompahgre RMP Planning Area).

Management direction and actions outlined in the RMP apply only to the decision area, which is comprised of planning area BLM-administered lands (675,800 acres) and federal mineral estate (971,220 acres) under BLM jurisdiction, except those underlying National Forest System lands[1]. Federal mineral estate within the decision area includes mineral estate underlying BLM-administered lands, federal mineral estate underlying other federal lands except National Forest System lands[1], federal mineral estate underlying privately owned lands, federal mineral estate underlying city lands, and federal mineral estate underlying state-owned lands. In the decision area, federal mineral estate totals 971,220 acres. All proposed actions to access or recover federal mineral estate, regardless of surface estate ownership, will be managed consistent with all proposed actions to access federal mineral estate from federal lands. The BLM adopts the leasing requirements determined by other surface-managing agencies when leasing the mineral estate under those lands. National Forest System lands have leasing decisions made in the appropriate Forest Service Land and Resource Management Plan. In its plans, the Forest Service analyzes impacts from mineral leasing and development and describes where the Forest Service will or will not consent to leasing. The BLM adopted the Grand Mesa, Uncompahgre, and Gunnison National Forests Oil and Gas Leasing Final EIS (1994), which supplemented the 1983 Forest Plan EIS.

## ES.2   PURPOSE OF AND NEED FOR THE RESOURCE MANAGEMENT PLAN

The resource management planning process is a key tool that the BLM uses, in collaboration with interested public parties, to ensure a coordinated and consistent approach to managing BLM-administered lands. An RMP is a set of comprehensive long-range decisions concerning the use and management of resources administered by BLM. In general, the purpose of an RMP is twofold:

1. It provides an overview of goals, objectives, and needs associated with public lands management.

2. It resolves multiple-use conflicts or issues associated with those requirements that drive the preparation of the RMP.

Although the 1985 and 1989 RMPs have been subsequently amended, they do not satisfactorily address new and emerging issues. Laws, regulations, policies, and issues regarding management of BLM-administered lands have changed during the life of the plans. The BLM needs to revise the 1985 and 1989 RMPs to ensure compliance with current mandates and to address issues that have arisen since their preparation.

---

[1] Although minerals beneath National Forest System lands are part of the federal mineral estate, they are not part of the RMP decision area.

BLM_0114294



Figure ES-1: Uncompahgre RMP Planning Area

BLM_0114295

The FLPMA requires that the BLM "develop, maintain, and when appropriate, revise land use plans" (43 USC 1712 [a]). The RMP incorporates new data, addresses land use issues, including conflicts, specifies where and under what circumstances particular activities would be allowed on BLM-administered lands, and incorporates the mandate of multiple uses in accordance with FLPMA. The RMP does not describe how particular programs or projects would be implemented or prioritized; rather, those decisions are deferred to more detailed implementation-level planning.

## ES.3  SCOPING

The policy of the BLM is to provide opportunities for the public, various groups, other federal agencies, Native American tribal members, and state and local governments to participate meaningfully and substantively by providing input and comments during the preparation of the RMP/EIS.

Public involvement is a vital and legal component of both the RMP and EIS processes. Public involvement vests the public in the decision-making process and allows for full environmental disclosure. Guidance for implementing public involvement under NEPA is codified in 40 CFR Section 1506.6, thereby ensuring that federal agencies make a diligent effort to involve the public in the NEPA process. Section 202 of FLPMA directs the Secretary of the Interior to establish procedures for public involvement during land use planning actions on BLM-administered lands. These procedures can be found in the BLM's Land Use Planning Handbook (H-1601-1) (BLM 2005a). Public involvement for the Uncompahgre RMP/EIS includes the following four methods:

- Public scoping before NEPA analysis begins to determine the scope of issues and alternatives to be addressed in the RMP/EIS

- Public outreach via newsletters, news releases, and RMP project Web site (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html) updates

- Collaboration with cooperating agencies (participating federal, state, and local governments), tribal governments, and the BLM Colorado Southwest Resource Advisory Council

- Public review of and comment on the draft RMP/EIS, which analyzes likely environmental effects and identifies the BLM's preferred alternative

The public scoping phase of the process has been completed. The public outreach and collaboration phases are ongoing, while public review of the draft RMP/EIS is occurring for 90 days following its publication. Information about the RMP/EIS process can be obtained by the public at any time on the project Web site at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html. This Web site contains background information about the project, a public involvement timeline and calendar, maps and photos of the planning area, and copies of public information documents released throughout the RMP/EIS process.

## ES.4  ISSUES

Issue identification is the first step of the nine-step BLM planning process. A planning issue is a major controversy or dispute regarding management of resources or uses on BLM-administered lands that can be addressed in a variety of ways.

In September 2008, the BLM completed a preparation plan for the RMP revisions/EIS. This plan, used by the BLM interdisciplinary team to initiate the planning process, highlighted anticipated planning issues developed by the team internally. Based on the lands and resources managed in the planning area, preliminary issues fell into six categories. The comments received during the public scoping process were analyzed, and a scoping summary report was finalized in July 2010 (BLM 2010a). Issues raised during scoping were consistent with the planning issues developed during the internal, preplanning phase. A planning issue statement was developed for each of the six planning issue categories. Each planning issue statement summarizes the issues and concerns heard for each category during scoping. The six planning issue statements are presented in **Table ES-2** (Planning Issue Statements).

**Table ES-2**
**Planning Issue Statements**

| Issue | Resource Category | Planning Issue Statement |
|---|---|---|
| 1. | • Soil, air, and water resources<br>• Special management areas<br>• Vegetation (including riparian and wetland areas and noxious weeds)<br>• Fish and wildlife<br>• Special status species<br>• Drought management and climate change | How will vegetative resources, terrestrial and aquatic habitat, water resources, and special management areas be managed, while maintaining biological diversity and native species populations? |
| 2. | • Non-renewable energy development<br>• Renewable energy development<br>• Minerals and mining | How will energy and minerals resources be managed? |
| 3. | • Recreation<br>• Travel management<br>• Livestock grazing<br>• Visual resources<br>• Noise<br>• Forestry<br>• Wildland fire management | How will human activities and uses be managed? |
| 4. | • Lands and realty | How will land tenure, withdrawals, and utility/energy corridors be managed or adjusted? |
| 5. | • Cultural resources<br>• Paleontological resources<br>• Native American religious concerns | How will cultural, historical, and paleontological resources and Native American Religious Concerns be managed and protected? |
| 6. | • Socioeconomic and environmental justice concerns<br>• Public health and safety | How do population growth and an expanding urban interface affect the management of BLM-administered lands and resources, including authorized permitted land uses, while considering community values and needs? |

BLM_0114297

## ES.5   PLANNING CRITERIA

The FLPMA is the primary authority for the BLM's management of public lands. This law provides the policy by which BLM-administered lands will be managed and establishes provisions for land use planning, land acquisition and disposition, administration, range management, rights-of-way, designated management areas, and the repeal of certain laws and statutes. The NEPA provides the basic national charter for environmental responsibility and requires the consideration and public availability of information regarding the environmental impacts of major federal actions significantly affecting the quality of the human environment. In concert, FLPMA and NEPA provide the overarching guidance for administrating all BLM activities.

Planning criteria are the standards, rules, and guidelines that help to guide data collection and alternative formulation and selection in the RMP-development process. In conjunction with the planning issues, planning criteria ensure that the planning process is focused. The criteria also help guide the final plan selection and provide a basis for judging the responsiveness of the planning options.

The BLM developed preliminary planning criteria before public scoping meetings to set the side boards for focused planning of the Uncompahgre RMP revision and to guide decision making by topic. These criteria were introduced to the public for review in January and February 2010 at all scoping meetings. The public was encouraged to comment on, and suggest additions to, these criteria at the meetings, through written correspondence, and at the Uncompahgre RMP revisions Web site (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html).

All management direction and actions developed as part of the BLM planning process are subject to valid existing rights and must meet the objectives of BLM's multiple-use management mandate and responsibilities (FLPMA Section 202[c] and [e]). Valid existing rights include all valid lease, permit, rights-of-way, validated mining claims, or other land use rights or authorizations in effect on the date of approval of this RMP. Although the courts may recognize adjudicated Revised Statute 2477 rights-of-way as valid existing rights, current BLM policy does not allow BLM to consider unadjudicated Revised Statute 2477 claims as valid existing rights. The current moratorium precluding the BLM from processing Revised Statute 2477 claims is still in effect, making Revised Statute 2477 assertions a legal issue beyond the scope of this planning effort.

## ES.6   MANAGEMENT ALTERNATIVES

The basic goal of developing alternatives is to prepare different combinations of resource uses and protections to address the identified major planning issues, enhance or expand resources or resource uses, and resolve conflicts among resources and resource uses. Alternatives must meet the purpose and need; be reasonable; provide a mix of resource protection, management use, and development; be responsive to the issues; meet the established planning criteria; and meet federal laws, regulations, policies, and standards, including the multiple use mandates of the FLPMA.

Between June 2010 and May 2011, the UFO planning team met to develop management goals, and small teams met to identify objectives and actions to address the goals within their field(s) of expertise. The various groups met numerous times throughout this period to refine their work. Initially, four action alternatives were developed in addition to Alternative A, the no action alternative. The BLM then refined the four preliminary action alternatives, identified obvious

BLM_0114298

similarities among the goals, objectives, and actions of each, and consolidated these into two philosophically distinct alternatives (B and C). Finally, the BLM blended goals, objectives, and actions from the action alternatives and the no action alternative to formulate an agency- (BLM) preferred alternative (D) that strives for balance among competing interests and has the greatest potential to effectively address the planning issues.

The Colorado Southwest Resource Advisory Council subgroup, established to participate in the planning process, and in particular to assist the BLM with creating a range of reasonable alternatives for the EIS, convened 10 times between May 27, 2010 and June 22, 2012. On October 26, 2012, the Resource Advisory Council accepted the range of alternatives as a reasonable range. A partial alternative (Alternative B.1) submitted later by an advocacy group is also considered.

Chapter 2 describes the four alternatives and one partial alternative: the no action alternative (Alternative A) and three action alternatives, Alternatives B, C, and D. The partial alternative, Alternative B.1, would replace portions of Alternative B. The following sections provide some key components of the alternatives. The action alternatives offer a range of possible management approaches for responding to planning issues and resolving user conflicts. While the goals are the same across alternatives, each alternative, including the no action alternative (A), contains a discrete set of objectives and management actions constituting a separate RMP. Resource program goals are met in varying degrees, with the potential for different long-range outcomes and conditions.

The relative emphasis given to particular resources and resource uses differs as well, including allowable uses, restoration measures, and specific direction pertaining to individual resource programs. When resources or resource uses are mandated by law or are not tied to planning issues, there are typically few or no distinctions between alternatives.

Meaningful differences among the four alternatives and one partial alternative are described in **Table ES-3** (Comparative Summary of Alternatives). A complete description of all decisions proposed for each alternative is included in **Chapter 2** (Alternatives). Summaries of the alternatives are presented below.

### ES.6.1  Alternative A: No Action

Alternative A meets the requirement that a no-action alternative be considered. This alternative continues current management direction and prevailing conditions derived from existing planning documents. Goals and objectives for resources and resource uses are based on the applicable portions of the San Juan/San Miguel RMP (BLM 1985) and the entire Uncompahgre Basin RMP (BLM 1989a), along with associated amendments, activity and implementation level plans, and other management decision documents. Laws, regulations, and BLM policies that supersede RMP decisions would apply.

Goals and objectives for BLM-administered lands and mineral estate would not change. Appropriate and allowable uses and restrictions pertaining to activities such as mineral leasing and development, recreation, timber harvesting, construction of utility corridors, and livestock grazing would also remain the same. The BLM would not modify existing or establish additional criteria to guide the identification of site-specific use levels for implementation activities.

BLM_0114299

### ES.6.2 Alternative B

Alternative B emphasizes improving, rehabilitating, and restoring resources and sustaining the ecological integrity of habitats for all priority plant, wildlife, and fish species, while allowing appropriate development scenarios for allowable uses (such as mineral leasing, locatable mineral development, recreation, rights-of-way, and livestock grazing). It particularly targets the habitats needed for the conservation and recovery of federally listed, proposed, or candidate threatened and endangered plant and animal species. Goals and objectives focus on environmental and social outcomes achieved by sustaining relatively unmodified physical landscapes and natural and cultural resource values for current and future generations. This alternative would establish the greatest number of special designation areas such as areas of critical environmental concern and special recreation management areas, with specific measures designed to protect or enhance resource values. Appropriate and allowable uses and restrictions would be contingent on minimizing impacts on natural and cultural resources.

### ES.6.3 Alternative B.1

Alternative B.1 is a partial alternative specific to oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River (referred to as North Fork), primarily in portions of Delta and Gunnison Counties. Alternative B.1 is a resource-based set of recommendations provided by a community group (Citizens for a Healthy Community 2013). This partial alternative is a subset of Alternative B (Alternative B.1 is most closely related to Alternative B) and applies only to the North Fork Alternative Plan area, herein referred to as the "North Fork area." The North Fork area has 63,390 acres of BLM-administered surface estate and 159,820 acres of federal mineral estate (underlying BLM surface and split-estate), 139,540 acres of which are federal fluid minerals. The North Fork Alternative Plan would close certain areas to oil and gas leasing and would also impose development setbacks with strict surface use restrictions, including no surface occupancy (NSO), controlled surface use (CSU), and timing limitations (TLs), in places where leasing may be allowed. Management actions and allowable uses under Alternative B that are not superseded by those in Alternative B.1 would also apply to the North Fork area.

### ES.6.4 Alternative C

The appropriate mix of uses on BLM-administered lands and mineral estate would be based on making the most of resources that target social and economic outcomes, while protecting land health. Management direction would recognize and expand existing uses, and accommodate new uses to the greatest extent possible. The appropriate development scenarios for allowable uses (such as mineral leasing, locatable mineral development, recreation, rights-of-way, and livestock grazing) would emphasize maximizing resource production in an environmentally responsible manner, while maintaining the basic protection needed to sustain resources. Appropriate and allowable uses and restrictions would emphasize social and economic outcomes, while mitigating impacts on land health.

### ES.6.5 Alternative D (Agency Preferred)

Alternative D is the agency-preferred alternative, which emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife, and fish habitat. This alternative incorporates a balanced level of

BLM_0114300

protection, restoration, enhancement, and use of resources and services to meet ongoing programs and land uses. Goals and objectives focus on environmental, economic, and social outcomes achieved by strategically addressing demands across the landscape.

