**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| *Open to locatable mineral exploration or development* | 220,390 | 216,020 | 218,690 | 218,600 |
| *Closed to mineral materials disposal* | 2,500 | 68,310 | 2,260 | 2,850 |
| *Open for consideration for mineral materials disposal* | 217,890 | 152,080 | 218,130 | 217,540 |
| *Closed to nonenergy solid leasable mineral exploration and development* | | 9,380 | 1,820 | 2,360 |
| *Open for consideration of nonenergy solid leasable mineral exploration or development* | 220,390 | 211,010 | 218,570 | 218,030 |
| **Special Recreation Management Areas (SRMAs) (acres)** | ***Figure 2-44*** | ***Figure 2-45*** | | ***Figure 2-47*** |
| Burn Canyon | | 9,160 | | |
| Dolores River Canyon | 13,380 | 13,380 | | 13,380 |
| Dry Creek | | 42,180 | | 42,180 |
| Jumbo Mountain | | 5,020 | | 1,360 |
| Kinikin Hills | | 11,320 | | |
| North Delta | | 8,520 | | |
| Paradox Valley | | 86,990 | | |
| Ridgway Trails | | 1,130 | | 1,130 |
| Roubideau | | 25,350 | | 25,350 |
| San Miguel River | 35,940 | 36,020 | | 36,020 |
| Spring Creek | | 4,980 | | 4,980 |
| **Total** | **49,320** | **244,050** | **0** | **124,400** |
| **Extensive Recreation Management Areas[7] (ERMAs) (acres)** | | | ***Figure 2-46*** | ***Figure 2-47*** |
| Adobe Badlands | | | 6,370 | |
| Burn Canyon | | | 9,160 | 9,160 |
| Dolores River Canyon | | | 13,380 | |
| Dry Creek | | | 41,290 | |
| Jumbo Mountain | | | 5,020 | |
| Kinikin Hills | | | 11,310 | 10,810 |
| North Delta | | | 8,520 | 8,520 |
| Paradox Valley | | | 44,820 | 44,820 |
| Ridgway Trails | | | 1,130 | |
| Roubideau | | | 25,350 | |
| San Miguel River Corridor | | | 36,020 | |
| Spring Creek | | | 13,510 | |
| **Total** | **0** | **0** | **215,880** | **73,310** |

**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| **Comprehensive Trails and Travel Management (acres)** | *Figure 2-48* | *Figure 2-49* | *Figure 2-50* | *Figure 2-51* |
| Open to cross-country motorized travel | 8,560 | | 16,070 | |
| Closed to motorized travel *(mechanized travel limited to designated routes)* | 11,950 | 12,180 | | 1,160 |
| Closed to motorized and mechanized travel | 44,200 | 102,790 | 45,170 | 57,400 |
| Limited to existing routes for motorized and mechanized travel | 465,790 | | | |
| Limited to designated routes for motorized and mechanized travel | 145,300 | 560,830 | 614,560 | 617,240 |
| **Lands and Realty (acres)** | *Figure 2-52* *Figure 2-56* *Figure 2-59* | *Figure 2-53* *Figure 2-57* *Figure 2-60* | *Figure 2-54* *Figure 2-58* *Figure 2-61* | *Figure 2-55* *Figure 2-57* *Figure 2-62* |
| ROW exclusion areas | 85,080 | 431,040 | 44,550 | 53,700 |
| ROW avoidance areas | | 195,460 | 210,390 | 276,500 |
| Designated utility corridors | 297,930 | 64,180 | 26,880 | 64,180 |
| Identified for disposal | 9,850 | 2,650 | 9,850 | 1,930 |
| ***Special Designations*** | | | | |
| **Areas of Critical Environmental Concern (ACECs) (acres)** | *Figure 2-63* | *Figure 2-64* | *Figure 2-65* | *Figure 2-66* |
| Adobe Badlands | 6,370 | | 6,370 | 6,370 |
| Biological Soil Crust | | | | 1,900 |
| Coyote Wash | | 2,100 | | |
| Dolores River Slickrock Canyon | | | | 9,780 |
| Dolores Slickrock Canyon | | 10,670 | | |
| East Paradox | | 7,360 | | |
| Fairview South | 210 | | 210 | |
| Fairview South (BLM Expansion) | | | | 610 |
| Fairview South (Colorado Natural Heritage Program [CNHP] Expansion) | | 4,250 | | |
| La Sal Creek | | 10,490 | | |
| Lower Uncompahgre Plateau | | 31,810 | | |
| Needle Rock | 80 | 80 | 80 | 80 |
| Paradox Rock Art | | 1,080 | | 1,080 |
| Roubideau-Potter-Monitor | | 20,430 | | |
| Roubideau Corridors | | | | 8,720 |
| Salt Desert Shrub Ecosystem | | 34,510 | | |
| San Miguel Gunnison Sage-Grouse | | 470 | | |

**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| San Miguel River | 22,780 | | 22,780 | 22,780 |
| San Miguel River Expansion | | 35,480 | | |
| Sims-Cerro Gunnison Sage-Grouse | | 25,620 | | |
| Tabeguache Creek | 560 | | | |
| Tabeguache Pueblo and Tabeguache Caves | | 26,300 | | |
| West Paradox | | 5,190 | | |
| **Total** | **30,000** | **215,840** | **29,440** | **51,320** |
| **Wilderness and Wilderness Study Areas (WSAs) (acres)** | *Figure 2-67* | | | |
| Adobe Badlands | 10,320 | | | |
| Camel Back | 10,680 | | | |
| Dolores River Canyon | 13,340 | | | |
| Needle Rock Instant Study Area (ISA) | 80 | | | |
| Sewemup Mesa | 1,740 | | | |
| Tabeguache Area | 8,060 | | | |
| **Total** | **44,220** | | | |
| **Eligible (Alternative A) or Suitable (Alternatives B and D) Wild and Scenic River Study Segments (miles crossing BLM-administered land)** | *Figure 2-68* | *Figure 2-68* | | *Figure 2-69* |
| Gunnison River Segment 2 | 0.4 | 0.4 | | |
| Monitor Creek | 9.4 | 9.4 | | 9.4 |
| Potter Creek | 9.8 | 9.8 | | 9.8 |
| Roubideau Creek Segment 1 | 10.0 | 10.0 | | 10.0 |
| Roubideau Creek Segment 2 | 3.5 | 3.5 | | |
| Deep Creek | 0.6 | 0.6 | | |
| West Fork Terror Creek | 0.5 | 0.5 | | |
| Beaver Creek | 14.2 | 14.2 | | 14.2 |
| Dry Creek Segment 1 | 10.4 | 10.4 | | |
| Naturita Creek | 10.0 | 10.0 | | |
| Saltado Creek | 4.1 | 4.1 | | 4.1 |
| San Miguel River Segment 1 | 17.3 | 17.3 | | 17.3 |
| San Miguel River Segment 2 | 3.6 | 3.6 | | 3.6 |
| San Miguel River Segment 3 | 5.3 | 5.3 | | 4.5 |
| San Miguel River Segment 5 | 2.6 | 2.6 | | 1.3 |
| San Miguel River Segment 6 | 2.3 | 2.3 | | 2.1 |
| Tabeguache Creek Segment 1 | 3.6 | 3.6 | | 3.4 |
| Tabeguache Creek Segment 2 | 7.9 | 7.9 | | |
| Lower Dolores River | 6.9 | 6.9 | | 4.2 |

**Table 2-1**
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| North Fork Mesa Creek | 5.8 | 5.8 | | |
| Dolores River Segment 1a | 8.7 | 8.7 | | 8.7 |
| Dolores River Segment 1b | 0.9 | 0.9 | | |
| Dolores River Segment 2 | 5.4 | 5.4 | | 5.3 |
| Ice Lake Creek Segment 2 | 0.3 | 0.3 | | |
| La Sal Creek Segment 1 | 0.6 | 0.6 | | |
| La Sal Creek Segment 2 | 3.8 | 3.8 | | 3.3 |
| La Sal Creek Segment 3 | 3.4 | 3.4 | | 3.4 |
| Lion Creek Segment 2 | 1.3 | 1.3 | | |
| Spring Creek | 1.5 | 1.5 | | |
| **Total** | **154.1** | **154.1** | **0** | **104.6** |
| **Watchable Wildlife Viewing Sites (acres)** | | *Figure 2-70* | | |
| Uncompahgre Riverway | | 20 | | |
| Billy Creek | | 2,990 | | |
| San Miguel River ACEC (Important Bird Area) | | 22,780 | | |
| **Total** | **0** | **25,790** | **0** | **0** |

[1]Refer to **Appendix D** (Ecological Emphasis Areas, for more information).
[2]VRM on split-estate is a recommendation and would be used as a tool for designing and siting development of energy projects.
[3]Private edge-holdings and inholdings on National Forest System lands which do not have a Visual Resource Inventory.
[4]Alternatives A and C: Allocated acres "open" and Available AUMs include areas that are unallotted; see **Appendix E** (Livestock Grazing Allotments and Allotment Levels).
[5]Some TLs could overlap this area but were not excluded due to the temporal nature of the TL stipulation.
[6]Includes BOR-withdrawn non-project lands.
[7]Planning guidance in place when the San Juan/San Miguel and Uncompahgre Basin RMPs were written directed that all BLM-administered land not designated as an SRMA should be designated as an ERMA. Under today's recreation guidance, what was formerly the Uncompahgre ERMA would be considered "undesignated" (i.e., neither an ERMA nor an SRMA). As such, the terminology has been updated to reflect more closely the recreation guidance under which this RMP was written to avoid nonequivalent comparisons.
Shading indicates zero acres or miles under that alternative.

## 2.4 Alternatives Considered but Eliminated from Detailed Analysis

The following alternatives were considered but eliminated from detailed study because of the purposes stated within each.

### 2.4.1 Implement Exclusive Resource Use or Protection

As outlined in **Section 1.1**, the purpose of this RMP is to ensure that public lands are managed in accordance with the intent of Congress, as stated in the FLPMA, under the principles of multiple use and sustained yield. Alternatives that promote exclusive use or maximum development, production, or protection of one resource at the expense of other resources or resource uses were eliminated from further consideration. This eliminates alternatives such as closing all BLM lands to livestock grazing (discussed further in **Section 2.4.7**, Close Entire

Decision Area to Livestock Grazing) or wood harvest, or managing those lands only for fish, wildlife, and wilderness values at the exclusion of other resource considerations. Each proposed alternative allows for some level of support, protection, or use of all resources in the planning area. In some instances, the alternatives include various considerations for eliminating or maximizing individual resource values or uses in specific areas where conditions warrant.

### 2.4.2 Open or Close Entire Decision Area to Off-highway Vehicle Use

Alternatives that open or close all BLM-administered lands within the decision area to year-round off-highway vehicle (OHV) use, regardless of current travel restrictions, were considered and eliminated from further consideration. Opening the entire decision area to OHV use would conflict with policy and legislation. All of the alternatives propose closure of areas to OHV use based on policy, legislation, or conflict with resources or uses. Restrictions are needed to address travel concerns and recreation demands, and also to protect resource values. However, resource values that can only be protected by prohibiting OHV use throughout the entire decision area have not been identified.

### 2.4.3 Prohibit Fluid Mineral Leasing throughout Decision Area

All of the alternatives propose closure of areas to fluid mineral leasing based on policy or legislation, or when is has been determined that resource values cannot be adequately protected even with restrictive lease stipulations. Resource values that can only be protected by prohibiting all fluid mineral leasing throughout the decision area have not been identified. An alternative that prohibits fluid mineral leasing throughout the decision area would not meet the purpose of and need for the RMP (detailed in **Section 1.1**), part of which is management direction in accordance with principles of multiple use and sustained yield. Leasing of public lands for fluid mineral exploration and production is authorized by the Mineral Leasing Act of 1920 (as amended). The Mineral Leasing Act of 1920 directs field offices to apply the least restrictive management constraints necessary to achieve resource goals and objectives for principal uses of public lands.

### 2.4.4 Prohibit Coal Leasing throughout Decision Area

All of the alternatives propose closure of areas to coal leasing based on policy, legislation, or protecting resource values. Resource values that can only be protected by prohibiting all coal leasing throughout the decision area have not been identified. An alternative that prohibits coal leasing throughout the decision area would not meet the purpose of and need for the RMP (detailed in **Section 1.1**), part of which is management direction in accordance with principles of multiple use and sustained yield. The BLM authority for coal leasing on public lands is mandated by the Mineral Leasing Act of 1920 (as amended) and the Mineral Leasing Act for Acquired Lands of 1947 (as amended). The Mineral Leasing Act of 1920 directs field offices to apply the least restrictive management constraints necessary to achieve resource goals and objectives for principal uses of public lands.

### 2.4.5 Prohibit Herbicide Use throughout Decision Area

The BLM adheres to an integrated vegetation management program, using fire, mechanical and manual methods, biological treatments, and herbicides. Each of these management tools has different strengths and weaknesses and should be available for use, enabling the BLM to select the control method or combination of methods that optimizes the effectiveness of vegetation

management while minimizing costs and environmental impacts. Eliminating the use of pesticides could lead to increases in noxious and invasive species and decreases in native species, in conflict with BLM Colorado Public Land Health Standard 3 (outlined in **Appendix C**). In addition, the UFO adheres to the Vegetation Treatments Using Herbicides Plan (BLM 2007a). The EIS for the plan analyzed an alternative that considered not using herbicides (Alternative C). For these reasons, an alternative that prohibits the use of pesticides was considered but dismissed.

### 2.4.6 Designate Additional Wilderness Study Areas

Because BLM authority to designate WSAs ended in 1993, additional WSAs were not considered during development of this RMP. The BLM does have an obligation under FLPMA Sections 201 and 202 to maintain an inventory of all public lands and their resources, including wilderness characteristics, and to consider such information during land use planning. Plan alternatives include allocations and actions that protect lands with wilderness characteristics. **Appendix F** (Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update) details results of the BLM inventory of non-WSA lands (excluding the Tabeguache Area) for wilderness characteristics. Only areas with inventoried wilderness characteristics have been brought forward for further analysis.

### 2.4.7 Close Entire Decision Area to Livestock Grazing

An alternative that proposes to make all BLM-administered lands within the planning area (i.e., the decision area) unavailable for livestock grazing was considered but dismissed from detailed analysis.

Management of livestock grazing in the RMP, which includes proposed reductions and closures, considered many issues, including existing and potential ACECs, selenium/saline soils, riparian issues, water supplies, disturbed areas (e.g., wildfire), private land conflicts, recent use (e.g., 10 years or longer since it was used or permitted), special use areas (e.g., special status species), domestic sheep/bighorn sheep interaction, and the precipitation zone (16 inches) where salts and carbonates are present in the Mancos shale soil profile.

During this planning process, including public scoping, the BLM did not identify issues or conflicts that could only be resolved through the elimination of all livestock grazing throughout the decision area. Where appropriate, the preclusion or adjustment of livestock use within an allotment or area was incorporated into the alternatives to address the issues noted above. This resulted in a reduction in AUMs and the amount of BLM-administered land available for livestock grazing in all action alternatives, with the largest reduction in Alternative B (approximately 22 percent reduction, as compared with the no action alternative).

Land health has been assessed across the Uncompahgre decision area using the BLM Colorado Standards for Public Land Health (BLM 1997; **Appendix C**). Standards describe conditions needed to sustain public land health and relate to all uses of BLM lands. Most lands are meeting land health standards.

The cumulative evaluation for Land Health Standard 1 (upland soils exhibit infiltration and permeability rates that are appropriate) and for Land Health Standard 3 (healthy, productive plant and animal communities of native and other desirable species) showed that 93 percent of the decision area is meeting Land Health Standard 1, and 84 percent of the decision area is

meeting Land Health Standard 3. The most common resource issues were: 1) historic grazing; 2) noxious and invasive weeds; 3) roads; and 4) OHVs.

Only 1.1 percent of the decision area was determined not to be meeting Land Health Standard 1, and 1.8 percent of the decision area was determined not to be meeting Land Health Standard 3, with livestock grazing noted as a significant contributing factor. Alternative B closes grazing in some areas that have land health problems. When considering allotments that would be available for livestock grazing in Alternative B, 1 percent of the decision area was determined not to be meeting Land Health Standard 1, and 0.7 percent of the decision area was determined not to be meeting Land Health Standard 3, with livestock grazing noted as a significant contributing factor.

Alternative B would close livestock grazing on selenium/saline soils and the precipitation zone (16 inches), below which salts and carbonates are present in the Mancos shale soil profile, and would avoid some sensitive resources associated with ACECs. Alternative B would also exclude livestock grazing for three years on disturbed areas, such as after a fire or vegetation treatment project.

Closure to grazing is not the only available mechanism to reduce grazing-related impacts. If livestock grazing is identified as a significant factor for not achieving or moving toward achieving BLM Colorado Public Land Health Standards, or if monitoring shows an adjustment is needed, then implementation-level management changes can be made in coordination with the permittees and interested public. Such actions can include adjusting AUMs, changing the season or length of grazing use, implementing vegetation treatments, and adjusting grazing management practices. Permit terms and conditions could also be modified.

In addition, closing the decision area to livestock grazing would be inconsistent with planning criteria, which established the parameters for the alternatives and provided guidance by program. No comments were received on the preliminary planning criteria related to livestock grazing during the scoping period.

For these reasons, the no grazing alternative for the entire planning area was dismissed from further consideration in this EIS.

## 2.5 CONSIDERATIONS IN SELECTING A PREFERRED ALTERNATIVE

The proposed alternatives offer a range of discrete strategies for resolving deficiencies in existing management, exploring opportunities for enhanced management, and addressing issues identified through internal assessment and public scoping. Comments submitted by other government agencies, public organizations, state and tribal entities, and interested individuals were given careful consideration. Public scoping efforts enabled the BLM to identify and shape significant issues pertaining to recreational opportunities, wildlife habitat, mineral exploration and development, cultural resources, grazing, land tenure, potential ACECs, public land access, and other program areas. Cooperating Agencies and the Southwest Resource Advisory Council Subgroup reviewed and provided comments at critical intervals during the alternative development process.

The BLM land use planning regulations require the BLM to identify a preferred alternative in the Draft RMP/EIS. Formulated by the UFO planning team, the preferred alternative represents those goals, objectives, and actions determined to be most effective at resolving planning issues and balancing resource use at this stage of the process. While collaboration is critical in developing and evaluating alternatives, the final designation of a preferred alternative remains the exclusive responsibility of the BLM.

### 2.5.1 Recommendation and Resulting Actions

The Field Manager recommends Alternative D as the preferred alternative. The preferred alternative (D) consists of components (objectives and actions) of the other alternatives considered (A, B, and C). During public review of this Draft RMP/EIS, the BLM is seeking constructive input regarding the proposals for managing resources and resource uses. After considering these comments, the BLM will develop a proposed RMP to be evaluated in the final EIS. The proposed RMP can be any reasonable combination of objectives and actions from the four alternatives (A, B, C, and D) presented in this Draft RMP/EIS.

## 2.6 Management Guidance for Alternatives A, B/B.1, C, and D

**Table 2-2** is a description of all decisions proposed for each alternative, including goals and objectives. All decisions in **Table 2-2** are land use plan-level decisions, with the exception of some decisions that are implementation-level decisions. Implementation-level decisions will be identified in the Proposed RMP/Final EIS.

NSO, CSU, and TL are stipulation decisions and apply to fluid mineral leasing and development of federal mineral estate underlying BLM lands, privately owned lands, and state-owned lands, but not National Forest System lands. NGD, SSR, and TL are restriction decisions and apply to other surface-disturbing activities on BLM-administered surface lands. Definitions of these stipulations are provided in **Appendix B** (Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities).

Acreages for alternatives in this chapter and stipulations in **Appendix B** are calculated based on current information and may be adjusted in the future through RMP maintenance as conditions warrant.

### 2.6.1 How to Read Table 2-2

The following describes how **Table 2-2** is written and formatted to show the land use plan decisions proposed for each alternative. Refer to the diagram on the next page for an example of how to read **Table 2-2**.

- Per Appendix C of BLM Land Use Planning Handbook H-1601-1, land use plan decisions are broad-scale decisions that guide future land management actions and subsequent site-specific implementation decisions. Land use plan decisions fall into two categories, which establish the base structure for **Table 2-2:** desired outcomes (**goals** and **objectives**), and **allowable uses** and **actions** to achieve outcomes.
    - *Goals* are broad statements of desired outcomes and management direction that usually are not quantifiable.

- *Objectives* identify specific desired outcomes for resources. Objectives may be quantifiable and measurable and may have established timeframes for achievement, as appropriate.
- *Actions* identify measures or criteria to achieve desired outcomes (i.e., objectives), including actions to maintain, restore, or improve land health.
- *Allowable uses* identify uses, or allocations, that are allowable, restricted, or prohibited on the public lands and mineral estate.
- *Stipulations* (NSO, CSU, TL), which fall under the allowable uses category, are also applied to surface-disturbing activities to achieve desired outcomes (i.e., objectives).

- In general, only those resources and resource uses that have been identified as planning issues have notable differences between the alternatives.
- Actions that are applicable to all alternatives are shown in one cell across a row. These particular objectives and actions would be implemented regardless of which alternative is ultimately selected.
- Actions that are applicable to more than one but not all alternatives are indicated by either combining cells for the same alternatives, or by denoting those objectives or actions as the "same as Alternative B," for example.

**Diagram 2-1**
**How to Read Table 2-2**

| Line # | Alternative A *Current Management (No Action)* Resources | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 1. | **SOILS AND WATER** | | | |
| 2. | **GOAL – SOILS:** Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, salinity). | | | |
| 3. | **Objective:** Make management units available for erosion and salinity control objectives and projects that do not conflict with primary objectives of each unit. | **Objective:** Manage surface-disturbing activities to minimize the yield of sediment, salt, and selenium contributions from BLM lands to water resources. | | |
| 4. | **Action:** Develop necessary erosion-control structures, vegetation improvements, or salinity/selenium-reduction measures to improve water quality. (BLM 1985)<br><br>Develop in-channel structures and land treatment projects designed to reduce runoff and soil erosion where it does not conflict with management of other resources. (BLM 1989a) | **Action:** Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This may include but is not limited to:<br>• Reducing livestock grazing animal unit months (AUM);<br>• Limiting livestock grazing season of use;<br>• Including additional livestock grazing rest-rotation; and<br>• Limiting recreational uses. | **Action:** No similar action. | **Action:** Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This may include but is not limited to:<br>• Modifying livestock grazing practices to reduce sediment yield;<br>• Limiting recreational uses; and<br>• Planning and implementing comprehensive travel management. |
| 5. | **Action:** No similar action in current RMPs. | **Action:** Protect rare biological soil crust in the East Paradox area by pursuing acquisition of private parcels from willing sellers. (Also refer to *Lands and Realty* section.) | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. |

Goals, objectives, or actions that are applicable to more than one alternative are indicated by combining cells for the same alternatives.

Where an action in one or more alternatives does not apply to another, for example Alternative C, it states, "No similar action."

Actions that are the same as another alternative but whose cells cannot be combined are noted as, "Same as Alternative ___."

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| | | |
|---|---|---|
| Air Quality (p. 2-23) | Native American Tribal Uses (p. 2-372) | Vegetation – General (p. 2-49) |
| Areas of Critical Environmental Concern (p. 2-326) | Other Minerals (p. 2-208) | *Uplands* (p. 2-53) |
| Climate (p. 2-24) | *Locatable Minerals* (p. 2-208) | *Riparian* (p. 2-54) |
| Coal (p. 2-178) | *Mineral Materials* (p. 2-211) | *Weeds* (p. 2-61) |
| Comprehensive Travel and Transportation Management (p. 2-300) | *Nonenergy Solid Leasable Minerals* (p. 2-214) | Visual Resources (p. 2-138) |
| Cultural Resources (p. 2-124) | Paleontological Resources (p. 2-136) | Watchable Wildlife Viewing Sites (p. 2-370) |
| Fluid Minerals *(Oil and Gas and Geothermal Resources)* (p. 2-187) | Public Health and Safety (p. 2-373) | Wild and Scenic Rivers (p. 2-359) |
| Forestry and Woodland Products (p. 2-152) | Recreation and Visitor Services (p. 2-216) | Wild Horses (p. 2-120) |
| Land Health (p. 2-25) | Soils and Water Resources (p. 2-28) | Wildland Fire Ecology and Management (p. 2-120) |
| Lands and Realty (p. 2-311) | Special Status Species – General (p. 2-82) | Wilderness and Wilderness Study Areas (p. 2-352) |
| Lands with Wilderness Characteristics (p. 2-148) | *Plants* (p. 2-88) | Wildlife – General (p. 2-63) |
| Livestock Grazing (p. 2-163) | *Fish and Aquatic* (p. 2-92) | *Fish and Aquatic* (p. 2-65) |
| National Trails and Byways (p. 2-365) | *Terrestrial* (p. 2-94) | *Terrestrial* (p. 2-68) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 1. | **Management Common to All Alternatives** | | | |
| 2. | Comply with state and federal laws, regulations, policies, and standards, including FLPMA multiple use mandates. | | | |
| 3. | Implement actions originating from laws, regulations, and policies and conform to day-to-day management, monitoring, and administrative functions not specifically addressed. | | | |
| 4. | Preserve valid existing rights, which include any leases, claims, or other use authorizations established before a new or modified authorization, change in land designation, or new or modified regulation is approved. Existing fluid mineral leases are managed through conditions of approval outlined in the RMP. | | | |
| 5. | Apply conditions of approval, best management practices (BMPs), standard operating procedures (shown in Appendix G), other site-specific mitigation, and/or off-site mitigation measures to all resource uses to promote rapid reclamation, maximize resource protection, and minimize soil erosion. | | | |
| 6. | Seek to enhance collaborative opportunities, partnerships, and communications with other agencies and interested parties to implement the RMP, including education and outreach and project-specific activities (such as monitoring and trail development). | | | |
| 7. | **Resources** | | | |
| 8. | **AIR QUALITY** | | | |
| 9. | **GOAL:**<br>Protect air resources from significant adverse impacts associated with BLM-authorized/permitted actions in accordance with the methodology and provisions outlined in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). | | | |
| 10. | **Objective:**<br>Limit air quality degradation from authorized activities on BLM-administered lands by providing appropriate analyses for compliance with applicable Colorado and National Ambient Air Quality Standards, applicable federal, state, and local air quality laws, rules, regulations, and implementation plans, and applicable federal land management guidance documents (e.g., Federal Land Managers' Air Quality Related Values Work Group Phase I Report—Revised [2010] [Forest Service et al. 2010]). | | | |
| 11. | **Action:**<br>Participate in, conduct, or require air modeling analyses as described in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H) as part of a comprehensive strategy to prevent BLM-permitted activities from causing or contributing to violations of ambient air quality standards or causing significant adverse impacts on air quality-related values. | | | |
| 12. | **Action:**<br>Attach Lease Notice CO-56 to new oil and gas leasing agreements to provide notice to operators of air quality analysis and mitigation requirements that will be determined on a case-by-case basis at the permitting/development stage. | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 13. | **Action:** Develop Conditions of Approval for project-specific surface-disturbing activities to prevent BLM-permitted actions from causing or contributing to exceedances of ambient air quality standards or causing significant adverse impacts on air quality-related values (on both a project level and contemporaneous cumulative basis). | | | |
| 14. | **Action:** Work cooperatively with local, state, federal, and tribal agencies to enhance air monitoring efforts in order to provide a broader measure of spatially distributed air pollutant concentrations for the purposes of evaluating atmospheric conditions with respect to ambient air quality standards and air quality-related values. | | | |
| 15. | **Action:** Implement the adaptive management strategy for protecting air resources as described in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). Provide an annual activity summary report of BLM-authorized actions (track project-specific emissions) for comparison against the most recent regional air quality model results to provide cumulative context for any analyzed contemporaneous development period. Produce the annual report as required in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H) to track progress toward meeting the defined goal and objectives. | | | |
| 16. | **CLIMATE** | | | |
| 17. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Manage native vegetation and wildlife species, soil and water resources, and wildlife habitats to maintain productivity, viability, and natural processes in response to stresses induced by climate change. | | |
| 18. | **Objective:** No similar objective in current RMPs. | **Objective:** Reduce impacts from climate change on soil and water resources, native vegetation and wildlife species and communities, and wildlife habitats. | | |
| 19. | **Action:** No similar action in current RMPs. | **Action:** Address climate change effects on soil and water resources, vegetation, and habitats and apply appropriate management to protect these resource values. Where feasible, coordinate with local or regional scientists and organizations in addressing climate change. | **Action:** No similar action. (There would not be any required actions to reduce impacts from climate change.) | **Action:** Same as Alternative B. |

BLM_0114366

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 20. | **Action:** No similar action in current RMPs. | **Action:** Transplant or seed local native species into new habitats where needed to improve restoration and revegetation success and to improve long-term survival of plant populations. | **Action:** Seed local native species into new habitats where needed to improve restoration and revegetation success, and to improve long-term survival of plant populations. | **Action:** Same as Alternative B. |
| 21. | **Action:** No similar action in current RMPs. | **Action:** Minimize unnatural (e.g., size and intensity) soil and vegetation disturbance in ecological emphasis areas to reduce barriers to plant migration. | **Action:** No similar action. (There would not be a similar requirement.) | **Action:** Same as Alternative B. |
| 22. | **LAND HEALTH** | | | |
| 23. | **GOAL:** Manage soils, riparian-wetland areas, native plant and animal communities, special status species, and water quality to meet land health standards. | | | |
| 24. | **Objective:** Manage public lands according to BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:** Manage lands, streams, and wetlands to *fully meet* or *exceed* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:** Manage lands, streams, and wetlands to, at a minimum, *meet with problems* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C), provided that lands meeting with problems are stable or trend toward achievement of the BLM Colorado Public Land Health Standards. | **Objective:** Manage ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation Outstandingly Remarkable Value (ORV) to *fully meet* or *exceed* the BLM Colorado Public Land Health Standards |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | (BLM 1997; Appendix C). Manage the remaining lands, streams, and wetlands to *fully meet* the BLM Colorado Public Land Health Standards or to *meet with problems* where needed to support resource uses, provided that lands meeting with problems are stable or trend toward achieving the BLM Colorado Public Land Health Standards. |
| 25. | **Action:** No similar action in current RMPs. | **Action:** Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. | **Action:** Apply land and stream health improvements on lands, streams, and wetlands rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or on lands *meeting with problems* and showing a downward trend. | **Action:** Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. This would apply to ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation ORV. In the remaining lands, streams, and wetlands, apply land and stream health improvement |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | projects in areas rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or on lands *meeting with problems*. |
| 26. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close, limit, or modify the causes, where an activity has been demonstrated to be causing land health problems, to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or *meeting with problem*. Activities could include the following:<br>• Grazing<br>• Plant material and wood collection<br>• Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection)<br>• Travel<br>• Camping | **Action:**<br>Limit or modify the cause, where an activity has been demonstrated to be causing land health problems, to improve health of lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) *with problems* with a downward trend. Activities could include the following:<br>• Grazing<br>• Plant material and wood collection<br>• Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection)<br>• Travel<br>• Camping | **Action:**<br>Limit, modify, or manage the cause, where an activity has been demonstrated to be causing land health problems, to improve land health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or *meeting with problems*. Activities could include the following:<br>• Grazing<br>• Plant material and wood collection<br>• Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection)<br>• Travel<br>• Camping |
| 27. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply the following management, unless it can be demonstrated that | **Action:**<br>Require that new projects and land use authorizations identify | **Action:**<br>Require that new projects and land use authorizations |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | new projects and land use authorizations do not reduce the opportunity to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards or *meeting with problems* (BLM 1997; Appendix C):<br>• ROW avoidance<br>• **STIPULATION** CSU-1/SSR-1: *Lands, Streams, and Wetlands "Not Meeting" or "Meeting with Problems" BLM Colorado Public Land Health Standards*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied.<br><br>(Refer to Appendix B; Figures 2-20 and 2-29) | such measures as BMPs, conditions of approval, and stipulations to ensure that the project does not reduce the opportunity to improve the health of lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards *with problems* with a downward trend (BLM 1997; Appendix C). | identify BMPs or conditions of approval that minimize conflicts with health-improvement measures for lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards or *meeting with problems* (BLM 1997; Appendix C). |
| 28. | **SOILS AND WATER RESOURCES** | | | |
| 29. | **GOAL – SOILS:**<br>Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, and salinity).<br><br>**GOAL – WATER:**<br>Protect, restore, and enhance watershed function in the capture, retention, and release of water in quantity, quality, and timing, thereby ensuring aquatic and terrestrial ecosystem health and public uses. Maintain and restore the physical integrity of the aquatic system, including stream banks and bottom configurations; maintain and restore the sediment regime under which aquatic ecosystems evolved; maintain and restore the timing, variability, and duration of floodplain inundation and water table elevation in wetlands, seeps and springs. | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 30. | **Objective:** Make management units available for erosion and salinity control objectives and projects that do not conflict with primary objectives of each unit. | **Objective:** Manage activities to minimize the yield of sediment, salt, and selenium contributions from BLM-administered lands to water resources. | | |
| 31. | **Action:** Develop necessary erosion-control structures, vegetation improvements, or salinity/selenium-reduction measures to improve water quality (BLM 1985).<br><br>Develop in-channel structures and land treatment projects designed to reduce runoff and soil erosion in places where it does not conflict with management of other resources (BLM 1989a). | **Action:** Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following:<br>• Modifying livestock grazing practices to reduce sediment yield<br>• Limiting recreational uses<br>• Planning and implementing comprehensive travel management | **Action:** Manage activities to minimize soil erosion and sediment yields to water bodies. | **Action:** Same as Alternative B. |
| 32. | **Action:** Locate and assess nonfunctional, eroding, earthen check dams in the Mancos Shale areas north of Delta. | **Action:** Inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures that are eroding soils with the highest salinity and selenium concentrations and containing severe | **Action:** No similar action. (A similar activity is not required.) | **Action:** When feasible, inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures with severe/active erosion. |

Case No. 1:20-cv-02484-MSK Document 62-12 filed 04/28/21 USDC Colorado pg 19 of 281

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|---|
| | | weed infestations. Areas in need of improvements include, but are not limited to:<br>• Mancos shale areas north of Delta<br>• East side of the Uncompahgre Plateau, from 25 Mesa Road to Dry Creek Canyon (contour furrow area)<br>• Negro Creek/Dough Spoon Area | | | Combine efforts with other projects (e.g., range water projects, road maintenance, and recreation projects) where feasible to increase efficiency. |
| 33. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage saline/selenium soils as ROW exclusion areas. | | **Action:**<br>Manage saline/selenium soils as ROW avoidance areas. | **Action:**<br>No similar action. (Soil would be managed to meet the objective.) |
| 34. | Allowable Use:<br>**STIPULATION** TL-UB-1 (BLM 1989a): *Highly Erodible and/or Saline Soil Areas*. Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>**Action:**<br>Manage 24,180 acres of Mancos shale hills, commonly known as the "adobes," to reduce salinity loads in the Upper Colorado River Basin (BLM 1989a). | **Alternative B:**<br>Allowable Use:<br>**STIPULATION** NSO-1/NGD-1: *Geology Soil: Saline/Selenium Soils*. Prohibit surface occupancy and use and apply NGD restrictions on lands with soils, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or | **Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**NO LEASING (NL)** NL-1: *Selenium Soils*. Close to oil and gas leasing and geophysical exploration soils with high and very high potential for selenium loading.<br><br>Allowable Use:<br>**STIPULATION** | Allowable Use:<br>**STIPULATION** CSU-2/ SSR-2: *Geology Soil: Saline/Selenium Soils*. Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the | Allowable Use:<br>**STIPULATION** CSU-3/ SSR-3: *Geology Soil: Saline/Selenium Soils*. Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the |

