**Uncompahgre Draft RMP/EIS Public Meeting**

Date  6-20

Location  Ridgway

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Kelly Ryan | Yes | Kelly@sanjuanhuts.com | P.O Box 773, Ridgway CO, 81432 | 970. 626. 3033 | San Juan Huf Systems |
| Scott Williams | Y | | | | |
| Terri Stright | Y | | | | |
| Daniel Stright | Y | | | | |
| Kathy Datsko | No | | | | |
| Brien Webster | Y | brienconservationco.org | 548 Main st. GJ 81501 | 719-322-755 | Conservation Colorado |
| Robyn Cascade | | northernsanjuanbroadband@gmail.com | | | Great Old Broads for Wilderness. |

*(handwritten in right margin)* ← Please let me know – Thanks! :) $

BLM_0116459

**Uncompahgre Draft RMP/EIS Public Meeting**

Date ⊙⊙ 6-20

Location Ridgway

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Gabriel Otoo | no | tws_gabriel@yahoo.com | | 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 | TWS |
| AMY McBRIDE | N Y | ███████████████ | | | |
| Pam van West | Y | ███████████████ | | | |
| Cindy Farny | Y | info@highcampheat.com | | | |
| | | | | | |
| | | | | | |
| | | | | | |

BLM_0116460

**Uncompahgre Draft RMP/EIS Public Meeting**

Date   06/21/16

Location   Naturita, co

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Brian Webster | | | | | |
| ~~JEFFERY L, CLIFFORD~~ | | | | | |
| JEFFERY L, CLIFFORD | | | | | |
| Lexi Tuddenham | | lexi@sheepmountain alliance.org | | | |
| Rachel Zatterstrom | Yes | rachel@wccongress.org | | | |
| Brenda Wright | | | | | |
| Coen Dexter | | | | | |

BLM_0116461

## Uncompahgre Draft RMP/EIS Public Meeting

Date _____

Location _____

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Patty Bennett | Yes | ████████ | ████████ | ████████ | |
| Gary & Duara Bennett | yes | | | | |
| Luke Schafer | Y | Luke@ Conservationco.org | 529 Yampt Ave, Craig, CO 81625 | 970-824-5241 | Conservation Colorado |
| Cherri Cooper | yes | ████████ | ████████ | ████████ | 250 |
| Jim Johnstone | yes | | | | |
| Stan Garvey | | | | | |
| Susan Rice | Yes | ████████ | ████████ | ████████ | Community |

BLM_0116462

9/24/2016                    DEPARTMENT OF THE INTERIOR Mail - Choose the North Fork Alternative, B1



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Choose the North Fork Alternative, B1
1 message

---

**Joe Smith** <thejoesmithradio@gmail.com>                    Thu, Jul 21, 2016 at 5:36 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Dear BLM,

This letter is to request that you choose the North Fork Alternative, B1.

The North Fork Valley is a place filled with beauty and natural resources. It provides many people with jobs, exercise, leisure, and a place to call home.

It is of utmost importance to make sure the water is clean. This water is used to grow many fruits and crops that are imported all over Colorado. All the best peaches come from the North Fork. The crops are a HUGE resource for the people of this valley. With tainted water, it will ruin everything.

Please, make the right decision. Choose the North Fork Alternative, B1

Thank you,

Joe Smith

--
Joe T. Smith
410-458-3391

BLM_0116463



Scanned
00 82L2

**Uncompahgre**
**Draft Resource Management Plan**

The BLM encourages the public to review the Draft Uncopahgre RMP/EIS and to provide comments. Please submit comments by Sept. 1, 2016. Submit comments by email to: uformp@blm.gov or by filling out and submitting this comment form by **September 1, 2016. To** submit your comments, print your completed form mail it to US Bureau of Land Management, Uncompahgre Field Office, Attn: RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name _Stan Garvey_     Last Name _Garvey_     Date _6-21-16_

Mailing Address _P.O. Box 555_

City _Nucla_     State _Co_     Zip _81424_

E-mail Address: _stan garvey @ Hotmail.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?     Yes: ☑ e-mail materials only  ☐ e-mail and hard-copy materials     ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)     ☑ Non-profit Organization     ☐ Citizen's Group

☐ Federal, State, or Local Government     ☑ Elected Representative     ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _Colorado Couperive Coopetive_

---

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your comments will be helpful at this point in the planning process as we develop the Proposed Resource Management and Final Environmental Impact Statement, which are the next steps. Thank you for taking the time to provide your input.*

---

Please use the space below and on the back side to provide your comments on the Draft RMP/Draft EIS:

Highline Cancal Concerns
Skee's Ditch Concerns

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the environmental impact statement. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

BLM_0116464



BLM_0116465

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6/22/16

Location HHS

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Steve Gulick | no ? | | | | |
| Kari Schoonhon | Yes | | | | |
| Tara Miller | Yes | | | | member of WCC + WSCC |
| Tanya Black | Y | | | | |
| Eli Wolcott | X | | | | |
| Ariyana White | Y | | | | |
| Mary George | Y | | | | NFVCC |

BLM_0116466

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _10-22_

Location _Hotchkiss_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Debra Littlefield | | | | | |
| Eric Souford | | | | | |
| Tamie Meck | | +meck@deltacountyindependent.com | | 970-623+27 | Delta county Independent |
| CHRIS GENTRY | | | | | |
| Paul J. Gaydos | no | | | | |
| Tamara Lawhorn | yes | | | | Independent |
| Bill Pease | | | | | |

BLM_0116467

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _10-22_

Location _Hotchkiss_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Ilene Lewis | 63579 Spring Creek Rd #12 Montrose, CO 81 | | | | |
| Thomas F. Panter | P.O. Box 127 Whitewater C 8152 | | | | |
| Keith Nichols | | | | | |
| Sydney Shaw | ✓ | | | | |
| Steve Smith | ✓ | | | | |
| Calvin Judy Nobles | ✓ | | | | |
| Tamra Gutshall | | | | | |

BLM_0116468

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _10-22-16_

Location _Hotchkiss_

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Susan Poulos | No | | ▮ | | |
| John Poulos | No | | ▮ | | |
| Bruce Hovde | Yes | | | | Delta County DoCC |
| David Inouye | Yes | ▮ | | | CHC |
| Morgan Rubanow | Yes | morgan@theconservation center.org | 105 Cedar Drive Paonia, CO 81428 | 516 857 9197 | Western slope Conservation Center |
| Lynn McHugh | No | | ▮ | | CHC CC |
| Nigel Supotramp | Y | ▮ | | | |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6-22-16_

Location _Hotchkiss_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Dave Reed | N | dave@wccongress.org | — | — | WCC |
| Dave Noe | Y | ██████████████ | | — | WSCC |
| Erin Jameson | already on the list | | | | |
| Kate Pawlinson | Y | ██████████████ | | | CHC |
| BILL CHALLIS | Y | ██████████████ | | | |
| Ethel Leslie | N | ██████████████ | | | CHC/WSCC |
| JOHN GAVAN | Y | ██████████████ | | | CHC/WSCC/WCC |

BLM_0116470

**Uncompahgre Draft RMP/EIS Public Meeting**

Date  10-22

Location  Hotchkiss

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Melissa Rehfeldt | Yes | | | | |
| Clinton Tethune | Yes | | | | |
| Rosemary Genty | Yes | | | | |
| Lucy Hunter | YES | | | | |
| Bill Crompton | YES | | | | |
| Natasha Leger | | | | | |
| Debbie Cheesman | yes | | | | |

BLM_0116471

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6/22/16_

Location _HHS_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| MARY SMITH | | | | | |
| Jere Lyon | | | | | |
| Lisa Boland | Yes | | | | |
| Boyd N Boland | no | | | | |
| Patricia Walsh-Oeirick | | | | | |
| Sid Lewis | | | | | |
| Dave Shishim | | | | | |

BLM_0116472

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6/22/16_

Location _HHS_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Dick Steele DVM | yes | | | | |
| MARY JURSINOVIC | | | | | |
| Joli Soule | | | | | |
| Read Brinkler | Yes | | | | CHC |
| Peter Pruett | yes | | | | CHC |
| Donna Formell | yes | | | | CHC |
| FRANK STONAKER | | | | | |

BLM_0116473

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6/22/16

Location HOTCHKISS H.S.

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Roxanne Yates | ✓ | | | | |
| DOLORES BACKHUS | | | | | |
| Tom BACKHUS | | | | | |
| HARRY YATES | ✓ | | | | |
| Beth Karberg | | | | | |
| Barbara Deutsch | | | | | |
| BILL TEMBROCK | | | | | |

BLM_0116474

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _4/22/16_

Location _Hotchkiss_

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| GORDON STONINGTON | yes | ███████████ | ███████████ | | WSCC |
| LEONARD CHMIEL | YES | ███████████ | ███████████ | | CPHS WSCC |
| Karen M Ortiz | yes | ███████████ | ███████████ | | WSCC |
| Lynn Huey | Yes | ███████████ | | | |
| James Flores | Yes | james.flores@state.co.us | | | CDPHE |
| Margaret Shishim | Yes | ███████████ | | | WSCC |
| Nancy Haueisen | | | ███████████ | | Permittee |

BLM_0116475

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6/22_

Location _Hotchkiss_

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Kathy Thompson | yes | | | | individual |
| Regan Choi | yes | | | | none |
| Mark Roeber | | | | | delta county |
| Julie Chambers | yes | | | | delta co |
| Alison Gannett | yes | | | | 13 property owner |
| Heidi Reese | yes | | | | property owner |
| Rosemary Ranck | yes | | | | |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6-22-16_

Location _Hotchkiss_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Lindsay Cusack | No | | | | |
| Douglas Gill | Yes | | | | |
| Kathy Welt | yes | | | | |
| Andrea Lucos | yes | | | | |
| Trudy Welty | yes | | | | |
| Lesandre Barky | yes | | | | |
| Catherine Barley | yes | | | | |
| Dianne Schevene | yes | | | | Citizens for |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6-22-16_

Location _Hotchkiss_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Doug Atchley | | | | | |
| Rosemary Bilchak | | | | | |
| Linda Rubick | | | | | |
| Steve Rubick | | | | | |
| Nicole Carpenter | Y | | | | |
| Vicki Halladay | Y | | | | |
| Brad Burritt | | | | | |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6·22-16_

Location _Hotchkiss_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Eliza Coyle | | | | | delta county |
| Tereso & Scott Shishim | ✓ | | | | — |
| Scott Shishim | ✓ | | | | '' |
| Sven Edstrom | ✓ | | | | COPMOBA DMMB |
| Patti Keesel | ✓ | | | | |
| James McCain | | | | | |
| Brent Hellackson | ✓ | brentestonecottagecellars.com | 41716 Reds Rd Paonia 81428 | 527-5234 | Terror Ditch + Res. Co. West Elks AVA Stone Cottage Cellars Citizens for a Healthy Community |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date  6/22/16

Location  Hotchkiss

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Laura Lee Yates | Yes | ███████ | ███████ | | CHC |
| May M. Trumble | Yes | ███████ | ███████ | | |
| Allison Elliot | | | ███████ | | WSCC |
| Wayne Urbanas | Y | ███████ | ███████ | | |
| Mark Waltermire | Y | ███████ | ███████ | | VOGA |
| Kyle Hopkins | Y | ███████ | ███████ | | CHC |
| Elena Goldst | Yes | ███████ | ███████ | | " |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6/22/16

Location HH S

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Samuel Brown | NO | | | | home owner |
| Debbie Matteson | NO | | | | home owner |
| Carolyn Taylor | | | | | |
| Lisa Delaney | yes | | | | home owner parent ☺ |
| Dan Delaney | Yes | | | | homeowner parent |
| James Firov | No | | | | citizen |
| Jim Ramey | Yes ☒☒☒ | jim-ramey@tws.org | | | The Wilderness Society |

BLM_0116481

**Uncompahgre Draft RMP/EIS Public Meeting**

Date  6-22-16

Location  Hotchkiss

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Masa Holk | | ███████████ | ███████████ | ███████████ | DCHC |
| Phyllis Swackhamer | | ███████████ | ███████████ | ███████████ | |
| Jon Hickam | | ███████████ | ███████████ | ███████████ | |
| Robin Nichols | YES | ███████████ | ███████████ | ███████████ | BCAS WSCC WCC |
| Patrick Dooling | | | Paonia | — | — |
| Jan Hurley | | ███████████ | ███████████ | ███████████ | CHC |
| Cynthia Wilcheree | | on email already | | | |

BLM_0116482

**Uncompahgre Draft RMP/EIS Public Meeting**

Date  6-22-16

Location  Hotchkiss

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Mike Drake | Yes | ███████ | ███████ | ███████ | |
| MIKE STRAUB | yes | ███████ | ███████ | ███████ | |
| Branden Macie | | ███████ | ███████ | ███████ | |
| Bill Day | Y | ███████ | ███████ | ███████ | |
| Alex Johnson | Yes | director@theconservationcenter.org | PO Box 1612 Paonia, CO 81428 | 527-5307 | Western Slope Conservation Center |
| Lee Ovston | yes | ███████ | ███████ | ███████ | WSCC Ctte |
| Chafe Hak | y/n | ███████ | ███████ | ███████ | Wnf. Slp. |

