Aug 3, 2016

Daniel Stright
18151 Puma Trail
Montrose Co 81403

RE: Comments relating to an unremarkable ≈10 sq mi area  of BLM SW of Beaver Hill Subdivision
bounded by Spring Canyon (SE), 90 RD (NW) and private property on the NE and SW.

Comments on BLM's findings:

1.  In the RMP, this area is identified as a target shooting area.  There is a residence about 140 ft to
    the east of the BLM boundary.  There is a potential safety issue if target shooting is allowed by
    the RMP in this area.



Figure 2-79:   Alternative D: No Target Shooting Areas



2. In the NW ¼ of sec 28-48N-10W there is a public road on private property shown on the RMP maps. This road is also shown on MC road maps.  In the Dry creek travel plan this section of road is shown as closed and on-the-ground signage states that the trail is closed at the private property boundary. My understanding is that this trail was created during earlier chaining and is, in fact, not legal public access.  The trail is currently blocked and signed  no trespassing.  I believe that the Dry Creek Travel Plan recommended the rerouting of this access to the west of the private property.



BLM_0116605

3. In the RMP draft there are no seasonal closures in the subject  10 sq mi area. In June 2016, Montrose County reached agreement with affected Beaver Hill landowners to open Old Paradox Road as an unmaintained trail for ATVs and high clearance OHVs. The trail connects with Old Paradox Road on BLM in SE ¼ Sec 21-48N-10W, parallels the canyons, travels in deep soils in the bottom of some major drainages, and aligns with the dip of the surface topography.  The trail will erode with use (soil disturbance) and heavy rains.  In addition, this area is identified by CPW (on private and public lands) as critical mule deer wintering range and as a major mule deer migration pathway.  As a result, the BOCC agreed to impose gated seasonal closures of this trail where it crosses the Beaver Hill Subdivision (at the BLM boundary and at the intersection with Paradox Trail.  The dates of the closures are to be determined.  The trail has been surveyed and constructed, and a recorded easement has been dedicated to Montrose County.  A shape file from MC GIS of this survey is attached to this email.



Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation.  In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.


Yours Sincerely,


Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

ⁱ|ⁱⁱ|ⁱ|ⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱ|ⁱ|ⁱ|ⁱ|ⁱ|ⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱⁱ|ⁱ|ⁱⁱⁱⁱ|ⁱ|ⁱⁱ|ⁱⁱ|ⁱⁱⁱⁱⁱ|ⁱ|ⁱⁱⁱ

B14018543E

RECEIVED

AUG 3 2016

UNCOMPAHGRE FIELD OFFICE

Dana Wilson
Bureau of Land Management
2465 S. Townsend Ave
Montrose, CO 81401

GRAND JUNCTION CO 815

02 AUG 2016 PM 2 L

USA FOREVER

Erica Petland
6468 Surrey Rd
Cdale, CO 81623

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Fwd: SW Colorado Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: SW Colorado Management Plan
1 message

**Wilson, Dana <dmwilson@blm.gov>**                    Thu, Aug 4, 2016 at 1:49 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

> **Dana Wilson**
> Field Manager, Acting
> Bureau of Land Management - Colorado
> Uncompahgre Field Office - Montrose
> ph: 970.240.5338/cell: 916.261.4786
> dmwilson@blm.gov
>
> ———— Forwarded message ————
> From: **Info, BLM_CO** <blm_co_info@blm.gov>
> Date: Thu, Jul 28, 2016 at 3:32 PM
> Subject: Fwd: SW Colorado Management Plan
> To: Dana Wilson <dmwilson@blm.gov>
>
>
> FYI
> ———— Forwarded message ————
> From: **darynne jessler** <darynnej@yahoo.com>
> Date: Thu, Jul 28, 2016 at 3:13 PM
> Subject: SW Colorado Management Plan
> To: "blm_co_info@blm.gov" <blm_co_info@blm.gov>
>
>
> Dear BLM,
>
> As a property owner in the state of Colorado I feel it is imperative that we preserve all the striking
> landscapes of it's south west. The BLM should allow development on very little, if any, of it.
>
> Local communities benefit greatly from the support of hunters and other outdoor enthusiasts. BLM
> estimates that some 500,000 people visit the Uncompahgre Field Office area for recreational
> purposes each year. These visits are an integral piece of the state's economy, with $275 million
> spent annually by people engaging in quiet (nonmotorized) recreational activities in communities
> within 50 miles of recreation sites on BLM lands
>
> Places such as the lower Tabeguache Area, the Camel Back Wilderness Study Area, and the
> Dolores River Canyon Wilderness Study Area addition, for example, are wild and remote public
> lands deserving management that would keep them as they are: accessible to hikers,
> backpackers, sportsmen and women, and others who enjoy these places in low-impact ways.
>
> Thank you.
> Darynne Jessler
> Valley Village CA 91607
>
>
>
> --
> BLM-COSO-Information Access Center
> 2850 Youngfield St
> Lakewood Co 80215

BLM_0116609

303-239-3600

BLM_0116610

9/30/2016                           DEPARTMENT OF THE INTERIOR Mail - Concerning The Future For Acreage For Shooting:



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# Concerning The Future For Acreage For Shooting:
1 message

**Ellen Davis** <ellen.jackson.davis@gmail.com>                           Thu, Aug 4, 2016 at 2:25 PM
To: uformp@blm.gov

Hello,

I hope you are all doing well.

My name is Ellen Davis, I am 22 years old, a life long shooter and a new mother. I have lived in Colorado since 1995. I am writing this letter concerning the target shooting acreage the BLM is discussing closing in Colorado.

Through out that time, I have seen a great deal of positive changes in the large community. It is truly incredible how much Colorado has multiplied in population, and grown business wise in such a small amount of time.

A few of these businesses and people that have come here include multiple shooting ranges, gun stores, gun smith shops, gun safety and training courses, and hunting. All of which have been a great contribution to the community in ways that not only include the utilization of the Second Amendment by American Citizens, but also a great way of stimulating the economy, and building a more connected and equally knowledgeable community. These staples for our community show the importance of outdoor shooting ranges. The acreage that the BLM is considering closing that is normally used for target shooting, is essential to the state of Colorado.

For the Colorado citizens who choose to carry or use guns this land is very important. It provides the citizens with the opportunity to use their right to bear arms. Hence, it is necessary to have lots of practice, that way each citizen choosing to carry a gun may confidentially do so.

Colorado has a history of providing its citizens with a strong second amendment. In 2013 El Paso County Commissioners opposed President Barrack Obama's 23 Executive Orders by passing a resolution to challenge them. They as well as  sheriffs in El Paso, Garfield, Larimer and Weld counties announced that they would stand by the people of Colorado and NOT enforce President Barrack Obama's orders because they were against the Constitution of Colorado and the Constitution of the United States Of America. Lets continue with Colorado's past history and support Colorado citizens second amendment and still make it easily accessible to practice shooting.

Please think of the possibilities that will arise to help the state of Colorado and most importantly the representation of the right to bear arms in the United States of America. It is truly incredible what our the ancestors of the citizens of the USA went through to fight for our rights. Which is why it is important for the children of these ancestors to exercise ALL of their amendments, ESPECIALLY the second amendment.

Thank you for your time, enjoy the rest of your summer.

Sincerely,

Ellen J. Davis

BLM_0116611

9/30/2016 DEPARTMENT OF THE INTERIOR Mail - designate Jumbo SRMA and B1



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## designate Jumbo SRMA and B1
1 message

**Tom Hanel** <btomhanel@gmail.com>                   Fri, Aug 5, 2016 at 12:45 PM
To: uformp@blm.gov

I have lived on my 40 acres just east of Paonia since 1982. We border BLM and Mtn. Coal property.
My wife and I have hiked, biked and done horse riding for many years on Jumbo.
I started mtn. biking on Jumbo @ 2000-2001 and have seen it grow tremendously especially in the last 9 years. I still ride daily, weather permitting, and never fail to see parked cars at the somewhat temporary access at the top of Pan American in apple valley subdivision.

   A community needs quality, accessible hiking/biking trails. I have allowed the public to go thru our property on two well used trails and have seen how popular the many quiet and secluded trails have become. From the eagles nests up above the 7,000' jumbo traverse trail to the many miles of flowing smooth dirt singletrack below I have seen people of all ages enjoy hiking, trail running, dog walking, wild flower counting and even the PHS crosscountry team training. It is time these trails be recognized by the BLM and be protected to the max as a recreation area; and the single paths be preserved. I am a member of COPMOBA and an advocate of multi use. Mountain biking is a fast growing popular activity that involves families as well as weekend warriors. It has been fun to watch my now 13 yr old grandson fall in love with it and see dads and moms out with their kids.

   I urge you to please designate Jumbo SRMA and B1.

Thanks Tom Hanel

527-4656

BLM_0116612

Scanned
00 23 42

Aug 8th, 2016

Dana Wilson

As a citizen of this great country, the United States of America, our country has been built on the individual voice, the individual vote and our ability to fight for our rights. We have the right to have clean water, clean air and healthy food. The North fork valley provides organic food to the entire state of Co.

A personal experience of mine was hiking on Jumbo mountain with friends on my 55th b-day. We were able to clearly see Eagles nest with the amazing golden eagles that have lived in the cliffs for ten years that I know of. Seeing their fledglings emerging from their nest was one of the most amazing things I've seen

NOV 0 1 2016

BLM_0116613

in my life.

#1   I support 100% no lease

#2   NFV alternative B1

Water is the most important resource for life and any society that will even consider polluting the water Source is a doomed society.

Sincerely, Julie Chambers

Keep our food and WATER FRACK FREE PLEASE!!

14050 Hillcrest dr
Paonia, Co   81428

BLM_0116614

Scanned
0027 ½

August 8, 2016

Dear BLM,

I am a concerned resident of the North Fork Valley. I live in Paonia next to the North fork of the Gunnison. The reason I live here is the pristine qualities of the area, the clean air, clean water, the ability to grow organic food. I use the irrigation water to grow my garden and as a result anything that may pollute the North Fork valley watershed, will pollute my garden and my food. Any gas or oil extraction above or in the North Fork Valley watershed is risking polluting our irrigation water. I do not believe it is worth risking polluting our irrigation and drinking water as well as our air quality. I believe the effects on air quality were missed in the BLM RMP. We are already exceeding the EPA's Allowed amount of emissions of 70 parts per million. What will be added to that if you allow gas + oil leasing in the Valley?

I support a no lease alternative to the BLM · RMP

I also support turning the Jumbo Mountain land area into a special Recreation Management area

Thank you for considering my comments
Clinton Terhune

08-03-2016

0116⊗P

I live in Paonia, in Western CO's North Fork Valley. I moved here 8 years ago after feeling ill as a downwinder from Silt & Rifle. Headaches, Nausea, and Bronchial irritation Drove me to move here. Since I arrived in '08, all those problems have ended.

Now I see your 30 year proposals for oil & gas Allowances here, directly threatening the Pristine air, water & Quality of Life here, that many, including Myself have Relocated here to Retire in health. I am an adamant supporter of NO Leases in the NFV. !! At. if BLM is saying you must choose or we will for you, I'd go with the North Fork Alternative - B1, as it is the only one that Considers what we have & the protections we are entitled to as the people who actually reside here. Please Don't ruin my life & Lifestyle with a decision from folks who don't Live here on Know of the Uniquity of this Area, the Organic, farm fresh food, The Burgeoning

Resilient Economy, the clean Air and unpolluted Waters & Food. there is millions of tons of Gas Elsewhere, Across the Nation that is already Tapped, enough for Thousands of years supply. It is senseless to frack the NFV just for spite & Control.

Please, Make a decision that will Let you sleep good at night Knowing that you have not contributed the Risky - and possible Ruination of this very special piece of America.

Love,

Robert Wright
- Paonia Resident & Patron

Robert Wright
GO
Bonid, 81428

GRAND JUNCTION CO 815

31 OCT 2016 PM 1 T

UFO RMP
uncompahgre field office
2965 S. Townsend Av
Montrose, CO
81401

BLM_0116618

August 08, 2016

0182

Dana Wilson, Uncompahgre Field Office Manager
Uncompahgre Field Office, Bureau of Land Management
2465 South Townsend Avenue
Montrose, Colorado 81401

Re: Resource Management Plan Revision.

Dear Ms. Wilson:

I have been a climate crisis activist since 2005, the year of Hurricane Katrina as well as the year I became a grandmother. I am deeply concerned about the future of Earth's climate system and whether or not it will remain habitable for human life in the future so that my granddaughter and her generation will have a chance to survive. There is nothing in the Draft BLM RMP on the climate impacts of expanded fossil-fuel extraction if it were allowed in the North Fork Valley in the next 30 years. There is no data in the plan on subsequent greenhouse gas emissions from oil & gas development and how they will contribute to continued global warming. There is also nothing in the RMP calling for the development of renewable

-2-

wind & solar power, which would allow us to keep the dirty hydrocarbons in the ground and drastically reduce greenhouse gas emissions.

I am an organic gardener, and it is vital that the food my family grows is fit for human consumption, free of heavy metals, endocrine disrupting compounds, polycyclic aromatic hydrocarbons, and others persistent pollutants. The white wine yarda. Our garden is watered from the same irrigation ditch that serves Stewart Mesa, and we expect it to remain pure and fresh, free of fracking chemicals and de radioactive materials that are dredged to surface w/ the extraction process. We also expect the air to remain clean for the same human health concerns.

My son is an artisanal plaster & stucco contractor, who is deeply concerned over the future of his livelihood and his ability to continue to support his family. For that reason he wants the multi use nature of the North Fork Valley to be repeated so that real estate and land values for his potential clients do not plummet — we much us 15-25% ! the moments oil & gas development begins here. His biggest fear as a contractor is that people will flee the valley because the quality of life has been ruined, and he will lose his means to make a living. There is nothing in the RMP about the impacts of Oil & Gas leasing on local

BLM_0116620

-3-

support a Just Transition for all workers in dirty, polluting fields — Coal, oil, natural gas — to make the shift to greener jobs that produce virtually zero-carbon technologies and 100% clean areas through systems. There is nothing in the BLM's RMP that even suggests a Just Transition on the path to clean energy development. Let alone how it could benefit the North Fork Valley and other communities or the Western Slope while ensuring jobs security and protection of Earth's climate.

I strongly urge the adoption of Alternative B & B1 to protect the lands to DRLB, the leaving York's 97,000 acres (ecosystems), air & water quality, human health, wildlife, habitats, and ecosystems, but to defer any more oil & gas leasing or development anywhere — Not now. Not ever! These are plenty of jobs to be had in clean, green technologies to save the climate and the planets' other industries without which no life can exist on Earth.

Sincerely,
Christine Frank    307-210-9279    christinelynnfrank@gmail.com
23 1/2 Aller Rose, Paonia, CO 81428-2019

BLM_0116621

8-8-16

RMP Choice: I urge you to choose North Fork
Alternative Plan B1. - and any others that are protective!

Gina Jones
2465 S. Townsend Ave.
Montrose CO 81401

To Gina,
There is something so special about Crawford, where I
am so fortunate to live! I view amazing vistas as I drive
to Austin Family Farms for their beef that never leaves the ranch -
as I pick fruit at Delicious Orchards - as I hike everywhere
I can see. I literally suffer physical symptoms at the
thought of this sustainable, idyllic way of life disappearing. Will
my grandchildren miss this? Or will you work to preserve
it as a model for life in the future?
Thank you for protecting all of us!
Deb Imlah, PO. Box 14, Crawford CO 81415

UFO DRAFT RMP                                    8/8/16

As a part time resident of Paonia I would like to encourage you to consider A No leasing Alternative. It seems to me that climate warming and climate change has reached a point that we need to move to renewable energy sources as quickly as possible.

I do want to applaud your plan to create a special recreation management area for Jumbo Mountain in Plan B. I really hope that you include this in your final plan. I believe that Jumbo Mountain is a wonderful asset for the community for recreation and open space. It is also an asset for the tourism economy. Communities who set aside these areas permanently for recreation generally improve both the quality of life for those in the community and create an attraction for visitors. I hike on Jumbo a lot and would appreciate it being conserved for many years. I see a lot of erosion and think active management would improve this.

Scanned
24 st
00

NOV 0 1 2016

BLM_0116623

I do believe that alternative B-1 is an acceptable approach if a no leasing alternative is not possible. I hope to review it further and make more specific comments,

Candy Wither
434 North Fork
Paonia Co

Boulder Co 80304

BLM_0116624

BLM_011662S

Aug 8, 2016
To Dana Wilson

Thank you for giving opportunity to comment to the RMP for the NF Valley & the Western slope. I am a Resident of Paonia and purchased property four years ago when I decided to live here moving from Utah. The specifics of what the area offered in regards to quality of life & the Resources of healthy air & water to have access to clean food, organic orchards, farms & Ranches & with decades of history drew me in. I choose this area too for it's Ruralness & access to wilderness & style of living. I support the B-1 alternative as it addresses more specifically the needs of the residents, as myself, who live here — I regularly make use of Jumbo Mountain & am in full support of keeping this valued land open to the growing Recreation Needs in the area —

0149 & P.

E L O'Reilly   NOV 0 1 2016
P.O 173
230 Oak Ave
Paonia CO 81428

Dana Wilson, UFO                    607 CCP.                    8/8/16

I do not want one single resource, drilling/fracking for gas & oil
to damage all of our natural resources. The North Fork Valley has
to offer (exp'd: recreation (specifically on Jumbo Mtn.) hunting,
fishing, Mtn. bike riding and hiking.                    commerce: The
On Valley is the largest Organic Farming mecca in the state. We
should not be dependent on this nasty toxic and even toxic
it is poisoned by fracking our valley will become poisoned and
useless.

I'm worried about my property values once the drilling moves in.
I'm worried about the water quality if drilling happens ¼ mile of
my farm.

