Dear Dana Wilson,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

*Leah Pearce*

Leah Pearce        Address   41425 Lamborn Mesa Rd.
                             Paonia, CO  81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley.  The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

<u>Farmers, ranchers and residents in the North Fork Valley do not have extra water</u> for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

Heather P. Jones
Po Box 391 / 42864 Minnesota Creek R.
Paonia, Co 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116770

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Regards,,

Wendy Brodhead
14516 Peony Ln.
Daonia CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116771

Dear Dana Wilson,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

<u>Farmers, ranchers and residents in the North Fork Valley do not have extra water</u> for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,   Erica Shotoll

Address   38556 Pitkin Rd
Paonia   CO

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116772

To Dana Wilson:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity,

Kevin Curtin

Address  22357  Uintah Road
Cedaredge, CO  81413

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not asking you to protect my way of life. Instead I'm asking you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro-tourism, recreation, hunting, fishing and related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water that hydraulic fracturing requires. And water after drilling would be filled with toxins and unsafe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can we believe the BLM when you say oil and gas development and fracking will not harm human health without a thorough analysis of oil and gas operations and their impact on human health?  What about people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

Address _____

Bryan Lee

39 Boy Ezda
8 14 28

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Dana Wilson:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity,

Evelyn Kunkel

Address 6 39007 Pitkin Rd,
Paonia, CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Dana Wilson:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity,

Address 42097 Minnesota Creek
Paonia CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Dana Wilson:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

i don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibiiity to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity,                BRIAN HUTCHINS

Address   P.O. Box 784
          81428   Paonia

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity Justice
@Laflamme

Address P.O Box 784
81428  Paonia, CO

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Dana Wilson:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity,     BRIAN HUTCHINS

Address  P.O. Box 784
81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116779

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough anaiysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity

Address  2690 MAYA A WAY
MONTROSE, CO  8140\

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity

Address _1633 | Grange Rd_
_Paonia, Co  81428_

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity

Address_ 2690 MAYA A WAY
 MONTROSE, CO 81401

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity

*signature* Address  PO BOX 1873   |  1998 HARDING Rd.

PAUL KIMPLING              PAONIA  CO 81428  |  PAONIA

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116783

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, *Carol L Nudel / Carol Oat Mon Rd. Eckert, CO 81418*

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty.  I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

R. Benjamin Lehman
PO Box 772
Paonia, CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Thank you for protecting our precious, valuable, + needed way of life from destructive + unnecessary development!

BLM_0116785

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, *Joe Thinnes*

13645 4100 RD, PAONIA. CO 81428   JOE THINNES

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

Jessica Knudsen
320 E. Elizabeth St.
Fort Collins, CO 80524

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

MARY REILLY          Yours truly, Mary Reilly
Box 1234

\* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Paonia Co  81428

Cc: R. Welch, S. Jewell, N. Kornze

BLM_0116788

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,
Lenore Cambria     509 Cedar Dr.
                   Hotchkiss CO 81419

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,   Sid Lewis
510 3rd St.  Paonia, Co. 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

BLM_0116790

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

*Lisa V. Knudsen*

Lisa D. Knudsen
209 S. Washington Ave
Ft. Collins, CO 80521

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

*  https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Erin Jameson
34508 P. Kin Rd
Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,
Lenore Cambria
Lenore Cambria                                     509 Cedar Dr.
                                                              Hotchkiss CO 81141

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,   Joy Kuhlman   Joy Kuhlman
41650 Minnesota Creek Paonia

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, *Cindy Jones*
13400 Ragged Mtn Dr.

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not asking you to protect my way of life. Instead I'm asking you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro-tourism, recreation, hunting, fishing and related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water that hydraulic fracturing requires. And water after drilling would be filled with toxins and unsafe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can we believe the BLM when you say oil and gas development and fracking will not harm human health without a thorough analysis of oil and gas operations and their impact on human health? What about people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative. Having seen the result of drilling near Rangely & Parachute, I do not wish that future for us. No leasing in the North Fork!

