| | |
|---|---|
| **From:** | garyerichardson@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:26:44 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please, protect vulnerable public lands in the Uncompahgre region. The draft RMP for the Uncompahgre should better safeguard lands with wilderness character and critical wildlife habitat.

The Uncompahgre Field Office manages 675,000 acres of public lands, within which the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres throughout the Uncompahgre, which contain vulnerable habitat networks and migration corridors—potential Ecological Emphasis Areas. Identification of these lands is a great first step, but many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to protect lands with wilderness character and Ecological Emphasis Areas in the Uncompahgre RMP to safeguard western Colorado's wild places for uture generations.

Sincerely,

| | |
|---|---|
| **From:** | lissa173@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:23:40 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to SAFEGUARD the ENTIRETY of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Liz S. in RVA

**From:** john.sinclair@case.edu
**To:** uformp@blm.gov
**Subject:** Piease recognize and protect wiiderness in the Uncompahgre region
**Date:** Tuesday, October 04, 2016 12:21:06 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today topress upon you the importance of protecting our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please act to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116909

| | |
|---|---|
| **From:** | faith199@att.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:14:13 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region, on behalf of all it's co-owners, the citizens of the United States.

I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP.

It is most important for the BLM to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | giv757@live.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:09:42 PM |

Dear Barbara, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (R.M.P.) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. Don't let the forces of greed ruin it forever.

Sincerely,

**From:** Terry.E.Jess@gmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Tuesday, October 04, 2016 12:08:25 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am requesting you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | gwuerthner@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:05:48 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am a former BLM ranger and botanist. I have visited,the,Uncompahgre Plateau area numerous tines.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | glostluggage@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 12:03:52 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character — roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas — places that contain vulnerable networks of interconnected habitat and migration corridors — throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** jenimn1@gmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Tuesday, October 04, 2016 12:03:24 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to act immediately to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | buddybird3@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, October 01, 2016 7:21:54 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I strongly urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | n8dmm@roadrunner.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, September 27, 2016 10:24:27 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  They must be preserved for the future, for the creatures on them, and for themselves.

Sincerely,

| | |
|---|---|
| **From:** | cjhooverowen@att.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 25, 2016 3:51:25 PM |

Dear Barbara Sharrow, Uncompahgre field manager:
Colorado is my home state,  therefore
I am writing to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | lizzyhoke@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 24, 2016 4:52:36 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Having lived in Pagosa Springs for 4 years, and having a deep love for western Colorado, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | kerchman@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 23, 2016 9:31:14 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please value unmolested wilderness over short-term corporate profits.  Actual wilderness is vanishing..solitude is becoming so hard to find.  Please seek and understand the value of preserving wilderness for its own sake.

Sincerely,

| From: | wearejedi@gmail.com |
| --- | --- |
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Monday, September 19, 2016 10:11:48 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | sheri_don_price@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Monday, September 19, 2016 10:05:35 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I urge you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | rozyandrewsms@bellsouth.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 17, 2016 7:46:31 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

We must do everything we can to protect our beautiful and precious wild places. Therefore, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** schweiss@thewisp.net
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 16, 2016 8:32:05 PM

Dear Barbara Sharrow, Uncompahgre field manager:

We are writing today to ask YOU to PROTECT our vulnerable public lands in western Colorado's Uncompahgre region. We feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to safeguard lands better with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the ENTIRETY of these vulnerable wild lands in the proposed RMP.

We urge you to MAXIMIZE conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | fontanafirestarter@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, September 14, 2016 11:30:04 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our wildlands for future generations.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Thank you

Gary Thornbrugh

| | |
|---|---|
| **From:** | lynlowry9@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, September 14, 2016 3:08:46 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | dickjohnson99@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Piease recognize and protect wiiderness in the Uncompahgre region |
| **Date:** | Wednesday, September 14, 2016 10:45:43 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

We are not so poor a country that we cannot protect our wild landscapes!

