| | |
|---|---|
| **From:** | scr@empacc.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:32:31 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

It is even more important to designate lands as wilderness because there are no controls on human population growth. The pressure to open wild areas for mining, fossil fuel extraction, housing and other will become extreme. We need to keep roads, dirt bikes, ATVs and any motorized vehicles out of areas where animals can live because animals other than humans are as much a product of the earth as we are.

Sincerely,

| | |
|---|---|
| **From:** | Mark.Purple@Gmail.Com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:57:59 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

I used to live in this area. It was a great place to grow up. Please help it remain so.

Sincerely,

| | |
|---|---|
| **From:** | ceolsen@execpc.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:56:24 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I urge you to protect vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of land with wilderness character—roadless lands that can qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I strongly urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for future generations.

Sincerely,

BLM_0117153

| | |
|---|---|
| **From:** | beckyacuna@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 11:14:18 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our public lands in western Colorado's Uncompahgre region by strengthening the draft resource management plan (RMP) for the Uncompahgre Field Office.

The BLM needs to safeguard the entire 675,000 acres of its wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| From: | margalo@earthlink.net |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Friday, September 09, 2016 10:13:08 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I believe that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | Joyce@westwoodrealty.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:54:03 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

If we don't protect Mother Nature now, it will soon be too late.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | thamar@hughes.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:49:59 AM |

Dear Barbara Sharrow, Uncompahgre field manager:So much wild land has been lost to human "development" i.e. destruction.  With burgeoning populations, what's left needs to be protected and preserved.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Please make your decision with intelligence and integrity.

Sincerely, Thamar Wherrit

| | |
|---|---|
| **From:** | dgomolka@jacksonsd.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 11:03:34 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| From: | lewnpat@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Friday, September 09, 2016 10:46:54 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Since my family frequently uses public land I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | magicdave13@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:05:16 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

The above is the thoughtful urging composed by The Pew Trust. My thoughts are not an urging. I am demanding you protect these areas. I am a tax paying citizen. I pay your salary.

Sincerely,

| | |
|---|---|
| **From:** | smckee@post.harvard.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:05:38 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I have crossed them by train, and very much want them protected.

The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands.

Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.

Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Thank you!

Sincerely,

| | |
|---|---|
| **From:** | rolandhalpern@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:08:26 AM |

Dear Ms. Sharrow,

I don't know if you have children, but I do, and I would like them and their children to be able to experience the untouched wilderness as God intended. I hope that you will do what you can to protect the Uncompahgre region so that future generations won't have to rely on photographs to see what the great state of Colorado used to look like.

Sincerely,

BLM_0117162

| | |
|---|---|
| **From:** | jeanash66@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:05:27 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

I have flown across the US many times, almost always with a window seat, for the express purpose of seeing again wild and pristine lands, not ravaged by fires, mining, logging, and other incursions. These 32,000 feet views always renew my hope that we are not totally selling out our beautiful country for selfish, monetary gains.  As our water resources diminish with drought and continued development, please remember that you and others are in a position to protect and conserve water use in western Colorado's Uncompahgre field district.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | michaelwakely@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:59:15 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to strongly urge you to protect our vulnerable public lands in western Colorado's Uncompahgre region.
I strongly feel the draft resource management plan (RMP) for the Uncompahgre Field Office should be re-strengthened to much better safeguard lands with wilderness character as well as critically important  habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—road-less
lands that would definitely qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas - places that actually contain vulnerable networks of interconnected habitat and migration corridors - throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, too many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the -entirety- of these vulnerable wild lands in the proposed RMP.

I strongly urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

With my thanks, in advance.

Sincerely,

| | |
|---|---|
| **From:** | ldhunt@astound.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 11:05:18 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Things like wildlife corridors and wild areas have to be protected before they are destroyed because we don't know how to build them back.  I have vacationed in this area and enjoyed it.  I would hate to see it compromised so others couldn't enjoy it in the future.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | ellenzarter@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:49:05 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. Finally, the economic rationale for doing this is clear. Tourism is a MAJOR income source for Colorado.

