

BLM_0117312



BLM_0117313



BLM_0117314



BLM_0117315



BLM_0117316



BLM_0117317



BLM_0117318



BLM_0117319



BLM_0117320



BLM_0117321



BLM_0117322



BLM_0117323



BLM_0117324



BLM_0117325



BLM_0117326



BLM_0117327



BLM_0117328



BLM_0117329



BLM_0117330



BLM_0117331



BLM_0117332



BLM_0117333



BLM_0117334



BLM_0117335



BLM_0117336



BLM_0117337



BLM_0117338



BLM_0117339





BLM_0117341



BLM_0117342



BLM_0117343



BLM_0117344



BLM_0117345



BLM_0117346



BLM_0117347



BLM_0117348



BLM_0117349



BLM_0117350



BLM_0117351



BLM_0117352



BLM_0117353



BLM_0117354



BLM_0117355



BLM_0117356



BLM_0117357



BLM_0117358



BLM_0117359



BLM_0117360



BLM_0117361



BLM_0117362



BLM_0117363



BLM_0117364



BLM_0117365



BLM_0117366



BLM_0117367



BLM_0117368



BLM_0117369



BLM_0117370



BLM_0117371



BLM_0117372



BLM_0117373



BLM_0117374



BLM_0117375



BLM_0117376



BLM_0117377



BLM_0117378



BLM_0117379



BLM_0117380



BLM_0117381



BLM_0117382



BLM_0117383



BLM_0117384



BLM_0117385



BLM_0117386



BLM_0117387



BLM_0117388



BLM_0117389



BLM_0117390



BLM_0117391



BLM_0117392



BLM_0117393



BLM_0117394



BLM_0117395



BLM_0117396



BLM_0117397



BLM_0117398



BLM_0117399



BLM_0117400



BLM_0117401



BLM_0117402



BLM_0117403



BLM_0117404



BLM_0117405



BLM_0117406



BLM_0117407



BLM_0117408



BLM_0117409



BLM_0117410



BLM_0117411



BLM_0117412



BLM_0117413



BLM_0117414



BLM_0117415



BLM_0117416



BLM_0117417



BLM_0117418



BLM_0117419



BLM_0117420



BLM_0117421



BLM_0117422



BLM_0117423



BLM_0117424



BLM_0117425



BLM_0117426



BLM_0117427



BLM_0117428



BLM_0117429



BLM_0117430



BLM_0117431



BLM_0117432



BLM_0117433



BLM_0117434



BLM_0117435



BLM_0117436



BLM_0117437



BLM_0117438



BLM_0117439





BLM_0117441



BLM_0117442





BLM_0117444



BLM_0117445



BLM_0117446



BLM_0117447



BLM_0117448



BLM_0117449



BLM_0117450



BLM_0117451



BLM_0117452



BLM_0117453



BLM_0117454



BLM_0117455



BLM_0117456



BLM_0117457



BLM_0117458



BLM_0117459



BLM_0117460





BLM_0117462



BLM_0117463



BLM_0117464



BLM_0117465



BLM_0117466



BLM_0117467



BLM_0117468



BLM_0117469



BLM_0117470



BLM_0117471



BLM_0117472



BLM_0117473



BLM_0117474



BLM_0117475



BLM_0117476



BLM_0117477





BLM_0117479



BLM_0117480



BLM_0117481



BLM_0117482



BLM_0117483



BLM_0117484



BLM_0117485



BLM_0117486



BLM_0117487



BLM_0117488



BLM_0117489



BLM_0117490



BLM_0117491



BLM_0117492



BLM_0117493



BLM_0117494



BLM_0117495



BLM_0117496





BLM_0117498



BLM_0117499





BLM_0117501





BLM_0117503



BLM_0117504



BLM_0117505



BLM_0117506



BLM_0117507





BLM_0117509



BLM_0117510



BLM_0117511



BLM_0117512



BLM_0117513



BLM_0117514



BLM_0117515



BLM_0117516



BLM_0117517



BLM_0117518



BLM_0117519



BLM_0117520



BLM_0117521



BLM_0117522



BLM_0117523



BLM_0117524



BLM_0117525



BLM_0117526



BLM_0117527



BLM_0117528



BLM_0117529



BLM_0117530



BLM_0117531





BLM_0117533



BLM_0117534



BLM_0117535



BLM_0117536



BLM_0117537



BLM_0117538



BLM_0117539



BLM_0117540



BLM_0117541



