

BLM_0118035



BLM_0118036



BLM_0118037



BLM_0118038





BLM_0118040



BLM_0118041





BLM_0118043



BLM_0118044



BLM_0118045



BLM_0118046



BLM_0118047



BLM_0118048



BLM_0118049



BLM_0118050



BLM_0118051



BLM_0118052



BLM_0118053



BLM_0118054



BLM_0118055



BLM_0118056



BLM_0118057



BLM_0118058



BLM_0118059



BLM_0118060



BLM_0118061



BLM_0118062



BLM_0118063



BLM_0118064



BLM_0118065



BLM_0118066



BLM_0118067



BLM_0118068



BLM_0118069



BLM_0118070



BLM_0118071



BLM_0118072



BLM_0118073



BLM_0118074





BLM_0118076



BLM_0118077



BLM_0118078



BLM_0118079



BLM_0118080



BLM_0118081



BLM_0118082



BLM_0118083



BLM_0118084



BLM_0118085



BLM_0118086



BLM_0118087



BLM_0118088



BLM_0118089



BLM_0118090



BLM_0118091



BLM_0118092



BLM_0118093



BLM_0118094



BLM_0118095



BLM_0118096



BLM_0118097



BLM_0118098



BLM_0118099



BLM_0118100



BLM_0118101



BLM_0118102



BLM_0118103



BLM_0118104



BLM_0118105



BLM_0118106



BLM_0118107



BLM_0118108



BLM_0118109







BLM_0118112



BLM_0118113



BLM_0118114





BLM_0118116



BLM_0118117



BLM_0118118





BLM_0118120



BLM_0118121



BLM_0118122



BLM_0118123



BLM_0118124



BLM_0118125



BLM_0118126



BLM_0118127



BLM_0118128



BLM_0118129



BLM_0118130



BLM_0118131



BLM_0118132



BLM_0118133





BLM_0118135



BLM_0118136



BLM_0118137





BLM_0118139



BLM_0118140





BLM_0118142



BLM_0118143



BLM_0118144



BLM_0118145



BLM_0118146



BLM_0118147



BLM_0118148



BLM_0118149



BLM_0118150



BLM_0118151



BLM_0118152



BLM_0118153



BLM_0118154



BLM_0118155





BLM_0118157





BLM_0118159



BLM_0118160



BLM_0118161





BLM_0118163



BLM_0118164



BLM_0118165



BLM_0118166



BLM_0118167



BLM_0118168





BLM_0118170



BLM_0118171



BLM_0118172



BLM_0118173









BLM_0118177



BLM_0118178



BLM_0118179



BLM_0118180



BLM_0118181



BLM_0118182



BLM_0118183



BLM_0118184



BLM_0118185



BLM_0118186



BLM_0118187



BLM_0118188



BLM_0118189



BLM_0118190



BLM_0118191



BLM_0118192



BLM_0118193



BLM_0118194



BLM_0118195



BLM_0118196



BLM_0118197



BLM_0118198



BLM_0118199



BLM_0118200



BLM_0118201





BLM_0118203



BLM_0118204



BLM_0118205



BLM_0118206



BLM_0118207



BLM_0118208



BLM_0118209





BLM_0118211



BLM_0118212



BLM_0118213



BLM_0118214



BLM_0118215



BLM_0118216



BLM_0118217



BLM_0118218



BLM_0118219



BLM_0118220



BLM_0118221



BLM_0118222



BLM_0118223



BLM_0118224





BLM_0118226



BLM_0118227



BLM_0118228



BLM_0118229





BLM_0118231



BLM_0118232



BLM_0118233



BLM_0118234





BLM_0118236





BLM_0118238



BLM_0118239



BLM_0118240



BLM_0118241



BLM_0118242



BLM_0118243



BLM_0118244



BLM_0118245



BLM_0118246



BLM_0118247



BLM_0118248



BLM_0118249



BLM_0118250



BLM_0118251



BLM_0118252



BLM_0118253



BLM_0118254



BLM_0118255



BLM_0118256



BLM_0118257



BLM_0118258



BLM_0118259



BLM_0118260



BLM_0118261



BLM_0118262





BLM_0118264





BLM_0118266







BLM_0118269





BLM_0118271



BLM_0118272



BLM_0118273



BLM_0118274



BLM_0118275



