

BLM_0118758





BLM_0118760



BLM_0118761



BLM_0118762



BLM_0118763



BLM_0118764



BLM_0118765





BLM_0118767





BLM_0118769



BLM_0118770



BLM_0118771



BLM_0118772



BLM_0118773



BLM_0118774



BLM_0118775



BLM_0118776



BLM_0118777



BLM_0118778



BLM_0118779



BLM_0118780



BLM_0118781



BLM_0118782



BLM_0118783



BLM_0118784



BLM_0118785



BLM_0118786



BLM_0118787



BLM_0118788



BLM_0118789



BLM_0118790



BLM_0118791



BLM_0118792



BLM_0118793



BLM_0118794



BLM_0118795



BLM_0118796



BLM_0118797



BLM_0118798



BLM_0118799



BLM_0118800



BLM_0118801



BLM_0118802



BLM_0118803



BLM_0118804



BLM_0118805



BLM_0118806



BLM_0118807



BLM_0118808



BLM_0118809



BLM_0118810



BLM_0118811



BLM_0118812



BLM_0118813



BLM_0118814



BLM_0118815



BLM_0118816





BLM_0118818



BLM_0118819



BLM_0118820



BLM_0118821



BLM_0118822



BLM_0118823



BLM_0118824



BLM_0118825



BLM_0118826



BLM_0118827



BLM_0118828



BLM_0118829



BLM_0118830



BLM_0118831



BLM_0118832



BLM_0118833



BLM_0118834



BLM_0118835



BLM_0118836



BLM_0118837



BLM_0118838



BLM_0118839



BLM_0118840



BLM_0118841



BLM_0118842



BLM_0118843



BLM_0118844



BLM_0118845



BLM_0118846



BLM_0118847



BLM_0118848



BLM_0118849



BLM_0118850



BLM_0118851



BLM_0118852



BLM_0118853



BLM_0118854



BLM_0118855



BLM_0118856



BLM_0118857





BLM_0118859



BLM_0118860



BLM_0118861



BLM_0118862



BLM_0118863



BLM_0118864



BLM_0118865



BLM_0118866





BLM_0118868



BLM_0118869



BLM_0118870



BLM_0118871



BLM_0118872



BLM_0118873



BLM_0118874



BLM_0118875



BLM_0118876



BLM_0118877





BLM_0118879



BLM_0118880



BLM_0118881



BLM_0118882



BLM_0118883



BLM_0118884



BLM_0118885

Case No. 1:20-cv-02484-MSK   Document 63-13   filed 04/26/21   USDC Colorado   pg 129 of 723



