



BLM_0119482



BLM_0119483



BLM_0119484



BLM_0119485







BLM_0119488



BLM_0119489



BLM_0119490



BLM_0119491



BLM_0119492



BLM_0119493



BLM_0119494





BLM_0119496





BLM_0119498



BLM_0119499



BLM_0119500



BLM_0119501







BLM_0119504



BLM_0119505



BLM_0119506







BLM_0119509



BLM_0119510





BLM_0119512



BLM_0119513



BLM_0119514



BLM_0119515



BLM_0119516





BLM_0119518



BLM_0119519



BLM_0119520



BLM_0119521



BLM_0119522



BLM_0119523



BLM_0119524



BLM_0119525



BLM_0119526



BLM_0119527





BLM_0119529



BLM_0119530



BLM_0119531



BLM_0119532



BLM_0119533



BLM_0119534



BLM_0119535



BLM_0119536



BLM_0119537



BLM_0119538



BLM_0119539





BLM_0119541



BLM_0119542





BLM_0119544



BLM_0119545



BLM_0119546





BLM_0119548



BLM_0119549



BLM_0119550



BLM_0119551



BLM_0119552



BLM_0119553



BLM_0119554



BLM_0119555



BLM_0119556



BLM_0119557



BLM_0119558



BLM_0119559



BLM_0119560



BLM_0119561





BLM_0119563



BLM_0119564



BLM_0119565



BLM_0119566



BLM_0119567



BLM_0119568



BLM_0119569



BLM_0119570



BLM_0119571



BLM_0119572



BLM_0119573



BLM_0119574



BLM_0119575



BLM_0119576



BLM_0119577



BLM_0119578



BLM_0119579





BLM_0119581



BLM_0119582



BLM_0119583



BLM_0119584



BLM_0119585



BLM_0119586



BLM_0119587



BLM_0119588



BLM_0119589







BLM_0119592



BLM_0119593



BLM_0119594



BLM_0119595



BLM_0119596



BLM_0119597



BLM_0119598



BLM_0119599



BLM_0119600



BLM_0119601



BLM_0119602



BLM_0119603



BLM_0119604



BLM_0119605



BLM_0119606



BLM_0119607



BLM_0119608



BLM_0119609



BLM_0119610



BLM_0119611





BLM_0119613



BLM_0119614





BLM_0119616



BLM_0119617



BLM_0119618



BLM_0119619



BLM_0119620



BLM_0119621



BLM_0119622



BLM_0119623



BLM_0119624



BLM_0119625



BLM_0119626



BLM_0119627



BLM_0119628



BLM_0119629



BLM_0119630



BLM_0119631



BLM_0119632



BLM_0119633



BLM_0119634



BLM_0119635



BLM_0119636



BLM_0119637



BLM_0119638



BLM_0119639



BLM_0119640



BLM_0119641



BLM_0119642



BLM_0119643



BLM_0119644



BLM_0119645



BLM_0119646



BLM_0119647



BLM_0119648



BLM_0119649



BLM_0119650



BLM_0119651



BLM_0119652



BLM_0119653



BLM_0119654



BLM_0119655



BLM_0119656









BLM_0119660



BLM_0119661



BLM_0119662



BLM_0119663



BLM_0119664



BLM_0119665





BLM_0119667





BLM_0119669



BLM_0119670







BLM_0119673



BLM_0119674



BLM_0119675



BLM_0119676



BLM_0119677

BLM_0119678



BLM_0119679



BLM_0119680



BLM_0119681



BLM_0119682



BLM_0119683



BLM_0119684



BLM_0119685





BLM_0119687



BLM_0119688



BLM_0119689



BLM_0119690



BLM_0119691



BLM_0119692



BLM_0119693



BLM_0119694



BLM_0119695



BLM_0119696



BLM_0119697



BLM_0119698



BLM_0119699





BLM_0119701



BLM_0119702





BLM_0119704



BLM_0119705



BLM_0119706





BLM_0119708







BLM_0119711



BLM_0119712



BLM_0119713



BLM_0119714



BLM_0119715



BLM_0119716



BLM_0119717



BLM_0119718



BLM_0119719



BLM_0119720





BLM_0119722



BLM_0119723



BLM_0119724





BLM_0119726



BLM_0119727



BLM_0119728





BLM_0119730



BLM_0119731



BLM_0119732



