

BLM_0120204





BLM_0120206



BLM_0120207





BLM_0120209



BLM_0120210



BLM_0120211



BLM_0120212



BLM_0120213



BLM_0120214





BLM_0120216



BLM_0120217



BLM_0120218



BLM_0120219



BLM_0120220



BLM_0120221



BLM_0120222



BLM_0120223



BLM_0120224



BLM_0120225



BLM_0120226



BLM_0120227



BLM_0120228



BLM_0120229



BLM_0120230



BLM_0120231



BLM_0120232



BLM_0120233



BLM_0120234



BLM_0120235



BLM_0120236



BLM_0120237



BLM_0120238



BLM_0120239



BLM_0120240



BLM_0120241



BLM_0120242



BLM_0120243



BLM_0120244



BLM_0120245



BLM_0120246





BLM_0120248



BLM_0120249



BLM_0120250



BLM_0120251



BLM_0120252



BLM_0120253



BLM_0120254



BLM_0120255



BLM_0120256



BLM_0120257



BLM_0120258



BLM_0120259



BLM_0120260



BLM_0120261



BLM_0120262



BLM_0120263



BLM_0120264



BLM_0120265



BLM_0120266



BLM_0120267



BLM_0120268



BLM_0120269



BLM_0120270



BLM_0120271



BLM_0120272



BLM_0120273



BLM_0120274



BLM_0120275



BLM_0120276



BLM_0120277





BLM_0120279



BLM_0120280



BLM_0120281



BLM_0120282



BLM_0120283



BLM_0120284



BLM_0120285



BLM_0120286



BLM_0120287



BLM_0120288



BLM_0120289



BLM_0120290



BLM_0120291



BLM_0120292



BLM_0120293



BLM_0120294



BLM_0120295



BLM_0120296



BLM_0120297



BLM_0120298



BLM_0120299



BLM_0120300



BLM_0120301



BLM_0120302



BLM_0120303



BLM_0120304



BLM_0120305



BLM_0120306



BLM_0120307



BLM_0120308



BLM_0120309



BLM_0120310



BLM_0120311



BLM_0120312



BLM_0120313



BLM_0120314



BLM_0120315



BLM_0120316





BLM_0120318



BLM_0120319





BLM_0120321



BLM_0120322



BLM_0120323



BLM_0120324



BLM_0120325



BLM_0120326



BLM_0120327



BLM_0120328



BLM_0120329



BLM_0120330



BLM_0120331



BLM_0120332



BLM_0120333



BLM_0120334



BLM_0120335



BLM_0120336



BLM_0120337



BLM_0120338



BLM_0120339





BLM_0120341



BLM_0120342



BLM_0120343



BLM_0120344



BLM_0120345



BLM_0120346



BLM_0120347



BLM_0120348



BLM_0120349



BLM_0120350



BLM_0120351



BLM_0120352



BLM_0120353



BLM_0120354



BLM_0120355



BLM_0120356



BLM_0120357



BLM_0120358



BLM_0120359





BLM_0120361



BLM_0120362



BLM_0120363



BLM_0120364



BLM_0120365



BLM_0120366



BLM_0120367



BLM_0120368



BLM_0120369



BLM_0120370



BLM_0120371



BLM_0120372



BLM_0120373



BLM_0120374



BLM_0120375



BLM_0120376



BLM_0120377



BLM_0120378



BLM_0120379



BLM_0120380



BLM_0120381



BLM_0120382



BLM_0120383



BLM_0120384



BLM_0120385



BLM_0120386



BLM_0120387



BLM_0120388



BLM_0120389



BLM_0120390



BLM_0120391



BLM_0120392



BLM_0120393



BLM_0120394



BLM_0120395



BLM_0120396



BLM_0120397



BLM_0120398



BLM_0120399



BLM_0120400



BLM_0120401



BLM_0120402



BLM_0120403



BLM_0120404



BLM_0120405



BLM_0120406



BLM_0120407



BLM_0120408



BLM_0120409



BLM_0120410



BLM_0120411





BLM_0120413



BLM_0120414



BLM_0120415



BLM_0120416



BLM_0120417



BLM_0120418



BLM_0120419



BLM_0120420



BLM_0120421



BLM_0120422



BLM_0120423



BLM_0120424



BLM_0120425



BLM_0120426



BLM_0120427



BLM_0120428



BLM_0120429



BLM_0120430



BLM_0120431



BLM_0120432



BLM_0120433



BLM_0120434



BLM_0120435



BLM_0120436



