

BLM_0120927



BLM_0120928



BLM_0120929



BLM_0120930



BLM_0120931



BLM_0120932



BLM_0120933



BLM_0120934



BLM_0120935





BLM_0120937



BLM_0120938



BLM_0120939



BLM_0120940



BLM_0120941



BLM_0120942



BLM_0120943



BLM_0120944



BLM_0120945



BLM_0120946



BLM_0120947



BLM_0120948



BLM_0120949



BLM_0120950



BLM_0120951



BLM_0120952



BLM_0120953



BLM_0120954



BLM_0120955



BLM_0120956





BLM_0120958



BLM_0120959



BLM_0120960



BLM_0120961



BLM_0120962



BLM_0120963





BLM_0120965



BLM_0120966



BLM_0120967



BLM_0120968



BLM_0120969



BLM_0120970



BLM_0120971



BLM_0120972



BLM_0120973



BLM_0120974



BLM_0120975



BLM_0120976



BLM_0120977



BLM_0120978



BLM_0120979



BLM_0120980



BLM_0120981



BLM_0120982



BLM_0120983



BLM_0120984



BLM_0120985



BLM_0120986



BLM_0120987



BLM_0120988



BLM_0120989



BLM_0120990



BLM_0120991



BLM_0120992



BLM_0120993



BLM_0120994





BLM_0120996



BLM_0120997



BLM_0120998



BLM_0120999





BLM_0121001



BLM_0121002



BLM_0121003



BLM_0121004



BLM_0121005



BLM_0121006





BLM_0121008



BLM_0121009



BLM_0121010



BLM_0121011



BLM_0121012



BLM_0121013



BLM_0121014



BLM_0121015



BLM_0121016



BLM_0121017



BLM_0121018



BLM_0121019



BLM_0121020



BLM_0121021



BLM_0121022



BLM_0121023



BLM_0121024



BLM_0121025



BLM_0121026



BLM_0121027



BLM_0121028



BLM_0121029



BLM_0121030



BLM_0121031



BLM_0121032





BLM_0121034



BLM_0121035



BLM_0121036



BLM_0121037



BLM_0121038



BLM_0121039





BLM_0121041



BLM_0121042



BLM_0121043



BLM_0121044



BLM_0121045



BLM_0121046



BLM_0121047





BLM_0121049



BLM_0121050



BLM_0121051



BLM_0121052



BLM_0121053



BLM_0121054



BLM_0121055



BLM_0121056





BLM_0121058



BLM_0121059



BLM_0121060



BLM_0121061



BLM_0121062





BLM_0121064





BLM_0121066



BLM_0121067



BLM_0121068



BLM_0121069



BLM_0121070



BLM_0121071



BLM_0121072



BLM_0121073



BLM_0121074



BLM_0121075



BLM_0121076



BLM_0121077



BLM_0121078



BLM_0121079



BLM_0121080



BLM_0121081



BLM_0121082



BLM_0121083





BLM_0121085



BLM_0121086



BLM_0121087



BLM_0121088



BLM_0121089



BLM_0121090





BLM_0121092





BLM_0121094







BLM_0121097



BLM_0121098



BLM_0121099



BLM_0121100



BLM_0121101



BLM_0121102



BLM_0121103



BLM_0121104



BLM_0121105



BLM_0121106



BLM_0121107



BLM_0121108



BLM_0121109



BLM_0121110



BLM_0121111



BLM_0121112



BLM_0121113





BLM_0121115



BLM_0121116



BLM_0121117



BLM_0121118



BLM_0121119



BLM_0121120



BLM_0121121



BLM_0121122



BLM_0121123



BLM_0121124



BLM_0121125



BLM_0121126



BLM_0121127





BLM_0121129



BLM_0121130



BLM_0121131



BLM_0121132



BLM_0121133



BLM_0121134



BLM_0121135



BLM_0121136







BLM_0121139



BLM_0121140



BLM_0121141







BLM_0121144



BLM_0121145



BLM_0121146



BLM_0121147



BLM_0121148



BLM_0121149



BLM_0121150



BLM_0121151



BLM_0121152



BLM_0121153



BLM_0121154



BLM_0121155



BLM_0121156



BLM_0121157



BLM_0121158



BLM_0121159







BLM_0121162





