

BLM_0121650



BLM_0121651









BLM_0121655



BLM_0121656



BLM_0121657



BLM_0121658



BLM_0121659



BLM_0121660



BLM_0121661



BLM_0121662



BLM_0121663



BLM_0121664



BLM_0121665



BLM_0121666



BLM_0121667



BLM_0121668



BLM_0121669



BLM_0121670





BLM_0121672



BLM_0121673



BLM_0121674



BLM_0121675



BLM_0121676





BLM_0121678



BLM_0121679



BLM_0121680



BLM_0121681



BLM_0121682



BLM_0121683



BLM_0121684



BLM_0121685



BLM_0121686





BLM_0121688



BLM_0121689



BLM_0121690



BLM_0121691



BLM_0121692



BLM_0121693



BLM_0121694



BLM_0121695



BLM_0121696



BLM_0121697



BLM_0121698



BLM_0121699



BLM_0121700



BLM_0121701



BLM_0121702



BLM_0121703



BLM_0121704



BLM_0121705



BLM_0121706



BLM_0121707



BLM_0121708



BLM_0121709



BLM_0121710



BLM_0121711



BLM_0121712



BLM_0121713



BLM_0121714



BLM_0121715



BLM_0121716



BLM_0121717



BLM_0121718



BLM_0121719



BLM_0121720



BLM_0121721



BLM_0121722



BLM_0121723



BLM_0121724



BLM_0121725



BLM_0121726



BLM_0121727



BLM_0121728



BLM_0121729



BLM_0121730



BLM_0121731



BLM_0121732





BLM_0121734



BLM_0121735



BLM_0121736





BLM_0121738



BLM_0121739



BLM_0121740



BLM_0121741





BLM_0121743



BLM_0121744



BLM_0121745



BLM_0121746



BLM_0121747



BLM_0121748



BLM_0121749



BLM_0121750



BLM_0121751



BLM_0121752



BLM_0121753



BLM_0121754



BLM_0121755



BLM_0121756



BLM_0121757



BLM_0121758



BLM_0121759



BLM_0121760



BLM_0121761



BLM_0121762



BLM_0121763



BLM_0121764



BLM_0121765



BLM_0121766



BLM_0121767



BLM_0121768



BLM_0121769



BLM_0121770



BLM_0121771



BLM_0121772



BLM_0121773



BLM_0121774



BLM_0121775



BLM_0121776



BLM_0121777



BLM_0121778



BLM_0121779



BLM_0121780



BLM_0121781



BLM_0121782



BLM_0121783



BLM_0121784



BLM_0121785



BLM_0121786



BLM_0121787



BLM_0121788



BLM_0121789



BLM_0121790



BLM_0121791



BLM_0121792



BLM_0121793



BLM_0121794



BLM_0121795



BLM_0121796



BLM_0121797



BLM_0121798



BLM_0121799



BLM_0121800



BLM_0121801



BLM_0121802



BLM_0121803



BLM_0121804







BLM_0121807





BLM_0121809



BLM_0121810



BLM_0121811



BLM_0121812



BLM_0121813



BLM_0121814



BLM_0121815



BLM_0121816



BLM_0121817



BLM_0121818



BLM_0121819



BLM_0121820



BLM_0121821



BLM_0121822



BLM_0121823



BLM_0121824



BLM_0121825



BLM_0121826



BLM_0121827



BLM_0121828



BLM_0121829





BLM_0121831



BLM_0121832



BLM_0121833







BLM_0121836



BLM_0121837



BLM_0121838



BLM_0121839



BLM_0121840



BLM_0121841



BLM_0121842



BLM_0121843



BLM_0121844







BLM_0121847



BLM_0121848



BLM_0121849



BLM_0121850



BLM_0121851



BLM_0121852



BLM_0121853



BLM_0121854



BLM_0121855



BLM_0121856



BLM_0121857





BLM_0121859



BLM_0121860



BLM_0121861



BLM_0121862



BLM_0121863



BLM_0121864



BLM_0121865



BLM_0121866



BLM_0121867



BLM_0121868



BLM_0121869



BLM_0121870



BLM_0121871



BLM_0121872



BLM_0121873





BLM_0121875



BLM_0121876



BLM_0121877



BLM_0121878



BLM_0121879



BLM_0121880



BLM_0121881



BLM_0121882



BLM_0121883



BLM_0121884



BLM_0121885



BLM_0121886



BLM_0121887







BLM_0121890



BLM_0121891



BLM_0121892



BLM_0121893



