

BLM_0122373



BLM_0122374



BLM_0122375



BLM_0122376



BLM_0122377



BLM_0122378



BLM_0122379



BLM_0122380

10/6/2016        DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Resource Management Plan (RMP)



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Resource Management Plan (RMP)
1 message

**me@danielwinkler.com** <me@danielwinkler.com>           Sat, Sep 10, 2016 at 12:10 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because: þ Poor and inadequate analysis. þ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized biggame hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction. þ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail. þ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley. þ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004. þ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies. þ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines. þ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions. þ BLM did not analyze the impact of permanently removing water from the hydrologic cycle. þ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers. þ BLM did not conduct a human health impact assessment. þ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas. þ BLM did not consider community source water protection plans. þ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population. þ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits. þ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities. In addition, þ It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more. þ The potential for human, animal and environmental damage is too high. þ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

þ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. þ Climate change impact. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am:
A scientist/geologist
A hotel/recreation business owner
A tourist/Visitor to Delta County/NFV
A Interested/impacted citizen

Daniel Winkler M.Sc.
www.Mushraoming.com MUshroaming LLC Eco-adventures

BLM_0122381



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: [BLM Objectionable Words] Strongly Opposed to Oil and Gas Development in the North Fork area

1 message

**Admin, BLM SPAM** <blm-spam-admin@doi.gov>                                    Wed, Nov 2, 2016 at 6:11 AM
To: "uformp@blm.gov" <uformp@blm.gov>

> This email was blocked by the spam filter for objectionable words and after review is being released.  Please do not reply
> back to this email as it will go to the Spam box.

**IT Security**
Continuous Monitoring
BLM, IRM, IT Security Division (WO-840)

———— Forwarded message ————
From: **William Bell** <bellstirling@yahoo.com>
Date: Tue, Nov 1, 2016 at 7:27 PM
Subject: [BLM Objectionable Words] Strongly Opposed to Oil and Gas Development in the North Fork area
To: "uformp@blm.gov" <uformp@blm.gov>

Hi,

My Name is William Elliott Bell and I am strongly opposed to Oil and Gas Development in the
North Fork Valley.
I have been a commercial Brewer for 8 years; and I understand the need for good quality water to
make a marketable product.
Opening up the North Fork Valley for Oil and Gas Development purely to make a short term profit
is stupid and irresponsible beyond belief.  Screw the Oil and Gas Companies.  They don't give a
DAMN about the environment; and they don't give a SHIT if they fuck up the ground water for a
thousand years to make a buck.  If we grew any of a dozen feed stocks to produce alcohol for
FUEL including sorghum, corn (85% goes to animal feed anyway), mesquite, jerusalem artichokes,
grass, fodder beets etc. we wouldn't need the GOD DAMN oil and gas companies!  Read David
Blumes' book on alcohol production, it only took him 25 years to write.

In short:
Tell the BLM a **no-leasing alternative is the only reasonable conclusion to a hard-look
analysis of the risks posed by oil and gas operations, including fracking technologies and
large-scale industrialization. Because BLM did not consider new information on
earthquakes, human health impact, climate change impact, and environmental damage
caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along
with its inadequate risk analysis, its draft Resource Management Plan is fundamentally
flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork
Valley, and everyone who depends on it for food and recreation for generations to
come.BLM must keep the federal oil and gas minerals in the UFO planning area in the
ground and adopt a no-leasing alternative.**

**William E. Bell
Ridgway, Colorado**

BLM_0122382

10/27/2016                    DEPARTMENT OF THE INTERIOR Mail - Comment on the draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comment on the draft RMP
1 message

---

**Joli Soule** <sandyriverbelle@gmail.com>                    Tue, Oct 25, 2016 at 11:59 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

RMP staff,
Please find attached my comment on the draft RMP.  I am sending a paper copy as well, which may arrive after the deadline.
Joli Soule
Paonia

---

**2 attachments**

 **UFO RMP comment Oct 24 2016.doc**
35K

 **Form Public Comment from Joli Soule.doc**
46K

---

BLM_0122383

BLM, Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, CO  81401

Re:  Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I am writing as a citizen of Paonia to request that you choose a No-Leasing Alternative rather than subject my home to the devastation of industrial energy development.  I attended some of the many meetings and work sessions where the North Fork Alternative was created, and can attest to the time, effort, and dedication that went into producing it.  The NFA is the work of committed citizen volunteers who care so deeply about protecting the home territory they love, that they spent literally hundreds of hours of volunteer time writing it.  The NFA enumerates and describes the resources we wish to protect, and contains much of the "substantive" commenting that you require.  But in light of emerging science on the consequences of hydraulic fracturing and related technologies, the NFA doesn't quite go far enough (I am including a form statement from Citizens for a Healthy Community as part of this letter), and the only leasing plan I can agree with is No Leasing.

I value the preservation of all public lands and the uses they provide to my neighbors and wildlife.  So the following list of BLM land uses that directly benefit me is not necessarily complete:

- My domestic water source is the Pitkin Mesa Pipeline Company, whose developed springs on the mesas north of Paonia would be affected by spills and runoff from energy development areas north of town.
- My irrigation water comes from the Roatcap Creek drainage (Robbins Ditch), whose headwaters are deep in a section of BLM that would be developed under your preferred alternative.  Industrial activities are inappropriate for water drainages.
- The abiding appeal of my home property is the Lamborn/Land's End view shed.  My home would lose value if the view became marred by the dusty scars, lights, machinery, pipes, and tanks of industrial development on the flanks of these beautiful mountains.
- A recent article in the High Country News describing the intensely developed area of the Four Corners region stated that "If you live on the edge of (an area with energy development) your air will be affected."  My home is on the edge of a lot of BLM acreage that would be developed under your preferred alternative.  There is baseline air sampling data for my neighborhood, so I am prepared to demonstrate that a decline in air quality is the result of industrial development.
- We hunt in season on our property for elk, deer, and turkey.  It seems obvious that these animals take refuge, reproduce, feed, and travel through

BLM_0122384

the many public lands to the north of Pitkin, Stucker, and Garvin Mesas.  We enjoy watching the many other animals that use public lands, as they visit our yard.

- My favorite recreation activity is whitewater boating.  Both the North Fork of the Gunnison and the Gunnison provide fantastic boating opportunities.  I believe these are largely "undiscovered" rivers, and that there is great potential for developing a tourism perk based on this low-impact type of fun.  An enjoyable river float is incompatible with industrial development.  Please allow our economy to build on our recreation resources rather than the consumptive and permanently destructive land use of energy development.

My husband chose Paonia for his retirement home 20 years ago because of the sheer beauty, abundant wildlife, and quiet.  When I joined him here 6 years ago, I fell in love with the scenery, the rivers, the local food, and above all, the quiet.  We are both veterans of multiple-decade careers in noisy cities.  Since I've been in Paonia, I've seen many retirees choose to live here because of these qualities.  I have come to believe there should be wholesome, quiet, clean, safe places for people to retire, where they can enjoy their remaining years in peace.  I have seen energetic retirees pour their enthusiasm into local non-profits, donating hours and money to worthy causes like the arts, animal welfare, the ambulance service, the local water utilities, schools and churches.  My husband and I kept three local families employed for a year when we remodeled our home.  We spend nearly $60K of a pension from California every year entirely in Delta County, and pay plenty of state and local taxes.

Retirees make exceptionally good neighbors.   If a plan is adopted that resembles BLM's preferred alternative, the place we call home would be transformed into an industrial site replete with the noise and pollution we fled cities to avoid.  We would probably be willing to sell our home at a loss to find another place not as threatened, where citizens and government could work together to maintain wholesome and livable qualities.  We truly hope we do not have to move.  We recognize that once the land around us is leased, there is nothing we can do to mitigate the ensuing devastation that mining natural gas will cause.  We expect you to take a No-Leasing Alternative into serious consideration, or at the very least, adopt the North Fork Alternative.

I would also like to respectfully request that BLM give equal consideration to all letters submitted by citizens concerned about energy development.  There are many here who care deeply, but do not have the wherewithal to write original letters full of specific documentation.  Many of us have demanding jobs and families to care for, and not a lot of free time.  Form letters and letters with sections copied from stock wording provided by local conservation groups should count, because they are a reflection of our trust in the efforts of these groups.

BLM_0122385

Thank you for your consideration,

Joli Soule

39102 Pitkin Rd

Paonia, CO  81428

BLM_0122386

# My Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

**Poor and inadequate analysis.**

- BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- BLM did not conduct a human health impact assessment.
- BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- BLM did not consider community source water protection plans.
- The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,

**It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

**The potential for human, animal and environmental damage is too high.**

**By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.**

- Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
- Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
  **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.
  **A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**
  **BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no- leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

- An organic farmer
- A conventional farmer
- A rancher
- A resident
- A consumer of
  NFV/Delta County produce and meat and poultry

A Republican
A Democrat
An Independent
A homeowner
A food business owner A scientist/geologist
A Realtor
A hotel/recreation business owner
A tourist/Visitor to Delta County/NFV
Interested/impacted citizen
Other
Additional Comments:

_____

_____
_____
_____
_____
_____
_____

Signed,
Joli Soule

_____ Print Name
_____ Signature
_____10-25-16_____ Date
_____sandyriverbelle@gmail.com_____ Email Address
_____39102 Pitkin Rd, Paonia, CO
81428_____ Street Address, City, State, Zip code



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments - Draft Resource Management Plan for the Uncompahgre Field Office
1 message

---

**Sally Hardy** <sallyshardy@yahoo.com>                                  Thu, Oct 27, 2016 at 7:17 AM
Reply-To: Sally Hardy <sallyshardy@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Via email: uformp@blm.gov
Copying: rmpcomments@citizensforahealthycommunity.org

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

My name is Sally Hardy.  My physical address is: 13966 2900 Rd, Hotchkiss, CO 81419.  My mailing address is:
PO Box 420, Hotchkiss, CO 81419.   My email address is sallyshardy@yahoo.com  My husband and I are home
owners and purchased our home on Redlands Mesa 10 years ago.  We moved back to Colorado from San
Francisco.  We choose to move to the North Fork due to its amazing beauty, the high concentration of small,
family-owned organic farms, and because the area reminded my husband of the Colorado of his childhood.  The
North Fork is truly unique. We are strong supporters of local, organic agricultural.  We have been members of
the Valley Organic Growers Association and I served on the board from 2007 to 2013.

