*0054665 ZL*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

NOV 0 1 2016

I am **opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _Alternative B1 will not be strong enough to protect the social economic and environmental aspects of the North Fork Valley if heavy drilling occurs on our area's private and public lands. But it would help with these issues. Please choose at least B.4 for our childrens' future._

Signed,

Print Name: _Bradley S. Burritt_

Date: _8/8/2016_

Signature

Email Address: _bsburritt@yahoo.com_

Street Address, City, State, Zip code: _12125 Burritt Rd, Hotchkiss, CO 81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

584 Pb

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☒ Other _Organic gardener_

Additional Comments: _I purchase organic local foods on regular basis. Do not want fracking, contaminated water in irrigation or domestic water. Zero tolerance_

Signed,

_Ann Cabillot_
Print Name

_Ann Cabillot_
Signature

_8-18-16_
Date

_____
Email Address

_14034 Dry Gulch Rd Paonia CO_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122528

561 ₁₃

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
    ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    ☑ BLM did not conduct a human health impact assessment.
    ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    ☑ BLM did not consider community source water protection plans.
    ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high**.
    ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122529

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: While I only visit occasionally, the negative impact to the farmers and resource in this area by oil + gas leasing concerns me greatly both for the residents and consumers as they would be extremely wide reaching.

Signed,

Print Name: Barbara Carpenter

Signature: [signature]

Date: 9-8-16

Email Address: bcarpenter@atdrus.com

Street Address, City, State, Zip code: 16918 Hugh Torance Pkwy; Huntersville, NC 28078

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

S93   *1L*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☒ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☒ A resident | ☒ A homeowner | ☒ Interested/Impacted citizen |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☒ A food business owner | |
| | ☒ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _____

_____

_____

Signed,

Nicole Carpenter
Print Name

*[signature]*
Signature

Date   8/8/16

Email Address   nicole carpenter 86 @ gmail. com

40881 HWY 133 Paonia, Co 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

559

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other _FRUIT_

Additional Comments: _VISIT YEARLY AND WANT TO KEEP COMMING TO PAONIA. EATING, DRINKING, AND ENJOYING NATURE. PLEASE KEEP THIS VALLEY FREE OF FRAKING._

Signed,

THOMAS CARPENTER
Print Name

_[signature]_
Signature

_9/8/2016_
Date

_____
Email Address

_16918 HUGH TORANCE Rd, Huntersville N.C. 28078_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122534

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment   37) 88p

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]
- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _Very concerned with impact on rivers & streams, the source of irrigation water._

Signed,

_STEVE CHARTIER_
Print Name

_10-21-14_
Date

_Steve Chartier_
Signature

_SCHARTIER@TDS.NET_
Email Address

_44 Pan American Ave Paonia, Co 81428_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

390 BBP
rec'vd
9/28/16

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. i request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other

Additional Comments: _I settled here because of the purity of the air and water 24 years ago. I've watched the conversion of the economic drivers from coal to agriculture and tourism/recreation - organic_

Signed,

_Rita Clagett_                    _9/27/16_
Print Name                           Date

_R Clagett_                     _duktagnen @ Smtken .con_
Signature                        Email Address

_1234  7745  Rd Crawford Co  81915_
Street Address, City, State, Zip code

_- it's been beautiful to see this growth in organics and recreation make this valley thrive. I've invested my life in living here and protecting the wild lands & watersheds of this valley - Do not turn our public lands over to extractive energy corporations that will use & abuse them, putting my all of us & our livelihoods at extreme risk._

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment
## to
## BLM Uncompahgre Field Office
## Draft Resource Management Plan/ DEIS

367 88p

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  - ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  - ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122539

- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Managment Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry
- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor
- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: I chose to live in Paonia/Western Colorado because of the natural beauty, the landscape, the people, and the healthy lifestyle, all of which will not be the same should these lands be leased for oil + gas drilling. I beg you to reconsider the proposed plan.

Signed,

Print Name: Faye Coatp

Date: 10/30/16.

Email Address: faye_coatp@yahoo.com

Signature

Street Address, City, State, Zip code: 37640 Bone Mesa Rd. Paonia, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122540

*(10 7)*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

Signed,

Print Name: Jeff Cook

Signature:

Date: 9/25/16

Email Address: env-chc @ considerthis.org

Street Address, City, State, Zip code: 740 S. Emerson St. Denver, CO 80209

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other   organic gardener

Additional Comments: As a midwife and serving families I am deeply concerned at the health effects & impact of chemicals on our embryos, fetuses and all life. Stop this insanity!

Signed,

Carmela Courtney                              8/18/2016

Print Name                                          Date

C. Courtney                              carmela courtney @hotmail.com

Signature                                             Email Address

107 3rd St. Paonia, Co. 81428

Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.


