# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments:

I moved here to the North Fork Valley to have a healthy life. To enjoy clean air, water, food. Here's an example of how fracking related activities destroy quality of life

Signed,

Print Name: SHARON KIME

Date: 8-8-16

Signature: Sharon Kime

Email Address: SHARONKIME@GMAIL.COM

Street Address, City, State, Zip code: 227 N. Fork Ave, PAONIA, CO 81428

California Council on Science & Tech. studied the impacts of well stimulation on human health fr. the exposure to fracking related air pollution & The unknown number & toxicity of health risks. One conclusion: that "officials should fully understand the toxicity & environmental profiles of all chemicals before allowing them to be in CA. oil operations" — PSR-C p.72

There is too much uncertainty & too much risk to allow fracking in the North Fork Valley. An entire way of life is a stake!

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122689

672

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can ail be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/Impacted citizen
☐ Other

Additional Comments: Manage our public lands with the impacted citizens in mind. Recreation & tourism food, clean air and water.

Signed,

Amber Kleinman
Print Name

Aug 8, 16
Date

_Signature_

alchemyamber@gmail.com
Email Address

47 Pan American Ave, Paonia, Co
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

Print Name: Judd Kleinman

Date: 9/25/16

Signature: _____

Email Address: juddkleinman@mac.com

Street Address, City, State, Zip code: 47 Pan American Ave, Paonia, Co 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

505 28

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   - ☑ BLM did not conduct a human health impact assessment.
   - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   - ☑ BLM did not consider community source water protection plans.
   - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☒ A tourist/Visitor to Delta County/NFV
- ☒ Interested/Impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

Signed,

Tannis Kowalchuk
Print Name

_____
Signature

Oct 29/2016
Date

Tannis@ NACL-org
Email Address

Street Address, City, State, Zip code

Mail your letter to:



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☒ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☒ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☒ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: The proposal for gas + oil development will, if it materializes, distroy the very unique + lucrative economy of the valley! And - it will put people on the roads in danger - so many trucks + it will potentially screw up the whole area.

Signed,

Kristin Krueger                    10/27/16

Print Name                          Date

K Krueger                          KrisKrueger5@gmail.com

Signature                          Email Address

1264 Clear Fork Rd. Crawford CO 81415

Street Address, City, State, Zip code

K Krueger

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122697

*C648 J6*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☒ An Independent | |
| ☒ A resident | ☒ A homeowner | ☒ Interested/impacted citizen |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Other *organic gardener* |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | |

Additional Comments: *This valley produces the most organic food in Co, supplying a large area. This drilling project will cause us to seek 3rd party food suppliers as our air & water sheds are destroyed.*

Signed,

Print Name: *Judith L. Lafferty*

Signature: *Judith L. Lafferty*

Street Address, City, State, Zip code: *104 Main Ave*

Date: *8/8/16*

Email Address: *jmlaff @ hotmail.com*

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122699

586   IB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☒ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☒ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: WHY FRAC WHEN YOU HAVE THE SUN?!

Signed,

Print Name: DOUG LARGE

Signature: Doug Large

Date: 8-18-16

Email Address: grandessolar@yAHOO.com

Street Address, City, State, Zip code: 8 MARBLE Ct.
PAGOSA SPRINGS, CO 81147

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



005459 ²⁶                                    329 ⁽⁸⁸⁾ᴾ

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS   NOV 0 1 2016
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: I participated in crafting the NF Alternative It is a valley wide Reaching document that Represents the Valley's views Including MINE

Signed, _Denise Clare Baverly_

Print Name _Denise Clare Baverly_

Date _8/8/16_

Signature _Denise Clare Baverly_

Email Address _dclaire @ tds.net_

Street Address, City, State, Zip code _40225 Minnesota Ck. Rd. Paonia, Colo. 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: I moved to Paonia, 8 years ago for the clean air and water, and to garden. Organic farms and local wineries are not protected by the preferred draft RMP. I support no oil and gas leasing in the North Fork area.

Signed,

Ethel Leslie                                    8/8/2016
Print Name                                      Date

Ethel Leslie                                    skung34@ymail.com
Signature                                       Email Address

331 North Fork Ave, Paonia, CO 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

389

No return address on envelope

recd 10/17/16

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☒ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: SAVE ORGANIC FARMING!

Signed,

Print Name: JESSE LIAN

Date: 10-12-16

Signature:

Email Address: jessealian@gmail.com

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

5 1 8 2 2

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _____
_____
_____

Signed,

PENELOPE MORGAN LOHR
Print Name

_____   4/29/16
Signature                   Date

_____   _____
                            Email Address

123 Second Ay
Street Address, City, State, Zip code
Narrowsburg NY 12764

*Mail your letter to:*

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

_~Douglas B. Long~_                    9 - 25 - 16

Print Name                              Date

_Douglas Long_

Signature _____              Email Address

_6 Pan American Ave_

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122711

$6266$

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☒ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☒ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen OF DELTA COUNTY
☐ Other

Additional Comments: _____

Signed,

LINDA LONG

Print Name

_Linda Long_

Signature

6 PAN AMERICAN AVE   PAONIA, Co 81428

Street Address, City, State, Zip code

9-25-16

Date

_____

Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

614 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☑ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

Print Name: JERE LOWE

Date: 9-24-16

Signature:

Email Address: _____

Street Address, City, State, Zip code: 1244 MINKREH Rd. Paonia CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

Print Name _____

Date _____

Signature _____

Email Address _____

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122717

*523.2B*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local Investments and resources required In transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: I am greatly distressed by the probability of long term INDUSTRIALIZATION of the North Fork Valley. The hunting / Tourist industry will be very negatively affected by fracking.

