☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☒ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____

Signed,

Print Name

Signature

Date  11/24/16

Email Address  Dettit.Taylord@gmail.com

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

635 JB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: The North Fork has developed a growing, sustainable economy and the BLM preferred alternative threatens the very existence of this sustainable economy.

Signed,

Dave Shishim

Print Name

Signature

40001 Cedar Drive, Paonia, CO 81428

Street Address, City, State, Zip code

August 8, 2016

Date

dave shishim @ tds.net

Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005453 ZA   33588p

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

NOV 0 1 2016

I **am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

NOV 0 1 2016

Additional Comments: In May of 2015, my family (wife & daughter) and I moved to Paonia because of the agriculture, the outdoor opportunities. The healthy environment to live and raise our daughter in and to get away from the heavy truck traffic of Durango and Ignacio where oil and gas has changed the landscape permanently. I am a small business owner in Paonia that relies on outdoor tourism and a quality environment that

Signed

Scott D. Shishim
Print Name

8/8/16
Date

Signature

shishkabikes@gmail.com
Email Address

40847 O Rd Paonia, CO 81428
Street Address, City, State, Zip code

keeps tourists and locals cycling and using the roads and trails surrounding Paonia. I receive business all the way from Carbondale to Delta and between. I wish to see this area (NFV) grow economically, not from extractive industry, but rather from people continuing to use the land organically and in a way that can be done generation after generation. I want to be able to ride my bicycle on or off-road and not see, hear, taste, smell or feel the presence of any drilling equipment, oil and gas business, service roads, truck traffic, company housing etc... I wish to share this pristine outdoor experience with tourists and locals alike. I want my daughter to be able to experience this quality of life that we currently have when she is older and be able to share this with her children and her children's children.

As a new home owner on O road, just south of 'P' hill, our view is of the north sides of Lamborn Mtn & Landsend Mtn. I don't want to have our amazing view and tranquility spoiled. I am worried about the future value of our house if the landscape were to change due to oil and gas industry.

My family and I currently recreate on the roads around Hotchkiss, Paonia, Delta and Crawford. We camp at Erickson Springs, I have hiked on McDonald Mesa, hike on Kings Peak, cross country ski and picnic on Lone Cabin road. I am an Elk hunter as well and wish to keep the animals habitat as pure as possible. This valley has so much to offer a multitude of people, that it shouldn't be ruined at the expense of making short term profits. I support Alternative B1, the North Fork Alternative to preserve our current way of life. Thank you!

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*005460 11* *328 88p*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS NOV 0 1 2016
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological Instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _The pristine environment and the growing economy of the North Fork Valley will be irreparably harmed by oil & gas drilling. The alternative to drilling needs to be focused on agriculture, tourism, recreation, preserving our water, air & land - a SRMA for Jumbo Mountain will be a good start._

Signed,

_Margaret L. Shishim_
Print Name

_Margaret L. Shishim_
Signature

Date: _8/8/2016_

Email Address: _meerdog@tds.net_

Street Address, City, State, Zip code: _40001 Cedar Drive, Paonia, CO 81428_

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122867

6O 3   2⨍

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: I support a No LEASE option for the EMP. Hydraulic fracking is dangerous and irresponsible. why is it exempt from the clean air and water act. testing this land effects my physical of mental health it gives me - great anxiety. this is unnecessary of unfair.

Signed,

Print Name: Eric Silverman

Date: 8 - 8 - 16

Signature

Email Address: eric @ happybelly CSA.com

Street Address, City, State, Zip code: 725 colorado Ave, Paonia, Co 81428

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

Karen M Sinclair

Print Name

Date  9/24/16

Karen M Sinclair

Signature

Email Address  kmsinclair73@gmail.com

1483 2500 Road, Cedaredge CO 81413

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☐ A homeowner
☑ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

BRANDON SMITH
Print Name

8.27.16
Date

Signature

Email Address

P.O. BOX 371 PAONIA, CO 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122873



639 #

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. i am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☑ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☑ A resident | ☑ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _This is such a bad idea - making light of the North Fork Valley being the area with the largest concentration of organic farms in Colorado. This area can not be replaced. Why risk any of it? There is much you, the BLM, did not consider_

Signed,

_David Smith_
Print Name

_[signature]_
Signature

_191 Hwy 133  Paonia  81428_
Street Address, City, State, Zip code

_8/8/2016_
Date

_cb450mg@gmail.com_
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
## to
## BLM Uncompahgre Field Office
## Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  - ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  - ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☒ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta |
| ☐ A rancher | ☒ An Independent | County/NFV |
| ☒ A resident | ☒ A homeowner | ☒ Interested/impacted |
| ☒ A consumer of | ☐ A food business owner | citizen |
| NFV/Delta County | ☐ A scientist/geologist | ☐ Other |
| produce and meat and | ☐ A Realtor | |
| poultry | | |

Additional Comments: _INCREASED TRUCK TRAFFIC WILL DAMAGE ROADS AND PRESENT HAZARDS TO NORMAL TRAFFIC, PARTICULARLY MOTORCYCLES. MOTORCYCLING IS A POPULAR TOURIST ACTIVITY IN THE NORTH FORK SIGNIFICANTLY IMPACTING THE ECONOMY IN A POSITIVE WAY. TOURISM AND AGRICULTURE ARE OUR LIFE'S BLOOD. PLEASE DON'T RUIN IT_
Signed,                                                                    _FOR GENERATIONS TO COME._
                                                                          _IF YOU MUST LEASE_
_LINDA J. SMITH_                              _10-31-16_                    _PUBLIC LANDS,_
Print Name                                   Date                          _LEASE THEM_
                                             _facials @ paonia.com_        _TO WIND_
Signature                                    Email Address                 _AND SOLAR_
_230 5TH ST   PAONIA CO 81428_                                            _INSTALLATIONS._
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*574 JR*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I **am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other _grand parent!_

Additional Comments: _I am mainly concerned with the health and economic impacts fracking will have on my grandchild who is growing up in this valley! WE MUST PROTECT THE RIGHT of our children to A HEALTHY PLACE TO LIVE !_

Signed,

_MARY J. SMITH_
Print Name

_Aug 8, 2016_
Date

_Mary J Smith_
Signature

_msmith1932@paonia.com_
Email Address

_29932 J Rd.  Hotchkiss Co._
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own analysis, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☑ A Democrat | |
| ☑ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☑ A resident | ☑ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: NO RELEVANT RESEARCH HAS BEEN DONE BY BLM on Health effects! ~~MAJOR~~ MAJOR Scientists have warned against FRACKING NEAR Home and schools! You must do this research before giving out these leases!

Signed,

Print Name: MARY SMITH

Date: Oct 3 2016

Signature: Mary J Smith

Email Address: msmith1932@paonia.com

Street Address, City, State, Zip code: 29932 J Rd Hotchkiss CO 81419

Check out the research done by John Hopkins on impact on health! This is only ONE concern I have! What about our water? What about our air? What about recreation? Do your job!

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
## to
## BLM Uncompahgre Field Office
## Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☒ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☒ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: I'm very concerned, as is most of the citizenry here, that our life will be negatively affected with higher crime, more illnesses, more fatal accidents on hwy 133, lower realestate values, poor water quality, less tourism, and higher road repair costs. Too big of a risk to our self sustaining economy that's growing year to year here.

