Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Linda L. Levine
34947 Powell Mesa Rd
Hotchkiss, CO 81419

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

CHRISTEL  C PRETORIUS
41668   O RD
PAONIA   CO  81428

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Katy Goldsberry
14645 Peary Tn
Paonia Co

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123432

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Jay Canade
223 Dorris Ave
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Holly Jo Keihy
PO Box 1028
Prescott, Az 86302

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123434

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

KIRSTEN DOTZLER
38618 Fruitland Mesa Rd
Crawford CO 81415

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Aaron Jerad

Aaron Jerad
11126 3500 RD
Hotchkiss CO
81419

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best, Arthur Stier   Arthur Stier
2521 Lark Drive
Cos / Colorado   80909

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123437

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Katy Goldsberry
14645 Peavy Tn
Paonia Co

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123438

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

AnnMarie Bourgeois
221 minnesota ave
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123439

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,
Linda Meurese
LINDA Mereness
P.O. Box 452
PAONIA Co 81428

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,
Dona M Willoughby
221 Minnesota, Ave
Paonia, Co
         81428

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Mary Brooks
5311 Pennsylvania Ave
Boulder, CO 80303

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

AnnMarie Bourgeois
221 minnesota ave
Paonwa, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123443

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Holly Jo Reilly
PO Box 1028
Prescott, Az 86302

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123444

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

*Patterson* "NO LEASE"
SHIRIN PATTERSON   218 Rio Grande Paonia 81428

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123445

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

Kael Fuank
P.O. Box 1731
Paonia CO, 81428

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

BLM_0123446

Dana Wilson or Current UFO Manager,

I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.

There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented.

Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan.

How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed.

Best,

GARY DOTZLER
38618 FRUITLAND MESA RD
CRAWFORD CO   81415

CC: N. Kornze, R. Welch, S. Jewell, M. Roeber, B. Hovde

10/6/2016                           DEPARTMENT OF THE INTERIOR Mail - Fracking in North Fork



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fracking in North Fork
1 message

---

**Chambliss Giobbi** <chamblissgiobbi@gmail.com>                    Sat, Sep 10, 2016 at 6:21 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Please read the attached.

Thanks,

--
Chambliss Giobbi
http://www.chamblissgiobbi.com

---

📄 **Fracking002.pdf**
759K

BLM_0123448

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
  ☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
  ☑ **The potential for human, animal and environmental damage is too high.**
    ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, neurological, and cardiovascular disease.

BLM_0123449

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**I am:** [Please check all that apply]

- ☐ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☐ A resident
- ☐ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☒ A tourist/Visitor to Delta County/NFV
- ☒ Interested/impacted citizen
- ☒ Other

Additional Comments: _____
_____
_____
_____

Signed,

Print Name   _HAMBLES   GICBBI_____   Date  _9/16/16_____

Signature   _____

Email Address  _chamvoice @ gmail.com_

_24 EAST 7th ST  BROOKLYN NY 11218_
Street Address, City, State, Zip code

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

BLM_0123450

10/6/2016                                DEPARTMENT OF THE INTERIOR Mail - fraking



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## fraking
1 message

**lyre films** <lyrefilms@gmail.com>                                    Sat, Sep 10, 2016 at 8:55 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Hello,

i am stating my opposition to the industrialization of the North Fork Valley. Please reconsider this plan.

Our family has spent many wonderful years in Crawford. The fracking threat has emerged in our valley with incredible
strength. These parcels include split estates under organic hops fields and vineyards, located in the back yards of our
cheesemakers, cattle and hog farms, and flower gardens, abutting our reservoir, our bolete and chanterelle patches, our
peach and cherry orchards. It is an unbelievably horrific plan and we oppose it completely.

Thank you,
Alexandra Neil
NYC

BLM_0123451

10/6/2016                                    DEPARTMENT OF THE INTERIOR Mail - fracking



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## fracking
1 message

---

**james sullivan** <jimarisul@earthlink.net>                    Sat, Sep 10, 2016 at 9:53 AM
To: uformp@blm.gov

I am opposed to fracking because of the troubles associated with the chemicals, the water use and the waste water. We are lucky enough to live in upstate NY where the bad news from PA caused a fierce public reaction that put an end to the threat. Now the bad news from the Quakes in Kansas should be alarming enough to at least stall this fracking effort in Colorado so that a proper review of the dangers can be assessed. I doubt after such a review fracking could be considered as a way to extract petroleum and gas from these tragically flawed processes.
You have a beautiful state. Why would Coloradans take such a chance with ruining their water aquifers, causing sinkholes, quakes and potentially poisoning their rivers?
It doesn't make sense. Don't do it.

Respectfully, Jim Sullivan
219 Rum Hill Rd. Jefferson NY 12093

---

BLM_0123452

10/6/2016                    DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Resource Management Plan (RMP)



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Resource Management Plan (RMP)
1 message

**me@danielwinkler.com** <me@danielwinkler.com>                              Sat, Sep 10, 2016 at 12:10 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and
fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and
abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause
significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose
the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing
for oil and gas development in this area because: þ Poor and inadequate analysis. þ BLM did not consider the
uniqueness of the North Fork Valley. The Gold Medal fishing, prized biggame hunting, and award-winning fruits,
vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably
associated with oil and gas extraction. þ The North Fork valley has the highest concentration of organic farms in
Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the
existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable
growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be
addressed in detail. þ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley. þ BLM relies
on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas
development from 2004. þ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies. þ
BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines. þ BLM did not consider the impact
of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of
pipelines and result in leaks and potential explosions. þ BLM did not analyze the impact of permanently removing
water from the hydrologic cycle. þ BLM did not analyze injection wells and the potential for earthquakes and
contamination of aquifers. þ BLM did not conduct a human health impact assessment. þ BLM did not consider that, by
their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas. þ BLM did not consider
community source water protection plans. þ The BLM did not adequately consider the impact of industrial oil and gas
operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and
fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big
game population. It will also result in increased sedimentation impacting the fish population. þ BLM did not consider
the impacts on hunting due to changes in wildlife migration and reproduction habits. þ BLM did not consider the
decreased recreational value of BLM lands from industrial oil and gas activities. In addition, þ It is an inappropriate use
of public lands. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of
total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is
a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks,
condensate tanks, wastewater pits, sand trucks, water tanks, and more. þ The potential for human, animal and
environmental damage is too high. þ Development would contaminate soils, water, and air, and impair human health,
including increases in respiratory, endocrine, immune, and cardiovascular disease.

þ Development of the leases would destroy local investments and resources required in transitioning the economy to
one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. þ Climate change
impact. Development would contribute to increased greenhouse gas emissions and climate change impacts on
community resources, including agriculture and wildlife.

I am:
A scientist/geologist
A hotel/recreation business owner
A tourist/Visitor to Delta County/NFV
A Interested/impacted citizen

Daniel Winkler M.Sc.
www.Mushraoming.com MUshroaming LLC Eco-adventures

BLM_0123453

Case No. 1:20-cv-02484-MSK  Document 64-7  filed 04/29/21  USDC Colorado  pg 25 of 139

0251 888.

Martin Steitz
21853 Iden Avenue Place North
Forest Lake, MN 55025
zentrout@me.com

September 10, 2016

Barbara Sharrow, Uncompahgre Field Manager
BLM
2465 South Townsend Avenue
Montrose, Colorado 81401

Dear Field Manager Sharrow,

I am writing today to ask you to protect our vulnerable public lands in western
Colorado's Uncompahgre region. I feel that the draft resource management plan
(RMP) for the Uncompahgre Field Office should be strengthened to better
safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within
this area, the BLM has identified 24,910 acres of lands with wilderness character
—roadless lands that would qualify for designation under the Wilderness Act.
Additionally, the BLM has identified more than 242,500 acres of potential
Ecological Emphasis Areas—places that contain vulnerable networks of
interconnected habitat and migration corridors—throughout the Uncompahgre
Field Office. While the identification of these lands is a great first step, many of
them are not recommended for protection in the draft RMP. The BLM needs to
safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well
as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP
in order to safeguard western Colorado's wild places for our future generations.

Sincerely yours,

Martin Steitz

BLM_0123454

age:  1 of 2  09/10/2016   07:35 AM  TO:19702405367  FROM: Martin Steitz    PHONE #61
2267842

## Recipient Information

**To:  Barbara Sharrow, Uncompahgre Field Manager**
**Company: BLM California Office**
**Fax #: 9702405367**



## Sender Information

**From: Martin Steitz**
**Email address: zentrout@icloud.com (from 96.2.27.69)**
**Phone #: 6122267842**
**Sent on: Saturday, September 10 2016 at 10:34 AM EDT**

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #17691606. We will add your fax number to the block list.

