Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

Chris Tschinkel
15631 Fire Mtn. Rd
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

R Arnold
Rebecca Arnold
970-200-2997
#578 Braurard circle
Lafayette, Co 80026

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity, Ann Marie Gambino
1219 2nd St.
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123571

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Judith Heideman
11126 3500 Rd
Hotchkiss, Co 81419

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions Involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely, AnnMarie Gambino 17 year resident
1219 2nd St.
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

STEVE CASSARD
P.O.Box 1163    Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely, Timber Moreland

15878 Black Bridge Rd.
Paoma, Co
81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123575

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

Keith McFarland
Keih McFarland
676 Hwy 50
Delta, CO 81416

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider a NO LEASING option for the RMP.

In Solidarity,

JEREMY LOWE
12441 MINERICH Rd
PAONIA, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Tara Edna Miller
41342 O Rodd
Paonia CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123578

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

Kirsten Dotzler
38618 Fruitland Mesa Rd
Crawford CO 81415

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Gerardo J Cardiel

42481 Highway 133
Paonia, Co 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123580

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

Judith Herdeman
1126 3500 Rd
Hotchkiss, CO 81419

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123581

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely, Cortney Woycik
1183 Highway 133
Paonia, Co 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Chris Garre
PO Box 92
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely, Angela Adams

P.O. Box 231

Paonia, Co 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123584

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

42481 Highway 133
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

M. Smyth Boone
14645 PEONY LANE        M. Smyth Boone
PADNIA Co 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Amy

RECEIVED
SEP 14 2016
UNCOMPAHGRE FIELD OFFICE GRAND JUNCTION

8140185436

Uncompahgre Field Office Manager
BLM
2465 S. Townsend Ave
Montrose, CO 81401

GRAND JUNCTION CO 815

13 SEP 2016 PM 1 L

lowley
431 delta ave
peonia, CO
81428

Riven Badgett
PO box 926
Paonia CO

GRAND JUNCTION CO 815

07 SEP 2016   PM  2 T



FOREVER

USA

RECEIVED
SEP 08 2016
UNCOMPAHGRE FIELD OFFICE

RMP

BLM
2456 South Townsend Avenue
Montrose CO 81401

81401$5938

BLM_0123588

814018543E

Uncompahgre Field Office Manager
BLM
2465 S. Townsend Ave
Montrose, CO 81401

RECEIVED
SEP 14 2016
UNCOMPAHGRE FIELD OFFICE

GRAND JUNCTION CO 815
13 SEP 2016 PM 1 T

RMP

Lawley
1834 delta ave
paonia, CO
81428

BLM_0123589

To The BLM,

I have written this letter to express my concern over the draft RMP for the North Fork Valley. I know from personal experience that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a no leasing option for the RMP.

Respectfully,

Samuela Akert

Samuela Akert
39695 Pitkin Rd.
Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Dear Dana Wilson and Barb Sharrow,

I am a Colorado resident who enjoys the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of our precious eco-system and put an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Regards,

STEVE CASSARD
PO Box 1163   Paonia, CO 81428

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

To The BLM,

I visit the North Fork Valley every year and spend a considerable amount on the bounty of healthy food and wine which comes from the beautiful area. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who consume the valley's agricultural produce. If there is an increase in hydraulic fracturing the future of the natural resources of this valley is in jeopardy.

In reading the Draft RMP, I have many concerns, and in particular want to ask why the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed an analysis of the chemicals used in the fracking fluids and how they affect human health? A thorough study of gas and oil operations needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below, truck collisions and train derailments result in spills, which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

This will be the death of the valley's precious eco-system and put an end to sustainability in Western Colorado and to the valley's economy. Therefore, I can only consider a NO LEASING option for the RMP.

Respectfully,

Jessica Van Antwerp
360 S. 36th St.
Boulder, CO 80305

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I am concerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I know that the natural resources of the North Fork are of great value economically and to the health and wellbeing of all who benefit from the valley's food and wine.

In addressing the Draft RMP, I have many concerns and in particular note that the BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. Has the BLM completed studies on the impact of the chemicals used in the fracking fluids and how they affect human health? A thorough analysis of gas and oil opeartions needs to be completed before any options can be considered.

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck collisions, train derailments result in spills which have caused untold damage. There are also methane and other leaks which result in increased asthma and other health problems. Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.

Sincerely,

Misha Lawley

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

BLM_0123593

lawley
434 delta ave
paonia, CO
81428

GRAND JUNCTION CO 815

13 SEP 2016 PM 1 L

Uncompahgre Field Office Manager
BLM
2465 S. Townsend Ave
Montrose, CO   81401

RECEIVED
SEP 14 2016
UNCOMPAHGRE FIELD OFFICE

RMP

81401$5436

BLM_0123594



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: Attached Image
1 message

---

**Sharrow, Barbara** <bsharrow@blm.gov>                                    Tue, Sep 13, 2016 at 9:02 AM
To: BLM_CO UFO_Bullmtneis <bullmtneis@blm.gov>, BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>


———— Forwarded message ————
From: **Canon C5235** <paoniaprinter@deltalibraries.org>
Date: 2016-09-13 8:58 GMT-06:00
Subject: Attached Image
To: bsharrow@blm.gov, dmwilson@blm.gov, rwelch@blm.gov

---

📄 **1492_001.pdf**
49K

BLM_0123595

9/9/2016

To Whom it may concern,

The North Valley is VERY unique in its beauty and location. Its vast riches of wildlife, fishing, organic orchards and farms, ranches and spring fed water systems bring families here from far and wide to enjoy this quality of life.

I feel the BLM had NOT considered the people's petitions for their strong desire to keep this valley a safe and healthy place to live, free from oil and gas wells.

I don't think the BLM has fully considered the impact of drilling for oil and gas on the usage of water, in the maintaining the roads, the impact on our air quality, and light pollution.

Drilling for oil and gas is an inappropriate use of our public lands, the land people who live here and vacation here use for hunting, fishing and recreation; the land ranchers use to graze their livestock, the land that supplies the water to our towns and organic farms. This desert climate is a delicate environment that needs to be treated as such!

With the ever increasing number of organic farms, orchards and vineyards in the NFV the quality of the land, air and water is vital. This valley provides food to people all over the state and beyond. I know many many of these farmers would move away if the oil and gas wells move in!

I have lived in the NFV since 1989 and serve as a librarian. We offer information and issue library cards daily to new families moving here. 99% of these families come here for the purity of the valley, the healthy lifestyle and food, the sense of community and high ideals people share for a sustainable and diverse economy. Our valley has become very diversified and is sustaining itself without oil and gas and even without the coal mines that have recently shut down.

Our local solar Energy International Center and School is part of a world-wide growing economy in sustainable energy, solar energy being the 2nd fastest growing industry in Colorado.

The potential for human, animal, and environmental damage is too high!

Drilling is an unnecessary action with a risk too high to take.

Thank you

Jane Kelso

Crawford, Colorado

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Gabrielle Bertin
306 Box Elder Ave
Paonia, CO 81428
Gabrielle B

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

James Schwer
PO Box 1446
Paonia, CO 81428

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.


Regards,

Donald T. Leathers
DONALD T. LEATHERS
479 ALBERTA ST
MOAB, UT 84532

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried


Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0123599

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Diane Mueller
2025 East St
Golden CO 80401

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

*Bernard Hedeman* (signature)

1126 3500 ROAD
HOTCHKISS, CO 81419
BERNARD HEIDEMAN
http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,   Kegan Edwards 7208 113ʳ Ave N. Champlin MW 55316

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Miles Heck
234 Delta AVE.
Paonia, CO, 81428

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards, David Long
212 N. Fork Ave, Paonia, CO 81428
Box 232
David Lorig

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.


Regards,

Tim Bax          1410 valley View Dr.
                 Delta, co 80124

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried


Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0123605

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soils, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Robert L, Rasmussen V.  9/24/16
Box 602
310 Poplar  Paonia Co. 81428
http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

_[signature]_

Brenda Burkholder
0250 Summit Dr
Carbondale Co
81623

Cc: R. Welch, N. Kornze, S. Jewell

BLM_0123607

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.  The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

*Linda C. Talbott*

LINDA C. TALBOTT

Cc: R. Welch, N. Kornze, S. Jewell

335 N. FORK AVE
PAONIA, CO 81428

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

*Ethel Leslie*

Ethel Leslie
PO Box 826
Paonia 81428

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.  The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Clark Cross
328 Onarga
Padnig CO 81428

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

M Karpowich

MARC KARPOWICH
570 W. CENTER ST
LOGAN, UT. 84321

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Patricia Naft

P O Box 1275
Paonia  Co 81428

Cc: R. Welch, N. Kornze, S. Jewell

BLM_0123612

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Lacey A. Taylor
38712 Hwy. 92 Crawford, CO 81415

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Tanya Y. Black
P.o. Box 1326
Paonia, CO 8428

Cc: R. Welch, N. Kornze, S. Jewell

BLM_0123614

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

LARA CLAASSEN

Cc: R. Welch, N. Kornze, S. Jewell

650 LARIAT LANE
GWS CO 81601

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.  The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity, Rizza ~ Amor Sapida

15519 Dalwood Ave.
Norwalk CA 90650

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Steven Smith

41367 Lamborn Mesa Rd
Paonia  CO  81428

Cc: R. Welch, N. Kornze, S. Jewell

BLM_0123617

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

_Kathryn F Thompson_
_PO Box 633_
_Paonia CO 81428_

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.  The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Joseph Alan Meador
3458 Burnham Dr, Kittredge CO, 80457

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Melissa Brasier
910 Vitos Way
Carbondale, Co 81623

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

John R B

John R. Brasier
910 Vitos Way
Carbondale, CO 81623

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Patricia Neft

P O Box 1275
Paonia  Co 81428

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Gregory A Caufield
211½ Niagara Ave
Paonia, Co 81428

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Roger Bellun

Roger BAILLARGEON
#2 ASPEN VILLAGE
ASPEN CO 81611

Cc: R. Welch, N. Kornze, S. Jewell

BLM_0123624

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.  The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

*Terry Lee Randall*

Terry Lee Randall

41367 Lamborn Mesa
Paonia   81428

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

*Paula A. Hunter*

Paula A. Hunter
430 North Fork ave
Paonia, CO. 81428

Cc: R. Welch, N. Kornze, S. Jewell

BLM_0123626

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.  The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Marion C Stewart
Marion C. Stewart

Cc: R. Welch, N. Kornze, S. Jewell

PO Box 782 Paonia 81428

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?  The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

*Sylvia Stevens*

SYLVIA STEVENS
370 Price Rd.
Paonia 81428

Cc: R. Welch, N. Kornze, S. Jewell

BLM_0123628

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health?   The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

*Bruce Bailey*

BRUCE M. BAILEY
1513 2nd St.
Paonia, CO  81428

Cc: R. Welch, N. Kornze, S. Jewell

Dear Dana Wilson,

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

In Solidarity,

Sherrion Taylor

Cc: R. Welch, N. Kornze, S. Jewell

P.O. Box 1056
Paonia Co. 81428

Scanned
0019 JB

Dear Dana Wilson,

Not being very familiar with the BLM, I looked up the BLM's own description of what it is and what it does. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to consider productivity, but I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the environment and people's health.

In particular, the BLM did not take into consideration the following:

1. truck transportation of water, fluids and sand
2. casing, drilling and hydraulic fracturing
3. flaring and condensate tank flaring

I question the BLM considering additional oil and gas development and fracking when it has not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in fracking operations? I can only consider a NO Leasing alternative.

Sincerely,

Kate Linehan
Kate Linehan
P.O. Box 1813
Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

Scanned
0053 12

September 14, 2016

TO: RPM Comments

Bureau of Land Management

2465 South Townsend Avenue

Montrose, CO 81401


FROM: Keith H Ellison

152 Poplar Way

Hotchkiss, CO 81419


Dear Bureau of Land Management Officials,


I am concerned about the impact oil and gas operations will have on the rivers, streams and creeks throughout the North Fork Valley.

Issues such as sedimentation from roads, noise from construction and oil and gas operations, air and water pollutants caused by leaks and spills from continuous gas well and fracking operations, leaks and potential explosions from pipeline and other gas operating equipment and storage tanks will diminish the fishing population and the natural environmental experience.

I encourage you to pursue a no-leasing alternative as a way to preserve our fishing heritage and the quality of fishing in the North Fork Valley.

Respectully,

Keith H Ellison

Timber to Table Guide Service
PO Box 873
Paonia, CO 81428

September 14, 2016

Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401

To Whom It May Concern,

My name is Adam Gall and my wife and I are the owners and operators of Timber to Table Guide Service based out of Hotchkiss, CO. We are a small outfitting business offering guided elk and mule deer hunts. Our main focus is educating our hunters about the animals they hunt and the clean, healthy and delicious food they provide us with. We guide all hunters with a focus on youth, women and first time hunters. Our hunts take place on the BLM lands of Oak Mesa northeast of Hotchkiss and some private ground on Sunshine Mesa, directly below Oak Mesa.

As small business owners, we are deeply concerned with the Uncompahgre Field Office's plan to open up nearly all the BLM ground surrounding the North Fork Valley to oil and gas leasing as their preferred Alternative D indicates in their draft Resource Management Plan. The impact this would have on our valley and the existing businesses would be crushing.

Taking a specific look at one location, Oak Mesa falls into the category of lands available to leasing. Oak Mesa is part of a major migration corridor for elk and mule deer that come off the Grand Mesa and down into their traditional winter ranges. The undisturbed habitat of this area allows for healthy big game herds and a robust hunting economy. Televised hunting shows have taken place here the hunting is so good. There are no established roads, virtually no habitat fragmentation and very little human impact other than during hunting season. Numerous studies exist indicating roads and/or habitat fragmentation as a leading cause of declining and/or unhealthy ungulate populations. That is exactly what the oil and gas industry will deliver.

The hunting opportunities one can experience in the North Fork Valley are world-class. The hunting industry is robust, well-managed and most importantly...reliable, year after year, decade after decade. There is no boom and bust component to the hunting industry.

The concept of sacrificing the stability and reliability of a well established hunting industry for yet another boom and bust stab at resource extraction is unacceptable. It flies in the face of the BLM's own initiative of Connecting with Communities that they have proposed in their own outreach programs. The reason it flies in our face is because our business community has time and again expressed no interest in our local public lands being offered up to oil and gas leasing.

Proof of this lies in the fact that our valley has worked hard over the last 5 years to put together our own proposal for oil and gas leasing in the North Fork

Valley. **As an invested business owner, I am asking the BLM to choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B.**

   I would love the opportunity to discuss this further with you. I can be reached at 970-527-5430. Thank you for your time.

                              Sincerely,

                              Adam Gall
                              Timber to Table Guide Service

BLM_0123634

Adam Gall
PO Box 873
Paonia, CO 81428

September 14, 2016

Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401

To Whom It May Concern,

My name is Adam Gall and I, along with my wife and 3 year-old daughter, live on Sunshine Mesa outside of Hotchkiss, Colorado. We choose to live here because of the quality of life it provides our family. Clean water, clean air, safe neighborhoods, abundant wildlife, access to public lands, low traffic, few people...these are a few of the reasons we feel fortunate to call this place home.

It is frustrating, disappointing and alarming to know the BLM is naming Alternative D as their preferred alternative for oil and gas leasing in the North Fork Valley. Multiple times our community has spoken out against surrounding our communities with oil and gas leases. Yet the BLM continues to ignore what we, the public land owners, keep saying. The reasons for not approving of it now are the same as they were 5 years ago:

First, for our family, our **domestic water** source is Love Gulch. Love Gulch is directly adjacent to and drains BLM land that would be made available for oil and gas development. The roll of the dice that drilling and hydraulic fracturing can be poses a serious threat to our most vital resource: clean drinking water.

