8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <natasha@citizensforahealthycommunity.org>       Wed, Oct 5, 2016 at 10:59 AM
Reply-To: natasha@citizensforahealthycommunity.org
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 5, 2016 |
| **Name** | Carson Bone |
| **Email Address** | carson.bone@gmail.com |
| **Phone Number** | 3472568604 |

BLM_0124214

| City | Crestone |
|------|----------|
| **State** | CO |
| **Zip** | 81131 |
| **I am:** | A resident, A Democrat, Interested/impacted citizen, Other |
| **Additional Comments** | The North Fork Valley is one of the most beautiful landscapes in Colorado and it would be truly tragic to lose such a sacred spot on this planet to an already corrupt system controlled by billionaire bullies. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0124215

10/26/2016                        DEPARTMENT OF THE INTERIOR Mail - Fwd: Bureau of Land Management UFO RMP Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: Bureau of Land Management UFO RMP Comments
1 message

---

**Jones, Gina** <gmjones@blm.gov>                                      Mon, Oct 3, 2016 at 3:11 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>, BLM_CO UFO_Bullmtneis <bullmtneis@blm.gov>


---------- Forwarded message ----------
From: **Larson, Gregory** <glarson@blm.gov>
Date: Mon, Oct 3, 2016 at 1:23 PM
Subject: Fwd: Bureau of Land Management UFO RMP Comments
To: Gina Jones <gmjones@blm.gov>


for your record...
---------- Forwarded message ----------
From: **Welch, Ruth** <rwelch@blm.gov>
Date: Mon, Oct 3, 2016 at 9:18 AM
Subject: Fwd: Bureau of Land Management UFO RMP Comments
To: Gregory Larson <glarson@blm.gov>



Ruth

Ruth Welch
State Director, Colorado
Bureau of Land Management
Office – 303-239-3700
Cell - 703-946-5814

---------- Forwarded message ----------
From: **liz lilien** <lisel@paonia.com>
Date: Sat, Oct 1, 2016 at 8:16 AM
Subject: Bureau of Land Management UFO RMP Comments
To: rwelch@blm.gov





--
Greg Larson
Acting Branch Chief- Planning and Assessment
Colorado State Office
Bureau of Land Management
303.239.3936
970.379.0294 (c)



--
**Gina Jones**
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381

Cell: 970-589-9852
gmjones@blm.gov

---

**Bureau of Land Management Letter.odt**
26K

BLM_0124217

October 1, 2016

To Whom It May Concern:

I am a resident of Crawford, Colorado since 1980. (now 81 years of age). Coming to this pristine part of Colorado for its quality of life, beauty, healthy environment and community feeling. I own my ten acre sweet spot, am an independent voter, and consumer of North Fork Valley produce and lifestyle. Now all this is threatened by proposals of gas and oil leasing on public lands here in the North Fork Valley. (Crawford being on the list.) I am firmly opposed to this plan. This valley is one of the most beautiful and fertile places in the world. A threat to clean air, fresh water, a healthy environment, loss of organic farms, places of recreation, tourism and agriculture. The plan devised by the Bureau of Land Management is an inappropriate use of public lands, the potential for human, animal and environmental damage is very high, and would destroy local investments and resources required in transitioning the economy to one now based on "agra-tourism", recreation, renewable energy, agriculture and organic life style and food. As an added detriment to this development would contribute to increased greenhouse gas emissions and climate change impacts on community resources including agriculture and wildlife.

I also need to emphasize the poor and inadequate analysis preformed by the BLM. This analysis did not consider the uniqueness of the North Fork Valley housing the highest concentration of organic farms in Colorado (including vineyards, packing of organic fruit,
vegetable growing operations) which will be negatively effected by the plans to drill and  multiple risks to this agricultural area. Ignoring the impact of hydraulic fracturing, unregulated gas gathering pipelines, extreme weather causing flooding, mudslides and geological instability. Adding to these is the damage to human health, high ozone levels, water contamination, loss of recreation, and the overall impact on children, animals and all inhabitants due to these plans is just plain wrong . I do not want to forget the climate change impact that this development would effect contributing to greenhouse gas emissions among other threats to climate change.

I am a VERY concerned citizen and will continue to object these plans put forth by the Bureau of Land Management. I am not only objecting for the people of the North Fork Valley, but for those in the state of Colorado, for all in the United States of America, but for the whole planet. My main motivation is for the future citizens, our children, grandchildren,  great grandchildren and all that follow. As the Native Americans believe, we must protect Mother Earth now for 200 years . (20 generations)

Very Sincerely Yours,

Elizabeth Lilien,
39173 Highway 92
Crawford, Colorado 81415
970-921-5337

BLM_0124219

Scanned
OO45 76

October 3, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Re: RMP, Alternative B1

I am writing to support the NF Alternative B1 to the RMP. The North Fork Valley, where I
have lived (in Paonia) since 2006, is known for its organic farms, ranches, and wineries.
Oil and gas leases threaten our way of life, our livelihood, and our ability to attract
newcomers to our valley. Food is more important than cheap energy. Long-term gain
(economic as well as quality of life) is more important than short term profit.

I worry about water, about increased traffic and noise, about jobs that will come and
then leave, and I worry about degradation to our wild areas, which is one of the main
reasons I live in Colorado. Any development will fragment and degrade the very habitat
BLM is charged to protect.

Please protect the lands that make our Valley so desirable by adopting Alternative B1.

Thank you,

Janice Thorup (registered voter)
PO Box 631
Paonia, CO 81428

10/21/2016      DEPARTMENT OF THE INTERIOR Mail - Response to Draft Proposals to restrict/prohibit target shooting on public lands



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Response to Draft Proposals to restrict/prohibit target shooting on public lands
1 message

**Kris Steffens** <ksteff@gojade.org>                                    Tue, Oct 4, 2016 at 9:46 AM
To: uformp@blm.gov

As an American citizen, voter and taxpayer…..I strongly object to your proposal to further restrict target practice on public lands.  After reading through the documents and comments I find that your proposals –B and D, are well beyond the scope of your assumed management powers.  I am 63 years old and I was raised hunting and target shooting on public lands and now my husband and I have raised 4 children and 9 grandchildren to respect and appreciate and utilize those same rights.  It is nothing short of arbitrary on your part to assume any further rights to restrict than what has already been restricted under A and C.

Is it any wonder that there is a strong sentiment building in this year's election….as further evidenced by this proposed abuse of power on behalf of the Federal Government??

Kris Steffens

BLM_0124221

10/26/2016                                    DEPARTMENT OF THE INTERIOR Mail - UFO RMP Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP Comments
1 message

**Ken Vaught** <kenvaught@tds.net>                                    Tue, Oct 4, 2016 at 4:54 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org, rmpcomments@citizensforahealthycommunity.org

    To BLM -
     Attached are comments concerning the draft Resource Management Plan.
    Thank you, Ken Vaught

 **RMPcomments2016.docx**
    17K

BLM_0124222

October 3, 2016

Re: Comments on the Draft Resource Management Plan for the North Fork Valley

Dear BLM- UFO Staff:

My name is Ken Vaught and I am a resident of the North Fork Valley, living just outside of Hotchkiss, Co. I relocated to this area from the Front Range a few years ago, having retired from a career in water resource management with the Coors Brewing Company and MolsonCoors Brewing Company overseeing the company's water resource operations and planning.  Prior to Coors, I was employed by the U.S.G.S. Water Resources Division, working in Houston Texas and Lakewood, Colorado.

I now have a small 10 acre organic farm, raising produce for market and also have established a vineyard, growing wine grapes for area vintners.  Along with many Front Range people that have relocated to this special area over the last few years, we are all very lucky to be able to live in and enjoy this area .  Having lived in the Front Range area, we have seen the impact on some of those communities as a result of heavy gas development, with increased truck traffic, dust and general air quality issues and health issues impacting the young and elderly.  I am probably considered part of the "new economy" in the area, having mailbox income along with farm income that I spend with area businesses, supporting the stores, orchards, winemakers, and other small businesses that have been here for years and others recently started.   According to local real estate brokers, the Valley is becoming a place that retirees are relocating to for it's natural beauty, life style and the abundance of outstanding organic foods and agricultural related by products.

The area surrounding the Valley is rich in wildlife, with the draws and drainages used as wildlife corridors for movement.  Each winter, there is an area elk herd that number 250 – 300 that overnight in Short Draw, along  Coal Road about a mile north of the town of Hotchkiss and each morning between 5:30 am and 6:00 am, migrate in a northwesterly direction from the Draw, up into the south facing cedar areas on BLM land.  It is quite a site to see from December until they move out in late February.  This area that the elk occupy each winter is adjacent to several of the Valley parcels that the BLM is considering leasing for oil and gas development with Coal Road being direct access to the lease areas. There currently is no traffic to speak of on Coal Road with most of it's use coming from summer biking to BLM grounds or hikers and walkers.  Any future heavy truck traffic on the Coal Road would certainly interrupt the seasonal migration in one of the area elk herd's winter habitats.

My irrigation water supply comes from up valley at the headgate of the Fire Mountain Canal and also later in the season from the Paonia Reservoir.  The Fire Mountain travels along the northern flank of the Valley adjacent to several large parcels that have been identified for leasing.  There is a thriving business in organic produce, fruit and vineyards that depend on this source of irrigation water for our crops. Having worked in water resource management for 40 years, I am all too aware of industrial releases or spills that occur around any large industrial operation such as drilling on these close proximity leases in the Valley area.  The Best Management Practices to prevent such spills into water ways sound good to

the public and look good on paper but in reality are not 100% successful.  It will only take one spill or release to cause potentially irreparable damage to the organic agricultural economy that depends on uncontaminated water and air.  The ag tourism business is one that is thriving in Delta County also and will certainly be compromised with close in leasing.  Tourists just don't drive to an area to visit, spend nights and spend money to see gas rigs and drive through heavy truck traffic.

I would respectfully ask that the BLM reconsider it's plan to lease all of the Valley areas specified in the recently released Draft Resource Management Plan.  Due to the geology of the Valley, it does not appear that there is a source of gas that is economical to develop in the Valley area, with past test drilling data all showing the same results of no retrievable gas present.  With ground potentially leased that has no gas reserves, it is the perception of gas development that deters people from relocating to or visiting the Valley and harms the overall economy of the area.  The oil and gas leasing in the Valley area would kill off the thriving small businesses that are dependent on having clean water supplies that meet organic standards, clean air and an overall healthy environment.  The gas industry should not be allowed to adversely impact the established organic agricultural businesses and the growing ag tourism businesses that are here.

I would also ask that the BLM consider the climate change impacts and overall environmental impacts from the greenhouse gas emissions associated with gas development.  With huge advances being made recently to address climate change, such as the Paris Agreement, the federal Clean Power Plan and the Colorado Climate Plan, reducing the number and location of gas leases in the North Fork Valley would seem to be in step with taking some meaningful action to reduce the impacts from climate change.  The BLM's Preferred Alternative Plan does not adequately address the climate change issues or the environmental issues.

I applaud the BLM for taking on this difficult task of developing a Resource Management Plan and would ask that you include the North Fork Alternative Plan that has been submitted to the BLM for the North Fork Valley.

Sincerely,

Kenneth D. Vaught

Dancing Dog Farm, L.L.C.

1235 Barrow Mesa Road

Hotchkiss, Co. 81419

970-872-1109/970-901-3868

BLM_0124224

10-4-16

SHERRION TAYLOR
P.O. BOX 1056, 510 3rd ST.
PAONIA, CO. 81428

Dear B.L.M.

I am writing This Letter To inform you That ALTERNATIVE B1, is the best choice For our County, Especially PAONIA, CO. "DEHA",

We are home gardeners & eat locally. Please do not ruin our water. IT will destroy This Community.

Enclosed is an article From "MOTHER JONES" magazine. I know you are aware of PipELine damage & malfunction.

Respetfully, Sherrion Taylor

970- 596- 4480

FROM:

Sherion Taylor

Sherrion Taylor
P O Box 1056
510 3rd sT.
PAONIA, Co. 81428

## Green Gazette

# Fracking Flaws

For years, researchers, environmentalists, and community members living near horizontal hydraulic fracturing ("fracking") sites have argued that this questionable method of extracting natural gas contaminates drinking water. In 2011, the U.S. Environmental Protection Agency (EPA) published a controversial draft report regarding an investigation of groundwater pollution related to fracking operations near Pavillion, Wyoming. After examining above- and belowground instances of contamination, the report found that fracking processes can contaminate drinking water. However, EPA scientists were unable to show a widespread, systemic pattern of risk, and the investigation was prematurely withdrawn.

Eventually, one of the EPA scientists leading the original investigation, Dominic C. DiGiulio, left the agency for a job at Stanford University. This year, he and Robert B. Jackson published findings from the Pavillion study in *Environmental Science & Technology*. Their published findings show that not only did fracking operations pose an above- and belowground risk to drinking water, they strongly affected both. Most significantly, the report showed that natural gas companies in Pavillion have failed to maintain aboveground, unlined pits known as "legacy wells," resulting in local well contamination. Further, the report shows that current fracking in the region can impact and has affected underground sources of drinking water.

The natural gas industry has refuted that fracking could affect the water supply, but this research provides evidence to the contrary. Wenonah Hauter, executive director of the environmental nonprofit Food & Water Watch, says, "Had the EPA finalized its own study with similar findings on Pavillion years ago, we might have already turned the corner toward a clean energy future."



Fracking drills go much deeper than our freshwater aquifers, and unfortunately water contamination near fracking sites does occur.

BLM_0124226

10/21/2016                    DEPARTMENT OF THE INTERIOR Mail - Fwd: Wastewater used to water crops in California's Central Valley



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

**Fwd: Wastewater used to water crops in California's Central Valley**
1 message

**alison gannett** <alisongannett@mac.com>                                                Wed, Oct 5, 2016 at 1:06 PM
To: uformp@blm.gov

Until the BLM figures out a way to prevent fracking wastewater chemicals from getting into our irrigation farm water or our drinking water, we should place a moratorium on leasing and the management plan. Clearly "management" has not figured out how to prevent spills or leaks, or guarantee us farmers a business future. While the Colorado BLM might not be allowing produced water to be sprayed on our crops, the COGCC website leak and spill list does not leave our water protected (drinking or food irrigation water). We have hundreds of reservoirs and irrigation canals, if not thousands, in this RMP that could get accidentally poisoned, and we farmers would not get notified or compensated.
Please support the North Fork Alternative Plan B1, so we have time to figure out how to protect our food, air and water.
Alison Gannett
Holy Terror Farm
Paonia, CO

Better consider switching from cuties or halos mandarin oranges as using oil wastewater to grow them.