## ES.7   ENVIRONMENTAL CONSEQUENCES

The purpose of the environmental consequences analysis in this RMP/EIS is to determine and disclose the potential for significant impacts of the federal action on the human environment. Council on Environmental Quality regulations for implementing NEPA states that the "human environment" is interpreted comprehensively to include the natural and physical environment and the relationship of people with that environment (40 CFR, Part 1508.14). The "federal action" is the BLM's selection of an RMP on which future land use actions will be based for the UFO.

Chapter 4 objectively evaluates the likely direct, indirect, and cumulative impacts on the human and natural environment in terms of environmental, social, and economic consequences that are projected to occur from implementing the alternatives. Some types of impacts for resources or resource uses could be confined to BLM-administered lands (such as soil disturbance from recreational use), whereas some actions may have off-site/indirect impacts on resources on other land jurisdictions (e.g., private or state lands) overlying federal mineral estate (e.g., requirements to protect resources such as special status species and cultural resources overlying energy and minerals). Some BLM management actions might affect only certain resources and alternatives. The impact analysis identifies both enhancing and improving effects on a resource from a management action, as well as those that have the potential to diminish resource values.

BLM_0114301

**Table ES-3**
**Comparative Summary of Alternatives**

| Resource or Resource Use *Resources* | Alt A | Alt B | Alt B.1 | Alt C | Alt D |
|---|---|---|---|---|---|
| **Ecological Emphasis Areas (acres)[1]** | | | | | |
| Adobe | | 40,730 | | | 24,170 |
| Dry Creek | | 20,320 | | | 10,790 |
| Jumbo Mountain / McDonald Creek | | 17,220 | | | 15,630 |
| La Sal | | 22,350 | | 13,270 | 22,350 |
| Monitor / Potter / Roubideau | | 27,320 | | 10,880 | 27,320 |
| Naturita Canyon | | 15,620 | | | 1,510 |
| Ridgway | | 16,700 | | | 9,070 |
| San Miguel | | 25,520 | | | 17,840 |
| Sims Mesa | | 19,650 | | | 19,650 |
| Spring Canyon | | 3,380 | | | 3,380 |
| Tabeguache | | 31,540 | | | 23,760 |
| Terror Creek | | 2,230 | | | 2,230 |
| **Total** | **0** | **242,580** | | **24,150** | **177,700** |
| **Visual Resource Management (VRM) (acres)** | | *Alt B* | *Alt B.1* | | |
| BLM Surface/Federal Minerals | | | | | |
| *VRM Class I* | 44,220 | 53,870 | 53,860 | 44,220 | 46,440 |
| *VRM Class II* | 21,930 | 176,010 | 181,650 | 31,260 | 112,540 |
| *VRM Class III* | 280,520 | 427,580 | 421,290 | 431,330 | 398,410 |
| *VRM Class IV* | 9,260 | 18,340 | 19,000 | 168,990 | 118,410 |
| *Undesignated* | 319,870 | | | | |
| Private and State Surface/Federal Minerals[2] | | | | | |
| *VRM Class I* | 20 | 100 | | 20 | 20 |
| *VRM Class II* | 10 | 135,030 | 142,710 | 69,040 | 94,250 |
| *VRM Class III* | 243,410 | 139,390 | 131,720 | 196,120 | 173,300 |
| *VRM Class IV* | 420 | 13,050 | | 22,230 | 20,000 |
| *Undesignated[3]* | 51,560 | 7,850 | | 8,010 | 7,850 |
| **Lands Managed to Protect Wilderness Characteristics (acres)** | | | | | |
| Adobe Badlands WSA Adjacent | | 6,180 | | | |
| Camel Back WSA Adjacent | | 6,950 | | | 6,950 |
| Dolores River Canyon WSA Adjacent | | 550 | | | |
| Dry Creek Basin | | 7,030 | | | 7,030 |
| Lower Tabeguache/Campbell Creek | | 11,060 | | | |
| Roc Creek | | 5,480 | | | 4,340 |
| Shavano Creek | | 4,900 | | | |
| **Total** | **0** | **42,150** | | **0** | **18,320** |

**Table ES-3**
**Comparative Summary of Alternatives**

| Resource or Resource Use *Resource Uses* | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| **Livestock Grazing** | | | | |
| Allocated acres open for all classes of livestock grazing[4] | 658,540 | 510,070 | 647,900 | 611,560 |
| Closed to all classes of livestock grazing (acres) | 17,260 | 165,730 | 27,900 | 64,240 |
| Available animal unit months (AUMs) | 38,364 | 29,862 | 37,926 | 36,424 |
| Open for sheep grazing (acres) | 658,540 | 115,530 | 647,900 | 611,560 |
| Closed to sheep grazing (acres) | | 394,540 | | |
| **Coal (acres)** | | | | |
| Unsuitable for surface mining and surface mining operations | 110 | 2,460 | 2,460 | 2,460 |
| *BLM surface/federal minerals* | 110 | 2,150 | 2,150 | 2,150 |
| *Private or State surface/federal minerals* | ▨ | 310 | 310 | 310 |
| Unacceptable for Coal Leasing | 580 | 98,870 | 13,830 | 47,770 |
| *BLM surface/federal minerals* | 580 | 90,630 | 9,340 | 45,000 |
| *Private or State surface/federal minerals* | ▨ | 8,240 | 4,490 | 2,770 |
| Acceptable for Coal Leasing | 145,270 | 323,350 | 408,390 | 374,450 |
| *BLM surface/federal minerals* | 33,790 | 170,740 | 252,030 | 216,370 |
| *Private or State surface/federal minerals* | 111,480 | 152,610 | 156,360 | 158,080 |

| **Fluid Mineral Leasing (acres)** | | *Alt B* | *Alt B.1* | | |
|---|---|---|---|---|---|
| Closed to fluid mineral leasing | 44,220 | 219,580 | 306,670 | 44,220 | 50,060 |
| *Closed to leasing——BLM surface/federal minerals* | 44,220 | 181,220 | 221,570 | 44,220 | 48,510 |
| *Closed to leasing—Private or State surface/federal minerals* | ▨ | 38,360 | 85,100 | ▨ | 1,550 |
| Open to fluid mineral leasing (refer to Appendix B) | 871,810 | 696,450 | 609,360 | 871,810 | 865,970 |
| *Open to leasing—BLM surface/federal minerals* | 631,580 | 494,580 | 454,230 | 631,580 | 627,290 |
| *Open to leasing—Private or State surface/federal minerals* | 240,230 | 201,870 | 155,130 | 240,230 | 238,680 |
| *Open to leasing subject to standard terms and conditions (i.e., not subject to NSO or CSU stipulations)—BLM surface/federal minerals[5]* | 496,510 | 50 | 60 | 251,090 | 174,590 |

BLM_0114303

### Table ES-3
### Comparative Summary of Alternatives

| Resource or Resource Use | Alt A | Alt B | | Alt C | Alt D |
|---|---|---|---|---|---|
| *Open to leasing subject to standard terms and conditions (i.e., not subject to NSO or CSU stipulations)—Private or State surface/federal minerals[4]* | 229,830 | 5,460 | 5,450 | 141,300 | 119,910 |
| *Open to leasing subject to No Surface Occupancy (NSO)—BLM surface/federal minerals* | 24,890 | 354,970 | 318,630 | 14,680 | 187,560 |
| *Open to leasing subject to No Surface Occupancy (NSO)—Private or State surface/federal minerals* | 720 | 97,960 | 86,060 | 7,620 | 50,580 |
| *Open to leasing subject to Controlled Surface Use (CSU)—BLM surface/federal minerals* | 110,180 | 139,560 | 135,550 | 365,810 | 265,140 |
| *Open to leasing subject to Controlled Surface Use (CSU)—Private or State surface/federal minerals* | 9,680 | 98,450 | 63,620 | 91,310 | 68,190 |
| *Open to leasing subject to Timing Limitations (TL)—BLM surface/federal minerals* | 423,900 | 494,580 | 454,230 | 475,220 | 627,290 |
| *Open to leasing subject to Timing Limitations (TL)—Private or State surface/federal minerals* | 77,200 | 201,870 | 155,130 | 107,170 | 238,680 |
| **Restrictions for Surface-disturbing Activities (acres)** *(refer to Appendix B)* | | | | | |
| No ground disturbance (NGD) | 36,450 | | 445,720 | 42,660 | 36,180 |
| Site-specific relocation (SSR) | | | 230,020 | 241,400 | 512,570 |
| Timing limitations (TL) | | | 675,800 | 503,410 | 675,800 |
| **Locatable Minerals, Mineral Materials, and Nonenergy Solid Leasable Minerals (acres)** | | | | | |
| BLM Surface/Federal Minerals[6] | | | | | |
| *Withdrawn from locatable mineral entry* | 28,060 | | 28,060 | 28,060 | 28,060 |
| *Recommend for withdrawal from locatable mineral entry* | 27,690 | | 367,350 | 9,550 | 54,090 |
| *Open to locatable mineral exploration or development* | 620,050 | | 280,390 | 638,190 | 593,650 |
| *Closed to mineral materials disposal* | 102,190 | | 499,960 | 56,350 | 132,520 |

BLM_0114304

Table ES-3
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Open for consideration for mineral materials disposal | 573,610 | 175,840 | 619,450 | 543,280 |
| Closed to nonenergy solid leasable mineral exploration and development | 44,220 | 387,020 | 55,570 | 168,130 |
| Open for consideration of nonenergy solid leasable mineral exploration or development | 631,480 | 288,780 | 620,230 | 507,670 |
| Private, State, or BOR Project Lands Surface/Federal Minerals | | | | |
| Withdrawn from locatable mineral entry | | | | |
| Recommend for withdrawal from locatable mineral entry | | 4,370 | 1,700 | 1,790 |
| Open to locatable mineral exploration or development | 220,390 | 216,020 | 218,690 | 218,600 |
| Closed to mineral materials disposal | 2,500 | 367,350 | 2,260 | 2,850 |
| Open for consideration for mineral materials disposal | 217,890 | 280,390 | 218,130 | 217,540 |
| Closed to nonenergy solid leasable mineral exploration and development | | 499,960 | 1,820 | 2,360 |
| Open for consideration of nonenergy solid leasable mineral exploration or development | 220,390 | 175,840 | 218,570 | 218,030 |
| **Special Recreation Management Areas (SRMAs) (acres)** | | | | |
| Burn Canyon | | 9,160 | | |
| Dolores River Canyon | 13,380 | 13,380 | | 13,380 |
| Dry Creek | | 42,180 | | 42,180 |
| Jumbo Mountain | | 5,020 | | 1,360 |
| Kinikin Hills | | 11,320 | | |
| North Delta | | 8,520 | | |
| Paradox Valley | | 86,990 | | |
| Ridgway Trails | | 1,130 | | 1,130 |
| Roubideau | | 25,350 | | 25,350 |
| San Miguel River | 35,940 | 36,020 | | 36,020 |
| Spring Creek | | 4,980 | | 4,980 |
| **Total** | **49,320** | **244,050** | **0** | **124,400** |

BLM_0114305

**Table ES-3**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| **Extensive Recreation Management Areas[7] (ERMAs) (acres)** | | | | |
| Adobe Badlands | | | 6,370 | |
| Burn Canyon | | | 9,160 | 9,160 |
| Dolores River Canyon | | | 13,380 | |
| Dry Creek | | | 41,290 | |
| Jumbo Mountain | | | 5,020 | |
| Kinikin Hills | | | 11,310 | 10,810 |
| North Delta | | | 8,520 | 8,520 |
| Paradox Valley | | | 44,820 | 44,820 |
| Ridgway Trails | | | 1,130 | |
| Roubideau | | | 25,350 | |
| San Miguel River Corridor | | | 36,020 | |
| Spring Creek | | | 13,510 | |
| **Total** | **0** | **0** | **215,880** | **73,310** |
| **Comprehensive Trails and Travel Management (acres)** | | | | |
| Open to cross-country motorized travel | 8,560 | | 16,070 | |
| Closed to motorized travel (mechanized travel limited to designated routes) | 11,950 | 12,180 | | 1,160 |
| Closed to motorized and mechanized travel | 44,200 | 102,790 | 45,170 | 57,400 |
| Limited to existing routes for motorized and mechanized travel | 465,790 | | | |
| Limited to designated routes for motorized and mechanized travel | 145,300 | 560,830 | 614,560 | 617,240 |
| **Lands and Realty (acres)** | | | | |
| ROW exclusion areas | 85,080 | 431,040 | 44,550 | 53,700 |
| ROW avoidance areas | | 195,460 | 210,390 | 276,500 |
| Designated utility corridors | 297,930 | 64,180 | 64,180 | 64,180 |
| Identified for disposal | 9,850 | 2,650 | 9,850 | 1,930 |
| ***Special Designations*** | | | | |
| **Areas of Critical Environmental Concern (ACECs) (acres)** | | | | |
| Adobe Badlands | 6,370 | | 6,370 | 6,370 |
| Biological Soil Crust | | | | 1,900 |
| Coyote Wash | | 2,100 | | |
| Dolores River Slickrock Canyon | | | | 9,780 |
| Dolores Slickrock Canyon | | 10,670 | | |
| East Paradox | | 7,360 | | |

## Table ES-3
## Comparative Summary of Alternatives

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Fairview South | 210 | | 210 | |
| Fairview South (BLM Expansion) | | | | 610 |
| Fairview South (Colorado Natural Heritage Program [CNHP] Expansion) | | 4,250 | | |
| La Sal Creek | | 10,490 | | |
| Lower Uncompahgre Plateau | | 31,810 | | |
| Needle Rock | 80 | 80 | 80 | 80 |
| Paradox Rock Art | | 1,080 | | 1,080 |
| Roubideau-Potter-Monitor | | 20,430 | | |
| Roubideau Corridors | | | | 8,720 |
| Salt Desert Shrub Ecosystem | | 34,510 | | |
| San Miguel Gunnison Sage-Grouse | | 470 | | |
| San Miguel River | 22,780 | | 22,780 | 22,780 |
| San Miguel River Expansion | | 35,480 | | |
| Sims-Cerro Gunnison Sage-Grouse | | 25,620 | | |
| Tabeguache Creek | 560 | | | |
| Tabeguache Pueblo and Tabeguache Caves | | 26,300 | | |
| West Paradox | | 5,190 | | |
| **Total** | **30,000** | **215,840** | **29,440** | **51,320** |
| **Wilderness and Wilderness Study Areas (WSAs) (acres)** | | | | |
| Adobe Badlands | | 10,320 | | |
| Camel Back | | 10,680 | | |
| Dolores River Canyon | | 13,340 | | |
| Needle Rock Instant Study Area (ISA) | | 80 | | |
| Sewemup Mesa | | 1,740 | | |
| Tabeguache Area | | 8,060 | | |
| **Total** | | **44,220** | | |
| **Eligible (Alternative A) or Suitable (Alternatives B and D) Wild and Scenic River Study Segments (miles crossing BLM-administered land)** | | | | |
| Gunnison River Segment 2 | 0.4 | 0.4 | | |
| Monitor Creek | 9.4 | 9.4 | | 9.4 |
| Potter Creek | 9.8 | 9.8 | | 9.8 |
| Roubideau Creek Segment 1 | 10.0 | 10.0 | | 10.0 |
| Roubideau Creek Segment 2 | 3.5 | 3.5 | | |