BLM_0114372

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | tribal agencies that are analyzed and accepted by the BLM, with the following special characteristics: saline/selenium soils. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | NSO-2: *Selenium Soils*. Prohibit surface occupancy within 402 meters (0.25-mile) of soils with high and very high potential for selenium loading. (Refer to Appendix B; Figure 2-21, Appendix A.) | operator may be required to submit an engineering/reclamation plan to avoid, minimize, and mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | operator may be required to submit an engineering/ reclamation plan to avoid, minimize, and mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 35. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: No similar allowable use. (There would not be a similar stipulation near agricultural operations.) | **Alternative B.1** (North Fork area only):Allowable Use: **STIPULATION** NSO-3: *Agricultural Operations*. Prohibit surface occupancy on, or within 0.25-mile of, any prime and unique farmlands, livestock operations, organic farm, conventional | Allowable Use: No similar allowable use. (There would not be a similar stipulation near agricultural operations.) | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | farm, ranch, orchard, and the West Elks American Viticultural area. (Refer to Appendix B; Figure 2-21, Appendix A.) | | |
| 36. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 7,360 acres of potential biological soil crust in the East Paradox ACEC as a ROW exclusion area. | **Action:**<br>Manage 360 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in East Paradox as ROW exclusion areas. | **Action:**<br>Manage 1,900 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW exclusion area, with the following additional exception (manage these areas as ROW avoidance):<br>• Allow ROWs for private edge-holdings for reasonable access and utilities only if other access is not possible. |
| 37. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-4/SSR-4: *Geology Soil; Potential Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils | Allowable Use:<br>**STIPULATION** CSU-5/SSR-5: *Geology Soil; East Paradox Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions | Allowable Use:<br>**STIPULATION** CSU-6/SSR-6: *Geology Soil; Potential Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | with the following special characteristics: potential biological soil crust. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | applied on lands within mapped soils with the following special characteristics: East Paradox biological soil crust. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | applied on lands within mapped soils with the following special characteristics: biological soil crust only when high levels of crust development are found. Determine the level of crust development using best available techniques. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 38. | **Action:** No similar action in current RMPs. | **Action:** Protect rare biological soil crust in the East Paradox area by pursuing acquisition of private parcels from willing sellers. (Also refer to *Lands and Realty* section.) | **Action:** No similar action. (Land acquisition would not be actively pursued.) | **Action:** Same as Alternative B. |

BLM_0114375

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| 39. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage slopes of 30 percent or greater (174,540 acres) as ROW exclusion areas. | | **Action:**<br>Manage slopes of 40 percent or greater (115,080 acres) as ROW avoidance areas. | **Action:**<br>Manage slopes of 30 percent or greater (174,540 acres) as ROW avoidance areas. |
| 40. | Allowable Use:<br>**STIPULATION** CSU-CO-27 (BLM 1991a): *Slopes of or Greater than 40 Percent.* Before disturbing the surface on slopes of 40 percent or greater, require a BLM Authorized Officer's approval of a professional engineering/reclamation plan. Require that such a plan demonstrate how the following will be accomplished:<br>• Site productivity will be restored.<br>• Surface runoff will be adequately controlled.<br>• Off-site areas will be protected from accelerated erosion, such as rilling, gullying, piping, and mass wasting.<br>• Surface-disturbing activities will not be conducted during | **Alternative B:**<br>Allowable Use:<br>**STIPULATION** NSO-4/NGD-2: *Geology: Slope Greater than 30 Percent*. Prohibit surface occupancy and use and apply NGD restrictions on lands with steep slopes greater than 30 percent. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**STIPULATION** NSO-5: *High Geologic Hazard.* Prohibit surface occupancy on all areas with medium to high geologic hazard and on slopes greater than 30 percent.<br><br>Allowable Use:<br>**STIPULATION** CSU-7: *Moderate Geologic Hazard.* Surface occupancy or use may be restricted on all areas with moderate geologic hazards. | Allowable Use:<br>**STIPULATION** CSU-8/ SSR-7: *Geology: Slope Greater than 40 Percent.* Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes over 40 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to slope stability. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>**STIPULATION** NSO-6/ SSR-8: *Geology: Slope Greater than 40 Percent*. Prohibit surface occupancy and use and apply SSR restrictions on lands with steep slopes greater than 40 percent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>**STIPULATION** CSU-9/SSR-9: *Geology Slope, Slopes of 30 to 39 Percent.* Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes of 30 to 39 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|---|
| | extended wet periods. (Refer to Appendix B; Figure 2-19, Appendix A.) | | Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 2-21, Appendix A.) | | submit an engineering/ reclamation plan to mitigate potential effects to slope stability. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 41. | Allowable Use: **STIPULATION** TL-UB-1 (BLM 1989a): *Highly Erodible and/or Saline Soil Areas*. Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: **STIPULATION** TL-1: *Saturated Soils*. Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or that demonstrate rutting of 2 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B; Figure 2-25, Appendix A.) | | Allowable Use: No similar allowable use. (A TL for saturated soil would not exist.) | Allowable Use: **STIPULATION** TL-2: *Saturated Soils*. Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or that demonstrate rutting of 3 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B; Figure 2-27, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|---|
| 42. | **Objective:** Maintain or improve water quality in accordance with state and federal laws and approved standards, including consultation with state agencies on proposed projects that could significantly affect water quality (BLM 1985). | **Objective:** Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for biological, chemical, and physical constituents. | | | |
| 43. | **Action:** No similar action in current RMPs. | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed and Monitoring and Evaluation list) in areas where BLM management actions are contributing to impaired water quality. | | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed water bodies only) in areas where BLM management actions are contributing to impaired water quality. Develop a water and aquatic monitoring plan, if necessary, to determine areas where adaptive management is needed. | |
| 44. | Allowable Use: **STIPULATION** NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas; major areas are Waterfowl Habitat Management Areas and rookeries. (Refer to Appendix B; Figure 2-19, Appendix A.) | **Alternative B:** Allowable Use: **NO LEASING/ STIPULATION** NL-2/NGD-3: *Hydrology River.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** NL-3: *Major River Corridors.* Close to oil and gas leasing and geophysical exploration within 0.50-mile mile of the North | Allowable Use: **STIPULATION** CSU-10/ SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions may be applied within 402 meters (1,320 feet) (0.25-mile) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on | Allowable Use: **STIPULATION** NSO-9/ SSR-11: *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following |

BLM_0114378

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | activities within 402 meters (1,320 feet) (0.25-mile) the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Fork of the Gunnison and Smith Fork of the Gunnison Rivers.<br><br>Allowable Use: **STIPULATION** NSO-7: *Major River Corridors*. Prohibit surface occupancy within 0.50 to 1.0-mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers.<br><br>Allowable Use: **STIPULATION** NSO-8: *Floodplains*. Prohibit surface occupancy within the 100-year floodplain of any stream or river system. (Refer to Appendix B; | the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|---|
| | | | Figure 2-21, Appendix A.) | | |
| 45. | **Action:** No similar action in current RMPs. | **Action:** Designate as ROW avoidance areas a 0.25-mile buffer along the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores river corridors. | | **Action:** No similar action. (The major river corridors would not be ROW avoidance or exclusion areas.) | |
| 46. | **Action:** No similar action in current RMPs. | **Action:** Manage a 325-foot buffer along perennial streams as ROW exclusion areas. | | **Action:** No similar action. (Perennial streams would not be ROW avoidance or exclusion areas.) | **Action:** Manage a 325-foot buffer along perennial streams as ROW avoidance areas. |
| 47. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: **STIPULATION** NSO-10/NGD-4: *Perennial Streams.* Prohibit surface occupancy and use and apply NGD restrictions within 152 meters (500 feet) of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** NL-4: *Water Bodies.* Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of lakes, ponds, naturally occurring wetlands and impounding reservoirs (not | Allowable Use: **STIPULATION** CSU-11/ SSR-12: *Perennial Streams.* Surface occupancy or use may be restricted and SSR restrictions may be applied on lands within 100 meters (325 feet) of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: **STIPULATION** NSO-11/ SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|---|
| | | Figures 2-22 and 2-29, Appendix A.) | including stock ponds for livestock).<br><br>Allowable Use:<br>**NO LEASING** NL-5: *Water Ways*: Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of all streams, watercourses, and waterways. (Refer to Appendix B; Figure 2-21, Appendix A.) | | Figures 2-23 and 2-31, Appendix A.)<br><br>**STIPULATION** CSU-12: *Hydrology Features*. Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | | | | extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. Apply CSU restrictions from 325 to 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; Figure 2-23, Appendix A.) |
| 48. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands within municipal watersheds and public water supply areas to provide clean drinking water to local communities. | | | |
| 49. | **Action:** No similar action in current RMPs. | **Action:** Manage as ROW exclusion areas those lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake. | | **Action:** Manage as ROW avoidance areas those lands within 1,000 feet of either side of a classified surface water supply-stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake. | |
| 50. | Allowable Use: **LEASE NOTICE** LN-UFO-1: *Municipal Water Supply*. If drilling is proposed, the operator is hereby notified that there are concerns about the | **Alternative B:** **Action:** Apply the restrictions or closures specified below on the following lands: | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** NL-7: *Public Water Supplies.* | **Action:** Apply the restrictions or closures specified below on the following lands: • Within 1,000 feet on either side of a classified surface water-supply stream | **Action:** Apply the restrictions or closures specified below on the following lands: • Within 1,000 feet on either side of a classified surface water-supply stream |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|---|
| | municipal water source and water conveyance for the town of Norwood, Colorado. The lessee is hereby notified that special design, construction, and scheduling measures may be required in order to minimize the impacts of drilling and production. The overall goal of these measures is to protect Norwood's municipal water source (refer to Appendix B). | • Within 2,640 feet (0.50-mile) on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>• Within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring.<br><br>Apply the following | Close to oil and gas leasing and geophysical exploration within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Allowable Use:<br>**STIPULATION** NSO-12: *Public Water Supplies*. Prohibit surface occupancy from 1,320 feet (0.25-mile) to 2,640 feet (0.50-mile) of a municipal water supply (classified surface water- | segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>• Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>• Close to mineral materials disposal (e.g., sand and gravel).<br>• Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>• Close to coal leasing.<br>• Close to livestock grazing.<br>• Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>• **STIPULATION** NSO-13: *Hydrology Source*. Prohibit | segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>• Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>• Close to mineral materials disposal (e.g., sand and gravel).<br>• Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>• Minimize impacts from livestock grazing on these lands.<br>• Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>• Allowable Use: |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|---|
| | | restrictions or closures on these lands:<br>• Close to mineral materials disposal (e.g., sand and gravel).<br>• Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>• Close to coal leasing.<br>• Close to livestock grazing.<br>• Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>• Allowable Use: | supply stream segment), including intakes, and from 1,320 feet (0.25-mile) to 2,640 feet (0.50-mile) of all public water supplies that use a groundwater well or spring. (Refer to Appendix B; Figure 2-21, Appendix A.) | surface occupancy and use within 305 meters (1,000 feet) of a classified surface water supply stream segment (as measured from the average high water mark) for a distance of 8 kilometers (5 miles) upstream of a public water supply intake with the classification "*Water Supply*" by the State of Colorado.<br>• **STIPULATION** NSO-13b: *Hydrology Public Well.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of groundwater public water supply wells.<br><br>If public water providers develop source water protection plans, apply this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figure 2-22, Appendix A.) | **NO LEASING** NL-8: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high water) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply," and within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>If public water providers develop source water protection plans, apply this "No Leasing" to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figure 2-23, Appendix A.) |
| | | | | Allowable Use:<br>**STIPULATION** CSU-13: *Hydrology Source.* Surface occupancy | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | **NO LEASING** NL-6: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply," and within a 2,640-foot (0.50-mile) buffer of all | | or use may be restricted on lands located greater than 305 meters (1,000 feet) but less than 805 meters (2,640 feet) (0.50-mile) of a classified surface water supply stream segment (as measured from the average high-water mark) for a distance of 8.05 kilometers (5 miles) miles upstream of a public water supply intake classified by the State as a "water supply," and all public water supplies that use a groundwater well or spring. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a coordinated water resources monitoring plan to mitigate potential effects to the source water protection areas of public water supply.<br><br>If public water providers develop source water protection plans, apply this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figures 2-22 [Alternative C] and 2-23 [Alternative D], Appendix A.) | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | public water supplies that use a groundwater well or spring.<br>• Allowable Use: **STIPULATION** NGD-5: *Public Water Supplies.* Prohibit surface-disturbing activities on lands within 2,640 feet (0.50-mile) on either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | "water supply" and within 2,640 feet (0.50-mile) of all public water supplies that use a groundwater well or spring.<br><br>If public water providers develop source water protection plans, apply this "No Leasing" and NGD restriction to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 51. | **Objective:** No similar objective in current RMPs. | **Objective:** Provide sufficient water quantity on BLM-administered lands for multiple use management and functioning, healthy riparian and aquatic ecosystems. | | |
| 52. | **Action:** Work with Colorado Water Conservation Board to ensure a sufficient instream flow to benefit warm and cold water fish species on:<br>• 23 existing instream flow rights held by the Colorado Water Conservation Board and<br>• Streams where Colorado Water Conservation Board applications for instream flow water rights are pending, such as the Lower San Miguel River and Tabeguache Creek. | **Action:** Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist the Conservation Board in instream flow assessments and monitoring of current BLM instream flow stream reaches for compliance. | **Action:** No similar action. (Recommendations to the Colorado Water Conservation Board would not be required.) | **Action:** Same as Alternative B. |
| 53. | **Action:** Maintain current water rights, including groundwater (e.g., wells and springs), to benefit wildlife and livestock, including:<br>• 54 surface water rights<br>• 2 ditches<br>• 1 well<br>• 15 reservoirs<br>• 121 springs/seeps | **Action:** Maintain current water rights to benefit wildlife and livestock. Object to proposals that could jeopardize existing rights. File for new surface water rights on perennial and seasonal streams and new water rights for groundwater sources (i.e., springs/seeps, wells, reservoirs, streams) in adequate quantities to protect planning area resource needs and sustainability. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| 54. | **Objective:** No similar objective in current RMPs. | **Objective:** Protect groundwater resources and recharge areas to maintain functioning condition of all parameters within the hydrologic cycle, including groundwater quantity and quality. | | | |
| 55. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: **STIPULATION** NSO-14: *Domestic Water Wells.* Prohibit surface occupancy within 305 meters (1,000 feet) of all domestic water wells. (Refer to Appendix B; Figure 2-20, Appendix A.) | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** NL-9: *Domestic Water Wells and Private Water Systems.* Close to oil and gas leasing and geophysical exploration within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees.<br><br>Allowable Use: **STIPULATION** NSO-15: *Domestic Water Wells and Private Water Systems.* | Allowable Use: No similar allowable use or action. (There would not be a stipulation or requirement on well bores.) | **Action:** Apply the following requirements to oil and gas well bores that are within 305 meters (1,000 feet) of a domestic water well, beginning at the ground surface and extending through the freshwater aquifer:<br>• Extend surface casing through the freshwater aquifer.<br>• Require freshwater mud for drilling the surface casing. |

Case No. 1:20-cv-02484-MSK Document 62-12 filed 04/28/21 USDC Colorado pg 37 of 281

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| **Line #** | **Alternative A** *Current Management (No Action)* | **Alternative B** | | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|---|
| | | | Prohibit surface occupancy from 402 meters (1,320 feet) (0.25-mile) to 805 meters (2,640 feet) (0.50-mile) of all domestic water wells and private water systems, including ditches and domestic water decrees.<br><br>(Refer to Appendix B; Figure 2-21, Appendix A.) | | |
| 56. | Allowable Use:<br>No similar allowable use in current RMPs. | **Alternative B:**<br>Allowable Use:<br>No similar allowable use. (There would not be a stipulation on water conveyance systems.) | **Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**STIPULATION** NSO-16: *Water Conveyance Systems.* Prohibit surface occupancy within 1,320 feet of any dam, ditch, | Allowable Use:<br>Same as Alternative B. | |

BLM_0114390

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | irrigation intake, canal, or other water conveyance. (Refer to Appendix B; Figure 2-21, Appendix A.) | | |
| 57. | **Objective:** No similar objective in current RMPs. | **Objective:** Protect soil, water, and vegetation resources during periods of drought. | | |
| 58. | **Action:** No similar action in current RMPs. | **Action:** Implement drought management guidelines, outlined in Appendix I, Drought Management, during drought to maintain or achieve long-term resource productivity. | | |
| 59. | **VEGETATION** | | | |
| 60. | *VEGETATION – GENERAL* | | | |
| 61. | **GOAL:** Manage vegetation for a mix of productive and resilient plant and biological soil crust communities that sustain native plant and animal species at viable population levels. Manage shrub and woodland communities within the Historic Range of Natural Variability, maintaining successional processes and sustaining all structural stages across the landscape. Manage riparian and wetland systems to function properly, have the ability to recover from disturbance, and sustain native species at viable population levels. | | | |
| 62. | **Objective:** No similar objective in current RMPs. | **Objective:** Maximize native vegetation. | **Objective:** Minimize loss of native vegetation. | **Objective:** Maximize native vegetation and natural processes. |
| 63. | **Action:** Where reseeding is required, emphasize using native plant species. Consider seeding nonnative plant species based on local | **Action:** Use locally derived native species for revegetation. If locally derived native species are not available or cost prohibitive, allow some use of sterile nonnative species. | **Action:** Use native species for revegetation. If native species are not available or cost prohibitive, allow some use of nonnative species that are not | **Action:** Use locally derived native species for revegetation. If locally derived native species are not available, are cost prohibitive, or are not likely |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | goals, native seed availability and cost, persistence of nonnative plants and annuals and noxious weeds on the site, and composition of nonnative species in the seed mix (BLM 1997). | | invasive. | to succeed, allow use of native species from outside the area or nonnative species that are not invasive. |
| 64. | **Action:** No similar action in current RMPs. | **Action:** Restore areas of degraded vegetation where there is a high probability of success. Use test plots first for more difficult areas.<br><br>Revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site mitigation. | **Action:** As off-site mitigation for vegetation damaged by nearby resource use and development, restore areas of degraded vegetation where there is a high probability of success.<br><br>Revegetate areas that are impacted by wildfire or resource use and development as on-site mitigation. | **Action:** On ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, and areas with rare vegetation, restore areas of degraded vegetation, including burned areas, where there is a high probability of success. Use test plots first for more difficult areas.<br><br>On other lands, revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site or off-site mitigation. |
| 65. | **Objective:** No similar objective in current RMPs. | **Objective:** Provide the public with commonly available and renewable native plant materials through the sale of wilding permits, commercial and institutional seed-collecting permits, and permits for the collection of other plant products, while protecting other resources. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 66. | **Action:** No similar action in current RMPs. | **Action:** Make 444,160 acres available for seed collection permits. Close the following areas to permits: • WSAs • ACECs • Lands managed to protect wilderness characteristics • Ecological emphasis areas • Riparian areas, except for research and revegetation purposes • Exemplary, ancient, and rare vegetation communities • Occupied threatened and endangered plant habitat • Occupied special status plant species habitat | **Action:** Make 631,060 acres available for permits for seed collection, wildings, and other plant materials. Close the following areas to permits: • WSAs • Occupied threatened and endangered plant habitat • Occupied special status plant species habitat | **Action:** Make 582,950 acres available for permits for seed collection, wildings, and other plant materials. Close the following areas to permits: • WSAs • ACECs, except for research and revegetation purposes • Lands managed to protect wilderness characteristics • Ecological emphasis areas • Riparian areas, except for research and revegetation purposes • Exemplary, ancient, and rare vegetation communities • Occupied threatened and endangered plant habitat • Occupied special status plant species habitat |
| 67. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage exemplary, ancient, and rare vegetation communities; and ecological emphasis areas to maintain their integrity and functionality. (Refer to Wildlife – Terrestrial for actions related to ecological emphasis areas.) | | |
| 68. | **Action:** No similar action in current RMPs. | **Action:** Manage exemplary, ancient, and rare vegetation communities as ROW exclusion areas. | **Action:** Manage exemplary, ancient, and rare vegetation communities as ROW avoidance areas. | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 69. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-17/NGD-6: *Plant Community*. Prohibit surface occupancy and use and apply NGD restrictions within occupied habitat for exemplary, ancient, rare, and relict vegetation communities. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: No similar allowable use. (There would not be NSO, CSU, NGD, or SSR restrictions in exemplary, ancient, rare, or relict vegetation communities.) | Allowable Use: **STIPULATION** CSU-14/ SSR-14: *Plant Community*. Surface occupancy or use may be restricted and SSR restrictions applied within occupied habitat that meets BLM's criteria established in the RMP for significant and/or relict plant communities (exemplary, ancient, and rare vegetation communities). Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 70. | *VEGETATION – UPLANDS* | | | |
| 71. | **Objective:** No similar action in current RMPs. | **Objective:** Manage vegetation structure for maximum naturalness, with secondary outcomes of sensitive species habitat, resource production, and fuels reduction. | **Objective:** Manage vegetation structure to emphasize resource production and fuels reduction as needed. | **Objective:** On ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, and areas with exemplary, ancient, or rare vegetation, manage vegetation structure to emphasize naturalness of vegetation age class distribution across the landscape and to support sensitive species habitat, with resource production, big game habitat, and fuels reduction as secondary outcomes.<br><br>On the remaining areas, manage vegetation structure to emphasize resource production and fuels reduction and to support big game species habitat, with naturalness and sensitive species habitat as secondary outcomes. |
| 72. | **Action:** To maintain dispersed ecologic communities for | **Action:** Update the vegetation mosaic objectives in the Fire Management | **Action:** No similar action. (The FMP would be updated to meet | **Action:** Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | wildlife, in all vegetation types, maintain as leave strips or islands interspersed throughout the project areas, 5 to 15 percent of the existing vegetation (emphasis area A; BLM 1985). | Plan (FMP) to meet RMP objectives for upland vegetation. Vegetation treatments must be consistent with these mosaic objectives and must meet multiple interdisciplinary objectives. | RMP objectives, without a specific design requirement for vegetation treatments.) | |
| 73. | *VEGETATION – RIPARIAN* | | | |
| 74. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions. | **Objective:** Manage naturally occurring riparian and wetland areas for Proper Functioning Condition. | **Objective:** Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions and to meet or exceed Proper Functioning Condition. |
| 75. | **Action:** On 15,350 acres (management unit 7), protect riparian/aquatic zones up to 0.25-mile wide. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures (BLM 1989a). | **Action:** Manage naturally occurring riparian and wetland areas, seeps, and springs, as well as a 100-foot buffer from their edge, as ROW exclusion areas, unless it can be determined that the project would not diminish site integrity. | **Action:** Require that new ROW authorizations in naturally occurring wetlands and riparian areas, seeps, and springs identify effective measures to maintain Proper Functioning Condition. | **Action:** Manage naturally occurring riparian and wetland areas, seeps, and springs, as well as a 325-foot buffer from their edge, as ROW avoidance areas unless it can be determined that the project would not diminish hydrologic or vegetation conditions. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 76. | **Action:** On 6,480 acres (emphasis area J), coordinate forestry and woodland products management on a case-by-case basis to ensure riparian resources are protected and, in some cases, improved (BLM 1985; also refer to the *Forest and Woodland Products* section.) | **Action:** Close riparian areas to mineral materials disposal (with a 500-foot buffer), wood products collection and harvest, and other plant products collection (with a 100-foot buffer). Prohibit issuing permits for recreation activities or events. | **Action:** Limit mineral materials disposal, wood products collection and harvest, and other plant products collection within riparian areas to locations where they would have the least impact. | **Action:** Close riparian areas to mineral materials disposal, wood products collection and harvest, and other plant products collection, except for research, invasive species control, and revegetation (with a 100-foot buffer).<br><br>Require additional riparian stipulations for commercial special recreation permits (SRPs) and restrict use to designated routes in locations where they would have the least impact for organized group and event permits. |
| 77. | **Action:** No similar action in current RMPs | **Action:** Limit vegetation treatments in riparian areas to weed treatment and managed wildland fire from natural ignition. | **Action:** Allow vegetation treatments in riparian areas that do not impair riparian/wetland values. | **Action:** Allow vegetation treatments in riparian areas that are compatible with and promote natural riparian/wetland function and improvement. |
| 78. | **Action:** Improve aquatic/riparian habitat on the following priority areas:<br>• Upper San Miguel River and its tributaries (44 | **Action:** No similar action; this is addressed by other actions. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | miles)<br>• Upper Dolores River (30 miles)<br>• Lower San Miguel and its tributaries (20 miles) (BLM 1985)<br><br>Manage 680 acres in the Roubideau Creek and Potter Creek drainages for improvement of riparian habitat (BLM 1989a).<br><br>Manage 3,720 acres (management unit 9) to restore and enhance riparian vegetation along 40 miles of streams (BLM 1989a).<br><br>On 3,720 acres (management unit 9), incorporate into existing activity plans, or develop in new riparian/aquatic system management plans, objectives and projects designed to accelerate improvement of species diversity, stream bank cover and stability, and instream | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | structure and to raise the water table (BLM 1989a).<br><br>On 5,200 acres (emphasis area B), invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, and La Sal Creeks (BLM 1985; also refer to the *Terrestrial Wildlife* section). | | | |
| 79. | **Action:**<br>At a minimum, maintain or preferably improve riparian vegetation and stream bank cover (BLM 1989a).<br><br>Maintain or improve vegetation conditions and stream bank cover (BLM 1989a).<br><br>Restore and enhance riparian vegetation along 40 miles of streams (management unit 9; BLM 1989a). | **Action:**<br>Create, enhance, and restore wetland and riparian areas impacted by historic land use and flow regime modification. | **Action:**<br>No similar action. (There would not be a specific requirement to create, enhance, and restore wetland and riparian areas impacted by historic land use and flow regime modification.) | **Action:**<br>Pursue opportunities to enhance and restore wetland and riparian areas impacted by historic land use and flow regime modification. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| 80. | **Action:** Limit vehicle use in the riparian zones associated with Bear and Roatcap Creeks to designated roads and trails yearlong (BLM 1989a). | **Action:** No similar action; travel management limits vehicles to designated roads and trails. | | | |
| 81. | Allowable Use: **STIPULATION** CSU-CO-28 (BLM 1991a): *Riparian Vegetation Zone*. Restrict oil and gas exploration and development, including roads, transmission lines, and storage facilities, to an area beyond the riparian vegetation zone. (Refer to Appendix B; Figure 2-19, Appendix A.) | **Alternative B:** Allowable Use: **STIPULATION** NSO-18/NGD-7: *Hydrology Features*. Prohibit surface occupancy and use and apply NGD restrictions within 201 meters (660 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; springs and seeps; and water impoundments. For streams, | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** NL-4: *Water Bodies*. Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of lakes, ponds, naturally occurring wetlands, and impounding reservoirs (not including stock ponds for livestock). (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use: **STIPULATION** CSU-15/ SSR-15: *Naturally Occurring Riparian and Wetland Areas, Water Bodies, Springs, and Seeps*. Surface occupancy or use may be restricted and SSR restrictions applied on lands within 30 meters (100 feet) of the edge of the riparian zone along perennial and intermittent waters and naturally occurring wetlands, springs, and seeps. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), to protect water resources. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: **STIPULATION** NSO-19/ SSR-16: *Hydrology Features*. Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (325 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for riparian and wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>**STIPULATION** CSU-16: *Hydrology Features*. The CSU restrictions apply from 325 to |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|---|
| | | measure the buffer from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | 500 feet of the hydrology features shown below. Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | | | | wetlands to protect water resources. (Refer to Appendix B; Figure 2-23, Appendix A.) |
| 82. | **Action:** Incorporate into existing activity plans or develop in new riparian/aquatic system management plans objectives and projects designed to accelerate improvement of species diversity, stream bank cover and stability, and instream structure and to raise the water table. Prepare and design riparian improvement plans to accelerate the improvement of riparian vegetation. Incorporate into new management plans for riparian/aquatic systems wildlife habitat management objectives, projects, and mitigating measures that do not conflict (management unit 9; BLM 1989a). | **Action:** No similar action; this is addressed by other actions in this section that manage riparian and wetland areas. | | | |
| 83. | **Action:** On 3,890 acres (emphasis area F), protect riparian zones on springs associated | **Action:** No similar action; this is addressed by other actions to protect riparian zones. | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | with cultural sites (BLM 1985; also refer to the *Cultural Resources* section.) | | | |
| 84. | **Action:** Maintain or improve riparian habitat to good or excellent ecological condition, using acceptable grazing systems and fencing where needed (BLM 1989a). | **Action:** No similar action; this is addressed by the objective and other actions in this section. | | |
| 85. | *VEGETATION – WEEDS* | | | |
| 86. | **GOAL:** Through Integrated Weed Management, suppress and eradicate, where possible, noxious and invasive species to support healthy native plant communities. | | | |
| 87. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands under Integrated Weed Management strategies to support BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | | |
| 88. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations of state-listed "A" noxious weed species and early detection rapid response species. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations of state-listed "A" | **Action:** Same as Alternative A. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Continue to update the Strategy as needed to address issues as they arise. | Continue to update the strategy as needed to address issues as they arise. | and "B" noxious weed species and early detection rapid response species.<br><br>Continue to update strategy as needed to address issues as they arise. | |
| 89. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prioritize streams supporting rare or exemplary vegetation for weed treatment. | **Action:**<br>Prioritize for weed treatment streams with recreational, livestock, or mineral developments and maintained routes. | **Action:**<br>Prioritize for weed treatment ACECs, WSAs, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, lands managed to protect wilderness characteristics, Wild and Scenic River segments with a vegetation ORV, and high-use areas with recreational, livestock, or mineral developments and maintained routes. |
| 90. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Maintain all quarry pits weed-free of all state-listed A, B, and C noxious weed species and for BLM weed species of concern. | **Action:**<br>Maintain all quarry pits weed-free of all state-listed A and B noxious weed species. | **Action:**<br>Maintain all quarry pits weed-free of all state-listed A, B, and C noxious weed species. |
| 91. | **Action:**<br>Require that all seed slated for BLM reclamation projects meet the Colorado | **Action:**<br>Require that all seed used on BLM-administered lands meet the Colorado Noxious Weed Seed requirements of | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Noxious Weed Seed requirements of prohibited and restricted seed. Seed lots shall contain no more than 0.5 percent by weight of other weed seed (BLM 1997). | prohibited and restricted seed. In addition to BLM policy of weed-free seed use, seed lots shall contain less than 250 seeds per pound of cheatgrass and/or Japanese brome (in combination). Other species determined to be noxious or invasive may be added to this list. All seed must be of certified quality or source identified. | | |
| 92. | **Action:** No similar action in current RMPs. | **Action:** Require all hay, straw, or mulch that is used or stored on BLM-administered lands be certified as weed free. | | |
| 93. | **FISH & WILDLIFE** | | | |
| 94. | *WILDLIFE – GENERAL* | | | |
| 95. | **GOAL:** Manage terrestrial and aquatic habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. | | | |
| 96. | **Objective:** Intensively manage for optimal aquatic wildlife habitat. Provide necessary investments to enhance wildlife habitat. Cooperate with the Colorado Parks and Wildlife (CPW) for funding of habitat improvement projects, and also cooperate with CPW on the reintroduction program (BLM 1985). | **Objective:** Restore, enhance, preserve, and promote aquatic and terrestrial ecosystem integrity and values. Emphasis is on native fish and cold-water sport fish, and native nongame species, while allowing for improvements to habitat for native game species.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and | **Objective:** Maintain aquatic and terrestrial ecosystem integrity and productivity. Emphasis is on sports fisheries and upland game species.<br><br>Protect migratory birds to the extent required by the Migratory Bird Treaty Act of 1918. | **Objective:** Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values. Emphasis is on native species (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring habitat diversity, productivity, viability, and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Comply with FLPMA to maintain, enhance, and protect fish habitat on public lands. Continue to apply seasonal restrictions where they are needed to mitigate impacts of human activities on important seasonal wildlife habitat. | natural processes through use of the vegetation mosaic objectives (refer to the *Vegetation* section). | | natural processes throughout the ecosystem (s).<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (refer to the *Vegetation* section). |
| 97. | **Action:**<br>The BLM District Manager may authorize supplemental releases and reintroduction of native or naturalized wildlife species (excluding federal or state-listed endangered, threatened, or candidate species) following environmental analysis in management units 3, 5, 8, 9, 13-15 (BLM 1989a). | **Action:**<br>Allow augmentation and reintroduction to expand the current range of native species in response to partner or stakeholder proposals and requests and in coordination with CPW. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of desired game species and species of economic importance, in coordination with CPW. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of aquatic and terrestrial species or to expand population numbers to improve genetic viability of native terrestrial and aquatic species, in coordination with CPW. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Allow CPW to introduce chukar. Allow other game species introduction if site-specific analysis indicates that significant conflicts with livestock will not occur (emphasis area A; BLM 1985).<br><br>Reestablish river otters in the Dolores River (emphasis areas B, C, and D; BLM 1985).<br><br>Allow introduction or reintroduction of bighorn sheep in the Dolores River Canyon WSA.<br><br>Expand pronghorn antelope herds (emphasis area A; BLM 1985). Manage for 300 head of pronghorn antelope. | | | |
| 98. | *WILDLIFE – FISH AND AQUATIC* | | | |
| 99. | **Action:**<br>Give special management consideration to all perennial streams that could provide quality fisheries through the | **Action:**<br>Annually enhance, protect, or restore at least 5 miles of aquatic habitat, including modification or removal of special status fish migration barriers, in | **Action:**<br>Annually improve at least 2 miles of aquatic habitat, including structural and vegetation improvements to | **Action:**<br>Pursue opportunities to enhance, protect, or restore native aquatic species habitats, in consultation with the CPW, |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | activity planning process and monitoring system to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat (emphasis area A; BLM 1985).<br><br>Manage the following riparian areas to improve aquatic habitat: Roc, North Mesa, South Mesa, La Sal and Dry Creeks, and the east and west forks of Dry Creek Canyon (BLM 1985).<br><br>Invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, La Sal, and Dry Creeks (East and West Forks) (emphasis area B; BLM 1985). | consultation with the CPW, and structural and vegetation improvements to benefit primarily nongame native species. | benefit primarily game species and popular fisheries. | including modification or removal of special status fish migration barriers and structural and vegetation improvements commensurate with other resource objectives. |
| 100. | **Action:**<br>Monitor, maintain, or improve known active | **Action:**<br>Maintain or improve fisheries habitat where consistent with maintaining | **Action:**<br>Maintain or improve sports fisheries habitat where | **Action:**<br>Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | fisheries habitat. Focus initially on the San Miguel and Dolores Rivers and their major tributaries. Improve aquatic habitat on these areas, listed in priority order:<br>• The upper San Miguel River and its tributaries (44 miles)<br>• The upper Dolores River and its tributaries (30 miles)<br>• The lower San Miguel River and its tributaries (20 miles)<br><br>Develop aquatic/riparian habitat management plans for these priority areas, including intensive monitoring plans (emphasis area B; BLM 1985). | native species populations. Prioritize systems based on CPW conservation and management objectives. | compatible with adjoining surface uses. | |
| 101. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** TL-3: *Wildlife Native and Sport Fish.* Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies | Allowable Use:<br>**STIPULATION** TL-4: *Wildlife Coldwater Sport Fish.* Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other maps | Allowable Use:<br>**STIPULATION** TL-5: *Wildlife Native and Sport Fish.* Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other maps |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | that are analyzed and accepted by the BLM, during the following periods: • Spring spawning period: April 1 to August 1 (rainbow trout, cutthroat trout, native warm water fish [flannelmouth sucker, bluehead sucker, and roundtail chub]), and Paiute and mottled sculpin • Fall spawning period: October 1 to November 30 (brown and brook trout) (Refer to Appendix B; Figure 2-25, Appendix A.) | provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following periods: • Spring spawning period: April 1 to June 15 (rainbow and cutthroat trout) • Fall spawning period: October 1 to November 30 (brown and brook trout) (Refer to Appendix B; Figure 2-26, Appendix A.) | provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following period: • Spring spawning period: April 1 to July 15 (native cutthroat trout, rainbow trout, and native warm water fish [flannelmouth sucker, bluehead sucker, and roundtail chub]) (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 102. | *WILDLIFE – TERRESTRIAL* | | | |
| 103. | **Action:** Key habitats include big game winter range, winter raptor concentration areas, bighorn sheep, pronghorn antelope, and aquatic/riparian habitats. Maintain and improve vegetation conditions. Protect, maintain, and enhance the following: • Critical habitats for big game, upland game birds, | **Action:** Designate the following 242,580 acres as ecological emphasis areas (Figure 2-2, Appendix A) and manage to preserve the continuity of habitats, vegetation communities, and native wildlife within: • Adobe Zones 1-4 (40,730 acres) • Dry Creek Zones 1-5 (20,320 acres) • Jumbo Mountain/McDonald Creek Zones 1-5 (17,220 acres) • La Sal Zones 1-3 (22,350 acres) • Monitor-Potter-Roubideau Zones 1- | **Action:** Designate the following 24,150 acres as ecological emphasis areas (Figure 2-3, Appendix A) and manage to preserve as much as possible the continuity of habitats, vegetation communities, and native wildlife within: • La Sal Zones 1 and 3 (13,270 acres) • Monitor-Potter-Roubideau Zones 5, 6, 7, 10, and 11 (10,880 acres) | **Action:** Designate the following 177,700 acres as ecological emphasis areas (Figure 2-4, Appendix A) and manage to preserve the continuity of habitats, vegetation communities, and native wildlife within, while following vegetation mosaic objectives: • Adobe Zones 1, 3, and 4 (24,170 acres) • Dry Creek Zones 1-3 (10,790 acres) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | and waterfowl<br>• Crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985)<br><br>Comply with the FLPMA to maintain, enhance, and protect fish habitat on public lands.<br><br>Manage 2,500 acres in Camel Back Ridge and Upper Roubideau Creek drainages along the southeastern portion of the Camel Back WSA to maintain the area's capability to support wintering deer, elk, and bighorn sheep. | 11 (27,320 acres)<br>• Naturita Canyon Zones 1- 4 (15,620 acres)<br>• Ridgway Zones 1-4 (16,700 acres)<br>• San Miguel Zones 1-7 (25,520 acres)<br>• Sims Mesa (19,650 acres)<br>• Spring Canyon (3,380 acres)<br>• Tabeguache Zones 1-10 (31,540 acres)<br>• Terror Creek (2,230 acres)<br><br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) | (Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) | • Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres)<br>• La Sal Zones 1-3 (22,350 acres)<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres)<br>• Naturita Canyon Zone 1 (1,510 acres)<br>• Ridgway Zones 1 and 2 (9,070 acres)<br>• San Miguel Zones 1, 2, 3, 5, and 7 (17,840 acres)<br>• Sims Mesa (19,650 acres)<br>• Spring Canyon (3,380 acres)<br>• Tabeguache Zones 1, 2, 4, 5, 6, 9, and 10 (23,760 acres)<br>• Terror Creek (2,230 acres)<br><br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) |
| 104. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage portions of the following ecological emphasis areas, totaling 186,080 acres, as ROW exclusion areas:<br>• Adobe Zone 1 (11,480 acres)<br>• Dry Creek Zones 1-4 (14,310 acres)<br>• Jumbo Mountain/McDonald Creek | **Action:**<br>Manage all ecological emphasis areas totaling 24,150 acres as ROW avoidance. | **Action:**<br>Manage all ecological emphasis areas totaling 177,700 acres as ROW avoidance areas. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Zones 1-4 (15,630 acres)<br>• La Sal Zones 1-3 (22,350 acres)<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres)<br>• Naturita Canyon Zones 1-4 (15,620 acres)<br>• Ridgway Zones 1-4 (16,700 acres)<br>• San Miguel Zones 1-7 (25,520 acres)<br>• Spring Canyon (3,380 acres)<br>• Tabeguache Zones 1-10 (31,540 acres)<br>• Terror Creek (2,230 acres)<br><br>Manage portions of the following ecological emphasis areas, totaling 56,500 acres, as ROW avoidance:<br>• Adobe Zones 2-4 (29,250 acres)<br>• Dry Creek Zone 5 (6,000 acres)<br>• Jumbo Mountain/McDonald Creek Zone 5 (1,600 acres)<br>• Sims Mesa (19,650 acres) | | |
| 105. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed by other actions. | Allowable Use:<br>**STIPULATION** NSO-20/SSR-17: *Ecological Emphasis Areas*. Prohibit surface occupancy and use and apply SSR restrictions within portions of ecological emphasis areas (207,320 acres):<br>• Adobe Zone 1 (11,480 acres) | Allowable Use:<br>**STIPULATION** CSU-17/ SSR-18: *Ecological Emphasis Areas*. Surface occupancy or use may be restricted and SSR restrictions applied within all ecological emphasis areas (24,150 acres). (Refer to Appendix B; Figures 2-22 and | Allowable Use:<br>**STIPULATION** CSU-17/ SSR-18: *Ecological Emphasis Areas*. Surface occupancy or use may be restricted and SSR restrictions applied within all ecological emphasis areas (177,700 acres). (Refer to Appendix B; Figures 2-23 and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • Dry Creek Zones 1-4 (14,310 acres)<br>• Jumbo Mountain/McDonald Creek Zones 1-5 (17,220 acres)<br>• La Sal Zones 1-3 (22,350 acres)<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres)<br>• Naturita Canyon Zones 1-4 (15,620 acres)<br>• Ridgway Zones 1-4 (16,700 acres)<br>• San Miguel Zones 1-7 (25,520 acres)<br>• Sims Mesa (19,650 acres)<br>• Spring Canyon (3,380 acres)<br>• Tabeguache Zones 1-10 (31,540 acres)<br>• Terror Creek (2,230 acres).<br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** CSU-17/SSR-18: *Ecological Emphasis Areas*. Surface occupancy or use may be restricted and SSR restrictions applied within portions of ecological emphasis areas, (35,250 acres):<br>• Adobe Zones 2-4 (29,250 acres)<br>• Dry Creek Zone 5 (6,000 acres)<br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | 2-30, Appendix A.) | 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 106. | **Action:**<br>Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Identify such projects through habitat management plans or coordinated resource management plans.<br><br>On 51,680 acres (management unit 2), manage vegetation to improve the areas' capabilities to support wintering deer, elk, and bighorn sheep populations.<br><br>Develop habitat management plans and design land treatment projects and other facilities to improve the quality and quantity of winter habitat (management unit 2; BLM 1989a).<br><br>Maintain, improve, and enhance crucial habitats for | **Action:**<br>Annually enhance or restore at least 500 acres of terrestrial habitat to benefit primarily native, nongame species, including birds, and to increase carrying capacity for native game species, emphasizing winter range and crucial habitat types. | **Action:**<br>Annually treat at least 3,000 acres of terrestrial habitat to increase carrying capacity for game species, including game birds, emphasizing winter range and crucial habitat types. | **Action:**<br>Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values in consultation with the CPW. Emphasize the management of native species (mammals, reptiles, amphibians, birds, fish, invertebrates, and plants), including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem(s).<br><br>Design land treatment projects and other facilities to improve the quality and quantity of wildlife habitats.<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | nongame species of special interest or concern to state and other federal agencies (BLM 1985).<br><br>Open the planning area to land treatments for wildlife and project facility development. Maintain existing wildlife facilities and land treatments (BLM 1989a). Maintain existing wildlife habitat projects on 121,710 acres (management unit 1; BLM 1989a).<br><br>On 83,630 acres (management units 3, 5, 8, 9, 13-15), maintain existing wildlife habitat projects and develop new projects if they will not decrease the woodland base (BLM 1989a).<br><br>In wildlife emphasis areas (22,410 acres) where livestock also graze, maintain an overall hiding cover-to-forage ratio of 40:60 for wildlife (BLM 1985). | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 107. | **Action:**<br>Incorporate objectives to protect or improve aquatic habitat into allotment management plans and habitat management plans. Develop and implement needed habitat management plans and improvements, including monitoring plans. Habitat management plan development for aquatic species will be closely coordinated with CPW, the Forest Service, and, where appropriate, US DOI Fish and Wildlife Service (USFWS). Project development will require input from all resource programs to assess impacts through the environmental process (BLM 1985).<br><br>Subject to the availability of manpower and funds to complete necessary wildlife habitat improvements on 23,100 acres (emphasis area B), manage the habitat for | **Action:**<br>Develop a strategy with the CPW to achieve desired habitat conditions for native species and to achieve BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Review this strategy every five years. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | current levels of deer and elk (20,000 and 1,600, respectively). Consider wildlife reductions in localized areas if vegetation resource monitoring indicates the need to maintain use within the carrying capacity. Share the reductions with domestic livestock, depending on monitoring results (BLM 1985). | | | |
| 108. | **Action:** On 51,680 acres (management unit 2), give wildlife priority for all additional forage made available as a result of BLM habitat improvement (BLM 1989a). <br><br> Maintain wildlife forage allocations at current levels until studies determine adjustments are needed to achieve management directives. Divide additional forage allocations equally between wildlife and | **Action:** No similar action; this is addressed in the *Livestock Grazing* section. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | livestock grazing (management units 3, 5, 8, 9, 13-15; BLM 1989a). | | | |
| 109. | **Action:** On crucial (now termed "severe and winter concentration areas") deer and elk winter range (17,370 acres), give wildlife priority for forage allocations (management unit 7; BLM 1989a). | **Action:** No similar action; this has been completed. | | |
| 110. | **Action:** Provide investments to enhance wildlife species that will benefit from uneven-aged timber management (emphasis area J; BLM 1985). | **Action:** No similar action; other actions address timber management. | | |
| 111. | *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, Mountain Lion)* Note: Bighorn sheep include both Rocky Mountain and desert subspecies, unless otherwise designated as one or the other. | | | |
| 112. | Allowable Use: **STIPULATION** TL-CO-9 (BLM 1991a): *Big Game Species (Mule Deer, Elk, Pronghorn Antelope, and Bighorn Sheep).* Prohibit surface occupancy in big game crucial winter habitat (now termed "severe and winter concentration | Allowable Use: **STIPULATION** TL-6: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and | Allowable Use: **STIPULATION** TL-7: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps | Allowable Use: **STIPULATION** TL-8: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | areas"), including severe big game winter range or other definable winter ranges as mapped by the CPW, from December 1 to April 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | accepted by the BLM: crucial winter range, severe winter range, and winter concentration areas.<br>• Elk, mule deer, and pronghorn antelope: December 1 to April 30<br>• Moose: November 15 to May 30<br>• Rocky Mountain and desert bighorn sheep: November 1 to April 30<br><br>Some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B; Figure 2-25, Appendix A.) | provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: crucial winter range, severe winter range and winter concentration areas.<br>• Elk and mule deer: January 1 to March 31<br><br>(Refer to Appendix B; Figure 2-26, Appendix A.) | provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: crucial winter range, severe winter range and winter concentration areas.<br>• Elk, mule deer, pronghorn antelope, and moose: December 1 to April 30<br>• Rocky Mountain and desert bighorn sheep: November 1 to April 30<br>(Refer to Appendix B; Figure 2-27, Appendix A.) |
| 113. | Allowable Use:<br>**STIPULATION** TL (BLM 1991a): *Big Game Birthing Areas (by Species)*. Restrict surface-disturbing activities in the following areas:<br>• Elk calving (now termed "production"): April 16 to June 30 (Stipulation: TL-CO-10 and TL-UB-05)<br>• Pronghorn antelope fawning: May 1 to July 15 (Stipulation: TL-CO-11)<br>• Rocky Mountain bighorn sheep lambing: May 1 to | Allowable Use:<br>**STIPULATION** TL-9: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>• Elk: May 15 to June 30<br>• Pronghorn antelope: May 1 to July 15<br>• Rocky Mountain bighorn sheep:<br>○ May 1 to July 15 for lambing range | Allowable Use:<br>**STIPULATION** TL-10: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing activities during the following time period in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>• Elk: May 15 to June 15.<br>(Refer to Appendix B; Figure 2-26, Appendix A.) | Allowable Use:<br>**STIPULATION** TL-11: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>• Elk, pronghorn antelope, Rocky Mountain bighorn |