BLM_0116483

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6/22/16

Location Hotchkiss

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| BILL FRITSCHE | ~~yes~~ | | | | HXMN |
| Robbie LeValley | | | | | |
| NSusan Ayer Ayer Ayer Real Estate LLC | yes | | | | permittee |
| Greg Thompson | yes | | | | — |
| Steve Ek | yes | steve@elafamilyfarms.com | 30753 LRd Hotchkiss 81419 | 970 872 3488 | VOGA |
| CAROL JAQUES | Yes | | | | resident |
| Denise Clark realty | | | | | |

BLM_0116484

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6-22-16_

Location _Hotchkiss_

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Susan Keenan | | | | | EARTH |
| Viva Kellogg | Yes | | | | |
| Pete Kolbenski | Yes | | | | North Fork Alternative |
| Nancy Hassett | | | | | EARTH |
| Patrick Webb | | | | | |
| Jim Brett | | | | | Slow Food Western Slope |
| Norman Lewark | Yes | | | | Valley Organic Growers Ass |

BLM_0116485

### Uncompahgre Draft RMP/EIS Public Meeting

Date 6-22

Location Hotchkiss

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Benjamin Crein | | | | | |
| Hannah Stevens | X | | | | WSCC |
| | | | | | |
| Kon McGuire | N | | | | |
| Oogie McGuire | | | | | |
| Michael Soule | | | | | |
| Wendell Koontz | ✓ | | | | Hotchkiss |

Scanned
0080 22



# Uncompahgre
# Draft Resource Management Plan

The BLM encourages the public to review the Draft Uncopahgre RMP/EIS and to provide comments. Please submit comments by Sept. 1, 2016. Submit comments by email to: uformp@blm.gov or by filling out and submitting this comment form by **September 1, 2016. To** submit your comments, print your completed form mail it to US Bureau of Land Management, Uncompahgre Field Office, Attn: RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name  Susan  Last Name  Keann  Date  6-22-16

Mailing Address  P.O. Box 1065

City  Paonia  State  CO  Zip  81428

E-mail Address:  Joy is inevitable @ gmail.com

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?  Yes: ☐ e-mail materials only ☐ e-mail and hard-copy materials  ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☐ Individual (no affiliation)  ☐ Non-profit Organization  ☐ Citizen's Group

☐ Federal, State, or Local Government  ☐ Elected Representative  ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable)  EARTH  I am HUMAN

my affiliation is with the PLANET

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your comments will be helpful at this point in the planning process as we develop the Proposed Resource Management and Final Environmental Impact Statement, which are the next steps. Thank you for taking the time to provide your input.*

Please use the space below and on the back side to provide your comments on the Draft RMP/Draft EIS:

OIL AND GAS HAS PROVEN AN IRRESPONSIBLE ARM of CORPORATE
BOTTOM LINES. THE RESOURCES ARE NOT A ~~commodity~~ commodity
to be squeezed for the pockets of a few corporations.
THE community HERE IS A VIBRANT STEWARD OF HEALTHY
management. SUSTAINABLE USE for future generations
IS PARAMOUNT. THE RIVER IS HEALTHY — KEEP IT SO.
the AIR HERE IS CLEAN. Keep IT SO. THE PRESSURE
from OIL AND GAS IS PURELY for PROFIT & HUMAN HEALTH
IS MORE VALUABLE THAN MONEY. Oil & GAS IS NOT A
SUSTAINABLE OR VIABLE NEIGHBOR. ⟶

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the environmental impact statement. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

# Pete Kolbenschlag



June 22, 2016

RE: Uncompahgre Field Office Resource Management Plan Revision and Draft
Environmental Impact Statement

Dear BLM UFO RMP Team:

Please accept this comment and its supporting documents, attached here in
electronic and paper form, into the official comment record on the Draft EIS for
the UFO RMP revision, to be included as part of the administrative record.

There can be little doubt that there is strong, wide spread support for the
strongest level of protection for public lands, and lands overlying public
minerals, in the North Fork Valley.

In addition to the many substantive issues raised in these comments, included
herein in their totality by reference and attached, please consider these as solid
evidence of that enduring and diverse support.

Sincerely,

Pete Kolbenschlag

BLM_0116488



BLM_0116489

9/10/2016                                     DEPARTMENT OF THE INTERIOR Mail - BLM



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM
1 message

**Alice Stanley** <alice577@acsol.net>                                    Thu, Jun 23, 2016 at 6:00 PM
To: uformp@blm.gov

I am writing this letter concerning the BLM land grab.

These lands that the BLM is closing, belongs to EVERYBODY not the BLM. They want to close certain areas to certain type of motorized vehicles, only 2 wheel

vehicles. I for one know who is behind this, it's O'bama, as he doesn't want drilling on any parcel of land, as the Environmentalists are in his hip pocket. They

helped get him elected both times, so he feels like he owes them a favor in return.

In the first place he knows nothing about drilling, and he listens to the Environmentalists and goes along with what they tell him.

O'bama puts the BLM up front and has them do the dirty work, so people will think it is the BLM'S idea, but the people know better what is going on.

The BLM doesn't care about elderly people, handicap people on how they can access these parcels of land when they restrict the mode of transportation to

get into these places.

The meeting that the BLM had in Hotchkiss, the people that attended that meeting were not even allowed to have a question and answer session.

The public should have been able to have their input as what they thought about the whole situation. The meeting did not last long enough for any of that.

Alice Stanley
577 Greenfield Cir. E.
Grand Junction,Colo. 81504

BLM_0116490

9/10/2016                          DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Resource Mngmt Plan & EIS



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Resource Mngmt Plan & EIS
1 message

**jon spar** <jsparkkuli@yahoo.com.au>                        Fri, Jun 24, 2016 at 3:28 PM
Reply-To: jon spar <jsparkkuli@yahoo.com.au>
To: "uformp@blm.gov" <uformp@blm.gov>

To the decision decider.
I am in favor of the least damaging alternative which is Alt B but am unsure if Alt B1 is more restrictive in which case I am for it.
Discussion of not allowing any cattle grazing should be part of the stipulation as it is well known the damage done particularly in stream and riparian areas by freely grazing cattle.
As climate change becomes an ever increasing stressor on our forests and lands it will be a greater disaster to have cattle adding to that effect.
Only a few people will benefit from allowing their animals to graze on our public lands but all of us (taxpayers/citizens) will pay the bill and suffer the long term consequences of this action as will all the animals and plants that will continue to try and live under ever more trying conditions as the climate heats up. I would advise you take a serious look at the consequences of your actions should you allow further grazing.
All mining and drilling should be abandoned as again, there will be a few who would gladly destroy our public lands and make them unlivable for the native inhabitants for their unquenchable greed.
The President recently signed onto the Paris agreement and allowing more fossil fuel extraction is exactly counter to that aim. Mining as well uses enormous amounts of energy and destroys habitat especially surface mining that is so often used for coal.
We must stop putting carbon in the air and protect as the highest priority the intact biosystems that ultimately support all life.
All the alternatives are still to greater or lesser extent causing permanent harm. Complete protection may not be politically palatable now but is the only right choice for the long term.
So while I am stating I am in favor of Alt B or B1 I am only choosing the lesser of all evils not the best solution.
I hope you think about your actions.
Jon Spar, MD
Board WildEarth Guardians.
505-232-9616

BLM_0116491

Case No. 1:20-cv-02484-MSK   Document 63-5   filed 04/28/21   USDC Colorado   pg 34 of 145

9/10/2016          DEPARTMENT OF THE INTERIOR Mail - Public Comments on your Draft Management Plan for Public Lands In Southwest Colorado



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Public Comments on your Draft Management Plan for Public Lands in Southwest Colorado
1 message

---

**Randy Witham** <randylwitham@gmail.com>                          Mon, Jun 27, 2016 at 8:09 AM
To: uformp@blm.gov
Cc: "Anderson, Dale" <Dale.Anderson@mail.house.gov>, "Rego, Jarred" <Jarred.Rego@mail.house.gov>, wilsonforhd60
<wilsonforhd60@gmail.com>, "Koerper, Noah (Bennet)" <Noah_Koerper@bennet.senate.gov>, "Bair, Betsy (Gardner)"
<Betsy_Bair@gardner.senate.gov>, "Gould, Brandon (Gardner)" <Brandon_Gould@gardner.senate.gov>,
Chuck_Poplstein@gardner.senate.gov, "Thomas, James" <James.Thomas@mail.house.gov>

Dear BLM Uncompahgre Field Office,

After having reviewed your monstrously large, 1,000+ page draft EA/Mgt Plan and attachments, I
respectfully submit the following public comments:

http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

1). I ask you implement **Alternative C**. It will do the least possible damage...

I want the very least amount of land closed to recreational target shooting and the most land open to
location/claiming/mining.........and access, use and enjoyment, by us, the landowners. Why is it every new
BLM EA/Mgt Plan and Travel Mgt Plan serves to do just one thing.............close off access, use and
enjoyment to the many to serve the demands of the few?

That said, I offer the following additional comments WRT your plan:

1). **Do NOT implement any Wild and/or Scenic designations on any gold bearing creeks, streams or
rivers.**

In particular, the San Miguel & Dolores Rivers have some of the best and largest gold in the State of
Colorado and suction dredging is one of the best methods of recovering that gold without any damage to the
environment. High Bankers and other powered operations, by gas, solar or battery power, are effective as
well.

This is nothing but a tactic used by the extreme environmentalists, as we have seen in Oregon as just one
example, to effectively end all suction dredging and all powered equipment/operations in the state on all

BLM_0116492

federal mining claims in that state.  They designate the majority of all streams & rivers as wild and/or scenic and BINGO, closed to all motorized mining operations.

All our rivers, creeks & streams are wild & scenic naturally, and are fine as they are......serving the many needs of a diverse universe of user groups.  Designating them as "Wild and/or Scenic" can and will ONLY serve to allow BLM to serve just one user group -- extreme environmentalists -- and implement prohibitions, restrictions and limitations that will deny all others access, use and enjoyment of their public lands.

It will also drive withdrawal from mineral entry/claiming and put at risk all the current claimants as to access, use and enjoyment of THEIR federally recognized mining claims.  Wrong as can be.

2).  **Do NOT withdraw any land from mineral entry/claiming.**

Again, a favorite tactic that supports only one user group's desires -- extreme environmentalists.  Nothing's broken that needs fixing.  Nothing.  Boaters boat, fishermen fish, hikers hike and claim owners mine on their claims.  Withdrawing lands from mineral entry arbitrarily sets up winners & losers.  BLM should not be out supporting just one special interest group at the expense of another.

FYI:  We already have 123 National Monuments for 100s of millions of acres and 759 Wilderness Areas for almost 110 million acres that the public can do little more than just look at.....like a postcard.  Enough has been "saved for future generations" as it is.  What we the public need is the federal government and BLM to manage OUR public lands for <u>all</u> user groups....and take down gates, remove boulders, open up our lands, not close them off further.

3).  **Under Public Health & Safety, Line 84, keep all current trails, roads & routes open to the public.**

A favorite tactic of the extreme environmentalists is to use revised Travel Mgt Plans to do just one thing.........further limit the public's access to THEIR public lands.  We're sick and tired of every new Travel Mgt Plan doing one thing.........putting up more gates, more fencing, more boulders, decommissioning primitive & disbursed camp sites.  We are sick of being herded into fee campgrounds, being required to look for and fight for and even make reservations to get a campsite in a campground where we have to endure everyone else's campfire smoke, barking dogs, noise and such.  There's nothing wrong with getting away from others, camping out in the wild.

So, no to your consideration to close any routes in the UFO area of responsibility.  We need to open the land up more, repair some of the damage done in past plans.

Thank you.

BLM_0116493

V/R,


Randy L. Witham

17600 CR 367

Buena Vista, Colorado  81211

(H) 1-719-395-2081

(C) 1-401-633-2410

BLM_0116494

9/24/2016                                          DEPARTMENT OF THE INTERIOR Mail - Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment
1 message

**CarlsonFamily** <rwccacgjco@gmail.com>                    Wed, Jul 27, 2016 at 5:15 AM
To: uformp@blm.gov

You need to keep hunting open and provide designated target practice areas.
BLM may also need to build facilities for target practice and maintain.