I'm worried about the organic food produced in the North Fork Valley.
This area has not been looked at closely enough - in the big picture
as a total producing valley.

I like 3/4 seasons Jumbo Mtn. and enjoy the Golden
Eagles nest, Mtn biking, horseback riding for the 16 years I've
lived here.

4/993 Minnesota CHRd Paonia Co 8/1420

66888P                                    august 8, 2016

Dear Dana, at BLM Uncompahgre Field office

This letter is being written at the Meeting
held in PAONIA, Colorada at the PAONIA High School.
MAny concerned residents attended this gathering
because WE ARE CONCERNED about our environment.
I am a FIVE YEAR resident of DELTA County/
PAONIA down Towner.

We eat Organic Food, make Organic wine
and grow a large amount of our Food. This
is a Luxury & To have access to CLEAN WATER
is Paramount To Our Survival in The NORTH
FORK VAlley. Clean air, clean water is
our number one goal. You cannot allow ANY
FRAcKING IN the area — NO more on McClure
PASS — That water goes into our drinking and
Irrigation WATER That we water our gardens with.

Stevens Gulch has to be controlled plus
JUMBO Mountain Must Be protected For
Recreation, water and FARMING.

Please have a consciounse / some real
integrety & Moral insight to investigate
the Real Threat to this Beautiful Valley.

we would Loose — our FOOD, HEALTH
and LAND — if this area is Poluted.

THINK — is $ more important than the
Livelyhood of the residents of the North
Fork Valley — NO LEASING Period.
Pipes Leak & Break — Stop — think &
act to Promote Alternative B1 for the North Fork
oil & gas Leasing —
Thanks, Sherrion Taylor, 570 3rd, # 1056 Paonia, Co. 81428

BLM_0116629

669 BP. ~~Oct.~~ Aug. 8, 16

UFO Draft RMP / Uncompahgre Field Office
Montrose, CO

The reason to have no fracking above my home in Paonia is the same as it is in all locals: Global warming is going exponential; we need to get off fossil fuels as quickly as possible to save our planetary environment. The BLM is proposing licenses to polute. This is sick!

Byron C. Diehl
434 N. Fork ave.
Paonia, CO

[signature]

670 EBP.                                           3/8/16

UFO DRAFT RMP

As a part time resident of Paonia I would like to
encourage you to consider a No leasing alternative. It
seems to me that climate warming and climate change
has reached a point that we need to move to renewable
energy sources as quickly as possible.

I do want to applaud your plan to create a special
recreation management area for Jumbo Mountain in Plan B. I
really hope that you include this in your final plan. I believe
that Jumbo Mountain is a wonderful asset for the community
for recreation and open space. It is also an asset for the
tourism economy. Communities who set aside these areas
permanently for recreation generally improve both the quality
of life for those in the community and create an attraction for
visitors. I hike on Jumbo a lot and would appreciate it
being conserved for many years. I see a lot of erosion and think
active management would improve this.

BLM_0116630



I do believe that alternative B-1 is an acceptable approach if a no leasing alternative is not possible. I hope to review it further and make more specific comments,

Candy Wither
434 North Fork
Paonia Co

&

Boulder Co 80304

675

August 8, 2016

Hello,

    I am a resident of Paonia, Co. I have chosen to live in this wonderful valley because of its unique ecosystem and the abundance of water and healthy, fertile soil that exists here. We have numerous acres of organic farm land; including wineries, orchards, space for animals to graze- all receive irrigation water from either snow melt/ run off and the Paonia Resevoir. If any amount of contamination seeped into the ground or a surface spill happened our rich farm land would be distroyed, our river ways and ground water would become unusable not only for irrigations and every day use but also for the animals and fish. The land would slowly die including plant life, once we kill the land there would be nothing left to manage. Our economy is changing, coal mining is on its way out and we are relying on agriculture, real estate, and recreational use of our land to supply our valley with growth. We are already exceeding the EPA's allowed amound, of emission of 70 parts per million. If we allow drilling and fracking to happen it would inevitably distroy our way of life and fragile economy. The amount of truck traffic would greatly increase and pollute our air.

    I ask you to deeply consider a

BLM_0116632

Do Fracking alternative to be written up
and accepted. To protect our amazing Earth
Park Valley. To keep our food clean our
public land healthy for the use of all humans
and animals. And I want to thank you
for all your work and efforts for our
public land. Also for extending the comment
period.

Thank You

*Melissa Rehfeldt*

Melissa Rehfeldt
Black Bridge Rd.
Rionia, Colorado

BLM_0116633

9/30/2016                                    DEPARTMENT OF THE INTERIOR Mail - Resource Management Plan Revision



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Resource Management Plan Revision
1 message

**Ethel L Garrett** <eleslie15@gmail.com>                                    Tue, Aug 9, 2016 at 10:30 AM
To: uformp@blm.gov
Cc: Information Requests <info@theconservationcenter.org>, info@citizensforahealthycommunity.org

August 8, 2016

Subject: Resource Management Plan Revision

I am a resident of Paonia, CO and I support Alternative B and B1 for the future plan. There are multiple reasons for my concern regarding the draft Resource Management Plan.  Thank you for including plan B1 in the draft RMP process.

Our business is aviation and we purchased a home and a hangar in Paonia that we planned for our work and our retirement.  We chose this location to live for its beauty, climate, clean air and water, abundance of farms, orchards, wineries and the diversity of people who live and work here.  Scenic airplane tours are part of the business and people enjoy the aerial view and photo opportunities.   Drilling and hydraulic fracturing will have a negative impact on tourism as well as the aerial views of this area.  Air pollution and negative impacts on wildlife will affect the business for scenic flights.  The area under consideration is one of the most beautiful and environmentally rich areas for wildlife, fish, ranching, farming and recreation.  Careful consideration must be given to future use.

With reference to section 2.3 and 2.3.4 on page 2-7 of the DRMP, alternatives B and B1 protect the areas where I fish north of Hotchkiss and hike in the North Fork Valley close to our area of residence. I routinely hike Jumbo Mountain and support Jumbo Mountain for the designation of Special Recreation Management Area.  This area also attracts tourism which is part of the local economy.  Alternative B also provides protections for the areas in Ridgway where I hike and camp during the summer and autumn.

The North Fork Valley is an agricultural and ranching community that has organic farms, wineries and ranchlands. Drilling and horizontal hydraulic fracturing have negative impacts to the water, air and land in this area. This area does not have the infrastructure to support the increases in industrialization that are part of drilling and hydraulic fracturing. Our community is developing agriculture, recreation and tourism as the economic base at this time.  The ability to sustain and protect the viewsheds, watersheds and wildlife areas is important to the future of this area.

I respectfully request that you find Plan B and B1 as the RMP that will be the plan for the future for the Uncompahgre Field Office area.

Yours truly,

Ethel Leslie

PO Box 826

331 North Fork Ave

Paonia, CO 81428

BLM_0116634



**UFO_RMP, BLM_CO** <blm_co_ufo_rmp@blm.gov>

## Help Protect the North Fork
1 message

**Dylan D Fixmer** <Dylan.Fixmer@colorado.edu>                    Tue, Aug 9, 2016 at 3:45 PM
Reply-To: Dylan.Fixmer@colorado.edu
To: uformp@blm.gov

Dear Uncompaghre Field Office BLM,

My name is Dylan Fixmer and I am writing to you today to request that you take interest in protecting our North Fork Valley and all of Western Colorado for us and future generations.  To do this, you must choose the North Fork Valley Alternative B1 and all other reasonable conservation protections in Alternative B in the upcoming RMP.

I was a resident of Rifle, Colorado for five years and saw first hand what atrocities the oil and gas industry commits against the communities it proposes to keep safe.  These companies are out to make money and do not care about the communities they destroy in their wake.  Please consider the following when making your decision about the final RMP.

1. The RMP Draft has an inadequate analysis
    - The BLM did not consider the uniqueness of the North Fork valley, in that it has the highest concentration of organic farms in Colorado.  Neither chapter 2 (Affected Environment) nor chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations.  An analysis of the effects of drilling and all the associated risks to this agricultural area must be assessed in detail.
    - The BLM did not consider a reasonable no leasing alternative for the North Fork valley.
    - The BLM did not analyze the impact of hydraulic fracturing and multi drilling technologies.
    - The BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - The BLM did not consider the impact of extreme weather causing flooding, mudslides, and geological instability which can compromise the integrity of pipelines and resulting leaks and potential explosions.
    - The BLM did not analyze the impact of permanently removing water from the hydraulic cycle.
    - The BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - The BLM did not consider community source water protection plans put in place to keep our communities safe.
    - The BLM did not consider the decreased recreational value of BOM lands from industrial oil and gas activities which are vital to the tourism economy of western Colorado.
2. Fracking is dangerous and harmful to communities
    - This is an inappropriate use of public lands.  Private companies have no right to take away public lands from the public to use for profit.
    - The current infrastructure in western Colorado was not intended and will not support the influx of gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks and an increase in transient population workforce.
    - For human, animal, and environmental damage is too high.  Gas industry uses chemicals that I've been known to cause cancer and other human health issues.  To the Denver Post over 700 oil and gas spills were ported in 2014 and 615 were reported in 2015.  These are unacceptable numbers for companies claim they are keeping their community safe.  A poisoned watershed is an unacceptable consequence for any community.
3. What the BLM can do to keep us safe
    - Avoidance of fracking in the North Fork Valley is the first step of proper mitigation, and one that the BLM must consider and should adopt in appropriate places such as watersheds view sheds and critical wildlife lands.
    - Close the North Fork Valley to oil and gas leasing or impose strict no surface occupancy requirements.
    - Choose the North Fork Alternative B1 and all other reasonable conversation protections in Alternative B.

I want to spend the rest of my life in Paonia, Colorado, raise a family, and continue my work as a music teacher here because my community understands the importance of our land and how to live harmoniously with it.  The oil and gas companies care nothing for this mentality and will not serve our community as stewards of the land or residents.  There are no long term economic benefits to developing oil and gas in the North Fork Valley, yet the destruction caused in the wake of gas and oil boom and bust will be felt for generations. Paonia and the North Fork Valley are already leading the

BLM_0116635

charge with renewable solar energy and will continue to provide clean renewable energy to our state.  Please do not throw our community down the drain by inviting the oil and gas companies to destroy it.  By choosing Alternative B1 and all other reasonable conservation protections in Alternative B you can protect our community for generations to come.

Thank you for your time and hard work.  Please keep me informed of developments and information relating to the final RMP.

Sincerely,

Dylan Fixmer

BLM_0116636

8/9/16   0183 BP.

Dear Ms. Wilson,

Thank you for the attention documenting on the RMP.

I'm a Realtor in the North Fork Valley and all the alternatives except B1 is going to decimate my career, destroy my livelihood in and livelihood in the North Fork. The communities have a 15% drop in real estate values either fracking moves in these end scam communities where that's not the case but only where there's not enough imagery to begin with

you have a responsible you have a responsibility to listen to our voices and know that I will be bankrupt if fracking happens & A[?]D refuse & ligitions refuse to ligitions

thanks for listening
Matt Koech

BLM_0116637

Patti Kaeeh
PO Box 884
Pacuia CO
     81428



**Odessa Shenk - 1st Grade**
Blossom Valley Homeschool Co-op

BLM_0116638



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM draft plan comment.
1 message

**Wesley Duke** <wesleyduke22@gmail.com>                          Thu, Aug 11, 2016 at 8:07 AM
To: uformp@blm.gov

I understand that the Uncompahgre Field Office has drafted a plan to manage over 675,000 acres of public land for the next 15 to 20 years.

in respect to target shooting, please select alternative A, which would only close 2,000 acres and provide the maximum freedom for lawful citizens to enjoy the forest and the sport of target shooting.

In this day and age law enforcement has been increasing pitted against the people they serve. Extending maximum privileges to hunters and shooters, who the BLM has traditionally had an excellent relationship with, would be an act of good faith.

Which I am sure would help unify the people and government.


With best regards,

Wesley Duke

BLM_0116639

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Please take the North Fork off your drilling sites



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Please take the North Fork off your drilling sites
1 message

**Katie Reily** <katiereily@gmail.com>                                        Thu, Aug 11, 2016 at 10:18 AM
To: uformp@blm.gov

Hello,

My husband and I have a second home at **212 Minnesota Ave. in Paonia, Delta County**, because we love the organic food and the beautiful place in which to hike, camp and fish. I am from Colorado and hope one day to return.  I have read up on your revised management plan and am concerned that you have not considered the needs of the people who could be impacted by the pollution of the air, water and soil for food.

I live close to Duke University here in North Carolina and follow the research done by its Nicholas School of the environment. In April of this year, they reported on undrinkable stream water affected by wastewater spills from fracking sites in North Dakota.  Aluminum, selenium, and lead.  There was soil contaminated with radium.  *"Unlike spilled oil, which starts to break down in soil, these spilled brines consist of inorganic chemicals, metals and salts that are resistant to biodegradation,"* said Nancy Lauer, a Ph.D. student of Vengosh's who was lead author of the study. *"They don't go away; they stay. This has created a legacy of radioactivity at spill sites."*
-https://nicholas.duke.edu/about/news/ContaminationinNDLinkedtoFrackingSpills

I just don't want to see the risk to the North Fork from fracking.  It is trying to survive by rebuilding itself as a place for agri-tourism.  Down from my house there is a new community commercial kitchen going in for local farmers to process their fruit and vegetables so they can sell to folks in larger cities.  Even if the environmental impact turns out to be small the perceived threat will NEVER go away.  Please reconsider our request for the **no leasing alternative for the North Fork of the Gunnison.**

Thank you for reading my letter.

Katie

our house below:

BLM_0116640

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Please take the North Fork off your drilling sites



Katie Reily
Speech Language Pathology
Transdisciplinary Therapeutic Education

BLM_0116641

Dear Gina Jones,

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

The North Fork Valley is currently being threatened by oil and gas development in a number of ways by the Bureau of Land Management (BLM). I am opposed to the Final Environmental Impact Statement (FEIS) for SG interests I, Ltd's Master Development Plan (MPD) proposal, and BLM's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines. BLM's Final Environmental Impact Statement would allow a 146-well Master Development Plan for the Bull Mountain Unit northwest of the Paonia Reservoir to move forward. It is **irresponsible** to locate oil and gas operations in a sensitive watershed, which directly feeds the largest concentration of organic farms in the state.

Oil and Gas development would contaminate soil, water, and air in the valley. It would adversely affect human health and cause increases in respiratory, endocrine, immune, and cardiovascular disease. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources including agriculture and wildlife. Ozone levels as modeled by the BLM for the Bull Mountain area already exceed the EPA threshold of 70ppb.

Please consider the option of not leasing. Hydraulic fracturing is a dangerous way to acquire a non-renewable resource. The North Fork Valley is a leader in renewable energy, making SG development in the area incredibly contradictory to what the Valley as a whole stands for.

Thank you,

Pete Kolbenschlag
229 Hwy 133
Paonia, CO
81428

2016 AUG 11  PM 1:21

BLM_0116642

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Southwest Colorado BLM land management.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Southwest Colorado BLM land management.
1 message

**John Pietsch** <john.a.pietsch@gmail.com>                    Mon, Aug 15, 2016 at 8:12 AM
To: uformp@blm.gov

I would like to submit a comment on your four alternatives to land management and target shooting. I would prefer you leave things alone as possible, and recommend Alternative A and closing the minimum acreage.

Thank you,

John Pietsch

BLM_0116643

9/30/2016          DEPARTMENT OF THE INTERIOR Mail - Protect all of our Resources for all of US!



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Protect all of our Resources for all of US!

1 message

---

**gail Srebnik** <ctgailco@gmail.com>          Mon, Aug 15, 2016 at 11:52 AM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Please find attached our comments to you.

---

📄 **Alternative B1.docx**
13K

BLM_0116644

August 15, 2016

To Whom It May Concern:

We have lived in the North Fork Valley for over twenty years and have seen many changes. We want a healthy North Fork Valley and western Slope for decades to come and are concerned about keeping 95% of the Uncompahgre Field Office (UFO) open to oil and gas development.

We realize change is inevitable but this is our only planet and our first priority should be to keep it healthy. We would insist that all the proposed actions in the North Fork Alternative, B1, be included in the final RMP. This includes the communities of Hotchkiss, Paonia and Crawford and areas that supply municipal water, irrigation, and domestic water companies. These areas would be affected by your plan and would impact the scenic features of the Valley as well as effecting the high quality of wildlife lands.

Together we need to ensure the strongest level of long-term protection for resources of particular concern included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million-dollar' viewsheds; undeveloped wildlife lands including winter range and migration corridors. We should also include all other conservation protections in Alternative B.

When we built our home outside of Paonia, on a mesa, we were attracted to the land, and the community; by the beauty and resources that abound in the North Fork Valley. To jeopardize the attractions that draw people here, whether for a visit, or to transplant themselves would cause irreparable harm to the economic stability in our region.

Respectfully submitted,


Gail Srebnik and David Meade

38804 Stucker Mesa

BLM_0116645

9/30/2016                          DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Draft Resource Management Plan (RMP)



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Uncompahgre Draft Resource Management Plan (RMP)
1 message

---

**Roger Wickham** <rmwickham@hotmail.com>                          Mon, Aug 15, 2016 at 4:11 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: Lexi Tuddenham <lexi@sheepmountainalliance.org>, Brian Webster <brien@conservationco.org>

Sandy, my wife, I have lived in Southern Colorado since 1983.  Prior to that we spent summers
and some winters since 1977 in Southern Colorado.  We owned property in Pagosa Springs since
1977 and lived there until 1999 when we moved to Telluride Colorado.  My wife is a private pilot
and has flown to all hard surfaced airports in Colorado.  As a passenger we have seen most of the
Colorado land scape.  In the early 80,s we flew from Pagosa Springs to Farmington NM on many
occasions up through the early 2000's.  I would like to tell you the BLM and land leases has
destroyed, in my opinion, the land between these two towns.