Sincerely,

Michael Fisk

Address   124 Orchard Ave #A
          Paonia CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116796

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, Clinton Terhune
15466 Black Bridge Rd   paonia, co 81428

\* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, *H. Pl*
P O Box 1684   Paonia CO   81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, *Joy Kuhlman*   Joy Kuhlman
41650 Minnesota Creek, Paonia

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,  Peter C. Heck
P.O.Box 451 Paonia, CO
81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

*Autymn Rubal*

\* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

*7271 Avrum*
*Denver, Co 80221*

Cc: R. Welch, S. Jewell, N. Kornze

BLM_0116801

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

*Carolyn Taylor*

*Carolyn Taylor*
41993 Minnesota CK. Rd.
Paonia, Co. 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, Arthur Wisehart

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

39508 Pitkin Rd
Paonia CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

daphne salone

414 price rd
paonia co
81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

ROBERT M WALDRON
P.O. BOX 231
SEAL ROCK OR 97376

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

LISA GAYORA
1303 VESTA CIRCLE
LAFAYETTE CO 80026
(new owner of a farm in Paonia )

\* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

To The BLM:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not asking you to protect my way of life. Instead I'm asking you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro-tourism, recreation, hunting, fishing and related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water that hydraulic fracturing requires. And water after drilling would be filled with toxins and unsafe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can we believe the BLM when you say oil and gas development and fracking will not harm human health without a thorough analysis of oil and gas operations and their impact on human health? What about people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Yours truly,,    *Katherine Lineham*

Address  270 Delta
         Paonia  CO  81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

 As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley.  The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

Linda Curtin

Address 22357 Uintah Rd
Cedaredge, CO 81413

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116808

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

Brian Pritchard
19489 N 89th Dr.
Peoria, Az. 85382

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

*[signature]*

11 87 HWY 133 PAONIA .CO

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116810

To The BLM:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not asking you to protect my way of life. Instead I'm asking you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro-tourism, recreation, hunting, fishing and related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water that hydraulic fracturing requires. And water after drilling would be filled with toxins and unsafe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can we believe the BLM when you say oil and gas development and fracking will not harm human health without a thorough analysis of oil and gas operations and their impact on human health? What about people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Yours truly,, Judith Heedeman

Address  1126   3500  Rd
         Hotchkiss, Co 81419

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty.  I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

<u>Farmers, ranchers and residents in the North Fork Valley do not have extra water</u> which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Yours truly,

Robert Wright

Address  Box 70 ,   180 N. Bridge  #320
         Hotchkiss,  CO   81419

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not asking you to protect my way of life. Instead I'm asking you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro-tourism, recreation, hunting, fishing and related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water that hydraulic fracturing requires. And water after drilling would be filled with toxins and unsafe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can we believe the BLM when you say oil and gas development and fracking will not harm human health without a thorough analysis of oil and gas operations and their impact on human health? What about people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,     Carl + Kelly Johnson

Address _Po Box 563    (101 N. Fork)_
_Paonia   Co.   81428_

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Mary Courtney Wine
P.O. Box 5802
Snowmass Village,
CO. 81615

Yours truly,

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty.  I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

*Jeanne G. Hergenrother*

Jeanne A. Hergenrother
P O Box 1588
Pitkin Road
Paonia, CO   81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

*Nancy Rodriguez*

NANCY RODRIGUEZ
AGAPE FARM AND RETREAT
12123 SLATE POINT ROAD
PAONIA CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Yours truly,

Address 41993 Minnesota Cr. Rd.
Paonia
Kay Jayth

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson and Barb Sharrow,

 As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley.  The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

<u>Farmers, ranchers and residents in the North Fork Valley</u> <u>do not have extra water</u> for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

10? Apt. A  Paonia CO, 84428  Sincerely,  Tais Arguello


* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116818

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

Elisabeth Delehaunty

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

PO BOX 1658
Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Marilyn Zarley                    Yours truly, Marilyn Zarley

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

1113 2nd St.
Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, *Sherrion Taylor*

Sherrion Taylor

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

PO Box 1056
510 3rd St
Paonia, Co
81428

Cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly, *Lyn R. Romero*

Lyn R. Romero

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

413 Sumner St.
Longmont, CO
80501

Cc: R. Welch, S. Jewell, N. Kornze

Soon to be helping run Fresh & Wyld Farm

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

STEVE CASSARD
P.O. Box 1163
Paonia Co 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116823

To Dana Wilson:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity,

JAMES GILROY

Address  Po Box 984
PAONIA  Co  81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116824

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

David Niemeyer
114 Orchard ale
Paonia 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116825

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely, Gary W Dotzler
38618 Fruitland Mesa Rd
Crawford Co 81415