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116927

| | |
|---|---|
| **From:** | mike7matz@live.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Wednesday, September 14, 2016 5:24:08 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I live in southwest Colorado, enjoy the incomparable landscapes we have here, and I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | carolynmoser@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, September 13, 2016 9:20:36 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I often travel in the Colorado Plateau. It is well worth protection.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116929

| | |
|---|---|
| **From:** | congressionalscholar@consultant.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, September 13, 2016 7:44:54 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. There is no reason why we should even be using petrol or fossil fuel products we can run cars, trucks, and trains on solid hydrogen as demonstrated by Stan Ovshinsky. We can fly planes on biodiesel, and make plastic like products from biomass and cellulose products so there is no reason why we should be using petrol products at all. So please stop drilling for oil, fracking for gas, which pollutes the atmosphere and destabilizes the earths crust by drilling and fracking.  We need to move toward a sustainable and renewable future.

Sincerely,

**From:** sissy2537@charter.net
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Tuesday, September 13, 2016 5:59:25 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should definitely be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I very strongly urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116931

| | |
|---|---|
| **From:** | dfilipelli@mcn.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Piease recognize and protect wiiderness in the Uncompahgre region |
| **Date:** | Tuesday, September 13, 2016 3:30:04 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

The following represents my position in strong support that the BLM maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116932

| | |
|---|---|
| **From:** | rdtgjohnson@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, September 13, 2016 2:11:36 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  Then you can leave our wild horses and burros alone.

Sincerely,

BLM_0116933

| | |
|---|---|
| **From:** | rdonaghue@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, September 13, 2016 9:34:54 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.  This is very important!

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** flyjules@hotmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Tuesday, September 13, 2016 9:07:14 AM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  Everyone loves to explore the nature that Colorado offers.

Sincerely,

BLM_0116935

| | |
|---|---|
| **From:** | major.mike@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, September 13, 2016 1:02:03 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas — places that contain vulnerable networks of interconnected habitat and migration corridors — throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | nickheath001@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Monday, September 12, 2016 9:03:03 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am very concerned that the draft resource management plan (RMP) for the Uncompahgre Field Office is inadequate and needs to be strengthened so as to comprehensively protect the critical wildlife habitat designated as such.

As you know, the Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. Why is that? The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please, maximize conservation for lands with wilderness character, as well as Ecological Emphasis Areas, in the Uncompahgre Field Office's proposed RMP, in order to safeguard western Colorado's wilderness for future generations to explore and enjoy.

Sincerely,

| | |
|---|---|
| **From:** | se-larvae@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Monday, September 12, 2016 8:21:31 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** kathiesue7@gmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Monday, September 12, 2016 3:39:55 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. Many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116939

| | |
|---|---|
| **From:** | itsbri01@q.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Monday, September 12, 2016 3:22:23 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| From: | mbrezin@comcast.net |
| --- | --- |
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Monday, September 12, 2016 3:05:27 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Having recently completed a two-week camping trip in this region that impressed me to no end, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** wendy.m.mckee@gmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Monday, September 12, 2016 9:10:59 AM

Dear Barbara Sharrow, Uncompahgre field manager:

America is fortunate to have enough land to support wilderness areas, where no human disturbance occurs. Wilderness is crucial to our emotional wellbeing and to the cultural life of many native Americans. Once wilderness has been infringed upon it can no longer return to its former state.
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | carabadang@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Monday, September 12, 2016 6:55:06 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

My paternal roots are in the Southwest and my family has always taken a keen interest in the preservation of our public lands.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | dkbolen@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 10:57:00 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands qualifying for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places containing vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | mdez23@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 10:31:23 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| From: | jltraweek@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Sunday, September 11, 2016 7:29:41 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife. Everywhere I travel in America is being eaten up by urban sprawl and more and more highways and impermeable cover. Please be a faithful steward to our natural world by protecting this bit beautiful land.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | windsor914@att.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 5:48:44 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.
POLLUTING EARTH AND ANIMAL ABUSE, CRUELTY NEW SINS FOR TODAY ANNOUNCED BY BOTH POPES.
The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | swmbkrunnrj@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 5:31:30 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Having had the privilege of knowing this land , I hope you will be sure to protect it for future generations.