Sincerely,

| | |
|---|---|
| **From:** | aharvey@ucsd.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:52:40 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

My family and I ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

We urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | morganacre@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:25:09 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.
Please sincerely consider taking this action. Our wildlife needs help and this is one way to protect and safeguard their future.

Sincerely,

| | |
|---|---|
| **From:** | rbeach@hawaii.rr.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:38:12 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. If these lands are developed in any way , the value of their  wild character is diluted or lost . Please assure these lands remain as wild as possible .

Sincerely,

| | |
|---|---|
| **From:** | mpmanzo@windstream.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:46:36 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am urging you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened.  It must say more regarding safeguardn for lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.  Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | richard@poulation-matters.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:05:19 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

My wife, Gail, and I live close to the Uncompahgre Plateau and often hike and backpack on that land. We want its unique character to be preserved WITHOUT fossil fuel development.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | John.Culp@web.de |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:26:57 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region.

I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.

Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP.

The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | skeleti@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:57:34 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

The pressures of climate change make it especially important that you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | greentree18@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:54:23 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

With human populations growing at a very fast rate, we need to maintain our wilderness lands. Mother nature is not making any more land and we must preserve what is left.

Sincerely,

| | |
|---|---|
| **From:** | fmagraffagnino@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:49:00 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

My husband and I are writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. We feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

We urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

PLEASE TAKE THE RIGHT, FAIR, JUST, HUMANE AND HEALTHY ACTION AND PROTECT WILDERNESS IN THE WILDERNESS UNCOOMPAHGRE REGION.

Sincerely,

BLM_0117175

| | |
|---|---|
| **From:** | denali-dauel@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:31:05 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | mejozds@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:52:33 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. Plan to prevent damage rather than repair it.

Sincerely,

BLM_0117177

| | |
|---|---|
| **From:** | ba_keller@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:43:49 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

You may ask why I care. I live in Oregon. Every part of this country is part of the heritage I, we, leave to our children. I have visited this area and know how special it is.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117178

**From:** cutlerdulin@verizon.net
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 9:49:40 AM

Dear Barbara Sharrow, Uncompahgre field manager:

Please go back and read a little John Muir prior to taking any action.

Sincerely, Rick Cutler

BLM_0117179

| | |
|---|---|
| **From:** | islandgryl@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:37:30 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

This is OUR LAND...please keep it safe for all to enjoy!

Sincerely,

| | |
|---|---|
| **From:** | tmader84@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:42:24 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I have hiked this country for over 50 years. I would like to see future generations of Americans do the same. I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Tom Mader MD

| | |
|---|---|
| **From:** | ptalbert@fhcrc.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:36:42 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I grew up in Grand Junction and visited the Uncompahgre area repeatedly. I am writing today to ask you to protect our vulnerable public lands in the Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The BLM has identified 24,910 acres of lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | nancycarol2@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:35:37 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

This land belongs to the public - not the ranchers and ALL public land should be available to ALL species, not only humans.

Sincerely,

| | |
|---|---|
| **From:** | patmarchant@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:24:12 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

I've just returned from a trip to Colorado and personally experienced its beauty.  Please protect Colorado's canyons!

Sincerely,

| | |
|---|---|
| **From:** | annhollowell@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:06:02 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. As someone born in Colorado, I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | mtomlin@cmtenterprises.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:29:49 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Every acre saved is important to us all

Sincerely,

| | |
|---|---|
| **From:** | lldouglas0@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:10:32 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

We're not real estate developers. America's wild areas need to stay that way, protected and cherished!

Sincerely,

| | |
|---|---|
| **From:** | wrigdon88@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:33:25 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect vulnerable public lands in western Colorado's Uncompahgre region by strengthening the draft resource management plan (RMP) for the Uncompahgre Field Office.

Thank you for your help.

Sincerely,

| | |
|---|---|
| **From:** | jimac4@verizon.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:14:22 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. We must preserve our public lands from fracking and drilling and other industrial uses. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | tdcollins17@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:26:30 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. As a Colorado resident, I absolutely support the preservation of our beautiful state.