BLM_0117542



BLM_0117543



BLM_0117544



BLM_0117545





BLM_0117547



BLM_0117548



BLM_0117549





BLM_0117551





BLM_0117553



BLM_0117554



BLM_0117555



BLM_0117556



BLM_0117557



BLM_0117558



BLM_0117559



BLM_0117560



BLM_0117561



BLM_0117562



BLM_0117563



BLM_0117564



BLM_0117565



BLM_0117566



BLM_0117567



BLM_0117568



BLM_0117569





BLM_0117571





BLM_0117573



BLM_0117574





BLM_0117576



BLM_0117577



BLM_0117578





BLM_0117580





BLM_0117582



BLM_0117583



BLM_0117584



BLM_0117585



BLM_0117586



BLM_0117587



BLM_0117588



BLM_0117589







BLM_0117592



BLM_0117593



BLM_0117594



BLM_0117595





BLM_0117597



BLM_0117598





BLM_0117600



BLM_0117601





BLM_0117603



BLM_0117604



BLM_0117605



BLM_0117606



BLM_0117607







BLM_0117610



BLM_0117611



BLM_0117612



BLM_0117613



BLM_0117614



BLM_0117615



BLM_0117616



BLM_0117617



BLM_0117618



BLM_0117619



BLM_0117620



BLM_0117621





BLM_0117623



BLM_0117624



BLM_0117625



BLM_0117626



BLM_0117627



BLM_0117628





BLM_0117630





BLM_0117632





BLM_0117634



BLM_0117635



BLM_0117636



BLM_0117637



BLM_0117638



BLM_0117639



BLM_0117640



BLM_0117641



BLM_0117642





BLM_0117644



BLM_0117645



BLM_0117646



BLM_0117647



BLM_0117648





BLM_0117650



BLM_0117651



BLM_0117652



BLM_0117653



BLM_0117654



BLM_0117655



BLM_0117656



BLM_0117657



BLM_0117658





BLM_0117660



BLM_0117661



BLM_0117662



BLM_0117663



BLM_0117664



BLM_0117665



BLM_0117666





BLM_0117668



BLM_0117669



BLM_0117670



BLM_0117671



BLM_0117672



BLM_0117673



BLM_0117674



BLM_0117675



BLM_0117676



BLM_0117677



BLM_0117678



BLM_0117679



BLM_0117680





BLM_0117682



BLM_0117683



BLM_0117684



BLM_0117685



BLM_0117686



BLM_0117687





BLM_0117689



BLM_0117690



BLM_0117691



BLM_0117692



BLM_0117693



BLM_0117694





BLM_0117696



BLM_0117697





BLM_0117699



BLM_0117700





BLM_0117702



BLM_0117703





BLM_0117705



BLM_0117706



BLM_0117707



BLM_0117708



BLM_0117709



BLM_0117710



BLM_0117711



BLM_0117712



BLM_0117713



BLM_0117714



BLM_0117715



BLM_0117716



BLM_0117717



BLM_0117718



BLM_0117719



BLM_0117720



BLM_0117721





BLM_0117723



BLM_0117724



BLM_0117725



BLM_0117726



BLM_0117727



BLM_0117728



BLM_0117729





BLM_0117731



BLM_0117732



BLM_0117733



BLM_0117734





BLM_0117736



BLM_0117737



BLM_0117738



BLM_0117739



BLM_0117740



BLM_0117741



BLM_0117742



BLM_0117743





BLM_0117745





BLM_0117747



BLM_0117748



BLM_0117749



BLM_0117750



BLM_0117751



BLM_0117752



BLM_0117753



BLM_0117754



BLM_0117755



BLM_0117756



BLM_0117757



BLM_0117758



BLM_0117759



BLM_0117760



BLM_0117761



BLM_0117762



BLM_0117763



BLM_0117764



BLM_0117765



BLM_0117766



BLM_0117767



BLM_0117768





BLM_0117770



BLM_0117771



BLM_0117772



BLM_0117773



BLM_0117774



BLM_0117775



BLM_0117776



BLM_0117777



BLM_0117778



BLM_0117779



BLM_0117780



BLM_0117781



BLM_0117782



BLM_0117783



BLM_0117784



BLM_0117785



BLM_0117786



BLM_0117787





BLM_0117789



BLM_0117790



BLM_0117791





BLM_0117793



BLM_0117794