BLM_0118276



BLM_0118277



BLM_0118278



BLM_0118279





BLM_0118281





BLM_0118283



BLM_0118284



BLM_0118285



BLM_0118286



BLM_0118287





BLM_0118289



BLM_0118290



BLM_0118291



BLM_0118292



BLM_0118293



BLM_0118294



BLM_0118295





BLM_0118297



BLM_0118298



BLM_0118299



BLM_0118300





BLM_0118302







BLM_0118305









BLM_0118309



BLM_0118310



BLM_0118311



BLM_0118312



BLM_0118313



BLM_0118314



BLM_0118315



BLM_0118316



BLM_0118317



BLM_0118318



BLM_0118319



BLM_0118320



BLM_0118321



BLM_0118322



BLM_0118323



BLM_0118324





BLM_0118326



BLM_0118327



BLM_0118328



BLM_0118329



BLM_0118330



BLM_0118331





BLM_0118333



BLM_0118334



BLM_0118335



BLM_0118336



BLM_0118337



BLM_0118338



BLM_0118339



BLM_0118340



BLM_0118341







BLM_0118344



BLM_0118345



BLM_0118346







BLM_0118349



BLM_0118350



BLM_0118351



BLM_0118352



BLM_0118353



BLM_0118354



BLM_0118355



BLM_0118356



BLM_0118357



BLM_0118358



BLM_0118359



BLM_0118360



BLM_0118361



BLM_0118362



BLM_0118363



BLM_0118364



BLM_0118365



BLM_0118366



BLM_0118367



BLM_0118368





BLM_0118370



BLM_0118371



BLM_0118372





BLM_0118374





BLM_0118376



BLM_0118377



BLM_0118378



BLM_0118379



BLM_0118380



BLM_0118381









BLM_0118385



BLM_0118386



BLM_0118387



BLM_0118388



BLM_0118389



BLM_0118390



BLM_0118391



BLM_0118392



BLM_0118393



BLM_0118394



BLM_0118395



BLM_0118396



BLM_0118397



BLM_0118398



BLM_0118399



BLM_0118400



BLM_0118401



BLM_0118402



BLM_0118403



BLM_0118404



BLM_0118405





BLM_0118407



BLM_0118408



BLM_0118409



BLM_0118410





BLM_0118412



BLM_0118413





BLM_0118415



BLM_0118416



BLM_0118417





BLM_0118419



BLM_0118420



BLM_0118421



BLM_0118422



BLM_0118423



BLM_0118424



BLM_0118425



BLM_0118426



BLM_0118427



BLM_0118428



BLM_0118429





BLM_0118431



BLM_0118432



BLM_0118433



BLM_0118434



BLM_0118435



BLM_0118436



BLM_0118437



BLM_0118438



BLM_0118439



BLM_0118440



BLM_0118441



BLM_0118442



BLM_0118443



BLM_0118444



BLM_0118445



BLM_0118446



BLM_0118447



BLM_0118448



BLM_0118449



BLM_0118450



BLM_0118451



BLM_0118452



BLM_0118453





BLM_0118455



BLM_0118456



BLM_0118457



BLM_0118458



BLM_0118459



BLM_0118460





BLM_0118462



BLM_0118463



BLM_0118464





BLM_0118466



BLM_0118467



BLM_0118468



BLM_0118469



BLM_0118470



BLM_0118471



BLM_0118472



BLM_0118473



BLM_0118474



BLM_0118475



BLM_0118476



BLM_0118477



BLM_0118478



BLM_0118479



BLM_0118480



BLM_0118481



BLM_0118482



BLM_0118483



BLM_0118484





BLM_0118486



BLM_0118487



BLM_0118488



BLM_0118489



BLM_0118490



BLM_0118491



BLM_0118492



BLM_0118493



BLM_0118494



BLM_0118495



BLM_0118496



BLM_0118497



BLM_0118498



BLM_0118499



BLM_0118500



BLM_0118501



BLM_0118502



BLM_0118503



BLM_0118504



BLM_0118505



BLM_0118506



BLM_0118507



BLM_0118508



BLM_0118509



BLM_0118510



BLM_0118511



BLM_0118512



BLM_0118513



BLM_0118514



BLM_0118515



BLM_0118516



BLM_0118517



BLM_0118518