BLM_0118886





BLM_0118888



BLM_0118889



BLM_0118890



BLM_0118891





BLM_0118893



BLM_0118894



BLM_0118895



BLM_0118896



BLM_0118897



BLM_0118898



BLM_0118899



BLM_0118900



BLM_0118901



BLM_0118902



BLM_0118903



BLM_0118904



BLM_0118905



BLM_0118906



BLM_0118907



BLM_0118908



BLM_0118909



BLM_0118910



BLM_0118911



BLM_0118912



BLM_0118913



BLM_0118914



BLM_0118915



BLM_0118916



BLM_0118917











BLM_0118922



BLM_0118923



BLM_0118924



BLM_0118925



BLM_0118926



BLM_0118927



BLM_0118928



BLM_0118929



BLM_0118930



BLM_0118931



BLM_0118932



BLM_0118933





BLM_0118935



BLM_0118936



BLM_0118937



BLM_0118938



BLM_0118939



BLM_0118940



BLM_0118941



BLM_0118942



BLM_0118943



BLM_0118944



BLM_0118945



BLM_0118946



BLM_0118947



BLM_0118948



BLM_0118949



BLM_0118950



BLM_0118951



BLM_0118952



BLM_0118953



BLM_0118954



BLM_0118955



BLM_0118956





BLM_0118958





BLM_0118960



BLM_0118961



BLM_0118962



BLM_0118963



BLM_0118964





BLM_0118966



BLM_0118967



BLM_0118968



BLM_0118969



BLM_0118970



BLM_0118971



BLM_0118972



BLM_0118973



BLM_0118974



BLM_0118975



BLM_0118976



BLM_0118977



BLM_0118978



BLM_0118979



BLM_0118980



BLM_0118981





BLM_0118983



BLM_0118984



BLM_0118985



BLM_0118986



BLM_0118987



BLM_0118988



BLM_0118989



BLM_0118990



BLM_0118991



BLM_0118992



BLM_0118993



BLM_0118994



BLM_0118995



BLM_0118996



BLM_0118997



BLM_0118998





BLM_0119000



BLM_0119001



BLM_0119002



BLM_0119003





BLM_0119005





BLM_0119007



BLM_0119008



BLM_0119009



BLM_0119010



BLM_0119011



BLM_0119012



BLM_0119013



BLM_0119014



BLM_0119015



BLM_0119016



BLM_0119017



BLM_0119018



BLM_0119019



BLM_0119020



BLM_0119021



BLM_0119022



BLM_0119023



BLM_0119024



BLM_0119025



BLM_0119026



BLM_0119027



BLM_0119028



BLM_0119029



BLM_0119030



BLM_0119031



BLM_0119032





BLM_0119034



BLM_0119035



BLM_0119036



BLM_0119037



BLM_0119038



BLM_0119039



BLM_0119040



BLM_0119041



BLM_0119042



BLM_0119043



BLM_0119044



BLM_0119045



BLM_0119046



BLM_0119047



BLM_0119048



BLM_0119049



BLM_0119050



BLM_0119051

BLM_0119052





BLM_0119054



BLM_0119055



BLM_0119056





BLM_0119058



BLM_0119059



BLM_0119060



BLM_0119061



BLM_0119062



BLM_0119063



BLM_0119064



BLM_0119065





BLM_0119067



BLM_0119068



BLM_0119069



BLM_0119070



BLM_0119071



BLM_0119072



BLM_0119073



BLM_0119074



BLM_0119075



BLM_0119076





BLM_0119078



BLM_0119079



BLM_0119080



BLM_0119081



BLM_0119082



BLM_0119083



BLM_0119084



BLM_0119085



BLM_0119086



BLM_0119087





BLM_0119089



BLM_0119090



BLM_0119091



BLM_0119092



BLM_0119093



BLM_0119094





BLM_0119096



BLM_0119097



BLM_0119098



BLM_0119099



BLM_0119100



BLM_0119101



BLM_0119102



BLM_0119103



BLM_0119104



BLM_0119105







BLM_0119108





BLM_0119110





BLM_0119112





BLM_0119114



BLM_0119115



BLM_0119116



BLM_0119117



BLM_0119118



BLM_0119119





BLM_0119121



BLM_0119122





BLM_0119124



BLM_0119125



BLM_0119126



BLM_0119127



BLM_0119128



BLM_0119129



BLM_0119130



BLM_0119131





BLM_0119133



BLM_0119134



BLM_0119135



BLM_0119136



BLM_0119137



BLM_0119138



BLM_0119139



BLM_0119140



BLM_0119141





BLM_0119143





BLM_0119145



BLM_0119146



BLM_0119147



BLM_0119148



BLM_0119149





BLM_0119151



BLM_0119152





BLM_0119154



BLM_0119155



BLM_0119156



BLM_0119157





BLM_0119159







BLM_0119162



BLM_0119163



BLM_0119164



BLM_0119165



BLM_0119166



BLM_0119167



BLM_0119168



BLM_0119169



BLM_0119170



BLM_0119171





BLM_0119173



BLM_0119174



BLM_0119175



BLM_0119176



BLM_0119177



BLM_0119178



BLM_0119179



BLM_0119180



BLM_0119181



BLM_0119182



BLM_0119183





BLM_0119185