BLM_0119733



BLM_0119734



BLM_0119735



BLM_0119736



BLM_0119737





BLM_0119739



BLM_0119740



BLM_0119741



BLM_0119742



BLM_0119743



BLM_0119744



BLM_0119745



BLM_0119746





BLM_0119748



BLM_0119749



BLM_0119750



BLM_0119751





BLM_0119753



BLM_0119754



BLM_0119755



BLM_0119756



BLM_0119757



BLM_0119758





BLM_0119760







BLM_0119763



BLM_0119764



BLM_0119765





BLM_0119767



BLM_0119768



BLM_0119769



BLM_0119770



BLM_0119771



BLM_0119772



BLM_0119773



BLM_0119774



BLM_0119775



BLM_0119776





BLM_0119778



BLM_0119779



BLM_0119780



BLM_0119781



BLM_0119782



BLM_0119783



BLM_0119784



BLM_0119785



BLM_0119786



BLM_0119787



BLM_0119788



BLM_0119789



BLM_0119790



BLM_0119791





BLM_0119793





BLM_0119795



BLM_0119796





BLM_0119798



BLM_0119799



BLM_0119800



BLM_0119801



BLM_0119802



BLM_0119803



BLM_0119804



BLM_0119805



BLM_0119806



BLM_0119807



BLM_0119808





BLM_0119810



BLM_0119811



BLM_0119812



BLM_0119813



BLM_0119814



BLM_0119815



BLM_0119816



BLM_0119817



BLM_0119818



BLM_0119819



BLM_0119820



BLM_0119821



BLM_0119822



BLM_0119823



BLM_0119824



BLM_0119825



BLM_0119826



BLM_0119827



BLM_0119828



BLM_0119829



BLM_0119830



BLM_0119831



BLM_0119832



BLM_0119833



BLM_0119834



BLM_0119835



BLM_0119836



BLM_0119837



BLM_0119838



BLM_0119839



BLM_0119840





BLM_0119842

BLM_0119843



BLM_0119844



BLM_0119845



BLM_0119846



BLM_0119847



BLM_0119848



BLM_0119849



BLM_0119850



BLM_0119851



BLM_0119852



BLM_0119853



BLM_0119854



BLM_0119855



BLM_0119856



BLM_0119857



BLM_0119858



BLM_0119859



BLM_0119860



BLM_0119861



BLM_0119862



BLM_0119863





BLM_0119865



BLM_0119866



BLM_0119867



BLM_0119868



BLM_0119869



BLM_0119870



BLM_0119871



BLM_0119872



BLM_0119873



BLM_0119874



BLM_0119875



BLM_0119876



BLM_0119877



BLM_0119878



BLM_0119879



BLM_0119880



BLM_0119881



BLM_0119882



BLM_0119883



BLM_0119884



BLM_0119885





BLM_0119887



BLM_0119888



BLM_0119889



BLM_0119890



BLM_0119891



BLM_0119892



BLM_0119893



BLM_0119894



BLM_0119895



BLM_0119896



BLM_0119897



BLM_0119898



BLM_0119899



BLM_0119900



BLM_0119901



BLM_0119902



BLM_0119903



BLM_0119904



BLM_0119905



BLM_0119906





BLM_0119908



BLM_0119909



BLM_0119910



BLM_0119911





BLM_0119913



BLM_0119914



BLM_0119915



BLM_0119916



BLM_0119917



BLM_0119918



BLM_0119919



BLM_0119920



BLM_0119921



BLM_0119922



BLM_0119923



BLM_0119924



BLM_0119925



BLM_0119926





BLM_0119928





BLM_0119930



BLM_0119931



BLM_0119932



BLM_0119933



BLM_0119934



BLM_0119935



BLM_0119936



BLM_0119937



BLM_0119938



BLM_0119939



BLM_0119940



BLM_0119941



BLM_0119942



BLM_0119943



BLM_0119944



BLM_0119945



BLM_0119946



BLM_0119947



BLM_0119948



BLM_0119949



BLM_0119950



BLM_0119951



BLM_0119952



BLM_0119953



BLM_0119954



BLM_0119955





BLM_0119957



BLM_0119958



BLM_0119959





BLM_0119961



BLM_0119962



BLM_0119963



BLM_0119964



BLM_0119965



BLM_0119966



BLM_0119967



BLM_0119968



BLM_0119969