BLM_0120437



BLM_0120438



BLM_0120439



BLM_0120440



BLM_0120441





BLM_0120443



BLM_0120444



BLM_0120445



BLM_0120446



BLM_0120447



BLM_0120448





BLM_0120450





BLM_0120452





BLM_0120454



BLM_0120455



BLM_0120456



BLM_0120457



BLM_0120458



BLM_0120459



BLM_0120460



BLM_0120461



BLM_0120462



BLM_0120463



BLM_0120464



BLM_0120465



BLM_0120466



BLM_0120467



BLM_0120468



BLM_0120469





BLM_0120471



BLM_0120472



BLM_0120473



BLM_0120474



BLM_0120475



BLM_0120476





BLM_0120478



BLM_0120479



BLM_0120480



BLM_0120481





BLM_0120483



BLM_0120484



BLM_0120485



BLM_0120486



BLM_0120487



BLM_0120488



BLM_0120489



BLM_0120490



BLM_0120491



BLM_0120492



BLM_0120493



BLM_0120494



BLM_0120495



BLM_0120496



BLM_0120497



BLM_0120498



BLM_0120499



BLM_0120500



BLM_0120501



BLM_0120502



BLM_0120503



BLM_0120504



BLM_0120505



BLM_0120506



BLM_0120507



BLM_0120508

BLM_0120509



BLM_0120510



BLM_0120511



BLM_0120512



BLM_0120513



BLM_0120514



BLM_0120515



BLM_0120516





BLM_0120518



BLM_0120519



BLM_0120520



BLM_0120521





BLM_0120523



BLM_0120524





BLM_0120526



BLM_0120527



BLM_0120528



BLM_0120529



BLM_0120530







BLM_0120533



BLM_0120534



BLM_0120535



BLM_0120536



BLM_0120537



BLM_0120538



BLM_0120539



BLM_0120540



BLM_0120541



BLM_0120542



BLM_0120543



BLM_0120544



BLM_0120545



BLM_0120546



BLM_0120547



BLM_0120548



BLM_0120549



BLM_0120550



BLM_0120551





BLM_0120553



BLM_0120554



BLM_0120555



BLM_0120556



BLM_0120557



BLM_0120558



BLM_0120559



BLM_0120560



BLM_0120561



BLM_0120562



BLM_0120563



BLM_0120564



BLM_0120565



BLM_0120566



BLM_0120567



BLM_0120568



BLM_0120569



BLM_0120570





BLM_0120572





BLM_0120574



BLM_0120575



BLM_0120576



BLM_0120577



BLM_0120578





BLM_0120580





BLM_0120582



BLM_0120583



BLM_0120584



BLM_0120585



BLM_0120586



BLM_0120587



BLM_0120588



BLM_0120589



BLM_0120590



BLM_0120591



BLM_0120592



BLM_0120593



BLM_0120594



BLM_0120595



BLM_0120596



BLM_0120597



BLM_0120598



BLM_0120599



BLM_0120600



BLM_0120601



BLM_0120602



BLM_0120603



BLM_0120604



BLM_0120605



BLM_0120606



BLM_0120607



BLM_0120608



BLM_0120609





BLM_0120611



BLM_0120612



BLM_0120613





BLM_0120615



BLM_0120616



BLM_0120617



BLM_0120618



BLM_0120619



BLM_0120620





BLM_0120622



BLM_0120623



BLM_0120624



BLM_0120625



BLM_0120626



BLM_0120627



BLM_0120628



BLM_0120629



BLM_0120630



BLM_0120631





BLM_0120633



BLM_0120634



BLM_0120635



BLM_0120636



BLM_0120637



BLM_0120638



BLM_0120639



BLM_0120640



BLM_0120641







BLM_0120644



BLM_0120645



BLM_0120646



BLM_0120647





BLM_0120649



BLM_0120650



BLM_0120651



BLM_0120652



BLM_0120653



BLM_0120654



BLM_0120655





BLM_0120657



BLM_0120658



BLM_0120659



BLM_0120660



BLM_0120661



BLM_0120662



BLM_0120663



BLM_0120664



BLM_0120665



BLM_0120666



BLM_0120667



BLM_0120668



BLM_0120669



BLM_0120670



BLM_0120671





BLM_0120673





BLM_0120675



BLM_0120676



BLM_0120677



BLM_0120678





BLM_0120680



BLM_0120681



BLM_0120682



BLM_0120683



BLM_0120684



BLM_0120685