BLM_0121164







BLM_0121167



BLM_0121168



BLM_0121169



BLM_0121170



BLM_0121171



BLM_0121172



BLM_0121173



BLM_0121174





BLM_0121176



BLM_0121177



BLM_0121178





BLM_0121180



BLM_0121181



BLM_0121182



BLM_0121183





BLM_0121185



BLM_0121186



BLM_0121187



BLM_0121188



BLM_0121189



BLM_0121190



BLM_0121191



BLM_0121192



BLM_0121193



BLM_0121194



BLM_0121195



BLM_0121196



BLM_0121197



BLM_0121198



BLM_0121199



BLM_0121200



BLM_0121201







BLM_0121204



BLM_0121205



BLM_0121206



BLM_0121207



BLM_0121208



BLM_0121209



BLM_0121210



BLM_0121211



BLM_0121212



BLM_0121213



BLM_0121214





BLM_0121216





BLM_0121218



BLM_0121219



BLM_0121220



BLM_0121221



BLM_0121222



BLM_0121223



BLM_0121224





BLM_0121226



BLM_0121227



BLM_0121228



BLM_0121229



BLM_0121230



BLM_0121231





BLM_0121233



BLM_0121234



BLM_0121235





BLM_0121237





BLM_0121239



BLM_0121240



BLM_0121241



BLM_0121242



BLM_0121243



BLM_0121244



BLM_0121245



BLM_0121246



BLM_0121247



BLM_0121248



BLM_0121249



BLM_0121250



BLM_0121251



BLM_0121252



BLM_0121253



BLM_0121254







BLM_0121257



BLM_0121258



BLM_0121259



BLM_0121260



BLM_0121261



BLM_0121262



BLM_0121263



BLM_0121264



BLM_0121265



BLM_0121266



BLM_0121267



BLM_0121268



BLM_0121269



BLM_0121270



BLM_0121271



BLM_0121272



BLM_0121273



BLM_0121274



BLM_0121275



BLM_0121276



BLM_0121277



BLM_0121278



BLM_0121279



BLM_0121280



BLM_0121281



BLM_0121282



BLM_0121283





BLM_0121285



BLM_0121286



BLM_0121287



BLM_0121288



BLM_0121289



BLM_0121290



BLM_0121291



BLM_0121292



BLM_0121293



BLM_0121294



BLM_0121295



BLM_0121296





BLM_0121298



BLM_0121299



BLM_0121300



BLM_0121301



BLM_0121302



BLM_0121303



BLM_0121304



BLM_0121305



BLM_0121306



BLM_0121307



BLM_0121308



BLM_0121309





BLM_0121311







BLM_0121314





BLM_0121316



BLM_0121317



BLM_0121318



BLM_0121319



BLM_0121320







BLM_0121323



BLM_0121324



BLM_0121325



BLM_0121326



BLM_0121327



BLM_0121328





BLM_0121330





BLM_0121332



BLM_0121333



BLM_0121334



BLM_0121335



BLM_0121336



BLM_0121337



BLM_0121338



BLM_0121339



BLM_0121340



BLM_0121341



BLM_0121342



BLM_0121343



BLM_0121344





BLM_0121346



BLM_0121347



BLM_0121348



BLM_0121349





BLM_0121351



BLM_0121352



BLM_0121353



BLM_0121354



BLM_0121355



BLM_0121356



BLM_0121357



BLM_0121358



BLM_0121359



BLM_0121360





BLM_0121362





BLM_0121364





BLM_0121366





BLM_0121368



BLM_0121369



BLM_0121370



BLM_0121371



BLM_0121372



BLM_0121373



BLM_0121374



BLM_0121375





BLM_0121377



BLM_0121378



BLM_0121379



BLM_0121380





BLM_0121382



BLM_0121383



BLM_0121384





BLM_0121386



BLM_0121387



BLM_0121388



BLM_0121389



BLM_0121390



BLM_0121391



BLM_0121392



BLM_0121393



BLM_0121394



BLM_0121395



BLM_0121396



BLM_0121397



BLM_0121398



BLM_0121399



BLM_0121400



BLM_0121401





BLM_0121403



BLM_0121404



BLM_0121405



BLM_0121406



BLM_0121407



BLM_0121408



BLM_0121409