BLM_0121894



BLM_0121895



BLM_0121896



BLM_0121897



BLM_0121898



BLM_0121899



BLM_0121900



BLM_0121901



BLM_0121902



BLM_0121903



BLM_0121904



BLM_0121905



BLM_0121906



BLM_0121907



BLM_0121908



BLM_0121909



BLM_0121910



BLM_0121911



BLM_0121912



BLM_0121913



BLM_0121914



BLM_0121915



BLM_0121916



BLM_0121917



BLM_0121918



BLM_0121919





BLM_0121921



BLM_0121922



BLM_0121923



BLM_0121924







BLM_0121927





BLM_0121929



BLM_0121930



BLM_0121931



BLM_0121932



BLM_0121933



BLM_0121934



BLM_0121935



BLM_0121936



BLM_0121937



BLM_0121938



BLM_0121939



BLM_0121940



BLM_0121941



BLM_0121942



BLM_0121943



BLM_0121944



BLM_0121945





BLM_0121947



BLM_0121948



BLM_0121949



BLM_0121950



BLM_0121951





BLM_0121953



BLM_0121954



BLM_0121955





BLM_0121957



BLM_0121958



BLM_0121959



BLM_0121960



BLM_0121961



BLM_0121962



BLM_0121963



BLM_0121964



BLM_0121965



BLM_0121966



BLM_0121967



BLM_0121968



BLM_0121969



BLM_0121970



BLM_0121971



BLM_0121972



BLM_0121973



BLM_0121974



BLM_0121975



BLM_0121976



BLM_0121977





BLM_0121979



BLM_0121980



BLM_0121981



BLM_0121982



BLM_0121983



BLM_0121984



BLM_0121985



BLM_0121986



BLM_0121987



BLM_0121988



BLM_0121989



BLM_0121990



BLM_0121991



BLM_0121992



BLM_0121993



BLM_0121994



BLM_0121995



BLM_0121996



BLM_0121997



BLM_0121998



BLM_0121999



BLM_0122000



BLM_0122001



BLM_0122002



BLM_0122003



BLM_0122004



BLM_0122005



BLM_0122006



BLM_0122007



BLM_0122008



BLM_0122009





BLM_0122011



BLM_0122012



BLM_0122013





BLM_0122015



BLM_0122016



BLM_0122017



BLM_0122018



BLM_0122019





BLM_0122021



BLM_0122022



BLM_0122023



BLM_0122024



BLM_0122025



BLM_0122026



BLM_0122027





BLM_0122029





BLM_0122031



BLM_0122032



BLM_0122033



BLM_0122034







BLM_0122037



BLM_0122038



BLM_0122039



BLM_0122040



BLM_0122041



BLM_0122042



BLM_0122043



BLM_0122044



BLM_0122045



BLM_0122046



BLM_0122047



BLM_0122048



BLM_0122049



BLM_0122050



BLM_0122051



BLM_0122052



BLM_0122053



BLM_0122054



BLM_0122055



BLM_0122056



BLM_0122057



BLM_0122058



BLM_0122059



BLM_0122060



BLM_0122061



BLM_0122062



BLM_0122063



BLM_0122064



BLM_0122065



BLM_0122066



BLM_0122067



BLM_0122068



BLM_0122069



BLM_0122070



BLM_0122071



BLM_0122072



BLM_0122073



BLM_0122074



BLM_0122075





BLM_0122077



BLM_0122078



BLM_0122079



BLM_0122080



BLM_0122081



BLM_0122082



BLM_0122083



BLM_0122084



BLM_0122085



BLM_0122086



BLM_0122087



BLM_0122088



BLM_0122089



BLM_0122090



BLM_0122091



BLM_0122092



BLM_0122093



BLM_0122094



BLM_0122095



BLM_0122096



BLM_0122097



BLM_0122098



BLM_0122099



BLM_0122100



BLM_0122101



BLM_0122102



BLM_0122103



BLM_0122104



BLM_0122105



BLM_0122106



BLM_0122107



BLM_0122108



BLM_0122109



BLM_0122110



BLM_0122111



BLM_0122112





BLM_0122114



BLM_0122115



BLM_0122116



BLM_0122117



BLM_0122118



BLM_0122119





BLM_0122121



BLM_0122122



BLM_0122123



BLM_0122124



BLM_0122125



BLM_0122126



BLM_0122127



BLM_0122128



BLM_0122129



BLM_0122130







BLM_0122133



BLM_0122134



BLM_0122135



BLM_0122136