I work in direct response and database marketing and was one of the first people to work remotely in the North
Fork.  For the first year, I rented an office in Hotchkiss, but then good high speed internet became available via
fixed wireless on Redlands Mesa - Paonia.com morphed into Skybeam and then Rise Broadband, and now there
is a new provider that I use called Mountain Broadband.  We built a straw bale outbuilding for my home office.
Now, I am working in downtown Hotchkiss having just started a new marketing job at ShadeScapes Americas, an
importer and online distributor of commercial umbrellas from Europe, South Africa and Quebec.  Shadescapes
also has a warehouse and manufacturing support in Delta.  When we moved to the North Fork, I didn't think that
I would be able to work locally, but as ShadeScapes has grown, they needed staff with digital and database
marketing expertise.

I consider the prospect of an industrialized North Fork for natural gas development to be the greatest threat to
our health and happiness.   Everyone who lives here is invested and dependent on the North Fork's clean water
and air.  Our farming and ranching friends' livelihoods would be in jeopardy if widespread leasing and
development took place.  And an industrialized North Fork would no longer be the special place that has drawn
us and others to it.

Many think that after the coal mine closures that the North Fork would be desperate for the jobs that natural gas
development would bring.  But we don't want development that will fundamentally change our community and
rob the very people that have invested in our valley.  As improbable as it seems, the North Fork is in the middle
of a boom with young couples, families and retirees moving to the area.  Paonia's downtown is being upgraded
shop front by shop front and in Hotchkiss, my employer, ShadeScapes, recently renovated and consolidated
office space in a beautiful, original building.  In the last two years, the changes to the valley have been dramatic
– we have seen an influx of new farmers coming from places like Sebastopol, California and Niwot, Colorado.
And the North Fork has always attracted families from Durango, Crested Butte and Steamboat Springs that want
a more rural life style.
Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource
Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that
communities and the public in your planning area have specifically asked for and favored, and which federal law
requires.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world.  I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

Poor and inadequate analysis.
• BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
• The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
• BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
• BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
• BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
• BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
• BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
• BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
• BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
• BLM did not conduct a human health impact assessment.
• BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
• BLM did not consider community source water protection plans.
• The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
• BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
• BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
• It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
• The potential for human, animal and environmental damage is too high.
• Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
• Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

Climate change impact.
• Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk

BLM_0122390

analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a noleasing alternative. I request that BLM adopt a no-leasing alternative.

Thank you and best regards,
Sally Hardy

BLM_0122391

10/25/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments climate change: Uncompahgre Field Office draft resource management plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments climate change: Uncompahgre Field Office draft resource management plan
1 message

**Cynthia Patterson <cynthiapurchase@gmail.com>**                         Mon, Oct 24, 2016 at 6:22 PM
To: uformp@blm.gov
Cc: Citizens for a Healthy Community RMP comments <rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Draft Resource Management Plan and Environmental
Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

I oppose the BLM's Preferred Alternative, which would allow oil and gas leasing on 94% of total oil,
gas, and mineral acreage.

As public comments pour into the BLM office, it's clear the most reasonable alternative is the no-
leasing alternative. Public lands belong to all citizens, not to the fossil fuel extraction companies who
will destroy the North Fork Valley, take their profits and leave the devastation behind. I want our public
lands to be clean, quiet, wild and enjoyed by all citizens.

Current research shows the adverse impacts oil and gas extraction and transport on human health, air,
water and soil, wildlife health and habitat.

The greatest impact of fossil fuel extraction is on our ever-accelerating climate change. To meet the
2015 Paris Agreement's climate targets requires no new fossil fuel sources can be developed.

BLM did not produce a balanced plan that considers current horizontal drilling and multi-stage fracking
technologies. This new drilling technology causes more harm than previous technologies:
double the surface impacts of conventional drilling;
up to a 333% increase in air pollution;
wasting and contaminating 5-10 times more water;
more noise, vibration;
more toxic waste;
destroyed and fragmented habitat and sedimented streams.

BLM did not study greenhouse gas emissions and the impacts of new drilling on climate change, and
the true, social cost of carbon.

**I support the no-leasing alternative, the only option to protect the North Fork Valley, and the
citizens who live there.**

The no-leasing alternative is not only reasonable, it is the best way to protect the North Fork Valley
and the rest of the world from climate change.

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-
thirds of its fossil fuel reserves in the ground. Start by choosing the no-leasing alternative and protect
the North Fork Valley.

BLM_0122392

Thank you.

Sincerely,

Cynthia Patterson

Marietta, GA

BLM_0122393

10/24/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments hunting and fishing: Uncompahgre Field Office draft resource management plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments hunting and fishing: Uncompahgre Field Office draft resource management plan

1 message

**Cynthia Patterson** <cynthiapurchase@gmail.com>                                    Sun, Oct 16, 2016 at 11:09 AM
To: ufomp@blm.gov
Cc: Citizens for a Healthy Community RMP comments <rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Uncompahgre Field Office draft resource management plan.

I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and Environmental Impact
Statement for the Uncompahgre Field Office in Southwest Colorado.

The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral acreage. Public
lands belong to every citizen, not just those who profit from the fossil fuel industry.

Building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads will irreparably
damage the North Fork Valley. Exploring for and extracting fossil fuels destroys public land with contaminated
soil, air and water, loud industrial noise and vibration, 24-hour lights, dust, increased traffic and heavy
equipment on rural roads.

The BLM did not adequately study the adverse impacts of oil and gas exploration and extraction, air pollution,
water contamination, noise, traffic, inevitable habitat fragmentation on the health and reproductive success of
wildlife animals and plants. Disruption, noise, pollution will negatively impact the big game population and the
hunters they attract.

Sedimentation and pollution ruins world-famous trout streams.

The pristine, quiet North Fork Valley attracts thousands of hunters and fishers, pouring millions of dollars into
local communities. Intact, clean and healthy habitat are critical to sustain hunting and fishing industry in the
area.

Jumbo Mountain is critical winter mule deer and elk habitat. Adobe Badlands' wilderness provides wildlife
connectivity between the Dominguez-Escalante National Conservation Area and the Grand Mesa National
Forest. Stevens Gulch's huge mature aspen stands are prime habitat for elk and deer, and provides
connectivity between the valley bottoms and the Grand Mesa National Forest.

The economic future of the NFV depends robust land- and water-based recreation. Critical recreation areas
include: Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river
corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

These wild areas are more valuable as wild, clean recreation areas than their value as short-term sources of
dirty, polluting fossil fuels.

**I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens
who live there.**

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its
fossil fuel reserves in the ground. Start by choosing the no-leasing alternative and protect the North Fork
Valley.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0122394

10/21/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments on Draft Resource Management Plan for the Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on Draft Resource Management Plan for the Uncompahgre Field Office
1 message

**Cynthia Patterson** <cynthiapurchase@gmail.com>                    Wed, Oct 5, 2016 at 5:38 PM
To: uformp@blm.gov
Cc: Cynthia Patterson <cynthiapurchase@gmail.com>, info@theconservationcenter.org,
rmpcomments@citizensforahealthycommunity.org

Please accept these comments regarding the Uncompahgre Field Office draft resource management plan.

I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral acreage. Public lands belong to every citizen, not just those who profit from the fossil fuel industry. I don't want to damage the North Fork by building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads.

Development would contaminate soil, water, and air, and harm human health, increasing respiratory, endocrine, immune, and cardiovascular diseases.

Clean water is the most valuable commodity in the North Fork Valley. Protecting water for residents, crops and livestock is of paramount importance. The Southwest is in a prolonged drought, likely to intensify as climate change accelerates.

It is impossible to prevent spills and seepage, which contaminate soil and ground water. Across Colorado, there is an average of almost two spills from the oil and gas industry each day. Colorado oil and gas companies reported 615 oil and other chemical spills in 2015. Denver-based Center for Western Priorities, also found 15% of the spills contaminated groundwater. In 2014, there were 712 spills. Many spills are obscured by running a bulldozer over the contaminated soil and are never reported.

Most of the domestic water sources in the North Fork Valley are surface springs and streams. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal waters supplies.

The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals.

The final plan must protect streams, perennial water sources, riparian areas, intermittent streams and ponds, ephemeral waters and surface water quality, ecological resources, aquatic habitat, recreational bodies of water, water storage, and flood control by closing areas to oil and gas activities within a half mile of lakes, ponds, wetlands, and reservoirs.

I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens who live there.

BLM did not consider current information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and oil and gas operations. The risks are too great.

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its fossil fuel reserves in the ground. Start by choosing the no-leasing alternative and protect the North Fork Valley.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0122395



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

## Comments on draft Uncompahgre Field Office resource management plan

1 message

**Cynthia Patterson** <cynthiapurchase@gmail.com>          Sun, Oct 9, 2016 at 11:51 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org, Information Requests <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Uncompahgre Field Office draft resource management plan.