*590 IB*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _The leasing of lands in the North Fork Valley violates the residents of the NFV by compromising our air, water, sound (sever), healthy land and all principles of good stewardship of the land on which we live on and that._

Signed,

Print Name _Judy Coyle_

Signature _Judy Coyle_

Street Address, City, State, Zip code _PO Box 746 Hotchkiss, CO 81419_

Date _Aug. 13, 2016_

Email Address _judycoyle @ tds.net_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*6 16*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122547

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

Forrest Cramer

Print Name

Date 9/24/16

Signature

Email Address

414 NorthFork Ave

Paonia Co 81428

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

509 28

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too large.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

Signed,

ADAM CURRY
Print Name

_____
Signature

Date: 10/30/18

Email Address: ADAMJAMYCURRY @ GMAIL

Street Address, City, State, Zip code: 717 TAVEN DR. MUMNUE PA

mail your letter to:

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment  360

I am **opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident – land owner
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other  teacher

Additional Comments: There's NOTHING natural about natural gas - Go SOLAR. Go Efficient Pellet Boilers.

Signed,
Jane Cyphers

Print Name

Jane Cyphers

Signature

128. 16th St. Bklyn NY. 11215

Street Address, City, State, Zip code

Date  Oct. 21, 2016

Email Address  jane_skates@yahoo.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other

Additional Comments: _I run a horse Consultation bussiness. I have worked as a Cowboy and a horse shoer since I move to the Valley 9 years ago. Fracking is the absolute worst thing that could happen to the North Fork._

Signed,

Print Name: _C. Dalrymple_

Signature: _[signature]_

Street Address, City, State, Zip code: _203 Niagara._

Date: _Aug 8th 2016_

Email Address: _Cowboytorshoer@gmail.com_

_P.S. As it would completely distroy the futur we are trying to build. I'm all about coal. But Coals time is over. And Fracking is an industry that is belly up and no money is worth all the Familys and farms and ranches that make up the North Fork Valley —_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☑ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other

Additional Comments: Fracting in the North Fork Will destroy the North Fork. We are a farm and Ranch town.

Signed,

PO Box 807

Print Name: C. Dalrymple

Date: October 2016

Signature: Dalrymple

Email Address: cowboy@....@gmail.com

Street Address, City, State, Zip code: 703 Niagara, Paonia, Co, 81428

We stand with Standing Rock.
You can't drink Oil.
Fracking is insane, dangerous
and morally unresponseable.
Any Fracting in the North
Fork will be treated as an act
of War. Stay out of Our Water.
Mni Wacani – Water is Life.

Dalrymple.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

00546322   32580P

NOV 0 1 2016

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not analyze a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122557

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other  owner of downtown business

Additional Comments: I have operated a business in Paonia for 16 years + this year opened a retail store on grand ave. Paonia to sell my line of clothing. As a resident, I care about the quality of air + water here of course. As a business owner, I need the recreation opportunities

Signed,

Elisabeth Delehaunty

Print Name

Date: 8/8/2016

Signature

Email Address: eed@elisabethan.com

Street Address, City, State, Zip code: 338 POPLAR AVE, PAONIA, CO 81428

+ organic farming, wineries, etc — businesses that are part of new, non-extractive economy — to continue growing to develop + attract visitors + new residents. These people are my customers. I fear the negative impact that significant oil + gas drilling will have on this expanding economy. Please Please please at the very least, opt for the B1 Alternative. of the RMP.

Thank you so much for taking the time to read my comments. Have a productive + thoughtful day!

Elisabeth Delehaunty

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

owner, Elisabethan  11B 1ST St. Paonia
co-owner, Refinery  138 Grand Ave. Paonia

BLM_0122558



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

NOV 0 1 2016

I **am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☒ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other

Additional Comments: I am a mother and wife who cherishes my time spent on the Jumbo Mountain unit. My son has spent the last 6 years in summer camp on Jumbo; biking, hiking & picnicing and studying various ecosystems. The joy in his eyes after those camps

Signed,

Print Name: Amy DeLuca

Date: 8-6-16

Signature

Email Address: amy@greenlotusevents.net

Street Address, City, State, Zip code: 40711 German Creek Dr. Paonia Co 81428

Is incomparable to any other place. Jumbo Mt. is our backyard and a sacred place in our valley that brings so much peace + joy to our family. I urge you to protect the complete Jumbo Mt. unit in the North Fork Alternative Plan B1. Additionally I ask that you extend the protection of Oak Mesa since the expiration of the Oxbow Mine leases have passed in that area.

The NFV is a very special place and our health is dependant on clean water, air as well as our beloved organic food shed.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122560

005434 /B

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122561

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: SAVE THE WATER / SAVE THE LAND

THE UNITED STATES BEST (and maybe only viable) assets left are its beautiful, untouched lands! SAVE ORGANIC FARMING!