Signed,

Print Name: GORDON A MAC ALPINE

Signature: Gordon A MacAlpine

Date: 10/3/16

Email Address:

Street Address, City, State, Zip code: 410 Duke Hill Rd  Hotchkiss, CO  81419

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

560 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☑ Other

Additional Comments: California business owner looking at buying land in Paonia. Fracking in this area would completely change my mind.

Signed,

Sonia Machado
Print Name

Sept 8, 2016
Date

Signature

soniamachado0807@Gmail.com
Email Address

PO Box 754, Banning CA 92220
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _I am looking to move to the region, + along wf consuming produce from the area, would very much like to be able to drink fresh water in all regions of my state._

Signed,

Print Name: _Katherine MacKinnon_

Signature: _Katherine MacKinnon_

Date: _10/12/2016_

Email Address: _kat.mackinnon@naimh.org_

Street Address, City, State, Zip code: _19617 N. St. Vrain Dr., Lyons, CO_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

00543 7 12

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other

Additional Comments: _I grow my own vegetable using spring water sourced tap and have never sprayed or used pesticides, I make cottage industry for sale deret jams, fruit canned, and frozen vegetable. I am my own unemeat products but you are rizbt above me on Garvin mesa. my water source will be affected — you are jeopardizing my property and income._

Signed,

Print Name  _Judith Martin_

Date  _10-18-16_

Signature  _Judith Martin_

Email Address  _jekmartm@tds.net_

Street Address, City, State, Zip code  _15990 Farmer Mine Rd_

_Paonia  81428_

_Please do not destroy are valley. We are finally developing a new income producing industry — organic products._

_JM_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☒ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other  Father

Additional Comments: Minimum CO2 level this year surpassed 400 PPM. It will likely be centuries before it will be below this level again. It is imperative that no additional fossil fuels be brought to market again. Any new resources must be renewable. Our children are the victims.

Signed: Harold Alan George Matteson

Print Name: Harold Alan George Matteson          Date: 10-4-2016

Signature: Harold Alan George Matteson

Email Address: 13ranch@prewia.com

Street Address, City, State, Zip code: 30000 J Rd. Hotchkiss, CO 81419

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005457 1A                           33188P

# BLM Uncompahgre Field Office   NOV   2016
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands In the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   - ☑ BLM did not conduct a human health impact assessment.
   - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   - ☑ BLM did not consider community source water protection plans.
   - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an Inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☑ A food business owner
☐ A scientist/geologist
☐ A Realtor

☑ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _Im Concerned for my investment in real estate on grand ave in paonia. Tourism, organic food sales, recreation Mt Biking Business, 12 Jobs, 200,000 Dollars invested I suppor Alternative B1_

Signed,
_John Mattox_

Print Name
_John Mattox_

Signature

_40820 O Rd Paonia Co 81428_
Street Address, City, State, Zip code

Date _8-8-2016_

Email Address _johnnymattox@hotmail.com_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

581 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☒ A Democrat | ☒ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☐ A resident | ☐ A homeowner | ☒ Interested/impacted citizen |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _SAN LUIS VALLEY RESIDENT_

Signed, _Jeremy Maxugh_

Print Name

Date _8 18.16_

Signature

Email Address _JMAX808@HOTMAIL_

Street Address, City, State, Zip code _2805 NE 62ND Ave PORTLAND OR 97213_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

510 2b

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

PAMELA MAYER
Print Name

Signature

290 HIGH BRIDGE RD Millanville PA 18443
Street Address, City, State, Zip code

Date 10/29/16

Email Address Dam@mayerwasner.com

Mail your letter to:

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

566 7B

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☒ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☒ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _The area of management is to large to allow for the diversified Plan that each ecosystem requires._

Signed,

Print Name: _James McCain Sr_

Date: _8/25/16_

Signature

Email Address: _Dicharizon@yahoo.com_

Street Address, City, State, Zip code: _40881 Hwy 133   Paonia   CO   81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122735

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS



**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - → ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _The destructive environmental impact of fracking is not justified by the resulting energy extraction. Paonia is too unique an environment to risk with fracking._