Signed,

Print Name: Richard Stockton Smith

Date: 10/31/16

Signature: Richard Stockton S

Email Address: 3sm@paonia.com

Street Address, City, State, Zip code: 230 5th Paonia, CO 81428

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

562 J/3

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ <u>Climate change impact</u>. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☑ Other

Additional Comments: _Ideally interested in real estate and development. Any drilling or fraking will impact my decission to shop else where. The impact is obvious from other states all negative impacts and decissions have negative long term side affects._

Signed,

Print Name _Alex Stanfill_

Signature _Alex Stanfill_

Date _9/8/16_

Email Address _stanfill.alex@gmail.com_

Street Address, City, State, Zip code _PO Box 754, Banning CA 92220_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122885

503 JL

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
　　☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
　　☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
　　☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
　　☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
　　☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
　　☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
　　☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
　　☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
　　☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
　　☑ BLM did not conduct a human health impact assessment.
　　☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
　　☑ BLM did not consider community source water protection plans.
　　☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
　　☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
　　☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
　　☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☒ A hotel/recreation business owner
☒ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

A N i e   S T A N l ~~

Print Name

Signature

Date  10 / 29 / 16

Email Address   swohunbelles@gmail.vom

Street Address, City, State, Zip code   171 LYXEN Lake RD NARROSbrrs, NY 12714

*mail your letter to:*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122888

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☒ An Independent | |
| ☐ A resident | ☒ A homeowner | ☒ Interested/impacted citizen |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Other |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | |

Additional Comments: DON'T LET WHAT HAS HAPPENED IN BRADFORD & SUSQUEHANNA COUNTIES (PA) HAPPEN IN THE NORTH FORK VALLEY.

Signed,

NOROLAN STARR

Print Name

_____

Signature

23 RIVER EDGE DR.   BEACH LAKE PA 18405

Street Address, City, State, Zip code

Date: 10/22/16

Email Address: NOROLAN.STARR@VERIZON.NET

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment  399 &&p
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. i oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☒ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☒ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☐ A resident | ☐ A homeowner | ☒ Interested/impacted citizen |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Other |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | |

Additional Comments: _DO NOT DESTROY WHAT IS LEFT OF THE BEAUTY OF THE UNITED STATES_

Signed,

Print Name: _RITA G. STEPHONS_

Date: _10-15-16_

Signature: _Rita A. Stephens_

Email Address: _○_

Street Address, City, State, Zip code: _6200 OREGON AVE #218, WASHINGTON D.C. 20015_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☑ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☑ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☐ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: _I visit my niece in Crawford and do not want to see her quality of life decline. The North Fork Valley is_

Signed,

_RITA C Stephens_                    _September 20, 2016_
Print Name                           Date

_Rita Stephens_                      _NA_
Signature                            Email Address

_6205 Oregon Ave NW Washington. DC 20015_
Street Address, City, State, Zip code

_One of the most beautiful pristine places I have ever seen in my 87 years. Please keep it protected._

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

413 88P

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☑ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☑ A resident | ☑ A homeowner | |
| ☑ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☑ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: _Public lands belong to all of us and must to preserved._

Signed,

Print Name: _Marion Conger Stewart_

Date: _Sept. 27, 2016_

Signature: _Marion C. Stewart_

Email Address: _Paulmarion@tds.com_

Street Address, City, State, Zip code: _P. O. Box 787, Paonia, CO 81428_

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

514 ZB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☒ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☒ A hotel/recreation business owner
- ☒ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _____
_____
_____

Signed,

JAMES A. STRATTON
Print Name

_____     10/29/16
Signature               Date

52 SECOND AV., NARROWSBURG NY 12764
Street Address, City, State, Zip code

_____
Email Address

*Mail your letter to:*

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☒ An organic farmer | ☐ A Republican | ☐ A hotel/recreation |
| ☐ A conventional farmer | ☐ A Democrat | business owner |
| ☐ A rancher | ☒ An Independent | ☐ A tourist/Visitor to Delta |
| ☒ A resident | ☒ A homeowner | County/NFV |
| ☒ A consumer of | ☒ A food business owner | ☒ Interested/impacted |
| NFV/Delta County | ☐ A scientist/geologist | citizen |
| produce and meat and | ☐ A Realtor | ☐ Other |
| poultry | | |

Additional Comments: _Moved to the valley to start an organic farming business. The proposed area is behind the property. If a well is drilled my business would suffer, my property value would plummet, and my resources would be put at risk. I would be forced to move._

Signed,

Print Name: Brian Stratton

Date: 7/29/16

Signature:

Email Address: BrianCStratton@Gmail.com

Street Address, City, State, Zip code: 33895 Fruitland Mesa rd. Crawford, CO 81415

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005461 22      3278P

# BLM Uncompahgre Field Office
NOV 0 1 2016

# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: I am a Paonia resident for 28 years. I feed my home + 22 acre _____ organic hay farm _____. I also sell organic fruit from trees on my property.

Signed,

MICHAEL STRAUB
Print Name

Date  5/9/18

Michael Straub
Signature

mainsheetmike @ yahoo.com
Email Address

37441 Back River Rd. Paonia Co. 81428
Street Address, City, State, Zip code

My Family & I have worked 28 years to improve our home & farm. The value of this part of my soul is at Risk with the possibility of Drilling in the North Fork Valley. My Property Value could be severly lowered. I do not want that risk. I have nothing to gain by the oil & gass industry polluting the water & air in this Pristeen area.

Please consider the many Homes that would suffer from this decision. Plan A-1 is the recommended alternative I pray you will choose.

Michael Straub

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

NOV 0 1 2016

349

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
　☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
　☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
　☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
　☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
　☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
　☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
　☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
　☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
　☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
　☑ BLM did not conduct a human health impact assessment.
　☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
　☑ BLM did not consider community source water protection plans.
　☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
　☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
　☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
　☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☒ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☐ A resident | ☐ A homeowner | ☐ Interested/impacted citizen |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☐ Other |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | |

Additional Comments: _I Have farmed Organic Hay in the north fork valley for 28 years. I also custom the Hay all over the Nort in the Paonia area a ti——— Clean water to ——_

Signed,

_MICHAEL STRAUB_
Print Name

_7/8/16_
Date

_Michael Straul_
Signature

_mainstreetmike@yahoo.com_
Email Address

_37411 Rock River Rd. Paonia Co, 81428_
Street Address, City, State, Zip code

_Clean water is vital to my livelyhood. My Hay customers come from as far as Santa Fe new mex. also arizona, and Parker co. I would not be able to farm organically with contaminated water. The Fracking lease sites are all connected to my water shead. Air quality is also critical to my health. I suffer with asthma + the Benzene + methane gas from the wells + storage will effect my breathing. I Pull a 14" swather over the Paonia area sometimes on Hy 133. Truck traffic would make is very dangerious. Please don't allow drilling in this beautiful_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

_Valley. Please consider Plan B-1 on the leasing alternative. Thank you Michael Straul_

BLM_0122903



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☑ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _Water quality is essential to my organic Hay Production. I have Everything to lose if the water is contaminated_

Signed,

MICHAEL STRAUB
Print Name

9/20/18
Date

Michael Straub
Signature

maunsheetmike @ yahoo. com
Email Address

37491 Back River Rd Paonia Co 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122905

607

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in the region. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☒ An Independent | ☒ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☐ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: As an RV'er, we are all over the country — air, H2O and community care all but disappeared — please keep part of our earth pristine, uncluttered.

Signed,

Print Name: KATHY C. Sullivan

Date: 9-26-16

Signature: [signature]

Email Address: KCSullivan2@hotmail.com

Street Address, City, State, Zip code: 14489 N. 89th Dr. Peoria, Az. 85382

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005441

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
   ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
   ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
   ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
   ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
   ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
   ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
   ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
   ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
   ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
   ☑ BLM did not conduct a human health impact assessment.
   ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
   ☑ BLM did not consider community source water protection plans.
   ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
   ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
   ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (885,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
   ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other

Additional Comments: _We are home gardeners and grow an abundant amount of our own food - we have to water with CITY WATER - please do not ruin it_

Signed,

Print Name: _Sherrion Taylor_

Signature: _S. Taylor_

Street Address, City, State, Zip code: _570 3rd St, #1056_
_Paonia, Co 81428_

Date: _10-4-16_

Email Address: _(Sherrion Taylor) Sherrion8@gmail.com_

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122909

645 22

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer *gardener*
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: Please no fracking in the North Fork Valley - Period. Our Livelyhood depends on clean air's water - think of the future of our children.