1/1

BLM_0123455

10/6/2016    DEPARTMENT OF THE INTERIOR Mail - OUR HORSES SHOULD A TOP PRIORITY FOR THE BLM1ase recognize and protect wilderness in...



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## OUR HORSES SHOULD A TOP PRIORITY FOR THE BLM1ase recognize and protect wilderness in the Uncompahgre region

1 message

**jeannebradbury@gmail.com** <jeannebradbury@gmail.com>                    Sun, Sep 11, 2016 at 5:46 PM
To: uformp@blm.gov

Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0123456

DEPARTMENT OF THE INTERIOR Mail - UFO RMP Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP Comment
1 message

**Dave Shishim** <daveshishim@tds.net>                                Sun, Sep 11, 2016 at 8:10 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

September 11, 2016


UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
via email

My name is Dave Shishim and I live in the North Fork Valley; at 40001 Cedar Drive, Paonia, CO 81428 to be exact.

I am writing to protest your plans for leasing for oil and gas exploration in the North Fork Valley.

In reading your proposal, you have given scant attention to the impact that these activities would have on the existing economy of the North Fork Valley. The fact is, that oil and gas leasing and exploration would have a tremendously negative impact on the businesses that already exist on the North Fork. We in the North Fork are finally emerging from a number of very dark economic years and the economy that has grown up is one that is based on many small businesses with much small-scale agriculture targeted to a diverse base of residents and non-resident customers. We have successfully marketed the North Fork as "America's Provence" and these many small businesses that have bet their futures on this economy continuing to grow and prosper would be put out of business by the large scale petrochemical extraction that you seek to promote.  Whereas the extraction business would be at best very temporary and would not provide meaningful local hiring, the economy that we have built is not only sustainable, but growing.

As a society, we should not attempt to deprive those who have sacrificed and struggled to build small businesses of the fruits of their labors. Think how many people would want to taste wine in the shadow of a drilling rig or pick fresh fruits in an atmosphere poisoned by the gasses that come with petroleum exploration and extraction. Would you care to stay at a bed and breakfast in the oilfields of west Texas or the gas fields of North Dakota? Of course you wouldn't. Don't take away from us what we have worked so hard to build.

I encourage you to drop this plan and go elsewhere with it. Surely there are communities who would relish the "opportunity" this presents. The North Fork Valley is not one of them.

Sincerely,

David E. Shishim
daveshishim@tds.net
970-527-3009

BLM_0123457

10/6/2016                    DEPARTMENT OF THE INTERIOR Mail - Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Resource Management Plan
1 message

---

**meerdog@tds.net** <meerdog@tds.net>                    Sun, Sep 11, 2016 at 8:35 PM
To: uformp@blm.gov

September 11, 2016

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
Via email

I am writing  as a resident of the North Fork Valley and homeowner who chose to move to this special place because of the amazing quality of life that this valley has to offer--clean air, clean water, organic food from local farms and ranches, low traffic volume on the highways, spectacular views in the valley and along our West Elk Loop Scenic Byway,and recreational opportunities for residents and visitors alike.

The BLM's Resource Management Plan preferred alternative, which opens up over 100,000 acres in the North Fork Valley (NFV) to oil and gas drilling, would turn the NFV into an industrial zone and destroy it forever.

I am protesting BLM's preferred alternative and these are some of the reasons:

1.Air quality – studies have been made and documented showing that even low-dose exposure to chemicals and the release of methane in oil and gas development have detrimental health effects including birth defects, respiratory problems, malignancies, rashes, etc.  Just recently the EPA has identified the 4 Corners area as a "methane hot spot" due to the number of wells in the area. The BLM has failed in its Draft RMP to conduct a human health impact assessment.

2.Water quality and quantity– my domestic water source(Pitkin Mesa Pipeline) originates from springs that could be contaminated by fracking chemicals or spills. In the year 2015 there were 615 spills, nearly 2 spills every day in Colorado. Also, the irrigation water used for our many organic farms, ranches and vineyards must be clean water.  Polluted irrigation water would put farms and ranches out of business and have a huge negative economic impact. Water is our lifeblood.  Fracking uses an enormous amount of water and permanently removes that water from the hydrologic cycle. We can't afford to sacrifice our water supply for the benefit of the oil and gas industry.

3.Traffic – my home is located above Highway 133 off of Fire Mountain Rd. There is only one way to get in and out of my residential area—and that is to pull out onto or cross Hwy. 133. The intersection of Fire Mountain Rd. and Hwy. 133 is already hazardous, with limited visibility. Heavy oil and gas truck traffic would make this (and the rest of Hwy. 133 - which is only one lane either way) a very dangerous situation and deadly accidents much more likely.

4.Viewsheds -- the views from my home and in the NFV are spectacular, with dark sky nights, millions of stars and views of the Milky Way. Air and light pollution from drilling activity would have a negative impact on the views, both day and night.

BLM_0123458

5.<u>Property  values</u> – there are statistics showing a decrease in property values for homes/properties located near drilling/well activity. I've worked hard on improving my home for 14 years and don't want to see my property value, nor other properties in the NFV, decrease.

6.<u>Recreation</u> – my family and I are cyclists, both road and mountain bike. We also love camping, floating on the river, and hiking. Jumbo Mountain and trails on BLM and Forest Service land are very important to us personally and to many others who live here or come here as visitors. Trail-based recreation, also hunting and fishing, puts millions of dollars into Colorado's economy and also local economies.

7.The development of oil and gas in the NFV would keep all of us, locals and tourists, off of the public lands…and the key word here is "public" – these lands belong to all of us, not the oil and gas industry.

8.The BLM, in its final RMP, must designate all BLM lands on and surrounding Jumbo Mountain, Elephant Hill, Lone Cabin Rd, McDonald Creek and "C" Hill as a Special Recreation Management Area and remove all oil and gas leasing in these areas. As well as protecting this area for the public (bikers, hikers, hunters, fishermen, locals and tourists), this will keep driving our economy forward and support our local businesses, including my son's bike repair business in Paonia. According to the Outdoor Industry Association, as of 2012 outdoor recreation pumped $646 billion into the US economy.

Our economy is thriving in the North Fork Valley, real estate is selling, businesses old and new are benefiting from our best place in the state location and all we have to offer. Let's move forward with continued opportunities for agriculture, tourism, and recreation and adopt a "No Leasing Alternative" for the North Fork Valley. It's the best way to protect our community.

Sincerely,
Margaret L. Shishim
40001 Cedar Drive
Paonia, CO 81428
meerdog@tds.net

BLM_0123459



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## rmpcomments@citizensforahealthycommunity.org

1 message

**Ginny Warner** <ginnywarner833@gmail.com>                                Mon, Sep 12, 2016 at 10:47 AM
To: ufomp@blm.gov

Virginia Warner

Delta, Co 81416

September 12, 2016

BLM, Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre FieldOffice draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and thepublic in your planning area have specifically asked for and favored, and which federal law requires.

In a few paragraphs, explain how the RMP, as proposed in Alternative D, the "preferred" alternative, could affect you personally. For example, if you live or your child attends a school beside a parcel that was threatened for leasing in the 2009 30,000 acre lease sale, explain how suchdevelopment might affect your quality of life, health, business, water quality, soil erosion, hunting grounds, wildlife corridors, etc. The preferred alternative allows 95% of the planning area to be leased to oil and gas companies, including most of the parcels that were nominated in the 2009 30,000 acre proposal. If possible, reference court cases, scientific papers, or newspaper articles that demonstrate real, quantifiable negative impacts to back up your concerns.

The following points illustrate areas in which the draft RMP is lacking adequate information:

- Choose topics from the RMP Suggested Comments file that support the personal concerns you addressed in the previous paragraph(s), or compile your own list of specific criticisms on the content or lack of content in the draft RMP.
- Bulleted points are helpful if you have many points to address but it's also fine to write this portion in paragraph form

Specifically, the final Resource Management Plan should:

BLM_0123460

10/21/2016                    DEPARTMENT OF THE INTERIOR Mail - rmpcomments@citizensforahealthycommunity.org

- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
- <u>Reiterate what you expect to see in the final RMP, based on the arguments you included above.</u>


        Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities.