Second, our **irrigation water** comes from Paonia Reservoir and Fire Mountain Canal. There is already a lot of drilling taking place in the Muddy Creek drainages above Paonia Reservoir. Increased drilling above the entire length of the Fire Mountain Canal (a known slide-prone landscape) poses a huge threat to our valuable irrigation water resource. We grow hay, maintain a fruit orchard, grow cut flowers for commercial sale as well as our own vegetable garden with the irrigation water from Fire Mountain...and we are just a few of the hundreds of people and crops reliant on this canal.

Third, it is a fact that the mere potential of oil and gas leasing and subsequent exploration/drilling decreases **property values**. Our home and land is a major financial investment for us. Oak Mesa is predominantly managed by the BLM and sits directly adjacent to the north end of our personal property. Drilling here would, without a doubt, negatively impact the market value of our home and property.

Fourth, the BLM ground north of us (Oak Mesa) as well as throughout the entire North Fork Valley is **world class hunting** for elk and mule deer. Every fall, for decades, resident and non-resident hunters alike, venture out onto their public lands with hopes of filling their freezers with some of the finest meat on the planet...and pump millions of dollars into local economies. The herd health in the North Fork area is robust and a reliable economic driver. This is due largely to the

fact that the BLM lands these herds use year round are intact and minimally developed. Oil and gas leasing will undo that quickly as road development and major truck traffic will be necessary. Numerous studies show declining herd numbers with increased roads and habitat fragmentation. Why sacrifice a proven long-term revenue generator benefitting many for the sake of a short-term generator that benefits very few?

Our quality of life in the North Fork Valley does not need to be compromised or diminished by the impacts Alternative D would have on our communities. **I am strongly asking the BLM to include all proposed actions in the North Fork Alternative B1 in the final RMP.** Our valley does not need nor does it want the boom and bust cycle that resource extraction delivers.

I would be happy to discuss this further as I've only touched on a few of the issues that oil and gas development would negatively impact in our valley. I may be reached at 970-527-5430.

Sincerely,

Adam Gall

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Duncan Montgomery

225 Colorado Ave, Paonia CO

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Siri Undlin
Sincerely

107 N. 3rd St.
Bonia, CO  81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123638

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Claire Zane Murphy     Po Box 772
                       Paonia, CO
                              81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Niki Burger

*Niki Burger*

225 Colorado Ave, Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

David Brodhead

14615 Peony Ln
Paonia, Co 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Yuri Chicovsky

707 3rd St., Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123642

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Karen Kubarek
330 Whiterock Ave

Crested Butte Co
81224

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Samara Taylor
11126 3500 Rd
Hotchkiss, CO 81419

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123644

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

DANE GALLOWAY
107 3d St. Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123645

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Dava Parr
1978 Harding Road
Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Lauren Blair
PO Box
701 3ʳᵈ St
Paonia Co 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Lindsay Kotouch
327 North Fork Ave
Paonia, CO  81428.

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Ka— L. Jord
PO Box 920
Paonia, CO   81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123649

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Brenna Fallon
310 Oak Ave, Paonia CO

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123650

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Chelsea Bookout
608 Orchard Ave.
Paonia, CO. 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123651

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Joanna M. Calabrese
1978 Harding Rd, Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123652

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Wenrot Bradhead
1465 peony ln
paoni'a CO
81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123653

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

KATE   BOWYER
127  NORTH  FORK  AVE.
PAONIA, CO  81428


Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123654

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Nate Page

517 Whiterock Ave
Crested Butte, CO 81224

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Erica Penard

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

668 Surrey Rd Carbondale ,CO 81623

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

David Raslin
15495 Black Bridge Rd.
Paonia, Co 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123657

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Wenrof Bradhead
1465 peony h
paonia CO
81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123658

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Rose Costello
1978 Harding rd
Paonia, CO
81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Brenna Fallon
310 oak Ave, Paonia CO

81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123660

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

KATE   BOWYER
127   NORTH   FORK   AVE.
PAONIA, CO   81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Constance Elaine Finesilver
PO Box 8651
Aspen Co 81612

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123662

To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan. The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people. (http://pstrust.org/docs/ntsb_doc24.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Chelsea Fehest
442 Delta ave
Paonia, Co  81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper,

BLM_0123663

Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

61-008

Attention: Gina Jones,

I shop at farmers' markets because I want to know and trust my farmer and know that the food I buy and prepare for my family and friends is safe. Much of what I buy is grown in the North Fork Valley. I understand that the North Fork Valley is being threatened by oil and gas development. I oppose the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal and all the options which would allow 146 new natural gas wells in the Bull Mountain Unit northwest of Paonia Reservoir. Paonia and its farms and ranches are downhill from there, and the damage to the water which feeds these farms and ranches would affect the quality of the food produced.

The BLM has not considered the uniqueness of this valley—the fact that it is home to the largest concentration of organic farms in the State of Colorado and that tens of thousands of people like me, on the Western Slope and Front Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs and restaurants.

Clean air and water are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture, but also for hunting, fishing, hiking, camping, mountain biking— all recreational activities that have made outdoor recreation a multibillion dollar industry which employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

The BLM can and should designate the North Fork Valley a fully protected area from oil and gas development.

Regards,

Street  15466 Black Bridge Rd

City, State, Zip Code  Paonia, CO  81428

Melissa Rehfeldt

Bureau of Land Management
2465 S. Townsend Ave
Montrose, CO 81401

Barb Sharrow:

I shop at farmers markets because I want to know my farmer and trust my farmer and that the food I buy and serve to my family and friends is safe. Much of what I buy at farmers markets comes from the Western Slope of Colorado, in particular the North Fork Valley. I understand that the North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions: 1) a Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of Bureau of Land Management (BLM) minerals to oil and gas leasing; and 2) BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward. In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Provence, France. It merits protection from oil and gas development.

The BLM and Representative Tipton have not considered the uniqueness of this valley—the fact that it is home to the largest concentration of organic farms in the State of Colorado, and that tens of thousands of people like me, on the Western Slope and Front Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture but also for hunting, fishing, hiking, camping, mountain biking—all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Sincerely, *Pixie Byrne*

Address: *1379 Barber Dr.*
*Carbondale, CO 81623*

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Gina Jones, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Jared Polis,

Bureau of Land Management
2465 S. Townsend Ave
Montrose, CO 81401

Barb Sharrow:

I shop at farmers markets because I want to know my farmer and trust my farmer and that the food I buy and serve to my family and friends is safe. Much of what I buy at farmers markets comes from the Western Slope of Colorado, in particular the North Fork Valley. I understand that the North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions: 1) a Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of Bureau of Land Management (BLM) minerals to oil and gas leasing; and 2) BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward. In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Provence, France. It merits protection from oil and gas development.

The BLM and Representative Tipton have not considered the uniqueness of this valley—the fact that it is home to the largest concentration of organic farms in the State of Colorado, and that tens of thousands of people like me, on the Western Slope and Front Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture but also for hunting, fishing, hiking, camping, mountain biking—all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Sincerely, *Pixie Byrne*

Address:
1379 Barber Dr.
Carbondale, CO 81623

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Gina Jones, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Jared Polis,

BLM_0123666

Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Attention: Gina Jones and Dana Wilson,

I shop at farmers' markets because I want to know and trust my farmer and know that the food I buy and prepare for my family and friends is safe. Much of what I buy is grown in the North Fork Valley. I understand that the North Fork Valley is being threatened by oil and gas development. I oppose the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal and all the options which would allow 146 new natural gas wells in the Bull Mountain Unit northwest of Paonia Reservoir. Paonia and its farms and ranches are downhill from there, and the damage to the water which feeds these farms and ranches would affect the quality of the food produced.

The BLM has not considered the uniqueness of this valley—the fact that it is home to the largest concentration of organic farms in the State of Colorado and that tens of thousands of people like me, on the Western Slope and Front Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs and restaurants.

Clean air and water are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture, but also for hunting, fishing, hiking, camping, mountain biking—all recreational activities that have made outdoor recreation a multibillion dollar industry which employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

The BLM can and should designate the North Fork Valley a fully protected area from oil and gas development.

Regards,

Matt Singmaster

Street_____ 204 4th Ave_____

City, State, Zip Code_____ Longmont, Co   80501_____

Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Attention: Gina Jones and Dana Wilson,

I shop at farmers' markets because I want to know and trust my farmer and know that the food I buy and prepare for my family and friends is safe. Much of what I buy is grown in the North Fork Valley. I understand that the North Fork Valley is being threatened by oil and gas development. I oppose the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal and all the options which would allow 146 new natural gas wells in the Bull Mountain Unit northwest of Paonia Reservoir. Paonia and its farms and ranches are downhill from there, and the damage to the water which feeds these farms and ranches would affect the quality of the food produced.

The BLM has not considered the uniqueness of this valley—the fact that it is home to the largest concentration of organic farms in the State of Colorado and that tens of thousands of people like me, on the Western Slope and Front Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs and restaurants.

Clean air and water are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture, but also for hunting, fishing, hiking, camping, mountain biking— all recreational activities that have made outdoor recreation a multibillion dollar industry which employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

The BLM can and should designate the North Fork Valley a fully protected area from oil and gas development.

Regards,

Kesna wells
Kesna Wells

Street  204  4th Ave
City, State, Zip Code  longmont  CO  80501

Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Attention: Gina Jones and Dana Wilson,

I shop at farmers' markets because I want to know and trust my farmer and know that the food I buy and prepare for my family and friends is safe. Much of what I buy is grown in the North Fork Valley. I understand that the North Fork Valley is being threatened by oil and gas development. I oppose the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal and all the options which would allow 146 new natural gas wells in the Bull Mountain Unit northwest of Paonia Reservoir. Paonia and its farms and ranches are downhill from there, and the damage to the water which feeds these farms and ranches would affect the quality of the food produced.

The BLM has not considered the uniqueness of this valley—the fact that it is home to the largest concentration of organic farms in the State of Colorado and that tens of thousands of people like me, on the Western Slope and Front Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs and restaurants.

Clean air and water are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture, but also for hunting, fishing, hiking, camping, mountain biking— all recreational activities that have made outdoor recreation a multibillion dollar industry which employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

The BLM can and should designate the North Fork Valley a fully protected area from oil and gas development.

Regards,

Evelyn Kunkel

Street _39007 Pitkin Rd_

City, State, Zip Code _Paonia, CO, 81428_

BLM_0123669

Bureau of Land Management
2465 S. Townsend Ave
Montrose, CO 81401

Barb Sharrow:

I shop at farmers markets because I want to know my farmer and trust my farmer and that the food I buy and serve to my family and friends is safe. Much of what I buy at farmers markets comes from the Western Slope of Colorado, in particular the North Fork Valley. I understand that the North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions: 1) a Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of Bureau of Land Management (BLM) minerals to oil and gas leasing; and 2) BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward. In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Provence, France. It merits protection from oil and gas development.

The BLM and Representative Tipton have not considered the uniqueness of this valley—the fact that it is home to the largest concentration of organic farms in the State of Colorado, and that tens of thousands of people like me, on the Western Slope and Front Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture but also for hunting, fishing, hiking, camping, mountain biking—all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Sincerely,

Address: 2949 E. Erika Ct
Grand Junction CO 81504

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Gina Jones, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Jared Polls,

BLM_0123670

Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Attention: Gina Jones,

I shop at farmers' markets because I want to know and trust my farmer and know that the food I buy and prepare for my family and friends is safe. Much of what I buy is grown in the North Fork Valley. I understand that the North Fork Valley is being threatened by oil and gas development. I oppose the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal and all the options which would allow 146 new natural gas wells in the Bull Mountain Unit northwest of Paonia Reservoir. Paonia and its farms and ranches are downhill from there, and the damage to the water which feeds these farms and ranches would affect the quality of the food produced.

The BLM has not considered the uniqueness of this valley—the fact that it is home to the largest concentration of organic farms in the State of Colorado and that tens of thousands of people like me, on the Western Slope and Front Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs and restaurants.

Clean air and water are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture, but also for hunting, fishing, hiking, camping, mountain biking—all recreational activities that have made outdoor recreation a multibillion dollar industry which employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

The BLM can and should designate the North Fork Valley a fully protected area from oil and gas development.

Regards,

Lacey Taylor

Street _1222 3rd St._

City, State, Zip Code _Paonia, CO 81428_

2016 AUG 25 PM 12:45

COSO MAN RP31
CO STATE OFFICE
DOI-BLM

Scanned 005028

The Reverend Deborah Holder
1992 Black Canyon Road
Crawford, CO  81415

UFO Draft RMP
Uncompaghre Field Office
2465 Townsend Avenue
Montrose, CO  81401

September 15, 2016

RE:  Support for North Fork Alternative Plan

Dear Friends,

I'm writing to you after a very long workday because the quality of life here in the North Folk Valley is of immense value to my neighbors and me.  I'm feeling tired and would love to quit for the day and start dinner.  Instead, I thought I'd sit down and write to you out of respect for your willingness to collect resident's responses to the BLM resource management plan for our region.

I live and work on Fruitland Mesa surrounded by generations of ranchers and farmers from diverse backgrounds and what we all have in common is a love of the land.  From what I hear and read, those of us who live here may need to turn out again and publicly give voice to this shared community value.  I know I'd be willing to do just that and yet I hope the letters you are receiving in support of Alternative B.1, the North Fork Alternative Plan, persuade you that won't be necessary.  We've been here before.

Not a day goes by that I don't speak with neighbors and friends across the North Fork Valley. Many of us are confident you will act to protect this beautiful land and all its creatures against short-term gain at the expense of the common wealth.  I trust that will happen and want you know how much I value what you do every day on behalf of the public interest.

With gratitude,

Deborah Holder

Barb Sharrow                                    September 15, 2016
District Manager
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO  81401

Dear Ms. Sharrow,

I am writing as a concerned citizen of the North Fork Valley. We moved here because my husband has asthma. Clean air was the reason why? What we also found was a sustainable agriculture community. Any healthy foods that you could want, were obtainable. It was a community that retirees would want to live in.

There are a number of items that are not addressed in the BLM Resource Management Plan. There is nothing mentioning how a rural pipeline disaster would be dealt with. We all know what type of disaster has now happened in Yellowstone. First it was the death of the fish, no one knew why? Then days later the river was identified as having an oil spill.  Then it was the earthquakes in Oklahoma. It seems that the earthquakes were caused by oil and gas productions, identified because of waste water disposal wells. The injection of waste water back into the earth. The North Fork Valley is a balanced, finite ecosystem, with clean water and clean air. Should an oil and gas company be allowed into this area or any area most defiantly havoc will occur.

What will happen to the economy of an area that has just defined themselves as an agri-tourism community with the offerings to tourist coming because of the healthy foods, wineries, the arts and lifestyle?  This is a future that can be passed on to the next generations. Coal mining in this valley is not a viable economic possibility any longer. It was told to us years ago it would run out. Likewise, the gas companies will run out of gas and the production will stop like the coal companies. We have hill sides that are decimated. But we can replant them. But if we lose our water due to spills or the ground shakes do to earthquakes just to mention these two, our economy will not bounce back as it has from coal to the sustainable community it has become.

The public safety of this community and the health effects have to take precedence to the oil and gas companies. This community of people have worked hard to make it sustainable and I hope you will reconsider the selling of gas leases in our rural community. Vote for plan "NO" and stop the possibilities of oil and gas companies buying any leases on BLM land.

Sincerely A very concerned Citizen,

Sue Woodruff-Morton

Dana Wilson
Uncompahgre Field Office Manager
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO  81401

September 15, 2016

Dear Ms. Wilson,

I am writing as a concerned citizen of the North Fork Valley. We moved here because my husband has asthma. Clean air was the reason why? What we also found was a sustainable agriculture community. Any healthy foods that you could want, were obtainable. It was a community that retirees would want to live in.