Did you know the industry has an active water (wastewater) augmentation program in Wellington, Colorado to help with well water shortages?? Not many people do.

# Cancer-Causing Chemicals Found in Oilfields Supplying Wastewater to Irrigate Food Crops



• [Center for Biological Diversity](Center for Biological Diversity)

People in California's Central Valley could be drinking water tainted by cancer-causing chemicals used in oilfields, and current water-testing procedures would not detect these substances, according to a scientific report released Tuesday by researchers at PSE Healthy Energy, Lawrence Berkeley National Laboratory, the University of California and the University of the Pacific.

BLM_0124227

10/21/2016                    DEPARTMENT OF THE INTERIOR Mail - Fwd: Wastewater used to water crops in California's Central Valley



More than 100 farms in the Central Valley use oil wastewater for irrigation.

The report identified dozens of hazardous chemicals used in oilfields that supply waste fluid used to irrigate food crops and recharge underground water supplies in California. Researchers note that produced fluid from these oilfields is recharging regional aquifers used for agriculture that "can also be used for domestic water supply (including drinking water)."

"Many of the chemicals used on oil fields do not have standard analytical protocols for their detection in water, so current water quality monitoring programs are mainly focused on naturally occurring contaminants," the report noted.

"Given these shocking findings, California regulators should immediately halt the use of oil-waste fluid in any procedure that could contaminate the water we drink or the food we eat," said John Fleming, a staff scientist with the Center for Biological Diversity and member of the Protect California Food coalition and Californians Against Fracking. "It's absolutely unacceptable that people in the Central Valley could be drinking dangerous oil-industry chemicals right now without even knowing it."

Oilfield wastewater has been used to irrigate food crops in the Cawelo Water District since the mid-1990s, the report noted. The practice recently spread to the North Kern Water Storage District, and state officials have said they hope to further expand it. But there has been little evaluation of risks posed by the threat of chemicals in such fluid.

Researchers noted that many chemicals used in these oilfields cannot be evaluated for hazards because oil companies have withheld key information. But more than 40 percent of those substances that can be identified can be classified as potential threats to human health or the environment.

"This report shines an important light on a troubling reality—the state of California is allowing the oil industry to experiment on consumers of our food products and the agricultural workers that grow them," said Madeline Stano, a staff attorney with the Center on Race, Poverty & the Environment. "The report demonstrates that the use of oil wastewater adds serious risks to both consumers and agricultural workers' health and safety. The state should stop this practice immediately."

Ten of the oilfield chemicals evaluated by this research team have been classified by the International Agency for Research on Cancer as either carcinogenic or possibly carcinogenic in humans.

More than 100 farms in the Central Valley use oil wastewater for irrigation. Some of the U.S. most popular brands grow food in the Cawelo and North Kern water districts, including Trinchero Family Estates (makers of Sutter Home wines) and Halos Mandarins (formerly known as Cuties).

http://www.ecowatch.com/cancer-causing-chemicals-wastewater-2031343775.html

**Cherish and preserve these important words –**

"The right to revolt has sources deep in our history." - *William O. Douglas, Supreme Court Justice*

"If we make peaceful revolution impossible we make violent revolution inevitable. - *John F. Kennedy*

"All tyranny needs to gain strength is for people of good conscience to remain silent." - *Thomas Jefferson*

"The only thing necessary for the triumph of evil is that good men do nothing." - *Edmond Burke*

"That government of the people, by the people, for the people, shall not perish from the earth." - *Abraham Lincoln*



BLM_0124228

BLM_0124229

10/21/2016                              DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Field Office Draft Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Field Office Draft Resource Management Plan
1 message

**John C** <johnincolorado@yahoo.com>                              Wed, Oct 5, 2016 at 2:37 PM
Reply-To: John C <johnincolorado@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

To whom it may concern:

I'm submitting via this email my comment on the Uncompahgre Field Office Draft Resource Management Plan. I live in Paonia, CO and am an IT professional that telecommutes via DSL. I work for a national wholesale lumber company and have been for 15 years. Having lived in Paonia on and off for the last ten years, built one house here, and in the process of buying a lot and building another house, I believe I'm eligible for commenting on the new plan.

As an avid outdoor person who hikes, backpacks, and bicycles on roads and trails here in the North Fork Valley. I have been aware of this plan being developed for this area, have looked at all the alternatives, and **I support Alternative B.1**.

I had lived in the Roaring Fork Valley for many years and used to commute to an office in the Silt/Rifle area. This area has been heavily affected by the large amount of gas development. I saw the quaility of the air there go from very clear to heavily polluted. I've had friends in Silt develop headaches and other medical conditions due to the VOC's in the air. One environmental impact report showed negative health impacts due to this development. I understand the need for some fossil fuel development but would prefer the continued use of the coal mines in the area versus new fracking for natural gas. The initial environmental impact is far less with coal than the problems with gas development.

I've met many front range people who have moved to the area including many IT professionals and retired people. I've seen fiber optic layed here in Paonia and the potential for this valley to become a mecca for young telecommuting professionals and companies is very high. A major factor for the interest here is the quality of life here in a small mountain type town, the beautiful surroundings, clean air, organic farming and orchards, recreation opportunities, etc. These are huge selling points for this area. I'd like to see them remain that way.

Thanks for allowing me to comment on this!

John Carpenter
313 Onarga Ave #2
Paonia, CO 81428
970-527-3356

BLM_0124230

11/8/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments on Draft Resource Management Plan for the Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on Draft Resource Management Plan for the Uncompahgre Field Office
1 message

**Cynthia Patterson** <cynthiapurchase@gmail.com>                    Wed, Oct 5, 2016 at 5:38 PM
To: uformp@blm.gov
Cc: Cynthia Patterson <cynthiapurchase@gmail.com>, info@theconservationcenter.org,
rmpcomments@citizensforahealthycommunity.org

Please accept these comments regarding the Uncompahgre Field Office draft resource management plan.

I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral acreage. Public lands belong to every citizen, not just those who profit from the fossil fuel industry. I don't want to damage the North Fork by building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads.

Development would contaminate soil, water, and air, and harm human health, increasing respiratory, endocrine, immune, and cardiovascular diseases.

Clean water is the most valuable commodity in the North Fork Valley. Protecting water for residents, crops and livestock is of paramount importance. The Southwest is in a prolonged drought, likely to intensify as climate change accelerates.

It is impossible to prevent spills and seepage, which contaminate soil and ground water. Across Colorado, there is an average of almost two spills from the oil and gas industry each day. Colorado oil and gas companies reported 615 oil and other chemical spills in 2015. Denver-based Center for Western Priorities, also found 15% of the spills contaminated groundwater. In 2014, there were 712 spills. Many spills are obscured by running a bulldozer over the contaminated soil and are never reported.

Most of the domestic water sources in the North Fork Valley are surface springs and streams. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal waters supplies.

The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals.

The final plan must protect streams, perennial water sources, riparian areas, intermittent streams and ponds, ephemeral waters and surface water quality, ecological resources, aquatic habitat, recreational bodies of water, water storage, and flood control by closing areas to oil and gas activities within a half mile of lakes, ponds, wetlands, and reservoirs.

I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens who live there.

BLM did not consider current information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and oil and gas operations. The risks are too great.

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its fossil fuel reserves in the ground. Start by choosing the no-leasing alternative and protect the North Fork Valley.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0124231

12/19/2016                    DEPARTMENT OF THE INTERIOR Mail - Please recognize and protect wilderness in the Uncompahgre region



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Please recognize and protect wilderness in the Uncompahgre region
1 message

**frann7@msn.com** <frann7@msn.com>                                   Wed, Oct 5, 2016 at 6:40 PM
To: uformp@blm.gov

Dear Barbara Sharrow, Uncompahgre field manager:

From the lowland expanses of the arid Colorado Plateau to the 12,000-foot craggy Rocky Mountain peaks of subalpine forest, the BLM's Uncompahgre field district offers stark contrasts in topography.

According to the agency's own estimates, 500,000 visitors recreate annually on BLM lands managed by the Uncompahgre Field Office in southwestern Colorado. These visits are an integral piece of Colorado's economy; according to a study commissioned by The Pew Charitable Trusts, a total of $275 million a year is spent in communities within 50 miles of recreation sites by visitors engaging in quiet (nonmotorized) recreation activities on BLM lands.

Places like Shavano Creek and Camel Back are wild and remote landscapes deserving of management that keeps them as they are: accessible to hikers, backpackers, sportsmen, and others who enjoy these places in low-impact ways. Local residents have asked the BLM to preserve outstanding opportunities for solitude and adventure—an economic driver for the region, as well as vital wildlife corridors that safeguard healthy populations of deer and elk that attract hunters from across the nation. However, the current recommendations in the draft resource management plan do not go far enough to fully protect these important areas.

These are our public lands, and I should have a say in their future. I am  asking the BLM to recognize and conserve the remaining wild places in the Uncompahgre region so that present and future generations can continue to experience this pristine wilderness.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0124232



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Fwd: RMP in North Fork Gunnison River Valley
1 message

---

**Eliza Large** <elizaporta@hotmail.com>                                    Thu, Oct 6, 2016 at 12:37 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

To BLM,
You don't really need to read this letter, since it has in it every reason in it why fracking the land is not a good idea ANYWHERE, that you have heard a jillion times before from me and all the other people in the area as well as visitors to the area, thru letters and at meetings.
ALL land is sacred and vital to our existence. Nowhere is it better than another to violate and pollute. If you have a 1st graders view of, "Where does food come from?" , answer being, "the grocery store", then I see how this technology to frack for a resource that has alternatives, could ever be considered. How many studies and verifying facts that this practice creates pollution, contamination, degradation of environment that affects health of people, wildlife, livestock and farming are needed to make government continue to push this through? Do you have families, neighbors, parents, children, gardens, favorite Farmers Markets, pets, or livestock? Do you think this will not affect you or them? Everything is connected, we cannot do one thing no matter how small that it does not have an effect somewhere....very basic biology lesson.
Stop this game of trying to justify this technology that has disastrous effects and the game of manipulating people and  the earth to fit the greed of the few behind this practice.
People are adjustable, if we don't have gas to power a furnace, we learn another way to stay warm and cook food. This country proves this fact. People in this country band together, come together when there is a need. It's happening already as we build more energy efficient homes and use solar and wind for power and become more energy conscious and conservative.
Let this be the reason to subside the effort to allow this destructive technology through the valley or ANYWHERE!!
So please consider my comments along with the most obvious reasons of degradation to the area: environmental pollution, wrecked roads from trucking, loss of revenue due to tourism declines and non-relocation of families and retirees to the area due to pollution and contaminated farming and animals that we need for sustenance...(since there are no magical grocery stores supplying North Fork Valley dwellers.)
Just Stop, please.
Go home to your families and continue to feed them vital food, clean water and take them camping in this pristine sanctuary of Earth.
Eliza Large
603 Parkplace
Port Aransas, Texas 78373

---

BLM_0124233

12/19/2016                    DEPARTMENT OF THE INTERIOR Mail - Please recognize and protect wilderness in the Uncompahgre region



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Please recognize and protect wilderness in the Uncompahgre region
1 message

**jalop48@msn.com** <jalop48@msn.com>                                    Thu, Oct 6, 2016 at 9:55 PM
To: uformp@blm.gov

Dear Barbara Sharrow, Uncompahgre field manager:

From the lowland expanses of the arid Colorado Plateau to the 12,000-foot craggy Rocky Mountain peaks of subalpine forest, the BLM's Uncompahgre field district offers stark contrasts in topography.

According to the agency's own estimates, 500,000 visitors recreate annually on BLM lands managed by the Uncompahgre Field Office in southwestern Colorado. These visits are an integral piece of Colorado's economy; according to a study commissioned by The Pew Charitable Trusts, a total of $275 million a year is spent in communities within 50 miles of recreation sites by visitors engaging in quiet (nonmotorized) recreation activities on BLM lands.

Places like Shavano Creek and Camel Back are wild and remote landscapes deserving of management that keeps them as they are: accessible to hikers, backpackers, sportsmen, and others who enjoy these places in low-impact ways. Local residents have asked the BLM to preserve outstanding opportunities for solitude and adventure—an economic driver for the region, as well as vital wildlife corridors that safeguard healthy populations of deer and elk that attract hunters from across the nation. However, the current recommendations in the draft resource management plan do not go far enough to fully protect these important areas.

These are our public lands, and I should have a say in their future. I am asking the BLM to recognize and conserve the remaining wild places in the Uncompahgre region so that present and future generations can continue to experience this pristine wilderness.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

BLM_0124234

10/21/2016                     DEPARTMENT OF THE INTERIOR Mail - Oil & Gas Leasing in the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Oil & Gas Leasing in the North Fork Valley
1 message

**Lisa Ganora** <lnganora@gmail.com>                                    Sat, Oct 8, 2016 at 7:52 AM
To: uformp@blm.gov

Dear BLM Folks,

The North Fork Valley is the agricultural gem of central Colorado. Our extensive and historically orchards, farms, and vineyards depend heavily on clean air and irrigation water. We have the highest concentration of organic farms in the state.

The North Fork is a Garden of Eden! Of all the places in our bountiful state where oil and gas development would be inappropriate, this is the most significant one!

Please consider that our state wealth is not only in petroleum development, but also in valuable argriculture, farming, and ranching and also in the tourism that brings people to the North Fork for Nature's beauty and bounty.

The No Lease option is the only logical path for the conservation of this unique resource which depends heavily on clean water and air. We have just purchased a small farm in the North Fork and would hate to see our new paradise ruined by innapropriate energy development.

And for the bigger picture, it has become scientifically obvious that more carbon dioxide in the atmosphere is the last thing we need. Global warming is already damaging our ecosystem. Let's put our energies into developing renewables like solar and wind now, before we ruin our planet for our children and grandchildren.