BLM_0114307

**Table ES-3**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Deep Creek | 0.6 | 0.6 | | |
| West Fork Terror Creek | 0.5 | 0.5 | | |
| Beaver Creek | 14.2 | 14.2 | | 14.2 |
| Dry Creek Segment 1 | 10.4 | 10.4 | | |
| Naturita Creek | 10.0 | 10.0 | | |
| Saltado Creek | 4.1 | 4.1 | | 4.1 |
| San Miguel River Segment 1 | 17.3 | 17.3 | | 17.3 |
| San Miguel River Segment 2 | 3.6 | 3.6 | | 3.6 |
| San Miguel River Segment 3 | 5.3 | 5.3 | | 4.5 |
| San Miguel River Segment 5 | 2.6 | 2.6 | | 1.3 |
| San Miguel River Segment 6 | 2.3 | 2.3 | | 2.1 |
| Tabeguache Creek Segment 1 | 3.6 | 3.6 | | 3.4 |
| Tabeguache Creek Segment 2 | 7.9 | 7.9 | | |
| Lower Dolores River | 6.9 | 6.9 | | 4.2 |
| North Fork Mesa Creek | 5.8 | 5.8 | | |
| Dolores River Segment 1a | 8.7 | 8.7 | | 8.7 |
| Dolores River Segment 1b | 0.9 | 0.9 | | |
| Dolores River Segment 2 | 5.4 | 5.4 | | 5.3 |
| Ice Lake Creek Segment 2 | 0.3 | 0.3 | | |
| La Sal Creek Segment 1 | 0.6 | 0.6 | | |
| La Sal Creek Segment 2 | 3.8 | 3.8 | | 3.3 |
| La Sal Creek Segment 3 | 3.4 | 3.4 | | 3.4 |
| Lion Creek Segment 2 | 1.3 | 1.3 | | |
| Spring Creek | 1.5 | 1.5 | | |
| **Total** | **154.1** | **154.1** | **0** | **104.6** |
| **Watchable Wildlife Viewing Sites (acres)** | | | | |
| Uncompahgre Riverway | | 20 | | |
| Billy Creek | | 2,990 | | |
| San Miguel River ACEC (Important Bird Area) | | 22,780 | | |
| **Total** | **0** | **25,790** | **0** | **0** |

[1]Refer to **Appendix D**, Ecological Emphasis Areas, for more information.
[2]VRM on split-estate is a recommendation and would be used as a tool for designing and siting development of energy projects.
[3]Private edge-holdings and inholdings on National Forest System lands which do not have a Visual Resource Inventory.
[4]Alternatives A and C: Allocated acres "open" and Available AUMs include areas that are unallotted; see **Appendix E**, Livestock Grazing Allotments and Allotment Levels.
[5]Some TLs could overlap this area but were not excluded due to the temporal nature of the TL stipulation.
[6]Includes BOR-withdrawn non-project lands.
[7]Planning guidance in place when the San Juan/San Miguel and Uncompahgre Basin RMPs were written directed that all BLM-administered land not designated as an SRMA should be designated as an ERMA. Under today's recreation guidance, what was formerly the Uncompahgre ERMA would be considered "undesignated" (i.e., neither an ERMA nor an SRMA). As such, the terminology has been updated to reflect more closely the recreation guidance under which this RMP was written to avoid nonequivalent comparisons.
Shading indicates zero acres or miles under that alternative.

BLM_0114308

# Chapter 1
# Introduction

BLM_0114309

BLM_0114310

# TABLE OF CONTENTS

Chapter                                                         Page

1. **INTRODUCTION** ................................................................................ 1-1
    1.1     Purpose of and Need for the Resource Management Plan ................................. 1-2
    1.2     Description of the Planning Area ................................................................ 1-4
    1.3     Planning Process .................................................................................... 1-5
    1.4     Scoping and Planning Issues ..................................................................... 1-7
            1.4.1   Scoping Process ...................................................................... 1-8
            1.4.2   Issue Identification ................................................................. 1-9
            1.4.3   Issues Considered but Not Further Analyzed ............................. 1-9
    1.5     Planning Criteria and Legislative Constraints ............................................. 1-10
            1.5.1   Relationship to BLM Policies, Plans, and Programs ................... 1-13
    1.6     Collaboration ...................................................................................... 1-13
            1.6.1   Cooperating Agency Collaboration .......................................... 1-13
            1.6.2   Resource Advisory Council Collaboration ................................. 1-16
            1.6.3   Collaboration and Consultation with Tribes .............................. 1-16
    1.7     Related Plans ....................................................................................... 1-17
            1.7.1   City and County Plans ............................................................ 1-17
            1.7.2   State Agency Plans ................................................................. 1-18
            1.7.3   Federal Agency Plans ............................................................. 1-18
            1.7.4   Other .................................................................................. 1-18
    1.8     Implementation and Monitoring of the Resource Management Plan ............... 1-19

# TABLES

                                                         Page

1-1     Land Status within the Uncompahgre RMP Planning Area ............................ 1-4
1-2     BLM Planning Process ........................................................................... 1-7
1-3     Planning Issue Statements ...................................................................... 1-10
1-4     RMP Amendments and Other Documents Considered for Implementation-level
        Planning ............................................................................................. 1-14
1-5     Cooperating Agency Participation .......................................................... 1-15

# DIAGRAMS

                                                          Page

1-1     Document Organization and Contents Overview ....................................... 1-3
1-2     BLM Planning Process ........................................................................... 1-6

# FIGURES (see Appendix A)

1-1     Uncompahgre RMP Planning Area
1-2     Federal Mineral Estate

BLM_0114311

This page intentionally left blank.

BLM_0114312

| **ACRONYMS AND ABBREVIATIONS** | Full Phrase |
|---|---|
| ACEC | area of critical environmental concern |
| ATV | all-terrain vehicle |
| AUM | animal unit month |
| | |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| BOR | United States Department of the Interior, Bureau of Reclamation |
| | |
| CARMMS | Colorado Air Resources Management Modeling Study |
| CFR | Code of Federal Regulations |
| CNHP | Colorado Natural Heritage Program |
| CPW | Colorado Parks and Wildlife |
| CSU | controlled surface use |
| | |
| decision area | public lands and federal mineral estate managed by the United States Department of the Interior, Bureau of Land Management |
| DOE | United States Department of Energy |
| DOI | United States Department of the Interior |
| | |
| EIS | environmental impact statement |
| EPA | United States Environmental Protection Agency |
| ERMA | extensive recreation management area |
| ESA | Endangered Species Act of 1973 |
| | |
| federal mineral estate | subsurface mineral estate administered by the United States Department of the Interior, Bureau of Land Management |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| FMP | fire management plan |
| Forest Service | United States Department of Agriculture, Forest Service |
| FWFMP | Federal Wildland Fire Management Policy |
| | |
| GIS | Geographic Information Systems |
| | |
| IMPLAN | impact analysis for planning (model) |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| ISA | instant study area |
| | |
| NCA | National Conservation Area |
| NEPA | National Environmental Policy Act of 1969 |
| NGD | no ground disturbance |
| NHPA | National Historic Preservation Act of 1966 |
| NL | no leasing |
| North Fork area | North Fork Alternative Plan area (63,390 acres of BLM-administered surface estate and 159,820 acres of federal mineral estate) (Figure 2-1) |
| NPS | United States Department of the Interior, National Park Service |
| NRHP | National Register of Historic Places |
| NSO | no surface occupancy |
| NWSRS | National Wild and Scenic Rivers System |

BLM_0114313

## ACRONYMS AND ABBREVIATIONS *(continued)* Full Phrase

| | |
|---|---|
| OHV | off-highway vehicle |
| ORV | outstandingly remarkable value |
| | |
| PFC | proper functioning condition |
| PFYC | Potential Fossil Yield Classification |
| PILT | payment in lieu of taxes |
| planning area | Uncompahgre Field Office boundary, including all lands, regardless of land ownership, except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA |
| PM$_{2.5}$ | particulate matter smaller than 2.5 microns in effective diameter |
| PM$_{10}$ | particulate matter smaller than 10 microns in effective diameter |
| | |
| RMA | recreation management area |
| RMP | resource management plan |
| ROD | record of decision |
| ROW | right-of-way |
| | |
| SRMA | special recreation management area |
| SRP | special recreation permit |
| SSR | site-specific relocation |
| | |
| TL | timing limitation |
| | |
| UFO | Uncompahgre Field Office |
| US | United States |
| USC | United States Code |
| USDA | United States Department of Agriculture |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| | |
| VRI | visual resource inventory |
| VRM | visual resource management |
| | |
| WSA | wilderness study area |
| WSR | wild and scenic river |
| WUI | wildland urban interface |

BLM_0114314

# CHAPTER 1

# INTRODUCTION

The United States (US) Department of the Interior (DOI), Bureau of Land Management (BLM) has prepared this draft resource management plan (RMP) revision and environmental impact statement (EIS). This document provides direction for managing public lands and federal mineral estate under the jurisdiction of the BLM Uncompahgre Field Office (UFO) in Colorado and analyzes the environmental effects that could result from implementing the alternatives addressed in the RMP. The affected lands are currently managed under two separate land use plans and plan amendments: portions of the San Juan/San Miguel Planning Area RMP (BLM 1985) and the entire Uncompahgre Basin RMP (BLM 1989a).

This RMP has been prepared using BLM planning regulations and guidance issued under the authority of the Federal Land Policy and Management Act (FLPMA) of 1976 (43 US Code 1701 et seq.) and the BLM's Land Use Planning Handbook, H-1601-1 (BLM 2005a), as amended. An EIS is incorporated into this document to meet the requirements of the National Environmental Policy Act of 1969 (NEPA), Council on Environmental Quality regulations for implementing the NEPA (40 Code of Federal Regulations [CFR] 1500-1508), DOI NEPA regulations (43 CFR 46), and requirements of the BLM's NEPA Handbook, H-1790-1 (BLM 2008a).

The land use planning process is the key tool used by the BLM to manage resources and designate uses on BLM-administered lands in coordination with tribal, state, and local government; land users; and interested members of the public. Generally, an RMP does not result in a wholesale change of management direction; accordingly, this RMP incorporates new information and regulatory guidance that has been adopted since the previous plans and provides management direction where it may be lacking or requiring clarification to resolve land use issues, including conflicts. Current management direction that has proven effective and requires no change has been carried forward into this RMP and will be considered throughout the analysis process. Major issues to be addressed in the RMP revision include the following:

- Managing vegetative resources, terrestrial and aquatic habitat, water resources, and special management areas, while maintaining biological diversity and native species populations.

BLM_0114315

- Managing energy and minerals resources.

- Managing human activities and uses.

- Managing or adjusting land tenure, withdrawals, and utility/energy corridors.

- Managing and protecting cultural, historical and paleontological resources, and Native American religious concerns.

- Managing the effects of population growth and an expanding urban interface on management of BLM-administered lands and resources, including authorized and permitted land uses, while considering community values and needs.

To help navigate this document, **Diagram 1-1** (Document Organization and Contents Overview) provides an outline of the RMP/EIS and describes the information found within each section. All maps for the RMP/EIS are provided in **Appendix A** (Figures). The management alternatives are presented in **Chapter 2** (Alternatives) and are supported by the stipulations contained in **Appendix B** (Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities).

## 1.1 PURPOSE OF AND NEED FOR THE RESOURCE MANAGEMENT PLAN

The purpose of the Uncompahgre RMP is to provide broad-scale direction for the management of public lands and resources administered by the BLM Uncompahgre Field Office that are within the planning area. The RMP presents desired outcomes, which are expressed in terms of goals and objectives for resource conditions and uses. It also establishes the allowable uses, management actions, and special designations that will enable the BLM to achieve the desired outcomes.

Management direction presented in the Uncompahgre RMP adheres to statutory requirements and is in accordance with principles of multiple use and sustained yield, as mandated by the provisions of the FLPMA, which establishes public land policy and sets forth the requirement for the BLM to develop, maintain, and when appropriate, revise or amend land use plans for the management of public lands. The RMP guides the Uncompahgre Field Office in the implementation of subsequent management actions within the planning area.

BLM regulations require that existing land use plans be revised when necessary to address current resource conditions, changes in circumstances (e.g., evolving demands on resources), and new or revised national-level policy (43 CFR 1610.5-6). Management direction for lands in the Uncompahgre planning area was contained in the 1985 San Juan/San Miguel RMP, 1989 Uncompahgre Basin RMP, and subsequent amendments. Since the 1985 and 1989 plans and amendments were completed, new information, revised laws and policies, emerging issues, and changed circumstances and resource conditions generated the need for a revised land use plan.

**Diagram 1-1**
**Document Organization and Contents Overview**

VOLUME I

**Acronyms and Abbreviations**
Lists the acronyms and abbreviations used in the RMP/EIS.

**Chapter 1: Introduction**
Summarizes the proposed action, purpose and need, and decisions to be made in this RMP/EIS.

**Chapter 2: Alternatives**
Describes and compares the proposed management alternatives.

**Chapter 3: Affected Environment**
Presents existing biological, physical, and socioeconomic resources that could be affected by implementing the management alternatives.

VOLUME II

**Chapter 4: Environmental Consequences**
Evaluates the impacts of the alternatives on the human and natural environment in terms of environmental, social, and economic consequences projected to occur from implementing the alternatives.

**Chapter 5: Consultation and Coordination**
Describes the scoping and public comment process, agencies contacted, and government-to-government consultation, and lists the preparers of the RMP/EIS.

**References**
Lists the documents and other sources used to prepare the RMP/EIS.

**Glossary**
Provides definitions for important terms used in the RMP/EIS.

**Index**
Identifies where in the RMP/EIS significant issues, resource descriptions, NEPA terms, and agencies and groups discussed can be found.