Case No. 1:20-cv-02484-MSK Document 62-12 filed 04/28/21 USDC Colorado pg 67 of 281

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

<table>
<tr><th>Line #</th><th>Alternative A<br>Current Management (No Action)</th><th colspan="2">Alternative B</th><th>Alternative C</th><th>Alternative D<br>Agency Preferred</th></tr>
<tr><td></td><td>July 15 (Stipulation: TL-CO-12)<br>• Desert bighorn sheep lambing: March 16 to May 30<br>(Stipulation: TL-CO-14)<br><br>(Refer to Appendix B; Figure 2-24, Appendix A.)</td><td colspan="2">○ October15 to December15 for rutting grounds<br>• Desert bighorn sheep:<br>○ March 15 to June 15 for lambing range<br>○ August 1 to September 30 for rutting grounds<br>• Moose: May 15 to July 15<br><br>Some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B; Figure 2-25, Appendix A.)</td><td></td><td>sheep, and moose: April 15 to June 30<br>• Desert bighorn sheep: February 1 to May 1<br>(Refer to Appendix B; Figure 2-27, Appendix A.)</td></tr>
<tr><td>114.</td><td>Allowable Use:<br>No similar allowable use in current RMPs.</td><td>Alternative B:<br>Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation within mule deer and elk habitat).</td><td>Alternative B.1 (North Fork area only):<br>Allowable Use:<br>STIPULATION NSO-21: Mule Deer and Elk Habitat. Prohibit surface occupancy in mule deer and elk crucial winter range, including severe winter range and winter concentration areas, and in elk reproduction</td><td colspan="2">Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation within mule deer and elk habitat).</td></tr>
</table>

BLM_0114420

Case No. 1:20-cv-02484-MSK Document 62-12 filed 04/28/21 USDC Colorado pg 68 of 281

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | areas. Also prohibit surface occupancy in big game migration corridors. (Refer to Appendix B; Figure 2-21, Appendix A.) | | |
| 115. | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in the Storm King area. | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from April 15 to June 30 in elk production/calving areas.<br><br>Add other areas as appropriate through future site-specific travel management analyses.<br><br>Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in elk production/calving areas.<br><br>Add other areas, as appropriate, through future site-specific travel management analyses.<br><br>Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | **Action:**<br>No similar action (there would not be similar motorized or mechanized restrictions in elk calving areas). |
| 116. | **Action:**<br>Transplant bighorn sheep into the Winter Mesa area if they will not conflict with livestock. The objective is to reestablish this species in | **Action:**<br>Allow for restoring wild sheep populations in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. | **Action:**<br>No similar action. (Restoration of wild sheep would not be pursued.) | **Action:**<br>Allow for restoring wild sheep populations in areas where 1) the Domestic/Bighorn Sheep Probability of Interaction Assessment depicts existing |

BLM_0114421

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | historically occupied habitat, increase total population numbers, and ensure species viability in the region (management unit 1; BLM 1989a). | | | sheep allotments are not at a high or moderate risk for disease transmission and 2) in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. |
| 117. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-18/SSR-19: *Desert and Rocky Mountain Bighorn Sheep Summer Range*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a stipulation.) | Allowable Use: Same as Alternative B. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 118. | Refer to the *Livestock Grazing* section for information on domestic sheep grazing. | | | |
| 119. | **Action:** Allow for introduction of bighorn sheep and river otters in Dolores River and the Dolores River Canyon WSA (emphasis areas C and D; BLM 1985). | **Action:** No similar action; this is addressed by other actions. | | |
| 120. | **Action:** In big game winter range (emphasis area B), limit the width of vegetation openings | **Action:** No similar action; this is addressed by other actions (a habitat management strategy and vegetation mosaic objectives would be developed from other actions). | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | to approximately 150 to 200 yards (BLM 1985). | | | |
| 121. | *Terrestrial Wildlife – Raptors* | | | |
| 122. | Refer to the *Special Terrestrial Wildlife – Raptors* section. | | | |
| 123. | *Terrestrial Wildlife – Upland Game Birds (Wild Turkeys)* | | | |
| 124. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed for some species, areas, or situations. | Allowable Use:<br>**STIPULATION** TL-12: *Wildlife Turkey*. Prohibit surface use and surface-disturbing and disruptive activities within wild turkey habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM during the following time period):<br>• Wild turkey winter habitat from December 1 to April 1.<br>(Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a TL stipulation.) | Allowable Use:<br>Same as Alternative B. (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 125. | *Terrestrial Wildlife – Migratory Birds* | | | |
| 126. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use adaptive management to conserve and avoid impacts on populations of Birds of Conservation Concern, Partners-in-Flight priority species, and other species of concern. | | |
| 127. | Allowable Use:<br>Avoid large-scale disrupting land use activities, such as surface disturbance, from May 15 to July 15 in migratory bird habitats. Focus these protection | Allowable Use:<br>**STIPULATION** TL-13: *Wildlife Migratory Bird*. Prohibit surface use and surface-disturbing and disruptive activities, including vegetation-altering projects, on lands where nesting migratory birds are present during the | Allowable Use:<br>No similar allowable use. (There would not be a TL stipulation.) | Allowable Use:<br>Same as Alternative B. (Refer to Appendix B; Figure 2-27, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | efforts on USFWS Birds of Conservation Concern. | following time period: April 1 to July 15. (Refer to Appendix B; Figure 2-25, Appendix A.) | | |
| 128. | **Action:** No similar action in current RMPs. | **Action:** Apply appropriate restrictions and mitigation to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. This is to protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act of 1918. | | |
| 129. | **SPECIAL STATUS SPECIES** | | | |
| 130. | *SPECIAL STATUS SPECIES – GENERAL* | | | |
| 131. | **GOAL:** Protect and enhance special status species and habitats to promote their conservation, recovery, and persistence. | | | |
| 132. | **Objective:** Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. Maintain or improve habitat for sensitive plant species and wildlife species of high federal interest (emphasis area A; BLM 1985).<br><br>Require in all land use activity plans measures designed to protect threatened and endangered species and their habitat (BLM 1989a). | **Objective:** Restore and enhance special status species and habitats. Preserve and promote special status species conservation. Prohibit any activity that would have measurable impacts on subpopulations, populations, or habitats over the short or long term. Prohibit land use activities in specific areas.<br><br>Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species. | **Objective:** Maintain special status terrestrial and aquatic species populations and habitats. Maintain special status plant populations and habitats while maximizing land use activities and commodity production. Provide reasonable exceptions to restrictions to facilitate land use and development.<br><br>Manage all federally threatened, endangered, and candidate species as key/priority species. | **Objective:** Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem(s). |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|
| | Protect, maintain, and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985). | | | Design land treatment projects and other facilities to improve the quality and quantity of special status species (aquatic and terrestrial) habitats.<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918. |
| 133. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• Major perennial rivers<br>• Mixed conifer and aspen<br>• Riparian areas<br>• Salt-desert<br>• Sagebrush<br>• Cliff and canyon areas<br><br>Recognize the following priority habitats for special status fish and aquatic wildlife:<br>• Perennial water sources<br>• Riparian areas<br>• Intermittent streams and ponds | **Action:**<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• Major perennial rivers<br>• Riparian areas<br><br>Recognize the following priority habitats for fish and aquatic wildlife:<br>• Perennial water sources<br>• Riparian areas | **Action:**<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• USFWS-designated critical habitats<br>• Occupied and suitable habitat for USFWS endangered, threatened, proposed and candidate species<br>• Occupied and suitable habitat for BLM sensitive species |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • Ephemeral/seasonal waters<br><br>Recognize USFWS-designated critical habitats as key/priority areas. | | |
| 134. | **Action:**<br>Allow authorization of supplemental releases and reintroduction of federal and state-listed endangered, threatened, and candidate species following environmental analysis and consultation with USFWS, CPW, and other affected parties (emphasis area A; BLM 1989a). | **Action:**<br>No similar action (allowed by policy and law). | | |
| 135. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats, including structural and vegetation improvements. | **Action:**<br>Pursue opportunities to improve habitat, including structural and vegetation improvements, to benefit primarily game species and popular fisheries. Consider projects that would also enhance nongame species. | **Action:**<br>Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats. |
| 136. | **Action:**<br>Maintain species of special importance to maintain viable population levels (emphasis area L; BLM 1989a). | **Action:**<br>Manage for sensitive species that are recognized by the State but not the BLM, endemic, rare, or imperiled species or those species otherwise | **Action:**<br>No similar action. (Sensitive species are not a key/priority species under this alternative.) | **Action:**<br>Promote BLM-sensitive species conservation to reduce the likelihood and need for species to be listed |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | important to achieve resource goals and to prevent the need to protect them under BLM sensitive species designation or federal listing. | | pursuant to the Endangered Species Act (BLM Manual 6840). |
| 137. | Allowable Use: **LEASE NOTICE** LN-CO-34 (BLM 1991a): *Endangered Species Act Section 7 Consultation.* The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened or endangered or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid a BLM-approved activity that would contribute to a need to list such a species or its habitat. The BLM may require modifications to or may disapprove proposed activity that is likely to jeopardize the continued existence of a proposed or listed | **Action:** Attach the following standard stipulations to any BLM-issued permit in which there may be surface-disturbing activities: • To avoid impacts on federally listed threatened, endangered, proposed, or candidate species or designated critical habitat and BLM special status species: project proponents, lessees, operators, and ROW holders must contact the BLM before any surface-disturbing activities. Additional inventories may be required to ensure that there are no protected species on the proposed disturbance sites. The BLM may recommend, require modifications to, or disapprove proposed activities to avoid an activity that may affect a federally listed or BLM-sensitive species. Modification or disapproval may also be required on a proposed activity that is likely to jeopardize the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. This could include completion of any required conference or consultation with USFWS. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 United States Code (USC) 1531, et seq., including completion of any required procedure for conference or consultation. (Refer to Appendix B.)<br><br>Allowable Use:<br>**LEASE NOTICE** LN-UFO-2: *Special Status Plants.* The lease area is known to contain populations of endangered plants and may hereafter contain other species protected under the Endangered Species Act or other special status species. | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | To avoid impacts on endangered, threatened, proposed species, designated critical habitat, or BLM special status species, lessees must contact the UFO before any surface activities associated with this lease. The lessee may also be required to conduct additional inventories to ensure that there are no protected species on the proposed disturbance sites. The BLM may recommend modifications to exploration and development proposals to avoid impacts on any species listed under the Endangered Species Act or proposed for listing under the Endangered Species Act or designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | requirements of the Endangered Species Act, as amended, 16 USC 1531 et seq. This could include completing any required conference or consultation with the USFWS. Additionally, project modifications may be required to avoid impacts on BLM-sensitive species. (Refer to Appendix B.) | | | |
| 138. | **Action:** Conduct on-site biological surveys by qualified individuals (BLM 1991a). | **Action:** To protect key wildlife species, special status species, and their habitats, surveys conducted by qualified individuals may be required during the period appropriate to the species and before surface disturbance, habitat treatments, or similar activities. | | |
| 139. | **Action:** No similar action in current RMPs. | **Action:** Designate occupied habitat of known populations of federally threatened and endangered species as ROW exclusion. | **Action:** Designate occupied habitat of known populations of federally threatened and endangered species as ROW avoidance. Surveys may be required before surface disturbance. | |
| 140. | *SPECIAL STATUS PLANTS* | | | |
| 141. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: Close all federally threatened, endangered, proposed, and candidate plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and nonenergy solid mineral leasing. | Allowable Use: Close all federally threatened, endangered, and proposed plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and nonenergy solid mineral leasing. | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 142. | Allowable Use: Promote BLM-sensitive plant conservation and reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). | Allowable Use: Prohibit any land use that would damage, injure, or remove a sensitive plant element occurrence or subpopulation. Also prohibit any activity that would detrimentally alter connectivity between subpopulations. | Allowable Use: Prohibit any land use activity that would damage, injure, or remove more than 10 percent of a sensitive plant element occurrence or subpopulation, either by total number of individual plants or acres of occupied habitat within the activity area. Prohibit more than 10 percent cumulative disturbance of sensitive plant element occurrences or subpopulations at any one time. | Allowable Use: **STIPULATION** CSU-19/ SSR-20: *BLM Sensitive Plant Species.* Surface occupancy or use may be restricted and SSR restrictions applied within 100 meters (328 feet) of BLM-sensitive plant species. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain sensitive plant species. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 143. | Allowable Use: **STIPULATION** NSO-UB-2 (BLM 1989a): *Threatened, Endangered, Candidate, and Sensitive Plant Areas.* Prohibit surface occupancy in the Fairview South | Allowable Use: **STIPULATION** NSO-22/NGD-8: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply NGD restrictions within a 200-meter (656-foot) buffer of the edge of habitat of federally listed, proposed, or | Allowable Use: No similar allowable use. (There would not be a stipulation.) | Allowable Use: **STIPULATION** CSU-20/ SSR-21: *Plant ESA-Listed Species.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | ACEC/Research Natural Area to protect the threatened, endangered, candidate, and sensitive plants and their potential habitat. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>**STIPULATION** NSO-CO-8 (BLM 1991a): *Special Status Plant Species*. Prohibit surface occupancy in special status plant species habitat (including federally listed and proposed species for listing and candidate species). (Refer to Appendix B; Figure 2-19, Appendix A.) | candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | habitat for federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | completion, and utility installation).<br><br>The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 144. | **Action:** Protect sensitive plant species in the Coyote Wash area of Dolores Canyon (emphasis area D; BLM 1985). | **Action:** No similar action; this is addressed by other actions that protect sensitive plants. | | |
| 145. | *SPECIAL STATUS FISH AND AQUATIC WILDLIFE* | | | |
| 146. | **Action:** No similar action in current RMPs. | **Action:** Partner with CPW, Forest Service, USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat. | **Action:** No similar action. (Nonnative trout and other fishes would not be removed from occupied native cutthroat trout habitat.) | **Action:** Same as Alternative B. |
| 147. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-23/NGD-9: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply NGD restrictions within 1.0 mile of federally listed fish occupied habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a stipulation.) | Allowable Use: **STIPULATION** NSO-24/ SSR-22: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| 148. | Allowable Use:<br>No similar allowable use in current RMPs. | **Alternative B:**<br>Allowable Use:<br>**STIPULATION** CSU-21/SSR-23: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 0.25-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**STIPULATION** NSO-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy within 0.50-mile of stream segments occupied by native cutthroat trout. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use:<br>**STIPULATION** CSU-22/ SSR-24: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>**STIPULATION** NSO-26/ SSR-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy and use and apply SSR restrictions within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** CSU-23/ SSR-26: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied between 325 and 500 feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| 149. | Allowable Use:<br>No similar allowable use in current RMPs. | **Alternative B:**<br>Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation for northern leopard frog). | **Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**STIPULATION** NSO-27: *Northern Leopard Frog Breeding Sites*. Prohibit surface-occupancy within 0.25-mile of northern leopard frog breeding sites. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation for northern leopard frog). | |
| 150. | *SPECIAL STATUS TERRESTRIAL WILDLIFE* | | | | |
| 151. | **Action:**<br>Develop habitat management plans for key species and their related habitat. Several key habitats in which plans might be developed are winter raptor concentration areas, aquatic/riparian habitats, and threatened and endangered species habitat. Closely coordinate development of habitat | **Action:**<br>No similar action; this is addressed by the Objective. | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | management plans for terrestrial and aquatic species with CPW, Forest Service, and, where appropriate, USFWS (BLM 1985). | | | |
| 152. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-28/NGD-10: *Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Prohibit surface occupancy and use and apply NGD restrictions within habitat for federally listed wildlife and bird species, except for Canada lynx and yellow-billed cuckoo, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: **STIPULATION** CSU-24/ SSR-27: *Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Surface occupancy or use may be restricted or prohibited within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species (except for Canada lynx), as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of | Allowable Use: **STIPULATION** NSO-29/ SSR-28: *Federally Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | |
| 153. | *Special Status Terrestrial Wildlife – Yellow-Billed Cuckoo* | | | |
| 154. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-30/ NGD-11: *Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat).* Prohibit surface occupancy and use and apply NGD restrictions in yellow-billed cuckoo habitat. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: **STIPULATION** TL-14: *Yellow-Billed Cuckoo Habitat.* Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of yellow-billed cuckoo habitat within riparian areas from May 15 to August 5. (Refer to Appendix B; Figure 2-26, Appendix A.) | Allowable Use: **STIPULATION** CSU-25/ SSR-29: *Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat).* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: within yellow-billed |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | cuckoo habitat. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 155. | *Special Status Terrestrial Wildlife – Desert Bighorn Sheep* | | | |
| 156. | Refer to the *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, Mountain Lion)* section. | | | |
| 157. | **Action:** Make habitat available in the Camel Back-Roubideau Creek area for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity | **Action:** No similar action; this action has been completed. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | (management unit 1; BLM 1989a). | | | |
| 158. | *Special Status Terrestrial Wildlife – Canada Lynx* | | | |
| 159. | **Action:** No similar action in current RMPs. | **Action:** Follow management actions from the most current Lynx Management Plan approved by USFWS. | | |
| 160. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-26/SSR-30: *Wildlife ESA-Listed Species (Canada Lynx Habitat)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: in mapped or identified Canada lynx habitat in Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may | Allowable Use: No similar allowable use. (There would not be a stipulation.) | Allowable Use: **STIPULATION:** CSU-27/ SSR-31: *Wildlife ESA-Listed Species (Canada Lynx Habitat)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: in mapped or identified Lynx Linkage Corridors and Canada lynx habitat within Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 161. | *Special Status Terrestrial Wildlife – Gunnison Sage-Grouse* | | | |
| 162. | Allowable Use: **STIPULATION** TL-CO-15 (BLM 1991a): *Grouse.* Prohibit surface occupancy and surface-disturbing activities in grouse (sage-grouse and mountain sharp-tailed grouse) crucial winter habitat (now termed "severe and winter concentration | Allowable Use: **STIPULATION** TL-15: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities within occupied winter habitat for Gunnison sage-grouse from October 1 to March 15. If winter habitats are not mapped or identified, this stipulation would apply to the entire area within 6.0 miles of | Allowable Use: No similar allowable use. (There would not be a TL stipulation.) | Allowable Use: **STIPULATION** TL-16: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter range, as defined by the BLM and CPW, from December 1 to March |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | areas") from December 16 to March 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | leks (courtship areas). (Refer to Appendix B; Figure 2-25, Appendix A.) | | 15. (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 163. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** TL-17: *Gunnison Sage-Grouse Breeding (Non-lek) Habitat.* Prohibit surface use and surface-disturbing and disruptive activities within 6.0 miles of Gunnison sage-grouse leks from March 1 to June 30. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL.) | Allowable Use: **STIPULATION** TL-18: *Gunnison Sage-Grouse Breeding (Lek and Non-Lek) Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in suitable habitat that is within mapped nesting habitat or within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to June 30. (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 164. | Allowable Use: **STIPULATION** NSO-CO-2 (BLM 1991a): *Grouse.* Prohibit surface occupancy within a 0.25-mile radius of a lek site for grouse (sage-grouse, mountain sharp-tailed grouse, and lesser and greater prairie chickens). (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use: **NO LEASING** NL-10: *Gunnison Sage-Grouse Critical Habitat and Breeding (Lek) Habitat.* Close to fluid mineral leasing and geophysical exploration all Gunnison sage-grouse critical habitat and all Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). When existing leases expire, do not offer to lease Gunnison sage-grouse critical habitat, as defined by BLM, | Allowable Use: **STIPULATION** NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | CPW, and USFWS. (Refer to Appendix B; Figure 2-20, Appendix A.) | | | |
| 165. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NGD-12: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface-disturbing activities in all Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius), as defined by BLM and CPW. (Refer to Appendix B; Figure 2-29, Appendix A.) | | | |
| 166. | Allowable Use:<br>**LEASE NOTICE** LN-CO-30 (BLM 1991a): *Grouse.* In order to protect nesting grouse species, surface-disturbing activities proposed from March 1 to June 30 will be relocated, consistent with lease rights granted and Section 6 of standard lease terms, out of grouse nesting habitat.<br><br>Sage-grouse nesting habitat is described as sage stands with sagebrush plants between 30 and 100 centimeters in height and a mean canopy cover between 15 and 40 percent (BLM | **Alternative B:**<br>Allowable Use:<br>**NO LEASING** NL-10: *Gunnison Sage-grouse Critical Habitat and Breeding (Lek) Habitat.* (See NL-10, above.)<br><br>**STIPULATION** NSO-32/NGD-13: *Gunnison Sage-grouse Breeding (Non-Lek) Habitat.* Prohibit surface occupancy and use and apply NGD restrictions within 4.0 miles | **Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**STIPULATION** NSO-33: *Gunnison Sage-grouse Habitat.* Prohibit surface occupancy within 4.0 miles of any known lek, and within mapped Gunnison sage-grouse breeding, summer, and winter habitat outside of the 4.0-mile buffer. (Refer to | Allowable Use:<br>**STIPULATION** CSU-28/ SSR-33: *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in suitable habitat that is within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. To the degree possible, avoid construction of permanent structures or facilities. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>**STIPULATION** CSU-29/ SSR-34: *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in suitable habitat that is within 4.0 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and winter habitat) or suitable sagebrush habitat.<br><br>Conservation measures may be imposed as necessary to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | 1991a). (Refer to Appendix B.) | of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Appendix B; Figure 2-21, Appendix A.) | | habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 167. | **Action:** No similar action in current RMPs. | **Action:** Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) and critical habitat as ROW exclusion (12,840 acres). | | **Action:** No similar action. | **Action**: Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) (1,330 acres) as ROW avoidance. |
| 168. | *Raptors* | | | | |
| 169. | This section includes both special status raptors and non-special status raptors (from the *Terrestrial Wildlife – Raptors* section).<br><br>Special status raptors, including Birds of Conservation Concern, are Mexican spotted owl, peregrine falcon, northern goshawk, ferruginous hawk, burrowing owl, bald eagle, golden eagle, prairie falcon, and flammulated owl.<br><br>Non-special status raptors are American kestrel, osprey, red-tailed hawk, Swainson's hawk, Cooper's hawk, sharp-shinned hawk, rough-legged hawk, northern harrier, merlin, barn owl, boreal owl, northern pygmy owl, northern saw-whet owl, short-eared owl, western screech owl, and great-horned owl. | | | | |
| 170. | Allowable Use: **STIPULATION** TL-CO-18 (BLM 1991a): *Raptor Nesting and Fledgling Habitat (Golden Eagle, Accipiters, Falcons* | Allowable Use: **STIPULATION** TL-19: *Raptor Breeding and Nesting Sites.* Prohibit surface use and surface-disturbing and disruptive activities as follows: | | Allowable Use: No similar allowable use. (There would not be a TL stipulation.) | Allowable Use: **STIPULATION** TL-20: *Wildlife Sensitive Raptor Nest.* Prohibit surface use and surface-disturbing and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | *[except the Kestrel], Buteos, and Owls)*. Prohibit surface occupancy and use within 0.25-mile of a nest site from February 1 to August 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** TL-CO-20 (BLM 1991a): *Osprey Nesting and Fledgling Habitat*. April 1 to August 31. The sensitivity of osprey to human associated disturbance activities requires a half-mile buffer zone to avoid nest abandonment. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** TL-CO-22 (BLM 1991a): *Bald Eagle Nesting Habitat*. Prohibit surface use within 0.5-mile of a nest site from December 15 to June 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | • Special Status Raptors: Within 0.5-mile of active special status raptor nest sites and associated alternate nests from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods)<br>• Non-Special Status Raptors (*except American kestrel*): Within 0.25-mile of active raptor nest sites and associated alternate nests from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods)<br>(Refer to Appendix B; Figure 2-25, Appendix A.) | | disruptive activities within an 805-meter (0.50-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time periods, or until fledging and dispersal of young:<br>• Bald Eagle: November 15 to July 31<br>• Golden Eagle: December 15 to July 15<br>• Ferruginous Hawk: February 1 to August 15<br>• Peregrine and Prairie Falcon: March 15 to July 31<br>• Northern Goshawk: March 1 to August 31<br>• Burrowing Owl: March 15 to August 15<br><br>*Wildlife Raptor Nest*. Prohibit surface use within a 402-meter (0.25-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other maps |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | Allowable Use: **STIPULATION** TL-CO-24 (BLM 1991a): *Peregrine Falcon Cliff Nesting Complex.* Prohibit surface use within 0.5-mile of peregrine falcon cliff nesting complex from March 16 to July 31. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use: **STIPULATION** TL-CO-19 (BLM 1991a): *Ferruginous Hawk*. Prohibit use within 1.0 mile of nesting and fledgling habitat from February 1 to August 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | | | | provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time period(s), or until fledging and dispersal of young:<br>• Osprey: April 1 to August 31<br>• Red-Tailed Hawk: February 15 to August 15<br>• Swainson's Hawk, Cooper's Hawk, Sharp-Shinned Hawk, and Northern Harrier: April 1 to August 15<br>• Great Horned Owl: February 1 to August 15<br>• Other Owls and Raptors (Excluding Kestrel): March 1 to August 15<br>(Refer to Appendix B; Figure 2-27, Appendix A.) |
| 171. | Allowable Use: **STIPULATION** NSO-CO-3 (BLM 1991a): *Raptors (Golden Eagle, Osprey, Accipiters, Falcons [Except Kestrel], Buteos, and Owls).* Prohibit surface occupancy and use within 0.125-mile of | **Alternative B:** Allowable Use: **STIPULATION** NSO-34/NGD-14: *Raptor Nest Sites.*<br>• Special Status Raptors: | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULATION** NSO-35: *Bald Eagle, Golden Eagle, and* | Allowable Use: **STIPULATION** CSU-31: *Raptor Nest Sites.*<br>• Special Status Raptors: Apply CSU restrictions within the following areas:<br>○ Bald Eagle: Within 0.25-mile of bald eagle roost or | Allowable Use: **STIPULATION** NSO-36/ SSR-36: *Raptor Nest Sites (Except Mexican Spotted Owl).* Prohibit surface occupancy and use and apply SSR restrictions in the following areas: |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | nest sites. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use: **STIPULATION** NSO-CO-4 (BLM 1991a): *Bald Eagle.* Prohibit surface occupancy and use within 0.25-mile of bald eagle roost or nest sites. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use: **STIPULATION** NSO-CO-5 (BLM 1991a): *Peregrine Falcons.* Prohibit surface occupancy and use within 0.25-mile of cliff nesting complex. (Refer to Appendix B; Figure 2-19, Appendix A.) | Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.25-mile of active/inactive special status raptor nest sites and associated alternate nests.<br>• Non-Special Status Raptors (*except kestrel*): Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.125-mile of active nest sites and associated alternate nests.<br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | *Peregrine Falcon Nest Sites.* Prohibit surface occupancy within 0.25-mile of any active or historic bald eagle or golden eagle nest site and within 0.50-mile of any active or historic peregrine falcon nest site. (Refer to Appendix B; Figure 2-21, Appendix A.) | nest sites<br>○ Golden Eagle, Osprey, Accipiters, Falcons (Except Kestrel), Buteos, and Owls: Within 0.125-mile of nest sites<br>○ Peregrine Falcons: Within 0.25-mile of cliff nesting complex<br>• Non-Special Status Raptors identified in the Migratory Bird Treaty Act of 1918 (*Except American Kestrel, Red-Tailed Hawk, and Great-Horned Owl*): Within 330 feet of active nest sites and associated alternate nests.<br>(Refer to Appendix B; Figure 2-22, Appendix A.) | • Bald Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>• Golden Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>• Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: Within 0.50-mile of active and inactive nest sites<br>• All other Special Status and Non-Special Status Raptors (except Mexican spotted owl): Within 0.25-mile of active and inactive nest sites<br>(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