Sincerely

BLM_0116495

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6-28-16_

Location _Delta, CO_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Ilene Lewis | ~~Yes~~ | ███████ | ███████ | ███████ | |
| ALAN ACE BROWN | YES | | ███████ | | COPMOBA / DAMB. |
| Robbie LeValley | on file | ███████ | | | |
| Millicent Young | Yes | ███████ | | | |
| Eric Rechel | Yes | ███████ | | | Terv = CGb |
| Eliza Coyle | ✓ | ███████ | | | Resident delta county |
| Don Suppes | Yes | ███████ | | | |

## Uncompahgre Draft RMP/EIS Public Meeting

Date 6-28-16

Location Delta, CO

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Sandy York | | ███████ | ███████ | | Citizens for health Com. |
| Dowle Wohmeyer | NO | | | DC1 | |
| Alice Stanley | yes | ███████ | ███████ | | |
| Bruce Bertram | No | | | | LGD - Delta County |
| Jan Pottervell | yes | | | | BCHA / GMBCH |
| Sherry Schenk | Yes | | | | Great Old Broads for co, Heroes Grand Jct, |
| Julia Bowman | yes | ███████ | ███████ | | WSCC |

BLM_0116497

### Uncompahgre Draft RMP/EIS Public Meeting

Date  6-28-16

Location  Delta, CO

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| TERRY & JANET GRAY | | ████████ | | | Grand Mesa Back Country Housemen |
| Calvin & Judy Nobles | | | | | |
| David Smith | | ████████ | | | |
| Michael Vaughn | Yes | michael@mvaughnlaw.com | PO Box 96 Delta CO 81416 | 970-275-6835 | COPMOBA-DAMB |
| TRAVIS R. MILLS | Yes | ████████ | | | DNC |
| Phyllis Swackhamer | | | | | Delta County BOCC |
| Bruce Hovde | | | | | |

BLM_0116498

### Uncompahgre Draft RMP/EIS Public Meeting

Date 10-28-16

Location Delta, CO

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Paula Crain | Yes | ███████ | ███████ | ███████ | GPAA |
| Benjamin Crain | | | ███████ | | |
| Cindy Ziegler | ✓ | ███████ | | | |
| Jane McGarry | | ███████ | | | |
| Natasha Leger | | ███████ | | | |
| Alex Johnson | Yes | director@ tucsonservation-center.org | PO Box 1612 Paonia, CO 81428 | 970-527-5307 | WSCC |
| Kathy Hirschboeck | yes | ███████ | | | |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date  6-28-16

Location  Delta, CO

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Alyssa Clarida | Yes | ■■■■■■■ | ■■■■■■■ | | |
| Coby Jordan | Yes | ■■■■■■■ | ■■■■■■■ | | |
| JERRY JONES | No | ■■■■■■■ | ■■■■■■■ | | |
| Tim Golly | ✓ | ■■■■■■■ | | | COPMOBA Jo Do the Cty Tourism Cabinet |
| Alan Schroeder | | aschroeder@usbr.gov | 445 West Gunnison Ste 221 Grand Jct. CO 81501 | 970-248-0692 | US BOR |
| Roger Bentley | | | ■■■■■■■ | ■■■■■■■ | |
| | | | | | |

## Uncompahgre Draft RMP/EIS Public Meeting

Date _Delta_

Location _6/28/16_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Mark Roeber | | ████████ | | | |
| Youlin Willoth | | ████████ | | | |
| Warren King | | ████ | 6J | | TWS |
| Bob Brown | | ████████ | | | |
| Daniel Bailey | X | ████████ | | | |
| | | | | | |
| | | | | | |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _6-28-16_

Location _Delta, CO_

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Suzanne Curry | ✓ already | | | | |
| Kathleen Sickles | | | | | Coloradoye |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date _Delta_

Location _6/28/16_

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Gabriel Otero | | | | — | WCC |
| Betty Oglesby | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

BLM_0116503

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6/29/16

Location MTJ

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list). | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Neal Platzer | Yes | ████ | ████ | ████ | |
| Steve Hendricks | No | ████ | ████ | ████ | |
| Lexi Tidlenham | No | lexi@sheepmountainalliance.org | | 6a | Sheep Mtn Alliand. |
| Jerry Smith | NO | Landuse@UFWDA.org | | 970 433 6021 | United 4wd Assoc Grand Mesa Jeep Club COHVCO |
| Diana Laker | Yes | dleiker@tristdet.org | 1100 W. 116th Ave Westminster, CO 80234 | 303-254-3565 | Tri-State G&T |
| Terri Stright | | | | | |
| Tay Wiles | Yes | tay wiles@hcn.org | | | High Country News |

BLM_0116504

## Uncompahgre Draft RMP/EIS Public Meeting

Date 6-29-16

Location Montrose

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Juli Slivka | Y | juli-slivka@aos.org | | | TWS |
| Warren Ky | / | Warren_ky@tws.org | | | TWS |
| ERNIE ETCHART | Yes | ███████████████ | | | me |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date  6-29-16

Location  Montrose

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Jim Riddell | Yes | ███████ | | | wcc/uvA |
| Lynn Whipple | Yes | ███████ | | | CopmoBA |
| Henry Bellew | Yes | ███████ | | | |
| Terry Meyers | Yes | ███████ | | | RMBS |
| Hogan Peterson | | Hogan_Peterson@gardner.senate.gov | | 970 243 9553 | Sen. Gardner |
| DANIEL STRIGHT | | | | | |
| KEVIN ANDERSON | ? | ███████ | | | — |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date  6-29-16

Location  Montrose

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Ray Langston | Yes | | | | |
| Terry Randall | Yes | | | | Back Country Horsemen |
| Laurie Bramelt | Yes | | | | COPMOBA |
| Rod Fitzhugh | yes | | | | COPMOBA RAT |
| Roy Smith | yes | r20smith@blm.gov | CSO | 303-239-3960 | BLM |
| Linda Swanson | yes | | | | |
| Dangude Bockus | N | dangude.bockus@nps.gov | NPS 102 Elk Creek Gunnison CO 81230 | 970-249-1914 x 432 | NPS |

BLM_0116507

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6-30-16

Location Montrose

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Rodger Poage | Yes | | | | None |
| TOM BARTELS | YES | | | | AMERICAN |
| DEBRA HYATT | YES | | | | |
| Lisa Goetsch | YES | lgoetsch@montrosecounty.net | 1604 Dover Rd Montrose, CO 81401 | 252-4567 | Montrose Cty |
| Emily Hornback | | emily@wccongress.org | 134 N 6th St GJ CO 81502 | 256-7650 | WCC |
| Lynn & Steve Lewis | No | | | | |
| Marv Ballantyne | yes | | | | WCC |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6-39-16

Location Montrose

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| FRANK HOLLENDWNER | YES | | | | |
| HAROLD MURPHY | YES | | | | none |
| Jason Smeat | yes | | | | none |
| Shelby Bear | yes | sbear@dmea.com | P.O. Box 910 Montrose, CO 81401 | 970-240-1238 | DMEA |
| Donna Erk | no | | | | |
| Brenda Joyce | No | | | | |
| Rachel Zoftkorstman | | rachel@wccongress.org | PO BOX 1638 Montrose CO | 970-256 7650 | WCC |

BLM_0116509

**Uncompahgre Draft RMP/EIS Public Meeting**

Date   6/29/16

Location   Montrose

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Gerald Young | Yes | | | | |
| Holly Poage | — | | | | None |
| Garry Melnun | | | | | American |
| Alex Johnson | Yes | director@theconservation-center.org | PO Box 1612 Paonia, CO 81428 | 527-5307 | WSCC |
| Todd Bacon | Yes | | | | WS4W |
| Rick Bell | Yes | | | | WS4W |
| Wayne Quade | Yes | | | | Scouting; Citizens Climate Lobby |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6/29/16

Location MTJ

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| KEN EMORY | YES | | | | WS4W |
| Renate Raziano | Yes | | | | COPMORA |
| FRANK Nickolaus | YES | | | | — |
| Bill Harris | on it | You have it | | | COPMORA |
| Matt Goetsch | on it | | | | WS4W, mRGC |
| Gabriel Otero | | | | | WCC - TWS |
| VERNON BRANDT | YES | | | | |

BLM_0116511

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6-29-16

Location Montrose

All information is voluntary. If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Gail Dusa | yes | | | | Uncompaghre Valley Trail Riders |
| Lee Dusa | yes | | | | ↑ same ↑ |
| HAROLD HILLIS | YES | | | | OLATHE CHAPTER GMAA |
| Scott Riba | Y | | | | |
| Paul A. Carada | Y | | | | U. of Idaho |
| Brian Webster | Y | | | | |
| Charles McMurdy | Y | | | | Farmer + Hunter |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date 6/29/16

Location MTJ

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Harrison Topp | Yes | harrison.topp@rmfu.org | 15500 6900 Rd Montrose, CO | 303-918-3538 | Rocky Mtn. Farmers Union |
| Suzan Platzer | | | | | |
| Stu Krebs | Yes | | | | UVA WCC PLP |
| Laura Hensrich | Yes | | | | |
| Mike Shamara | | | | | citizen |
| Joe Smart | Yes | | | | citizen |
| Natasha Léger | | | | | |

BLM_0116513

## BLM Uncompahgre Draft RMP/EIS Public Meeting

Date  10-30-16

Location  Telluride

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Robert Trimble | No | ███████ | | | |
| Mark Britvec | PO Box 324 Placerville, CO | ███████ | | | |
| Paige Marchus | Yes | pmarchus@swca.com | | | SWCA Environmental |
| Gordon McPhee | Yes | ████████████ | | | |
| Hilary Cooper | yes | ████████ | | | San Miguel County |
| Skip Edwards | Yes | ███████████ | | | |
| Benjamin Cain | No | ███████████ | | | |

**Uncompahgre Draft RMP/EIS Public Meeting**

Date   10-30-16

Location   Telluride

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| AMANDA BLANCHARD | YES | ABLANCHARD@ SGINTERESTS.com | 922 E 2nd AVE DURANGO CO 71301 | 651 324 7652 | SG INTERESTS |
| Steven Zwick | | Steve@sanmiguelcounty.cc.gov | PO 3791 Telluride | 970-728-3879 | SMCo |
| Mike Rozyck | yes | mikerd@sanmiguelcounty.co.gov | | 970 728-3083 | SMCo |
| Max Cooper | yes | Max@telluridesmba.org | Pob 2127 Telluride 81435 | 708 2098 | SMBA |
| Lexi Tuddenham | No | lexi@sheepmountainalliance.org | PO Box 389 | 728-3729 | Sheep Mtn Alliance |
| Calvin Nobles | No | | | | |
| Paula Crain | No | | | | |

BLM_0116515

## BLM Uncompahgre Draft RMP/EIS Public Meeting

Date    6-30-16

Location    Telluride

All information is voluntary.  If you want to receive future communication regarding the RMP/EIS, we will need your contact information.

| Print Name | Add to mailing list? Yes/No (Do not mark if you are now on the mailing list) | Email | Address | Phone | Affiliation, if any |
|---|---|---|---|---|---|
| Shauna Palmer | Yes | ███████ | ███████ | ███████ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

9/10/2016                          DEPARTMENT OF THE INTERIOR Mail - BLM LAND MANAGEMENT



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM LAND MANAGEMENT
1 message

---

**Mark Dutka** <mjd4570@gmail.com>                          Mon, Jun 27, 2016 at 9:51 PM
To: uformp@blm.gov

Sirs
    I find that plan A is best as the level of safety has not been compromised, as most shooters are safety minded. The land needs to be open for all types of recreation including target shooting.
Thanks
Mark Dutka
932 s Dearborn Way apt 19
Aurora, CO 80012

BLM_0116517

9/10/2016                    DEPARTMENT OF THE INTERIOR Mail - UFO RMP Public Comment Extension Request



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP Public Comment Extension Request
1 message

**Alex Johnson** <director@theconservationcenter.org>                    Thu, Jun 30, 2016 at 11:39 AM
To: uformp@blm.gov, Dmwilson@blm.gov
Cc: "Sharrow, Barbara L" <bsharrow@blm.gov>, Ruth Welch <rwelch@blm.gov>

Good morning. Please find in the email below as well as attached a Request for Extension of Public Comment Period
of Uncompahgre Field Office Draft Resource Management Plan.

Thank you for your consideration.

Alex Johnson
Executive Director
Western Slope Conservation Center
director@theconservationcenter.org
Office: 970-527-5307
Cell: 970-778-8181
---
www.theconservationcenter.org
Follow us on Facebook
Follow us on Twitter

-----------

Field Manager Dana Wilson
Uncompahgre Field Office
Bureau of Land Management
2465 S. Townsend Ave., Montrose, CO 81401
dmwilson@blm.gov

Re: Request for Extension of Public Comment Period of Uncompahgre Field Office Draft Resource Management Plan

Dear Ms. Wilson,

On behalf of our respective organizations, we request that the Bureau of Land Management (BLM) issue a 90-day
extension to the public comment period for the draft Uncompahgre Field Office Draft Resource Management Plan
(UFO Draft RMP). It is clear that the original 90 days allotted for this comment period will not be sufficient for our
organizations to fully review the over 2,000-page three-volume UFO Draft RMP document. In order to contribute
substantive comments on every aspect of this very complex Draft RMP, our members, staff, and board will need an
additional 90 days for public comment.

Furthermore, a number of other relevant regional and national NEPA processes are currently or soon will be
underway, most notably the BLM Coal Lease Programmatic EIS, BLM Planning 2.0, Dominguez-Escalante final EIS and
proposed RMP, Bull Mountain EIS, and the Grand Mesa Uncompahgre and Gunnison (GMUG) Forest Plan Revision
among others. In order to meaningfully engage in the BLM UFO Draft RMP public comment period, we need an
additional 90 days to review the document and submit substantive and specific comment.

Thank you for the opportunity to submit this request.