Early on there was only one gas well on highway 1960 with the rest of the land open for nature
and its care takers.  Since then it appears that there is a gas well on the corner of every 40 acre
parcel in this area with all the roads and infrastructure to maintain these wells.  In addition it has
caused many hardships on adjacent land owners.  This is not a pretty sight and should be a black
eye for BLM in general.

In the I70 corridor between Grand Junction and Denver there are fracked wells that leak and leak
into the Colorado River.  I know that the BLM controls the leasing but not the policing of the lease.
Still a black eye for the BLM and the policing agencies.  This, if you look on the web, is not
restricted to the I70 corridor but throughout Colorado including the east slope.  Does no one in
government understand if the waters are polluted it causes havoc to clean water going to not
hundreds but millions of people.  This does not even count all of the wild life and national parks
that can be impacted.  What happens when they can't drink the water is the BLM going to use the
lease income to supply fresh water or stop the contamination.  In the old days it was dig, mine and
leave.  You know how that turned out with the tax payers solving the problems and  the
ugliness left behind.  So today its find, drill, take the resources, and leave.  There is no were near
enough lease money to solve the problems being and will be left behind.

One of the arguments is that it will create local jobs.  Lets use that manpower to clean up the
messes already at hand.  This includes not only mining and drilling but the after effects of
production such as Uranium.  Which brings up a point.  It seems anyone foreign or domestic can
obtain leases from the BLM as high bidder and start taking the resources.  I believe strongly that
this is not to our National Interest.  Canadian firms winning leases for Uranium and producing
yellow cake and being able to move it cross boarders and then sell the product to the highest
bidder.  The Russians obtaining leases for Uranium near the Grand Canyon.  Seems real sloppy if
we are trying to maintain our National Interest.

---

BLM_0116646

In regards to your RMP it does not seem to have anywhere enough protection for the land, the waters, the wild life and all of the users of the national lands.

It for sure does not have enough lease income to solve National Interests and fixing all the problems left behind for the American tax payer.  To me it seems the whole lease process and policing need to be revamped to ensure protection of man and nature.


Roger M. Wickham

BLM_0116647



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Closing Public Property Controlled by BLM to Target Shooting
1 message

---

**Tommy Ripkoski** <tommy.ripkoski@icloud.com>                    Sat, Aug 20, 2016 at 4:50 PM
To: uformp@blm.gov
Cc: ripdar@nctelecom.net

Public Land should not be closed to any activity of US citizens unless  it Is proven that there is an abundance of abuse of said property, whereby the property is being destroyed beyond use, or certain sections of property should be closed to secure the safety of adjacent landowners within a reasonable distance of the private and public property line! Otherwise...all public property should be available to the Public for almost any activity!  ( An Avid User of Public Lands)
Tom Ripkoski 850 Finley Lane,Craig, Colorado  81625  Ph. 970 824 6755

BLM_0116648

9/30/2016                                    DEPARTMENT OF THE INTERIOR Mail - Uncompahgre RMP revision



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Uncompahgre RMP revision
1 message

---

**Joseph Eugene (Gene) McGill** <jmcg95@gmail.com>                    Sat, Aug 20, 2016 at 9:41 PM
To: uformp@blm.gov

Hello,

Here are my substantive comments on the plans.

You should know I am a resident of Cedarage, Colorado.  This is my home.

My primary concerns surround the oil & gas leasing as well as coal leasing.  All alternatives are way too generous.
Specifically:

Oil & Gas: Between carbon fuels contribution to climate warming, the methane leaks documented at wells in the Four
Corners area, the glut of natural gas on the market, the sketchy record of drillers dealing with waste fluids, I cannot
believe any of these alternatives are so incredibly generous for leasing.  The water on the Grand Mesa is my drinking
water as well as the water supply for the numerous orchards, farms and ranches in the area.  The North Fork similarly
supplies Paonia, Hotchkiss and Somerset.  People fish and boat in these waters, some even swim in the lower lakes.
Your own analysis says recreation is the single largest use of these lands.  Considering we have a glut of these fuels
being produced, producing more does not produce significant job counts (compared to the existing agriculture and
growing renewables industry - see the Solar Energy Institute and DMEA renewable activities), and not least that those
fuels only aggravate Climate Warming, I believe your RMP alternatives fail to recognize the greater community and
global concerns.


Much the same with coal leasing: There should be none.  Coal mines are closing with coal in the ground. We do not
need new coal mines anywhere.  Coal is one of the worst contributors to the warming climate.  Leave it in the ground.
Multiple use if fine but the one of those possible uses has such a detrimental effect on both the local and global
community, it should be left out of the alternatives.


Sincerely,


Joseph McGill

POB 1230

Cedaredge, CO 81413

jmcg95@gmail.com

---

BLM_0116649



# Uncompahgre
# Draft Resource Management Plan

We encourage you to provide your comments by filling out and submitting this comment form by **September 1, 2016**. To submit your comments, print your completed form mail it to US Bureau of Land Management, Uncompahgre Field Office, Attn: RMP Project Manager, 2465 S. Townsend Avenue, Montrose, CO 81401.

First Name _Robert_    Last Name _Datsko_    Date _8-23-16_

Mailing Address _510 Redcliff Circle, Unit 202_

City _Ridgway_    State _CO_    Zip _81432_

E-mail Address: _robertdatsko@yahoo.com_

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?    Yes: ☑ e-mail materials only ☐ e-mail and hard-copy materials    ☐ No

Please indicate your affiliation by checking the following boxes (check all that apply):

☑ Individual (no affiliation)    ☐ Non-profit Organization    ☐ Citizen's Group

☐ Federal, State, or Local Government    ☐ Elected Representative    ☐ Regulatory Agency

Name of organization, government, group, or agency (if applicable) _____

*The BLM wants to hear from you! The Uncompahgre Field Office is committed to listening to and learning from our neighbors, friends, and stakeholders. Your comments will be helpful at this point in the planning process as we develop the Proposed Resource Management and Final Environmental Impact Statement, which are the next steps. Thank you for taking the time to provide your input.*

Please use the space below and on the back side to provide your comments on the Draft RMP/Draft EIS:

I have a concern that commercial interests and especially oil & gas drilling and/or fracking will cause excess light pollution in RMP/EIS area. Dark night skies are a valuable resource to humans and wildlife. With light pollution increasing nationwide, there are increasingly fewer places people can go to enjoy and be inspired by dark starry skies. The area of the RMP/EIS is one of these rare special places and should be protected from light pollution.

Fracking operations typically cause lots of light pollution. Many bright lights and bright flares from gas being burned off are huge sources of light pollution →

Respondents' comments, including their names and street addresses, will be available for public review at the Uncompahgre Field Office during regular business hours from 8:00am to 4:30pm, Monday through Friday, except holidays, and may be published as part of the environmental impact statement. Individual respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comments. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety.

and this is totally incompatible with the need to maintain these BLM lands so that future generations can enjoy their natural beauty and dark skies.

The population of the Bakken oil field area in North Dakota (see Exhibit A) is relatively small, yet the tremendous light pollution created there is comparable to many large high population metropolitan areas in the U.S.

I feel that serious consideration of protecting the natural beauty of these BLM lands in the RMP area including dark skies at night is critical.

I feel that oil and gas drilling and fracking operations in this area is incompatible with the above objective.

If these operations are permitted, then strict lighting and gas flare rules must be followed. And less excessive glare lighting will actually add to the safety of oil workers (see Exhibit B).

The International Dark Sky Association (IDA, see darksky.org) has published the following guidelines to help protect the night skies:

1. Light only what and where you need.
2. Use energy efficient bulbs, and only as bright as you need (use lowest watt bulb that is practical)
3. Shield all lights and direct them down. There must be no glare visible horizontally or upward.
4. Only use light when you need it. Consider a timer or motion sensor to activate lights.

See P. 3

Submitted by:

Robert D Katzko        8/23/16
510 Radcliffe Circle, Unit 202,
Ridgway, CO   81432

Continued from P.2 ?

5. Use only "Soft white" or amber bulbs burning in the 3000°K ___ range. These produce a warm amber color that minimizes light pollution "Dark Lighting". Bulbs that burn in the 5600°K range, produce a stark, harsh blue-white color and cause extreme light pollution.

One additional Oilfield requirement:
All gas flares must be fully enclosed in a vertical metal sleeve to eliminate all horizontal glare from the flare (Shield the flare)

Unshrouded Flare VS Shrouded Flare



Thank you for your consideration.
Sincerely, Rob D Katzko

BLM_0116653

*Exhibit A*



## Light Pollution Map of the United States

Park officials have developed a plan with help from the IDA. And the Grand Canyon has applied for provisional IDA Dark-Sky Park status — the gold standard for any stargazing destination.

If approved by the IDA board, the park will receive a provisional designation in time for this year's star party.

But the task ahead is monumental. Thousands of old lights at the South Rim had to be cataloged and analyzed, with hundreds more several hours of driving away at the North Rim. To achieve full dark-sky status, the park will have to actually fix the offending lights.

Most luminaries on the replacement list would be a familiar nuisance to any skygazer. But the canyon also operates remote trading posts and campgrounds far below the rim, like Indian Gardens and Roaring Springs.

"We have inventoried a little over 5,000 fixtures — everything from porch lights to floodlights on big buildings," says Grand Canyon National Park Superintendent Dave Uberuaga. The change will play out one lightbulb at a time. The Park Service only recently completed its light inventory, but they are already looking at how to treat each one — shielding the lights that need shielding and buying new lamps where necessary.

And even switching off a light isn't always easy. Desert View Watchtower, designed by famed architect Mary Colter, is one of the most iconic park buildings. From its perch, the 70-foot-tall (21meters) stone structure looks all the way down to the Colorado River — a rarity at the South Rim. That profile recently prompted river runners to complain about an errant light left on.

> ## "WE ARE LOSING THIS THING — 'THE NIGHT' — THAT HAS BEEN OUR COMMON SHARED EXPERIENCE FOR SO MUCH OF THE HISTORY OF HUMANITY."

"The electrician went up there and they couldn't find a way to turn it off, so they went into the electrical panel box, and it was wired in. It didn't even have a switch," Uberuaga says. Ultimately, the park is pushing to retrofit all offending lights and achieve a full dark-sky designation by the Grand Canyon's own centennial in 2019.

### A preserve like no other

Susan Schroeder is CEO of the Grand Canyon Association — the park's non-profit partner in fundraising. She says her group has gathered about $200,000 out of the $1 million needed to complete the retrofits and add ranger-led interpretive programs about dark skies.

The money also will pay for an astronomers' campground at Mather Point, one of the most popular sites in the entire park system. The grounds will cater to dark-sky enthusiasts and their telescopes.

So far, one generous amateur astronomer has covered much of the cost. Joe Orr was a member of both the Tucson Amateur Astronomy Association and the Grand Canyon Association.

He donated a large part of his wealth to protect dark skies at the park, and his passionate programs on the subject inspired others to give money as well.

Orr died recently, but he left some money in trust to help with the Grand Canyon retrofits. And this year's star party has been named in his honor.

"That anchor initial amount really got us launched," Uberuaga says.

Already the undertaking at Grand Canyon is tougher than any previous dark-sky effort. So far, most IDA parks have been small.

BLM_0116654

BLM_0116655

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - new health study on the human health effects of fracking.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## new health study on the human health effects of fracking.
1 message

**alison gannett** <alisongannett@mac.com>                    Fri, Aug 26, 2016 at 1:31 PM
To: uformp@blm.gov

Dear BLM,
Attached in a PDF is a new study from Pennsylvania. I would like to contend that the BLM has not done sufficient studies on the human air impacts and cumulative air impacts of Natural Gas Development. The studies have mostly just started in the last few years, and in no way can say conclusively that our health will NOT be impacted in any way shape or form. As a person with brain cancer and severe asthma, myself and many others with health issues will be unusually sensitive to air pollution. You have not proven that it will not affect our health. Our farm participated in the CHC air quality monitoring testing a few years ago, and we work closely with TEDx and know of the data that they have shown. Their testing has shown numerous toxic chemicals in the air around well pads. They have also done baseline data in the North Fork. and from CHC we have baseline data all over the North Fork Valley regarding air quality. I will be the first in line to sue the BLM if you approve any other plan that the North Fork Alternative B1 plan. Our public lands are for MULTI USE. Is allowing around 95% of our public lands to be available for potential leasing MULTI USE? Please support Alternative B1. The North Fork needs clean air for us humans, our farm animals that we sell all over Colorado, and our organic farms. If you approve one of the other plans, I and other citizens will work tirelessly to prove that your actions/RMP have caused harm to our clean air and our health, just like this study has.

## "Associations between Unconventional Natural Gas Development and Nasal and Sinus, Migraine Headache, and Fatigue Symptoms in Pennsylvania"
Aaron W. Tustin, Annemarie G. Hirsch, Sara G. Rasmussen,
Joan A. Casey, Karen Bandeen-Roche, and Brian S. Schwartz
http://www.ehponline.org/EHP281

CONCLUSIONS
UNGD was associated with CRS, migraine headache, and fatigue symptoms in a large
population-based survey. Associations were stronger in patients with two or more outcomes. Our
work has several advantages over previous studies, making it an important addition to the
growing body of evidence that UNGD is associated with adverse health effects. Further research,
including more sophisticated exposure and outcome measurements, is necessary to evaluate
whether these associations are causal and to elucidate the mechanisms for these findings.

Best,
Alison
AlisonGannett.com
Holy Terror Farm

 **John Hopkins 3rd Study document_ew_01.pdf**
3129K

BLM_0116656



http://www.ehponline.org

# Associations between Unconventional Natural Gas Development and Nasal and Sinus, Migraine Headache, and Fatigue Symptoms in Pennsylvania

**Aaron W. Tustin, Annemarie G. Hirsch, Sara G. Rasmussen, Joan A. Casey, Karen Bandeen-Roche, and Brian S. Schwartz**

## http://www.ehponline.org/EHP281

*This link will become operational upon publication.*
*Please link directly to this article, and refer to*
**Environmental Health Perspectives**
*as the source of this article.*

# Prepublication copy
## Embargoed until
## Thursday, 25 August 2016
## 12:01 a.m. Eastern Time

BLM_0116657

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

# Associations between Unconventional Natural Gas Development and Nasal and Sinus, Migraine Headache, and Fatigue Symptoms in Pennsylvania

Aaron W. Tustin[1], Annemarie G. Hirsch[2], Sara G. Rasmussen[1], Joan A. Casey[3], Karen Bandeen-Roche[4], and Brian S. Schwartz[1,2,5]

[1]Department of Environmental Health Sciences, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, USA; [2]Center for Health Research, Geisinger Health System, Danville, Pennsylvania, USA; [3]Robert Wood Johnson Health and Society Scholars Program, University of California at San Francisco and Berkeley, USA; [4]Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, USA; [5]Department of Medicine, Johns Hopkins School of Medicine, Baltimore, Maryland, USA

**Corresponding author**: Brian S. Schwartz, Johns Hopkins Bloomberg School of Public Health, 615 N. Wolfe Street, Room W7041, Baltimore, MD 21205. Telephone: (410) 955-4158. Fax: (410) 955-1811. E-mail: bschwar1@jhu.edu.

**Running title**: Fracking and sinusitis, migraine, and fatigue

**Acknowledgments**: This research was funded by National Institutes of Health U19 AI106683 (PI Robert Schleimer), R21 ES023675 (PI Brian Schwartz), and training grant ES07141 (Sara Rasmussen); the Robert Wood Johnson Foundation (Joan Casey); the Degenstein Foundation; and the National Science Foundation Integrative Graduate Education and Research Traineeship (Sara Rasmussen).

1

BLM_0116658

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

**Competing Financial Interests**: Dr. Schwartz is a Fellow of the Post Carbon Institute (PCI),

serving as an informal advisor on climate, energy, and health issues. He receives no payment for

this role. His research is entirely independent of PCI, and is not motivated, reviewed, or funded

by PCI. The other authors declare they have no actual or potential competing financial interests.



2

BLM_0116659

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

## ABSTRACT

**Background:** Unconventional natural gas development (UNGD) produces environmental contaminants and psychosocial stressors. Despite these concerns, few studies have evaluated the health effects of UNGD.

**Objectives:** We investigated associations between UNGD activity and symptoms in a cross-sectional study in Pennsylvania.

**Methods:** We mailed a self-administered questionnaire to 23,700 adult patients of the Geisinger Clinic. Using standardized and validated questionnaire items, we identified respondents with chronic rhinosinusitis (CRS), migraine headache, and fatigue symptoms. We created a summary UNGD activity metric that incorporated well phase, location, total depth, daily gas production and inverse distance-squared to patient residences. We used logistic regression, weighted for sampling and response rates, to assess associations between quartiles of UNGD activity and outcomes, both alone and in combination.

**Results:** The response rate was 33%. Of 7,785 study participants, 1,850 (24%) had current CRS symptoms, 1,765 (23%) had migraine headache, and 1,930 (25%) had higher levels of fatigue. Among individuals who met criteria for two or more outcomes, adjusted odds ratios for the highest quartile of UNGD activity compared to the lowest were [OR (95% CI)] 1.49 (0.78, 2.85) for CRS plus migraine, 1.88 (1.08, 3.25) for CRS plus fatigue, 1.95 (1.18, 3.21) for migraine plus fatigue, and 1.84 (1.08, 3.14) for all three outcomes together. Significant associations were also present in some models of single outcomes.

**Conclusions:** This study provides evidence that UNGD is associated with nasal and sinus, migraine headache, and fatigue symptoms in a general population representative sample.