X

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116826

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Yours truly,

Address 41993 Minnesota Cr. Rd.
Paonia
Kay Dash

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116827

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley.  The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116828

Dear Dana Wilson,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

Robert Zeller

Address _Box 543_
_Paonia, co 81428_

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116829

Dear Dana Wilson and Barb Sharrow,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely, Emily Fawcett
21575 Highway 65
Cedaredge, CO 81413

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116830

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

Samuel Brown
41342 O Rd
Paonia, CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

Charla Graham

Charla Graham
PO Box 1696
Paonia, CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116832

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty.  I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

Zoe Zappa
38552 Pitkin Rd.
Paonia, CO   81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option.

Yours truly,

Michele Miller
15835 Black Bridge Rd
Paonia, CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116834

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

<u>Farmers, ranchers and residents in the North Fork Valley do not have extra water</u> which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

Jonah N. Ross
P.o. Box 1610
Paonia, co 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

*Jerry Freeman*

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Cc: R. Welch, S. Jewell, N. Kornze

TERRY FREEMAN
716 W. GUNNISON
WOODLAND PARK, Co 80863

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As someone who cares about the North Fork Valley, I value the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in the Draft Resource Management Plan. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns that need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water which hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? For this reason, I demand a moratorium on all leasing options. Why are you ignoring the many reports of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

Yours truly,

Mitchel Willis Petersen

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

928 2nd Ave
Longmont, CO. 80501

Cc: R. Welch, S. Jewell, N. Kornze

To The BLM:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not asking you to protect my way of life. Instead I'm asking you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro-tourism, recreation, hunting, fishing and related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water that hydraulic fracturing requires. And water after drilling would be filled with toxins and unsafe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can we believe the BLM when you say oil and gas development and fracking will not harm human health without a thorough analysis of oil and gas operations and their impact on human health? What about people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Yours truly,,   *Katherine Lineham*

Address *220 Delta*
*Paonia CO 81428*

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116838

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and tha impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

Samuel Brown
41342 O Rd
Paonia, CO 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple of more concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing. And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,

Khaliah

Khaliah
Hutchins

Address P.O. Box ~~XXXX~~ 784
81428  Paonia

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116840

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not asking you to protect my way of life. Instead I'm asking you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro-tourism, recreation, hunting, fishing and related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water that hydraulic fracturing requires. And water after drilling would be filled with toxins and unsafe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can we believe the BLM when you say oil and gas development and fracking will not harm human health without a thorough analysis of oil and gas operations and their impact on human health? What about people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

Sincerely,   *Carl + Kelly Johnson*

Address *Po Box 563 (101 N. Fork)*
*Paonia Co. 81428*

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1.  The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly,

*Nancy Rodriguez*

NANCY RODRIGUEZ
AGAPE FARM AND RETREAT
12123 SLATE POINT ROAD
PAONIA  CO  81428

\* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing option..

Yours truly, *[signature]*

R. Benjamin Lehman
PO Box 772
Paonia, CO 81428

*Thank you for protecting our precious, valuable, & needed way of life from destructive & unnecessary development!*

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

To Barb Sharrow:

I am writing in opposition to hydraulic fracturing. As a resident in the North Fork Valley, I chose to live here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns which have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

A couple examples of concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have extra water which hydraulic fracturing would require. And after drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

I don't know how we can trust the BLM when you say oil and gas development and fracking will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human health?  Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage.

The only option I can accept is a no-leasing alternative.

In Solidarity

Chelsea Peluso

Address    442 Delta ave
Paonia Co 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

BLM_0116844

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

610 Orchard Ave,
Paonia, CO 81248

Sincerely,

Jacob Desadoff

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Katie Thompson                    Sincerely,
1707 Yarmouth Ave #266
Boulder CO 80304

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

610 Orchard Ave.
Paonia, CO 81428

Sincerely, Kortnee Desatoff
K. Des

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116847

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

*signature*

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

Diane Sylvain
P.O. Box 1046 / 328 Orchard
Paonia CO 81428

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

57 GILLY TALON CT.     Sincerely,     MARIA PIESSIS
ASPEN, CO 81611

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0116849

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I love the North Fork Valley. I am grateful every day for its fresh air, water, and good soil as well as its incredible scenic beauty. I am against all the options in The Draft RMP for so many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork Valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.