Sincerely,

| | |
|---|---|
| **From:** | lindahartneythompson@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 5:26:41 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. Such corridors will be vital to the movement of animals responding to global warming. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:**      elizabethclapp01@outlook.com
**To:**          uformp@blm.gov
**Subject:**    Please recognize and protect wilderness in the Uncompahgre region
**Date:**       Sunday, September 11, 2016 5:02:53 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  I am sure that you are very aware of the importance of protecting nature and it's inhabitants. Please do everything you can to safeguard the spectacular wild places of the
Uncompahgre, Colorado, Region.

Sincerely,

BLM_0116950

| | |
|---|---|
| **From:** | bm.brian@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 4:18:40 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I think that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to offer better protection to lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM should protect these vulnerable wild lands in their entirety in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116951

| | |
|---|---|
| **From:** | siegwald@shc.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 1:59:37 PM |

Dear Barbara Sharrow, Uncompahgre field manager

I am writing to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region.  The draft resource management plan (RMP) for the Uncompahgre Field Office needs to be strengthened to better safeguard lands that are of wilderness character and/or provide critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.  In addition, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.  Although the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I ask you to maximize conservation for lands of wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | genag@g.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 1:19:33 PM |

Dear Barbara Sharrow, Uncompahgre field manager

I am asking you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| From: | paulette@fastnow.org |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Sunday, September 11, 2016 12:24:06 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I wholeheartedly agree with the following comment from PEW Charitable Trust:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | krissalouvae@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 8:44:48 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect the threatened public lands in western Colorado's Uncompahgre region. It seems a good idea to strengthen the draft resource management plan (RMP) for the Uncompahgre Field Office to better safeguard the unique lands that are also critical habitat for wildlife.

This area of Colorado deserves protection.  Please use your power to ensure that everything possible is done to make sure this protection happens.

Thank you.

Sincerely,

| | |
|---|---|
| **From:** | palmer.r.violin@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 6:35:00 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am familiar with the Uncompahgre Plateau, and believe it should be protected.
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | davefiedler@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Sunday, September 11, 2016 6:18:35 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I have visited this area. It's beautiful and a home to wildlife species. We need to preserve it!

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | sarank@mac.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 11:56:03 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

These lands need protecting from us and that is why I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | charm71@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 8:34:09 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. After reading about it, I believe that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

Because the Uncompahgre Field Office manages 675,000 acres of public lands and becasue the BLM has identified 24,910 acres of lands with wilderness character- roadless lands that would qualify for designation under the Wilderness Act- it is vital to protect it.

Also, because the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas- places that contain vulnerable networks of interconnected wildlife habitat and migration corridor- it is super important to do the make the right decision.

While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| From: | janiscolleen@hotmail.com |
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Saturday, September 10, 2016 8:29:26 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. Thank you for your time and consideration to this important issue.

Sincerely,

BLM_0116960

| | |
|---|---|
| **From:** | methowpeggy@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 8:16:20 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Having just hiked the Continental Divide Trail across Colorado, I urge you to protect the Umcompangre plateau public lands.  I met numerous hunters, fishermen, hikers and horse riders enjoying the remote beauty of this fragile region.

I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Umcompadgre. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

The Umcompadgre plateau region is truly a unique geogologic area that deserves protection.

Sincerely,

BLM_0116961

| | |
|---|---|
| **From:** | pat.bereczki@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 8:15:05 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

We must protect as many wild places as possible.

Sincerely,

BLM_0116962

**From:** bwfolks@pobox.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Saturday, September 10, 2016 8:09:24 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. Intelligent, informed protection is needed the the Colorado Canyon Country.

Sincerely,

| | |
|---|---|
| **From:** | tnplapoint@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 7:34:01 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a frequent visitor to the area, I urge you to better protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116964

**From:** slevmor@q.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Saturday, September 10, 2016 7:13:11 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region.

 I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116965

| | |
|---|---|
| **From:** | hq@theconservationagency.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 6:16:10 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am a professional biologist with a long career invested in conservation writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | lhansen9828@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 5:45:01 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feell that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Keep it Wild. Keep it for The Future!

Sincerely,

BLM_0116967

| | |
|---|---|
| **From:** | srkepner@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 5:40:22 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

We  ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region.  Having visited Colorado many times we value the wild places there. We think that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to safeguard lands with wilderness character as well as critical habitat for wildlife. Too many of our wild lands and their water resources, are being lost to mining, drilling, and development!