Sincerely,

| | |
|---|---|
| **From:** | luftjo@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:20:19 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I grew up in Colorado; my great-uncle was a guide in the wild western part of the state. It really would be a shame not to protect these unique wild places--once they're damaged, they aren't so easy to fix or replace.  I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117191

| | |
|---|---|
| **From:** | the.magees1@verizon.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:47:51 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife. Protecting biodiversity is the most important action that we can take to insure our heirs a planet worth inheriting.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | kajbene@bellsouth.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:08:50 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.
PLEASE keep this land for future generations. We don't need to over run every space of land. We / you are being extremely selfish. I thought the BLM was supposed to manage the lands & animals .. I don't see you operating that way . Keep the wild places wild & preserve them for our future generations. Our future family members & yours.

Sincerely,

| | |
|---|---|
| **From:** | tbaccarat@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:30:48 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

We are all connected. That's not just a spiritual platitude, but a scientific fact. All life on this planet is intricately related and it's our responsibility to ensure that we don't disrupt it. We are living in a time when humans' progress is disrupting it, in many ways, on many levels, and at an alarming rate. The good news is that it's in our power to make corrections when and where it is necessary to bring balance and healthy practices to our planet. Why would we choose otherwise? Those are motives that need to be looked at and kept in check for the safety, health, and wellbeing of us all.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** boba@openaccess.org
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 10:08:04 AM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife. Loss of biodiversity is a serious problem and habitat is the key to a solution.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| From: | ralphtimberlake@hotmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Please recognize and protect wilderness in the Uncompahgre region |
| Date: | Friday, September 09, 2016 10:23:50 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Ralph Timberlake
2117 Atkins Drive
Huntsville, Alabama 35810

Date: September 9, 2016

To: United States Postal Service
    Attention: Postal Inspector Service
    Washington, District of Columbia

Reference: Denial of property by the United States Postal Service's (USPS)
officials without due process of law for the unlawful reasons--race
African American and national origin (United States of America).

Dear Criminal Investigation managers:

Property owner Ralph Timberlake files this formal mail fraud complaint,
against the USPS and its officials. None but the unscrupulous USPS officials
imprudently and illicitly returned Property Owner Timberlake's mail to its senders; they decreed no mail delivered
service to 2117 Atkins Drive, Huntsville, Alabama 35810. Subsequently, they direct that said mail returned to
sender without honoring property owner Timberlake's requests for evidence and several impartial hearing
requests.

Because USPS officials surreptitiously returned property owner Ralph Timberlake's mail to its senders, he submits this formal complaint. Nonetheless, some ignoble USPS officials are none judiciously and illegitimately repudiating homeowner Ralph Timberlake's rights and privileges to receive USPS property and home mail delivery services and a requested impartial hearing. All the same, they egregiously banned Property owner Ralph Timberlake's rights and privileges to receive USPS property and home mail delivery services. Yes, property owner Ralph Timberlake vehemently requests a criminal investigation and he also requests a civil investigation into the questionable lawfulness of the USPS official's adverse ceasing mail delivery service to 2117 Atkins Drive, Huntsville, Alabama 35810.

Why are 2117 Atkins Drive, Huntsville, Alabama 35810's First-Class Mail and Ralph Timberlake's Frist-Class Mail subject to the USPS personnel impeding whims? Hence, the USPS officials took the aforesaid actions, inactions, and denial of services without due process of law. Such shameful USPS activities are a blatant illustration, an unashamed example, and a heinous instance of a USPS kakistocracy. The kakistoertaical USPS officials ordered the perpetual banning of all First-Class Mail delivery services to 2117 Atkins Drive, Huntsville, Alabama 35810; while, they deny his requests for evidence and an impartial hearing.

However, the USPS officials' unceasing abridgment of property owner Ralph Timberlake's right to receive USPS property and home mail delivery services illegitimately is a crime of fraud.  A Plethora of USPS official is illegally rebuffing this adverse party's official application for a copy of their lawful reasons and their legitimate justification for their denial of services. Yes, their unilateral decisions to return Ralph Timberlake's mail to its senders are gross wrongs and it's a travesty of justice.