BLM_0117795



BLM_0117796



BLM_0117797



BLM_0117798



BLM_0117799



BLM_0117800



BLM_0117801



BLM_0117802



BLM_0117803



BLM_0117804



BLM_0117805



BLM_0117806



BLM_0117807



BLM_0117808



BLM_0117809



BLM_0117810



BLM_0117811



BLM_0117812



BLM_0117813



BLM_0117814



BLM_0117815



BLM_0117816



BLM_0117817



BLM_0117818







BLM_0117821



BLM_0117822



BLM_0117823



BLM_0117824



BLM_0117825



BLM_0117826



BLM_0117827



BLM_0117828



BLM_0117829



BLM_0117830



BLM_0117831



BLM_0117832



BLM_0117833



BLM_0117834



BLM_0117835

BLM_0117836







BLM_0117839



BLM_0117840



BLM_0117841



BLM_0117842



BLM_0117843



BLM_0117844





BLM_0117846



BLM_0117847



BLM_0117848



BLM_0117849



BLM_0117850



BLM_0117851



BLM_0117852



BLM_0117853



BLM_0117854



BLM_0117855



BLM_0117856



BLM_0117857



BLM_0117858



BLM_0117859







BLM_0117862



BLM_0117863



BLM_0117864



BLM_0117865





BLM_0117867



BLM_0117868



BLM_0117869





BLM_0117871



BLM_0117872



BLM_0117873



BLM_0117874



BLM_0117875



BLM_0117876



BLM_0117877



BLM_0117878



BLM_0117879



BLM_0117880



BLM_0117881



BLM_0117882



BLM_0117883



BLM_0117884



BLM_0117885



BLM_0117886



BLM_0117887



BLM_0117888



BLM_0117889



BLM_0117890



BLM_0117891



BLM_0117892



BLM_0117893



BLM_0117894



BLM_0117895



BLM_0117896



BLM_0117897



BLM_0117898



BLM_0117899



BLM_0117900



BLM_0117901



BLM_0117902





BLM_0117904



BLM_0117905



BLM_0117906



BLM_0117907



BLM_0117908





BLM_0117910



BLM_0117911



BLM_0117912



BLM_0117913



BLM_0117914



BLM_0117915



BLM_0117916



BLM_0117917



BLM_0117918



BLM_0117919





BLM_0117921



BLM_0117922



BLM_0117923





BLM_0117925



BLM_0117926



BLM_0117927



BLM_0117928



BLM_0117929



BLM_0117930



BLM_0117931



BLM_0117932



BLM_0117933





BLM_0117935



BLM_0117936



BLM_0117937



BLM_0117938



BLM_0117939





BLM_0117941



BLM_0117942



BLM_0117943



BLM_0117944



BLM_0117945



BLM_0117946



BLM_0117947



BLM_0117948



BLM_0117949





BLM_0117951



BLM_0117952





BLM_0117954



BLM_0117955



BLM_0117956



BLM_0117957



BLM_0117958



BLM_0117959



BLM_0117960



BLM_0117961



BLM_0117962



BLM_0117963



BLM_0117964



BLM_0117965



BLM_0117966



BLM_0117967



BLM_0117968



BLM_0117969



BLM_0117970



BLM_0117971



BLM_0117972



BLM_0117973



BLM_0117974



BLM_0117975



BLM_0117976



BLM_0117977



BLM_0117978



BLM_0117979



BLM_0117980



BLM_0117981



BLM_0117982



BLM_0117983



BLM_0117984



BLM_0117985



BLM_0117986



BLM_0117987



BLM_0117988



BLM_0117989



BLM_0117990



BLM_0117991



BLM_0117992



BLM_0117993



BLM_0117994





BLM_0117996



BLM_0117997



BLM_0117998



BLM_0117999



BLM_0118000







BLM_0118003



BLM_0118004



BLM_0118005



BLM_0118006



BLM_0118007



BLM_0118008



BLM_0118009



BLM_0118010



BLM_0118011



BLM_0118012



BLM_0118013



BLM_0118014



BLM_0118015



BLM_0118016



BLM_0118017



BLM_0118018



BLM_0118019





BLM_0118021



BLM_0118022



BLM_0118023



BLM_0118024



BLM_0118025



BLM_0118026



BLM_0118027



BLM_0118028



BLM_0118029



BLM_0118030



BLM_0118031



BLM_0118032





BLM_0118034