BLM_0118519



BLM_0118520



BLM_0118521



BLM_0118522





BLM_0118524



BLM_0118525



BLM_0118526



BLM_0118527



BLM_0118528



BLM_0118529



BLM_0118530



BLM_0118531



BLM_0118532



BLM_0118533



BLM_0118534



BLM_0118535



BLM_0118536





BLM_0118538



BLM_0118539



BLM_0118540



BLM_0118541



BLM_0118542



BLM_0118543



BLM_0118544



BLM_0118545





BLM_0118547



BLM_0118548



BLM_0118549





BLM_0118551



BLM_0118552



BLM_0118553



BLM_0118554



BLM_0118555



BLM_0118556



BLM_0118557



BLM_0118558



BLM_0118559





BLM_0118561



BLM_0118562



BLM_0118563





BLM_0118565



BLM_0118566



BLM_0118567



BLM_0118568



BLM_0118569



BLM_0118570



BLM_0118571



BLM_0118572



BLM_0118573



BLM_0118574



BLM_0118575



BLM_0118576



BLM_0118577



BLM_0118578



BLM_0118579



BLM_0118580





BLM_0118582



BLM_0118583



BLM_0118584



BLM_0118585



BLM_0118586



BLM_0118587



BLM_0118588



BLM_0118589



BLM_0118590



BLM_0118591



BLM_0118592



BLM_0118593



BLM_0118594



BLM_0118595



BLM_0118596



BLM_0118597



BLM_0118598



BLM_0118599



BLM_0118600



BLM_0118601



BLM_0118602



BLM_0118603



BLM_0118604



BLM_0118605



BLM_0118606





BLM_0118608



BLM_0118609



BLM_0118610



BLM_0118611





BLM_0118613



BLM_0118614



BLM_0118615





BLM_0118617



BLM_0118618





BLM_0118620



BLM_0118621



BLM_0118622



BLM_0118623



BLM_0118624



BLM_0118625



BLM_0118626



BLM_0118627



BLM_0118628



BLM_0118629



BLM_0118630



BLM_0118631



BLM_0118632



BLM_0118633



BLM_0118634



BLM_0118635



BLM_0118636



BLM_0118637



BLM_0118638



BLM_0118639



BLM_0118640



BLM_0118641



BLM_0118642



BLM_0118643



BLM_0118644





BLM_0118646



BLM_0118647





BLM_0118649



BLM_0118650



BLM_0118651



BLM_0118652





BLM_0118654





BLM_0118656



BLM_0118657



BLM_0118658



BLM_0118659



BLM_0118660



BLM_0118661



BLM_0118662



BLM_0118663





BLM_0118665



BLM_0118666



BLM_0118667



BLM_0118668



BLM_0118669



BLM_0118670



BLM_0118671



BLM_0118672





BLM_0118674





BLM_0118676



BLM_0118677



BLM_0118678



BLM_0118679





BLM_0118681



BLM_0118682



BLM_0118683



BLM_0118684



BLM_0118685



BLM_0118686



BLM_0118687



BLM_0118688



BLM_0118689



BLM_0118690



BLM_0118691



BLM_0118692



BLM_0118693



BLM_0118694



BLM_0118695



BLM_0118696



BLM_0118697



BLM_0118698



BLM_0118699



BLM_0118700



BLM_0118701



BLM_0118702





BLM_0118704



BLM_0118705





BLM_0118707



BLM_0118708



BLM_0118709





BLM_0118711





BLM_0118713





BLM_0118715



BLM_0118716



BLM_0118717



BLM_0118718



BLM_0118719



BLM_0118720



BLM_0118721



BLM_0118722



BLM_0118723



BLM_0118724



BLM_0118725



BLM_0118726



BLM_0118727



BLM_0118728



BLM_0118729



BLM_0118730



BLM_0118731



BLM_0118732





BLM_0118734



BLM_0118735



BLM_0118736



BLM_0118737



BLM_0118738



BLM_0118739



BLM_0118740



BLM_0118741



BLM_0118742



BLM_0118743



BLM_0118744



BLM_0118745



BLM_0118746



BLM_0118747



BLM_0118748



BLM_0118749



BLM_0118750



BLM_0118751



BLM_0118752



BLM_0118753



BLM_0118754



BLM_0118755



BLM_0118756



BLM_0118757