BLM_0119186



BLM_0119187



BLM_0119188



BLM_0119189



BLM_0119190



BLM_0119191



BLM_0119192





BLM_0119194



BLM_0119195



BLM_0119196



BLM_0119197



BLM_0119198



BLM_0119199





BLM_0119201





BLM_0119203



BLM_0119204





BLM_0119206



BLM_0119207



BLM_0119208



BLM_0119209



BLM_0119210



BLM_0119211



BLM_0119212



BLM_0119213



BLM_0119214



BLM_0119215



BLM_0119216



BLM_0119217



BLM_0119218



BLM_0119219



BLM_0119220





BLM_0119222



BLM_0119223



BLM_0119224



BLM_0119225



BLM_0119226



BLM_0119227



BLM_0119228



BLM_0119229



BLM_0119230



BLM_0119231





BLM_0119233



BLM_0119234



BLM_0119235





BLM_0119237



BLM_0119238



BLM_0119239



BLM_0119240



BLM_0119241



BLM_0119242



BLM_0119243



BLM_0119244



BLM_0119245



BLM_0119246



BLM_0119247



BLM_0119248



BLM_0119249



BLM_0119250



BLM_0119251



BLM_0119252





BLM_0119254



BLM_0119255



BLM_0119256



BLM_0119257



BLM_0119258



BLM_0119259



BLM_0119260



BLM_0119261



BLM_0119262



BLM_0119263



BLM_0119264



BLM_0119265



BLM_0119266



BLM_0119267



BLM_0119268



BLM_0119269



BLM_0119270



BLM_0119271



BLM_0119272



BLM_0119273



BLM_0119274



BLM_0119275



BLM_0119276



BLM_0119277



BLM_0119278



BLM_0119279



BLM_0119280



BLM_0119281



BLM_0119282



BLM_0119283



BLM_0119284



BLM_0119285



BLM_0119286



BLM_0119287



BLM_0119288



BLM_0119289



BLM_0119290



BLM_0119291





BLM_0119293



BLM_0119294



BLM_0119295



BLM_0119296



BLM_0119297



BLM_0119298



BLM_0119299



BLM_0119300



BLM_0119301



BLM_0119302



BLM_0119303



BLM_0119304



BLM_0119305



BLM_0119306



BLM_0119307



BLM_0119308





BLM_0119310



BLM_0119311



BLM_0119312



BLM_0119313



BLM_0119314



BLM_0119315



BLM_0119316



BLM_0119317





BLM_0119319



BLM_0119320



BLM_0119321



BLM_0119322



BLM_0119323



BLM_0119324



BLM_0119325



BLM_0119326



BLM_0119327



BLM_0119328



BLM_0119329



BLM_0119330



BLM_0119331



BLM_0119332



BLM_0119333



BLM_0119334



BLM_0119335



BLM_0119336



BLM_0119337



BLM_0119338



BLM_0119339





BLM_0119341



BLM_0119342



BLM_0119343



BLM_0119344



BLM_0119345



BLM_0119346



BLM_0119347



BLM_0119348



BLM_0119349



BLM_0119350



BLM_0119351



BLM_0119352



BLM_0119353



BLM_0119354



BLM_0119355





BLM_0119357



BLM_0119358



BLM_0119359



BLM_0119360





BLM_0119362



BLM_0119363



BLM_0119364





BLM_0119366



BLM_0119367



BLM_0119368



BLM_0119369



BLM_0119370



BLM_0119371



BLM_0119372



BLM_0119373



BLM_0119374



BLM_0119375



BLM_0119376



BLM_0119377



BLM_0119378



BLM_0119379



BLM_0119380





BLM_0119382



BLM_0119383



BLM_0119384







BLM_0119387



BLM_0119388



BLM_0119389



BLM_0119390



BLM_0119391



BLM_0119392



BLM_0119393



BLM_0119394



BLM_0119395



BLM_0119396







BLM_0119399



BLM_0119400



BLM_0119401



BLM_0119402



BLM_0119403



BLM_0119404



BLM_0119405





BLM_0119407



BLM_0119408



BLM_0119409



BLM_0119410



BLM_0119411



BLM_0119412



BLM_0119413



BLM_0119414



BLM_0119415



BLM_0119416





BLM_0119418



BLM_0119419



BLM_0119420



BLM_0119421



BLM_0119422



BLM_0119423



BLM_0119424



BLM_0119425



BLM_0119426



BLM_0119427



BLM_0119428



BLM_0119429



BLM_0119430





BLM_0119432



BLM_0119433



BLM_0119434



BLM_0119435



BLM_0119436



BLM_0119437



BLM_0119438



BLM_0119439



BLM_0119440



BLM_0119441





BLM_0119443





BLM_0119445



BLM_0119446



BLM_0119447



BLM_0119448



BLM_0119449



BLM_0119450



BLM_0119451



BLM_0119452



BLM_0119453





BLM_0119455





BLM_0119457





BLM_0119459



BLM_0119460





BLM_0119462



BLM_0119463



BLM_0119464







BLM_0119467



BLM_0119468



BLM_0119469



BLM_0119470



BLM_0119471



BLM_0119472



BLM_0119473



BLM_0119474



BLM_0119475



BLM_0119476



BLM_0119477



BLM_0119478



BLM_0119479



BLM_0119480