BLM_0119970



BLM_0119971



BLM_0119972



BLM_0119973



BLM_0119974



BLM_0119975



BLM_0119976





BLM_0119978



BLM_0119979



BLM_0119980



BLM_0119981



BLM_0119982



BLM_0119983



BLM_0119984



BLM_0119985



BLM_0119986



BLM_0119987





BLM_0119989



BLM_0119990





BLM_0119992



BLM_0119993



BLM_0119994



BLM_0119995



BLM_0119996



BLM_0119997



BLM_0119998



BLM_0119999



BLM_0120000



BLM_0120001



BLM_0120002



BLM_0120003



BLM_0120004



BLM_0120005



BLM_0120006



BLM_0120007



BLM_0120008



BLM_0120009



BLM_0120010



BLM_0120011



BLM_0120012



BLM_0120013



BLM_0120014



BLM_0120015



BLM_0120016



BLM_0120017



BLM_0120018



BLM_0120019



BLM_0120020



BLM_0120021



BLM_0120022



BLM_0120023



BLM_0120024



BLM_0120025



BLM_0120026



BLM_0120027



BLM_0120028



BLM_0120029



BLM_0120030



BLM_0120031



BLM_0120032



BLM_0120033



BLM_0120034



BLM_0120035





BLM_0120037



BLM_0120038



BLM_0120039



BLM_0120040



BLM_0120041



BLM_0120042



BLM_0120043



BLM_0120044



BLM_0120045



BLM_0120046



BLM_0120047



BLM_0120048



BLM_0120049



BLM_0120050



BLM_0120051



BLM_0120052



BLM_0120053



BLM_0120054



BLM_0120055



BLM_0120056



BLM_0120057



BLM_0120058



BLM_0120059



BLM_0120060



BLM_0120061



BLM_0120062



BLM_0120063



BLM_0120064



BLM_0120065



BLM_0120066



BLM_0120067



BLM_0120068



BLM_0120069



BLM_0120070



BLM_0120071



BLM_0120072



BLM_0120073



BLM_0120074



BLM_0120075



BLM_0120076



BLM_0120077



BLM_0120078



BLM_0120079



BLM_0120080



BLM_0120081



BLM_0120082



BLM_0120083



BLM_0120084



BLM_0120085



BLM_0120086



BLM_0120087



BLM_0120088



BLM_0120089



BLM_0120090



BLM_0120091



BLM_0120092



BLM_0120093



BLM_0120094



BLM_0120095



BLM_0120096



BLM_0120097



BLM_0120098



BLM_0120099



BLM_0120100



BLM_0120101



BLM_0120102



BLM_0120103



BLM_0120104





BLM_0120106



BLM_0120107



BLM_0120108



BLM_0120109



BLM_0120110





BLM_0120112



BLM_0120113



BLM_0120114



BLM_0120115



BLM_0120116



BLM_0120117



BLM_0120118



BLM_0120119



BLM_0120120



BLM_0120121



BLM_0120122



BLM_0120123



BLM_0120124



BLM_0120125



BLM_0120126



BLM_0120127



BLM_0120128





BLM_0120130



BLM_0120131





BLM_0120133



BLM_0120134



BLM_0120135



BLM_0120136



BLM_0120137



BLM_0120138



BLM_0120139



BLM_0120140



BLM_0120141



BLM_0120142



BLM_0120143



BLM_0120144





BLM_0120146



BLM_0120147





BLM_0120149



BLM_0120150



BLM_0120151



BLM_0120152



BLM_0120153



BLM_0120154





BLM_0120156





BLM_0120158



BLM_0120159



BLM_0120160



BLM_0120161





BLM_0120163



BLM_0120164



BLM_0120165



BLM_0120166



BLM_0120167



BLM_0120168



BLM_0120169



BLM_0120170



BLM_0120171



BLM_0120172



BLM_0120173



BLM_0120174



BLM_0120175





BLM_0120177



BLM_0120178



BLM_0120179



BLM_0120180



BLM_0120181



BLM_0120182



BLM_0120183



BLM_0120184



BLM_0120185



BLM_0120186



BLM_0120187



BLM_0120188



BLM_0120189







BLM_0120192



BLM_0120193



BLM_0120194



BLM_0120195



BLM_0120196



BLM_0120197



BLM_0120198



BLM_0120199



BLM_0120200

BLM_0120201



BLM_0120202



BLM_0120203