BLM_0120686



BLM_0120687



BLM_0120688





BLM_0120690



BLM_0120691



BLM_0120692



BLM_0120693



BLM_0120694



BLM_0120695



BLM_0120696



BLM_0120697



BLM_0120698



BLM_0120699



BLM_0120700



BLM_0120701



BLM_0120702



BLM_0120703



BLM_0120704



BLM_0120705



BLM_0120706



BLM_0120707



BLM_0120708



BLM_0120709





BLM_0120711





BLM_0120713



BLM_0120714





BLM_0120716





BLM_0120718



BLM_0120719



BLM_0120720



BLM_0120721



BLM_0120722



BLM_0120723



BLM_0120724



BLM_0120725



BLM_0120726



BLM_0120727



BLM_0120728



BLM_0120729



BLM_0120730



BLM_0120731



BLM_0120732



BLM_0120733





BLM_0120735



BLM_0120736



BLM_0120737



BLM_0120738



BLM_0120739



BLM_0120740





BLM_0120742



BLM_0120743



BLM_0120744



BLM_0120745



BLM_0120746



BLM_0120747



BLM_0120748



BLM_0120749



BLM_0120750



BLM_0120751



BLM_0120752





BLM_0120754



BLM_0120755



BLM_0120756



BLM_0120757



BLM_0120758



BLM_0120759



BLM_0120760



BLM_0120761



BLM_0120762



BLM_0120763



BLM_0120764







BLM_0120767



BLM_0120768



BLM_0120769



BLM_0120770



BLM_0120771



BLM_0120772



BLM_0120773



BLM_0120774



BLM_0120775



BLM_0120776



BLM_0120777



BLM_0120778



BLM_0120779



BLM_0120780



BLM_0120781



BLM_0120782



BLM_0120783



BLM_0120784





BLM_0120786



BLM_0120787





BLM_0120789



BLM_0120790



BLM_0120791



BLM_0120792



BLM_0120793





BLM_0120795



BLM_0120796



BLM_0120797



BLM_0120798



BLM_0120799



BLM_0120800



BLM_0120801



BLM_0120802



BLM_0120803



BLM_0120804



BLM_0120805



BLM_0120806



BLM_0120807



BLM_0120808



BLM_0120809



BLM_0120810



BLM_0120811



BLM_0120812



BLM_0120813



BLM_0120814



BLM_0120815



BLM_0120816



BLM_0120817



BLM_0120818



BLM_0120819



BLM_0120820



BLM_0120821





BLM_0120823



BLM_0120824



BLM_0120825



BLM_0120826



BLM_0120827



BLM_0120828



BLM_0120829



BLM_0120830



BLM_0120831



BLM_0120832



BLM_0120833



BLM_0120834



BLM_0120835



BLM_0120836



BLM_0120837



BLM_0120838



BLM_0120839



BLM_0120840



BLM_0120841



BLM_0120842



BLM_0120843



BLM_0120844



BLM_0120845



BLM_0120846



BLM_0120847



BLM_0120848



BLM_0120849



BLM_0120850



BLM_0120851



BLM_0120852



BLM_0120853



BLM_0120854



BLM_0120855



BLM_0120856



BLM_0120857



BLM_0120858



BLM_0120859



BLM_0120860



BLM_0120861



BLM_0120862



BLM_0120863



BLM_0120864



BLM_0120865



BLM_0120866



BLM_0120867



BLM_0120868



BLM_0120869



BLM_0120870





BLM_0120872



BLM_0120873





BLM_0120875



BLM_0120876



BLM_0120877



BLM_0120878



BLM_0120879



BLM_0120880





BLM_0120882



BLM_0120883



BLM_0120884



BLM_0120885



BLM_0120886



BLM_0120887



BLM_0120888



BLM_0120889



BLM_0120890



BLM_0120891



BLM_0120892



BLM_0120893



BLM_0120894



BLM_0120895



BLM_0120896



BLM_0120897



BLM_0120898



BLM_0120899



BLM_0120900



BLM_0120901



BLM_0120902



BLM_0120903



BLM_0120904



BLM_0120905



BLM_0120906



BLM_0120907



BLM_0120908



BLM_0120909



BLM_0120910



BLM_0120911



BLM_0120912



BLM_0120913



BLM_0120914



BLM_0120915



BLM_0120916



BLM_0120917



BLM_0120918



BLM_0120919



BLM_0120920





BLM_0120922



BLM_0120923



BLM_0120924



BLM_0120925



BLM_0120926