BLM_0121410



BLM_0121411



BLM_0121412



BLM_0121413





BLM_0121415



BLM_0121416



BLM_0121417





BLM_0121419



BLM_0121420





BLM_0121422



BLM_0121423



BLM_0121424



BLM_0121425



BLM_0121426





BLM_0121428



BLM_0121429



BLM_0121430



BLM_0121431



BLM_0121432



BLM_0121433



BLM_0121434



BLM_0121435



BLM_0121436



BLM_0121437



BLM_0121438



BLM_0121439



BLM_0121440



BLM_0121441



BLM_0121442



BLM_0121443



BLM_0121444



BLM_0121445



BLM_0121446



BLM_0121447



BLM_0121448



BLM_0121449



BLM_0121450



BLM_0121451



BLM_0121452



BLM_0121453



BLM_0121454







BLM_0121457



BLM_0121458



BLM_0121459



BLM_0121460



BLM_0121461



BLM_0121462



BLM_0121463



BLM_0121464



BLM_0121465



BLM_0121466



BLM_0121467



BLM_0121468



BLM_0121469



BLM_0121470





BLM_0121472



BLM_0121473



BLM_0121474



BLM_0121475





BLM_0121477



BLM_0121478



BLM_0121479



BLM_0121480





BLM_0121482



BLM_0121483



BLM_0121484



BLM_0121485



BLM_0121486



BLM_0121487



BLM_0121488



BLM_0121489



BLM_0121490



BLM_0121491



BLM_0121492



BLM_0121493



BLM_0121494



BLM_0121495



BLM_0121496



BLM_0121497



BLM_0121498



BLM_0121499





BLM_0121501



BLM_0121502



BLM_0121503



BLM_0121504



BLM_0121505



BLM_0121506



BLM_0121507



BLM_0121508



BLM_0121509



BLM_0121510



BLM_0121511



BLM_0121512



BLM_0121513





BLM_0121515



BLM_0121516



BLM_0121517



BLM_0121518



BLM_0121519





BLM_0121521



BLM_0121522



BLM_0121523





BLM_0121525



BLM_0121526



BLM_0121527



BLM_0121528



BLM_0121529





BLM_0121531



BLM_0121532



BLM_0121533





BLM_0121535





BLM_0121537



BLM_0121538



BLM_0121539



BLM_0121540



BLM_0121541







BLM_0121544



BLM_0121545



BLM_0121546





BLM_0121548



BLM_0121549



BLM_0121550



BLM_0121551



BLM_0121552



BLM_0121553





BLM_0121555





BLM_0121557



BLM_0121558



BLM_0121559





BLM_0121561



BLM_0121562



BLM_0121563



BLM_0121564



BLM_0121565



BLM_0121566



BLM_0121567



BLM_0121568



BLM_0121569



BLM_0121570



BLM_0121571



BLM_0121572



BLM_0121573





BLM_0121575



BLM_0121576



BLM_0121577





BLM_0121579





BLM_0121581



BLM_0121582



BLM_0121583



BLM_0121584



BLM_0121585



BLM_0121586



BLM_0121587



BLM_0121588





BLM_0121590



BLM_0121591



BLM_0121592



BLM_0121593



BLM_0121594



BLM_0121595



BLM_0121596



BLM_0121597





BLM_0121599



BLM_0121600



BLM_0121601



BLM_0121602



BLM_0121603



BLM_0121604



BLM_0121605



BLM_0121606



BLM_0121607



BLM_0121608



BLM_0121609



BLM_0121610



BLM_0121611



BLM_0121612



BLM_0121613





BLM_0121615



BLM_0121616



BLM_0121617



BLM_0121618



BLM_0121619



BLM_0121620



BLM_0121621



BLM_0121622



BLM_0121623



BLM_0121624



BLM_0121625



BLM_0121626



BLM_0121627



BLM_0121628



BLM_0121629



BLM_0121630



BLM_0121631



BLM_0121632



BLM_0121633



BLM_0121634



BLM_0121635



BLM_0121636



BLM_0121637



BLM_0121638



BLM_0121639



BLM_0121640



BLM_0121641





BLM_0121643



BLM_0121644



BLM_0121645



BLM_0121646



BLM_0121647



BLM_0121648



BLM_0121649