BLM_0122137



BLM_0122138



BLM_0122139



BLM_0122140



BLM_0122141



BLM_0122142



BLM_0122143



BLM_0122144



BLM_0122145



BLM_0122146



BLM_0122147



BLM_0122148



BLM_0122149





BLM_0122151



BLM_0122152



BLM_0122153



BLM_0122154



BLM_0122155



BLM_0122156



BLM_0122157



BLM_0122158





BLM_0122160



BLM_0122161



BLM_0122162



BLM_0122163



BLM_0122164



BLM_0122165



BLM_0122166





BLM_0122168





BLM_0122170



BLM_0122171



BLM_0122172



BLM_0122173



BLM_0122174



BLM_0122175



BLM_0122176



BLM_0122177



BLM_0122178



BLM_0122179



BLM_0122180



BLM_0122181



BLM_0122182



BLM_0122183



BLM_0122184



BLM_0122185



BLM_0122186



BLM_0122187



BLM_0122188



BLM_0122189



BLM_0122190



BLM_0122191



BLM_0122192



BLM_0122193



BLM_0122194





BLM_0122196



BLM_0122197



BLM_0122198



BLM_0122199



BLM_0122200



BLM_0122201



BLM_0122202



BLM_0122203



BLM_0122204



BLM_0122205



BLM_0122206



BLM_0122207



BLM_0122208



BLM_0122209



BLM_0122210



BLM_0122211



BLM_0122212



BLM_0122213



BLM_0122214



BLM_0122215



BLM_0122216



BLM_0122217



BLM_0122218



BLM_0122219



BLM_0122220



BLM_0122221



BLM_0122222



BLM_0122223



BLM_0122224



BLM_0122225



BLM_0122226



BLM_0122227



BLM_0122228



BLM_0122229



BLM_0122230



BLM_0122231



BLM_0122232



BLM_0122233



BLM_0122234



BLM_0122235



BLM_0122236





BLM_0122238



BLM_0122239





BLM_0122241



BLM_0122242



BLM_0122243



BLM_0122244



BLM_0122245



BLM_0122246



BLM_0122247



BLM_0122248



BLM_0122249



BLM_0122250



BLM_0122251



BLM_0122252





BLM_0122254



BLM_0122255



BLM_0122256



BLM_0122257



BLM_0122258



BLM_0122259



BLM_0122260



BLM_0122261



BLM_0122262



BLM_0122263



BLM_0122264



BLM_0122265



BLM_0122266



BLM_0122267



BLM_0122268



BLM_0122269



BLM_0122270



BLM_0122271



BLM_0122272



BLM_0122273



BLM_0122274



BLM_0122275





BLM_0122277



BLM_0122278



BLM_0122279



BLM_0122280



BLM_0122281



BLM_0122282



BLM_0122283



BLM_0122284



BLM_0122285



BLM_0122286



BLM_0122287



BLM_0122288



BLM_0122289



BLM_0122290



BLM_0122291



BLM_0122292



BLM_0122293



BLM_0122294



BLM_0122295



BLM_0122296



BLM_0122297



BLM_0122298



BLM_0122299



BLM_0122300



BLM_0122301



BLM_0122302



BLM_0122303



BLM_0122304



BLM_0122305



BLM_0122306



BLM_0122307



BLM_0122308



BLM_0122309



BLM_0122310



BLM_0122311



BLM_0122312



BLM_0122313



BLM_0122314



BLM_0122315



BLM_0122316



BLM_0122317



BLM_0122318



BLM_0122319



BLM_0122320





BLM_0122322



BLM_0122323



BLM_0122324



BLM_0122325



BLM_0122326



BLM_0122327





BLM_0122329



BLM_0122330



BLM_0122331



BLM_0122332



BLM_0122333



BLM_0122334



BLM_0122335



BLM_0122336



BLM_0122337



BLM_0122338



BLM_0122339



BLM_0122340



BLM_0122341



BLM_0122342



BLM_0122343



BLM_0122344



BLM_0122345



BLM_0122346



BLM_0122347



BLM_0122348



BLM_0122349



BLM_0122350



BLM_0122351



BLM_0122352



BLM_0122353



BLM_0122354



BLM_0122355



BLM_0122356



BLM_0122357



BLM_0122358



BLM_0122359



BLM_0122360



BLM_0122361



BLM_0122362



BLM_0122363



BLM_0122364



BLM_0122365



BLM_0122366



BLM_0122367



BLM_0122368



BLM_0122369



BLM_0122370



BLM_0122371



BLM_0122372