I oppose the BLM's Preferred Alternative. The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral acreage. Public lands belong to every citizen, not just those who profit from the fossil fuel industry. Building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads will destroy the North Fork.

Noise, air, water and soil pollution that results from drilling and the associated infrastructure and traffic will contaminate the pristine North Fork. Large scale gas drilling and fracking are incompatible with the area.

Oil and gas exploration and extraction would destroy local investments and resources required to transition the local economy to agri-tourism, recreation, renewable energy, and organic/clean food. The North Fork is an agri-tourism destination, nicknamed Colorado's "farm-to-table capital." The largest concentration of organic farms in Colorado is in the North Fork. The much-sought-after organic produce and spin off products are shipped across the country.

Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) recognizes the value of this agricultural area and its thriving vineyards, orchards and vegetable farms, many of them organic. The final plan must analyze the effects of exploration, drilling and associated risks to this agricultural area.

**I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens who live there.**

Oil and gas extraction contributes to increased greenhouse gas emissions. Drilling, transporting and storing natural gas releases methane. According to the EPA, methane is estimated to have a Greenhouse Warming Potential 28–36 times greater than CO2 over 100 years. Methane is a precursor to ozone, another greenhouse gas.

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its fossil fuel reserves in the ground. Start by choosing the no-leasing alternative. Protect the North Fork Valley from the direct harm caused by oil and gas extraction. Protect the Earth from increased greenhouse gas emissions.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0122396

10/30/2016        DEPARTMENT OF THE INTERIOR Mail - Comments on water contamination: Uncompahgre Field Office draft resource management plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on water contamination: Uncompahgre Field Office draft resource management plan
1 message

**Cynthia Patterson** <cynthiapurchase@gmail.com>                                   Sun, Oct 30, 2016 at 8:07 PM
To: uformp@blm.gov
Cc: Citizens for a Healthy Community RMP comments <rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

**I oppose the BLM's Preferred Alternative.** Public lands belong to all citizens, not to the
fossil fuel extraction companies who will destroy the North Fork Valley, take their profits and
leave the devastation behind. I want our public lands to be clean, quiet, wild and enjoyed by
all citizens.

Climate change has disrupted typical weather and rain patterns, resulting in drought
conditions in much of the West.

The BLM did not consider the effects of permanently removing water from the hydrologic
cycle. The EPA reports it takes about 1.5 million gallons of water to fracture a well. There is
no "extra" water in the North Fork Valley to support fracking and other drilling operations.

The BLM document does not address the effect water contaminated with mineral salts,
chemical additives, dissolved hydrocarbons, toxic metal ions, and radioactive materials will
have on human health, agriculture, or livestock. (Page 4-445)

The oil and gas industries do not disclose the hundreds of toxic chemicals in the fracking fluid,
but they include: Hydrochloric Acid, Glutaraldehyde, Ammonium Persulfate, Tetramethyl
ammonium chloride, Isopropanol, Acetaldehyde, Triethanolamine Zirconate, Light Petroleum
Distillate, etc.

The flowback water is briney, filled with sediment, contains radioactive material, heavy
metals, hydrocarbons and toxins in the original fracking fluid.

I don't want these poisons in the surface or ground water in the North Fork Valley.

This links to an April 2016 EPA study titled, *EPA's Study of Hydraulic Fracturing and Its
Potential Impact on Drinking Water Resources*

www.epa.gov/hfstudy/hydraulic-fracturing-water-cycle

Exploring for and extracting gas and oil can and will poison ground and surface water and
damage irrigation infrastructure:
Fracking risks contaminating the drinking water supplies for 30,000 residents of North Fork
communities.
Irrigation water and crops will be polluted by fracking waste water,
Pristine trout streams, rivers and irrigation ditches will be silted,
Transporting heavy drilling equipment will damage irrigation canal access and bridges.

The draft RMP does not address possible environmental disasters including the possibility of
seismic activity caused by wastewater injection wells. Naturally occurring mudslides and
avalanches could affect the safety and integrity of extraction infrastructure. In May 2014, a
mudslide almost buried a well pad near Colbran, CO, and killed three people. The West Elk
Mountains are geologically unstable; these issues should be mentioned in the RMP.

BLM_0122397

10/30/2016          DEPARTMENT OF THE INTERIOR Mail - Comments on water contamination: Uncompahgre Field Office draft resource management plan

The greatest impact of fossil fuel extraction is on our ever-accelerating climate change.
Methane escapes in every stage of natural gas production: development, transportation and
consumption. Methane escaping from natural gas, oil and coal production accounts for 132 to
165 million tons of the 623 million tons emitted by all sources every year, according to the
study published in *Nature*, October 2016.
Fossil fuel industries are responsible for 20-25% of global methane pollution.

To meet the 2015 Paris Agreement's climate targets no new fossil fuel sources can be
developed.

**I support the no-leasing alternative** as the best way to protect the North Fork Valley and
the rest of the world from accelerating climate change.

To deliver a 50% probability of no more than 2C of warming this century, the world must keep
two-thirds of its fossil fuel reserves in the ground. Start by choosing the no-leasing alternative
and protect the North Fork Valley.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0122398



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments: Uncompahgre Field Office draft resource management plan
1 message

**Cynthia Patterson <cynthiapurchase@gmail.com>**                    Fri, Oct 14, 2016 at 10:21 AM
To: ufomrp@blm.gov
Cc: Citizens for a Healthy Community RMP comments <rmpcomments@citizensforahealthycommunity.org>, The Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Uncompahgre Field Office draft resource management plan.

I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral acreage. Public lands belong to every citizen, not just those who profit from the fossil fuel industry.

Building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads will irreparably damage the North Fork Valley. Exploring for and extracting fossil fuels destroy public land with contaminated soil, air and water, loud industrial noise and vibration, 24-hour lights, dust, increased traffic and heavy equipment on rural roads.

The pristine, quiet North Fork Valley is a recreation paradise. River and trail recreation are a multimillion dollar economic engine for local communities. I live in Atlanta and I vacation in Delta County.

Streams and river corridors, trails, slopes of the West Elk Mountains, and the Jumbo Mountain BLM lands are more valuable as wild, clean recreation areas than their value as short-term sources of dirty, polluting fossil fuels.

**I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens who live there.**

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its fossil fuel reserves in the ground. Start by choosing the no-leasing alternative and protect the North Fork Valley.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0122399



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# Public Comment to Draft Resource Management Plan/ DEIS
1 message

**D or M Grant** <homestd1@gmail.com>                          Sat, Oct 29, 2016 at 2:01 PM
To: rmpcomments@citizensforahealthycommunity.org, uformp@blm.gov

Please  find attached my comments to the Draft Resource Management Plan/DEIS
Within this letter you will find comments regarding the following:
1.  The analysis is Poor and Inadequate
2.  This is an inappropriate use of public Lands
3.  The potential for human, animal and environmental damage is too high
4.  The Development would contribute significantly to Climate Change
5.  A narrative suggesting the only solution to this issue is a
no-leasing alternative.

Please review the attached Letter, shown below  as two pages.

Thank You,
Don R. Grant

**2 attachments**



**Page One BLM Letter DG.jpg**
917K



**Page Two BLM Letter DG.jpg**
616K

BLM_0122400

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☒ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☒ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☒ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _____
_____
_____
_____

Signed,

Print Name  _Don R Grant_

Date  _10-29-2016_

Signature  _____

Email Address  _homestd1@gmail.com_

Street Address, City, State, Zip code  _10927 3152 Road Hotchkiss, Co 81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

10/31/2016                         DEPARTMENT OF THE INTERIOR Mail - Draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Draft RMP
1 message

---

**Ben Bookout** <ben@3cyclestudio.com>                         Wed, Oct 26, 2016 at 12:39 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Please see attached comment letter.

Thanks, Ben Bookout

--
**Ben Bookout**
3cycle Studio
720.212.7741
3cyclestudio.com

---

📄 **Bookout RMP letter.pdf**
169K

BLM_0122403

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☒ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☒ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: <u>I believe the north fork option is the only viable option where the oil and gas industry can conduct business without impacting other economies and quality of life of the residents of Delta county. As a business owner here I understand how closely linked we are in this rural county. Negative impacts to farms and ranches will adversely affect my business over time an outcome I would like to avoid.</u>

Signed,

<u>John Benjamin Bookout</u>                    <u>10.26.16</u>
Print Name                                             Date

_____                    <u>ben@3cyclestudio.com</u>
Signature                                             Email Address

<u>26579 Redlands Mesa Rd. Hotchkiss CO. 81419</u>
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122405



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# End Fracking in Colorado forever!
1 message

**phil wassell** <philwassellart@gmail.com>                              Sat, Sep 3, 2016 at 7:02 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org, Natasha Leger <natasha@citizensforahealthycommunity.org>

Hello Colorado officials, Please see the attached form pertaining to Fracking in the north fork valley and other public lands in Colorado.
Fracking and any other environmentally degrading industry should be banned in this beautiful state. We supply water to a large portion of the south western united states. Why would we willing inject chemicals into that water supply. There is no safe way to frack. The evidence is piling up from every other location where fracking has happened. It is bad for the environment and bad for the people. it is a near sighted attempt at making money fast with no consideration for the future. This needs to end. I am a registered voter and resident of the north fork valley and I am passionately opposed to fracking.
Thank you for your time and consideration,
Phil Wassell

**2 attachments**



**Form-Comment-Letter_UFO_RMP_page1.jpg**
2265K

**Form-Comment-Letter_UFO_RMP_page22.jpg**
1594K

BLM_0122406

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   - ☑ BLM did not conduct a human health impact assessment.
   - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   - ☑ BLM did not consider community source water protection plans.
   - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

_Phil Wassell_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☒ Other

Educator

Additional Comments: My family moved back to Colorado for its progressive polotics and its clean and beautiful environment. Hearing about public land being used for fracking or any other environmentally degrading industry makes me furious. This land is our future! It needs to handled responsibly and fracking is just the opposite of that. Who do the governing bodies of the state represent, the people or private gas companies? Money and jobs are worthless if they

Signed,                                     leave our land, water, and air degraded!