Signed,

Print Name: Zoe Demple

Date: 10/12/16

Signature:

Email Address: zoedemple@gmail.com

Street Address, City, State, Zip code: 413 Hicks Street Brooklyn NY 11201

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

386 8*p

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☑ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☐ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: _Due to excessive deregulations in the fracking industry I will never be able to trust their practices. Drug use is rampant in the industry and we don't need an influx of violent addictive drugs. This valley water is important to the main industry here. This is a farming community that depends on clean water_

Signed,

Print Name _Benjamin T Doan_

Date _09-03-16_

Signature

Email Address

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

532 TB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☒ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☒ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other _Big game hunter_

Additional Comments: _O & G development in the UFO RMP will have a significant negative impact on big game hunting. As a result, the hunting economy will be weakened. I hunt around the Hubbard Park area up Stevens Gulch Rd._

Signed,

Print Name: _Michael L. Drake_

Signature: _Michael L Drake_

Date: _8/22/2016_

Email Address: _mldht1@live.com_

Street Address, City, State, Zip code: _40275 Stewart Mesa Rd., PO Box 1539, Paonia, CO. 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

554  *handwritten*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

*signature*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

Signed,

Krista Dudley
Print Name

Date  10 - 16 - 16

Signature

Email Address  Krista.dudley@gmail.com

211 Box Elder, Paonia, CO 81428
Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☑ Other

Additional Comments:   No private profit on public land

Signed,

Print Name:   ED EATON

Signature:   Ed Eat

Street Address, City, State, Zip code:   40761 LAMBORN MESA, RD. PAONIA, CO 81428

Date:   9-25-16

Email Address:   hareef99@yahoo.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

5-73ЖВ

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _There are many immo-grapics that neccessitate the value of this area, many I am sure are not reflected in metrics. But this will case base to multi-purpose mandate of the BLM, we choose to live here and more or withhold from these resources. No single industry,_

Signed, _especially a foreign oil r gas industry, will overpower our local, united voices._

_Gerald Espinoza_
Print Name

_8/8/16_
Date

Signature

_gem.espinosa @ yahoo.com_
Email Address

_216 No. Fork Ave, Paonia, CO_
Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122572

519 2∅

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☑ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: I have kids that enjoy the great outdoors here. My family and I love the fresh drinking water as well. Lets be sensible enough to take care of the BLM lands so our kids can enjoy with their kids and so on.

Signed,

Print Name: Kalvin Evans

Signature: Kal Eva

Street Address, City, State, Zip code: 851 Ryan Court, Hotchkiss Co 81419

Date: 9/25/2016

Email Address: xodusadventures@gmx.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result In leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to Industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☒ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☐ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☒ Other |
| | ☐ A Realtor | |

Additional Comments: _____
_____
_____
_____

Signed,

Brenna Fallon                          8/9/2016
Print Name                             Date

_(signature)_                          Brenna7312@gmail.com
Signature                              Email Address

310 Oak Ave, Paonia, CO, 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment   376

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122577

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: I lived in Rifle, CO for 5 years and saw the awful impact the gas industry has on a community! I want to live in frack-free Colorado!

Signed,

Print Name: Dylan Fixmer

Date: August 9 2016

Signature

Email Address: dylan.fixmer@Colorado.edu

Street Address, City, State, Zip code: 33 S. Main St. Ap #3 Paonia, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122578

537 ZB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122579

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: *Food/Water or gas/oil, I choose food/water !!*

Signed,

Print Name: *Kerry Folger*

Signature: *[signature]*

Date: *8-22-16*

Email Address: *Sola @ tds.net*

Street Address, City, State, Zip code: *34828 Powell Mesa Rd, Hotchkiss Co 81419*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☑ Other

Additional Comments: _Organic gardener_
_Fracking destroys everything !!_

Signed,

Print Name: _Kenny Folger_

Date: _8-18-16_

Signature: _[signature]_

Email Address: _folg@tds.net_

Street Address, City, State, Zip code: _34828 Powell Mesa Rd, Hotchkiss CO 81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments:   *Keep our Food + Water Clean*
*NO Fracking*

Signed,

Print Name   *William H. Folgee*

Date   *8-17-16*

Signature   *William Folge*

Email Address

Street Address, City, State, Zip code   *34828 Powell Mesa Rd, Hotchkiss, CO, 81419*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*575 H6*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I **am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can ail be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122585

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: I volunteer at a farm in Phonia. We don't have enough water for irrigation. Therefore, we do not have water to spare for fracking. And we cannot allow our water to be poisoned with the chemicals used in fracking.

Signed,

Print Name: SUSAN FRIAR

Signature: Susan Friar

Street Address, City, State, Zip code: 718 1st St Phonia, Co 81428

Date: 8/8/16

Email Address: alma.friar@gmail.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005454 12        334 880 

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
    ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    ☑ BLM did not conduct a human health impact assessment.
    ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    ☑ BLM did not consider community source water protection plans.
    ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
    ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☒ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☒ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: I support No leasing option or Att B1 North Fork pref. Alternative - why? My entire income relves an Clean Air + water + views. Option D - will ruin my life, happiness, All income My future

Signed,

Print Name: Alison GANNETT

Date: 8/8/2016

Signature: _____

Email Address: ALISON GANNETT@MAC.COM

Street Address, City, State, Zip code: 42485 Hwy 133 Paonia, CO 81428

1.) I have Brain Cancer + A DNA defect that makes Chemicals like ozone grow my tumors. We are Farmers/Ranchers and use No chemicals