Signed,

Print Name _David McConaghay_

Signature _[signature]_

Date _18 Oct 2016_

Email Address _spiralbeard@gmail.com_

Street Address, City, State, Zip code _3004 Broadway St #1, Boulder, CO 80304_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
 ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
 ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
 ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
 ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
 ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
 ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
 ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
 ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
 ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
 ☑ BLM did not conduct a human health impact assessment.
 ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
 ☑ BLM did not consider community source water protection plans.
 ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
 ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
 ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: FRACKING SHOULD NOT BE THE ANSWER TO AMERICA's ENERGY INDEPENDENCE, THE COST IS TOO HIGH

Signed,

Print Name: LORENE McDONOUGH

Signature: Lorene McDonough

Street Address, City, State, Zip code: 40824   O   ROAD   PAONIA   CO   81428

Date: 20 Oct 2016

Email Address: LOREMCD@TDS.NET

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: FRACKING SHOULD NOT BE THE ANSWER TO AMERICA'S ENERGY INDEPENDENCE. THE COST IS TOO HIGH.

Signed, Lorene McDonough

Print Name: LORENE MCDONOUGH

Date: 20 Oct 2016

Signature: Lorene McDonough

Email Address: LOREMCD@TDS.NET

Street Address, City, State, Zip code: 40824 O ROAD, PAONIA, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122742

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: The Long term negative results of fracking hurt many and out-weigh any short term gains reaped by oil and gas companies.

Signed,

Michael A. McDonough
Print Name

Oct. 20, 2016
Date

_Michael A. McDonough_
Signature

pueblo1oom@gmail.com
Email Address

40824 O Rd, Paonia, CO 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

552 JB

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
　　☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
　　☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
　　☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
　　☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
　　☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
　　☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
　　☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
　　☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
　　☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
　　☑ BLM did not conduct a human health impact assessment.
　　☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
　　☑ BLM did not consider community source water protection plans.
　　☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
　　☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
　　☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☑ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☑ A resident | ☑ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: The Long-term negative results of fracking hurt many and 'outweigh' any short term gain reaped by oil and gas companies.

Signed,

Print Name: Michael A. McDonough

Signature: Michael A. McDonough

Street Address, City, State, Zip code: 40824 O Rd, Paonia, CO 81428

Date: Oct. 20, 2016

Email Address: pueblo100m@gmail.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

571 59

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, prized fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☑ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☑ A rancher | ☑ An Independent | |
| ☑ A resident | ☑ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☑ A food business owner | ☑ Interested/impacted citizen |
| | ☑ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: We have already had adverse impacts from the existing gas development up the Mahady. We sell High Performance Breedy Sheep and we have had buyers refuse to purchase our stock due to the risk of reproductive harm from airborn dust or waterborne contaminants. We need a no leasing alternative.

Signed,

Print Name: Eugenie M Mc Guire

Date: 8 Aug 2010

Signature: Eugenie Mc Guire

Email Address:

Street Address, City, State, Zip code: 16870 Garvin Mesa Rd Paonia CO 81428

We are developing a new economy that depends on a complete lack of any percieved contamination as well as the reality of no contaminants. This economy is incompatible with any oil or gas development in the entire UFO area.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

in addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ <u>Climate change impact.</u> Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☒ A conventional farmer
☒ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☒ A food business owner
☒ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _Impacts From Oil & Gas Development_
_will extend beyond the near future and into the Far_
_Future. Just look objectively at those places that always_
_have been developed. Midland TX is a perfect example_

Signed,

Ron McGuire                                      8/8/2016
Print Name                                       Date

_[signature]_                                    _____
Signature                                        Email Address

16870 Garvin Mesa Rd   Paonia CO
Street Address, City, State, Zip code

— we do not want our valley to look like Midland TX.
Be smart. Listen to the community. You and
your children will be grateful that you did!

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122749

005448

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☒ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _PLEASE Consider situation in Rifle as a good example of why we do not want fracking in the North Fork. AIR QUALITY and WATER QUALITY OF UTMOST Concern. Please do not mess with our quality of life!_

Signed,

_Shauna Meilner_                          19 Oct. 16
Print Name                                 Date

_[signature]_                              _meilnerclan @ tds.net_
Signature                                  Email Address

_40208 Sunridge Ct. Paonia CO 81428_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☑ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☐ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry *when here* | ☐ A food business owner | ☐ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | *raised here* |

Additional Comments: _____

_____

_____

Signed,

CHRISTINE MENDENHALL
Print Name

9/25/16
Date

*[signature]*
Signature

cmhmend@comcast.net
Email Address

2466 SIGNATURE DR., LOUISVILLE CO 80027
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122753

645

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other GRANDmother of 4 Delta County Residents

Additional Comments: These PUBLIC Lands are threatened to be altered to a point where THE PUBLIC at large could potentially be endangered, but certainly would no longer be appealing to the PUBLIC at large for hiking, biking etc. OR EVEN CAR WINDOW viewing if the landscape is punctuated with drilling/fracking equipment. More "comments" to follow -

Signed,

Print Name: LINDA Mereness

Signature: Linda Mereness

Street Address, City, State, Zip code: 107 NIAGARA Ave. PAONIA Co 81428

Date: 8.8.16

Email Address: gmamalindi@yahoo.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