Signed,

Print Name: Sherron Taylor

Date: 8-8-16

Signature: St. Tayl

Email Address: Sherron8a gmail.com

Street Address, City, State, Zip code: 510 3rd St.
PO Box 1056
PAONIA Co. 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122911

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**
    ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: This is a special valley with Age-old ___ Orchards. We don't want our water, air, & land polluted. Oil/gas drilling could ruin this special food shed. Keep it out. Do not poison our valley!

Signed,

Print Name: Jamie Teer

Date: 8-8-16

Signature: Jamie Teer

Email Address: darkteer@gmail.com

Street Address, City, State, Zip code: 330 Main St. Paonia CO 81428

Ruining this food shed would effect all major cities in Colorado. Top Chefs love & pay top dollar for our organically produced foods. Drilling & Fracking could ruin the livlihoods of all farmers & ranchers here. I moved here to grow food in a fertile land. Find places to drill/frack far from food sheds. I vote No Gas/Oil Leasing. Stop being greedy. Think about future generations. They deserve clean water, clean air. We need to maintain a healthy environment for big game, the elk, deer, bears. Protect Big Game. Please & Thank You.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose. This BLM drilling would decrease real estate market value in the NorthForkValley. Our Economy just started growing. Drilling/Fracking would inhibit growth.

BLM_0122913

005436

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other _Fruit farmer_

_in Delta Co. NFV for 32 yrs._

Additional Comments: _I have lived & loved the NFV for 42 years as a farmer & one who enjoys nature here. Please change your plan & save the water, air and life style here._

_+ X,_
_Bill_

Signed,

Print Name: BILL TEMBROCK

Date: 16 oct. 16

Signature: Bill Tembrock

Email Address:

Street Address, City, State, Zip code: 11092 3300 Rd. Hotchkiss, CO 81419

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment      382 88p

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☑ Other _retired school teacher_

Additional Comments: _We have lived here for over 40 yrs. It seems to me that the negative impacts of leasing for oil and gas development far out weigh the good. There are so many promising and positive things going on in the NFV now. We cannot risk ruining those ventures or the beauty we have been given here. I am also concerned about water contamination and air pollution._

Signed,

Print Name: _Kathleen A. Tembrock._

Date: _Oct. 17, 2016_

Signature: _Kathleen A. Tembrock_

Email Address: _kbtembrock@tds.net_

Street Address, City, State, Zip code: _11092 3300 Rd. Hotchkiss CO 81419_

In the alternative plan, the Jumbo Mt. area is excluded so it can be used for biking and hiking. I very strongly support that B-1 alternative. Thank you for removing the possibility for lease for oil and gas in the NFV the last two years. Please continue to do the same. It is not necessary to lease all the land available for oil and gas.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
    - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    - ☑ The North Fork valley has the highest concentration of organic farms in the world. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    - ☑ BLM did not conduct a human health impact assessment.
    - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    - ☑ BLM did not consider community source water protection plans.
    - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
    - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: *The North Fork Valley B-1 alternative is the alternative the BLM should choose as the preferred alternative. The food growing resource that the NFV offers is far more important to our country than the oil and gas resource in the NFV.*

Signed *GThompson*

Print Name *Greg H. Thompson*

Signature

Date *August 8, 2016*

Email Address *teamthompson1@hotmail.com*

Street Address, City, State, Zip code *40249 Swanson Rd, Paonia, CO 81428*

*Preserving and protecting the water and air in the North Fork Valley is vital. I am an organic farmer (fruit + grapes) above Hwy 133 in what was previously the Stahl and Swanson orchards.*

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

$646 f_2$

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _I want the BLM & the oil & gas industry to leave the North Fork Valley untouched, to leave ~100% built no oil & gas leasing, especially no fracking. Our community - like many others - is a pristine, undeveloped paradise where people retreat to regain the high quality of life we once had &_

Signed,

_Kathy Thompson_                                   _8/8/16_
Print Name                                              Date

_Kathryn F. Thompson_                  _KThompson2898@gmail.com_
Signature                                              Email Address

_40249 Swanson Rd., Paonia CO_
Street Address, City, State, Zip code          _81428_

_all over_
_↗ in America. We've been brainwashed into thinking we need to produce unprecedented amounts of oil & gas in the U.S. in order to be less dependent on other countries for oil. It simply isn't true — we need to ~~go~~ embrace a fossil fuel free economy - be on the cutting edge of developing renewable energy alternatives._

_The pollutants created by oil & gas activity have caused devastating health effects on cities in the West in Parachute, WY, Rifle, CO; and now in Denver, and elsewhere on the East Coast in ~~Pit~~ Pennsylvania & in Texas. No MORE! Will you stop only ~~be  at~~ after we've all died from respiratory failure & other diseases caused by the poisons the oil & gas industry are putting into our food, air, & water resources. NOT Here, Not Now, Not Ever — Please have a conscience & Vote No Leasing in_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

_the NFV_



# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☒ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☐ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: _Enough! BLM must stay out of this fertile and pristine environment!_

Signed,

Print Name: _Mary Tigerwright_

Date: _10/20/2016_

Signature: _[signature]_

Email Address: _mtigerwright@gmail.com_

Street Address, City, State, Zip code: _4045 Ammons Ct, Loveland, Co 80537_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

6 19 2B

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

Signed,

Tricia Tittle

Print Name

*[signature]*

Signature

42877 Hicklin Valley Dr   81428

Street Address, City, State, Zip code

9/24/16

Date

hakatai@hotmail.com

Email Address

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122925

38888p

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment  *recieved 9/8/16*

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☐ A homeowner
☐ A food business owner
☒ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☒ Other

Additional Comments: _I would not want fracking in_
_the North Fork Valley. It will destroy our_
_water and food. Please don't._

Signed,

Print Name _Joseph Tomei II_

Date _9/3/16_

Signature _Joseph Tomei II_

Email Address

Street Address, City, State, Zip code _38362 Hwy 133   Hotchkiss co  81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other _RN - FNP_

Additional Comments: _I have been a nurse for over 55 years and have cared for miners, ranchers, farmers and individual with chronic illnesses associated with industrial contaminated water and air — we cannot afford the health care costs of this rapidly growing population who have been affected by uncontrolled fracking + oel drilling_

Signed,

_Marjorie True_
Print Name

_Marjorie True_
Signature

Date _10-3-2016_

Email Address _marjorietrue@yahoo.com_

Street Address, City, State, Zip code _12770 Roeber Rd Paonia CO 81428_

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

*(handwritten: 1033)*

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122930

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: Unacceptable to threaten our public health, quality of the recreation conservation food shed water shed agriculture. after an accident it is too late.

Signed,

Print Name: MAY M. TRumble

Date: 8 Aug 16

Signature: May Trumble

Email Address: blue.bark.forrest@gmail

Street Address, City, State, Zip code: 39417 Pitkin Road, Paonia Co 81428

We have the most beautiful valley, most organic food, most testing + research being done biodynamically, permaculture, sustainability going on, We cannot afford to have our Valley ruind by gas + oil development. Thank you

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

01918·P·

BLM, Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I am writing as a citizen of Paonia to request that you choose a No-Leasing Alternative rather than subject my home to the devastation of industrial energy development. I attended some of the many meetings and work sessions where the North Fork Alternative was created, and can attest to the time, effort, and dedication that went into producing it. The NFA is the work of committed citizen volunteers who care so deeply about protecting the home territory they love, that they spent literally hundreds of hours of volunteer time writing it. The NFA enumerates and describes the resources we wish to protect, and contains much of the "substantive" commenting that you require. But in light of emerging science on the consequences of hydraulic fracturing and related technologies, the NFA doesn't quite go far enough (I am including a form statement from Citizens for a Healthy Community as part of this letter), and the only leasing plan I can agree with is No Leasing.