        Please act now to prevent the devastation of our wildlife, lands and all western Colorado stands for!


Sincerely,

Virginia Warner

---

**2 attachments**

 **RMP Letter.doc**
1K

 **RMP Letter.doc**
28K

BLM_0123461

Virginia Warner
Delta, Co 81416
September 12, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

In a few paragraphs, explain how the RMP, as proposed in Alternative D, the "preferred" alternative, could affect you personally. For example, if you live or your child attends a school beside a parcel that was threatened for leasing in the 2009 30,000 acre lease sale, explain how such development might affect your quality of life, health, business, water quality, soil erosion, hunting grounds, wildlife corridors, etc. The preferred alternative allows 95% of the planning area to be leased to oil and gas companies, including most of the parcels that were nominated in the 2009 30,000 acre proposal. If possible, reference court cases, scientific papers, or newspaper articles that demonstrate real, quantifiable negative impacts to back up your concerns.

The following points illustrate areas in which the draft RMP is lacking adequate information:
- Choose topics from the RMP Suggested Comments file that support the personal concerns you addressed in the previous paragraph(s), or compile your own list of specific criticisms on the content or lack of content in the draft RMP.
- Bulleted points are helpful if you have many points to address but it's also fine to write this portion in paragraph form

Specifically, the final Resource Management Plan should:
- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
- Reiterate what you expect to see in the final RMP, based on the arguments you included above.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities.

Please act now to prevent the devastation of our beautiful state, our wildlife, lands and all western Colorado stands for!

Sincerely,
Virginia Warner

10/6/2016                                    DEPARTMENT OF THE INTERIOR Mail - Don't Frack Us!



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Don't Frack Us!

1 message

---

**larry evans** <fungus@fungaljungal.org>                              Mon, Sep 12, 2016 at 10:02 AM
To: uformp@blm.gov, rmpcomments@citizensforahealthycommunity.org

Dear BLM.
    Stop. Just stop. Take a minute and review the facts about fracking. There is NO RUSH. Your hasty action could cause irreparable damage to agriculture, private property, and water supplies. Please take the time to perform due diligence before approving a decision that could affect future generations of Coloradans.
Larry Evans

BLM_0123463

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Fwd: W&SR Questions - UFO Plan (3 attachments)



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: W&SR Questions - UFO Plan (3 attachments)
1 message

**Jones, Gina** <gmjones@blm.gov>                                    Mon, Sep 12, 2016 at 11:20 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Sharrow, Barbara** <bsharrow@blm.gov>
Date: Mon, Sep 12, 2016 at 11:15 AM
Subject: Fwd: W&SR Questions - UFO Plan (3 attachments)
To: Roy Smith <r20smith@blm.gov>, Dana Wilson <dmwilson@blm.gov>, Angie Adams <angie.adams@empsi.com>,
"John (Bruce) Krickbaum" <bkrickba@blm.gov>, "Sherman (Edd) Franz" <Edd_Franz@blm.gov>, Jedd Sondergard
<jsondergard@blm.gov>, Gina Jones <gmjones@blm.gov>

The following letters have come from Montrose and San Miguel Counties.  They came during cooperating agency review
of draft.  We may get more from them by Nov 1.

Barb

---------- Forwarded message ----------
From: **Magee, Deborah (Maggie)** <dmagee@blm.gov>
Date: Fri, Sep 9, 2016 at 2:54 PM
Subject: Re: W&SR Questions - UFO Plan (3 attachments)
To: "Sharrow, Barbara" <bsharrow@blm.gov>

WSR suitability comments from Montrose and San Miguel county BOCCs are attached.

*D. Maggie Magee*
970.240.5323 office
970.208.4328 mobile
dmagee@blm.gov
Planning & Environmental Coordinator
BLM Colorado Southwest District

On Fri, Sep 9, 2016 at 1:30 PM, Sharrow, Barbara <bsharrow@blm.gov> wrote:
> Angie,
>
> Do you know if Montrose County or San Miguel County commented on UFO RMP W&SR suitability anytime in process
> to date?
>
> Barb
>
> ---------- Forwarded message ----------
> From: **Smith, Roy** <r20smith@blm.gov>
> Date: Fri, Sep 9, 2016 at 1:05 PM
> Subject: W&SR Questions - UFO Plan
> To: Barbara Sharrow <bsharrow@blm.gov>, Dana Wilson <dmwilson@blm.gov>, "Sherman (Edd) Franz"
> <efranz@blm.gov>

BLM_0123464

Have our cooperating agencies, especially Montrose County and San Miguel County, made any comments to BLM concerning our suitability determinations?   If Montrose County didn't suggest any changes to our draft determinations, that would be very good to know for the upcoming CWCB meeting.

--
Roy E. Smith
Water Rights, Instream Flows, Wild and Scenic Rivers
Bureau of Land Management
2850 Youngfield St.
Lakewood, CO  80215
phone: 303-239-3940
e-mail:  r20smith@blm.gov

--
*Gina Jones*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

**3 attachments**

 **WSR Suitability 10081600 Montrose Cty BOCC White.pdf**
3512K

 **WSR Suitability 10081601 Montrose Cty BOCC.pdf**
6867K

 **WSR Suitability 11011901 San Miguel Cty BOCC.pdf**
9248K

BLM_0123465



# MONTROSE COUNTY
## COLORADO
# BOARD OF COUNTY COMMISSIONERS

August 11, 2010

Ms. Barb Sharrow
BLM Uncompahgre Field Office
2505 South Townsend Avenue
Montrose CO 81401

Dear Ms. Sharrow:

The Department of Interior, through Federal Bureau of Land Management ("BLM"), has determined that certain portions of the San Miguel and Dolores Rivers, and their tributaries located in Montrose County Colorado, are eligible for designation as wild and scenic rivers under the Federal Wild and Scenic Rivers Act, 16 USC 1271-1287 *as amended* (the "Act"). The eligibility was made following a study carried out this year by the BLM Uncompahgre Field Office of whether or not the rivers qualified as eligible for designation. The final study report was published in June of this year.

The process is now in the "suitability" phase, with public comment due to the Bureau of Land Management Uncompahgre Field Office on August 16, 2010. Under the Act, rivers can be designated as wild, scenic or recreational if the waterways are determined to have scenic, recreational, fish and wildlife, geologic, historic or cultural values, among others. The proposed designation for these rivers and their tributaries is mostly for recreational purposes. A map is included showing the portions of the rivers and their tributaries determined to be eligible for designation.

On behalf of the citizens of Montrose County, the Board of County Commissioners for Montrose County stand in opposition to the Department of Interior Bureau of Land Management ("BLM") inclusion for designation of portions of the San Miguel and Dolores Rivers, and some of their tributaries located in Montrose County under the Federal Wild and Scenic Rivers Act, 16 USC 1271-1287 *as amended* (the "Act"). On August 11, 2010, the County, acting through its Commissioners adopted Resolution #45-2010 opposing these designations. A copy of the Resolution is included.

These waterways flow through private land holdings, as well as those of the BLM, and land in the unincorporated areas of Montrose County. Many of the private land owners have owned and protected their land for many years. The waterways, and adjacent land, are already being used for recreational purposes where appropriate. The adjacent land that is a part of the BLM holdings, as well and the County land, is also being used for recreational purposes, where and

BLM_0123466

when appropriate. As is obvious, there is no need to designate them for recreational purposes, since they are being used as such.

The citizens of Montrose County, in collaboration with their County government, are in the best position to protect the future of the County and determine its course and direction. They have a vested interest in protecting these waterways for both current and future generations to use.

The need to consider responsible energy and mineral development is of prime importance to the nation. We simply must look to every resource available and keep all potential avenues open for that development to prevent being totally dependent on foreign energy sources from unstable governments that do not have our nation's best interest in view. Areas of land close to these eligible waterways contain the potential to contribute greatly to future energy and mineral development for the country. To close the door to that potential by designating the selected portions of these rivers and their tributaries under the Act is not in the best interest of country as a whole.

In addition to those already mentioned, there are multiple other reasons for not placing these waterways under the Act. These rivers and their tributaries are in the FEMA flood plain. To designate them under the Act would be to compromise needed health, safety and welfare protections for control of water flow to prevent flooding. It would also compromise the ability to control wildfires in the area and to properly route county traffic flow. The designation could also have a negative economic impact on the County. It stands to limit private landowners from utilizing their land to their determination of highest and best potential. In this time of economic hardship for many, to compromise the economic health of Montrose County by imposing limitations on the agricultural community, as well as land use ability, would create additional economic burdens.