There are a number of items that are not addressed in the BLM Resource Management Plan. There is nothing mentioning how a rural pipeline disaster would be dealt with. We all know what type of disaster has now happened in Yellowstone. First it was the death of the fish, no one knew why? Then days later the river was identified as having an oil spill.  Then it was the earthquakes in Oklahoma. It seems that the earthquakes were caused by oil and gas productions, identified because of waste water disposal wells. The injection of waste water back into the earth. The North Fork Valley is a balanced, finite ecosystem, with clean water and clean air. Should an oil and gas company be allowed into this area or any area most defiantly havoc will occur.

What will happen to the economy of an area that has just defined themselves as an agri-tourism community with the offerings to tourist coming because of the healthy foods, wineries, the arts and lifestyle?  This is a future that can be passed on to the next generations. Coal mining in this valley is not a viable economic possibility any longer. It was told to us years ago it would run out. Likewise, the gas companies will run out of gas and the production will stop like the coal companies. We have hill sides that are decimated. But we can replant them. But if we lose our water due to spills or the ground shakes do to earthquakes just to mention these two, our economy will not bounce back as it has from coal to the sustainable community it has become.

The public safety of this community and the health effects have to take precedence to the oil and gas companies. This community of people have worked hard to make it sustainable and I hope you will reconsider the selling of gas leases in our rural community. Vote for plan "NO" and stop the possibilities of oil and gas companies buying any leases on BLM land.

Sincerely A very concerned Citizen,

Sue Woodruff-Morten

Dana Wilson
Uncompahgre Field Office Manager
Bureau of Land Management
2465 South Townsend Ave
Montrose, CO 81401

81401354536

RMP

RECEIVED
SEP 16 2016
UNCOMPAHGRE FIELD OFFICE

GRAND JUNCTION CO 815
15 SEP 2016 PM 1 L

37767 Solar Rd
Crawford, CO 81415

BLM_0123675



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## (no subject)
1 message

**rick dellenbach** <rickdellenbach@hotmail.com>                              Tue, Sep 20, 2016 at 12:05 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "matt@hccacb.org" <matt@hccacb.org>

The current proposals for oil, gas, and coal leases are clearly incompatible with the values and priorities of

the Public Domain. Environmental protection and clean energy concerns are vastly more important than

the welfare of the fossil fuel industry.

BLM_0123676

10/18/2016                         DEPARTMENT OF THE INTERIOR Mail - Comments on RMP for the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on RMP for the North Fork Valley
1 message

---

**Bain Weinberger <wbw@fastmail.us>**                        Tue, Sep 20, 2016 at 9:52 AM
To: uformp@blm.gov

My wife and I bought property outside Paonia and moved here from Texas three years ago.  We were drawn by the natural beauty, diverse agriculture and healthy environment.  We live adjacent to Garvin Mesa and depend on a well for our domestic water as well as a ditch for irrigation.

The prospect of oil and gas drilling taking place on the slopes above our property is terrifying.

Being from Texas, I am familiar with the culture of the oil patch, and I know what happens when oil and gas production moves in.  Despite what the oil company executives may tell you about their "commitment to environmental protection", I can tell you that the only commitment they have is to extracting the resource as quickly and cheaply as possible.  The roughnecks and supervisors on the ground have one mandate, and that is to maximize production.  Cutting corners is a way of life, and environmental regulations are made to be ignored or sidestepped.

Once the wells are drilled, the workers move on to the next field.  There is no long-term commitment to the area or local environment.  Examples are everywhere, from the enormous environmental damage inflicted on South American rain forests to the ongoing catastrophe that is the Deep Water Horizon spill.

To turn this rapacious industry loose in such a beautiful and productive area as the North Fork Valley would be a tragedy.  Once the damage is done, it cannot be undone.  Once my well water is full of hydrocarbons, what becomes of my quality of life?

I therefore urge you to include all the proposed actions in the North Fork Alternative, B1, in the final RMP.  This is the only way to ensure protection for our pristine water supplies, clean air abundant wildlife and overall economic vitality of our little valley.

Thank you for the opportunity to express my heartfelt concerns.

William B. Weinberger
16641 Farmers Mine Rd.
Paonia, CO 81428

---

BLM_0123677

Scanned
005471

9/20/16

Dear BLM,

I have resided in Delta County since 1986. We have an organic peach and apple orchard in Cedaredge and keeping Delta County with clean air, water is absolutely necessary to maintain our agriculture economy.

I became aware of the RMP recently. It is my belief that the BLM did not complete a proper risk analysis. The BLM did not consider earthquakes, hydralic fracing, human health impacts or pipeline safety. The BLM did not consider risks of unregulated pipelines in rural areas and have put us at even more risk. For that reason, I ask for a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is clear that the no leasing alternative is necessary to protect the valley. We work very hard to grow the best organic peaches and apples. It is imperative that you consider us in your process. Hydralic Fracing is illegal in Europe. How can we be so far behind them?

BLM_0123678

I thank you for your time and
I hope consideration.

Sincerely,

Patricia Lewis Groome
13503 Rimrock Rd
Hotchkiss, Co. 81419

BLM_0123679

10/25/2016                    DEPARTMENT OF THE INTERIOR Mail - no-leasing alternative/oil and gas industry



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

## no-leasing alternative/oil and gas industry
1 message

**Lori Rose** <rosefamilygardens@gmail.com>                    Wed, Sep 21, 2016 at 5:42 PM
To: ufomrp@blm.gov

Please take the time to read this letter.  Thank-you.

 **BLM Letter.rtf**
3K

BLM_0123680

To Whom this may Concern,                                    September 21, 2016

It is my, Hugh Michael Rose's,   choice to request and support a no-leasing alternative for the North Fork Valley of Colorado.   I am currently a resident of Paonia, Colorado,   previously in Crawford, Co., I have been in the North Fork Valley for seven years.   My family relocated from the front range to live an agricultural lifestyle.   We currently grow most of our own food, with the exception of grain,   we run a high-end garden service and are raising two children.   We share , trade and sell our surplus throughout the local community.   We import local hay and grain for our animals and produce only. No fertilizers or pesticides.   We take pride in the fact that we are able to share and trade our produce for equal quality products regularly.   There is a thriving organic community in the valley that will only become more attractive and lucrative in the future. Our clients are regularly asking for advice and ways to forego the "traditional" chemicals they have been using for years.   There is a growing consciousness in the nation around the production of are food and it's relation to our personal health and well-being. As I am sure you are aware,   there is a huge industry developing around "whole foods".   The valley is attracting this population, they are buying homes, choosing to relocate and participate in the local economy.

The oil and gas industry does not support the development of this community nor the local economy, in fact   given what we know about the risks of oil and gas chemicals, and radioactive wastewater to human health and environment and the industries previous impacts on local economies, it is certain this industry will deter these people from relocating here and cause current residents to relocate elsewhere.   A no-leasing alternative would allow The North Fork Valley to sustain and develop a healthy local agricultural community and economy that has the potential to contribute to   the state of Colorado   in developing healthy local agricultural areas that allow the State of Colorado to become a healthy, self-sustaining community in and of itself.

Thank-you,

Lori Ann Rose

40877 Hwy 133

Paonia, Co.   81428

(970)527-3859

10/25/2016                    DEPARTMENT OF THE INTERIOR Mail - no-leasong alternative/oil and gas industry in the north fork



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# no-leasong alternative/oil and gas industry in the north fork

1 message

**Lori Rose** <rosefamilygardens@gmail.com>                    Wed, Sep 21, 2016 at 5:40 PM
To: uformp@blm.gov

Please take the time to read the attached letter.  I very much appreciate your consideration.

 **BLM Letter.rtf**
3K

BLM_0123682

To Whom this may Concern,                                               September 21, 2016

It is my, Lori Ann Rose's,  choice to request and support a no-leasing alternative for the North Fork Valley of Colorado.  I am currently a resident of Paonia, Colorado,  previously in Crawford, Co., I have been in the North Fork Valley for seven years.  My family relocated from the front range to live an agricultual lifestyle.  We currently grow most of our own food, with the exception of grain,  we run a high-end garden service and are raising two children.  We share , trade and sell our surplus throughout the local community.  We import local hay and grain for our animals and produce only.  No fertilizers or pesticides.  We take pride in the fact that we are able to share and trade our produce for equal quality products regularly.  There is a thriving organic community in the valley that will only become more attractive and lucrative in the future. Our clients are regularly asking for advice and ways to forego the "traditional" chemicals they have been using for years.  There is a growing consciousness in the nation around the production of are food and it's relation to our personal health and well-being. As I am sure you are aware,  there is a huge industry developing around "whole foods".   The valley is attracting this population, they are buying homes, choosing to relocate and participate in the local economy.

The oil and gas industry does not support the development of this community nor the local economy, in fact  given what we know about the risks of oil and gas chemicals, and radioactive wastewater to human health and environment and the industries previous impacts on local economies,  it is certain this industry will deter these people from relocating here and cause current residents to relocate elsewhere.  A no-leasing alternative would allow The North Fork Valley to sustain and develop  a healthy local agricultural community and economy that has the potential to contribute to  the state of Colorado  in developing healthy local agricultural areas that allow the State of Colorado to become a healthy, self-sustaining community in and of itself.

Thank-you,

Lori Ann Rose

40877 Hwy 133

Paonia, Co.  81428

(970)527-3859

Scanned 007822

Oct 21, 2016

BLM and employees,

To begin, I want to thank you who do your part to protect and administer our public lands.

I live near Hotchkiss, in the North Fork Valley. I could write pages of examples of why this premium farming and ranching country should not become industrialized. You already know about the orchards and streams that irrigate them. And you know about accidental spills at oil and gas sites.

I'm sorry that the BLM didn't consider a no-leasing alternative for the North Fork Valley, but I support alternative B for UFO and B1 for the North Fork, and ask that you include these proposals in the final RMP

Thank you -
Alison Kerr
P.O 790
Hotchkiss, Co 81419

10/25/2016          DEPARTMENT OF THE INTERIOR Mail - RE: Uncompahgre Resource Management Plan - North Delta OHV Open Area - Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RE: Uncompahgre Resource Management Plan - North Delta OHV Open Area - Comments
1 message

**Karl Schwinn** <kschwinn@ksconstruction.com>                    Thu, Sep 22, 2016 at 10:25 PM
To: uformp@blm.gov
Cc: wblack8709@msn.com, Mike <maweld@aol.com>

BLM RMP Comments

Uncompahgre Resource Management Plan

And Environmental Impact Statement


Interdisciplinary Team:


As a corporate member/sponsor of the Thunder Mountain Wheelers ATV Club (TMW) I appreciate the opportunity to comment on the Uncompahgre Resource Management Plan, specifically as it relates to the North Delta OHV Open Area.  I fully support the attached letter (Unc-RMP-2016.doc) put out by TMW and wish to expand those concerns on a personal basis.


I am a General Contractor and recently completed a $4m, 2 yr construction project at Crossroads Assisted Living Memory Care in Delta.


Also understand that I and my wife are avid geocachers.


You should also notice that my "Signature" at the bottom of this msg is a Delta County address.  We have been based out of PHX AZ for the last 23 years and looking for a way out of the "city" back to our roots of small town, agriculture, great outdoors ever since we got our kids out of the house and through college.


During the 2 years we were in Delta we found that place, sold out of PHX and bought land locally.  The ability to roam pretty much at will - on foot, bike, horse, ATV, & 4x4 - within limits and reason,  was a significant part of the formula behind our move.  Over the past two years, both before we decided to move as well as since,  virtually every family member or friend that visits gets introduced to new areas yet unexplored but almost always we also take them back to some of our favorites in the same areas mentioned below.


During that same time we have crisscrossed Delta County, Grand Mesa, the Uncompahgre plateau, Dominguez, Escalante & Roubideau Canyons, as well as many other locations. Much of it was in 4x4,  some of it on borrowed ATVs, a bit on bike,  and miles and miles of it on foot -  Summit of Leon Peak, full length of Dominquez canyon, the Water wheel near Escalante canyon bridge, Hunting Grounds (White Water area).  Specifically we have also done Devils thumb, Alkali Basin, Wells Gulch, Indian Point, Doughspoon and other areas which were either in or required crossing through (to the north side) of the OHV open Area in question - about 50/50 on foot & ATV.


Much of this was in our quest for geocaches, but an equal portion was to research the history AND Geology of the area.  We also spent a fair amount of time placing new caches, especially those that teach history and "Earthcaches" which teach geology.  As

BLM_0123685

such we made numerous trips up to the Grand Mesa Visitor Center going to various seminars - especially communicating with the "Resident?" geologist, Mike Wiley, who helped us repeatedly with info and locations of where to set our earthcaches to best teach the geology of Grand Mesa.

I/we tell you all this so that you understand that while not "Green" as in Green-Peace, we very much consider ourselves both users and stewards of our great out of doors and all the natural resources contained  AND we go to great effort to entice others to do the same - both the use and care of . . . . . . p.s.  Just last Sunday, 9-18, we were a part of a group of geocachers who hosted a CITO (<u>C</u>ache <u>I</u>n, <u>T</u>rash <u>O</u>ut) during which we collectively picked up more than a level pickup bed load of trash from along the shore line of Crawford Reservoir - we are actively searching for more public lands on which to host CITO events.  What do we get out of that?  The ability to claim a CITO event cache in our computerized logs and a sense of satisfaction!

<u>Before I close I just have to give one very good example</u>.  The Ms. and I do not (yet) own an ATV but were fortunate enough to have one offered to us to use for lengthy periods of time.  The offer came from a young family man who is the third generation in a very well-known family excavation business, Huff Excavating.  This young man, Kirk, is slowly but literally taking over the operations of the business as well as operating heavy equipment on a daily basis along with his dad.  I know him well as we have done business in the multiples of six figures.  Kirk grew up on the back of a dirt bike out on the 'dobies north of Delta and his story (as well as a photo of him and bike high in the air) are featured in the closing chapter of Author Muriel Marshall's book "<u>*The Awesome 'Dobie Badlands*</u>"  The book goes deeply into the geology of the 'dobies, but also into the economics, especially that of tourism and the attraction that the open OHV area has to outsiders.  Kirk is one of the extreme few who actually turned PRO and was certified to the highest level of extreme dirt bike competition at the national level.  He has told me more than once that it was the ability to go out to the 'dobies and ride for hrs. on end, every meter, every slope and every ridge different than the last, never repeating itself as there were/ARE no marked trails.  This now attracts riders from all over the state, if not the entire nation, as a premium training ground. Kirk's room full of trophies and endorsement of the area for training saw to that!

<u>Bottom line in closing</u>   What are you going to do when a group of enthusiast arrive after a multi hr. or even days trip only to find that the bulk of the area has been closed off and they were not aware of it?   Do you proposed to put armed guards on the entire acreage during daylight hrs.?  That is what you will have to do for years to come until the word get out and in the meantime some will be tearing down the signage and tearing up the dirt even more than normal just out of spite and to prove the point that they can, who is going to catch me?  While not right, that is human nature for some people and will become a nightmare to enforce, making it even worse for those of us trying to live within the letter of the law and the aftermath of their destruction and your even harder crackdown, possibly even to the point of fenced off full closure.  Nobody wins.