Respectfully,

Lisa Ganora

BLM_0124235

10/26/2016                         DEPARTMENT OF THE INTERIOR Mail - RMP Comment letter



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment letter
1 message

**cynthia ziegler** <cynazie@yahoo.com>                                    Sat, Oct 8, 2016 at 9:20 AM
Reply-To: cynthia ziegler <cynazie@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

 **To the BLM.docx**
128K

BLM_0124236

Cynthia Ziegler
17462 Farmers Mine Rd.
Paonia, Co. 81428
October 4th, 2016

Declaration of Impact Statement
To the Bureau of Land Management

I am a resident of Paonia, and live on Garvin Mesa adjacent to the BLM.  My husband and I have considered this to be one of the benefits of living at the upper edge of the mesa:  it is quiet, we have very little traffic, a lot of beautiful open space, and a lot of wildlife.

If the BLM land that borders our property were to be leased and developed by the oil and gas industry, these qualities would all be gone.  In addition, the air and water quality would also be greatly diminished, as would our property value.

We residents of Garvin Mesa greatly value the irrigation water we receive from Terror Creek.  There are many organic orchards and vineyards that rely on its clean water.  Spills, leaks, and other possible mishaps are inherent in the oil and gas industry.  We must not allow the risk that our watersheds be contaminated.

The roads up Garvin Mesa are narrow dirt roads.  Heavy traffic on these roads would create hazardous conditions for the residents, as well as a lot of dust and noise.

These are just some of my concerns in my neighborhood.  Let me now address things from a bit broader perspective.  First, I am grateful that the North Fork Alternative was included in the draft RMP.  I will state right now that I strongly support this alternative- B1, as the one that needs to be implemented!   The BLM should ensure that management of the North Fork Valley's public lands enhance rather than harm the economic opportunities that exist in the North Fork Valley. We currently are most fortunate to enjoy clean air and water, non-industrialized public lands and recreational trails and access, and scenic beauty.  Alternative B1 goes the furthest to provide protections for our growing non-industrialized economy.

Recreation on our trails and rivers contributes millions of dollars into local economies.  The North Fork Alternative provides protection from oil and gas development for stream and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area.

Hunting, fishing, and camping in our area is also a multi-million dollar industry.  We must protect the public's access to these places, as well as ensure that these places remain healthy habitats for wildlife.  Alternative B1 would prohibit any surface

occupancy in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian area, and water bodies.

Farming, ranching, and food-based enterprise are probably the dominant force in the valley. We are known for our concentration of organic and sustainable farms, orchard, and ranches, and much of it relies on its reputation for high quality, organic or natural products. Agritourism is also a growing aspect of our community, and relies on the character inherent in the North Fork Valley. The Wesk Elk region is making a name for itself as a destination wine touring region as well as Farm to Table capital. The impacts from oil and gas development on nearby public lands pose a threat to these important aspects of our community. The North Fork Alternative requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the rural character of the valley.

Speaking of tourism, the North Fork Valley is at the heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character. It is just about the closest you can come to experiencing the wilderness from your car. Oil and gas development would most likely jeopardize the scenic qualities of the area. Alternative B1 offers the strongest protections for the Valley's scenic features.

The threat of oil and gas development in the North Fork Valley has been seen to have a negative impact on real estate sales. Most people looking to move here are seeking a rural, non-industrial, and agricultural lifestyle. A group of local realtors filed a protest saying that gas development on public lands this close to organic farms and wineries who are marketing the healthy setting and purity of the production and their products is incompatible and would result in the federal government willfully vandalizing a local economy.

It is time for the BLM to stop prioritizing extractive industries, and to make the protection of our natural resources the focus. After all, if we fail to do this now, there really won't be much left for our children to enjoy and appreciate about this valley. Please adopt alternative B1 as the recommended alternative, and allow this to set a new standard for the rest of the management area!

Sincerely,
Cynthia Ziegler



Bureau of Land Management
Attn: Uncompahgre Resource Management Plan
2465 South Townsend Ave.
Montrose, Colorado 81401
Sent email to: UncNEPA@blm.gov

October 8, 2016

David Bradford
P.O. Box 1331
Paonia, CO 81428-1331
Email: stirruphigh@tds.net

Re: Uncompahgre Resource Management Plan Revision

Dear Madam/Sir:

I am writing in regards to the Draft Uncompahgre Resource Management Plan
(RMP) revision and associated Draft Environmental Impact Statement (EIS). I am a
retired U.S. Forest Service rangeland management specialist with 34 years with the
agency – 20 in this area. I have the following comments for the proposed EIS.

I find it very difficult to impossible to review this document in an electronic format.
It is worse than cumbersome. This is a large, complex document that needs to be
provided in physical form.

I do not support the listing of Jumbo Mountain/McDonald Creek as a Special
Emphasis Area. The description of the reasoning seems extremely weak.
Fragmentation in the North Fork Valley is more problematic than fragmentation of
the public lands in the Jumbo Mountain/McDonald Creek area. The loss of large,
open space ranches to increased residential development is causing more
fragmentation of habitat in the North Fork Valley. The effects of unmanaged
recreation, primarily the explosion of user-created bicycle trails in the Jumbo
Mountain area also is causing a reduction in habitat effectiveness. There are over
ten miles of user created trails in the Jumbo Mountain area – and numerous unsafe
wooden bridges built by these bicycle users. Many of these trails have ground
disturbances – mostly jumps also built by the users. What impacts have these
bicycle enthusiasts had on TES plant species? What impacts is this high-density trail
system having on wildlife? I am enclosing a topo map showing the trails I have
mapped using a GPS unit. In addition there are numerous populations of noxious
weeds that are on the increase in the Jumbo Area, primarily hoary cress and Russian
knapweed. These are issues than need to be addressed in the RMP, not just
designating the Jumbo Mountain/McDonald Creek as a Special Emphasis Area.

Livestock grazing is an important economic activity in the Resource Planning area.
Livestock grazing on BLM managed public lands is very important to the
sustainability of ranches in Delta County. The livestock grazing on these public
lands provides spring, fall and winter grazing for these ranches. The elimination of
livestock grazing or reduction in use could affect the viability of these ranches. Any

proposed elimination or reduction in use must be based on documented trends in rangeland conditions. If range resource conditions have been identified to be unsatisfactory, strategies for improved management should be considered before livestock grazing reductions are considered. If reductions in livestock grazing are considered the analysis must also evaluate the economic impacts of these reductions on the individual ranch operation and on the county. The base ranch operations for ranches holding public land grazing permits are providing significant amounts of open space and wildlife habitat. If ranches are forced to graze the private lands more heavily or to sell out due to livestock reductions, what impacts will this have on conditions on these private lands? I do not support any alternative that eliminates or reduces livestock grazing unless there is a documented problem in rangeland conditions that cannot be resolved with improved management.

I do not support the North Fork alternative for oil and gas development. The elimination of gas and oil leases in the upper North Fork Valley is unreasonable and unnecessary. These resources could and should be developed. However, I do not support the sale of leases in the Paonia area, especially south of the North Fork of the Gunnison River. These areas have very low potential and should not be put up for bid unless there is documented evidence that there are developable gas and oil resources in this area.

Finally, I do not believe any comments that are submitted should be allowed to have personal identifiable information withheld. People need to be accountable for their comments and if their names and contact information are not part of the public record, they should not be included in this public process.

I appreciate the opportunity to offer input to the Uncompahgre Resource Management Plan Revision.

Sincerely,

David Bradford

DB: db



BLM_0124241

BLM_0124242

October 8, 2016

Neil Kornze, Director
Bureau Of Land Management
Room 5665
1849 C Street NW
Washington, DC 20240

RE: *Protect Our Wild Public Lands in Colorado*

Dear Director Kornze:

From the lowland expanses of the arid Colorado Plateau to the 12,000-foot craggy Rocky Mountain peaks of subalpine forest, the BLM's Uncompahgre field district offers stark contrasts in topography.

According to the agency's own estimates, 500,000 visitors recreate annually on BLM lands managed by the Uncompahgre Field Office in southwestern Colorado. These visits are an integral piece of Colorado's economy; according to a study commissioned by The Pew Charitable Trusts, a total of $275 million a year is spent in communities within 50 miles of recreation sites by visitors engaging in quiet (nonmotorized) recreation activities on BLM lands.

Places like Shavano Creek and Camel Back are wild and remote landscapes deserving of management which keeps them as they are: accessible to hikers, backpackers, sportsmen and others who enjoy these places in low-impact ways. As you know, local residents have asked the BLM to preserve outstanding opportunities for solitude and adventure — an economic driver for the region, as well as vital wildlife corridors that safeguard healthy populations of deer and elk that attract hunters from across the nation. However, the current recommendations in the draft resource management plan do not go far enough to fully protect these important areas.

As an American citizen and taxpayer, these are my public lands and I demand a say in their future. I exhort you to recognize and conserve the remaining wild places in the Uncompahgre region so that present and future generations can continue to experience this pristine wilderness.

Sincerely,

Corbett

Mr. Corbett Kroehler
5104 Stratemeyer Drive
Orlando, FL 32839
email **corbettkroehler@yahoo.com**
mobile **321.663.9740**

BLM_0124243

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/Investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

PHO Q
1647 PO BOX WE
CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.


Genuinely,

Felice E. Sage
Felice E. Sage

265 W. Davies Ave.
Littleton CO 80120

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

BLM_0124245

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

by: Margaret Hollander

Margaret Hollander
c/o 1018 Third Street, Paonia, Colorado [81428]

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Susan Logan

Susan Logan
P.O. Box 1123,
Paonia. Co. 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

by Margaret Hollander
Margaret Hollander
c/o 1018 Third Street, Paonia, colorado [81428]

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

BLM_0124248

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Susan J. Parker
Susan J. Parker
5811 Forest Lake Road
Diamond Springs, CA 95619

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

RODNEY O. DYER
138 TURTLE COVE
ASPEN, CO 81611

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

BLM_0124250

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.


Genuinely,

*(Suzanne A. Normandin)*
30 PAN AMERICAN AVE
PAONIA CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

CHRISTIE CANTRELL   15430 Fire tommine Rd
Paonia CO 8F/28

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

BLM_0124252

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

/ MARKIE ANNA PARKER

5811 FOREST LAKE RD.
DIAMOND SPRINGS, CA 95619

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

LINCOLN VANNAH
Po Box 1588, PAONIA, Co 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Nina Gogenola

958 SW 11th Ave
Cedaredge, Co 81413

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/Investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Andrew Sprauer
776 Provincetown Dr
Carol Stream, IL 60188

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

*[signature: Ethel Leslie]*

Ethel Leslie
PO Box 826
Paonia 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Susan J. Parker
Susan J. Parker
5811 Forest Lake Road
Diamond Springs, CA 95619

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

JAMES C NORMANDIN

James C Normandin
30 PAN AMERICAN AVE
PAONIA, CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Teith Ellison  152 Topler Way, Hotchkiss, CO 81419

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.


Genuinely,

Pamela Rowley
46850 Hwy 550 Durango, CO 81301

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Laura Lee Yates   224 Clark Avenue   Paonia, CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Steve Elman                    15430 Fire Mountain Rd
                               Paonia, CO  81428 - 4109

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Steve Elman        15430 FIRE MOUNTAIN RD
                   PAONIA, CO 81428-4109

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

BLM_0124264

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.


Genuinely,

Kyle Sage · 2337 E 12ᵗʰ Ave, Denver CO 80206

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

BLM_0124265

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.


Genuinely,

John P. Carpenter
313 dragon
Paonia, CO

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

1003 mineral way unit 2
Socorro  N M  87801

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

Lisa Ellison   152 Poplar Way, Hotchkiss, CO 81419

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

BLM_0124268

To the BLM Director,

The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until rural gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and risking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

Also, the Draft RMP did not consider forest fire risks from pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.
http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.pdf

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

Genuinely,

STEVEN K. HARPER
PO Box 2099
HOTCHKISS, CO 81419

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Josh Fivuas
2190 E. 11TH Ave. #533
Denver. Co. 80204

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards, *Clinton Terhune*

Clinton Terhune

15466 Black Bridge Rd
Paonia, CO    81428

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Elsie Winne Edstrom
14414 2900 Rd
Hotchkiss, Co 81419

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Kelly Larson

Kelly Larson
Box 504
Ukiah, CA 95482

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124273

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Jodi Bailey

Jodi Bailey
P.O. Box 1251
Paonia, CO
81428

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Jessica Adams
Jessica Adams

491 South Second Street
Carbondale, CO 81623

Regards,

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Jessica Adams

Jessica Adams

491 South Second Street
Carbondale, CO 81623

Regards,

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Paula Martin
Paula A. Martin
41102 Omega
Paonia, CO 81428

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Tom Dye

6219 Oneida
Wichita KS. 67208

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Selina Major
1300 N. 21st Street
#311
Grand Junction, CO 81501

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124279

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Sherion Taylor

Sherion Taylor
Po Box 1056
510 3rd st.
P Aonia, Co. 81428

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Daniel Bailey
Po box 976
Paonia, Co. 81428

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,    *Robin Greenhalgh*

Robin Greenhalgh

652 Highway 133
Hotchkiss, CO 81419

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Kathryn Kummer
2190 E 11th Ave #533
Denver, CO 80206

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124283

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

JEFF SKEELS
3975 CLEAR FORK RD,
CRAWFORD, CO
81415

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Laura Lee Yates
224 Clark Avenue
Paonia, Co 81428

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124285

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Bernine Canape
BERNINE CANAPE
207 RIO GRANDE AVE
PAONIA CO 81428

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124286

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Kelly Frimel
Kelly Frimel
PO Box 4214
Crested Butte CO 81224

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

*Seth Weber* Seth Weber

P.O. Box 461
Paenia, CO 81428

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Jodi Bailey

Jodi Bailey
P.O. Box 1251
Paonia, CO
81428

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124289

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Melissa Sidelinger

Melissa Sidelinger
617 4th Street
Paonia, CO 81428

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Andee Rose Small
12249 Crawford Rd
Paonia, Co 81428
970-433-6796

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124291

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Pat H. Hoffman
2333 Sinclair
Grand Jct co
81505

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."  Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

DANIEL   HAGAMAN
P.O. BOX 381
HOTCHKISS,  CO   81419

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124293

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health.  The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Kenneth Canape
KENNETH CANAPE
307 RIO GRANDE AV
PAONIA 81428

Cc: R. Welch, N. Kornze, S. Jewel

BLM_0124294

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Linda Mereness
LINDA Mereness
P.O. Box 452
PAONIA 81428

Cc: R. Welch, N. Kornze, S. Jewel

Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. The moratorium needs to be issues on all oil and gas leasing or a no leasing option should be pursued.