VOLUME III

**Appendices**
A   Figures *(on the CD located in the back pocket of the RMP/EIS)*
B   Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities
C   BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado
D   Ecological Emphasis Areas
E   Livestock Grazing Allotments and Allotment Levels
F   Summary of the Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update
G   Best Management Practices and Standard Operating Procedures
H   Colorado BLM Comprehensive Air Resource Protection Protocol
I   Drought Management
J   Description of Recreation Management Areas
K   Bighorn/Domestic Sheep Risk of Association Modeling
L   Coal Screening Criteria for the Uncompahgre Planning Area
M   Travel Management
N   Legal Descriptions of Lands Available for Disposal
O   Summary of Areas of Critical Environmental Concern Report
P   Summary of Draft Wild and Scenic River Suitability Report
Q   Air Emissions Inventory

BLM_0114317

## 1.2  DESCRIPTION OF THE PLANNING AREA

The Uncompahgre RMP planning area includes BLM; US Department of Agriculture (USDA), Forest Service (Forest Service); US Department of the Interior, National Park Service (NPS); State of Colorado lands; and private property. It totals approximately 3.1 million acres in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado. The planning area also includes 2,234,670 acres of federal mineral estate.

The Gunnison Gorge and Dominguez-Escalante National Conservation Areas, while within the UFO boundary, are not within the planning area and are not part of this planning effort. **Table 1-1** (Land Status within the Uncompahgre RMP Planning Area) and **Figure 1-1** (Uncompahgre RMP Planning Area) highlight the ownership pattern of the planning area. This RMP does not make any decisions for the BLM Gunnison Gorge or the Dominguez-Escalante National Conservation Areas, which are managed under separate RMPs.

**Table 1-1**
**Land Status within the Uncompahgre RMP Planning Area**

| Agency | Acres |
| --- | --- |
| Bureau of Land Management | 675,800 |
| Forest Service | 1,248,390 |
| National Park Service | 27,130 |
| State (including Colorado Parks and Wildlife) | 20,110 |
| Private | 1,125,350 |
| City | 680 |
| *Total* | *3,097,460* |

Source: BLM 2012a

The Uncompahgre RMP decision area includes 675,800 acres of BLM-administered lands, which includes withdrawn lands. While there are over 2.2 million acres of federal mineral estate in the planning area, there are 971,220 acres of federal mineral estate in the decision area[1] (**Figure 1-2** [Federal Mineral Estate]). Management direction and actions outlined in the RMP apply only to BLM-administered lands and to federal mineral estate under BLM jurisdiction within the decision area.

The Curecanti National Recreation Area is withdrawn to the US DOI, Bureau of Reclamation (BOR) and managed by the NPS under a Memorandum of Understanding between NPS and BOR. Curecanti National Recreation Area is within the decision area until legislation supersedes; locatable minerals have not been withdrawn and are managed by the BLM, and the area is not closed to fluid minerals leasing or mineral materials disposal.

Federal mineral estate within the decision area includes mineral estate underlying BLM-administered lands, privately owned lands, city lands, and State-owned lands. The BLM adopts

---

[1] Although minerals beneath National Forest System lands are part of the federal mineral estate they are not part of the RMP decision area.

BLM_0114318

the leasing requirements determined by other federal surface-managing agencies when leasing the mineral estate (while within the planning area, it is outside of the decision area). To lease minerals beneath surface lands administered by the US Department of Agriculture, Forest Service (Forest Service), the BLM must receive consent to lease from the Forest Service, and incorporate any accompanying stipulations required by forest land use plans or forest-wide programmatic leasing analyses.

All proposed actions to access or recover federal mineral estate in the decision area, regardless of surface estate ownership, will be managed consistent with all proposed actions to access federal mineral estate from federal lands.

## 1.3   PLANNING PROCESS

The process for developing, approving, maintaining, and amending or revising the RMP was initiated under the authority of Section 202(f) of FLPMA and Section 202(c) of NEPA. The process is guided by BLM planning regulations codified in 43 CFR 1600 and Council on Environmental Quality regulations codified in 40 CFR 1500 and has two tiers: 1) the land use planning tier; and 2) the implementation tier.

In the land use planning tier, the BLM develops the RMP. The RMP prescribes the allocation of and general future management direction for the resources and land uses of BLM-administered lands in the Uncompahgre planning area. The RMP then guides the implementation tier, which includes site-specific implementation planning and daily operations. Activity or implementation planning converts the resource and land use decisions of the RMP into site-specific implementation decisions for smaller geographic units of BLM-administered land within the Uncompahgre RMP decision area. Implementation decisions identified as a result of the implementation plan require site-specific planning and NEPA analysis. Implementation planning includes elements such as recreation area management plans, fluid mineral development activities, and interdisciplinary or coordinated activity plans that issue various land and resource use authorizations. Implementation planning can also include identification of specific mitigation needs and development and implementation of other similar plans and actions.

As part of this RMP revision, published documents will include a draft RMP/EIS, a proposed RMP/final EIS, and an approved RMP/record of decision (ROD). The approved RMP/ROD will describe the following:

- Resource conditions goals and objectives

- Allowable resource uses and related levels of production or use to be maintained

- Land areas to be managed for limited, restricted, or exclusive resource uses or for transfer from BLM administration

- Program constraints and general management practices and protocols

- General implementation schedule or sequences

- Intervals and standards for monitoring the RMP

Preparation of an RMP involves interrelated steps, as illustrated in **Diagram 1-2** (BLM Planning Process) and described in **Table 1-2** (BLM Planning Process).

BLM_0114319



**Diagram 1-2**
**BLM Planning Process**

*These steps may be revised throughout the planning process and may overlap other steps

**Table 1-2**
**BLM Planning Process**

| BLM Planning Process Step | Description | Timeframe |
|---|---|---|
| Step 1—Identify planning issues | Issues and concerns are identified through a scoping process that includes the public, Indian tribes, other federal agencies, state and local governments, and internal BLM staff. | January 2008 to March 2010 |
| Step 2—Develop planning criteria | Planning criteria are created to ensure decisions are made to address the issues pertinent to the planning effort. Planning criteria are derived from a variety of sources, including applicable laws and regulations, existing management plans, coordinating other agencies' programs, and the results of public and agency scoping. The planning criteria may be updated and changed as planning proceeds. | January 2008 to March 2010 |
| Step 3—Collect data and information | Data and information for the resources in the planning area are collected based on the planning criteria. | Ongoing |
| Step 4—Analyze management situation | The current management of resources in the planning area is assessed. | September 2009 to June 2010 |
| Step 5—Formulate alternatives | A range of reasonable management alternatives is developed to address issues identified during scoping. | May 2010 to April 2012 |
| Step 6—Assess alternatives | The effects of each alternative are estimated. | April 2012 to October 2012 |
| Step 7—Select preferred alternative | The alternative that best resolves planning issues is identified as the preferred alternative. | April 2012 to October 2012 |
| Step 8—Select RMP | First, a draft RMP/EIS is issued and is made available to the public for a review period of 90 days. After comments to the draft document have been received and analyzed, it is modified as necessary, and the proposed RMP/final EIS is published and made available for public review for 30 days. The BLM signs a ROD to approve the RMP/EIS. | Draft RMP/EIS: 2016 <br><br> Proposed RMP/Final EIS: estimated 2017 <br><br> Approved RMP/ROD: estimated 2018 |
| Step 9—Implementation Monitoring | Management measures outlined in the approved plan are implemented on the ground, and future monitoring is conducted to test their effectiveness. Changes are made as necessary to achieve desired results. | Ongoing after RMP approval |

## 1.4 SCOPING AND PLANNING ISSUES

The policy of the BLM is to provide opportunities for the public, various groups, other federal agencies, Native American tribal members, and state and local governments to participate meaningfully and substantively by providing input and comments during the preparation of the RMP/EIS.

BLM_0114321

Public involvement is a vital and legal component of both the RMP and EIS processes. Public involvement vests the public in the decision-making process and allows for full environmental disclosure. Guidance for implementing public involvement under NEPA is codified in 40 CFR Section 1506.6, thereby ensuring that federal agencies make a diligent effort to involve the public in the NEPA process. Section 202 of FLPMA directs the Secretary of the Interior to establish procedures for public involvement during land use planning actions on BLM-administered lands. These procedures can be found in the BLM's Land Use Planning Handbook (H-1601-1) (BLM 2005a). Public involvement for the Uncompahgre RMP/EIS includes the following four methods:

- Public scoping before NEPA analysis begins to determine the scope of issues and alternatives to be addressed in the RMP/EIS

- Public outreach via newsletters, news releases, and RMP project Web site (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html) updates

- Collaboration with cooperating agencies (participating federal, state, and local governments), tribal governments, and the BLM Colorado Southwest Resource Advisory Council

- Public review of and comment on the draft RMP/EIS, which analyzes likely environmental effects and identifies the BLM's preferred alternative

The public scoping phase of the process has been completed and is described in **Section 1.4.1** (Scoping Process) below. The public outreach and collaboration phases are ongoing, while public review of the draft RMP/EIS is occurring for 90 days following its publication. Information about the RMP/EIS process can be obtained by the public at any time on the project Web site at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html. This Web site contains background information about the project, a public involvement timeline and calendar, maps and photos of the planning area, and copies of public information documents released throughout the RMP/EIS process.

## 1.4.1  Scoping Process

The BLM began the scoping process with seven open houses in January and February 2010 to provide the public with opportunities to become involved, to learn about the project and the planning process, to meet the Uncompahgre RMP team members, and to offer comments. Scoping meetings were held in an open house format to encourage participants to discuss concerns and questions with BLM staff representatives. The scoping meetings were attended by 369 individuals.

On December 24, 2009, the BLM mailed a newsletter announcing the start of the scoping period for the Uncompahgre RMP/EIS to more than 390 individuals from the public, agencies, and organizations who participated in past UFO activities, currently hold use permits, or requested to be included on UFO distribution lists. The newsletter provided the dates and venues for the original six scoping open houses (in Hotchkiss, Delta, Montrose, Ridgway, Norwood, and Naturita) scheduled in January 2010. The seventh open house in Telluride was added in response to a special request from the San Miguel County Commissioners. The newsletter included an insert with a comment form for submitting scoping comments, and described the various methods for submitting comments, including dedicated e-mail and postal

BLM_0114322

addresses. The newsletter was posted on the project Web site (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html) and was available at scoping meetings.

In addition to the newsletter, information about the scoping period, the original six scoping open houses, and submitting scoping comments was provided in a press release dated January 5, 2010 and posted on the project Web site. The information was also publicized with display advertisements in six local newspapers in December 2009 and January 2010 and a flyer posted in various public locations throughout the planning area.

Although public scoping meetings began in January 2010, the formal scoping period began with publication of the Notice of Intent in the Federal Register on February 25, 2010 (75 *Federal Register* 8739-8740, February 25, 2010). A copy of the Notice of Intent was also posted on the project's Web site. The Notice of Intent notified the public of the BLM's intent to develop an RMP for the UFO. The scoping period for receipt of public comments ended March 29, 2010.

During the scoping period, the BLM received 214 unique written submissions and 13 different form letters containing a total of 2,496 unique comments. Detailed information about the comments received and the public outreach process can be found in the Uncompahgre RMP Revision Scoping Summary Report, finalized in July 2010 (BLM 2010a). A summary of the issues identified during public scoping and outreach is included in **Section 1.4.2** (Issue Identification).

Refer to **Section 1.6** (Collaboration) and **Chapter 5** (Consultation and Coordination) for additional information on other public participation opportunities.

### 1.4.2   Issue Identification

Issue identification is the first step of the nine-step BLM planning process (**Table 1-2**). A planning issue is a major controversy or dispute regarding management of resources or uses on BLM-administered lands that can be addressed in a variety of ways.

In September 2008, the BLM completed a preparation plan for the RMP revisions/EIS. This plan, used by the BLM interdisciplinary team to initiate the planning process, highlighted anticipated planning issues developed by the team internally. Based on the lands and resources managed in the planning area, preliminary issues fell into six categories. The comments received during the public scoping process were analyzed, and a scoping summary report was finalized in July 2010 (BLM 2010a). Issues raised during scoping were consistent with the planning issues developed during the internal, preplanning phase. A planning issue statement was developed for each of the six planning issue categories. Each planning issue statement summarizes the issues and concerns heard for each category during scoping. The six planning issue statements are presented in **Table 1-3** (Planning Issue Statements).

### 1.4.3   Issues Considered but Not Further Analyzed

During scoping, several concerns were raised regarding issues that would not be addressed in the RMP, including administrative/policy issues, implementation issues, issues outside the scope of the RMP, and issues that have already been addressed through other BLM activities. The Uncompahgre RMP Scoping Summary Report (BLM 2010a) provides a comprehensive list of issues outside the scope of the RMP.

BLM_0114323

**Table 1-3**
**Planning Issue Statements**

| Issue | Resource Category | Planning Issue Statement |
|---|---|---|
| 1. | • Soil, air, and water resources<br>• Special management areas<br>• Vegetation (including riparian and wetland areas and noxious weeds)<br>• Fish and wildlife<br>• Special status species<br>• Drought management and climate change | How will vegetative resources, terrestrial and aquatic habitat, water resources, and special management areas be managed, while maintaining biological diversity and native species populations? |
| 2. | • Non-renewable energy development<br>• Renewable energy development<br>• Minerals and mining | How will energy and minerals resources be managed? |
| 3. | • Recreation<br>• Travel management<br>• Livestock grazing<br>• Visual resources<br>• Noise<br>• Forestry<br>• Wildland fire management | How will human activities and uses be managed? |
| 4. | • Lands and realty | How will land tenure, withdrawals, and utility/energy corridors be managed or adjusted? |
| 5. | • Cultural resources<br>• Paleontological resources<br>• Native American religious concerns | How will cultural, historical, and paleontological resources and Native American Religious Concerns be managed and protected? |
| 6. | • Socioeconomic and environmental justice concerns<br>• Public health and safety | How do population growth and an expanding urban interface affect the management of BLM-administered lands and resources, including authorized permitted land uses, while considering community values and needs? |

The largest proportion of public comment centered around three issues: special designation areas (30.5 percent), notably wilderness, wilderness study areas (WSAs), and wild and scenic rivers; recreation and travel management (25 percent); and non-renewable energy development (10.3 percent).