Case No. 1:20-cv-02484-MSK Document 62-12 filed 04/28/21 USDC Colorado pg 98 of 281

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|---|
| | | Allowable Use: **STIPULATION** CSU-30/SSR-35: *Raptor Breeding Habitat*. Apply CSU and SSR restrictions within the following areas:<br>• Special Status Raptors (including Mexican spotted owl): Within 1.0 mile of nest sites.<br>• Non-Special Status Raptors (except American kestrel): Within 0.5-mile of nest sites.<br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | Allowable Use: **STIPULATION** CSU-32/ SSR-37: *Raptor Breeding Habitat (Accipiters, Falcons [Except Kestrel], Buteos, and Owls [Except Mexican Spotted Owl])*. Apply CSU and SSR restrictions within 1.0 mile of nest sites. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

BLM_0114451

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 172. | Allowable Use:<br>**STIPULATION** TL-CO-23 (BLM 1991a): *Bald Eagle Winter Roost Sites*. Prohibit surface use within 0.5-mile of bald eagle winter roost sites from November 16 to April 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>**STIPULATION** NSO-37/NGD-15: *Bald Eagle Winter Roost Sites*. Prohibit surface occupancy and use and apply NGD restrictions are applied, within 0.5-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites*. | Allowable Use:<br>**STIPULATION** NSO-38/ SSR-38: *Bald Eagle Winter Roost Sites*. Prohibit surface occupancy and use and apply SSR restrictions within 0.25-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** TL-21: *Bald Eagle Winter Roost Sites*. Prohibit surface use and surface-disturbing activities within an 805-meter (0.50-mile) radius of an active bald eagle winter roost as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, from November 15 to March 15. (Refer to Appendix B; Figure 2-27, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 173. | Allowable Use: **STIPULATION** TL-SJ-7 (BLM 1991a): *Bald Eagle Winter Concentration Areas*. Prohibit surface use from December 1 to April 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>**STIPULATION** TL-UB-3 (BLM 1989a): *Bald Eagle Winter Concentration Areas*. Prohibit development (e.g., exploration and drilling) from December 1 to April 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: **STIPULATION** CSU-33/SSR-39: *Bald Eagle Habitat (Winter Concentration and Communal Roosts)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied in bald eagle habitat to protect winter concentration areas and communal roost sites. Incorporate applicable conservation measures from the USFWS National Bald Eagle Management Guidelines. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)<br><br>Allowable Use: **STIPULATION** TL-22: *Bald Eagle Winter Concentration Areas*. Prohibit surface use and surface-disturbing and disruptive activities within bald eagle winter concentration areas from November 15 to April 1. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites*. | Allowable Use: **STIPULATION** CSU-33/ SSR-39: *Bald Eagle Habitat (Winter Concentration and Communal Roosts)*. Same as Alternative B. (Refer to Appendix B; Figures 2-23, 2-27, and 2-31, Appendix A.)<br><br>Allowable Use: **STIPULATION** TL-22: *Bald Eagle Winter Concentration Areas*. Same as Alternative B. (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 174. | Allowable Use: **STIPULATION** TL-CO-21 (BLM 1991a): *Mexican Spotted Owl Nesting and Fledgling Habitat*. Prohibit surface use in core area of territory from February 1 to | Allowable Use: **STIPULATION** NSO-39/NGD-16: *Mexican Spotted Owl*. Prohibit surface occupancy and use and apply NGD restrictions within 1.0 mile of confirmed roost and nesting sites. (Refer to Appendix B; Figures 2-20 | Allowable Use: No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites*. | Allowable Use: **STIPULATION** TL-23: Wildlife *Mexican Spotted Owl Timing Limitation (Suitable Breeding Habitat)*. Prohibit surface use and surface-disturbing and disruptive |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | July 31. Mexican spotted owl habitat is restricted by use of a timing limitation applied to core areas within the owl habitat territory. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>**STIPULATION** NSO-CO-6 (BLM 1991a): *Mexican Spotted Owl*. Prohibit surface occupancy and use within 0.25-mile of confirmed roost and nesting sites. (Refer to Appendix B; Figure 2-19, Appendix A.) | and 2-29, Appendix A.) | | activities in mapped suitable Mexican spotted owl breeding habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies, including as defined in the Mexican spotted owl recovery plan, that are analyzed and accepted by the BLM, from March 1 to August 31. (Refer to Appendix B; Figure 2-27, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** CSU-34/ SSR-40: *Mexican Spotted Owl Suitable Breeding Habitat.* Surface occupancy or use may be restricted or prohibited, and SSR restrictions applied, to Mexican spotted owl breeding habitat as defined in the Mexican spotted owl recovery plan. Manage in accordance with the current Mexican spotted owl recovery plan. Field Manager may require the proponent/ applicant to submit a plan of |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | development that demonstrates that impacts on Mexican spotted owl habitat have been avoided to the extent practicable. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** NSO-40/ SSR-41: *Mexican Spotted Owl.* Prohibit surface occupancy and use and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 175. | *Special Status Terrestrial Wildlife – Gunnison's and White-Tailed Prairie Dog* | | | |
| 176. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-41/NGD-17: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* Prohibit surface occupancy and use and apply NGD restrictions within 150 feet of active prairie dog towns. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>**STIPULATION** NSO-42/ NGD-18: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* Prohibit surface occupancy and surface-disturbing activities of more than 1.0 acre in active prairie dog towns that are less than 10 acres. Relocate these activities that require more | Allowable Use:<br>**STIPULATION** CSU-35/ SSR-42: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species:<br>Within 150 feet of active |

2. Alternatives (Management Guidance for Alternatives A, B/B.1, C, and D)

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | than 1.0 acre so they are outside the active prairie dog town. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Gunnison and white-tailed prairie dog towns. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 177. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** TL-24: *Gunnison and White-Tailed Prairie Dog*. Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from March 1 to July 15. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a TL.) | Allowable Use:<br>**STIPULATION** TL-25: *Gunnison and White-Tailed Prairie Dog*. Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from April 1 to July 15 to protect reproduction. |

2-114 *Uncompahgre Draft Resource Management Plan Revision and Environmental Impact Statement*

BLM_0114456

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|
| | | | | (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 178. | **Action:** No similar action in current RMPs. | **Action:** Designate prairie dog colonies with burrowing owls as "no shooting zones." Allow hunting in accordance with CPW regulations. | **Action:** No similar action. (Prairie dog colonies would not be "no shooting zones.") | |
| 179. | **Action:** No similar action in current RMPs. | **Action:** In cooperation with CPW, develop and manage prairie dog release areas on BLM-administered lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands. | **Action:** No similar action. (Prairie dog release sites would not be developed on BLM-administered lands.) | |
| 180. | *Special Status Terrestrial Wildlife – Kit Fox* | | | |
| 181. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-36/SSR-43: *Wildlife BLM Sensitive Species (Active Kit Fox Dens)*. Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: within 0.25-mile of active kit fox dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of | Allowable Use: **STIPULATION** TL-26: *Active Kit Fox Dens*. Prohibit surface use and surface-disturbing and disruptive activities within 400 feet of active kit fox dens nesting and feeding habitat areas from February 15 to August 30 (Wilson and Ruff 1999). (Refer to Appendix B; Figure 2-26, Appendix A.) | Allowable Use: **STIPULATION** CSU-37/ SSR-44: *Wildlife BLM Sensitive Species (Active Kit Fox Dens)*. Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: within 200 meters (656 feet) of active kit fox dens. Special design, construction, and implementation measures, including relocation of |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>**STIPULATION** TL-27: *Active Kit Fox Dens*. Prohibit surface use and surface-disturbing and disruptive activities within 0.25-mile of active dens from February 1 to May 1. (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 182. | *Special Status Terrestrial Wildlife – Bats* | | | |
| 183. | **Action:**<br>Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect | **Action:**<br>Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. Recommend to the Secretary of | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | sensitive bats. | the Interior for withdrawal from locatable mineral entry for sensitive bat species' significant maternity roost or hibernaculum. | | |
| 184. | **Action:** No similar action in current RMPs. | **Action:** In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research. Permits for scientific research access to these areas will follow current quarantine and sterilization procedures. | **Action:** No similar action. | **Action:** In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research or permitted recreational activities. Permits for scientific research or recreational access to these areas will follow current quarantine and sterilization procedures. |
| 185. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-43/NGD-19: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula.* Prohibit surface occupancy and use and apply NGD restrictions within a 402-meter (0.25-mile) radius of the entrance of maternity roosts or hibernacula of federally listed, BLM sensitive, and Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided | Allowable Use: **STIPULATION** CSU-38/ SSR-45: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula.* Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of federally listed, BLM sensitive, and Colorado State Species of | Allowable Use: **STIPULATION** NSO-44/ SSR-46: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Federally Listed and BLM Sensitive Species).* Prohibit surface occupancy and use and apply SSR restrictions within a 402-meter (0.25-mile) radius of the entrance of maternity roosts or hibernacula of federally listed and BLM |

BLM_0114459

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | sensitive bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>**STIPULATION** CSU-39/ SSR-47: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern)*. Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 186. | *Special Status Terrestrial Wildlife – Waterfowl and Shorebirds* | | | |
| 187. | Allowable Use:<br>**STIPULATION** NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries; refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** TL-CO-17 (BLM 1991a): *White Pelican.* Prohibit use within white pelican nesting and feeding habitat areas from March 16 to September 30. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>**STIPULATION** TL-UB-6 (BLM 1989a): *Waterfowl Habitat.* Prohibit development in waterfowl habitats from March 15 to June 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>**NO LEASING/ STIPULATION** NL-2/NGD-3: *Hydrology River.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities within 402 meters (1,320 feet) (0.25-mile) the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>**STIPULATION** CSU-10/ SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions applied within 402 meters (1,320 feet) (0.25-mile) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>**STIPULATION** NSO-9/ SSR-11: *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 188. | **WILD HORSES** | | | |
| 189. | **GOAL:** Manage the Naturita Ridge Herd Area to maintain an ecological balance of resources and uses. | | | |
| 190. | **Objective:** Manage a single wild horse herd on the Spring Creek Basin area, and totally remove all wild horses from the Naturita Ridge herd area. | **Objective:** Continue herd area designation for Naturita Ridge and maintain the closure to wild horses. | | |
| 191. | **Action:** Remove all wild horses from the Naturita Ridge Wild Horse Area. This action has been accomplished. | **Action:** Do not reintroduce wild horses to the Naturita Ridge Wild Horse Area. | | |
| 192. | **WILDLAND FIRE ECOLOGY AND MANAGEMENT** | | | |
| 193. | **GOAL:** Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability. | | | |
| 194. | **Objective:** Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire-suppression activities. | | | |
| 195. | **Action:** Maintain an FMP that supports interagency fire management across the planning area (including the BLM, Forest Service, US DOI National Park Service, and Colorado State Forest Service). | | | |
| 196. | **Objective:** Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts on social and resource values, including human life, private property and improvements, power transmission lines, communication sites, developed recreation sites, cultural resources, special status species habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, public water supplies, and, to the extent practical, air quality. | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 197. | **Action:** Respond to and suppress fires or portions of fires that are threatening social, economic, or resource values. | | | |
| 198. | **Action:** Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide to reduce fire occurrence, behavior, and resistance to control. | **Action:** Modify fuel complexes to meet the objective, emphasizing the use of prescribed fire as an ecological process over the use of mechanical treatments and other methods. | **Action:** Modify fuel complexes to meet the objective, emphasizing the use of mechanical treatments over the use of prescribed fire and other methods. | **Action:** Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire occurrence, behavior, and resistance to control. |
| 199. | **Objective:** Manage fire and fuels/vegetation to achieve specific resource management objectives, which include:<br>• Restore and enhance wildlife habitat.<br>• Improve vegetation condition for stand health, forage production, and watershed enhancement.<br>• Maintain and restore woodland and forest productivity.<br>• Maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape.<br>• Work to restore Fire Regime Condition Classes 2 and 3 towards Class 1, and maintain areas of Class 1, consistent with fire and biological objectives. | | | |
| 200. | **Action:** Design fuels/vegetation projects to meet multiple interdisciplinary objectives. | **Action:** Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives, with an emphasis on natural processes and intact landscapes. | **Action:** Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives, with an emphasis on supporting resource uses. | **Action:** Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives. |
| 201. | **Action:** Use mechanical, biological, or herbicide treatments when prescribed and | **Action:** Use prescribed and managed fire to achieve resource objectives. | **Action:** Emphasize minimal mechanical, biological, and herbicide treatments and managed fire | **Action:** Use mechanical treatment, prescribed fire, seeding, and herbicide in the most |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | managed fire cannot be used to safely achieve desired objectives or where the fuels complex needs to be modified before introducing fire, to achieve resource objectives. | | to achieve resource objectives. | ecologically appropriate manner to achieve resource objectives. |
| 202. | **Action:** Use managed fire, except in areas with high social values (e.g., wildland urban interface, power line corridors, developed recreation sites, and communication sites) as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:** Use managed fire, except in ancient forests, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:** Use managed fire only in more remote locations to meet resource objectives using an ignition-by-ignition decision process. Do not use managed fire in areas with high social values (e.g., wildland urban interface, energy corridors, developed recreation sites, and communication sites) or in areas with management concerns (e.g., occupied sage-grouse habitat, big game severe winter range/winter concentration areas). | **Action:** Use managed fire throughout the planning area, except as precluded by other decisions in the RMP, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. |
| 203. | **Objective:** No similar objective in current RMPs. | **Objective:** In all fire-management activities, utilize appropriate strategies and tactics commensurate with values at risk. | | |
| 204. | **Action:** No similar action in current RMPs. | **Action:** Use minimum impact suppression tactics to minimize the construction of mechanical control line so that | **Action:** Allow for unrestricted fire suppression tactics when a fire threatens an area with high | **Action:** Use minimum-impact suppression tactics to minimize the construction of |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, WSAs, NGD areas, and exotic species. | social or economic values. | mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, NGD areas, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with ancient or rare vegetation, and exotic or noxious species. |
| 205. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. | | **Objective:** Revegetate or manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. |
| 206. | **Action:** No similar action in current RMPs. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, in areas that are not meeting BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) vegetation and habitat objectives, or areas where human life or property are at risk from post-fire impacts. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires or portions of wildfires where human life or property is at risk from post-fire impacts. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, as necessary to meet BLM Colorado Public Land Health Standards (BLM 1997; Appendix C), vegetation and habitat objectives, or where human life or property are at risk from post-fire impacts. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 207. | **CULTURAL RESOURCES** | | | |
| 208. | **GOAL:** Identify, preserve, and protect significant cultural resources to ensure that they are available for appropriate purposes by present and future generations (i.e., for research, education, and preservation of cultural heritage). | | | |
| 209. | **Objective:** Manage cultural resources for protection, preservation, investigation, and public use (i.e., development and interpretation), where appropriate (BLM 1985). | **Objective:** Preserve the nature and value of cultural resources, focusing on high-priority sites. | | |
| 210. | **Action:** No similar action in current RMPs. | **Action:** Allocate cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to use allocations according to their nature and relative preservation value (BLM Manual 8110.42). Cultural Use Allocations Include: | | |

| Use Allocation | Management Action | Desired Outcome |
|---|---|---|
| a. Scientific use | Permit appropriate research including data recovery. | Preserved until research or data recovery potential is realized |
| b. Conservation for future use | Propose protective measures/designation | Preserved until conditions for use are met |
| c. Traditional use | Consult with tribes, determine limitations | Long-term preservation |
| d. Public use | Determine permitted use | Long-term preservation, on-site interpretation |
| e. Experimental use | Determine nature of experiment | Protected until used |
| f. Discharge from management | Remove protective measures | No use after recordation; not preserved |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 211. | **Action:** No similar action in current RMPs. | **Action:** Assign use category allocations to all current and newly discovered cultural resource sites and/or areas upon completion of site evaluation, and apply appropriate management actions to achieve the desired outcome. | | |
| 212. | **Action:** No similar action in current RMPs. | **Action:** Use category allocations may be revised in response to changing site conditions or as additional data and information are obtained. Criteria allowing for revising allocation are 1) environmental change or human-caused impacts that alter the significance or scientific potential; 2) changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the site's potential and changes its eligibility for listing on the National Register of Historic Places (NRHP); 4) new information or techniques that reveal a new scientific value that was not previously recognized; and 5) new information shared through Native American consultation. | | |
| 213. | **Action:** No similar action in current RMPs. | **Action:** Prioritize Scientific Use sites and/or areas and Conservation Use sites for listing on the National Register of Historic Places and develop a cultural resource management plan for Scientific Use sites that outlines specific management objectives and actions for protection. Scientific use sites include stratified open occupations and rock shelters, site complexes, and sites within landscape-based prehistoric and historic use areas. | | |
| 214. | **Action:** No similar action in current RMPs. | **Action:** Prioritize Conservation Use sites for listing on the National Register of Historic Places, and within two years from the listing develop a cultural resource management plan for Conservation Use sites that outlines specific management objectives and actions for protection. Conservation use sites include rock art sites, prehistoric structures, and historic buildings and/or structures, such as the Hanging Flume, Paradox Rock art, historic Ute wickiups, and important historic mining operations. | | |
| 215. | **Action:** No similar action in current RMPs. | **Action:** Set aside cultural resource sites and/or areas (Traditional Use category) for long-term preservation because of their cultural and religious value to Native American Tribes. Sites/areas are identified as traditional cultural properties and sacred sites in consultation with Native American Tribes. | | |