Alex Johnson                                        Rien van West
Executive Director                                  President
Western Slope Conservation Center                   Western Colorado Congress

BLM_0116518

9/10/2016                    DEPARTMENT OF THE INTERIOR Mail - UFO RMP Public Comment Extension Request

PO Box 1612, Paonia, CO 81428
970-527-5307

Natasha Léger
Interim Executive Director
Citizens for a Healthy Community
PO Box 291
Hotchkiss, CO 81419

Robyn Cascade
Northern San Juan Broadband
Great Old Broads for Wilderness
% PO Box 2924
Durango, CO 81302

134 N 6th St, Grand Junction, CO 81502
970-246-7650

Karen Tuddenham
Executive Director
Sheep Mountain Alliance
PO Box 389
Telluride, CO 81435

Matt Reed
Public Lands Director
High Country Conservation Advocates
PO Box 1066
Crested Butte, CO 81224
(303) 505-991

**UFO RMP Public Comment Extension Request.pdf**
548K

BLM_0116519

Field Manager Dana Wilson
Uncompahgre Field Office
Bureau of Land Management
2465 S. Townsend Ave., Montrose, CO 81401
dmwilson@blm.gov

Re: Request for Extension of Public Comment Period of Uncompahgre Field Office Draft Resource
Management Plan

Dear Ms. Wilson,

On behalf of our respective organizations, we request that the Bureau of Land Management (BLM) Issue
a 90-day extension to the public comment period for the draft Uncompahgre Field Office Draft Resource
Management Plan (UFO Draft RMP).  It is clear that the original 90 days allotted for this comment period
will not be sufficient for our organizations to fully review the over 2,000-page three-volume UFO Draft
RMP document. In order to contribute substantive comments on every aspect of this very complex Draft
RMP, our members, staff, and board will need an additional 90 days for public comment.

Furthermore, a number of other relevant regional and national NEPA processes are currently or soon
will be underway, most notably the BLM Coal Lease Programmatic EIS, BLM Planning 2.0, Dominguez-
Escalante final EIS and proposed RMP, Bull Mountain EIS, and the Grand Mesa Uncompahgre and
Gunnison (GMUG) Forest Plan Revision among others. In order to meaningfully engage in the BLM UFO
Draft RMP public comment period, we need an additional 90 days to review the document and submit
substantive and specific comment.

Thank you for the opportunity to submit this request.

Alex Johnson
Executive Director
Western Slope Conservation Center
PO Box 1612, Paonia, CO 81428
970-527-5307

Natasha Léger
Interim Executive Director
Citizens for a Healthy Community
PO Box 291
Hotchkiss, CO 81419

Robyn Cascade
Northern San Juan Broadband
Great Old Broads for Wilderness
% PO Box 2924
Durango, CO 81302

Rien van West
President
Western Colorado Congress
134 N 6th St, Grand Junction, CO 81502
970-246-7650

Karen Tuddenham
Executive Director
Sheep Mountain Alliance
PO Box 389
Telluride, CO 81435

Matt Reed
Public Lands Director
High Country Conservation Advocates
PO Box 1066
Crested Butte, CO 81224
(303) 505-991

BLM_0116520

9/10/2016                                    DEPARTMENT OF THE INTERIOR Mail - North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## North Fork Valley
1 message

**bronmacm@aol.com** <bronmacm@aol.com>                        Thu, Jun 30, 2016 at 12:19 PM
To: uformp@blm.gov

Joanie Bronfman
39335 Pitkin Road
Paonia, CO 81428

June 29, 2016

RMP comments
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

Dear People at the Bureau of Land Management:

I own 3 properties in the North Folk Valley:

1. 39335 Pitkin Road, Paonia
2. 11740 Coal Road, Hotchkiss
3. 11744 Coal Road, Hotchkiss

I have a place on Pitkin Mesa outside of Paonia where I lease some land for agriculture and I own a farm that I lease in Hotchkiss. I bought the properties with great joy because of the beauty of the scenery and healthiness of the locally grown meat and produce.

I am very opposed to oil and gas development and fracking activities  I don't think they should be permitted when the public health risks are great, such as:

> • Activities on public lands that have the potential to **poison** foodsheds and threaten to **wipe out** food security for people on the Western Slope and the Front Range.
> • The **destruction/pollution** of clean air, abundant fresh water, and foodsheds (including Colorado's largest concentration of organic farms).
> • **Significant harm** to human health and a local economy based on agriculture and organic farms, recreation, hunting, and tourism.
> • **Loss** of unique biodiversity in the State of Colorado.

BLM_0116521

Given what we now know about the risks of oil and gas chemicals, and radioactive wastewater to human health, I believe a no leasing alternative for the North Fork Valley is the best way to protect our community and preserve the quality of life North Folk Valley residents have come to treasure and cherish.

The North Fork community is a very special one. Our community in made up of farmers, vintners, realtors, ranchers, property owners, business owners, hikers, hunters, anglers, outdoor enthusiasts, as well as concerned and impacted citizens. We know that this would negatively impact on our quality of life, our sources of unpolluted water for domestic and irrigation use, our ability to produce organic meat and vegetables, our property values, our views and our access to outdoor recreation.

Sincerely,


Joanie Bronfman

BLM_0116522

9/10/2016                                    DEPARTMENT OF THE INTERIOR Mail - Unc. draft resource management plan

                                    **UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Unc. draft resource management plan
1 message

**Kathy** <kathydatsko@gmail.com>                                    Sat, Jul 2, 2016 at 3:49 PM
To: UFORMP@blm.gov

After attending the public meeting on Monday June 20 in Ridgway, and after careful study, I do not feel Alternative D moves us in a sustainable way towards meeting our nation's climate commitments.  Expanding fossil fuel extraction does not move us in the long term direction that is needed to meet our goals.  Alternatives B and B-1 address the additional need we have to insure quality backcountry wilderness experience for future generations.

In the public presentation of the plan, the term "alternative D" was consistently not used,  and the term "preferred alternative" was substituted.  This choice of words, ("alternative A, alternative B, alternative C and Preferred Alternative") seemed passive-aggressive, implying that the Preferred Alternative was agreed on by everyone in the rom.  In my opinion, saying "and alternative D, which is what BLM is recommending" would be more respectful of those with different views.

All said, everyone was very considerate, helpful and informed.  Thank you.

Kathy Datsko

BLM_0116523



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Gunnison Sage Grouse
1 message

**Barbara Bernhardt** <solituderd@sanjuanlive.net>                    Wed, Jul 6, 2016 at 8:13 AM
To: uformp@blm.gov

Greetings.

Looks like I should send my comments directly to this email address.

In looking at the UFO-RMP I don't see anything on the Gunnisson Sage Grouse for areas outside of the current ACEC on the north side of the Black Canyon.  This is of great concern because there is important habitat not in that area.  With no specific protections in planned for the other habitat, the remaining populations and the habitat needed to support/increase both them as well as the entirety of the 5000 or so GuSG estimated to remain will be impossible, and will undermine the FWS goal to eventually remove GuSG from 'Threatened' status.  In fact, failure to protect habitat outside of he current ACEC will doom to species to 'Endangered' status.

Barb Bernhardt
20409 Solitude Road
Montrose, CO  81403

BLM_0116524

Scanned
0079 72



# Uncompahgre
# Draft Resource Management Plan

The BLM encourages the public to review the Draft Uncompahgre RMP/EIS and to provide comments. Please submit comments by Sept. 1, 2016. Submit comments by email to: uformp@blm.gov or by filling out and submitting this form to:

US Bureau of Land Management, Uncompahgre Field Office, Attn: RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name _Ruth_   Last Name _Sendechi_   Date _July 6, 2016_

Mailing Address _3015 Outlook Road_

City _Montrose_   State _CO_   Zip _81401_

E-mail Address: _relsendechi@yahoo.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?   Yes: ☒ e-mail materials only ☐ e-mail and hard-copy materials   ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☒ Individual (no affiliation)   ☐ Non-profit Organization   ☐ Citizen's Group

☐ Federal, State, or Local Government   ☐ Elected Representative   ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your comments will be helpful at this point in the planning process as we develop the Proposed Resource Management and Final Environmental Impact Statement, which are the next steps. Thank you for taking the time to provide your input.*

Please use the space below and on the back side to provide your comments on the Draft RMP/Draft EIS:

I feel that use of this area is functioning fine the way it is and is providing good usage for all groups at the present level of management. There is no need for additional road closures or additional lands designated "with wilderness characteristics". For these reasons I support Plan A.

*Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the environmental impact statement. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.*

BLM,                                      7 July 16

thank you for the meeting in Hotchkiss.

My support is for the "North Fork alternative plan."

60 + percent of all Federal land is leased why do you want even more especially close to people & water source?

We know wells polute so keep them away from people and water.

I am concerned about people getting sick and contamination of my domestic water & irrigation water

Please listen to the caring people of the North Fork.

Sincerly,
William J. Embrook

c.c.     C H C



IAM  J.  TEMBROCK
2  3300  Rd.
HKiss, Co   81419

GRAND JUNCTION CO 815
08 JUL 2016  PM 2 T
RECEIVED
JUL 1 1 2016
UNCOMPAHGRE FIELD OFFICE

Gina

BLM  UNcompAhgRe  Field  office
2465  S.  townSend  Ave
MontRose , Co    81401

8140135436

BLM_0116527



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Draft RMP/EIS for 3.1 Million Colo. Acres
1 message

**Chris Hardy** <mcrider@hal-pc.org>                                    Mon, Jul 11, 2016 at 10:10 AM
To: uformp@blm.gov

I support no change in the current usage.  That area is a great and should allow all the current access.

Chris Hardy
Sam Houston Trails Coalition, a 501(c)(3) corporation
18110 Wild Oak
Houston, Texas 77090
mcrider@hal-pc.org
c - 281-744-8256

Join & DONATE to the Sam Houston Trails Coalition at
http://trailscoalitionoftexas.org/

BLM_0116528

Case No. 1:20-cv-02484-MSK   Document 63-5   filed 04/28/21   USDC Colorado   pg 71 of 145

9/12/2016    DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Draft Resource Management Plan revision and associated Draft Environmental Impact...



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Draft Resource Management Plan revision and associated Draft Environmental Impact Statement - Published June 3, 2016

1 message

**Jon Wade** <jon@thesnowys.net>                                     Tue, Jul 12, 2016 at 12:22 AM
To: uformp@blm.gov

I appreciate your efforts in managing our public lands to accommodate competing uses.  I am writing to express my concern in closing areas to public access and motorized access.  I am opposed to restricting public and motorized access except in cases where the local natural resource is being impacted.  In those cases mitigation should be implemented and the area re-opened to public and motorized access asap.

I am also opposed to establishment of any additional wilderness areas or designation of other protected areas unless the local residents request that designation.  The unintended consequences of living adjacent to areas with special management are unacceptable, and the impacts on residents are seldom mitigated.  I request that the wilderness study area designations be removed from these lands because they also bring uncompensated impacts to area residents, and those designations are seldom removed once imposed, even after all study has ended.

Thanks for considering my concerns,

Jon Wade
7903 Trophy Drive
Cheyenne, Wyoming 82009

jon@thesnowys.net

BLM_0116529

9/12/2016                          DEPARTMENT OF THE INTERIOR Mail - Recreational usage opportunities in Uncompahgre



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Recreational usage opportunities in Uncompahgre
1 message

---

**Eddie Gray** <EdXR650L@aol.com>                              Tue, Jul 12, 2016 at 10:33 AM
To: uformp@blm.gov
Cc: grassroots@amacycle.org

To whom it may concern:

  I have enjoyed the vast recreational activities within the Uncompahgre planning area, specifically OHV dirt biking, and camping, and would like to do so for many more years to come. As a Colorado native, it is an appreciated area of natural beauty and access via OHV, whether it be Jeep, motorcycle, or ATV allows people to recreate in an area set aside purposefully.

Thanks,
Eddie Gray
12872 E Center Ave
Aurora, CO 80012
720-629-2888

---

BLM_0116530

9/12/2016                        DEPARTMENT OF THE INTERIOR Mail - North Fork Valley Fracking



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## North Fork Valley Fracking
1 message

**Ryan Gannaway** <ryangann92@gmail.com>                    Wed, Jul 13, 2016 at 9:52 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

I would like to speak out against any future plans for oil and gas drilling in Delta County. I live and work in Paonia, one of the most beautiful and pristine landscapes in colorado. My financial well-being here is reliant on the agricultural industry. There is research showing that fracking pollutes water, ground water and thus soil. If oil and gas industry begins in the North Fork Valley it will destroy the economy here. The North Fork is the organic food epicenter of Colorado providing food for the residents here and beyond.

I understand that the people's voice is important in making decisions in oil and gas drilling. I hope that my voice can represent all the farmers whose livelihood will be destroyed if these permits are passed. Not only will drilling destroy the economy, but will also cause a mass exodus from this area as we are well aware of the health dangers fracking presents. The North Fork Valley is on its way to becoming a leader in environmental consciousness and sustainable living. Fracking will end the progress the people in the community have made in this direction. I am appalled to think about the beautiful natural landscape, immaculate air and water quality could be decimated by oil and gas.

Thank you for representing the people and fighting for the needs of our community.