3

BLM_0116660

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

## INTRODUCTION

Unconventional natural gas development (UNGD), which includes the process of hydraulic fracturing, represents an expanding share of energy production worldwide. Shale gas extraction now comprises 40% of U.S. domestic natural gas production (Energy Information Administration 2015). In the past decade particularly rapid increases in UNGD have occurred in Pennsylvania, where more than 8,800 unconventional wells have been drilled.

There are concerns that UNGD could affect the environment via chemical pollutants such as diesel exhaust, volatile organic compounds, combustion products, fugitive emissions, and fracking chemicals (Werner et al. 2015). UNGD has been linked to contamination of air (Macey et al. 2014; Paulik et al. 2015), soil (Maloney and Yoxtheimer 2012), groundwater (Jackson et al. 2013; Drollette et al. 2015), and surface water (Kassotis et al. 2014). UNGD also creates contextual and psychosocial stressors including noise, truck traffic, influxes of non-local workers, and perceived negative impacts on quality of life and the built and social environments (Saberi et al. 2014; Powers et al. 2015; Adgate et al. 2014).

There have been few studies of the health effects of UNGD, despite increasing concern (Mitka 2012; Kovats et al. 2014). Prior studies have been limited by factors including small sample size and imprecise exposure assessment (Adgate et al. 2014). Because expansion of UNGD has outpaced scientific understanding of its potential health impacts, studies of self-reported outcomes have been advocated as a rapid means of generating hypotheses that could influence public policy. Furthermore, some illnesses with plausible links to UNGD, such as pain syndromes and fatigue, are defined solely by symptoms. Yet to date there have been only two epidemiologic studies, each with fewer than 500 participants, of symptoms in relation to UNGD (Steinzor et al. 2013; Rabinowitz et al. 2015).

4

BLM_0116661

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

We used data from a large population-based cross-sectional survey of Pennsylvania adults to identify patients with nasal and sinus symptoms, migraine headache, and higher levels of fatigue. We selected these outcomes because of their high prevalence, large economic costs, and possible links to environmental risk factors through chemical toxicity, irritation, odors, or stress (Hastan et al. 2011; Bhattacharyya 2009; Shashy et al. 2004; Tan et al. 2013; Friedman and De ver Dye 2009; Sjostrand et al. 2010; Bell et al. 1998; Griffith and Zarrouf 2008; Ranjith 2005; Ricci et al. 2007). The purpose of this study was to test the null hypothesis that UNGD is not associated with these three outcomes. To do so, we conducted a case-control analysis in which we compared individuals with one or more of these health outcomes to selected participants with no or minimal evidence of these diseases.

## METHODS

*Study overview*

In early 2014, we performed a cross-sectional survey of primary care patients of the Geisinger Clinic. Information was gathered via a questionnaire designed to study general CRS epidemiology (for questionnaire see Supplemental Material, "Population Study of Nasal and Sinus Symptoms"). The questionnaire did not mention UNGD because that was not its primary purpose. We used residential addresses and information about Pennsylvania unconventional gas wells to create UNGD activity metrics for four time-varying well development phases. We evaluated the associations between UNGD activity and CRS, migraine headache, and fatigue symptoms. The study protocol was approved by the Institutional Review Board (IRB) of the Geisinger Health System with an IRB Authorization Agreement with the Johns Hopkins Bloomberg School of Public Health. Waivers of HIPAA authorization and written informed

5

BLM_0116662

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

consent were approved by the IRB; implied consent was considered to have been provided if the patient returned the mailed questionnaire.

*Study population*

The Geisinger Clinic provides primary care services to over 400,000 patients, predominantly in central and northeastern Pennsylvania. Our source population consisted of 200,769 adult (age ≥ 18 years) Geisinger primary care patients for whom we had electronic health record (EHR) data and information on race/ethnicity. From this source population we selected 23,700 survey recipients using a stratified sampling design which is described in the following section. We mailed the baseline questionnaire in April 2014. A total of 7,847 (33.1%) individuals returned the questionnaire after three mailings. Questionnaires were returned between April 13 and October 13, 2014. After excluding respondents who lived outside Pennsylvania (n = 62), the study sample consisted of 7,785 participants.

*Rationale and description of the stratified sampling method*

We oversampled racial/ethnic minorities because a primary interest of the parent grant was to understand racial/ethnic differences in CRS epidemiology. Geisinger's catchment area only has approximately 8% racial/ethnic minorities. Oversampling was necessary to ensure a sufficient number of racial/ethnic minorities in the parent study.

Similarly, to ensure an adequate number of CRS patients in the parent CRS study, we oversampled individuals with higher likelihood of having CRS. To do so, we used electronic health record data to identify Geisinger primary care patients with higher, intermediate, and lower likelihood of CRS. These assessments were based on International Classification of

6

BLM_0116663

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

Disease (ICD)-9 codes and Current Procedural Terminology (CPT) codes from the medical record. Patients with a "higher" likelihood of CRS (n = 13,494) had at least two ICD-9 codes for CRS (ICD-9 codes 473.x or 471.x) associated with an outpatient, inpatient, or emergency department encounter; or at least one CPT code for sinus computerized tomography, sinus endoscopy, or sinus surgery. Patients with "intermediate" likelihood of CRS (n = 49,918) had at least one ICD-9 code for asthma (493.x) or allergic rhinitis (477.x); or a single ICD-9 code for CRS associated with an outpatient, inpatient, or emergency department encounter. The 137,357 patients who did not meet criteria for the higher and intermediate likelihood groups were designated as having a "lower" likelihood of CRS.

We divided our source population into six strata based on race/ethnicity and likelihood of CRS. We mailed the baseline CRS survey to a larger percentage of individuals in the strata of interest (see Supplemental Material, Table S1).

*Covariates*

From the EHR we obtained these covariates: sex; current age (years); race/ethnicity (white non-Hispanic, other); smoking status (never, current, former); body mass index (BMI, kg/m$^2$); residential address; and history of receiving Medical Assistance, a means-tested health insurance program that we used as a surrogate for family socioeconomic status (Casey et al. 2013). We used information in the EHR to derive each individual's residential place type (township, borough, or census tract in cities) and Charlson comorbidity index. We computed the Charlson index, which incorporates the number and severity of comorbid illnesses, consistent with previously published criteria (Charlson et al. 1987). We dichotomized race/ethnicity because only 10% of participants were non-white, which is reflective of the general population in

7

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

these communities (Casey et al. 2016). Our questionnaire ascertained additional information on educational status, marital status, household income, hay fever, nasal polyps, age at onset of nasal/sinus symptoms (in 5-year categories), history of sinus surgery, and current use of sinusitis medications (antibiotics and oral, inhaled, and nasal corticosteroids). We used United States census data to derive community socioeconomic deprivation (CSD) in townships, boroughs, and cities using a modified version of the Townsend index (Townsend 1987) as previously reported (Liu et al. 2012).

*Outcome ascertainment*

The cardinal symptoms of CRS are nasal congestion/obstruction, nasal discharge (anterior or posterior nasal drip), smell loss, and facial pain or pressure. Our questionnaire ascertained the frequency ("never," "once in a while," "some of the time," "most of the time," or "all the time"), in the past three months, of the aforementioned symptoms (questions 10-15 of the questionnaire, which is included in the Supplemental Material, "Population Study of Nasal and Sinus Symptoms"). Following European Position Paper on Rhinosinusitis and Nasal Polyps (EPOS) diagnostic criteria for CRS in epidemiologic studies (Fokkens et al. 2012), we determined participants to have current CRS if they experienced two or more cardinal symptoms (one of which must be nasal congestion/obstruction [question 10] or discharge [question 11 and/or 12]) at least "most of the time" in the past three months.

We ascertained migraine headache via questions from the ID Migraine questionnaire (Lipton et al. 2003) covering the past twelve months. Those with headaches at least "some of the time" (question 80) were asked the frequency ("never," "rarely," "less than half the time," "half the time or more") of headache-associated disability, nausea, and photophobia (questions 81-83).

8

BLM_0116665

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

Using a validated scoring method (Lipton et al. 2003), we dichotomized the three responses.

Responses of "never" or "rarely" were scored as no and responses of "less than half the time" or

"half the time or more" were scored as yes. Participants who answered yes to at least two of

three questions were considered to have migraines.

We ascertained fatigue with eight questions from the PROMIS fatigue short form 8a

(Patient-Reported Outcomes Measurement Information System 2015). These items assessed the

frequency ("not at all," "a little bit," "somewhat," "quite a bit," "very much") of fatigue and

fatigue-related disability in the past week (questions 84-91). We used the instrument's

standardized scoring instructions to code responses from 1 ("not at all") to 5 ("very much") and

summed the eight values to produce a score ranging from 8 to 40. We excluded individuals who

answered fewer than four questions (n = 76). Individuals who answered between 4 and 7

questions were assigned a pro-rated score using this formula: score = (raw sum x 8)/(number of

items answered). Fractional scores were rounded up to the nearest integer. Our "higher levels of

fatigue" outcome consisted of individuals in the highest quartile (score ≥ 28).

Some respondents met criteria for more than one outcome. In the analysis, we evaluated

associations of UNGD with single outcomes (i.e., CRS only; migraine only; or fatigue only) and

multiple outcomes (i.e., participants with CRS and migraine; CRS and fatigue; migraine and

fatigue; or all three outcomes).

*Reference group*

We performed an unmatched case-control analysis in which we compared individuals

with one or more of the three primary outcomes ("cases") to a subset of participants with no or

minimal evidence of these outcomes (hereafter referred to as "controls" or the "reference

9

BLM_0116666

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

group"). The reference group comprised study participants who 1) did not meet diagnostic criteria for past or current CRS, 2) reported no migraine headache symptoms, and 3) reported lower levels of fatigue (i.e., first quartile of fatigue score). Individuals with past CRS, intermediate likelihood of migraine, and/or moderate levels of fatigue were excluded from the reference group. These exclusion criteria were intended to produce a reference group free of individuals with a moderate likelihood of having the outcome (in the case of migraine and fatigue) or whose disease had been aggressively managed and treated (in the case of past CRS).

We created the reference group as follows. First, we excluded all study participants with one or more of the outcomes of interest. Next, individuals who met criteria for lifetime CRS (i.e., responses of "yes" to at least two cardinal symptoms on questions 1-6, one of which had to be nasal blockage [question 1] or discharge [question 2 and/or 3]) but not current CRS were deemed to have "past CRS" and were excluded from the reference group. We then excluded participants from the reference group if they endorsed any of the three ID Migraine criteria. In other words, members of the reference group either skipped the ID Migraine questions (e.g., because they reported a headache frequency of "never" or "once in a while" on question 80 and were instructed to skip the following three questions) or responded to questions 81-83 with no migraine symptom occurring more frequently than "never" or "rarely." Finally, we excluded individuals from the reference group if their fatigue score was higher than the 25th percentile (i.e., those with fatigue score > 13) or they did not answer at least four of eight PROMIS fatigue items (questions 84-91). No other inclusion or exclusion criteria were applied to the reference group.

10

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

*UNGD activity assessment*

We used published descriptions, and our own data, to estimate the duration of each

UNGD phase (Gaines 2013; New York State Department of Environmental Conservation 2015;

Casey et al. 2016). Pad preparation, which involves the clearing of the well site, lasts

approximately 30 days. Drilling of the well then takes 1 to 30 days, proportionate to the total

(vertical plus horizontal) depth. After drilling, hydraulic fracturing occurs during a stimulation

(fracking) phase that lasts an average of 7 days. Finally, the well produces natural gas during a

production phase that lasts months to years.

To capture these complexities of well development, we compiled data on UNGD in

Pennsylvania from January 1, 2005 through December 31, 2014, from the Pennsylvania

Department of Environmental Protection, the Pennsylvania Department of Conservation and

Natural Resources, and SkyTruth (http://skytruth.org). For each well we obtained geographic

coordinates; start dates of drilling, stimulation, and production; total depth; and volume of

natural gas produced during six- or twelve-month reporting windows.

Using methods described previously (Casey et al. 2016), we created UNGD activity

metrics for each phase of well development. Briefly, metrics incorporated all unconventional gas

wells in Pennsylvania and were defined as

$$\text{Metric for participant } i = \frac{1}{T} \sum_{t=-1}^{T} \sum_{j=1}^{n} w_j(t) / d_{ij}^2$$

where $T$ was an averaging period in days (in our primary analysis, $T = 90$ because CRS

diagnostic criteria require three months of symptoms); $t$ was a temporal summation index whose

negative sign represents past dates (e.g., summing from $t = -1$ to -90 indicates that the metric was

averaged over 90 consecutive days immediately prior to the survey); $n$ was the number of wells;

11

BLM_0116668

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

$w_j(t)$ was the weight assigned to the $j$th well on day $t$; and $d_{ij}^2$ was the squared distance between well $j$ and the residential address of participant $i$. We set $w_j(t) = 0$ for wells that were inactive in the given phase on day $t$. Active wells were assigned weights during the duration of the relevant phase as follows: for pad preparation and drilling metrics, $w_j(t)$ was 1; for the stimulation metric, $w_j(t)$ was the total depth (a surrogate for hydraulic fracturing chemical volumes and the number of truck trips required to transport stimulation materials); and for the production metric, $w_j(t)$ was the average daily volume of natural gas produced during the corresponding reporting period.

Because the four UNGD phase metrics were highly correlated when averaged over 90 days (Spearman coefficient > 0.90 for each pairwise comparison), we $z$-transformed the metrics and summed the resulting $z$-scores. For analysis, we divided this continuous composite UNGD activity metric into quartiles for ease of interpretation and because of its skewed distribution.

*Statistical analysis*

We used descriptive statistics to compare characteristics of participants with and without each outcome. To evaluate selection bias with respect to UNGD, we compared distributions of the UNGD activity metric in study participants and questionnaire non-responders. To assess the potential for non-conservative errors due to selection bias with respect to health status, we analyzed distributions of the Charlson comorbidity index in study participants and survey non-responders, stratified by UNGD quartile. Categorical and continuous variables were compared using $\chi^2$ tests and $t$-tests, respectively. For hypothesis testing, $p$-values < 0.05 were considered statistically significant.

We used weighted logistic regression to evaluate associations between UNGD activity and symptoms while adjusting for confounding variables. All models compared individuals with

12

BLM_0116669

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

the outcome(s) of interest ("cases") to the reference group described above ("controls"). The use of sampling weights allowed us to account for the differential patient selection and participation rates in our stratified design, while targeting unbiased measures of association and obtaining robust standard errors. We assigned each participant a sampling weight equal to the inverse probability of inclusion in the study (see Supplemental Material, Table S1). Because the weight in one stratum (150.8) was very substantially larger than the other weights, we truncated this weight by reducing it to the value of the second-highest weight (32.3).

We adjusted all models for these potential confounders that we identified *a priori*: sex, race/ethnicity (non-Hispanic white vs. other), age (linear and quadratic terms; to avoid collinearity we centered the age variable by subtracting its mean [i.e., $A_c = A_i - A_{mean}$]), receipt of Medical Assistance (never vs. ever), and smoking status (never vs. former and current). We tested for additional confounding by adding linear and quadratic terms for BMI and CSD. We retained these covariates in the models if they changed associations between UNGD and the outcome by at least 10%. Analyses were performed in R version 3.0.2 (R Foundation for Statistical Computing, Vienna, Austria) and Stata 13.1 (StataCorp, College Station, Texas) using the svy commands.

We reasoned that UNGD might be associated with current CRS only for onset of symptoms after 2006, when UNGD commenced in Pennsylvania. To test the associated hypothesis we stratified the CRS group by date of symptom onset (before/after January 1, 2006) and re-ran models within each stratum. While associations of UNGD activity with our other outcomes could also differ by onset date, our questionnaire did not ascertain the onset date of migraine and fatigue symptoms.

We performed several sensitivity analyses. To explore the impact of sampling weight

13

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

choices, we re-ran models with full (i.e., not truncated) weights and again with no weights.  To

determine whether associations differed by the length of the UNGD assessment period, we

compared associations using 7-day, 90-day, and 365-day averaged UNGD metrics that

corresponded to the questionnaire's recall windows for the three primary outcomes. To explore

spatial differences among groups of participants, we mapped the residential locations of

individuals with and without our primary outcomes, stratified by UNGD quartile and

case/control status. To assess whether UNGD was associated with symptoms in individuals with

past disease or moderate symptoms, we created additional CRS and fatigue models in which we

re-classified some previously excluded individuals as "cases" (for details see Supplemental

Material, "Models of Past Disease and Moderate Symptoms"). To assess whether unmeasured

confounding, including spatial confounding, could be responsible for the observed associations,

we created "negative control outcome" models (Lipsitch et al. 2010). These adjusted logistic

regression models evaluated associations between UNGD and self-reported outcomes (bad

breath, ear pain, and cold/flu symptoms) that we thought were unlikely to be related to UNGD.

We expected to find no significant associations between UNGD and these outcomes; the

presence of such associations could indicate bias due to unmeasured confounding. In these

models, we defined cases as all study participants who reported the symptom at least "most of

the time" in the past three months (questions 36, 43, and 48 for bad breath, ear pain, and cold/flu

symptoms, respectively). The reference group for each model consisted of all individuals who

reported the symptom "never" in the past three months.

14

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

## RESULTS

*Characteristics of the study population*

Questionnaire respondents were 7,785 individuals from 39 counties in central and northeastern Pennsylvania, in regions with and without UNGD (Figure 1). Compared to questionnaire recipients who did not respond, our study population was more likely to be female, white, and older (results not shown). The continuous UNGD activity metric did not differ significantly ($p = 0.26$) between study participants and questionnaire non-responders (Table 1). Study participants were less likely than non-responders to be in the highest UNGD quartile. While the Charlson comorbidity index was higher in responders (mean = 3.43) than in non-responders (mean = 2.52, $p < 0.001$), the mean Charlson values were similar across all UNGD quartiles (Table 1).