Here are a couple of examples of concerns that need to be addressed and analyzed:

1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Farmers, ranchers and residents in the North Fork Valley do not have the extra water that hydraulic fracturing would require. After drilling, the remaining water would be filled with toxins and would not be safe for drinking, giving to our livestock or using on plants or fruit trees. Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to prevent such documented damage. The only option I can accept is no-leasing.

Sincerely,

Josh Roberts
Josh Roberts
39007 L-75 rd Paonia Co 81428

* https://stateimpact.npr.org/pennsylvania/2014/07/22/pa-regulators-document-209-cases-of-water-contamination-from-drilling/
https://stateimpact.npr.org/pennsylvania/tag/fracking/

cc: R. Welch, S. Jewell, Neil Kornze



PO 1758
Paonia, Co
81428

BLM
2465 S Townsend Ave
Montrose, Co
81401

RECEIVED
SEP 08 2016
UNCOMPAHGRE FIELD OFFICE

GRAND JUNCTION CO 815
07 SEP 2016   PM 2 L

81401854736

BLM_0116851

| | |
|---|---|
| **From:** | jessica-clayton@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Any action to protect the environment is a worthwhiie endevor and iegacy for youseif, your famiiy, & the voices you represent. Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 1:52:23 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | hoguegl@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | As one of the leading conservation agencies it is important for the BLM to recognize that other uses exist for public lands other than the extraction of fossil fuels. Regardless of what the documents say impacts to wildlife, vegetation and rangeland do and will occur. The scenic impairment by pump jacks and roads will have a negative impact to anyone"s experience of the area. Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:21:43 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116853

| | |
|---|---|
| **From:** | heyroger34@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | BLM must recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:57:05 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region.  The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.
I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116854

| | |
|---|---|
| **From:** | John Gauthiere |
| **To:** | uformp@blm.gov |
| **Subject:** | Bureau of Land Management's Uncompahgre Field Office plan to manage over 675,000 acres of public land for the next 15 to 20 years. |
| **Date:** | Wednesday, October 05, 2016 10:43:13 AM |

Gentlemen,

Please limit your efforts regarding land management to nothing more than Alternative A of the referenced draft plan, the no-action or status-quo management strategy.

Thanks for your consideration.

John
--
*John G. Gauthiere, P.E.*
*President*
*Gauthiere Engineering, Inc.*
*2157 Buena Vista Drive*
*Greeley, Colorado 80634*
*970-330-0855 office*
*970-302-0039 cell*
*john@gauthiere-engineering.com*

| | |
|---|---|
| **From:** | pjdwyer1@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Envrunmental issues, valuing and protecting and preserving are exceedingly important to me -always! |
| **Date:** | Friday, September 09, 2016 8:14:36 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| **From:** | rt4res@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | I grew up in the mountain west and love these arid parts of the Rocky Mountains. Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:45:34 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Melene Rose

| | |
|---|---|
| **From:** | austin0570@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Increase protection for wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 4:55:27 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing to request you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I request that you please strengthen the draft resource management plan (RMP) for the Uncompahgre Field Office to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | diamondmarge7@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Not another corrupt corporate desecration of wild lands! |
| **Date:** | Friday, September 09, 2016 10:00:35 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | jpandjf@swbell.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please maximize wilderness in the Uncompahgre area |
| **Date:** | Saturday, September 17, 2016 5:32:12 PM |

Dear Ms. Sharrow:

We vacation whenever possible in remote, QUIET places such as the Uncompahgre region.  There are very few such places left, and over the years that we've visited them they've become increasingly spoiled by noise and pollution and damage of every kind.

The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.
As you know, the BLM has identified 24,910 acres of Uncompahgre with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

The identification of these lands is a great first step, but many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP, in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | lynn_artz@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please protect expanded wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 7:06:06 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | keith@hammond.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please protect wilderness in the Uncompahgre region |
| **Date:** | Monday, September 12, 2016 11:46:24 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I believe our public lands in the West are the last great places in America. I grew up in Southern Utah and my family still travels to public wildlands all over the West for camping, hiking, and exploring.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I agree with Pew Wilderness Campaign's analysis -- I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| **From:** | suehayden@mindspring.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 3:37:37 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing to ask that you protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | petesa05@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please protect wilderness in the Uncompahgre region! |
| **Date:** | Saturday, September 24, 2016 9:42:31 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to urge you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Thank you for considering my comments.