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. These areas are VITAL to wildlife!! You must do more then identify of these lands. They need protection NOW! The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

We strongly urge to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | jgmac@indian-creek.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 4:18:50 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a Colorado native who still loves the wilderness in my home state, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | hildegan@hughes.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 3:50:22 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Wild lands are truly havens for wildlife and God's own natural creations. We don't have the right as humans to take and destroy everything just to make rich people much richer.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Todd Hildebrandt

BLM_0116970

| | |
|---|---|
| **From:** | DevlinClotilda_g@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 2:47:34 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP. Because the nearby communities like the income and characters of the recreation, everyone is happy with the nice, quiet use.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116971

| | |
|---|---|
| **From:** | mhadcock@verizon.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 1:47:28 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

There are unique and vulnerable public lands in western Colorado's Uncompahgre region. These 675,000 acres include areas identified by the BLM as having wilderness character—that is, roadless lands that would qualify for designation under the Wilderness Act due to their wilderness and critical habitat for wildlife.

The BLM has identified more than 242,500 acres that contain vulnerable networks of interconnected habitat and migration corridors. Areas of this type are the "first to go" when an area is open to all comers on all kinds of vehicles.

Current and future Americans deserve to have an inspiring piece of this country preserved rather than totally destroyed.

Please add planning and preservation of Colorado's Uncompahgre treasures to the list of "must do" items on the Uncompahgre Field Office's proposed RMP.

Sincerely,

| | |
|---|---|
| **From:** | dleicher@dleicher.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 12:46:00 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

I am very concerned about climate change. It seems that intact eco-systems have the ability to help to regenerate surrounding damaged areas. We can expect increasing environmental stresses in the future and need any wilderness areas we still have to keep some natural resilience. Thank you for your time and attention

Sincerely,

BLM_0116973

| | |
|---|---|
| **From:** | jamzac@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 11:28:27 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

James K Hadcroft here. I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116974

| | |
|---|---|
| **From:** | abelclan@cox.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 11:20:17 AM |

Dear Barbara Sharrow, Uncompahgre Field Manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I believe that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | sextonmeyer@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 10:48:01 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am concerned about the lack of protection or public lands  in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office needs to  be strengthened.
Although the RMP recognized Wilderness quality land and Ecological Emphasis Land which is a network of corridors of habitat and migration. Yet not all these area are designated for protection.
 The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.
I urge you to strengthen the draft  for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP. The future of the wildlife under our care in addition to our duty to preserve these western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | owliemail@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 10:22:52 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to recognize and protect wilderness in the Uncompahgre region - our vulnerable public lands. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Most sincerely,

| | |
|---|---|
| **From:** | amclissf@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 9:54:44 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a science journalist who loves exploring the South Western United States, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | Lycosa@mac.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 9:34:47 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | edeted2@bellsouth.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 9:19:49 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.  ENOUGH PARTY POLITICS, AND CORPORATE INTERFERENCE.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | tmconservation@csinet.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 8:58:12 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the lands managed by the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

Case No. 1:20-cv-02484-MSK   Document 63-8   filed 04/28/21   USDC Colorado   pg 76 of 123

| From: | jvpaulos@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Saturday, September 10, 2016 8:40:15 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

I know you are in the pocket of the Oil and Gas Industry but for once do something in the best interest of the United States, not your Oil and Gas pals.

Sincerely,

BLM_0116982

| | |
|---|---|
| **From:** | hogangreenfire@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 8:31:24 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116983

| | |
|---|---|
| **From:** | stanbozarth@ec.rr.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 6:54:23 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's and our nation's wild places for our future generations.

I can't imagine what logical reason exists that would prevent you from doing this. Our wild places and public lands are under attack by people and organizations with no motive other than personal/corporate greed, and no view to the consequences. Please do this.