Fiat justitia ruat caelum,

Ralph Timberlake
Ralph Timberlake, formal USPS' employee
ralphtimberlake@hotmail.com
256-851-7462

Sincerely,

BLM_0117197

| | |
|---|---|
| **From:** | mlinda16@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:53:36 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to tell you we must protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117198

| | |
|---|---|
| **From:** | moraima48@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:57:56 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to PROTECT our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better SAFEGUARD lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I strongly urge you to MAXIMIZE CONSERVATION for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Thank you for your careful consideration.

Sincerely,

BLM_0117199

**From:** composerx@verizon.net
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 10:22:22 AM

Dear Barbara Sharrow, Uncompahgre field manager:
why is it the blm seems totally content on destroying more and more environmentally sensitive areas of our open country and the wildlife that is in it . How about doing the opposite for once .. I know this is difficult for the blm as they love to ruin as much as possible but do it for a change

Sincerely,

BLM_0117200

| | |
|---|---|
| **From:** | dch454@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:52:37 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Lastly, this does not mean to suggest that by "protecting" this area, obliterating the wild horse population which "may" inhabit there is an option; not at all. NOT AT ALL !!

Sincerely,

| | |
|---|---|
| **From:** | MSchwalbe@edgewood.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:18:38 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  You will think better of yourself in the future!

Sincerely,

| | |
|---|---|
| **From:** | Jkerivan@verizon.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:34:17 AM |

Dear Barbara Sharrow, Uncompahgre field manager:
We had better protect what little we have left.
What is going our way is not going to be good
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | katgoble@myway.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:52:58 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Please preserve this land for it's beauty and the animal and plant life that lives in that particular ecosystem.

Sincerely,

| | |
|---|---|
| **From:** | jeaberg@verizon.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:31:14 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource-management plan (RMP) for the Uncompahgre Field Office needs to be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | ncjp88@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:50:34 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | vlastimirka1@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:54:58 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.
We see what happens when ecosystems/habitats for wildlife both flora and especially fauna are interrupted or limited/ not adequately shielded ; there inevitably occurs destruction of species!! Haven't we Americans done more than enough destruction and ravaged more land than most in a very short time this incredibly beautiful land ? Please let's preserve what we have left which is within our purview to the utmost of our ability !!

Sincerely,

| | |
|---|---|
| **From:** | onewahine@hawaii.rr.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:18:42 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | wolf@pacific.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:44:45 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

in the long ago, i graduated from high school in loveland, and i have ever since prized the public lands and parks. please protect them for the next generations of humans and why destroy them for some entitites financial gain

Sincerely,

| | |
|---|---|
| **From:** | pbenjamin@igc.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:15:49 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

I just came back from visiting southern Wyoming and western Colorado. I returned convinced that the most scarce "resource" in the US is silence -- wide open spaces where the only sound you can hear is the blowing wind and wings of raptors. Only wilderness designation protects this "resource."

Sincerely,

| | |
|---|---|
| **From:** | lld1951@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:07:41 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | susmpierce@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:52:53 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

As a mother of three and a biologist, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | davidforjan@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:23:10 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please

protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | jodyturner@cultureoffuture.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:45:17 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I grew up in Colorado, my family still resides there. I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| **From:** | laura@poonhill.com |
|---|---|
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:12:46 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

My husband and I have spent many glorious days hiking in this magical country and want to be sure that others have an equal opportunity.

Sincerely,

| | |
|---|---|
| **From:** | cemone@reninet.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:13:30 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife. There is so little left.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | msawteach@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:47:01 AM |

Dear Barbara Sharrow, Uncompahgre fFeld Manager,

Yoday.
! as a former Coloradian, I am writing to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

As I understand it, the Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors— throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Please do the right thing. I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | davidjkm@bellatlantic.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Piease recognize and protect wiiderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:08:27 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

This is not a mere form letter. Rather, you are asked to seriously deal with the points being raised and to act to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | telios007@mac.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:57:11 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Additionally, I urge the BLM to cede these properties to the states and thus keep them from acting as payment on our countries debts to China!