PHILIP WASSELL
Print Name

Sept. 4. 2016
Date

Phil Wassell
Signature

philwassellart@gmail.com
Email Address

39457 Davis rd. CRAWFORD. CO  81415
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## form letter expressing my views, plus personal comment
1 message

**Gallob Karen <kwgallob@gmail.com>**                              Wed, Oct 26, 2016 at 11:56 AM
To: uformp@blm.gov
Cc: Gallob Dave <dgallob@gmail.com>, rmpcomment@citizensforahealthycommunity.org

# My Public Comment
# to
# BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑☑   **Poor and inadequate analysis.**

☑☑   ·BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

☑☑   ·The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.

☑☑   ·BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.

☑☑   ·BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.

☑☑   ·BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.

☑☑   ·BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.

☑☑   ·BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.

☑☑   ·BLM did not analyze the impact of permanently removing water from the hydrologic cycle.

☑☑   ·BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

BLM_0122409

10/26/2016                          DEPARTMENT OF THE INTERIOR Mail - form letter expressing my views, plus personal comment

☑☑  ·BLM did not conduct a human health impact assessment.

☑☑  ·BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold

of 70ppb in certain areas.

☑☑  ·BLM did not consider community source water protection plans.

☑☑  ·The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution

and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.

☑☑  ·BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.

☑☑  ·BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,

☑☑  **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the

region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

☑☑  **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

_____

☑☑  ·Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑☑  ·Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑☑  **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no- leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

☐☐  ·An organic farmer

☐☐  ·A conventional farmer

☐☒☐  ·A rancher

☐☒☐  ·A resident

☐☒☐  ·A consumer of

BLM_0122410

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - form letter expressing my views, plus personal comment

NFV/Delta County produce and meat and poultry

☐☐   A Republican
☐☒☐   A Democrat
☐☐   An Independent
☐☒☐   A homeowner
☐☒☐   A food business owner   ☐☐   A scientist/geologist☐☐   A Realtor

☐☐   A hotel/recreation business owner

☐☐   A tourist/Visitor to Delta County/NFV

☐☒☐   Interested/impacted citizen

☐☒☐   Other: related to many impacted by energy industry as well as ourselves, e.g. coalminers and oil workers

Additional Comments: __The leasing of public lands will cause the damages checked off above, and it will not benefit the local people who need employment. This huge step needs much, much more thought.

Signed,

Karen W. Gallob  Print Name

Karen W. Gallob  Signature

October 26, 2016 Date

kwgallob@gmail.com  Email Address

2240 Clear Fork Road  Street Address, City, State, Zip code

Crawford, CO  81415

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122411

10/26/2016                                    DEPARTMENT OF THE INTERIOR Mail - Fracking in the North Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fracking in the North Valley
1 message

---

**Julie Sapena** <jdsapena@yahoo.com>                                    Mon, Oct 17, 2016 at 2:46 PM
Reply-To: Julie Sapena <jdsapena@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

To Whom It May Concern:

I am a recent resident to the North Fork Valley and was very concerned when I heard about the
potential of fracking and oil development in this area. Oil and gas development and fracking should
never be allowed on public lands when there are significant risks to public health. These activities
have the potential to poison our food sheds, pollute the water we depend upon and pollute the air
we breathe. There should be a no-leasing alternative in order to ensure the public that health risks
will not be increased due to these activities. A moratorium on oil and gas leasing should be
imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and
Safety Administration. Many communities in Colorado have asked for similar measures to be taken
in order to protect their hard-working citizens. Public lands have no business being in the gas and
oil business! As a government agency please get back to doing what is right for the whole of our
community, and not for just a few who will profit from this.


Sincerely,
Julie Sapena

---

BLM_0122412

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - My Comments on Delta County draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## My Comments on Delta County draft RMP
1 message

**Jordan Minkin** <jordan.minkin@gmail.com>                    Fri, Sep 30, 2016 at 11:52 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

To Whom It May Concern,

Please find my comments attached.

Respectfully,
Jordan Minkin

  **Comment-Letter.pdf**
1412K

BLM_0122413

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

JM  9/30/16

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☐ A resident | ☐ A homeowner | ☐ Interested/impacted citizen |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | |
| | ☐ A scientist/geologist | ☒ Other |
| | ☐ A Realtor | |

Additional Comments: I have traveled three times to Delta County in the past two years specifically to look at real estate with my wife to relocate there. We want to homestead and grow organic food. I have severe asthma and environmental illness specifically from voc exposures like what is generated and used in fracking. I cannot move to a location that has fracking. It would jeopardize my health and life. I am greatly saddened and heartbroken fracking could be brought to beautiful Delta County and therefore I would not invest and relocate there.

Jordan Minkin
Print Name

_(signature)_
Signature

2207 Vela Street, Santa Fe, NM, 87505
Street Address, City, State, Zip code

09/30/2016
Date

Jordan.minkin@gmail.com
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## My Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS

1 message

---

**Aaron J** <aaronjerad@gmail.com>                                          Thu, Oct 27, 2016 at 10:11 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

**My Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS**

TO:

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear BLM-UFO Staff and RMP Comment Team,

I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- Poor and inadequate analysis.

- BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized biggame hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

- The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.

- BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.

- BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.

- BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.

- BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.

- BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.

- BLM did not analyze the impact of permanently removing water from the hydrologic cycle.

- BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

- BLM did not conduct a human health impact assessment.

- BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.

- BLM did not consider community source water protection plans.

- The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas

BLM_0122416

development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.

- BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.

- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

-

**In Addition:**

It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

**Air Quality is a Problem:**

*"Considering the 20-year horizon, the GHG footprint for shale gas is at least 20%
greater than and perhaps more than twice as great as that for coal when expressed per quantity of energy available during combustion.
...
For the 20 year horizon, the GHG footprint of shale gas is at least 50% greater than for oil, and perhaps 2.5-times greater."*

*Reference: http://download.springer.com/static/pdf/5/art%253A10.1007%252Fs10584-011-0061-5.pdf?
originUrl=http%3A%2F%2Flink.springer.com%2Farticle%2F10.1007%2Fs10584-011-0061-5&
token2=exp=1477582707~acl=%2Fstatic%2Fpdf%2F5%2Fart%25253A10.1007%25252Fs10584-011-0061-
5.pdf%3ForiginUrl%3Dhttp%253A%252F%252Flink.springer.com%252Farticle%252F10.1007%252Fs10584-011-0061-
5*~hmac=e8090036c3d655bc93c2d5eb4e4d7430e590c17435ff48ea8b4b935ae080ce7b*

---

*"There have been well-documented air quality impacts in areas with active natural gas development, with increases in emissions of methane, volatile organic compounds (VOCs) and hazardous air pollutants (HAPs)."*

*Reference: https://www.epa.gov/hydraulicfracturing*

_____

**Need for over-site and regulation in regard to water contamination.**

*"... up to 50 layers of natural gas can occur between the surface and deep shale formations, and methane from these shallow deposits has intruded on groundwater near fracking sites. In May, Pennsylvania officials fined Chesapeake Energy $1 million for contaminating the water supplies of 16 families in Bradford County. Because the company had not properly cemented its boreholes, gas migrated up along the outside of the well, between the rock and steel casing, into aquifers."*

*Reference: http://www.popularmechanics.com/science/energy/g161/top-10-myths-about-natural-gas-drilling-6386593/*

**Despite saying that drilling is safe the industry is not legally required to avoid drilling in situations that are likely to lead to contamination:**

*"Pavillion's aquifer sits several hundred feet above the gas cache, far closer than aquifers atop other gas fields. If the investigation documents the first case of fracking fluid seeping into groundwater directly from gas wells, drillers may be forced to abandon shallow deposits."*

*Reference: http://www.popularmechanics.com/science/energy/g161/top-10-myths-about-natural-gas-drilling-6386593/*

_____

The growing body of evidence both anecdotal and scientific indicates that there are significant risks involved in natural gas extraction as well as immature regulatory standards.

BLM_0122417

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities.

Thank You.

Sincerely,

Aaron Jerad

11126 3500 RD

Hotchkiss CO,

81419

BLM_0122418

11/1/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments on economic impact: RMP and EIS for the Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on economic impact: RMP and EIS for the Uncompahgre Field Office
1 message

**Cynthia Patterson <cynthiapurchase@gmail.com>**                    Mon, Oct 31, 2016 at 1:40 PM
To: uformp@blm.gov
Cc: Citizens for a Healthy Community RMP comments <rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

**I oppose the BLM's Preferred Alternative.** Public lands belong to all citizens, not to the
fossil fuel extraction companies who will destroy the North Fork Valley, take their profits and
leave the devastation behind.

Drilling in the North Fork Valley would have adverse affects on the local economy.