2.) we are Farmers/Ranchers All over the State we sell our produce All over the State

3.) we rent our farm for weddings + events + Are surrounded by BLM Land. Anything but B1 will end our ability to do this = visual pollution

4.) whitehouse has ruled on Climate change → BLM did Not include proper calculations of this. NoR

5.) Water overallocated - the BLM did Not use accurate methodology to Determine "Available" water

6.) Terror Creek should Be No lease due to The ABundance of Drinking steep Slopes and the ABundance of Drinking water wells that use that water

7.) Jumbo mountain should Be for recreation only. I am a Business owner teaching Mtn Bike camps with A permit for Jumbo. Just one well will scare my

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

540 JL

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☒ A scientist/geologist
☐ A Realtor

☒ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: *I am a commercial pilot who flys scenic flights in the West Elk Wilderness and I also serve as a West Elk Mountain Rescue Team member for airplane searches. Aerial photography and a very short response time allows me to capture track activities and mishaps that I will publish.*

Signed,

Print Name: *James L Garrett*

Signature: *James L Garrett*

Date: *August 8, 2016*

Email Address: *larryg970@gmail.com*

Street Address, City, State, Zip code: *331 North Fork Ave Box 826 Paonia Co 81428*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*602 Za*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: I am a business owner in Paonia and run a cooperative community kitchen that thrives on local organic agriculture and agritourism. NO Fracking is safe, any threat to my water threatens my livelihood. Please choose NO NONE ZIP Fracking in the North Fork Valley

Signed,

Print Name: MARY George

Date: 8/8/16

Signature: [signature]

Email Address: maryelizabethgeorge@hotmail.com

Street Address, City, State, Zip code: 40820 O Rd Paonia CO 81428

Fracking in this incredible valley is inappropriate

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*6 41 ﬂﬁ*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☑ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

Signed,

JOANNA REKERT GILBERT
Print Name

Janna Rekert Gilbert
Signature

12388 3100 Rd  PO Box 910  Hotchkiss CO 81419
Street Address, City, State, Zip code

8-8-16
Date

info@lerouxcreekinn.com
Email Address

We have a Bed+Breakfast, Vineyard, Winery + the Tasting Room. We host people from all over the country + abroad. They are taken with the Beauty, organic farms, ranches, quality of food & the scenic Beauty + recreational activities. The North Fork Valley supports organic food which is distributed statewide. Our products are sold through Farmers Markets, small markets & Super Markets. We need to preserve the Land for agriculture for crops as well as the outdoor Quality for Gold Medal fly fishing, hunting, hiking camping + Quality of Life.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

Thank You —

5 15 72

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☑ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

_Anna Gilchrist_
Print Name

Date 10/24/16

_Anna Fain Gilchrist_
Signature

Email Address

PO Box 25   Narrows Bury NY 12764
Street Address, City, State, Zip code

Mail your letter to:

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005449 22

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☑ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☐ A resident | ☐ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: Industrializing the valley will ruin it.

Signed,

ELINOR GIOBBI                    10/17/16
Print Name                              Date

Elinor Gioffri
Signature                               Email Address

161 Croton Lake Rd KATONAH, NY 10536
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122598

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS



**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry
- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor
- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _As a Boulder County resident, so much of my produce comes from here! Please protect the food-chain!_

Signed,

Print Name: _Allyson Gobi-Gonzalez_

Signature: _[signature]_

Date: _Oct. 18/2016_

Email Address: _allysongobi@gmail.com_

Street Address, City, State, Zip code: _654 Marine St., Boulder, CO 80302_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*582 JB*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122601

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☑ Other

Additional Comments: _____
_____
_____

Signed,

Print Name: Dana Guldberg

Date: 8/18/16

Signature

Email Address: Modwomyn@hotmail.com

Street Address, City, State, Zip code: 419 Main   Paonia, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☒ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☒ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

Signed,

Print Name: _Clint Greenhalgh_

Date: _9-25-16_

Signature: _____

Email Address: _KerneL37_

Street Address, City, State, Zip code: _94 East 400 South Manti Utah 84642_

Time to wake up and take care of our planet home!

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

6090

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☑ A food business owner
☐ A scientist/geologist
☑ A Realtor

☑ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _I am also a wine maker and vineyard owner 4 acres so very concerned about the illegal transfer of water and very concerned about my irrigation water_

Signed,

Print Name _Yvon Gros_

Signature _Yvon_

Date _8/8/16_

Email Address _Lerouxcreek(INN)msn.com_

Street Address, City, State, Zip code _12388 3100 Rd Hotchkiss Co, 81419_

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

374 88p

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☒ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: Along with all of these things the BLM did not consider the next generation trying to make this valley a viable agriculture valley again. We would be forced to leave and seek livelyhood else where. Please I help us stay in the NF Valley and bring it back to life with agriculture!