651 78

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☑ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☑ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _____

_____

_____

Signed,

Jessica Merriam
**Print Name**

8/12/16
**Date**

_J K M_
**Signature**

Merriam,jessica@yahoo.con
**Email Address**

1150 Alum Rd, Hotchkiss, Co, 81419
**Street Address, City, State, Zip code**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

387 

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☑ A homeowner
- ☑ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _Stop FRAKKIng. We have healthy alternatives._

Signed,

_Alicia Michelsen_
Print Name

_3 Sept 2016_
Date

_Alicia Michelsen_
Signature

_____
Email Address

_318 Orchard Ave Paonia, Co 81428_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*622 FP*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☑ Other

Additional Comments: _____

_____

_____

_____

Signed,

Print Name    GREG MILLER          Date    9-24-16

Signature    _Huy mill_            Email Address

Street Address, City, State, Zip code    P.O. Box 831, AVON CO. 81620

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

534 ZA

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other

Additional Comments: _I am an artist living in the Paonia Area. Much of my business is dependent upon a strong diverse and tourism economy, both to buy my products and for the inspiration my art depends upon — inspiration of clean air and water and beautiful scenery. Oil and gas are incompatible with our agriculture, ag-tourism, wildlife and hunting as well as diverse economy and way-of-life here in the Delta County_

Signed,

Print Name: _Tara Edna Jean Miller_

Signature: _Tara Edna Jean Miller_

Street Address, City, State, Zip code: _41342 O Road  Paonia, CO 81428_

Date: _August/22/2016_

Email Address: _Tarasam@tds.net_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment       366 88p

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  - ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  - ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other _physician_

Additional Comments: _____

_____

Signed,

EILEEN MILVENAN
Print Name

Signature _____

Date 8/8/16

Email Address emilvenan1@gmail.com

Street Address, City, State, Zip code 14099 Thompson Rd Paonia CO

My family has been visiting beautiful Colorado for over 20 years. After much planning and financial investment, my husband and I have relocated from Texas — to the North Fork Valley — Paonia, Our goal is to continue to enjoy the benefits of this area - specifically Clean air + water, healthy food and delicious wine. To risk contaminating and damaging this jewel of America is incomprehensible. The research and analysis for the RMP is clearly incomplete, as stated on the first page. To preserve my real estate investment, and my organic farm and healthy food for our citizens, the RMP must avoid oil + gas leases in those areas that would affect the North Fork Valley of the Gunnison River.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

6 4 6 JR

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**

  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

_J. SCOT MILVENAN, M.D._
Print Name

_[signature]_ (M.D)
Signature

14099 THOMPSON RD, PAONIA, CO 81428
Street Address, City, State, Zip code

8/8/16
Date

smilve@hotmail.com
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122767



# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☒ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _We are in the process of moving our to nutrition school to Paonia, and we need a water! Water is life._

Signed,

_Adriann Mintzmyer_
Print Name

_Adriann Mintzmyer_
Signature

_805 Raleigh St. Denver, CO 80204_
Street Address, City, State, Zip code

Date: _9 10/21/16_

Email Address: _adriann.mintzmyer@gmail.com_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

5 6 8 J6

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☑ A Republican
- ☑ A Democrat
- ☑ An Independent
- ☑ A homeowner
- ☑ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

Signed,

Print Name: Laurie Mitchell

Signature: Laurie Mitchell

Street Address, City, State, Zip code: 40881 Hwy 133 Paonia, CO 81428

Date: 8-25-16

Email Address: Laurie for-balance@yahoo.com.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

567 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☑ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☑ An Independent | |
| ☑ A resident | ☐ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☑ Other |

Additional Comments: _____

_____

_____

Signed,

Scott Mitchell

Print Name

_Signature_ (signature)

Date  8·25-16

40881 Hwy 133  Paonia 81428

Street Address, City, State, Zip code

Email Address _____

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

516 ZE

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments:

Signed

Print Name   David Clark Morris

Date   10-29-2016

Signature

Email Address   deeceemorris@gmail.com

Street Address, City, State, Zip code   107 Park Rd   Beach Lake PA 18405

mail your letter to:

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*009 12*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/Impacted citizen
☐ Other

Additional Comments: _____

Signed,

Melissa Nuñez

Print Name

Melissa Nuñez

Signature

9/25/2016

Date

Mmunoz1300120 gmail.com

Email Address

616 3rd Street Paonia CO 81428

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☐ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: _____

_____

_____

Signed,

*MICHAEL MUNOZ*
Print Name

9-25-16
Date

*M M ZZ*
Signature

*mmunoz63012@gmail.com*
Email Address

616  3rd  St   PAONIA  CO  81428
Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122779



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _My son Essiah Loves to fish! We moved here from Denver to have beautiful lakes surrounded by nature and NOT roads. We have been to Crawford Resivier 10 times this month and he caught his first Northern Pike. I worry about the water quality and Owildlife that could be affected by Ald. B and D. DI_