I value the preservation of all public lands and the uses they provide to my neighbors and wildlife. So the following list of BLM land uses that directly benefit me is not necessarily complete:

- My domestic water source is the Pitkin Mesa Pipeline Company, whose developed springs on the mesas north of Paonia would be affected by spills and runoff from energy development areas north of town.
- My irrigation water comes from the Roatcap Creek drainage (Robbins Ditch), whose headwaters are deep in a section of BLM that would be developed under your preferred alternative. Industrial activities are inappropriate for water drainages.
- The abiding appeal of my home property is the Lamborn/Land's End view shed. My home would lose value if the view became marred by the dusty scars, lights, machinery, pipes, and tanks of industrial development on the flanks of these beautiful mountains.
- A recent article in the High Country News describing the intensely developed area of the Four Corners region stated that "If you live on the edge of (an area with energy development) your air will be affected." My home is on the edge of a lot of BLM acreage that would be developed under your preferred alternative. There is baseline air sampling data for my neighborhood, so I am prepared to demonstrate that a decline in air quality is the result of industrial development.
- We hunt in season on our property for elk, deer, and turkey. It seems obvious that these animals take refuge, reproduce, feed, and travel through the many public lands to the north of Pitkin, Stucker, and Garvin Mesas. We

enjoy watching the many other animals that use public lands, as they visit our yard.

- My favorite recreation activity is whitewater boating.  Both the North Fork of the Gunnison and the Gunnison provide fantastic boating opportunities.  I believe these are largely "undiscovered" rivers, and that there is great potential for developing a tourism perk based on this low-impact type of fun.  An enjoyable river float is incompatible with industrial development.  Please allow our economy to build on our recreation resources rather than the consumptive and permanently destructive land use of energy development.

My husband chose Paonia for his retirement home 20 years ago because of the sheer beauty, abundant wildlife, and quiet.  When I joined him here 6 years ago, I fell in love with the scenery, the rivers, the local food, and above all, the quiet.  We are both veterans of multiple-decade careers in noisy cities.  Since I've been in Paonia, I've seen many retirees choose to live here because of these qualities.  I have come to believe there should be wholesome, quiet, clean, safe places for people to retire, where they can enjoy their remaining years in peace.  I have seen energetic retirees pour their enthusiasm into local non-profits, donating hours and money to worthy causes like the arts, animal welfare, the ambulance service, the local water utilities, schools and churches.  My husband and I kept three local families employed for a year when we remodeled our home.  We spend nearly $60K of a pension from California every year entirely in Delta County, and pay plenty of state and local taxes.

Retirees make exceptionally good neighbors.  If a plan is adopted that resembles BLM's preferred alternative, the place we call home would be transformed into an industrial site replete with the noise and pollution we fled cities to avoid.  We would probably be willing to sell our home at a loss to find another place not as threatened, where citizens and government could work together to maintain wholesome and livable qualities.  We truly hope we do not have to move.  We recognize that once the land around us is leased, there is nothing we can do to mitigate the ensuing devastation that mining natural gas will cause.  We expect you to take a No-Leasing Alternative into serious consideration, or at the very least, adopt the North Fork Alternative.

I would also like to respectfully request that BLM give equal consideration to all letters submitted by citizens concerned about energy development.  There are many here who care deeply, but do not have the wherewithal to write original letters full of specific documentation.  Many of us have demanding jobs and families to care for, and not a lot of free time.  Form letters and letters with sections copied from stock wording provided by local conservation groups should count, because they are a reflection of our trust in the efforts of these groups.

Thank you for your consideration,

Joli Souie

39102 Pitkin Rd

Paonia, CO 81428

BLM_0122934

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,

- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122935

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____

Signed,

_JOLI SOULE_
Print Name

_10-25-16_
Date

Signature

_sandyriverbelle@gmail.com_
Email Address

_39102  Pitkin Rd, Paonia, CO 81428_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

The Future of the North Fork Valley Is At Stake - Citizens for a Healthy Community                    10/22/16, 2:41 PM



HOME    ABOUT US »    NEWS    TAKE ACTION! »    FACTS & RESOURCES    RMP INFORMATION    BULL MOUNTAIN INFO    EVENTS

# The Future of the North Fork Valley Is At Stake



## Your Voice Is Needed Loud and Clear By November 1 To Protect The North Fork Valley Air, Water and Foodshed

Please submit the following letter to BLM. Filling out the form below will submit the included comment letter directly to the BLM. Thank you for your support!

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** *

✓ I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**

BLM_0122937

The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

**Date**   10-29-16

**Name** *   LINDA TALBOTT

**Email Address** *

**Phone Number** *   970 361.0992

**City** *   PAONIA

**State** *   CO

**Zip** *   81428

**I am:** *
- An organic farmer
- A conventional farmer
- A rancher
- ☒ A resident
- A consumer of NFV/Delta County produce and meat and poultry
- A Republican
- A Democrat
- ☒ An Independent
- A homeowner
- A food business owner
- A scientist/geologist
- A Realtor
- A hotel/recreation business owner
- A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- Other

Check all that apply

**Additional Comments**

**Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** *

Clear

BLM_0122938

*Linda C. Talbott*

## reCAPTCHA

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

*Search for:*   Search

Citizens for a Healthy Community | PO Box 291 | Hotchkiss, CO 81419 | 970-399-9700 | Designed by Christy Eller | Copyright Citizens for a Healthy Community

BLM_0122939



Penny Sutton
P.O. Box 461
Paonia, Co 81428

GRAND JUNCTION CO 815
28 OCT 2016 PM 4 L

UNCOMPAHGRE FIELD OFFICE
RECEIVED
OCT 31 2016

UFO Draft RMP/Uncompahgre
2465 Townsend Ave.
Montrose, Co 81401

BLM_0122940

P.O. Box 461
Paonia, Co 81428
Oct. 29, 2016

0233
8 p.

To UFO Draft RMP/Uncompahgre Field Office

I share the concerns we have about our agriculture, water, roads etc., but I will express to you my personal view of what it would mean to our valley if oil and gas development takes place.

My husband and I moved to Paonia in 1971. We had a producing apple orchard, built our house, raised two sons, and owned a preschool and child care center for 40 years. We made our home in the North Fork Valley.

In addition to the likely damage to our local agriculture and water supply — and probably roads — the influx of a work force of people seeking temporary jobs would alter the character of our small town community. We live here, because we love it here. People who may arrive for the work wouldn't be settling here to make a home.

Please consider the people who are business owners, homemakers, farmers, ranchers — please consider the people who are citizens living in the North Fork.

Please include the proposed actions in the NF alt., B1 in the final RMP. These proposals have been put forth by the people who live here and love living here.

Sincerely,
Penny Settlow

BLM_0122941

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

_____        _____
Print Name                                              Date

_____        _____
Signature                                               Email Address

_____
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401                    10/26/2016

                                     Peter McCarville
                                     41888 Cottonwood Creek Rd
                                     Crawford, CO 81415
                                     970-921-3867

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I have labored over this letter since the comment period opened in June. It is a letter that I have been drafting since the release of the BLM Preferred RMP.

I cannot disagree with BLM more in their selection of their preferred draft RMP. I struggle to find the words of disappointment as well.

As a farmer/rancher who has lived in the Crawford area for over 22 years, and in CO for 36 years, I run an organic farm. That not only provides food for my family but also for hundreds of other families on the western slope.