These rivers and their tributaries have adequate protection under the current system of state and federal laws, including BLM regulations, as well as Montrose County land use regulations. To add another layer of government regulation and barriers would create a very fragmented system of regulations.

For these reasons, as well as others, we, the Montrose County Board of County Commissioners, on behalf of the people of Montrose County Colorado oppose the designation of portions of the San Miguel and Dolores Rivers and their tributaries located in Montrose County as Wild and Scenic Rivers under the Wild and Scenic Rivers Act. We respectfully request that you deny this designation.

Sincerely,                    Sincerely,                    Sincerely,

Ron Henderson,               David White,                 Gary Ellis,
Chairman                     Vice Chairman                Commissioner

Enclosures

2

BLM_0123467

RECEPTION#: 816518, 08/13/2010 at 12:34:04 PM, 1 OF 2, RES       FRANCINE
TIPTON-LONG, MONTROSE COUNTY, CO CLERK AND RECORDER

Resolution No. 10- 45-2010

### RESOLUTION
### MONTROSE COUNTY COLORADO
### BOARD OF COUNTY COMMISSIONERS

### IN OPPOSITION TO
### DESIGNATION OF PORTIONS OF CERTAIN RIVERS IN MONTROSE COUNTY
### UNDER THE FEDERAL WILD AND SCENIC RIVERS ACT

**WHEREAS,** Montrose County Colorado has numerous rivers and their tributaries flowing through it, including the San Miguel and Dolores Rivers; and

**WHEREAS,** the Federal Bureau of Land Management ("BLM") under the Department of the Interior has declared certain portions of the San Miguel and Dolores Rivers, and some of their tributaries as eligible for inclusion under the Federal Wild and Scenic Rivers Act, 16 USC 1271-1287 as amended (the "Act"); and

**WHEREAS,** the Montrose County Board of Commissioners has reviewed the report produced by the BLM regarding inclusion of those river portions as suitable for designation under the Act; and

**WHEREAS,** after consideration of the advantages and disadvantages of such designation, the Montrose County Board of County Commissioners is of the opinion that it is not in the best interests of the citizens of Montrose County for the portions of these rivers and their tributaries to be designated for inclusion under the Act for the reasons set forth below in this Resolution; and

**WHEREAS,** the Board of County Commissioners does not consider the protections set forth the under the Act needed for these rivers and their tributaries because, among other reasons:

The rivers and their tributaries have adequate protection under state and federal laws already implemented, including BLM regulations, as well as Montrose County land use regulations.

The inclusion of the designated portions of these rivers and their tributaries would result in a fragmented system of multiple layers and levels of government agency regulation, which would make it difficult for the land owners under private ownership in the area.

The private land owners in the area of proposed designation have a vested interest in being good environmental stewards of the rivers and their banks and borders, and many have a long history as owners of the land.

1

BLM_0123468

RECEPTION#: 816518, 08/13/2010 at 12:34:04 PM, 2 OF 2, RES FRANCINE
TIPTON-LONG, MONTROSE COUNTY, CO CLERK AND RECORDER

The County Commissioners, on behalf of the residents of Montrose County and those traveling through it, have a vested interest in being good environmental stewards of the rivers, their tributaries and the banks and boarders of those rivers and tributaries.

The need to consider responsible energy and mineral development in the area is important, not only to the citizens of Montrose County, but to the United States as a whole.

The health, safety and welfare of the citizens of Montrose County may be negatively impacted for numerous reasons, including the need to control water flow to prevent flooding; the need to control wildfires in the area and the inability to properly route county traffic flow that would occur as a result of such designations. The entire river corridor in considered the flood plain.

The economic health of Montrose County contributed to by, among others, agriculture and land use, stands to be negatively impacted at a time when many of the citizens of Montrose County are struggling economically.

**NOW THEFORE, BE IT HEREBY RESOLVED,** that the Montrose County Board of County Commissioners, for reasons set forth above, does oppose the designation and inclusion under the federal Wild and Scenic Rivers Act, of certain portions of the San Miguel and Dolores Rivers and certain tributaries of those rivers, all as located in Montrose County Colorado, as specified in the Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area published June 2010.

This Resolution No. 10-45-2010 shall be effective upon signature done the 11th day of _august_, 2010.

**ADOPTED THIS** _____ 11th _____ **DAY OF** _august_, **2010 BY MAJORITY VOTE OF THE MONTROSE COUNTY BOARD OF COUNTY COMMISSIONERS.**

ATTEST:

_Marie Simons_
Marie Simons, Deputy Clerk of the Board

_[SEAL — COUNTY CLERK, MONTROSE COUNTY, COLORADO]_

**MONTROSE COUNTY BOARD OF COUNTY COMMISSIONERS**

_Ronald Henderson_
Ron Henderson, Chair

_David White_
David White, Vice-Chair

_Gary Ellis_
Gary Ellis, Commissioner

2

BLM_0123469

under criteria #2 for all segments listed
Montrose County Board of County Commissioners
oppose designation for Wild and Scenic under
Resolution #45-2010.
    specific items include:
C10 - local land use issues & regulations,
C2 - public health and safety (flooding, traffic, wildfires)
C4 - negative economic impacts / energy & mineral development

BLM_0123470

#10081600

## 15 - DRY CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational

*ORVs:* Vegetation

**Your Name:** Steve White, for Montrose County BOCC      Telephone: 970-252-4550

**Address:** 317 S. 2nd Street, Montrose, CO, 81401      E-mail: swhite@montrosecounty.net

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment may not qualify for designation because the river area has been historically used for numerous commercial activities including grazing, fishing and agricultural uses.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

### LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

---

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                                           SEGMENT:

BLM_0123472

## 16 - NATURITA CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                                    **ORVs:** Vegetation

Your Name:   **Steve White, for Montrose County BOCC**          Telephone:   **970-252-4550**

Address:       **317 S. 2ⁿᵈ Street, Montrose, CO 81401**                     E-mail: swhite@montrosecounty.net

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment might not qualify because the river area has been historically used for numerous commercial activities including grazing, fishing and agricultural uses.

There are a number of water diversions within this segment

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

### LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

Designation would not be necessary in this area because this area is not subject to intense development.

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

Designation of this area would not be compatible because there are numerous private land holdings in this segment, which fragments the jurisdictions.

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

There are areas in this segment that have potential for off stream water storage that would be diminished through designation.

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

**NAME:**                                                    **SEGMENT:**

BLM_0123474

## 17 - SALTADO CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                         *ORVs:* **Vegetation**

Your Name: ___**Steve White, for Montrose County BOCC**___   Telephone: ___**970-252-4550**___

Address: _____**317 S. 2nd Street, Montrose, CO 81401**_____   E-mail: **swhite@montrosecounty.net**__

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

There are a number of water rights that have been secured in this segmented that should not qualify this segment for designation, including the "San Miguel River Project".

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

### LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

The County has very little concerns regarding this segment above Saltado Creek. There should be another segment created at the confluence of Saltado Creek and the San Miguel River.

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

This area would be better managed if the division of this segment were at the Saltado Creek confluence.

BLM_0123475

6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.

## ADMINISTRATION

7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.

9. Issues that might make administering this segment difficult.

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                          SEGMENT:

## 18 - SAN MIGUEL RIVER, SEGMENT 1 WSR SUITABILITY COMMENTS

**Preliminary Classification:** Recreational                                    **ORVs:** Vegetation

Your Name: __Steve White for Montrose County BOCC_____ Telephone: ___970-252-4550_____

Address: _____317 S. 2ⁿᵈ Street, Montrose, CO 81401_____ E-mail: swhite@montrosecounty.net_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment might not qualify because the river area has been historically used for numerous commercial activities including grazing, fishing, kayaking and rafting.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

### LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

## 19 - SAN MIGUEL RIVER, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                    *ORVs:* **Vegetation**

**Your Name:** ___Steve White, for Montrose County BOCC___   **Telephone:** ___970-252-4550___

**Address:** _____317 S. 2nd Street, Montrose, CO 81401_____   **E-mail:** swhite@montrosecounty.net_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment might not qualify because the river area has been historically used for numerous commercial activities including grazing, fishing, kayaking and rafting.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Upstream, off channel storage may be necessary, and designation would restrict local management of the river water.