You will have noted from above that we have crossed the dobies to the north multiple times.  During our visits to the area we have seen VERY little activity on the northern sides.  We feel that if judicious planning is done to create funnels into avenues through the area's most heavily populated by the Hookless Cactus and if proper educational signage is provided at the staging areas, most all users will understand, agree with and abide by the new trail system.  Most will just avoid the northern areas - as they mostly already do.  Those few of us that want to get through the area up into the higher elevations are usually doing it for other purposes than burning the rubber off of our ATVs and will wend our way through the cacti fields following the trail to the base of Grand Mesa . . . . .  hopefully to fish in the lakes created by slump block failure, find the regular caches hidden in the area, and maybe even learn some local geology from some of the Earthcaches such as "Grand Mesa's Cap - Exposed!" (about the basalt cap - exposed by erosion) or "Grand Mesa - Descent into Failure!" ( history of Slump Block Failure) or "ICE - pushy attitude!" (how glacial activity has affected the area)

<u>The REAL bottom line</u>!  I know that I am not the only one by far that feels this way but most will not take the time or make the effort to comment on those feelings.  I feel that I/we have established our bonafides as true users and stewards of these natural resources and feel that as both a community and business member making my living from the local economy, I can speak for them 100 fold at least, maybe even 500x or 1000x.  Following the plans as outlined above and in the attached TMW document will benefit both sides the most, by FAR!

thanks,  ks

— — — — — — — — —

BLM_0123686

Case No. 1:20-cv-02484-MSK   Document 64-8   filed 04/29/21   USDC Colorado   pg 119 of 163

10/25/2016          DEPARTMENT OF THE INTERIOR Mail - RE: Uncompahgre Resource Management Plan - North Delta OHV Open Area - Comments

KARL SCHWINN, PRESIDENT

# K S Construction LLC

www.KSCONSTRUCTION.com

P.O. BOX 99, 13374 B RD.  DELTA CO  81416

970 - 275 - 9455 MAIN

602 - 494 - 8395 CELL

866 - 494 - 8396 FAX

kschwinn@ksconstruction.com

---

 **Unc-RMP- 2016.doc**
488K

BLM_0123687

## THUNDER MOUNTAIN WHEELERS



P O BOX 203
DELTA CO 81416-0203
970-874-8709
wblack8709@msn.com

BLM RMP Comments
Uncompahgre Resource Management Plan
And Environmental Impact Statement

Interdisciplinary Team:

Thank you for the opportunity to comment on the Uncompahgre RMP &
Environmental Impact Statement.

The Thunder Mountain Wheelers ATV Club or (TMW) represents approximately
450 people and businesses on the Western Slope of Colorado, mostly in the
Delta and Montrose County areas who enjoy recreating on our public lands with
off highway & full sized 4x4 vehicles. TMW is a volunteer based non-profit
environmental concerned organization that has focused on preserving and
enhancing the opportunities of all OHV users in the local area since 1990. TMW
enthusiasts provide not only thousands of volunteer hours, but have contributed
over 1.3 million dollars over the years to public lands, through the Colorado's
OHV Registration and Grant Program.

It is important to note that TMW doesn't expend its energy opposing other forms
of recreation or user group, or try to undermine other activities on public lands.
We recognize the diverse interests and needs of all Colorado residents and
applaud, rather than oppose them.

**Specifically:**

The North Delta OHV Open Area consisting of 8560 acres and is a very
important and often used riding and training area for the OHV community.  This
area is not only used by the local OHV community it is utilized and provides open
area opportunities to many people specifically traveling to the Delta area to enjoy
the opportunity to ride off trail along with the ability to train new and upcoming
riders the art of OHV recreation.

Our past experience tells us that changing the entire open area to designated
trails would be an enforcement and signage nightmare. The motorized
community has recreated and enjoyed the area for decades and policing such a
major change would be next to impossible.

**USING, NOT ABUSING, OUR PUBLIC LANDS**

We are cognizant of the concerns of the CPW Fish & Wildlife with the endangered/threatened Colorado Hookless Cactus. We are appreciative of the limited environment and habitat of this species.

Additionally we have read and recognize the concerns of the run off and salinity issue draining into the Colorado River.

**Recommendations to Interdisciplinary Team:**

In an effort to have continued use though limited along with recognizing the concerns of the Managing Agencies, TMW would suggest the following:

1.) The Interdisciplinary Team considers making the "open area" a SRMA. This would allow the authorizing officer to determine that the resources require special management and control measures to meet the management objectives.

2.) The Hookless Cactus having been identified specifically on the northern part of the "open area." TMW suggest that the total "open area" be reduced by approximately 2 thousand acres by eliminating "open riding" on the norther 1/3 of the area and re-designate that area to designated trails only.

3.) Reducing the "open area" and changing to designated trails only on the norther part of the area would have a positive effect on the salinity and erosion concerns.

TMW would suggest the team give full consideration to leaving the "Open Area", intact at least in part for the OHV community that has lost over 75% of their trails and riding opportunities over the past two decades. We also would like to remind the Interdisciplinary Team that the "Open Area" has a very positive impact on the socio-economic impact on the City and Delta County with the many out of town visitors that use the area.

Walt Blackburn
Government Liaison Officer
Thunder Mountain Wheelers ATV Club
-------------------------------------------------------------------------------------------------------

E-mail = uformp@blm.gov

BLM, Uncompaghre Field Office
2465 S. Townsend Ave
Montrose Co., 81401

**USING, NOT ABUSING, OUR PUBLIC LANDS**

BLM_0123689

.

email to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401.

**USING, NOT ABUSING, OUR PUBLIC LANDS**

BLM_0123690

**USING, NOT ABUSING, OUR PUBLIC LANDS**

BLM_0123691



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## oil and gas
1 message

---

**Paul Frazier** <paulalanfrazier@gmail.com>                         Fri, Sep 23, 2016 at 7:11 AM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Hello,

My family and I are residents of Delta county. We work hard to make positive impacts in our community as we farm our thirty acre farm and orchard. We chose to live here because of the variety of wonderful natural resources and rural lifestyles for ourselves, children and grandchildren.

We do not approve of further oil and gas developments on BLM land, as this would certainly impact the natural beauty, atmosphere, and cause us and our families to vacate the community.

Thanks for your consideration of our opinions.

Paul Frazier

BLM_0123692

Scanned
00 60 72

May Trumble                                                October 23, 2016
39417 Pitkin Mesa Road
Paonia, CO  81428

Subject:  Against Hydraulic Fracking Leases in the Northfork Valley Colorado

To:  Ruth Welch, CO State Director for BLM
     2850 Youngfield St.
     Lakewood, CO  80215

I moved to the North Fork Valley from the front range earlier this year to get away from
the city and all that it entails.

I couldn't see the stars, the smell of pollution always in the air and of course there was
always noise from people, traffic etc.

Paonia and this valley attracted me because of the clean air, you can see the stars and
the Milky way at night, organic farming, organic gardening, and wineries, great clean
drinking water etc. .  All of these are world class places that actually feeds us and the
surrounding valley and brings so much organic food to the front range.  Waking up I see
Mt Lamborn, Mt Lands End and Jumbo from my house.

Largest amount of concentrated organic farming in Colorado both fruits, vegetables and
wine.
Colorado Legislature designated Northfork Valley Co Creative District HB-11-1031
Pasture raised chickens, pigs, goats, milk, cheese, butter, yogurt, keifer, soaps
We depend and sustain highly on Agro-tourism
Scientific research on the different farms
Hemp production
Wool

This valley currently has pure water, clean air, no traffic, organic farms, grassfed
animals, organic eggs.  Industrialization of our valley would destroy our current thriving
economy, farming, ranching, agro-tourism, recreation, hunting and fishing and go
directly against the Colorado's legislature's appointing the Northfork Valley as
Attracting more visitors, encouraging artists and creative entrepreneurs to find their
homes here, revitalizing and beautifying our community, celebrating and strengthening
our community's unique identity and heritage, showcasing cultural and artistic
organizations, events and amenities, enhancing and preserving a quality of life here that
is very special.

In current communities where hydraulic fracking is occuring the following has and is
occuring:  (this is all verified by studies-not making it up)

Leaks polluted ground water
Methane and other contamination from well bores

NORM - Naturally Occurring Radioactive Material released
Mitigation of contaminants to well water and other water close to fracking sites
Toxic fracking waste, millions of gallons
Global warming released
Acres of land permanently damaged.
Air Pollution and Respiratory Ailments on the Rise
Accidents - where worker die all of the time
Illusion of jobs, all temporary
Scenic Areas/Recreation areas ruined by traffic/roads/pollution both air and water and noise
Wildlife Displaced
Earthquakes

According to the Secure Energy Future Documents, the best areas to frack have to be identified and the risk is just too high in our area.  You have done no studies or analysis in our specific area.  You did not identify the human health impact that hydraulic fracking would have in our area or the impact that it would have on our wildlife and hunting and fishing.  It is irresponsible to locate oil and gas operation in a watershed that directly affects the largest concentration of organic farms in our state of Colorado.  Also very important is the fact that rural gas gathering lines are exempt from federal pipeline safety standard and we cannot take on the risk.  There have not been any Environmental Impact Studies done on the proposed areas to lease.

The public lands belong to all of us.  If fracking is allowed, it will cause great irreparable damage to our valley that is Unique/Sensitive that should be off-limits to drilling and supporting infrastructure. (Presidential Scientific Board 2011) Fracking also would go against HB 11-1031, which appoints the Northfork Valley as a Colorado Creative District attracting tourism and arts.

So I propose no fracking.  And an immediate moratorium on Hydraulic Fracking in the Northfork Valley so that a thorough analysis can be done and that it be declared a Unique/Sensitive Area as the Presidential Scientific board allows and no oil and gas ever be developed.

Sincerely,

May M. Trumble

cc:  Delta County Commissioners, Gov Hickenlooper, Sally Jewell, Ruth Welch, Gail Schwartz, Millie Hamner, Michael Bennet, Mike Connor, Janice Schneider, President Obama

P.S. Thank you for Listening.

678 8p.






September 24 , 2016

Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401.

### Re: Uncompahgre Field Office RMP

Dear Sirs:

Please accept this correspondence and enclosed attachments as the comments of the Organizations identified regarding the Uncompahgre Field Office("UFO") Draft Resource Management Plan("the Proposal") in favor of Alternative "C" of the Proposal. While we are supportive of Alternative C of the Proposal, there are many factors that must be addressed to insure that the planning process is relying on the most accurate information possible in balancing resources. We are vigorously opposed to Alternative B of the Proposal for reasons that are more specifically addressed in these comments, the Organizations believe Alternative D could be easily adapted to become the most favorable alternative for the Organizations. Our main concern with Alternative D in its current form is the loss of the North Delta OHV area and associated open riding opportunities. The Organizations submit that the North Delta area is truly suitable for an open riding designation and these open riding areas are diminishing rapidly throughout the State, which will make any of these opportunities highly valued in the future.

After review of the Proposal, the valuation of recreational activity on the UFO is badly undervalued, in terms of total spending, total jobs that result from recreation and the per day

1

average spending  amounts from the recreational activity. The variation of the UFO per day spending estimate of $10.01 and the public's experience on these issues is simply shocking.

The Organizations are also very concerned that with the large number of Areas of Critical Environmental Concern that are proposed in the RMP, that the impacts to multiple use access are not accurately reflected in the summary of Alternative C, or any other alternative of the Proposal.   It has been the Organizations experience that when ACEC are designated, this designation lays the foundation for closure of these areas to multiple use recreation, even when the management issues to be addressed are simply unrelated to multiple use recreation. Our concerns about imbalance in these areas is compounded by the fact that the economic contribution of recreational activity is badly underestimated, which will result in an erroneous balance between resource protections and the benefits of resource utilization being struck.

Prior to addressing the merits of the Proposal, we believe a brief summary of each Organization is needed.  The Colorado Off-Highway Vehicle Coalition ("COHVCO") is a grassroots advocacy organization seeking to represent, assist, educate, and empower all of the more than 150,000 registered Colorado OHV recreationists in the protection and promotion of off-highway motorized recreation throughout Colorado. COHVCO is an environmental organization that advocates and promotes the responsible use and conservation of our public lands and natural resources to preserve their aesthetic and recreational qualities for future generations.

The Trail Preservation Alliance ("TPA") is a 100 percent volunteer organization whose intention is to be a viable partner, working with the United States Forest Service (USFS) and the Bureau of Land Management (BLM) to preserve the sport of trail riding.  The TPA acts as an advocate of the sport and takes the necessary action to insure that the USFS and BLM allocate to trail riding a fair and equitable percentage of access to public lands.

CSA was founded in 1970 to unite the more than 30,000 winter motorized recreationists across the state to enjoy their passion. CSA has become the voice of organized snowmobiling seeking to advance, promote and preserve the sport of snowmobiling through working with Federal and state land management agencies and local, state and federal legislators **in** telling the truth about our sport.  For purposes of these comments, CSA, COHVCO and TPA are collectively referred to as "The Organizations".

### 1.  The Organizations are vigorously opposed to Alternative B of the Proposal.

The Organizations are vigorously opposed to the many single use areas that are proposed under Alternative B of the Proposal. While there may be lands available for the large scale expansion

BLM_0123696

of single use recreational areas, it has been the Organizations experience that funding for most trails and recreation on federal public lands is seriously limited and the Organizations do not believe there will be any changes in this relationship in the future. While there may be short term money available to build a trail, often this money is simply not available for the long term maintenance and upkeep of the area once the grant funding has been exhausted. Often these long term maintenance issues result in limited facility maintenance and trash pickup, which impairs any user groups recreational experience. As a result of the limited funding that is available, multiple use recreation areas must be the standard moving forward so that any funding can be leveraged to the maximum extent possible for the benefit of the most users.

### 2.  The Organizations vigorously support the fact that travel management has not been undertaken at the field office level.

The Organizations vigorously support the decision not to attempt to undertake Travel management decisions at the Field Office level, as it has been the Organizations experience that planning for small scale usage, such as particular trails or routes, simply cannot be effectively undertaken at the Field Office level as there is simply too much data, too many interests to be balanced that may not be entirely understood  and too many routes. Often important routes are lost simply due to an oversight in the inventory process and users being asked to review too large an area. The Organizations are aware that many Field Offices in Colorado have undertaken travel management on these smaller scales and found it highly successful in developing high quality sustainable plans with good community support.

### 3(a).  NEPA mandates detailed statements of high quality information for all decisions made in the planning process.

Prior to addressing the Organizations more specific concerns at the field office level on specific issues in the DRMP, the Organizations believe a brief review of NEPA requirements provided in regulation, various implementation guides and relevant court rulings is warranted to allow for comparison of analysis provided in the DRMP and the proper standard. The Organizations believe that the high levels of quality analysis that is required by these planning requirements frequently gets lost in the planning process.  The Organizations are very concerned that the need to document the cause and effect relationship between management changes and impacts that will result must be accurate.  This simply must be remedied in supplemental works to detail how impacts are related to changes.  The Organizations believe meaningfully analyzing

3

BLM_0123697

this cause and effect relationship will result in significant changes to the preferred alternatives proposed in supplemental works.

it is well established that NEPA regulations require an EIS to provide all information under the following standards:

> "... It shall provide full and fair discussion of significant environmental impacts and shall inform decision makers and the public of the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment..... Statements shall be concise, clear, and to the point, and shall be supported by evidence that the agency has made the necessary environmental analyses.... "[1]

The regulations included the development of the Council of Environmental Quality, which expands upon the detailed statement theory for planning purposes.

> "You must describe the proposed action and alternatives considered, if any (40 CFR 1508.9(b)) (see sections 6.5, Proposed Action and 6.6, Alternative Development). Illustrations and maps can be used to help describe the proposed action and alternatives."[2]

These regulations clearly state the need for the quality information being provided as part of this relationship as follows:

> "The CEQ regulations require NEPA documents to be "concise, clear, and to the point" (40 CFR 1500.2(b), 1502.4). Analyses must "focus on significant environmental issues and alternatives" and be useful to the decision-maker and the public (40 CFR 1500.1). Discussions of impacts are to be proportionate to their significance (40 CFR 1502.2(b))." [3]

The Organizations are very concerned with the expansions of Areas of Critical Environmental concern that is proposed in the DRMP have not been fully reviewed as management standards for these areas are not identified and recreational usage has been badly undervalued.