Regards,

Justin Oye
1236 W. B. Hring Ave
Wichita, KS 67203

Cc: R. Welch, N. Kornze, S. Jewel

11/8/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments on draft Uncompahgre Field Office resource management plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on draft Uncompahgre Field Office resource management plan
1 message

**Cynthia Patterson <cynthiapurchase@gmail.com>**                    Sun, Oct 9, 2016 at 11:51 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org, Information Requests <info@theconservationcenter.org>, Cynthia
Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Uncompahgre Field Office draft resource management plan.

I oppose the BLM's Preferred Alternative. The Preferred Alternative would allow oil and gas leasing on 94%
of total oil, gas, and mineral acreage. Public lands belong to every citizen, not just those who profit from the
fossil fuel industry. Building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads
will destroy the North Fork.

Noise, air, water and soil pollution that results from drilling and the associated infrastructure and traffic will
contaminate the pristine North Fork. Large scale gas drilling and fracking are incompatible with the area.

Oil and gas exploration and extraction would destroy local investments and resources required to transition
the local economy to agri-tourism, recreation, renewable energy, and organic/clean food. The North Fork is an
agri-tourism destination, nicknamed Colorado's "farm-to-table capital." The largest concentration of organic
farms in Colorado is in the North Fork. The much-sought-after organic produce and spin off products are
shipped across the country.

Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) recognizes the
value of this agricultural area and its thriving vineyards, orchards and vegetable farms, many of them organic.
The final plan must analyze the effects of exploration, drilling and associated risks to this agricultural area.

**I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens
who live there.**

Oil and gas extraction contributes to increased greenhouse gas emissions. Drilling, transporting and storing
natural gas releases methane. According to the EPA, methane is estimated to have a Greenhouse Warming
Potential 28–36 times greater than CO2 over 100 years. Methane is a precursor to ozone, another
greenhouse gas.

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its
fossil fuel reserves in the ground. Start by choosing the no-leasing alternative. Protect the North Fork Valley
from the direct harm caused by oil and gas extraction. Protect the Earth from increased greenhouse gas
emissions.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0124297

10/21/2016                    DEPARTMENT OF THE INTERIOR Mail - Land Closure for Target Shooting



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Land Closure for Target Shooting
1 message

**Billy Traynor** <EXENTRIC22@msn.com>                    Mon, Oct 10, 2016 at 11:47 AM
To: "uformp@blm.gov" <uformp@blm.gov>

Hello,


As a citizen and a believer in minimal government I do not believe any additional lands should be closed to target shooting and hunting (N/A in this case). Please refrain from implementing any additional elimination of land for these purposes.


Thanks,


A Fellow American

BLM_0124298



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Please Stop industrializion of the North Fork Valley

1 message

**ChuckR** <chasraleigh@yahoo.com>                                      Mon, Oct 10, 2016 at 10:56 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>


> Dear BLM Leadership,
>
> On a recent drive through the East end of the Grand Mesa, my wife and I were heart broken to see the landscape of this beautiful, unique and rare national forest, being ruined by huge oil tanks, pump jacks, and pipe yards. Our national forests are supported by public tax payments and to be preserved for the public to use to enjoy the beauty of nature, not industrialization that is already over done in so many other areas across this country.
>
> Oil and gas development and fracking activities should NOT be permitted on public lands. The risks to public health have the potential to poison our food, pollute the air we breathe, and contaminate the water resources that we and the wildlife depend upon for life.
>
> There must be no lease alternatives for oil and gas operations including fracking technologies and large scale industrialization.
>
> A moratorium on oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.
>
> The North Fork Valley, it's organic farms and the Grand Mesa are relied upon for health, wellness, fresh air and clean living. This  special place is one of the few left, where these priorities are offered and attainable.
>
> Please do not allow it to be ruined!
>
> Sincerely,

> Chuck Raleigh

BLM_0124299

10/21/2016                    DEPARTMENT OF THE INTERIOR Mail - Please Stop the industrialization of the North Fork Valley and the Grand Mesa



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Please Stop the industrialization of the North Fork Valley and the Grand Mesa
1 message

---

**Cameron Raleigh <cameron_raleigh@yahoo.com>**                                    Mon, Oct 10, 2016 at 11:05 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthcommunity.org

Dear BLM Leadership,

I am writing to ask that you please stop the industrialization of the North Fork Valley and the Grand Mesa. My husband and I were driving on the East end of the Grand Mesa National Forest just days ago and were so saddened to see the pump jacks, pipe yards (some fenced and some just simply dumped in open fields) and oil tanks.

As a cancer survivor myself, we have moved to this area for the healthy living, the organic farms, clean air and beauty of nature unlike any where else. It is tragic to see these pristine and rare areas being ruined by this industrialization that has already claimed and ruined much of the natural landscape in our country.

Oil and gas development and fracking on public lands should not be permitted due to the risks to public health of poisoning our food sources, polluting the air we breathe, and contaminating the water resources we depend on for life! A no leasing alternative is the only reasonable conclusion.  A moratorium on oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.

Sincerely,

Cameron Raleigh

---

BLM_0124300

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments on Draft BLM UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on Draft BLM UFO RMP
1 message

---

**michael edson** <michael.edson.mail@gmail.com>                    Mon, Oct 10, 2016 at 9:18 AM
To: uformp@blm.gov
Cc: datchley@deltacounty.com, Bhovde@deltacounty.com, mroeber@deltacounty.com, rlevalley@deltacounty.com,
info@theconservationcenter.org, rmpcomments@citizensforahealthycommunity.org

   Please accept our comments on the Draft UFO RMP. The text is below and also attached as a pdf document.


   10 October 2016

   From:
   Michael Edson
   Jan P. Simmons
   13331 4100 Road
   Paonia, CO 81428

   To:
   BLM, Uncompahgre Field Office
   uformp@blm.gov

   Copies to:
   Delta County Commissioners:
   Doug Atchley; datchley@deltacounty.com
   Bruce Hovde; bhovde@deltacounty.com
   Mark Roeber; mroeber@deltacounty.com

   Robbie LeValley: rlevalley@deltacounty.com

   Senator Cory Gardner
   www.gardner.senate.gov/contact-cory/email-cory

   Senator Michael Benner
   http://www.bennet.senate.gov/contact/

   Representative Scott Tipton
   https://tipton.house.gov/contact-me/email-me

   Western Slope Conservation Center info@theconservationcenter.org

   Citizens for a Healthy Community rmpcomments@citizensforahealthycommunity.org


   Re:  Draft Resource Management Plan (RMP) for the Uncompahgre Field Office
        Support for North Fork Alternate B1


   BLM-UFO Staff and RMP Comment Team,

        We have lived in Colorado for almost forty years. We chose to retire to the beautiful North Fork Valley nine
   years ago because of its blend of quiet rural setting, friendly people, organic farms and orchards, scenery, and access
   to the outdoors. The variety and talent of the people who live here are remarkable, including nationally-acclaimed
   writers, fashion designers, artists and musicians. The valley supports vineyards, lavender farms, organic fruit and
   vegetable orchards, specialty beef and sheep ranches, plus goat milk and cheese producers supplying restaurants
   and food stores in Aspen, Telluride and the Front Range. There are over 58 farmers, orchardists, ranchers, agricultural
   businesses and winemakers in the North Fork Valley - all of whom depend on good, clean water, air and soil.

BLM_0124301

We thank the Bureau of Land Management (BLM) Uncompahgre Field Office for including the North Fork Alternative B1 in the draft Resource Management Plan (RMP). We respectfully request that the BLM adopt the North Fork Alternative B1 into the final Resource Management Plan for public lands and federal minerals in the North Fork Valley. This plan was a community-driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the North Fork Valley's many important features and resources including a thriving agricultural economy, scenic vistas, and healthy populations of wildlife and game. The BLM must adopt management that protects these resources which make the North Fork Valley such a special place. Inappropriate development over the next twenty years has great potential to cause air and water pollution, which would significantly degrade valley residents' high quality of life.

'Non-labor' sources make up over 46% of the income of Delta County according to the U.S. Department of Commerce and Bureau of Economic Analysis released in 2012. Dividends, retirement benefits, interest, and transfer payments are examples of non-labor income. So retirees like us make up a major part of the economy of Delta County, and particularly of the North Fork Valley. Realtors in the North Fork Valley have made it clear in published articles that the perception of potential oil and gas development in the valley reduces property values and makes prospective home buyers hesitant to invest here. The North Fork Alternative Plan B1 outlines a reasonable development plan that would reassure current owners that their home will maintain its value, encourage investment in the area by new potential property buyers, and maintain a major source of income for our area.

We are members of the South Lamborn Mesa Water Association (SLMWA). The SLMWA purchases water from the Town of Paonia. The Town of Paonia gets its water from 38 springs around the base of Mount Lamborn. The North Fork Alternative B1 stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies. We ask that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Town of Paonia's Source Water Protection Plan and North Fork Alternative Plan B1.

Agricultural irrigation water is a major concern in the North Fork Valley. Irrigation water is used for livestock, and by farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. The North Fork Valley's economic diversity relies upon the ranching and agricultural industry. Unforeseen contamination could significantly impact the land and subsequently the industries that are so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative B1 would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan.

Roeber State Wildlife Area, which is designated as a critical habitat area by the Division of Wildlife, is not far from our property. Deer from this area graze through our pasture in winter. Roeber SWA and any proposed areas open for leasing in the final RMP that are on or near critical wildlife habitat, should be protected from potential negative impacts from oil and gas development. This particular area is a calving area for elk and is closed in the winter, any human disturbance could affect the wildlife calving or migration.

Mount Lamborn and Landsend Peak are icons in the North Fork Valley. They dominate the valley and are seen as you drive up highways 92 and 133 from Delta. Mt. Lamborn is commonly in the background of photos that realtors use to sell homes and property in the valley. Houses around the valley, including ours, are situated to emphasize views of these peaks. We have a clear view of BLM property at the base of Mount Lamborn from our living room windows. The land tilts down from Mt Lamborn such that drilling operations would be highly visible throughout the valley even as far away as Hotchkiss. One area which is potentially leasable in Alternates C and D is less than a mile from our house. Our home value would certainly decline if the view is of prominent drilling rigs rather than the current natural oak, pinyon and juniper vegetation. We therefore support Alternative B1 which does not include this area for oil and gas leasing.

We enjoy hiking, snowshoeing and skiing with our friends and out-of-town visitors in Jumbo Mountain and Lone Cabin areas near Paonia. We strongly encourage the BLM to protect the landscape level recreational opportunities of these places, plus Elephant Hill, McDonald Creek, and "C" Hill, by designating these areas as Special Recreation Management Areas (SRMA) and manage them as such. The economic growth surrounding recreation activities in our valley is substantial, and is valuable to the community as it supports multiple businesses that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and wilderness around the North Fork Valley. The current management regime with Jumbo Mountain is not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as an SRMA and provide for motorized and non-motorized uses. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

Again, we appreciate the inclusion of the North Fork Alternative B1 as part of the draft RMP. This locally-driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains

BLM_0124302

ecological well-being and allows for continued building of a sustainable rural economy. We request that the BLM adopt the North Fork Alternative B1 in the final RMP.

Sincerely,


Michael Edson
Jan P Simmons

---

 **UFODraftRMPcommentletter.pdf**
45K

BLM_0124303

10 October 2016

From:
Michael Edson
Jan P. Simmons
13331 4100 Road
Paonia, CO 81428

To:
BLM, Uncompahgre Field Office
uformp@blm.gov

Copies to:
Delta County Commissioners:
Doug Atchley; datchley@deltacounty.com
Bruce Hovde; bhovde@deltacounty.com
Mark Roeber; mroeber@deltacounty.com

Robbie LeValley: rlevalley@deltacounty.com

Senator Cory Gardner
www.gardner.senate.gov/contact-cory/email-cory

Senator Michael Benner
http://www.bennet.senate.gov/contact/

Representative Scott Tipton
https://tipton.house.gov/contact-me/email-me

Western Slope Conservation Center info@theconservationcenter.org

Citizens for a Healthy Community rmpcomments@citizensforahealthycommunity.org

Re:     Draft Resource Management Plan (RMP) for the Uncompahgre Field Office
        Support for North Fork Alternate B1

BLM-UFO Staff and RMP Comment Team,

We have lived in Colorado for almost forty years. We chose to retire to the beautiful North Fork Valley nine years ago because of its blend of quiet rural setting, friendly people, organic farms and orchards, scenery, and access to the outdoors. The variety and talent of the people who live here are remarkable, including nationally-acclaimed writers, fashion designers, artists and musicians. The valley supports vineyards, lavender farms, organic fruit and vegetable orchards, specialty beef and sheep ranches, plus goat milk and cheese producers supplying restaurants and food stores in Aspen, Telluride and the Front Range. There are over 58 farmers, orchardists, ranchers, agricultural businesses and winemakers in the North Fork Valley - all of whom depend on good, clean water, air and soil.

We thank the Bureau of Land Management (BLM) Uncompahgre Field Office for including the North Fork Alternative B1 in the draft Resource Management Plan (RMP). We respectfully request that the BLM adopt the North Fork Alternative Plan into the final Resource Management Plan for public lands and federal minerals in the North Fork Valley. This plan was a community-driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the North Fork Valley's many important features and resources including a thriving agricultural economy, scenic vistas, and healthy populations of wildlife and game. The BLM must adopt management that protects these resources which make the North Fork Valley such a special place.

Inappropriate development over the next twenty years has great potential to cause air and water pollution, which would significantly degrade valley residents' high quality of life.

'Non-labor' sources make up over 46% of the income of Delta County according to the U.S. Department of Commerce and Bureau of Economic Analysis released in 2012. Dividends, retirement benefits, interest, and transfer payments are examples of non-labor income. So retirees like us make up a major part of the economy of Delta County, and particularly of the North Fork Valley. Realtors in the North Fork Valley have made it clear in published articles that the percentage of potential oil and gas development in the valley reduces property values and makes prospective home buyers hesitant to invest here. The North Fork Alternative Plan B1 outlines a reasonable development plan that would reassure current owners that their home will maintain its value, encourage investment in the area by new potential property buyers, and maintain a major source of income for our area.

We are members of the South Lamborn Mesa Water Association (SLMWA). The SLMWA purchases water from the Town of Paonia. The Town of Paonia gets its water from 38 springs around the base of Mount Lamborn. The North Fork Alternative B1 stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies. We ask that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Town of Paonia's Source Water Protection Plan and North Fork Alternative Plan B1.