## 1.5  PLANNING CRITERIA AND LEGISLATIVE CONSTRAINTS

The FLPMA is the primary authority for the BLM's management of public lands. This law provides the policy by which BLM-administered lands will be managed and establishes provisions for land use planning, land acquisition and disposition, administration, range management, rights-of-way, designated management areas, and the repeal of certain laws and statutes. The NEPA

BLM_0114324

provides the basic national charter for environmental responsibility and requires the consideration and public availability of information regarding the environmental impacts of major federal actions significantly affecting the quality of the human environment. In concert, FLPMA and NEPA provide the overarching guidance for administrating all BLM activities.

Planning criteria are the standards, rules, and guidelines that help to guide data collection and alternative formulation and selection in the RMP-development process. In conjunction with the planning issues, planning criteria ensure that the planning process is focused. The criteria also help guide the final plan selection and provide a basis for judging the responsiveness of the planning options.

The BLM developed preliminary planning criteria before public scoping meetings to set the side boards for focused planning of the Uncompahgre RMP revision and to guide decision making by topic. These criteria were introduced to the public for review in January and February 2010 at all scoping meetings. The public was encouraged to comment on, and suggest additions to, these criteria at the meetings, through written correspondence, and at the Uncompahgre RMP revisions Web site (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html). The planning criteria are:

- The proposed RMP will comply with FLPMA and all other applicable laws, regulations, and policies.

- Impacts from the management alternatives considered in the revised RMP will be analyzed in an EIS developed in accordance with regulations at 43 CFR 1610 and 40 CFR 1500.

- Lands covered in the RMP will be public land and split estates managed by the BLM. No decisions will be made relative to non-BLM administered lands (except when decisions regard federal mineral estate).

- For program-specific guidance of land use planning level decisions, the process will follow the Land Use Planning Manual 1601 (BLM 2000a) and Handbook H-1601-1, Appendix C (BLM 2005a), as amended.

- Broad-based public participation will be an integral part of the planning and EIS process.

- The planning team will work cooperatively with the State of Colorado, tribal governments, county and municipal governments, other federal agencies, the Southwest Resource Advisory Council, cooperating agencies, and all other interested groups, agencies, and individuals.

- Decisions in the RMP will strive to be compatible with the existing plans and policies of adjacent local, state, and federal agencies, as long as the decisions are consistent with the purposes, policies, and programs of federal law, and regulations applicable to public lands.

- The BLM will consult with Colorado Parks and Wildlife (CPW). The RMP will recognize the State's responsibility and authority to manage wildlife.

BLM_0114325

- The BLM will recognize the Office of Surface Mining's responsibility and authority to regulate coal activities.

- The BLM will recognize the State's responsibility for permitting related to oil and gas activities and in regulating air quality impacts.

- The BLM will recognize the State's responsibility for permitting related to uranium, coal, and sand and gravel activities, and in regulating water quality impacts.

- The National Sage-grouse Strategy (BLM 2004a) requires that impacts on sagebrush habitat and sagebrush-dependent wildlife species be analyzed and considered in BLM land use planning efforts for public lands with sagebrush habitat in the planning area.

- The RMP will recognize valid existing rights.

- The planning process will incorporate BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; **Appendix C**).

- The BLM will follow guidance in Instruction Memorandum 2012-169, Resource Management Plan Alternative Development for Livestock Grazing, when developing a range of alternatives for livestock grazing.

- Wilderness study areas will continue to be managed according to BLM Manual 6330, Management of Wilderness Study Areas (BLM 2012b) until Congress either designates all or portions of the WSA as wilderness or releases the lands from further wilderness consideration. It is no longer the policy of the BLM to make formal determinations regarding wilderness character, to designate additional WSAs through the RMP process, or to manage any lands other than existing WSAs in accordance with BLM Manual 6330 (BLM 2012b).

- The planning process will involve American Indian tribal governments and will provide strategies for the protection of recognized traditional uses.

- Any location-specific information pertaining to cultural resources (either map, description, or photo) is proprietary to the BLM and will not become the property of any contractors working on the EIS or attached to any document (paper or electronic), nor is this information subject to any public release or Freedom of Information Act requests (36 CFR 7.18).

- The RMP will include adaptive management criteria and protocol to deal with future issues.

- A reasonable foreseeable development scenario for fluid minerals, mineral potential reports for coal and other minerals, and a renewable energy potential report will be developed from analysis of past activity, production, and other sources, which will aid in developing alternatives and in the environmental consequences analysis.

- Data in the Colorado Plateau Rapid Ecological Assessment will be considered as appropriate.

Additional planning criteria received in public scoping comments included incorporation of the Conservation Agreement or Strategy for Colorado River Cutthroat Trout.

All management direction and actions developed as part of the BLM planning process are subject to valid existing rights and must meet the objectives of BLM's multiple-use management mandate and responsibilities (FLPMA Section 202[c] and [e]). Valid existing rights include all valid lease, permit, rights-of-way, validated mining claims, or other land use rights or authorizations in effect on the date of approval of this RMP. Although the courts may recognize adjudicated Revised Statute 2477 rights-of-way as valid existing rights, current BLM policy does not allow BLM to consider unadjudicated Revised Statute 2477 claims as valid existing rights. The current moratorium precluding the BLM from processing Revised Statute 2477 claims is still in effect, making Revised Statute 2477 assertions a legal issue beyond the scope of this planning effort.

### 1.5.1   Relationship to BLM Policies, Plans, and Programs

Since the San Juan/San Miguel RMP (BLM 1985) and Uncompahgre Basin RMP (BLM 1989a) were developed and approved, it has been necessary to amend them to provide additional land management direction. As the land use plan guidance is put into practice on the ground, implementation-level planning is directed by BLM policy and program-specific guidance. **Table 1-4** (RMP Amendments and Other Documents Considered for Implementation-level Planning) identifies approved plan amendments incorporated into the existing land use plans. These plan amendments provide a perspective of the many management considerations pertinent to the decision area.

## 1.6   COLLABORATION

The benefits of enhanced collaboration among agencies in the preparation of NEPA analyses include disclosing relevant information early in the analytical process, applying available technical expertise and staff support, avoiding duplication with other federal, state, tribal, and local procedures, and establishing a mechanism for addressing intergovernmental issues. Additional information regarding collaboration with governments, agencies, and tribal representatives is provided in **Chapter 5**.

### 1.6.1   Cooperating Agency Collaboration

A cooperating agency is any federal, state, or local government agency or Native American tribe that enters into a formal agreement with the lead federal agency to help develop an environmental analysis. More specifically, cooperating agencies "work with the BLM, sharing knowledge and resources, to achieve desired outcomes for public lands and communities within statutory and regulatory frameworks" (BLM Land Use Planning Handbook H-1601-1 [BLM 2005a]). The benefits of enhanced collaboration among agencies in preparing NEPA analyses include the following:

- Disclosing relevant information early in the analytical process

- Applying available technical expertise and staff support

- Avoiding duplication with other federal, state, tribal, and local procedures

- Establishing a mechanism for addressing intergovernmental issues

BLM_0114327

**Table 1-4**
**RMP Amendments and Other Documents Considered for Implementation-level Planning**

| Amendments to the San Juan/San Miguel 1985 RMP |
| --- |
| Colorado Oil and Gas Leasing and Development EIS (BLM 1991a) |
| EA for the Proposed Area of Critical Environmental Concern and Special Recreation Management Area on the San Miguel River (BLM 1993a) |
| EA for Off-highway Vehicle Designations (BLM 2010c) |
| **Amendments to the Uncompahgre Basin 1989 RMP** |
| EA for Fire Management (BLM 1992a) |
| EA for Land Disposal (BLM 1994a) |
| EA for Gunnison Travel Interim Restrictions (Forest Service and BLM 2001) |
| EA for Uncompahgre Field Office Dry Creek Travel Management Plan (BLM 2009a) |
| EA for Off-highway Vehicle Designations (BLM 2010c) |
| Record of Decision for Implementation of a Wind Energy Development Program and Associated Land Use Plan Amendments (BLM 2005b) |
| BLM Final Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States Programmatic Weed EIS on 17 Western States (BLM 2007a) |
| Record of Decision and Resource Management Plan Amendments for Geothermal Leasing in the Western United States (BLM 2008b) |
| Approved Resource Management Plan Amendments/Record of Decision for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States (US Department of Energy and BLM 2009) |
| Approved Resource Management Plan Amendments/Record of Decision for Solar Energy Development in Six Southwestern States (BLM 2012c) |
| **Implementation-Level Plans** |
| Final Wilderness Environmental Impact Statement for the Uncompahgre Basin Resource Area, Montrose District, Colorado (BLM 1989b) |
| Wilderness Study Report: Montrose District (BLM 1991b) |
| Mesa Creek Coordinated Resource Management Plan (BLM 1993b) |
| Withdrawal for Protection of Townsend's Big-eared Bat Maternity Roosting Sites (BLM 2008c) |
| Uncompahgre Field Office Fire Management Plan (BLM 2008d) |

The primary role of cooperating agencies is to provide input during the EIS process on issues for which they have a special expertise or jurisdiction. The representatives meet with the lead agency periodically throughout the EIS process to discuss issues as a group. Cooperating agencies are expected to participate in the EIS process at the earliest possible time, including during scoping, and are available to enhance the interdisciplinary capability of the lead agency by providing needed information throughout the NEPA process.

On January 23, 2009, the BLM invited 40 local, state, federal, and tribal representatives to participate as cooperating agencies for the Uncompahgre RMP revision. The BLM invited one additional agency in March 2013. Eighteen agencies are participating in the RMP as designated cooperating agencies and have signed Memoranda of Understanding with the UFO (**Table 1-5** [Cooperating Agency Participation]).

**Table 1-5**
**Cooperating Agency Participation**

| Agencies and Tribes Invited to be Cooperators | Agencies that Signed MOUs |
|---|---|
| US DOI, Fish and Wildlife Service | ✓ |
| US DOI, Bureau of Reclamation | ✓ |
| US DOI, National Park Service – Black Canyon National Park | |
| Forest Service – Grand Mesa, Uncompahgre, and Gunnison National Forests | ✓ |
| Forest Service – San Juan National Forest | |
| USDA, National Resource Conservation Service – Colorado State Office | |
| USDA, Animal and Plant Health Inspection Service | |
| US Department of Energy | |
| Western Area Power Administration | |
| Colorado Department of Natural Resources (Division of Parks and Wildlife, Natural Heritage Program, State Forest Service, Reclamation Division, Mining and Safety) | ✓ |
| Colorado Department of Transportation | |
| Colorado State Historical Preservation Office | |
| Delta Conservation District | ✓ |
| Delta County | ✓ |
| Gunnison County | ✓ |
| Mesa County | |
| Montrose County | ✓ |
| Ouray County | ✓ |
| San Miguel County | ✓ |
| City of Delta | |
| City of Montrose | ✓ |
| City of Ouray | |
| Town of Cedaredge | ✓ |
| Town of Crawford | |
| Town of Hotchkiss* | ✓ |
| Town of Mountain Village* | ✓ |
| Town of Naturita | |
| Town of Norwood | ✓ |
| Town of Nucla | ✓ |
| Town of Olathe | ✓ |
| Town of Orchard City | ✓ |
| Town of Paonia | ✓ |
| Town of Ridgway | ✓ |
| Town of Sawpit | |
| Town of Telluride | |
| Navajo Nation | |
| Northern Ute Indian Tribe | |
| Southern Ute Indian Tribe | |
| Ute Mountain Ute Indian Tribe | |
| **Total** | **20** |

*Town signed MOU to be a cooperating agency. The MOU was subsequently terminated.

BLM_0114329

The BLM held a number of meetings with cooperating agencies at the UFO. Cooperating agencies were also encouraged to attend the scoping meetings and provide comments during the scoping period. These agencies were engaged throughout the planning process, including during alternatives development.

### 1.6.2   Resource Advisory Council Collaboration

A Resource Advisory Council is a committee established by the Secretary of the Interior to provide advice or recommendations to BLM management (BLM 2005a). A Resource Advisory Council is generally composed of 15 members of the public representing different facets. The members of the Colorado Southwest Resource Advisory Council, appointed by the Secretary of the Interior to represent constituent public land users, provide input on public management issues to the Secretary of the Interior through the BLM's Designated Federal Officer, the Southwest Colorado District Manager. Recommendations are based on consensus building and collaboration. Topics addressed by the Resource Advisory Council include BLM land health standards and grazing guidelines and recreation.

A subgroup has been formed under the Southwest Resource Advisory Council to advise it regarding the Uncompahgre RMP revision. The individuals on the subgroup represent a broad range of interests and have specific knowledge of the field office. The Resource Advisory Council subgroup focused on all aspects of the RMP revision. Recommendations developed by the subgroup were presented formally for discussion to the Southwest Resource Advisory Council at the October 26, 2012, public meeting of the full Southwest Resource Advisory Council. The Southwest Resource Advisory Council accepted the range of alternatives as a reasonable range.

### 1.6.3   Collaboration and Consultation with Tribes

Consultation with American Indian tribes is part of the NEPA scoping process and a requirement of the FLPMA. Tribal consultation for cultural resources for the Uncompahgre RMP revision began through a Ute Ethnohistory Project, which involved three BLM field offices—Grand Junction, Uncompahgre, and Colorado River Valley—that are currently preparing RMPs. Cultural representatives from the Ute Indian Tribe of the Uintah and Ouray Reservation (Ute Indian Tribe) and Ute Mountain Ute Tribe attended a general planning meeting in November 2007. Representatives from the Southern Ute Tribe were invited but were unable to attend.

Subsequent consultation meetings at which RMP issues were discussed occurred in March, April, and August 2008, July and November 2009, and April 2010.

No written comments were received from tribal agencies during the scoping period; tribal concerns or issues have been typically presented in oral format. Government-to-government consultation will continue throughout the RMP process to ensure that the concerns of tribal groups are considered in development of the RMP.

Native American Indian tribes and organizations consulted to date are:

BLM_0114330

- Navajo Nation
- Northern Ute Indian Tribe
- Southern Ute Indian Tribe
- Ute Mountain Ute Indian Tribe

The unique political relationship between the US government and federally recognized Indian tribes is defined by treaties, statutes, executive orders, judicial decisions, and agreements. This relationship has created a special federal trust responsibility, involving the legal commitments and obligations of the US toward Indian tribes, Indian lands, tribal trust resources, and the exercise of tribal rights.