BLM_0114467

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 216. | Allowable Use: No similar allowable use in current RMP. | Allowable Use: **STIPULATION** NSO-45/NGD-20: *Allocation to Traditional Use*. Prohibit surface occupancy and use and apply NGD restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. (Refer to Appendix B.) | Allowable Use: **STIPULATION** CSU-40/ SSR-48: *Allocation to Traditional Use*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. (Refer to Appendix B.) | Allowable Use: **STIPULATION** NSO-46/ SSR-49: *Allocation to Traditional Use*. Prohibit surface occupancy and use and apply SSR restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. (Refer to Appendix B.) |
| 217. | **Action:** No similar action in current RMPs. | **Action:** Assign historical sites in the Uravan Mining Belt (e.g., the Wild Steer complex, Long Park, Monogram Mesa, and the Uravan area), historical buildings that may be suitable for adaptive use, historical roads and trails (e.g., Old Spanish National Historic Trail, Tabeguache Trail), The Hanging Flume (NRHP) and select rock art sites (e.g., the Paradox Rock art Complex, Dolores Canyon, Uncompahgre Plateau) to Public Use for environmental and heritage education. | | |
| 218. | **Action:** No similar action in current RMPs | **Action:** Develop a cultural resource management plan that develops site-specific management actions for all Public Use sites. In the plan, outline specific management objectives and actions for Heritage Tourism including retrieval of scientific information, hardening for public use, interpretation and long-term protection. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 219. | **Action:** No similar action in current RMPs. | **Action:** Manage and protect cultural resources allocated to Public Use, including traditional cultural properties with a secondary allocation to Public Use by implementing the following actions, including but not limited to: • Developing heritage tourism at sites designated to Public Use using BMPs • Interpreting sites • Organizing and conducting ongoing educational programs for tribal groups, the public, school groups, vocational archaeology groups, project proponents, permittees, contractors, and others about cultural resource ethics, and encouraging their assistance in reporting new discoveries and vandalism incidents | **Action:** No similar action. | **Action:** Same as alternative B. |
| 220. | **Action:** No similar action in current RMPs. | **Action:** Within two years of signing the Record of Decision, develop a cultural resource management plan for allowable use on all Experimental Use sites to outline research objectives. | | |
| 221. | **Action:** No similar action in current RMPs. | **Action:** Develop and annually update a list of sites to allocate to the Discharge Use category; reevaluate as needed and compile supporting documentation. Submit for consultation with the State Historic Preservation Office. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 222. | **GOAL:** Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration or potential conflict with other resource uses (FLPMA Sec. 103(c); National Historic Preservation Act Section 106, 110(a)(2)) by ensuring that all authorizations for land use and resource use will comply with Section 106 of the National Historic Preservation Act. | | | |
| 223. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage individual cultural resources in accordance with the use allocation finding for each cultural and historic property. | | |
| 224. | **Action:** Emphasize management and develop cultural management plans on the following cultural sites/areas (BLM 1985):<br>• Dolores Cave<br>• Hamilton Mesa<br>• Hanging Flume<br>• Indian Henry's Cabin<br>• Tabeguache Canyon<br>• Tabeguache Pueblo | **Action:** Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). Prioritize the following areas for inventory and evaluation:<br>• Roc Creek (Anasazi rock art)<br>• Uravan historic mining district<br>• Paradox Valley<br>• Dolores River Canyon<br>• Uncompahgre Plateau<br>• Tabeguache/Dolores Canyons<br>• Hanging Flume | **Action:** Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). | **Action:** Same as Alternative B. |
| 225. | **Action:** In recreation emphasis areas, develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization (BLM 1985). | **Action:** Develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization. Priority areas include the Hanging Flume, Paradox Valley Rock Art Complex, and Roc Creek rock art. | **Action:** No similar action. (Do not emphasize developing cultural resource properties for public enjoyment.) | **Action:** Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 226. | **Action:** Protect and interpret unique and significant values in the Dolores River Canyon WSA (BLM 1985). | **Action:** Identify, inventory, and evaluate prioritized individual sites and areas within the Dolores River Canyon WSA for nomination to the NRHP. | **Action:** Identify, inventory, and evaluate known sites within the Dolores River Canyon WSA for eligibility for listing on the NRHP. | **Action:** Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for interpretation and public enjoyment. |
| 227. | **Action:** No similar action in current RMPs. | **Action:** Identify potential trails to link individual sites and develop an interpretive program. | | |
| 228. | **Action:** In Wilderness Areas, allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "at risk" properties, and only when such use will not degrade wilderness values (BLM 1985). | **Action:** Same as Alternative A. | **Action:** In Wilderness Areas, allow the use of cultural resource properties only for religious purposes and only when such use will not degrade wilderness values. | **Action:** Same as Alternative A. |
| 229. | Allowable Use: **STIPULATION** NSO-SJ-1 (BLM 1991a): *Scenic, Natural, and Cultural Values and Resources*. Prohibit surface occupancy within the following areas: <br>• Tabeguache Cave II and Tabeguache Canyon <br>• Tabeguache Pueblo <br>• Dolores Cave | Allowable Use: **STIPULATION** NSO-47/NGD-21: *Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon*. Prohibit surface occupancy and use and apply NGD restrictions in the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: No similar allowable use. (There would not be any stipulations.) | Allowable Use: **STIPULATION** CSU-41/ SSR-50: *Tabeguache Pueblos Area and Tabeguache Canyon*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied in the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | (Refer to Appendix B; Figure 2-19, Appendix A.) | | | |
| 230. | **Action:** No similar action in current RMPs. | **Action:** Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW exclusion. | **Action:** No similar action. (ROWs would be allowed without avoidance or exclusion restrictions.) | **Action:** Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW avoidance. |
| 231. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-48/NGD-22: *Cultural*. Prohibit surface occupancy and use and apply NGD restrictions within 200 meters (656 feet) of eligible cultural properties, traditional cultural properties listed National or State Registers of Historic Places (sites or districts), outstanding cultural resources to be nominated to the National or State Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: **STIPULATION** CSU-42/ SSR-51: *Sites Listed on the National or State Register of Historic Places*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: **STIPULATION** NSO-49/ SSR-52: *Cultural*. Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed National Registers of Historic Places sites/districts, outstanding cultural resources to be nominated to the National Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites (BLM Manual 8110.42 [A-E]). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 232. | Allowable Use: No similar allowable use is stated in current RMPs. | Allowable Use: **STIPULATION** CSU-43/SSR-53: *Cultural*. Surface occupancy or use may | Allowable Use: No similar allowable use. (There would not be any | Allowable Use: Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act (NHPA), American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Office and tribal consultation) under applicable requirements of the NHPA and other authorities. The BLM may require modification to exploration or development proposals to protect such properties, or disapprove any activity that is likely to result in adverse effects that cannot be successfully avoided, minimized, or mitigated. | stipulations.) | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 233. | **Action:** No similar action in current RMPs. | **Action:** Manage sites listed on or eligible for listing on the NRHP as ROW avoidance. | | |
| 234. | **Action:** No similar action in current RMPs. | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as a National Register District to protect unique cultural resource values. Management actions are as follows:<br>• Nominate the lower Uncompahgre National Register District based on high site densities and rare or significant site types.<br>• Manage for enhanced protection of localities of high archaeological site densities near Dry Creek and Coalbank Canyon.<br>• Manage for the enhanced protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>• Manage for the enhanced protection of historic Ute occupations and sacred sites.<br>• Manage for the enhanced protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau, between the Dry Creek Basin and Roubideau Creek, as an area of archaeological significance. Management actions are as follows:<br>• Nominate individual sites in the area to the NRHP as required for additional status based on site significance and eligibility,<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>• Emphasize the use of alternative mitigation for development, including off-site mitigation and site avoidance.<br>• Manage for the protection of historic Ute occupations and sacred sites. | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau, between the Dry Creek Basin and Roubideau Creek, as an area of archaeological significance. Management actions are as follows:<br>• Nominate individual sites in the area to the NRHP as required for additional status based on site significance and eligibility.<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>• Manage for the protection of historic Ute occupations and sacred sites.<br>• Manage for the protection of numerous rock art panels in the region, including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Sandy, and Cushman Creek.<br>• Manage as VRM Class III<br>• Conduct inventories for cultural properties and establish research and monitoring studies.<br>• Allowable Use: **STIPULATION** NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-20, Appendix A.) | • Manage for the protection of numerous rock art panels in the region, including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | Cushman Creek.<br>• Allowable Use: **STIPULATION** CSU-44/ SSR-54: *Area of Archaeological Significance.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied to emphasize site avoidance and project redesign during development. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 235. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Develop a cultural resource management plan to guide research and long term protection of cultural properties associated with the Paradox Rock Art Complex, Uravan Mineral Belt, Dolores Canyon, the Uncompahgre Plateau and other areas as determined by new information, research strategies and resource protection needs. | **Action:**<br>No similar action. (A cultural resource management plan for these properties would not be required.) | **Action:**<br>Same as Alternative B. |
| 236. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Nominate National Register Districts. Consider individual sites within each district for nomination to the State and/or National Registers of Historic | **Action:**<br>Evaluate individual sites for eligibility for National or State Registers of Historic Places nominations. Do not consider | **Action:**<br>Nominate individual sites to the National or State Registers of Historic Places. Individual sites with the |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Places. Potential National Register Districts are as follows:<br>• Uravan Uranium Mining District<br>• Paradox Valley Rock Art District<br>• Tabeguache Pueblos District<br>• Dolores River Rock Art District | individual sites for nomination to the NRHP unless such sites need additional protection that may be afforded by such listing. | potential for nomination are as follows:<br>• Ute Wickiup Project<br>• Uravan Uranium Mining District<br>• Squint Moore Complex<br>• Harris site on the Uncompahgre Plateau<br>• Paradox Valley Rock Art Complex<br><br>Also nominate other sites that meet the NRHP criteria. |
| 237. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>No similar action (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC). | **Action:**<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values. Management actions are as follows:<br>• Manage for protection of the numerous prehistoric petroglyphs and pictographs in the area.<br>• Close to motorized and mechanized travel above the level of the Paradox Valley bottom; limit motorized and mechanized travel to | **Action:**<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC).<br>• Allowable Use: **STIPULATION** NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-23, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | designated routes in the Paradox Valley bottom.<br>• Develop a system of public access trails to the various rock art panels.<br>• Develop and implement an interpretive plan.<br>• Conduct a complete inventory for cultural properties.<br>• Allowable Use: **STIPULATION** NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-22, Appendix A.) | |
| 238. | **Action:**<br>Attach the following standard stipulations to any BLM-issued permit in which there may be ground-disturbing activities or the potential for the inadvertent discovery or effects on any NRHP or otherwise eligible historic or archaeological cultural property:<br>• If historic or archaeological materials are uncovered during permitted activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials and must immediately contact the BLM Authorized Officer. Within five working days, the BLM Authorized Officer will inform the operator as to whether the materials appear eligible for the NRHP and what mitigation measures the operator will likely have to undertake before the construction may proceed.<br>• In accordance with 43 CFR 10.4(g), the holder of the authorization must notify the BLM Authorized Officer, by telephone, with written confirmation, immediately after the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, in accordance with 43 CFR 10.4(c) and (d), the holder of the authorization must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the BLM Authorized Officer. (Refer to Appendix B.) | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 239. | **PALEONTOLOGICAL RESOURCES** | | | |
| 240. | **GOAL:** Identify, protect, and manage paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. | | | |
| 241. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage paleontological resources for their scientific, educational, and recreational values. | | |
| 242. | **Action:** Manage paleontological resources according to their Potential Fossil Yield Classification (Paleontological Resources Preservation Act of 2009). | **Action:** Require that land use authorizations consider actions on public lands according to their Potential Fossil Yield Classification. | | |
| 243. | **Action:** Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case-by-case basis in environmental documents (BLM 1985). | **Action:** Develop a paleontological site-management plan for known localities, including:<br>• Potter Creek<br>• San Miguel Canyon<br>• Placerville Jurassic Fish Locality<br>• Dolores River Canyon<br>• Atkinson Mesa/Mesa Creek area | **Action:** No similar action. (Paleontological site management plans would not be developed.) | **Action:** Same as Alternative B. |
| 244. | **Action:** Inventory paleontological resources and develop appropriate protective measures if necessary; develop protective measures as this resource is | **Action:** In Potential Fossil Yield Classification Class 2, 3, 4, and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | **Action:** In Potential Fossil Yield Classification Class 4 and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | discovered. As information is obtained, identify specific management (BLM 1989a). | | | |
| 245. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-45: *Paleontological*. Surface occupancy or use may be restricted due to paleontological resources. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of paleontological resources may be required before construction and drilling may commence. The Authorized Officer may require that a qualified paleontologist be present to monitor operations during surface-disturbing activities. | Allowable Use: No similar allowable use. (There would not be any stipulations.) | Allowable Use: Same as Alternative B. |
| 246. | **Action:** No similar action in current RMPs. | **Action:** Where project development threatens significant paleontological resources, require proponents to avoid by project redesign or to conduct scientific data recovery excavation. | | |
| 247. | Allowable Use: **LEASE NOTICE** LN-CO-29 (BLM 1991a): *Paleontological Areas*. Before authorizing surface-disturbing activities in Class I and II Paleontological Areas | **Action:** Require an accredited paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas, in accordance with BLM Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands (BLM 2007b). (Refer to Appendix B.) | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | [now known as PFYC Class 4 and 5], an inventory will be performed by an accredited paleontologist approved by the BLM Authorized Officer. (Refer to Appendix B.) | | | |
| 248. | **VISUAL RESOURCES** | | | |
| 249. | **GOAL:** Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental benefits. | | | |
| 250. | **Objective:** Manage public lands under visual resource management classifications and guidelines (BLM 1989a) to protect and preserve scenic values, enhance viewing opportunities, and increase variety, where appropriate. | **Objective:** Manage visual resources for overall multiple use in accordance with VRM classifications. | | |
| 251. | **Action:** Adopt the VRM classes as follows (Figure 2-5, Appendix A). Modify, relocate, mitigate, or deny proposed projects that conflict with the objectives of these classes.<br>• BLM surface:<br>○ VRM Class I = 44,220 acres | **Action:** **Alternative B:** Designate VRM classes as follows (Figure 2-6, Appendix A):<br>• BLM surface:<br>○ VRM Class I = 53,870 acres<br>○ VRM Class II = 176,010 acres<br>○ VRM Class III = 427,580 acres<br>○ VRM Class IV = 18,340 acres<br>• Recommend the following VRM classes for private or state surface/ | **Action:** Designate VRM classes as follows (Figure 2-8, Appendix A):<br>• BLM surface:<br>○ VRM Class I = 44,220 acres<br>○ VRM Class II = 31,260 acres<br>○ VRM Class III = 431,330 acres | **Action:** Designate VRM classes as follows (Figure 2-9, Appendix A):<br>• BLM surface:<br>○ VRM Class I = 46,440 acres<br>○ VRM Class II = 112,540 acres<br>○ VRM Class III = 398,410 acres |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | ○ VRM Class II = 21,930 acres<br>○ VRM Class III = 280,520 acres<br>○ VRM Class IV = 9,260 acres<br>○ Undesignated = 319,770 acres<br>• Private or State surface/ federal mineral estate:<br>○ VRM Class I = 20 acres<br>○ VRM Class II = 10 acres<br>○ VRM Class III = 243,410 acres<br>○ VRM Class IV = 420 acres<br>○ Undesignated = 51,560 acres | federal mineral estate:<br>○ VRM Class I = 100 acres<br>○ VRM Class II = 135,030 acres<br>○ VRM Class III = 139,390 acres<br>○ VRM Class IV = 13,050 acres<br>○ Undesignated = 7,850 acres<br><br>**Alternative B.1** (North Fork area only):<br>Designate VRM classes as follows (Figure 2-7, Appendix A):<br>• BLM surface:<br>○ VRM Class I = 53,860 acres<br>○ VRM Class II = 181,650 acres<br>○ VRM Class III = 421,290 acres<br>○ VRM Class IV = 18,990 acres<br>• Recommend the following VRM classes for private or state surface/ federal mineral estate:<br>○ VRM Class I = 100 acres<br>○ VRM Class II = 142,710 acres<br>○ VRM Class III = 131,720 acres<br>○ VRM Class IV = 13,050 acres<br>○ Undesignated = 7,850 acres | ○ VRM Class IV = 168,990 acres<br>• Recommend the following VRM classes for private or State surface/ federal mineral estate:<br>○ VRM Class I = 20 acres<br>○ VRM Class II = 69,040 acres<br>○ VRM Class III = 196,120 acres<br>○ VRM Class IV = 22,230 acres<br>○ Undesignated = 8,010 acres | ○ VRM Class IV = 118,410 acres<br>• Recommend the following VRM classes for private or State surface/ federal mineral estate:<br>○ VRM Class I = 20 acres<br>○ VRM Class II = 94,250 acres<br>○ VRM Class III = 173,300 acres<br>○ VRM Class IV = 20,000 acres<br>○ Undesignated = 7,850 acres |
| 252. | **Action:**<br>Manage 44,220 acres as VRM Class I (Figure 2-5, Appendix A):<br>• ACECs<br>○ Adobe Badlands | **Action:**<br>Manage 53,870 acres as VRM Class I (Figure 2-6, Appendix A):<br>• Tabeguache Area<br>• WSAs<br>• Suitable wild and scenic river (WSR) | **Action:**<br>Manage 44,220 acres as VRM Class I (Figure 2-8, Appendix A):<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 46,440 acres as VRM Class I (Figure 2-9, Appendix A):<br>• Same as Alternative C, plus<br>○ Suitable WSR segments |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | ○ Needle Rock<br>• Tabeguache Area<br>• WSAs | segments classified as "wild" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]). | | | classified as "wild" with a scenic ORV or within a WSA or the Tabeguache Area<br>– Roubideau Creek Segment 1<br>– San Miguel River Segment 2<br>– Tabeguache Creek Segment 1<br>– Dolores River Segment 1a<br>– La Sal Creek Segment 3 |
| 253. | **Action:**<br>Manage 21,930 acres as VRM Class II to protect scenic qualities (Figure 2-5, Appendix A):<br>• San Miguel River ACEC, except for the forest management areas identified in the San Juan/San Miguel RMP (BLM 1993a, 1985) | **Alternative B:**<br>**Action:**<br>Manage 176,010 acres as VRM Class II, including the following (Figure 2-6, Appendix A):<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>○ Burn Canyon RMZs 1 and 3<br>○ Dolores River Canyon | **Alternative B.1** (North Fork area only):<br>**Action:**<br>Manage 181,650 acres as VRM Class II, including the following (Figure 2-7, Appendix B):<br>• Face of Jumbo Mountain<br>• Youngs Peak<br>• "H" Hill<br>• Near flanks of the West Elks<br>• Needle Rock | **Action:**<br>Manage 31,260 acres as VRM Class II, including the following (Figure 2-8, Appendix A):<br>• ACECs<br>○ Needle Rock<br>○ Adobe Badlands | **Action:**<br>Manage 112,540 acres as VRM Class II, including the following (Figure 2-9, Appendix A):<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>○ Dolores River Canyon RMZs 1 and 2<br>○ Roubideau RMZ 1<br>○ San Miguel River RMZ 3<br>○ Spring Creek RMZ 2<br>• ACECs<br>○ Same as Alternative C, plus<br>– Dolores River Slickrock Canyon |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | ○ Dry Creek RMZ 2<br>○ Paradox Valley RMZs 1 and 4<br>○ Roubideau RMZs 1, 2, and 3<br>○ San Miguel River RMZs 2 and 3<br>○ Spring Creek RMZ 2<br>• ACECs<br>○ Needle Rock<br>○ Roubideau-Potter-Monitor<br>○ Dolores Slickrock Canyon<br>○ La Sal Creek<br>○ Coyote Wash<br>○ Paradox Rock Art<br>○ Portion of Tabeguache Pueblo and Tabeguache | ACEC<br>• Within 1.0 mile of:<br>○ West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12)<br>○ 3100 Road<br>○ North Road<br>○ Crawford Road<br>○ Back River Road<br>• Lands visible from important vistas and travel corridors | | – Paradox Rock Art<br>– Biological Soil Crust<br>• Suitable WSR segments classified as wild without a scenic ORV and not within a WSA or the Tabeguache Area<br>○ Monitor Creek<br>○ Potter Creek<br>○ Saltado Creek<br>• Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic ORV (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)])<br>• Lands within 0.5-mile of National Historic Trails, except for the Old Spanish National Historic Trail<br>• Lands within 0.5-mile of the following National and BLM Byways<br>○ Grand Mesa Scenic Byway<br>○ Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Caves (5,310 acres within Tabeguache Area)<br>• Suitable WSR segments classified as "scenic" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>• Lands within 0.5-mile of National Historic Trails<br>• Lands within 0.5-mile of National and BLM Byways | | 12 |
| 254. | **Action:**<br>Manage 280,520 acres as VRM Class III to protect its scenic qualities while permitting some intrusion, including (Figure 2-5, Appendix A) the San Miguel | **Action:**<br>Manage 427,580 acres as VRM Class III*, including, but not limited to, the following (Figure 2-6, Appendix A):<br>• Area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek | **Action:**<br>Manage 431,330 acres as VRM Class III, including, but not limited to, the following (Figure 2-8, Appendix A):<br>• ERMAs<br>○ Burn Canyon | **Action:**<br>Manage 398,410 acres as VRM Class III, including, but not limited to, the following (Figure 2-9, Appendix A):<br>• ERMAs<br>○ Burn Canyon |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | River SRMA (BLM 1993a). | • SRMAs<br>○ Burn Canyon RMZ 2<br>○ Dry Creek RMZs 1, 3, and 4<br>○ Jumbo Mountain<br>○ Kinikin Hills<br>○ North Delta<br>○ Paradox Valley RMZs 2 and 3<br>○ Ridgway Trails<br>○ Roubideau RMZ 4<br>○ San Miguel River RMZs 1 and 4<br>○ Spring Creek RMZs 1 and 3<br>• ACECs<br>○ Salt Desert Shrub Ecosystem<br>○ Fairview South (CNHP Expansion)<br>○ Lower Uncompahgre Plateau<br>○ San Miguel Gunnison Sage-Grouse<br>○ San Miguel River Expansion<br>○ Sims-Cerro Gunnison Sage-Grouse<br>○ East Paradox<br>○ Portion of Tabeguache Pueblo and Tabeguache Caves (21,100 acres outside of Tabeguache Area)<br>○ West Paradox<br>• Suitable WSR segments classified as "recreational" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>• Shinn Park | ○ Paradox Valley<br>○ Ridgway Trails<br>○ Roubideau<br>• San Miguel River ACEC<br>• Lands within 0.5-mile of National Historic Trails<br>• Lands within 0.25-mile of National and BLM Byways | ○ Kinikin Hills<br>• SRMAs<br>○ Dry Creek<br>○ Jumbo Mountain<br>○ Ridgway Trails<br>○ Roubideau RMZs 2-4<br>○ San Miguel River RMZs 1, 2 and 4<br>○ Spring Creek RMZs 1 and 3<br>• ACECs<br>○ Fairview South (BLM Expansion)<br>○ Roubideau Corridors<br>○ San Miguel River<br>• North of County Road 12 outside of West Elk Scenic Highway buffer<br>• Oak Ridge<br>• McDonald Creek area<br>• Young's Peak<br>• Smith Fork (40s)<br>• Billy Creek area<br>• Wray Mesa<br>• Lion Creek<br>• Lands within 0.5-mile of the Old Spanish National Historic Trail<br>• Lands within 0.50-mile of the following National and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Hamilton Mesa area<br>• Naturita-Nucla Complex<br><br>**Under Alternative B.1, 421,290 acres would be managed as VRM Class III as portions of some of the above areas would be managed as VRM Class II.* | | BLM Byways<br>○ Portion of the West Elk Scenic Byway west of Gunnison County Road 12<br>○ San Juan Skyway<br>○ Unaweep/Tabeguache Byway |
| 255. | **Action:**<br>Manage 9,260 acres as VRM Class IV to allow substantial change, as follows (Figure 2-5, Appendix A):<br>• North Delta OHV area (BLM 1989a)<br>• Forest management areas within the San Miguel River ACEC (BLM 1993a, 1985) | **Action:**<br>Manage 18,340 acres as VRM Class IV, as follows (Figure 2-6, Appendix A):<br>• All other areas not identified as VRM Class I, II, or III | **Action:**<br>Manage 168,990 acres as VRM Class IV, as follows (Figure 2-8, Appendix A):<br>• North Delta Open OHV area<br>• Fairview South ACEC<br>• All other areas not identified as VRM Class I, II, or III | **Action:**<br>Manage 118,410 acres as VRM Class IV, as follows (Figure 2-9, Appendix A):<br>• North Delta ERMA<br>• All other areas not identified as VRM Class I, II, or III |
| 256. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-51/NGD-23: *Visual Class I.* Prohibit surface occupancy and use and apply NGD restrictions in VRM Class I areas. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would be no stipulations for VRM Class I areas.) | |
| 257. | Allowable Use:<br>No similar allowable use in current RMPs. | **Alternative B:**<br>Allowable Use:<br>**STIPULATION** CSU-46/SSR-55:<br><br>**Alternative B.1** (North Fork area only):<br>Apply the | Allowable Use:<br>No similar allowable use. (There would be no stipulations for VRM Class II or Class III areas.) | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| | | *Visual: VRM Class II and III*. Surface occupancy or use may be restricted and SSR restrictions applied in VRM Class II and III areas. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | following restrictions to VRM Class II areas:<br><br>Allowable Use:<br>**NO LEASING**<br>NL-11: *Prominent Landmarks*. Close to oil and gas leasing and geophysical exploration the following prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, Saddle Mountain, near flanks of the West Elks, and Needle Rock ACEC.<br><br>Allowable Use:<br>**STIPULATION**<br>NSO-52: *Travel and Scenic Corridors*. Prohibit | | |

Case No. 1:20-cv-02484-MSK Document 62-12 filed 04/28/21 USDC Colorado pg 135 of 281

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|---|
| | | | surface occupancy within 1.0 mile of: West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12)<br>• 3100 Road<br>• North Road<br>• Crawford Road<br>• Back River Road<br><br>Allowable Use: **STIPULATION** CSU-47: *Vistas.* Apply CSU restrictions to BLM-administered and split-estate lands visible from important vistas and travel corridors:<br>• Jumbo Mountain<br>• Youngs Peak<br>• “H” Hill<br>• Flanks of the West Elks | | |

BLM_0114488

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|---|
| | | | • Needle Rock ACEC<br>• Beyond 1.0 mile of:<br>○ West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Road 12)<br>○ 3100 Road<br>○ North Road<br>○ Crawford Road<br>○ Back River Road<br>(Refer to Appendix B; Figure 2-21, Appendix A.) | | |
| 258. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Maintain dark night sky conditions in areas that are generally unaffected by man-made light sources. | | | |
| 259. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prohibit permanent artificial outdoor lighting in VRM Class I and II areas. | | **Action:**<br>Prohibit permanent artificial outdoor lighting in VRM Class I areas. | |

BLM_0114489

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 260. | **Action:** No similar action in current RMPs. | **Action:** Require that permanent and temporary artificial outdoor lighting be shielded and downward-facing ("full cut-off" fixtures) to minimize impacts on naturally dark night skies. An exception, with mitigation, may be granted for temporary lighting if the requirement will create a hazard. | **Action:** No similar action. (There would not be a requirement that artificial outdoor lighting be shielded and downward-facing.) | **Action:** Same as Alternative B. |
| 261. | **Action:** No similar action in current RMPs. | **Action:** Require that permanent artificial outdoor lighting be turned off when it is not needed. | | |
| 262. | **LANDS WITH WILDERNESS CHARACTERISTICS** | | | |
| 263. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Manage lands with wilderness characteristics that are identified for protection to maintain those characteristics. | | |
| 264. | **Objective:** No similar objective in current RMPs. | **Objective:** Identify lands with wilderness characteristics. Manage lands possessing wilderness characteristics to maintain those characteristics. Manage activities to maintain each area's roadless size, natural quality, opportunities for solitude and primitive recreation, and supplemental values where present. | **Objective:** Identify lands with wilderness characteristics but do not manage those characteristics. | **Objective:** Identify lands with wilderness characteristics. In specific areas, manage activities to maintain the natural quality of the area and to maintain opportunities for solitude and primitive recreation where they occur in these areas. |
| 265. | **Action:** No similar action in current RMPs. | **Action:** Manage 42,150 acres in the following areas with wilderness characteristics (Figure 2-10, Appendix A): | **Action:** No similar action. (Areas with wilderness characteristics would not be managed to | **Action:** Manage 18,320 acres in the following areas with wilderness characteristics |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • Adobe Badlands WSA Adjacent (6,180acres)<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dolores River Canyon WSA Adjacent (550 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Lower Tabeguache/Campbell Creek (11,060 acres)<br>• Roc Creek (5,480 acres)<br>• Shavano Creek (4,900 acres)<br><br>Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update. | maintain those characteristics.) | (Figure 2-10, Appendix A):<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Roc Creek (4,340 acres).<br><br>Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update |
| 266. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply the following management to lands managed to protect wilderness characteristics:<br>• VRM Class II<br>• ROW exclusion<br>• Exclusion area for wind, solar and hydropower projects<br>• Closed to motorized and mechanized travel<br>• Prohibit new or expanded range improvements<br>• Prohibit target shooting *(see Recreation section for more* | **Action:**<br>No similar action. (Areas with wilderness characteristics would not be managed to protect those characteristics.) | **Action:**<br>Apply the following management to lands managed to protect wilderness characteristics:<br>• VRM Class II<br>• ROW avoidance<br>• Exclusion area for wind, solar and hydropower projects<br>• Limit motorized and mechanized travel to designated routes<br>• Allow route maintenance |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *information)*<br>• Closed to wood product sales or harvest<br>• Allowable Use: Close to mineral materials disposal<br>• Allowable Use: Close to nonenergy solid mineral leasing<br>• Allowable Use: Close to coal leasing<br>• Recommend to the Secretary of the Interior withdrawal from locatable mineral entry<br>• Prohibit road maintenance<br>• Issue no SRPs for competitive events | | and improvements in a manner consistent with the long-term preservation of wilderness characteristics<br>• Permit new range improvement projects to support land health objectives only if it can be shown that they will protect or enhance wilderness characteristics<br>• Allow maintenance of existing range improvement facilities in a manner consistent with the long-term preservation of wilderness characteristics<br>• Closed to wood product sales or harvest<br>• Allowable Use: Close to mineral materials disposal<br>• Allowable Use: Close to nonenergy solid mineral leasing<br>• Allowable Use: Close to coal leasing<br>• Require a mine plan for locatable mineral development |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 267. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING** NL-12/NGD-24: *Lands with Wilderness Characteristics.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities on lands identified to be managed to protect inventoried wilderness characteristics. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar action. (Areas with wilderness characteristics would not be managed to maintain those characteristics.) | Allowable Use:<br>**STIPULATION** NSO-53/ SSR-56: *Lands with Wilderness Characteristics.* Prohibit surface occupancy and use and apply SSR restrictions to lands identified to be managed to protect inventoried wilderness characteristics. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 268. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, manage those lands for wilderness characteristics.<br>• Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. If so, then manage those lands for wilderness characteristics. | **Action:**<br>Inventory acquired lands for wilderness characteristics to maintain a current inventory only. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, determine whether to manage wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320.<br>• Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. If so, then determine whether |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | to manage for wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320. |
| 269. | **Resource Uses** | | | |
| 270. | **FORESTRY AND WOODLAND PRODUCTS** | | | |
| 271. | **GOAL:** Provide forest and woodland products on a sustainable basis to meet local needs. | | | |
| 272. | **Objective:** Manage suitable commercial forest lands and pinyon-juniper woodlands for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory (BLM 1989a). | **Objective:** Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife habitats. | | |
| 273. | **Action:** Make public land within forest management areas available for a full range of forest management activities. Generally require major forest activity plans before allowing those activities in such areas. Pending completion of the activity plan, evaluate timber and | **Action:** No similar action; this is addressed by other individual actions and the objective. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | woodland stand treatments by an environmental assessment and implement on a case-by-case basis. Make forested areas within other emphasis areas available for a full range of forest management activities; modify plans to be compatible with the management emphasis areas. Permit firewood harvesting on most accessible forest land available for harvesting forest products (BLM 1985).<br><br>On 40,500 acres (management unit 3), prepare Forest Management Plans and, if needed, establish plantations to increase forest product availability (BLM 1989a). | | | |
| 274. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate 675,800 acres of forest management units (Figures 2-72 [Alternative B], 2-73 [Alternative C], and 2-74 [Alternative D], Appendix A):<br>• North Fork (132,300 acres)<br>• Paradox (175,880 acres)<br>• San Miguel (189,030 acres)<br>• Storm King (41,700 acres)<br>• Uncompahgre Plateau (136,890 acres) | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 275. | **Action:** Manage approximately 6,700 acres (emphasis area J) to provide woodland products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-71, Appendix A; BLM 1985). **Action:** Manage lands suitable for timber production. Invest necessary funds to provide for intensive management of the forest resource. Provide firewood, Christmas trees, and other wood products (BLM 1985). | **Action:** Manage approximately 279,125 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-72, Appendix A). | **Action:** Manage approximately 631,270 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 9.6 MMBF (19,200 cords) per decade (Figure 2-73, Appendix A). | **Action:** Manage approximately 394,530 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-74, Appendix A). |
| 276. | **Action:** Intensively manage 40,500 acres (management unit 3) for woodland product harvest within sustained yield production limits to increase available woodland products (BLM 1989a). | **Action:** Allow harvest of minor (noncommercial timber) forest and woodland products in the following forest management units (units are shown on Figures 2-72 [Alternative B], 2-73 [Alternative C], and 2-74 [Alternative D], Appendix A):<br>• Pinyon-juniper<br>○ North Fork<br>○ Paradox<br>○ San Miguel<br>○ Storm King<br>○ Uncompahgre Plateau | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • Ponderosa pine<br>○ Paradox<br>○ Uncompahgre Plateau<br>• Aspen<br>○ Storm King<br>• Spruce and subalpine fir<br>○ Storm King<br>• Douglas fir<br>○ San Miguel<br>○ Storm King | | |
| 277. | **Action:**<br>No similar action in current RMPs. (The commercial harvest of all vegetation types is currently allowed.) | **Action:**<br>Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units. Exception: Commercial harvest activities may be used for other forest cover types to improve forest health, to restore ecology, or to meet identified resource objectives. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B, where consistent with land health and vegetation mosaic objectives. |
| 278. | **Action:**<br>Prohibit forest product disposal (i.e., wood product sales and/or harvest) in the following areas (110,160 acres; Figure 2-71, Appendix A):<br>• Tabeguache Area<br>• WSAs (BLM 1985)<br>• San Miguel River ACEC/SRMA: 20,166 acres | **Action:**<br>Close the following areas (397,160 acres) to wood product sales and/or harvest (unless there is an exception shown below; Figure 2-72, Appendix A):<br>• Tabeguache Area<br>• WSAs<br>• ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed | **Action:**<br>Close the following areas (44,530 acres) to wood product sales and/or harvest (Figure 2-73, Appendix A):<br>• Tabeguache Area<br>• WSAs<br>• Fairview South ACEC<br><br>Exception: Allow wood product sales and/or harvest | **Action:**<br>Close the following areas (281,390 acres) to wood product sales and/or harvest (unless there is an exception shown below; Figure 2-74, Appendix A):<br>• ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | of the ACEC and 298 acres of the San Miguel SRMA (BLM 1993a)<br>• Dolores River SRMA (BLM 1985)<br>• Perennial and intermittent streams in the Uncompahgre Basin Resource Area (BLM 1989a)<br>• Needle Rock ACEC/ Outstanding Natural Area (BLM 1989a)<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County (BLM 1989a) | wood product use or harvest)<br>○ Fairview South (CNHP Expansion)<br>○ Needle Rock<br>○ San Miguel River Expansion<br>○ Dolores Slickrock Canyon<br>○ Roubideau-Potter-Monitor<br>• Steep slopes (greater than 30 percent)<br>• VRM Class I areas<br>• Lands managed to protect wilderness characteristics<br>• Ecological emphasis areas<br>• Ancient woodlands and forest<br>• Exemplary, ancient, and rare vegetation<br>• Riparian areas<br>• Threatened and endangered species' habitat<br>• The reserved federal timber on land deeded to Ouray County<br>• SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest)<br>○ Burn Canyon RMZ 1<br>○ Dolores River Canyon<br>○ Dry Creek RMZs 1, 2, and 4<br>○ Jumbo Mountain RMZ 1<br>○ Kinikin Hills RMZs 1 and 2 | to enhance resource values for which a given unit is designated to improve forest and land health conditions or to achieve vegetation mosaic objectives. | wood product use or harvest)<br>○ Fairview South (BLM Expansion)<br>○ Needle Rock<br>○ San Miguel River<br>○ Dolores River Slickrock Canyon<br>○ Roubideau Corridors<br>• Steep slopes (greater than 40 percent)<br>• VRM Class I areas<br>• Lands managed to protect wilderness characteristics<br>• Riparian areas<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County<br>• Ecological emphasis areas (prohibit commercial sales and harvest only)<br>• Ancient woodlands and forest<br>• Exemplary, ancient, and rare vegetation<br>• SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | ○ North Delta<br>○ Paradox Valley RMZs 1 and 2<br>○ Ridgway Trails RMZ 1<br>○ Roubideau<br>○ San Miguel River<br>○ Spring Creek<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | | allowed wood product use or harvest):<br>○ Dolores River Canyon<br>○ Dry Creek RMZs 1, 2, and 4<br>○ Jumbo Mountain RMZs 1 and 2<br>○ Ridgway Trails RMZ 1<br>○ Roubideau RMZs 1 and 2<br>○ San Miguel River<br>○ Spring Creek<br>• Tabeguache Area<br>• WSAs<br>• NGD areas (except for private firewood permits)<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. |
| 279. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial winter range<br>○ Elk and mule deer: December 1 to | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial winter range | Allowable Use:<br>Prohibit personal use firewood, post, and pole harvest from December 31 to April 30 |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | April 30<br>○ Moose: November 15 to May 30<br>• Big game reproduction areas<br>○ Elk and mule deer: May 15 to June 30<br>○ Pronghorn antelope: May 1 to July 15<br>○ Desert bighorn sheep: March 15 to June 15 for lambing range<br>○ Desert bighorn sheep: August 1 to September 30 for rutting grounds<br>○ Rocky Mountain bighorn sheep: May 1 to July 15 for lambing range<br>○ Rocky Mountain bighorn sheep: October 15 to December 15 for rutting grounds<br>○ Moose: May 15 to July 15<br>○ Migratory bird breeding habitat: May 1 to July 31<br>○ When soils are saturated | ○ Elk and mule deer: January 1 to March 31<br>• Big game reproduction areas<br>○ Elk and mule deer: May 15 to June 15 | Subject commercial activities to spatial TLs, as described in Appendix B. |
| 280. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Make byproducts from forest management activities available for biomass use or for insect and disease control. | **Action:**<br>In appropriate forest cover types, allow biomass production where compatible with other uses. | **Action:**<br>In appropriate forest cover types, allow biomass production and use where compatible with vegetation mosaics and other resource uses.<br><br>Make byproducts from forest management activities available for biomass use or for insect and disease control. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 281. | **Action:** Provide reasonable opportunity to salvage forest products before and after range and wildlife habitat improvement treatments (BLM 1985). | **Action:** Encourage, where feasible, the harvest of woodland products in areas of proposed or existing vegetative treatments to lessen the need for additional treatment or land disturbance and in areas that need restoration for ecological benefits. | | |
| 282. | **Action:** In livestock management emphasis areas (228,240 acres), manage woodland products and timber to enhance range resources and for insect and disease control (BLM 1985).<br><br>**Action:** Plan wood product sales in wildlife areas (23,100 acres) to improve big game forage and other wildlife needs (BLM 1985).<br><br>**Action:** Manage forest lands to enhance wildlife resources. Plan wood product sales in wildlife areas to improve big game forage and other wildlife needs (BLM 1985). | **Action:** Manage forest and woodlands where compatible to achieve other resource objectives. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 283. | **Action:** In livestock management emphasis areas (228,240 acres), manage timber species at a stocking level that maintains moderate to high herbage production. Use woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clear-cuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller (BLM 1985). | **Action:** No similar action; this is addressed by other actions and objectives. | | |
| 284. | **Action:** On 121,710 acres (management unit 1), manage woodland harvest areas for increased forage production and to be compatible with allotment management plans and wildlife habitat management objectives (BLM 1989a). | **Action:** No similar action; this is addressed by other actions and objectives. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 285. | **Action:** Incorporate nonconflicting wildlife habitat management objectives, projects, and mitigating measures into new and existing forest management plans (area identified as a productive pinyon-juniper woodland important to wildlife and livestock; management units 1 and 3; BLM 1989a). | **Action:** No similar action; this is addressed by other actions and objectives. | | |
| 286. | **Action:** Coordinate forestry and woodland products management on a case-by-case basis to ensure aquatic resources are protected and, in some cases, improved (BLM 1985). | **Action:** No similar action; this is addressed by the objective. | | |
| 287. | **Action:** Manage lands suitable for timber and woodland production to enhance recreational opportunities and to maintain healthy stand conditions (BLM 1985). | **Action:** No similar action; this is addressed by other actions and objectives. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 288. | **Action:** Manage forest products and woodlands to meet goals and objectives of the soil and water program for specific areas (BLM 1985). | **Action:** No similar action; this is addressed by other actions and objectives. | | |
| 289. | **Action:** Allow for the sale or disposal of forest products or timber that could be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict (BLM 1985). | **Action:** Before removing any commercial or noncommercial woodland products as a result of permitted activities (e.g., mining, oil and gas production, sodium mining, and ROW), appraise and require the proponent to purchase the woodland products. The BLM could waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. |
| 290. | **Action:** Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety (BLM 1985). | **Action:** No similar action; this action is not needed (future projects need to be compatible with the RMP). | | |
| 291. | **Action:** Manage timber and woodland species on all available and capable lands with a combination of even- | **Action:** No similar action (patch size, structure, and vegetation treatments are identified in other actions). | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | and uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types and 40 acres in woodland types. Regenerate all patch cuts, shelter wood, and selection harvest cuts, naturally or artificially, within 15 years. Continue managing all operable woodland and commercial saw timber in other emphasis areas (BLM 1985). | | | |
| 292. | **Action:** When carrying out projects using Healthy Forest Restoration Act authority, fully maintain or contribute toward the restoration of the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health and retaining the large trees contributing to old-growth structure. | | | |
| 293. | **LIVESTOCK GRAZING** | | | |
| 294. | **GOAL:** Provide adequate forage for livestock while attaining healthy rangelands, in accordance with land health standards and in balance with other resources and uses, and to support local agricultural communities. | | | |
| 295. | **Objective:** Manage to increase forage on livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat, and animal | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | fiber production, and improving forage composition and watershed conditions. Make significant investments in livestock improvements, which will be multiple-use oriented (e.g., wildlife and watershed). Minimize investments for other resources but continue resource management activities compatible with livestock production (BLM 1985).<br><br>Make suitable public lands available for livestock grazing use (BLM 1989a). | increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. Place emphasis on decreasing grazing permitted use. | appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. Place emphasis on increasing grazing permitted use. | Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. |
| 296. | **Action:**<br>Make 658,540 acres available for livestock grazing (Figure 2-11, Appendix A). Provide 38,364 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:**<br>Make 510,070 acres available for livestock grazing (Figure 2-12, Appendix A). Provide 29,862 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health | **Action:**<br>Make 647,900 acres available for livestock grazing (Figure 2-13, Appendix A). Provide 37,926 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, | **Action:**<br>Make 611,560 acres available for livestock grazing (Figure 2-14, Appendix A). Provide 36,424 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Complete a detailed monitoring and evaluation plan. When undesirable and unintended changes in resource values are discovered and the causes are determined, take corrective actions (BLM 1985). | conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. |
| 297. | **Action:** Make 17,260 acres of allotments, portions of allotments, and areas unavailable for livestock grazing. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 165,730 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, precipitation zone (16 inches) below which salts and carbonates are present in the Mancos shale soil profile, or avoidance of sensitive resources, such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. | **Action:** Make 27,900 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes suitability of grazing and private land conflict. Refer to Appendix E, Livestock Grazing Allotments. | **Action:** Make 64,240 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. |
| 298. | **Action:** Keep closed portions (2,680 acres) of the Camel Back pasture in the Winter-Monitor allotment. | | **Action:** Make approximately 2,680 acres available for cattle grazing by reactivating the previously closed Camel Back | **Action:** Make approximately 2,680 acres available for livestock trailing by reactivating the previously closed Camel Back |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | pasture in the Winter-Monitor allotment. Provide 75 additional AUMs of grazing permitted use. | pasture in the Winter-Monitor allotment. This availability is for trailing only. Provide no additional AUMs of grazing permitted use. Trailing in the entire canyon is limited by time and is managed within the riparian objective and the BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). |
| 299. | **Action:** On 3,720 acres (management unit 9), limit trailing use as much as possible and confine it to established roads; prohibit trailing livestock from bedding in riparian zones unless absolutely necessary (BLM 1989a). | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Prohibit trailing livestock from overnighting or bedding in sensitive areas, such as riparian zones and occupied federally listed plant habitat. | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in sensitive areas, such as riparian zones and in occupied federally listed plant habitat, only with prior approval from the BLM. | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in riparian zones in areas identified by and only with prior approval from the BLM. |
| 300. | **Action:** No similar action in the current RMP. | **Action:** Exclude livestock grazing for a minimum of three years on disturbed areas (e.g., a fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments). | **Action:** Exclude livestock grazing on disturbed areas (e.g., fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments) to the extent needed to comply with BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 301. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Periodically evaluate allotments or portions of allotments to identify grazing issues. Base potential closure to livestock grazing and/or reduction in permitted use on the following criteria, when management is insufficient to remedy the problem:<br>• Areas identified as BLM disposal tracts<br>• Small percentage (less than 10 percent) of BLM-administered lands in allotment<br>• Areas unsuitable for livestock grazing (such as steep slopes)<br>• Major impact on wildlife or threatened and endangered species (such as competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis<br>• Public health and safety<br>• High-intensity recreation areas/facilities<br>• Resource objectives for municipal watersheds<br>• Conflicts with adjoining private land development<br>• Impacts on cultural resource | **Action:**<br>No similar action. (Closure to livestock grazing and/or reduction in permitted use would not occur, unless identified in other actions.) | **Action:**<br>Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • Areas with high soil selenium concentrations | | |
| 302. | **Action:** Most often make livestock use adjustments by changing one or more of the following: the kind or class of livestock grazing the allotment, the season of use, the stocking rate, or the grazing pattern.<br><br>Make most livestock use adjustments in the "I" allotments, but also make use adjustments for allotments in the C and M categories (BLM 1985).<br><br>On 39,790 acres (emphasis areas B, E, F, and K), reduce number of livestock and change season-of-use where needed to accomplish the following:<br>• Provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges. | **Action:** Adjust grazing management (e.g., AUMs, periods of use, allotments, class of livestock, and distribution) using an interdisciplinary process when the following data indicate that change is needed:<br>• Utilization levels or patterns of use in uplands and riparian areas and/or apparent trend data<br>• Long-term trend data<br>• Land Health Assessment data<br>• Other pertinent information, including that obtained from consultation with permittees, interested publics, and other agencies | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • Minimize impacts on mineral operations and revegetation efforts or to minimize erosion from site.<br>• Achieve soil and water program objective.<br>• Protect cultural resources (BLM 1985). | | | |
| 303. | **Action:**<br>Develop 71 allotment management plans (332,340 acres; BLM 1985).<br>• Update existing allotment management plans as needed, and develop new allotment management plans (BLM 1989a).<br><br>*Note: The UFO has gradually moved away from completing formal allotment management plans since the current RMPs were written. Allotment management actions are currently identified as "Terms and Conditions" on grazing permits and are the product of regular resource condition monitoring, Landscape Health* | **Action:**<br>Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring, Land Health Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | *Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C).* | | | |
| 304. | **Action:** Base development of grazing systems on the following factors: allotment-specific management actions; resource characteristics, including vegetation's potential and water availability; general management actions; operator's needs; and implementation costs (BLM 1985).<br><br>Use improved management systems, such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems (BLM 1985). | **Action:** When developing grazing management strategies, place greater emphasis on improving rangeland health. Include other considerations, such as water availability, vegetation potential, topography and elevation, and implementation costs. | **Action:** When developing grazing management strategies, place greater emphasis on increasing available forage (AUMs) for domestic livestock and, where appropriate, increasing stocking rates, while maintaining land health standards. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs. | **Action:** When developing grazing management strategies, place greater emphasis on improving rangeland health and forage quality. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs or mitigation of resource conflicts. |
| 305. | **Action:** On 121,710 acres (management unit 1), | **Action:** Do not allocate additional forage to livestock. | **Action:** Allocate increases in forage (AUMs) availability to | **Action:** Allocate increases in forage (AUMs) where applicable and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | develop land treatment projects designed to improve livestock forage. As additional forage becomes available, give allocation priority to livestock (BLM 1989a).<br><br>On 121,710 acres (management unit 1), give wildlife first priority for all additional forage made available as a result of rangeland improvement projects designed to improve wildlife habitat funded by non-BLM sources (BLM 1989a).<br><br>On 92,180 acres (management units 2 and 3), divide additional forage equally between livestock grazing and wildlife to provide forage for both resources (BLM 1989a). | | livestock. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | feasible to livestock, wildlife, land health, or a combination of these. Consider sustainability, multiple use management objectives, and other pertinent information. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. |
| 306. | **Action:**<br>Follow the general procedures in implementing typical range improvements, | **Action:**<br>Prohibit new range improvement projects. Maintain existing range improvements to avoid major | **Action:**<br>Construct, modify, or remove range improvement projects and land treatments as appropriate to support livestock grazing management and other resource objectives. | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | in accordance with the San Juan/San Miguel Planning Area Draft RMP (BLM 1985), Appendix Nine – F. Base the extent, location, and timing of such actions on the allotment-specific management objectives adopted through the allotment management plan process, interdisciplinary development and review of proposed actions, contributions from operators and others, and BLM funding capability (BLM 1985).<br><br>Develop new livestock facilities and land treatment projects if needed to achieve allotment management plan objectives (BLM 1989a). | ecological damage. | | |
| 307. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Allow for establishment of forage reserves on vacated or relinquished allotments to provide for increased management options. | **Action:**<br>Evaluate combining vacated or relinquished allotments with active allotments where feasible to provide for increased management options. | **Action:**<br>To provide for increased management options, allow for establishment of forage reserves on vacated or relinquished allotments and evaluate combining vacated or |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | relinquished allotments with active allotments, as guided by BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). |
| 308. | **Action:** To improve the condition of riparian zones, establish management practices and principles in activity plans. Use as general guidance for improvement the utilization of 35 percent by weight of key forage species; this may vary depending on the individual riparian system (BLM 1989a). | **Action:** No similar action; this is addressed by other actions. | | |
| 309. | **Action:** Develop multiple use management actions for each allotment in the "I" category. Tailor future management actions, including developing allotment management plans, to meet these objectives after consulting with livestock operators (BLM 1985). | **Action:** No similar action; this is addressed by other actions. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 310. | **Action:** On 12,560 acres (emphasis area C), use "rustic" range improvements near developed recreation areas (BLM 1985). | **Action:** No similar action. (Range improvements that are rustic in nature would not be required.) | | |
| 311. | **Action:** Manage 13,950 acres (emphasis area D) for improved range condition (BLM 1985). | **Action:** No similar action; this is addressed by other actions. | | |
| 312. | **Action:** In the San Miguel River SRMA, manage livestock to protect riparian system values and to prevent degradation of recreation values. With the exception of prescribed fire, do not use vegetation treatments to improve forage production. Prohibit range management improvements that negatively affect riparian system or scenic values. Where range improvements are near visitor concentration areas, design the improvements to enhance the recreation experience (BLM 1993a). | **Action:** No similar action; this is addressed by other actions. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 313. | **Action:** Prohibit construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use (BLM 1989a). | **Action:** No similar action. (Facilities and improvements would have environmental analysis completed before approval.) | | |
| 314. | **Action:** On 6,360 acres (management unit 15), prohibit new livestock improvement projects or maintenance of existing projects to protect scenic values (BLM 1989a). | **Action:** No similar action; improvements would be designed according to the VRM class for the area. | | |
| 315. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage grazing allotments to protect and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | **Objective:** Manage grazing allotments to minimize contact and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | |
| 316. | **Action:** No similar action in current RMPs. | **Action:** Until current science can mitigate risk associated with disease transmission, cancel current and deny proposed domestic goat or sheep grazing and trailing permits within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:** Until current science can mitigate risk associated with disease transmission, exclude domestic goat grazing within a 5-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:** Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | Manage to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep within the 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | • Manage domestic sheep grazing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep, in accordance with the completed Probability of Interaction Assessment. (Refer to **Appendix K** for the Bighorn/Domestic Sheep Risk of Association Modeling, management criteria, and maps.)<br><br>The Bighorn/Domestic Sheep Risk of Association Modeling (**Appendix K**) is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 317. | **Action:** No similar action in current RMPs, although partially addressed. | **Action:** Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:** Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing within a 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:** Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing where Probability of Interaction Assessment depicts allotments are high probability for disease transmission. The Domestic/Bighorn Sheep Probability of Interaction Assessment is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. |
| 318. | **Action:** No similar action in current RMPs, although partially addressed. | **Action:** Prohibit domestic sheep and goat trailing permits within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:** Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep in areas within a 3-mile buffer | **Action:** Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep, in accordance with the |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | of occupied desert and Rocky Mountain bighorn sheep habitat. Limit trailing to one to two days. | completed Probability of Interaction Assessment in areas where the assessment shows high or moderate risk for contact with bighorn sheep. Limit trailing to one to two days. |
| 319. | **COAL** | | | |
| 320. | **GOAL:** Provide opportunities for environmentally sound exploration and development of coal resources. | | | |
| 321. | **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985).<br><br>Coal development will be considered on a site-specific basis after consultation with affected entities and formulation of mitigating measures. Development of existing coal leases will continue, and unleased federal coal will be identified as acceptable for further coal leasing consideration with a | **Objective:** In areas identified as suitable for additional coal exploration and/or leasing, allow federal exploration and/or leasing while providing protective stipulations to limit impacts on other resource values. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | minimum of multiple-use restrictions (BLM 1989a). | | | |
| 322. | **Action:** Manage 580 acres of split-estate in the coal resource development potential area as closed to coal leasing, in accordance with congressional mandates (Figures 2-15, Appendix A): • Tabeguache Area (PL 103-77)* • Curecanti National Recreation Area (43 CFR, 3400.2[a][8])** • Congressionally designated National Trails (i.e., Old Spanish National Historic Trail; 43 CFR, 3400.2[a][4]; 200-meter [656 feet] buffer from center line). **A portion of the area is within the coal resource development potential area* ***Not within the coal resource development potential area* | **Action:** Manage 1,910 acres (including 580 acres of split-estate) in the coal resource development potential area as closed to coal leasing, in accordance with congressional mandates (Figures 2-16 [Alternative B], 2-17 [Alternative C], and 2-18 [Alternative D], Appendix A): • Tabeguache Area (PL 103-77)* • Curecanti National Recreation Area (43 CFR, 3400.2[a][8])** • Congressionally designated National Trails (i.e., Old Spanish National Historic Trail; 43 CFR, 3400.2[a][4]; 200-meter [656 feet] buffer from center line). **A portion of the area is within the coal resource development potential area* ***Not within the coal resource development potential area* | | |
| 323. | **Action:** Allow coal leasing on 1,480 acres in the Nucla Known Recoverable Coal Resource | **Action:** Manage 320,440 acres (Figure 2-16, Appendix A) in the coal resource development potential area as | **Action:** Manage 405,230 acres (Figure 2-17, Appendix A) in the coal resource development | **Action:** Manage 371,400 acres (Figure 2-18, Appendix A) in the coal resource development |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | Area. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations. These lands would be made available for future leasing only when the coal priority area has been depleted or a significant demand is expressed that could not be met by the existing coal priority area (BLM 1985).<br><br>Identify 144,790 acres as acceptable for further coal leasing consideration on a site-specific basis after consultation with affected entities and formulation of mitigating measures designed to protect identified resources (BLM 1989a).<br>• BLM surface/federal mineral estate: 33,890 acres<br>• Private or State surface/ federal mineral estate: 110,900 acres | acceptable for further consideration of leasing and development.<br>• BLM surface/federal mineral estate: 168,700 acres<br>• Private or State surface/federal mineral estate: 151,740 acres | potential area as acceptable for further consideration of leasing and development.<br>• BLM surface/federal mineral estate: 249,620 acres<br>• Private or State surface/federal mineral estate: 155,610 acres | potential area as acceptable for further consideration of leasing and development.<br>• BLM surface/federal mineral estate: 214,070 acres<br>• Private or State surface/federal mineral estate: 157,330 acres |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | (Refer to Figure 2-15, Appendix A.) | | | |
| 324. | **Action:**<br>Manage 490 acres of BLM surface/federal mineral estate in the coal resource development potential area (BLM 1985, 1989a) identified in Screen 2 criteria, set forth in 43 CFR, 3461.5, as unsuitable for surface mining and surface mining operations (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area; Figure 2-15, Appendix A). | **Action:**<br>Manage 2,500 acres in the coal resource development potential area identified in Screen 2 criteria, set forth in 43 CFR, 3461.5, as unsuitable for surface mining and surface mining operations (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area; Figures 2-16 [Alternative B], 2-17 [Alternative C], and 2-18 [Alternative D], Appendix A):<br>• BLM surface/federal mineral estate: 2,170 acres<br>• Private or State surface/federal mineral estate: 330 acres | | |
| 325. | **Action:**<br>Manage the following areas as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area):<br>• Adobe Badlands ACEC*<br>• WSAs*<br>**Not within the coal resource* | **Action:**<br>Manage 96,650 acres<br>• BLM surface/federal mineral estate: 88,890 acres<br>• Private or State surface/federal mineral estate: 7,760 acres<br>(Figure 2-16, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria | **Action:**<br>Manage 11,860 acres<br>• BLM surface/federal mineral estate: 7,960 acres<br>• Private or State surface/federal mineral estate: 3,900 acres<br>(Figure 2-17, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development, in accordance | **Action:**<br>Manage 45,690 acres<br>• BLM surface/federal mineral estate: 43,510 acres<br>• Private or State surface/federal mineral estate: 2,180 acres<br>(Figure 2-18, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development, in accordance |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | *development potential area.* | for the Uncompahgre Planning Area):<br>• Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Public water supplies that use a groundwater well or spring, a 2,640-foot (0.50-mile) buffer<br>• State parks<br>• State wildlife areas<br>• Municipal parks<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>• ACECs<br>○ Salt Desert Shrub<br>○ San Miguel River Expansion<br>○ East Paradox<br>• WSAs<br>• Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]) | with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area):<br>• Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Public water supplies that use a groundwater well or spring, a 1,000-foot buffer<br>• State parks<br>• State wildlife areas<br>• Municipal parks<br>• WSAs | with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area):<br>• State parks<br>• State wildlife areas<br>• Municipal parks<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>• ACECs<br>○ Adobe Badlands<br>○ San Miguel River<br>• Suitable WSR segments<br>• WSAs |
| 326. | Allowable Use:<br>**STIPULATION** NSO-CO-1 (BLM 1991a): *Coal Lands.* | Allowable Use:<br>No similar allowable use. | | |