Sincerely,

Ryan Gannaway

BLM_0116531



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# gas & oil development
1 message

**Phil Volckhausen** <philvolck@gmail.com>                                    Wed, Jul 13, 2016 at 11:46 AM
To: BLM <uformp@blm.gov>
Cc: rmpcomments@citizensforahealthycommunity.org

Dear BLM  I am one of the many people who vehemently  oppose the management Plan that would open our public lands for more gas & oil development in the North fork Valley.  I don't need to give you the reasons.  You have heard them all.  I hope that you choke on the payoffs that you are receiving or come to your senses and realize that this is no good for the present or future of our valley.  Phil Volckhausen

BLM_0116532

9/12/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments concerning BLM land San Miguel County



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments concerning BLM land San Miguel County
1 message

**Dan Dockray** <dandockray@hotmail.com>                                    Thu, Jul 14, 2016 at 3:33 PM
To: "uformp@blm.gov" <uformp@blm.gov>

**To whom it may concern,**

My understanding is that the BLM is doing a review and asking for comments on how to manage our BLM moving forward into the next 20 years and possibly beyond.  I live in San Miguel county, own three businesses and also am an outdoor enthusiast in the area.  I believe our land should be protected for public uses like rafting, mountain biking, hiking, camping, dirtbiking, climbing, skiing etc.  These sports support our economy here, in fact without good outdoor lands to do sports like this I would certainly be out of business.  This is economically a way to preserve jobs in the region that are sustainable and will be here for many generations.  Mining, oil and gas jobs do not support the economy for very long, usually disturb and possibly destroy the land, making it unusable for other economic opportunities.  Please consider the long term economics of preserving what our great area has to offer with it's wild lands, these really are an economic powerhouse that will support our region for generations to come.  I think it is also notable how many residents in San Miguel County and travelers use the outdoor resources we have.  I personally am outdoors fishing, hiking, biking, skiing, rafting, kayaking, dirtbiking, hunting or other activities on a daily basis.  I know that all of my business clients come here to enjoy the great outdoors as well, without them we would be in a terrible position.

Thanks for your consideration.

Best regards,

DANIEL E. DOCKRAY

Broker Associate

Telluride Sotheby's International Realty

137 W. Colorado Avenue

Telluride CO, 81435

M.  970-708-0666  F. 888-832-2893

dan.dockray@sothebysrealty.com

www.telluridecorealestate.com

www.dandockray.com

www.elkstone21.com

**Artfully uniting extraordinary homes with extraordinary lives**

P Please consider the environment before printing this email

BLM_0116533

DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Planning Area



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Planning Area
1 message

**dkt735@aol.com** <dkt735@aol.com>                                      Thu, Jul 14, 2016 at 3:54 PM
To: uformp@blm.gov

Dear BLM:

I would like the travel plan to increase the amount of OHV trails in this area, most importantly single track access.
Outdoor recreation brings stimulates local economy with minimal environmental impacts.


Thank You
Dale Tanaka
2524  29th Avenue
Greeley Colorado 80634
970-396-3428

BLM_0116534

9/12/2016 DEPARTMENT OF THE INTERIOR Mail - Land Usage



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Land Usage
1 message

**Michael Bilicko** <mjbilicko@gmail.com>                                      Wed, Jul 20, 2016 at 2:40 AM
To: "uformp@blm.gov" <uformp@blm.gov>

I am a disabled war veteran, and cannot get around well at all. I enjoyed target shooting near Delta, on PUBLIC LAND, until in the not so distant past BLM made me a law breaker if I did so. I guess Obama's BLM became God.

Now I find there is nowhere for me to be able to drive (miles from inhabitation) and set up my shooting platform near my vehicle, and then proceed to have fun, what little fun I manage. My wife sets up (or did) targets and I would shoot into an adobe hill to insure safety, (or at least some type of hill, but adobe insures no ricochets) and picnic and enjoy a day of shooting, and just sitting out in the wilderness.

Now I find you are going to proceed to take even more land away from the American public (some of us cannot walk for a mile to find a suitable, and safe shooting site) So folks like me are just swept away and forgotten. I think you guys say "to hell with these old useless Veterans of War" right? Or maybe you can steer me to an area accessible by vehicle I can go to shoot without going to jail?


Michael J Bilicko

US Army Combat Engineer

589th Mountain Movers

Vietnam 1968/1969

19055 Hwy 50

Delta, Colorado 81416

mjbilicko@gmail.com


Sent from Mail for Windows 10

BLM_0116535

9/12/2016      DEPARTMENT OF THE INTERIOR Mail - Comment Period on Management Plan for Public Lands in Southwest Colorado



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

## Comment Period on Management Plan for Public Lands in Southwest Colorado
1 message

**Dakroub, Roy** <dakr8519@bears.unco.edu>                      Wed, Jul 27, 2016 at 5:13 PM
To: "uformp@blm.gov" <uformp@blm.gov>

All public land should be open to recreational shooting among any other recreational activity. If it's not privately owned, it's not regulated.

BLM_0116536



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM land use proposal recommendation

1 message

**Tom Davis** <tomedavis49@msn.com>      Wed, Jul 27, 2016 at 4:32 PM
To: uformp@blm.gov

I would recommend that plan A be the action plan for the future land use. Thanks k you for supporting multi recreational land use within Colorado.

BLM_0116537

9/12/2016                                      DEPARTMENT OF THE INTERIOR Mail - Fwd: From a Western Colorado Cop



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: From a Western Colorado Cop
1 message

---

**Jones, Gina** <gmjones@blm.gov>                                        Wed, Jul 27, 2016 at 4:27 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Cody Robert** <gjpd627@gmail.com>
Date: Wed, Jul 27, 2016 at 4:01 PM
Subject: From a Western Colorado Cop
To: gmjones@blm.gov


Dear Gina,

I understand that the BLM is considering closing public lands to target shooting.  I am very much against this.  For many years I have used the local BLM areas to teach my kids, as wells as other friends, how to shoot.  As a police officer, I believe that the best way to know how to safely handle a firearm is to spend time practicing with it.  The BLM lands are a perfect place to do this.

Thank you,

Cody Kennedy

Grand Junction, Colorado




--
**Gina Jones**
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

BLM_0116538



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: BLM Management Plan
1 message

**Jones, Gina** <gmjones@blm.gov>                                      Wed, Jul 27, 2016 at 4:26 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Dan Murphy** <dan@m4ranchgroup.com>
Date: Wed, Jul 27, 2016 at 3:58 PM
Subject: BLM Management Plan
To: "gmjones@blm.gov" <gmjones@blm.gov>

Gina. I am writing you to add input to the Current BLM Management Plan for Southern Colorado. We are a sporting community, we are based on hunting and shooting recreation. I implore you to maintain open access in Alternative A of your proposed BLM Management Plan

Sincerely

Dan Murphy

Broker/Owner

-



PO Box 1060

Lake City, CO 81235

970-944-4444 Office

970-209-1514 Cell

970-944-5051 Fax

www.M4RanchGroup.com

Dan@M4RanchGroup.com

BLM_0116539

# Follow Us On Social Media!

    

CONFIDENTIALITY STATEMENT. This email and any attachment is for the sole use of the intended recipient and may contain private, confidential and/or privileged information that may be subject to Team Murphy Realty. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify Team Murphy Realty  by return email  all message and all copies and attachments from your system.

--

*Gina Jones*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

BLM_0116540

9/12/2016                 DEPARTMENT OF THE INTERIOR Mail - BLM Plan to restrict Target Shooting



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM Plan to restrict Target Shooting
1 message

**MIKE HATTEN** <mhatten.hcf@gmail.com>            Wed, Jul 27, 2016 at 7:30 PM
To: uformp@blm.gov

To whom it may concern…respectfully,

I am an avid target shooter.  I am fortunate that we have such beautiful lands set aside that I may enjoy the beauty of the outdoors and practice target shooting in that environment safely.  I have been a shooter for approximately 50 years and have never had an accident.  I advocate for safety on a regular basis.

Please do not restrict my privilege in any way to practice my target shooting skills on public lands.

Thank you,
Charles M. Hatten
Denver, CO  80238

BLM_0116541

9/12/2016                                    DEPARTMENT OF THE INTERIOR Mail - Fwd: Shooting on public lands



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: Shooting on public lands
1 message

---

**Jones, Gina** <gmjones@blm.gov>                                          Wed, Jul 27, 2016 at 4:26 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Jim Etherton** <JME01@comcast.net>
Date: Wed, Jul 27, 2016 at 3:32 PM
Subject: Shooting on public lands
To: gmjones@blm.gov

Shooting on public lands is desirable because where else can one go to simply "plink" at targets or teach your family to use and respect guns??  Local commercial ranges are limited in number, loaded with rules to limit liability, and are expensive  (like $20/hr per person; $40 for a parent (trainer) and child). Designated shooting areas safely removed from the camping area would be highly desirable.

James Etherton


--
*Gina Jones*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

BLM_0116542



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM land management plans
1 message

**James Moran** <jmoran63@comcast.net>                                    Wed, Jul 27, 2016 at 5:19 PM
To: uformp@blm.gov

To whom it may concern,


I am an avid target shooter and am dismayed to hear that future management plans call for excluding target shooting.
Please note, the continued growing restrictions on the use of public lands is not appreciated here in the west.


Jim Moran

Westminster, Colorado

BLM_0116543

Date:07/27/2016

Commenter:James Moran

Organization:

Email:jmoran63@comcast.net

Address: Westminster, Colorado

Phone:

Comment:
To whom it may concern,

I am an avid shooter and am dismayed to hear that future management plans call for excluding target shooting. Please note, the continued growing restrictions on the use of public lands is not appreciated here in the west.

Jim Moran
Westminster, Colorado

9/12/2016                                    DEPARTMENT OF THE INTERIOR Mail - Target shooting at the BLM managed properties



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Target shooting at the BLM managed properties
1 message

---

**Lisa Paris** <sparisdda@aol.com>                                    Wed, Jul 27, 2016 at 3:19 PM
To: uformp@blm.gov

    Please do not close any target shooting areas.
    Sincerely,
    Paris family

BLM_0116545

9/12/2016                                    DEPARTMENT OF THE INTERIOR Mail - Recreational Shooting



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Recreational Shooting
1 message

**Theodore** <HoganWeapons@msn.com>                    Wed, Jul 27, 2016 at 3:18 PM
To: uformp@blm.gov

BLM,

Please consider the loss of land to recreational shooters. As the population of this State increases, less land is
available for Shooters. I live in the Denver Metro area and must drive to find a place to shoot outdoors, but there are
fewer areas to go to and this should also be considered along with other forms of outdoor entertainment. Closing
more land to Shooters that was previously open to them only aggrevates the problem.

Thank You,

Theodore K Hogan


Theodore K. Hogan
1432 S. Nucla Street
Aurora, Colorado  80017

303-671-8471

BLM_0116546

9/12/2016                    DEPARTMENT OF THE INTERIOR Mail - Southwest Colorado Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Southwest Colorado Management Plan
1 message

**Jon Strother** <jnstrthr@gmail.com>                              Wed, Jul 27, 2016 at 1:49 PM
To: uformp@blm.gov

To whom it may concern:

I will keep this short and sweet.  Alternative A is really the only option.  A status Quo approach to what exists is best.


Regards,
Jon Strother

BLM_0116547

9/12/2016                                    DEPARTMENT OF THE INTERIOR Mail - Fwd: Uncompahgre Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: Uncompahgre Resource Management Plan
1 message

---

**Wilson, Dana** <dmwilson@blm.gov>                                    Wed, Jul 27, 2016 at 1:46 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

**Dana Wilson**
Field Manager, Acting
Bureau of Land Management - Colorado
Uncompahgre Field Office - Montrose
ph: 970.240.5338/cell: 916.261.4786
dmwilson@blm.gov

---------- Forwarded message ----------
From: **Info, BLM_CO** <blm_co_info@blm.gov>
Date: Wed, Jul 27, 2016 at 12:10 PM
Subject: Fwd: Uncompahgre Resource Management Plan
To: Dana Wilson <dmwilson@blm.gov>


Sorry I couldn't find your general email box for UFO
This cam into the public room email

---------- Forwarded message ----------
From: **James W. Crafton** <jcrafton@performancesciences.com>
Date: Wed, Jul 27, 2016 at 11:35 AM
Subject: Uncompahgre Resource Management Plan
To: "blm_co_info@blm.gov" <blm_co_info@blm.gov>


        It is my personal and professional opinion that the BLM is stepping  beyond a wise use of OUR resources. These belong to the whole of the American public.  Therefore, the use thereof for recreational, energy and any other reasonable purpose should conform to the desires of those utilizing those areas.  Thus, several of the plans that have been promulgated by the BLM for land and use management in the Uncompahgre area are clearly contradictory to the desires of the principal users.  There are two excellent examples of failure to maximize value.  One is recreational shooting in areas where there is no one or nothing that will be disturbed, such as the proposal to ban "target shooting" (whatever that is, because a deer is a "target") on 70,000 to 250,000 acres of public (I'm part owner) land.  Another example is the BLM's over-reach in mineral management by removing or delaying indefinitely approval for public lands on which oil and gas drilling can occur, a clear violation of the charge to help protect the strategic security of the country.