We identified 738 participants with current CRS and no other primary outcome, 580 with migraine headache only, and 666 with higher levels of fatigue only (Table 2). These conditions were co-occurring in other individuals. There were 268 individuals with CRS and migraine, 347 with CRS and higher levels of fatigue, 420 with migraine and higher levels of fatigue, and 497 with all three outcomes. There were 1,380 participants with no current or past CRS, no migraine headache symptoms, and lower levels of fatigue; these comprised the reference group. Compared to the reference group, individuals with each single outcome were more likely to be younger and current smokers (Table 2). Those with migraine and fatigue were more likely to be female, while those reporting CRS and fatigue were more likely to be white non-Hispanic.

*Associations of UNGD with symptoms*

The highest quartile of UNGD activity, compared to the lowest, was associated with

15

BLM_0116672

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

significantly increased odds of the following combinations of two or more outcomes: CRS and

higher levels of fatigue [odds ratio (OR) = 1.88; 95% confidence interval (CI): 1.08, 3.25];

migraine headache and higher levels of fatigue (OR = 1.95; 95% CI: 1.18, 3.21); and all three

outcomes (OR = 1.84; 95% CI: 1.08, 3.14) (Table 3). The second and third quartiles of UNGD

were not significantly associated with any of the outcomes. In individuals with only one

outcome, the odds ratios for the fourth quartile of UNGD were 1.11 (95% CI: 0.75, 1.65) for

current CRS, 1.43 (95% CI: 0.94, 2.18) for migraine headache, and 1.47 (95% CI: 0.996, 2.18)

for higher levels of fatigue (Table 3). In general, participants in the fourth quartile of UNGD

lived farther north than those in other UNGD quartiles (Figure 2).

When we stratified CRS patients by onset date, the second (OR = 3.27; 95% CI: 1.21,

8.82) and fourth (OR = 3.26; 95% CI: 1.14, 9.36) quartiles of UNGD were associated with

significantly increased odds of CRS in those whose symptoms began after 2006 (see

Supplemental Material, Table S2). There were no associations in participants with earlier

symptom onset.

*Sensitivity analyses*

In participants with multiple outcomes, most inferences were unchanged whether we used

the full sampling weights, truncated weights, or no weights (compare Table 3 to Supplemental

Material, Table S3). Odds ratios for the fourth quartile of UNGD were consistently higher, and

had wider confidence intervals, in fully weighted models than in models with truncated weights.

For example, the odds ratio for the association of the fourth quartile of UNGD with the co-

existence of migraine and fatigue was 2.89 (95% CI: 1.45, 5.76) in the fully weighted model. In

individuals with single outcomes, the fourth quartile of UNGD was significantly associated with

16

BLM_0116673

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

migraine headache (OR = 1.80; 95% CI: 1.02, 3.17) and fatigue (OR = 1.89; 95% CI: 1.10, 3.26) in the models with full weights; significant associations were also present in unweighted models (see Supplemental Material, Table S3).

UNGD activity, when averaged over 7 or 365 days, was highly correlated with the 90-day time-averaged UNGD metric used in the primary analyses (Spearman coefficient = 0.98 for both comparisons). Most inferences and associations were similar when using a 7-day or 365-day averaging period (see Supplemental Material, Table S4). The second quartile of UNGD was associated with past CRS but there were no associations of UNGD with moderate levels of fatigue (see Supplemental Material, Table S5). UNGD was not associated with the negative control outcomes of ear pain, bad breath, or cold/flu symptoms (Table 4).

Because only the highest level of UNGD was associated with our primary outcomes, we compared demographic and socioeconomic characteristics of individuals in the fourth quartile of UNGD to those of participants in other UNGD quartiles (see Supplemental Material, Table S6). Participants in the fourth quartile of UNGD differed on some covariates, several of which were included in the final models. We did not include place type in the final adjusted models because it could be a surrogate for mediators (e.g., individual- or place-level socioeconomic status) of associations between UNGD and symptoms. In a sensitivity analysis that explored the effect of place type, some associations were attenuated slightly when place type was added to the models, but inferences were similar (see Supplemental Material, Table S7).

## DISCUSSION

In our survey of primary care patients in central and northeast Pennsylvania, residential UNGD activity was associated with nasal and sinus symptoms, migraine headache, and higher

17

BLM_0116674

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

levels of fatigue, either alone or in combination. Our findings are suggestive of a threshold in the relationship between UNGD and symptoms, as associations were present only among participants in the fourth quartile of UNGD activity. We found stronger associations in individuals with two or more co-occurring outcomes. In addition, UNGD was associated with CRS in individuals whose nasal and sinus symptoms began after the start of UNGD in Pennsylvania, although these estimates had lower precision due to the small number of subjects with recent CRS onset.

In surveys such as ours, in which selection is based on the outcome, regression models must include sampling weights (or employ another strategy to acknowledge the selection mechanism) to avoid bias. However, extreme sampling weights can significantly increase the model's variance (Potter 1988). To balance bias reduction against variance inflation, several techniques have been developed to truncate large sampling weights. We employed one such technique in our primary analyses. We found associations between UNGD and symptoms in the primary models, and in fully weighted and unweighted models.

There is limited prior evidence linking environmental factors to CRS, migraine headache, and fatigue. Exposure to allergens, toxicants, and secondhand smoke may trigger nasal and sinus symptoms (Fokkens et al. 2012). However, a recent review found insufficient epidemiologic evidence from which to draw conclusions about occupational or environmental risk factors for CRS (Sundaresan et al. 2015). Though migraines have a strong hormonal and genetic component, migraines can also be triggered by noise, odors, and stress (Friedman and De ver Dye 2009; Sjostrand et al. 2010; Sauro and Becker 2009). Similarly, fatigue has multiple risk factors including sleep deprivation, psychosocial stressors, medical disorders, psychiatric factors, occupation, and exposure to low levels of environmental chemicals (Bell et al. 1998; Ranjith

18

BLM_0116675

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

2005; Ricci et al. 2007; Griffith and Zarrouf 2008). Our UNGD activity metrics were designed to capture all potential environmental pathways that could affect these symptoms.

We did not measure participants' exposure to ambient air pollution. We also did not account for conventional oil and gas wells. During our study period the production of conventional gas wells in Pennsylvania was very low compared to that of unconventional wells. Furthermore, Pennsylvania's conventional wells tend to be in the northwest and west, where Geisinger has no patients. The lack of significant geographic overlap with our study population makes confounding of UNGD associations by conventional oil and gas wells unlikely.

Participants in the fourth quartile of UNGD activity lived farther north than those in other quartiles (Figure 2). This spatial separation is due to the location of the Marcellus shale, which constrains UNGD to the northern portion of the Geisinger catchment area. Given the correlation between geography and UNGD, we cannot rule out the possibility that spatial confounding was responsible for the observed associations. However, we note that our models were adjusted for several covariates (such as race/ethnicity and socioeconomic status) that could be associated with both location and outcomes. In addition, the null results in our negative control outcome models did not suggest spatial confounding.

CRS, migraine headache, and fatigue are highly prevalent and produce significant societal costs. CRS affects 2-16% of U.S. adults and results in emergency department visits, antibiotic prescriptions, sinus surgeries, and direct healthcare costs (Hastan et al. 2011; Bhattacharyya 2009; Shashy et al. 2004; Tan et al. 2013). Migraines have a prevalence of 11-14% and cause substantial temporary disability, emergency department visits, outpatient clinic visits, and analgesic use (Lipton et al. 2007; Burch et al. 2015). Fatigue prevalence, defined in various ways across studies, is estimated at 7-45%, and fatigue costs U.S. employers over $100

19

BLM_0116676

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

billion per year in lost productive work time (Ricci et al. 2007). From a public health and

economic perspective it is vital to understand modifiable risk factors for these illnesses.

Recent reviews have noted the lack of high-quality evidence regarding the health effects

of UNGD (Adgate et al. 2014; Werner et al. 2015). Our study of 7,785 Pennsylvania residents is

the largest survey of symptoms with respect to UNGD and has several strengths when compared

to prior studies. We selected a population-based adult sample with no exclusion criteria.

Reporting bias was minimized by the fact that UNGD was not identified as a study aim, and

response rates did not differ by proximity to UNGD. Our time-varying UNGD activity metric

incorporated well phase and intensity measures such as total depth and gas production. We used

standardized and validated instruments to assess fatigue and migraine, respectively, and we used

consensus epidemiologic guidelines to assess CRS.

This study had several limitations. In general, cross-sectional surveys such as ours cannot

assess temporal relations between exposures and outcomes, and we did not ascertain the onset

dates of some symptoms. We note, however, that our UNGD activity metrics could theoretically

be used to establish temporality, as they can be computed for any date prior to symptom onset.

Our ascertainment of self-reported outcomes was susceptible to various types of information

bias. For example, despite the fact that our questionnaire did not mention UNGD, individuals

residing near UNGD may have over-reported symptoms. There was some evidence of selection

bias, as survey participants had poorer health (measured by the Charlson comorbidity index) than

non-responders. However, differences in health status were similar across levels of UNGD

activity. Another limitation is that our estimates of well development phase durations, although

based on published average values, may have been incorrect for individual wells. Further

exposure misclassification could have occurred because our UNGD activity metric was based on

20

BLM_0116677

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

residential addresses. Participants' exposure to UNGD activity could have been affected by unmeasured factors such as occupation, travel, and time spent outdoors. Additionally, our UNGD activity metric did not allow identification of specific exposures or exposure pathways.

**CONCLUSIONS**

UNGD was associated with CRS, migraine headache, and fatigue symptoms in a large population-based survey. Associations were stronger in patients with two or more outcomes. Our work has several advantages over previous studies, making it an important addition to the growing body of evidence that UNGD is associated with adverse health effects. Further research, including more sophisticated exposure and outcome measurements, is necessary to evaluate whether these associations are causal and to elucidate the mechanisms for these findings.

21

BLM_0116678

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

# REFERENCES

Adgate JL, Goldstein BD, McKenzie LM. 2014. Potential public health hazards, exposures and health effects from unconventional natural gas development. Environ Sci Technol 48(15):8307-8320.

Bell IR, Baldwin CM, Schwartz GE. 1998. Illness from low levels of environmental chemicals: Relevance to chronic fatigue syndrome and fibromyalgia. Am J Med 105(3A):74S-82S.

Bhattacharyya N. 2009. Contemporary assessment of the disease burden of sinusitis. Am J Rhinol Allergy 23(4):392-395.

Burch RC, Loder S, Loder E, Smitherman TA. 2015. The prevalence and burden of migraine and severe headache in the United States: Updated statistics from government health surveillance studies. Headache 55(1):21-34.

Casey JA, Curriero FC, Cosgrove SE, Nachman KE, Schwartz BS. 2013. High-density livestock operations, crop field application of manure, and risk of community-associated methicillin-resistant Staphylococcus aureus infection in Pennsylvania. JAMA Intern Med 173(21):1980-1990.

Casey JA, Savitz DA, Rasmussen SG, Ogburn EL, Pollak J, Mercer DG, et al. 2016. Unconventional natural gas development and birth outcomes, Pennsylvania, USA. Epidemiology 27(2):163-72.

Charlson ME, Pompei P, Ales KL, MacKenzie CR. 1987. A new method of classifying prognostic comorbidity in longitudinal studies: Development and validation. J Chronic Dis 40(5):373-383.

Drollette BD, Hoelzer K, Warner NR, Darrah TH, Karatum O, O'Connor MP, et al. 2015. Elevated levels of diesel range organic compounds in groundwater near Marcellus gas

22

BLM_0116679

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

operations are derived from surface activities. Proc Natl Acad Sci USA 112(43):13184-13189.

Energy Information Administration. 2015. U.S. natural gas gross withdrawals and production. Available: http://www.eia.gov/dnav/ng/ng_prod_sum_dcu_NUS_a.htm [accessed 3 November 2015].

Fokkens WJ, Lund VJ, Mullol J, Bachert C, Alobid I, Baroody F, et al. 2012. European position paper on rhinosinusitis and nasal polyps 2012. Rhinol Suppl 23:3 p preceding table of contents, 1-298.

Friedman DI, De ver Dye T. 2009. Migraine and the environment. Headache 49(6):941-952.

Gaines M. 2013. Shale Energy Development's Effect on the Posting, Bonding, and Maintenance of Roads in Rural PA. Available: http://extension.psu.edu/natural-resources/natural-gas/webinars/shale-energy-developments-effect-on-the-posting-bonding-and-maintenance-of-roads-in-rural-pa [accessed 30 October 2015].

Griffith JP, Zarrouf FA. 2008. A systematic review of chronic fatigue syndrome: Don't assume it's depression. Prim Care Companion J Clin Psychiatry 10(2):120-128.

Hastan D, Fokkens WJ, Bachert C, Newson RB, Bislimovska J, Bockelbrink A, et al. 2011. Chronic rhinosinusitis in Europe--an underestimated disease. A GA(2)LEN study. Allergy 66(9):1216-1223.

Jackson RB, Vengosh A, Darrah TH, Warner NR, Down A, Poreda RJ, et al. 2013. Increased stray gas abundance in a subset of drinking water wells near Marcellus shale gas extraction. Proc Natl Acad Sci USA 110(28):11250-11255.

BLM_0116680

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

Kassotis CD, Tillitt DE, Davis JW, Hormann AM, Nagel SC. 2014. Estrogen and androgen
receptor activities of hydraulic fracturing chemicals and surface and ground water in a
drilling-dense region. Endocrinology 155(3):897-907.

Kovats S, Depledge M, Haines A, Fleming LE, Wilkinson P, Shonkoff SB, et al. 2014. The
health implications of fracking. Lancet 383(9919):757-758.

Lipsitch M, Tchetgen ET, Cohen T. 2010. Negative controls: a tool for detecting confounding
and bias in observational studies. Epidemiology 21(3):383-388.

Lipton RB, Bigal ME, Diamond M, Freitag F, Reed ML, Stewart WF, et al. 2007. Migraine
prevalence, disease burden, and the need for preventive therapy. Neurology 68(5):343-
349.

Lipton RB, Dodick D, Sadovsky R, Kolodner K, Endicott J, Hettiarachchi J, et al. 2003. A self-
administered screener for migraine in primary care: The ID migraine validation study.
Neurology 61(3):375-382.

Liu AY, Curriero FC, Glass TA, Stewart WF, Schwartz BS. 2012. Associations of the burden of
coal abandoned mine lands with three dimensions of community context in Pennsylvania.
ISRN Public Health 2012:251201.

Macey GP, Breech R, Chernaik M, Cox C, Larson D, Thomas D, et al. 2014. Air concentrations
of volatile compounds near oil and gas production: A community-based exploratory
study. Environ Health 13:82-069X-13-82; doi: 10.1186/1476-069X-13-82.

Maloney KO, Yoxtheimer DA. 2012. Production and disposal of waste materials from gas and oil
extraction from the Marcellus Shale play in Pennsylvania. Environ Practice 14(04):278-
287.

BLM_0116681

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

Mitka M. 2012. Rigorous evidence slim for determining health risks from natural gas fracking. JAMA 307(20):2135-2136.

Patient-Reported Outcomes Measurement Information System. 2015. PROMIS Fatigue Short Form 8a. Available: http://www.assessmentcenter.net [accessed 10 October 2015].

New York State Department of Environmental Conservation. 2015. Final Supplemental Generic Environmental Impact Statement on the Oil, Gas, and Solution Mining Regulatory Program. Available: http://www.dec.ny.gov/docs/materials_minerals_pdf/fsgeis2015.pdf [accessed 10 October 2015].

Paulik LB, Donald CE, Smith BW, Tidwell LG, Hobbie KA, Kincl L, et al. 2015. Impact of natural gas extraction on PAH levels in ambient air. Environ Sci Technol 49(8):5203-5210.

Potter F. 1988. Survey of procedures to control extreme sampling weights. Proceeding of the Survey Research Methods Section of the American Statistical Association. Available: http://www.amstat.org/sections/srms/Proceedings/papers/1988_083.pdf [accessed 26 March 2016].

Powers M, Saberi P, Pepino R, Strupp E, Bugos E, Cannuscio CC. 2015. Popular epidemiology and "fracking": Citizens' concerns regarding the economic, environmental, health and social impacts of unconventional natural gas drilling operations. J Community Health 40(3):534-541.

Rabinowitz PM, Slizovskiy IB, Lamers V, Trufan SJ, Holford TR, Dziura JD, et al. 2015. Proximity to natural gas wells and reported health status: Results of a household survey in Washington county, Pennsylvania. Environ Health Perspect 123(1):21-26.

Ranjith G. 2005. Epidemiology of chronic fatigue syndrome. Occup Med 55(1):13-19.

25

BLM_0116682

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

Ricci JA, Chee E, Lorandeau AL, Berger J. 2007. Fatigue in the U.S. workforce: Prevalence and implications for lost productive work time. J Occup Environ Med 49(1):1-10.

Saberi P, Propert KJ, Powers M, Emmett E, Green-McKenzie J. 2014. Field survey of health perception and complaints of Pennsylvania residents in the Marcellus shale region. Int J Environ Res Public Health 11(6):6517-6527.

Sauro KM, Becker WJ. 2009. The stress and migraine interaction. Headache: The Journal of Head and Face Pain 49(9):1378-1386.

Shashy RG, Moore EJ, Weaver A. 2004. Prevalence of the chronic sinusitis diagnosis in Olmsted county, Minnesota. Arch Otolaryngol Head Neck Surg 130(3):320-323.

Sjostrand C, Savic I, Laudon-Meyer E, Hillert L, Lodin K, Waldenlind E. 2010. Migraine and olfactory stimuli. Curr Pain Headache Rep 14(3):244-251.