Sincerely,

| | |
|---|---|
| **From:** | safutrell@ucdavis.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please protect wilderness in the Uncompahgre |
| **Date:** | Friday, September 09, 2016 12:55:28 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

We desperately need you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. The BLM needs to safeguard ALL these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  Thank you.

Sincerely,

| | |
|---|---|
| **From:** | george7096@verizon.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please provide more wilderness in Uncompahgre RMP |
| **Date:** | Friday, September 09, 2016 12:40:42 PM |

Dear Ms. Sharrow:

Please consider this message as our comment on the draft RMP for the Uncompahgre Field Office.  I (George) have visited the area in my work, and I appreciate BLM's stewardship of the Dominguez Wilderness.

We ask you to rewrite the draft RMP to provide more protection for lands found to have wilderness character and for lands with critical habitat for wildlife.

Out of 675,000 acres of public lands in the Uncompahgre FO area, BLM has identified 24,910 acres of lands as having wilderness character, i.e., lands that meet the definition in section 2(c) of the Wilderness Act.

Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

We appreciate the recognition of those values, but we believe too many of those lands have not been recommended for protection in the draft RMP.  Without clearly defined protection, the lands will surely be lost to unplanned development and pointless damage.

Please beef up the RMP with explicit protection for lands with wilderness character and for Ecological Emphasis Areas.  That type of protection will  give a better chance that these lands will survive for the use of future generations.

Thank you for considering our thoughts on the draft RMP.

Sincerely,

| | |
|---|---|
| **From:** | hpixel@peoplepc.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please RECOGNIZE & PROTECT WILDERNESS IN THE UNCOMPAHGRE REGION |
| **Date:** | Friday, September 09, 2016 10:25:32 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

STRENGTHEN (RMP) TO BETTER SAFEGUARD WILDERNESS AREA AND THE WILDLIFE THAT DEPEND ON IT FOR LIFE!

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** wentwest@peoplepc.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Sunday, October 30, 2016 12:40:51 AM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region.

I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands - all of it fragile, and all of it beautiful.

Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.

Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP.

The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

If we don't save our Earth, who will?

Sincerely,

| | |
|---|---|
| **From:** | tntalbot56@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 26, 2016 2:35:54 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am sending along the rest of this pre-written letter as I am short on time, but care deeply about preserving wild places and wildlife. I hope you accept the rest of this letter as if they were all my own words.

We are writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| **From:** | schweiss@thewisp.net |
|---|---|
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Monday, October 10, 2016 8:37:08 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

We are writing today to ask YOU to PROTECT our vulnerable public lands in western Colorado's Uncompahgre region. We feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened better to safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

We urge you to MAXIMIZE conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116870

**From:**       cefletch@umich.edu
**To:**         uformp@blm.gov
**Subject:**    Please recognize and protect wilderness in the Uncompahgre region
**Date:**       Saturday, October 08, 2016 8:43:03 PM

Dear Barbara Sharrow, Uncompahgre field manager:

Conservation of wilderness must be an absolute priority. Thus I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | brado9@eudoramail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, October 08, 2016 10:36:38 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | GypsyMoth1993@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, October 07, 2016 9:19:55 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Do your job and protect these pristine places that took nature hundreds of millions of years to create, or perhaps it's your faith that God created. In any event it wasn't created to be desecrated by industrial or corporate entities! It would be my hope that such special interests coercion is a crime! Because it is a Moral Crime!

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Steven J Ercole

**From:**       sethread@hotmail.com
**To:**          uformp@blm.gov
**Subject:**    Please recognize and protect wilderness in the Uncompahgre region
**Date:**       Friday, October 07, 2016 12:11:04 PM

Dear Barbara Sharrow, Uncompahgre field manager:

As an American who values unspoiled natural areas, I urge you to protect vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | jalicki@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, October 07, 2016 8:57:00 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  I also ask you to ban all grazing on these lands.

Sincerely,

| | |
|---|---|
| **From:** | susan.dobbelaere@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, October 07, 2016 7:17:35 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | mjmayo72@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, October 07, 2016 1:30:11 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

Ms. Sharrow, while the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Michael J. Mayo

| | |
|---|---|
| **From:** | cwvoeller@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 10:12:46 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office's district. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | ksclimb@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 8:34:44 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a 5th generation Colorado native, who has seen the beauty of this area, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | sistergh1976@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 3:32:13 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Do the right thing.

Protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | ritagentry@cybermesa.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 11:35:46 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I believe that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| **From:** | cjc2sea@att.net |
|---|---|
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 11:24:53 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I implore you to protect our vulnerable public lands in western Colorado's Uncompahgre region.

I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116882

| | |
|---|---|
| **From:** | steve.wogan@me.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 10:20:08 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

DO WHAT IS RIGHT!!!!!!!!!!!

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116883

| | |
|---|---|
| **From:** | phil@tiedyed.us |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 9:24:29 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

   I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | dennardsarah@bellsouth.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 8:29:15 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.
Please do this and thank you for your consideration.
The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | plateroandrews@icloud.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 3:41:40 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

The BLM has not gotten rave reviews by taxpayers. There is mounting dissatisfaction and negetive attention of your offices because of the terrible way you have handled wildlife, and tax payers public lands.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | erle1938@abcglobal.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, October 05, 2016 1:57:12 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.
While I have never lived in Colorado I have driven from California back to Wichita Falls, Texas and went through the Western Colorado area being discussed here. There are individuals the would do anything to steal this land from the public so let us keep the checks in place to prevent any of these resentful attempts.

Sincerely,

BLM_0116887

| | |
|---|---|
| **From:** | camillehall@peak.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 10:48:27 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I urge you to protect the public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116888

| | |
|---|---|
| **From:** | providencejim@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 9:02:10 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a senior citizen concerned about our natural heritage, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | wlmaynard@eldergnome.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 8:49:16 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should get strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands stands as great first step, many of them lack recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116890

| | |
|---|---|
| **From:** | lanctot@katsnaturalbalance.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 8:22:56 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

We are writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. We feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

We want you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116891

| | |
|---|---|
| **From:** | cpsaul@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 5:58:01 PM |

To Barbara Sharrow
Field Manager,  Uncompahgre Regiion:

This is an UNGENT LETTER asking you to protect vulnerable public lands in western Colorado's Uncompahgre region.

I have just been made aware of the draft resource management plan (RMP) for the Uncompahgre Field Office. I strongly believe that it should be strengthened to safeguard wilderness lands that are critical wildlife habitat.

I'm sure you are well aware that as Uncompahgre Field Office Manager, 675,000 acres of public lands are under your stewardship.  Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

I'm glad that you have identified these lands as in need of your stewardship. HOWEVER, you have omitted  a good deal of this vast acreage for protection in the draft RMP. Why is that?

The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Why do you not maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP? Why are you balking the safeguard western Colorado's wild places for future generations?

Sincerely,

| | |
|---|---|
| **From:** | sedennard@bellsouth.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 5:47:24 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

THIS IS VERY IMPORTANT TO ME. SO PLEASE PLEASE THINK ABOUT IT!

Sincerely,

| | |
|---|---|
| **From:** | dgbrwn@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 5:01:42 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Although this is a form letter, it represents my sentiments exactly, my sentiments and concerns.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | shultz.ron@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 4:51:23 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. Please just protect it!

Sincerely,

| | |
|---|---|
| **From:** | kshimata@hawaiiantel.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 4:23:07 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our   public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

Within your management area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | tierney.robin@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 4:21:52 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a frequent vositor to the wild places of the Uncompshgre rregion, I'm writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | mth1258@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 3:04:21 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | pierre.madl@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 3:04:12 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.
I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | mfwherley@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 3:01:51 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I believe that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116900

**From:** bsilver04@att.net
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Tuesday, October 04, 2016 2:56:24 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to URGE you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife, A CORRIDOR, too.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. WHAT??! The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I STRONGLY urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | bophoto@sonic.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 2:12:14 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.
Leave a legacy that both your children and grandchildren can really be proud of you for !

Sincerely,

| | |
|---|---|
| **From:** | betsybrk@bellsouth.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 1:30:55 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | kssocher@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:56:06 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please take action to protect western Colorado's Uncompahgre region.  I encourage you to strengthen the draft resource management plan (RMP) for the Uncompahgre Field Office to better safeguard valuable wildlife lands.

The Uncompahgre Field Office manages 675,000 acres of public lands and the BLM has identified 24,910 acres as having wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116904

| | |
|---|---|
| **From:** | jrchecchia@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:52:27 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | nshimeall@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:48:31 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre Region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116906