Sincerely,

| From: | cbylinowski@hotmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Saturday, September 10, 2016 6:38:14 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife. Protecting wildlife and wildlife habitat is very important to me as an American citizen and voter. I know it is important to thousands of other Americans. We treasure our shared wildlife heritage and will work tirelessly to protect it.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP. We need your strong leadership in protecting land for wilderness and wildlife habitat.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | luise.perenne@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 6:15:25 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.
This beautiful landscape must be preserved and protected for future generations to enjoy. Protect and care for our Mother Earth.
The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** e.borie@ieee.org
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Saturday, September 10, 2016 5:40:08 AM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.  It would be a good idea to consider this possibility.  Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116987

| | |
|---|---|
| **From:** | penpoint@hvc.rr.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 5:13:50 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. There's nothing wrong with protecting more open land. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | sojrnr2@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 4:39:34 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I write to ask you to protect our public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116989

| | |
|---|---|
| **From:** | tobiasmeeker@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region. This beautiful part of our country should be preserved for our descendants for all time. It is not OURS, we have been entrusted with it. |
| **Date:** | Saturday, September 10, 2016 2:05:50 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116990

| From: | maryetta.moose12@gmail.com |
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Friday, September 09, 2016 11:58:54 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I believe that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | donaldejones@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 11:45:38 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please act quickly to protect public lands in western Colorado's Uncompahgre region. As part of the action you take, please work t o strengthen the draft resource management plan (RMP) for the Uncompahgre Field Office. The proposal needs better safeguards to preserve wilderness areas and to provide habitat for wildlife.

The BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. The BLM also has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. Unfortunately, many of these areas are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please act to conserve as much land as possible that has wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP. It's critical that we act now to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116992

| | |
|---|---|
| **From:** | byas1@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:15:20 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

And stop rounding wild horses with plans to kill them, you assholes.  The National Academy of Sciences study that the BLM soliciteed told you that was ineffective 2 or 3 years ago.  Assholes!!

Sincerely,

| | |
|---|---|
| **From:** | grinpower7@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:11:13 PM |

Dear Barbara Sharrow, Uncompahgre field manager and Sally J.

I want you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

American Federal wild land is MY LAND!  Not to the BLM!   It belongs to me in trust for future generations.  You are suppose to protect and safeguard MY LAND--not lease it off to ranchers, lumber jacks, miners, oil drillers, frackers, or anyone who is going to tear, blast, or dig it up.  Give back your filthy perks-- jewelry, vacations, expensive gifts, you greedy _____s, Sally J.!!!

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0116994

| | |
|---|---|
| **From:** | jbdellinger@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:02:04 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Thank you for your time and have a great day in Koch led Fascist States of America.

Sincerely,

| | |
|---|---|
| **From:** | theshurguth@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:00:18 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:**     amy_c@efn.org
**To:**       uformp@blm.gov
**Subject:**  Please recognize and protect wilderness in the Uncompahgre region
**Date:**     Friday, September 09, 2016 9:53:27 PM

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard wilderness lands and critical wildlife habitat.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. The BLM has also identified more than 242,500 acres of potential Ecological Emphasis Areas—places which contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM should safeguard ALL of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | lampwz@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:40:07 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. Once our national treasures are gone, they don't resurrect.

Sincerely, Zena Lamp

| | |
|---|---|
| **From:** | pattipetit@myemc.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:11:21 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Colorado is a treasure trove of wild Places, and I hope it will remain so. Along with Colorado residents and many other Americans

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | lynn_artz@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 8:53:32 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | cfjanuary@att.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 8:44:08 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As an American gravely concerned with thriving biodiversity, I ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

For future generations, and hhealthy ecosystems, I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP.

Sincerely,

**From:**      ritagentry@cybermesa.com
**To:**          uformp@blm.gov
**Subject:**   Please recognize and protect wilderness in the Uncompahgre region
**Date:**      Friday, September 09, 2016 8:42:38 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Thank you for your consideration.

Sincerely,

**From:**      tsiegrist12@comcast.net
**To:**        uformp@blm.gov
**Subject:**   Please recognize and protect wilderness in the Uncomphagre region
**Date:**      Friday, September 09, 2016 8:15:59 PM

Minnesota of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** b.williams@rcn.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 8:08:14 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.
Thank you for your attention to this matter.

Sincerely,

**From:** ivylleanderson@gmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 8:06:33 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Request/petitions should not be necessary for
the protection of our lands, wildernesses, and
water ways; this should be accomplished out
of love and respect for our country and wildlife.