Sincerely,

| | |
|---|---|
| **From:** | redladya@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:00:07 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | susanhathaway@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:08:12 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I believe that the draft resource "management" plan (RMP) for the Uncompahgre Field Office should be strengthened so that it better safeguards lands with wilderness character, as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a good first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character, as well as Ecological Emphasis Areas, in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for future generations.

Sincerely,

| **From:** | john_lewis_scott@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:07:43 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | eubiecat@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Piease recognize and protect wiiderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:59:57 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these crunchy, peanut-buttery lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | paulaaz45@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:57:10 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:**     lauratroll@hotmail.com
**To:**        uformp@blm.gov
**Subject:**  Please recognize and protect wilderness in the Uncompahgre region
**Date:**     Friday, September 09, 2016 10:08:35 AM

Dear Barbara Sharrow, Uncompahgre field manager:

Climate change is stressing the environment and wildlife more than ever. Human cause stress should not be the proverbial last straw.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | ccollins54@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:50:49 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | mccurdy25@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:55:55 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117227

| | |
|---|---|
| **From:** | madbeachdogs@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:56:15 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

DON'T RUIN. KILL AND DESTROY THIS TOO!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Sincerely,

| | |
|---|---|
| **From:** | slholt@cfl.rr.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:55:49 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Who gains by not honoring this request?
What sort of outside influence is involved?

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | simonjanice@bellsouth.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:54:41 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. I can think of little else that is so important for our nation's ecological health and ways to combat climate change. Our nation needs to preserve and protect more land not less.

Sincerely,

| | |
|---|---|
| **From:** | netbizal@verizon.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:53:34 AM |

Dear Barbara Sharrow, Uncompahgre field manager:
As a native of Southwestern Colorado, I am asking you to protect and preserve this
beautiful area for future generations.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I
feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to
better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified
24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the
Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis
Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the
Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not
recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild
lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in
the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future
generations.

Sincerely,

| | |
|---|---|
| **From:** | nancytmc2@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:53:18 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Thank you & have a blessed day.

Sincerely,

| | |
|---|---|
| **From:** | sperlinda@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:54:01 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am asking you to protect our vulnerable public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. Thank you.

Sincerely,

BLM_0117233

| | |
|---|---|
| **From:** | robsand@bellsouth.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:52:23 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely

| | |
|---|---|
| **From:** | pwilcox@unm.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:58:31 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

This is of great importance to me and I hope you will pay attention to my plea. I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | ameremod@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:46:57 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | dafritzler@sbc.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:46:13 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Our country is so beautiful. We should try very hard to save as much as we can from development of anything. I want us to leave land for the upcoming generations to enjoy. It is more important now than before because we know what we have and should not give it up willingly.

Sincerely,

| | |
|---|---|
| **From:** | kmasters2928@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:49:10 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

These are amazing lands that I have visited and would hate to see compromised.
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117238

**From:** michaelwagner8.mw@gmail.com
**To:** uformp@blm.gov
**Subject:** Please recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 9:48:13 AM

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. We're loosing 20% of our wilderness per year when will we take action when it's all gone!!!

Sincerely,

| | |
|---|---|
| **From:** | mheithaus@quine.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:49:04 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.  Please we must act now to conserve these wild places!!!

Sincerely,

| | |
|---|---|
| **From:** | lesleyb15@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:47:07 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ENTHUSIASTICALLY ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I STRONGLY urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | mike.rapp.sr@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:46:54 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | bianco_angelo04@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:47:32 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | dbtrembl@uncc.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:43:16 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please!

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Dale Trembley

| | |
|---|---|
| **From:** | georgiabrewer@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:42:14 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

As an American who highly values our natural heritage, I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | everafter4e@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Please recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Monday, October 31, 2016 10:36:13 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | wally.elton@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Protect wild places and habitat in the Uncompahgre district |
| **Date:** | Saturday, September 10, 2016 7:42:07 PM |

Dear Uncompahgre Field Office Manager:

I write as a public lands enthusiast who has had the good fortune to visit and enjoy the varied and beautiful Uncompahgre region to comment on the draft Resource Management Plan for the Uncompahgre Field Office.