The draft RMP repeatedly states oil and gas development would not have
a significant impact on regional employment or the local economy. "Across all alternatives, for
natural gas development, the economic contributions to the planning area represent a small
fraction of jobs and income." (Page 4-462)

"Agriculture represents 3.6% of jobs in the planning area... traditional agricultural uses have
maintained importance due to the presence of organic and conventional small-scale farms,
orchards, and wineries." (Page 4-459)

The largest concentration of organic farms in Colorado is in the North Fork Valley. The organic produce and
spin off products are shipped across the country.

The NFV is an agri-tourism destination, nicknamed Colorado's "farm-to-table capital." Air, water and soil
pollution, noise, vibration, dust, lights, transient workers that result from drilling and the associated
infrastructure and traffic will contaminate the pristine North Fork. Gas drilling and fracking are incompatible
with the area.

Ruining the rural lifestyle of the North Fork Valley will decrease quality of life for residents and visitors and
decrease residential, farm, and ranch property values.

The North Fork Valley is a recreational paradise. Consumers spend $674B on outdoor recreation. Outdoor
recreation employs 3 times as many people as the oil and gas industry.

Oil and gas development will move on when the wells run dry or we transition to a clean-energy economy. As
long as the destination is desirable, the outdoor recreation industry is stable and dependable. Pristine, wild,
clean public lands will attract visitors indefinitely.

Oil and gas development in the NFV will destroy the wild, unspoiled landscape, which is critical
attracting visitors, sportsmen. Wastewater ponds, condensate tanks, storage tanks, gas wells, sand trucks,
flaring wells, dust, noise, lights, foul orders, polluted air and water are not compatible with an outdoor
experience.

BLM did not consider how industrial oil and gas activities decrease recreational value of BLM lands, which are
public and belong to all citizens.

I don't want the North Fork Valley to be despoiled by oil and gas development. However, my biggest concern
is global. Scientific evidence indicates gas production, from drillpad to market is more polluting than originally
believed. The biggest risk is intentionally and accidentally releasing methane. Methane escapes in every stage
of natural gas production: development, transportation and consumption. The Intergovernmental Panel on
Climate Change concludes the global warming potential of methane is **34 times** that of carbon dioxide over a
one-hundred-year time span.

BLM_0122419

**To deliver a 50% probability of no more than 1.5C of warming this century, the world must keep two-thirds of its fossil fuel reserves in the ground.**

**I support the no-leasing alternative** as the best way to protect the North Fork Valley and the rest of the world from accelerating climate change.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0122420

11/1/2016                                DEPARTMENT OF THE INTERIOR Mail - Public Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Public Comment
1 message

---

**Meagan Pickett** <meagan.pickett@western.edu>                Mon, Oct 31, 2016 at 6:14 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Hello,

Attached, please find my public comment.

Thank you

**MJ Pickett**

Clark Community Liaison Fellow

Mountain Roots Community Farm Graduate Fellow

Candidate, Master in Environmental Management
Sustainable and Resilient Communities
Western State Colorado University
(516) 996-9776
mjpickett914@gmail.com

---

**2 attachments**

 **North-Fork-CO-Petition-signed.pdf**
75K

 **Comment to BLM-UFO Draft RMP.doc**
26K

BLM_0122421

MJ Pickett
Gunnison, CO, 81230
10/31/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. I believe the North Fork Alternative, known as B1, should be added to the final plan, because it does the best job of protecting our water resources as well as wildlife. I agree with Appendix D when it talks about the importance of connectivity between the wilderness areas.

The final plan must protect all lands with wilderness characteristics, including the Terror Creek, one of the Ecological emphasis areas. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the road-less lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,
MJ Pickett

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check that all apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

MJ Pickett
Print Name

Signature

322 N Taylor St. Gunnison CO 81230
Street Address, City, State, Zip code

10/31/2016
Date

meagan.pickett@western.edu
Email Address

*Mail your letter to:*

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122424



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Public comment
1 message

---

**Joey Torstveit** <joeytorstveit@gmail.com>                    Tue, Oct 18, 2016 at 1:30 PM
To: uformp@blm.gov, rmpcomments@citizensforahealthycommunity.org

--

Joey Torstveit / P.O. Box 274 Paonia, CO 81428 / 970 260 4351

---

**2 attachments**



**img028.jpg**
915K



**img029.jpg**
610K

BLM_0122425

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

&#9745; Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

&#9745; Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

&#9745; **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

&#9745; An organic farmer
&#9744; A conventional farmer
&#9744; A rancher
&#9745; A resident
&#9745; A consumer of NFV/Delta County produce and meat and poultry

&#9744; A Republican
&#9744; A Democrat
&#9745; An Independent
&#9745; A homeowner
&#9744; A food business owner
&#9744; A scientist/geologist
&#9744; A Realtor

&#9744; A hotel/recreation business owner
&#9744; A tourist/Visitor to Delta County/NFV
&#9745; Interested/impacted citizen
&#9744; Other

Additional Comments: _____
_____
_____
_____

Signed,

Joseph Torstueit
Print Name

[signature]
Signature

Date: 10/18/16

Email Address: Soeytorstueit@GMAIL

12629 Crawford RD, Paonia, CO 81428
Street Address, City, State, Zip code



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter - Please Review!
1 message

**Luke Gallegos** <lukegallegos7@gmail.com>                                    Thu, Oct 20, 2016 at 4:35 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Please see the attached letter, and thanks for all your hard work!

Luke Gallegos

---

📄 **RMP Comment Letter 2016.doc**
   31K

BLM_0122428

Luke Gallegos
Hotchkiss, CO 81419
10/20/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I ask that you please fully consider the issues raised in the forthcoming comments concerning the Uncompahgre Field Office draft Resource Management Plan. I do not believe that any of the alternatives, as currently formatted, offer the adequate protection that these lands warrant. Furthermore, I do not believe the plan addresses the concerns of the communities and public in your planning area.

I am a Colorado native, and have lived on the West Slope for most of my 38 years. I chose to move back here in part because of the natural beauty, the clean air and water, the widespread sense of collaboration and community, and the agricultural abundance. Most of my diet is comprised of food grown locally or food that I grow myself.

The North Fork Valley has the largest concentration of organic farms in the entire state of Colorado. I believe that an increase in the number of oil and gas wells in western Colorado would put our drinking and agricultural water at risk. I live on Redlands Mesa, which is between Cedaredge and Hotchkiss, so my health and quality of life may be adversely impacted by proposed leases in the Cedaredge area, as well as the rest of the North Fork area.

In 2014, in Colorado alone, over 700 spills were reported at oil and gas operations. Not only is there an increased risk of water contamination, but also a higher risk of toxic wastes being released due to flooding, seismic activity, or other phenomena. Incidents like these have been documented throughout the U.S. for many years now, and I personally do not want our lifestyles, livelihoods, and the wildlife to be endangered by an increase in fracking in our area.

The preferred alternative would have debilitating consequences in the North Fork Valley area, including further burdens on our road systems and increased truck traffic, negatively impacting tourism, the local economy, endangering human and environmental health, and putting our organic farms in danger. Our community is valued by visitors and residents because of these very qualities that would be threatened by this plan.

The following points illustrate areas in which the draft RMP is lacking adequate information:

- BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
- The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- BLM did not consider community source water protection plans.
- BLM did not conduct a human health impact assessment.
- BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

BLM_0122429

In Addition:

- Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Specifically, the final Resource Management Plan should include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans. It should also include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its' duty to consider the full range of reasonable management possibilities.

As a person who grew up on the West Slope and specifically the North Fork Valley area, it would be deeply troubling to see these natural surroundings devastated by potential harmful effects of fracking. The cornucopia of harmful health effects that oil and gas drilling operations may have on the local population is very worrisome to me as well. I would urge all of us to work together to move towards the use of more sustainable energy, sustainable communities, and public transportation.

Sincerely,
Luke Gallegos

10/31/2016                                    DEPARTMENT OF THE INTERIOR Mail - RMP COMMENT



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP COMMENT
1 message

---

**dijana kozar** <dijanakozar@yahoo.com>                              Mon, Oct 31, 2016 at 8:52 PM
Reply-To: dijana kozar <dijanakozar@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

---

**2 attachments**


**petition1 001.jpg**
530K


**petition2 001.jpg**
489K

BLM_0122431

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.

BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☒ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☒ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☒ Other

Additional Comments: PLEASE DON'T DO IT. MANAGE THE LAND FOR PUBLIC INTEREST, LIKE THEODORE ROOSEVELT DID. HE WANTED YOUR KIDS TO

Signed,

Print Name: DIJANA KOZAR

Date: OCTOBER 31, 2016.

Signature: [signature]

Email Address: dijanakozar@yahoo.am

Street Address, City, State, Zip code: 1061 W. BEAVER CREEK Blvd L202, AVON, CO 81620

SEE THE BEAUTY OF NATURE. AND CONSERVE AND PROTECT.
PLEASE YOU DO IT FOR THE CHILDREN.
THEY CAN ALWAYS "DRIVE" BIKES OR RIDE HORSES.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

THANK YOU VERY MUCH

10/26/2016                      DEPARTMENT OF THE INTERIOR Mail - RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# RMP
1 message

**Bill** <bill@paoniairon.com>                                     Mon, Oct 10, 2016 at 1:09 PM
To: uformp@blm.gov, info@citizensforahealthycommunity.org, info@theconservationcenter.org

```
Please see my attached letter, both sides:
```

**2 attachments**



**BLM rmp letter1.jpg**
1605K



**BLM rmp2Jen.jpg**
819K

BLM_0122434

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce ~~and meat and poultry~~

- ☐ A Republican
- ☐ A Democrat
- ☒ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☒ A scientist/geologist
- ☐ A Realtor

- ☒ A ~~hotel/recreation~~ business owner.
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _Please implement the North Fork Alternative). Please designate Mt Jumbo area Special Rec. Mgt Area._

Signed,
_J.M. Brunner_

Print Name
_JMBrunner_

Signature

_PO Box 172  Paonia  CO  81428_
Street Address, City, State, Zip code

Date _10·10·16_

Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# RMP
1 message

**Mara Mantoiu** <mara.mantoiu@gmail.com>                                   Wed, Oct 26, 2016 at 12:59 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Please find my comment letter attached.