Signed,

Emma Stopher Griffin

Print Name

Date 9/12/16

Signature

Email Address eestophergr@gmail.com

188 Orchard St. Hotchkiss, CO 81419

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
    ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    ☑ BLM did not conduct a human health impact assessment.
    ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    ☑ BLM did not consider community source water protection plans.
    ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
    ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

Cody Griffiths
Print Name

10-3-16
Date

*[signature]*
Signature

DsMglassworker @ gmail.com
Email Address

3217 61st Des Moines, Iowa 50322
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _Please Keep our lands save from fracking_

Signed, _Tamra Gutshall_

Print Name _Tamra Gutshall_          Date _10-26-16_

Signature _Tamra Guta_          Email Address _tamglee @ yahoo.com_

Street Address, City, State, Zip code _220 Box Elder Ave Paonia Co 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

348

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☑ A conventional farmer
☑ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

Michael M. Gwinn
Print Name

8/8/16
Date

M M S (signature)
Signature

PAONIAMIKE@GMAIL.COM
Email Address

40380 Matthews Ln. Paonia Co. 81428
Street Address, City, State, Zip code

13 years

As a concerned resident of the Paonia area of the North Fork Valley, as owner of a 100 tree cherry orchard using Paonia Ditch water to irrigate, and a recreational fisherman, bicyclist (Jumbo Mtn) I strongly urge the BLM to consider alternate Plan B1 or plan B. to protect our valley from oil and gas development.

Sincerely
Michael M. Gwinn
MICHAEL M. GWINN
PATRICIA A. GWINN

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122614



# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
   - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   - ☑ BLM did not conduct a human health impact assessment.
   - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   - ☑ BLM did not consider community source water protection plans.
   - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☑ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☑ A resident | ☑ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _Public lands are as fragile in their being as anything else that is alive. During my time on this planet I want to do my best for do my job! As a care taker._

Signed,

_Diane Hammond_
Print Name

_Diane Hammond_
Signature

451 Howard St, Delta, CO 81416
Street Address, City, State, Zip code

9/27/16
Date

hammond.diane-mary@gmail.com
Email Address

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   - ☑ BLM did not conduct a human health impact assessment.
   - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   - ☑ BLM did not consider community source water protection plans.
   - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

Print Name  Ashley Hanson

Date  10-3-16

Signature  Ashley Hanson

Email Address  Ash.hanson98@gmail.com

Street Address, City, State, Zip code  3217 61st St Des Moines IA 50322

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** it would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑  Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑  **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

BREWSTER HANSON                                    AUG 8 '16
Print Name                                          Date

RMA
Signature                                           Email Address

1757 RACE ST DEN CO 80206    brewsterhhansan@gmail
Street Address, City, State, Zip code

BOX 1313 PRNA

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

$606$ 7

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____
_____
_____

Signed,

*MATTHEW HARRIS*
Print Name

*[signature]*
Signature

Date: 9/25/16

Email Address: oursunsolar@gmail.com

107 Meadowbrook CT  PAONIA, Co 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

 

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☒ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A rancher | ☐ An Independent | |
| ☒ A resident | ☒ A homeowner | ☒ Interested/impacted citizen |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Other |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | |

Additional Comments: The agriculture in the NF Valley is dependent on clean irrigation water. Agriculture, tourism and cultural values are the basis of our economy in the NF. Fracking is an unacceptable threat to our way of life here.

Signed,

Pamela Hassinger
Print Name

Date: 8-29-16

Pamela Hassinger
Signature

Email Address: pph@paonia.com

1641 Buckskin Pass Rd. Crawford, CO 81415
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

579 78

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122625

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

Robert Haynes

Print Name

8/3/16

Date

Signature

rphaynes1@tds.Not

Email Address

146 Delta Ave   Paonia   CO   81428

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005462 *11*                                    326

# BLM Uncompahgre Field Office   NOV 0 1 2016
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☐ A homeowner
☐ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other  archaeologist

Additional Comments: I support the North Fork Alternative and AT Least Alternative B1 in terms of conservation. The areas under discussion are not ideal for oil and gas leasing, and said leasing will lead to destruction of the Valley's current economy, atmosphere, health, and recreational resources.

Signed,

Print Name: Stephanie Helleckson

Date: 8-8-16

Email Address: shelleckson@hotmail.com

Street Address, City, State, Zip code: 41720 Reds Rd, Paonia, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122628

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS



**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
　　☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
　　☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
　　☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
　　☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
　　☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
　　☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
　　☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
　　☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
　　☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
　　☑ BLM did not conduct a human health impact assessment.
　　☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
　　☑ BLM did not consider community source water protection plans.
　　☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
　　☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
　　☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**



By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☒ An Independent
- ☒ A homeowner
- ☒ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _This is awful for the future!_

Signed,

Print Name: _Nicole Herbert_

Date: _9-30-16_

Signature: _[signature]_

Email Address: _nikliculture@gmail.com_

Street Address, City, State, Zip code: _3320 34th St unit B Boulder Co_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

576 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122631

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other _Parent_ _Grandparent_

Additional Comments: I moved here to live in a healthy environment with healthy options. Please don't ruin it. Please. My grandchildren deserve to continue to thrive in a toxin free environment. There are so many opportunities here for healthy businesses that would be wiped out by fracking.