Signed, _will protect Crawford and the Resiver for surface anglers and their fathers._

**MICHAEL MUNOZ**
Print Name

_m m_
Signature

**Aug 8 2016**
Date

_MMUNOZ63012@gmail.com_
Email Address

_616 3RD St. PAONIA CO 81428_
Street Address, City, State, Zip code

_P.O. Box 838_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005426 *JB*

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122782

- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am: [Please check all that apply]**

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _Please make the decision to protect this land for the current residents and future generation. Once you frack you can't go back._

Signed,

Print Name: _Jaymie Noble_

Date: _10-10-16_

Signature: _[signature]_

Email Address: _jaymienoble@yahoo.com_

Street Address, City, State, Zip code: _5853 Fourmile Canyon Dr, Boulder, CO 80302_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

535 *1b*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122784

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☒ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: Please consider adopting the North Fork Alternative (#B1) at a minimum as oil & gas operations are a conflicting land use in that area.

Signed,

Print Name: David C. Noe

Date: 8/27/16

Signature: David C.

Email Address: dcnoe@hotmail.com

Street Address, City, State, Zip code: P.O. Box 191, Paonia, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

372 88p

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122786

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact**. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☒ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☐ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: I am an outdoorsman and dont approve of fracking in my back yard. invest in renewable energy

Signed,

Daniel Negar
Print Name

Date 9/3/16

Daniel Negar
Signature

Email Address

39791 pitkin RD  Paonia Colorado 81428
Street Address, City, State, Zip code

Daniel Negat

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment   356 8p

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

 **Poor and inadequate analysis.**

- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,

 **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

**The potential for human, animal and environmental damage is too high.**
- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☒ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ interested/impacted citizen
☐ Other

Additional Comments: Please, HEAR us - we are THE PEOPLE ! We demand a say in the health of our air water and soil, and you have failed to consider an alternative plan of NO LEASING on our public lands, which is the alternative many people desire!

Signed,

Kristen O'Brien
Print Name

10-18-16
Date

Kristen O'Brien
Signature

kristenobrien@gmail.com
Email Address

29167 Stingley Gulch Rd. Hotchkiss, CO 81419
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

536  2B

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122790

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | | | | |
|---|---|---|---|---|---|
| ☐ | An organic farmer | ☐ | A Republican | ☐ | A hotel/recreation business owner |
| ☐ | A conventional farmer | ☒ | A Democrat | | |
| ☐ | A rancher | ☐ | An Independent | ☐ | A tourist/Visitor to Delta County/NFV |
| ☒ | A resident | ☒ | A homeowner | | |
| ☒ | A consumer of NFV/Delta County produce and meat and poultry | ☐ | A food business owner | ☒ | Interested/impacted citizen |
| | | ☐ | A scientist/geologist | ☐ | Other |
| | | ☐ | A Realtor | | |

Additional Comments: _I would prefer a no-lease alternative as fracking is incompatible with the current direction of the North Fork. A H.B +BI is the closest acceptable option presented at this time_

Signed,

Print Name _Patricia Walsh-Oeinck_

Date _8-22-16_

Signature _Pat Walsh-O b_

Email Address _pwoeinck@peonia.com_

Street Address, City, State, Zip code _41918 O Rd  Paonia CO 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122791

005440

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: Please don't.

Signed,

Print Name: Rowan O'leary

Date: 9/3/16

Signature: [signature]

Email Address:

Street Address, City, State, Zip code: 318 orchard Paonia 81428 CO.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122793

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. i am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122794

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☑ A resident | ☐ A homeowner | ☒ Interested/impacted citizen |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Other |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | |

Additional Comments: _____

_____

_____

_____

Signed,

*Elizabeth L O'Reilly*                    *8-8-16*

Print Name                              Date

*EL O'Reilly*                           _____

Signature                               Email Address

*230 ~~BLA~~ OAK AVE*                    _____

Street Address, City, State, Zip code

*PAONIA CO 81428*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122795

346 88p

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
    ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    ☑ BLM did not conduct a human health impact assessment.
    ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    ☑ BLM did not consider community source water protection plans.
    ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
    ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☒ A tourist/Visitor to Delta County/NFV
☐ Interested/Impacted citizen
☐ Other

Additional Comments: My family and I visit this region for the farms orchards and wineries. Developing public lands w/ oil and gas will harm the watershed and private ag lands. I support Alternative B1

Signed,

Print Name: CHARLOTTE OVERBY

Signature: _____

Date: 8/8/2016

Email Address: charoverby@yahoo.com

Street Address, City, State, Zip code: 250 WESTON DR. DURANGO CO 81301

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005430 *JB*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: However the BLM decision goes, I'd like to see the BLM protect the area of Jumbo Mountain as a Special Recreation Management Area.