As a husband, my wife and I have set up a beautiful lifestyle and home in the Crawford area.

As a father I have raised a daughter in a rural setting. She appreciates and values this lifestyle and wishes to return after college to build her life in the Valley.

As a civically involved person, I helped start and operate the West Elk Search & Rescue. I have been on boards of non-profits. I have helped with numerous civic projects such as development of the NF Community Montessori Public School.

As a geologist, I have offered educational classes to the community, to teachers and citizens of this community to help them have a deeper understanding of the local landscape and how it came to be. I have also brought tourism to the valley in the form of Food and Wine vacationers, and professional geologists wanting to learn about the local geologic story. I am also a geologic consultant in the area.

As a geologist, I know that the impacts are more than just fracking. The county would be adversely impacted well before the companies ever got to the fracking stage (ie production). Just take a look at a Google Earth photo of Animas or Garfield counties. It is disgraceful what has occurred, Roads, dust, noise, habitat fragmentation, etc., are just the beginning and will occur even if no production occurs.

BLM_0122944

Looking at the checkerboard of BLM properties in Delta county, and beyond, one realizes that the impacts of the exploration phase, alone, would be larger than if it were confined to a limited area where contiguous BLM land exists. Unfortunately this is not the case. In the North Fork alone, the appx. 33000 acres that would be on the leasing block are on around 20 parcels. The roads, lights, traffic just in the exploration phase would be untenable.

And what is most disturbing is that as a geologist I am well aware of the likelihood of finding oil and gas on most of those parcels. It is extremely low to non-existent. Most of the Mancos in this area is over mature due to a combination of magmatic intrusives and shallow burial, and hence being outside of the Time-Temperature-Index (TTI) window.  I think BLM is aware of this and, unfortunately, is driven to perform its mandate, which is to LEASE.

I have fallen in love with the North Fork Valley over the last 22 years while living here, made it a better place by being the steward of two different properties in that 22 years.  Not all love affairs have to end. However, the current BLM preferred RMP would end that love affair by drastically changing the county for the worse

My attached public comment form expresses my detailed opinions of what BLM must do for the new RMP. I support the No-leasing Option as stated in the attached papers.

Sincerely   *Pat McCarville*

Peter McCarville
P.G., Crawford, CO

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☒ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☒ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _See attached letter_

Signed,

Print Name _Peter McCarville_

Signature _Pat McCorll_

Street Address, City, State, Zip code _41888 Cottonwood Creek Rd. Crawford, CO 81415_

Date _10/26/16_

Email Address _Peter-mccarville@gmail.com_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

0237

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☒ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: The Salt Lake Tribune — made comments on Fracking — The BLM office

Signed,

Print Name: Michael Orpi

Signature: Michael Capi

Street Address, City, State, Zip code: 10642 3500 Rd Hotchkiss Co 81419

Date: Oct 25 2016

Email Address: olambchop@yahoo.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



*All of these*

## Socio-Economic values that are enhanced by non-industrialized public lands

The U.S. Bureau of Land Management should ensure that management of the North Fork Valley's public lands do not harm, but rather enhance, the economic opportunities that exist in the North Fork Valley by working to maintain the area's current character, visual and scenic resources, clean air and water, non-industrialized public lands and recreational trails and access.

The North Fork Alternative (B1) goes the furthest of the alternatives in the draft Resource Management Plan to provide protections that enhance the following inputs into the North Fork economy.

### Trails-based and River Recreation
Colorado is emerging as a leader in the recreation economy, and both nonmotorized (i.e. hiking, trail running, mountain biking, etc.) and motorized (snowmobiling, jeeping, etc.) trail-based recreation on Colorado's public lands contribute millions of dollars into local economies. River recreation is a growing opportunity in the North Fork, one being increasingly prioritized by area communities and stakeholders. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area.[1]

### Hunting and Angling
Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The North Fork Alternative would prohibit any surface occupancy in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.[2]

### North Fork Valley Festivals and Events
Festivals and events, including agritourism-related activities like the *West Elk Wine Trail*, farm-to-field dining, car, bike and motorcycle rallies, races, and groups rides, community festivals (like Cherry Days, the Harvest Festival, Pioneer Days, Sheep Camp Stock Dog Trials in Hotchkiss) rely in part on the characteristics provided by the small town atmosphere and undeveloped public lands in and around our valley. The North Fork Alternative prohibits leasing and development on the edges of towns and away from farms and residences, schools, parks, and community facilities.[3]

### Windshield Tourism
The North Fork Valley sits at the very heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character, called "the closest you can come to a wilderness experience in a passenger car." Oil and gas development could jeopardize the scenic qualities of the area. The North Fork Alternative includes the strongest protections for the Valley's scenic features.[4]

---

[1] "Colorado emerging as a national leader in developing a recreational-based economy," Denver Post June 5, 2016
"The Economic Value of Quiet Recreation on BLM Lands: Colorado," Pew Charitable Trust fact sheet,
www.pewtrusts.org/~/media/assets/2016/03/wli_co_quietrec_final.pdf?la=en.
[2] "Big game hunting pours massive money into state, regional economy," Glenwood Springs Post Independent, October 25, 2015
www.postindependent.com/news/local/big-game-hunting-pours-massive-money-into-state-regional-economy/. "Colorado Parks & Wildlife 2016 Fact Sheet," at http://cpw.state.co.us/Documents/About/Reports/StatewideFactSheet.pdf
[3] "Annual Festivals & Events," North Fork Visitors Guide, at www.northforkvisitorguide.com/annual-festivals--events.html. Behind the Vines: Stone Cottage Cellars, 5280 Magazine, June 30 2016 at www.5280.com/digital/2016/06/behind-vines-stone-cottage-cellars
[4] "Scenic Byways of Colorado: West Elk Scenic and Historic Byway," GrandCircle.org at http://www.grandcircle.org/scenic-byways/scenic-byways-of-colorado/324-west-elk-scenic-and-historic-byway

2

## Agritourism

Agritourism relies on a character inherent in the place, the North Fork Valley in this case, which is home to the West Elk Wine region and has been called America's Provenance, Colorado's Farm-to-Table Capital, and other laudatory titles. That character would be jeopardized by industrialization that accompanies oil and gas development. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.[5]

## Farming, Ranching and Food-based Enterprise

Agriculture remains the dominant force in the valley, known for its concentration of organic and sustainable farms, orchards, and ranches. The brand that food-based enterprise already in the North Fork Valley relies on is its reputation for high quality, organic or natural products. This North Fork brand has been acknowledged widely throughout the state and region, including in a recent federally funded economic study for Delta County completed by Better Cities. [6] Impacts to agriculture from the management of nearby and adjacent public lands, which include water conveyances for, lie upslope, and otherwise directly impact farms and private lands from oil and gas development poses a legitimate concern and potential, if uncertain, threat.