Designation may also denigrate the river area because of added public awareness of the area which would increase the use of human activities.

Designation may reduce the ability to mitigate vegetative diseases.

Designation would restrict the ability to access the area with equipment to fight wildfire. This would be a detriment to the public health and safety.

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

The scenic narrative in this section indicates that this river segment is rare is in the region of comparison. This type of river environment is not rare and is similar to numerous areas in the region and Colorado.

### LAND OWNERSHIP AND USES

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

Designation may limit future development of the mining activities in the area, including access to these natural resources which are a benefit to the future of our energy economy.

Water rights may be negatively affected, including specific conditional use rights.

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

Designation of this segment may reduce possible growth in the West End of Montrose County.

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

Designation would limit the opportunity of off-river water storage, and existing uses and benefits, including grazing.

---

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

Local Land Use Regulations are adequate to maintain and protect the area, with limited development potential due to a lack of a public water system and public roadways.

---

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

**NAME:**                                                    **SEGMENT:**

BLM_0123479

There is a discrepancy on the form. The form indicates that the Preliminary Classification is Recreational, but the plan shows the area as wild. This issue needs to be clarified on this section as well as others.

## 20 - SAN MIGUEL RIVER, SEGMENT 3 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                            *ORVs:* **Vegetation**

Your Name: __Steve White, for Montrose County BOCC__          Telephone: ___970-252-4550___

Address: _____317 S. 2nd Street, Montrose, CO 81401_____          E-mail: swhite@montrosecounty.net_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

Designation may affect current and future use and possible expansion of the existing CC Ditch.

Designation would also restrict the opportunity to add a diversion to serve the future development needs of the mailbox park area.

This area has been historically used for grazing livestock and similar agricultural uses.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Upstream, off channel storage may be necessary, and designation would restrict local management of the river water.

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

### LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

Designation may limit future development of the mining activities in the area, including access to these natural resources which are a benefit to the future of our energy economy.

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

Designation would limit the opportunity of off-river water storage, and existing uses and benefits, including grazing.

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

Local Land Use Regulations are adequate to maintain and protect the area, with limited development potential due to a lack of a public water system and public roadways.

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                                    SEGMENT:

## 21 - SAN MIGUEL RIVER, SEGMENT 5 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                    *ORVs:* **Vegetation**

**Your Name:**   Steve White for Montrose County BOCC          **Telephone:**   970-252-4550

**Address:**      317 S 2nd Street, Montrose, CO 81401          **E-mail: swhite@montrosecounty.net**

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

Designation may affect current and future use and existing water rights including the "Club Rights".

3000, A, 5, 21
3000, A, 6, 21

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

3000, B, 4, 21

The designation may have a negative effect on current and future use of the historic activities in the area. The county water rights including the "Club Rights" need to be protected, as well as existing in-stream flows in this segment.

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

Designation may limit future development of the mining activities in the area, including access to these natural resources which are a benefit to the future of our energy economy. 3000, C, 4, 21

BLM_0123482

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

Designation would limit the opportunity of off-river water storage, and existing uses and benefits, including grazing.

3000, D, 6, 21

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

3000, E, 7, 21

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations.  This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

3000, F, 9, 21

Designation would create fragmented management systems, which will make administering the area more difficult.  This fragmentation may also increase the funding needed to implement the designation.

3000, G, 9, 21

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                          SEGMENT:

BLM_0123483

The BLM should consider creating a segment that encompasses the area in which the Hanging Flume is located to allow better management this item of historic significance.

## 22 - SAN MIGUEL RIVER, SEGMENT 6 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                                      **ORVs: Vegetation**

**Your Name:**   Steve White for Montrose County BOCC          **Telephone:**   970-252-4550

**Address:**      317 S. 2nd Street, Montrose, CO 81401          **E-mail: swhite@montrosecounty.net**

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment might not qualify because the river area has been historically used for numerous commercial activities including grazing, fishing, and mining.

The report did not address the historic issues associated with the Uravan clean-up due to mining.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Designation may have a negative effect on mining and recreational opportunities.      3000, H, 2, 22

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

Need to maintain public access to area, specifically for emergency connections to Paradox Area. 3000 I, 5, 22

The County may need to widen roadway in this area for above noted public access. 3000 J, 5, 22

The management of this segment would be better served with a segment break at Tabeguach Creek. Management above Tabehuach is more consistent hydrologically. After the confluence, different management tools would be used along the Uravan clean-up site. 3000, K, 5, 22

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

---

**ADMINISTRATION**

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes. 3000, L, 7, 22

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

County owns land in area (former ball park) upstream from Uravan site that will be developed for recreation and tourism use.

This area has been historically used for mineral extraction, with numerous mining claims in the area. 3000, M, 8, 22

Designation may negatively affect the ability to mine unique minerals available in this area that have been of great economic and energy needs for the County, State and Nation. 3000, N, 8, 22

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation. 3000, O, 9, 22

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

The historic Uravan site will be managed by the Department of Energy for perpetuity. 3000, P, 10, 22

---

**ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY**

NAME:                                            SEGMENT:

BLM_0123485

## 23 - TABEGUACHE CREEK, SEGMENT 1 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                              *ORVs:* **Vegetation**

**Your Name:**   Steven White for Montrose BOCC          **Telephone:**   970-252-4550

**Address:**   317 S. 2nd Street, Montrose, CO 81401          **E-mail: swhite@montrosecounty.net**

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment might not qualify because the river area has been historically used for numerous commercial activities including mining and natural gas extraction.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Designation would restrict the ability to access the area with equipment to fight wildfire.  This would be a detriment to the public health and safety.

3000, Q, 2, 23

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|---|

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

3000, $\mathcal{R}$, 7, 23

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

3000, $\mathsf{S}$, 9, 23

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

NAME:                                          SEGMENT:

## 24 - TABEGUACHE CREEK, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                      **ORVs:** Vegetation

**Your Name:** ___Steve White for Montrose County BOCC___      **Telephone:** __970-252-4550___

**Address:** ___317 S. 2nd Street, Montrose, CO___      **E-mail: swhite@montrosecounty.net_____**

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment might not qualify because the river area has been historically used for numerous commercial activities including grazing, fishing.

There many privately held lands in this segment and County roads that may need to be improved in the future.    *3000, T, 1, 24*

This segment has high potential for mining/gas development that would be restricted through designation.    *3000, V, 1, 24*

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

There is a number of domestic water well in the area that could be used in the future for development that may be negatively affected by designation.    *3000, V, 2, 24*

Grazing has been an historic use in this segment that may be restricted through designation.

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

3000, W, 7, 24

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

3000, X, 9, 24

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                        SEGMENT:

## 25 - LOWER DOLORES RIVER WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                          **ORVs:** Vegetation

**Your Name:**   Steve White for Montrose County BOCC          **Telephone:**   970-252-4550

**Address:**   317 S. 2nd Street, Montrose, CO 81401          **E-mail:** swhite@montrosecounty.net

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment might not qualify because the river area has been historically used for numerous commercial activities including grazing, fishing, kayaking and rafting.

There are water diversions along this segment that may be affected by designation.          3000, Y, 1, 25

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Designation may reduce the ability to mitigate vegetative diseases, and non-native plants. No comments were made in the report regarding the Tamarisk issues.          3000, Z, 2, 25

Designation would restrict the ability to access the area with equipment to fight wildfire. This would be a detriment to the public health and safety.

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

Many of the outstanding values in the area are associated with recreational opportunities that may be negatively affected by designation.

3000, AA, 3, 25

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

*3000, BB, 7, 25*

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

*3000, CC, 9, 25*

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

**NAME:**                                    **SEGMENT:**

## 26 - NORTH FORK MESA CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                                              *ORVs:* **Vegetation**

**Your Name:** <u>Steve White for Montrose County BOCC</u>          **Telephone:** **970-252-4550**

**Address:** <u>317 S. 2nd Street, Montrose CO 81410</u>          **E-mail:** swhite@montrosecounty.net

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

**GENERAL**

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

**LAND OWNERSHIP AND USES**

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

---

### ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

3000, D D, 7, 26

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

3000, EE, 9, 26

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

Local Land Use Regulations are adequate to maintain and protect the area, with limited development potential due to a lack of a public water system and public roadways.