---

[1] See, 40 CFR 1500.1

[2] See, BLM Manual H-1790-1 - NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK – pg 78.

[3] See, BLM Manual H-1790-1 - NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK – pg 4.

4

BLM_0123698

### 6. Courts reviewing economic analysis in public planning apply a very strict standard of review.

FLPMA statutory mandates and BLM planning standards require economics to be addressed with best available science at the earliest possible stages of developing an RMP and to be integrated into the planning process throughout.   These minimum requirements for the amount of research and analysis that is required for satisfaction of these basic planning requirements is heightened after economics is identified as a priority issue in the DRMP.  The Organizations believe a brief analysis of relevant court ruling on the quality and accuracy of economic analysis in an EIS is very relevant.   The Courts have held:

> "an EIS serves two functions. First, it ensures that agencies take a hard look at the environmental effects of proposed projects. Second, it ensures that relevant information regarding proposed projects is available to members of the public so that they may play a role in the decision making process. Robertson, 490 U.S. at 349, 109 S.Ct. at 1845. For an EIS to serve these functions, it is essential that the EIS not be based on misleading economic assumptions."[4]

The Court then discussed the significance of economic analysis in planning as follows:

> "Misleading economic assumptions can defeat the first function of an EIS by impairing the agency's consideration of the adverse environmental effects of a proposed project. See,  South La. Envtl. Council, Inc. v. Sand, 629 F.2d 1005, 1011-12 (5th Cir.1980). NEPA requires agencies to balance a project's economic benefits against its adverse environmental effects. Calvert Cliffs' Coordinating Comm. v. United States Atomic Energy Comm'n, 449 F.2d 1109, 1113 (D.C.Cir.1971). The use of inflated economic benefits in this balancing process may result in approval of a project that otherwise would not have been approved because of its adverse environmental effects. Similarly, misleading economic assumptions can also defeat the second function of an EIS by skewing the public's evaluation of a project."[5]

---

[4] See, Hughes River Watershed Conservancy v. Glickman; (4th Circ 1996) 81 f3d 437 at pg 442; 42 ERC 1594, 26 Envtl. L. Rep 21276 at pg

[5] See, Hughes River Supra note 4 at pg 10.

BLM_0123699

The Court in the <u>Hughes River</u> decision invalidated an EIS based on an error in economic contribution calculations of approximately 32%.[6] As more specifically addressed later in these comments, the Organizations vigorously assert the error in economic calculations in the GJFO planning is easily more than twice the 32% the Hughes River Court found sufficient to overturn the EIS in that matter.

### 4b. Economic contributions are the sole means of integrating recreation in a multiple use planning process.

The Organizations are intimately familiar with the interdisciplinary team process used for balancing of multiple uses at the field office level of planning that occur before the NEPA review process has really started. Often interdisciplinary team meetings are long and difficult meetings that divert significant office resources away from other more short term management issues, making the need for quality work and materials critical to successful team meetings. The intense nature of these meetings mandates that every member of the team have a complete toolbox full of quality information for these meetings and that all toolboxes have been subjected to stringent review to insure that some issues or concerns are not artificially overvalued in the balancing process. If only certain members have a full toolbox others have a toolbox that has been artificially over valued , these members have the highest probability of prevailing on particular issues in the planning process which will result in a proposal that does not accurately reflect a range of alternatives for multiple use. This situation will merely reflect which parties in the interdisciplinary team meetings had the best resources. This situation must be avoided at all costs.

Economics and recreational access have been identified as management issues in the DRMP. NEPA regulations clearly state how management issues are to be addressed in NEPA analysis as follows:

> "The CEQ regulations require NEPA documents to be "concise, clear, and to the point" (40 CFR 1500.2(b), 1502.4). Analyses must "focus on significant environmental issues and alternatives" and be useful to the decision-maker and the public (40 CFR 1500.1). **Discussions of impacts are to be proportionate to their significance (40 CFR 1502.2(b)).**" [7]

---

[6] See, <u>Hughes River</u>, Supra note 4 at pg 12

[7] BLM Manual H-1790-1 - NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK  – pg 4.

6

A toolbox for the recreational planner will include mapping and inventory of resources and quality economic information regarding demand for particular usages based on visitor use information and economic benefits for particular usages. The recreational planner does not have the Wilderness Act, Wild and Scenic River inventory or Endangered Species Act to rely on in the planning process, they only have economic benefits to the local community to rely on. Given that the economic benefit from an average recreational usage is 6x higher than that estimated in the UFO, the Organizations assert that protecting lands will look far more valuable than utilization for recreational activity. The impact of proposed ACEC will be totally disproportionate to any benefits that could accrue from these designations.

### 4c. Proper integration of economic information in the planning process is an ongoing issue in federal planning.

The proper integration of accurate economic information is often a weakness of the public lands planning process in Colorado, which has resulted in the creation of many other longer term problems when decisions reflecting an imbalanced multiple uses are implemented. This concern was recently identified as a major planning issue that is not just limited to Colorado. The Western Governors' Association released its *Get Out West* report in conjunction with its economic impact study of recreation on public lands in the Western United States which specifically identified that proper valuation is a significant management concern as follows:

> "Several managers stated that one of the biggest challenges they face is "the undervaluation of outdoor recreation" relative to other land uses."[8]

The *Get Out West* report from the Western Governors' Association also highlighted how critical proper valuation of recreation is to the development of good management plans based on multiple use principals. The *Get Out West* report specifically found:

> "Good planning not only results in better recreation opportunities, it also helps address and avoid major management challenges – such as limited funding, changing recreation types, user conflicts, and degradation of the assets. Managers with the most successfully managed recreation assets emphasized

---

[8] Western Governors Association; *Get out West Report; Managing the Regions Recreational Assets*; June 2012 at pg 3.

BLM_0123701

that they planned early and often. They assessed their opportunities and constraints, prioritized their assets, and defined visions."[9]

The Organizations believe our concerns regarding the UFO DRMP and those expressed in the Western Governor's *Get Out West* report virtually mirror each other. This concern must be addressed prior to finalization of the UFO RMP in order to avoid increases to many other management issues that were sought to be minimized with the creation of the DRMP. There can simply be no factual argument made that recreation has not been significantly undervalued in the UFO and this has directed the range of alternatives provided for multiple use recreation on the UFO when other restrictions are more fully applied in the future.  The Organizations believe that the failure to proportionally analyze economics has lead to erroneous conclusions and an imbalance of multiple usage of the GJFO.

### 5a.  Extensive research from a wide range of sources reaches conclusions that are irreconcilable with UFO conclusions regarding recreational spending.

The Organizations devote a significant portion of these comments discussing  spending profiles of users developed from a wide range of sources ranging from partner agencies of the BLM to state and local government agencies and user groups.  These analysis provide research that can be generally grouped into conclusions on three broad categories:

1. Total recreational spending of a user group at regional, state or local levels;
2. Average per day spending of user groups and recreational users in general; and
3. Jobs that result from this recreational spending.

The general use of the three broad categories for presentation of recreational spending information would provide numerous manners to cross check and double check the consistency of any office level planning initiatives with the conclusions of this research. As more specifically addressed in the following sections of these comments, the UFO conclusions are wholly inconsistent with these research conclusions on all three broad categories.

The Organizations must note the findings are basically consistent with each other regarding the average spend of particular user groups regardless of the entity that performed the research. The Organizations believe the variables that would be more applicable to establishing variations in total recreational spending at the planning office level would be the result of comparative

---

[9] *Get Out West Report* at pg 5.

BLM_0123702

opportunity and suitability of resources and opportunities that are provided on the planning office.   These variables would directly impact the comparative totals for user groups and the total visitor days to the planning office.   At no point in these analysis documents is there an arguable basis provided for the per day spending profiles that have been developed in the UFO planning process.   The UFO conclusions are simply inconsistent with all other research and directly impacted the preferred alternative and the range of alternatives presented.

### 7b. The Western Governors' Association recently concluded that recreational spending is the driver for western economies.

As previously noted there are three general categories for providing conclusions of recreational spending information.   The first the organizations will be addressing is a total spending on a variety of geographic levels.   Recreational usage of public lands is a significant portion of the Colorado economy, especially in the smaller mountain communities that have already lost more traditional sources of revenue, such as timber, farming and mining.   The critical nature of recreational economics to the western economies was recently highlighted in the Western Governors Get our West Report that specifically stated:

> "Spending on outdoor recreation is a vital part of the national and western economies.  It means jobs and incomes and can be the lifeblood of many rural communities in the West.  This snapshot helps highlight the value of this often overlooked sector- one that is not otherwise measured as a traditional pillar of the US economy. "[10]

This report provided the following comparison of recreational activity to many other major industries.

---

[10] Western Governors Association; *A Snapshot of the Economic Impact of Outdoor Recreation*; June 2012 at pg 4

BLM_0123703



The Organizations completely agree that recreational economic contributions are an overlooked economic giant in the RMP and  will simply note that any activity that has an average daily spend in the $10 range simply will not support any valid assertion of that activity being an economic driver from an organization with the credibility of the Western Governors' Association.

### 8a. The total  spending attributed to all recreational activities in the RMP is facially incorrect.

The Organizations are deeply concerned regarding the lack of analysis of the existing resources from Federal, State and local communities in addition to information provided from user groups.  The failure to develop accurate analysis methodology in the UFO planning process  has resulted in economic analysis calculations as part of the DRMP that are simply irreconcilable with any other calculations regarding recreational total spending in the planning areas. RMP summarizes the total recreational economic contributions to the UFO  planning area as follows:

**Table 4-88**
**Economic Impacts from Recreation Activities: 2013, 2022, and 2032 (2012 Dollars)**

|  | 2013 (Year 1) | 2022 (Year 10) | 2032 (Year 20) | Total |
|---|---|---|---|---|
| Output | $2,992,150 | $4,281,400 | $5,664,290 | $86,824,820 |
| Labor Income | $976,410 | $1,397,130 | $1,848,400 | $28,333,090 |
| Direct Employment | 36 | 52 | 69 | 1057 |

Source: IMPLAN calculations from BLM data

---

[11] *Id* at pg 1

10

A brief summary of the conclusions regarding total spending on recreational activities in the Montrose, Ouray, Gunnison and Delta County areas will immediate result in one conclusion. GJFO research has reached conclusions that are entirely inconsistent with the conclusions of all other analysis.

> 1. Colorado Parks and Wildlife has concluded that hunting and fishing in the Montrose, Ouray, Gunnison and Delta County areas, which encompass the UFO planning area, results in over $112.4 million in annual spending to these counties.[12]
> 2. Colorado Department of Tourism recently concluded that travel to Montrose, Ouray, Gunnison and Delta County resulted in over $292 million in spending in 2011. [13]
> 3. The Colorado Off-Highway Vehicle Coalition has concluded that over $129 million is spent in the UFO planning from the use of registered off highway vehicles, not including four wheel drive vehicles registered for road usage. [14]

These are spending amounts that are entirely consistent with the Western Governors' summary of outdoor recreation as a significant economic driver of western communities. As these current spending profiles are more than 20x the projected spending on the UFO, the Organizations vigorously assert the UFO projections are incorrect and insufficient for NEPA or the analysis required for management issues.

The Organizations believe the total spending amount is simply incorrect as it cannot be reconciled with the research provided by any federal or state agencies or user groups which have analyzed the spending of particular user groups. The variations in total spending between the GJFO and all other user groups is far in excess of the 32% the *Hughes River* Court found sufficient to strike down the NEPA analysis in that matter on.  These analysis simply must be corrected and multiple uses rebalanced on more accurate analysis of recreational spending and the public must be provided the opportunity to meaningfully comment on the revised proposal.

---

[12] Colorado Division of Wildlife; Final Report: *The Economic Impacts of Hunting, Fishing, and Wildlife Watching in Colorado*; Sept 26, 2008 prepared by BBC Research and Consulting; at Section 3 pg 16.

[13] Colorado Tourism Office- Office of Economic Development and International Trade; *The Economic Impact of Travel in Colorado 1996-2011*; prepared by Dean Runyan Associates at pgs 40 &43.

[14] Colorado Off Highway Vehicle Coalition; *Economic Contribution of Off-Highway Vehicle Recreation in Colorado*; Executive Summary; July 2009 prepared by The Louis Berger Group; at pg ES-6.

BLM_0123705

**8b.  UFO conclusions regarding per day recreational spending analysis is facially incorrect.**

There are three categories that economic information is frequently provided in and the Organizations clearly have issues with total spending conclusions in the UFO plan.  The UFO conclusions are also wholly inconsistent with conclusions regarding per day spending as well. The Organizations believe that reducing the total recreational spending found in the DRMP to a per day per user total allows for more meaningful analysis of the undervaluation of all recreation in the DRMP.  The development of a least common denominator of recreational spending permits more meaningful analysis and comparison of the wide range of resources that are currently available as many analysis do not provide a total planning office spend.

As previously noted, the DRMP projects that total recreational spending on the UFO is only $3.9 million per year as follows:

**Table 4-88**
**Economic Impacts from Recreation Activities: 2013, 2022, and 2032 (2012 Dollars)**

|                   | 2013 (Year 1) | 2022 (Year 10) | 2032 (Year 20) | Total        |
|-------------------|---------------|----------------|----------------|--------------|
| Output            | $2,992,150    | $4,281,400     | $5,664,290     | $86,824,820  |
| Labor Income      | $976,410      | $1,397,130     | $1,848,400     | $28,333,090  |
| Direct Employment | 36            | 52             | 69             | 1057         |

Source: IMPLAN calculations from BLM data

15

The UFO socio-economic study estimates visitation for recreational activity as follows:

**Table 2-2**
**Trends in Visitation (2008–2009)\***

| Data   | 2008    | 2009    |
|--------|---------|---------|
| Visits | 374,159 | 396,340 |

Source: BLM 2010c
\*Includes data for entire UFO including
Dominguez-Escalante NCA, and Gunnison
Gorge NCA which are not included in the
RMP planning area.

As the DRMP provides both a total recreational spend and a total number of recreational visitor days, the average recreational daily spend relied on for development of the DRMP is able to be developed by dividing the total spend by the total days as follows:

---

[15] DRMP at pg 4-468

BLM_0123706

# $3.9 million/396,340 = $10.01 per day per user average recreational spending

The Organizations believe any assertion that the average recreational user spends $10.01 is ever more incorrect as this amount is merely an average. For this conclusion to be correct, it would mean there are large recreational groups that are able to recreate for significantly less than $10 per day to offset those user groups directly addressed in these comments, who on average spend 10x this amount per day. The Organizations believe this facially incorrect conclusion is the direct result of the failure to meaningfully analyze economics has lead to conclusions in the DRMP.

### 6d. Western Governors Association research directly conflicts with UFO conclusions on average daily recreational spending.

The Organizations note that while the Western Governors Study cited above did not provide specific calculations regarding average spending of recreational users, the study was issued with a large number of companion site specific case studies.[16] Many of these case studies did provide a total visitor days number and a total spending amount as part of their analysis.

After calculating the average daily spend for a wide range of recreational activities in locations throughout the west, the Organizations are forced to conclude that these case studies are entirely consistent with the Forest Service NVUM data as these case studies had a total spending range of low $20 per day to a high of $190 per day and the bulk of areas finding an average spend in the $45 to $70 per day range. Again these conclusions simply cannot be reconciled with the spending amounts determined in the UFO planning process.

### 7a. Basic consistency of BLM planning with USFS NVUM data is mandated by multiple Executive Orders and BLM national office requirements.