Agricultural irrigation water is a major concern in the North Fork Valley. Irrigation water is used for livestock, and by farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. The North Fork Valley's economic diversity relies upon the ranching and agricultural industry. Unforeseen contamination could significantly impact the land and subsequently the industries that are so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative B1 would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan.

Roeber State Wildlife Area, which is designated as a critical habitat area by the Division of Wildlife, is not far from our property. Deer from this area graze through our pasture in winter. Roeber SWA and any proposed areas open for leasing in the final RMP that are on or near critical wildlife habitat, should be protected from potential negative impacts from oil and gas development. This particular area is a calving area for elk and is closed in the winter, any human disturbance could affect the wildlife calving or migration.

Mount Lamborn and Landsend Peak are icons in the North Fork Valley. They dominate the valley and are seen as you drive up highways 92 and 133 from Delta. Mt. Lamborn is commonly in the background of photos that realtors use to sell homes and property in the valley. Houses around the valley, including ours, are situated to emphasize views of these peaks. We have a clear view of BLM property at the base of Mount Lamborn from our living room windows. The land tilts down from Mt Lamborn such that drilling operations would be highly visible throughout the valley even as far away as Hotchkiss. One area which is potentially leasable in Alternates C and D is less than a mile from our house. Our home value would certainly decline if the view is of prominent drilling rigs rather than the current natural oak, pinyon and juniper vegetation. We therefore support Alternative B1 which does not include this area for oil and gas leasing.

We enjoy hiking, snowshoeing and skiing with our friends and out-of-town visitors in Jumbo Mountain and Lone Cabin areas near Paonia. We strongly encourage the BLM to protect the landscape level recreational opportunities of these places, plus Elephant Hill, McDonald Creek, and "C" Hill, by designating these areas as Special Recreation Management Areas (SRMA) and manage them as such. The economic growth surrounding recreation activities in our valley is substantial, and is valuable to the community as it supports multiple businesses that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and wilderness around the North Fork Valley. The current management regime with Jumbo Mountain is not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as an SRMA and provide for motorized and non-motorized uses. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

BLM_0124305

Again, we appreciate the inclusion of the North Fork Alternative B1 as part of the draft RMP. This locally-driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological well-being and allows for continued building of a sustainable rural economy. We request that the BLM adopt the North Fork Alternative B1 in the final RMP.

Sincerely,


Michael Edson
Jan P Simmons

BLM_0124306

October 10, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Re: RMP, Alternative B1

I support the NF Alternative B1 to the RMP. I believe any other alternative is not
compatible use of our land: compatible with the thousands of jobs in the organic farming
wine and ranching industries in the valley. Even if nothing untold happens with oil and
gas drilling, the mere threat is enough to devalue the farms, wineries, orchards and
ranches that are the backbone of our economy.

The heavily regulated coal companies have proved themselves good neighbors for many
years. The oil and gas companies have no such track record. The have shown themselves
to be reckless with little regard for the communities in which they work. We want long-
term, sustainable and responsible economic development. The oil and gas companies do
not meet these criteria.

Please protect the lands by adopting Alternative B1.

Thank you,

Philip Salembier (registered voter)
PO Box 631
Paonia, CO 81428

BLM_0124307

10/21/2016                            DEPARTMENT OF THE INTERIOR Mail - Citizen Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Citizen Comment
1 message

---

**Matt Hepp** <matthepp@ridgway.us>                          Tue, Oct 11, 2016 at 2:02 PM
To: uformp@blm.gov

Dear BLM Team,

I write to express my individual opinions for the Uncompahgre RMP UFO.  These are provided independent of
the many special interest groups with stakes in BLM resources. I have lived in Ridgway for over 12 years
and enjoy many recreational activities on our local public lands including rock climbing, hiking,
mountain biking, and singletrack motorcycling.  I have enjoyed the "wild west" feel of immense amounts of
open public lands in our area but understand that management of these resources is vital as more and more
users visit the area.  I feel any free-flowing rivers should be designated Wild and Scenic to the extent
possible, as these are a valuable resource in the dry West. I am highly supportive of more purpose-built
singletrack for both motorized and non-motorized uses.

I do NOT support installation of more ATV and other 2-track routes as there are many many existing miles
of passable 2-tracks in the Uncompahgre BLM lands.

Matt Hepp
605 River Park Dr

Ridgway, CO 81432


--
Matt Hepp, P.E.
Alpine Edge Engineering
605 River Park Dr
Ridgway, CO 81432
970 318 1469
www.alpineedgeengineering.com

---

BLM_0124308

10/21/2016                     DEPARTMENT OF THE INTERIOR Mail - RMP comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP comments

1 message

**IntiSolarTds** <intisolar@tds.net>                                    Tue, Oct 11, 2016 at 11:24 AM
To: uformp@blm.gov

Dear BLM,
Thank you for extending the deadline for this comment period. I live in Delta County near Paonia and these are my general comments for the Resource Management Plan.

I suggest that the BLM select the conservation alternative B-1 and the North Fork Alternative in planning for the future of the North Fork Valley and the Region. We have had decades of fluctuating coal mining. We are now reinventing our economy after two coal mines have closed and one is idle. Our community is basing our economy on agro-tourism, organic farming and orchards, wineries, a Creative District, hunting, hiking, mountain biking, fishing, and general tourism. Leasing 90% of our public lands in the Paonia, Hotchkiss, Crawford and Cedaredge area would cause massive industrial development and destroy our beautiful natural environment.

I am very concerned about fracking that could pollute our water, destroy large pieces of nature and destroy our beautiful views. Many areas in the North Fork have low potential for gas development because we are on the edge of the gas field. There are areas that should NOT be drilled and fracked because other resources are vitally important to our economy. Drilling and fracking can pollute our water and will use huge amounts of water. Keeping our wildlife habitat undeveloped, especially winter range and migratory routes, is very important in maintaining healthy wildlife populations. Drilling in watersheds for municipalities or for irrigation would be a bad idea. Air pollution from drilling would be very bad for the quality of our air. Drilling would only bring a few jobs that would not last very long and put our economy back in the up and down cycle of fossil fuel development.

Some areas, such as the North Fork Valley, should not be drilled and fracked because there are other resources that are valuable to the economy. I am afraid drilling would ruin our economy in the long term for short term gain.

Please have the discipline and foresight not to plunder our environment and ruin our economy. Most people I know do not want gas development because it is inappropriate development that we don't want and it would ruin our economy for the long term.

Sincerely,

Sam Brown
41342 O Road
Paonia, CO 81428

BLM_0124309

10/21/2016                                    DEPARTMENT OF THE INTERIOR Mail - RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# RMP

1 message

---

**IntiSolarTds** <intisolar@tds.net>                          Tue, Oct 11, 2016 at 11:24 AM
To: BLM Comment <uformp@blm.gov>

Dear BLM,

I live in Paonia and love all the public lands in our area. I suggest that the BLM select the conservation alternative B-1 and the North Fork Alternative in planning for the future of the North Fork Valley and the Region. I am an avid outdoor enthusiast and use our public lands frequently for hiking, skiing and mountain biking. I am a ceramic artist and make my living off the tourist and local economy. I have chosen specifically to live here because of the many public lands that surround the area.

I want to make some specific comments on areas of BLM land that I use frequently.

I use the BLM sheep runway land above Paonia Reservoir between the Koch ranch lands to access the Forest Service lands. This is a very scenic area that I walk and ski often throughout the year. This area has the most incredible views of the Ragged Mountains. I also use this area for hunting access to the Forest Service lands.

I use the Jumbo Mountain area for hiking because it is close to Paonia and easy to access. It is an area that many people use for mountain biking recreation.

I use the Lone Cabin Road to bike and ski. It is close to Paonia and has great views of the valley. It is one place close to Paonia where there are a few nice camping spots that I use.

I frequently use the road to the North Rim to the Black Canyon National Park. I ski and bike the road and would hate to see gas development on the access road to a National Park.

I frequently hike into the adobe area outside of Delta. It is a very stark and beautiful landscape that has unique opportunities for solitude.

In conclusion, I choose to live here. I could live other places and sell my pottery, even make more money, but I choose to live here among these beautiful, unspoiled public lands. My main investment is in our property, as is true of many people who live here. I am afraid that the destructive characteristics of oil and gas development would decrease property values so much that it would plunder that investment and ruin everything we have built.

Sincerely,

Sam Brown
41342 O Road
Paonia, CO 81428

BLM_0124310

DEPARTMENT OF THE INTERIOR Mail - Letter concerning the draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Letter concerning the draft RMP
1 message

---

**Tom Huber** <thuber@uccs.edu>                                    Tue, Oct 11, 2016 at 6:51 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

Please accept the attached letter as a comment on the proposed RMP.


Tom Huber, Professor

Geography and Environmetal Studies

UCCS

W 255-3790

---

 **BLM Fracking.doc**
64K

---

BLM_0124311

Tom Huber, Professor
University of Colorado, Colorado Springs

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

I am particularly knowledgeable about the value of the North Fork Valley as I have published a book entitled *An American Provence* that highlights the unique and stunning character of this place. We in the West always think that our resources, space, land, and air are limitless because at times our views seem limitless. In truth our resources are finite and fragile. I do know that our society runs on energy – mostly fossil fuels – called "fossil" because they have been produced over hundreds of millions of years. We mine these resources and cannot replace them except with fuels that are not fossil, but rather here every day and renewed constantly.

Fracking is a dirty, dirty business. We are always told that, if done right, it is clean and leaves little trace. Well if that is the case, it is never done right. There will **always** be spills and leaks. The conservative estimate for methane leakage from fracking and its ancillary pipelines is 10%! And as far as oil is concerned, if there are leaks, and there will be, it devastates the much more valuable land over which the spills run.

I know the BLM is mandated to allow the development of the resources on its land. But when one resource use precludes another one just as valuable, a choice must be made, and that choice needs to be one of continual renewal and production, not mining/pumping a resource until it is gone and then abandoning the potential for those other valued uses.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities.

The North Fork Valley is a world class place capable of activities better and more healthy than the incessant draining of oil and gas for short term profit.

Sincerely,

Tom Huber, Professor
Geography and Environmental Studies
University of Colorado, Colorado Springs

Tom Huber, Professor
University of Colorado, Colorado Springs

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

I am particularly knowledgeable about the value of the North Fork Valley as I have published a book entitled *An American Provence* that highlights the unique and stunning character of this place. We in the West always think that our resources, space, land, and air are limitless because at times our views seem limitless. In truth our resources are finite and fragile. I do know that our society runs on energy – mostly fossil fuels – called "fossil" because they have been produced over hundreds of millions of years. We mine these resources and cannot replace them except with fuels that are not fossil, but rather here every day and renewed constantly.

Fracking is a dirty, dirty business. We are always told that, if done right, it is clean and leaves little trace. Well if that is the case, it is never done right. There will **always** be spills and leaks. The conservative estimate for methane leakage from fracking and its ancillary pipelines is 10%! And as far as oil is concerned, if there are leaks, and there will be, it devastates the much more valuable land over which the spills run.

I know the BLM is mandated to allow the development of the resources on its land. But when one resource use precludes another one just as valuable, a choice must be made, and that choice needs to be one of continual renewal and production, not mining/pumping a resource until it is gone and then abandoning the potential for those other valued uses.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities.

The North Fork Valley is a world class place capable of activities better and more healthy than the incessant draining of oil and gas for short term profit.

Sincerely,

Tom Huber, Professor
Geography and Environmental Studies
University of Colorado, Colorado Springs

to: Uncompahgre Field Office, Bureau of Land Management
from: Betsy Marston, po box 279, Paonia, CO 81428
re: Resource Management Plan, 675,000 acres within the Uncompahgre Planning
Area

Oct. 11, 2016

Thank for this opportunity to comment on the BLM's draft resource management
plan for the high country so close to the towns of Paonia and Hotchkiss. I support
the citizens' alternative developed a few years ago, as opposed to opening almost
all of this public land to leasing and development of oil and gas. This area is only
now creating a diverse, small business and agriculturally based economy, and
industrialization threatens everything we're working to build.
We need to keep our watersheds in the planning area undeveloped as much as
possible, and that means free of constant truck traffic on roads and access lanes
that fragment open spaces, turn clean air dirty and threaten our clean water, while
also harming wildlife -- in particular, the Gunnison sage grouse.
This area is gaining a reputation for its beauty, recreational opportunities, super-
fast Internet, clean air and clean water. Oil and gas industrialization threatens
everything we are trying to create here, and I assure you that this is a community
that won't give up working to preserve what it treasures.
We know what's at stake for the next three or more decades; that is why I hope you
will understand how we look at the undeveloped open space not far from the North
Fork Valley. It is our recreational and tourism present .and it is definitely our
future -- for hunters and hikers, campers, the growing number of retirees, skiers
and bikers.
Natural beauty, not heavy industry, is us, thanks to our bounty of public land that
you manage. Turn that wild beauty into a dominant industry that specializes in
clanking wells and constant truck traffic, and you turn our towns into blighted
neighborhoods.
For me, after living here for 40 years, this is my home, and I will fight to keep it a
place where people can live simply and safely, free from industrial activities that
act to destroy the environment.
We have lived closely with coal, and I'd say we have coexisted happily, as coal is a
well-regulated industry. No one can say that about oil and gas drilling. It is not safe
for many of its employees, and it is not safe for the environment, as the industry's
heavy methane releases are known to contribute to climate change.

Thank you for this opportunity to speak to you. Betsy Marston

BLM_0124314



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Preferred Alternative for the NFV
1 message

**Mary Jursinovic** <cbpots@yahoo.com>                                   Wed, Oct 12, 2016 at 11:30 AM
Reply-To: Mary Jursinovic <cbpots@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

Please accept the attached comments regarding the RMP.
Thank you,

Mary Jursinovic

📄 **UFO_RPM Oct 2016.pdf**
462K

BLM_0124315

October 12, 2016

UFO-RMP
2465 South Townsend Ave.
Montrose, Colorado 81401

To whom it may concern;
    I submitted the attached letter in 2011 citing each parcel under the lease sale proposal. While the RPM doesn't identify specific parcels because the preferred alternative proposes to open 95% of land to oil and gas leasing these same issues apply.
    I support the North Fork Alternative as the best currently under consideration. The best risk management is no leasing.