## 1.7 RELATED PLANS

The BLM's planning regulations require that RMPs be consistent with officially approved or adopted resource-related plans of other federal, state, local, and tribal governments, so long as the RMPs are also consistent with the purposes, policies, and programs of federal laws and regulations applicable to BLM-administered lands. Plans formulated by federal, state, local, and tribal governments that relate to management of lands and resources have been reviewed and considered as the RMP/EIS has been developed. These plans include:

### 1.7.1 City and County Plans

- Town of Cedaredge Master Plan (Town of Cedaredge 2005)
- City of Delta Comprehensive Plan Update (City of Delta 2008)
- Delta County Master Plan (Delta County 1996)
- Gunnison County Land Use Resolution (Gunnison County 2006)
- Gunnison County Energy Action Plan (Gunnison County 2009)
- Mesa County Master Plan (Mesa County 2000)
- Mesa County Noxious Weed Management Plan (Mesa County 2009)
- City of Montrose Comprehensive Plan (City of Montrose 2008)
- Montrose County Master Plan (Montrose County 2010)
- Town of Norwood Land Use Code (Town of Norwood 2008)
- Ouray Community Plan (City of Ouray 2004)
- Ouray County Master Plan (Ouray County 1999)
- Ouray County Land Use Code (Ouray County 2005)
- Ridgway Comprehensive Plan (Town of Ridgway 2012)
- Northwest Area Master Plan (Town of Ridgway 2008a)
- Ridgway Municipal Code (Town of Ridgway 2008b)
- San Miguel County Comprehensive Development Plan (San Miguel County 2008)

BLM_0114331

### 1.7.2   State Agency Plans
- Colorado's Comprehensive Wildlife Conservation Strategy (CPW 2006)

### 1.7.3   Federal Agency Plans

*National Park Service*
- Curecanti National Recreation Area Final Resource Protection Study and Environmental Impact Statement (NPS 2008)

*Forest Service, Colorado*
- Noxious and Invasive Weed Management Plan for Oil and Gas Operators (Forest Service and BLM 2007)
- Forest Service Roadless Inventory and associated EIS (Forest Service 2001)
- Proposed Forest Plan for Grand Mesa, Uncompahgre, and Gunnison National Forests (Forest Service 2007)

*Neighboring BLM Offices*
- Colorado River Valley Field Office RMP revision (in progress)
- Grand Junction Field Office RMP revision (in progress)
- Gunnison Field Office RMP (BLM 1993c)
- Moab Field Office RMP (BLM 2008e)
- Monticello Field Office RMP (BLM 2008f)
- San Juan Public Lands Center Land Management Plan (BLM and Forest Service) (in progress)

### 1.7.4   Other
- Dolores River Riparian Action Plan: Recommendations for Implementing Tamarisk Control and Restoration Efforts (Tamarisk Coalition 2010)
- San Miguel Watershed Plan (San Miguel Watershed Coalition 1998)
- San Miguel Basin Gunnison Sage-grouse Conservation Plan (San Miguel Basin Gunnison Sage-grouse Working Group 2009)
- Migratory Bird Status Literature Review (Lambeth and Reeder 2009)
- Gunnison Sage-grouse Rangewide Conservation Plan (Gunnison Sage-grouse Rangewide Steering Committee 2005)
- Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats (Connelly et al. 2004)
- Colorado Sagebrush: A Conservation Assessment and Strategy (Boyle and Reeder 2005)
- Ecoregion-Based Conservation Assessment of the Colorado Plateau and Southern Rocky Mountains (Marshall et al. 2006)

BLM_0114332

- San Miguel/Lower Dolores River Project: Measures of Conservation Success (The Nature Conservancy 2008)

- Colorado Rare Plant Conservation Strategy (Neely et al. 2009)

## 1.8   IMPLEMENTATION AND MONITORING OF THE RESOURCE MANAGEMENT PLAN

Implementation of the RMP would begin when the Colorado BLM State Director signs the ROD for the RMP. Decisions in the RMP would be tied to the BLM budgeting process. An implementation schedule would be developed, providing for systematic accomplishment of decisions in the approved RMP. The BLM would prepare supplementary rules in order to provide full authority to BLM Law Enforcement to enforce management decisions made in the approved RMP pursuant to the BLM's authority under 43 CFR 8365.1-6.

During implementation of the RMP, the BLM would prepare additional documentation for site-specific actions to comply with NEPA. This can vary from a simple statement of conformance with the ROD and adequacy of existing NEPA analysis to more complex documents that analyze several alternatives.

Implementation of the RMP would be monitored and periodically evaluated based on guidance in the BLM's Land Use Planning Handbook, H-1601-1 (BLM 2005a), as amended. Monitoring is the process of tracking and documenting the implementation (or the progress of implementation) of land use plan decisions. Evaluation is the process of reviewing the land use plan and the periodic plan monitoring reports to determine whether the land use plan decisions and NEPA analysis are still valid and how the plan is being implemented. As outlined in BLM's Land Use Planning Handbook, H-1601-1, the plan would be periodically evaluated as documented in an evaluation schedule (at a minimum every 5 years) to determine whether revisions or amendments to the RMP may be necessary to accommodate changes in resource needs, policies, or regulations. Implementation-level decisions would be issued in order to fully implement the RMP.

BLM_0114333

This page intentionally left blank.

BLM_0114334

# Chapter 2
# Alternatives

BLM_0114335

BLM_0114336

# TABLE OF CONTENTS

Chapter                                                                                                          Page

**2.   ALTERNATIVES** ............................................................................................................... **2-1**
    2.1   Introduction to RMP Alternatives ...........................................................................2-2
    2.2   Alternative Development Process for the Uncompahgre RMP .....................................2-3
        2.2.1   Identify Planning Issues ...............................................................................2-3
        2.2.2   Analyze the Management Situation................................................................2-4
        2.2.3   Develop a Reasonable Range of Alternatives .................................................2-4
        2.2.4   Gunnison Sage-Grouse Rangewide RMP Amendment .......................................2-5
    2.3   Alternatives Considered for Detailed Analysis ...........................................................2-5
        2.3.1   Management Common to All Alternatives........................................................2-6
        2.3.2   Alternative A: No Action..............................................................................2-7
        2.3.3   Alternative B .............................................................................................2-7
        2.3.4   Alternative B.1 ..........................................................................................2-7
        2.3.5   Alternative C .............................................................................................2-8
        2.3.6   Alternative D: Agency Preferred ...................................................................2-8
    2.4   Alternatives Considered but Eliminated from Detailed Analysis ..................................2-15
        2.4.1   Implement Exclusive Resource Use or Protection............................................2-15
        2.4.2   Open or Close Entire Decision Area to Off-highway Vehicle Use................2-16
        2.4.3   Prohibit Fluid Mineral Leasing throughout Decision Area............................2-16
        2.4.4   Prohibit Coal Leasing throughout Decision Area .............................................2-16
        2.4.5   Prohibit Herbicide Use throughout Decision Area............................................2-16
        2.4.6   Designate Additional Wilderness Study Areas..................................................2-17
        2.4.7   Close Entire Decision Area to Livestock Grazing...............................................2-17
    2.5   Considerations in Selecting a Preferred Alternative...................................................2-18
        2.5.1   Recommendation and Resulting Actions ........................................................2-19
    2.6   Management Guidance for Alternatives A, B/B.1, C, and D .........................................2-19
        2.6.1   How to Read Table 2-2...............................................................................2-19
    2.7   Summary Comparison of Environmental Consequences.............................................2-385

# TABLES                                                                                                     Page

2-1   Comparative Summary of Alternatives .............................................................................2-8
2-2   Description of Alternatives A, B/B.1, C, and D.................................................................2-22
2-3   Renewable Energy Exclusion and Avoidance Areas ......................................................2-376
2-4   Summary of Wild and Scenic River Study Segments (Alternatives A and B) ..........................2-380
2-5   Summary of Wild and Scenic River Study Segments (Alternative D) ........................................2-383
2-6   Summary of Environmental Consequences of Alternatives A, B/B.1, C, and D.....................2-385

# DIAGRAMS                                                                                                   Page

2-1   How to Read Table 2-2.................................................................................................2-21

BLM_0114337

# FIGURES (see Appendix A)

2-1      North Fork Alternative (Alternative B.1) Area
2-2      Alternative B: Ecological Emphasis Areas
2-3      Alternative C: Ecological Emphasis Areas
2-4      Alternative D: Ecological Emphasis Areas
2-5      Alternative A: Visual Resource Management
2-6      Alternative B: Visual Resource Management
2-7      Alternative B.1: Visual Resource Management
2-8      Alternative C: Visual Resource Management
2-9      Alternative D: Visual Resource Management
2-10     Alternatives B and D: Lands Managed to Protect Wilderness Characteristics
2-11     Alternative A: Grazing Allotments
2-12     Alternative B: Grazing Allotments
2-13     Alternative C: Grazing Allotments
2-14     Alternative D: Grazing Allotments
2-15     Alternative A: Coal Leasing
2-16     Alternative B: Coal Leasing
2-17     Alternative C: Coal Leasing
2-18     Alternative D: Coal Leasing
2-19     Alternative A: Fluid Minerals Leasing
2-20     Alternative B: Fluid Minerals Leasing
2-21     Alternative B.1: Fluid Minerals Leasing
2-22     Alternative C: Fluid Minerals Leasing
2-23     Alternative D: Fluid Minerals Leasing
2-24     Alternative A: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities
2-25     Alternative B: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities
2-26     Alternative C: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities
2-27     Alternative D: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities
2-28     Alternative A: Restrictions for Other Surface-disturbing Activities
2-29     Alternative B: Restrictions for Other Surface-disturbing Activities
2-30     Alternative C: Restrictions for Other Surface-disturbing Activities
2-31     Alternative D: Restrictions for Other Surface-disturbing Activities
2-32     Alternative A: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry
2-33     Alternative B: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry
2-34     Alternative C: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry
2-35     Alternative D: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry
2-36     Alternative A: Mineral Materials
2-37     Alternative B: Mineral Materials

BLM_0114338

# FIGURES *(see Appendix A)*

| | |
|---|---|
| 2-38 | Alternative C: Mineral Materials |
| 2-39 | Alternative D: Mineral Materials |
| 2-40 | Alternative A: Nonenergy Solid Leasable Minerals |
| 2-41 | Alternative B: Nonenergy Solid Leasable Minerals |
| 2-42 | Alternative C: Nonenergy Solid Leasable Minerals |
| 2-43 | Alternative D: Nonenergy Solid Leasable Minerals |
| 2-44 | Alternative A: Recreation Management Areas |
| 2-45 | Alternative B: Recreation Management Areas |
| 2-46 | Alternative C: Recreation Management Areas |
| 2-47 | Alternative D: Recreation Management Areas |
| 2-48 | Alternative A: Comprehensive Travel and Transportation Management |
| 2-49 | Alternative B: Comprehensive Travel and Transportation Management |
| 2-50 | Alternative C: Comprehensive Travel and Transportation Management |
| 2-51 | Alternative D: Comprehensive Travel and Transportation Management |
| 2-52 | Alternative A: Right-of-Way Exclusion and Avoidance Areas |
| 2-53 | Alternative B: Right-of-Way Exclusion and Avoidance Areas |
| 2-54 | Alternative C: Right-of-Way Exclusion and Avoidance Areas |
| 2-55 | Alternative D: Right-of-Way Exclusion and Avoidance Areas |
| 2-56 | Alternative A: Designated Utility Corridors |
| 2-57 | Alternatives B and D: Designated Utility Corridors |
| 2-58 | Alternative C: Designated Utility Corridors |
| 2-59 | Alternative A: Lands Identified for Disposal |
| 2-60 | Alternative B: Lands Identified for Disposal |
| 2-61 | Alternative C: Lands Identified for Disposal |
| 2-62 | Alternative D: Lands Identified for Disposal |
| 2-63 | Alternative A: Areas of Critical Environmental Concern |
| 2-64 | Alternative B: Areas of Critical Environmental Concern |
| 2-65 | Alternative C: Areas of Critical Environmental Concern |
| 2-66 | Alternative D: Areas of Critical Environmental Concern |
| 2-67 | Alternatives A, B, C, and D: Tabeguache Area and Wilderness Study Areas |
| 2-68 | Alternatives A and B: Segments Eligible (Alternative A) or Suitable (Alternative B) for Inclusion in the National Wild and Scenic Rivers System |
| 2-69 | Alternative D: Segments Suitable for Inclusion in the National Wild and Scenic Rivers System |
| 2-70 | Alternative B: Watchable Wildlife Viewing Sites |
| 2-71 | Alternative A: Forest Management |
| 2-72 | Alternative B: Forest Management |
| 2-73 | Alternative C: Forest Management |
| 2-74 | Alternative D: Forest Management |
| 2-75 | Alternatives A, B, C, and D: Moss Rock Common Use Area |
| 2-76 | Alternative A: No Target Shooting Areas |
| 2-77 | Alternative B: No Target Shooting Areas |
| 2-78 | Alternative C: No Target Shooting Areas |
| 2-79 | Alternative D: No Target Shooting Areas |
| 2-80 | Alternatives A, B, C, and D: Designated Routes in the Dry Creek Travel Management Area |
| 2-81 | Alternatives B, C, and D: Travel Management Areas for Future Route Designation |

BLM_0114339

# FIGURES *(see Appendix A)*

2-82     Land Withdrawals and Powersite Classifications
2-83     Alternative A: National Historic Trails and State and BLM Byways
2-84     Alternative B: National Scenic, Historic, and Recreational Trails and State and BLM Byways
2-85     Alternative C: National Scenic, Historic, and Recreational Trails and State and BLM Byways
2-86     Alternative D: National Scenic, Historic, and Recreational Trails and State and BLM Byways

BLM_0114340

## ACRONYMS AND ABBREVIATIONS

Full Phrase

| | |
|---|---|
| ACEC | area of critical environmental concern |
| ATV | all-terrain vehicle |
| AUM | animal unit month |
| | |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| BOR | United States Department of the Interior, Bureau of Reclamation |
| | |
| CARMMS | Colorado Air Resources Management Modeling Study |
| CFR | Code of Federal Regulations |
| CNHP | Colorado Natural Heritage Program |
| CPW | Colorado Parks and Wildlife |
| CSU | controlled surface use |
| | |
| decision area | public lands and federal mineral estate managed by the United States Department of the Interior, Bureau of Land Management |
| DOE | United States Department of Energy |
| DOI | United States Department of the Interior |
| | |
| EIS | environmental impact statement |
| EPA | United States Environmental Protection Agency |
| ERMA | extensive recreation management area |
| ESA | Endangered Species Act of 1973 |
| | |
| federal mineral estate | subsurface mineral estate administered by the United States Department of the Interior, Bureau of Land Management |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| FMP | fire management plan |
| Forest Service | United States Department of Agriculture, Forest Service |
| FWFMP | Federal Wildland Fire Management Policy |
| | |
| GIS | Geographic Information Systems |
| | |
| IMPLAN | impact analysis for planning (model) |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| ISA | instant study area |
| | |
| NCA | National Conservation Area |
| NEPA | National Environmental Policy Act of 1969 |
| NGD | no ground disturbance |
| NHPA | National Historic Preservation Act of 1966 |
| NL | no leasing |
| North Fork area | North Fork Alternative Plan area (63,390 acres of BLM-administered surface estate and 159,820 159,820 acres of federal mineral estate) (Figure 2-1) |
| NPS | United States Department of the Interior, National Park Service |
| NRHP | National Register of Historic Places |
| NSO | no surface occupancy |
| NWSRS | National Wild and Scenic Rivers System |