Case No. 1:20-cv-02484-MSK Document 62-12 filed 04/28/21 USDC Colorado pg 172 of 281

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

<table>
<tr><th>Line #</th><th>Alternative A<br>*Current Management (No Action)*</th><th colspan="2">Alternative B</th><th>Alternative C</th><th>Alternative D<br>*Agency Preferred*</th></tr>
<tr><td></td><td>Prohibit surface occupancy on leases within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction. (Refer to Appendix B; Figures 2-19, Appendix A.)</td><td colspan="4"></td></tr>
<tr><td rowspan="2">327.</td><td rowspan="2">Allowable Use:<br>**STIPULATION** CSU-CO-25 (BLM 1991a): *Federally Leased Coal*. Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to accommodate room and pillar mining operations. (Refer to Appendix B; Figure 2-19, Appendix A.)</td><td colspan="4">Allowable Use:<br>**STIPULATION** CSU-48: *Geology Coal Mine*. Surface occupancy or use may be restricted due to surface or underground coal mines. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Operations proposed within the area of an approved surface or underground coal mine will be relocated outside the area to be mined or to accommodate room and pillar and long wall mining operations. This stipulation does not apply to operations that capture or pipe methane from a mine for beneficial use. (Refer to Appendix B; Figures 2-20 [Alternative B], 2-22 [Alternative C], and 2-23 [Alternative D], Appendix A.)</td></tr>
<tr><td>**Alternative B:**<br>Allowable Use:<br>No similar allowable use. (Active and existing coal leases may be available for fluid mineral leasing.)</td><td>**Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**NO LEASING** NL-13: *Active (and Future) and Existing (Inactive, Retired) Coal Leases*. Close to oil and gas leasing areas within 0.25-mile of active</td><td colspan="2">Allowable Use:<br>Same as Alternative B.</td></tr>
</table>

BLM_0114525

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|---|
| | | | (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use.[1] (Refer to Appendix B; Figure 2-21, Appendix A.) | | |
| 328. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prior to lease or modification, require the proponent of a new federal coal lease or of a federal coal lease modification to evaluate the technical and economic feasibility of destroying, converting, capturing and using, or otherwise mitigating the release of coal mine methane to the atmosphere by all components of the mine ventilation system.<br><br>If coal mine methane release is not mitigated with the issue of a new | | **Action:**<br>No similar action. (There would not be similar requirement on a coal lease or modification.) | |

[1] This NL is shown as submitted by the proponents of the North Fork Alternative Plan; however, it is not implementable as described. It is being analyzed for illustrative purposes. The BLM oil and gas regulations do not provide for gas to be leased, regardless of the source or reason, in an area that is closed to leasing.

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | lease, require the recipient of a federal coal lease or federal coal lease modification to annually provide the BLM with a report (prepared by a neutral third party) evaluating the technical and economic feasibility of destroying, converting, capturing and using, or otherwise mitigating the release of coal mine methane to the atmosphere by all components of the mine ventilations system. The report will have a summary of known projects that do mitigate methane, the effectiveness of the projects, and the adaptability to the local mine. | | |
| 329. | Allowable Use: **LEASE NOTICE** LN-UB-10/CO-33: *Coal Areas*. Within the Paonia-Somerset Known Recoverable Coal Resource Area, coal and oil and gas leasing and development will be managed consistent with land use plans and lease terms. More specifically, the portions of the Known Recoverable Coal Resource Area where the overburden above the B-Seam of the Mesaverde coals is less than | **Action:** The portions of the coal potential area where the overburden above the coal is less than 3,500 feet will be managed primarily for the exploration and development of coal resources. Oil and gas operators anticipating exploration or development operations are required to consult and coordinate their activities with the BLM Authorized Officer to first determine the status of the coal resource then what course of action is in the public's interest. Under no circumstances would the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. Where the coal is in place but is neither licensed for exploration nor leased for mining, oil and gas operators may expect the BLM to scrutinize and adjust well placement and hydraulic fracturing activities to avoid ruining coal resources. Where the coal is either licensed for exploration or leased for mining the oil and gas, operators must consult with the affected coal operators on proposed oil and gas exploration or development. In the event that the oil and gas and coal operators are unable to agree on any proposal, the BLM Authorized Officer would intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. This applies even if actual exploration and mining has ceased. Where the BLM has determined the coal to be completely mined out | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to agree on proposed oil and gas exploration or development, the BLM Authorized Officer would intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. (Refer to Appendix B.) | and all licenses and leases terminated, the oil and gas operator is required to become informed about historic mine maps and mine-related drill holes. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 330. | **FLUID MINERALS** *(Oil and Gas and Geothermal Resources)* | | | |
| 331. | **GOAL:** Provide opportunities to develop fluid minerals consistent with other resource goals and uses to support local and national energy needs. | | | |
| 332. | **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985).<br><br>Continue oil, gas, and carbon dioxide operations in areas designated as Known Geologic Structures (BLM 1985).<br><br>Facilitate orderly, economic, and environmentally-sound exploration and development of oil and gas resources using balanced multiple use management (BLM 1993a). | **Objective:** Lease federal fluid mineral and geothermal resources to facilitate economically and environmentally responsible exploration, development, and reclamation using the best available technology. | | |
| 333. | Allowable Use: **NO LEASING (NL):** *BLM Surface/Federal Mineral Estate.* Manage 44,220 acres of the federal mineral estate | **Alternative B:** Allowable Use: **NO LEASING (NL):** *BLM Surface/Federal Mineral Estate.* Manage 181,220 acres of the federal mineral | Allowable Use: Same as Alternative A (Figure 2-22, Appendix A). | Allowable Use: **NO LEASING (NL):** *BLM Surface/Federal Mineral Estate.* Manage 48,510 acres of the federal mineral estate |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | underlying BLM-administered surface as closed to fluid mineral leasing and geophysical exploration (Figure 2-19, Appendix A):<br>• Tabeguache Area<br>• WSAs<br>(Refer to Appendix B.) | estate underlying BLM-administered surface as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-20, Appendix A):<br>• Same as Alternative A plus:<br>○ Within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>○ Within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>○ Within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring<br>○ Gunnison sage-grouse critical habitat and lek habitat (lek area plus a 0.6-mile radius)<br>○ Lands managed to protect wilderness characteristics | | underlying BLM-administered surface as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-23, Appendix A):<br>• Same as Alternative A plus:<br>○ Within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>○ Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>(Refer to Appendix B.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | ○ SRMAs<br>– Dolores River Canyon<br>– Dry Creek RMZs 1, 2, and 4<br>– Jumbo Mountain RMZ 1<br>– Paradox Valley RMZ 4<br>– Ridgway Trails RMZ 1<br>– Roubideau<br>– San Miguel River<br>– Spring Creek RMZs 1<br>○ ACECs<br>– Dolores Slickrock Canyon<br>– Roubideau-Potter-Monitor<br>– San Miguel River Expansion<br>(Refer to Appendix B.)<br><br>**Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**NO LEASING (NL):** *BLM Surface/Federal Mineral Estate.* Manage 221,570 acres (51,370 acres of which are in the North Fork area) of the federal mineral estate underlying BLM-administered surface as closed to oil and gas leasing and geophysical exploration (Figure 2-21, Appendix A):<br>• Within 0.50-mile of the Paonia, Hotchkiss, and Crawford town limits<br>• Within 0.25-mile of active (and | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use. (See footnote to row 327.)<br>• Within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring<br>• Within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees<br>• Within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within 2,640-feet (0.50-mile) of all streams, watercourses and waterways<br>• Within 2,640-feet (0.50-mile) of lakes, ponds, naturally occurring wetlands, and impounding reservoirs (not including stock ponds for livestock)<br>• Soils with high and very high potential for selenium loading<br>• Prominent landmarks: face of | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Jumbo Mountain, Youngs Peak, "H" Hill, near flanks of the West Elks, Needle Rock ACEC<br>(Refer to Appendix B.) | | |
| 334. | Allowable Use:<br>No similar allowable use in current RMPs. | **Alternative B**:<br>Allowable Use:<br>**NO LEASING (NL):** *Split-estate.* Manage 38,360 acres of private and State surface/federal fluid mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-20, Appendix A):<br>• Within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring<br>• Gunnison sage-grouse critical habitat and lek habitat (lek area plus a 0.6-mile radius)<br>• Curecanti National Recreation Area<br>• State parks<br>• State wildlife areas | Allowable Use:<br>No similar allowable use; there are no areas identified as No Leasing in this alternative. | Allowable Use:<br>**NO LEASING (NL):** *Split-estate.* Manage 1,550 acres of private and State surface/federal fluid mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-23, Appendix A):<br>• Within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | **Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**NO LEASING (NL):** *Split-estate.* Manage 85,100 acres (53,380 acres of which are in the North Fork area) of private and State surface/federal fluid mineral estate as closed to oil and gas leasing and geophysical exploration (Figure 2-21, Appendix A):<br>• Within 0.50-mile of the Paonia, Hotchkiss and Crawford town limits<br>• Within 0.25-mile of active (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use<br>• Within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring<br>• Within 1,320 feet of all domestic water wells and private water systems, including ditches and | | |