**James W. Crafton, Ph.D.**
President

PH:   1 (303) 445-9062
FAX:  1 (303) 670-2902
PO Box 190
Evergreen, CO 80437
www.performancesciences.com

--

BLM_0116548

BLM-COSO-Information Access Center
2850 Youngfield St
Lakewood Co 80215
303-239-3600

BLM_0116549

9/12/2016                                    DEPARTMENT OF THE INTERIOR Mall - Fwd: 675,000 acres



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: 675,000 acres
1 message

**Jones, Gina** <gmjones@blm.gov>                                    Wed, Jul 27, 2016 at 1:43 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: <jackschitackerman@yahoo.com>
Date: Wed, Jul 27, 2016 at 12:26 PM
Subject: 675,000 acres
To: "gmjones@blm.gov" <gmjones@blm.gov>


My opinion of the BLM wanting to manage more public lands in the Montrose area.

These are public lands, that means the land belongs to the public, NOT the BLM. When I go out on these public lands on foot or with one of my ATVs I respect the land because it belongs to all of us. I do NOT and I will NOT be subject to rules of the BLM, a corrupt government organization. I will shoot any of my many rifles on the public property anywhere I choose, as long as I am not endangering anyone physically or via unwanted noise. I do not need, nor will I accept being controlled in any manner by a corrupt government organization. (The BLM)

I am a Combat Veteran of the United States. I actually put my life on the line for this country, I actually lost blood on foreign soil in defense of this country and therefore I will do as I damn well please on land that I fought for. I also will respect that land as it cost me dearly in the past. I will NOT accept some corrupt government organization telling me what I can or cannot do on my own property.

I realize the BLM does not want to hear from guys like myself but there it is and I am sticking to it, at all costs. I have only had one confrontation with a BLM employee in the past. SHE was breaking the law and I pointed that out to her. She did not take that well at all as she was on her own time, not working. She became almost violent when I explained the "rules" to her and that she was physically endangering myself by what she was doing. She threatened me by stating, "my mother is an attorney". I told her I was sorry she had a mother who was an attorney.

I would suggest the BLM let the public enjoy their land in peace.

Jackie


--
**Gina Jones**
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

---

BLM_0116550

9/12/2016                          DEPARTMENT OF THE INTERIOR Mail - Shooting considerations



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Shooting considerations
1 message

**Joe Olszewski** <josephmonao@gmail.com>                     Wed, Jul 27, 2016 at 1:29 PM
To: uformp@blm.gov

I want to go on record against any and all efforts to curtail shooting on BLM lands . Please do not restrict shooting on
these lands . Plan A would be my choice .  Thank you for your time .
Joe .

BLM_0116551



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## S. W. Colorado BLM land
1 message

**Charles Ross** <charlesr@sonic.net>                    Tue, Jul 26, 2016 at 7:53 PM
To: uformp@blm.gov

Gentlemen:

I note that all of your plans leave out target shooting; this is an recreational activity that is supposed to be a fair use for BLM land under statutes.

Charles Ross
PO Box 110
Rio Nido, CA 95471-0110
707-869-1675

BLM_0116552



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Letter for Wilderness
1 message

**Drew Ludwig** <thedrewludwig@gmail.com>                                    Wed, Jul 27, 2016 at 8:26 AM
To: uformp@blm.gov
Cc: brien@conservationco.org

Drew Ludwig
221 Granite Ave
Ophir, CO 81426
thedrewludwig@gmail.com
Mountain Guide
Dolores / Paradox area

As a full time resident of San Miguel county and a native son of Grand Junction, I would like to voice my opinion for NO oil and gas leasing on our public lands. As a mountain guide my livelihood depends upon it.

I have spent years running into the undesignated wilderness surrounding the Dolores river canyon near Bedrock. I have seen bear, been stalked by mountain lions and swam in pools of rain water captured by sandstone pockets. I can't begin to tell you how important these places are to me and my sense of self. Without these experiences, I would be a diminished version of myself. Something out there makes me whole, and I must visit the nothing I find out there at least once a month. An oil rig and the infrastructure it takes to bring in that shortsighted version of progress is a step in the wrong direction. The land is fragile and we must extend our timelines to protect these places for future generations.  I find value in the blank spaces and that value can not be read on any bottom line.

Thank you for reading,


Drew Ludwig
970-596-6246

BLM_0116553

9/24/2016                       DEPARTMENT OF THE INTERIOR Mail - BLM Uncompahgre Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM Uncompahgre Resource Management Plan
1 message

---

**Russ Gunnard** <r.gunnard@att.net>                                    Wed, Jul 27, 2016 at 10:05 AM
To: uformp@blm.gov

Greetings,

I am opposed to eliminating Target Shooting for it is a safe place and readily available. Target shooting does not harm the environment and should not be eliminated.

Thanks.

R. J. Gunnard
17 Shipmaster Court
Lake Wylie, SC 29710
(803) 831-1292

BLM_0116554

9/24/2016                                    DEPARTMENT OF THE INTERIOR Mail - Target shooting on BLM land



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Target shooting on BLM land
1 message

---

**George Sjaardema** <GnCSjaardema@hotmail.com>                    Wed, Jul 27, 2016 at 11:15 AM
To: "uformp@blm.gov" <uformp@blm.gov>

    Leave the shooting status on BLM land as it is. Enough "progressive politically correct action". We do not want Colorado to become any more like California! If California was so great, stay there!


    Sincerely;

    George Sjaardema

BLM_0116555

9/24/2016          DEPARTMENT OF THE INTERIOR Mail - BLM Extends Comment Period on Management Plan for Public Lands in Southwest Colorado



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM Extends Comment Period on Management Plan for Public Lands in Southwest Colorado

1 message

**Dennis Lineberry <dennis@geoshepard.com>**                                        Wed, Jul 27, 2016 at 11:15 AM
To: uformp@blm.gov

To whom it may concern:

Please don't close public land to target shooting.

Dennis Lineberry

1012 Pinefield Lane

Castle Pines,  CO 80108

DLLineberry@comcast.net

303-978-0337  M303-898-6131

BLM_0116556

9/24/2016         DEPARTMENT OF THE INTERIOR Mail - Comment on plans for public land use in southwest Colorado.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment on plans for public land use in southwest Colorado.
1 message

**Ralph Browning** <browningralph@comcast.net>        Wed, Jul 27, 2016 at 11:19 AM
To: uformp@blm.gov

The land belongs to the Public, that includes me and as an avid gun enthusiast and  recreational shooter, the only place where any gun controls should be imposed on my use of my land is active shooting in developed recreational areas, that must be appropriately identified with signage.

I am not a nut or crazy.  I am an everyday person who objects to over-governmental regulation, but supports requirements that shooters conduct their shooting safely
without endangering other owners of the lands, and cleaning up after themselves to protect our environment.

Thank you for valuing my inputSent from Sandy's iPad Mini

BLM_0116557



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment Period on Management Plan for Public Lands in Southwest Colorado
1 message

**Coy Young** <cmy979@gmail.com>                                    Wed, Jul 27, 2016 at 11:23 AM
To: uformp@blm.gov

My name is Coy Young. I live in Dove Creek, Colorado. I would like to put my comments in on this issue, as far as your proposed alternatives, option A is widely the best option. Although I would personally prefer responsible target shooting not be prohibited anywhere so long as done responsibly and everything is cleaned up. I would be extremely disappointed to see any recreational target shooting be prohibited on any lands that is for public use as that would be encroaching on the people's rights.

Thank you.

BLM_0116558

9/24/2016                                         DEPARTMENT OF THE INTERIOR Mail - BLM



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM
1 message

---

**Lonnie Woods** <lonnie@roadkingshocks.com>                          Wed, Jul 27, 2016 at 11:24 AM
To: "uformp@blm.gov" <uformp@blm.gov>

Plan A is the best plan.


Lonnie Woods



105 Merchant Drive Montrose, CO 81401

Phone (970) 249-1907 Fax (970) 249-8044

www.roadkingshocks.com

---

BLM_0116559



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Management plan for Public lads in Southwest Colorado
1 message

**jscafe@a4isp.com** <jscafe@a4isp.com>                                    Wed, Jul 27, 2016 at 11:31 AM
To: uformp@blm.gov

To whom it may concern:

Our preference is Alternative A.

Sincerely,
James & Starr coffee

BLM_0116560



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM Target Shooting
1 message

**Sam Reeve** <samreeve@gmail.com>                        Wed, Jul 27, 2016 at 11:32 AM
To: uformp@blm.gov

I am writing to support target shooting in the BLM as it is today. Alternative A

Sam Reeve

BLM_0116561

9/24/2016                                    DEPARTMENT OF THE INTERIOR Mail - Public Lands Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Public Lands Comment
1 message

**Scott McIntire** <macword@gmail.com>                          Wed, Jul 27, 2016 at 11:41 AM
To: uformp@blm.gov

RE: Plans for BLM land in Southwestern Colorado

Please keep all BLM lands open for activities, including informal target shooting.  As a resident of Colorado, these lands need to remain open to legal and lawful activities of the general public, which includes shooting sports.  While I personally do not engage in either hunting or other shooting sports, I believe these lands must stay available to those who do.

My request to keep these lands available for target shooting (Alternative A) does not include bona fide and established recreational areas, which should remain closed to shooting and hunting.  But these represent a small number of acres in comparison to the amount of land in Alternatives B, C, and D.

Again, please endeavor to keep our public lands open to the traditional uses that the public enjoys, which includes firearm target practice.

Thank you for listening to the public.

Sincerely,

Scott McIntire
Paonia, CO

BLM_0116562



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Public Comment Uncompahgre Field Office Land Use for SW. Colorado
1 message

**Steve Dann** <steve.dann@centurylink.net>                                    Wed, Jul 27, 2016 at 11:41 AM
To: uformp@blm.gov, gmjones@blm.gov

The Bureau of Land Management's Uncompahgre Field Office has drafted a plan to manage over 675,000 acres of public land for the next 15 to 20 years.  In the draft plan are four management strategies (alternatives) that will affect the future use of the land for hunting, target shooting, and a host of other recreation activities.

I would like to express my support for maintaining the maximum available use for Public Target Shooting and Hunting uses for the affected areas.  I support Alternative A, the no-action or status-quo management strategy, that would continue to prohibit target shooting at developed recreational sites, while making the maximum available area available for target shooting and hunting related activities.  If continuation of Alternative A, is not the public consensus use option, I would support also support Alternative C as a compromise use option.

As Public Funds, particularly those from the Pittman Robertson Act have funded significant recreational opportunities, it seems only fair to ensure that Sportsmen who have provided these funds are allowed to maintain and maximize use of the affected areas.

Steve Dann

10618 Sedgwick Way

Parker, CO. 80134

PH: 303-828-7290

BLM_0116563



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## COMMENT ON SOUTHWESTERN COLORADO LAND USE PLAN

1 message

**Gar** <gar@specialserviceandsupply.com>          Wed, Jul 27, 2016 at 11:49 AM
To: uformp@blm.gov

To Whom it may concern,
As a long time resident of Colorado, a shooter, past law enforcement officer and a hunter I would like to offer my comments on the proposed land use restrictions on Public Lands in Southwestern Colorado. The Constitution under the Second Amendment, as ratified by the Supreme Court in the Heller vs Washington decision guarantees every citizen who has not been convicted of a felony the right to bear arms. To bear arms responsibly, every citizen must practice their shooting skills, to do this requires a place to shoot. A person who practices with a firearm and practices the safety rules makes hunting and shooting safe sports.

Urban development is rapidly gobbling up land that was previously used for shooting sports. The loss of available places to shoot and target practice on Public Land is a severe problem facing shooters and hunters. Loss of use of these lands could eventually place shooting and hunting on an "Endangered Sport" list similar to the Endangered Species List. Loss of these sports jeopardizes a well established American tradition. The future loss of qualified shooters will adversely affect the security of our nation by limiting the number of marksmen available to protect the nation by serving in the military. Therefor I recommend that the BLM adopt their management proposal either Option A or C as they have the least adverse affect on our ability to shoot on these public lands.

Best regards
Gar Williams
P.O. Box 153
Craig, CO. 81626

BLM_0116564

9/24/2016                    DEPARTMENT OF THE INTERIOR Mail - Management Plan for Public Lands In Southwest Colorado



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Management Plan for Public Lands in Southwest Colorado
1 message

**Robert M. Dobbs** <r.dobbs@att.net>                                      Wed, Jul 27, 2016 at 11:51 AM
Reply-To: "Robert M. Dobbs" <r.dobbs@att.net>
To: uformp@blm.gov

It is my firm belief that any other plan other than Alternative A, for the Management Plan for Public Lands in Southwest Colorado would be a gross injustice to Coloradoans.

Thank you.

Robert M. Dobbs.

BLM_0116565

9/24/2016                                    DEPARTMENT OF THE INTERIOR Mail - Target shooting



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Target shooting
1 message

**Morehart, Morgan** <morgan.morehart@aecom.com>                                Wed, Jul 27, 2016 at 11:57 AM
To: "uformp@blm.gov" <uformp@blm.gov>

Target shooting is far more than just hitting a target, we really need this land as is, so we can teach others about **GUN SAFETY** and the Sport of shooting.