Steinzor N, Subra W, Sumi L. 2013. Investigating links between shale gas development and health impacts through a community survey project in Pennsylvania. New Solut 23(1):55-83.

Sundaresan AS, Hirsch AG, Storm M, Tan BK, Kennedy TL, Greene JS, et al. 2015. Occupational and environmental risk factors for chronic rhinosinusitis: A systematic review. Int Forum Allergy Rhinol; doi: 10.1002/alr.21573 [Online 16 June 2015].

Tan BK, Kern RC, Schleimer RP, Schwartz BS. 2013. Chronic rhinosinusitis: The unrecognized epidemic. Am J Respir Crit Care Med 188(11):1275-1277.

Townsend P. 1987. Deprivation. J Soc Policy 16(02):125-146.

Werner AK, Vink S, Watt K, Jagals P. 2015. Environmental health impacts of unconventional natural gas development: A review of the current strength of evidence. Sci Total Environ 505:1127-1141.

BLM_0116683

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

**TABLES**

**Table 1**. Comparison of selected characteristics in survey responders and non-responders.

| | Responders (n = 7,785) | Non-responders (n = 15,525) | *p*-value |
|---|---|---|---|
| Continuous composite UNGD activity metric, mean (sd) | -0.02 (1.80) | 0.01 (2.78) | 0.26[a] |
| UNGD activity, n (%) | | | |
|    Quartile 1 | 2052 (26.4) | 3775 (24.3) | < 0.001[b] |
|    Quartile 2 | 1828 (23.5) | 3996 (25.7) | |
|    Quartile 3 | 2017 (25.9) | 3814 (24.6) | |
|    Quartile 4 | 1888 (24.3) | 3940 (25.4) | |
| Charlson index, mean (sd) | 3.43 (2.76) | 2.52 (2.65) | < 0.001[a] |
| Charlson index stratified by quartiles of UNGD activity, mean (sd) | | | |
|    Quartile 1 | 3.27 (2.61) | 2.46 (2.46) | NA |
|    Quartile 2 | 3.37 (2.71) | 2.48 (2.57) | |
|    Quartile 3 | 3.61 (2.83) | 2.68 (2.85) | |
|    Quartile 4 | 3.47 (2.86) | 2.48 (2.70) | |
| | *p* < 0.001[c] | *p* < 0.001[c] | |

Abbreviations: UNGD, unconventional natural gas development; sd, standard deviation; NA, not applicable.
Patients who lived outside Pennsylvania were excluded (n = 390). UNGD activity was averaged over 90 days prior to the survey.
[a] *p*-value computed with *t*-test.
[b] *p*-value computed with chi-square test.
[c] Within responders and non-responders separately, *p*-values were computed with one-way analysis of variance (ANOVA) to compare mean Charlson index across quartiles of UNGD.

27

BLM_0116684

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

Table 2: Characteristics of study population by self-reported outcome(s).

| Characteristic | Overall study population | Individuals with no primary outcome | | Individuals with one or more primary outcomes | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Reference group[a] | Individuals who were neither cases nor controls[b] | Current CRS only | Migraine headache only | Higher levels of fatigue only | Current CRS and migraine | Current CRS and higher levels of fatigue | Migraine and higher levels of fatigue | Current CRS, migraine headache, and higher levels of fatigue |
| Total number, n | 7785 | 1380 | 2889 | 738 | 580 | 666 | 268 | 347 | 420 | 497 |
| Sex, n (%) | | | | | | | | | | |
| Male | 2909 (37.4) | 656 (47.5) | 1242 (43.0) | 335 (45.4) | 113 (19.5) | 233 (35.0) | 50 (18.7) | 126 (36.3) | 63 (15.0) | 91 (18.3) |
| Female | 4876 (62.6) | 724 (52.5) | 1647 (57.0) | 403 (54.6) | 467 (80.5) | 433 (65.0) | 218 (81.3) | 221 (63.7) | 357 (85.0) | 406 (81.7) |
| Race/ethnicity, n (%) | | | | | | | | | | |
| White non-Hispanic | 7043 (90.5) | 1183 (85.7) | 2653 (91.8) | 707 (95.8) | 508 (87.6) | 598 (89.8) | 257 (95.9) | 333 (96.0) | 357 (85.0) | 447 (89.9) |
| Other | 742 (9.5) | 197 (14.3) | 236 (8.2) | 31 (4.2) | 72 (12.4) | 68 (10.2) | 11 (4.1) | 14 (4.0) | 63 (15.0) | 50 (10.1) |
| Age in years, mean (sd) | 55.3 (16.1) | 58.8 (17.0) | 57.6 (15.9) | 57.1 (14.9) | 46.1 (14.3) | 57.3 (15.1) | 48.5 (13.2) | 56.1 (14.7) | 46.5 (13.6) | 47.8 (13.1) |
| Smoking status, n (%) | | | | | | | | | | |
| Never | 4268 (54.8) | 805 (58.3) | 1615 (55.9) | 404 (54.7) | 340 (58.6) | 334 (50.2) | 141 (52.6) | 178 (51.3) | 220 (52.4) | 231 (46.5) |
| Current | 1130 (14.5) | 134 (9.7) | 353 (12.2) | 100 (13.6) | 96 (16.6) | 113 (17.0) | 57 (21.3) | 61 (17.6) | 86 (20.5) | 130 (26.2) |
| Former | 2387 (30.7) | 441 (32.0) | 921 (31.9) | 234 (31.7) | 144 (24.8) | 219 (32.9) | 70 (26.1) | 108 (31.1) | 114 (27.1) | 136 (27.4) |
| History of receiving Medical Assistance, n (%) | | | | | | | | | | |
| Never | 6876 (88.3) | 1286 (93.2) | 2690 (93.1) | 694 (94.0) | 467 (80.5) | 588 (88.3) | 216 (80.6) | 293 (84.4) | 302 (71.9) | 340 (68.4) |
| Ever | 909 (11.7) | 94 (6.8) | 199 (6.9) | 44 (6.0) | 113 (19.5) | 78 (11.7) | 52 (19.4) | 54 (15.6) | 118 (28.1) | 157 (31.6) |
| Body mass index (kg/m$^2$), mean (sd) | 30.2 (7.0) | 29.0 (6.3) | 29.9 (6.5) | 30.4 (7.0) | 29.7 (7.3) | 31.7 (7.9) | 29.8 (7.3) | 31.3 (7.4) | 31.3 (7.7) | 31.2 (8.1) |
| Place type, n (%) | | | | | | | | | | |
| Township | 4949 (63.6) | 907 (65.7) | 1900 (65.8) | 476 (64.5) | 332 (57.2) | 417 (62.6) | 170 (63.4) | 213 (61.4) | 242 (57.6) | 292 (58.8) |
| Borough | 2135 (27.4) | 371 (26.9) | 762 (26.4) | 188 (25.5) | 183 (31.6) | 192 (28.8) | 72 (26.9) | 101 (29.1) | 122 (29.0) | 144 (29.0) |
| Census tract in city | 701 (9.0) | 102 (7.4) | 227 (7.9) | 74 (10.0) | 65 (11.2) | 57 (8.6) | 26 (9.7) | 33 (9.5) | 56 (13.3) | 61 (12.3) |
| Community socioeconomic deprivation, mean (sd) | 0.0 (3.6) | -0.3 (3.6) | -0.1 (3.6) | -0.1 (3.5) | 0.3 (3.7) | 0.1 (3.6) | 0.2 (3.5) | 0.1 (3.7) | 0.6 (3.7) | 0.6 (3.8) |
| UNGD activity metric, n (%)[c] | | | | | | | | | | |
| Quartile 1 [-0.61 to -0.47] | 1946 (25.0) | 358 (25.9) | 745 (25.8) | 181 (24.5) | 140 (24.1) | 155 (23.3) | 63 (23.5) | 91 (26.2) | 101 (24.0) | 112 (22.5) |
| Quartile 2 [-0.47 to -0.39] | 1946 (25.0) | 345 (25.0) | 731 (25.3) | 187 (25.3) | 145 (25.0) | 174 (26.1) | 65 (24.3) | 83 (23.9) | 92 (21.9) | 124 (24.9) |
| Quartile 3 [-0.39 to -0.16] | 1946 (25.0) | 373 (27.0) | 733 (25.4) | 188 (25.5) | 131 (22.6) | 172 (25.8) | 70 (26.1) | 73 (21.0) | 98 (23.3) | 108 (21.7) |
| Quartile 4 [> -0.16] | 1947 (25.0) | 304 (22.0) | 680 (23.5) | 182 (24.7) | 164 (28.3) | 165 (24.8) | 70 (26.1) | 100 (28.8) | 129 (30.7) | 153 (30.8) |

Abbreviations: CRS, chronic rhinosinusitis; UNGD, unconventional natural gas development; sd, standard deviation. Percentages may not total 100 due to rounding.

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

[a] Individuals in the reference group reported no past or current CRS; no headache-related nausea, photophobia, or disability; and lower levels ($\leq 25^{th}$ percentile) of fatigue.

[b] These individuals did not meet criteria for any primary outcome and were excluded from the reference group because of past CRS, intermediate probability of migraine headache, and/or moderate levels of fatigue.

[c] UNGD activity was averaged over the 90 days prior to the survey.

BLM_0116686

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

**Table 3**. Associations of UNGD with symptoms in individuals with one or more primary outcomes, compared to a reference group.

| | Current CRS only (n = 736)[a] | Migraine headache only (n = 580) | Higher levels of fatigue only (n = 666) | Current CRS and migraine (n = 266)[a] | Current CRS and higher levels of fatigue (n = 347)[a] | Migraine and higher levels of fatigue (n = 420) | All three outcomes (n = 496)[a] |
|---|---|---|---|---|---|---|---|
| UNGD quartile | Adjusted odds ratios (95% confidence intervals) | | | | | | |
| 1 | 1.00 (reference) | 1.00 (reference) | 1.00 (reference) | 1.00 (reference) | 1.00 (reference) | 1.00 (reference) | 1.00 (reference) |
| 2 | 1.17 (0.80, 1.72) | 1.14 (0.74, 1.75) | 1.48 (1.01, 2.17) | 0.82 (0.43, 1.57) | 1.06 (0.62, 1.80) | 1.06 (0.63, 1.78) | 1.05 (0.63, 1.78) |
| 3 | 0.76 (0.52, 1.12) | 0.89 (0.58, 1.36) | 1.22 (0.84, 1.77) | 0.74 (0.38, 1.47) | 0.94 (0.53, 1.66) | 0.80 (0.49, 1.31) | 0.73 (0.42, 1.27) |
| 4 | 1.11 (0.75, 1.65) | 1.43 (0.94, 2.18) | 1.47 (0.996, 2.18) | 1.49 (0.78, 2.85) | 1.88 (1.08, 3.25) | 1.95 (1.18, 3.21) | 1.84 (1.08, 3.14) |

Abbreviations: UNGD, unconventional natural gas development, CRS, chronic rhinosinusitis.

For all models, the reference group consisted of individuals with no current or past CRS, no migraine headache symptoms, and the lowest quartile of fatigue score. All models included sampling weights, with the highest weight truncated to the value of second-highest weight. Models included these covariates: sex, race/ethnicity (white non-Hispanic vs. other), centered age (linear and quadratic terms), Medical Assistance (never vs. ever), and smoking status (never vs. current and former). UNGD activity was averaged over the 90 days prior to the survey.

[a] These models included centered body mass index as an additional covariate. Because individuals with unknown body mass index were excluded, these case counts are slightly lower than those reported in the text.

BLM_0116687

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

**Table 4**. Associations of UNGD with negative control outcomes.

| | Ear pain yes (n = 422) vs. no (n = 3917) | Bad breath yes (n = 846) vs. no (n = 2628) | Cold/flu symptoms yes (n = 307) vs. no (n = 2442) |
|---|---|---|---|
| | Adjusted odds ratios (95% confidence intervals) | | |
| UNGD quartile | | | |
| 1 | 1.00 (reference) | 1.00 (reference) | 1.00 (reference) |
| 2 | 0.92 (0.58, 1.44) | 0.87 (0.61, 1.22) | 1.04 (0.58, 1.84) |
| 3 | 0.53 (0.32, 0.87) | 1.12 (0.80, 1.57) | 1.15 (0.66, 2.00) |
| 4 | 1.16 (0.74, 1.83) | 0.95 (0.67, 1.35) | 1.14 (0.64, 2.01) |

Abbreviations: UNGD, unconventional natural gas development; CRS, chronic rhinosinusitis.

Individuals with the symptom at least "most of the time" in the past three months were compared to those with the symptom "never" in the past three months. All models included sampling and response weights, and the highest weight was truncated to the value of the second-highest weight. Models included these covariates: sex, race/ethnicity (white non-Hispanic vs. other), centered age (linear and quadratic terms), Medical Assistance (never vs. ever), and smoking status (never vs. current and former). UNGD activity was averaged over the 90 days prior to the survey.

BLM_0116688

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

**FIGURE LEGENDS**

**Figure 1**. Map of study area. Thick black outlines designate Pennsylvania counties with at least one participant (from U.S. Census Bureau TIGER/line files). Numbers within the borders of each county indicate the total number of participants (T) and the number with chronic rhinosinusitis symptoms (NS), migraine headache (H), and higher levels of fatigue (F) (data from the Geisinger Clinic). Gray circles show locations of drilled unconventional natural gas wells as of December 2014 (from Pennsylvania Department of Environmental Protection). Black stars represent Geisinger hospitals and clinics. Map was made with ArcGIS Desktop (release 10, Esri, Redlands, CA).

**Figure 2**. Locations of study participants in the fourth quartile of UNGD activity (**A**) and all other UNGD quartiles (**B**). Blue crosses: participants with at least one primary outcome (current CRS, migraine headache, and/or higher levels of fatigue). Black circles: reference group participants with no current or past CRS, no migraine headache symptoms, and lower levels of fatigue. Yellow circles: locations of all drilled unconventional natural gas wells in Pennsylvania as of December 31, 2014. Patient residential locations were from the Geisinger Clinic; county boundaries from the U.S. Census Bureau TIGER/line files; and UNGD wells from the Pennsylvania Department of Environmental Protection. Maps were made with ArcGIS Desktop (release 10, Esri, Redlands, CA).

32

BLM_0116689

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

Figure 1.



BLM_0116690

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

Figure 2.



BLM_0116691

Scanned
0075 JB

2016 AUG 25 PM 12:51

Dana Wilson,

I am a Colorado citizen for healthy soil, water, air and people.

I oppose hydraulic fracturing in the North Fork Valley.

Please consider that option that fracking is something that could seriously hurt Colorado. Right now the majority of our land is pristine, open, and healthy. That is how people envision Colorado. Imagine someone wanting to move here and coming to visit only to find unsightly hydraulic fracturing machines spread about. Imagine taking a hike in the mountains and then running across one of these eyesores. Worse yet, what if you already lived here and they put one near your home and one of the mystery chemicals in the fluid seeped into the ground water and affected the drinking water.

There are so many scary and real possibilities, you must consider joining New York, Vermont, and Maryland in banning fracking or instating a moratorium until more research has been conducted.

At a bare minimum, please adhere to the North Fork Alternative B1 guidelines and explore reasonable alternatives for a renewable future.

Sincerely,

Susan Jordan

Name: Susan Jordan

Address: 1493 Cr. 106
Carbondale, CO
81623

Cc: B. Sharrow, D. Wilson, G. Jones, M. Roeber, B. Hovde, M. Bennet

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Comment on Resource Management Plan for the Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment on Resource Management Plan for the Uncompahgre Field Office
1 message

**Gayatridevi** <gayatridevi@earthart.org>                          Tue, Aug 30, 2016 at 1:11 PM
To: ufomp@blm.gov

Dear BLM-UFO Staff and RMP Comment Team,
I, Stacey A. McCulloch, am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The potential for human, animal and environmental damage is too high and I urge you to stop this immediately!
Sincerely,
Stacey McCulloch
P. O. Box 603
Crestone, CO 81131

BLM_0116693

9/30/2016                    DEPARTMENT OF THE INTERIOR Mail - BLM Management Plan for Public Lands in SW Colorado Input.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM Management Plan for Public Lands in SW Colorado Input.
1 message

**Bruce Steffens** <steff@gojade.org>                                    Wed, Aug 31, 2016 at 8:57 AM
To: uformp@blm.gov

Bruce Steffens

                                                                12 Iron Bridge

Place, Box 205South Fork, Co 81154

                              August 15, 2016

To BLM,

Concerning the proposals:  Draft Management Plan for Public Lands in Southwest
Colorado to prohibit target shooting and/or hunting on BLM lands.  The following
are constitutional rights that shall not be infringed upon:

  1.  THIS IS A DRIECT ATTACK ON OUR 2ND AMENDMENT RIGHTS.

  2.  THIS IS A DIRECT ATTACK ON THE RIGHT OF FREEDOM AND
  ENJOYMENT OF ALL FEDERAL LANDS, WHICH ARE OWNED BY US,
  THE PEOPLE OF THE UNITED STATES OF AMERICA!

  3.  WE, THE PEOPLE OF THE UNITED STATES, ENJOY TEACHING OUR
  CHILDREN AND GRANDCHILDREN RESPONSIBLE FIREARM SAFTY
  AND TEACHING THEM HOW TO SHOOT.  YES, IF WE CHOOSE TO
  SHOOT ON BLM LANDS AND NOT ENDANGER ANYBODY ELSE,
  SHALL HAVE THE CONSTITUTIONAL RIGHT AND FREEDOM TO DO SO
  WITHOUT INFRINGEMENT FROM THE BLM!