Sincerely,

| | |
|---|---|
| **From:** | danshorb@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 7:57:51 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As you gain more users and create your plan, I wanted to personally let you know that bikepacking be increasing during the next few decades in your region. You have more sunny days than many other regions in the US and in the West, and thus, control many opportunities for backcountry touring and multisporting.  Bikepacking and fishing combos are becoming very popular in the backcountry biking (and mountain biking) community.  Biking to a trailhead and single track bike use are on the rise.

Please consider insuring our future is considered and conserved, and recreation dollars go to your rural communities.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Dan Shorb

BLM_0117006

| | |
|---|---|
| **From:** | robert_victoria@ecunet.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 7:44:47 PM |

Dear Barbara Sharrow, Uncompahgre field manager:
Thank you for listening.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| From: | songbird899@gmx.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Friday, September 09, 2016 7:19:19 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I always considered the Uncompahgre the most beautiful place on earth.  It also has the largest concentration of mountain lions who need wilderness to roam unhindered by humans.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117008

| | |
|---|---|
| **From:** | oct102002@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 7:00:21 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

And most of all, I ask that you think of the future--these lands must be for all the people now and in years to come.

Sincerely,

| | |
|---|---|
| **From:** | buggarden@dejazzd.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:51:35 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

PROTECT PROTECT PROTECT !!! :

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Anne Jackson

| | |
|---|---|
| **From:** | gingergpublic@Q.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:37:45 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | richardthomasbooth@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:21:07 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | decrossman@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:14:58 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  I have many days and nights camping and hiking in the Uncompahgre area.  It is beautiful and rich please protect this are for all our future generations.

Sincerely,

| | |
|---|---|
| **From:** | chris210s@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:11:24 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. NO MORE DESTRUCTION OF OUR PUBLIC LANDS!

Sincerely,

**From:** ethlost@gmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 6:08:33 PM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to beg you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. The identification of these lands is a great first step and they should all recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | quinne@hartwick.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:07:44 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a college professor teaching Environmental History, I appreciate the great history of protecting vital public lands and urge you to continue that tradition by protecting the western Colorado's Uncompahgre region.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | Gmarmot1@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:00:25 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I've personally backpacked there, and its beautiful & deserves further protection. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | helenb2@hickorytech.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:54:49 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

We write to ask you to act to protect our vulnerable public lands in western Colorado's Uncompahgre region. We think the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

We urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117018

| | |
|---|---|
| **From:** | canton1019@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:52:29 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region.  The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | rik1360@att.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:45:40 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a conservation biologist and environmental scientist with numerous interests, including hiking, birding and wildlife watching, I am a frequent visitor to Colorado.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | adairdelamater@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:44:56 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

As humans take over more and more of the nation's wildlands, it is imperative that you do all in your power to protect wild places.

Sincerely,

| | |
|---|---|
| **From:** | mikekelly621@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:35:38 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

No more drilling/mining/industrial leases on the lands that belong to the People!

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117022

| | |
|---|---|
| **From:** | dabs@frontier.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:32:14 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Some places are more special than others! I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | wandisdw@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:32:02 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I'm asking that you please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,  Wandis Wilcox

| | |
|---|---|
| **From:** | Consultroger@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:25:43 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

I have been through the BLM lands in Colorado on several occasions, since I have family and an old friend who live in the Boulder area. I find them very impressive and inspiring as symbols of our American heritage.

Sincerely,

| | |
|---|---|
| **From:** | RMarie1951@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:23:37 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

People come here to relax and enjoy the beauty and the peace. Why would you not want to protect this?

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117026

**From:** hewayzha@hotmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 5:10:12 PM

Dear Barbara Sharrow, Uncompahgre field manager:

These precious, valuable public lands belong to us and we want to be able to enjoy in ways that WILL NOT NEGATIVELY IMPACT these already vulnerable lands.  Please protect them for US.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | marthawdb@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:04:01 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | cowanc1028@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 5:02:05 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Once opened to roads and development, for whatever reason, these lands can never again be pristine "wilderness" - please keep them safe.

Sincerely,