Because I am aware of the wild characteristics of areas in the district and the importance of vital wildlife habitat there, I am particularly concerned about protection of these resources. In that regard, I ask that such protections be further extended and strengthened so that these values will benefit future generations.

I am pleased that, within the lands managed by the Uncompahgre Field Office, you have identified nearly 25,000 acres possessing wilderness character that could qualify for protection under the Wilderness Act, as well as more than 242,500 acres of potential Ecological Emphasis Areas. The latter include critical networks of interconnected habitat and migration corridors for wildlife.

In my view, all of these identified wild places and key ecological areas merit protection in the final RMP. Unfortunately, the draft does not do this.

Therefore, I urge you to expand protective measures in the RMP to cover all acreage identified as having wilderness character in order to retain options for the future. Likewise, please include in the RMP protections for all potential Ecological Emphasis Areas to assure the long-term health of wildlife populations.

Thank you for the opportunity to comment.

Sincerely,

| **From:** | rachelgordonfischoff@gmail.com |
|---|---|
| **To:** | uformp@blm.gov |
| **Subject:** | Protect wilderness in the Uncompahgre region ! |
| **Date:** | Friday, September 09, 2016 9:45:05 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region.  The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

thank you for listening,

| | |
|---|---|
| **From:** | robraven60@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Protect wilderness in the Uncompahgre region! |
| **Date:** | Sunday, September 11, 2016 11:56:39 PM |

Dear Barbara Sharrow, Uncompahgre field manager:
Protect scenic and wilderness areas!

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | jeff@marco-inc.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 10:02:16 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

Stop supporting ranchers and others that want to ruin wildlife habitat for their profit. These are OURS not theirs. We have a problem with these right-wing good-for-nothings that feel entitled to use what is not theirs for their ends. Put them in their place. Open space is first and foremost wildlife habitat, not a resource for our abuse.

Protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely, Jeff Biss

| | |
|---|---|
| **From:** | wherethegreatonesrun@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Protect wilderness in the Uncompahgre region |
| **Date:** | Tuesday, October 04, 2016 6:48:06 PM |

Barbara Sharrow, Uncompahgre field manager:

Please protect public lands in western Colorado's Uncompahgre region.

The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

Thank you,

| | |
|---|---|
| **From:** | Anthony Gegauff |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Protecting RMP Wildlands |
| **Date:** | Tuesday, September 27, 2016 9:18:49 AM |

Dear

I am writing to urge you to support protection of lands in the Uncomnpahgre Region, which are not adequately protected in the draft RMP.

The areas that are underprotected are the Adobe Badlands, Tabequache unit and the Shavano Creek unit.

Please maximize conservation of lands with wilderness characteristics. The wisdom directed at protecting the subject areas will directly affect me and the enjoyment of future generations.

Thank you for your consideration.

Anthony Gegauff
615 Terrace Dr
Ridgway, CO 81432

BLM_0117252

| | |
|---|---|
| **From:** | frank.glass@hp.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Protecting Uncompahgre wilderness |
| **Date:** | Tuesday, September 13, 2016 8:50:15 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I write to ask you to more fully protect precious public lands in western Colorado's Uncompahgre region.

Within the 675k acres managed by the Uncompahgre Field Office, BLM has identified ~25k acres with wilderness character (roadless areas that would qualify for designation under the Wilderness Act). Additionally, BLM has identified more than 242k acres of potential Ecological Emphasis Areas. I would dearly like to see these lands included for protection in the draft RMP.

As the world grows more crowded, the peace and biological variety of wild lands becomes ever more precious. I urge you to maximize conservation of the Uncompahgre's Ecological Emphasis Areas and certainly lands with wilderness character. Please include all you can in the Field Office's proposed RMP to preserve western Colorado's wild places for our descendants.

Thank you!