Thank you.

Mara Mantoiu

--
**Mara Mantoiu**
3cycle Studio
970.779.0072
3cyclestudio.com

📄 **Mantoiu_RMP Letter.pdf**
673K

BLM_0122437

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact**. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.

BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☒ A resident | ☒ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☒ Other |
| | ☐ A Realtor | |

Additional Comments: <u>People relocate from all over the country to the North Fork because of its natural beauty and excellent organic and farm-to-table agriculture. This brings local jobs and income to local business such as the one my husband and I own. As a business owner in the Valley, I am concerned about the numerous negative effects that gas leasing will have on this area.</u>

Signed,

Mara Mantoiu
Print Name

_Signature_

10.26.16
Date

mara.mantoiu@gmail.com
Email Address

26579 Redlands Mesa Rd. Hotchkiss CO81419
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122439



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM UFO Draft RMP Comments
1 message

**Michael Thrift** <thrift.it@gmail.com>                                    Sat, Oct 29, 2016 at 9:54 PM
Reply-To: thrift.it@gmail.com
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

To Whom It May Concern,

Please see the attached, signed, letters of comment regarding the BLM
UFO Draft RMP.

Regards,

Michael Thrift
42709 Minnesota Creek Road, Paonia Colorado 81428
Home: 303-715-8048
Work: 720-229-7817

📄 **BLM UFO Comment 16-1029.pdf**
3221K

BLM_0122440

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _See attached letter_

Signed,

Print Name: _Michael Thrift_
Date: _10/29/2016_
Email Address: _thrift.it@gmail.com_
Street Address, City, State, Zip code: _42701 Minnesota Creek Road, Paonia CO 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

42709 Minnesota Creek Road
Paonia, CO 81428

29 October 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

To Whom It May Concern,

I'm writing today to offer my comments relative to the Uncompahgre Field Office Draft RMP. My feedback below is offered with all due respect and out of extreme concern as a resident and parent within the North Fork Valley. As a home owner, parent and prospective business owner within the North Fork Valley, I fear for the proposed exploit of public and private land and natural habitat. This exploitation enables the continued national dependence on oil and gas, the monetary benefits of which will primarily leave the surrounding economy, and the activities of which will jeopardize significant agriculture, human health, and sustainable community development. The true costs of these operations will only ever be felt by the residents of the surrounding communities.

Paonia and the surrounding communities continue the arduous journey toward economic sovereignty from non-renewable resources and they are succeeding. Historically a coal based economy, the local communities are no stranger to the boom and bust nature of non-renewable energy sources. To propose the exploit of these lands for oil and gas is to propose the exploit of local community members seeking to break free of the binding ties of a nation addicted to non-renewable energy sources.

The contradictions presented in the plan are difficult to fathom: the exploitation of land for short-lived energy resources will occur with consideration for maintaining the native habitat and diversity. As a biologist and permaculturist, I know these two concepts are mutually exclusive. With the number of environmental incidents associated with non-renewable energy exploits climbing, despite regulations and safeguards being in place, I see no reason to believe that the balanced outcome described would ever be obtained. Furthermore, I question the ability for any institute to know what metrics would adequately identify risks or monitor health of a system as complex as the area of land described. Any such monitoring could do no better than to trigger reactive responses once a problem condition is identified, at which point we will likely see irreparable damage. The costs of any permanent damage will only ever truly impact one demographic: the residents within the described areas; human lives and communities are at stake in this decision.

The area of land described carries true wealth in its natural form: natural spaces are the backbone of these communities drawing in tourists, providing spiritual connection, and connecting to the wild inside all of us. I moved to this area and invested in land specifically because Jumbo Mountain is in my back yard, I want to experience wildlife on my front door step, and benefit from the calming silence of the natural world. Should oil and gas exploits begin, or continue, I would fear for the world my five year old son may have to grow up in, and for the potential derailment of positive energy inflows occurring on a daily basis to these communities.

These are entrepreneurial communities seeking to do what our nation desperately needs: live modest lives defined by quality rather than quantity experiencing deep human connections and the reward of success against all odds. Corporate oil and gas exploits carries no concern for the success or failure of these communities and they are not welcome.

Sincerely,

Michael Thrift

11/1/2016                        DEPARTMENT OF THE INTERIOR Mail - Public Comment to Draft Resource Management Plan/ DEIS



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Public Comment to Draft Resource Management Plan/ DEIS
1 message

---

**D or M Grant** <homestd1@gmail.com>                                    Sat, Oct 29, 2016 at 1:57 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Please  find attached my comments to the Draft Resource Management Plan/DEIS
Within this letter you will find comments regarding the following:
1.  The analysis is Poor and Inadequate
2.  This is an inappropriate use of public Lands
3.  The potential for human, animal and environmental damage is too high
4.  The Development would contribute significantly to Climate Change
5.  A narrative suggesting the only solution to this issue is a
no-leasing alternative.

Please review the attached Letter, shown below  as two pages.

Thank You,
Marsha M. Grant

---

  **2 attachments**



  **Page One BLM Letter M.jpg**
  917K



  **Page Two BLM Letter M.jpg**
  656K

---

BLM_0122444

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and non-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
   ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
   ☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☒ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☒ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _Please do not do this to our valley. The North Fork Valley is poised to become a major agricultural and tourist area in Colorado. Drill somewhere else._

Signed,

Print Name: _Marsha Grant_

Date: _October 29, 2016_

Signature: _Marsha Grant_

Email Address: _mmgrant2015@gmail.com_

Street Address, City, State, Zip code: _10927 3150 Rd. Hotchkiss, Co. 81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including
increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning
the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and
organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and
climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil
and gas operations including fracking technologies and large-scale industrialization. Because BLM did not
consider new information on earthquakes, human health impact, climate change impact, and environmental
damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its
inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing
alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on
it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-
leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of
NFV/Delta County
produce and meat and
poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation
business owner
☐ A tourist/Visitor to Delta
County/NFV
☒ Interested/impacted
citizen
☒ Other

Additional Comments: <u>People relocate from all over the country to the North Fork because of its
natural beauty and excellent organic and farm-to-table agriculture. This brings local jobs
and income to local business such as the one my husband and I own. As a business owner in the
Valley, I am concerned about the numerous negative effects that gas leasing will have on this area.</u>

Signed,

Mara Mantoiu
Print Name

Signature

26579 Redlands Mesa Rd. Hotchkiss CO81419
Street Address, City, State, Zip code

10.26.16
Date

mara.mantoiu@gmail.com
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the
stated purpose.

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**

JM 9/30/16

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

&#9745;  Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

&#9745;  Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

&#9745;  **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☐ A resident | ☐ A homeowner | ☐ Interested/impacted citizen |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☒ Other |

Additional Comments: I have traveled three times to Delta County in the past two years specifically to look at real estate with my wife to relocate there. We want to homestead and grow organic food. I have severe asthma and environmental illness specifically from voc exposures like what is generated and used in fracking. I cannot move to a location that has fracking. It would jeopardize my health and life. I am greatly saddened and heartbroken that fracking could be brought to beautiful Delta County and therefore I would not invest and relocate there.

Jordan Minkin
Print Name

09/30/2016
Date

Signature

Jordan.minkin@gmail.com
Email Address

2207 Vela Street, Santa Fe, NM, 87505
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _See attached letter_

Signed,

Print Name: _Donna Formell_

Signature: _Donna Formell_

Date: _10/24/16_

Email Address: _dformell@hotmail.com_

Street Address, City, State, Zip code: _34634 Powell Mesa Rd. Hotchkiss, CO 81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

Donna Formell
34634 Powell Mesa Rd.
Hotchkiss, CO 81419

10/24/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM in considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular I support the BLM designating ecological emphasis areas to preserve habitat connectivity and wildlife corridors.

I am a resident of Hotchkiss, CO. My husband and I bought a small fruit farm, (39 acres of apples, cherries and peaches, which had been defunct for several years) with an old home in 2002. We transitioned to organic farming methods and became organic certified, planted a small vineyard and have been selling our produce to a local juice producer and winery. We also spent many years and many dollars remodeling our home. Like many people who came here before us and after, we fell in love with this area upon our first visit. Fourteen years later I am still humbled and grateful to live in such a uniquely beautiful place with its mountains, canyons, rivers, wildlife and abundant variety of small farms, vineyards, and livestock operations.

Because we have invested hundreds of thousands of dollars and hours into the development of our home and farm, I am extremely concerned about the potential loss of these investments, our livelihood, not to mention the unique character of this valley (see attached documents) if the BLM were to open up oil and gas drilling on the public lands surrounding our valley. Of all the concerns I have about fracking, my greatest concern is the potential for surface and groundwater contamination. We own 800 shares of irrigation water (Fire Mountain Canal) supplied from Paonia Reservoir in the Gunnison watershed. Our drinking water is Hanson Mesa Domestic Water Company, also from the same watershed.

Additionally, I know the landscape, watershed and local economies intimately. This is my home and where I do business. My primary activities on BLM lands are hiking, biking and skiing (i.e. Oak mesa, Steven's Gulch, jumbo, Paonia reservoir, etc.)