Signed,

Carol Hickam                                        8/8/2016
Print Name                                          Date

Carol Hickam                         woodyhickam@gmail.com
Signature                                           Email Address

800 Short Rd. Hotchkiss CO 81419
Street Address, City, State, Zip code

There is no indication that the BLM has taken into consideration the existing research on pollution and health risks, even their/your own research on ozone monitoring. I really became frightened when I learned rural pipelines are exempt from federal regulations leaving them vulnerable to explosions and leaks. I really want a "No Leasing Alternative".

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment    409 88p

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: Stop this raping of our environment leave the oil in the ground for the future there is not one good reason for drilling new sites.

Signed

Print Name: Joan C. Hicks

Date: Sept 8, 2016

Signature: Joan C Hicks

Email Address: sparrowsnest 80 @ gmail.com

Street Address, City, State, Zip code: 40 Partridge Rd, Worthington, MA 01098

I own the house at 21 Alder Ct, Paonia 91428 which I rent

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

613 fb

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☒ Other  Health Care professional

Additional Comments: _____
_____
_____
_____

Signed,

Kristian Hill
Print Name

9-25-16
Date

[signature]
Signature

Kristianahill@gmail.com
Email Address

32966 J Rd Hotchkiss, Co 81419
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

543 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

Signed,

Print Name: Steve Hill

Date: 9/23/16

Signature

Email Address

Street Address, City, State, Zip code: 32966  J st  Hotchkiss, Co  81419

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005433

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☒ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☐ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: SAVE THE WATER, AIR, SOIL,... EARTH!

_____

_____

_____

Signed,

Print Name: JOSEPH HINES

Date: 10/12/16

Signature: Joe Hines

Email Address: hinesj90@gmail.com

Street Address, City, State, Zip code: 4413 Hicks Street, Brooklyn NY, 11201

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

5 28 76

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: The RMP Draft fails to adequately consider the economic, social, environmental & community. Not to mention the science.

Signed,

Print Name: Cynthia Hines

Signature: Cynthia Hines

Street Address, City, State, Zip code: 1246 7745 Rd Crawford CO 81415

Date: Aug 29, 2016

Email Address: MCCOWGIRL3310 gmail.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

529 LB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122643

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: There are too many areas that have not been addressed that are mandated to be addressed. Seismic studies, unregulated

Signed,

Lasca Hix

Print Name

Lasca

Signature

Date 8/29/16

Email Address Lascahix@gmail.com

40355 O Rd Crawford, Co 81415
Street Address, City, State, Zip code

gas lines, ozone level impact et. al.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122644

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

NOV 0 1 2016

345 8p

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☑ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☑ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☑ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☑ A resident | ☐ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☑ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: At 21 years old, I have lived my entire life in the north fork valley. One of the main reasons I return, year after year at college, is to experience true wild untamed places. This cannot coexist with further oil and gas development. I support Alternative B14.

Signed,

Print Name: Jacob Hollockson

Date: 8/8/16

Signature: [signature]

Email Address: jchrosterhollockson@gmail.com

Street Address, City, State, Zip code: 41720 Reds Rd, Paonia CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment 
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122647

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☑ An organic ~~farmer~~ Gardener
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _This area feeds many organic consumers throughout Colorado._

Signed, _Olivia Hudis_

Print Name: _Olivia Hudis_

Signature: _Olivia Hudis_

Date: _5 October 2016_

Email Address: _ma@alandingashram.org_

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*5 8 5 B*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
 ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
 ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
 ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
 ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
 ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
 ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
 ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
 ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
 ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
 ☑ BLM did not conduct a human health impact assessment.
 ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
 ☑ BLM did not consider community source water protection plans.
 ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
 ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
 ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
 ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

Mara Huey

Print Name

*Mara Huey*

Signature

523 Box Elder Ave Paonia, CO 81428

Street Address, City, State, Zip code

Date: 8/18/16

Email Address: marahuey@tds.net

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

631 ℒ℮

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
　　☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
　　☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
　　☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
　　☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
　　☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
　　☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
　　☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
　　☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
　　☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
　　☑ BLM did not conduct a human health impact assessment.
　　☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
　　☑ BLM did not consider community source water protection plans.
　　☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
　　☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
　　☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
　　☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☑ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☑ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☑ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

Jamie Hubenka
Print Name

Hubenka
Signature

9/25/2016
Date

grassfood@Me.com
Email Address

10651 Co RD 27 Powderhorn, Co 81243
Street Address, City, State, Zip code

We also have a Paonia property on
Crawford Road & Bone Mesa

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122652

Earthquakes,
Oil Spills, Broken
Pipelines —
OH MY!!!!!

384 8ρ

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other

Additional Comments: Please act in all of our best interest! At a minimum I request a moratorium on all oil & gas leasing until secure, proven methods of extraction are developed! My preference is totally alternative energy resource development.

Signed,

Deborah J. Imlah
Print Name

9-23-16
Date

Deborah J. Imlah
Signature

Email Address

432 J St. PO Box 14, Crawford CO 81415
Street Address, City, State, Zip code

Save & protect our water!