Signed,

Print Name: LEE S. OVERTON

Date: 10/18/16

Signature: Lee S. Overton

Email Address: LSOVERS@paonia.com

Street Address, City, State, Zip code: 111 Meadowbrook Ct., Paonia, CO 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122799



# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  - ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  - ☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: OUR Property Borders BLM, we have a private Road/Driveway That accesses our property + BLM. We had a mud Slide about a mouse 15 years ago, originating on BLM. Roads & Drilling may cause more of the same problems.

Signed,

SAlly V. Owen
Print Name

_Sally Or_
Signature

38,500 Pitkin Rd   Paonia   CO 81428-0758
Street Address, City, State, Zip code

10·26·16
Date

RAND_SAL@Hotmail.com
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122801

63c

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places In the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis**.
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high**.
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I **am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: I moved to the North Fork for the concentration of organic farms, the access to hiking camping + water sports. I want to buy a house + grow my business here but I will not if the leasing

Signed,

Print Name: Ayana Pedrick

Date: 8/8/16

Signature: _____

Email Address: ayanapedrick@gmail.com

Street Address, City, State, Zip code: 216 North Fork Ave Paonia, Co 81428

to oil and gas occurs in this Valley. I am for no leasing at all and if nothing else B-1

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

526 / A

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☑ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: Water is our life line, A spill can not be repaired, once polluted our farms will no longer be organic. Tourists will stop visiting our areas, wells will negatively effect hunting and fishing. We have a thriving wine/industry that will be negatively effected

Signed,

Bob Pennetta
Print Name

8-29-16
Date

Signature

bob pennetta@gmail.com
Email Address

3358 Cathedral Cedaredge Co. 81415
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

347

# BLM Uncompahgre Field Office NOV 0 1 2016
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis**.
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high**.
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑   Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑   **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _I hope this letter has made it clear that the BLM has neglected to research the impact that oil and gas leasing will have on the North Fork Valley. Please choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B_

Signed,

_Sarah Peterson_
Print Name

_[signature]_
Signature

_502 N. Main, Paonia, CO 81428_
Street Address, City, State, Zip code

Date _08 August 2016_

_Sarah.Peterson3022@gmail.com_
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

5 12 28

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☒ A tourist/visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _TOURISM IS IMPORTANT TO MY ART GALLERY_

Signed,

_MICHAEL PINCIOTTI_
Print Name

_[signature]_
Signature

Date _Oct 29, 2016_

Email Address _ROCKY PIN @ EARTHLINK.NET_

Street Address, City, State, Zip code _76 CROSS ROAD COCHECTON NY 12726_

_Mail your letter to:_

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

377

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☑ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other

Additional Comments: Fracking historically has created damage to land. While many say nothing happens, we all know earthquakes have occurred to the fracking, pollution etc. Why do people even consider this except for their own profit.

Signed,

Print Name: CATHY Pomeroy.

Date: 10-3-2016

Signature: Cathy Pomeroy

Email Address: pomeroy-cathy@gmail.com

Street Address, City, State, Zip code

There are other ways to create opportunities to harvest materials used for energy, industry... are people really that unimaginative that fracking is the only thing they

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

can think of? How poor.   Cathy Pomeroy



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact**. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☒ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _Water is life for this valley. Rivers are Stars. We can't afford the noise level. These roads are known as scenic highways not chemical byways. Why go poor for others when we can have more by not allowing fracking. Be known for something good not pollution! People will come here because we Didn't Frack !!!_

Signed,

~~Steve Priddy~~ Laurie Priddy

Print Name _Laurie Priddy_

Signature

Street Address, City, State, Zip code: _42643 long gulch, CO. 81415_

Date: _9/29/16_

Email Address: _Positivemove97@aol.com_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

546 ⨌

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☒ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed, _____

Brian Pritchard
Print Name

_____
Signature

Date 9/25/16

brian2745@hotmail.com
Email Address

19489N 89th Dr Peoria Az. 85382
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122815

5 13 2B

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  - ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  - ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

Signed,

J morgan Puett

Print Name

_____

Signature

Date  10/29/2016

jmorganpuett@gmail.com

Email Address

Street Address, City, State, Zip code

165 Alberts [run] + Mildreds Lane

Beach Lake, PA 18405

mail your letter to:

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



0054962L

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

I am **opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** it would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☒ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☒ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: Long term consequences / impact of the oil/gas recovery technologies, water systems, and geology is a great concern of mine.

Signed,

Print Name: Janet Quinn

Date: 10-29-16

Signature: Janet R. Quinn

Email Address: ilaquin@msn.com

Street Address, City, State, Zip code: 25593 North Rd Hotchkiss, CO 81419

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



391 88P

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☑ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: I own 293 acres bordering BLM at the end of Cottonwood Creek Rd. (in Crawford) I love my view, the quiet, the pristine wilderness, and all the wildlife I get to see. I worked my whole life to buy this place, and having lived up Divide Creek outside of Silt and had my farm basically destroyed by gas toil, I hope this doesn't happen again. I plan to build my dream cabin on this land. I am 69 years old, & this is my last chance. Thank you.