## Creative Industries

The North Fork Valley is an emerging hotspot for the creative industries—from musicians and poets, founders, sculptures and glassblowers, to authors, playwrights, photographers and painters—and is Colorado's only rural state-designated Creative District. The agricultural roots and bucolic character of the valley are primary components of what makes the North Fork a uniquely inspirational base for a growing creative community.[7]

## Footloose Economy

Economic activity that follows quality-of-life cannot not be understated in quantifying value of nearby public lands. This is especially true for the North Fork, due to the outstanding opportunities to access top quality public lands and the spectacular backdrop these lands provide our community, paired with the other initiatives happening in the valley. This includes current efforts to bring a food enterprise hub, new educational facilities, and gigabyte speed broadband. Combined these efforts at economic development can continue to attract consultants, start-up entrepreneurs, educators and students, creative industries such as photography, art, design, and music, tele-commuters, and many other of the self-employed—all drawn to the area's high quality of life, rural and healthy environment, and adjacent non-industrialized public lands. The North Fork Alternative goes furthest in protecting and maintaining these features.[8]

## Real Estate

Real estate sales in the North Fork Valley continue to be driven be those seeking a rural, non-industrial, and agricultural lifestyle. "The argument repeated many times was that gas development on public lands this close to organic farms and wineries who are marketing the healthy setting and perceived purity of their production as well as the product itself, is incompatible and would result in the federal government willfully vandalizing a local economy. A group of area realtors filed a joint protest that echoed this thought." [9]

[5] "Agritourism in the North Fork Valley Is Blooming," Slow Food Western Slope, July 18 2014 at http://slowfoodwesternslope.org/agritourism-in-the-north-fork-valley-is-blooming/. "Agritourism," Delta County Tourism Cabinet, at http://www.deltacountycolorado.com/about/agritourism.aspx
[6] "Shale Development and Agriculture, Agricultural and Applied Economics Association," 2014 at http://www.choicesmagazine.org/choices-magazine/theme-articles/is-the-natural-gas-revolution-all-its-fracked-up-to-be-for-local-economies/shale-development-and-agriculture. "Economic opportunities lie in ag, tourism and manufacturing," Delta County Independent, August 25, 2015.
[7] "Supporting the Creative Industries of Colorado's North Fork Valley," North Fork Valley Creative Coalition at http://northforkcreative.org/
[8] "Understanding the Recreation Economy on Nearby Public Lands," Headwaters Economic white paper, November 2014 at http://headwaterseconomics.org/public-lands/insights-understanding-the-recreation-economy/. "Colorado: Assessing the Economic Value of Public Lands," OurPublicInds.org at www.ourpubliclands.org/public-lands-report-co. "Western Public Lands," Wilburforce Foundation, September 2014 at www.wilburforce.org/files/western-lands-messaging-report/at_download/file
[9] "BLM Deadline Passes – The Valley Waits to See Results of Protests," Merchant Herald, December 2012 at www.merchantherald.com/blm-deadline-passes-the-valley-waits-to-see-results-of-protests/

BLM_0122951

Oct 25 2016

BLM    UFO Draft RMP/
Um compahgre field office.

1. Please do not close our Trails based
River Recreation

2. Hunting & Angling Public Lands Trails Roads

3 North Fork Valley Festivals & Events

4 Windsheild Tourism
5. Agritourism
6. Forming & Ranching food based enterprise
7 Creative Industries
8. Footloose Economy
9. Real Estate

Michael Ohi

BLM_0122952

BLM_0122953

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☑ A Republican
☐ A Democrat
☐ An Independent
☑ A homeowner
☑ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _see attached letter_

Signed,

Print Name: Jonah N. Ross

Date: 10/31/16

Signature: Jonah N. Ross

Email Address: allloveForjesus777@gmail.com

Street Address, City, State, Zip code: 208 main st Paonia, Co 81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

To: UFORMP,

10-31-16

I am writing you today in concern
of the leasing of our public lands
for the extension of Natural Gas
through the method of Fracking. Delta
county has been my home for many years.
I am a farmer of organic food and engaged
in my community in general. I plan to
raise my family here in Delta, CO because
of the beauty and pristine nature of
our Valley. Agriculture is one of the
foundations of many peoples livelyhoods here,
along with hunting & fishing & other recreations
bringing in tourism & outside visitors to
our Valley. I firmly believe thoroughly in
research, if the leasing of our public
land for fracking occurs it will (I clearly)
degredate our environment + the quality
of life we enjoy here. Delta county
produces many goods necessary for life,
not just for people who live locally,
but for many other people in the
Greater Colorado Area or abroad, as
the Nation. The benefit of our landramahy
prestine for agriculture + farming far
outweighs the benefit of using our lands
for leasing to outside companies

for the short term prodution of cheap energy in the form of Natural Gas. Thank you for your service to our communities through the position you hold. your decision on this matter will Greatly effect the Future of this Area of our beautiful western slope we all call home. In our decisions as stuards of this earth we must not only make decisions based upon current needs, but the Future needs of our children + their childrens children and life's the will live + hopefully enjoy.

thanks,
Jonah N. Ross

548 Jb

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☑ A hotel/recreation business owner
☑ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

Kari Van Hoven
**Print Name**

Kari Van Hoven
**Signature**

Box 315 WP Co 80482   164 CR 8035 Fraser Co 80442
Street Address, City, State, Zip code

9/25/16
**Date**

Jockridehj@gmail.com
**Email Address**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122959

595 7 b

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122960

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☑ An organic farmer
☑ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☑ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: The short-term economic benefits of oil and gas are outweighed by the potential impact to the long term economic sustainability of an established economy of farming ranching, fishing, and hunting.

Signed,

Print Name: CHRISTOPHER P VAOS

Date: 8/29/16

Signature:

Email Address: ChrisVaos@gmail.com

Street Address, City, State, Zip code: 34091 B25 ROAD CRAWFORD, CO 81415

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

594 ½



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
    ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    ☑ BLM did not conduct a human health impact assessment.
    ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    ☑ BLM did not consider community source water protection plans.
    ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
    ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☒ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

Print Name _Sarah Vaos_

Signature _S Vaos_

Date _8-29-16_

Email Address _____

Street Address, City, State, Zip code _34091 B25 RD   CRAWFORD, CO 81415_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

005439 22

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☒ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☒ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☒ Other

Additional Comments: The public land is why I moved here. It is untouched & clean & beautiful. I spend most of my free time here. I also gather herbs & food from the wilds & would be devastated if it were open to leasing & the quality of life & health of public land is destroyed & permanently damaged. We should be doing everything we can to protect this sacred land and community that cherishes it.

Signed: Kirby M Wade

Print Name

Signature: Kirby Wade

Street Address, City, State, Zip code: PO Box 861 Paonia CO 81428

Date: 10/3/16

Email Address: Kirbymwade@yahoo.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,

- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _Please adopt a no-leasing alternative and preserve the air, and ground water quality of the NF Valley._

Signed,

_BRAD WALLIS_
Print Name

_Brad Wall__
Signature

_169 Ridgway Hill Rd, Ridgway CO 81432_
Street Address, City, State, Zip code

_10-25-16_
Date

_grandcanyonwally@yahoo.com_
Email Address

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122968

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ Climate change impact. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

Signed,

Print Name: Allison Ward

Signature: _____

Date: 10-29-16

Email Address: madamefortuna@gmail.com

Street Address, City, State, Zip code: 151 Delaware Drive  Narrowsburg NY 12764.

mail your letter to:

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☑ Other _Artist_

Additional Comments: _____

_____

_____

Signed,

_Janet Warne_
Print Name

_8/12/16_
Date

_Janet Warne_
Signature

_____
Email Address

_191 E. Hotchkiss Ave, Hotchkiss Co. 81419_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122971

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑  Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑  **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☒ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: IF WE ARE TO CONSIDER THE LARGEST PERCENTAGE OF IMPACTED PEOPLE, THAT WOULD BE OUR FUTURE GENERATIONS! WE MUST STOP THIS EXTREME EXTRACTION NOW AND MAKE THE DIFFICULT TRANSITION TO RENEWABLES NOW.

Signed,

KARL WAGNER
Print Name

10 29 16
Date

KARL WAGNER
Signature

KARLWAGNER@GMAIL.COM
Email Address

290 HIGHBRIDGE ROAD MILLANVILLE PA. 18443
Street Address, City, State, Zip code

mail your letter to:

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
## Draft Resource Management Plan/ DEIS
## Public Comment

NOV 0 1 2016

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife

I am: [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ interested/impacted citizen
☐ Other

Additional Comments: Analysis does not consider the turn of economic values (ie quantify) from coal driven economy, to agriculture, agri-tourism, recreation, real estate etc. over geo alternative.