3000, FF, 10, 26

---

### ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                          SEGMENT:

BLM_0123493

## 27 - DOLORES RIVER, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                    *ORVs:* Vegetation

Your Name: __Steve White for Montrose County BOCC__      Telephone: __970-252-4550__

Address: _____317 S. 2nd Street, Montrose, CO 81401_____   E-mail: swhite@montrosecounty.net_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This segment might not qualify because the river area has been historically used for numerous commercial activities including grazing, fishing, kayaking and rafting.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Designation may reduce the ability to mitigate vegetative diseases.               3000, GG, 2, 27

Designation would restrict the ability to access the area with equipment to fight wildfire. This would be a detriment to the public health and safety.               3000, HH, 2, 27

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

### LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

---

### ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

3000, I I, 7, 27

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

3000, II, 9, 27

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

---

### ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                           SEGMENT:

## 34 - DOLORES RIVER, SEGMENT I WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                    *ORVs:* **Vegetation**

**Your Name:** __Steve  White for Montrose County BOCC__      **Telephone:** __970-252-4550__

**Address:** _____317 S. 2nd Street, Montrose, CO 81401_____      **E-mail: swhite@montrosecounty.net_**

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

**I. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

Designation may reduce the ability to mitigate vegetative diseases.          *3000, KK, 2, 34*

Designation would restrict the ability to access the area with equipment to fight wildfire.  This would be a detriment to the public health and safety.          *3000, LL, 2, 34*

Montrose County is of the opinion that designation of this segment is not in the best interest of the citizens of Montrose County.

The Montrose County Board of County Commissioner's has adopted a resolution opposing the Wild and Scenic Designation (attached).

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

BLM_0123496

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

---

### ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

This segment has adequate protection and ability to manage the area through existing Federal, State, and Local regulations. This would include the BLM Resource Management Plan including the ACEC designation, and County Land Use Codes.

*3000, M M, 7, 34*

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

Designation would create fragmented management systems, which will make administering the area more difficult. This fragmentation may also increase the funding needed to implement the designation.

*3000, n n, 9, 34*

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

---

### ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                    SEGMENT:



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: W&SR Questions - UFO Plan (3 attachments)
1 message

---

**Jones, Gina** <gmjones@blm.gov>                                          Mon, Sep 12, 2016 at 11:20 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Sharrow, Barbara** <bsharrow@blm.gov>
Date: Mon, Sep 12, 2016 at 11:15 AM
Subject: Fwd: W&SR Questions - UFO Plan (3 attachments)
To: Roy Smith <r20smith@blm.gov>, Dana Wilson <dmwilson@blm.gov>, Angie Adams <angie.adams@empsi.com>,
"John (Bruce) Krickbaum" <bkrickba@blm.gov>, "Sherman (Edd) Franz" <Edd_Franz@blm.gov>, Jedd Sondergard
<jsondergard@blm.gov>, Gina Jones <gmjones@blm.gov>

The following letters have come from Montrose and San Miguel Counties.  They came during cooperating agency review
of draft.  We may get more from them by Nov 1.

Barb

---------- Forwarded message ----------
From: **Magee, Deborah (Maggie)** <dmagee@blm.gov>
Date: Fri, Sep 9, 2016 at 2:54 PM
Subject: Re: W&SR Questions - UFO Plan (3 attachments)
To: "Sharrow, Barbara" <bsharrow@blm.gov>

WSR suitability comments from Montrose and San Miguel county BOCCs are attached.

*D. Maggie Magee*
970.240.5323 office
970.208.4328 mobile
dmagee@blm.gov
Planning & Environmental Coordinator
BLM Colorado Southwest District

On Fri, Sep 9, 2016 at 1:30 PM, Sharrow, Barbara <bsharrow@blm.gov> wrote:
> Angie,
>
> Do you know if Montrose County or San Miguel County commented on UFO RMP W&SR suitability anytime in process
> to date?
>
> Barb
>
> ---------- Forwarded message ----------
> From: **Smith, Roy** <r20smith@blm.gov>
> Date: Fri, Sep 9, 2016 at 1:05 PM
> Subject: W&SR Questions - UFO Plan
> To: Barbara Sharrow <bsharrow@blm.gov>, Dana Wilson <dmwilson@blm.gov>, "Sherman (Edd) Franz"
> <efranz@blm.gov>

BLM_0123498

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Fwd: W&SR Questions - UFO Plan (3 attachments)

Have our cooperating agencies, especially Montrose County and San Miguel County, made any comments to BLM concerning our suitability determinations?   If Montrose County didn't suggest any changes to our draft determinations, that would be very good to know for the upcoming CWCB meeting.

--
Roy E. Smith
Water Rights, Instream Flows, Wild and Scenic Rivers
Bureau of Land Management
2850 Youngfield St.
Lakewood, CO  80215
phone: 303-239-3940
e-mail:  r20smith@blm.gov

--
*Gina Jones*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

---

**3 attachments**

 **WSR Suitability 10081600 Montrose Cty BOCC White.pdf**
3512K

**WSR Suitability 10081601 Montrose Cty BOCC.pdf**
6867K

 **WSR Suitability 11011901 San Miguel Cty BOCC.pdf**
9248K

BLM_0123499

— San Miguel BOCC        All Segments

#11011901

# SAN MIGUEL COUNTY
## BOARD OF COMMISSIONERS

| ELAINE FISCHER | ART GOODTIMES | JOAN MAY |
|---|---|---|

January 19, 2011

Barbara Sharrow, Manager
Bureau of Land Management
Uncompahgre Field Office
Attention: RMP Revision
2465 South Townsend Avenue
Montrose, CO 81401
Email: UFORMP@BLM.GOV

Re: Wild and Scenic River Eligibility Report and Suitability Determinations

Dear Ms. Sharrow:

San Miguel County would like to thank BLM and the Sub-Rac members for informational presentations by BLM and DOW staff in our local communities. The opportunity to ask questions and hear local input was very helpful in evaluating the stream segments in the study area found eligible for Wild and Scenic River (WSR) designation as to their suitability for such a designation.

The local economies in San Miguel County are inextricably dependent on the attraction of our natural assets to provide for their long term sustainability. As a region, we have determined that while traditional industries contribute to our economy and the character of our county, our economic future will continue to be dependent on tourism as a primary engine. A recent socioeconomic analysis (attached for your reference) developed to analyze the potential impact of a new uranium mill noted the economies of Western Montrose and San Miguel County exhibited ongoing economic vitality despite the stagnation or decline in the traditional economic bases. The dynamic, non-traditional parts of these counties new economic bases included:

- The growth of income not associated with the current labor force activities including retirement and investment income.
- The retention and attraction of retirees and their "footloose" income
- The immigration of new residents and businesses
- The growth of a visitor economy including tourists, recreationists, and second home owners.

The study indicated that many of these new sources of economic vitality are associated the attractiveness of this region as a place to live, work, do business and raise a family as well as a place to visit or live part time. The report noted that "this underlines the reality of ongoing economic development supported by amenities or quality-of-life characteristics. It also underlines the economic threat associated with any economic activities that degrade those amenities or quality of life."

BLM_0123500

The waterways analyzed in the WSR eligibility report represent an important component of these natural amenities. This is supported by the data contained in the report "Commercial River Use in the State of Colorado 1988-2009" which showed the number of boater days on the San Miguel growing from 50 in 1988 to 5,969 in 2008. There are certain to be corresponding increases in the number of fishermen using the river. A September 26, 2006 study prepared for the DOW "The Economic Impacts of Hunting, Fishing, and Wildlife Watching in Colorado" estimated the economic contribution of fishing in San Miguel County in 2007 to be $8,440,000. This same study found the total impact of Wildlife Watching to be $1,218,200,000 statewide in Colorado. The waterways and their associated riparian areas analyzed in this study, represent some of the richest and most important areas in the region.

The 2005 Report Card, The Ecological Health of the San Miguel River Watershed, gave the San Miguel watershed an Overall Watershed Health GPA of "C". This report, in its discussion of "Natural Processes" in the San Miguel watershed reports "flooding and a hydrograph altered by 354 recorded reservoirs retaining 64,110 acre feet, and 1,401 diversions totaling 3,631 cfs"

This highlights the need for proactive protection of the Outstandingly Remarkable Values (ORVs) found by the interdisciplinary (ID) team in the most unique and exceptional segments of the region's waterways. These areas are natural assets that will yield economic and ecological returns indefinitely. San Miguel County believes these stream segments warrant the management that best provides for the conservation of these values. We further believe that with regard to sensitive warm water fish species there should be preemptive measures taken to avoid listings under the Endangered Species Act and the potential for a federally mandated water management plan being imposed on some waterways. We are primarily concerned with the segments in the San Miguel and Dolores Hydrologic Units as we believe these contribute significantly to our local economies.