Prior to expanding the analysis of economic concerns to analyze research from other federal agencies, the Organizations believe a brief discussion of the history of these federal analysis and the relationship of these Forest Service analysis to BLM planning is warranted. Forest Service NVUM data has been collected pursuant to multiple Executive Orders that were equally

---

[16] *See,* Western Governors' Association; *The West; A Wealth of Recreational Opportunities Report.*

BLM_0123707

applicable to all federal agencies. As a result of these executive orders, the BLM national office in Washington DC has recently announced that the methodology used by the USFS in their NVUM process is now being relied on for the analysis of recreational spending on BLM lands as well. This acceptance of NVUM process would lead to basic consistency of conclusions within a geographic area. As more extensively discussed later in these comments, the conclusions of the Region 2 NVUM data, or any forests that make up Region 2, and UFO conclusions are simply not reconcilable.

On September 11, 1993 President Clinton issued Executive Order #12,862 which addressed Setting Customer Service Standards for **ALL** Federal agencies. Order 12,862 specifically provided:

> "All executive departments and agencies (hereinafter referred to collectively as "agency" or "agencies") that provide significant services directly to the public shall provide those services in a manner that seeks to meet the customer service standard established herein and shall take the following actions:
>
> (a) identify the customers who are, or should be, served by the agency;"

As a direct result of EO 12,862 the Forest Service embarked on compiling significant amounts of data regarding the demographics and spending habits of recreational users of USFS lands. The USFS clearly identified that understanding the customer is of paramount importance to providing good customer service and developing good planning to provide a high quality customer service to recreational users. The results of this research has developed in the National Visitor Use Monitoring process and has uniformly been recognized as best available science regarding visitation and spending on public lands.

The on-going importance of the issues originally addressed in EO 12,862 was recently reaffirmed with the issuance of EO 13,571 on April 27, 2011 by President Barack Obama. With the issuance of EO 13,571 by President Obama, the BLM Washington Office entered into a cooperative agreement with the USFS to adopt NVUM findings and apply NVUM methodology to BLM lands. The background and benefits of this cooperative agreement are specifically outlined on the BLM's National Recreation Offices webpage as follows:

> "Background
> In an effort to identify a uniform, agency-wide program to collect scientifically-defensible visitor use estimates, the BLM entered into an Interagency Agreement

14

BLM_0123708

with the USDA Forest Service (FS). The program provides a pilot test of the Forest Service National Visitor Use Monitoring (NVUM) program at three BLM Field Offices (Moab, UT, Roseburg, OR, Dolores, CO) to determine the viability of this comprehensive visitor use methodology for possible long-term, BLM-wide application.

Benefits
It is critical that the BLM has a standard consistent bureau-wide, scientifically-defensible method for visitor monitoring. Implementing this pilot program allows BLM to evaluate, adapt, and modify (as needed) the FS NVUM system, providing BLM with valid and reliable baseline data, trend analysis, demand assessment, and forecasting. Such visitor monitoring information enables BLM to incorporate statistically valid visitor use monitoring information into planning and management decisions as well as long-term monitoring assessment. The FS NVUM system provides BLM with accurate data with high confidence levels for reporting to Congress and constituents, thereby building credibility and establishing legal protection in decision-making. This program would also provide input for estimating regional socio-economic impacts associated with BLM visitor use. The program would provide insight into the recreation settings and recreation experiences that BLM visitors want on the public lands. Finally, by working with the FS, BLM can achieve significant savings in research and development costs while also being able to have comparable data with a sister agency. This inter-agency, inter-department effort represents a major achievement between the two Departments and sister agencies."[17]

Given the clear vision provided by the BLM national office made to comply with the mandates of multiple Executive Orders, the Organizations have to question why any BLM Field Office would not undergo a basic comparison of economic conclusions to the USFS NVUM data. It is the Organizations position that type of review simply did not happen in this case, resulting in conclusions being reached in the DRMP that are in violation of both Presidential Executive Orders and the BLM National Office position on this issue. These conflicts must be resolved and the public allowed to comment after multiple uses are rebalanced pursuant to these mandates.

## 7b. Consistency of BLM planning with USFS NVUM data is required under existing science partnership agreements between USFS and BLM.

---

[17] http://www.blm.gov/wo/st/en/prog/Recreation/national_recreation/visitor_use_surveys.html as viewed 5/3/2013.

BLM_0123709

in addition to the adoption of NVUM data as the accepted conclusions and methodology for recreational spending analysis pursuant to Executive Orders, interagency strategies also address the critical need to rely on partner organizations research on particular issues to develop plans in a cost effective and timely manner. These partnerships are a critical tool in complying with requirements to develop plans in reliance with best available scientific research requirements. The need to manage in compliance with rapidly evolving bodies of research is specifically identified as a major concern for the BLM moving forward, as identified in the 2008 BLM Science Strategy, which states:

> "In this era of rapidly expanding knowledge and methodologies of predicting future environmental changes, it is critical to keep up with the state of knowledge in resource management. By making use of the most up-to-date and accurate science and technology and working with scientific and technical experts of other organizations, we will be able to do the best job of managing the land for its environmental, scientific, social, and economic benefits." [18]

The role that strategic planning documents play in determining the resources currently available and in identifying those resources that need to be developed is specifically and extensively discussed in the provisions of the 2008 BLM science strategy. This discussion specifically identifies:

> "National management issues will be focused to reflect how they apply to the various biogeographic regions of the United States. The BLM identifies and prioritizes the science needs and problems that threaten the targets and goals from the National Strategy. Targets are established for managing specific goals or objectives……The science needed to address the regional management issues will be defined. Science may include existing resource inventory, monitoring, and other data, as well as new information derived from research and project efforts." [19]

BLM's Science Strategy identifies a wide range of scientific research partners for the exchange of credible information and to be used to address issues that may arise. One of these partners

---

[18] BLM Science Strategy 2008 – Doc Id BLM/RS/PL-00/001+1700 at pg iv.

[19] *Id* at 16.

BLM_0123710

is the US Forest Service [20], making the extensive works of the Forest Service's research stations and NVUM research cited in these comments fully applicable to management of BLM lands.

### 7c. Forest Service NVUM data conclusions on daily average recreational spending are completely irreconcilable with UFO conclusions.

As outlined in the previous two sections of the Organizations comments, basic consistency of economic analysis   performed as part of BLM planning with NVUM data conclusions and research are now required by both BLM National office management standards, BLM science strategies  and multiple Presidential Executive Orders.  While these planning requirements are clear, a comparison of the conclusions reached in the NVUM analysis and the UFO planning efforts leads to a single overwhelming conclusion.  The  Executive Orders and National BLM directives simply have not been complied with in the UFO planning process.

The US Forest Service recently released new National Visitor Use Monitoring data  and research for the Rocky Mountain region.  The conclusions of this research find that average recreational spending per day is totally irreconcilable with UFO findings regarding recreational spending on public lands. The USFS NVUM  data for Region 2  found the average recreational spending for a party on a trip was $1,059 dollars.[21]  The average trip was 5.7 days in length[22] and the average party consisted of 3 people.[23]  As a result the average spending can be developed by dividing the average trip total by the average trip length and the average party size.

The USFS NVUM research and  analysis concludes that the average daily recreational spending total in R2 is $61.92 per day.   The Organizations vigorously assert this total is utterly irreconcilable with the GJFO conclusion that the average recreational user spends $10.01 per day and must be corrected to accurately balance multiple use in the UFO process.

### 7d. NVUM multiplier application for calculations of spending for particular user groups brings GJFO conclusions into conflict with all other research documents available.

While the NVUM data can be relied to develop an average daily spend for all recreation on USFS lands, these materials were not the sole materials relied on for our concerns previously expressed. NVUM materials were supplemented with specific information on the spending

---

[20] *Id* at pg 10.

[21] USDA Forest Service; *Visitor Use Report - USDA Forest Service Region 2*; June 20, 2012 at pg 28.

[22] *Id.*

[23] *Supra* note 21 at pg 19.

17

BLM_0123711

habits of particular recreational user groups, and application of these multipliers to the average daily spending found in NVUM data yields conclusions that are entirely consistent with research from State Agencies and user groups.[24]   Despite the wide range of sources of information sources from federal, state and user group analysis, these findings are all generally consistent with the USFS regional NVUM conclusions. Recent BLM analysis is the only research that is available that is inconsistent with the NVUM research.

Several examples of the impact of the multipliers support this position and consistency as follows.   The USFS NVUM research has concluded that hunters spend approximately 2-3 times the average recreational user of public lands.[25]   Application of this multiplier to the regional NVUM  average daily spend of $61.92 would result in a hunting specific daily spend ranging from $123.84 to $185.76 per day.  In 2008, CPW concluded the average daily hunting spending was  $106 per day for in state hunters and $216 per day for out of state hunters.[26]  While these spending totals do not exactly correspond, the Organizations believe they are basically comparable spending amounts.

The  COHVCO economic contribution analysis addressed more completely in other sections of these comments   does not provide an average daily spending amount, the Organizations believe that the USFS  NVUM estimation that average daily spending on motorized recreation is comparable to hunting is accurate and consistent with the overall COHVCO findings.   The consistency of NVUM data can be more directly compared with many other State and user groups  analysis of motorized economic contribution within Region 2.  An example of the consistency would be the recently released economic analysis of snowmobile users from the Wyoming Department of Parks.[27]   This analysis concluded that the in state snowmobiler spent $98.29 and the average out of state snowmobiler spent $159.80 per day and specifically excluded the cost of purchasing equipment from these calculations.   It must be noted that these findings are 10-15 times the average daily spending found in the GJFO. The Organizations believe the USFS NVUM findings are again generally consistent with these conclusions, and provides further basis for our concerns regarding the basic accuracy of the UFO analysis.

---

[24] Styles & White; *USDA Forest Service & Michigan State University; Spending profiles of National Forest Visitors, NVUM Four Year Report*; May 2005.

[25] Styles and White at pg 18.

[26] Colorado Division of Wildlife; *Final Report- The Economic Impacts of Hunting, Fishing and Wildlife Watching in Colorado*; prepared by BBC Research and Consulting; at Section III pg 11.

[27] University of Wyoming- Department of Agriculture and Applied Economics & Wyoming State Parks; *Wyoming Comprehensive Recreational Report Summary of Key Findings 2011-2012*;  at pg 2.

18

The application of the NVUM multiplier for hunting, camping and motorized recreation to the average spending totals found in UFO planning documents simply yields totals that are in no way consistent with the calculations provided in these State and User Group analysis referenced above. Application of the largest multiplier (3x) from the NVUM analysis to the UFO per day recreational spend ($10.01) yields a total of $ 30.03 for an average hunting or motorized user spend. The Organizations believe there is simply no factual argument that can be made that UFO spending is consistent with these separate analysis documents or the NVUM conclusions. These inconsistencies simply must be addressed to balance multiple usage.

### 8. The economic contribution of trail networks has been concretely established in communities adjacent to the planning area.

As previously addressed, the Organizations are deeply concerned with the inconsistency of the UFO economic analysis with the conclusions that are reached on a regional and state level for recreational spending. The Organizations vigorously assert totals such as those reached by federal, state and user groups research are simply not obtainable at the levels of per day spending that are found in the GJFO. The UFO conclusions are also wholly inconsistent with economic contribution analysis of many local trail networks that are locally adjacent to the UFO, and should have been taken into account.

The Paiute Trail system in Utah contributes 38 million a year to a four county area from approximately 600 miles of trails. [28] This trail network is approximately 200 miles from the UFO and is a regional destination for the motorized community. The Organizations believe the economic contributions of the GJFO total recreational contribution being estimated at 7.2 million is totally irreconcilable with the Paiute Trail network conclusions. The Organizations believe this is further evidence that the UFO calculations are simply incorrect. These conclusions warrant that the economic contribution calculations must be redone to develop accurate analysis and a proper balance of multiple uses on the UFO.

---

[28] http://www.sharetrails.org/uploads/EconomicStudies/New%20Paiute%20Trail%20Economic%20Study-PAIUTE%20ATV%20TRAIL%20ECONOMIC%20OUTCOMES.pdf

BLM_0123713

### 9.  The UFO recreational jobs analysis is directly conflicting with research from other organizations.

As previously noted, the Organizations are deeply concerned with the inconsistency of UFO economic contribution analysis with state level and regional analysis from a wide range of sources on both total spending and per day recreational spending amounts. The Organizations assert that a hard look at a priority management issue would not have been concluded by a mere comparison of spending, but must also include analysis of factors that are directly tied to the recreational community and its spending. Accurate analysis of employment  profiles in the UFO planning area and the total employment in the recreational field would be factors that are related to the total recreational spending.  When the conclusions that are reached regarding employment in the UFO planning process and those from other sources are compared, these calculations are equally inconsistent.

The UFO RMP asserts 36 jobs as a result of recreation on the UFO planning area.[29]   By comparison previously cited documents identify exponentially larger numbers of persons employed in recreational activities in the planning areas, which are more specifically calculated as follows:

- COHVCO found that 1,564 persons are employed in positions related to motorized recreation in the UFO planning area;[30]
- CPW found that 1,170 persons are employed in Montrose, Ouray, Gunnison and Delta County areas in positions that are directly related to hunting and fishing activities;[31]
- Colorado Tourism found that 3,150 persons are employed in positions related to tourism and travel in Montrose, Ouray, Gunnison and Delta  County counties;
- The Paiute Trail in Utah concludes that 146 jobs directly result from their 600 miles of trails;

The Organizations are deeply concerned that comparison of recreational employment research conducted by the UFO and the conclusions that are reached by State and local partners and user groups analysis.  The Organizations vigorously assert the inconsistencies in employment calculations are direct evidence that UFO conclusions are incorrect.   The Organizations

---

[29] DRMP at pg 4-468.

[30] COHVCO study at pg 17.

[31]  CPW study Section IV page 16&17.

20

vigorously assert these conclusions must be corrected and multiple use rebalanced after accurate economic contribution conclusions have been reached.

## 10. Restricting travel to designated routes has been highly effective in mitigating many management concerns.

The Organizations are intimately familiar with management of motorized recreation in areas with sensitive, threatened or endangered plants and have found that moving from an open riding area to a designated route system has been highly effective in dealing with possible impacts to plants in the area from recreational usage. As the UFO has taken this step only in 2009, the Organizations are unclear if the benefits have been reviewed and properly taken into account in the planning process. There is simply no analysis of how proposed management standards relate to the relevant and importance criteria that are identified for the ACEC areas as these management standards simply have not been provided as part of the draft RMP.

The Organizations are also concerned that similar management standards are employed for plant species  regardless of the category of the Endangered Species Act, if the species  is present on the ESA list at all. Given the fact that many species do not appear to be on the Endangered species list, economic concerns and multiple usage must be meaningfully addressed in the planning process. The significant benefits of moving to a designated trail system clearly would benefit plants in the area, and the Organizations believe a meaningful discussion of why this management alternative is insufficient must be provided.

## 11. Accurate  implementation of endangered species listing decisions is critical to any long term recoveries.

Prior to addressing the specific concerns on particular species, the Organizations must provide a brief summary of our participation in endangered species issues as the basis for why accurate representation of current best available science is such an issue for the Organizations. This is a major concern as almost all public lands in Colorado are possible habitat for some form of wildlife.  The Organizations believe the summary is necessary in order to develop a complete understanding of the level of frustration that has been experienced in review of the ACEC portions of the DRMP. The Organizations have been active partners with Colorado Parks and Wildlife and the US Fish and Wildlife Service  in the management of several endangered species, including the lynx and wolverine.  The Organizations have been actively involved  in multiple year stakeholder meetings regarding the Wolverine in the hope of developing

21

BLM_0123715

sufficient management clarity to allow the wolverine to be reintroduced and avoid many of the issues that have plagued the lynx reintroduction. The Organizations will note that failing to properly review up to date management standards for the species often result in much of the conflict that plagues ESA issues. Clarifying management standards to avoid this type of management for endangered species has been a primary goal of these efforts. The Organizations believe the DRMP is a perfect example of management for endangered species that must be avoided. Once an ACEC area is created based on a possible listing this immediately creates a situation where the ACEC management and boundary areas could, and often do, conflict with subsequent decisions from the USFWS as science on many species is often rapidly changing and advancing.