December 28, 2011

BLM Uncompahgre Field Office
Barb Sharrow, Field Office Manager
2465 S Townsend Ave
Montrose, Co. 81401

Re: August 2012 Oil and Gas Lease Sale proposed for the North Fork Valley

Dear Ms Sharrow,
    Although I am vehemently opposed to the entire Sale proposal for numerous reasons, I would like to make comments on specific parcels that directly affect my family's health and well-being.
    We own 41 acres of irrigated farm land on Bone Mesa, off of Crawford Rd, between the towns of Paonia, Hotchkiss, and Crawford.  We have owned the land for 12 years.  No toxic chemicals have been applied to the land in that time.  We have invested all of our retirement savings into building a home where we could grow most of our own food, supplement our Social Security payments with income from hay crop sales and pasture leasing, and I could continue to produce and sell handmade pottery, which I have done for over 30 years.
    Our domestic water comes from a well on the property, the crops are irrigated from water supplied by the Stewart Ditch, there is a spring that provides both additional irrigation water and water for animals both domestic and wild, and a 2+ acre pond that also provides irrigation and animal watering, as well as personal recreational use.  The pond is a magnet for deer, owls, egrets, geese, ducks, owls, and a variety of other avian species.
    This property is located one mile from Lease Parcel 6198, (Township T14S/Range92W), most specifically Sections 25/26.  Any drilling activity in Parcel 6198 would release pollutants that would adversely affect our well, spring, irrigation water, and pond.  The entire area is underlayed by Mancos Shale.  Any seepage of industrial pollutants into the shale would render our water, from all sources, unusable.  Besides the loss of crops, any chemicals introduced into our domestic water would completely alter the glazes I mix for pottery production, thus eliminating that income source.  In addition, air pollutants from drilling activity would settle on the hay crop, as well as our organic garden, again rendering them unusable.  My husband suffers from asthma.  Any industrial air pollution in the form of released gases or surface particle disruption would adversely affect his health.

BLM_0124316

The roads in our area, specifically, Crawford, Bone Mesa, and Back River Roads, are extremely narrow, lack shoulders, and are in a generally deteriorated state. The increase of traffic from drilling activity would create an extreme hazard. I personally recreate by riding a bike on a loop from our home that encompasses these roads. The additional traffic created by drilling in this area would prevent me from doing so in any safe manner. I also occasionally mountain bike ride in Section 34 east of Crawford Road. Drilling in that area would prevent me from doing so.

Section 28, Parcel 6198, is a traditional winter grazing area for a large herd of Elk (see accompanying photos). Drilling in this section would impact this safe refuge. As a result those Elk would most likely migrate to the surrounding farm land, including our own, thus destroying fences and crops used for income and food.

One of the reasons we purchased this property was for the unobstructed 360 degree views of mountains and mesas. Drilling in Parcels 6191, 6195, 6196, & 6197 would forever alter those views, plus have similar impacts to the immediate neighbors as I have described above. Parcel 6197 is adjacent to two State Wildlife areas. Drilling would severely impact the animals that rely on those areas for protection as well as curtail our recreational use in the area.

We have often hiked, biked, and snow showed on the trails located in Parcel 6190 on the base of Jumbo Mountain. Drilling there would impact our ability to continue that recreational outlet.

I have tried to be specific in relating impacts from this Lease Sale proposal. But I also want to point out the more general impact any drilling in the North Fork Valley would have on the quality of life we all have sought by locating in this spectacular area. I have had many friends visit from all parts of the country to tour the farms and vineyards, accompany me on hikes and bike rides in many of the proposed parcels, purchase agricultural products and wines, swim and fish in our pond as well as the surrounding rivers and streams, and generally enjoy the lifestyle of the North Fork Valley. Allowing drilling in any one of the Parcels proposed in this sale would drastically alter and most likely end this much sought after lifestyle.

You have the power to defer this Lease Sale until at least the Resource Management Plan that dates to 1989 is updated to reflect the new circumstances and economy now thriving in the North Fork Valley. BLM Instruction Memorandum No 2010-117 WO allows "state and field office staff to determine that the public interest would be better served by further analysis and planning prior to making any decision whether or not to lease". New information is available, relevant economic conditions have changed. Additional review is necessary for an informed decision. Although the current RMP may designate this land as "open", this designation does not mandate leasing.

I implore you to defer this proposed Lease Sale until more study and consideration is made of the changes that have occurred in the North Fork Valley since 1989. This is an economically vibrant area where local landowners hold traditional values of hard work and perseverance to further their own self sufficiency, and provide wholesome and mostly organic food crops to others. Please do not allow this misguided attempt to harvest unsustainable resources destroy this irreplaceable environment.

Sincerely,

Mary Jursinovic
11491 3800 Rd.
Paonia, Co. 81428
970 275 6701



Elk: Parcel 6198, Section 28, 2008



Elk: Parcel 6198, Section 28, 2009

Respectfully resubmitted October 12, 2016

Mary Jursinovic

BLM_0124318

10/21/2016                           DEPARTMENT OF THE INTERIOR Mail - (no subject)



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## (no subject)
1 message

---

**Betty Dickman** <bldickman@cox.net>                        Thu, Oct 13, 2016 at 7:33 PM
To: ufomp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Dear Sirs;
I join many others in my concern about fracking in the North Fork Valley. I oppose this operation because;
1. Oil and gas development and fracking activities on public lands should not be permitted when risks to public health have the potential to poison our foodsheds, pollute the air we breathe and contaminate the water resources we depend upon for life.
2. A no-leasing alternative is the only reasonable conclusion to a rigorous analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization.
3. a moratorium on oil and gas leasing shoud be imposed until rural gas gathering pipelines are regulated by Pipeline Hazardous Materials and Safety Administration.

As a new home owner in Hotchkiss, Colorado, I hate to see the same thing happen here that happened in Oklahoma. Serious damage to the water and soil in the area and earthquake activity that is apparently related to the destruction of the landmass in and around fracking areas.

I vote and will do so as I see appropriate to stop this destruction.

Betty Dickman
204 W. Main St
Hotchkiss, Colorado

BLM_0124319



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
1 message

**David Cordell** <cordelldm@aol.com>                                    Thu, Oct 13, 2016 at 3:06 PM
To: ufomp@blm.gov

To whom it may concern:

Although I am not opposed to the use of fossil fuels, indeed my father was a petroleum geologist, I am becoming concerned about the potential effects of fracking and injection wells.

I urge you to provide further evidence that any activity proposed for the North Fork Valley of Colorado will have no impact on the economic well-being of the citizens of that area and will not be harmful to the environment, including superficial issues like odors and visual distractions. Any drilling activity must include liability requirements to indemnify those who may be harmed by the drilling activity.

Thank you for your consideration.

David Cordell, 3413 Melanie Lane, Plano, TX 75023, 972-208-9120

BLM_0124320



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fracking
1 message

---

**Jean Deering** <ejeandeering@cox.net>                    Thu, Oct 13, 2016 at 7:32 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Dear Sirs;
I join many others in my concern about fracking in the North Fork Valley. I oppose this operation because;
1. Oil and gas development and fracking activities on public lands should not be permitted when risks to public health have the potential to poison our foodsheds, pollute the air we breathe and contaminate the water resources we depend upon for life.
2. A no-leasing alternative is the only reasonable conclusion to a rigorous analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization.
3. a moratorium on oil and gas leasing shoud be imposed until rural gas gathering pipelines are regulated by Pipeline Hazardous Materials and Safety Administration.

As a new home owner in Hotchkiss, Colorado, I hate to see the same thing happen here that happened in Oklahoma. Serious damage to the water and soil in the area and earthquake activity that is apparently related to the destruction of the landmass in and around fracking areas.

I vote and will do so as I see appropriate to stop this destruction.

Eunice Jean Deering

240 W,Main St
Hotchkiss, Colorado

BLM_0124321



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Montrose County RMP Comments
1 message

**Jon Waschbusch** <jwaschbusch@montrosecounty.net>     Thu, Oct 13, 2016 at 3:06 PM
To: uformp@blm.gov
Cc: "Jones, Gina" <gmjones@blm.gov>

The attached letter contains comments from the Montrose County Board of County Commissioners on the Draft RMP for the Uncompahgre Field Office. Thank you.


Jon Waschbusch, M.P.A., A.I.C.P.

Government Affairs Director

Montrose County, Colorado

317 S 2nd Street

Montrose, CO 81401

(970)252-4549



📄 **UFO Draft RMP Comments October 2016.PDF**
2683K

BLM_0124322



**MONTROSE COUNTY**
**BOARD OF COUNTY COMMISSIONERS**
317 South 2nd Street
Montrose, CO 81401
Phone: 970-249-7755
Fax: 970-249-7761

October 12, 2016

BLM - Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401

SUBMITTED VIA ELECTRONIC MAIL

Re: Draft Resource Management Plan for Uncompahgre Field Office

Responsible Official:

The Board of County Commissioners of the County of Montrose, Colorado is
providing the following comments with regard to the Draft Resource Management
Plan for the Uncompahgre Field Office. The Board reserves the right to amend or
provide additional comments at a later date.

**Page 2-1 – Plan Maintenance:** Revisions to maps including habitat have the
potential to significantly impact land use, management actions and the environment.
Accordingly, revisions to habitat maps should not be considered to be "Plan
Maintenance". Revisions to maps included in the RMP should be subject to a NEPA
review and the associated notice and participation requirements. This action is
necessary to assure that habitat map revisions do not result in adverse impact via the
maps nexus to management actions.

**Table 2-1 Page 2-9:** Application of VRM to lands where surface ownership is private
or held by the State equates to application of a management action to the surface
estate. The RMP defines visual resource management as:

"The inventory and planning actions taken to identify visual resource values and to
establish objectives for managing those values, and the management actions taken to
achieve the visual resource management objectives." Glossary-40.

Applying a management action such as a VRM designation is by BLMs stated
definition an attempt to manage land. As the visual resource of land is certainly on the
surface estate, applying such an action on privately held land is beyond BLMs scope

1

BLM_0124323

of authority within the RMP. We respectfully request that BLM not apply VRM to
lands upon which BLM does not administer the surface estate.

**Table 2-1 Page 2-9:** The Preferred Alternative (Alt D) of the Draft RMP proposes to
manage 6,950 acres to the east of the Camel Back WSA as "Lands Managed to
Protect Wilderness Characteristics". The Record of Decision for BLM's Wilderness
Study Report published in 1991 expressly analyzed Camel Back WSA and the
surrounding area. This analysis included adjacent lands which are now proposed for
management as lands with wilderness characteristics. BLM's Record of Decision
found a total of zero (0) acres in Camel Back WSA as being "Recommended for
Wilderness". Conversely, a total of 10,402 acres were "Recommended for Non-
Wilderness" (p. 311).

The analysis in this ROD described the acreage now proposed as having wilderness
characteristics as follows:
"The eastern boundary is defined by a variety of noticeable human imprints, including
approximately 4 miles of unimproved jeep trail, extensive areas of contour furrowing,
and a large chain area." (p.311).

Even the acreage within the WSA was not recommended for Wilderness Designation.
Per the ROD:

"The limited extent of wilderness qualities within the WSA, and the BLM's
preference for other options for managing the area, are the primary reasons for
recommending that it be released for uses other than wilderness." (p.311).

"Although the WSA does have some rugged terrain and outstanding natural features,
the majority of its features are very common to lands throughout southern Colorado,
and there is nothing to really set the area apart." (p.311).

The current proposal in the Draft RMP contradicts BLM's previous findings with
regard to the wilderness characteristics of the Camel Back WSA and surrounding
area. It is neither true nor reasonable to suggest that these lands have gained in
wilderness characteristics since the 1991 Record of Decision. With it so clearly stated
by BLM that the even the Camel Back WSA should not be managed as wilderness, it
does not appear rationale to now conclude that adjoining lands should be managed as
such.

We respectfully request that BLM apply another management standard to lands
adjacent to the existing Camel Back WSA. We offer BLM's own Record of Decision
and the included findings as evidence that these lands do not possess characteristics
sufficient to warrant management as lands with wilderness characteristics. **We ask
that these comments be considered with regard to all sections of the RMP which
pertain to lands adjoining the Camel Back WSA.**

**Table 2-1 Page 2-9:** The preferred Alternative (Alt D) of the Draft RMP proposes to
manage 7,030 acres in the Dry Creek Basin and 4,340 acres in the vicinity of Roc
Creek as "Lands Managed to Protect Wilderness Characteristics". It is worth noting
that the post FLPMA analyses conducted by BLM did not identify these lands as
containing wilderness characteristics nor was any recommendation made to

2

BLM_0124324

recommend these lands for wilderness study or designation. U.S. Department of
Interior. (October, 1991). *Wilderness Study Report (Volume Two) Montrose District
Study Areas.* Bureau of Land Management: Colorado State Office.

While we understand BLM's obligation to continually inventory lands, we disagree
with the premise that over 18,000 acres of land with true wilderness characteristics
has gone undiscovered in Montrose County until 2016. We respectfully request that
BLM propose a different management approach for lands in Dry Creek Basin and Roc
Creek which are proposed to be managed as land with wilderness characteristics in
Alternative D of the Draft RMP.

**Table 2-1 Page 2-10:** With regard to Fluid Mineral Leasing, this table includes a
162,670 acre increase in lands "Open to leasing subject to No Surface Occupancy
(NSO)-BLM surface/federal minerals". If the intent of the RMP is to continue to
allow for productive leases on these acres as shown in Figure 2-23, it would be more
practical to apply CSU restrictions.

Although horizontal drilling capabilities have improved in recent years, total
elimination of surface occupancy on leased ground would render much of this acreage
infeasible for production due to accessibility issues. We believe CSUs would provide
the necessary resource protection while also maintaining the potential for future
resource development

**The following comments are specific to Table 2-2 – Description of Alternatives:**

**Line 21 Page 2-25:** The management actions presented across this row (line 21) do
not represent an appropriately broad range of alternatives. The "No Action
Alternative" and "Preferred Alternative" are the only alternatives presented. The
management actions described by these alternatives are extremely different. We
request that BLM develop an additional management action as Alternative D. This
action should attempt to balance multiple use and protection of ecological emphasis
areas.

**Line 31 Page 2-29:** We request that Alternative D be amended to be the same as
Alternative C in order to avoid setting unattainable standards for water quality which
may be inaccurately attributed to specific land use activities (grazing, recreation,
travel).