BLM_0114341

| **ACRONYMS AND ABBREVIATIONS** *(continued)* | Full Phrase |
|---|---|
| OHV | off-highway vehicle |
| ORV | outstandingly remarkable value |
| PFC | proper functioning condition |
| PFYC | Potential Fossil Yield Classification |
| PILT | payment in lieu of taxes |
| planning area | Uncompahgre Field Office boundary, including all lands, regardless of land ownership, except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA |
| PM$_{2.5}$ | particulate matter smaller than 2.5 microns in effective diameter |
| PM$_{10}$ | particulate matter smaller than 10 microns in effective diameter |
| RMA | recreation management area |
| RMP | resource management plan |
| ROD | record of decision |
| ROW | right-of-way |
| SRMA | special recreation management area |
| SRP | special recreation permit |
| SSR | site-specific relocation |
| TL | timing limitation |
| UFO | Uncompahgre Field Office |
| US | United States |
| USC | United States Code |
| USDA | United States Department of Agriculture |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| VRI | visual resource inventory |
| VRM | visual resource management |
| WSA | wilderness study area |
| WSR | wild and scenic river |
| WUI | wildland urban interface |

BLM_0114342

# CHAPTER 2
# ALTERNATIVES

This chapter details Alternatives A through D for the Uncompahgre Draft Resource Management Plan/Draft Environmental Impact Statement (Draft RMP/EIS) and includes references to maps (in **Appendix A** [Figures]) identifying where actions would be applicable. The proposed alternatives were formulated in response to issues and concerns identified through public scoping and in an effort to resolve deficiencies with current management strategies and explore opportunities for enhanced management of resources and resource uses.

A glossary that provides a definition of terms is in **Volume 2** following the **References** section. A list of acronyms and abbreviations is at the beginning of each chapter.

*Plan Maintenance*
An approved decision can be refined or clarified through plan maintenance in response to changing information and conditions. Plan maintenance must not expand the scope of resource uses or restrictions or change the terms, conditions, and decisions of the approved plan. Plan maintenance is not considered a plan amendment and does not require formal public involvement, interagency coordination, or the NEPA analysis required for making new land use plan decisions. Examples of plan maintenance include correcting minor data or typographical errors or refining the known habitat and mapping of a special status species or wildlife winter range based on new information.

*Decision Area for the Uncompahgre RMP*
Decisions in this RMP apply to 675,800 acres of federal surface land and federal mineral estate under BLM jurisdiction in the planning area (shown in **Figures 1-1** [Uncompahgre RMP Planning Area] and **1-2** [Federal Mineral Estate]) administered by the United States (US) Department of the Interior (DOI), Bureau of Land Management (BLM) Uncompahgre Field Office (UFO). Although there are approximately 2,234,600 acres of federal minerals in the planning area, management direction and actions outlined in the RMP apply to 971,220 acres of federal mineral estate over which BLM has jurisdiction. BLM jurisdiction of federal minerals is composed of federal mineral estate underlying BLM-administered lands, privately owned lands and state-owned lands.

BLM_0114343

The BLM is responsible for the leasing of all federally-owned mineral estate. The BLM adopts the leasing requirements determined by other federal surface-managing agencies when leasing the mineral estate.

This RMP will not make any decisions for the Gunnison Gorge or the Dominguez-Escalante National Conservation Areas (NCA). These NCAs are located within the UFO boundary but are managed under separate RMPs.

### Management or Withdrawal by Other Federal Agencies
To lease minerals beneath surface lands administered by the US Department of Agriculture, Forest Service (Forest Service) the BLM must receive consent to lease from the Forest Service, and incorporate any accompanying stipulations required by forest land use plans or forest-wide programmatic leasing analyses.

The BOR has management jurisdiction over withdrawn lands on which there are BOR constructed projects or projects authorized for construction. The BLM administers BOR-withdrawn lands where there are no constructed projects or projects authorized for construction. In both cases, the BLM manages the federal mineral estate and, in consultation with the BOR, develops stipulations for mineral leases and develops terms and conditions to protect lands withdrawn for BOR purposes (BLM and BOR 1983).

The US Department of Energy (DOE) currently manages 32 lease tracts on approximately 10,520 acres in the planning area through the Office of Legacy Management Uranium Leasing Program. Although these lands are withdrawn from mineral entry, mineral leasing laws still apply. While the DOE manages uranium and vanadium leasing on these lands, the BLM manages surface resources and activities (such as grazing and recreation). The Uranium Leasing Program is managed in accordance with Title 10, Code of Federal Regulations (CFR) Part 760, in cooperation with the BLM and the State of Colorado.

## 2.1   INTRODUCTION TO RMP ALTERNATIVES
RMP decisions consist of identifying and clearly defining goals and objectives (desired outcomes) for resources and resource uses, followed by developing allowable uses and management actions necessary for achieving the goals and objectives. These critical determinations guide future land management actions and subsequent site-specific implementation actions to meet multiple use and sustained yield mandates while sustaining land health.

### Purpose of Alternative Development
Alternative development is the heart of the RMP/EIS process. Land use planning and National Environmental Policy Act of 1969 (NEPA) regulations require the BLM to formulate a reasonable range of alternatives. Alternative development is guided by established planning criteria (as outlined in 43 CFR Section 1610).

BLM_0114344

The basic goal of alternative development is to produce distinct potential management scenarios that:

- Address the identified major planning issues

- Explore opportunities to enhance management of resources and resource uses

- Resolve conflicts among resources and resource uses

- Meet the purpose of and need for the RMP

- Are feasible

Pursuit of this goal provides the BLM and public with an appreciation for the diverse ways in which conflicts regarding resources and resource uses might be resolved, and offers the BLM State Director a reasonable range of alternatives from which to make an informed decision. The components and broad aim of each alternative considered for the Uncompahgre RMP are discussed below.

## 2.2 ALTERNATIVE DEVELOPMENT PROCESS FOR THE UNCOMPAHGRE RMP

The UFO planning team employed the BLM planning process (outlined in **Chapter 1**, **Table 1-2**, BLM Planning Process) to develop a reasonable range of alternatives for the RMP. The steps in this process were typically performed non-sequentially or concurrently, and involved frequent reexamination following periods of public and staff review.

### 2.2.1   Identify Planning Issues

The planning team developed preliminary planning issues to be addressed in the new RMP, based on broad concerns or controversies related to conditions, trends, needs, and existing and potential uses of planning area lands and resources identified during review of current land management documents, including the 1985 San Juan/San Miguel RMP and 1989 Uncompahgre

**Components of Alternatives**

Goals are broad statements of desired (RMP-wide and resource or resource-use specific) outcomes and are not quantifiable or measurable. Objectives are specific measurable desired conditions or outcomes intended to meet goals. While goals are the same across alternatives, objectives typically vary, resulting in different allowable uses and management actions for some resources and resource uses. Management actions and allowable uses are designed to achieve objectives. Management actions are measures that guide day-to-day and future activities. Allowable uses delineate which uses are permitted, restricted, or prohibited, and may include stipulations or restrictions. Allowable uses also identify lands where specific uses are excluded to protect resource values, or where certain lands are open or closed in response to legislative, regulatory, or policy requirements. Implementation decisions are site-specific on-the-ground actions and are typically not addressed in RMPs.

**Planning Issues**

Planning Issues express concerns, conflicts, and problems with existing management of public lands. Issues are frequently based on how land uses affect resources. Some issues are concerned with how one land use can affect other land uses, or how resource protection affects land uses. Planning issues involve levels of use, productivity, and other related management practices. The most effective planning issues are well defined, topically discrete, and elicit a range of different approaches for resolution.

BLM_0114345

Basin RMP, and associated plan amendments (refer to **Table 1-4** [RMP Amendments and Other Documents Considered for Implementation-level Planning]).

During the public scoping period in early 2010, the public was asked to comment on the preliminary planning issues and submit relevant issues not identified by the team. In May 2010, the UFO planning team met with and sought additional input from the Southwest Resource Advisory Council Subgroup and cooperating agencies (refer to **Section 1.6** [Collaboration]) a collaborative effort that continued throughout the planning process. The planning team integrated the public input to complete six planning issue statements, listed in **Chapter 1**, **Table 1-3** (Planning Issue Statements).

### 2.2.2   Analyze the Management Situation

BLM resource specialists assessed existing RMP goals, objectives, and actions in relation to measurement tools (such as land health assessments, human impact studies, biological assessments, NEPA actions, and fuel monitoring data) to gauge successes and deficiencies in addressing the planning issues. In June 2010, this detailed assessment was compiled and released in the Analysis of the Management Situation for the Uncompahgre Planning Area, providing information useful to the BLM in:

- Summarizing existing conditions
- Explaining the need for change
- Identifying management opportunities

### 2.2.3   Develop a Reasonable Range of Alternatives

Between June 2010 and May 2011, the UFO planning team met to develop management goals, and small teams met to identify objectives and actions to address the goals within their field(s) of expertise. The various groups met numerous times throughout this period to refine their work. Using a three-step process, the planning team:

1. Developed one no action alternative (A) and four preliminary action alternatives. The action alternatives were designed to:

   - Address the six planning issues
   - Fulfill the purpose and need for the RMP (outlined in **Section 1.1** [Purpose of and Need for the Resource Management Plan])
   - Meet the multiple use mandates of the Federal Land Policy and Management Act (FLPMA) of 1976 (43 US Code 1716)

2. Refined the four preliminary action alternatives, identified obvious similarities among the goals, objectives, and actions of each, and consolidated these into two philosophically distinct alternatives (B and C).

3. Blended goals, objectives, and actions from the action alternatives and the no action alternative to formulate an agency- (BLM) preferred alternative (D) that strives for balance among competing interests and has the greatest potential to effectively address the planning issues.

### 2.2.4   Gunnison Sage-Grouse Rangewide RMP Amendment

Concurrently with this effort, the BLM is developing the Gunnison Sage-Grouse Rangewide RMP Amendment and EIS for all land use plans in the Amendment planning area (including Uncompahgre). Decisions will consist of identifying and defining goals and objectives (desired outcomes) for resources and resource uses, and allowable uses and management actions necessary for achieving the goals and objectives. These decisions will guide future land management actions and subsequent site-specific implementation actions to maintain or improve Gunnison sage-grouse habitat. If the Uncompahgre RMP is approved before the Gunnison sage-grouse Amendment is completed and approved, the Gunnison sage-grouse RMP Amendment may amend the revised Uncompahgre RMP. If the Gunnison sage-grouse RMP Amendment is approved prior to the revised Uncompahgre RMP completion, it would amend the existing San Juan/San Miguel Planning Area RMP (BLM 1985) and Uncompahgre Basin RMP (BLM 1989a). The Uncompahgre Proposed RMP/Final EIS likely would incorporate by reference the analysis in the Gunnison sage-grouse EIS, and the Uncompahgre approved RMP/ROD likely would include the decisions from the Gunnison sage-grouse RMP Amendment. Prior to the completion of the Gunnison sage-grouse RMP Amendment, Gunnison sage-grouse habitat will be managed consistent with BLM Instruction Memorandum 2014-100, Gunnison Sage-grouse Habitat Management Policy on Bureau of Land Management Administered Lands in Colorado and Utah (BLM 2014a).

## 2.3   ALTERNATIVES CONSIDERED FOR DETAILED ANALYSIS

The three resulting action alternatives (B, C, and D) and the partial alternative (B.1) offer a range of possible management approaches for responding to planning issues and resolving user conflicts. While the goals are the same across alternatives, each alternative, including the no action alternative (A), contains a discrete set of objectives and management actions constituting a separate RMP. Resource program goals are met in varying degrees, with the potential for different long-range outcomes and conditions.

The relative emphasis given to particular resources and resource uses differs as well, including allowable uses, restoration measures, and specific direction pertaining to individual resource programs. When resources or resource uses are mandated by law or are not tied to planning issues, there are typically few or no distinctions between alternatives.

Meaningful differences among the four alternatives and one partial alternative are described in **Table 2-1** (Comparative Summary of Alternatives). **Table 2-2** (Description of Alternatives A, B, C, and D) provides a complete description of proposed decisions for each alternative, including goals, objectives, management actions, and allowable uses for individual resource programs. Figures in **Appendix A** provide a visual representation of differences between alternatives. In some instances, varying levels of management from different resource programs overlap. For example, BLM guidance directs that wilderness study areas (WSAs) be managed as visual resource management (VRM) Class I, the highest standard for VRM. At the same time, management for the Adobe Badlands Area of Critical Environmental Concern (ACEC)/Outstanding Natural Area, which overlaps the Adobe Badlands WSA, prescribes VRM Class II for the ACEC. Because of the overlap, the ACEC would be managed as VRM Class I unless and until Congress releases the WSA from wilderness consideration and the BLM prescribes other management. In such instances where varying management levels overlap, the

BLM_0114347

stricter management prescriptions would apply. If such prescriptions were excepted, then the less strict management would prevail.

Geographic information systems (GIS) have been used to perform acreage calculations, and to generate the figures in **Appendix A**. Calculations are dependent upon the quality and availability of data, and most calculations in this RMP are rounded to the nearest 10 acres or 0.1 mile. Given the scale of the analysis, the compatibility constraints between datasets, and lack of data for some resources, all calculations are approximate, and serve for comparison and analytic purposes only. Likewise, the figures in **Appendix A** are provided for illustrative purposes and subject to the limitations discussed above. The BLM may receive additional or updated data; therefore, acreages may be recalculated and revised at a later date.

In the Chapter 4 environmental effects analysis, the proposed uses and restrictions that are discussed in this chapter were analyzed to determine where restrictions for one resource might provide indirect protection for another resource not expressly described in this chapter. Conversely, resource protections could inadvertently restrict resource uses.

### 2.3.1   Management Common to All Alternatives

Allowable uses and management actions from the existing RMPs that remain valid and do not require revision have been carried forward to Alternatives B, C, and D. Other decisions are common only to action Alternatives B, C, and D.