BLM_0114534

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | domestic water decrees<br>• Within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within 2,640-feet (0.50-mile) of all streams, watercourses and waterways<br>• Within 2,640-feet (0.50-mile) of lakes, ponds, naturally occurring wetlands and impounding reservoirs (not including stock ponds for livestock)<br>• Soils with high and very-high potential for selenium loading<br>• Prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, near flanks of the West Elks, Needle Rock ACEC | | |
| 335. | Allowable Use:<br>**LEASING**<br>Manage 871,810 acres of the federal mineral estate as open to fluid mineral leasing and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) to protect existing resources (Figure 2-19, Appendix A):<br>• BLM surface/federal fluid | **Alternative B:**<br>Allowable Use:<br>**LEASING**<br>Manage 696,450 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-20, Appendix A):<br>• BLM surface/federal fluid mineral estate: 494,580 acres | Allowable Use:<br>**LEASING**<br>Manage 871,810 acres of the federal mineral estate as open fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-22, Appendix A):<br>• BLM surface/federal fluid | Allowable Use:<br>**LEASING**<br>Manage 865,970 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-23, Appendix A):<br>• BLM surface/federal fluid |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | mineral estate: 631,580 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres | • Private or State surface/federal fluid mineral estate: 201,870 acres<br><br>**Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**LEASING**<br>Manage 609,360 acres (34,790 acres of which are in the North Fork area) of the federal mineral estate as open to oil and gas leasing and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-21, Appendix A):<br>• BLM surface/federal fluid mineral estate: 454,230 acres<br>• Private or State surface/federal fluid mineral estate: 155,130 acres | mineral estate: 631,580 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres | mineral estate: 627,290 acres<br>• Private or State surface/federal fluid mineral estate: 238,680 acres |
| 336. | Allowable Use:<br>**STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 25,610 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 24,890acres<br>• Private or State surface/federal fluid mineral estate: 720 acres that are open to oil and | **Alternative B:**<br>Allowable Use:<br>**STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 452,930 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 354,970 acres<br>• Private or State surface/federal fluid mineral estate: 97,960 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-20, Appendix A): | Allowable Use:<br>**STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 22,300 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 14,680 acres<br>• Private or State surface/federal fluid mineral estate: 7,620 acres that are open to fluid mineral leasing (refer to Appendix B; Figure | Allowable Use:<br>**STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 238,140 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 187,560 acres<br>• Private or State surface/federal fluid mineral estate: 50,580 acres that are open to fluid mineral leasing |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | gas leasing (BLM 1985, 1989a; refer to Appendix B; Figure 2-19, Appendix A):<br>• ACECs<br>○ Adobe Badlands<br>○ Fairview South<br>○ Needle Rock<br><br>Within the San Juan/San Miguel RMP area only, the following:<br>• Significant waterfowl and shorebird production areas (major areas are Waterfowl Habitat Management Areas and rookeries)<br>• Special status plant species habitat (including federally listed and proposed species for listing and candidate species)<br>• Within 0.25-mile radius of a lek site for sage-grouse and mountain sharp-tailed grouse and lesser and greater prairie chickens<br>• Raptors (golden eagle, osprey, accipiters, falcons | • Saline/selenium soils<br>• Slopes of 30 percent or greater<br>• Within 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• Within 1,000 feet of all domestic water wells<br>• Exemplary, ancient, and rare and relict vegetation communities<br>• Within 660 feet of the edge of perennial, intermittent and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments<br>• Portions of ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>• Within 200 meters (656 feet) of edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species,<br>• Within 1.0 mile of federally listed fish occupied habitat<br>• Within known occupied habitat for federally threatened, endangered, proposed, and candidate wildlife and bird species, except for Canada lynx and yellow billed cuckoo<br>• Yellow-billed cuckoo habitat<br>• Within 4.0 miles of an active lek or | 2-22, Appendix A):<br>• Within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Within a 805 meters (0.5-mile) of all public water supplies that use a groundwater well or spring<br>• Within 0.6-mile of Gunnison sage-grouse leks<br>• Activities that are more than 1.0 acre within active Gunnison and white-tailed prairie dog towns that are less than 10 acres<br>• Within 200 meters (656 feet) of eligible or potentially eligible cultural sites allocated to Traditional Use<br>• National Register Districts<br>• Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) | (refer to Appendix B; Figure 2-23, Appendix A):<br>• Slopes of 40 percent or greater<br>• Within 400 meters (1,312 feet) of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>• Within 325 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• Within 325 feet of perennial, intermittent and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments. Within 2,500 feet of the ordinary high water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat<br>• Within 325 feet of the edge |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | [except kestrel], buteos, and owls, within 0.125-mile of nest sites)<br>• Within 0.25-mile of bald eagle roost or nest sites<br>• Within 0.25-mile of peregrine falcon cliff nesting complexes<br>• Within 0.25-mile of confirmed Mexican spotted owl roost and nesting sites<br>• Tabeguache Cave II and Tabeguache Canyon<br>• Tabeguache Pueblo<br>• Dolores Cave<br>• Dolores River Canyon SRMA<br>• Tabeguache Creek ACEC<br>• Within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction | within mapped Gunnison sage-grouse nesting and early brood-rearing habitat<br>• Within 0.25-mile of active special status raptor nest sites and associated alternate nests<br>• Within 0.125-mile of active nest sites and associated alternate nests of raptors that are not special status (except kestrel)<br>• Within 0.5-mile of bald eagle winter roost sites<br>• Within 1.0 mile of confirmed Mexican spotted owl roost and nesting sites<br>• Within 150 feet of active Gunnison and white-tailed prairie dog towns<br>• Within 0.25-mile of federally listed, BLM sensitive, and Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use<br>• Tabeguache Pueblos area and Tabeguache Canyon<br>• Within 200 meters (656 feet) of eligible cultural properties, | or their appurtenant structures<br>• Needle Rock ACEC<br>• Within a 50-meter buffer (164 feet) of the center line of the Old Spanish National Historic Trail<br>• Within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>• DOE Uranium Mill Tailings Remedial Action Area | of the ordinary high water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Within known habitat for federally threatened endangered and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo<br>• Within a 0.6-mile radius of Gunnison sage-grouse leks<br>• Within 0.25-mile of active and inactive bald eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>• Within 0.25-mile of active and inactive golden eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | traditional cultural properties listed National or State Registers of Historic Places (sites or districts), outstanding cultural resources to be nominated to the National or State Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites<br>• National Register Districts<br>• VRM Class I areas<br>• SRMAs<br>○ Burn Canyon<br>○ Dry Creek RMZ 3<br>○ Jumbo Mountain RMZ 2<br>○ Kinikin Hills<br>○ North Delta<br>○ Paradox Valley RMZs 1-3<br>○ Ridgway Trails RMZ 2<br>○ Spring Creek RMZ 3<br>• Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant structures<br>• ACECs (except Dolores Slickrock Canyon, Roubideau-Potter-Monitor, and San Miguel River Expansion, which are No Leasing)<br>• Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study | | consecutive years but with all or part of the nest remaining)<br>• Within 0.50-mile of active and inactive ferruginous hawk, peregrine falcon, prairie falcon, and northern goshawk nest sites<br>• Within 0.25-mile of active and inactive nest sites of all other special status raptors and those that are not special status (except Mexican spotted owl)<br>• Within 0.25-mile of bald eagle winter roost sites<br>• Lands identified as Protected Activity Centers for Mexican spotted owl<br>• Within 0.25-mile of federally listed and BLM sensitive bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use<br>• Within 100 meters (328 |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Segments (Alternatives A and B)]) <br>• Within a 0.5-mile buffer of the center line of the Old Spanish National Historic Trail <br>• Within 0.5-mile of the center line of designated National Recreation Trails <br>• Within the viewshed of scenic byways, up to 0.5-mile <br>• DOE Uranium Mill Tailings Remedial Action Area <br>• Within 152 meters (500 feet) of occupied dwellings and building units or within 305 meters (1,000 feet) from high occupancy buildings <br><br>**Alternative B.1** (North Fork area only): <br>Allowable Use: <br>**STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 404,690 acres (27,280 acres of which are in the North Fork area) of federal mineral estate: <br>• BLM surface/federal fluid mineral estate: 318,630 acres <br>• Private or state surface/federal fluid mineral estate: 86,060 acres that are open to oil and gas leasing (refer to Appendix B; Figure 2-21, Appendix | | feet) of known eligible cultural resources, traditional cultural properties, listed NRHP sites and districts, outstanding cultural resources to be nominated to the NRHP, interpreted and/or public use sites, and experimental-use sites <br>• Lands with wilderness characteristics <br>• SRMAs <br>○ Dolores River Canyon <br>○ Dry Creek RMZs 2 and 4 <br>○ Jumbo Mountain <br>○ Ridgway Trails <br>○ Roubideau <br>○ San Miguel River RMZs 1-3 <br>○ Spring Creek <br>• Curecanti National Recreation Area <br>• State parks <br>• State wildlife areas <br>• Municipal parks <br>• Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | A):<br>• Within 0.25-mile of any prime and unique farmlands, livestock operations, organic farm, conventional farm, ranch, orchard, and the West Elks American Viticultural area<br>• From 1,320 feet to 2640 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and from 1,320 feet to 2640 feet of all public water supplies that use a groundwater well or spring<br>• From 1,320 feet to 2640 feet of all domestic water wells and private water systems, including ditches and domestic water decrees<br>• Within 1,320 feet of any dam, ditch, irrigation intake, canal, or other water conveyance<br>• Within 0.50- to 1.0 mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within 0.50- to 1.0 mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within the 100-year floodplain of any stream or river system<br>• In mule deer and elk crucial winter | | structures<br>• ACEC<br>○ Adobe Badlands<br>○ Fairview South (BLM Expansion)<br>○ Needle Rock<br>○ San Miguel River<br>○ Dolores River Slickrock Canyon<br>○ Biological Soil Crust<br>○ Roubideau Corridors<br>○ Paradox Rock Art<br>• Suitable WSR segments classified as wild or scenic (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)])<br>• Within a 0.5-mile buffer of the center line of the congressionally designated portion of the Old Spanish National Historic Trail<br>• Within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>• DOE Uranium Mill Tailings Remedial Action Area<br>• Within 152 meters (500 feet) of occupied dwellings |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | range, including severe winter range and winter concentration areas, and in elk reproduction areas<br>• In big game migration corridors<br>• In Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius)<br>• Within 4.0 miles of any known lek, and within mapped Gunnison sage-grouse breeding, summer, and winter habitat outside of the 4.0-mile buffer<br>• Within 0.25-mile of any active or historic bald eagle or golden eagle nest site and within 0.50-mile of any active or historic peregrine falcon nest site<br>• Within 0.25-mile of northern leopard frog breeding sites<br>• Within 0.50-mile of stream segments occupied by native cutthroat trout<br>• Within 0.25-mile of soils with high and very high potential for selenium loading<br>• On all areas with medium to high geologic hazard<br>• Within 1.0 mile of:<br>○ West Elk Scenic Byway (Colorado Highways 92 and 133 and Gunnison County Road 12)<br>○ 3100 Road | | and building units or within 305 meters (1,000 feet) from high-occupancy buildings |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | ○ North Road<br>○ Crawford Road<br>○ Back River Road<br>• Within 0.25-mile of schools and community facilities:<br>○ North Fork Swimming Pool<br>○ Crawford School<br>○ Hotchkiss High School<br>○ North Fork Community Montessori School<br>○ North Fork Recycling Center | | |
| 337. | Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 119,860 acres of the federal mineral estate within the San Juan/San Miguel RMP area:<br>• BLM surface/federal fluid mineral estate: 110,180 acres<br>• Private or State surface/federal fluid mineral estate: 9,680 acres that are open to oil and gas leasing (BLM 1985; refer to Appendix B; Figure 2-19, Appendix A):<br>• Slopes of 40 percent or greater | **Alternative B:**<br>Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 238,010 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 139,560 acres<br>• Private or State surface/federal fluid mineral estate: 98,450 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-20, Appendix A):<br>• Lands, streams, and wetlands not meeting or meeting with problems BLM Colorado Public Land Health Standards<br>• Potential biological soil crust<br>• Ecological emphasis areas (see *Wildlife – Terrestrial* section) | Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 457,120 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 365,810 acres<br>• Private or State surface/federal fluid mineral estate: 91,310 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-22, Appendix A):<br>• Saline/selenium soils<br>• East Paradox biological soil<br>• Slopes of 40 percent or greater<br>• Within 0.25-mile of bank-full | Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 333,330 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 265,140 acres<br>• Private or State surface/federal fluid mineral estate: 68,190 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-23, Appendix A):<br>• Saline/selenium soils<br>• Potential biological soil crust<br>• Slopes of 30 to 39 percent<br>• From 325 to 500 feet of the edge of the ordinary high- |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • Riparian vegetation zone<br>• Federally leased coal | • Desert and Rocky Mountain bighorn sheep summer range<br>• Within 0.25-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Canada lynx habitat<br>• Within 1.0 mile of special status raptor (including Mexican spotted owl) nest sites<br>• Within 0.5-mile of nest sites of raptors that are not special status (except American kestrel)<br>• Bald eagle habitat (winter concentration and communal roosts)<br>• Within 0.25-mile of active kit fox dens<br>• VRM Class II and III areas<br>• Federally leased coal<br>• Suitable WSR segments classified as scenic and recreational (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>• From 0.50- to 5.0 miles of either side of the Old Spanish National Historic Trail | stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>• Within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>• Within 100 feet from the edge of the riparian zone along perennial and intermittent waters and naturally occurring wetlands, springs, and seeps | water mark (bank-full stage) of perennial streams<br>• Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>• Exemplary, ancient, and rare vegetation communities<br>• From 325 to 500 feet of the perennial and intermittent waters and naturally occurring wetlands, springs, and seeps<br>• Ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>• Desert and Rocky Mountain bighorn sheep summer range<br>• Within 100 meters (328 |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | **Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 199,170 acres (1,380 acres of which are in the North Fork area) of federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 135,950 acres<br>• Private or State surface/federal fluid mineral estate: 63,620 acres that are open to oil and gas leasing (refer to Appendix B; Figure 2-21, Appendix A):<br>• All areas with moderate geologic hazards<br>• Lands visible from important vistas and travel corridors:<br>○ Jumbo Mountain<br>○ Youngs Peak<br>○ "H" Hill<br>○ Flanks of the West Elks<br>○ Needle Rock ACEC<br>○ Beyond 1.0 mile of:<br>▪ West Elk Scenic Byway (Colorado Highways 92 and 133 and Gunnison County Road 12)<br>▪ 3100 Road<br>▪ North Road | • Ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>• Within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Federally threatened, endangered, proposed, and candidate wildlife and bird species' occupied habitat (except Canada lynx)<br>• Within 0.25-mile of bald eagle roost or nest sites<br>• Within 0.125-mile of golden eagle, osprey, accipiter, falcon (except kestrel), buteo, and owl nest sites<br>• Within 0.25-mile of peregrine falcons cliff nesting complex<br>• Within 330 feet of active nest sites and associated alternate nests of raptors that are not special status (except American kestrel, red-tailed hawk, and great-horned owl)<br>• Within 4.0 miles of an active | feet) of BLM sensitive plant species<br>• Within habitat for individuals or populations of federally listed plant species<br>• Between 325 and 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Yellow-billed cuckoo habitat<br>• Canada lynx habitat<br>• Within 4.0 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and winter habitat) or suitable sagebrush habitat<br>• Within 1.0 mile of accipiter, falcon (except kestrel), buteo, and owl (except Mexican spotted owl) nest sites<br>• Bald eagle habitat (winter concentration and communal roosts)<br>• Mexican spotted owl suitable breeding habitat |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | ▪ Crawford Road<br>▪ Back River Road | Gunnison sage-grouse lek<br>• Within 0.25-mile of federally listed, BLM sensitive, and Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• Within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places<br>• Federally leased coal<br>• Curecanti National Recreation Area<br>• State parks<br>• State wildlife areas<br>• ACECs<br>○ Adobe Badlands<br>○ Fairview South<br>○ San Miguel River<br>• From 50 meters (164 feet) to 5 miles of either side of the Old Spanish National Historic Trail<br>• Within 0.25-mile of scenic byways | • Within 150 feet of active Gunnison and white-tailed prairie dog towns<br>• Within 200 meters (656 feet) of active kit fox dens<br>• Within 0.25-mile of Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• Tabeguache Pueblos Area and Tabeguache Canyon<br>• Area of archaeological significance<br>• ERMAs<br>• SRMAs<br>○ Dry Creek RMZs 1 and 3<br>○ San Miguel River RMZ 4<br>• Federally leased coal<br>• Suitable WSR segments classified as recreational (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)])<br>• From 0.5 to 5 miles of either side of the Old Spanish National Historic Trail |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | • Within 0.5-mile of scenic byways |
| 338. | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and, in some cases, surface-disturbing activities, on 501,100 acres of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>• BLM surface/federal fluid mineral estate: 423,900 acres<br>• Private or State surface/federal fluid mineral estate: 77,200 acres that are open to oil and gas leasing (BLM 1985, 1989a; refer to Appendix B; Figure 2-24, Appendix A):<br>• Highly erodible and/or saline soil areas<br>• White pelican<br>• Waterfowl habitat<br>• Big game species (mule deer, elk, pronghorn antelope, and bighorn | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 696,450 acres* of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>• BLM surface/federal fluid mineral estate: 494,580 acres*<br>• Private or State surface/federal fluid mineral estate: 201,870 acres* that are open to fluid mineral leasing (refer to Appendix B; Figure 2-25, Appendix A):<br>• Saturated soils<br>• Coldwater sport and native fish<br>• Big game crucial winter range (elk, mule deer, pronghorn antelope, moose, and Rocky Mountain and desert bighorn sheep)<br>• Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas)<br>• Wild turkey winter habitat<br>• Migratory bird breeding habitat<br>• Gunnison sage-grouse winter habitat | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 582,390 acres of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>• BLM surface/federal fluid mineral estate: 475,220 acres<br>• Private or State surface/federal fluid mineral estate: 107,170 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-26, Appendix A):<br>• Coldwater sport fish<br>• Big game crucial winter range (elk and mule deer)<br>• Elk reproduction areas<br>• Yellow-billed cuckoo habitat<br>• Active kit fox dens | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 865,970 acres of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>• BLM surface/federal fluid mineral estate: 627,290 acres<br>• Private or State surface/federal fluid mineral estate: 238,680 acres that are open to fluid mineral leasing (Refer to Appendix B; Figure 2-27, Appendix A):<br>• Saturated soils<br>• Coldwater sport and native fish<br>• Big game crucial winter range (severe winter range and winter concentration areas)<br>• Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | sheep)<br>• Big game birthing areas<br>• Grouse<br>• Raptor nesting and fledgling habitat (golden eagle, accipiters, falcons [except kestrel], buteos, and owls)<br>• Osprey nesting and fledgling habitat<br>• Bald eagle nesting habitat<br>• Peregrine falcon cliff nesting complex<br>• Ferruginous hawk<br>• Bald eagle winter roost sites<br>• Bald eagle winter concentration areas<br>• Mexican spotted owl nesting and fledgling habitat | • Gunnison sage-grouse breeding (non-lek) habitat<br>• Within 0.5-mile of active special status raptor nest sites and associated alternate nests<br>• Within 0.25-mile of active nest sites and associated alternate nests of raptors that are not special status (except kestrel)<br>• Bald eagle winter concentration areas<br>• Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>• East Paradox ACEC<br><br>**Under Alternative B.1, portions of some of the above areas would be closed to oil and gas leasing. As such, 609,360 acres of the federal mineral estate would be subject to TL stipulations:*<br>• *BLM surface/federal fluid mineral estate: 454,230 acres*<br>• *Private or State surface/federal fluid mineral estate: 155,130 acres* | | areas)<br>• Wild turkey winter habitat<br>• Migratory bird breeding habitat<br>• Gunnison sage-grouse winter habitat<br>• Gunnison sage-grouse breeding (lek and non-lek) habitat<br>• 0.5-mile radius around active nests of bald and golden eagle, ferruginous hawk, peregrine and prairie falcon, and northern goshawk<br>• 0.25-mile radius around active nests of osprey; red-tailed, Swainson's, Cooper's, and sharp-shinned hawk; northern harrier; burrowing and great horned owl; and other owls and raptors (except kestrel)<br>• Bald eagle winter roost sites<br>• Bald eagle winter concentration areas<br>• Mexican spotted owl suitable breeding habitat (nesting and fledgling habitat)<br>• Within 300 feet of active Gunnison and white-tailed |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | prairie dog colonies<br>• Active kit fox dens |
| 339. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING** NL-14: *Recreation Park*. Close to fluid mineral leasing and geophysical exploration the following areas where the BLM holds the fluid mineral rights:<br>• Curecanti National Recreation Area<br>• State parks<br>• State wildlife areas<br>(Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use:<br>**STIPULATION** CSU-49: *Recreation Park*. Surface occupancy or use may be restricted where the BLM holds the fluid mineral rights under the following areas:<br>• Curecanti National Recreation Area<br>• State parks<br>• State wildlife areas<br>Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 2-22, Appendix A.) | Allowable Use:<br>**STIPULATION** NSO-54: *Recreation Park*. Prohibit surface occupancy and use within the boundaries of:<br>• Curecanti National Recreation Area<br>• State parks<br>• State wildlife areas<br>• Municipal parks<br>(Refer to Appendix B; Figure 2-23, Appendix A.) |
| 340. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-55: *Bureau of Reclamation Dams or Appurtenant Structures*. Prohibit surface occupancy and use within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant structures. Also, prohibit directional drilling within 1,500 vertical feet below a BOR dam or its appurtenant structures. (Directional drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot radius of the structures; refer to Appendix B; Figures 2-20 [Alternative B], 2-22 [Alternative C], and 2-23 [Alternative D], Appendix A.) | | |
| 341. | **Action:**<br>Require operators to meet the current BLM Goldbook standards for soil and water protection and plans for surface reclamation, plus other BMPs (Appendix G), as applicable, for all permitted fluid minerals (i.e., oil and gas and geothermal) actions. | | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 342. | **Action:** No similar action in current RMPs. | **Action:** Where appropriate and feasible, require installation of central liquids gathering and production facilities to reduce the total number of sources and to minimize truck traffic during fluid minerals development. | | |
| 343. | **LOCATABLE MINERALS, MINERAL MATERIALS, & NONENERGY LEASABLE MINERALS** | | | |
| 344. | **GOAL:** Provide opportunities to develop locatable minerals, mineral materials, and nonenergy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. | | | |
| 345. | *LOCATABLE MINERALS* | | | |
| 346. | **Objective:** Minimize public land withdrawn from mining. Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). | **Objective:** Facilitate environmentally responsible exploration and development of locatable minerals. | | |
| 347. | **Action:** Maintain the following areas as withdrawn from locatable mineral entry (28,060 acres; Figures 2-32 [Alternative A], 2-33 [Alternative B], 2-34 [Alternative C], and 2-35 [Alternative D], Appendix A):<br>• Tabeguache Area<br>• Cory Lode mine for bat roosting (20 acres; BLM 2008c)<br>• BOR withdrawals (9,010 acres)<br>• FERC withdrawals (1,610 acres)<br>• DOE lease tracts (9,620 acres; BLM 1985) | | | |
| 348. | **Action:** Recommend to the Secretary of the Interior withdrawal from mineral | **Action:** Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling | **Action:** Recommend to the Secretary of the Interior withdrawal from mineral entry the | **Action:** Recommend to the Secretary of the withdrawal from mineral entry the following |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | entry the following areas totaling 27,690 acres (Figure 2-32, Appendix A):<br>• Dolores Cave (BLM 1985)<br>• Tabeguache Pueblo (BLM 1985)<br>• Important cultural resource properties (BLM 1985)<br>• ACECs<br>○ Needle Rock (BLM 1989a)<br>○ Adobe Badlands (BLM 1989a)<br>○ Fairview South (BLM 1989a) | 387,270 acres:<br>• BLM surface/federal mineral estate: 382,900 acres<br>• Private or State surface/federal mineral estate: 4,370 acres<br>(Figure 2-33, Appendix A):<br>• Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring<br>• Sensitive bat species' significant maternity roost or hibernaculum<br>• Lands managed to protect wilderness characteristics<br>• San Miguel River, Uncompahgre River, North Fork Gunnison River, Gunnison River, and Dolores River, plus a 0.25-mile buffer each side of center<br>• SRMAs<br>• ACECs<br>• Suitable WSR segments classified as | following areas totaling 11,250 acres:<br>• BLM surface/federal mineral estate: 9,550 acres<br>• Private or State surface/federal mineral estate: 1,700 acres<br>(Figure 2-34, Appendix A):<br>• Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring | areas totaling 55,880 acres:<br>• BLM surface/federal mineral estate: 54,090 acres<br>• Private or State surface/federal mineral estate: 1,790 acres<br>(Figure 2-35, Appendix A):<br>• Same as Alternative C, plus:<br>○ Recreational sites (100-foot buffer)<br>○ ACECs<br>– Needle Rock<br>– Dolores River Slickrock Canyon<br>– San Miguel River<br>– Biological Soil Crust<br>– Paradox Rock Art<br>– Roubideau Corridors<br>○ Suitable WSR segments classified as wild (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)])<br>○ Sensitive bat species' significant maternity roost or hibernaculum |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]) | | |
| 349. | **Action:**<br>Allow locatable mineral exploration and development on the remaining 840,440 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 620,050 acres<br>• Private or State surface/ federal mineral estate: 220,390 acres<br><br>Continue approved operations of hard rock mining on 12,790 acres (emphasis area E) under 43 CFR, 3809, regulations (BLM 1985).<br><br>Open 309,720 acres (management units 1-3, 5, 7-11, 15, 16) to mineral entry and location due to the lack of resource conflicts. | **Action:**<br>Allow locatable mineral exploration and development on the remaining 480,860 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 264,840 acres<br>• Private or State surface/federal mineral estate: 216,020 acres | **Action:**<br>Allow locatable mineral exploration and development on the remaining 856,880 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 638,190 acres<br>• Private or State surface/ federal mineral estate: 218,690 acres | **Action:**<br>Allow locatable mineral exploration and development on the remaining 812,250 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 593,650 acres<br>• Private or State surface/ federal mineral estate: 218,600 acres |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 350. | *MINERAL MATERIALS* | | | |
| 351. | **Objective:**<br>Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). | **Objective:**<br>Facilitate environmentally responsible exploration and development of mineral materials. | | |
| 352. | Allowable Use:<br>Identify 104,690 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 102,190 acres<br>• Private or State surface/federal mineral estate: 2,500 acres<br>as closed to mineral materials disposal (BLM 1989a; Figure 2-36, Appendix A):<br>• Riparian zones<br>• ACECs<br>• Tabeguache Area<br>• Needle Rock ISA<br>• Portion of Adobe Badlands WSA (6,380 acres)<br>• In the San Miguel SRMA outside the ACEC (13,210 | Allowable Use:<br>Close 567,590 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 499,340 acres<br>• Private or State surface/federal mineral estate: 68,250 acres<br>to mineral materials disposal (Figure 2-37, Appendix A):<br>• Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring | Allowable Use:<br>Close 58,610 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 56,350 acres<br>• Private or State surface/federal mineral estate: 2,260 acres<br>to mineral materials disposal (Figure 2-38, Appendix A):<br>• Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 1,000-foot | Allowable Use:<br>Close 135,370 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 132,520 acres<br>• Private or State surface/federal mineral estate: 2,850 acres<br>to mineral materials disposal (Figure 2-39, Appendix A):<br>• Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 1,000-foot |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | acres), the San Miguel River, creeks, and their riparian corridors (BLM 1993a) | • Ecological emphasis areas<br>• Lands within 500 feet of riparian areas<br>• Federally threatened, endangered, proposed, and candidate plant species' occupied habitat<br>• Potential Fossil Yield Classification 5a areas (270,070 acres)<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>• ACECs<br>• Tabeguache Area<br>• WSAs<br>• Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>• Lands within 0.50-mile of congressionally designated National Trails<br>• DOE Uranium Mill Tailings Remedial Action Area | buffer of all public water supplies using a groundwater well or spring<br>• Federally threatened, endangered, and proposed plant species' occupied habitat<br>• Tabeguache Area<br>• WSAs<br>• Lands within 50 meters (164 feet) of congressionally designated National Trails<br>• DOE Uranium Mill Tailings Remedial Action Area | buffer of all public water supplies that use a groundwater well or spring<br>• Lands within 100 feet of riparian areas<br>• Federally threatened, endangered, and proposed plant species' occupied habitat<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>○ Dolores River Canyon<br>○ Dry Creek RMZs 1, 2, and 4<br>○ Jumbo Mountain<br>○ Ridgway Trails<br>○ Roubideau RMZs 1-3<br>○ A portion of San Miguel River RMZ 1 (13,660 acres) and San Miguel River RMZs 2-4<br>○ Spring Creek RMZs 1 and 2<br>• ACECs<br>• Tabeguache Area<br>• WSAs<br>• Suitable WSR segments;<br>• Lands within 50 meters (164 feet) of congressionally |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|
| | | | | designated National Trails<br>• DOE Uranium Mill Tailings Remedial Action Area |
| 353. | Allowable Use:<br>Allow disposal of mineral materials on 791,500 acres of federal mineral estate:<br>• BLM surface/federal mineral estate: 573,610 acres<br>• Private or State surface/federal mineral estate: 217,890 acres (BLM 1985, 1989a). Continue sand and gravel operations (BLM 1985; refer to Figure 2-36, Appendix A.) | Allowable Use:<br>Allow disposal of mineral materials on 328,600 acres of federal mineral estate:<br>• BLM surface/federal mineral estate: 176,460 acres<br>• Private or State surface/federal mineral estate: 152,140 acres<br>(Refer to Figure 2-37, Appendix A.) | Allowable Use:<br>Allow disposal of mineral materials on 837,580 acres of federal mineral estate:<br>• BLM surface/federal mineral estate: 619,450 acres<br>• Private or State surface/federal mineral estate: 218,130 acres<br>(Refer to Figure 2-38, Appendix A.) | Allowable Use:<br>Allow disposal of mineral materials on 760,820 acres of federal mineral estate:<br>• BLM surface/federal mineral estate: 543,280 acres<br>• Private or State surface/federal mineral estate: 217,540 acres<br>(Refer to Figure 2-39, Appendix A.) |
| 354. | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (refer to Figure 2-75, Appendix A). | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (refer to Figure 2-75, Appendix A). | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (refer to Figure 2-75, Appendix A). Establish common use areas in appropriate locations and with sufficient capacity, while avoiding proliferation of sites for similar materials in a given area. | **Action:**<br>Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 355. | Allowable Use:<br>**STIPULATION** *TL* (all TLs): Apply TLs to 146,050 acres (management units 2 and 5) that are open to mineral materials disposal (BLM 1989a; refer to Appendix B.) | Allowable Use:<br>No similar allowable use. TLs are applied through other programs. | | |
| 356. | *NONENERGY SOLID LEASABLE MINERALS (e.g., sodium and potassium)* | | | |
| 357. | **Objective:**<br>Allow mineral development on all areas open to such development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). | **Objective:**<br>Facilitate environmentally responsible exploration and development of nonenergy solid leasable minerals. | | |
| 358. | Allowable Use:<br>Close 44,220 acres in the following areas to nonenergy solid leasable mineral exploration and/or development (Figure 2-40, Appendix A):<br>• Tabeguache Area<br>• WSAs | Allowable Use:<br>Close 395,900 acres<br>• BLM surface/federal mineral estate: 386,400 acres<br>• Private or State surface/federal mineral estate: 9,500 acres<br>in the following areas to nonenergy leasable mineral exploration and/or development (Figure 2-41, Appendix A):<br>• Same as Alternative A, plus<br>○ Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream | Allowable Use:<br>Close 57,390 acres<br>• BLM surface/federal mineral estate: 55,570 acres<br>• Private or State surface/federal mineral estate: 1,820 acres<br>in the following areas to nonenergy leasable mineral exploration and/or development (Figure 2-42, Appendix A):<br>• Same as Alternative A, plus<br>○ Lands within 1,000 feet of | Allowable Use:<br>Close 170,490 acres<br>• BLM surface/federal mineral estate: 168,130 acres<br>• Private or State surface/federal mineral estate: 2,360 acres<br>in the following areas to nonenergy leasable mineral exploration and/or development (Figure 2-43, Appendix A):<br>• Same as Alternative C, plus<br>○ Lands managed to protect |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>○ Lands within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring<br>○ Federally threatened, endangered, proposed, and candidate plant species' occupied habitat<br>○ Lands managed to protect wilderness characteristics<br>○ SRMAs<br>○ ACECs<br>○ Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>○ Lands within 0.50-mile of congressionally designated National Trails | either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>○ Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>○ Federally threatened, endangered, and proposed plant species' occupied habitat<br>○ Lands within 50 meters (164 feet) of congressionally designated National Trails | wilderness characteristics<br>○ SRMAs<br>○ ACECs<br>○ Suitable WSR segments (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)]) |
| 359. | Allowable Use:<br>Continue nonenergy solid leasable mineral leasing on 631,480 acres (BLM 1985). | Allowable Use:<br>Manage 500,290 acres as open for consideration of nonenergy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B: | Allowable Use:<br>Manage 838,800 acres as open for consideration of nonenergy solid leasable mineral exploration and/or development, subject to | Allowable Use:<br>Manage 725,700 acres as open for consideration of nonenergy solid leasable mineral exploration and/or development, subject to |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • BLM surface/federal mineral estate: 289,400 acres<br>• Private or State surface/federal mineral estate: 210,890 acres | stipulations in Appendix B:<br>• BLM surface/federal mineral estate: 620,230 acres<br>• Private or State surface/federal mineral estate: 218,570 acres | stipulations in Appendix B:<br>• BLM surface/federal mineral estate: 507,670 acres<br>• Private or State surface/federal mineral estate: 218,030 acres |
| 360. | **RECREATION AND VISITOR SERVICES** | | | |
| 361. | **GOAL:**<br>Produce a diversity of quality recreational opportunities that support outdoor-oriented lifestyles and add to participants' quality of life, enhance the quality of local communities, and foster protection of natural and cultural resources. | | | |
| 362. | **Objective:**<br>Manage public lands for a variety of targeted and dispersed recreation opportunities in natural settings consistent with classifications determined in Recreational Opportunity Spectrum inventories (BLM 1985). | **Objective:**<br>Provide quality recreational opportunities and increase awareness, understanding, and a sense of stewardship in recreational users so their conduct safeguards cultural and natural resources as defined by Colorado Standards for Public Land Health and area-specific (e.g., ACECs and WSRs) objectives.<br><br>Increase collaboration with community partners to maintain appropriate activity-based recreation opportunities in community growth areas (BLM-administered lands adjacent to, between, and surrounding communities; also referred to as wildland-urban interface areas). | | |
| 363. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to dispersed camping:<br>• Day use areas<br>• SRMAs<br>○ Burn Canyon<br>○ Dolores River Canyon<br>○ Dry Creek RMZ 3<br>○ Jumbo Mountain RMZ 2<br>○ Kinikin Hills RMZ 3 | **Action:**<br>Close the following areas to dispersed camping:<br>• Day use areas<br>• San Miguel River ERMA | **Action:**<br>Close the following areas to dispersed camping:<br>• Same as Alternative C, plus<br>○ SRMAs<br>– Dry Creek RMZs 1 and 2<br>– Roubideau RMZ 4<br>– San Miguel River<br>– Spring Creek RMZ 3 |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | ○ North Delta RMZ 2<br>○ Paradox Valley RMZs 1, 2, and 3<br>○ Roubideau RMZs 2, 3, and 4<br>○ San Miguel River<br>○ Spring Creek RMZs 2 and 3<br>• ACECs<br>○ Dolores Slickrock Canyon<br>○ La Sal Creek<br>○ Paradox Rock Art<br>○ San Miguel River<br>○ West Paradox | | ○ ERMAs<br>– Kinikin Hills<br>– North Delta<br>○ Within 200 meters (656 feet) of Scenic Byways<br>○ Within 0.50-mile of rock climbing and bouldering areas<br>○ ACECs<br>– Paradox Rock Art<br>– San Miguel |
| 364. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to overnight use:<br>• All developed recreation sites along the San Miguel River, with the exception of Lower Beaver and Caddis Flats<br>• SRMAs<br>○ Dry Creek RMZs 1, 2, and 4<br>○ Jumbo Mountain RMZ 1<br>○ Kinikin Hills RMZs 1 and 2<br>○ North Delta RMZ 1<br>○ Ridgway Trails<br>○ Spring Creek RMZ 1<br>• ACECs<br>○ East Paradox<br>○ Fairview South (CNHP Expansion)<br>○ Needle Rock<br>○ Salt Desert Shrub | **Action:**<br>Close the following areas to overnight use:<br>• ACECs<br>○ Needle Rock<br>○ Adobe Badlands<br>○ Fairview South | **Action:**<br>Close the following areas to overnight use:<br>• Same as Alternative C, plus<br>○ San Miguel Recreation Sites: Beaver, Deep Creek, Placerville, and Specie Creek<br>○ SRMAs<br>– Dry Creek RMZ 4<br>– Jumbo Mountain RMZ 1<br>– Ridgway Trails<br>– Spring Creek RMZ 1<br>○ Biological Soil Crust ACEC |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 365. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Provide new and maintain existing facilities where needed to meet management objectives. | | |
| 366. | Allowable Use:<br>Allow recreational mining. | Allowable Use:<br>Prohibit recreational mining. | Allowable Use:<br>Prohibit recreational mining in developed recreational sites. | Allowable Use:<br>Prohibit recreational mining in the following areas:<br>• In occupied streams during spawning periods to protect native fish<br>○ April 1 to July 15 for spring spawning native cutthroat trout, rainbow trout, and native warm water fish (flannelmouth sucker, bluehead sucker, and roundtail chub)<br>• Within 100 feet of developed recreation sites, roadways, and boat ramps |
| 367. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>No similar allowable use (prohibit by the allowable use above). | Allowable Use:<br>Recreational mining must adhere to the following practices:<br>• All recreational mining activities must take place within the stream channel, no closer than two feet from any stream bank (and /or inter-river island) with established vegetation, and | Allowable Use:<br>Recreational mining must adhere to the following practices:<br>• Prohibit motorized recreational mining (e.g., motorized dredge);<br>• All activities shall be conducted below existing water surface;<br>• Material too large to be |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | shall be conducted to prevent undercutting of banks;<br>• Material too large to be moved by hand shall remain undisturbed;<br>• All excavations shall have materials replaced upon completion of operations, and no sites shall be left open in excess of 14 days;<br>• Operations shall not disturb in excess of two cubic yards of material per day; and<br>• Anchorage systems (if used) shall not span the stream if it will restrict the free passage of water craft. | moved by hand, including using hand tools such as crowbars and pry-bars, shall remain undisturbed;<br>• All excavations shall have materials replaced upon completion of operations, and no sites shall be left open in excess of 14 days; and<br>• Operations shall not disturb in excess of one cubic yard of material per day. |
| 368. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Recommend to the Secretary of the Interior to withdraw from locatable mineral entry the San Miguel River, Uncompahgre River, North Fork Gunnison River, Gunnison River, and Dolores River, plus a 0.25-mile buffer each side of center. | Allowable Use:<br>No similar allowable use. (Recreation sites would not be recommended for withdrawal from locatable mineral entry.) | Allowable Use:<br>Recommend to the Secretary of the Interior to withdraw from locatable mineral entry all developed recreational sites plus a 100-foot buffer. |
| 369. | **Objective:**<br>No similar objective | **Objective:**<br>Ensure that visitors are not exposed to unhealthy or unsafe human-created conditions, and achieve a minimum level of conflict between recreation participants and between recreation and other resource uses. | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 370. | **Action:**<br>Issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under the UFO Special Recreation Permit Policy and BLM Handbook H-2930-1, Recreation Permit Administration. | **Action:**<br>Issue SRPs and competitive events as a discretionary action unless otherwise restricted. Issue SRPs for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM-administered lands. Apply cost-recovery procedures for issuing SRPs, where appropriate. | | |
| 371. | **Action:**<br>Issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under the UFO Special Recreation Permit Policy and BLM Handbook H-2930-1, Recreation Permit Administration. | **Action:**<br>Unless otherwise restricted through other RMP actions, same as Alternative A. Prohibit all competitive events in the following SRMAs:<br>• Burn Canyon<br>• Dolores River Canyon<br>• Dry Creek RMZs 1, 2, and 4<br>• Jumbo Mountain<br>• Kinikin Hills<br>• North Delta<br>• Paradox Valley RMZs 1 and 4<br>• Ridgway Trails<br>• Roubideau RMZs 1, 2, and 3<br>• San Miguel River<br>• Spring Creek RMZs 1 and 2<br><br>Prohibit motorized competitive events (allow nonmotorized competitive | **Action:**<br>Unless otherwise restricted through other RMP actions, same as Alternative A. | **Action:**<br>Unless otherwise restricted through other RMP actions, same as Alternative A. Prohibit all competitive events in the following SRMAs:<br>• Dolores River Canyon<br>• San Miguel River RMZs 2 and 3<br>Prohibit motorized competitive events (allow nonmotorized competitive events) in the following SRMAs:<br>• Dry Creek RMZ 4<br>• Jumbo Mountain RMZ 1<br>• Ridgway Trails RMZ 1<br>• Roubideau RMZs 1, 2, and 3<br>• San Miguel River RMZs 1 |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | events) in the following SRMAs:<br>• Dry Creek RMZ 3<br>• Paradox Valley RMZs 2 and 3<br>• Roubideau RMZ 4<br>• Spring Creek RMZ 3 | | and 4<br>• Spring Creek RMZ 1<br><br>Prohibit motorized and mechanized competitive events (allow nonmotorized/ nonmechanized competitive events) in Spring Creek SRMA, RMZ 2. |
| 372. | **Action:**<br>No similar action in current RMPs, although organized group permits are required to be obtained by the organizer. Vehicle and participant, including spectator, limits are determined on a case-by-case basis. In the Dolores River Canyon SRMA, group size is limited to no more than 16 people. | **Action:**<br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting 50 people, including spectators. Adjust numbers if monitoring indicates the need. An additional restriction for SRMAs is:<br>• Dolores River: No more than 12 people, including guides | **Action:**<br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting more than 150 people, including spectators. Adjust numbers if monitoring indicates the need. | **Action:**<br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting more than 16 people in a WSA, wilderness, or Tabeguache Area and groups with or expecting more than 75 people in all other areas. An additional restriction for SRMAs is:<br>• Dolores River: No more than 16 people, including guides |
| 373. | Allowable use:<br>Allow hunting in accordance with CPW regulations. | | | |
| 374. | Allowable Use:<br>*Target Shooting.*<br>Prohibit (close) target | Allowable use:<br>*Target Shooting*. The purpose of the limits and closures is for visitor and | Allowable use:<br>*Target Shooting*. The purpose of the closure is for visitor and | Allowable use:<br>*Target Shooting*. The purpose of the limits and closures is |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | shooting in developed recreation sites (10 acres) (43 CFR, 8365.2-5; Figure 2-76, Appendix A). | public safety and to protect facilities from damage.<br><br>Allow hunting in accordance with CPW regulations.<br><br>Limit target shooting within the following areas:<br>○ Do not target shoot towards an intended target that is located across a designated route (roads and designated trails).<br>○ If within the range of the firearm, do not target shoot toward or in the direction of any developed recreation site.<br><br>Prohibit (close) target shooting in the following areas (237,990 acres) (Figure 2-77, Appendix A):<br>• Same as Alternative A, plus<br>○ Do not shoot within 0.25-mile of a residence, occupied building, or developed site or facility (e.g., recreation sites, substations, power lines, and communication sites).<br>○ Do not shoot at prairie dog colonies with burrowing owls.<br>○ Do not shoot within lands | public safety and to protect facilities from damage.<br><br>Allow hunting in accordance with CPW regulations.<br><br>Prohibit (close) target shooting in developed recreation sites (10 acres) (Figure 2-78, Appendix A). | for visitor and public safety and to protect facilities from damage.<br><br>Allow hunting in accordance with CPW regulations.<br><br>Limit target shooting within the following areas:<br>• If within the range of the firearm, do not target shoot toward or in the direction of any developed site or facility (e.g., recreation site, communication site, and power substation).<br>• Do not target shoot towards an intended target that is located across a designated route (roads and designated trails).<br><br>Prohibit (close) target shooting in the following areas: (49,370 acres) (Figure 2-79, Appendix A):<br>• Do not shoot within 150 yards of any developed recreation site.<br>• Do not shoot within 200 |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | managed to protect wilderness characteristics.<br>○ Do not shoot within the following SRMAs:<br>– Burn Canyon<br>– Dolores River Canyon<br>– Dry Creek<br>– Jumbo Mountain<br>– Kinikin Hills<br>– North Delta<br>– Paradox Valley RMZs 1 and 2<br>– Ridgway Trails<br>– Roubideau<br>– San Miguel River<br>– Spring Creek<br>○ Do not shoot within the following ACECs:<br>– Roubideau-Potter-Monitor<br>– San Miguel River<br>– Paradox Rock Art<br>○ Do not shoot within the Tabeguache Area or WSAs. | | feet of a residence or occupied building.<br>• Do not shoot within the following ACECs:<br>– San Miguel River<br>– Paradox Rock Art<br>• Do not shoot within the following SRMAs:<br>– Dry Creek RMZs 1, 2, and 4<br>– Jumbo Mountain<br>– Ridgway Trails<br>– Roubideau RMZ 4<br>– San Miguel River<br>– Spring Creek RMZs 1 and 3 |
| 375. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>The discharge of firearms for recreational target shooting is permitted on BLM-administered lands, considering areas with firearm use restrictions or closures, provided that the firearm is discharged toward a proper backstop sufficient to stop the projectile's forward progress beyond the intended target. Targets shall be constructed of wood, cardboard, and paper or similar unbreakable materials. Discharge of firearms at any appliance, television, object containing glass, or other target material that can shatter and cause a public safety hazard is prohibited. All shooting materials, including targets, shell boxes, shells, shell casings, and clay targets (e.g., trap and skeet), are considered litter and must be | | |