Morgan T. Morehart

3589 Zane Grey Loop

Parker, Co 80138

BLM_0116566

9/24/2016                          DEPARTMENT OF THE INTERIOR Mail - Plan opinion



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Plan opinion
1 message

**cody sanders** <sanderstitanpower@hotmail.com>                    Wed, Jul 27, 2016 at 11:58 AM
To: "uformp@blm.gov" <uformp@blm.gov>

My voice is for option a. Don't do anything! Leave our lands public and quit shutting down our land.  Open the roads back up as well. We can't even use them to turkey hunt in the spring. Again let people use their land not the governments.  No one has asked you to save us from us.

Thanks

Cody Sanders

Sent from my iPhone

BLM_0116567



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## target shooting in uncompagre
1 message

**pete@acmeliquor.com** <pete@acmeliquor.com>                    Wed, Jul 27, 2016 at 12:15 PM
To: uformp@blm.gov

I am a supporter of target shooting on public lands and recreational areas.  I please request that either no changes are made to the target shooting areas, or they are expanded.  Thank you for your time.

sincerely,

Peter Cook

BLM_0116568



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment period re: target shooting

1 message

**Magnum <magnum@heavilyarmedhiking.com>**                    Wed, Jul 27, 2016 at 12:27 PM
To: uformp@blm.gov

   I would like to cast my vote for option A, the keep as is plan and to not alter the existing rules. There is very few places
   which allow shooting to occur and I do not wish to see any additional restrictions added.

BLM_0116569



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Shooting areas
1 message

**Glenn Van Oss** <glenn@vanoss.com>                          Wed, Jul 27, 2016 at 12:31 PM
To: uformp@blm.gov

Please consider my request for Plan A, as I would not like to see any additional restrictions placed on land use. Target shooting is often times a non-disruptive activity, and when done responsibly there is no lasting impact for the land.  If any change is to be made, I would fully support strong enforcement of the existing rules and regulations concerning that appropriate use of targets and such.

Thanks

BLM_0116570



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# Vote

1 message

**Jacqueline** <prrhoti@aol.com>                                    Wed, Jul 27, 2016 at 12:53 PM
To: uformp@blm.gov

I vote for plan "B" to make target shooting available  on BLM Uncompahgre land management.
Thank you
Jackie Larson

Sent from my iPhone

BLM_0116571

9/29/2016                         DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

___

## Uncompahgre Management Plan
1 message

___

**Elizabeth Germain** <cometinco@msn.com>                         Wed, Jul 27, 2016 at 12:31 PM
To: "uformp@blm.gov" <uformp@blm.gov>

I want to see Alternative A, everything remains as is, selected.  These are public lands and all recreational uses should
be available and welcomed.  The land should be open for target shooting, except for developed recreational sites.

Thank You
Allen Germain
Denver, Co.

MAKE AMERICA GREAT AGAIN.

BLM_0116572



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Management Plan for Public Lands
1 message

**Mark Schuler** <schulermg@gmail.com>                                    Wed, Jul 27, 2016 at 12:34 PM
To: uformp@blm.gov

Dear BLM,

As a six-year Search and Rescue volunteer, a long-time resident of Colorado, and a hunter, I have a deep love of Colorado's natural resources.  After reviewing your Management Plan for Public Lands options, I strongly urge you to adopt Plan A.  That is, the status quo plan that allows target shooting in all non-developed recreational sites.

Thank you for considering my input.

Mark Schuler

schulermg@gmail.com

BLM_0116573



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Public Lands Management Plan

1 message

**Ron Gilley** <rongilley@frontier.net>                                    Wed, Jul 27, 2016 at 12:59 PM
To: uformp@blm.gov

To whom it may concern,

As a resident of Colorado and avid outdoorsman, I strongly believe the existing management guidelines for public lands are more than adequate.  Therefore, I would encourage you to support continuation of existing plans by supporting Alternative "A".

Ron Gilley

BLM_0116574



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment Period on Management Plan for Public Lands in Southwest Colorado
1 message

**Andrea Borghi** <andreab@compuserve.com>                    Wed, Jul 27, 2016 at 1:01 PM
To: uformp@blm.gov

Could you please choose Alternative B or C?

Target shooting is important to allow citizen to practice firearms handling.

Right now it is more important than ever allow law abiding citizen to practice.


Thanks


Andrea Borghi

BLM_0116575



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Planning: Uncompahgre RMP

1 message

**Ron Mansour** <rm4news@gmail.com>                          Wed, Jul 27, 2016 at 7:54 PM
To: uformp@blm.gov

Hello,

I would like to submit my comments regarding future planning of the Uncompahgre area. I am both a citizen of Colorado and a firearms owner. I enjoy both hunting and recreational shooting. I hope that our ability to enjoy our firearms in a recreational manner will not be hindered in the reduction of available shooting areas. I hope I will be able to use the Uncompagre area for recreational shooting the the future.

Thank you for your time.

BLM_0116576



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## SW Colorado Management Plan
1 message

**yammymonkey** <yammymonkey@aim.com>                     Wed, Jul 27, 2016 at 9:51 PM
To: uformp@blm.gov

As a Colorado resident, and frequent user of BLM and other public lands, I support your option A for the lands in SW Colorado.

Thanks,
Mike Erickson


Sent from my Verizon, Samsung Galaxy smartphone

BLM_0116577

Case No. 1:20-cv-02484-MSK    Document 63-5    filed 04/28/21    USDC Colorado    pg 120 of 145

9/30/2016            DEPARTMENT OF THE INTERIOR Mail - Fwd: BLM Extends Comment Period on Management Plan for Public Lands In Southwest Colorado



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: BLM Extends Comment Period on Management Plan for Public Lands in Southwest Colorado
1 message

**beldohr1@aim.com** <beldohr1@aim.com>                                    Wed, Jul 27, 2016 at 1:24 PM
To: ufomp@blm.gov

To the Bureau of Land Management's Uncompahgre Field Office,
As a concerned citizen I am sending you my comments on your plan to restrict target shooting on Public Land in Southwest Colorado. The last ten years have seen a steady decline on the places where an average citizen can go to legally shoot, not for hunting, but just for practice and recreational shooting. Most of the gun ranges have been shut down by subdivisions that build right next to an existing gun range and then complain about the shooting. Now you are removing one of the last places where we can go. You say you are still leaving some places for recreational shooting but all of these places require driving for hours and hours to get to them. We NEED some places left where we can go NEAR our city centers. This is where most people live, not 50 miles into the back woods. Also these places need to have LONG range shooting, up to 500 yards or more, not just 25 yard pistol ranges and 100 yard rifle ranges. If you give us some place to go legally most of us will, but if there is NO places left to go legally we will still go shooting anyway.

-----Original Message-----
From: NRA-ILA <admin@nramedia.org>
To: BELDOHR1 <BELDOHR1@netscape.net>
Sent: Wed, Jul 27, 2016 11:01 am
Subject: BLM Extends Comment Period on Management Plan for Public Lands in Southwest Colorado

view the web version of this email



# BLM Extends Comment Period on Management Plan for Public Lands in Southwest Colorado

BLM_0116578

9/30/2016       DEPARTMENT OF THE INTERIOR Mail - Fwd: BLM Extends Comment Period on Management Plan for Public Lands in Southwest Colorado



The Bureau of Land Management's Uncompahgre Field Office has drafted a plan to manage over 675,000 acres of public land for the next 15 to 20 years.  In the draft plan are four management strategies (alternatives) that will affect the future use of the land for hunting, target shooting, and a host of other recreation activities.  The plan does not affect hunting; however, each of the alternatives would close acreage to target shooting.

Alternative A, the no-action or status-quo management strategy, would continue to prohibit target shooting at developed recreational sites.  Slightly over 2,000 acres are affected. Alternative B would close nearly 250,000 acres, or well over half of the planning area, to target shooting.  Alternative C is the same as  Alternative A with respect to target shooting. Alternative D, which is the BLM's preferred management strategy, would close nearly 70,000 acres to target shooting.

The BLM has extended the comment period to November 1st.  Comments may be submitted by email to T or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO  81401.

The draft plan is available at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html ( or www.uformp.com).  For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at gmjones@blm.gov or (970) 240-5300.

If these public lands are important places where you recreate, please submit your comments to the BLM letting the agency know what lands you believe should remain open to target shooting that are being proposed for closure.  There are many competing recreational interests so the future of target shooting totally depends on its importance to you as a local shooter and/or hunter and how involved you become in this planning process.

BLM_0116579

Case No. 1:20-cv-02484-MSK   Document 63-5   filed 04/28/21   USDC Colorado   pg 122 of 145

9/30/2016          DEPARTMENT OF THE INTERIOR Mail - Fwd: BLM Extends Comment Period on Management Plan for Public Lands in Southwest Colorado



**FOLLOW NRA-ILA**



© 2016 National Rifle Association of America, Institute For Legislative Action. To contact NRA-ILA call 800-392-8683. Address: 11250 Waples Mill Road Fairfax, Virginia 22030.
Please do not reply to this email.
Unsubscribe from this email list | Manage your email preferences
Thank you!

BLM_0116580

9/29/2016                           DEPARTMENT OF THE INTERIOR Mail - Constitution Violation



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Constitution Violation
1 message

---

**Ronald Dixon** <occrad@centurytel.net>                           Thu, Jul 28, 2016 at 12:14 AM
To: uformp@blm.gov

Restore all 2nd Amendment Rights as guaranteed by the U.S. Constitution!

BLM_0116581



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: TARGET SHOUTING
1 message

**Jones, Gina** <gmjones@blm.gov>                                      Thu, Jul 28, 2016 at 8:11 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

———— Forwarded message ————
From: **Dale Kinkade** <kvhp@msn.com>
Date: Wed, Jul 27, 2016 at 4:33 PM
Subject: TARGET SHOUTING
To: gmjones@blm.gov

As a tax paying citisen and gun lover I believe I have as much right to use this land for my enjoyment as any one else.
I believe we need to  keep safty as top priority when we are in the field. Safty should also be first priority for bikers
flying down trails with blind corners where there could be hickers( families with young kids),this is just as dangerous.
This land is for all our enjoyment and NO ONE SHOULD HAVE THE RIGHT TO ENPOSE THEIR RIGHTS OVER
MY RIGHTS

--
*Gina Jones*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

BLM_0116582



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# Open
1 message

**Jamie sorensen** <jsorensen888@gmail.com>                              Thu, Jul 28, 2016 at 8:53 AM
To: ufomp@blm.gov

Please leave as much as you can open to shooting.  Now more than ever we need to be armed and proficient to stop terrorist attacks.
Thank you

BLM_0116583



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Closing acreage to target shooting on public lands in southwest Colorado.

1 message

**LandL R** <larlorcha@live.com>                                     Thu, Jul 28, 2016 at 9:15 AM
To: "uformp@blm.gov" <uformp@blm.gov>

Public land should not be prohibited for the use of target shooting.

We the people have the right to use public land for target shooting.


Regards Larry Rerucha


Sent from Mail for Windows 10

BLM_0116584

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Recreational Land Use for Target Shooting



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Recreational Land Use for Target Shooting

1 message

**Mike Bryant** <unklemikesbbq@gmail.com>                  Thu, Jul 28, 2016 at 10:28 AM
To: uformp@blm.gov

Hello,

I'm not sure what the comment form is, but I would like to request no additional closures to target shooting in Colorado.

As a recent citizen of Colorado, I've been very disappointed with the availability of affordable locations to train in practical shooting. It is necessary for anyone who carries a handgun for self defense, to train with it regularly. Without training and practice, we become less safe.

Most ranges in Colorado Springs only allow simple target shooting. Point ting a gun straight down a lane at a circle is not practical training for defense. The only way for lower income citizens to train for practical defense scenarios in Colorado Springs, is to go to nonrestricted land. It's very difficult to find these places already.

Please do not send the message that poor people can't afford the right to defend themselves from violent attackers. Allow us to get the practice we need in a safe environment. Do not further restrict our ability to practice safely.

Thank you,

Michael Bryant
Colorado Springs, CO 80951
–
Mike
www.fifty12.com

BLM_0116585



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## closures
1 message

**john schnaderbeck** <johnny149169@yahoo.com>                    Thu, Jul 28, 2016 at 8:32 PM
Reply-To: "johnny149169@yahoo.com" <johnny149169@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

Do nothing but keep shooting areas open in OUR National Forests which you maintain for the people.
John Schnaderbeck

Sent from Yahoo Mail on Android

BLM_0116586



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM management plan
1 message

---

**jebsta@q.com** <jebsta@q.com>             Fri, Jul 29, 2016 at 6:02 AM
To: uformp@blm.gov

To Whom it Man Concern,

The current plan that is in place where shooting is prohibited in developed recreational sites sufficiently protects the public.  Laws about littering if enforced can stop the shooting of garbage and then illegally leaving it.   If someone breaks the law or shoots carelessly and hurts someone they need to be prosecuted, just as they would if they hurt someone while driving or other activities.

It seems there are always those who want to take freedoms away and make new laws instead of enforcing the ones that are already in place.