  4.  THE CURRENT POLITICAL SYSTEM IS OVERREACHING ITS
  AUTHORITY BY TAKING CONTROL AND OVERRIDING THE ORGINAL
  BLM MANDATE TO OVERSEE GRAZING AND MINERAL USE.
  NOWHERE DOES ANY LAW GIVE THE BLM AUTHORITY TO SUBVERT
  THE 2ND AMENDMENT AND THE FREEDOM TO PURSUE THE RIGHT
  OF ENJOYMENT AND HAPPINESS AS GUAREENTED BY THE U.S.
  CONISUTION.

As a voting, taxpaying American citizen, I stand firmly against any attempt
by the BLM to diminish my right to use firearms on our public lands.


Sincerely,

Bruce Steffens

BLM_0116694

BLM_0116695

9/9/2016                          DEPARTMENT OF THE INTERIOR Mail - RMP Comment - Town of Telluride



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment - Town of Telluride
1 message

**Tiffany Kavanaugh** <tkavanaugh@telluride-co.gov>                    Wed, Aug 31, 2016 at 1:08 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Good afternoon Ms. Sharrow,

Attached please find comment on the draft Resource Management Plan for the Uncompahgre Field Office from Mayor
Sean Murphy on behalf of the Town of Telluride.

Thank you for your consideration,

Tiffany Kavanaugh

Town Clerk

Town of Telluride

(970) 728-2157





📄 **BLM Comment Letter 8.30.16.pdf**
   667K

BLM_0116696



Office of the Mayor
Sean Murphy, Mayor

August 30, 2016

Ms. Barbara Sharrow
Project Manager, Uncompahgre Field Office
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose, CO 81401

Submitted via email to: uformp@blm.gov

Dear Ms. Sharrow:

Thank you for the opportunity to comment on the Draft Resource Management Plan (RMP) for the Uncompahgre Field Office (UFO) of the Bureau of Land Management (BLM). The Uncompahgre Field Office of the BLM receives nearly 500,000 visitors every year, who come from all over the world to recreate in the stunning mountains, pristine river canyons, and remote desert plateaus that characterize our region. Many people who visit BLM lands in our region also visit Telluride during their trip, which economically and socially benefits the town and the region.

Although grazing, oil and gas leasing, and other forms of resource development are significant and historic uses on lands in the UFO, we ask you to please also consider that protecting the unspoiled beauty and ecological integrity of BLM lands is directly beneficial to our local economy and central to our community values. Draft RMP Alternative B's emphasis on improving and rehabilitating resources aligns with the efforts we continue to implement in our community to preserve and enhance our natural environment.

The Town supports Alternative B's focus on managing lands to protect Wilderness Characteristics. A higher level of protection of these lands within the UFO boundaries would be consistent with our community's values.

Alternative D proposes Suitable Wild and Scenic River segments that, while not as extensive as those presented in Alternative B, represent the results of an inclusive multi-stakeholder compromise. We support these findings and recognize Wild and Scenic suitability as an important tool for protecting our water resources for drinking water, ecological function, recreation, and many other uses.

We request that the BLM include actions to reduce climate change in any adopted plan. As a mountain community, we are directly impacted by climate change. We see these effects in our snowpack levels, in the health of our forests, the distribution of our wildlife and water resources, and our susceptibility to drought and wildfire.

Thank you for considering our comments.

Sincerely,

Sean Murphy, Mayor
Town of Telluride

P.O. Box 397 ● Telluride, CO 81435 ● 646-522-9900 ● *smurphy@telluride-co.gov*

9/9/2016                                      DEPARTMENT OF THE INTERIOR Mail - Open riding area



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Open riding area
1 message

---

**Joyce and Rudy Rodriguez** <joyru2@msn.com>                          Wed, Aug 31, 2016 at 11:21 AM
To: "uformp@blm.gov" <uformp@blm.gov>

The open riding area just north of the Trap Club in North Delta needs to be kept open.  This area is used to train riders close to home and it needs to keep an open area.   Our boys learned to ride there along with many friends.   Many come back to ride there again.


Thank you,

Joyce and Rudy Rodriguez

Delta, CO


**WITHOUT** OUR COUNTRY WE HAVE **NOTHING!**

BLM_0116698

Received 8/4/16

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.


Yours Sincerely,


Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

9/9/2016                                 DEPARTMENT OF THE INTERIOR Mail - Open riding area



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Open riding area
1 message

---

**Joyce and Rudy Rodriguez** <joyru2@msn.com>                    Wed, Aug 31, 2016 at 11:21 AM
To: "uformp@blm.gov" <uformp@blm.gov>

  The open riding area just north of the Trap Club in North Delta needs to be kept open.  This area is used to train riders close to home and it needs to keep an open area.   Our boys learned to ride there along with many friends.   Many come back to ride there again.


Thank you,

Joyce and Rudy Rodriguez

Delta, CO


**WITHOUT** OUR COUNTRY WE HAVE **NOTHING!**

9/9/2016                                    DEPARTMENT OF THE INTERIOR Mail - Comment Letter



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comment Letter
1 message

---

**Walt Blackburn** <wblack8709@msn.com>                    Thu, Sep 1, 2016 at 9:08 AM
To: "uformp@blm.gov" <uformp@blm.gov>

  Please find attached comments on the Uncompahgre Resource Management Plan and Environmental Impact Statement submitted by the Thunder Mountain Wheelers ATV Club of Delta Co.


**Walt Blackburn**
**Government Liaison Officer**
**Thunder Mountain Wheelers ATV Club**

wblack8709@msn.com

---

📄 **Unc-RMP- 2016.doc**
487K

BLM_0116701

# THUNDER MOUNTAIN WHEELERS

P O BOX 203
DELTA CO 81416-0203
970-874-8709
wblack8709@msn.com



BLM RMP Comments
Uncompahgre Resource Management Plan
And Environmental Impact Statement

Interdisciplinary Team:

Thank you for the opportunity to comment on the Uncompahgre RMP &
Environmental Impact Statement.

The Thunder Mountain Wheelers ATV Club or (TMW) represents approximately
450 people and businesses on the Western Slope of Colorado, mostly in the
Delta and Montrose County areas who enjoy recreating on our public lands with
off highway & full sized 4x4 vehicles. TMW is a volunteer based non-profit
environmental concerned organization that has focused on preserving and
enhancing the opportunities of all OHV users in the local area since 1990. TMW
enthusiasts provide not only thousands of volunteer hours, but have contributed
over 1.3 million dollars over the years to public lands, through the Colorado's
OHV Registration and Grant Program.

It is important to note that TMW doesn't expend its energy opposing other forms
of recreation or user group, or try to undermine other activities on public lands.
We recognize the diverse interests and needs of all Colorado residents and
applaud, rather than oppose them.

**Specifically:**

The North Delta OHV Open Area consisting of 8560 acres and is a very
important and often used riding and training area for the OHV community.  This
area is not only used by the local OHV community it is utilized and provides open
area opportunities to many people specifically traveling to the Delta area to enjoy
the opportunity to ride off trail along with the ability to train new and upcoming
riders the art of OHV recreation.

Our past experience tells us that changing the entire open area to designated
trails would be an enforcement and signage nightmare. The motorized
community has recreated and enjoyed the area for decades and policing such a
major change would be next to impossible.

**USING, NOT ABUSING, OUR PUBLIC LANDS**

We are cognizant of the concerns of the CPW Fish & Wildlife with the endangered/threatened Colorado Hookless Cactus. We are appreciative of the limited environment and habitat of this species.

Additionally we have read and recognize the concerns of the run off and salinity issue draining into the Colorado River.

**Recommendations to Interdisciplinary Team:**

In an effort to have continued use though limited along with recognizing the concerns of the Managing Agencies, TMW would suggest the following:

1.) The Interdisciplinary Team considers making the "open area" a SRMA. This would allow the authorizing officer to determine that the resources require special management and control measures to meet the management objectives.

2.) The Hookless Cactus having been identified specifically on the northern part of the "open area." TMW suggest that the total "open area" be reduced by approximately 2 thousand acres by eliminating "open riding" on the norther 1/3 of the area and re-designate that area to designated trails only.

3.) Reducing the "open area" and changing to designated trails only on the norther part of the area would have a positive effect on the salinity and erosion concerns.

TMW would suggest the team give full consideration to leaving the "Open Area", intact at least in part for the OHV community that has lost over 75% of their trails and riding opportunities over the past two decades. We also would like to remind the Interdisciplinary Team that the "Open Area" has a very positive impact on the socio-economic impact on the City and Delta County with the many out of town visitors that use the area.

Walt Blackburn
Government Liaison Officer
Thunder Mountain Wheelers ATV Club

.

**USING, NOT ABUSING, OUR PUBLIC LANDS**

BLM_0116703

email to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401.

**USING, NOT ABUSING, OUR PUBLIC LANDS**

BLM_0116704

**USING, NOT ABUSING, OUR PUBLIC LANDS**

BLM_0116705

Case No. 1:20-cv-02484-MSK   Document 63-6   filed 04/28/21   USDC Colorado   pg 103 of 165

8/24/2016    New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic …



**Ernst v. EnCana Corporation**
*Landowner Jessica Ernst sues EnCana
and Alberta government regulators over
water contamination*

*Current Lawsuit
Not only in Pavillion Wyoming* (handwritten)

## New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic chemicals into underground sources of drinking water – hydraulic fracturing

Posted on March 29, 2016 by admin    *All it takes is one incident* (handwritten)

*Only one industry is allowed to inject toxic chemicals into underground sources of drinking water – hydraulic fracturing or "fracking."*

…

### Who fixes aquifers frac'd by Encana?

When?

***

***Impact to Underground Sources of Drinking Water and Domestic Wells from Production Well Stimulation and Completion Practices in the Pavillion, Wyoming, Field*** by Dominic C. DiGiulio and Robert B. Jackson, embargoed to March 29, 2016, *Journal of Environmental Science and Technology*

From Digiulio and Jackson's paper:



*Figure 1. Central portion of the Pavillion Field illustrating locations of domestic water wells, production wells, plugged and abandoned (P&A) wells, and EPA monitoring wells (labeled). The entire Field, with labels for production and domestic wells and approximate locations of unlined pits, is illustrated in Figure SI A5. The geographic area in which the Field is located is illustrated in Figure SI A1.*

**Compare to Encana's energy wells at Rosebud:**

## Shallow Gas Wells Drilled and Frac'd Near Rosebud, Alberta



Circles: EnCana Wells Perforated and or Hydraulically Fractured Above the Base of Groundwater Protection before April 2006
Solid dots: EnCana Wells Perforated and or Hydraulically Fractured Above 200m before April 2006

E = approximate location of Ernst property.          ~ 1 mile

...

BLM_0116707

8/24/2016    New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic …



Figure 2. (a) Elevation in absolute mean seal level (AMSL) and approximate depth below ground surface of documented acid and hydraulic
fracturing stimulation stages.

Acid stimulation and hydraulic fracturing occurred as shallowly as 213 and 322 m bgs [m bgs = metres below ground surface], respectively, at depths comparable to deepest domestic groundwater use in the area (Figure 2a).

[Compare to Encana fracing about **200 gas wells into the fresh water zones** at Rosebud, of which about **60 gas wells were more shallow than 200 metres bgs, including** intentionally into the community's drinking water aquifers, the two most shallow gas wells perf'd at 100.5 m and 121.5 m bgs]

BLM_0116708

Case No. 1:20-cv-02484-MSK    Document 63-6    filed 04/28/21    USDC Colorado    pg 106 of 165

8/24/2016    New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic ...



...

BLM_0116709

8/24/2016    New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic …



[Pink circles indicate contaminants found by regulator in Rosebud drinking water.]

Figure 4. Summary of organic compounds detected by EPA in MW01 and MW02 during Phase III, IV, and V sampling events. Glycols, alcohols, and low molecular weight organic acids were not analyzed in Phase III. Alkylphenols and methanol (GC-FID method) were only analyzed in Phase V. Organic compounds detections for MW01 and MW02 are summarized in Table SI E3a and Table SI E4a, respective

…

Our investigation highlights several important issues related to impact to groundwater from unconventional oil and gas extraction. We have, for the first time, demonstrated impact to USDWs as a result of hydraulic fracturing. **Given the high frequency of injection of stimulation fluids into USDWs to support CBM extraction and unknown frequency in tight gas formations, it is unlikely that impact to USDWs is limited to the Pavillion Field requiring investigation elsewhere.**

**Second, well stimulation in the Pavillion Field occurred many times less than 500 m from ground surface and, in some cases, at or very close to depths of deepest domestic groundwater use in the area. Shallow hydraulic fracturing poses greater risks than deeper fracturing does, especially in the presence of well integrity issues as documented here in the Pavillion Field.**

Additional investigations **elsewhere** are needed. Finally, while disposal of production fluids in unlined pits is a legacy issue in Wyoming, this practice has nevertheless caused enduring groundwater contamination in the Pavillion Field. **Impact to groundwater from unlined pits is unlikely to have occurred only in the Pavillion Field, necessitating investigation elsewhere.** [Emphasis added]

BLM_0116710

Why haven't "experts" like Dr. John Cherry and frac patent holder Dr. Maurice Dusseault asked Encana and AER to hand over the data (or ask Ernst for copies of the data she complied from the regulator's database), analyzed it and published a paper like this on Encana *illegally* fracturing *much more shallow* into Rosebud's drinking water aquifers in Alberta than Encana did/does at Pavillion Wyoming?

Too busy with this:



***Stanford researchers show fracking's impact to drinking water sources*** Press Release by Rob Jordan, EMBARGOED UNTIL 9 a.m. PDT March 29, 2016

Media contact:
Dominic DiGiulio, Visiting Scholar in Stanford's School of Earth, Energy & Environmental Sciences, (580) 279-9283, ddigiuli@stanford.edu

Rob Jackson, School of Earth, Energy, and Environmental Sciences: (650) 497-5841, rob.jackson@stanford.eduRob Jordan, Stanford Woods Institute for the Environment: (650) 721-1881, rjordan@stanford.edu

Bjorn Carey, Stanford News Service: (650) 725-1944, bccarey@stanford.edu

Email subject line: STANFORD: TK

Video/photos: Various photo options (captions and credits in file names):
https://stanford.app.box.com/files/0/f/7060645141/pavillion

**Summary:** Common industry practices may have widespread impacts on drinking water resources

Only one industry is allowed to inject toxic chemicals into underground sources of drinking water – hydraulic fracturing or "fracking." Concerns about this practice have riled the U.S. political landscape and communities around the country, perhaps nowhere more so than in Pavillion, Wyoming, population 231.

BLM_0116711

8/24/2016   New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic …

**A new Stanford study published in Environmental Science & Technology finds for the first time that fracking operations near Pavillion have had clear impact to underground sources of drinking water.** The research paints a picture of unsafe practices ranging from the dumping of drilling and production fluids containing diesel fuel and high chemical concentrations in unlined pits to a lack of adequate cement barriers to protect groundwater.

Fracking operators – the well field has gone through several corporate hands since the 1960s [Encana is the current operator there, and has been for over a decade] –used acid and hydraulic fracturing treatments **at the same depths as water wells in the area. [Just like Encana did at Rosebud, Alberta, but hundreds of metres more shallow than at Pavillion]**



Slides from Ernst presentations

"This is a wake-up call," said lead author Dominic DiGiulio, a visiting scholar in Stanford's School of Earth, Energy & Environmental Sciences. **"It's perfectly legal to inject stimulation fluids into underground**

BLM_0116712

8/24/2016   New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic ...

drinking water resources. This may be causing widespread impacts on drinking water resources." [At the time of Encana fracing and contaminating the drinking water aquifers at Rosebud, Alberta, in 2004, it was illegal. Since then, Alberta regulators and politicians steadily & secretly removed water protections and deregulated (while lying to the public and claiming the opposite), making it now legal to frac drinking water supplies, vertically, horizontally, and with deviated or slant well bores, and making it legal to now divert fresh water from shallow frac'd zones without a permit under the Water Act.]

"Decades of activities at Pavillion put people at risk. These are not best practices for most drillers," said co-author Rob Jackson, the Michelle and Kevin Douglas Provostial Professor at the School of Earth, Energy & Environmental Sciences. "There are no rules that would stop a company from doing this anywhere else," added Jackson, a senior fellow at the Stanford Woods Institute for the Environment and at the Precourt Institute for Energy. [Meanwhile, every jurisdiction, including in Canada, boast (lie) they have the best regulations in the world protecting health and drinking water supplies and that fracing is absolutely safe]

As part of the so-called frackwater they inject into the ground, drilling companies use proprietary blends that can include potentially dangerous chemicals such as benzene and xylene. When the wastewater comes back up after use, it often includes those and a range of potentially dangerous natural chemicals.

The study, based on publically available records and documents obtained through the Freedom of Information Act, is part of Jackson's ongoing research on shallow fracking and its impact on groundwater. He and his colleagues have done various studies across the United States and in the Pavillion Field, an area of Wyoming's Wind River Basin pocked by more than 180 oil and gas wells, some of them plugged and abandoned.

Back in 2008 [residents of Rosebud began complaining of their water wells going dry or becoming contaminated in 2004], the residents of Pavillion complained of a foul taste and odor in their drinking water and questioned whether it was related to physical ailments. In 2011, the EPA issued a preliminary report putting the tiny town at the center of a growing fracking debate.

The EPA report, which linked shallow fracking to toxic compounds in aquifers, was met with heavy criticism from the drilling industry and state oil and gas regulators [globally, is there such a thing as a regulator, when it comes to fracking unconventional oil and gas?]. Three years late, having never finalized its findings, EPA turned its investigation over to Wyoming [which Encana took over with a $1.5 million US dollar donation, aka bribe to control the state's investigation outcome]. The state released a series of reports without firm conclusions, and, as of last month, has said there are no firm plans to take further action. In the meantime, the Agency for Toxic Substances and Disease Registry has advised area residents to avoid bathing, cooking or drinking with water from their taps.