Sincerely,

**From:** llamrtment@hotmail.com
**To:** uformp@blm.gov
**Subject:** Recognize and protect wilderness in the Uncompahgre region
**Date:** Friday, September 09, 2016 3:50:54 PM

Dear Barbara Sharrow, Uncompahgre field manager:

The BLM has a huge responsibility in its management of our public lands. The management that must take priority is the preservation of species and the protection of habitat. Our public lands are reservoirs of life and are increasingly being degraded by exploitation, improper usage, climate change and lack of protection. I specifically urge you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office needs to be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. The BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas that contain vulnerable networks of interconnected habitat and migration corridors throughout the Uncompahgre. While the identification of these lands is a great first step, many of them were inappropriately not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

BLM must maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

**From:** tolarian@juno.com
**To:** uformp@blm.gov
**Subject:** Recognize and protect wilderness in the Uncompahgre region
**Date:** Monday, September 12, 2016 11:03:43 AM

Barbara Sharrow, Uncompahgre field manager:

I ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Signed,

BLM_0117255

| | |
|---|---|
| **From:** | arielewh@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Request that you recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Saturday, September 10, 2016 7:42:04 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

This is a letter requesting you to protect our public lands in western Colorado's Uncompahgre region. Your draft resource management plan (RMP) for the Uncompahgre Field Office needs to be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

I understand that the Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

I am happy you have identified these lands However, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

My request is that BLM maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0117256

| From: | Citizens for a Healthy Community |
|---|---|
| To: | uformrp@blm.gov |
| Subject: | RMP Comment Letter Form submitted on Citizens for a Healthy Community |
| Date: | Wednesday, October 19, 2016 12:21:44 PM |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
|---|---|

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| **Date** | October 19, 2016 |
|---|---|

| | |
|---|---|
| **Name** | Sandra Dieterich |
| **Email Address** | sandy@udderlynutritious.com |
| **Phone Number** | 9709253394 |
| **City** | HOTCHKISS |
| **State** | Colorado |
| **Zip** | 81419 |
| **I am:** | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, A Republican, A homeowner, A hotel/recreation business owner |
| **Additional Comments** | Please let us live in the valley we have chosen for our home free of fear of damages that have occurred in other areas of Colorado and in other states. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | savlove@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | the Uncompahgre region merits preservation |
| **Date:** | Friday, September 09, 2016 6:50:44 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

It is more urgent than ever - on a philosophical as well as biologic - to protect our vulnerable public lands in western Colorado's Uncompahgre region. Americans - whether they understand the depth of the current risks or not - need the draft resource management plan (RMP) for the Uncompahgre Field Office and others like to beggared towards a future in which petty violence and the savaging of nature are no longer the civil code.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

This is written at a time when fighting over ground once considered sacred rages not only in North Dakota, but in many places. There are wholesome passions to be tapped in the name of energizing our country. The stupidity of working against nature is understood by superior, if difficult to find, role models. American enthusiasm could be infectious - could make our country lead in a way pertinent to the 21st century - if we were allowed to really face the healing challenges with all the economic and cultural vigor as any other campaign.

This is all part of why we urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP. The various endgames have never been more clear.

With great concern,

| | |
|---|---|
| **From:** | nwouk@ix.netcom.com |
| **To:** | uformp@blm.gov |
| **Subject:** | The whole Uncompahgre region should be protected |
| **Date:** | Friday, September 09, 2016 9:49:09 AM |

Dear Barbara Sharrow, Uncompahgre field manager:
Ruining is easy.  Restoring is impossible.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | cncyoder@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre District RMP |
| **Date:** | Saturday, September 10, 2016 11:16:50 AM |

The draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office has identified only about 25,000 of the 675,000 acres of public lands entrusted to your stewardship as having wilderness characteristics. A characterization leaving the overwhelming majority of the land in the District open to economic exploitation.

Multiple Use management includes protection of natural values as well as economic exploitation.

For this reason, the RMP should maximize protection of wildlife habitat and natural values in the 242,000 acres of potential Ecological Emphasis Areas, as well as the WSAs.

This would still leave a majority of the land in the district available for exploitive use while honoring BLM's mandate for multiple use.


I

chris yoder

| | |
|---|---|
| **From:** | henrynco@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:03:48 PM |

Dear Barbara Sharrow, Uncompahgre field manager:

Please protect our vulnerable public lands in western Colorado's Uncompahgre region.