BLM_0122453

BLM_0122454

In conclusion, I encourage the BLM to listen to the residents of Hotchkiss, Crawford and Paonia, CO and adopt the North Fork Alternative , B1 for the area in and around the North Fork Valley.  This locally driven proposal is the right way to protect the entire Gunnison watershed- supporting farmers, protecting public health, sustaining ecological well-being and building a sustainable rural economy on Colorado's western slope.

Sincerely,

Donna Formell

BLM_0122456

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _WE MOVED TO PAONIA IN 2008 FOR QUALITY OF LIFE ( TO SPEND THE REST OF OUR LIFE HERE I IMPLORE THE BLM TO DO ALL NEEDED TO MAINTAIN NORTH FORK VALLEY QUALITY OF LIFE_

Signed, _CHRISTINE CANTRELL_          _9/30/16_
Print Name                                      Date

Signature

Street Address, City, State, Zip code: _15430 FIRE MOUNTAIN Rd PAONIA CO 81428_

Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122458



005447

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. i oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
　　☑　BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
　　☑　The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
　　☑　BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
　　☑　BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
　　☑　BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
　　☑　BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
　　☑　BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
　　☑　BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
　　☑　BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
　　☑　BLM did not conduct a human health impact assessment.
　　☑　BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
　　☑　BLM did not consider community source water protection plans.
　　☑　The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
　　☑　BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
　　☑　BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

in addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☒ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☒ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☒ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: _AS A HIKER SKIER, GOLFER ETC I HAVE SEEN THE TERRIBLE IMPACT IT HAS CREATED IN PLACES SUCH AS RIFLE, BATTLEMEN MESA. I CAN NO LONGER GO THERE TO VISIT OR PLAY GOLF. PROPERTY HAS GREATLY DROPPED IN VALUES AS WILL MINE IF IT COMES TO THIS BEAUTIFUL VALLEY_

Signed: _BESIDE THE WATER IMPACT_

Print Name: _ERNIE ERSPAMER_

Date: _10/29/16_

Signature: _C M Selwer_

Email Address: _NATTALL4444@Aol.Com_

Street Address, City, State, Zip code: _14664 2800 RD  HOTCHKISS CO. 84119_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

00543 2b

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122461

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other

Additional Comments: WITHOUT CLEAN WATER THERE IS NO HEALTHY LIVING... WATER AND SOIL THAT ARE HEALTHY CREATE HEALTHY FRUIT, VEGETABLE, ANIMALS, CHILDREN, PEOPLE AND FAMILIES.

Signed,

MARGARET WISNEY
Print Name

_Signature_

September 30 2016
Date

Email Address

227 BOX ELDER AVE PAONIA CO 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

660 PP.

DOI-BLM
CO STATE OFFICE
CO50 NATL ROOM

# Bull Mountain Master Development Plan

2016 AUG -8 AM 10 55 **Protest**

**I am opposed** to the Final Environmental Impact Statement (FEIS) for the Bull Mountain Unit Master Development Plan (MDP) proposal, and BLM's preferred alternative **to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines.** The Bull Mountain Unit is approximately 19,670 acres of federal and private oil and gas mineral estate located in the upper North Fork Valley of Gunnison County, Colorado, which is one of the most beautiful places in the world. I am opposed to this FEIS because:

- ☑ The BLM is undergoing a Resource Management Plan revision for the Uncompahgre area, and is required to issue a moratorium on oil and gas development until the revision is complete.
- ☑ The BLM did not analyze the cumulative effects of unregulated gas gathering pipelines.
- ☑ The BLM did not analyze the cumulative effects of 67 active wells, proposed developments, and approved wastewater disposal pits.
- ☑ Ozone levels as modeled by the BLM for the Bull Mountain area exceed the EPA threshold of 70ppb and the BLM did not consider air quality monitoring and equipment controls to reduce the ozone level.
- ☑ The BLM did not analyze the impact of permanently removing water from the hydrologic system.
- ☑ The BLM did not conduct a human health impact assessment.

**In addition,**
- ☑ It is irresponsible to use public lands to potentially destroy clean air, abundant fresh water and foodsheds, which the public depends on for life.
- ☑ It is irresponsible to locate oil and gas operations in a sensitive watershed, which directly feeds the largest concentration of organic farms in the State.
- ☑ Development would contaminate soils, water and air and impair human health, including increases in respiratory, endocrine, immune, cardiovascular disease.
- ☑ Development would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, organic/clean food. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines cannot afford air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources including agriculture and wildlife.
- ☑ Development would destroy the unique biodiversity.
- ☑ Development would adversely impact real estate values.

**I am:** [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Other

Additional Comments: _PLEASE REFER TO MY LETTER_

Signed,

_LINCOLN FOX_
Print Name

_[signature]_
Signature

_37601 Hwy 133  HOTCHKISS, COLORADO  81419_
Street Address, City, State, Zip code

_8-5-16_
Date

_LINCOLN_FOX@ymail.com_
Email Address

By signing this petition you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122463

UDI-BLM
CO STATE OFFICE
COSO MAILROOM

**2016 AUG -8  AM 10: 55**

Lincoln Fox
37601 Hwy. 133
Hotchkiss, Colorado
81419

8-5-2016

Dear Representatives,

I am utterly amazed at the way the BLM operates.

If the BLM were a private business they would be in a constant state of being sued, or completely closed down by our government.

How can an organization supposedly created to fairly manage our country's natural resources be so pro oil and gas industry that they routinely overlook and ignore critical information, not to mention their legally binding due diligence, in order to rule predominantly in favor of this industry... while ruining the quality of life of their constituents?

Americans of every political persuasion are rapidly waking up to "skewed system' at all levels and will peacefully make all the changes necessary in order to live free from the heavy handed governmental and bureaucratic dictations... to the public instead of serving the public.

Thank you for your considering new possibilities,

Lincoln Fox

545 22

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other

Additional Comments: The greed driven corporations can not be allowed to ruin our here and now. Nor can they be allowed to destroy the future of the next seven generations. We are all affected by fracking in negative ways.

Signed,

Print Name: Angela Adams

Signature: Angela Adams

Date: 9/25/16

Email Address: hempgoddess7@yahoo.com

Street Address, City, State, Zip code: 541 Bridge St. Hotchkiss, Co 81419

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122466

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☒ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: *I am a mother of 2 and it is very important that my children grow up in a safe, healthy natural environment for their well being and our future generations*

Signed,

Print Name: *Samuela Akert*

Signature: *Samuela Akert*

Street Address, City, State, Zip code: *39695 Paonia CO 81928*

Date: *9/3/2016*

Email Address: *a.samuela@yahoo.com*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*583 JB*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

*Pethrally*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

Peter Allsup

Print Name

Peter allsup

Signature

1111 2nd St. Paonia, CO 8/428

Street Address, City, State, Zip code

06/18/16

Date

_____

Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122470

629 78

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☒ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☒ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: We try real hard to care for the land in the North fork Valley. Please Help us Keep the land untouched.

Signed,

DAVID Ashmore
Print Name

9-24-16
Date

_(signature)_
Signature

doshmore@gmail.com
Email Address

P.O. Box 32 Hotchkiss co 81419
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

531ZB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other _Senior Citizen_

Additional Comments: _This community offers the aging population a healthy, affordable, independent aging quality of life which would be negatively impacted by air pollution and other environmental negative aspects of Oil & Gas Development in the NFV or near._

Signed,

Print Name _DOLORES Backhus_

Signature _Dolores Backhus_

Street Address, City, State, Zip code _51 Pan American Ave._
_Paonia Co 81428_

Date _8/22/16_

Email Address _tessbacko@msn.com_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

533 /8

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☒ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _Fitting into the category of "semi-retired" immigration to the North Fork Valley was a little belated but a good fit of life situation. Rural, mini community, eclectic population, outstanding viewshed, woodland, air quality, health food source. It's a special place ... and I am concerned for its future should the magnitude aspiring Oil and Gas development become a reality_

_our move_

Signed,

Print Name: Thomas L Backhus

Signature: [signature]

Date: 8/22/16

Email Address: TBACKO@aol.com

Street Address, City, State, Zip code: 51 Pan American, Paonia, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

350

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS NOV 0 1 2016
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122477

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I **am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: I am a relatively new resident of the North Fork Valley. One of the reasons I moved to Paonia was to live in an area where I can breath clean air, grow organic food in my garden and drink clean uncontaminated water. I feel very strongly that the BLM chooses The North Fork Valley Alternative, B1 is the best and most reasonable option!

Signed,

Catherine Bagley

Print Name

Signature

310 Oak Ave, Paonia CO, 81428
Street Address, City, State, Zip code

Date

Catbagley@gmail.com
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

6 9 3 7 6

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological Instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _In addition to these are prepared form comments, I add here my concern about the Jumbo Mountain area. I use this area 3-5 days per week for hiking, biking, walking and photography. I cannot imagine allowing any motorized_

Signed,

Jay C. Bagley
Print Name

Date   8-8-2016

Signature   Jay C. Bagley

Email Address   jaycbagley@gmail.com

Street Address, City, State, Zip code   310 Oak Ave. Paonia CO 81428

_vehicles in this area. One of the many reasons I moved to the NFV is the availability of my public lands for these types of uses. Please be sure to take this into consideration. I will also provide more comments separately on other areas I have concerns about._

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
    ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    ☑ BLM did not conduct a human health impact assessment.
    ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    ☑ BLM did not consider community source water protection plans.
    ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
    ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact**. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _No need! Colorado has abundant natural resources let's leave the oil in the ground ~~sure~~. I love visiting the area because of the organic + sustainable food growing — and the natural wilderness area that surrounds. In comparison to Rifle area — which has water, ground pollution and high pollution and heavily industrial cars, roads, emissions_

Signed,

_Kelly Baker_
Print Name

_Kelly Baker_
Signature

_P.O. Box. 5093 Snowmass Vlg, CO 81615_
Street Address, City, State, Zip code

Date: _10/10/16_

Email Address: _kellybineye@gmail.com_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☒ Other  business owner

Additional Comments: We fell in love, w/ Paonia and rearranged our lives — sold a business, left friends and lovers — ~~all~~ to relocate here. We came for the food and the community; clean air and water; quality of life; NOT for cancer-causing contamination.