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*This in of of itself is enough to impose a moratorium on all fracking! please (Also, please read the other side-)*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

*385 PP*

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
   ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
   ☑ **The potential for human, animal and environmental damage is too high.**
      ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other

Additional Comments: _Please have the courtesy to at the very least, abide by existing gov't regulations + enact a moratorium on all leases pertaining to oil & gas extraction until your own guidelines are followed!_

Signed,

_Deberah J. Imlah_
Print Name

_9-24-16_
Date

_Deborah J. Imlah_
Signature

Email Address

_452 J St. P.O.Box 14 Crawford, Co 81415_
Street Address, City, State, Zip code

Also, let's be heroes + protect this valuable area we call home!
Thank you for your service!

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122656



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _I have an auto-immune disease which makes me intensely react to Chemicals, gas, etc. in our environment. I would either have to sell my home and leave the area or stay here in tremendous pain and /or die — if drilling is near the North Fork Valley._

Signed,

_CHERYL IRWIN_
Print Name

_Cheryl Irwin_
Signature

_3874K Indian Head Ln., Crawford, CO 81415_
Street Address, City, State, Zip code

_8/31/2016_
Date

_N A_
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

517 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ <u>Climate change impact.</u> Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☐ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☒ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other _Teacher + Voter_

Additional Comments: _My B&B is architecturally unique and I have a stunning view at the West Elk mountains. Harm to their yield will significantly diminish my business. My guests will no longer seek out my B&B if this Valley is blighted by fracking. Don't frack the North Fork Valley._

Signed,

Print Name _Erin Jameson_

Signature _[signature]_

Date _8.8.16_

Email Address _em_58@hotmail.com_

Street Address, City, State, Zip code _39508 Pitkin Rd. Paonia, CO 81428_



By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

375

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☑ A Republican
- ☑ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

Print Name: ROB JOHNSON

Date: 11 SEPT 2016

Signature: Rob Johnson

Email Address: WATERMAN6353@GMAIL.COM

Street Address, City, State, Zip code: 39725 FRUITLAND MESA RD. CRAWFORD, CO. 81415

WE MOVED OUT HERE FOR THE PRISTINE LIVING CONDITIONS — FOR HEALTH, WE SUFFER HEADACHES FROM CHEMICALS, AND EYE IRRITATION PLEASE DON'T LET THIS BE DESTROYED BY FRACKING!

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

407 &p

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☑ A Republican
☑ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

Print Name: ROBERT JOHNSON

Date: 11 SEPT 2016

Signature: Rob John

Email Address: WATCHMAN6353@GMAIL.COM

Street Address, City, State, Zip code: 39725 FRUITLAND MESA RD - CRAWFORD COLO. 81415

MY WIFE + I DON'T WANT THIS FRACKING ANY-NEAR US, SHE SUFFERS FROM SEVERE HEADACHES BROUGHT ON BY ENVIRONMENTAL POLLUTION. WE DON'T WANT OUR PRISTENE HABIT DESTROYED. WE EAT ORGANIC FOR OUR HEALTH + DON'T WANT ANY-THING INTRODUCED INTO OUR FOOD SUPPLY.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122664

408

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122665

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☒ A Republican
☒ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: MY SPOUSE HAS BEEN DIAGNOSED A SUFFERER FROM ENVIRONMENTAL POLLUTION CAUSING SEVERE ITCHED ACHES - WE NEED A CLEAN UNPOLLUTED AREA IN WHICH TO LIVE.

Signed, Robert G Johnson

Print Name: ROBERT G. JOHNSON

Signature: Robert John

Date: 29 AUG 2016

Email Address: WATER MAN 6353 @ GMAIL.COM

Street Address, City, State, Zip code: 39785 FRUITLAND MESA RD - CRAWFORD, CO 81415

I HAVE ENOUGH ALLERGICS, FRACK ELSE WHERE. LEAVE OUR COMMUNITY ALONE. WE LIVE HERE

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122666

362

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _I am extremely sensitive to environmental pollution, chemicals and odors-it causes me severe headaches. While visiting in the Fruitland area I had severe headaches every day-it is near areas of fracking._

Signed,

Toby Lynn Johnson
Print Name

Toby Lynn Johnson
Signature

Sept 11, 2016
Date

ladychameleon1@tds.net
Email Address

39725 Fruitland Mesa Rd, Crawford, Co 81415
Street Address, City, State, Zip code

PO Box 257

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122668

005438 2/2

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑    Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑    **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

| | | |
|---|---|---|
| ☒ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☐ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: I love our land, just like all of our residents. We love our water. This would affect everyone here negatively.