Signed,

Print Name: JANE REED

Signature: Jane J. Reed

Street Address, City, State, Zip code: 34905 Powell Mesa Rd.
Hotchkiss, Co. 81419

Date: Oct. 14, 2016

Email Address: redtapefastg.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

538 2B

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☒ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☒ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: Being from Divide Creek in Garfield Cty, I have been through this before. I was sick, my neighbor got benzene exposure & died of leukemia, my friend Doug Divine's son got blown up in Vampa on an abandoned well. Oil & gas bring methedrine which the drivers all take to make more money. Prostitution rings move in. I was robbed twice by workers who had access to my driveway, etc. The whole place went downhill. Traffic, scenery demolished, drugs, you name it. This is a safe haven which will be no more if oil & gas come in.

Signed,

Print Name: JANE F. REED

Signature: Jane F. Reed

Date: Aug. 22, 2016

Email Address: redtape@fasty.com

Street Address, City, State, Zip code: 34905 Powell Mesa Rd.

Hotchkiss, Co. 81419

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005952 2 6  336080

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122824

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.

BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☒ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _Fracking will destroy agrictourism in the North Fork Valley!_

Signed,
_Joanna Reckert Gilbert_
Print Name

Date _10·10·16_

_Joanna Reckert Gillis_
Signature

Email Address _info@lerouxcreekinn.com_

_12388-3100 Rd Hotchkiss Co 81419_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment   373 ppp

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☑ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _My wife with diagnosed environmental illness would not do well; literally from the polluted air from developed extraction leases._

Signed,

Print Name: _LAWRENCE RIBNICK_

Signature: _S Ribnick_

Date: _Aug. 29, 2016_

Email Address: _larry704@sopris.net_

Street Address, City, State, Zip code: _38741 Indian Head Ln, Crawford, CO 81415_

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122827



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ <u>Poor and inadequate analysis.</u>
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ <u>It is an inappropriate use of public lands.</u> It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ <u>The potential for human, animal and environmental damage is too high.</u>
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☒ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: My wife has a medical diagnosis of environmental illness. If oil and gas leases are developed in the North Fork Valley, she will become deathly ill (literally) from the air pollution.

Signed,

Print Name: LAWRENCE RIBNICK

Date: 9-2-2016

Signature

Email Address: larry104@sopris.net

Street Address, City, State, Zip code: 38741 INDIAN HEAD LN., CRAWFORD, CO 81415
BLM UNCOMPAGHRE
        FIELD OFFICE
2465 S. TOWNSEND AVE.
MONTROSE, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

Deborah Riggs
Print Name

10-9-16
Date

Deborah Riggs
Signature

Flappinghawk @ yahoo.com
Email Address

519 Third St. Paonia, CO   81428
Street Address, City, State, Zip code

*Please protect this beautiful valleys water, wildlife and people!*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

**Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
**It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more. 
**The potential for human, animal and environmental damage is too high.**
- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ interested/impacted citizen
☐ Other

Additional Comments: Please Just Say NO to Oil, & Gas Leasing!
Please protect our crystal clear Water, Air, Our clean air, And our Fertile Land!

Signed,

Print Name: Joseph Riggs

Date: 10-18-16

Signature:

Email Address: daub1JRigz@Yahoo

Street Address, City, State, Zip code: 29167 Stingley gulch rd. Hotchkiss Co. 81419

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122833

555 *JB*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122834

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☒ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

Print Name: ROBERT D. RIGGS

Date: 10/10/16

Signature: _____

Email Address: _____

Street Address, City, State, Zip code: PO BOX 321   PAONIA, CO   81428

THE ISSUE IS NOT "NOT IN MY BACKYARD." THE ISSUE IS, ARE THERE SOME PLACES THAT SHOULD NOT BE DRILLED? THE ANSWER IS YES, OF COURSE, AND THE NORTH FORK VALLEY IS ONE OF THOSE PLACES.

IN THE LAST FEW YEARS, OUR ECONOMY HAS LOST 300 COAL MINING JOBS, WITH THE INEVITABLE RIPPLE EFFECT. AGRI-TOURISM IS AN IMPORTANT PART OF REBUILDING OUR ECONOMY, AND DRILLING IN THE NORTH FORK VALLEY AND ITS WATERSHED IS INCOMPATIBLE.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122835



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
　☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
　☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
　☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
　☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
　☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
　☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
　☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
　☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
　☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
　☑ BLM did not conduct a human health impact assessment.
　☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
　☑ BLM did not consider community source water protection plans.
　☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
　☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
　☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
　☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _The only way to preserve our way of life in The North Fork Valley is No Hydraulic Fracturing. Loosing our beauty, our quality of air & water, recreation is unacceptable._

Signed,

Print Name: _Carolyn Ringo_

Signature: _Cringo_

Street Address, City, State, Zip code: _338 Main   Paonia, Co 81428_

Date: _8/8/16_

Email Address: _carolynringo@centurylink.net_

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

_CELIA ROBERTS_
Print Name

_Celia Robert_
Signature

_9/19/16_
Date

_Celia@paonia.com_
Email Address

_PO Box 5 Paonia Co 81428_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

591 76

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☒ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