Signed,

Date: Aug. 8, 2016

Print Name: Andree Wang

Signature: Andree Wang

Email Address: awangwestslope@gmail.com

Street Address, City, State, Zip code: 39181 L75 Rd. Paonia, CO 81428

⭑ What specifically - q in numbers would the impact of having oil & gas development / leasing on our changing economies in the North Fork Valley.

- Yes for Special Rec. Mngmt. Area Alt. B.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

597

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _We moved from the front range in 2015 to the North fork Valley for the air quality, the availability of N sane ve stables and the peacefulness. Our property borders BLM land so we are very concerned about this proposal. This proposal will have a significant impact on both the economy and climate change._

Signed,

_ELAINE WATERS_
Print Name

_8/29/16_
Date

_Elaine Waters_
Signature

_ELAINE.WATERS@COLORADO.EDU_
Email Address

_37646 Polson Rd. Crawford Co 81415_
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

596 1/2

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _My wife and I chose the North Fork Valley for our retirement expecting the beauty, quiet, healthy life of water and the wildlife that live in this area. The prospect of having lower regulated drilling (including fracking) with all of the chemical air pollution and the very real possibility of critical damage to the reasons we moved to this area._

Signed,

Print Name: _John M Waters_

Date: _8/29/2016_

Signature: _John Waters_

Email Address: _John@PCSLiST.com_

Street Address, City, State, Zip code: _37646 Polson Rd Crawford CO 81415_

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122979

# BLM Uncompahgre Field Office
## Draft Resource Management Plan/ DEIS
## Public Comment

NOV 0 1 2018

351 88P

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☒ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☒ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☒ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: _The Mount Jumbo Special Recreation Management Area (SRMA) included in Alt B should be incorporated into BLM's preferred alternative (Alt D)._

(More below)

Signed,

Print Name: _Brian Wegner_   Date: _8/8/2016_

Signature: _Brian Wg_   Email Address: _wegs1975@aol.com_

Street Address, City, State, Zip code: _15540 Fire Mountain Rd, Paonia, CO 81428_

✗ _I retired from our Navy after 29+ years of service as a nuclear submarine officer. I decided to live in a rural area free of congestion, pollution, noise, industry, and commercialism. I chose the North Fork Valley as a scenic and agricultural haven, one of the few special areas in the US that is both irreplaceable and relatively undiscovered._

_I have established a small orchard, and a vineyard, and small produce farm to live a more self-sufficient and desired quality of life. I rely on irrigation water for my farm etc, and drinking water from springs that traverses BLM lands in the UFO area._

_I support no leasing in the NF Valley, but as a minimum the NF Alternative Plan (Alt B1) should be incorporated into_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

_BLM's preferred alternative (Alt D)._

BLM_0122981



# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface and ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _The current growth /culture of the North Valley is incompatible with leasing and extraction of energy proposal_

Signed,

Print Name: _Doris Wehrmacher_

Signature: _[signature]_

Street Address, City, State, Zip code: _3730 - 3750 Rd Crawford CO 81415_

Date: _10/16/16_

Email Address: _dorisbeal@msn.com_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
- ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
- ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
- ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
- ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
- ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
- ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
- ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
- ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
- ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
- ☑ BLM did not conduct a human health impact assessment.
- ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
- ☑ BLM did not consider community source water protection plans.
- ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
- ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
- ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☒ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: _____

Signed,

JAMES W GHRMACHER

Print Name

Date   10-8-16

Signature

Email Address

3720 3750 Rd Crawford Co 81415

Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122985



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☑ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: Thank you for extending the comment deadline. I am opposed to all oil and gas leasing on public lands in the North Fork Valley.

Signed,

John A. Weiss
Print Name

[signature]
Signature

330 North Fork Ave. Paonia, CO 81428
Street Address, City, State, Zip code

Aug 9, 2016
Date

johnny@johnnyweiss-solar.com
Email Address

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☒ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☒ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☒ Other

Additional Comments: _BLM land is supposed to benefit the people. This is a destruction and disrespect of the land. Fracking has been shown to have horrific effects on the land and I think this is a selfish, big money use of our land._

Signed,

Print Name: _Alicia Welu_

Signature: _[signature]_

Street Address, City, State, Zip code: _2442 Josephine St, Denver CO 80205_

Date: _10/13/16_

Email Address: _alicia.welu@gmail.com_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☑ An Independent
☑ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: _Shame on you BLM!_

Signed,

Print Name: _Lynn Wetherell_

Date: _10/3/16_

Signature: _Lynn Wetherell_

Email Address: _lynnweth@hotmail.com_

Street Address, City, State, Zip code: _551 Grand Ave. Paonia, Co. 81428_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

363

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
    ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
    ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
    ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
    ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
    ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
    ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
    ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
    ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
    ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
    ☑ BLM did not conduct a human health impact assessment.
    ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
    ☑ BLM did not consider community source water protection plans.
    ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
    ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
    ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

in addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
    ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☒ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: I recently purchased a home in the downtown area of Paonia. I have been a Denver resident for 10 years and a Colorado

Signed,

Holly M. Williamson
Print Name

Holly M. Williamson
Signature

1122 3rd St. Paonia, CO 81428
Street Address, City, State, Zip code

Aug. 8, 2016
Date

williamson.hollymarie@gmail.com
Email Address

resident for 20. I know this state very well but chose Paonia for it's excellent and unique access to local and organic food, fantastic access to recreation including Jumbo Mountain and overall quality of healthy life. These unique factors will boost and diversify Paonia's economy in the long-run (and even right now!) and I believe the proposed RMP does not take into account the unique value of the NFVE resources. The proposed RMP would jeopardize and threaten the quality of the water, soil and air that are vital to this valley.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# My Public Comment
## to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS



I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]
- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☒ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☒ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☐ Other

Additional Comments: I am 20 years old and I want My future to be one filled with abundance and joy, not destruction of the environment. I also eat fruit from North Fork Valley.

Signed:
Haley Wilson

Print Name
Haley

Signature

2457 20th St., Boulder, CO 80304
Street Address, City, State, Zip code

Date
Sep 30, 2016

Email Address
haleywilson1209@gmail.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact**. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☑ A resident
☑ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☑ A Democrat
☐ An Independent
☑ A homeowner
☐ A food business owner
☑ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☑ Interested/impacted citizen
☐ Other

Additional Comments: IT IS BEYOND BELIEF THAT THE BLM & PETROCHEMICAL INDUSTRY WOULD CONSIDER ANY OPERATION (INCLUDING FRACKING) IN THE NORTH FORK AREA. THERE IS A LOT OF GEOLOGICAL BEAUTY HERE THAT IS NOT LENDY AND CONDUSIVE TO FRACKING

Signed, _THOMAS C WINKEL_

THOMAS C WINKEL
Print Name

_Thomas C Winkel_
Signature

09-24-16
Date

_____
Email Address

13629 JUMBO MTN LANE
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

636 78

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122998

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☒ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A rancher | ☐ An Independent | |
| ☒ A resident | ☐ A homeowner | |
| ☐ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☒ Other _Voter_ |

Additional Comments: _____

_____

_____

Signed,

Arthur D. Wischart
Print Name

8. 8. 16
Date

_[signature]_
Signature

wisenartart@gmail.com
Email Address

39508 Pitkin Rd. Paonia, Co 91428
Street Address, City, State, Zip code

As an owner of a B&B in the North Fork (Paonia) Valley. ITs a given that our business will be hurt by Fracking. Our guest come here too a pollution free experiences That pollution includes
noise (Trucks) & compressors
Air Diesel exhaust
water — drinking & fishing & irrigation
Is a drilling company required To have insurance for an accident that could cost billions upon Billions To remediate?