The San Miguel County Board of Commissioners therefore makes the following comments and recommendations and requests the Sub-Rac and BLM make the following findings on specific stream segments:

### Beaver Creek

We believe this segment should be found "suitable" for Wild and Scenic (W&S) designation with a classification of "Scenic". ~~We concur with the ID team's finding that the riparian area contains ORVs warranting~~ protection. Also, this segment's management is largely controlled by BLM as the river segment is 99.5% federal with little private lands included in the half mile corridor. We believe this determination best serves the public interest.

### Dry Creek

The BOCC believes this river segment should have a finding of "suitable" with a classification of "Wild." ~~We agree with the ID team that this is a visually exceptional area offering a unique opportunity to observe geologic processes in a localized area. Its primitive nature and intriguing geologic features represent ORVs warranting~~ protection.

In addition, this segment's management is largely under the control of the BLM, as the river segment is 99.3% public and the lands in the half mile corridor are 97.1% public. We believe this designation best serves the public interest.

### Naturita Creek

The San Miguel County BOCC believes this river segment should be found "suitable" for W&S designation with a classification of "Scenic". This segment contains public lands of outstanding primitive character in San Miguel County frequented by county residents and visitors. It is adjacent to National Forest lands proposed for special protections based on their wilderness character. We would like to see similar protective management on this river segment, particularly for the portion in San Miguel County. We believe the primitive nature of the public lands and the ORV as a tributary used as a spawning area for three BLM and Colorado sensitive species and its value in the upper reaches of the segment as a wild trout fishery warrant this designation. We believe this finding would best serve the public interest.

### Saltado Creek

The BOCC believes this river segment should be found "suitable" for W&S designation with a classification of "Wild". We agree that a superior (A-ranked) riparian forest with occurrences considered globally vulnerable is deserving of this designation. We concur with the ID team that this is an ORV warranting protection. This river segment and corridor is over three quarters federally owned putting most of the lands under management by the BLM. Other private landowners are also in support of such designation. This corridor is essentially free of development and is extremely primitive. We believe this designation best serves the public interest.

### San Miguel River, Segment 1

The BOCC believes this river segment should be found to be "suitable" for W&S designation with a classification of "recreational," We concur with the ID team that this segment contains ORVs that include scenic, recreational, wildlife, historic, vegetation, and paleontology. This segment has the greatest contribution to our local economies due to its wide range of ORVs and proximity to population centers. This segment also has special significance because of its location on a scenic byway and outstanding accessibility and exposure to the driving tourist. It has the most outstanding opportunities for fishing, kayaking, rafting, and wildlife watching.

This segment affords the driving public with a unique opportunity to enjoy one of the most spectacular trips through a remarkable river canyon that can be found anywhere, exposing outstanding geology. In addition, it has great cultural and historical significance. The section of this segment below Leopard Creek, inspite of its proximity to a highway, is very natural in appearance due to its largely Federal and Nature Conservancy ownership. This affords BLM a high degree of management control. This is in evidence with the tasteful and appropriately scaled recreational facilities BLM has developed.

This segment contributes millions of dollars to our local economies and defines the experience of traveling through San Miguel County. The BOCC believes these ORVs warrant protection and it is in the best interest of the public that this river segment receives this designation.

### San Miguel River, Segment 2

The BOCC believes this segment should be found to be "suitable" for W&S designation with a classification of "Wild". We concur with the ID team that this segment contains scenic, recreational, wildlife, and vegetation ORVs.

The ID team assigned the segment a Scenic Classification of "A." We agree with this assessment. This is the most natural and undeveloped segment of the San Miguel River exhibiting an outstanding variety of superior ranked plant communities, some of which are globally vulnerable. It has the most outstanding old growth Ponderosa/Spruce forests and riparian areas found on the San Miguel. As one of the finest examples of Southwest Canyon Riparian Habitat, recognized as the richest terrestrial bird habitat in North America, the area is host to over three hundred bird species. It is an outstanding natural asset for wildlife watchers.

It also contributes greatly to our local economy as a favorite opportunity for boating and fishing. The outstanding character of this segment is documented in the comment by the DOW Fisheries Biologist "this segment does nearly reach Gold Medal fishing; the best fishing in the San Miguel. The angler attitudes about their experience are extremely positive, regardless of sometimes low catch rates. This is a rare phenomenon as most fishing experiences are measured as positive based on successful catch rates." This speaks volumes about the other ORVs that can be experienced in this segment. With 100% of the river and 98.3% of the corridor in federal control the BLM has an outstanding opportunity for management of this segment to protect these ORVs.

This area is essentially primitive and is perhaps the most outstanding segment of the San Miguel. We believe it represents an irreplaceable natural asset which can continue to support our local economies indefinitely. We believe this segment's ORVs warrant special protection and are deserving of this designation. We believe this designation best serves the interest public.

### San Miguel River, Segment 3

The BOCC believes this segment should be found "suitable" for W&S designation with a classification of "scenic." Although this segment is substantially impacted by diversions for the CCC Ditch, we believe it has the ORVs of recreation, fish, wildlife and vegetation noted by the ID team. This segment contributes substantially to our local economy by being a favorite of kayakers due to the opportunities "The Ledges" area offers for "play waves." In addition, it has outstanding Southwest Canyon Riparian Habitat with more than 300 bird species observed. The relatively easy primitive road affords excellent opportunities for the driving and less active user to have access to outstanding wildlife watching opportunities.

BLM_0123503

In addition, this segment harbors exemplary population of three BLM and Colorado native fish species. We believe it is in the public interest that these fish and their habitat, as well as the other ORVs, be protected by the recommended designation.

### San Miguel River, Segments 5 and 6

The San Miguel County BOCC believes these river segments should be found "suitable" for W&S designation with a designation of Recreational. We concur with the findings of the ID team that these segments have recreational, fish, historic and vegetation related ORVs. The Unaweep-Tabeguache Scenic Byway, which parallels the river through both of these segments extends into San Miguel County and connects to the San Juan Skyway. This route is very popular for the driving tourist and contributes to our local economies. It provides outstanding opportunities for photography and viewing of historic remnants. The Hanging Flume has been added to the National Register of Historic Places and is a remarkable historic feature. The Nature Conservancy Tabeguache Preserve is also within this reach, representing a significant portion of the private land that will be managed for conservation values. This Byway is promoted nationally and internationally and we believe it plays an important role in bringing driving tourists and travelers into our county. We believe it would be beneficial to have a continuity of management throughout this corridor.

Additionally, this area contains an intact native warm water fishery containing exemplary populations of BLM and Colorado sensitive species. These segments also supports populations of New Mexico Privet riparian shrublands and other vegetative associations considered globally imperiled. We believe these ORVs warrant protection and it is in the public interest that they receive the designation suggested in the Eligibility Report.

### Tabeguache Creek Segments 1 and 2

The BOCC concurs with the ID team that these stream segments contain the vegetation and cultural values identified in the Eligibility Report and should be found "suitable" for W&S designations with the classification of "Wild" in the upper segment and "Recreational" in the lower segment. We believe the superior (A-ranked) occurrences of woodland shrubs and presence of globally vulnerable plants warrant protection. The lower reach has outstanding cultural values that should also be protected. The upper reach is exceptionally wild; the stream is 100% federally owned and the corridor is 99.4% publicly owned. This affords the BLM an outstanding opportunity to manage the land in a fashion that preserves the identified ORVs. The lower section contains more private land and we therefore believe the "Recreational" classification is appropriate. However we believe these segments should receive the suggested designation to protect the outstanding vegetation and cultural values as well as the wild character of the canyon.

### Lower Dolores

The BOCC believes this segment should be found "Suitable" for W&S designation with a classification as "Scenic." This segment is paralleled by a continuation of the Unaweep-Tabeguache Scenic Byway. We believe this Byway is an outstanding regional economic asset that brings driving travelers and boaters into San Miguel County. We concur with

BLM_0123504

the ID team that this segment has outstanding scenic, recreational and geologic value. The Scenic Byway is promoted nationally and internationally and consistently receives high acclaim from those traveling it for the first time. With the tourist destination being developed at Gateway, we anticipate there will be many return travelers to this region based on their initial experiences.