The issues that plagued the lynx include many of the issues that are now proposed to be relied on in the DRMP, such as attempting to manage issues and uses that simply do not impact the species and the failure to properly address economics in the habitat designation process. The Organizations are deeply troubled that proposed DRMP management of endangered species void any efforts of user group/agency partnerships. While the Organizations have only been directly involved in the lynx and wolverine issues, the Organizations are aware there are numerous partnership groups addressing many endangered species such as the Greater and Gunnison Sage grouse and many of the fish species living in the Colorado River. This will directly undermine the efforts of these partner groups and result in the wasting of the significant resources that have been devoted by both agency and partner groups to address the true threats to these species.

In addition to the lynx, the Organizations believe the examples of the genetically pure trout species and various amphibians in Colorado are relevant to explaining our concerns on this issue, even if these species are not of major concern on the UFO. While the concerns with Trout management are discussed at length subsequently, the Organizations will note that designation of an ACEC will never remove hybrid fish from the waterways occupied by the genetically pure fish, but the ACEC designation does create the perception that habitat areas adjacent to these waterways are contributing to the decline of the species. It has been the Organizations experience that once shorelines are drawn into question, these areas are immediately highlighted for loss of route in the area under the assumption that this benefits the species. That simply is not true and not scientifically based.

The Organizations experience with the Boreal toad raises similar concerns, as the decline of almost all amphibian species in Colorado is the result of respiratory virus that most experts

22

believe is transported by birds.    The designation of an ACEC area will not stop birds from transporting the virus, but again conveys the message that a lack of habitat is contributing to the decline of the Boreal Toad.

The Organizations are deeply concerned regarding the lack of review that has occurred on ESA species and the integration of this into the ACEC designation process. While brief reviews and erring on the side of closure may be acceptable in the short term, history has taught us that this management has been ineffective in benefitting the species and resulted in significant unintended economic impacts to the Colorado economy.

### 12a(1).  ACEC analysis must be strictly reviewed and related planning decisions must be addressed.

The Organizations are **very** concerned regarding the size and number of ACEC that are proposed in the DRMP, especially when these designations are balancing recreational usage of the same area that has been estimated at a level that is  one-sixth its actual value.  It has been the Organizations experience that any routes that fall within an ACEC designation are at risk of closure in subsequent travel management efforts simply because of the ACEC designation. As a result, the Organizations submit that the overly broad designation of ACEC areas poses a serious threat to recreational access being provided on the UFO.

The Organizations are intimately familiar with the inventory work provided by Rocky Mountain Wild in the recommendation of ACEC areas in planning and submit these inventory are a wish list of management by environmental organizations rather than a peer reviewed scientific analysis of the planning area.   Often standards for the management of species are badly out of date in these inventory and rely on the most restrictive management standards ever proposed rather than the consensus management position on a species that has been reached by experts on the species and adopted by the USFWS as best available science.

The Organizations are very concerned that the ACEC analysis appears to make the determination that any sensitive or possibly threatened or endangered species is in this status due to a lack of habitat and that planning restrictions will help the species recover. As a result of this conclusion, any habitat in a proposed ACEC appears to make that ACEC important. The Organizations are very concerned that no basis is provided for this determination and after a review of the sensitive species and potential threatened or endangered species that many species decline is rarely related to a lack of habitat. This is a serious concern moving forward.

23

In addition to our concerns regarding the assumption that species are declining due to a lack of habitat a review of the Rocky Mountain Wild Proposal for ACEC on the UFO operates with a critical flaw when reviewing species importance, mainly that all threatened species are treated the same for protection.   This simply is not the case as it is well established that plant species simply do not receive similar levels of protection under the ESA and other planning requirements. As the Ninth Circuit recently vigorously reaffirmed:

> "Section 9(a)(2) contains separate protections for plants, but does not use the term "take." *See* 16 U.S.C. § 1538(a)(2). Section 9 thus demonstrates that when Congress uses the word "take," it means to describe an adverse action against animals, not plants. And, as the district court noted, unlike the section 9(a)(1) protections for "fish or wildlife," the section 9(a)(2) prohibitions relating to plants require "deliberate or malicious conduct."[32]

Planning for habitat when habitat is not the problem diverts critically needed resources away from other issues where significant benefit could be achieved with those limited resources.

### 12a(2). "Potentially BLM Sensitive species" is not defined and is irrelevant to ACEC analysis.

The Organizations have been forced to addressed Rocky Mountain Wild ACEC inventory with all too much frequency and address the fact that often terms are used in the inventory that completely lack legal basis and offend any logical review of the analysis.   These terms are frequently applied to artificially create an importance and urgency, that simply does not exist, in the designation of ACEC.  Land managers simply feel compelled to do something to address these issues.   The usage of these wildly artificial terms creating overvaluation of the resource also make lesser management decisions proposed seem more reasonable.     Again the Organizations submit that this terms is simply not relevant for ACEC analysis but several ACEC analysis take this term into account when reviewing an area . While a BLM sensitive species can be the basis for listing, the Organizations are unable to identify any basis for protection of a potentially sensitive species or factors that would be relied on by managers to make such a determination. This must be strictly reviewed in the RMP development.

---

[32] *See*, Center for Biological Diversity vs. BLM & USFWS et al; Case: 14-15836, 08/15/2016, ID: 10086302 at page 12.

BLM_0123718

### 12a(3).  Too many "globally significant riparian areas" a relied on for the analysis of ACEC areas.

The Organizations would be remiss if specific concern was not raised regarding the frequent usage of the term "globally significant riparian areas" as the basis for designation of several ACEC (*ROUBIDEAU-POTTER-MONITOR ACEC & ROUBIDEAU CORRIDORS ACEC*). The Organizations are unsure what this term even means and submit that asserting there are several globally significant riparian areas on the UFO simply lacks any basis in fact or law.  Are there locally relevant riparian areas on the UFO? That answer is clearly yes but these are not to the level of importance that warrants the creation of an ACEC.

A Google search seeking further information on the basis or origin of the term "globally significant riparian areas" reveals no responses, which the Organizations submit speaks volumes to the validity of this term in ACEC analysis. The Organizations vigorously assert there is no generally accepted scientific basis for such a term being relied on for the management of areas, and that these areas simply do not exist on the UFO.  While there certainly could be an area that would fit such a term, it would be located at the mouth of major rivers, such as the Mississippi, Nile, Amazon or other major waterway.

### 12b.   Abuse of the USFWS listing process should not provide the basis for ACEC designations.

The Organizations submit that the Rocky Mountain Wild, and related entities, behavior in the ESA petitioning process for the several species of Beardtongue and Penstemon should not be rewarded with the designation of **any** ACEC areas. Designation of any ACEC area for these species would provide the management decisions that the USFWS has specifically and clearly failed to provide despite decades of efforts to list these species on the ESA list.

Such a decision would be directly contrary to efforts currently in  place within the DOI to address these ongoing systemic abuses of the ESA listing process by several environmental organizations.  The Organizations submit that the abuse of the listing process **cannot** create the basis for creation of any special management areas in associated RMP amendments as such a special designation outside the ESA petition process would completely undermine the value and ongoing refinement of the ESA process and render the expertise of the USFWS valueless on these species. The Organizations must also question why land managers would ever rely on these inventory for management as Rocky Mountain Wild and their partners have chosen to abuse the ESA petitioning process for decades and  to a level that has been universally

25

BLM_0123719

condemned by all parties, including President Obama. Creating ACEC areas in management simply invites this unacceptable behavior to be brought into the management of local field offices.

After a review of the 25 filings/documents with the USFWS that have resulted from The Penstemon and Beardtongue species over the last 33 years, this course of action is clearly the abuse of the ESA petitioning process that the USFWS has chosen to address with heightened citizen petitioning requirements under the ESA[33] and UWFWS efforts to prioritize species based on the necessity of listing. [34] It must be noted that the clearly identified basis for not listing these plant species, mainly unclear threats and challenges to the species, would have resulted in these species being identified as a low priority for listing. As a low priority for listing resources would be targeted to scientific research to determine why the species is declining in order to insure that management actions being taken were actually benefitting the species.

The Organizations vigorously submit that many departments within the DOI have looked at many of the factors identified for the creation of these ACEC areas and have previously determined that these factors do not warrant management action under the ESA.  many of these decisions are highly relevant to the factors addressed in the creation of an ACEC.   The Organizations vigorously assert that these previous management decisions must be honored, rather than avoided by designation of ACEC areas.

### 12c.  Cold desert shrubland Commuities are not special or important and do not warrant ACEC designation.

The Organizations again must oppose the weight that is given to terms such as "cold desert shrubland" communities in ACEC analysis. The Organizations are aware of extensive research and analysis that remains ongoing on these areas from a variety of sources, including novel discussions around the ability of these areas to possibly off-set global warming,  but at no point is this term, or related areas, even proposed to be the basis for any management. The Organizations are entirely unable to identify a total amount of acreage on the continent or any site specific review of the UFO to address this factor.  Given that no special management for

---

[33]   See, DEPARTMENT OF THE INTERIOR Fish and Wildlife Endangered and Threatened Wildlife and Plants; Revisions to the Regulations for Petitions Federal Register / Vol. 80, No. 98 / Thursday, May 21, 2015 / pg 29286

[34] See, DEPARTMENT OF THE INTERIOR, Fish and Wildlife Service Draft Methodology for Prioritizing Status Reviews and Accompanying 12- Month Findings on Petitions for Listing Under the Endangered Species Act, Federal Register /Vol. 81, No. 10 / Friday, January 15, 2016 / pg 2229.

BLM_0123720

these areas is proposed, the Organizations submit this is again a term relied on to attempt to create importance where there simply is no importance to the area.

## 12d. There is simply no analysis of management actions that need to be taken once an ACEC designation has been made.

The Organizations are vigorously opposed to the increased designation of 22 ACEC areas, which is a 4x expansion of the existing number of ACEC currently managed. Our concerns on this designation are compounded by the fact that at no point in the ACEC appendix is there any discussion of the special management attention that is to be undertaken in these new ACEC areas. The ACEC report clearly identifies BLM and statutory requirements for the need for special management as follows:

> *"2.2 Special Management Attention*
> *Special management attention* refers to management prescriptions developed during RMP preparation expressly to protect the important and relevant values of an area from the potential effects of proposed actions deemed to be in conformance with the terms, conditions, and decisions of the RMP (BLM Manual 1613.12). These management measures would not be necessary or prescribed if the critical and important features were not present."[35]

The Organizations submit that NEPA analysis simply cannot occur on the impacts of designation of 4x more ACEC areas when basic information such as management to be undertaken is not clearly identified.

The Organizations have already expressed concern regarding reliance on Beardtongue and Penstemon as the basis for special management under an ACEC designation and this concern is based on the recent listing decision from the USFWS on these species. The USFWS reasoning for the withdrawal of the proposed listing of two plant species is as follows:

> "SUMMARY: We, the U.S. Fish and Wildlife Service, withdraw the proposed rule to list Graham's beardtongue (Penstemon grahamii) and White River beardtongue (Penstemon scariosus var. albifluvis) as threatened species throughout their ranges under the Endangered Species Act of 1973, as amended.

---

[35] See, UFO ACEC report at pg 1

BLM_0123721

This withdrawal is based on our conclusion that the threats to the species as identified in the proposed rule no longer are as significant as we previously determined. We base this conclusion on our analysis of new information concerning current and future threats and conservation efforts. **We find the best scientific and commercial data available indicate that the threats to the species and their habitats have been reduced so that the two species no longer meet the statutory definition of threatened or endangered species.** Therefore, we are withdrawing both our proposed rule to list these species as threatened species and our proposed rule to designate critical habitat for these species."[36]

This statement is highly relevant to our concerns about the possible designation of ACEC areas as the USFWS has clearly and strongly said these plants are not eligible for listing under the ESA. Given that the USFWS has clearly stated that they are unsure as to the factors that are contributing to the decline of the species, the Organizations submit that ANY management restrictions that could be put in place in the ACEC process would not be supported by best available science.

### 13a.  Cutthroat trout habitat management appears to conflict with the primary threat to the species.

Cutthroat trout management is clearly an area where previous management activities by agencies left significant room for improvement, which has resulted in a high degree of public sensitivity to this issue. Understanding this relationship and threats will be exceptionally relevant to avoiding future conflicts between users and the agency. The failure to properly identify the threats to cutthroat trout in the planning area directly allows management standards to be applied that fail to address true threats to the species, including the fact that many cutthroat trout in Colorado are actually hybrid fish, that were recently found to be the primary threat to the native species.

USFWS decisions specifically addressing cutthroat trout management are simply never accurately addressed in the DRMP and creation of ACEC areas.  The specter of arbitrary management decisions immediately becomes a concern with this type of management history

---

[36] See, USFWS proposed listing of Endangered and Threatened Wildlife and Plants; Withdrawal of the Proposed Rules To List Graham's Beardtongue (Penstemon grahamii) and  White River Beardtongue (Penstemon scariosus var. albifluvis) and  Designate Critical Habitat, Federal Register / Vol. 79 , No. 151 / Wednesday, August 6, 2014 /  Proposed Rules

BLM_0123722

and clearly expand the possibility of conflict on an issue the public is already exceptionally sensitive too. The Organizations believe  a brief summary of the management history of management and threats to cutthroat trout will help to understand why management of this species is such a sensitive issue for the public. Researchers have uniformly found the primary threat to the species to be:

> "At the time of Recovery Plan development, the main reasons cited for the subspecies' decline were hybridization, competition with nonnative salmonids, and overharvest (USFWS 1998). "[37]

The hybridization of the cutthroat was the result of management activities that occurred at an unprecedented level in Colorado. The scale of previous management activity does provide a significant amount of context to the levels of frustration.  Research has concluded:

> "Between 1885 and 1953 there were 41,014 documented fish stocking events in Colorado by state or federal agencies. The vast majority of these involved brook trout (Salvelinus fontinalis), rainbow trout (Oncorhynchus mykiss) and cutthroat trout (O. clarkii) (Fig. 3, supporting information). Remarkably, over 750 million fish of these three species were stocked from hatcheries into streams and lakes in Colorado over this period of time. Introductions of brook trout and rainbow trout probably had  devastating effects on native cutthroat trout populations because brook trout are superior competitors and rainbow trout hybridize with cutthroat trout (Young & Harig 2001)." [38]

These concerns regarding hybrid fish are not new.  The June 2006 Conservation strategy and agreement between FWS and the Forest Service provides 7 objectives and 11 strategies for the Colorado Cutthroat trout, all of which seek to address the impacts of stocking 750 million threats to the cutthroat trout.[39] Again no mention of motorized recreation impacts to the trout habitat are mentioned or could just designations of large land areas for the benefit of the species.

---

[37] See, US Fish and Wildlife Service; *Greenback Cutthroat Trout; 5 year summary and evaluation*; May 2009 at pg 4. See also pg 39

[38] Metcalf et al; *Historical stocking data and 19th century DNA reveal human-induced changes to native diversity and distribution of cutthroat*; Molecular Ecology (2012) 21, 5194–5207.

[39]  CRCT Conservation Team. 2006. Conservation agreement for Colorado River cutthroat trout (*Oncorhynchus clarkii pleuriticus*) in the States of Colorado, Utah, and Wyoming. Colorado Division of Wildlife, Fort Collins.  at pg 3-4.

BLM_0123723

It should be noted that the 2006 Conservation Strategy does provide a rather lengthy discussion of habitat issues involved in the management of the trout. [40] This discussion immediately centers around removal of non-native fish in Colorado waterways used by the cutthroat to avoid predation, hybridization and effects of superior competition of non-native fish.   None of these standards are cited here due to their length and lack of relevance to travel management. The 2006 Conservation Agreement does not even arguably imply any travel management issues, as all habitat discussions are all related to preserving cutthroat trout from non-native species.  If there were trail related habitat issues, the Organizations have to believe they would have been discussed in this section. The lack of discussion on this issue is a clear indication of the truly low levels of concern that surround routes adjacent to water bodies.

The 2006 Conservation Agreement provides a general management standard for motorized access in habitat areas as follows:

> "by implementing conservation measures to avoid streamside habitat degradation while approving new grazing, logging, and road and trail construction proposals; by moving  existing roads and trails away from streamside habitats and rehabilitating disturbed riparian habitats; All of these positive activities are ongoing throughout the subspecies' range and are implemented based on agency priorities and funding levels on an annual basis." [41]

Given the unprecedented level of impact from previous stocking of 750 million threats to the Colorado cutthroat trout in Colorado waterways, the Organizations believe the low level of any threat from a trail possibly adjacent to the waterway would be readily apparent.  Given the scale and type of  threat from the 750 million threats to the cutthroat trout, the Organizations believe closing every trail in the state would result in no benefit to the cutthroat trout.

Throughout the reintroduction of the cutthroat trout, significant effort and resources have been allocated to maintaining fishing access to the waterways where the cutthroat trout has been reintroduced.   While this commitment to maintaining fishing access to these waterways is commendable, it clearly will contribute significantly to user conflicts when areas in the

---

[40] See 2006 Conservation Strategy at pg 9.

[41] See, USFWS 5 year listing decision at pg 35.

30

BLM_0123724

vicinity of these water bodies are closed for other uses. If there was a genuine concern for the cutthroat trout, a closure of the body water to fishing would be the most direct way to minimize a primary threat to the fish, mainly the possible incidental taking of the fish. Application of management standards that allow active pursuits to take a fish will appear significantly arbitrary, when use of OHV by the fisherman to access the chosen fishing location is deemed a larger threat to the fish than the active fishing pursued once there. There is simply no rational argument to be made that an OHV being ridden near a body of water presents a higher level of threat to the fish than active fishing activity, even if fishing is catch and release. This type of arbitrary management also allows a primary threat to the species to continue while prohibiting a low risk secondary factor. This simply makes no sense but clearly could be the result of designation of ACEC areas of large size for this factor.

A history of the cutthroat trout in Colorado reveals the primary, and overwhelming, threat to the cutthroat trout is previous management attempts to stock or reintroduce the trout , which experts have summarized the as DEVESTATING to the cutthroat trout. The scale of mismanagement of the trout is an issue that is widely known to the public in Colorado and an issue where there is an exceptionally high level of sensitivity to new management decisions. Clearly, land managers asserting a trail closure is necessary to address prior mismanagement of a species is a questionable decision. Such decisions are made even more questionable and volatile as listing decisions have consistently concluded OHV recreation is a low risk to the trout and should be done only on an "as needed" basis. This falls well short of the management of any area as an ACEC to benefit the species.

### 13b.  Other aquatic issues are managed under ACEC standards that has little to do with the threats to the species.

Two additional aquatic  species sought to be managed  with ACEC designations(Dolores River Slick Rock Canyon; LaSal; Roubideau Corridor and Robideau Porter Monitor ) encompassing more than 60,000 acres to be managed in a manner that does not relate to the threat the species are the Bluehead  and Flannelmouth Sucker.  The Organizations vigorously assert that the management of 60,000 acres will in no way relate to the threats to the species that are entirely occurring in the waterways where they are living.  The threats to these species is shockingly similar to the threats to various genetically pure species of trout.

The Rangewide Conservation Assessment and Strategy for the Bluehead  and Flannelmouth Sucker outlines the primary threats to these species as follows:

31

BLM_0123725

" 6) Enhance and maintain habitat for roundtail chub, bluehead sucker, and flannelmouth sucker.

- Enhance and/or restore connectedness and opportunities for migration of the subject species to disjunct populations where possible.

- Restore altered channel and habitat features to conditions suitable for the three species.

- Provide flows needed for all life stages of the subject species.

- Maintain and evaluate fish habitat improvements throughout the range.

- Install regulatory mechanisms for the long-term protection of habitat (e.g., conservation easements, water rights, etc.).

7) Control (as feasible and where possible) threats posed by nonnative species that compete with, prey upon, or hybridize with roundtail chub, bluehead sucker, and flannelmouth sucker.

- Determine where detrimental actions occur between the subject species and sympatric nonnative species.

- Control detrimental nonnative fish where necessary and feasible.

- Evaluate effectiveness of nonnative control efforts.

- Develop multi-state nonnative stocking procedure agreements that protect all three species and potential reestablishment sites.

8) Expand roundtail chub, bluehead sucker, and flannelmouth sucker population distributions through transplant, augmentation (i.e., use of artificially propagated stock), or reintroduction activities as warranted using a genetically based augmentation/reestablishment plan."[42]

The state of Wyoming recently updated their Sucker analysis and succinctly outlined the threats to the species as follows:

---

[42] *See*, RANGE-WIDE CONSERVATION AGREEMENT AND STRATEGY FOR ROUNDTAIL CHUB *Gila robusta*, BLUEHEAD SUCKER *Catostomus discobolus*, AND FLANNELMOUTH SUCKER *Catostomus latipinnis* Prepared for Colorado River Fish and Wildlife Council; Publication Number 06-18 September 2006 at pg 48.

32

BLM_0123726

**"Problems:**

- Hybridization between native flannelmouth and bluehead sucker, and non-native white sucker Catostomus commersoni, longnose sucker Catostomus catostomus, and Utah sucker Catostomus ardens is occurring. Some combinations are fertile and will lead to introgression.

- The effects of water development and reservoir construction exacerbated by drought have cut off this species' migratory corridors, degraded its habitat, and encouraged the spread of nonnatives.

Competition with and predation by nonnative species (i.e., Catostomus sp., creek chub Semotilus atromaculatus, redside shiner Richardsonius balteatus, burbot Lota lota, brown trout Salmo trutta, and lake trout Salvelinus namaycush) further limit three species populations.

<u>**Conservation actions:**</u>
-Chemically treat Big Sandy River, Little Sandy and Muddy Creeks to remove nonnative species and reduce the risk of hybridization.

- Continue mechanical removal of nonnative species from Big Sandy River, and Little Sandy and Muddy (tributary to Little Snake River) Creeks.

- Develop methods for salvage, transport, holding, and repatriation of native species during chemical treatments.

- Construct a barrier upstream of Big Sandy reservoir to prevent recolonization of treated stream reaches by nonnative fish.

- Continue to partner with other agencies and conservation organizations (e.g., BLM, Little Snake River Conservation District, and Trout Unlimited) to address conservation needs for this species."[43]

---

[43] *See, Wyoming State Wildlife Action Plan - 2010; Species Accounts*; Wyoming Game and Fish Department Fish at pg I-V 3-4.

BLM_0123727

The Organizations note that none of the challenges or proposed management address issues that might occur on the shore of a creek that is habitat, but rather all management is directed towards minimizing contact between genetically pure fish and hybrid fish. Again designation of an ACEC of more than 60,000 acres to manage this issue creates the perception that a lack of non-aquatic habitat is causing the decline of the species. This could not be further from the truth.

The Organizations would be remiss if the close relationship of some of the proposed Bluehead and Flannelmouth sucker management standards to recent management of the Zuni Bluehead sucker was not raised. This is important as the USFS recently listed critical habitat for the Zuni and none of the habitat areas were in Colorado.

### 14. Lynx management standards provided in the ACEC designations appear to address many issues excluded from management by best available science.

The Organizations again must express serious concern with the possible designation of the San Miguel ACEC expansion based on lynx habitat possibly being in the area.   As the Organizations have been involved in years of discussions with national experts on the lynx, the Organizations can vigorously state that the population issues with the lynx are the result of overhunting and poisoning of the species around 1900 and that all national experts agree that there is no lack of habitat for a lynx in Colorado. Additionally, CPW reintroduced the lynx around 2000 in Colorado and the species has flourished.  CPW now estimates that the population is **above** carrying capacity for the state.   The only reason the species has not been delisted is the lynx was listed at the landscape level and only Colorado has undertaken a reintroduction, which was plagued by many management challenges, and now the lynx cannot be removed from listing on any level other than by a landscape level delisting.

The Organizations were active participants in stakeholder meetings leading to the issuance of the 3rd edition of the Lynx Conservation Assessment and Strategy in 2013, which document was specifically adopted by the BLM and USFWS. The Organizations are very concerned that this document is simply never mentioned in relevant parts of the RMP and lynx issues have been relied for many management changes.   The Organizations wanted to highlight some of the more significant changes in lynx management standards in the 2013 LCAS including:

34

- Recreational usage of lynx habitat is a second level threat and not likely to have substantial effects on the lynx or its habitat. Previous theory and management analysis had placed a much higher level of concern on recreational usage of lynx habitat; [44]
- Lynx have been known to incorporate smaller ski resorts within their home ranges, but may not utilize the large resorts. Dispersed motorized recreational usage certainly does not create impacts that can be equated to even a small ski area; [45]
- Road and trail density does not impact the quality of an area as lynx habitat;[46]
- There is no information to suggest that trails have a negative impact on lynx; [47]
- Snow compaction from winter recreational activity is not likely to change the competitive advantage of the lynx and other predators;[48]
- Snow compaction in the Southern Rocky Mountain region is frequently a result of natural process and not recreational usage; [49]
- Winter recreational usage of lynx habitat should only be "considered" in planning and should not be precluded given the minimal threat this usage poses to the lynx; and [50]
- Failing to manage habitat areas to mitigate impacts of poor forest health issues, such as the spruce and mtn pine beetle, is a major concern in lynx habitat for a long duration.[51]

The Organizations are aware that the 2013 LCAS represents a significant change in management standards for a wide range of issues from the 2000 LCAS and Southern Rockies Lynx Amendment. It is our intent in providing a copy of the 2013 LCAS at this time that complete incorporation of this best available science, which reflects the minimal impacts of recreational usage of lynx habitat will streamline any site specific planning issues in the future. The RMP standards must be brought into consistency with best available science that has been clearly stated on this issue and submit that lynx habitat in Colorado is simply not a factor to be addressed in the creation of ACEC areas.

---

[44] *See,* Interagency Lynx Biology Team. 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, MT. 128 pp. at pg 94. (Hereinafter referred to as the "2013 LCAS")

[45] 2013 LCAS at pg 83.

[46] 2013 LCAS at pg 95.

[47] 2013 LCAS at pg 84.

[48] 2013 LCAS at pg 83.

[49] 2013 LCAS at pg 26.

[50] 2013 LCAS at pg 94.

[51] 2013 LCAS at pg 91.

BLM_0123729

## 15. Gunnison Sage Grouse ACEC designations must address the limited impacts of recreation on the species.

The Organizations are very concerned regarding the ambiguity of Grouse management standards proposed in the DRMP and how this will impact multiple use recreation as there is no clarity provided in the designation of the ACEC areas and this factor has been heavily relied on for the designation of ACEC areas. This concern is based on the fact that surface disturbing activities appear to have included trail usage in other areas of the DMRP and these usages have been specifically found to be of minimal concern with sage grouse habitat. This is an issue that has been extensively discussed in the multiple listing decisions addressing both the Gunnison and Greater Sage Grouse and with a wide range of partner groups and conservation committees for the management of the grouse. The necessity of a complete exclusion of surface occupancy and disturbance has been specifically addressed by the state of Colorado as follows:

> "The new rules require that permittees and operators determine whether their proposed development location overlaps with "sensitive wildlife habitat," or is within restricted surface occupancy (RSO) Area. For greater sage grouse, areas within 1 km (0.6 mi) of an active lek are designated as RSOs, and surface area occupancy will be avoided except in cases of economic or technical infeasibility (CDOW, 2009, p. 12). Areas within approximately 6.4 km (4 mi) of an active lek are considered sensitive wildlife habitat (CDOW, 2009, p. 13) and the development proponent is required to consult with the CDOW..."[52]

The Organizations are very aware there are a large number of issues involved with the decline of all Grouse species, including urbanization of habitat, grazing, oil and gas exploration and increased predation. While there are a large number of threats to the grouse, recreational usage of habitat areas has been a concern that has been consistently identified as a lower level threat. The low level threat of recreation to the Grouse is clearly identified in the listing decision issued in 2013 for the Gunnison Sage Grouse, which specifically states:

> "Recreational activities as discussed above do not singularly pose a threat to Gunnison sage-grouse. However, there may be certain situations where recreational activities are impacting local concentrations of Gunnison sage

---

[52] *See,* Endangered and Threatened Wildlife and Plants; 12-Month Findings for Petitions to List the Greater Sage-Grouse (*Centrocercus urophasianus*) as Threatened or Endangered 12 month finding; March 2010 at pg 64.

BLM_0123730

grouse, especially in areas where habitat is already fragmented such as in the six small populations and in certain areas within the Gunnison Basin."[53]

In the recently released listing decision for the Greater Sage Grouse, recreational activity was also identified as a low priority threat.[54]  Management of the impact of roads on Grouse in habitat areas is a key component in the habitat designation process as the listing decision notes that all grouse habitat is at least indirectly impacted by roads.[55] The Organizations are keenly aware that wildlife response to a high volume, high speed arterial road is consistently higher than the response to a low speed, low volume forest service type road. Research indicates that Grouse display a hierarchical response to levels of road use.[56]   Road access to recreational areas is a key component of most users recreational experience on public lands and this access is frequently only provided by low speed, low volume forest service roads. Frequently many of these routes see very minimal levels of usage during the week, which should be taken into account in management of these routes.

FWS research also notes the adoption of a designated  system for recreational purposes is of significant benefit to the sage grouse.  The 2010 USFWS listing decision discussed changes to designated trails on USFS lands as follows:

> "As part of the USFS Travel Management planning effort, both the Humboldt-Toiyabe National Forest and the Inyo National Forest are revising road designations in their jurisdictions. The Humboldt-Toiyabe National Forest released its Draft Environmental Impact Statement in July, 2009. The Inyo National Forest completed and released its Final Environmental Impact Statement and Record of Decision in August 2009 for Motorized Travel Management. The ROD calls for the permanent prohibition on cross country travel off designated authorized roads."[57]

---

[53] Endangered and Threatened Wildlife and Plants; *Endangered Status for Gunnison Sage-Grouse*; 78 Fed. Reg. 2486 (Jan. 11, 2013) at pg 2533. (hereinafter referred to as the "Grouse status proposal")

[54] Endangered and Threatened Wildlife and Plants; 12-Month Findings for Petitions to List the Greater Sage-Grouse (*Centrocercus urophasianus*) as Threatened or Endangered, Fed. Reg. (March 5, 2010) at Pg 75.

[55] *See*, Grouse status proposal at pg 2499.

[56] Aldridge et al; *Crucial Nesting Habitat for Gunnison Sage Grouse; A Spatially Explicit Hierarchical Approach*; Journal of Wildlife Management; Vol. 76(2); February 2012; 391-406 at pg 404.

[57] *12-month findings for petition to list the* Greater *Sage Grouse(Centrocercus urophasianus) as threatened or endangered*. Fed Reg. (March 5, 2010) at pg 92.

BLM_0123731