**Line 38 Page 2-33:** We request that Alternative D be made the same as Alternative C.
We have two reasons for this request. First, BLM is understaffed to manage the lands
that are already under the agency's jurisdiction and addition of more lands would only
exacerbate this problem. The second reason is that federal acquisition of the limited
private lands available in the west end would further erode the local tax base and
depress the economy of Montrose County and the West End.

**Line 44 Page 2-36:** We request that Alternative D be amended to match Alternative
C to allow for adaptive management and flexibility in project specific decision
making.

3

**Line 47 Page 2-38**: We request that Alternative D be amended to match the language used in Alternative C to allow for adaptive management and flexibility in project specific decision making.

**Line 52 Page 2-46:** We take issue with water owned by the people of the State of Colorado being appropriated by a federal agency such as BLM. Utilizing CWCB to act as a proxy to develop in-stream flow rights amounts to a federal appropriation of water that will adversely impact the people of Colorado by limiting the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to this proposed action.

**Line 53 Page 2-46**: The management action presented across Alternatives B, C and D does not represent an appropriately broad range of alternatives Water owned by the people of the State of Colorado should not be appropriated by a federal agency such as BLM. Accordingly, BLM should not propose an action which would result in a federal appropriation of water. Such appropriations adversely impact the people of Colorado by depriving them of the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to these proposed actions. Alternatively, we recommend that BLM develop an Alternative D that would not involve filing on additional water rights.

**Line 75 Page 2-54:** We request that Alternative D be amended to include the 100' buffer identified in Alternative B as this will provide greater flexibility for future decision making.

**Line 79 Page 2-57:** We request that Alternative D be amended to add the language "provided that pursuit of such opportunities does not impact valid existing rights and uses within the targeted area".

**Line 81 Page 2-58:** We request that Alternative D be made the same as Alternative C in order to allow for flexibility in future decision making. NSO and SSR restrictions could be selectively applied under this action whereas the current Alternative D contains an arbitrary mandate for application of NSO and SSR restrictions that could be onerous for future land management decisions.

**Line 90 Page 2-62**: We request that Alternative D be made the same as Alternative C as this would provide a more realistic and attainable management action.

**Line 100 Page 2-66:** We request that Alternative B be amended to read "Maintain or improve fisheries habitat where consistent with maintaining native species and sports fisheries." This amendment would provide a better balance in the management of fish habitat for multiple uses and recreational values.

**Line 101 Page 2-67:** We request that Alternative D be amended to include a provision for allowing work after approved site specific review. The current language would make completion of certain projects including impoundments impossible from a practical standpoint.

**Line 106 Page 2-72:** We request that Alternative D be amended to include the language, "Design land treatment projects and other facilities to not degrade the

4

BLM_0124326

quality and quantity of wildlife habitats." This amendment would provide a more reasonable and attainable action.

**Line 112 and 113 Page 2-76 and 2-77 and 2-78:** We request that BLM revisit the proposed Alternative D and include language that would allow project specific consideration of surface use activities. As currently written, Alternative D would totally restrict use of the identified lands regardless of the actual impact of a potential use.

**Line 124 Page 2-81:** We request that BLM revisit the proposed Alternative B and include language that would allow project specific consideration of surface use activities. As currently written, Alternative B would totally restrict use of the identified lands regardless of the actual impact of a potential use.

**Line 127 Page 2-81:** We request that BLM revisit the proposed Alternative B and include language that would allow project specific consideration of surface use activities. As currently written, Alternative B would totally restrict use of the identified lands regardless of the actual impact of a potential use.

**Line 146 Page 2-92:** We request that Alternative D be made the same as Alternative C in order to maintain sport fisheries in the UFO.

**Line 147 Page 2-92:** We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This change will provide for flexibility in future land management decisions.

**Line 148 Page 2-93:** We request that Alternative D be amended to match Alternative C in order to allow for flexibility in future decision making.

**Line 152 Page 2-95:** We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This change will provide for flexibility in future land management decisions.

**Table 2-2 All Management Actions Specific to Gunnison Sage Grouse Habitat:** We request that all management actions in Table 2-2 which are specific to Gunnison Sage Grouse habitat be amended to defer to the Rangewide RMP Amendment.

**Line 170 Page 2-105:** We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This will allow for site specific review and flexibility in future decision making.

**Table 2-2 All Management Actions Related to Wildlife Habitat Excluding GuSG:** We request that all management actions related to wildlife habitat (excluding GuSG) allow for surface occupancy and surface disturbing activities subject to site specific review with the ability to apply SSR. This approach will allow for site specific review and flexibility in future decision making. Regulatory certainty and habitat protection can be assured by prohibiting or restricting proposed activities in instances where such activities would adversely impact habitat.

5

BLM_0124327

**Line 204 Page 2-122:** We request amending Alternative D to expressly allow for unrestricted suppression tactics when human life or property is at risk. As a local government charged with protection of public safety and welfare, it is unacceptable to prioritize avoidance of fire lines and soil disturbance over public safety.

**Line 265 Page 2-148:** Lands adjoining the Camelback WSA do not contain adequate wilderness characteristics to justify management as "Lands with Wilderness Characteristics". BLM's prior analyses have demonstrated that these lands do not contain such characteristics. There is no basis for a management action in this RMP that would designate 6,950 acres adjoining the WSA as "Lands with Wilderness Characteristics" and this proposed management action should be removed from consideration and replaced with a designation that is supported by factual landscape level conditions.

Additionally, we request that Dry Creek and Roc Creek not be managed as lands with wilderness characteristics due to inadequate evidence to support such a designation.

**Line 268 Page 2-151:** We suggest that BLM not rely on "adjacent lands" to make a determination of wilderness characteristics. Wilderness inventory and assessment should be applied only to the lands being analyzed. If BLM makes determinations of wilderness characteristic based on characteristics of adjoining lands, there is no site specific validity to those determinations. Through this flawed practice, any lands adjoining lands determined to have wilderness characteristics would also be considered to have wilderness characteristics by mere association. There would be no end to this process.

**Line 289 Page 2-162 Alternative B:** Non-commercial woodland products should not have to be purchased by an operator when the creation of such products is ancillary to their operation. Woodland byproducts would be better addressed through permit and operational conditions specific to the permitted activity (mining, O&G production, etc.). We request that Alternative B be amended to address this comment.

**Line 297 Page 2-165:** We request that Alternative D be amended to analyze acreages that may be unsuitable for grazing and apply site specific data to defined criteria as a means of determining what acreage may be withdrawn from grazing availability.

**Line 336 Page 2-196:** We request that Alternative D be amended to allow for surface occupancy and surface disturbing activities subject to site specific review with the ability to apply SSR. This approach will allow for site specific review and flexibility in future decision making. Regulatory certainty and habitat protection can be assured by prohibiting or restricting proposed activities in instances where such activities would adversely impact habitat.

**Line 336 Page 2-199:** We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.

BLM_0124328

As a general comment with regard to WSR designations, we find it to be a dramatic
overreach of authority for BLM to use an administrative determination (WSR
suitability) as the basis for imposing NSOs and similar land use restrictions on
adjoining land. We respectfully ask that BLM reconsider imposing such restrictions
adjoining suitable WSR segments until such time as Congress has formally
determined the proposed WSR determinations.

**Line 337 Page 2-204:** We request that Alternative D be amended to restrict activity
around WSR segments only when such segments have received a WSR designation
through Congress. As written, this management action substitutes an administrative
determination of "suitability" in-lieu of Congressional action as intended by the WSR
Act.

**Line 338 Page 2-205:** We request that Alternative D be amended to allow for surface
occupancy and surface disturbing activities subject to site specific review with the
ability to apply SSR. This approach will allow for site specific review and flexibility
in future decision making. Regulatory certainty and habitat protection can be assured
by prohibiting or restricting proposed activities in instances where such activities
would adversely impact habitat.

**Line 348 Page 2-209:** We request that Alternative D be amended to restrict activity
around WSR segments only when such segments have received a WSR designation
through Congress. As written, this management action substitutes an administrative
determination of "suitability" in-lieu of Congressional action as intended by the WSR
Act.

**Line 358 Page 2-214:** We request that Alternative D be amended to restrict activity
around WSR segments only when such segments have received a WSR designation
through Congress. As written, this management action substitutes an administrative
determination of "suitability" in-lieu of Congressional action as intended by the WSR
Act.

**Line 368 Page 2-219:** It is not necessary to recommend withdrawal from mineral
entry around recreational sites by the Secretary of the Interior. These sites could be
adequately protected via alternative administrative action which would provide the
same level of resource protection without the permanent rigidity of a withdrawal.

**Line 475 Page 2-301:** The elimination of the open areas as proposed in Alternative D
will have a detrimental impact to local communities by reducing available
recreational opportunities. Tourism and visitation related to the open areas will be
adversely impacted. At this point, BLM has invested heavily in the infrastructure
serving the open areas and through those efforts, local open areas are well known
attractions. We strongly urge BLM to amend Alternative D to include the acreage
currently designated as open as well as the opportunity to designate additional open
areas.

**Line 476 Page 2-302:** We request that BLM keep the North Delta OHV area open in
order to provide for OHV related recreational opportunities. These opportunities are
important to attracting tourists and visitors to the area.

7

BLM_0124329

**Line 480 Page 2-304:** The management action proposed in Alternative D would be better addressed through site specific travel management planning. We recommend that BLM remove this management action from the proposed RMP and address the identified areas through site specific, comprehensive travel management planning at a later date. More precisely targeted planning efforts will provide a better balance of resource protection and travel opportunities.

**Line 481 Page 2-307:** We request that Alternative D be amended to allow motorized/mechanized travel for big game retrieval during CPW authorized big game hunting seasons. This limited allowance will preserve hunting opportunities for hunters with differing physical abilities.

**Line 484 Page 2-309:** Within the UFO planning area, there are existing county roads upon which counties have clear jurisdictional and maintenance responsibilities. Whether BLM has recognized these roads through an RS 2477 process is irrelevant to the county's jurisdiction. We suggest that in preparation and mapping for travel management activities, BLM consult with the counties to prepare an accurate inventory of roads that are known county jurisdiction.

Montrose County will assist BLM in identifying such roads within the county based on road petitions, HUTF maps and other evidence readily available to the county. Recent communication between BLM and county staff on such information has been beneficial to both sides and we look forward to continuing this productive dialogue and exchange of information.

**Line 488 Page 2-310:** It is not practical to require "prior notification" for off route use of emergency vehicles. We suggest this language be removed from the proposed action.

**Line 493 Page 2-312:** We request that Alternative D be amended to include WSR segments as ROW Exclusion Areas only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.

**Line 494 Page 2-315:** We request that Alternative D be amended to include WSR segments as ROW Avoidance Areas only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.

**Line 511 Page 2-322:** We request that Alternative D be amended to remove the criteria ""Lands that provide public or administrative access." There are other means of assuring that public and administrative access is protected after disposal or transfer of lands which makes this criterion unnecessary and potentially onerous.

**Line 514 Page 2-323:** We request amending Alternative B to include language that specifies that acquisitions will only be made on a voluntary basis from willing landowners. This amendment would protect the property rights of landowners in the identified areas.

8

**Line 543 Page 2-341:** We request that Alternative D not require withdrawal from locatable mineral entry and remain open to mineral entry and surface occupancy subject to valid and existing rights.

End of Table 2-2 Comments

**Appendix I Drought Management Page I-2:** We recommend that CWCB conduct monitoring of in-stream flow rights held by that agency. It is not an appropriate use of BLM resources to dedicate federal staff to management of state administered water and water use.

**Appendix J Kinikin Hills SRMA Page J-33:** We request that the travel management action for Zone 1 of this SRMA be amended to allow for mechanized travel. There are many areas that are accessible only to non-mechanized use (horseback riding, hiking), but there are very few that allow for non-motorized mechanized use (mountain biking). This change would provide much needed opportunities for development of mountain bike trails in the Montrose area.

**Appendix J Paradox Valley SRMA Page J-45 through J-53:** We request that none of the lands within this SRMA be recommended for withdrawal from locatable mineral entry. This area is part of the Uravan Mineral Belt which is a well known formation for uranium and vanadium production. The recreational activities identified in this area can easily coexist with future resource extraction through permit conditions and other administrative controls.

**Appendix J Roubideau SRMA Page J-61 through J-69:** We request that all travel management actions for this SRMA allow for motorized and mechanized travel. This area is well known to 4WD and OHV enthusiast and also has excellent potential for development of mountain biking opportunities.

As noted in our previous comments, BLM has previously recommended this area as being unsuitable for wilderness. This recommendation was in part based upon, "a variety of noticeable human imprints". (1991 BLM Wilderness Study Report Volume 2 p.311). Man's presence on this landscape has not diminished since this report. This is an area that can and does support multiple use. We request that all lands within this SRMA remain open to locatable mineral entry. Future resource development can occur in harmony with BLMs intended development of recreational uses in this area.

**Montrose County Conditionally Decreed Water Rights:** Montrose County holds conditional water rights within the San Miguel Basin pursuant to decrees entered in Case Nos. 10CW164, 10CW165, 10CW166 and 10CW169. The development of reservoir sites associated with these rights represents a reasonably foreseeable action within the RMP planning area. This action should be included in Draft RMP Section 4.2.2 "Past, Present and Reasonably Foreseeable Future Actions" as well as any other sections that are applicable to this action.

9

BLM_0124331

Additionally, Montrose County requests that the following language be included in
the RMP.

"Development of Montrose County's existing conditional water rights within the San
Miguel Basin shall be subject to review to the extent required by law. Nothing in this
RMP, including an administrative determination of WSR suitability, shall be
construed as a limitation or prohibition on the rights of Montrose County with regard
to development of the existing water rights decreed in Case Nos. 10CW164,
10CW165, 10CW166 and 10CW169."

Respectfully,

Glen Davis                      David White                      Ron Henderson
Chairman                        Vice Chairman                    Commissioner

10

BLM_0124332



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Field Office Draft Resource Management Plan
1 message

**Jackson Frishman** <auseklis@hotmail.com>                                    Thu, Oct 13, 2016 at 9:51 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Dear BLM,

As a lifelong rafter with 16 years' experience as a professional guide, as a former resident of western Colorado (Delta County) and as someone who has visited both the San Miguel and Dolores canyons, I strongly believe that that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation and that the BLM should maintain their suitability as part of their Resource Management Plan. Anyone who has visited these rivers knows that their scenic and recreational values are exceptional. While I support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF), I would urge the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. The Dolores in particular is a world class river, whose recreational potential and ecological values are unfortunately impaired by inadequate flows. Please maintain the suitability of these wonderful river segments in the forthcoming plan!

Sincerely,

Andrew J Frishman

Dyer, NV

BLM_0124333

Uncompahgre Field Office
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson,

I am writing in opposition to hydraulic fracturing.  I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area.  In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards,

Kirsten Keenan

Keenan.Kirsten@gmail.com

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

BLM_0124334

CASPER WY 826

11 OCT 2016 PM 2 L



RECEIVED
OCT 1 3 2016
UNCOMPAHGRE FIELD OFFICE

BLM
2465 S. Townsend
Montrose, Co 81401

RMP

8140135436 C003

BLM_0124335

**ufo- ar**

| | |
|---|---|
| **From:** | Krickbaum, John (Bruce) <bkrickba@blm.gov> |
| **Sent:** | Monday, October 31, 2016 1:24 PM |
| **To:** | Angie Adams; ufo- ar |
| **Subject:** | Fwd: BLM Uncompahgre Draft RMP/EIS Cooperating Agency Meeting (2 attachments) |

Bruce Krickbaum
Planning and Environmental Coordinator
BLM Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215
303-239-3865


---------- Forwarded message ----------
From: **Magee, Deborah (Maggie)** <dmagee@blm.gov>
Date: Mon, Oct 17, 2016 at 10:37 AM
Subject: Re: BLM Uncompahgre Draft RMP/EIS Cooperating Agency Meeting (2 attachments)
To: "Krickbaum, John (Bruce)" <bkrickba@blm.gov>


I sent it to the cooperating agencies bcc using their most current emails from the sign-in sheet.


D. Maggie Magee
970.240.5323 office
970.208.4328 mobile
dmagee@blm.gov
Planning & Environmental Coordinator
BLM Colorado Southwest District

On Mon, Oct 17, 2016 at 9:28 AM, Krickbaum, John (Bruce) <bkrickba@blm.gov> wrote:
Maggie,

Was this email also supposed to go out to the Cooperating Agencies?  (Or are they a bcc, so I cannot see them?)

--Bruce


Bruce Krickbaum
Planning and Environmental Coordinator
BLM Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215
303-239-3865


On Fri, Oct 14, 2016 at 5:43 PM, Magee, Deborah (Maggie) <dmagee@blm.gov> wrote:

1

BLM_0124336

Thank you for participating in today's Uncompahgre RMP Cooperating Agency meeting.  The agenda and PowerPoint presentation are attached as PDFs. Please contact me if you have any additional information requests.

Have a wonderful weekend!
Maggie

*D. Maggie Magee*
970.240.5323 office
970.208.4328 mobile
dmagee@blm.gov
Planning & Environmental Coordinator
BLM Colorado Southwest District

2



# United States Department of the Interior
### BUREAU OF LAND MANAGEMENT
### UNCOMPAHGRE FIELD OFFICE
2465 South Townsend
Montrose, CO  81401
www.blm.gov/co/st/en/fo/ufo.html

## UNCOMPAHGRE RESOURCE MANAGEMENT PLAN REVISION
## COOPERATING AGENCY MEETING #11
### Friday October 14, 2016, 1:00 – 4:00 PM
### Holiday Inn Express, 1391 South Townsend Avenue, Montrose, CO

## AGENDA

1. **Welcome**

2. **Introductions**

3. **Explain the issues that contributed to an extended delay in releasing the Uncompahgre Draft Resource Management Plan (RMP)/Draft Environmental Impact Statement (EIS).**

4. **Review the roles and responsibilities of cooperating agencies in the planning and review process.**

5. **Highlight key planning decisions and modifications in the Draft RMP/Draft EIS.**

6. **Discuss BLM transition to Drupal/ePlanning and potential impact to the public.**

7. **Respond to questions and concerns related to the Draft RMP/Draft EIS.**

8. **Discuss next steps for cooperating agencies in the RMP process:**
   - Submit your substantive written comments on the Draft RMP/Draft EIS by November 1, 2016.
   - BLM IDT will develop Proposed RMP/Final EIS.
   - BLM will hold cooperating agency meeting to introduce Proposed RMP/Final EIS.
   - Proposed RMP/Final EIS will be released for review and comment in approximately 6-7 months.

9. **Next Meeting**

### Projected Uncompahgre RMP Schedule (as of October 14, 2016)

| | |
|---|---|
| Draft RMP/Draft EIS released for public review and comment | June 3–November 1, 2016 |
| Prepare Proposed RMP/Final EIS | November 2016–Summer 2017 |
| Release Proposed RMP/Final EIS for 30-day protest period and Governor's Consistency Review | Summer 2017 |
| Resolve protests | Fall 2017–Winter 2018 |
| Issue Approved RMP and signed Record of Decision | Spring 2018 |

BLM_0124338

U.S. Department of the Interior
Bureau of Land Management

## Cooperating Agency Role in RMP/EIS Review

❖ Cooperating Agency role derives from NEPA, which calls on federal, state, and local governments to cooperate with goal of achieving "productive harmony" between people & environment.

❖ CEQ regulations implementing NEPA allow federal agencies to invite state, local, and tribal governments and other federal agencies to serve as Cooperating Agencies in preparation of EISs.

❖ Cooperating Agencies share skills and resources to help shape BLM land use plans and environmental analyses that better reflect policies, needs, and conditions of their jurisdictions and citizens they represent.



Cooperating Agency relationship provides a framework for intergovernmental efforts by:
- Gaining early and consistent involvement
- Incorporating local knowledge of economic, social, and environmental conditions and land use requirements
- Addressing intergovernmental issues and avoiding duplication of effort
- Enhancing local credibility of and support for EISs
- Building relationship of trust and cooperation that results in better decisions

*All parties will find the Cooperating Agency relationship most productive when they emphasize mutual – rather than individual – gains and seek solutions that meet others' needs as well as their own.*

---

U.S. Department of the Interior
Bureau of Land Management

## Cooperating Agency Role in RMP/EIS Review (continued)

**8. BLM selects Preferred Alternative and issues Draft**

- Various planning alternatives must be evaluated in relation to planning issues and criteria and analysis of effects.
- Authorized Officer selects Preferred Alternative and forwards Draft RMP to State Director for approval and publication.
- Draft RMP must be made available for public comment for a minimum of 90 days.

**Suggested Roles for Cooperating Agencies**
- ✓ Collaborate with BLM Authorized Officer in evaluating alternatives.
- ✓ Provide information for preliminary (internal) Draft RMP.
- ✓ Review preliminary (internal) Draft RMP.
- ➢ After public release of Draft RMP/Draft EIS, provide written comments, just as non-Cooperating Agencies and the public are allowed.

▶ *What should the BLM and Cooperating Agencies do if they cannot agree on substantive elements of an RMP or EIS—for example, designation of alternatives or analysis of effects?*

Where the BLM and one or more Cooperating Agencies disagree on substantive elements of an RMP or EIS and these disagreements cannot be resolved, the BLM should include a summary of the Cooperating Agency's views in the Draft and Final documents.

*Working with other government officials through the Cooperating Agency relationship makes better outcomes more likely and can establish a foundation for long-term cooperation that benefits all partners.*

---

U.S. Department of the Interior
Bureau of Land Management

## Cooperating Agency Role in RMP/EIS Review (continued)

**9. BLM responds to comments on Draft and issues Final RMP**

- BLM is required to respond to substantive comments submitted on Draft RMP/Draft EIS that reveal new or missing information or flawed analysis that could substantially change conclusions.
- Authorized Officer then forwards Final RMP (revised to reflect comments) to State Director for publication.
- Final RMP is also forwarded to Governor for 60-day review to identify any inconsistencies with State or local plans, policies, or programs.

**Suggested Roles for Cooperating Agencies**
- ➢ Review comments within Cooperating Agency's expertise and assist the BLM in preparing responses.
- ➢ Review preliminary (internal) draft of Proposed RMP.
- ➢ State agency Cooperating Agencies may contribute to Governor's consistency review.

**43 CFR 1610.4-8 (BLM)** - Selection of resource management plan. After publication of Draft RMP/Draft EIS, Field Manager shall evaluate comments received and select and recommend Proposed RMP/Final EIS to State Director for supervisory review and publication. After supervisory review of Proposed RMP, State Director shall publish plan and file related EIS.

**40 CFR 1501.6(a) (CEQ)**
The lead agency shall... use the environmental analysis and proposals of cooperating agencies with jurisdiction by law or special expertise, to the maximum extent possible consistent with its responsibility as lead agency.

*Cooperating Agencies have a limited role in protest resolution and Record of Decision development. Reviewing protests and signing the ROD are actions reserved to the BLM.*

BLM_0124339



BLM_0124340



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

# Uncompahgre Field Office

## Draft Resource Management Plan/ Draft Environmental Impact Statement

### Cooperating Agency Review
### OCTOBER 2016

BLM_0124341

U.S. Department of the Interior
Bureau of Land Management

# Uncompahgre Planning Area

- ➤ 675,800 surface acres
- ➤ 971,220 acres federal mineral estate
- ➤ 295,420 acres split estate

## COUNTIES

- ➤ Delta
- ➤ Gunnison
- ➤ Mesa
- ➤ Montrose
- ➤ Ouray
- ➤ San Miguel



U.S. Department of the Interior
Bureau of Land Management

# Cooperating Agency Role in RMP/EIS Review

❖ Cooperating Agency role derives from NEPA, which calls on federal, state, and local governments to cooperate with goal of achieving "productive harmony" between people & environment.

❖ CEQ regulations implementing NEPA allow federal agencies to invite state, local, and tribal governments and other federal agencies to serve as Cooperating Agencies in preparation of EISs.

❖ Cooperating Agencies share skills and resources to help shape BLM land use plans and environmental analyses that better reflect policies, needs, and conditions of their jurisdictions and citizens they represent.



A Desk Guide to Cooperating Agency Relationships

and Coordination with Intergovernmental Partners 2012

Cooperating Agency relationship provides a framework for intergovernmental efforts by:
- Gaining early and consistent involvement
- Incorporating local knowledge of economic, social, and environmental conditions and land use requirements
- Addressing intergovernmental issues and avoiding duplication of effort
- Enhancing local credibility of and support for EISs
- Building relationship of trust and cooperation that results in better decisions

*All parties will find the Cooperating Agency relationship most productive when they emphasize mutual — rather than individual — gains and seek solutions that meet others' needs as well as their own.*

BLM_0124343



U.S. Department of the Interior
Bureau of Land Management

# Cooperating Agency Role in RMP/EIS Review (continued)

**8. BLM selects Preferred Alternative and issues Draft**

- Various planning alternatives must be evaluated in relation to planning issues and criteria and analysis of effects.

- Authorized Officer selects Preferred Alternative and forwards Draft RMP to State Director for approval and publication.

- Draft RMP must be made available for public comment for a minimum of 90 days.

## Suggested Roles for Cooperating Agencies

✓ Collaborate with BLM Authorized Officer in evaluating alternatives.

✓ Provide information for preliminary (internal) Draft RMP.

✓ Review preliminary (internal) Draft RMP.

➤ After public release of Draft RMP/Draft EIS, provide written comments, just as non-Cooperating Agencies and the public are allowed.

► *What should the BLM and Cooperating Agencies do if they cannot agree on substantive elements of an RMP or EIS—for example, designation of alternatives or analysis of effects?*

Where the BLM and one or more Cooperating Agencies disagree on substantive elements of an RMP or EIS and these disagreements cannot be resolved, the BLM should include a summary of the Cooperating Agency's views in the Draft and Final documents.

*Working with other government officials through the Cooperating Agency relationship makes better outcomes more likely and can establish a foundation for long-term cooperation that benefits all partners.*

BLM_0124344


U.S. Department of the Interior
Bureau of Land Management

# Cooperating Agency Role in RMP/EIS Review (continued)

## 9. BLM responds to comments on Draft and issues Final RMP

- BLM is required to respond to substantive comments submitted on Draft RMP/Draft EIS that reveal new or missing information or flawed analysis that could substantially change conclusions.

- Authorized Officer then forwards Final RMP (revised to reflect comments) to State Director for publication.

- Final RMP is also forwarded to Governor for 60-day review to identify any inconsistencies with State or local plans, policies, or programs.

### Suggested Roles for Cooperating Agencies

➢ Review comments within Cooperating Agency's expertise and assist the BLM in preparing responses.

➢ Review preliminary (internal) draft of Proposed RMP.

➢ State agency Cooperating Agencies may contribute to Governor's consistency review.

**43 CFR 1610.4-8 (BLM) - Selection of resource management plan.**
After publication of Draft RMP/Draft EIS, Field Manager shall evaluate comments received and select and recommend Proposed RMP/Final EIS to State Director for supervisory review and publication.  After supervisory review of Proposed RMP, State Director shall publish plan and file related EIS.

---

**40 CFR 1501.6(a) (CEQ)**

The lead agency shall… use the environmental analysis and proposals of cooperating agencies with jurisdiction by law or special expertise, to the maximum extent possible consistent with its responsibility as lead agency.

*Cooperating Agencies have a limited role in protest resolution and Record of Decision development. Reviewing protests and signing the ROD are actions reserved to the BLM.*

BLM_0124345

U.S. Department of the Interior
Bureau of Land Management

# Need for RMP Revision

## Uncompahgre RMP will provide:

✓ Framework (broad-scale direction) for managing public lands and resources administered by the BLM Uncompahgre Field Office.

✓ Use of Best Available Science to analyze current conditions and potential impacts.

✓ 50,000-foot view in which allocation of resources (such as vegetation and minerals) is identified.

Current RMPs for managing Uncompahgre Field Office were issued in 1985 and 1989.

Multiple-use mission mandates that the BLM manage public lands to protect natural, cultural, and historic resources, while allowing for a variety of uses such as livestock grazing, recreation, energy development, and timber harvesting.

BLM_0124346

**U.S. Department of the Interior**
**Bureau of Land Management**

## Public Involvement

❖ Public Scoping period February 25–March 29, 2010 with seven area open houses

❖ Eleven Cooperating Agency meetings

❖ Ten BLM Southwest District Resource Advisory Council (RAC) Sub-Group meetings

❖ Draft Alternatives to RAC Sub-Group and Cooperating Agencies for review and comment

❖ Tribal Consultation with Southern Ute, Ute Mountain Ute, and Northern Ute tribes

❖ Coordination with stakeholders

❖ Extended public review and comment period for Draft June 3–November 1, 2016 with six area meetings





BLM_0124347