Although each alternative emphasizes a slightly different mix of resources and resource uses, all alternatives contain some common elements which are included at the beginning of **Table 2-2**. Additional management actions common to Alternatives A, B, C, and D (as indicated by a single cell across the table row) specific to certain resources or resource uses are listed under the respective program in **Table 2-2**.

***Adaptive Management and Regional Mitigation Strategies***

The systematic process of adaptive management (planning, implementation, monitoring, and evaluation) would be used to determine the success of management actions in achieving objectives, as described in the alternatives, and would be conducted within the framework of the RMP. Adaptive management would be guided by Adaptive Management, the US Department of the Interior Technical Guide (Williams et al. 2007). The RMP revision is based on current scientific knowledge and best available data. To be successful, the implementation of the RMP must have the flexibility to adapt and respond to new information. Under the concept of adaptive management, new information or changing conditions would be evaluated and a decision would be made as to whether to make implementation adjustments or changes. The adaptive management approach enables resource managers to determine how well implementation actions achieve the objectives and what steps are needed to modify or cease implementation to increase success or improve results.

The RMP would be implemented using regional mitigation strategies per BLM Instruction Memorandum 2013-142, Interim Policy, Draft Regional Mitigation Manual Section 1794 (BLM 2013c).

BLM_0114348

### 2.3.2   Alternative A: No Action

Alternative A meets the requirement that a no-action alternative be considered. This alternative continues current management direction and prevailing conditions derived from existing planning documents. Goals and objectives for resources and resource uses are based on the applicable portions of the San Juan/San Miguel RMP (BLM 1985) and the entire Uncompahgre Basin RMP (BLM 1989a), along with associated amendments, activity and implementation level plans, and other management decision documents. Laws, regulations, and BLM policies that supersede RMP decisions would apply.

Goals and objectives for BLM-administered lands and mineral estate would not change. Appropriate and allowable uses and restrictions pertaining to activities such as mineral leasing and development, recreation, timber harvesting, construction of utility corridors, and livestock grazing would also remain the same. The BLM would not modify existing or establish additional criteria to guide the identification of site-specific use levels for implementation activities.

### 2.3.3   Alternative B

Alternative B emphasizes improving, rehabilitating, and restoring resources and sustaining the ecological integrity of habitats for all priority plant, wildlife, and fish species, while allowing appropriate development scenarios for allowable uses (such as mineral leasing, locatable mineral development, recreation, ROWs, and livestock grazing). It particularly targets the habitats needed for the conservation and recovery of federally listed, proposed, or candidate threatened and endangered plant and animal species. Goals and objectives focus on environmental and social outcomes achieved by sustaining relatively unmodified physical landscapes and natural and cultural resource values for current and future generations. This alternative would establish the greatest number of special designation areas such as ACECs and special recreation management areas, with specific measures designed to protect or enhance resource values. Appropriate and allowable uses and restrictions would be contingent on minimizing impacts on natural and cultural resources.

### 2.3.4   Alternative B.1

Alternative B.1 is a partial alternative specific to oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River (referred to as North Fork), primarily in portions of Delta and Gunnison Counties (**Figure 2-1**). Alternative B.1 is a resource-based set of recommendations provided by a community group (Citizens for a Healthy Community 2013). This partial alternative is treated as a subset of Alternative B (Alternative B.1 is most closely related to Alternative B) and applies only to the North Fork Alternative Plan area, herein referred to as the "North Fork area." The North Fork area has 63,390 acres of BLM-administered surface estate and 159,820 acres of federal mineral estate (underlying BLM surface and split-estate), 139,540 acres of which are federal fluid minerals. The North Fork Alternative Plan would close certain areas to oil and gas leasing and would also impose development setbacks with strict surface use restrictions, including no surface occupancy (NSO), controlled surface use (CSU), and timing limitations (TLs), in places where leasing may be allowed. Management actions and allowable uses under Alternative B that are not superseded by those in Alternative B.1 would also apply to the North Fork area.

BLM_0114349

### 2.3.5   Alternative C

Appropriate and allowable uses and restrictions would emphasize maximizing utilization of resources, while mitigating impacts on land health. Management direction would recognize and expand existing uses and accommodate new uses to the greatest extent possible. The appropriate development scenarios for allowable uses (such as mineral leasing, locatable mineral development, ROWs, renewable energy, and livestock grazing) would emphasize maximizing resource production in an environmentally responsible manner, while maintaining the basic protection needed to sustain resources.

### 2.3.6   Alternative D: Agency Preferred

Alternative D is the agency-preferred alternative, which emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife, and fish habitat. This alternative incorporates a balanced level of protection, restoration, enhancement, and use of resources and services to meet ongoing programs and land uses. Goals and objectives focus on environmental, economic, and social outcomes achieved by strategically addressing demands across the landscape. **Section 2.5** (Considerations in Selecting a Preferred Alternative) outlines the selection process for the preferred alternative.

**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use Resources | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Ecological Emphasis Areas (acres)[1] | | *Figure 2-2* | *Figure 2-3* | *Figure 2-4* |
| Adobe | | 40,730 | | 24,170 |
| Dry Creek | | 20,320 | | 10,790 |
| Jumbo Mountain / McDonald Creek | | 17,220 | | 15,630 |
| La Sal | | 22,350 | 13,270 | 22,350 |
| Monitor / Potter / Roubideau | | 27,320 | 10,880 | 27,320 |
| Naturita Canyon | | 15,620 | | 1,510 |
| Ridgway | | 16,700 | | 9,070 |
| San Miguel | | 25,520 | | 17,840 |
| Sims Mesa | | 19,650 | | 19,650 |
| Spring Canyon | | 3,380 | | 3,380 |
| Tabeguache | | 31,540 | | 23,760 |
| Terror Creek | | 2,230 | | 2,230 |
| **Total** | **0** | **242,580** | **24,150** | **177,700** |
| **Visual Resource Management (VRM) (acres)** | *Figure 2-5* | *Alt B Figure 2-6* | *Alt B.1 Figure 2-7* | *Figure 2-8* | *Figure 2-9* |
| BLM Surface/Federal Minerals | | | | | |
| *VRM Class I* | 44,220 | 53,870 | 53,860 | 44,220 | 46,440 |
| *VRM Class II* | 21,930 | 176,010 | 181,650 | 31,260 | 112,540 |
| *VRM Class III* | 280,520 | 427,580 | 421,290 | 431,330 | 398,410 |

BLM_0114350

**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | | Alt C | Alt D |
|---|---|---|---|---|---|
| *VRM Class IV* | 9,260 | 18,340 | 19,000 | 168,990 | 118,410 |
| *Undesignated* | 319,870 | | | | |
| Private and State Surface/Federal Minerals[2] | | | | | |
| *VRM Class I* | 20 | 100 | | 20 | 20 |
| *VRM Class II* | 10 | 135,030 | 142,710 | 69,040 | 94,250 |
| *VRM Class III* | 243,410 | 139,390 | 131,720 | 196,120 | 173,300 |
| *VRM Class IV* | 420 | 13,050 | | 22,230 | 20,000 |
| *Undesignated[3]* | 51,560 | 7,850 | | 8,010 | 7,850 |
| **Lands Managed to Protect Wilderness Characteristics (acres)** | | *Figure 2-10* | | | *Figure 2-10* |
| Adobe Badlands WSA Addition | | 6,180 | | | |
| Camel Back WSA Adjacent | | 6,950 | | | 6,950 |
| Dolores River Canyon WSA Adjacent | | 550 | | | |
| Dry Creek Basin | | 7,030 | | | 7,030 |
| Lower Tabeguache/Campbell Creek | | 11,060 | | | |
| Roc Creek | | 5,480 | | | 4,340 |
| Shavano Creek | | 4,900 | | | |
| **Total** | **0** | **42,150** | | **0** | **18,320** |
| **Resource Uses** | | | | | |
| **Livestock Grazing** | *Figure 2-11* | *Figure 2-12* | | *Figure 2-13* | *Figure 2-14* |
| Allocated acres open for all classes of livestock grazing[4] | 658,540 | 510,070 | | 647,900 | 611,560 |
| Closed to all classes of livestock grazing (acres) | 17,260 | 165,730 | | 27,900 | 64,240 |
| Available animal unit months (AUMs) | 38,364 | 29,862 | | 37,926 | 36,424 |
| Open for sheep grazing (acres) | 658,540 | 115,530 | | 647,900 | 611,560 |
| Closed to sheep grazing (acres) | | 394,540 | | | |
| **Coal (acres)** | *Figure 2-15* | *Figure 2-16* | | *Figure 2-17* | *Figure 2-18* |
| Unsuitable for surface mining and surface mining operations | 490 | 2,500 | | 2,500 | 2,500 |
| *BLM surface/federal minerals* | 490 | 2,170 | | 2,170 | 2,170 |
| *Private or State surface/federal minerals* | | 330 | | 330 | 330 |
| Unacceptable for Coal Leasing | 0 | 96,650 | | 11,860 | 45,690 |
| *BLM surface/federal minerals* | 0 | 88,890 | | 7,960 | 43,510 |
| *Private or State surface/federal minerals* | | 7,760 | | 3,900 | 2,180 |
| Congressionally Closed to Coal Leasing | 580 | 1,910 | | 1,910 | 1,910 |
| *BLM surface/federal minerals* | 0 | 1,330 | | 1,330 | 1,330 |

BLM_0114351

**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | | Alt C | Alt D |
|---|---|---|---|---|---|
| *Private or State surface/federal minerals* | 580 | 580 | | 580 | 580 |
| Acceptable for Coal Leasing | 144,790 | 320,440 | | 405,230 | 371,400 |
| *BLM surface/federal minerals* | 33,890 | 168,700 | | 249,620 | 214,070 |
| *Private or State surface/federal minerals* | 110,900 | 151,740 | | 155,610 | 157,330 |
| **Fluid Mineral Leasing (acres)** | *Figure 2-19 Figure 2-24* | *Alt B Figure 2-20 Figure 2-25* | *Alt B.1 Figure 2-21 Figure 2-25* | *Figure 2-22 Figure 2-26* | *Figure 2-23 Figure 2-27* |
| Closed to fluid mineral leasing | 44,220 | 219,580 | 306,670 | 44,220 | 50,060 |
| *Closed to leasing——BLM surface/federal minerals* | 44,220 | 181,220 | 221,570 | 44,220 | 48,510 |
| *Closed to leasing—Private or State surface/federal minerals* | | 38,360 | 85,100 | | 1,550 |
| Open to fluid mineral leasing (refer to Appendix B) | 871,810 | 696,450 | 609,360 | 871,810 | 865,970 |
| *Open to leasing—BLM surface/federal minerals* | 631,580 | 494,580 | 454,230 | 631,580 | 627,290 |
| *Open to leasing—Private or State surface/federal minerals* | 240,230 | 201,870 | 155,130 | 240,230 | 238,680 |
| *Open to leasing subject to standard terms and conditions (i.e., not subject to no surface occupancy [NSO] or controlled surface use [CSU] stipulations)—BLM surface/federal minerals[5]* | 496,510 | 50 | 60 | 251,090 | 174,590 |
| *Open to leasing subject to standard terms and conditions (i.e., not subject to NSO or CSU stipulations)—Private or State surface/federal minerals[4]* | 229,830 | 5,460 | 5,450 | 141,300 | 119,910 |
| *Open to leasing subject to No Surface Occupancy (NSO)—BLM surface/federal minerals* | 24,890 | 354,970 | 318,630 | 14,680 | 187,560 |
| *Open to leasing subject to No Surface Occupancy (NSO)—Private or State surface/federal minerals* | 720 | 97,960 | 86,060 | 7,620 | 50,580 |
| *Open to leasing subject to Controlled Surface Use (CSU)—BLM surface/federal minerals* | 110,180 | 139,560 | 135,550 | 365,810 | 265,140 |

BLM_0114352

**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | | Alt C | Alt D |
|---|---|---|---|---|---|
| *Open to leasing subject to Controlled Surface Use (CSU)— Private or State surface/federal minerals* | 9,680 | 98,450 | 63,620 | 91,310 | 68,190 |
| *Open to leasing subject to Timing Limitations (TL)—BLM surface/federal minerals* | 423,900 | 494,580 | 454,230 | 475,220 | 627,290 |
| *Open to leasing subject to Timing Limitations (TL)— Private or State surface/federal minerals* | 77,200 | 201,870 | 155,130 | 107,170 | 238,680 |
| **Restrictions for Surface-disturbing Activities (acres)** *(refer to Appendix B)* | *Figure 2-24 Figure 2-27* | *Figure 2-25 Figure 2-29* | | *Figure 2-26 Figure 2-30* | *Figure 2-27 Figure 2-31* |
| No ground disturbance (NGD) | 36,450 | | 445,720 | 42,660 | 36,180 |
| Site-specific relocation (SSR) | | | 230,020 | 241,400 | 512,570 |
| Timing limitations (TL) | | | 675,800 | 503,410 | 675,800 |
| **Locatable Minerals, Mineral Materials, and Nonenergy Solid Leasable Minerals (acres)** | *Figure 2-32 Figure 2-36 Figure 2-40* | *Figure 2-33 Figure 2-37 Figure 2-41* | | *Figure 2-34 Figure 2-38 Figure 2-42* | *Figure 2-35 Figure 2-39 Figure 2-43* |
| BLM Surface/Federal Minerals[6] | | | | | |
| *Withdrawn from locatable mineral entry* | 28,060 | | 28,060 | 28,060 | 28,060 |
| *Recommend for withdrawal from locatable mineral entry* | 27,690 | | 367,350 | 9,550 | 54,090 |
| *Open to locatable mineral exploration or development* | 620,050 | | 280,390 | 638,190 | 593,650 |
| *Closed to mineral materials disposal* | 102,190 | | 499,960 | 56,350 | 132,520 |
| *Open for consideration for mineral materials disposal* | 573,610 | | 175,840 | 619,450 | 543,280 |
| *Closed to nonenergy solid leasable mineral exploration and development* | 44,220 | | 387,020 | 55,570 | 168,130 |
| *Open for consideration of nonenergy solid leasable mineral exploration or development* | 631,480 | | 288,780 | 620,230 | 507,670 |
| Private, State, or BOR Project Lands Surface/Federal Minerals | | | | | |
| *Withdrawn from locatable mineral entry* | | | | | |
| *Recommend for withdrawal from locatable mineral entry* | | | 4,370 | 1,700 | 1,790 |

BLM_0114353