BLM_0114565

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | removed and properly disposed of. Refer to the *Extensive Recreation Management Area, Special Recreation Management Area*, and *Areas of Critical Environmental Concern* sections for firearm use restrictions within these areas. | | |
| 376. | **Action:** No similar action in current RMPs. | **Action:** No similar action. (Designated shooting areas and ranges would not be allowed.) | **Action:** Allow designated shooting areas and ranges. | **Action:** Same as Alternative B. |
| 377. | *SPECIAL RECREATION MANAGEMENT AREAS (SRMAs; Refer to Appendix J for details on settings and complete list of actions)* | | | |
| 378. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage administratively designated areas (SRMAs) to provide for targeted recreation, experiences, and settings for personal, community, environmental, and economic benefits. | | |
| 379. | **Action:** Manage 49,320 acres as SRMAs to provide targeted recreation opportunities, visitor experiences, and benefits. Investments in SRMAs include facilities, visitor management, interpretation and environmental education, and increased on-the-ground BLM presence for enhanced visitor services and resource protection (Figure 2-44, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for figures of each SRMA): | **Action:** Manage 244,050 acres as SRMAs to provide targeted recreation opportunities, experiences, and benefits listed below (Figure 2-45, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for settings and actions of each SRMA):<br>• Burn Canyon (9,160 acres)<br>• Dolores River Canyon (13,380 acres)<br>• Dry Creek (42,180 acres)<br>• Jumbo Mountain (5,020 acres)<br>• Kinikin Hills(11,320 acres)<br>• North Delta (8,520 acres)<br>• Paradox Valley (86,990 acres)<br>• Ridgway Trails (1,130 acres)<br>• Roubideau (25,350 acres) | **Action:** No similar action. (Manage no areas as SRMAs; see ERMAs.) | **Action:** Manage 124,400 acres as SRMAs to provide targeted recreation opportunities, experiences, and benefits listed below (Figure 2-47, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for settings and actions of each SRMA):<br>• Dolores River Canyon (13,380 acres)<br>• Dry Creek (42,180 acres)<br>• Jumbo Mountain (1,360 acres)<br>• Ridgway Trails (1,130 acres)<br>• Roubideau (25,350 acres)<br>• San Miguel River (36,020 |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • Dolores River Canyon (13,380 acres)<br>• San Miguel River (35,940 acres)<br><br>Refer to Appendix J, Description of Recreation Management Areas. | • San Miguel River (36,020 acres)<br>• Spring Creek (4,980 acres)<br><br>Refer to Appendix J, Description of Recreation Management Areas. | | acres)<br>• Spring Creek (4,980 acres)<br>Refer to Appendix J, Description of Recreation Management Areas. |
| 380. | **Action:**<br>No similar action. | **Action:**<br>Within SRMAs, allow activities that benefit biological values (including fire) to support the management objectives of the overlying ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and suitable WSR segments with a fish, wildlife, or vegetation ORV. | **Action:**<br>No similar action (there would be no SRMAs under this alternative). | **Action:**<br>Within SRMAs, allow activities that benefit biological values (including fire) to support the management objectives of the overlying ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and suitable WSR segments with a fish, wildlife, or vegetation ORV, if consistent with SRMA objectives in the long term. |
| 381. | *Burn Canyon SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 382. | ***Objective:***<br>*No similar objective.* | *Zone 1* ***Objective:***<br>*Through the life of the plan, manage Zone 1 for visitors to engage in nonmotorized/ nonmechanized, quiet trail activities so that they report an average 4.0 realization of the following targeted* | ***Objective:***<br>*No similar objective (see Burn Canyon ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* *Horseback riding and hiking* *Experiences* – Enjoying nature and escaping personal-social pressures. *Benefits* – Improve physical fitness and health maintenance; improve capacity for outdoor physical activity; develop a more outdoor-oriented lifestyle; improve appreciation of nature's splendor. | | |
| 383. | ***Objective:*** *No similar objective.* | *Zone 2* ***Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in motorized and nonmotorized trail activities, including challenging natural surfaced disabled accessible trails with adaptive equipment so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* OHV use, mountain biking, and accessible trails through the use of current and emerging adaptive equipment. | ***Objective:*** *No similar objective (see Burn Canyon ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | _Experiences_ – Enjoying nature; being able to frequently participate in desired activities and settings; enjoying easy access to natural landscapes; gaining a greater sense of self-confidence; developing skills and abilities; and increasing quality of life. _Benefits_ – Improve local economic stability and physical fitness and health maintenance; enhanced quality of life; improve capacity for outdoor physical activity; improve outdoor knowledge and self-confidence; develop a more outdoor-oriented lifestyle; more positive contributions to local and regional economy; increased local tax revenue from visitors; increased local job opportunities; increased desirability as a place to live or retire; increased local tourism revenue; greater diversification of local job offerings; and improve appreciation of nature's splendor. | | |
| 384. | ***Objective:*** *No similar objective.* | *Zone 3* ***Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability* | ***Objective:*** *No similar objective (see Burn Canyon ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* *Mountain biking, hunting, hiking, and horseback riding* *Experiences* – Enjoying getting some needed physical rest; enjoying exploring; and feeling good about solitude. *Benefits* – Restore mind from unwanted stress; improve mental well-being; improve outdoor knowledge and self-confidence; improve appreciation of nature's splendor; and improve local economic stability. | | |
| 385. | *Dolores River Canyon SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 386. | ***Objective:*** *No similar objective.* | *Zone 1* ***Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in quiet water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* *Rafting, kayaking, fishing, educational programs, and hiking* *Experiences* – Being able to tell others about the trip; enjoying risk-taking | ***Objective:*** *No similar objective (see Dolores River Canyon ERMA).* | *Zone 1* ***Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in quiet water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* *Rafting, kayaking, fishing, educational programs, and hiking* *Experiences* – Being able to tell |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | adventure; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; escaping everyday responsibilities for a while; and just knowing this attraction is here. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics (e.g., "leave no trace"); a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | others about the trip; enjoying risk-taking adventure; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; escaping everyday responsibilities for a while; and just knowing this attraction is here. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics (e.g., "leave no trace"); a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. |
| 387. | ***Objective:*** *No similar objective.* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized, quiet trail* | ***Objective:*** *No similar objective (see Dolores River Canyon ERMA).* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/* |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* *Hiking and backpacking* *Experiences* – Developing skills and abilities; enjoying exploring; enjoying risk-taking adventure; learning more about things here; savoring the total sensory experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; and just knowing this attraction is here. *Benefits* – Improved mental well-being; greater self-reliance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; enhanced sense of personal freedom; greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; lifestyle improvement or maintenance; enhanced lifestyle; greater retention of distinctive natural landscape features; | | *nonmechanized, quiet trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* *Hiking and backpacking* *Experiences* – Developing skills and abilities; enjoying going exploring; enjoying risk-taking adventure; learning more about things here; savoring the total sensory experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; and just knowing this attraction is here. *Benefits* – Improved mental well-being; greater self-reliance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; enhanced sense of personal freedom; |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | and increased awareness and protection of natural landscapes. | | greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; lifestyle improvement or maintenance; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. |
| 388. | *Dry Creek SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 389. | **Objective:** *No similar objective,* | ***Zone I Objective:*** *Through the life of the plan, manage Zone I for visitors to engage in motorized and mechanized technical riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcome (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* *Rock Crawling and Trials Bike Riding* <u>*Experiences*</u> – Developing skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; talking to others about equipment; relishing group affiliation | **Objective:** *No similar objective (see Dry Creek ERMA).* | ***Zone I Objective:*** *Through the life of the plan, manage Zone I for visitors to engage in motorized and mechanized technical riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* *Rock Crawling and Trials Bike Riding* <u>*Experiences*</u> – Developing skills and abilities; being able to tell others about the trip; enjoying |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | and togetherness; enjoying meeting new people with similar interests; having easy access to natural landscapes; escaping everyday responsibilities for a while; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved understanding of the community's dependence and impact on public lands; improved physical capacity to do favorite recreation activities; enhanced quality of life; positive contributions to local/regional economic stability; increased local tourism revenue; and greater retention of distinctive natural landscape features. | | risk-taking adventure; talking to others about equipment; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying easy access to natural landscapes; escaping everyday responsibilities for a while; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved understanding of the community's dependence and impact on public lands; improved physical capacity to do favorite recreation activities; enhanced quality of life; positive contributions to local/regional economic stability; increased local |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | tourism revenue; and greater retention of distinctive natural landscape features. |
| 390. | ***Objective:*** *No similar objective.* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities: Rock climbing for beginners, overlook viewing, and picnicking.* *Experiences* – Developing skills and abilities; gaining a greater sense of self-confidence; enjoying risk-taking adventure; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying easy access to natural landscapes; escaping everyday responsibilities for a while; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; just knowing this attraction is here. *Benefits* – Improved mental well-being; | ***Objective:*** *No similar objective (see Dry Creek ERMA).* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities: Rock climbing for beginners, overlook viewing, and picnicking.* *Experiences* – Developing skills and abilities; gaining a greater sense of self-confidence; enjoying risk-taking adventure; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying easy access to natural landscapes; escaping everyday responsibilities for a while; enjoying getting some needed physical exercise; enjoying |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | access to close-to-home outdoor amenities; just knowing this attraction is here.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 391. | ***Objective:*** *No similar objective.* | ***Zone 3 Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in wide variety of recreational activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* OHV riding, mountain biking, hiking, and horseback riding. *Experiences* – Enjoying exploring; learning more about things here; enjoying easy access to natural landscapes; enjoying a wide variety of environments within a recreation area; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard lifestyle and quality of life. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; | ***Objective:*** *No similar objective (see Dry Creek ERMA).* | ***Zone 3 Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in wide variety of recreational activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* OHV riding, mountain biking, hiking, and horseback riding. *Experiences* – Enjoying exploring; learning more about things here; enjoying easy access to natural landscapes; enjoying a wide variety of environments within a recreation area; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard lifestyle and quality of life. |

BLM_0114577

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes. | | *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes. |
| 392. | ***Objective:*** *No similar objective.* | ***Zone 4 Objective:*** *Through the life of the plan, manage Zone 4 for visitors of all abilities to engage in close to town nonmotorized activities, including natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and* | ***Objective:*** *No similar objective (see Dry Creek ERMA).* | ***Zone 4 Objective:*** *Through the life of the plan, manage Zone 4 for visitors of all abilities to engage in close to town nonmotorized activities, including natural surfaced, disabled accessible trails so that they report an average 4.0* |

BLM_0114578

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Mountain biking, running, hiking, horseback riding, and accessible trails through the use of current and emerging adaptive equipment. *Experiences* – Developing skills and abilities; enjoying going exploring; learning more about things here; enjoying access to hands-on environmental learning; enjoying learning outdoor ethics; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying a wide variety of environments within a single park or recreation area; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; increasing the quality of life; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor | | *realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Mountain biking, running, hiking, horseback riding, and accessible trails through the use of current and emerging adaptive equipment. *Experiences* – Developing skills and abilities; enjoying going exploring; learning more about things here; enjoying access to hands-on environmental learning; enjoying learning outdoor ethics; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying a wide variety of environments within a single park or recreation area; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | enjoyment; improved outdoor knowledge and self-confidence; greater awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; lifestyle improvement or maintenance; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | responsibilities for a while; increasing the quality of life; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of this community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; lifestyle improvement or maintenance; enhanced quality of life; improved local economic stability; positive contributions |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | to local/regional economic stability; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. |
| 393. | *Jumbo Mountain SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 394. | ***Objective:*** *No similar objective.* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in day use, stacked loop, nonmotorized trail activities, including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment. *<u>Experiences</u>* – Developing skills and abilities; enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural | ***Objective:*** *No similar objective (see Jumbo Mountain ERMA).* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in day use stacked loop nonmotorized trail activities including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment. *<u>Experiences</u>* – Developing skills and abilities; enjoying meeting |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | landscapes; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; greater respect for | | new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | private property and local lifestyles; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | awareness and protection of natural landscapes. |
| 395. | ***Objective:*** *No similar objective.* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in motorized and mechanized trail riding so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* OHV use, mountain biking, hunting, and backpacking *<u>Experiences</u>* – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *<u>Benefits</u>* – Restored mind from | ***Objective:*** *No similar objective (see Jumbo Mountain ERMA).* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in motorized and mechanized trail riding so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* Motorcycle riding, mountain biking, hunting, and backpacking *<u>Experiences</u>* – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; enhanced lifestyle; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes. | | this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; enhanced lifestyle; improved local economic stability; positive contributions to local/regional economic |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | stability; and increased awareness and protection of natural landscapes. |
| 396. | *Kinikin Hills SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 397. | ***Objective:*** *No similar objective.* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in day use nonmotorized/ nonmechanized single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* Day use horseback riding, running, and hiking. *<u>Experiences</u>* – Learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying teaching others about the outdoors; and feeling good about how natural resources and facilities are being managed. *<u>Benefits</u>* – Improved outdoor knowledge; increased quality of life; greater sensitivity awareness of outdoor aesthetics; enhanced awareness and understanding of | ***Objective:*** *No similar objective (see Kinikin Hills ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | nature; enlarged sense of personal accountability for acting responsibly on public lands; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; greater protection of plant habitat from growth, development, and public use impacts; and increased awareness and protection of natural landscapes. | | |
| 398. | ***Objective:*** *No similar objective.* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in day use nonmotorized stacked loop single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Day use mountain biking, running, hiking, and horseback riding. <u>*Experiences*</u> – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired | ***Objective:*** *No similar objective (see Kinikin Hills ERMA).* | |

BLM_0114587

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | activities and settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; enlarged understanding of the responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved physical capacity to do favorite recreation activities; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | for privately owned lands; and reduced negative human impacts, such as litter, vegetative trampling, and unplanned trails. | | |
| 399. | ***Objective:*** *No similar objective.* | ***Zone 3 Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in a variety of day use motorized and mechanized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Day use OHV riding and mountain biking. *Experiences* – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; just knowing this attraction is here; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater | ***Objective:*** *No similar objective (see Kinikin Hills ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | understanding of the importance of recreation and tourism to the community; enlarged sense of personal accountability for acting responsibly on public lands; enlarged understanding of my responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; increased desirability as a place to live or retire; improved respect for privately owned lands; and reduced negative human impacts, such as litter, vegetative trampling, and unplanned trails. | | |
| 400. | *North Delta SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 401. | ***Objective:*** *No similar objective.* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in day use nonmotorized/ nonmechanized single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally* | ***Objective:*** *No similar objective (see North Delta ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *realized):* <br> *Target the following Activities:* <br> Day use hiking, running, and horseback riding <br> *Experiences* – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed. <br> *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater respect for private property and local lifestyles; improved understanding of how this community's dependence and impact on public lands; improved physical fitness and health maintenance; enhance quality of life; improved local economic stability; positive contributions to local/regional economic stability; improved respect | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | for privately owned lands; and reduced negative human impacts such as litter, vegetative trampling, and unplanned trails. | | |
| 402. | ***Objective:*** *No similar objective.* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in motorized single and two track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Utility terrain vehicles and all-terrain vehicles (ATVs) (50 inches or less), motorcycles, and educational trainings and programs. *Experiences* – Talking to others about equipment; relishing group affiliation and togetherness; enjoying learning ethical and proper riding skills; enjoying easy access to natural landscapes; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; just knowing this attraction is here; appreciating personal interaction with | ***Objective:*** *No similar objective (see North Delta ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | visitors; safeguarding the lifestyle and quality of life; increasing/ maintaining the quality of life; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; enhanced awareness and understanding of nature; greater understanding of the importance of recreation and tourism to the community; enlarged sense of personal accountability for acting responsibly on public lands; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of the community's dependence and impact on public lands; greater opportunity for people with different skills to enjoy the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; increased awareness and protection of natural landscapes; and | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | reduced negative human impacts, such as litter, vegetative trampling, and unplanned trails. | | |
| 403. | *Paradox Valley SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 404. | ***Objective:***<br>*No similar objective.* | ***Zone 1 Objective:***<br>*Through the life of the plan, manage Zone 1 for visitors to engage in water-based and scenic/historical touring activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*<u>Target the following Activities</u>:*<br>Scenic/historical road touring and river running activities.<br>*<u>Experiences</u>* – Being able to tell others about the trip; enjoying exploring; relishing group affiliation and togetherness; learning more about things here; enjoying access to environmental learning; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; enjoying telling visitors what makes this a special place; and feeling good about how this attraction is being used and enjoyed.<br>*<u>Benefits</u>* – Restored mind from | ***Objective:***<br>*No similar objective (see Paradox Valley ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | unwanted stress; improved outdoor knowledge and self-confidence; enhanced awareness and understanding of nature; greater understanding of the importance of recreation and tourism to the community; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; increased appreciation of area's cultural history; greater awareness that this community is a special place; an improved stewardship ethic; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; more positive contributions to local/regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; greater protection of area historic structures and archaeological sites; and increased awareness and protection of natural landscapes. | | |
| 405. | ***Objective:*** *No similar objective.* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report* | ***Objective:*** *No similar objective (see Paradox Valley ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <br> *Target the following Activities:* <br> Rock climbing, camping, and educational/training programs. <br> *Experiences* – Developing skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; enjoying access to environmental learning; relishing group affiliation and togetherness; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. <br> *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; improved physical fitness and health maintenance; improved group cooperation; enhanced quality of life; | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | more positive contributions to local/regional economy; increased local tourism revenue; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | |
| 406. | ***Objective:*** *No similar objective.* | ***Zone 3 Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in a wide variety of motorized and nonmotorized activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* OHV riding, mountain biking, and dispersed camping. *Experiences* – Developing skills and abilities; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; enjoying an escape from crowds of people; just knowing this attraction is here; and feeling good about how natural resources and facilities are being | ***Objective:*** *No similar objective (see Paradox Valley ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | managed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; greater sensitivity to and awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; enhanced quality of life; more positive contributions to local/regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | |
| 407. | ***Objective:***<br>*No similar objective.* | ***Zone 4 Objective:***<br>*Through the life of the plan, manage Zone 4 for visitors to engage in quiet nonmotorized/ nonmechanized activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Backcountry educational programs, backcountry hiking/ backpacking and | ***Objective:***<br>*No similar objective (see Paradox Valley ERMA).* | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | horseback riding. *Experiences* – Being able to tell others about the trip; enjoying exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; enlarged sense of personal accountability for acting responsibly on public lands; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; greater cultivation of natural resource stewardship ethic; improved physical | | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | fitness and health maintenance; enhanced quality of life; reduced wildlife disturbance from recreation facility development; reduced wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; increased awareness and protection of natural landscapes; and reduced negative human impacts, such as litter, vegetative trampling, and unplanned trails. | | |
| 408. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NGD-25: *SRMAs.* Prohibit surface-disturbing activities within RMZ 4 of Paradox Valley SRMA. (Refer to Appendix B; Figure 2-29, Appendix A.) | Allowable Use: No similar allowable use *(see Paradox Valley ERMA).* | |
| 409. | *Ridgway Trails SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 410. | ***Objective:*** *No similar objective.* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors of all abilities to engage in day use nonmotorized and educational activities, including disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally* | ***Objective:*** *No similar objective (see Ridgway Trails ERMA).* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors of all abilities to engage in day use nonmotorized and educational activities, including disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit* |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | *realized):*<br>*Target the following Activities:*<br>Day use outdoor living classroom, biking, horseback riding, accessible trails, running, and hiking.<br>*Experiences* – Enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and<br>feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; | | *outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Day use outdoor living classroom, biking, horseback riding, accessible trails, running, and hiking.<br>*Experiences* – Enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; enhanced |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | awareness and understanding of nature; greater environmental awareness and sensitivity; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 411. | ***Objective:*** *No similar objective.* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in day use, stacked loop, nonmotorized, trail activities, including challenging, natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment. *Experiences* – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; increasing/ maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor | ***Objective:*** *No similar objective (see Ridgway Trails ERMA).* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in day use, stacked loop, nonmotorized, trail activities, including challenging, natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment. *Experiences* – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; increasing/maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 412. | *Roubideau SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 413. | ***Objective:*** *No similar objective.* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in nonmotorized/ nonmechanized backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Backcountry educational programs, backcountry hiking/ backpacking and horseback riding. *Experiences* – Gaining a greater sense of self-confidence; being able to tell others about the trip; enjoying going exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; increasing/ maintaining quality of life; knowing that things are not going to change too | ***Objective:*** *No similar objective (see Roubideau ERMA).* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in nonmotorized/ nonmechanized backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Backcountry educational programs, backcountry hiking/ backpacking and horseback riding. *Experiences* – Gaining a greater sense of self-confidence; being able to tell others about the trip; enjoying going exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | much; and feeling good about how natural resources and facilities are being managed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; increased awareness and protection of natural landscapes; and greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts. | | enjoying an escape from crowds of people; just knowing this attraction is here; increasing/ maintaining quality of life; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | disturbance from recreation facility development; increased awareness and protection of natural landscapes; and greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts. |
| 414. | ***Objective:***<br>*No similar objective.* | ***Zone 2 Objective:***<br>*Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:* Horseback riding, day use hiking, and overnight backpacking.<br>*Experiences* – Gaining a greater sense of self-confidence; developing skills and abilities; enjoying exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up | ***Objective:***<br>*No similar objective (see Roubideau ERMA).* | ***Zone 2 Objective:***<br>*Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:* Horseback riding, day use hiking, and overnight backpacking.<br>*Experiences* – Gaining a greater sense of self-confidence; developing skills and abilities; enjoying exploring; learning more about things here; savoring the total sensory—sight, sound, and smell— |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; a more outdoor-oriented lifestyle;<br>greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; greater awareness that this community is a special place; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; | | experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; a more outdoor-oriented lifestyle;<br>greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; increased desirability as a place to live or retire; greater retention of distinctive |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | and increased awareness and protection of natural landscapes. | | natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; greater awareness that this community is a special place; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; and increased awareness and protection of natural landscapes. |
| 415. | ***Objective:*** *No similar objective.* | ***Zone 3 Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in quiet use nonmotorized recreation, with the exception of a few existing motorized trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Hunting, scenic viewing, and horseback riding. *Experiences* – Being able to tell others about the trip; enjoying exploring; | ***Objective:*** *No similar objective (see Roubideau ERMA).* | ***Zone 3 Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in quiet use nonmotorized recreation, with the exception of a few existing motorized trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Hunting, scenic viewing, and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | enjoying some needed physical rest; releasing or reducing some built-up mental tensions; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; and increased awareness and protection of natural landscapes. | | horseback riding.<br>*Experiences* – Being able to tell others about the trip; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; and increased awareness and protection of natural landscapes. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 416. | ***Objective:*** *No similar objective.* | ***Zone 4 Objective:*** *Through the life of the plan, manage Zone 4 for visitors to engage in canyon overlook activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Motorized and nonmotorized scenic viewing, camping, and environmental learning. *Experiences* – Being able to tell others about the trip; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; feeling good about how this attraction is being used and enjoyed; learning more about things here; enjoying easy access to natural landscapes; encouraging visitors to help safeguard the lifestyle and quality of life; and enjoying access to environmental learning. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; | ***Objective:*** *No similar objective (see Roubideau ERMA).* | ***Zone 4 Objective:*** *Through the life of the plan, manage Zone 4 for visitors to engage in canyon overlook activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Motorized and nonmotorized scenic viewing, camping, and environmental learning. *Experiences* – Being able to tell others about the trip; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; feeling good about how this attraction is being used and enjoyed; learning more about things here; enjoying easy access to natural landscapes; encouraging visitors to help safeguard the lifestyle and quality of life; and enjoying access to environmental |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; increased awareness and protection of natural landscapes. | | learning.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; increased awareness and protection of natural landscapes. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 417. | *San Miguel River SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 418. | ***Objective:*** *No similar objective.* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in motorized and nonmotorized scenic touring and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* Rafting, kayaking, fishing, hiking, mountain biking, camping, nonmotorized trail use, educational programs, and scenic driving. *<u>Experiences</u>* – Developing skills and abilities; seeking solitude; seeking challenge and adventure; socializing with friends and family; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying extensive open space; enjoying outdoor exercise; enjoying a wide variety of environments within a single park or recreation area; enjoying being able to frequently participate in desired activities in desired settings; | ***Objective:*** *No similar objective (see San Miguel River ERMA).* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in motorized and nonmotorized scenic touring and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *<u>Target the following Activities</u>:* Rafting, kayaking, fishing, hiking, mountain biking, camping, nonmotorized trail use, educational programs, and scenic driving. *<u>Experiences</u>* – Developing skills and abilities; seeking solitude; seeking challenge and adventure; socializing with friends and family; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying extensive open space; enjoying outdoor |

BLM_0114613

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | releasing or reducing some built-up mental tensions; and escaping urban environments.<br>*Benefits* – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity to and awareness of outdoor aesthetics; greater sensitivity to and respect for other visitors; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; increased appreciation of area's cultural history; greater respect for private property and local lifestyles; an improved stewardship ethic towards adjoining | | exercise; enjoying a wide variety of environments within a single park or recreation area; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; and escaping urban environments.<br>*Benefits* – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity to and awareness of outdoor aesthetics; greater sensitivity to and respect for other visitors; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | host communities; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; reduced demands on local health care system; greater opportunity for people with different skills to exercise in the same place; improved community integration; improved group cooperation; strengthened family relationships; enhanced lifestyle; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tax revenue from visitors; increased local tourism revenue; increased desirability as a place to live or retire; increased awareness and protection of natural landscapes; greater retention of distinctive natural landscape features; sustainability of community's cultural heritage; improved respect for privately owned lands; and greater community ownership and stewardship of park, recreation, and natural resources. | | greater sense of adventure; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; increased appreciation of area's cultural history; greater respect for private property and local lifestyles; an improved stewardship ethic towards adjoining host communities; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; reduced demands on local health care system; greater opportunity for people with different skills to exercise in the same place; improved community integration; improved group cooperation; strengthened family relationships; enhanced lifestyle; enlarged sense of community dependency on public lands; improved local economic stability; more |

BLM_0114615

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|
| | | | | positive contributions to local/regional economy; increased local tax revenue from visitors; increased local tourism revenue; increased desirability as a place to live or retire; increased awareness and protection of natural landscapes; greater retention of distinctive natural landscape features; sustainability of community's cultural heritage; improved respect for privately owned lands; and greater community ownership and stewardship of park, recreation, and natural resources. |
| 419. | ***Objective:***<br>*No similar objective.* | ***Zone 2 Objective:***<br>*Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon exploring, with the exception of a few motorized routes, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*<u>Target the following Activities</u>:*<br>Backcountry hiking and backpacking | ***Objective:***<br>*No similar objective (see San Miguel River ERMA).* | ***Zone 2 Objective:***<br>*Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon exploring, with the exception of a few motorized routes, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | and fishing. *Experiences* – Enjoying exploring; being able to tell others about the trip; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved physical fitness and health maintenance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, | | *Target the following Activities*: Backcountry hiking and backpacking and fishing. *Experiences* – Enjoying exploring; being able to tell others about the trip; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved physical fitness and health maintenance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; greater sense of adventure; improved |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | development, and public use impacts; increased awareness and protection of natural landscapes; and restored mind from unwanted stress. | | appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; increased awareness and protection of natural landscapes; and restored mind from unwanted stress. |
| 420. | ***Objective:***<br>*No similar objective.* | ***Zone 3 Objective:***<br>*Through the life of the plan, manage Zone 3 for visitors to engage in nonmotorized/ nonmechanized remote river canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Hiking, backpacking, rafting, kayaking, fishing, and camping. *Experiences* – Developing skills and abilities; being | ***Objective:***<br>*No similar objective (see San Miguel River ERMA).* | ***Zone 3 Objective:***<br>*Through the life of the plan, manage Zone 3 for visitors to engage in nonmotorized/ nonmechanized remote river canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Hiking, backpacking, rafting, |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | able to tell others about the trip; enjoying going exploring; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; reduced wildlife disturbance from | | kayaking, fishing, and camping. *Experiences* – Developing skills and abilities; being able to tell others about the trip; enjoying going exploring; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | recreation facility development; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | | physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; reduced wildlife disturbance from recreation facility development; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. |
| 421. | ***Objective:*** *No similar objective.* | ***Zone 4 Objective:*** *Through the life of the plan, manage Zone 4 for visitors to engage in scenic viewing through camping and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Rafting, kayaking, fishing, camping, and educational programs. *Experiences* – Developing skills and | ***Objective:*** *No similar objective (see San Miguel River ERMA).* | ***Zone 4 Objective:*** *Through the life of the plan, manage Zone 4 for visitors to engage in scenic viewing through camping and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Rafting, kayaking, fishing, |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | abilities; relishing group affiliation and togetherness; learning more about things here; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; | | camping, and educational programs.<br>*Experiences* – Developing skills and abilities; relishing group affiliation and togetherness; learning more about things here; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enlarged sense of personal accountability for |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | enhanced quality of life; improved local economic stability; increased awareness and protection of natural landscapes; increased local tourism revenue; greater community ownership and stewardship of park, recreation, and natural resources; greater retention of distinctive natural landscape features; enhanced awareness and understanding of nature; improved understanding of the community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; improved respect for privately owned lands; and more positive contributions to local/regional economy. | | acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; increased awareness and protection of natural landscapes; increased local tourism revenue; greater community ownership and stewardship of park, recreation, and natural resources; greater retention of distinctive natural landscape features; enhanced awareness and understanding of nature; improved understanding of the community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | **Alternative C** | **Alternative D** *Agency Preferred* |
|---|---|---|---|---|
| | | | | improved respect for privately owned lands; and more positive contributions to local/regional economy. |
| 422. | *Spring Creek SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | |
| 423. | ***Objective:*** *No similar objective.* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in day use, nonmotorized single-track, stacked loop, trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Day use mountain biking, running, hiking, and environmental learning. *Experiences* – Developing skills and abilities; enjoying meeting new people with similar interests; enjoying easy access to natural landscapes; enjoying access to hands-on environmental learning; enjoying learning outdoor social skills; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal | ***Objective:*** *No similar objective (see Spring Creek ERMA).* | ***Zone 1 Objective:*** *Through the life of the plan, manage Zone 1 for visitors to engage in day use, nonmotorized, single-track, stacked loop, trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Day use mountain biking, running, and hiking. *Experiences* – Developing skills and abilities; enjoying meeting new people with similar interests; enjoying easy access to natural landscapes; enjoying access to hands-on environmental learning; enjoying learning outdoor social skills; enjoying some needed physical exercise; |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | interaction with visitors; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and respect for other visitors; greater understanding of the importance of recreation and tourism to the community; enlarged understanding of the responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | | enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and respect for other visitors; greater understanding of the importance of recreation and tourism to the community; enlarged understanding of the responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of the community's dependence and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. |
| 424. | ***Objective:*** *No similar objective.* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in canyon viewing through nonmotorized, single-track, trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Mountain biking, hiking, and horseback riding. *Experiences* – Being able to tell others | ***Objective:*** *No similar objective (see Spring Creek ERMA).* | ***Zone 2 Objective:*** *Through the life of the plan, manage Zone 2 for visitors to engage in canyon viewing through single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Motorcycle riding, mountain biking, hiking, and horseback |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | about the trip; enjoying going exploring; developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and | | riding *Experiences* – Being able to tell others about the trip; enjoying going exploring; developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater respect for private property and local |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | | lifestyles; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. |
| 425. | ***Objective:*** *No similar objective.* | ***Zone 3 Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in camping and scenic viewing through motorized and nonmotorized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* OHV use, scenic viewing, and camping. Experiences – Enjoying easy access to natural landscapes; enjoying access to | ***Objective:*** *No similar objective (see Spring Creek ERMA).* | ***Zone 3 Objective:*** *Through the life of the plan, manage Zone 3 for visitors to engage in camping and scenic viewing through motorized and nonmotorized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* OHV use, scenic viewing, and |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; enjoying some needed physical rest; increasing or maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how natural resources and facilities are being managed. <br> *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | | camping. <br> *Experiences* – Enjoying easy access to natural landscapes; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; enjoying some needed physical rest; increasing or maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how natural resources and facilities are being managed. <br> *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | private property and local lifestyles; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. |
| 426. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NL-15: *SRMAs*. Close the following SRMAs to fluid mineral leasing and geophysical exploration:<br>• Dolores River Canyon<br>• Dry Creek RMZs 1, 2, 4<br>• Jumbo Mountain RMZ 1<br>• Paradox Valley RMZ 4<br>• Ridgway Trails RMZ 1<br>• Roubideau<br>• San Miguel River<br>• Spring Creek<br>(Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use:<br>No similar allowable use. (Areas would not be managed as SRMAs under Alternative C; SRMAs under Alternative D would not be closed to fluid mineral leasing.) | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|---|
| 427. | Allowable Use: **STIPULATION** NSO-SJ-3 (BLM 1991a): *SRMAs*. Prohibit surface occupancy and use within the following SRMAs: Dolores River Canyon SRMA. (Refer to Appendix B; Figure 2-19, Appendix A.) | **Alternative B:** Allowable Use: **STIPULATION** NSO-56: *Recreation SRMA*. Prohibit surface occupancy and use within the following SRMAs: • Burn Canyon • Dry Creek RMZ 3 • Jumbo Mountain RMZ 2 • Kinikin Hills • North Delta • Paradox Valley RMZs 1, 2, and 3 • Ridgway Trails RMZ 2 • Spring Creek RMZ 3 (Refer to Appendix B; Figure 2-20, Appendix A.) | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULATION** NSO-57: *Recreation Jumbo Mountain SRMA*. Prohibit surface occupancy and or use within the Jumbo Mountain SRMA. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use: No similar allowable use. (There would be no SRMAs in this alternative.) | Allowable Use: **STIPULATION** NSO-56: *Recreation SRMA*. Prohibit surface occupancy and use within the following SRMAs: • Dolores River Canyon • Dry Creek RMZs 2 and 4 • Jumbo Mountain • Ridgway Trails • Roubideau • San Miguel River RMZs 1, 2, and 3 • Spring Creek (Refer to Appendix B; Figure 2-23, Appendix A.) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 428. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>No similar allowable use. (SRMAs would be either closed to fluid mineral leasing or would have an NSO stipulation applied to fluid mineral leases under Alternative B; areas would not be managed as SRMAs under Alternative C.) | | Allowable Use:<br>**STIPULATION** CSU-50: *Recreation SRMAs*. Apply CSU restrictions in the following SRMAs:<br>• Dry Creek RMZs 1 and 3<br>• San Miguel River RMZ 4<br>(Refer to Appendix B; Figure 2-23, Appendix A.) |
| 429. | *EXTENSIVE RECREATION MANAGEMENT AREAS (ERMA)* | | | |
| 430. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage administratively designated areas (ERMAs) to provide for targeted recreation opportunities. | | |
| 431. | **Action:**<br>No similar action in current RMPs. Planning guidance that was in place when the San Juan/San Miguel and Uncompahgre Basin RMPs were written directed that all BLM-administered land not designated as a SRMA should be designated as an ERMA. Under today's recreation guidance, what was formerly the Uncompahgre ERMA would be considered undesignated (i.e., neither an ERMA nor a SRMA). As such, the | **Action:**<br>No similar action. (ERMAs would not be designated; see SRMAs.) | **Action:**<br>Manage 215,880 acres as ERMAs to specifically address local recreation issues (Figure 2-46, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for actions of each ERMA):<br>• Adobe Badlands (6,370 acres)<br>• Burn Canyon (9,160 acres)<br>• Dolores River Canyon (13,380 acres)<br>• Dry Creek (41,290 acres)<br>• Jumbo Mountain (5,020 acres) | **Action:**<br>Manage 73,310 acres as ERMAs to specifically address local recreation issues (Figure 2-47, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for actions of each ERMA):<br>• Burn Canyon (9,160 acres)<br>• Kinikin Hills (10,810 acres)<br>• North Delta (8,520 acres)<br>• Paradox Valley (44,820 acres) |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | terminology has been updated to reflect more closely the recreation guidance under which this RMP was written to avoid unequal comparisons. | | • Kinikin Hills (11,310 acres)<br>• North Delta (8,520 acres)<br>• Paradox Valley (44,820 acres)<br>• Ridgway Trails (1,130 acres)<br>• Roubideau (25,350 acres)<br>• San Miguel River Corridor (36,020 acres)<br>• Spring Creek (13,510 acres) | |
| 432. | *Adobe Badlands ERMA* | | | |
| 433. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>No similar objective. (Adobe Badlands is not identified as an ERMA under this alternative.) | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to participate in a variety of backcountry nonmotorized/ nonmechanized recreation (e.g., hiking, horseback riding, hunting, and camping). | **Objective:**<br>Same as Alternative B. |
| 434. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>No similar action. (Adobe Badlands is not identified as an ERMA under this alternative.) | **Action:**<br>Provide a recreation setting commensurate with other uses that 1) retain a low level of contrast between developments and the natural surroundings, while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails | **Action:**<br>Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | and trailheads) to facilitate activity participation; 3) provide basic, on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | |
| 435. | *Burn Canyon ERMA* | | | |
| 436. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Burn Canyon SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of quality sustainable motorized and nonmotorized trails (e.g., ATV and motorcycle riding, mountain biking, and hiking). | |
| 437. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Burn Canyon SRMA). | **Action:** Provide a recreation setting commensurate with other uses that 1) retain a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails, trailheads, and staging areas) to facilitate activity participation; 3) provide basic, on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | |
| 438. | *Dolores River Canyon ERMA* | | | |
| 439. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Dolores River Canyon SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to participate in a nonmotorized/nonmechanized trail and water-based activities (e.g., hiking, rafting, kayaking, and fishing). | **Objective:** Same as Alternative B. |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 440. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Dolores River Canyon SRMA). | **Action:** Provide a recreation setting commensurate with other uses that 1) retain an undisturbed natural landscape while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails and trailheads) to facilitate activity participation; 3) provide basic, on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | **Action:** Same as Alternative B. |
| 441. | *Dry Creek ERMA* | | | |
| 442. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Dry Creek SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g., OHV riding, mountain biking, hiking, hunting, and scenic driving). | **Objective:** Same as Alternative B. |
| 443. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Dry Creek SRMA). | **Action:** Provide a recreation setting commensurate with other uses that 1) retain a natural-appearing landscape while | **Action:** Same as Alternative B. |