As a shooter I am aware of the dangers of a bullet shot in a careless direction.  I am aware of the "dumps" that some shooter cause by taking things onto public lands and shooting them and then leaving them.  I am aware that shooting makes some people nervous.  I am also aware that there are already laws in place that already address these problems.  We don't need to shut down our lands to stop them but just inforce the laws that are already in place.

If the laws in place are not enforced what good will it do the make new ones except to stop those of us who are responsible shooters; those who are breaking the laws now are still going to break the new laws you put in place and the same problems will still be there.

Don't punish all for a few bad people.

Thank you,

Mike Coombs

BLM_0116587

9/30/2016                                      DEPARTMENT OF THE INTERIOR Mail - Fwd: Alternative "A" Please!



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Fwd: Alternative "A" Please!
1 message

---

**Jones, Gina** <gmjones@blm.gov>                                         Fri, Jul 29, 2016 at 8:43 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

———— Forwarded message ————
From: **boulos ayad** <boulosayad@gmail.com>
Date: Fri, Jul 29, 2016 at 1:58 AM
Subject: Alternative "A" Please!
To: gmjones@blm.gov

Please continue to make public lands available to the shooting sports as they are an important part of our heritage and a foundation of our freedoms. Constitutionally enshrined activities must be promoted & not just "allowed" on all federal land.

Warm Regards,

Boulos Ayad
1571 Arapahoe Dr.
Florissant, CO. 80816

720-270-9257


--
*Gina Jones*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

BLM_0116588

July 29, 2016

To BLM

I am writing to express my opposition to oil and gas and fracking development.

I live on a farm in the North Fork Valley. I live on the same farm my folks bought in 1963. I have lived here my entire life. So I have seen many changes some good. Some not so good. Drilling will be disastrous. This Valley is so beautiful and unique. We have 56 organic farms in Delta County. The most in the state. I raise organic herbs to sell and I have dairy goats chickens and geese.

If you drill here you jeopardize our way of life and health. We don't want our food and water polluted. Tourists are not going to want to come and see a bunch of oil and gas wells. So this will have an adverse affect on our economy. It will totally trash our beautiful valley. So I hope your greed will not overcome you & you will reconsider drilling here. Thank you for taking the time to read my letter.

Sincerely

Mary Stahl

13647-3740 Road

Hotchkiss, Co   81419

July 29, 2016

To BLM or Barb Sharrow

I am writing to express my opposition to oil and gas and fracking development.

I live on a farm in the North Fork Valley. I live on the same farm my folks bought in 1963. I have lived here my entire life. So I have seen many changes some good. Some not so good. Drilling will be disastrous. This Valley is so beautiful and unique. We have 56 organic farms in Delta County. The most in the state. I raise organic herbs to sell and I have dairy goats chickens and geese.

If you drill here you jepordize our way of life and health. We dont want our food and water polluted. Tourists are not going to want to come and see a bunch of oil and gas wells. So this will have an adverse affect on our economy. It will totally trash our beautiful Valley. So I hope your greed will not overcome you & you will reconsider drilling here. Thank you for taking the time to read my letter.

Sincerely
Mary Stahe
13647-3740 Road
Hotchkiss, Co 81419

9/30/2016                                          DEPARTMENT OF THE INTERIOR Mail - Target shooting land



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Target shooting land
1 message

---

**Donna Maniscalco** <bwalchok@centurylink.net>                     Sat, Jul 30, 2016 at 7:18 AM
To: "uformp@blm.gov" <uformp@blm.gov>

Please consider all recreational activities in the decision to restrict land use. Leave land for target shooting. No closing of shooting range sites.

BLM_0116591



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompaghre plateau

1 message

**LTA** <redtail@outdrs.net>                                     Sat, Jul 30, 2016 at 11:34 AM
To: uformp@blm.gov

Leave it alone. You don't manage lands..all you do is close off our public lands. Our land surely does not need a bunch
of beaurocrats trying to " manage " something they have no idea how to manage. Stay away...we don't need you here.
Sent from my iPad

BLM_0116592



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comment on Land Use Alternatives
1 message

---

**Ron Bruce** <st8cop@centurytel.net>                                Sat, Jul 30, 2016 at 8:13 PM
To: uformp@blm.gov

I and my staff prefer Alternative "A".  We find the others as absolutely unacceptable.


Respectfully,

Ronald B. Bruce, Hinsdale County Sheriff's Office, 311 N. Henson St. (PO Box 127), Lake City, CO 81235

www.hinsdalecountysheriff.com

BLM_0116593



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# BLM land south west Colorado
1 message

---

**Knox, Michael D.** <Michael.Knox@encana.com>                                    Mon, Aug 1, 2016 at 9:25 AM
To: "uformp@blm.gov" <uformp@blm.gov>

Public lands are owned by the people not the BLM.  I understand restricting target shooting around developed recreation sites, but to close thousands of acres is wrong.

Do not close these lands.

Get Outlook for iOS

---

BLM_0116594

9/30/2016                                    DEPARTMENT OF THE INTERIOR Mail - Land Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Land Management Plan
1 message

**wilddog99@aol.com** <wilddog99@aol.com>                              Mon, Aug 1, 2016 at 10:08 AM
To: uformp@blm.gov

Dear Sirs/Madam:

Please use Plan "A" for the future of Southern Colorado. Add no more acreage that is prohibited from target shooting. I use this area regularly and own property in Costilla County. We have more than enough regulation already. Please let us use the area that we pay for, in ways that we can enjoy it responsibly. In fact, I request that areas be constructed to encourage responsible target shooting, (similar to the range at the Pawnee Recreational Area in Northern Colorado). in the BLM areas in Southern Colorado (In the Blanca/ San Luis area would be excellent!). The Pawnee shooting area has become a great place to make new friends and to learn techniques of becoming better at a hobby that I enjoy (target shooting). You will know when I am using the Pawnee Recreational Shooting Area, because I am the guy that after I shoot - I bring out the rake and clean it up. I like to leave it better than I found it for others. Every time I start cleaning, others always pitch in - and soon it ends up looking like a whole work crew is there. I only get to go two or three times a year, but it is a great time.

Thank You!

Sincerely,
David Baldwin

BLM_0116595



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment
1 message

---

**Kevin Baldwin** <shotgunshack@q.com>                                    Mon, Aug 1, 2016 at 8:38 PM
To: uformp@blm.gov

Do not close down any more roads/trails to motorized vehicles.  I am tired of these groups depriving people access to public lands.  Many people have health problems that are not their fault and these health problems keep them from accessing Colorado's beauty without a motorized vehicle.  Colorado should be accessible to all Americans with or without a motorized vehicle.  This state is not for the elite only who have money and continually sue and force government to do what they want.

Regards,

Kevin Baldwin
Silverton, CO

"You cannot bring about prosperity by discouraging thrift. You cannot strengthen the weak by weakening the strong.  You cannot help the poor man by destroying the rich.  You cannot further the brotherhood of man by inciting class hatred.  You cannot build character and courage by taking away man's initiative and independence.  You cannot help small men by tearing down big men. You cannot lift the wage earner by pulling down the wage payer.  You cannot keep out of trouble by spending more than your income.  You cannot establish security on borrowed money.  You cannot help men permanently by doing for them what they will not do for themselves." Unknown

BLM_0116596

August 6 2016

I am a recent immigrant to the North Fork Valley, specifically Lawn from Mesa, just outside Paonia. I am a retired physician. This drew me an official reason I chose the Paonia area. Because we wanted to be a part of the largest collection of organic farms in Colorado. We decided its better odds to find a property with adequate water and the As you know, the North Fork Valley is in essence high desert and the only potable due to irrigation. Between Hotchkiss and Delta and Between Delta and Grand Junction, it is obvious what the area would look like without irrigation. Water is the most precious resource to the North Fork Valley and we must not risk contamination due to oil and gas drilling. The oil and gas industry has reportedly claimed that the water used by hydraulic fracturing disposed of safely and without guarantees of treatment. Still, suspecting the opposite have already been made in Wyoming, West Virginia and Texas. This is readily evident concerning the toxics contain studies that such prevent me from considering within with the second in a well evidence that shutting was devastated common sense almost with stayed water of organic farms I support the banning of oil and gas drilling in the North Fork Valley. However, I fully

understand our need to remain energy independent. If BLM land is open to oil and gas leases, I support the North Fork Alternative B1. None of the other proposals are acceptable to me. Please don't ruin one of Colorado's greatest resources for a small amount of additional oil and gas.

Thank you for extending the comment period.

J. Scott Milvenan, M.D.
14099 Thompson Rd
Paonia, CO 81428

BLM_0116598



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

---

# Fate of Jumbo Mountain and surrounding lands

1 message

---

**liz lilien** <lisel@paonia.com>
To: uformp@blm.gov
Cc: info@theconservatiocenter.org

Tue, Aug 2, 2016 at 10:52 AM

To Whom It May Concern:

I have lived in Crawford, Colorado since 1980. Moving here from New Jersey for the lifestyle, pristine scenery, community feeling, outdoor trails and healthier environment. Slowly some of these amenities are being removed for the profits and leasing to oil and gas, extensive recreation management, ignoring ecological balance and poor management of public lands. The fate of Jumbo Mountain and surrounding lands recreation area is important to me and the rest of the community it serves. This recreational resource is a treasure because of its value not only to human values but for the unique winter habitat of wild life. The removal of all oil and gas leasing on these lands and all BLM land on and surrounding Jumbo Mountain is dire due to the negative effects on air quality, water quality, habitat impacts, views, to name a few. I think limiting non-motorized travel except on designated trails, and proclaiming Jumbo Mountain off limits to target shooting is something to be implemented. I urge the BLM's Resource management plan to designate Jumbo Mountain and surrounding lands as an Ecological Emphasis Area, as a Special Recreation Management Area, and to recognize the Jumbo Mountain trail network as a sanctuary for hiking, running, biking, horseback riding, or just sitting and enjoying the remarkable scenery.

Very sincerely yours,
Elizabeth Lilien
39173 Highway 92
Crawford, Colorado 81415

BLM_0116599

9/30/2016                DEPARTMENT OF THE INTERIOR Mail - Target Shooting On Public Lands - SW Colorado BLM - Public Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Target Shooting On Public Lands - SW Colorado BLM - Public Comment
1 message

**gscottjackson@reagan.com** <gscottjackson@reagan.com>          Tue, Aug 2, 2016 at 3:23 PM
To: uformp@blm.gov

Dear Sir or Madam:

Outdoor shooting on public lands is not only an American institution, it is also a right.  Please, do not invoke a plan that will further abridge the public lands available for this time honored tradition.

Sincerely,

G. Scott Jackson
270 E. Stirrup Trail
Monument, CO 80132
719-322-2850

BLM_0116600

9/30/2016                                    DEPARTMENT OF THE INTERIOR Mail - Uncompahgre RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre RMP
1 message

**Jackson, Austin** <ajackson16@law.du.edu>                    Tue, Aug 2, 2016 at 3:53 PM
To: "uformrp@blm.gov" <uformrp@blm.gov>

To Whom It May Concern:


I am writing this email to comment on the proposed land management plan for Uncompahgre. I am an avid hunter and outdoors-man who loves the vast resources and public lands that Colorado has to offer, especially when it comes to places where I can hunt and shoot. As a result, I implore your office and the BLM as a whole, to reject the portion of your current plan that would close roughly 70,000 acres to hunting and shooting sports. While I appreciate the general intent of conservation, I do not believe that hunting and conservation are mutually exclusive, rather I believe that hunting is a method of conservation. Moreover, taking away such a large portion of hunting area would put a much larger pressure on other hunting areas and have a negative impact on various other ecosystems. So, while the Uncompahgre area may experience some benefits (for argument's sake), other areas of the state will be over-harvested and over-used compared to their current levels, thereby exacerbating whatever perceived negative effects are occurring in Uncompahgre in other areas of the state.


As a proud Coloradan, I cannot and do not support the proposed land management plan for Uncompahgre and ask that your office not close any areas to hunting and shooting in the area affected by your new land management plan.


Sincerely,


Austin G. Jackson
J.D. Law Clerk
Ajackson16@law.du.edu
(719) 352-5184

BLM_0116601

9/30/2016                                    DEPARTMENT OF THE INTERIOR Mail - Land Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Land Management Plan
1 message

---

**Samantha Jackson** <samanthaljackson17@gmail.com>                    Wed, Aug 3, 2016 at 8:40 AM
To: uformp@blm.gov

Good morning! I would like to give you my thoughts about the new land management plan you are considering. I would request that you refrain from this plan as it is abridges the abilities of lawful citizens to utilize almost 70,000 acres of land for hunting and shooting, as well as other outdoor activities.

Thank you for your time!


Sincerely,
Samantha Jackson

Sent from my iPhone

BLM_0116602

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments for Area between Spring Canyon Rim and 90 rd.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Comments for Area between Spring Canyon Rim and 90 rd.

1 message

---

**daniel stright** <dstright@yahoo.com>                                    Wed, Aug 3, 2016 at 1:23 PM
Reply-To: daniel stright <dstright@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

Please see attached files.

---

**2 attachments**

 **RMP Comments-BLM SW of BH-aug 3-16.pdf**
1127K

 **OPR_final.zip**
13K

BLM_0116603