The new Stanford study goes a step beyond the 2011 EPA report to document not only the occurrence of fracking chemicals in underground sources of drinking water, but their impact on that water, making it unsafe for use.

BLM_0116713

The ripple effect goes well beyond Pavillion.

"Geologic and groundwater conditions at Pavillion are not unique in the Rocky Mountain region," said DiGiulio. **"This suggests there may be widespread impact to underground sources of drinking water as a result of unconventional oil and gas extraction."**

To avoid what happened in Pavillion, Jackson and DiGiulio suggest further investigation and regulations to limit shallow fracking **[What good will that do? Companies and regulators will just ignore them, as they did/do in Canada and everywhere else fracing occurs. Besides, Davis in the UK called for 600 metres minimum separation between fracs and drinking water aquifers in 2012, to zero action from regulators anywhere. A few months later, the AER (then ERCB) deregulated with Frac Directive 083 to enable further ultra shallow shale and sands frac impacts to drinking water without any mandatory baseline monitoring]** and require deeper protective casings. **[What good will that do when companies perforate the casing and frac directly into drinking water supplies, destroying the protection?]** Wyoming does not require cementing to surface casing **[no wonder, with companies like Encana perforating and fracing right into drinking water supplies!]**, and only two U.S. states, Colorado and Texas, have special requirements for shallow hydraulic fracturing **[Is anyone investigating to see if those requirements are being heeded by companies?  With the many frac hits, damages and water contamination cases in Colorado and Texas, it appears unlikely].**

Safeguards mean little, however, if they are not enforced – something the U.S. Environmental Protection Agency has done a mixed job with, according to Jackson. **"The EPA has consistently walked away from investigations where people and the environment appear to have been harmed"** by fracking's impact on groundwater, Jackson said. -30- [Emphasis added]

This entry was posted in Global Frac News. Bookmark the permalink.

---

Ernst v. EnCana Corporation
*Proudly powered by WordPress.*

BLM_0116714

BLM_0116715

20 8 Minnesota Ave.
Paonia Co 81428




PM
30 AUG
2016
GRAND JUNCTION CO 815

Uncompahgre Field office
2465 South Townsend Ave
Montrose, Co 81401 RECEIVED

SEP 01 2016

UNCOMPAHGRE FIELD OFFICE

Gina P.
Bull mtn?

81401$5436 C003

BLM_0116716

9/9/2016                                     DEPARTMENT OF THE INTERIOR Mail - support of no-leasing



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## support of no-leasing

1 message

---

**Janice Thorup** <janice.thorup@gmail.com>                    Fri, Sep 2, 2016 at 9:40 AM
To: uformp@blm.gov

I am writing to discourage the BLM from leasing to oil and gas companies. Concerns about health of humans and our land have not been adequately addressed. The economic gain is but short-term and the consequences could affect generations to come. Our wild areas are important to the human spirit and have rights of their own, which we have too long ignored.

Please protect our wild spaces and resist economic greed, which is the only factor supporting these leases.

Thank you.

Janice Thorup
PO Box 631
Paonia, CO 81428

---

BLM_0116717



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM RMP Comments
1 message

**Lloyd Liebetrau** <lloyd.liebetrau@totalspeed.com>                    Fri, Sep 2, 2016 at 10:55 AM
To: uformp@blm.gov

BLM RMP Comments
Uncompahgre Resource Management Plan
And Environmental Impact Statement

Lloyd J. Liebetrau
CPW/State Trails Committee/OHV sub committee
24525 Ute Trail Road
Cedaredge, CO 81413
303-653-2202

Interdisciplinary Team:

**Thank you for the opportunity to comment on the Uncompahgre RMP & Environmental Impact Statement.  I have been on the CPW State Trails Committee starting in 1990 and currently serve on the OHV sub committee.  I also live only 10 miles from the area you have done the environmental study on.**

**I'm requesting that the Interdisciplinary Team considers making the "open area" a SRMA.** The North Delta OHV Open Area consists of 8,560 acres and is a very important and often used riding and training area for the OHV community.  This area is not only used by the local OHV community but it is also utilized and provides open area opportunities to many people specifically traveling to the Delta area to enjoy the opportunity to ride off trail along with the ability to train new and upcoming riders in the art of OHV recreation.

Our past experience tells us that changing the entire open area to designated trails would be an enforcement and signage nightmare. The motorized community has recreated and enjoyed the area for decades and policing such a major change would be next to impossible. I would also like to note that according to the BLM, they do not have a budget to support additional management.

I am aware of the concerns of the CPW Fish & Wildlife with the endangered/threatened Colorado Hookless Cactus.

BLM_0116718

Additionally I have read and recognize the concerns of the run off and salinity issue draining into the Colorado River.

**Recommendations to Interdisciplinary Team:**

In an effort to have continued use though limited, along with recognizing the concerns of the Managing Agencies, I would suggest the following:

1.) The Interdisciplinary Team considers making the "open area" a SRMA. This would allow the authorizing officer to determine what resources require special management and control measures to meet the management objectives.

2.) The Colorado Hookless Cactus has been identified specifically on the northern part of the "open area." I suggest that the total "open area" be reduced by approximately two thousand acres by eliminating "open riding" on the northern 1/3 of the area and re-designate that area to designated trails only. I do want to make note that the cactus has flourished with the area being open to OHV use for many years so it is clear that it is growing in areas not disturbed by OHV use. Most likely in the bottom of drainage areas were it gets its moisture to survive. These areas are not common places used by OHV's so for added protection - reduce the "open area" and change to designated trails only on the northern part of the area. This would also have a positive affect on the salinity and erosion concerns.

We also would like to remind the interdisciplinary Team that the "open Area" has a very positive impact on the socio-economic impact on the city and county of Delta with the many out of town visitors that use the area.

BLM_0116719

BLM_0116720

9/9/2016                                   DEPARTMENT OF THE INTERIOR Mail - support of no-leasing



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## support of no-leasing

1 message

**Janice Thorup** <janice.thorup@gmail.com>                         Fri, Sep 2, 2016 at 9:40 AM
To: uformp@blm.gov

I am writing to discourage the BLM from leasing to oil and gas companies. Concerns about health of humans and our land have not been adequately addressed. The economic gain is but short-term and the consequences could affect generations to come. Our wild areas are important to the human spirit and have rights of their own, which we have too long ignored.

Please protect our wild spaces and resist economic greed, which is the only factor supporting these leases.

Thank you.

Janice Thorup
PO Box 631
Paonia, CO 81428

BLM_0116721

Ms. Shirley Wilsey
1229 N 4th St
Berthoud, CO 80513-1012
(970) 301-5023

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Shirley Wilsey

Case No. 1:20-cv-02484-MSK   Document 63-6   filed 04/28/21   USDC Colorado   pg 120 of 165

9/9/2016                                    DEPARTMENT OF THE INTERIOR Mail - End Fracking in Colorado forever!



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## End Fracking in Colorado forever!
1 message

**phil wassell** <philwassellart@gmail.com>                                    Sat, Sep 3, 2016 at 7:02 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org, Natasha Leger <natasha@citizensforahealthycommunity.org>

Hello Colorado officials, Please see the attached form pertaining to Fracking in the north fork valley and other public lands in Colorado.
Fracking and any other environmentally degrading industry should be banned in this beautiful state. We supply water to a large portion of the south western united states. Why would we willing inject chemicals into that water supply. There is no safe way to frack. The evidence is piling up from every other location where fracking has happened. It is bad for the environment and bad for the people. it is a near sighted attempt at making money fast with no consideration for the future. This needs to end. I am a registered voter and resident of the north fork valley and I am passionately opposed to fracking.
Thank you for your time and consideration,
Phil Wassell

**2 attachments**



**Form-Comment-Letter_UFO_RMP_page1.jpg**
2265K

**Form-Comment-Letter_UFO_RMP_page22.jpg**
1594K

BLM_0116723

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Phil Wassel

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☒ Other

Educator

Additional Comments: My family moved back to Colorado for its progressive polotics and its clean and beautiful environment. Hearing about public land being used for fracking or any other environmentally degrading industry makes me furious. This land is our future! It needs to handled responsibly and fracking is just the opposite of that. Who do the governing bodies of the state represent, the people or private gas companies? Money and jobs are worthless if they leave our land, water, and air degraded!

Signed,

PHILIP WASSELL
Print Name

Sept. 4. 2016
Date

Phil Wassell
Signature

philwassellart@gmail.com
Email Address

39457 Davis rd. CRAWFORD. CO  81415
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

Meeting with environmental organizations   9-6-16

| Name | Organization | Email | UFO RMP |
|------|--------------|-------|---------|
| Barb Sharrow | UFO- RMP | bsharrow@blm.gov | |
| Chad Schneckenburger | BLM Southwest District | CSchneckenburger@blm.gov | |
| Dana Wilson | BLM- UFO | dmwilson@blm.gov | |
| Bill Day | Black Canyon Audubon/WCC | billday@paonia.com | |
| Natasha Léger | CHC | natasha@citizensforahealthycommunity.org | |
| Karen M Ortiz | Western Slope Conservation Center | techiebetty@gmail.com | |
| Robyn Cascade | Great Old Broads for Wilderness | northernsanjuanbroadband@gmail.com | |
| Lexi Tuddenham | Sheep Mountain Alliance | lexi@sheepmountainalliance.org | |
| Pete Kolbenschlag | | pete@mountainweststrategies.com | |
| Jim Ramey | TWS | jim_ramey@wilderness.org | |
| Brien Webster | CC | brien@conservationco.org | |

BLM_0116726



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: RMP Public Comment
1 message

---

**Sharrow, Barbara <bsharrow@blm.gov>**                                    Tue, Sep 6, 2016 at 10:12 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Ruth Wentzel <ok2bhappy@yahoo.com>**
Date: Sat, Sep 3, 2016 at 12:45 PM
Subject: RMP Public Comment
To: "info@theconservationcenter.org" <info@theconservationcenter.org>, "Citizens for A. Healthy Community" <info@citizensforahealthycommunity.org>
Cc: "bsharrow@blm.gov" <bsharrow@blm.gov>, "dmwilson@blm.gov" <dmwilson@blm.gov>


BLM Uncompahgre Field Office                          August 30, 2016
RE: Draft Resource Management Plan Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley.
I oppose the BLM's Preferred Alternative, as it relates to oil and gas development in the draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am a Crawford area homeowner and resident, an organic gardener, a consumer of Delta County grown foods and wines, and an interested/impacted citizen of the North Fork Valley.

The North Fork Valley now contains the **highest concentration of organically grown agriculture** in the state of Colorado. These farms and businesses continue to grow, thanks in part to our clean air and water. Given all the new information and scientific evidence of the last 5 years, we now know fluids used in hydraulic fracking have and will continue to contaminate ground and surface water. Clean air and water are the lifeblood of our community! This "plan" is heavily weighted toward Industrial growth, which is incompatible with **organic agriculture**. Allowing gas drilling would have a negative impact on our local economy.

In addition, the BLM has not analyzed the impacts of hydraulic fracturing and multi- drilling technologies, with regard to ecological damage. Analyzing the effects of drilling as well as rural gas gathering lines, which are exempt from regulation by the Federal Government, must be addressed. Ozone levels already exceed the EPA threshold, in some areas. Predicted climate change has not been included in analysis. Potential risks from greenhouse gas emissions have not been quantified.

We cannot afford to take the risk of environmental and economical damage to our special and unique Valley, by allowing oil and gas development on our public lands. **The potential for significant damage is too high.**

**I support a NO LEASING alternative.**


Ruth Wentzel
39457 Davis Rd.
Crawford, Colorado 81415
Ok2bhappy@yahoo.com

BLM_0116727

BLM_0116728

11/8/2016        DEPARTMENT OF THE INTERIOR Mail - Fwd: RMP Public Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: RMP Public Comment
1 message

**Sharrow, Barbara** <bsharrow@blm.gov>       Tue, Sep 6, 2016 at 10:12 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

——— Forwarded message ———
From: **Ruth Wentzel** <ok2bhappy@yahoo.com>
Date: Sat, Sep 3, 2016 at 12:45 PM
Subject: RMP Public Comment
To: "info@theconservationcenter.org" <info@theconservationcenter.org>, "Citizens for A. Healthy Community" <info@citizensforahealthycommunity.org>
Cc: "bsharrow@blm.gov" <bsharrow@blm.gov>, "dmwilson@blm.gov" <dmwilson@blm.gov>

BLM Uncompahgre Field Office       August 30, 2016
RE: Draft Resource Management Plan Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley.
I oppose the BLM's Preferred Alternative, as it relates to oil and gas development in the draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am a Crawford area homeowner and resident, an organic gardener, a consumer of Delta County grown foods and wines, and an interested/impacted citizen of the North Fork Valley.

The North Fork Valley now contains the **highest concentration of organically grown agriculture** in the state of Colorado. These farms and businesses continue to grow, thanks in part to our clean air and water. Given all the new information and scientific evidence of the last 5 years, we now know fluids used in hydraulic fracking have and will continue to contaminate ground and surface water. Clean air and water are the lifeblood of our community! This "plan" is heavily weighted toward Industrial growth, which is incompatible with **organic agriculture**. Allowing gas drilling would have a negative impact on our local economy.

In addition, the BLM has not analyzed the impacts of hydraulic fracturing and multi- drilling technologies, with regard to ecological damage. Analyzing the effects of drilling as well as rural gas gathering lines, which are exempt from regulation by the Federal Government, must be addressed. Ozone levels already exceed the EPA threshold, in some areas. Predicted climate change has not been included in analysis. Potential risks from greenhouse gas emissions have not been quantified.

We cannot afford to take the risk of environmental and economical damage to our special and unique Valley, by allowing oil and gas development on our public lands. **The potential for significant damage is too high.**

**I support a NO LEASING alternative.**

Ruth Wentzel
39457 Davis Rd.
Crawford, Colorado 81415
Ok2bhappy@yahoo.com

BLM_0116729

DEPARTMENT OF THE INTERIOR Mail - Fwd: RMP Public Comment

BLM_0116730

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

Chistel Pretorius
41688 O Rd.
Paonia, Co 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116731

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely, GEORGIA TAYLOR
PO BOX 444
WOODY CREEK
CO, 81621

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

William Peknick
5554 Denison Ave Solon, Oh 44139
William T Peknick

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116733

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely, JSH PAIGEN
41621 PEAS ROAD
PAONIA CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116735

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

41621 Reds Rd
Paonia, Co. 81428

Sincerely, Elyssa Edgerley

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116737

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Kara Manns
P.O. Box 965
Paonia, Co. 81428

Sincerely,

K. MANNS

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116738

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely, JSH PAIGEN
4/6/21   REDS ROAD
PAONIA CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Esther Alsum
Po Box 381
Hotchkiss, CO 81419

Sincerely,

Esther Als

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116740

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely, Patricia Pekarek
6554 Dunedan Ave
Solon Ohio 44139
Patricia Pekarek

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

16543 Farmers mine rd
Paonia, Co 81428

Domini Anthay

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116742

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Kara Manns
P.O. Box 965
Peonia, Co. 81428

Sincerely,

X. Manns

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

Brad Thompson
1707 Yarmouth Ave
Boulder, CO 80504

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

Tim Greenhalgh
652 Highway 133
Hotchkiss, CO 81419

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116745

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

*Pat Wood*
*1855 Anarak Way*
*Reno NV 89523*

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

DANIEL HAGAMAN                          Sincerely,
602 NORTH FORK AVE
PAONIA, CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

CHRISTINA CLOUSE          Sincerely,
16543 FARMERS MINE RD
PAONIA, CO, 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

Lee Wood
1855 Anmark Way
Reno NV 89523

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116749

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

39007 L75 Road
Paonia, CO 81428

Sincerely,

Katrina Debs

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116750

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

41621 Reds Rd                   Sincerely,   Elyesa Edgerley
Paonia, Co. 81428

\* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,   Charles Lamb
1908-A Romeria Dr
Austin, TX 78757

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116752

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Regards,,

Zoe Zappa
38552 Pitkin road
Paonia, co   81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

3 Tucker Lane
Basalt, Co. 81621

Sincerely,

Stuart Edgerly

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

*122 CROWN MTN DR.*
*81621 BASALT, CO*

Sincerely,

*Indana S. Loeb*
*ofork*

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Dear Dana Wilson and Barb Sharrow,

 As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley.  The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,   *Sarah Eller*
Sarah Eller
1513 2nd St.
Paonia, Co. 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116756

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

Steven Blakely
1777 S. Logan St.
Denver, CO 80210

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,   Carol R. Pierce

Address  42326  Hwy. 133
         Paonia, Co  81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,   Erica Shotoff

Address   38556 Pitkin Rd
          Paonia CO

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

 As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,    We uprooted our lives to move here 3 years
ago for the precious, clean water!!!

*Lisa Delaney*

Address  39649 Panorama Rd
Paonia, CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116760

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Regards,,   *Clinton Terhune*
15466 Black Bridge Rd
Paonia, CO

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

16543 Farmers mine rd
Paonia, Co 81428

Domini Anthony

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

Michael Stank
37441 Bockrever Rd.
Paonia Co. 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116763

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely, Sarah Eller
Sarah Eller
1513 2nd St.
Paonia, Co. 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

I. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Regards,,

*Christina Clouse*

16543 Farmers mine rd
Phonia, Co 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116765

Dear Dana Wilson,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

<u>Farmers, ranchers and residents in the North Fork Valley do not have extra water</u> for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,   *Carol R. Pierce*

Address   42326 Hwy. 133
          Paonia, Co  81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116766

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Regards,,

Zoe Zappa
38552 pitkin road
Paonia, co   81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116767

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley.  The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

Steven Blakely
1777 S. Logan St.
Denver, CO 80210

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116768