I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

Thank you.

Sincerely,

BLM_0117262

| | |
|---|---|
| **From:** | alexandra@nuubiasf.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Urgently request You to recognize and protect wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 9:46:20 AM |

Dear Barbara Sharrow, Uncompahgre field manager:
This is very important !

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Best,

| | |
|---|---|
| **From:** | GERARD16@JUNO.COM |
| **To:** | uformp@blm.gov |
| **Subject:** | WE HAVE ONLY ONE EARTH; AND WE MUST BEGIN TO TAKE BETTER CARE OF IT. PROSECUTE CORPORATE PROFIT SEEKERS AND THE "GREEDY"!!!!! |
| **Date:** | Friday, September 09, 2016 11:54:44 AM |

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

| | |
|---|---|
| **From:** | grizzalo@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Wilderness in the Uncompahgre region |
| **Date:** | Friday, September 09, 2016 6:30:59 PM |

Barbara Sharrow, Uncompahgre field manager:

I urge you to protect our public lands in western Colorado's Uncompahgre region. The draft resource management plan (RMP) for the Uncompahgre Field Office must be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places.

Sincerely,

9/30/2016                                         DEPARTMENT OF THE INTERIOR Mall - Fracking the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fracking the North Fork Valley
1 message

---

**Eugenia Bone** <eugeniabone@gmail.com>                          Fri, Sep 9, 2016 at 5:04 PM
To: uformp@blm.gov

I am one of Colorado's leading food writers and I oppose fracking in the North Fork Valley.

Industrialize the largest concentration of organic farms in the state? One of only a handful of wine regions in Colorado? For what? So an oil and gas company can sell gas to China?! Do no allow this travesty to happen. You will ruin the farmer, rancher and winemaker's livelihoods, tank everyone's property values, and replace it with 20 years of noise, traffic, pollution, soil degradation, low paying jobs (for locals), prostitution, and meth labs.

Haven't you noticed the recent real estate boom in Paonia? All those new people did not move into the valley only to find out the local BLM plans to turn it into Dallas! Do you realize one of those parcels abuts the high school baseball diamond? Kids won't hit homers in Hotchkiss anymore. They'll hit gas rigs. Don't let this happen to our state, our valley, and our children. Don't frack their future.

Eugenia Bone
Author, At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley (among many others)
Nominated for a Colorado Book Award, Denver Post Best Seller

http://www.eugeniabone.com

BLM_0117266

9/9/2016 DEPARTMENT OF THE INTERIOR Mail - COLOCRADO HOOKLESS CACTUS



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## COLOCRADO HOOKLESS CACTUS
1 message

**Charles Eastment** <cjeast@toast.net>                                    Fri, Sep 9, 2016 at 7:31 AM
Reply-To: cjeast@toast.net
To: BLM <uformp@blm.gov>

Thank you for giving me the opportunity to give you my input.
I and my family and friends have used the area for years.
I have not seen the Colorado Hookless Cactus while in the area, I understand it is in the northern
section of this area.

Could the area that the Colorado Hookless Cactus is in be limited to trails with signs in this
area rather than being an open area?
I'm not in favor of trails through the whole area when it is only the northern part that has the
Cactus.

Thanks for your time,
Chuck and JoAnn Eastment

BLM_0117267



BLM_0117268



BLM_0117269



BLM_0117270



BLM_0117271



BLM_0117272



BLM_0117273





BLM_0117275



BLM_0117276



BLM_0117277



BLM_0117278



BLM_0117279



BLM_0117280



BLM_0117281



BLM_0117282



BLM_0117283





BLM_0117285







BLM_0117288



BLM_0117289



BLM_0117290



BLM_0117291



BLM_0117292



BLM_0117293



BLM_0117294



BLM_0117295



BLM_0117296



BLM_0117297



BLM_0117298



BLM_0117299



BLM_0117300



BLM_0117301



BLM_0117302



BLM_0117303



BLM_0117304



BLM_0117305



BLM_0117306



BLM_0117307



BLM_0117308



BLM_0117309