Signed,

Print Name: Lesandre Barley

Signature: Lesandre Barley

Date: 8/8/16

Email Address: lesandre@gmail.com

Street Address, City, State, Zip code: 42812 Hidden Mesa Lane  Paonia  CO  81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122484



411 &p

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   - ☑ BLM did not conduct a human health impact assessment.
   - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   - ☑ BLM did not consider community source water protection plans.
   - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☑ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _It is imparative that you regard the concerns of your local citizens' imput on this matter. This is our home & our lands._

Signed, _ROGER BARIL_          _9-1-16_

Print Name          Date

_Roger Baril_          _SOMATICSMOVE@YAHOO.COM_

Signature          Email Address

_330 Delta ave, Paonia, co. 81428_

Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

5 11 Z 2

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   - ☑ BLM did not conduct a human health impact assessment.
   - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   - ☑ BLM did not consider community source water protection plans.
   - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and
climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of
NFV/Delta County
produce and meat and
poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation
business owner
☑ A tourist/Visitor to Delta
County/NFV
☐ Interested/impacted
citizen
☐ Other

Additional Comments: _____

Signed,

JAMES BARTH

Print Name

_____

Signature

10/28/16

Date

JWB1 @ PTD.NET

Email Address

137 WELCOME LANE ROAD

Street Address, City, State, Zip code

BEACH LAKE PA. 18405

mail your letter to:

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the
stated purpose.

BLM_0122488

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

379 880

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

_Michael O BM_          _Michael C Beegle_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☑ A conventional farmer
- ☑ A rancher
- ☐ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: Please Stop trying to FRAC in Agricultural areas in the North Fork valley. Our food is wonderfully produced with as few chems as possible, please Stop !

Signed,

Print Name: Michael G. Beegle

Date: 9-3-2016

Signature: Michael G. Beegle

Email Address:

Street Address, City, State, Zip code: 36481 F-50 Rd. Crawford, CO 81415

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122490

549 2b

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]          _working towards organic._

☐ An organic farmer
☒ A conventional farmer
☐ A rancher
☒ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,  _Bennett Brown_

Print Name  _Julia L. Brown_

Date  _9-25-16_

Signature  _Julia Bennett Brown_

Email Address  _wpmtngirl1@yahoo.com_

Street Address, City, State, Zip code  _P.O. Box 711 Paonia CO 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

6 17

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in the nation. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122493

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☑ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

Print Name ~~DERIEN BETHUNE~~

Date 9/24/16

Signature

Email Address

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122494

524 Z8

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in the United States. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☑ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _I demand a moratorium on oil & gas leasing until the public gets the protection it deserves. Putting the health of the community and the environment last is backwards. Life first_

Signed,

Print Name _Rosemary Bilchak_

Date _10/3/16_

Signature

Email Address

Street Address, City, State, Zip code _410 Dohse Hill Rd. Hotchkiss, CO 81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122496

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Climate change impact. Development would contribute to increased greenhouse gas emissions and
climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

Print Name    Alice Bones

Signature

Date    Oct 29, 2016

Email Address    azart@mindspring.com

Street Address, City, State, Zip code

Mail your letter to:

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the
stated purpose.

BLM_0122498

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

380

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other

Additional Comments: Please respect clean water, clean air, clean land so that my family can continue to live here. Water is life. The cleanliness of the land is why we moved here. Started a school & became involved in the community.

Signed, _Tanya M. Black_

Print Name _Tanya M. Black_

Signature

Street Address, City, State, Zip code _15462 Black Bridge Rd Paonia, Co 81428_

Date _9-4-16_

Email/Address _tanya@mountainmystic.co_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

580 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑  **Poor and inadequate analysis.**
  - ☑  BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑  The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑  BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑  BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑  BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑  BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑  BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑  BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑  BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑  BLM did not conduct a human health impact assessment.
  - ☑  BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑  BLM did not consider community source water protection plans.
  - ☑  The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑  BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑  BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑  **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑  **The potential for human, animal and environmental damage is too high.**
  - ☑  Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ interested/impacted citizen
☑ Other   RN/RET

Additional Comments: _____

_____

_____

Signed,

Print Name   BARRIE Bloom

Signature   Barrie Bloo

Street Address, City, State, Zip code   1030 CHARLES ST RIDGWAY CO 81432

Date   8·18·16

Email Address   BIBWYO@AOL.COM

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122502

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

NANCY BOLAM
Print Name

8-12-2016
Date

Nancy Bolam
Signature

nanseebe@hotmail.com
Email Address

750 Cedar St Whitefish, MT 59937
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

_Chelsea Bookout_
Print Name

_8/8/16_
Date

_Chelsea A. Brooke_
Signature

chelseabookout@gmail.com
Email Address

608 Orchard Ave. Paonia, CO 81428
Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*005432 76*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

→ ⊠ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

⊠ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☒ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _Please keep a rich agricultural area left untouched._

Signed,

Print Name: _Carolyn Brantley_

Date: _10-6-16_

Signature: _Carolyn M Brantley_

Email Address: _____

Street Address, City, State, Zip code: _1526 K Street   Salida, CO   81201_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☐ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _Lets focus on alternative /clean energy!_

Signed,

_Sierra Brashear_
Print Name

_SBRASHEAR_
Signature

Date: 10/04/16

Email Address: _sierra@soulvibrance.com_

_2633 Sherwood Cirle, Boulder, CO 80304_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.





# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

NOV 0 1 2016

NOV 0 1 2016

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, landslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: There are certain places in this country that should remain untouched by industrial intrusion, the North Fork Valley is truly one of these. Community and quality of life must be preserved — our watersheds, foodsheds, landscape, recreation

Signed,

ELAINE M BRETT

Print Name

[signature]

Signature

1899 Hawks Haven Rd  Paonia, CO  81428

Street Address, City, State, Zip code

Date: 8-8-16

Email Address: embrett@icloud.com

and most importantly the human community.

I live at the base of Jumbo Mountain. It is an amazing wildlife and recreation area. It must be preserved as a Special Recreation Area.

I live here because of the access to healthy, nutrient-dense food. As a cancer survivor this quality of food & water & recreation is critical.

Please implement Alternative B₁, the North Fork Alternative in the RMP.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

572 /B

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and ail the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: The North Fork Valley must not be open to oil and gas development due to its burgeoning agri-tourism industry. This direction must make the Valley exempt from industrialization

Signed,

Print Name: James M. Brett

Date: 8 AUG 16

Signature: James M. Brett

Email Address:

Street Address, City, State, Zip code: 1899 Hawks Haven, Paonia, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

6 3 0 *FB*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☑ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

Print Name: Joseph K Bullock

Signature: Joseph K Bullock

Date: 9-25-16

Email Address: bullockprophoto@yahoo.com

Street Address, City, State, Zip code: 444 Stahl Rd Paonia 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☑ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _The NFV cannot tolerate fracked food._

Signed _Kimberly Burke_

Print Name

Date _8/13/16_

Signature _Burke_

Email Address _Kimberly @ pears.com._

Street Address, City, State, Zip code _PO Box 178 Crawford CO 81415_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

653 fb

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



BLM_0122519

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☑ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: Home values drop 15-25% ground water / irrigation water are contaminated, ground water / health issues unknown. BAD for environment.

Signed,

Print Name: Christopher D Burke

Date: 8/13/2016

Signature: CDB

Email Address: CDBurke@paonia.com

Street Address, City, State, Zip code: 42352 Long Gulch Rd. Crawford co. 81415

CHOOSE NOT TOO BE USED BY BIG OIL AND THE FEDERAL GOVT. FOR CHEAP FUEL AT THE EXPENSE OF MY LIVING IN A CLEAN, HEALTHY ENVIRONMENT WITH NATURAL WILDLIFE AND CLEAN WATER.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

Joe Burcu
Print Name

[signature]
Signature

9270 Morlend Ave #124 14226
Street Address, City, State, Zip code

10/29/16
Date

mare Joe @ yahoo.com
Email Address

Mail your letter to:

BLM_0122522



# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

&#9745; Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

&#9745; Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

&#9745; **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

&#9633; An organic farmer
&#9633; A conventional farmer
&#9633; A rancher
&#9633; A resident
&#9633; A consumer of NFV/Delta County produce and meat and poultry

&#9633; A Republican
&#9633; A Democrat
&#9633; An Independent
&#9633; A homeowner
&#9633; A food business owner
&#9633; A scientist/geologist
&#9633; A Realtor

&#9633; A hotel/recreation business owner
&#9633; A tourist/Visitor to Delta County/NFV
&#9746; Interested/impacted citizen
&#9633; Other

Additional Comments: _It shouldn't happen, there is no need for this._

Signed,

_Michelle Buroz_
Print Name

_[signature]_
Signature

_2727 Follsom St  Boulder Co  80304_
Street Address, City, State, Zip code

_09/10/2016_
Date

_mburoz12@gmail.com_
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.