Signed,

Print Name: Jared Jones

Signature: [signature]

Date: 10-7-16

Email Address: impersonator13@gmail.com

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122670

5 39 82

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☑ An organic farmer
☑ A conventional farmer
☑ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _We would be economically devastated_
_if oil & gas leasing were to occur in the NFV_

Signed,

Print Name: _MARY JURSINOVIC_

Date: _8/22/16_

Signature: _Mary Jursinovic_

Email Address: _chpots@yahoo.com_

Street Address, City, State, Zip code: _1491 3800 Rd Paonia, Co 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

 357

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: One planet in all the universe. One chance to live in harmony. It would be a sacred tragedy to hurt our Mother Earth for the gratification of greed and insatiable desire to feel provided for. We are already so provided for & No need for rape

Signed,

Victoria Kaltner
Print Name

Date    10-16-2016

Signature    Vicki

Email Address    victoria.kaltner@gmail.com

Street Address, City, State, Zip code    7791 Lefthand Canyon Drive, Jamestown, CO 80455

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment
## to
# BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS

392 ☐p

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

**Poor and inadequate analysis.**

- BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-

   game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution

   or surface or ground water contamination that are inevitably associated with oil and gas extraction.

- The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter

   2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.

- BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of

   conventional oil and gas development from 2004.

- BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- BLM did not consider the impact of extreme weather causing flooding, mudslides and geological

   instability, which can compromise the integrity of pipelines and result in leaks and potential

   explosions.

- BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- BLM did not analyze injection wells and the potential for earthquakes and contamination of

   aquifers.

- BLM did not conduct a human health impact assessment.
- BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold

of 70ppb in certain areas.

- BLM did not consider community source water protection plans.
- The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution

  and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.

- BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

  In addition,
  **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the

  region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

  **The potential for human, animal and environmental damage is too high.**

  By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
- Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

  **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

  **A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

  **BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no- leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

- An organic farmer
- A conventional farmer
- A rancher
- A resident

- A consumer of

    NFV/Delta County produce and meat and poultry

A Republican
A Democrat
An Independent
A homeowner
A food business owner A scientist/geologist
A Realtor

A hotel/recreation business owner

A tourist/Visitor to Delta County/NFV

Interested/impacted citizen

Other

Additional Comments: _This impacts our air & in quality Gunnison County. If it is already rated &, drilling up to 1000 wells in the future would heavily impact our health – as well as tourism_

Signed,

_Barbara Kauffman_ Print Name

_Barbara Kauffman_ Signature

_10-25-06_ Date

_barbara kauffman@hotmail.com_ Email Address

_15 7th St, Crested Butte, CO 81224_ Street Address,
City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

527 26

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122678

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☑ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: I want my land and the ____ Valley to refrain from fracking. I bought land out here to get away from pollution and people who want to hurt/fish/trail ride/ & farm without the risk associated with fracking and issues fracking directly causes. who will pay for the price of my home being in danger and harmed by Fracking? I worked so hard along w/ all my neighbors (North fork valley) for the life we have and I don't want it to be changed/harmed perminity.

Signed,

Print Name: Amanda Kelbert

Date: 08/29/16

Signature:

Street Address, City, State, Zip code: 35481 Fruitland Mesa Rd Crawford CO 81415

Email Address: Akelbert08@gmail.com

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122679

5 99 7&

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122680

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☑ A resident | ☑ A homeowner | ☑ Interested/impacted citizen |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Other |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | |

Additional Comments: _PLEASE CONSIDER " NO lEASE "_

Signed,

Print Name: _JOHN KELLER_

Date: _8/29/16_

Signature: ___

Email Address: _JOHNKELLER07@ymail.com_

Street Address, City, State, Zip code: _519 N. 4th PAONIA Co. 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: Why do this, dont you know you are sickness causing sickness.

Signed,

Print Name: Akithuumba Kelley

Date: 60/10/10

Signature: Axie Kelley

Email Address: superpurmor500@gmail.com

Street Address, City, State, Zip code: 2397 Poplar Denver, Co, 80207

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005464 ZZ

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

NOV 0 1 2016

324 pp

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and Inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122684

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☑ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☑ A scientist/geologist
☒ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: OBVIOUSLY NOT ALL AREAS UNDER BLM MANAGEMENT ARE APPROPRIATE FOR OIL + GAS LEASING. THE NORTH FORK VALLEY DUE TO ALL THE REASONS STATED ON THIS LETTER IS ONE OF THOSE NOT APPROPRIATE FOR ANY OIL + GAS ACTIVITIES. TOO GREAT A RISK FOR NEGLIGIBLE RETURN. ALTERNATIVE PLAN B1 ADDRESSES THESE CONCERNS.

Signed,

Scott Kellogg

Print Name

Signature

Date: 8/8/16

Email Address: GTPINC@MSN.COM

Street Address, City, State, Zip code: 218 MINNESOTA AVE, PAONIA CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

569 *JB*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other

Additional Comments: _As a local Branch Library manager, the increase of new people to the NFV is Rapidly growing evident in our new card holders. 99% of the newcomers are here for the quality of life we have, as organic food growers, and as a safe clean environment for family Recreation._

Signed,

Print Name _Jane Kelso_

Signature _[signature]_

_8/1415_
Street Address, City, State, Zip code

Date _8/21/16_

Email Address _____

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122687