_Andrea Robinsong_
Print Name

_8 - 13 - 16_
Date

_cRoh_
Signature

_arobinsong@pasnia.com_
Email Address

_PO Box 745 Hotchkiss Co_
Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

6 12

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high**.
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact**. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☐ A homeowner
☑ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other

Additional Comments: As a concerned Human, resident of Earth, Comments and Bumper Stickers that say "Earth first, We'll mine the Others later", are offensive to me, and I think sentiments like those are an insult to all life because of the Coprateous and Destructive Nature of the industry, ie Oil Gas and other Mining, the have no regard for our Biosphere, any other Ecology or Economy on the planet! The BLM should Not Cater to these industries, on the contrary to be responsible stewards, or Managers of our lands, the BLM should Not even Entertain a single wish or request from such dispicable industries!

Signed,

Hugh M. Rose

Hugh M. Rose
_____
Print Name

_____
Signature

9/25/16
_____
Date

rosefamilygardens@gmail.com
_____
Email Address

40877 Hwy 133, Paonia, Co. 81428
_____
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
## Draft Resource Management Plan/ DEIS
## Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | |
|---|---|
| ☐ An organic farmer | ☐ A Republican |
| ☐ A conventional farmer | ☐ A Democrat |
| ☐ A rancher | ☑ An Independent |
| ☐ A resident | ☐ A homeowner |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner |
| | ☐ A scientist/geologist |
| | ☐ A Realtor |

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: THIS IS ABSOLUTELY A SHORTSIGHTED SOLUTION.

Signed,

Print Name: JESSE RUSE

Date: 9/24/16

Signature: _____

Email Address: soishinethru@yahoo.com

Street Address, City, State, Zip code: 913 EAST GRANITE AVE OPHIR, CO 81426

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☑ Other

Additional Comments: Beekeeper, with organic gardens and I am an Herbalist who makes Wild acenes from plants I raise and remedies from my beeswax. I am a RN Certified ER Nurse and employee of our local hospital 30 years

Signed,

Linda Johnson Rubick

Print Name

Date 10/17/16

Linda Johnson Rubick

Signature

Email Address lindaerubick@gmail.com

10310 3200 Rd Hotchkiss Co 81419

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122847

005 435

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122848

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☒ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other

Additional Comments: _I AM A Builder in Delta CO, for Last 40 yrs. I rely on steady population growth + see gas well development as a reason people will choose NOT to move here._

Signed,

Print Name: _STEPHEN RUBICK_

Date: _17 Oct 16_

Signature: _[signature]_

Email Address: _____

Street Address, City, State, Zip code: _10310 3200 Rd., Hotchkiss, CO. 81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122849

604 72

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I **am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122850

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

Naropa Sabine

Print Name

_____

Signature

Date   08/01/16

Email Address   naropasabine@hotmail.com

P.O. Box 601 Paonia, CO. 81428

Street Address, City, State, Zip code

I believe that the future of the western slope is in preserving its exquisite beauty, & rural diversity. Industries or businesses that support a sustainable and healthy future should be encouraged to thrive. Oil and gas development compromises any other industry trying to compete. Organic farmers, artists, hunters, hikers, rafters, vineyards, all are lost in deluge of traffic and pollution and percieved potential catastrophe that saps real estate value.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

OO5456 *2B*   332**P**

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

NOV 0 1 2016

NOV 0 1 2016

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☒ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: Paonia is an agricultural gem of Colorado. Epic landscape, clean air and water all create a haven for (small) businesses, eco-tourism, artists, farmers and retirees. This is a sustainable model without serious health risks and the damage that comes with additional fracking, road use, real estate impact and so on. Thank you.

Signed,

Print Name: Naropa Sabine          Date: 08/09/16

Signature: _____          Email Address: Naropasabine@hotmail.com

Street Address, City, State, Zip code: P.O. Box 601   Paonia, CO. 81428

My family retired here for the quality of life I prefer alt BI for BLM's plan. We already have enough drilling here, and we have a thriving solar company and ~~solar~~. increasing success with tourism and niche businesses.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

6586  7L

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in the world. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122854

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

JAKE SAKSON
Print Name

_____
Signature

502 Main Ave, Paonia, CO 81428
Street Address, City, State, Zip code

08/08/16
Date

jake.sakson@gmail.com
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005445 /b

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122856

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change Impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion of a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _Its so sad that we can't seem to learn from other destroyed areas water polution air polution man made earth quakes. Dont really really want to keep destroying the earth and special places like we have here_

Signed,

Print Name _Herad Sanders_

Signature _Nerad Sanders_

Date _10/26/18_

Email Address _TOHSanders@aol.com_

Street Address, City, State, Zip code _14664 2800 Rd Hotchkiss Co 81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

Susan Joyce Schreiber                    8-9-16
Print Name                               Date

Susan Joyce S                            jschrieber46@gmail.com
Signature                                Email Address

1523 1st Street Paonia 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122860