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0122999

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☑ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/Impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

_____

Signed,

_Canace I. Wither_
Print Name

_8|8|6_
Date

_Candyce J Wither_
Signature

_candywither@gmail.com_
Email Address

_Paonia Co_
Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

525 DB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands**. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☒ An organic farmer
- ☐ A conventional farmer
- ☒ A rancher
- ☒ A resident
- ☒ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☒ Other

Additional Comments: _Please read the study published @ Propublica.org for facts & details regarding natural gas Drilling and watershed contamination: "Buried Secrets."_

Signed,

Print Name _Robert Wright_

Signature _Robert Wright_

Date _10-3-16_

Email Address _Socialholic@gmail.com_

Street Address, City/State, Zip code _190 W. Bridge St. #320, Hotchkiss, CO   81419_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

530  16

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☒ An organic farmer
☐ A conventional farmer
☐ A rancher
☒ A resident
☒ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☐ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☒ Interested/impacted citizen
☐ Other

Additional Comments: Fracking the North Fork Valley is a Bad Idea! Any risk is too much risk, and the data is showing clearly that Fracking is not 100% safe, and in fact is very risky. I don't care if corporations from some where else want gas from Here. I Live here!!!

Signed,

Robert Wright                                8-29-2016
Print Name                                   Date

Robert Wright
Signature                                    Email Address

Po Box 70, 180 W. Bridge St. #320, Hotchkiss, CO. 81419
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0123005

364 88

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. it will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am: [Please check all that apply]**

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☑ An Independent
- ☑ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: I lived in Parachute before it was fracked. Had 40 acres of land. I sold out + left with a drop in property value on my land + home. It was a beautiful area until gas well became my next door neighbor, with bright lights blazing in my windows + a horrible thunder noise that lasted for weeks. It was

Signed, SANDRA YORK,

Print Name

Date 08/08/16

Signature

Email Address Sandyryork@gmail.com

Street Address, City, State, Zip code 288 Minnesota Ave Paonia Co 81428

Horrible + if it comes here once again I will sell here + start over at the age of 66. Where do I have to go to get away from this horror. You do not know it unless you have live in it

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

- ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
- ☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
- ☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

I am: [Please check all that apply]
- ☑ An organic farmer
- ☑ A conventional farmer
- ☑ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☑ A Republican
- ☑ A Democrat
- ☑ An Independent
- ☑ A homeowner
- ☑ A food business owner
- ☑ A scientist/geologist
- ☑ A Realtor

- ☑ A hotel/recreation business owner
- ☑ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☑ Other _AMERICAN_

Additional Comments: _Note checked boxes on page 1 → page 2_

Signed,

Print Name: _Laura Yuhasz_

Date: _10 / 10 / 16_

Signature:

Email Address: _laura.yuhasz@pangeaorganics.com_

Street Address, City, State, Zip code: _1804 19th St. Boulder, CO 80302_

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

- ☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in the country. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
- ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- ☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

☐ An organic farmer
☐ A conventional farmer
☐ A rancher
☐ A resident
☐ A consumer of NFV/Delta County produce and meat and poultry

☐ A Republican
☒ A Democrat
☐ An Independent
☐ A homeowner
☐ A food business owner
☐ A scientist/geologist
☐ A Realtor

☐ A hotel/recreation business owner
☐ A tourist/Visitor to Delta County/NFV
☐ Interested/impacted citizen
☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

Zoe Zappa                                    9/18/16
Print Name                                   Date

Zoe Zappa                                    zoe@option.org
Signature                                    Email Address

38552 Pitkin Rd
Street Address, City, State, Zip code
Paonia, co  81428

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

542 ZB

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  - ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  - ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  - ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  - ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  - ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  - ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  - ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  - ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  - ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  - ☑ BLM did not conduct a human health impact assessment.
  - ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  - ☑ BLM did not consider community source water protection plans.
  - ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  - ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  - ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  - ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

| | | |
|---|---|---|
| ☐ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☒ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☒ A resident | ☒ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☐ A food business owner | ☒ Interested/impacted citizen |
| | ☐ A scientist/geologist | ☐ Other |
| | ☐ A Realtor | |

Additional Comments: I live adjacent to BLM that Alt. D would allow to be leased + developed for oil and gas. My health + wellbeing would be severely impacted by these kind of d...opment, not to mention the loss of property value, Newshed, + heavy traffic on our small dirt road.

Signed,

Cynthia Ziegler                          Aug 8, 2016
Print Name                               Date

Cynthia Ziger                           clinazie@yahoo.com
Signature                                Email Address

17462 Farmers Mine Rd., Paonia, CO. 81428
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact**. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _____
_____
_____
_____

Signed,

Rachel Zimmerman                    9/25/16
Print Name                          Date

_____          Rachel Zimmerman
Signature                           Email Address

320 w. Hallam   81611
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0123015



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <oliviapevec@hotmail.com>         Tue, Nov 1, 2016 at 11:12 PM
Reply-To: oliviapevec@hotmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | November 1, 2016 |
| **Name** | Olivia pevec |
| **Email Address** | oliviapevec@hotmail.com |
| **Phone Number** | 970-963-2054 |

BLM_0123016

| City | Carbondale |
|---|---|
| State | Colorado |
| Zip | 81623 |
| I am: | An Independent, Interested/impacted citizen, Other |
| Additional Comments | Water before gas. Life over fuel |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0123017

1/10/2019                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <rholmes86@gmail.com>                    Tue, Nov 1, 2016 at 8:05 PM
Reply-To: rholmes86@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. |
| | Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. |
| | A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Rosemary Holmes |
| **Email Address** | rholmes86@gmail.com |
| **Phone Number** | 9707787265 |

BLM_0123018

| City | Paonia |
|---|---|
| State | Colorado |
| Zip | 81428 |
| I am: | Other |
| Additional Comments | I live in the North Fork Valley and I absolutely love this beautiful country. I love that we have clear air and clean water. It is important for the people and animals living in this area. I spend a lot of time outdoors and know many people who are organic farmers, hunters, and fishermen. We value the land in this area very much. Please keep it safe from the damage oil and gas leasing would cause. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0123019

1/10/2019                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <annecortes@earthlink.net>               Wed, Oct 26, 2016 at 3:47 PM
Reply-To: annecortes@earthlink.net
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, deveiopment would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 26, 2016 |
| **Name** | anne cortes |
| **Email Address** | annecortes@earthlink.net |
| **Phone Number** | 3362302120 |

BLM_0123020

| City | asheville |
|------|-----------|
| **State** | North Carolina |
| **Zip** | 28806 |
| **I am:** | An Independent, Interested/impacted citizen |
| **Additional Comments** | As a former Colorado resident I urge you to protect the natural resources of this beautiful area. I was 5th generation born onto family farm near Asheville, NC. My hometown has prospered from an explosion of organic farms, foodies, breweries and wineries. I am so grateful that my community was not degraded and polluted; I wish the same for this precious jewel - many fond memories of excursions with friends. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0123021

1/10/2019 DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <jenslines@gmail.com>                    Tue, Nov 1, 2016 at 7:41 PM
Reply-To: jenslines@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.<br><br>The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br><br>Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.<br><br>Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.<br><br>A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | November 1, 2016 |
| **Name** | Jen Reilly |
| **Email Address** | jenslines@gmail.com |
| **Phone Number** | 3038386116 |

BLM_0123022

| City | Pine |
|------|------|
| **State** | Co |
| **Zip** | 80470 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Additional Comments** | No pipelines please. This is farming/ranch land and should be protected! |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0123023

1/10/2019      DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <wordpress@citizensforahealthycommunity.org>     Tue, Nov 1, 2016 at 7:19 PM
Reply-To: mythiccreatures@yahoo.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | November 1, 2016 |
| **Name** | Sara Rodriguez |
| **Email Address** | mythiccreatures@yahoo.com |
| **Phone Number** | 9703616368 |

BLM_0123024