In addition, we again stress the need to protect the "exemplary populations" of three sensitive warm water native fish species. Colorado has committed to actively participate in this effort. This segment has additional importance as historic habitat for a federally endangered species, the Colorado pikeminnow.

We believe it is in the public interest that this segment's ORVs be protected and that it receive the designation suggested in the Eligibility Report.

### *La Sal Creek, Segments 2 and 3*

The San Miguel County BOCC believes stream segments 2 and 3 should be found "Suitable" for W&S designation with the classifications of "Scenic" for segment 2 and "Wild" for segment 3. We agree with the ID team that these segments both have ORVs for fish and vegetation containing an intact warm water native fish species as well as globally imperiled riparian woodlands.

These segments are almost entirely public land affording BLM with an excellent opportunity to manage for maintenance of these ORVS. This area is often frequented because of its outstanding scenic values by San Miguel County residents accessing by the county road or from the Dolores River. This is an exceptionally primitive canyon offering excellent opportunities for hiking, photography and wildlife watching. We believe these stream segments represent a significant economic natural asset to the region and the ORVs identified warrant protection.

The San Miguel County BOCC wishes to thank the BLM staff for all their efforts in assessing regional waterways and identifying and highlighting the outstandingly remarkable natural values we have the privilege of being able experience and enjoy in this region. We appreciate your outreach and consideration of our recommendations. We also wish to thank the Sub-Rac for their efforts in hosting local meetings. As a local government we look forward to working with BLM to preserve the natural capital our quality of life and economy depend on.

Sincerely,

SAN MIGUEL COUNTY, COLORADO
BOARD OF COUNTY COMMISSIONERS

_____
Joan May, Chair

BLM_0123505

With a finding of Suitability, a stream segment and the corresponding corridor will be managed to protect the ORV's but little additional funding would be needed. Upon designation a stream corridor would require some additional funding for signage, public education, ranger patrolling, and maintenance, the amount of which would vary depending on the expected increase in visitor use, and the size, location and other attributes of the stream segment.

BLM_0123506

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Misha Lawley

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity,

River Badgett

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Yours truly,

darren lawley

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity,

*Cindia M Sorensen*
CINDIE M. SORENSON

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

12496 3790 RD
PAONIA, CO 81428
P.S. I HAVE LIVED IN THE NORTH FORK VALLEY FOR OVER 11 YEARS. I MOVED HERE FOR ORGANIC FOOD, CLEAN AIR + WATER AND VERY MUCH WOULD LOVE FOR IT NOT TO CHANGE. THANK YOU. CMS

BLM_0123510

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity,

*Cindia M Sorensen*
CINDIE M. SORENSON

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

12496 3790 RD
Paonia, CO 81428
P.S. I HAVE LIVED IN THE NORTH FORK VALLEY FOR
OVER 11 YEARS. I MOVED HERE FOR ORGANIC FOOD,
CLEAN AIR + WATER AND VERY MUCH WOULD
HATE FOR IT NOT TO CHANGE. THANK YOU. CMS

BLM_0123511

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

I want the least amount of fracking possible for these reasons cited above

Respectfully,

David Boslim

15495 Black Bridge Rd

Paonia Co 8420

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123512

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity,

Cimarron Buhl

109 A NIAGARA AVE
PAONIA, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123513

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity, Jonas Cook

14196 Burgess Ln.
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123514

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Meghan Gilroy
PO Box 984
Paonia CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Geoffroy Levens, L.Ac.   08/31/16
446 Vista Dr #13
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123516

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

KATHY SMITH
1053 S. WASHINGTON ST. Denver 80209

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

PATRICK WEBB
382 Duke Hill Rd.
Hotchkiss, Colo.
81419

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

*Linda Mereness*

LINDA Mereness
P.O. Box 452
PAONiA CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Linda Mereness

LINDA Mereness
P.O. Box 452
PAONIA CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

PATRICIA M FRAZIER
29581 REDLANDS MESA RD
HOTCHKISS, Co 81419

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Jessica Adams
Jessica Adams
491 South Second Street
Carbondale, CO 81623

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

Geoff Sheets

312 Main Ave. Paonia Colorado 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

*Richard M Anderson*

2183 Dinosaur Court
Grand Junction, CO 81507

Richard M. Anderson

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Robb Janssan
Pob 1506
Basalt Co 81621. 1506

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123525

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity,

Peter P.P. Martin
18494 Coyote Run Rd.
Cedaredge   81413

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity,

John R Lake
John R. Lake
322 Main Ave
Paonia, Co. 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Mary Brooks
Mary Brooks
5316 Pennsylvania Ave
Boulder, Co 80303

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Devon Alves

Devon Alves
221 orchard Ave Paonia CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

RYAN REDIFER
320 POPLAR   PAONIA

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123530

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Kirk M. Mills
Kirk M. Mills
4566 E. Kentucky Circle
Denver, CO 80246

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123531

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.


Respectfully,

Erin Dowd
215-5th St. #C
Glenwood Springs, CO 81601

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248


Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Christy Toohey
750 Cedar St.
Whitefish, MT. 59937

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Skip NAFT
Skip Nafx
324 Onarya Ave
Paonia Co. 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Carrie Lerner
42671 long gulch rd
Crawford, CO 81415

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Pamela Duften
1350 3rd St
Paonia, CO

BLM_0123536

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Mary DiFranco
PO Box 685
Paonia, Co 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123537

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Chris Dalbow

1107 3rd st
Paonia CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123538

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely, Angela Adams
P.O. Box 231
Paonia, Co 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123539

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

42481 Highway 133
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123540

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

*Warren Kesselring*

Warren Kesselring
402 Wellington Road
Box 124
Breckenridge, CO 80424

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.


Respectfully,

Colleen Cannon   Colleen Cannon

494 Aspen Meadows Rd

Nederland CO 80466

Colleen CANNON

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248


Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0123542

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Jason Kassoff
12970 Roeber Rd.
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123543

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Katy Goldsberry

14645 Peony lane   81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123544

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

*Kirk M. Mills*

Kirk M. Mills
4566 E. Kentucky Circle
Denver, CO 80246

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123545

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity,

Peter P.J. Martin
18497 Coyote Run Rd.
Cedaredge   81413

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,   Timber Moreland

15878 Black Bridge Rd.
Paonia, Co
          81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

*Michael Smith*

Respectfully,

*Michael Smith*
*P.O Box 2439 S. Lake Tahoe, Ca 96150*

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

    i visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

    In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

    The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

    This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

*Michelle Bruenson*

Michelle Bronson

320 Grand Ave.
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0123549

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Meghan Gilroy
PO BOX 984
Paonia CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123550

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Geoffry Levens, L.Ac. 08/31/16
446 Vista Dr #13
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123551

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions Involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

*Wan Kesarly*

Warren Kesselring
482 Wellington Road
Box 124
Breckenridge, CO 80424

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

*Richard M Anderson*

2183 Dinosaur Court

Grand Junction, CO 81507

Richard M. Anderson

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0123553

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,   Christine Manzanares
P.O. Box 309 / 298 Moffat Ave
Yampa CO 80483

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Susan Friar
POB 1317
81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123555

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Raymond Bilyard

16244 Grange Road
Paonia, Colorado 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123556

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Jennifer Buchi
Jennifer Buchi
530 S 500 E
Heber City UT
84032

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123557

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

CHRis TSCHiNKEL
15631 FiRE MTN. RD
PAONIA, Co 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Roslyn Bauer
12970 Roeber Rd  Paonia CO
81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0123559

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

Lucie Desmarais

1390 S. GARFieLd St

Denver    80210         303-242-5174

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0123560

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

GINGER JANSSEN
PO BOX 1506
BASALT, CO 81621-1506

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

*Annette Laurent*

Annette Laverty
402 Wellington Rd
Box 124
Breckenridge, CO 80424

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

Margaret M. Wrenn
3320  13ᴰ St.
Boulder, CO  80304

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0123563

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

Robert Meek

Robert Meek
7177 Aspen Meadow Dr.
Evergreen, Co  80439

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

      I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

      In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

      The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

      This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.


Respectfully,

Terry L Godfrey
TeRRy L GodFRey
PO Box 295
Crestone, CO 81131

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248


Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Robin Kanewske
Robin Kanewske
563 stahl rd
Paonia, CO
81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

Elizabeth Roscoe
712 Chelham Way
Santa Barbara CA 93108
Elizabeth Roscoe

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0123567

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully, James McCain

40881 Hwy 133
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis