U.S. Department of the Interior
Bureau of Land Management

## Navigating the Draft

### Chapter 1 - Introduction
Summarizes Proposed Action, Purpose and Need, and decisions to be made

### Chapter 2 - Alternatives
Describes and compares proposed decisions under each alternative

### Chapter 3 - Affected Environment
Presents existing biological, physical, and socioeconomic resources that could be affected

### Chapter 4 - Environmental Consequences
Evaluates impacts to human and natural environment projected to occur
from implementation of each alternative

### Glossary
Defines important terms

### Appendix A - Figures
Maps are available on the CD and website

### Appendix B
Restrictions applicable to fluid mineral leasing and other surface-disturbing activities

BLM_0124348



U.S. Department of the Interior
Bureau of Land Management

# Alternatives

➢ ALTERNATIVE A - NO ACTION

No Action Alternative would continue current management based on management decisions in the 1985 San Juan/San Miguel RMP and 1989 Uncompahgre Basin RMP.

➢ ALTERNATIVE B

Emphasizes improving, rehabilitating, and restoring resources and sustaining the ecological integrity of habitats.

➢ ALTERNATIVE B.1 - NORTH FORK ALTERNATIVE

Partial alternative specific to oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River submitted by community members in the North Fork Valley.

➢ ALTERNATIVE C

Appropriate and allowable uses and restrictions would emphasize maximizing utilization of resources, while mitigating impacts on land health.

➢ ALTERNATIVE D - PREFERRED ALTERNATIVE

BLM-Preferred Alternative emphasizes balancing resources and resource uses among competing interests, land uses, and conservation of resource values, while sustaining and enhancing ecological integrity across the landscape.



U.S. Department of the Interior
Bureau of Land Management

# Wild & Scenic Rivers (WSR)

| ALTERNATIVE | A | B | C | PREFERRED D |
|---|---|---|---|---|
| 29 Eligible Segments (154.1 miles) | | | | |
| Suitable Segments | – | 29 | 0 | 16 |
| Total Suitable Miles | – | 154.1 | 0 | 104.6 |





BLM_0124350



U.S. Department of the Interior
Bureau of Land Management

# Areas of Critical Environmental Concern

| ALTERNATIVE | A | B | C | PREFERRED D |
|---|---|---|---|---|
| Existing ACECs | 5 | 4 | 4 | 4 |
| New ACECs | – | 11 | 0 | 4 |
| Total Number | 5 | 15 | 4 | 8 |
| Total Acres | 30,000 | 215,840 | 29,440 | 51,320 |





BLM_0124351



U.S. Department of the Interior
Bureau of Land Management

# Lands With Wilderness Characteristics

| ALTERNATIVE | A | B | C | PREFERRED D |
|---|---|---|---|---|
| Number Areas Managed for Wilderness Characteristics | – | 7 | 0 | 3 |
| Total Acres | – | 42,150 | 0 | 18,320 |

| A | B | C | D |
|---|---|---|---|
| None | • Adobe Badlands WSA Adjacent (6,180 acres)<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dolores River Canyon WSA Adjacent (550 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Lower Tabeguache/Campbell Creek (11,060 acres)<br>• Roc Creek (5,480 acres)<br>• Shavano Creek (4,900 acres) | None | • Camel Back WSA Adjacent (6,950 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Roc Creek (4,340 acres) |

BLM_0124352



U.S. Department of the Interior
Bureau of Land Management

## Ecological Emphasis Areas

**ECOLOGICAL EMPHASIS AREAS–**

Otherwise unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors.

- Mechanism to help protect biodiversity across the UFO and larger landscape over the long term. Cores are patches of quality habitat in a fragmented landscape, and corridors are strips of mainly undisturbed land that connect the patches.

- Strategy of conserving connected habitat patches across a landscape and elevation zones is well suited for BLM lands.



ALTERNATIVE D - PREFERRED

BLM_0124353



U.S. Department of the Interior
Bureau of Land Management

# Ecological Emphasis Areas (continued)

- Existing and proposed wilderness areas, WSAs, ACECs, and national conservation areas within and adjacent to the UFO were considered during identification of ecological emphasis areas.

- Additional patches of comparatively pristine habitat were added and spatially distributed to represent the regions within the UFO.

- Together these form a network of largely interconnected habitat patches, both small and large, which span the UFO and link mountain areas with valley bottoms.

- Complements other areas proposed for protection in the RMP revision, including rivers, streams, adjoining riparian areas, plant communities, WSAs, wilderness areas, lands with wilderness characteristics, ACECs, and protected areas of occupied habitat for special status species.

| ALTERNATIVE | B | C | PREFERRED D |
|---|---|---|---|
| Adobe | 40,730 | – | 24,170 |
| Dry Creek | 20,320 | – | 10,790 |
| Jumbo Mountain-McDonald Creek | 17,220 | – | 15,630 |
| La Sal | 22,350 | 13,270 | 22,350 |
| Monitor-Potter-Roubideau | 27,320 | 10,880 | 27,320 |
| Naturita Canyon | 15,620 | – | 1,510 |
| Ridgway | 16,700 | – | 9,070 |
| San Miguel | 25,520 | – | 17,840 |
| Sims Mesa | 19,650 | – | 19,650 |
| Spring Canyon | 3,380 | – | 3,380 |
| Tabeguache | 31,540 | – | 23,760 |
| Terror Creek | 2,230 | – | 2,230 |
| TOTAL ACRES | 242,580 | 24,150 | 177,700 |

BLM_0124354

U.S. Department of the Interior
Bureau of Land Management

## Recreation & Visitor Services

***Special Recreation Management Areas (SRMAs)*** and ***Extensive Recreation Management Areas (ERMAs)*** are designated in the RMP.

➢ **SRMAs -** Areas where recreation is the primary management focus.

➢ **ERMAs -** Areas where BLM protects recreational activities and associated recreational settings, but not quantity or quality of opportunities.

In areas not designated as an SRMA or ERMA, BLM does not protect recreational opportunities or recreational settings.

| ALTERNATIVE | | A | B | C | PREFERRED D |
|---|---|---|---|---|---|
| SRMA | Number | 2 | 11 | 0 | 7 |
| | Acres | 49,320 | 244,050 | 0 | 124,400 |
| ERMA | Number | 0 | 0 | 12 | 4 |
| | Acres | 0 | 0 | 215,880 | 73,310 |

BLM_0124355

U.S. Department of the Interior
Bureau of Land Management

# Trails & Travel Management

- ❖ In 2009, UFO issued an RMP Amendment in which travel is limited to existing routes.
- ❖ UFO also completed travel management planning with route designations for over 111,000 acres (about 16% of Planning Area).
- ❖ Decisions have been carried forward into Preferred Alternative.
- ❖ Within five years after RMP is approved, UFO will initiate comprehensive travel management planning for entire field office.

| ALTERNATIVE | A | B | C | PREFERRED D |
|---|---|---|---|---|
| Open to Cross-Country Motorized/Mechanized | 8,560 (1.3%) | 0 | 16,070 (2.4%) | 0 |
| Limited to Designated Routes | 611,090 | 560,830 | 614,560 | 617,240 |
| Closed to Motorized Travel | 56,150 (8.3%) | 114,970 (17%) | 45,170 (6.7%) | 58,560 (8.7%) |

BLM_0124356



U.S. Department of the Interior
Bureau of Land Management

# Livestock Grazing

| ALTERNATIVE | A | B | C | PREFERRED D |
|---|---|---|---|---|
| Acres Open to Livestock Grazing | 658,540 | 510,070 | 647,900 | 611,560 |
| Acres Closed to Livestock Grazing | 17,260 | 165,730 | 27,900 | 64,240 |
| Animal Unit Months Available | 38,364 | 29,862 | 37,926 | 36,424 |



BLM_0124357

U.S. Department of the Interior
Bureau of Land Management

# Potential Coal Resources

❖ Planning area includes four coal fields: Tongue Mesa, Grand Mesa, Nucla-Naturita, and Somerset.

❖ One underground coal mine on federal mineral estate is active, one is idle, and one has been fully reclaimed.

| ALTERNATIVE | A | B | C | PREFERRED D |
|---|---|---|---|---|
| Coal Potential | 245,990 | 426,590 | 426,590 | 426,590 |
| Acceptable for Coal Leasing | 145,270 | 323,350 | 408,390 | 374,450 |
| Closed to Coal Leasing | 580 | 1,910 | 1,910 | 1,910 |
| Unsuitable for Coal Leasing | 110 | 2,460 | 2,460 | 2,460 |
| Unacceptable for Coal Leasing | 580 | 98,870 | 13,830 | 47,770 |

BLM_0124358



U.S. Department of the Interior
Bureau of Land Management

# Potential Oil & Gas Resources

❖ About 12.5 percent (over 114,000 acres) of the planning area is currently leased, including 35 federal wells drilled over the past 20 years.

❖ Based on the Reasonable Foreseeable Development Scenario, 418 BLM-managed wells are projected over the next 20 years, with 1,271 wells in the planning area.



|  | BLM SURFACE | SPLIT ESTATE | TOTAL DECISION AREA |
|---|---|---|---|
| Total Federal Fluid Mineral Estate | 675,800 | 240,230 | 916,030 |
| Total Leased Area | 76,920 | 37,470 | 114,390 |

BLM_0124359


U.S. Department of the Interior
Bureau of Land Management

## Potential Oil & Gas Resources (continued)

| ALTERNATIVE | A | B | B.I | C | PREFERRED D |
|---|---|---|---|---|---|
| Open to Leasing | 871,810 95.2% | 696,450 76.0% | 609,360 66.5% | 871,810 95.2% | 865,970 94.5% |
| Closed to Leasing | 44,220 4.8% | 219,580 24.0% | 306,670 33.5% | 44,220 4.8% | 50,060 5.5% |
| Open with No Surface Occupancy (NSO) (% of Open) | 25,610 2.9% | 452,930 65.0% | 404,690 66.4% | 22,300 2.6% | 238,140 27.5% |
| Open with Controlled Surface Use (CSU) (% of Open) | 119,860 13.7% | 238,010 34.2% | 199,170 32.7% | 457,120 52.4% | 333,330 38.5% |
| Open with Timing Limitations (TL) (Outside of NSO Areas) | 484,930 | 243,520 | 204,670 | 566,280 | 626,380 |

BLM_0124360


U.S. Department of the Interior
Bureau of Land Management

# North Fork Alternative

| ALTERNATIVE | B.1 | B | PREFERRED D |
|---|---|---|---|
| | Acres | Acres | Acres |
| Federal Fluid Minerals (BLM Surface and Split Estate) | 139,540 | 139,540 | 139,540 |
| Closed to Leasing | 104,750 (75%) | 16,500 (11.8%) | 3,160 (2.2%) |
| Open to Leasing | 34,790 (25%) | 123,040 (88.2%) | 136,380 (97.7%) |
| Open Acres with NSO | 27,280 (78.4% of Open) | 76,270 (62% of Open) | 33,270 (24.4% of Open) |
| Open Acres with CSU | 1,380 (4% of Open) | 46,640 (37.9% of Open) | 56,970 (41.8% of Open) |

BLM_0124361



U.S. Department of the Interior
Bureau of Land Management

# Rights of Way & Land Disposal

| RIGHTS OF WAY | | | | |
|---|---|---|---|---|
| ALTERNATIVE | A | B | C | PREFERRED D |
| ROW Exclusion | 85,080 (12.6%) | 431,040 (63.8%) | 44,550 (6.6%) | 53,700 (8%) |
| ROW Avoidance | 0 | 195,460 (28.9%) | 210,390 (31.1%) | 276,500 (40.9%) |

| LAND DISPOSAL | | | | |
|---|---|---|---|---|
| ALTERNATIVE | A | B | C | PREFERRED D |
| Acres Identified for Disposal | 9,850 | 2,650 | 9,850 | 1,930 |

BLM_0124362

U.S. Department of the Interior
Bureau of Land Management

# Ways to Comment / More Information

## Ways to Comment*

Submit written comments by November 1, 2016:

E-mail:
uformp@blm.gov

Mail:
RMP comments
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO  81401

Fax:  (970) 240-5367

## For more Information

- Project website:
http://www.uformp.com

- Additional copies of document:
  ❖ Visit your local library
  ❖ Stop by the BLM Uncompahgre Field Office, Montrose, CO
  ❖ Phone:  (970) 240-5300
  ❖ Visit the BLM CO State Office, Lakewood, CO

*Before including your address, phone number, email, or other personally identifiable information in your comment, be aware that your entire comment—including your personally identifiable information—may be made publicly available at any time.  While you can request in your comment to have your personally identifiable information withheld from public review, we cannot guarantee that we will be able to do so.

BLM_0124363

U.S. Department of the Interior
Bureau of Land Management

## What Happens to Public Comments?

❖**Substantive comments** and information submitted will be considered, summarized and addressed in the Proposed RMP/Final EIS, which is the next phase of the planning process.

❖While all timely comments will be considered, the BLM can best make use of comments and information received by November **1, 2016**





U.S. Department of the Interior
Bureau of Land Management

# BLM Migration to Drupal & ePlanning

## Drupal Content Management System

- Beginning October 21, the BLM will migrate field office and NLCS unit webpage content over to a new system and appearance.

- New field office and NLCS unit pages will primarily feature information on visiting and recreating on BLM lands.

- Might experience some issues navigating to or accessing content during the changeover.



BLM_0124365

U.S. Department of the Interior
Bureau of Land Management

# BLM Migration to Drupal & ePlanning



| BLM NEPA | BLM Planning | Cooperating Agency Info | Related Links | Find a BLM Office | Help |
|---|---|---|---|---|---|

## Welcome

Welcome to the Bureau of Land Management's (BLM) national register for Land Use Planning (LUP) and National Environmental Policy Act (NEPA) documents. The register allows you to review and comment online on BLM NEPA and planning projects. This site also makes finding documents easier by allowing you to search for projects by geographic location, project resource type, year, and other project-specific fields.

If you have questions about the BLM NEPA or Planning process, please use the links at the top of the page to find more information about your topic of choice.

All BLM states will be using the ePlanning NEPA Register and LUP Register by the end of 2017 per BLM policy. If a NEPA or LUP project cannot be located through this page, please visit the corresponding BLM Field Office website to obtain project location and information.

## ePlanning Project Search

Type of project: ● Land Use Plan ○ NEPA

**Map Search    Text Search**

☐ Open Comment Period
☐ Only Active Projects

| State(s) | Office(s) | Fiscal year(s) |
|---|---|---|
| All | All | All |
| Center | CO - Canyon of the Ancients NMON | 2017 |
| National | CO - Colorado River Valley FO | 2016 |
| Alaska | CO - Front Range DO | 2015 |
| Arizona | CO - Grand Junction FO | 2014 |
| California | CO - Gunnison FO | 2013 |
| Colorado | CO - Gunnison Gorge NCA | 2012 |
| Eastern States | CO - Kremmling FO | 2011 |
| Idaho | CO - Little Snake FO | 2010 |
| Montana/Dakotas | CO - Northwest DO | 2009 |

**Advanced Search »**

[ Search ]   [ Clear ]



### ePlanning

- Individual field office NEPA Registers will no longer exist.
- All BLM land use plans and current NEPA actions will be searchable using a single site.
- Using the search tool requires a bit of practice.

Results (14)  Page(s): 1

| Office | Plan Name | Type of Planning Effort | Project Status | Public Comment Period |
|---|---|---|---|---|
| WO - WO-200 | Wild Horse and Burro Strategy Development Document | Other | Analysis & Document Preparation | |
| CO - Uncompahgre FO | Uncompahgre Field Office Resource Management Plan | RMP Revision - EIS | Comment and Review Period | |
| CO - Tres Rios FO | Tres Rios Field Office Resource Management Plan Areas of Critical Environmental Concern (ACEC) Amendment | RMP Amendment - EA | Preparation and Planning | |
| CO - Tres Rios FO | Tres Rios Field Office Resource Management Plan | RMP - EIS | Decision and Appeal | |
| CO - Colorado River Valley FO<br>CO - White River FO | Roan Plateau RMP Amendment and Supplemental EIS | RMP - EIS | Preparation and Planning | |
| CO - Grand Junction FO<br>CO - Little Snake FO<br>CO - Kremmling FO<br>CO - White River FO | Northwest Colorado Greater Sage-Grouse RMP Amendment and EIS | RMP - EIS | Analysis & Document Preparation | |

BLM_0124366



U.S. Department of the Interior
Bureau of Land Management

# BLM Migration to Drupal & ePlanning

Home

**Project Search:**

[        ]

[ Go ]

☐ Find Whole Words Only

**Home**

**Documents & Reports**

**Contact Information**

**Timeline**

**Issues**

**News**

**How to get Involved**

  Meetings

**Maps**

  Data

**Links**

**FAQs**

Last Updated:
09/02/2016 10:35:24 MDT

> **Documents & Reports** is an important link during open comment periods.

*LAND USE PLANNING*
**BLM COLORADO SOUTHWEST DISTRICT**





**BUREAU OF LAND MANAGEMENT**

# UNCOMPAHGRE
# FIELD OFFICE

RESOURCE MANAGEMENT PLAN

> **ePlanning Content**
> Land use plans and other major actions will have multiple pages with common headings.

> Not all navigation options are used for every action.

In accordance with the National Environmental Policy Act, the BLM Uncompahgre Field Office in Colorado is revising the BLM Uncompahgre Resource Management Plan (RMP) for over 675,000 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate.

The Uncompahgre Planning Area includes lands in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel counties in southwestern Colorado. It does not include the Gunnison Gorge or Dominguez-Escalante national conservation areas, which are managed under separate RMPs.

The Approved RMP will replace the Uncompahgre Basin RMP (1989) and applicable portions of the San Juan/San Miguel Planning Area RMP (1985). An RMP details the current state of resources and guides management actions for the next twenty or so years under the BLM dual mandate of multiple use and sustained yield.

Public participation during the planning process is critical for an effective plan. This ePlanning site provides a tool to assist with informing the public about current developments and opportunities for involvement.

**The Draft RMP/Draft EIS is available for review and comment from June 3 through November 1, 2016** and the Approved RMP/Record of Decision is currently projected to be issued in Spring 2018.

**BLM News Release - Extension of Public Comment Period**

**Federal Register Notice of Availability**

BLM_0124367



U.S. Department of the Interior
Bureau of Land Management

# Projected Timeline

Issue Notice of Intent
February 2010

Conduct Public Scoping
February – March 2010

Develop Administrative
Draft RMP/EIS
April 2010 – Nov 2013

Develop Administrative
Draft RMP/Draft EIS with
North Fork Alternative and
Sage Grouse consideration
Dec 2013 – Sept 2015

Release Draft RMP/Draft EIS for
Public Review and Comment
* June 3 – November 1, 2016

**WE ARE HERE**

Proposed RMP/Final EIS
Notice of Availability (NOA)
Summer 2017

30-day Protest Period
and Governor's
Consistency Review
Fall 2017

Resolve Protests
Fall 2017 – Winter 2018

Issue Record of Decision
(ROD) and Approved RMP
Spring 2018

BLM_0124368



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## COMMENT LETTER-BLM RMP UNCOMPAHGRE REGION
1 message

**Rosie Gentry** <rosemary003@tds.net>                                          Fri, Oct 14, 2016 at 3:21 PM
To: ufornmp@blm.gov
Cc: rmpcomments@citizensforahealthcommunity.org, director@blm.gov, jmeyer@blm.gov, rlevalley@deltacounty.com,
kerry.donovan.sd5@gmail.com, millie.hammer.house@state.co.us, rwelch@blm.gov, tpfifer@blm.gov,
paonia@townofpaonia.com

I respectfully submit the attached comment letter regarding the BLM Draft Resource Management Plan for Uncompahgre
Region.

Sincerely,

Rosemary Gentry


Rosemary Gentry, CPA

PO Box 312

Crawford, CO  81415

970/921-5149

FAX 970/921-3380



📄 **GENTRY RMP-comment-letter.doc**
30K

BLM_0124369

Rosemary Gentry
PO Box 312
Crawford, CO 81415

October 14, 2016

BLM, Uncompahgre Field Office
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires. I believe that having a no mineral leasing alternative in the plan is the only right choice for our community and for our public lands.

I am a resident and homeowner in the North Fork Valley, namely Crawford, Colorado. I am opposed to any oil and gas leasing on public lands in the North Fork Valley. The mission of the BLM is stated as "to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I am objecting to the BLM's Draft Resource Management Plan for the Uncompahgre Region because the plan makes available for mineral leasing over 94% of the region to oil and gas fracking and/or coal development. As recent scientific studies have shown, the environmental harm caused by oil and gas fracking is counter to the BLM's mission to sustain the health and diversity and productivity of our public lands.

The BLM'S Resource Management Plan has obviously relied on outdated resources in formulating a plan that will negatively impact the North Fork Valley for the next 30 years. The plan does not even consider the impacts of horizontal fracking or coal extraction on climate change. A recent study published in the Proceedings of the National Academy of Sciences showed that methane emissions as a result of fracking in southwestern Pennsylvania were up to 1000 times higher than those estimated by the EPA. From the EPA website they state, "methane is the second most prevalent greenhouse gas emitted in the United States from human activities", and that "pound for pound the comparative impact of methane on climate change is over 20 times greater than carbon dioxide over a one hundred year period." How can the BLM be adhering to its mission to sustain health and diversity on our public lands for future generations when it ignores the effects of methane emissions from oil and gas wells on climate change. The impacts from climate change threaten the very existence of future generations.

I am a practicing certified public accountant in this valley and have knowledge of the local business economy. Delta County has made great strides in creating and encouraging an alternative economy to a boom-or-bust one based on fossil fuel extraction. Out of necessity due to the closing of the local coal mines, many dedicated individuals and governmental and non-governmental groups have encouraged this budding economy along with supporting our long standing agricultural economy. This sustainable economy consists of the highest concentration of organic farms in Colorado, all types of agriculture including livestock and orchards, many local vineyards/wineries, and various tourism and agritourism-based businesses. This budding and long standing agriculture economy is reliant on our current clean water and air, abundant water resources, a rural and quiet setting, beautiful vistas and open spaces, outdoor recreation opportunities, healthy wildlife ecosystems and farmland free from threat of toxic contamination. BLM's plan to lease out 95% of the valley for mineral exploration would industrialize our valley and quash this current budding economy. Just the threat of this industrialization is hampering investment in our budding economy. I so reject the BLM's power to force this industrialization on our community and to thwart our community's efforts to grow a sustainable economy.

In conclusion, a no-leasing alternative is the only reasonable conclusion to the known risks of oil and gas operations and the BLM-proposed large-scale industrialization of our beloved North Fork Valley community. I feel the BLM's preferred alternative plan for our North Fork Valley would denigrate and destroy our very lives here in the North Fork Valley. I further believe that BLM's failure to address the real and foreseeable negative environmental impacts of oil and gas extraction from public lands threatens the very future of the planet.

Sincerely,
Rosemary Gentry



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Dolores and San Miguel Rivers

1 message

---

**Carpenter, ScottX A** <scottx.a.carpenter@intel.com>                    Fri, Oct 14, 2016 at 8:32 AM
To: "uformrp@blm.gov" <uformrp@blm.gov>

Connie Clementson,

BLM Tres Rios Field Manager


As a concerned river advocate I believe that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation because of their outstanding recreational and scenic values, and that the BLM should maintain their suitability as part of their Resource Management Plan.


I support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF) and I also hope the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values.


I have been fortunate enough to raft and kayak both of these rivers as a private boater and consider them natural treasures, providing the remote wilderness escape that is getting harder to find these days.  I hope to continue such trips with my family and to share with other boaters.


I do disagree with the current McPhee spill requirements, which  focuses entirely on the agricultural value of the Dolores natural run-off, proving to be detrimental to the ecological riparian areas and to the already limited recreational use. Some duration of the entire peak flows should be allowed to pass through the dam every season to simulate some degree of the natural cycle and flushing effect.  Justification of this argument was proven when fish were observed smothering in the fine silt burden that was released by a recent flash flood, resulting in a massive fish kill event.  Other management factors also come into play, such as the need for public river access at key areas for safe put-in/take-out activities, but that may be for a separate letter to a different agency.



Scott Carpenter

Adobe Whitewater Club Board member

7401 San Francisco Rd NE

Albuquerque, NM 87109

Cell 505 400-6124

BLM_0124371

10/24/2016                          DEPARTMENT OF THE INTERIOR Mail - proposed BLM Leasing in Uncompahgre



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## proposed BLM Leasing in Uncompahgre
1 message

**M Kenosian** <marlokeno@gmail.com>                                    Fri, Oct 14, 2016 at 12:10 PM
To: uformp@blm.gov, jmeyer@blm.gov, director@blm.gov

Mary Kenosian
416 E. Tyler Ave.
Eau Claire, WI 54701
Oct. 14, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for extending the time for public comment on this vital issue.

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

This will impact our lives, as we often choose the proposed lease area in our vacation plans. We honeymooned here in 1982 and have come back often since. We won't go back to this area that we love if we have to put up with the noise, traffic, stink and pollution of the oil and gas industry. In addition to the environmental impacts, there is insufficient consideration of the long-term economic impact to the region.

I know what it's like, for in my native Pennsylvania, fracking has driven off wildlife and despoiled areas that used to be great camping and hunting areas. Drilling has made some well water and groundwater undrinkable. Court ruling listed below, along with some other health concerns. A lot of good hunting, fishing, and camping is disturbed in Pennsylvania, some fouled. I don't go back to these places.

- See the Reuters article about this PA court case: http://www.reuters.com/article/us-pennsylvania-fracking-idUSKCN0WC2I8 . The headline for that article: "Pennsylvania Families Win 4.2 Million in Fracking Lawsuit." You don't want to go fishing near Dimock, either, from experience.
- A health concern: Please see the study from Johns Hopkins that shows a 40% increase in http://hub.jhu.edu/2015/10/12/fracking-pregnancy-risks/
- Another health impact-Asthma Exacerbations. Here is a study from Sept. 1st, 2016 from the National Institutes of Health: https://www.ncbi.nlm.nih.gov/pubmed/27428612
- Another health concern, "This study provides evidence that UNGD is associated with nasal and sinus, migraine headache, and fatigue symptoms in a general population representative sample." Abstract from the NIH, full article in Journal of the American Medical Assn., Internal Med. Link: https://www.ncbi.nlm.nih.gov/pubmed/27561132

- In addition, there are many other concerns. How much GHG emission will come from drilling 30,000 acres? As the United States has signed the Paris Treaty, clearly it is incumbent upon the BLM to ascertain the effects of this drilling on CO2 and methane emissions.                          The Jet Propulsion Laboratory and NASA have already documented large GHG emissions in the 4 corners area: http://www.jpl.nasa.gov/news/news.php?feature=6591
- What is the economic impact of this industry on hunting and tourism?

- Plus, what will water use and habitat fragmentation do to the Gunnison sage grouse, designated threatened, and other species, some listed on both the current & the proposed critical habitat map of the USFWS? Screenshot below

---

BLM_0124372

10/24/2016                    DEPARTMENT OF THE INTERIOR Mail - proposed BLM Leasing in Uncompahgre



Specifically, the final Resource Management Plan should:
- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative
  Plan can be properly evaluated against each proposed alternative.
- I expect a full exploration of health issues, including the latest peer-reviewed studies. I expect consideration of the Dimock
  judicial award for water pollution damages and ruling. I expect a study of GHG emissions with regard to Paris Treaty
  impact, which the US has now signed. And I expect a thorough exploration of the economic impacts on farming, organic
  farming, tourism, and other money-generating recreational activities.
- I expect a study of the socio-economic impact on the communities of the region.

    Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried
out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable
management possibilities.

I love this area. We've been there often for 35 years. And I've seen what the boom-bust cycle has done to other areas of the US
affected by fracking, especially Pennsylvania. Short-term gain for a few companies, and some workers, and then-well, take a look
at N. Dakota. Life was good, now they've got a huge bill for infrastructure, and vacant housing and ghost man-camps. Bust, and a
mess is left. Changed for the worse for decades, perhaps longer.

Thank you for your attention to this matter.

Sincerely,
Mary Kenosian
marlokeno@gmail.com

BLM_0124373

10/24/2016                    DEPARTMENT OF THE INTERIOR Mail - Uncompahgre RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Uncompahgre RMP
1 message

---

**Justin Pritchard** <pritchj@hotmail.com>                          Fri, Oct 14, 2016 at 10:48 AM
To: uformp@blm.gov

Hello,

I'm writing to support non-motorized, mountain bike friendly trails in the
Montrose area - especially Dry Creek Basin, Spring, Creek Canyon, and
Kinikin Hills.

Montrose is a great place with numerous motorized opportunities, and there's
a huge demand for non-motorized recreation. Non-motorized trails provide a
safe and sustainable form of recreation, as well as a quiet environment for
all kinds of users (hikers, trail runners, horses, mountain bikers, etc.) to
enjoy the outdoors. I'm not anti-moto, and I appreciate all that the
motorized crowd does for this area, but I think we can all benefit from
increased non-motorized opportunities. This would help the quality of life
for residents and tourists, provide economic benefits to the area, and
improve public health with easier access to exercise.


Thank you,
Justin
Resident of Montrose, CO, 81401

BLM_0124374

11/8/2016                 DEPARTMENT OF THE INTERIOR Mail - Comments: Uncompahgre Field Office draft resource management plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments: Uncompahgre Field Office draft resource management plan
1 message

**Cynthia Patterson** <cynthiapurchase@gmail.com>                    Fri, Oct 14, 2016 at 10:21 AM
To: ufomp@blm.gov
Cc: Citizens for a Healthy Community RMP comments <rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Uncompahgre Field Office draft resource management plan.

I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and Environmental Impact
Statement for the Uncompahgre Field Office in Southwest Colorado.

The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral acreage. Public
lands belong to every citizen, not just those who profit from the fossil fuel industry.

Building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads will irreparably
damage the North Fork Valley. Exploring for and extracting fossil fuels destroy public land with contaminated
soil, air and water, loud industrial noise and vibration, 24-hour lights, dust, increased traffic and heavy
equipment on rural roads.

The pristine, quiet North Fork Valley is a recreation paradise. River and trail recreation are a multimillion dollar
economic engine for local communities. I live in Atlanta and I vacation in Delta County.

Streams and river corridors, trails, slopes of the West Elk Mountains, and the Jumbo Mountain BLM lands are
more valuable as wild, clean recreation areas than their value as short-term sources of dirty, polluting fossil
fuels.

**I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens
who live there.**

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its
fossil fuel reserves in the ground. Start by choosing the no-leasing alternative and protect the North Fork
Valley.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0124375

 **Mountain States Historical**

Oct. 14, 2016

Dear BLM,

I'm writing in support of Alternative Plan B.1 regarding oil and gas in the North Fork Valley, Delta County, Colorado. My wife and I are strongly opposed to any oil and gas leases and/or drilling. We moved our residence, and my business, to Paonia for its quiet, clean environment, slow pace of life, alternative culture, and organic agriculture. We also left the Front Range (Boulder County) specifically to escape oil and gas development.

Oil and gas development in the North Fork Valley will directly threaten me and my wife in the following ways:

- Oil and gas development suppresses property values. No one wants to live in an industrial landscape.
- Oil, gas, and fracking pollute air with toxic, carcinogenic chemicals. Releases from purge-tanks, valves, pipelines, and well-casings are UNREGULATED. We have seen first-hand the atmosphere in Weld, Larimer, and Boulder counties turn brown.
- Our house is on German Creek. No one wants an accident, but they certainly happen. Wellhead and pipeline spills and pollution could ruin the creek, our property, and property values.
- Our house is made of adobe masonry. Oil and gas is proven to cause EARTHQUAKES, which will destroy our house. If our house is wrecked, we and our insurance will take legal action to recover our losses. But, there is no way to replace a beloved home.
- I came to Paonia for quiet and darkness at night. Oil and gas is definitely not quiet, nor dark.

Like many other people, I know that oil and gas will ruin the North Fork Valley. We came here for the quiet, environment, organic agriculture, wineries, culture, lack of traffic, and especially lack of oil and gas. Industrialization will have the following negative impacts:

Wreck the economy. The North Fork depends on the industry-free qualities it currently has for agriculture, tourism, and entrepreneurship. Industrialization will change the region's character and impair the above.

- Threaten organic agriculture, and force organic farms to close. If pollutants are released, land will no longer qualify as organic.

40739 German Creek Dr, Paonia, CO 81428 ● Phone: 303-681-7576 ● Fax: 303-499-4334
www.mountainstateshistorical.com

BLM_0124376

- Replace quality, long-term jobs with fleeting, short-term boom-and-bust jobs typical of oil and gas.
- Place a heavy burden on services and infrastructure, without offsetting short-term costs and long-term wear.
- Introduce heavy and noisy traffic, where little had been.
- Accelerate damage to roads and bridges, without offsetting costs.
- Change the valley's social character. We all know that oil and gas attracts an unstable, rough, get-rich-quick workforce that does not invest in the community.

I oppose oil and gas drilling in the North Fork Valley. If the BLM bows under pressure from the industry and moves forward, I request the following.

Implement Alternative Plan B.1.
- Require oil and gas to utilize directional drilling technology, and keep rigs out of the valley, and out of the valley's entire watershed. The industry has used directional drilling with success, but doesn't like it because it's a little more costly. Boo hoo.
- Require full restoration of well-pads, roads, and all earthmoving.
- Regular inspections of all wells, pipelines, tanks, compressor stations, etc on a quarterly basis. This requires hiring inspectors, which oil and gas must pay for.
- Litter cleanup along roads, funded by oil and gas.
- Road maintenance, funded by oil and gas.
- Vapor collectors/filters for wells, purge-tanks, tanker-trucks, pipelines, compressor stations, and valves. Emmissions are currently unregulated, and highly toxic.
- 5 year evaluation of development impacts, including traffic, pollution, noise, safety, and road use. Alteration of the master management plan if North Fork citizens find any of the above unsatisfactory.

I thank BLM for providing the opportunity to review the management plan and comment. I truly like BLM, think highly of the agency, and see that BLM does a good job managing land in a difficult political climate.

All the best,

Eric Twitty

BLM_0124377

Town of Crawford
PO Box 56, 425 Hwy 92, Crawford, CO 81415
(970)921-4725

UFO Draft RMP/Uncompahgre Field Office
2465 Townsend Ave. Montrose, Colorado 81401

Oct. 14, 2016

Re: BLM Uncompahgre Field Office Draft Resource Management Plan

Dear BLM Uncompahgre Field Office:

We understand that the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) is
currently working to revise its Resource Management Plan (RMP) for our area. The Town of Crawford
recognizes that there are many important, existing uses on the public lands in our area. We encourage
the BLM to find a responsible, common sense approach to oil and gas development. While the Town
recognizes the importance and necessity of energy development, we feel that it must be done in a
responsible way. With this perspective in mind, the Town of Crawford is writing to express our desire for
a plan that considers a balanced approach to development in the areas adjacent to Crawford;
specifically those aspects of the plan that could negatively  impact both Crawford citizens and resources
important to the Town.

Of the highest importance to the town is our ability to provide clean and safe drinking water to Town
Residents.  As we have stated to the BLM in the past, with respect to previously proposed lease sales,
Public lands managed by the BLM are near and intertwined with our drinking water supply and delivery
system. Protection of this critical resource for the Town of Crawford was recently addressed with the
implementation of our Towns' Source Water Protection Plan. This plan, adopted in 2013, came to
fruition as a result of a year of meetings with identified stakeholders for the Towns groundwater source,
Wiley Springs. Stakeholders included the Town of Crawford and its' citizens, the BLM and USFS, West Elk
Cattle Pool, adjacent landowners, and the Colorado Dept. of Health. The Town of Crawford requests that
the BLM honor our Source Water Protection Plan in its new Resource Management Plan. For obvious
reasons, the Town's drinking water supply must be protected from an industrial activity that has the
potential for pollution by spills, releases, equipment failure, human error and other potentially unknown
and unintended consequences related to gas and oil drilling and the use of high volume hydraulic
fracturing.  Contamination of the Town's drinking water supply or damage to its delivery system cannot
be allowed to occur.

In addition, the Town would like to underscore the importance of maintaining and operating its waste
water system. Crawford utilizes a BLM right of way that provides access to its wastewater treatment
plant. The Town of Crawford also has a wastewater collection main that borders BLM-managed lands. It
is vitally important to the future of the town that our ability to maintain and continue wastewater
treatment at this facility is not impeded by oil and gas activity.  The town is supportive of BLM's multiple
use mandate. A perfect example of this mandate in action can be found in Young's Peak. The BLM lands
that border the town on the north include Young's Peak. This peak provides the scenic backdrop for our
town, a hiking trail that provides recreation for town residents, and these lands are right next to the
Crawford School.  Surely this is an area where the BLM can agree that it would be inappropriate to lease
for the industrial practice of oil and gas drilling and hydraulic fracturing.

The Town appreciates the opportunity to provide comments on the BLM's decision-making process. While we recognize and understand the importance of energy development, we also recognize our mandate as Town Trustees to protect the health and safety of town residents. While we cannot speak for the entire RMP, we do ask that the BLM consider a thoughtful and reasonable approach to managing federally owned lands with regards to the citizens in the area that call this place home.

Sincerely,

*Wanda Gafforth*

Town of Crawford Mayor and Board of Trustees
The Town of Crawford, Colorado

BLM_0124379



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM UFO RMP Comments
1 message

**Jeff Ruppert** <jeff@odiseanet.com>                              Mon, Oct 31, 2016 at 3:09 PM
To: ufomp@blm.gov

To Whom It May Concern,

Please find my comments in the attached letter.

Thank you,

Jeff Ruppert, P.E.
Principal

**ODISEA** | Consulting Engineers
Designing Your Vision

P.O. Box 1809
Paonia, CO 81428
(970) 948-5744
www.odiseanet.com

*PS, if there is more than one person in receipt of this email, please use the "reply-all" option for your response.*

---

📄 **BLM Draft RMP Review Letter_Jeff_Signed.pdf**
    156K

BLM_0124380

# Jeff Ruppert



337 Main Street, P.O. Box 1809• Paonia, CO 81428• Phone: (970) 948-5744
E-Mail: jeff@odiseanet.com Web: www.odiseanet.com

Date: October 15, 2016
UFO Draft RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

I am a small business owner and resident of Paonia and the North Fork Valley.  My residence and home office are 570 feet from the North Fork of the Gunnison River.  I choose to live, work, and raise my family here because of the quality of life: small, rural town with excellent views, pristine water and air quality, abundance of local and organic food, and outdoor recreation.

Specifically, my family enjoys mountain biking, backcountry skiing, and hiking on Grand Mesa, McClure Pass, the Raggeds, and Jumbo Mountain.  We often fly-fish the North Fork, Smith Fork, and main Gunnison Rivers, Anthracite Creek, Muddy Creek, Hubbard Creek, and Leroux Creek and hunt in Game Management Units 521 and 53.  We raft the Gunnison River many times each year.  The final RMP must include protections for these recreation resources and lands.

As a local professional engineer, I have many new clients that have recently moved to the area.  Without exception, each one of these families has moved here to enjoy the same amenities mentioned above.  They are young families that are contributing to the economic viability of the area and to the future generations of this valley.

I want to begin by saying THANK YOU to the BLM UFO for including the North Fork Alternative B1 in the draft of the RMP.  I understand that the BLM must try to balance a multitude of uses for our limited natural resources and public lands.  I also feel very strongly that the way in which we choose to manage these lands and resources over the next few decades is critical in sustaining them and preserving the quality of life and economic health of North Fork residents and visitors.  In the following paragraphs, I will outline my concerns with utilizing any management strategy for this area other than Alternative B1.

The Preferred Alternative (Alternative D) would open 90% of the Uncompahgre area to oil and gas leasing.  Oil and gas leasing is a threat to our quality of life and the economic livelihood of the North Fork Valley.  Specifically, this type of development endangers our surface waters and our groundwater, which in turn affects the quality of our drinking water and of the foods grown here.  This also has the potential to affect the organic certification of many of our local farms and ranches.  Additionally, drill pads are unsightly.  I enjoy scenic drives and hikes on the Grand Mesa and often take out-of-town guests there to show off the natural beauty of this area.  This use would be drastically / negatively impacted by oil and gas development.  Oil and gas development in this watershed / viewshed is too risky.  Land use in this area should instead be focused on more sustainable uses such as: quality open space, recreation, hunting, fishing, and mitigation of wildlife fragmentation.  From an economic standpoint, rather than relying on the limited and temporary income and tax revenue from oil and gas

BLM_0124381



development, we should focus on more diverse and sustainable practices such as agriculture and tourism (as well as attracting young professionals that telecommute and contribute to the economic health of the area).

The final RMP must protect the health of the watershed for the greatest number of users.  Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches.  The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal waters supplies, that risk being impacted by surface spills and well failure.  Most of the domestic water sources in the North Fork Valley are surface springs and streams that are either on or near BLM lands affected by this plan.

The final RMP must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals.  This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

The final RMP must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing.  The final plan should also recognize that perennial water sources, riparian areas, intermittent streams and ponds, and ephemeral/seasonal waters are priority habitats with adequate protections from all surface activities.

The final RMP must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital.  That character would be jeopardized by oil and gas activity.  Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.

The North Fork Valley sits at the very heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character.  Oil and gas development could jeopardize the scenic qualities of the area.  The final RMP should include Alternative B1, which provides the adequate protections for the Valley's scenic features.

River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado.  The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area.  These protections must be included in the final RMP.

Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle.  The final RMP must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.

Specifically with regard to recreation:  The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents.  The final RMP should include the entire Jumbo Mountain unit as a Special Recreation Management Area to protect the quality of the recreation experience.  This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists.  The final plan

2



should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat. Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat, are critical components that help sustain the multi-million-dollar hunting industry in the area. The final RMP should include ecological emphasis areas for all critical winter habitats within the North Fork Valley. The final plan should also include the protections of the B1 alternative, which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies. Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final RMP should include Special Recreation Management Areas and Extensive Recreation Management Areas for all lands identified as of high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking, among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

With respect to wilderness and wildlife protection: Wildlife habitat fragmentation should be mitigated by assuring connectivity between Grand Mesa and West Elk Wilderness through the designation of Ecological Emphasis Areas and Special Recreation Management Areas. Wild and scenic rivers should be protected. The final RMP must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

With respect to agricultural water rights: I would like to see further education for our farmers and ranchers to alleviate the 'use it or lose it' mentality; ranchers/farmers should be able to maintain their water rights regardless of use in order to encourage conservation and to keep the water in the river as much as possible.

Thank you again for your efforts in this regard. I strongly support and respectfully request the inclusion of the North Fork Alternative B1 and all other conservation protections in Alternative B in the final UFO RMP. The locally driven proposal that is Alternative B1 is the right way to protect the entire Gunnison Watershed - supporting farmers, protecting public health, sustaining ecological well being, and building a sustainable rural economy on Colorado's Western Slope.


Sincerely,

3

BLM_0124383

12/20/2016                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <bertsibley@gmail.com>                    Sat, Oct 15, 2016 at 3:21 PM
Reply-To: bertsibley@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. |
| | Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. |
| | A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 15, 2016 |
| **Name** | Bert Sibley |
| **Email Address** | bertsibley@gmail.com |
| **Phone Number** | 970-361-0483 |

BLM_0124384

| | |
|---|---|
| **City** | Austin |
| **State** | Colorado |
| **Zip** | 81410 |
| **I am:** | A consumer of NFV/Delta County produce and meat and poultry, A Realtor |
| **Additional Comments** | I feel that the BLM needs to impose a moratorium on oil and gas leasing until they do a complete assessment of safety risks for the pipeline and unregulated rural transmission lines and also needs to have baseline samples of air quality. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | *Bert Sibley* |

BLM_0124385

0221 BP.

Oct. 15, 20016

Subject: BLM RMP for oil and gas exploration in the North Fork Valley

Attention: Barb Sharrow, District Manager,BLM 2465 South Townsend Ave. Montose CO 81405

Dear Ms Sharrow,

I am writing to you in regard to the RMP that was recently completed about the development of oil and gas exploration in the North Fork Valley. I have been a resident of Crawford for 16 years and have a great interest in our beautiful area that is home to organic farming, wineries, orchards as well as a destination for tourists, hunters and wildlife lovers throughout the country and world as well as the home of many people who came to live here to enjoy the clean air, rural lifestyle and scenic beauty or this area.

The possibility of industrial development of our valley via gas and oil exploration is a threat to our life style, economy, air and water quality, wildlife habitat, recreation and tourism that are an integral part of our lives and homes. I strongly support the option of no industrial development for oil and gas exploration  because of the following reasons:

1.  The potential to poison food sheds and threaten to wipe out food security for the people of the Western Slope
2.  Irreparable damage to clean air, fresh water, organic farms , orchards and vineyards
3.  Significant harm to human and animal health
4.  Loss of our unique bio-diversity
5.  Climate change impacts including frequent and longer lasting heat extremes, longer and more intense wildfire seasons, lower river flows, larger wildfires, water shortages for irrigated agriculture
6.  Noise pollution in residential areas
7.  Damage to our already limited and over used highway and road systems
8.  Dangerous driving conditions on narrow two lane roads
9.  Loss of tourism, hunting and fishing that our economy depends on
10. Damage to our wildlife and domestic animals

Finally, I would like to point out that this kind of industrial development is totally incompatible, with our valleys economy and lifestyle and our pristine climate and environment. The idea of developing these public lands to create profit for big oil and gas companies at the expense of our valleys economy, lifestyle and environment is abhorrent and would do permanent damage to our way of life.

Please say no to oil and gas development on the public lands of the North Fork Valley.

Sincerely, Geoff Morton, 37767 Polson Road, Crawford CO 970-921-4141

Oct. 15, 20016

Subject: BLM RMP for oil and gas exploration in the North Fork Valley, Western Colorado (Paonia,Crawford,Hotchkiss)

Attention: Dana Wilson, Uncompahgre Field Office Manager BLM

Dear Ms. Wilson,

I am writing to you in regard to the RMP that was recently completed about the development of oil and gas exploration in the North Fork Valley. I have been a resident of Crawford for 16 years and have a great interest in our beautiful area that is home to organic farming, wineries, orchards as well as a destination for tourists, hunters and wildlife lovers throughout the country and world as well as the home of many people who came to live here to enjoy the clean air, rural lifestyle and scenic beauty or this area.

The possibility of industrial development of our valley via gas and oil exploration is a threat to our life style, economy, air and water quality, wildlife habitat, recreation and tourism that are an integral part of our lives and homes. I strongly support the option of no industrial development for oil and gas exploration  because of the following reasons:

1.  The potential to poison food sheds and threaten to wipe out food security for the people of the Western Slope
2.  Irreparable damage to clean air, fresh water, organic farms , orchards and vineyards
3.  Significant harm to human and animal health
4.  Loss of our unique bio-diversity
5.  Climate change impacts including frequent and longer lasting heat extremes, longer and more intense wildfire seasons, lower river flows, larger wildfires, water shortages for irrigated agriculture
6.  Noise pollution in residential areas
7.  Damage to our already limited and over used highway and road systems
8.  Dangerous driving conditions on narrow two lane roads
9.  Loss of tourism, hunting and fishing that our economy depends on
10. Damage to our wildlife and domestic animals

Finally, I would like to point out that this kind of industrial development is totally incompatible, with our valleys economy and lifestyle and our pristine climate and environment. The idea of developing these public lands to create profit for big oil and gas companies at the expense of our valleys economy, lifestyle and environment is abhorrent and would do permanent damage to our way of life.

Please say no to oil and gas development on the public lands of the North Fork Valley.

Sincerely, Geoff Morton, 37767 Polson Road, Crawford CO 970-921-4141

Oct. 15, 20016

Subject: BLM RMP for oil and gas exploration in the North Fork Valley

Attention: Barb Sharrow, District Manager BLM Montose CO

Dear Ms Sharrow,

I am writing to you in regard to the RMP that was recently completed about the development of oil and gas exploration in the North Fork Valley. I have been a resident of Crawford for 16 years and have a great interest in our beautiful area that is home to organic farming, wineries, orchards as well as a destination for tourists, hunters and wildlife lovers throughout the country and world as well as the home of many people who came to life here to enjoy the clean air, rural lifestyle and scenic beauty or this area.

The possibility of industrial development of our valley via gas and oil exploration is a threat to our life style, economy, air and water quality, wildlife habitat, recreation and tourism that is an integral part of our lives and homes. I strongly support the option of no industrial development for oil and gas exploration  because of the following reasons:

1. The potential to poison food sheds and threaten to wipe out food security for the people of the Western Slope
2. Irreparable damage to clean air, fresh water, organic farms , orchards and vineyards
3. Significant harm to human and animal health
4. Loss of our unique bio-diversity
5. Climate change impacts including frequent and longer lasting heat extremes, longer and more intense wildfire seasons, lower river flows, larger wildfires, water shortages for irrigated agriculture
6. Noise pollution in residential areas
7. Damage to our already limited and over used highway and road systems
8. Dangerous driving conditions on narrow two lane roads
9. Loss of tourism, hunting and fishing that our economy depends on
10. Damage to our wildlife and domestic animals

Finally, I would like to point out that this kind of industrial development is totally incompatible, with our valleys economy and lifestyle and our pristine climate and environment. The idea of developing these public lands to create profit for big oil and gas companies at the expense of our valleys economy, lifestyle and environment is abhorrent and would do permanent damage to our way of life.

Please say no to oil and gas development on the public lands of the North Fork Valley.

Sincerely, Geoff Morton, 37767 Polson Road, Crawford CO 970-921-4141



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on BLM's Uncompahgre Region RMP, re Downtown Paonia AIR QUALITY
1 message

---

**Scott Kellogg** <GTPINC@msn.com>                                            Sun, Oct 16, 2016 at 3:35 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "info@theconservationcenter.org" <info@theconservationcenter.org>, "info@citizensforahealthycommunity.org"
<info@citizensforahealthycommunity.org>

---

**To BLM planning.**      Thank you for taking the time to consider the comments from impacted citizens before
finalizing the Uncompahgre Region RMP. Also for extending the deadline for these comments.

I have lived in the North Fork Valley now for 14 years in the town of Paonia. Specifically in the
downtown area. My concerns on the industrialization of this area come from the many verified
studies on the negative effects that oil and gas leasing will bring to an area. The air and water will
be permanently damaged by this sort of development. Being a valley these negative effects on the
air and water can quickly concentrate on the inhabited and agricultural areas. With many  of the
developments being proposed up valley from the town of Paonia, the negative effects can quickly
funnel down the valley in the air and water.

**Speaking just of the downtown air quality**, anyone in the town of Paonia can easily verify that
throughout the year, and especially in the winter months that the valley air settles in this town so
much so that anyone firing up even their coal furnace is known to everyone else in town. The
cooler valley air settles in this town trapping with it whatever toxins are in the air. To propose gas
leasing above the town of Paonia virtually guarantees that every evening the toxic vapors,
gasses,and chemicals that are a part of the fracking industry would be in every household in town.
They will not blow away on our mostly calm evenings or even dissipate until the warmer air in the
mornings allows them to rise and escape the valley. This is in effect would be **poisoning daily**
everyone in the downtown and low lying areas of the valley.

An outcome that would fall squarely on the shoulders of the BLM for failure to take into account these
inevitable consequences of oil and gas leasing in this areas. Some areas are completely incompatible with
leasing of this sort, and this is one of them.  BLM should strongly consider the **no-lease option** for this area,
or at least the **North Fork Alternative Plan (NFAP)**. The NFAP of course covering many other vital issues
besides just the few I have mentioned here.

Thank you for taking the time to consider my concerns, and the concerns of the many others in these
impacted areas.

Scott Kellogg
Paonia, Co

---

BLM_0124389

10/24/2016                              DEPARTMENT OF THE INTERIOR Mail - new scientific data on earthquakes and fluid injection



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

___

## new scientific data on earthquakes and fluid injection
1 message

**alison gannett** <alisongannett@mac.com>                                    Sun, Oct 16, 2016 at 10:16 AM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Jim Ramey <chc.director@gmail.com>, Pete Kolbenschlag
<mountainweststrategies@tds.net>

# A Rare Moderate-Sized (*M*w 4.9) Earthquake in Kansas: Rupture Process of the Milan, Kansas, Earthquake of 12 November 2014 and Its Relationship to Fluid Injection

© 2016 by the Seismological Society of America

Seismological Research
http://srl.geoscienceworld.org/content/early/2016/09/08/0220160100

Scientific abstract study links earthquake in Kansas to fluid injection.

A moratorium on drilling should be in place until safe disposal for wastewater is available. Open pits have multiple
problems - leaking, overflowing w/sudden storms, transportation spills, etc and deep water injection has now been
proven to cause earthquakes. In our unstable soil geology, neither disposal option is viable. It can certainly not be
proven "SAFE" by the BLM.

None of the RMP options have considered these new scientific studies on disposal. Further more, the
collection/gathering pipelines are currently EXEMPT from regulation. A moratorium on drilling should also be put in place
until this issue is resolved. The RMP failed to consider safety to our soil, water and air from this pipeline exemption.
Furthermore, according to national sources and COGCC, larger pipelines, even when regulated and inspected, regularly
leak and break, contaminating soil, air and water.

How is it possible that the BLM has assessed completely that the RMP proposed will never harm our farms? A nearby
leak would devastate the value of our farm, and could potentially contaminate our water or soil for the rest of my life. We
grow and raise all our own food, and are completely self-sustainable. Without clean air, water and soil, our home is
valueless. As a person who has left radioactive water that gave me brain cancer, to come to Paonia 8 years ago for
clean water, this is not just about real estate values, clean food and water but one of life or death.

Please support the no drilling alternative or the North Fork Alternative plan B1.

Best,
Alison
AlisonGannett.com
Cooking to Conquer Cancer

Alison Gannett
Holy Terror Farm
42485 Highway 133
Paonia, CO 81428

**970.281.7929 office**
970.527.3373 farm
970.209.8207 toxic cell

BLM_0124390

10/24/2016                    DEPARTMENT OF THE INTERIOR Mail - new scientific data on earthquakes and fluid injection



Disclaimer: Labs, etc are for information and data gathering ONLY and not meant to be used for diagnosis or treatment. As this is not a medical visit, physical examination is deferred to your primary care physician.  All diet coaching recommendations and labs suggested should be run through your physician.  Confidentiality is ensured, but privacy or security is not guaranteed when any information is transferred via email. All information shared here is at the discretion of the sender.

BLM_0124391

10/26/2016                        DEPARTMENT OF THE INTERIOR Mail - Fully protect all free flowing rivers and streams In the RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fully protect all free flowing rivers and streams in the RMP
1 message

**Stephen Hornback** <hstephen21@gmail.com>                    Sun, Oct 16, 2016 at 7:16 PM
Reply-To: hstephen21@gmail.com
To: UFORMP@blm.gov

Dear

Dear Uncompaghre Field Office Manager:

With the ongoing impact of population growth and the ever increasing tourism that is inevitable, we must do everything
now to protect every inch of free flowing water that we have.

Thank you.

Stephen Hornback
5255 Montezuma Rd.
Montezuma, CO 80435

BLM_0124392

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - Restriction of Sport Shooting on Uncompahgre BLM land



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Restriction of Sport Shooting on Uncompahgre BLM land
1 message

---

**Graeme Hunt** <graemehunt90@gmail.com>                    Sun, Oct 16, 2016 at 8:12 PM
To: uformp@blm.gov

Dear Sir or Ma'am,

Shooting is a very important sport for me and my family, it is something that we all love and that we can do together. It brings our family closer together and one of the rare hobbies that we ALL actually enjoy. We love to go camping and shoot together during our holidays. We do not have our own land that we can shoot on and that is why public land is so important to us and many other Americans who cannot afford to own land.

It is how we unplug from from our iPads and cell phones and actually do more bonding, something becoming rarer and rarer these days for my family and many American families, maybe even your own family. I know that there are many people like me who feel the same way.

Please reconsider your closing off of 70,000 acres of public lands for shooting. Please keep it open for your fellow Americans and their families who love to sport shoot.

Thank you,

Graeme Hunt

BLM_0124393



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## UFO Draft RMP
1 message

**Wink Davis <wink@mesawindsfarm.com>**                          Sun, Oct 16, 2016 at 6:49 AM
To: uformp@blm.gov
Cc: info@theconservationcenter.org, info@citizensforahealthycommunity.org

October 15, 2016

To:  Dana Wilson, Uncompahgre Field Office Manager
     Uncompahgre Field Office
     2465 South Townsend Avenue
     Montrose, CO  81401

From:   Philip W. Davis
        Maxine Eisele
        Mesa Winds Farm & Winery

Re: Resource Management Plan Revision

The climate crisis is my overriding concern.  We farmers who work outdoors every day know that the climate is changing, these trends are not short term, and has serious impacts on our capacity to reliably produce food for the marketplace.  The BLM, in its environmental analysis, for the draft Resource Management Plan (RMP) failed to consider the impact of energy development on the Nation's commitment to fight climate change.  The analysis is therefore fatally flawed and the RMP derived from it is invalid.

A new report by Oil Change International shows that in order to keep the commitments made at the Paris climate talks the US cannot initiate ANY new fossil fuel projects.  There is already enough carbon in existing oil fields and coal mines to exceed the targets world leaders agreed to last year.  Fossil fuels must be kept in the ground, we must devote ourselves to creating a carbon neutral future, and the BLM must not entertain new leases of public land for the purpose of fossil fuel extraction, particularly not natural gas wells in the air- and watersheds of the North Fork Valley of Colorado.  We urge adoption of Alternative B1 of the Draft Resource Management Plan.

Until recently, coal mining was a significant economic driver in our Valley but it has crashed, taking with it many well-paying jobs.  The necessary transition to a carbon neutral future is, in part, responsible for the downturn in coal markets.  We are not willing to trade one boom-and-bust fossil-fuel-extraction boondoggle for another.

Instead this community is intent on creating a stable and sustainable economy that is founded in creativity, health and healing, sustainability, harmony with nature, and organic agriculture.  My wife and I own Mesa Winds Farm & Winery on Rogers Mesa, west of Hotchkiss, in Colorado's North Fork Valley.  We raise certified organic fruit, sheep, and make premium wines from our grapes.  We are proud to produce delicious, nutritious, high-quality food for human consumption.  In doing so we rely on the near-pristine quality of our irrigation water and of our air shed.  And we are not alone in this.  The North Fork is said to have the highest concentration of organic farms in Colorado, likely in the Rockies, second only to California.  Our Valley is heralded as Colorado's "Farm-to-Table Mecca".  These qualities are threatened by the adoption of the Agency's "preferred alternative".

At Mesa Winds we host visitors from all over the US to our wine tasting room and to our "farm stay" accommodations.  Cyclists on multi-day tours of the Colorado Rockies pedal past our gate on quiet country roads.  Tours of vintage automobiles regularly make a stop in our Valley.  All are attracted to this Valley's spectacular scenery; our uncluttered roads; the quiet, friendly, unpretentious, rural atmosphere; the locally grown food and wine.  All these qualities are threatened by the adoption of the Agency's "preferred alternative".

In summer, hikers access the high country, anglers find blue-ribbon trout streams and mountain lakes, families enjoy camping, all using our communities as jumping-off points.  In fall, hunters come from all over the US for trophy deer and elk.  And in winter snowmobilers and cross country and backcountry skiers and snowshoers enjoy the quiet and solitude of our foothills, mountains, and high mesas.  Those public lands, managed by the BLM, which surround our Valley and are mainly indistinguishable from Forest Service and Park Service managed public lands, are essential to the quality of experience enjoyed by residents and visitors alike.  These qualities are threatened by the adoption of the Agency's "preferred alternative".

We are business owners and employers.  We understand that the underlying economy of the North Fork Valley is steady and healthy, grounded in growing food, in value-added food products, tourism, creative industries, outdoor recreation, renewable energy,

BLM_0124394

training and education, and all the services that these businesses support.  These businesses, like ours, rely on the quality of our environment and the outdoor experience.  By being a sanctuary of calm, peace, nature, and enduring values the North Fork Valley has evolved a stable, if simple, economy.  Those of us who are fortunate to live here, retirees and young people alike, and those visitors who have discovered this exceptional place, know that industrial oil and gas exploitation would be in fundamental conflict with our economic well-being.

In this period of transition from carbon fuels to renewable energy it would be a tragedy for an out-of-the-area extractive industry to undermine the qualities supporting our sustainable, local economy.  We will not be sacrificed to the rapacious greed of a dying industry.

I have signed, and attach hereto, the form letter entitled "BLM Uncompahgre Field Office Draft Management Plan / DEIS Public Comment".  This letter states my opposition to any oil and gas development in the watersheds surrounding the valley of the North Fork of the Gunnison River, known as the North Fork Valley.  The DEIS is woefully inadequate and fails to consider numerous potential impacts on the natural environment and the human community that relies on the BLM to manage its lands in our interest, not that of out-of-area industrial oil-and-gas profiteers.

We are members of Western Colorado Congress, Western Slope Conservation Center, North Fork Wineries Association, and we support comments submitted by those organizations, as well as the Farm and Food Alliance, regarding the Draft Resource Management Plan.  We support the North Fork Alternative (Alternative B1)


Sincerely,

Philip Winship Davis
http://www.mesawindsfarm.com
wink@mesawindsfarm.com
970-250-4788
—
Mesa Winds Farm & Winery
31262 L Road
Post Office Box 327
Hotchkiss, Colorado  8141

 **161015 BLM.pdf**
381K

BLM_0124395

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

I **am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☑ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☑ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☐ Interested/impacted citizen
- ☐ Other

Additional Comments: _____

_____

_____

Signed,

Philip W. Davis
Print Name

Signature

_____
Date

Winkl@ mesa winds farm . com
Email Address

P.o. Box 327, 31262 L Rd, Hotchkiss, CO 81419
Street Address, City, State, Zip code

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Field Office Draft RPM Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Field Office Draft RPM Comments
1 message

**Viva Kellogg** <viva8686@gmail.com>                                    Sun, Oct 16, 2016 at 4:47 PM
To: UFORMP@blm.gov
Cc: mroeber@deltacounty.com, datchley@deltacounty.com, BHovde@deltacounty.com, rlevalley@deltacounty.com

Thank you for extending the deadline for comments on the Uncompahgre Field Office Draft RMP. I am a resident of Paonia, Colorado and I live near the Jumbo Mountain Area. I am an impacted citizen.

I am opposed to the BLM's current preferred Option D which would open 94.5% of the Uncompahgre planning area to oil and gas leasing and development. I have grave concerns about the health and safety of citizens in the North Fork Valley if oil and gas industrialization is allowed to surround this area. I prefer that BLM adopt a No Leasing alternative for the North Fork Valley.

BLM failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage fracking technologies. This relatively new drilling technology invoices a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5-10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well.

The RMP contains no mention of greenhouse gas or climate change effects. It also contains no mention of earthquakes. I consider these issues to be great oversights in the RMP. I have checked into obtaining earthquake insurance. The estimated annual premium on our home would be $350. Most earthquake policies also include a 15% deductible which would equate to up to $30,000 that we would have to pay out of pocket to repair our home in the event of an earthquake caused by fracking fluid injected into wells, which would be a great financial burden to my family.

I am concerned about the lack of regulation over the oil and gas industry. This industry, in particular hydraulic fracturing, is exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. The North Fork Valley water sources include hundreds of domestic wells and over 25 drinking water springs. The North Fork Valley watershed cannot afford the risk of contamination. In addition, BLM did not consider the permanent removal of water from the hydrologic cycle or that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought. I am concerned about spills. There were 615 spills, 271 (44%) of which were from produced water, in 2015. That equates to nearly two spills every day in Colorado. These spills endanger ground, surface water, water wells, and livestock. I am concerned about radioactive material. BLM did not analyze the risks of exposure to radioactive waste and Colorado does not have regulations in place to manage radioactive waste from oil and gas operations.

Rural gas gathering lines are exempt from federal pipeline safety regulations. BM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions. From 2003 to 2013, there were 85 reportable incidents in which storms or other severe natural force conditions damaged pipelines and resulted in their failure, for example Yellowstone River near Laurel, MT in 2011 and San Jacinto River in October 1994. BLM also did not consider the pipeline safety impacts on hikers, campers, hunters and anglers. BLM did not consider forest fire risks from pipeline explosions and we live in a forested state with high fire risk. BLM did not consider the lack of pipeline safety inspections.

I have great concerns about the heavy truck traffic that would result from oil and gas activity in this area. We have two lane roads and rural emergency response with a long drive to hospital/medical facilities. We are not equipped to accept

BLM_0124398

the risks associated with increased heavy truck traffic and the accompanying accidents.


A NO LEASING ALTERNATIVE IS NOT ONLY REASONABLE, BUT REPRESENTS THE BEST WAY TO PROTECT THE NORTH FORK VALLEY NOW AND IN THE FUTURE.


Viva Kellogg

218 Minnesota Ave.

Paonia, CO 81428

970-527-7559

viva8686@gmail.com

BLM_0124399



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments hunting and fishing: Uncompahgre Field Office draft resource management plan

1 message

**Cynthia Patterson <cynthiapurchase@gmail.com>**                    Sun, Oct 16, 2016 at 11:09 AM
To: uformp@blm.gov
Cc: Citizens for a Healthy Community RMP comments <rmpcomments@citizensforahealthycommunity.org>, The Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

Please accept these comments regarding the Uncompahgre Field Office draft resource management plan.

I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral acreage. Public lands belong to every citizen, not just those who profit from the fossil fuel industry.

Building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads will irreparably damage the North Fork Valley. Exploring for and extracting fossil fuels destroys public land with contaminated soil, air and water, loud industrial noise and vibration, 24-hour lights, dust, increased traffic and heavy equipment on rural roads.

The BLM did not adequately study the adverse impacts of oil and gas exploration and extraction, air pollution, water contamination, noise, traffic, inevitable habitat fragmentation on the health and reproductive success of wildlife animals and plants. Disruption, noise, pollution will negatively impact the big game population and the hunters they attract.

Sedimentation and pollution ruins world-famous trout streams.

The pristine, quiet North Fork Valley attracts thousands of hunters and fishers, pouring millions of dollars into local communities. Intact, clean and healthy habitat are critical to sustain hunting and fishing industry in the area.

Jumbo Mountain is critical winter mule deer and elk habitat. Adobe Badlands' wilderness provides wildlife connectivity between the Dominguez-Escalante National Conservation Area and the Grand Mesa National Forest. Stevens Gulch's huge mature aspen stands are prime habitat for elk and deer, and provides connectivity between the valley bottoms and the Grand Mesa National Forest.

The economic future of the NFV depends robust land- and water-based recreation. Critical recreation areas include: Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

These wild areas are more valuable as wild, clean recreation areas than their value as short-term sources of dirty, polluting fossil fuels.

**I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens who live there.**

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its fossil fuel reserves in the ground. Start by choosing the no-leasing alternative and protect the North Fork Valley.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0124400



**Bruce & Lisa Joss**
40872 O Road
Paonia, CO 81428
(303) 547-0132
lisajoss7@gmail.com

October 16, 2016

To Whom It May Concern:

We are both retired and live in Paonia. We love our home, and we rely on the purity of its current resources, such as clean water that comes from an aquifer located at the base of Mt. Lamborn. This water, as well as clean soil and air, are essential to maintaining our property for producing hay and boarding horses. We also depend on and enjoy the unspoiled and beautiful public lands for horseback riding, hiking, biking, and sightseeing. It goes without saying that we cherish the North Fork Valley for its orchards, organic produce, and wineries.

We are very worried about BLM's Draft Resource Management Plan for the Uncompahgre Field Office. Why? If BLM leases our public lands to oil and gas companies, our livelihood and investment will be destroyed. For the sake of oil/gas profits, we will suffer:

- contaminated water, air, and soil;
- noise and light pollution;
- destruction of wildlife and their habitat;
- increased truck traffic;
- deteriorated roads;
- industrialized landscapes;
- jobs that are, in reality, only transitory; and
- climate degradation.

Taxpayer dollars fund BLM. How you manage public lands in the North Fork Valley DIRECTLY affects those of us who live here. If oil/gas drilling leases are granted, companies will come in, drill, and leave. What they leave behind is of no consequence to their profits. But to those of us who live here, it destroys our livelihood and quality of life—forever.

Please, No Oil/Gas Leases. Residents of the North Fork have no alternatives. Do not degrade our lives.

10/18/2016                           Oklahoma Homeowner Earthquake Damage

LAW FIRM                                                        1-xxx-xxx-xxxx
                                                                386-313-1298

# Oklahoma Homeowner Earthquake Damage
*If your property has been damaged by an earthquake in Oklahoma contact us now.*



### Fracking Earthquakes Are Causing Damage To Oklahoma Property Owners.

- Broken or cracked interior walls
- Broken or cracked exterior walls
- Damaged bricks, mortar joints and lintels
- Movement or cracking of the foundation
- Cabinets separating from walls
- Damaged doors and door casing
- Damage to door and window trim
- Cracked drywall

**Free Legal Consultation**

Get a free, confidential evaluation to determine if you have a claim.

First Name *

Last Name *

Email *

Phone Number *

Tell us about the damage to your home: *

FREE CASE EVALUATION

No Fees unless damages are recovered!

Fix the following errors:
Hide

10/16/16

For BLM consideration –
We live on the edge of
the Smith Fork Canyon
and do not want to be
hurt by Fracking related
earthquakes / landslides
Please consider the B1
Alternative

Doris Wehrmacher
PO 119
Crawford CO 81415

If your property has been damaged due to fracking in Oklahoma
contact us now.
You may be entitled to financial compensation.

## Fracking earthquakes are causing damage to Oklahoma property owners.

Energy companies that engage in hydraulic fracturing and underground disposal of fracking waste are allegedly causing more than a "300-fold increase in the number of earthquakes occurring throughout Oklahoma. In fact, more than 700 earthquakes of magnitude 3.0 or greater rocked Oklahoma in 2015. These earthquakes are causing homeowners across the state to suffer severe damage to their homes and structures.

We allege that these energy companies knew or should have known about the significant dangers of high-pressure injection of drilling waste into disposal wells located near seismic fault lines around residential or populated areas, yet these energy companies continue to operate in a manner that presents an ongoing threat to property owners across Oklahoma. Contact us now to learn if you have a claim.

Source:

Fracking Causing Earthquakes? | CNBC

▶

CNBC News report from April 17, 2015 reveals Oklahoma has found itself at the epicenter of a debate about fracking and earthquakes.

FREE CASE EVALUATION

As Oklahoma homeowners and businesses continue to suffer depreciation of property values, energy companies continue to inject drilling waste into the Earth for a profit.

  

BLM_0124402

10/18/2016

Oklahoma Homeowner Earthquake Damage



## Oklahoma Homeowners Lawsuits

Lawsuits are currently being filed across Oklahoma on behalf of property owners and business owners who allege that these fracking companies failed to warn the public about the increased threat of earthquakes associated with injected drilling waste into the surface of the Earth, breached their duty to public care, and continue this ultra-hazardous activity despite being aware of the dangers it poses to surrounding businesses, homes, and their inhabitants.

## Speak with us, Take action

If your home has been damaged by fracking related earthquakes, complete the form above now and we will call you to go over your situation and discuss how to proceed. We have been successfully helping people who have been harmed by the negligence of others for decades, and we stand ready to help you get the justice you deserve.

## You may be entitled to compensation for damages.
FIND OUT IF YOU HAVE A CLAIM

Attorney Advertising

[illegible fine print text]

[illegible fine print text]

BLM_0124403



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments - Draft Resource Management Plan for the Uncompahgre Field Office
1 message

**Jim Brett** <jmbimagery@icloud.com>                              Mon, Oct 17, 2016 at 12:29 PM
To: uformp@blm.gov

Attached are comments for Draft Resource Management Plan for the Uncompahgre Field Office.

Jim Brett

📄 **Slow-Food-VOGA-Comment.pdf**
96K

BLM_0124404

Jim Brett
PO Box 1682
Paonia, CO 81428
Leader, Slow Food Western Slope
Secretary, Valley Organic Growers Association
Oct 17, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Thank you for the opportunity to comment on the draft Uncompahgre Field Office Resource Management Plan (RMP). Slow Food Western Slope and the Valley Organic Growers Association (VOGA) are glad the BLM is considering ways to protect important natural resources like domestic and irrigation water, air quality, wild and scenic rivers, wildlife habitat and recreation. In particular, we support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space and recreation opportunities within our region.

Slow Food Western Slope (http://slowfoodwesternslope.org/) functions as a chapter of Slow Food USA, which is a 501(c)3 non-profit organization. Slow Food USA's and its chapters' mission is to create a dramatic and lasting change in the food system. We envision a world in which all people can eat food that is good for them, good for the people who grow it and good for the planet: good, clean and fair food for all.

Our chapter promotes and supports over 60 farmers, orchardists, ranchers, agricultural businesses and winemakers of the North Fork Valley - all of which depend on good and clean water, air and soil.

Valley Organic Growers Association (http://www.vogaco.org/), a 501(c)5 non-profit organization, was established in 1992 and has a membership of over 80 organic farms, ranches, orchards and agricultural-related businesses and advocates, representing a vibrant and sustainable local economy. Our guiding principles include the maintenance of healthy soil, air and water for the production of nutritious food, free from synthetic inputs.

The North Fork Valley's scenic beauty and temperate growing season have attracted the largest concentration of organic and chemical-free growers in the state of Colorado. Our region has a long history of producing quality high-country, chemical-free food, with a well-deserved reputation that extends around the state and nationally. This history, coupled with the emerging consumer trend for organically crafted products has made this region increasingly known and marketable.

The North Fork Valley has a forcefully developing market for agri-tourism, farm-stays and agriculture-based education. Products from area farms supply markets and top restaurants in towns around western Colorado, including Aspen, Telluride and Crested Butte and serve many Front Range communities, including Colorado Springs, Golden, Denver, Boulder, Longmont and Fort Collins. The farms' customers have created relationships with the growers and forged a

unique community that is the North Fork Valley. These relationships develop as our farmers have been able to furnish organic, high-quality fruits, vegetables, meat, dairy, wine and specialty products.

An October 5, 2016 Aspen Sojourner article (http://www.aspensojo.com/articles/2016/10/5/beyond-the-roundabout-autumn-perfection-in-paonia) highlights the items mentioned above providing credence the North Fork Valley is a destination that must be protected:

- - -

"Nestled in the North Fork Valley in Delta County, Paonia is home to the state's largest concentration of organic farmers thanks to its richly fertile land, which yields ample fruit (peaches, apples, cherries, pears, and plums) and veggies while supporting some of the country's best livestock. Incorporated in 1881 and named by founder Samuel Wade after the peony rootstock he brought in a covered wagon all the way from Ohio, the town has now grown into a haven for aging flower children, new-agers, liberal activists, and environmentalists…The town of just under 2,000 residents prides itself on its vibrant off-beat culture filled with farm-to-table restaurants, progressive media outlets, art galleries, boutiques, and wineries.

"It doesn't get more scenic then driving from Aspen to Paonia in the fall, with expansive views of the western Elk Mountains from McClure Pass. It's a direct route from the Roaring Fork Valley to the North Fork Valley via State Highway 133; the road takes you through Carbondale and Redstone, and is open year-round. The top of the pass is a prime spot for leaf-peeping. The drive then traces Muddy Creek down to Paonia State Park—worth a stop on your way there or back to take in the stunning sight of the Ragged Mountains.

"One of the few regions in Colorado to successfully cultivate and bottle pinot noir, the North Fork Valley is a hotbed for high-altitude grape growing, with plenty of vineyards to explore.

"Continue down the road to the home of Big B's juices and hard ciders, where you can pick apples, along with plenty of other produce, depending on the season. It's the quintessential autumn adventure…

"Founded in 2008 by husband and wife Mike and Gretchen King, [Revolution Brewing] uses locally grown hops with water directly from the springs on nearby Mount Lamborn for beer that's hand stirred and brewed on a six-barrel system."

- - -

Our producers' commitment to quality and the stewardship of clean soil, water and air are crucial to consumers and their perception and choice to buy good and clean food. The potential for soil, air and water contamination as a result of oil and gas development could destroy our Valley's farms', orchards' and ranches' ability to market their products as organic and safe - thereby losing their livelihood.

**Preferred Alternative**

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas and mineral acreage), and specifically

in sensitive air, water and food sheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks and more.

The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water and air and impair human health, including increases in respiratory, endocrine, immune and cardiovascular disease.

Development of the public lands would destroy local investments and resources required in transitioning the economy to one based on agri-tourism, recreation, renewable energy, agriculture and organic/clean food. Also, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact and environmental damage caused by hydraulic fracturing, injection wells and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed.

BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. If the BLM will not consider a no-leasing alternative, then by all means it must make Alternative B1 as the preferred alternative.

In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

**Impact Areas**

Oil and Gas Development

As mentioned above, BLM's preferred alternative would open 94.5% of total oil and gas mineral acreage to leasing, which is .1% less than its current 30-year old RMP. BLM divides oil and gas leasing by potential for development. In its preferred alternative, BLM allocates 53% of the federal mineral estate to higher development potential and the remaining 47% to lower development potential. BLM has based its oil and gas drilling assumptions on a 2004 report, which assumes that 1271 wells will be drilled in the planning area.

Also, the RMP does not impose a cap on drilling.

BLM's assumption on the number of foreseeable wells could be significantly understated given, new research, hydraulic fracturing and multi-stage drilling technologies, which were not considered at the time of the report.

BLM_0124407

Here is at stake with oil and gas development for the North Fork Valley:

- Activities on public lands that have the potential to poison food sheds and threaten to wipe out food security for people on the Western Slope and the Front Range.

- The destruction of clean air, abundant fresh water and food sheds (including Colorado's largest concentration of organic farms).

- Significant harm to human health and a local economy based on agriculture and organic farms, recreation, hunting and tourism.

- Loss of unique biodiversity in Colorado.

- The future of the North Fork Valley. The final RMP will guide oil and gas development for the next 20-30 years.

<u>Other Related Oil and Gas Impacts</u>

*Water Resources*

Needless to say, water quality is important for good, clean, sustainable agriculture. Clean water is the lifeblood of the North Fork Valley. The BLM proposes to lease practically every acre of the North Fork to oil and gas, which would threaten our drinking and irrigation water.

Extracting fuel from shale formations requires pumping hundreds of thousands of gallons of water, sand and chemicals into the ground to break apart rock and free the gas. Some of that water, along with large quantities of existing underground water, returns to the surface, and it can contain high levels of salt, drilling chemicals, heavy metals and naturally occurring radioactive material. Drinking and irrigation water sources have been contaminated by oil and gas chemicals released through leaks and spills, naturally occurring gases and radioactive materials from disturbance of the geologic formation, and air-borne contaminants.

The oil and gas industry, in particular hydraulic fracturing, is exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. Therefore, there is a lack of meaningful regulation.

State regulation of hydraulic fracturing as it relates to potential contamination of ground and surface water is limited to casing construction requirements, setbacks, disposal of oil and gas wastes (hazardous materials), and reporting of leaks and spills. Produced water needs to be disposed of and can be disposed of 6 ways in Colorado:

1. Injection into a properly permitted Class II well;

2. Evaporation/percolation in a properly permitted pit;

3. Disposal at permitted commercial facilities;

4. Disposal by roadspreading on lease roads outside sensitive areas under certain conditions;

5. Discharging into state waters, in accordance with the Water Quality Control Act and related rules and regulations; or

6. Evaporation in a properly lined pit at a centralized exploration and production waste management facility permitted by the Colorado Oil and Gas Conservation Commission (COGCC).

For the fluids disposed of, the BLM states that "60 percent goes into deep and closely-regulated waste injection wells, 20 percent evaporates from lined pits and 20 percent is discharged as usable surface water"under permits from the Colorado Water Quality Control Commission." With all of this "deep and closely regulated" activity to protect citizens:

- There were 615 spills, 271 (44%) of which were from produced water, in 2015. That equates to nearly two spills every day in Colorado. 15% of the spills resulted in water contamination, with: 44% within 50 feet of ground water, 31% within 1000 feet of surface water, 39% within 1500 feet of a water well, and 9% within 500 feet of cows, pigs, sheep or other livestock as reported in 2015 by the Center for Western Priorities.

Also, naturally occurring radioactive material comes up with wastewater produced from oil and gas extraction. The waste can remain radioactive for millennia. Excessive radiation exposure can increase cancer risks; radon gas, for example, has been tied to lung cancer. BLM did not analyze the risks of exposure to radioactive waste, and Colorado does not have regulations in place to manage radioactive waste from oil and gas operations.

The BLM is required to honor community source water protection plans, which are developed to protect a community's drinking water source from contamination. The towns of Crawford, Hotchkiss, and Paonia secured source water plans, which were not taken into consideration by the BLM in its preferred alternative.

This video depicts what happened to well water when hydraulic fracturing occurred in Las Animas county in Colorado: https://www.facebook.com/greenpeaceusa/videos/ 10154706072859684/. This is completely unacceptable.

In addition, the BLM also did not consider the permanent removal of water from the hydrologic cycle or that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought.

Again, a no-leasing alternative is not only reasonable, but represents the best way to protect the North Fork Valley now and in the future. Alternative B1 would be acceptable if a no-leasing alternative cannot be included in the RMP.


*Air Quality*

The final plan must protect the health of the airshed. The North Fork Valley is affected by daily up and down-valley winds and any oil and gas activities occurring in higher elevations could

have direct impact on air quality at lower elevations, including from dust, methane, VOCs, ozone and other particulates and gases hazardous to agriculture and public health.

In Garfield, Mesa, Gunnison and Delta counties, there are 11,825 oil and gas facilities. Within a half mile radius of these facilities, there are over 6,100 people. The American Lung Association gave Mesa County an F Air Quality rating and Gunnison a C rating. Even more disturbing is that Delta county does not monitor air quality.

The BLM does not have the adequate information to assess airshed impacts of oil and gas activities and did not consider that their own modeling of ozone levels in the Bull Mountain area that exceed EPA thresholds of 70 ppb.

The North Fork Valley producers' commitment to quality and the stewardship of clean soil, water and air are crucial to consumers and their perception and choice to buy clean, organic food. The potential for air contamination as a result of oil and gas development could destroy Slow Food and VOGA member farms' ability to market their products as organic and safe.

*Health Impacts*

The BLM did not conduct a human health impact assessment in its Draft Resource Management Plan.

Hundreds of peer reviewed scientific articles exist on all aspects of toxins related to unconventional oil and gas production. The Endocrine Disruption Exchange (TEDX) has published research and aggregated data identifying low-dose exposure to chemicals associated with oil and gas development and operations as Endocrine Disrupting Chemicals (EDC). These chemicals affect not only reproduction and fetal development, but are linked to respiratory health, metabolism issues, malignancy as well as all the problems listed below.

The New York State Department of Health (NYSDOH) released *A Public Health Review Of High Volume Hydraulic Fracturing For Shale Gas Development* in December 2014. In this study, it found that residents living near fracking activities had the following health problems: skin rash, nausea or vomiting, abdominal pain, breathing difficulties, cough, nosebleed, anxiety, stress, headache, dizziness, and eye and throat irritation. This study led to their recommendation that fracking should be banned in New York State.

The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction), Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility cites a number of studies. Below are some studies published in 2015 or 2014. The citing after each will read PSR-C then the page number.

Uncertainty.

- California Council on Science and Technology studied the impacts of well stimulation on human health from the exposure to fracking-related air pollution. The unknown number and toxicity of chemicals mixed in these fluids make it difficult to quantify risk but the paper identifies the potential health risks. One conclusion: that "officials should fully understand the toxicity and environmental profiles of all chemicals before allowing them to be used in

California's oil operations." (PSR-C p.72)

Birth defects, birth weight, and infant mortality.

- In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine or spinal cord) were associated with the density and proximity of natural gas wells within a 10-mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. (PSC-C p.76)

- University of Pittsburgh study of three heavily drilled PA counties found the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality. (PSR-C p.72, 73)

- Health professionals in Vernal, Utah reported a 6-fold increase in infant death rates over a three-year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Unitah Basin has 11,200 oil and gas wells. It is known that pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists, said one health professional. (PSR-C p.76)

- Preliminary data from researchers at Princeton University, Columbia University and MIT used Pennsylvania birth records from 2004 to 2011 to assess the health of infants born within a 2.5-kilometer radius of natural-gas fracking sites. They found that proximity to fracking increased the likelihood of low birth weight by more than half, from about 5.6 percent to more than 9 percent. The chances of a low APGAR score, a summary measure of the health of newborn children, roughly doubled, to more than 5 percent. (PSR-C p.77)

- Other preliminary studies from Colorado and Pennsylvania comparing infant birth weights and premature births with proximity to wells had similar findings as above. (PSR-C p.77; 72-73)

Rashes and upper respiratory problems.

- A Pennsylvania, Yale-led study found that health symptoms reported by residents increased in frequency as distance between residence and gas wells decreased. Those living less that one kilometer from drilling activities had increased reports of rashes and upper respiratory problems. (PSR-C p.73)

Urgent Care & Hospitalization.

- Hospitals in the Bakken Shale region reported a sharp rise in ambulance and emergency room visits since the boom in drilling and fracking. Drug overdoses and oil field related injuries accounted for 50% of the cases in one emergency room. (PSR-C p.76)

- University of Pennsylvania's Center of Excellence in Environmental Toxicology found the increasing number of gas wells in Pennsylvania is significantly correlated with inpatient rates

BLM_0124411

of hospitalization. (PSR-C p.75)

Animal Health.

- A Yale University School of Medicine study in SW Pennsylvania found evidence that dogs in households less than one kilometer from a gas well had elevated risks for health problems, especially dermal conditions. (PSR-C p.73)

- Food animals have been shown to have increased respiratory and growth problems over time. The life of a food animal is very short compared to that of humans and some wildlife where cumulative effects would be pronounced. (PSR-C p.73) Conditions like these will definitely harm ranchers' and other producers who raise animals and livestock for a living.

## Recreation

In conjunction with the visitor's agri-tourism experience of the North Fork Valley, recreation definitely plays a significant role.

Jumbo Mountain Trails - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents and visitors. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

Plus, Jumbo Mountain must be open to hiking, mountain biking (including pedal-assisted electric bikes) and horseback riding - no motorized vehicles are allowed.

Hunting and Fishing - Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of a no-leasing alternative or at least B1 which prohibits surface activities in critical wildlife habitat, and includes both No-Leasing and No Surface Occupancy setbacks from streams, riparian areas and water bodies.

Future Recreation Development - Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte and Robideau Canyon.

## Conclusion

- The draft RMP repeatedly describes how fluid mineral development would negatively impact, to some unknown degree, other resources such as wildlife habitat and migration corridors, grazing land, soil productivity, vegetative diversity, special status fish and aquatic wildlife, air quality and visual resources, as well as non-market values including ecosystem services, natural amenities, scenic beauty, human health, quality of life and sense of place.

- The draft RMP estimates that ecosystem services in the planning area could provide up to $1,492 million in value. (Chap. 4, pg.461)

- The draft RMP states that natural amenities like proximity to wilderness areas, national parks and other special protection areas have a positive impact on tourism, property values, population growth due to positive net migration, higher incomes and employment growth.

- The draft RMP states that approving an alternative that emphasizes "resource development over conservation likely would result in more impacts on nonmarket values and how planning area individuals perceive their own quality of life." (Chap. 4, pg.460)

So, why is Alternative D preferred - an alternative that will open the planning area to potential oil and gas development that will threaten the North Fork Valley's air, land and water?

Slow Food Western Slope and VOGA are opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. We are opposed to oil and gas leasing here because it has the potential to:

1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and
2) cause significant harm to human health and a local economy based on recreation, hunting, tourism and agriculture. We oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan (B1) would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities.

And finally, the following is from the BLM's "Who We Are, What We Do" web page (http://www.blm.gov/wo/st/en/info/About_BLM.html):

"The BLM is focusing on the following priorities:

- The America's Great Outdoors initiative, which is aimed at enhancing the conservation of BLM-managed lands and resources and reconnecting Americans to the outdoors.

- The New Energy Frontier, which encourages and facilitates renewable energy development – solar, wind, and geothermal – on the Nation's public lands.

BLM_0124413

- Cooperative Landscape Conservation, a scientific initiative that recognizes the need to better understand the condition of BLM-managed landscapes at a broad level.

- Youth in the Great Outdoors, which supports programs and partnerships that engage youth in natural resource management and encourages young people and their families to visit, explore, and learn about the public lands.

- Climate Change, which is affecting public lands in ways that could impact on Americans' quality of life. The BLM is responding with two interconnected initiatives: a proposed landscape approach to land management and Rapid Ecoregional Assessments, which will improve the agency's understanding of public land conditions to inform future management decisions.

By strengthening existing and forging new partnerships with stakeholders, the BLM will ensure that the nation's public lands are managed and conserved for future generations of Americans to use and enjoy."

We request that the RMP align with these priorities above, especially in regards to the second item that encourages renewable energy. If the BLM does not consider oil and gas development on public lands a priority, then the Uncompahgre Field Office's RMP, which will probably be in for in for decades, must reflect that.

Jim Brett

Leader, Slow Food Western Slope
Secretary, Valley Organic Growers Association

BLM_0124414

October 17, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM,

I would like to take this opportunity to submit comments on the Uncompahgre Field Office draft Resource Management Plan. Regrettably, none of the alternatives you have presented offer the level of protection these lands merit, which the people in the area have specifically asked for, and which federal law requires.

Let me be unequivocal. As a homeowner in the North Fork Valley, the proposed RMP is unacceptable to me because of the amount of land that will be kept open to oil and gas leasing. I am gravely concerned about the impacts that virtually unlimited oil and gas development will have on my property values, health, and quality of life. One of the reasons I relocated from the Front Range was to get away from all of the hideous oil and gas development north of Denver. I am especially concerned about air pollution and the health threats associated with this type of industrial activity. I am also very concerned about potential impacts to both my drinking water and irrigation water.

I am extremely disappointed that BLM actively ignored the people of Crawford, Hotchkiss, and Paonia who invested a good deal of time and effort to put together the North Fork Alternative Plan (B1), and worked to build local consensus around this option. The North Fork Alternative Plan is the RMP alternative that I favor, and I urge BLM to adopt this proposal. In the event that this course of action is not taken (and the rationale for not doing so would have to be transparently and publicly shared), there are a number of essential minimum ingredients that the final planning process should take on board. Specifically, the final RMP must:

- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal waters supplies, as these could be contaminated by surface spills and well failure. Most of the domestic water sources in the North Fork Valley are surface springs and streams that are either on or adjacent to BLM lands directly affected by this plan.
- To protect irrigation water, the final plan must exclude oil and gas activities within a quarter mile of all ditches, domestic water decrees, dams, irrigation intakes, or canals.

Without having considered a no-leasing alternative, nor assessed how the North Fork Alternative Plan (B1) would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. I respectfully request the BLM's cooperation in fulfilling this obligation. Public lands are a resource for all Coloradans; not just oil and gas companies. It is absolutely unacceptable that my community's right to clean air and water and a tranquil, rural way of life be cast aside in favor of energy companies' profits.

Sincerely,

Ruth Barreto
40739 German Creek Dr
Paonia, CO 81428

REW Land and Cattle LLLP

38797 Back River Road

Paonia, Co 81428


October 17, 2016

RMP Project Manager

2465 South Townsend Avenue

Montrose, CO  81401

        UFORMP@blm.gov

                              RE:  Resource Management Plan Comments

Project Manager,

      REW Land and Cattle LLLP appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement.  REW LAND and Cattle LLLP continues to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

      REW Land and Cattle LLLP likes Alternative C with some changes discussed below as Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

BLM_0124416

The few portions of Alternative C that REW Land and Cattle LLLP believes should be changed or removed noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

**Special Status Terrestrial Wild Life**

- o **Page 2-95, Line 152**, designate defined habitats as _species occupied_ habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.

- o **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse,. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements.

- o

- o **Land Health**

- o **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health

- o **Page 2-27, Line 26,** add recreation to actions that can cause land health problems

**Page 2-164, Line 295,** maintain the ability to increase AUMs

- o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.

BLM_0124417

o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.

o **Page 2-169, Line 303,** add Colorado Resource Monitoring Imitative to the list of plans to base decisions on.  In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.

o **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments.  Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat.  In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.

o **Page 2-167, Line 301,** No permits or allotments should be closed.

o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements

BLM_0124418

- o **Page 2-172, Line 307,** alternative c is more feasible and allows for the sustainability of multi-generational use of working landscapes


- o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
- o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

Sincerely, REW Land and Cattle LLLP

BLM_0124419

| | |
|---|---|
| **From:** | Bruce MacBryde |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Help Phase Out Climate Pollution ! |
| **Date:** | Tuesday, October 18, 2016 4:37:16 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the BLM's Uncompahgre Field Office fails to seriously address climate change, which is the most significant wide-ranging threat to Colorado's public lands, and the planet.

Every alternative analyzed in the draft plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the EIS would increase climate pollution over baseline levels, and none would limit any fossil-fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas. This therefore is a flawed plan.

Federal public lands must be part of the climate solution, not exacerbate the problem. I urge you to:

-- Adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- Analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- Honestly disclose the direct and indirect climate emissions of fossil-fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- Help communities in the area transition to cleaner economies, rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this highly important issue.

Sincerely,

Bruce MacBryde
199 Wild Turkey Place
Drake, CO 80515
US

BLM_0124420

| | |
|---|---|
| **From:** | Toni Francis |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 9:57:20 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.  As an American citizen and resident of Colorado for many years, I am an owner of those public lands and you represent me, not the fossil fuel industry. My interests include clean air, water, land and the sirvival and well being of my fellow Coloradans, as well as the animals and plants that live on our public lands.  In short my primary interest is in the long term health of my state, country, and planet. Leave fossil fuels in the ground.

Sincerely,

Toni Francis
1088 Princeton Drive
Longmont, CO 80503
US

| | |
|---|---|
| **From:** | Andrew Wright |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 7:27:29 PM |

Dear Uncompahgre Field Office Manager,

The age of fossil fuels is over.  Leave that garbage in the ground where it belongs.  There are other ways to make money from public lands without destroying them.  The American people want public lands to be managed for biodiverisity/plants/animals and light impact recreation, such as biking and hiking.  The Bureau of Land Management should become an agency that manages land in a sound way, not brokering oil/gas deals that wreck the environment.  I hope that you will shift gears and get with the program.

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Andrew Wright
7200 E. Evans Ave
Denver, CO 80224
US

| | |
|---|---|
| **From:** | K. Inman |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:56:07 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

These are the very least you can do to help reduce climate change producing greenhouse gases.  Thank you for your attention to this important issue.

Sincerely,

K. Inman
Meadowbrook
CO, CO 80521
US

| | |
|---|---|
| **From:** | The Honorable Tiffany Snyder - Former Mayor of Ward, Colorado (ret.) |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:34:47 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet. Nor does it take into account our binding responsibility to the Paris Climate Agreement and its requisite and swift transition to a non-fossil fuel energy future.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution, and the loss of some of our most pristine and life-protecting forest and wetlands to be found in America. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas; and hasten the destruction of one of our most important water resources and carbon sinks.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this critical issue.

Sincerely,

The Honorable Tiffany Snyder - Former Mayor of Ward, Colorado (ret.)
175 South 35th Street
Boulder, CO 80305
US

BLM_0124424

**From:** Lyn Lowry
**To:** uformp@blm.gov
**Subject:** Uncompahgre Plan Must Phase Out Climate Pollution
**Date:** Monday, October 17, 2016 1:20:00 PM

Dear Uncompahgre Field Office Manager,

The BLM must begin to take seriously the threats to our future that climate change poses. The draft management plan for the Uncompahgre Field Office fails to address climate change, the most significant threat to Colorado's public lands and to our planet. We are already decades behind in confronting this most dangerous threat, thanks to the intransigence of our government and our public officials. We can't afford your refusal to act responsibly.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lyn Lowry
1538 Kimbark
Longmont, CO 80501
US

| | |
|---|---|
| **From:** | Casey ONeill |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:09:40 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

This if for our families, and for Colorado's future.

Thank you for your attention to this important issue.

Sincerely,

Casey ONeill
1010 Adams Cir. Apt. 12
Boulder, CO 80303
US

| | |
|---|---|
| **From:** | William Hay |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:34:36 AM |

Dear Uncompahgre Field Office Manager,

I write as a climate scientist and author of a major work on climate change 'Experimenting on a Small Planet - A history of scientific discoveries, a future of climate change and global warming.' (available from Amazon.co and many other bookseller). Powerpoints to go with the book are available free at https://spaces.hightail.com/space/d4mzT. I urge you to look at those for the two last chapters (31 & 32). The climate crisis is real, and its impact grossly underestimated.

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

William Hay
2045 Windcliff Dr.
Colorado, CO 80517
US

BLM_0124427

| | |
|---|---|
| **From:** | Robert Kuhnert |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:25:58 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

I WAS LIVING IN MONTROSE IN THE EARLY 80's WHEN THE OIL SHALE BOOM WENT BUST. i REMEMBER "BLACK MONDAY" WHEN EXON & CO. LAID OFF 2700 EMPLOYEES. I LOST MY JOB ABOUT A YEAR LATER THRU TRICKLE DOWN THOUGH-OUT THE WEST SLOPE, SO DON'T TALK TO ME ABOUT IMPACT ON THE COMMUNITY.. NO SAFETY NETS THEN, THE ENERGY COMPANIES JUST SPIT TOWN RAPIDLY.
SO I RECOMMEND YOU GET SOME HUEVOS AND DO YOUR JOB AS LED BY THE PRESIDENT, NO MORE FOSSIL FUEL DEVELOPMENT.

Thank you for your attention to this important issue.

Sincerely,

Robert Kuhnert
10 town plaza #59
Durango, CO 81301
US

| | |
|---|---|
| **From:** | Dee Coulter |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:59:19 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Whoever said you were exempt from our international agreement?  Please align with our urgent need for change! Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economics rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dee Coulter
4850 Niwot Rd
Longmont, CO 80503
US

| | |
|---|---|
| **From:** | Tim Gosar |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:49:06 AM |

Dear Uncompahgre Field Office Manager,

If we are serious about the Paris Climate accord and really addressing climate change we need to keep fossil fuels in the ground, especially all new projects! The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economics rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Tim Gosar
PO Box 940
Fort Collins, CO 80522
US

| | |
|---|---|
| **From:** | Hal Rager |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:45:31 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

A scientific report published last week shows that in order to meet the Paris Agreement's climate targets -- which President Obama ratified earlier this month -- we must not develop any fossil fuels beyond those already under production.

In other words: No new fossil fuel development anywhere. Zero. None.

Despite this the BLM is proposing to allow vast new coal, oil and gas development on beautiful public lands over a huge swath of Colorado. But what about the Paris Agreement? What about the climate crisis and its impact on Colorado's snowpack, rivers and wildlife?

The problem is that the BLM is continuing to do business as usual. In this time of catastrophic climate change, that is simply not good enough.

You need to align our public lands policies with international climate goals by prohibiting new fossil fuel development on public lands in Colorado.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. Therefore I strongly urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Hal Rager
10321 W. 59th Ave, Apt #2
CO, CO 80004

US

BLM_0124432

| | |
|---|---|
| **From:** | Susan Pierce |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:42:30 AM |

Dear Uncompahgre Field Office Manager,

As a scientist, a Colorado native and mother of three I believe that climate change is the greatest threat to my children's future. I am appalled that on one hand our government signs the Paris agreement while with the other BLM is allowing more fossil fuel development. The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Susan Pierce
246C Baca Grant Way
Crestone, CO 81131
US

BLM_0124433

| | |
|---|---|
| **From:** | James Swaney |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:39:53 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

KEEP IT IN THE GROUND!

Thank you for your attention to this important issue.

Sincerely,

James Swaney
1579 Jacob Rd
Estes Park, CO 80517
US

| | |
|---|---|
| **From:** | DEBORAH SMITH |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 16, 2016 1:20:37 PM |

Dear Uncompahgre Field Office Manager,

TAKE NOTE...The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

DEBORAH SMITH
3044 N.W. 30TH
OK, OK 73112
US

| | |
|---|---|
| **From:** | Rick Mick |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Friday, October 14, 2016 9:42:27 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than a half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Rick Mick
224 S 3RD Avenue
Tucson, AZ 85701
US

BLM_0124436

| | |
|---|---|
| **From:** | Sue McHenry |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, October 18, 2016 7:29:45 AM |

Dear Uncompahgre Field Office Manager,

We all know it is happening and now. Climate change is real and its impacts are devastating. However, the draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economics rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sue McHenry
PO Box 1492
Silverthorne, CO 80498
US



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## COPY OF SUBMITTED UFO RMP COMMENTS - BLM Priorities

1 message

**Elaine Brett** <embrett@icloud.com>                                    Tue, Oct 18, 2016 at 12:24 PM
To: director@blm.gov, rwelch@blm.gov, dmwilson@blm.gov, Paonia Email <paonia@townofpaonia.com>,
millie.hamner.house@state.co.us, kerry.donovan.sd5@gmail.com, Robbie LeValley <rlevalley@deltacounty.com>, Mark
Roeber <mroeber@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>, Doug Atchley
<datchley@deltacounty.com>, uformp@blm.gov, sally_jewell@ios.doi.gov
Cc: info@citizensforahealthycommunity.org, info@theconservationcenter.org

Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan
and BLM's stated priorities. A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

**1.  Oil and gas development not be considered as appropriate use for the area,
particularly for the North Fork Valley.  The draft RMP should include a "no leasing"
alternative.**

**2.  In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.**

**3.  In addition, I urge you to designate the Jumbo Mountain area as a Special
Recreation Management Area.**

4.  **The BLM must not be swayed by the industry rhetoric which will lead us to yet another
"boom & bust" economy at the risk of defacing precious landscapes and compromising
our quality of life.**

Elaine Brett
Paonia, CO
embrett@icloud.com



**RMP.BLM Priorities.pdf**
118K

BLM_0124438

Elaine M. Brett
PO Box 1682
Paonia, CO 81428

October 1, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: BLM Priorities

I am a retired professional and have lived in the North Fork Valley for twelve years.   During my careers in Washington DC in Medical Diagnostics and Organizational Development, I interfaced with many public and private organizations.  I have done contracting and consulting with a number of Federal agencies at high levels and understand the internal processes of government.

Since coming to the Western Slope of Colorado, I have been actively involved with local government and nonprofits. I have served as Chairperson on a Delta County Planning Area Planning Committee, President of the Black Canyon Regional Land Trust, founder and president of the Western Colorado Food & Ag Council, Board member of the Western Colorado Community Foundation and, President of the Friends of the Paradise Theatre.  I am currently an Advisor to Downtown Colorado, Inc., the Orton Family Foundation and Citizens for a Healthy Community.

I was pleasantly surprised when I saw the following priorities stated on the BLM website:

- The **America's Great Outdoors initiative**, which is aimed at enhancing the conservation of BLM-managed lands and resources and reconnecting Americans to the outdoors
- The **New Energy Frontier**, which encourages and facilitates renewable energy development – solar, wind, and geothermal – on the Nation's public lands.
- **Cooperative Landscape Conservation,** a scientific initiative that recognizes the need to better understand the condition of BLM-managed landscapes at a broad level.
- **Youth in the Great Outdoors**, which supports programs and partnerships that engage youth in natural resource management and encourages young people and their families to visit, explore, and learn about the public lands.
- **Climate Change,** which is affecting public lands in ways that could impact on Americans' quality of life. The BLM is responding with two interconnected initiatives: a proposed landscape approach to land management and Rapid Ecoregional Assessments, which will improve the agency's understanding of public land conditions to inform future management decisions.

By strengthening existing and forging new partnerships with stakeholders, the BLM will ensure that the nation's public lands are managed and conserved for future generations of Americans to use and enjoy.

These are noble goals and very much aligned with the community values of the people of The North Fork Valley.  I am wondering to what extent these priorities have been applied to the UFO RMP.

If the BLM applied these priorities, we would be having a different conversation.

- **America's Great Outdoors Initiative** in the UFO RMP would look like maximizing outdoor recreation and increasing the Special Recreation Management Areas like Jumbo Mountain.  We could make America healthier by dedicating our lands and resources to encouraging outdoor activities.
- **The New Energy Frontier** would promote and expand the efforts of groups like Solar Energy International (SEI) and use our public lands for solar energy generation.  The UFO region has plenty of sunny days.  Weather data indicates this as a prime region for solar power generation.  My personal experience with PV Solar is that conscientious construction that includes consideration for passive solar, PV solar and Thermal solar is more than adequate for our energy needs.  The Solarize Delta County program (by SEI) is expanding PV solar usage.  Areas such as the "dobies" between Crawford and Paonia and between Hotchkiss and Delta are prime targets for solar energy production.
- Numerous conservation groups like the Western Colorado Conservation Center, the Delta County School District and other youth groups routinely take advantage of engaging youth in resource management of the BLM public lands.  More formal programs could be encouraged by the BLM under the **Youth in the Great Outdoors** priority area.
- **Climate Change** affecting all of our lives in Western Colorado has been anecdotally noted by local writers like Craig Childs and local scientists like Dr. Michael Soule, Dr. Theo Colborn and Dr. David Noe.  Studies of methane emissions from gas well flame outs and coal mine exhaust are well documented. Potential pollution from diesel trucks and equipment has been documented in both the Eastern States and the West.  BLM plans that would allow for continued and expanded gas and oil development will undermine future plans for quality of life and jeopardize the quality of land, water and air and subsequently the survival of plants animals and humans.

In 2012-2015, I was Program Advisor to the North Fork Heart and Soul Community planning process http://www.northforkheartsoul.com.  In that project, we had the opportunity to look closely at the demographics and socioeconomic impacts of the North Fork Valley.  Our team interviewed thousands of local residents and collected stories and data for over two years.  We compared the local present situation with census data and other national and state studies.  The culmination of the project is reflected in the statements of community values that define "what matters most" to the residents of our community.  A comprehensive White Paper can be found on the website.  Very few comments from residents favored oil and gas development.  While local economy was deemed very important, people did not consider jeopardizing our land, our water and our food a worthwhile alternative.   To the best of my knowledge, the BLM has not considered this study in its RMP

## What Matters Most

We value our rural and natural environment that has an abundance of resources and opportunities for healthy living, quality food, work, recreation and connection to the land.

We value our small town feel and sense of community.

We envision a steady economy with work opportunities and the ability to grow our traditional and emerging economic sectors.

We value our freedom to live the way we choose, our independence and our personal responsibility to our communities.

We honor our traditions and heritage while looking to the future.

I urge you to consider and seriously apply the BLM's priority areas in the UFO RMP.

I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development. The BLM should include a "no leasing" alternative.

However, in a real world where market continues to demand fossil fuels … I urge you to accept Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years to come.

In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

Sincerely,

Elaine M. Brett

BLM_0124441

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - COPY OF SUBMITTED UFO RMP COMMENTS - Jumbo Mountain



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## COPY OF SUBMITTED UFO RMP COMMENTS - Jumbo Mountain

1 message

**Elaine Brett** <embrett@icloud.com>                               Tue, Oct 18, 2016 at 12:24 PM
To: director@blm.gov, rwelch@blm.gov, dmwilson@blm.gov, Paonia Email <paonia@townofpaonia.com>,
millie.hamner.house@state.co.us, kerry.donovan.sd5@gmail.com, Robbie LeValley <rlevalley@deltacounty.com>, Mark
Roeber <mroeber@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>, Doug Atchley
<datchley@deltacounty.com>, uformp@blm.gov, sally_jewell@ios.doi.gov
Cc: info@citizensforahealthycommunity.org, info@theconservationcenter.org

Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan
and the Jumbo Mountain Recreation Area. A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

**1.  Oil and gas development not be considered as appropriate use for the area,
particularly for the North Fork Valley.  The draft RMP should include a "no leasing"
alternative.**

**2.  In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.**

**3.  In addition, I urge you to designate the Jumbo Mountain area as a Special
Recreation Management Area.**

4.  **The BLM must not be swayed by the industry rhetoric which will lead us to yet another
"boom & bust" economy at the risk of defacing precious landscapes and compromising
our quality of life.**

Elaine Brett
Paonia, CO
embrett@icloud.com



**RMPJumbo 2016.pdf**
68K

BLM_0124442

Elaine M. Brett
PO Box 1682
Paonia, CO 81428

October 1, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: Jumbo Mountain Recreation Area

I live at the base of Jumbo Mountain and I walk my dogs on the Jumbo Mountain trails. Every day I see people from the town of Paonia and visitors to the area walking, hiking, running, biking and overall enjoying the Jumbo Mountain area. It is an amazing space. The varied terrain and the views of the North Fork of the Gunnison Valley, the West Elk mountains, the Raggeds and the Grand Mesa are incredible. Jumbo is the home to wildlife including herds of deer, foxes, mountain lions, hawks and eagles.

Industrial development is not compatible with recreational use. The Jumbo area must remain undeveloped to support community health and wellness and the benefits of being able to use the trails on a daily basis. Industrial development is not compatible with a trail-centered tourism economy. These trails attract visitors from throughout Colorado and support local hospitality and retail businesses.

I am educated and aware of my surroundings. I love living in the North Fork Valley in Western Colorado. It provides good, clean food -- an amazing landscape -- fabulous access to recreation - spiritual renewal - a healthy environment – an incredible small town community – traditions and history --- and so much more.

I moved here from Washington DC following a 25 year career of dealing with bureaucrats in government and private industry so I know what you are as public servants what you are up against. You need to administer the laws and regulations that have been handed to you by your superiors and your agency. You are doing your best to implement what has been given to you. If you do a good job, you will get paid and will receive a good retirement plan. I know this because I am living this reality now.

I want to trust that you have done a good job and you will use your skills and expertise to devise a plan that is fair and equitable for the people of this region. I do not want to dispute, line by line the facts and data that you have compiled. As an American taxpayer, I want to feel comfortable that you know what you are doing and are implementing plans in the best interest of the "good of the all."

In my 63 years, I have never found a place or community that is like the North Fork Valley. This is a special place with amazing energy and potential. This is a community that cherishes the land and

water and a community that takes care of itself.  I live in a county that is about 50% public lands. What the BLM does will affect our lives and those who come behind us.   The maintenance of our public lands is a sacred duty. In that spirit, the continuance of the respect for the public land and the people who are adjacent to that land is of utmost importance.

The RMP is important in laying out the plan for this area for the next 20-30 years.  It is true that we are a low-density population yet, it is true that there is something very special about the community that resides in this North Fork Valley.

There are many here who depend on the organic and biodynamic farming practices in this place to feed us with nutritious food  - it does not matter whether they are conservative "old-timers" or idealistic "new-comers" - they produce amazing, healthy food that nourishes us.   There are creatives and artists who provide nurturing art that enriches our culture and makes us better human beings. And there are those who practice and educate us on health alternatives.  There are the new entrepreneurs who are "inventing" new businesses using the internet and new technologies.  They are our resilient future – not the boom and bust cycle of industrial extraction companies.

I am optimistic and hopeful about this North Fork Valley.  And I am concerned …

If the BLM adopts any actions that will destroy – or have the <u>potential of destroying</u> – the beauty, the culture, the spirit or the community of this region, it will create a vacuum – a black hole – that decimates a piece of Americana that cannot be replaced.

Allowing oil and gas leases adjacent to communities like the North Fork Valley is the equivalent to genocide.  You would be killing those people, lifestyles and lands that make America great.

**<u>I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development.  The BLM should include a "no leasing" alternative.</u>**

**<u>However, reality dictates that the market continues to demand fossil fuels, therefore, I urge you to accept Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years to come.</u>**

**<u>In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area per Alternative B and to remove oil and gas leasing from the Jumbo area.</u>**

Sincerely,

Elaine M. Brett

BLM_0124444



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## COPY OF SUBMITTED UFO RMP COMMENTS - Personal Observations
1 message

**Elaine Brett <embrett@icloud.com>**                                         Tue, Oct 18, 2016 at 12:25 PM
To: director@blm.gov, rwelch@blm.gov, dmwilson@blm.gov, Paonia Email <paonia@townofpaonia.com>,
millie.hamner.house@state.co.us, kerry.donovan.sd5@gmail.com, Robbie LeValley <rlevalley@deltacounty.com>, Mark
Roeber <mroeber@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>, Doug Atchley
<datchley@deltacounty.com>, uformp@blm.gov, sally_jewell@ios.doi.gov
Cc: info@citizensforahealthycommunity.org, info@theconservationcenter.org

Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan
and my personal observations. A hard copy has been mailed to the BLM office in Montrose, CO.


The "bottom line" summary of my message to the BLM is:


**1.   Oil and gas development not be considered as appropriate use for the area,
particularly for the North Fork Valley.  The draft RMP should include a "no leasing"
alternative.**

**2.   In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.**

**3.   In addition, I urge you to designate the Jumbo Mountain area as a Special
Recreation Management Area.**

4.   **The BLM must not be swayed by the industry rhetoric which will lead us to yet another
"boom & bust" economy at the risk of defacing precious landscapes and compromising
our quality of life.**


Elaine Brett
Paonia, CO
embrett@icloud.com




**BLM Personal 2016.pdf**
70K

BLM_0124445

Elaine M. Brett
PO Box 1682
Paonia, CO 81428

October 1, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: Realities

OK folks, so let's be honest. I am a mere mortal. I am educated and aware of my surroundings. I
love living in the North Fork Valley in Western Colorado. It provides good, clean food -- an amazing
landscape -- fabulous access to recreation - spiritual renewal - a healthy environment – an incredible
small town community – traditions and history --- and so much more.

I moved here from Washington DC following a 25 year career of dealing with bureaucrats in
government and private industry so I know what you are as public servants what you are up against.
You need to administer the laws and regulations that have been handed to you by your superiors and
your agency. You are doing your best to implement what has been given to you. If you do a good
job, you will get paid and will receive a good retirement plan. I know this because I am living this
reality now.

As a mere mortal, I really have no intent of digesting the 2000+ pages of the UFO RMP and I want to
trust that you have done a good job and you will use your skills and expertise to devise a plan that is
fair and equitable for the people of this region. I do not want to dispute, line by line the facts and data
that you have compiled. As an American taxpayer, I want to feel comfortable that you know what
you are doing and are implementing plans in the best interest of the "good of the all."

At the same time, **I am a resident of the North Fork Valley and I live at the base of the Jumbo
Mountain BLM area.**

In my 63 years, I have never found a place or community that is like the North Fork Valley. This is a
special place with amazing energy and potential. This is a community that cherishes the land and
water and a community that takes care of itself.

We live in a county that is about 50% public lands. Twelve years ago, living in Maryland in
suburban DC, that statement had no meaning to me. I had no clue what BLM was and what it meant
for this country. I would venture to say that the majority of those outside of the West are equally as
clueless.

**Now, I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain
BLM area.**

The UFO RMP is now vital to my existence and to the people in the town of Paonia and the North Fork Valley.  What the BLM does will affect our lives and those who come behind us.   The maintenance of our public lands is a sacred duty. In that spirit, the continuance of the respect for the public land and the people who are adjacent to that land is of utmost importance.

The RMP is important in laying out the plan for this area for the next 20-30 years.  It is true that we are a low-density population yet, it is true that there is something very special about the community that resides in this North Fork Valley.

There are many here who depend on the organic and biodynamic farming practices in this place to feed us with nutritious food  - it does not matter whether they are conservative "old-timers" or idealistic "new-comers" - they produce amazing, healthy food that nourishes us.   There are creatives and artists who provide nurturing art that enriches our culture and makes us better human beings.  And there are those who practice and educate us on health alternatives.  There are the new entrepreneurs who are "inventing" new businesses using the internet and new technologies.  They are our resilient future – not the boom and bust cycle of industrial extraction companies.

**I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain BLM area.**

I am optimistic and hopeful about this North Fork Valley.  And I am concerned …

If the BLM adopts any actions that will destroy – or have the potential of destroying – the beauty, the culture, the spirit or the community of this region, it will create a vacuum – a black hole – that decimates a piece of Americana that cannot be replaced.

Allowing oil and gas leases adjacent to communities like the North Fork Valley is the equivalent to genocide.  You would be killing those people, lifestyles and lands that make America great.

**I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development.  The BLM should include a "no leasing" alternative.**

**However, in a real world where market continues to demand fossil fuels … I urge you to accept Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years to come.**

**In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.**

I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain BLM area.


Sincerely,

Elaine M. Brett



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## COPY OF SUBMITTED UFO RMP COMMENTS - Socioeconomic baseline comments
1 message

**Elaine Brett** <embrett@icloud.com>                                    Tue, Oct 18, 2016 at 12:24 PM
To: director@blm.gov, rwelch@blm.gov, dmwilson@blm.gov, Paonia Email <paonia@townofpaonia.com>,
millie.hamner.house@state.co.us, kerry.donovan.sd5@gmail.com, Robbie LeValley <rlevalley@deltacounty.com>, Mark
Roeber <mroeber@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>, Doug Atchley
<datchley@deltacounty.com>, uformp@blm.gov, sally_jewell@ios.doi.gov
Cc: info@citizensforahealthycommunity.org, info@theconservationcenter.org

Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan
and BLM's Socioeconomic baseline. A hard copy has been mailed to the BLM office in Montrose, CO.


The "bottom line" summary of my message to the BLM is:


**1.  Oil and gas development not be considered as appropriate use for the area,
particularly for the North Fork Valley.  The draft RMP should include a "no leasing"
alternative.**

**2.  In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.**

**3.  In addition, I urge you to designate the Jumbo Mountain area as a Special
Recreation Management Area.**

4.  **The BLM must not be swayed by the industry rhetoric which will lead us to yet another
"boom & bust" economy at the risk of defacing precious landscapes and compromising
our quality of life.**


Elaine Brett
Paonia, CO
embrett@icloud.com


📄 **RMP.Socioeconomic 10-16.pdf**
     105K

BLM_0124448

Elaine M. Brett
PO Box 1682
Paonia, CO 81428

October 1, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject:  Socioeconomic Baseline comments

I am a retired professional and have lived in the North Fork Valley for twelve years.   During my careers in Washington DC in Medical Diagnostics and Organizational Development, I interfaced with many public and private organizations.  I have done contracting and consulting with a number of Federal agencies at high levels and understand the internal processes of government.

Since coming to the Western Slope of Colorado, I have been actively involved with local government and nonprofits. I have served as Chairperson on a Delta County Planning Area Planning Committee, President of the Black Canyon Regional Land Trust, founder and president of the Western Colorado Food & Ag Council, Board member of the Western Colorado Community Foundation and President of the Friends of the Paradise Theatre.  I am currently an Advisor to Downtown Colorado, Inc., the Orton Family Foundation and Citizens for a Healthy Community.

In 2012-2015, I was Program Advisor to the North Fork Heart and Soul Community planning process http://www.northforkheartsoul.com.  In that project, we had the opportunity to look closely at the demographics and socioeconomic impacts of the North Fork Valley.  Our team interviewed thousands of local residents and collected stories and data for over two years.  We compared the local present situation with census data and other national and state studies.  The culmination of the project is reflected in the statements of community values that define "what matters most" to the residents of our community.  A comprehensive White Paper can be found on the website.

## What Matters Most

We value our rural and natural environment that has an abundance of resources and opportunities for healthy living, quality food, work, recreation and connection to the land.

We value our small town feel and sense of community.

We envision a steady economy with work opportunities and the ability to grow our traditional and emerging economic sectors.

We value our freedom to live the way we choose, our independence and our personal responsibility to our communities.

We honor our traditions and heritage while looking to the future

In spite of the BLM's thorough study, I suggest that the SOCIOECONOMIC BASELINE ASSESSMENT REPORT is flawed in its assumptions and conclusions for the North Fork Valley. It is extremely important that the BLM make their judgments and conclusions based on an accurate assessment of the local population. I recommend that the BLM look at the following in their final recommendations for the Resource Management Plan:

1. Data from the BLM report is old data and does not reflect current migration patterns and the changes in demographics that are occurring.
   a. References for population, industries and other demographic parameters are from 2010 and earlier and based on Census data that is even older.
   b. Currently, in the North Fork Valley, we are witnessing an influx of "boomer" generation retirees and near-retirees along with representative millennials and Generation Z who seeking a small town, rural quality of life. This dynamic is creating a trending toward volunteerism and mentoring by one group and the rise entrepreneurial businesses by the latter.
   c. These patterns are affecting the socioeconomic make up of age, education, consumer behaviors and social equity now and for the future..
2. The grouping of "Socioeconomic Units" is flawed by placing Paonia in with the under-populated areas of Somerset and Bowie and by not applying the traditional regions of the North Fork Valley, Surface Creek watershed and areas surrounding the city of Delta.
   a. Paonia historically and traditionally is regarded as part of the North Fork Valley.
   b. The town and the surrounding area is a part of Delta County District 3 which includes Paonia, Hotchkiss and Crawford.
   c. Any assumptions about industry trends and linking Paonia to the defunct town of Bowie and the Gunnison County town of Somerset are inaccurate.
   d. Currently Paonia has earned the reputation for being "Colorado's Farm-to-Table Capital" and is the anchor of the North Fork Creative District. Value-add food and beverage products and creative industries are dominating the local economy.
   e. Due to mine closures, fewer and fewer households are dependent on local mining jobs.
3. County or State cumulative data does not reflect the microcosm of the small towns of Paonia, Hotchkiss and Crawford.
   a. Local studies have demonstrated that because of the sharp distinctions of the three regions in Delta County, the county or state rollup of census data does not adequately describe the reality of the towns and their surrounding areas.
4. The BLM report does not reflect current economic drivers that are changing the industries and lifestyles of current and future residents.
   a. In 2015 and 2016, the coal mining industry saw a severe reduction due to global demand and consumer trends. Two of the three mines in Bowie and Somerset closed and the third, West Elk mine, whose corporation has filed bankruptcy, is expected to continue to reduce services and ultimately close as well.
   b. The historic coalmine-driven economy is quickly changing and sentiment to continue to expect mining jobs to bolster the local economy is waning.
   c. New small businesses including internet-based business are bolstering the local economy. Current installation of broadband internet is making these businesses viable alternatives to the "old" ways of conventional farming and mining.

5. The BLM's assessment for Socioeconomic Unit 1 that "Recreational use of land is important for local area residents" is correct. However, the statement "The key issues are providing the continued access to public lands for traditional agricultural and extractive resource uses while

BLM_0124450

preserving the quality of life for local residents" would not be supported by most Paonians in that while there is an acceptance of coal extraction, the presence of other extractive industries is viewed as a detriment to the quality of life of the area. The statement for Socioeconomic Unit 2 "Utilization of public land and enhancing environmental values while preserving open space is also important. The key issue is finding the balance that allows residents to retain a lifestyle that meets their needs and provides recreational opportunities for visitors to the area" is accurate for the North Fork Valley.

In conclusion, the Report's concluding statement is vague but admirable.

"Large variations in the study area, particularly between the UFO planning units, make generalizations about the study area's social and economic conditions complex. Due to the large acreage of public lands in many study area counties, the overall contribution of public lands to local economies may be significant. Influence of public lands at the local level is especially important, particularly in locations where public lands provide a source of employment, such as ranching or energy production, or a significant contribution to quality of life for local residents, such as recreational activities availability or open space preservation. As such, local citizens' concerns, as reflected in the economic strategy workshops will be analyzed during development of the Uncompahgre RMP."

I hope that the BLM will consider present and future trends in socioeconomics and not rely only on the past to make decisions for the future in the RMP. I recommend that

1. **Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.**
2. **In the least, the BLM incorporated alternatives B and B.1 into the final RMP.**
3. **In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.**
4. **The BLM not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.**

Sincerely,


Elaine M. Brett

10/26/2016          DEPARTMENT OF THE INTERIOR Mail - COPY OF SUBMITTED UFO RMP COMMENTS - Socioeconomic baseline comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## COPY OF SUBMITTED UFO RMP COMMENTS - Socioeconomic baseline comments
1 message

---

**Elaine Brett <embrett@icloud.com>**                                            Tue, Oct 18, 2016 at 12:24 PM
To: director@blm.gov, rwelch@blm.gov, dmwilson@blm.gov, Paonia Email <paonia@townofpaonia.com>,
millie.hamner.house@state.co.us, kerry.donovan.sd5@gmail.com, Robbie LeValley <rlevalley@deltacounty.com>, Mark
Roeber <mroeber@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>, Doug Atchley
<datchley@deltacounty.com>, uformp@blm.gov, sally_jewell@ios.doi.gov
Cc: info@citizensforahealthycommunity.org, info@theconservationcenter.org

Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan
and BLM's Socioeconomic baseline. A hard copy has been mailed to the BLM office in Montrose, CO.


The "bottom line" summary of my message to the BLM is:


**1.  Oil and gas development not be considered as appropriate use for the area,
particularly for the North Fork Valley.  The draft RMP should include a "no leasing"
alternative.**

**2.   In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.**

**3.   In addition, I urge you to designate the Jumbo Mountain area as a Special
Recreation Management Area.**

4.   **The BLM must not be swayed by the industry rhetoric which will lead us to yet another
"boom & bust" economy at the risk of defacing precious landscapes and compromising
our quality of life.**


Elaine Brett
Paonia, CO
embrett@icloud.com


---

📄 **RMP.Socioeconomic 10-16.pdf**
105K

BLM_0124452

Elaine M. Brett
PO Box 1682
Paonia, CO 81428

October 1, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: Socioeconomic Baseline comments

I am a retired professional and have lived in the North Fork Valley for twelve years. During my careers in Washington DC in Medical Diagnostics and Organizational Development, I interfaced with many public and private organizations. I have done contracting and consulting with a number of Federal agencies at high levels and understand the internal processes of government.

Since coming to the Western Slope of Colorado, I have been actively involved with local government and nonprofits. I have served as Chairperson on a Delta County Planning Area Planning Committee, President of the Black Canyon Regional Land Trust, founder and president of the Western Colorado Food & Ag Council, Board member of the Western Colorado Community Foundation and President of the Friends of the Paradise Theatre. I am currently an Advisor to Downtown Colorado, Inc., the Orton Family Foundation and Citizens for a Healthy Community.

In 2012-2015, I was Program Advisor to the North Fork Heart and Soul Community planning process http://www.northforkheartsoul.com. In that project, we had the opportunity to look closely at the demographics and socioeconomic impacts of the North Fork Valley. Our team interviewed thousands of local residents and collected stories and data for over two years. We compared the local present situation with census data and other national and state studies. The culmination of the project is reflected in the statements of community values that define "what matters most" to the residents of our community. A comprehensive White Paper can be found on the website.

## What Matters Most

We value our rural and natural environment that has an abundance of resources and opportunities for healthy living, quality food, work, recreation and connection to the land.

We value our small town feel and sense of community.

We envision a steady economy with work opportunities and the ability to grow our traditional and emerging economic sectors.

We value our freedom to live the way we choose, our independence and our personal responsibility to our communities.

We honor our traditions and heritage while looking to the future

In spite of the BLM's thorough study, I suggest that the SOCIOECONOMIC BASELINE
ASSESSMENT REPORT is flawed in its assumptions and conclusions for the North Fork Valley. It is
extremely important that the BLM make their judgments and conclusions based on an accurate
assessment of the local population. I recommend that the BLM look at the following in their final
recommendations for the Resource Management Plan:

1. Data from the BLM report is old data and does not reflect current migration patterns and the
   changes in demographics that are occurring.
   a. References for population, industries and other demographic parameters are from 2010
      and earlier and based on Census data that is even older.
   b. Currently, in the North Fork Valley, we are witnessing an influx of "boomer"
      generation retirees and near-retirees along with representative millennials and
      Generation Z who seeking a small town, rural quality of life. This dynamic is creating
      a trending toward volunteerism and mentoring by one group and the rise
      entrepreneurial businesses by the latter.
   c. These patterns are affecting the socioeconomic make up of age, education, consumer
      behaviors and social equity now and for the future..
2. The grouping of "Socioeconomic Units" is flawed by placing Paonia in with the under-
   populated areas of Somerset and Bowie and by not applying the traditional regions of the North
   Fork Valley, Surface Creek watershed and areas surrounding the city of Delta.
   a. Paonia historically and traditionally is regarded as part of the North Fork Valley.
   b. The town and the surrounding area is a part of Delta County District 3 which includes
      Paonia, Hotchkiss and Crawford.
   c. Any assumptions about industry trends and linking Paonia to the defunct town of
      Bowie and the Gunnison County town of Somerset are inaccurate.
   d. Currently Paonia has earned the reputation for being "Colorado's Farm-to-Table
      Capital" and is the anchor of the North Fork Creative District. Value-add food and
      beverage products and creative industries are dominating the local economy.
   e. Due to mine closures, fewer and fewer households are dependent on local mining jobs.
3. County or State cumulative data does not reflect the microcosm of the small towns of Paonia,
   Hotchkiss and Crawford.
   a. Local studies have demonstrated that because of the sharp distinctions of the three
      regions in Delta County, the county or state rollup of census data does not adequately
      describe the reality of the towns and their surrounding areas.
4. The BLM report does not reflect current economic drivers that are changing the industries and
   lifestyles of current and future residents.
   a. In 2015 and 2016, the coal mining industry saw a severe reduction due to global
      demand and consumer trends. Two of the three mines in Bowie and Somerset closed
      and the third, West Elk mine, whose corporation has filed bankruptcy, is expected to
      continue to reduce services and ultimately close as well.
   b. The historic coalmine-driven economy is quickly changing and sentiment to continue to
      expect mining jobs to bolster the local economy is waning.
   c. New small businesses including internet-based business are bolstering the local
      economy. Current installation of broadband internet is making these businesses viable
      alternatives to the "old" ways of conventional farming and mining.

5. The BLM's assessment for Socioeconomic Unit 1 that "Recreational use of land is important
   for local area residents" is correct. However, the statement "The key issues are providing the
   continued access to public lands for traditional agricultural and extractive resource uses while

BLM_0124454

preserving the quality of life for local residents" would not be supported by most Paonians in that while there is an acceptance of coal extraction, the presence of other extractive industries is viewed as a detriment to the quality of life of the area. The statement for Socioeconomic Unit 2 "Utilization of public land and enhancing environmental values while preserving open space is also important. The key issue is finding the balance that allows residents to retain a lifestyle that meets their needs and provides recreational opportunities for visitors to the area" is accurate for the North Fork Valley.

In conclusion, the Report's concluding statement is vague but admirable.

"Large variations in the study area, particularly between the UFO planning units, make generalizations about the study area's social and economic conditions complex. Due to the large acreage of public lands in many study area counties, the overall contribution of public lands to local economies may be significant. Influence of public lands at the local level is especially important, particularly in locations where public lands provide a source of employment, such as ranching or energy production, or a significant contribution to quality of life for local residents, such as recreational activities availability or open space preservation. As such, local citizens' concerns, as reflected in the economic strategy workshops will be analyzed during development of the Uncompahgre RMP."

I hope that the BLM will consider present and future trends in socioeconomics and not rely only on the past to make decisions for the future in the RMP. I recommend that

1. **Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.**
2. **In the least, the BLM incorporated alternatives B and B.1 into the final RMP.**
3. **In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.**
4. **The BLM not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.**

Sincerely,

Elaine M. Brett

BLM_0124455

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - Opposition to the Draft Resource Management Plan / DEIS for the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Opposition to the Draft Resource Management Plan / DEIS for the North Fork Valley
1 message

**Todd and Cynthia Hines <mccowgirl331@gmail.com>**                     Tue, Oct 18, 2016 at 9:29 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

I am opposed to oil and gas leasing on public lands in the North Fork Valley because of the devastating effects the industrialization of this area will have on our efforts to build a sustainable economy based on:

**Agriculture** - the NFV has the highest concentration of organic farms and orchards in Colorado, is a designated American Viticulture Area, is home to ranches that produce heritage beef, pork, lamb and poultry, as well as goat milk and cheese products.

**Tourism and Recreation** - The NFV has unparelled beauty and clean soil, water and air that attract thousands of visitors each year, contributing significantly to the local economy.  Our open space and lack of traffic congestion will be severely compromised by well pads and the light, deafening noise and large vehicle traffic associated with fracking.

**Hunting and Fishing** - The NFV is home to numerous gold medal fishing streams and extensive big game hunting.  Generations have visited the NFV year after year to pursue these activities, generating a significant portion of the local economy.  Many ranches are dependent upon the revenues generated by these activities and could not remain in existence without them.

THE BLM did not consider the significant financial contributions to the local economy from the above activities.  Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledged the existence of these crucial sources of revenue and therefore did not analyze the effects drilling would have on them.  This is a total abdication of the BLM's responsibility to protect the public from the negative effects of oil and gas activities.

The NFV economy is an unique combination of the perpetuation of multi-generation, homesteaded ranches, hunting and fishing and more recent heritage and organic farming and eco-tourism. Not only are these activities generating a sustainable economy for the NFV, they perpetuate our highly valued way of life.  A hard-look analysis at the risks posed by oil and gas operations can only lead to the conclusion that a **no-leasing alternative** is the **only** alternative that serves the economic interests of the North Fork Valley.

Sincerely,

Cynthia Hines
1246 7745 Road
Crawford, CO 81415

BLM_0124456



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# UFO RMP
1 message

**D TEAL** <DORISTEAL@msn.com>                                    Tue, Oct 18, 2016 at 9:51 PM
To: "uformp@blm.gov" <uformp@blm.gov>

📄 **Revised Dear Bureau of Land Management,2016.docx**
    931K

BLM_0124457

BUREAU OF LAND MANAGEMENT

UNCOMPAHGRE FIELD OFFICE

2465 SOUTH TOWNSEND AVE

MONTROSE, CO 81401                                                    OCTOBER 10,2016


Dear Bureau of Land Management:


My husband and I recently bought our retirement home in Crawford.  Our address is #3720, 3750 Rd., Crawford.


After years of searching all over Colorado, we bought this property for the



unparalleled views that stretch for miles, both east to the West Elks and west above and into the Smith Fork Canyon, and for the incredibly quiet setting the property enjoys. The only sound one hears is that of the Smith Fork as it flows below. Our home overlooks the canyon and is perched at its very edge, about 10 yards from the rim. We were really happy that our views encompassed so much BLM land because we believed that there would be no development taking place that would not be in compatible use with the neighboring area and surroundings.

We have been so excited to have moved and be able to contribute to this beautiful, vibrant and healthy community. We have spent most of our savings for the purchase of this property and to acquire the irrigation water that we deemed necessary to use for the garden, fruit trees, hay pasture and growing of organic lavender. We have made plans to spend the rest of our lives here. After all, this is the area Forbes Magazine wrote about and referred to as the "Golden Triangle" (March 2006). This area will be hard to recognize for the natural beauty and pastoral feel touted for in magazine articles today if gas development takes place.

The effects of gas development would be numerous and of great consequence to us. Regarding specifics:

- Our views would no longer be unobstructed since a gas tower would be placed directly south of our home, the direction our house faces. The night sky would change from dark and absolutely clear to no longer being visible. This includes the view down the canyon rim where the other towers would be placed. We spend much time exploring and hiking in this canyon, its gullies and along its rims.
- The level of sound would change from total quiet to the constant and loud noise of heavy machinery.
- Air quality would be affected. We spend most of our time outside. Our windows and doors are always wide open to the outdoors. We enjoy the

purity of our clean air and the quietness of our surroundings.  We would never want to do anything to close ourselves off

- Roads would have be put in on undeveloped land. And these roads would have to be built to carry heavy equipment. The local soils are high in clay content and show disturbance and erode easily. The roads that would have to be built would likely have to cross private land to reach landlocked parcels, causing disruption to many local people and neighbors.

- There are currently deer, elk, mountain lions, foxes, and bear that come on our property as well as numerous birds that fly up and down the canyon. There are literally thousands of swallow's nests on the canyon walls below our house and these birds and animals drink the water from the ditch and the pond. These established flyways and trails would be disrupted by gas development and its fallout.

- **Of deep concern** to us is the seismic activity and disruption of layers caused by "Fracking". As mentioned, the house is perched at the edge of the Smith Fork canyon, facing south and no more than 10 yards from the rim at points (see pictures). "Fracking" could cause layers to shift and the land to slide, endangering the house itself.





House

- Regarding water issues, our irrigation water comes to us via the Clipper Ditch, a mostly earthen and unlined ditch. If this water were to be contaminated at its source or along its way to us it would reach us in a contaminated state. The other larger ditch that borders our property east, north and west is the Grandview Canal, whose source is also at parcel #6200.  As it turns north on our property it seeps into a pond, which is used extensively by birds and wildlife.The seepage from the irrigation ditch also shows up as springs on other parts of our land.  Our property has a lot of elevation changes, ranging from flat areas to dropping off on the southern cliff edge all the way to the canyon bottom. Were the irrigation water to be contaminated, there would literally be pockets of contaminated water seeping all over our acreage.

Setting the quality of life issues aside, what about the dollar value of the property? By considering the points I have made as to how our property would be affected, one can appreciate our **realistic concern that it would become of no value to anyone and therefore unsalable.**

BLM_0124461

**In regards to the rest of the community and the other parcels**, you will surely receive many, many letters addressing all the ways this development would affect the community as a whole. Amongst some that will surely be mentioned;

- Water issues.(By the way, where would the huge amount of necessary water for "Fracking" come from? **There is no extra water here!**
- Proximity of parcels to schools and towns and multi-use facilities
- Heavy traffic on roads not built to handle the weight or usage or the eventual emergency.
- The effects on Organic farming and the successful "Farm to Table" efforts.
- The tourist industry and the unsightly visual impact gas development would have on the landscape.
- The effect on hunting grounds and migration corridors.
- The effect on Gold Medal Fishing areas.
- Disruption of the terrain in general, and its ability to regenerate. Let us not forget the problems associated with the historical lack of interest on the part of gas and energy companies to fix what they ruin.
- Statistics show the increase of the crime rate in areas of large gas development. Why would we want to add that problem to our peaceful and safe community?

**Disruption to the current lifestyle to so many. The quality of life issues are HUGE!**

With this in mind from my part, and from what you will hear from the many concerned citizens of this community, it should become very obvious that the current lifestyle and the proposed industrial development of this area are in **NO WAY COMPATIBLE.**

BLM_0124462

Thank you for your consideration**, AND FOR ADOPTING ALTERNATIVE B1**

SINCERELY,

Doris T Wehrmacher

3720 3750 Rd, Crawford, CO 81415

email: [doristeal@msn.com](mailto:doristeal@msn.com)

BLM_0124463

BLM_0124464



# Town of Hotchkiss
# 276 W Main St. - P.O. Box 369
# Hotchkiss, Colorado 81419
# (970) 872-3663

WENDELL A. KOONTZ
Mayor

MARLENE SEARLE
Town Clerk

October 18, 2016

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401

*RE: Uncompahgre Field Office Draft Resource Management Plan*

To Whom It May Concern:

The Town of Hotchkiss, a small rural statutory Town in Delta County is writing to provide comments for the Uncompahgre Field Office's Draft Resource Management Plan (RMP). Additionally the Town is providing copies of our Master Plan, updated in 2010 and our Source Water Protection Plan adopted in 2015. Both documents are specific and relevant to management of BLM lands in the Hotchkiss area. This letter is being provided after discussion, review and approval by the Town of Hotchkiss Board of Trustees at our October 13, 2016 regular meeting of the Board.

Situated along the North Fork of the Gunnison River, the Town of Hotchkiss has a population of less than one thousand people. Coal Mining and Agricultural are important economic drivers for the Town and the surrounding area. A decrease in coal mining activity in the North Fork Valley and within Delta and Gunnison Counties has severely depressed economic activity and growth in Hotchkiss. The recent closing of two coal mines in the North Fork Valley has resulted in in the loss of at least 600 direct jobs. The complete economic impact of these mines closing is not yet fully known; nevertheless, it is possible that these mine closures may result in in the loss of up to 3,200 jobs. Management of BLM mineral resources for responsible development will continue to be an important part of the Hotchkiss economy.

Many large cattle ranching operations and numerous small acreage, traditional and organic farms and orchards exist in the North Fork Valley around Hotchkiss. These agricultural businesses depend on BLM and USFS grazing leases, clean water for irrigation and domestic use, and maintaining productive lands. The Hotchkiss community depends on the effective management of public lands and resources to sustain these agricultural entities.

TRUSTEES
Lindee Cantrell, John Marta, Mary Hockenbery, James Roberts, Thomas Wills, Larry Jakubiak

BLM_0124466

A recent trend also indicates the increasing importance of retirees and transfer of retirement income to the community and local economy. Access to public land through trails, boat ramps and preservation of open spaces is important for quality of life considerations. Development of those resources and recreational opportunities will be of increasing importance of the Town and community of Hotchkiss.

These issues and others lead the Trustees to respectfully request that the BLM continue work on this document and consider adopting an alternative, or blend of existing alternatives, that address the concerns of the citizens of the Town of Hotchkiss for the present and future. These would include:

Protection of municipal, personal and irrigation water resources as noted in the Town of Hotchkiss' Source Water Protection Plan.

Sustaining and developing economic opportunities that promote a vibrant economy, schools, and communities. Hotchkiss citizens, through their Master Plan, endeavor to grow the community with further development of trails and recreational opportunities.

Further development of Public Access and Recreation including improved access to rivers. These areas include:

1. Improved trails, parking, and signage on BLM lands south of Hotchkiss High School. This includes motorized, non-motorized, and bicycle trails for all to enjoy.
2. Development of river access and camping opportunities on BLM managed lands along the North Fork River.
3. Continued access for livestock grazing on BLM managed lands within the UFO area.
4. Responsible solid and fluid mineral development that minimizes impacts to the competing public land resources and protects personal property rights. Examples would be; No Surface Occupancy requirements on private lands with federal mineral estates.   Infringes on personal property rights (pg 2-194, Line 336)

The Citizens and Trustees of the Town of Hotchkiss thank you for your consideration in these matters. Responsible development and protection for public lands in and around our Town is important to us. We will continue to engage with the BLM on the landscape scale and project specific levels.

Sincerely,

Wendell A. Koontz, Mayor and
Hotchkiss Board of Trustees
Town of Hotchkiss

BLM_0124468



Source: US. Bureau of Labor Statistics
fred.stlouisfed.org

myf.red/g/7Hio

BLM_0124469

BLM_0124470

# TOWN

# OF

# HOTCHKISS

# COMMUNITY

# MASTER

# PLAN

PREPARED BY:

THE CITIZENS OF THE TOWN &
THE HOTCHKISS COMMUNITY
THE HOTCKISS PLANNING COMMISSION
THE HOTCHKISS BOARD OF TRUSTEES
Town of Hotchkiss Staff
Kelly Yeager – Land Use Planner
Amended/Updated March, 2012

*"THE FRIENDLIEST TOWN AROUND"*
*"THE HUB OF THE NORTH FORK"*

1

## TABLE OF CONTENTS

I.    **INTRODUCTION**
    A.    Authorization
    B    Applicability
    C    Why is a Community Master Plan Needed?
    D    What is a Community Master Plan?
    E    What is the Purpose of the Community Master Plan?
    F    What the Community Master Plan is not
    G    How is a Community Master Plan Used?
    H.    What was the Planning Process Used to Create the Community Master? Plan?

II.    **WHERE WE CAME FROM - HOTCHKISS'S HISTORY RELATING TO PLANNING AND INFRASTRUCTURE**

III    **WHERE ARE WE NOW?**
    A Land
        1. Topography
        2. Natural Hazards
        3. Existing Land Use and Development
    B People
        1. Demographics
        2. Housing
        3. Economy
    C Infrastructure
        1. Water
        2. Wastewater
        3. Transportation
    D Community Services & Facilities
        1. Public Buildings
        2. Parks and Recreation
        3. Law & Code Enforcement
        4. Fire Protection
        5. Ambulance Service
        6. Mosquito Protection District
    E Current Land Use Regulations

IV.    **COMMUNITY VISION STATEMENT**
    A. Why is a Community Vision Statement Important?
    B Town of Hotchkiss Community Vision Statement

BLM_0124472

V.   COMMUNITY MASTER PLAN GOALS, POLICIES,
     IMPLEMENTATION STRATEGIES AND TIME LINE
     A. Public Facilities and Services Goal
     B  Transportation Goal
     C  Economic Development Goal
     D  Downtown Commercial Center Goal
     E  Recreation Goal
     F  Small Town Atmosphere Goal
     G  Land Use Planning Goal
     H  Senior Citizens Goal
     I  Community Spirit Goal
     J  Tourism Goal

VI.  COMPONENTS & IMPLEMENTATION OF THE COMMUNITY
     MASTER PLAN
     A  Implementation Tools - "How Do We Get to Where We Want to Go"
     B  Things We Do Not Want to See Changed
     C  Intergovernmental Agreement with Delta County
     D  Annexation
     E  Existing Land Uses and Patterns

VII  APPENDICES
     A  Demographics
     B  Three Mile Area Planning Map
     C  Hazard Area Map
     D  Existing Land Use Map
     E  Future Land Use Pattern Map
     F  Additional Water Supply Data
     G  Water Service Area
     H  Housing Needs Assessment for Delta County
     I  Engineering Memo on Sewer Capacity
     J  Additional Maps and Resources

3

BLM_0124473

# I. Introduction

The Hotchkiss Community Master Plan is an expression of the vision of the citizens of the Town of Hotchkiss and the Hotchkiss Community for the next 10 years. The Town of Hotchkiss Planning Commission's desire was to have the plan be a true representation of the vision of the citizens that they serve. Therefore, they took the time and energy to receive and review public comments from not only the citizens of the Town, but the whole Hotchkiss Community. The Planning Commission held public information/ educational meetings, conducted surveys and input gathering from the citizens with the hope of getting everyone involved and have them give direction to the growth of Hotchkiss in the future.

The citizens learned that planning occurs with or without a master plan. The Planning Commission and the Board of Trustees are saddled with the responsibility of making land use decisions with or without a master plan. It is a job made more difficult in not having the community's input formulized into a master plan to give direction to their land use decisions. They also learned that land use planning affects everyone. We are not islands, we are all in this together and what I do, or receive approval for from the Board of Trustees on my property, will affect my neighbors and the community as a whole. Without any input from a master plan based on what the citizens of the town and community desire and envision, it could affect the value, quality of life, cost of living, etc.

Without an adopted master plan, the future of the community is determined based on sometimes arbitrary individual actions taken by decision makers lacking knowledge of the vision of the citizens they serve. The master plan gives the decision makers the needed direction and guidance so that they know the vision of the how the town and community desire to develop in the future.

Therefore the Hotchkiss Community Master Plan is a guide to sound decision making.

## A. AUTHORIZATION:

Colorado Revised Statutes authorize municipalities (town) to plan their communities as provided by the following statutes:

| | |
|---|---|
| C.R.S. 31.23.202 | Grant of power to municipality |
| C.R.S. 31-23-206 | Master Plan |
| C.R.S. 31-23-207 | Purposes in view |
| C.R.S. 31-23-212 | Jurisdiction |

C.R.S. 31-23-206 explains that, "*It is the duty of the (planning) commission to make and adopt a master plan for the physical development of the municipality, including any areas outside its boundaries, subject to the approval of the governmental body having jurisdiction thereof, which in the commission's judgment bear relation to the planning of such municipality. When a commission decides to adopt a master plan, the commission shall conduct public hearings, after notice of such public hearings has been published in*

4

*a newspaper of general circulation in the municipality in a manner sufficient to notify the
public of the time, place, and nature of the public hearing, prior to final adoption of a
master plan in order to encourage public participation in and awareness of the
development of such plan and shall accept and consider oral and written public
comments throughout the process of developing the plan. Such plan, with the
accompanying maps, plats, charts, and descriptive matter, shall, after consideration of
each of the following, where applicable or appropriate, show the commission's
recommendation for the development of said municipality and outlying areas, including,
but not limited to: (a)....(k)."*

C.R.S. 31-23-207 of the Colorado Revised Statutes provides that the Town of Hotchkiss
shall make careful and comprehensive surveys and studies of present condition and future
growth of the Town, with regard to its relation to neighboring territory The plan shall be
made with the general purpose of guiding and accomplishing a coordinated, adjusted, and
harmonious development of the municipality and its environs which will, in accordance
with present and future needs, best promote health, safety, order, convenience, prosperity,
and general welfare, as well as efficiency and economy in the process of development,
including, among other things, adequate provision for traffic, the promotion of safety
from fire, flood waters, and other dangers, adequate provision for light and air,
distribution of population, affordable housing, the promotion of good civic design and
arrangement, efficient expenditure of public funds, the promotion of energy conservation,
and the adequate provision of public utilities and other public requirements.

C.R.S. 31-23-212 states that, *"The territorial jurisdiction of any commission over the
subdivision of land includes all land located within the legal boundaries of the
municipality and, limited only to control with reference to a major street plan and not
otherwise, also includes all land lying within three miles of the boundaries of the
municipality not located in any other municipality; except that in the case of any such
land lying within five miles of more than one municipality, the jurisdiction of each
commission shall terminate at a boundary line equidistant from the respective municipal
limits of such municipalities. The jurisdiction over the subdivision of lands outside the
boundary of a municipality shall apply equally to any municipality".*

## B. APPLICABILITY:

The Town of Hotchkiss Community Master Plan is designed to provide guidance for
growth in the Town of Hotchkiss. Towns are required by Colorado Revised Statutes (33)
31-12-105 (1) (e) to plan for growth in the surrounding community and the law
establishes a three-mile planning area around each municipality. The plan is to make
reasonable provisions for the extension of streets, bridges, parks, public utilities, etc. to
be provided by the Town of Hotchkiss. However, the Planning Commission realized that
it was wise to plan to accommodate reasonable expected future growth, which for a small
town like Hotchkiss, does not include all the area within three miles They felt the
practical area of future growth would be a much smaller area *but would include both
sides of Highways 92 and 133 within the three (3) mile area.* Therefore, they felt the plan
should identify proposed land uses only for the areas they felt to be most likely to grow
and ultimately become a part of the town

5

BLM_0124475

## C. WHY IS A COMMUNITY MASTER PLAN NEEDED?

The following statements made by the Planning Commission determine the "why" along with all the comments received from citizens through the planning process:

1) The Town is making decisions without a long range plan for development based on citizen input.
2) The Town needs to know what the community wants and desires for the future.
3) The Town makes decisions that impact the surrounding area as well as the Town.
4) The Town has no plan for the future.
5) The Town has been plugging away for years with little direction, with growth there is a need for direction and planning.
6) The Town has no document that represents the citizens who have lived in the Town and area a long time.
7) The area is becoming a retirement area and planning is needed.
8) It is for the community and not personal.
9) Lastly it is the purpose of the Planning Commission to create a master plan based on citizen input and their mission is to implement the plan.

## D. WHAT IS A COMMUNITY MASTER PLAN?

A master plan is a document that defines how a community wants to develop. It is a framework and guide for accomplishing community aspirations and intentions. It states goals and objectives and recommends courses of action for future growth and development of land, public facilities and services and resource protection. It suggests where housing, businesses, offices, industries, parks and open space, etc. should be located. A master plan is a tool to encourage private investment and guide public investment. It is not law, but a guide based on public input and concerns.

The community master plan is a document that considers all of the complex facets of the Town of Hotchkiss, the things that together make up the town. It considers the neighborhoods, downtown, industrial and commercial areas, as well as roads, highways, parks, open space, recreation, tourism, historic sites, cultural amenities, the environment and anything the community desires to have considered for the future. The key feature of this plan is that it treats all of these many diverse subjects individually, since all these subjects combined, make up the community the plan is an important tool in maintaining the commercial and economic base, provide good public facilities, improving the quality of housing and to guide development based on the vision of the community itself.

The master plan reviews the current status of the community, identifies key problems and opportunities facing the town and sets forth goals and objectives based on what the citizens have stated. The Town of Hotchkiss has its own specific identity when compared with other municipalities. The Town is made up of people with many different visions, desires and goals. The Planning Commission addressed this by involving everyone in the process since they wanted the citizens themselves to create a picture of the future of the town for the next 10 to 15 years. The master plan is a description, spelled through the goals and objectives, of how the citizens want the Town to look in the future.

6

BLM_0124476

The policies and implementation strategies for each of the goals, determined by citizen input, show how the community will be able to achieve each goal.

**The Town of Hotchkiss Community Master Plan is:**
1) A public guide to community decision making encompassing all geographical parts of the town and all functional elements which bear on physical development
2) An assessment of the community's needs.
3) A statement of community vision, values, goals and objectives, but does not indicate specific locations or detailed regulations.
4) A blueprint for the community's physical development addressing current issues but also looking beyond the present to the problems and possibilities in the future.
5) A public document adopted by the Town of Hotchkiss.
6) Continuously updated as conditions change.

## E.  WHAT IS THE PURPOSE OF THE COMMUNITY MASTER PLAN?

The principal purpose of the master plan is to be a guide for the achievement of the community's vision and goals. These were created based on the citizen's concerns and comments. The following reasons for a Master Plan are ones determined by the Planning Commission through the planning process:
1) State and promote the community values in the goals, objectives, policies and programs.
2) Establish a planning process to implement the goals, objectives, policies and implementation strategies.
3) Balance competing interests and demands.
4) Provide for coordination in the pattern of development by communicating land use and development policies to citizens, landowners, and developers.
5) Provide a balance between the natural and built environment.
6) Reflect regional conditions and consider regional impacts.
7) Address both current and long range needs based on the community's vision and goals.
8) Provide for the public health, safety and welfare.
9) Provide guidance for the creation of an intergovernmental agreement with Delta County.

## F.  WHAT THE COMMUNITY MASTER PLAN IS NOT:

The Town of Hotchkiss Community Master Plan is **NOT LAW**. It is designed to provide guidelines for the future growth and development of the community. It is a tool to be used by the Town for future utility, street and public facilities planning and the annual budget process. It is a tool to be used by the public to provide direction for future growth and development and it is not a regulation.

As a tool, its value is only as good as the amount of use the master plan receives! So please don't put it on the shelf, it is full of valuable information based on public comments, concerns and input that provides a valuable guide for the future growth and

7

development of the town.  It is the Town's official roadmap into that future.

## G. HOW IS THE COMMUNITY MASTER PLAN USED?

Land use planning is a means of achieving community goals through citizen participation and decision making by elected officials based on a desired community vision expressed in the master plan.  The master plan is the document that gives direction to the developers and elected officials indicating what the citizens of the Town desire in approving land use applications.  Without a master plan, the developers and elected officials are able to only make judgments based on the current regulations and public comments given at the time a specific proposal is reviewed along with their own personal vision of how they see the Town of Hotchkiss developing.  The Master Plan is the Community's vision, stored for future reference.

It is also fiscally responsible to base major infrastructure financial decisions on well established land use planning.  Planning is a statutory responsibility of all towns, since Colorado law recognizes that both public and private investment can yield greater benefits where there is orderly, planned development based on a master plan.

## H. WHAT WAS THE PLANNING PROCESS USED TO CREATE THE COMMUNITY MASTER PLAN

The process started with the decision of the Hotchkiss Board of Trustees to form a planning commission.  With the formation of the planning commission came the goal of creating a master plan for the Town of Hotchkiss, including the community.  The primary goal and/or the mission statement for planning commissions are to create and implement a master or comprehensive plan.

The Planning Commission next explored different ways in which to create a master plan The area representative with the State of Colorado, Department of Local Affairs, presented the Planning Commission with an overview of the process and conducted interactive lessons to explain the process of creating a vision based on what the citizens of Hotchkiss desired in the future.  At that time, it was determined that the residents of the Town of Hotchkiss and the Hotchkiss Community would become the major players in creating a community master plan that would be real.  It would be based on the public's vision and goals and be interactive.

The Planning Commission learned to listen and create a document that would be representative of, and accepted by, the citizens.  They learned that the key to the project was citizen input, and acting on that input, so that the citizens would be included in the process and the plan would become a real, useful, document.  It was interesting that during the public process used to gather the wishes of the citizens, people were present who realized that the vision and goals of the citizens were real and proceeded to take actions independently to implement some of these goals based on what they had learned through the process.

Therefore the whole process was centered on hearing from the citizens through

8

information gathering public meetings, surveys, written public comments, and word of mouth. All the comments received were grouped and rated by number received and that is how the vision and goals of the Hotchkiss Community Master Plan were created.

## II. Where We Came From: A Brief Overview of Hotchkiss History Relating to Planning and Infrastructure

The first settlers to the Hotchkiss area arrived in the fall of 1881 following the removal of the native Ute Indians to a new reservation in northern Utah. For the first twenty years, the local economy was mainly based on agriculture and land development along with commercial in-town businesses serving the local population

In 1900, the Town of Hotchkiss was officially incorporated. It was named after the leader of the first settlers. Enos Throop Hotchkiss.

In 1902, the arrival of the Denver and Rio Grand Western railroad spur line into the North Fork gave a huge boost to the fruit industry and especially to what would become the economic engine of the valley - the new coal mines. The Rogers Mesa area, located to the west of town was, and still is, the major fruit growing center of the Hotchkiss area. At first, the railroad provided both passenger and commercial shipping services but these services were eventually abandoned and at this time the railroad exclusively serves the coal mines of the upper valley.

The Town of Hotchkiss's first domestic water system was completed in 1903 and its first sewer collection system serving the central section of Hotchkiss was completed in 1911. Both systems were made somewhat more necessary due to the original core of the town being constructed in the floodplain of the North Fork of the Gunnison River with its accompanying high water table. The Town's sewage was at first collected and discharged into a ditch, which eventually emptied into the North Fork River. This system was in place until the late 1960's when the Hotchkiss Sanitation District was formed to construct the first wastewater treatment plant south of town. The Town soon took over the functions of the Hotchkiss Sanitation District. A new, larger, plant was completed in 1997. *(See Infrastructure: Sewer – Page16)*

Over the years the domestic water system was converted from a minimally filtered system to a modern treatment plant and delivery system incorporating three treated water storage tanks. From just serving the Town itself, the treatment plant now also serves Rogers Mesa and Hanson Mesa as well. *(See Infrastructure: Water - Page 5)*

The Town is located at the intersection of State Highway's 92 and 133, which from their beginnings as dirt and gravel roads, have been upgraded over the years to paved two lane highways. In the early years both roads essentially were dead ends, in that the roads over McClure Pass and Black Mesa were very rough and closed in the winter and bad weather. Both highways now provide reliable year round access into and out of the valley. *(See Infrastructure: Transportation – Page 17)*

The Town has never had comprehensive land use planning, but had previously appointed a planning commission and adopted a building code in the 1980's. The code

9

was abandoned in 1990. In 1982, the large Willow Heights subdivision planned unit development was annexed to the Town. In 1983, the Town first attempted to write a Master Plan, and a document was produced, but a decision was made at that time not to incorporate zoning and the plan was never embraced by the Trustees. A second attempt in 1996 was even shorter lived.

During the 1990's the Town grew by 30% or an average of 3% per year over the decade. *(See below and Appendix I).* This was almost entirely due to in-fill development with only one new six lot subdivision (Clara Vista).

In 2003, the Board of Trustees approved, and Mayor Larry Jakubiak appointed, a seven member Hotchkiss Planning Commission, with one of its first tasks being the drafting of this Master Plan for the Town of Hotchkiss.



BLM_0124480

## III. WHERE WE ARE NOW

### A. THE LAND:

#### 1. General Description - Topography

The Town of Hotchkiss is comprised of approximately 512 acres of land located in three generally distinct areas.

**1.** The original and expanded Town located on the North side of the North Fork of the Gunnison River and bounded by railroad crossings and a steep rise in the terrain to the east (Hanson Mesa) and to the west (Rogers Mesa). Also at the west edge of Town is a gulch containing Leroux Creek, which flows into the river. To the north the land rises sharply to lower Barrow Mesa, which includes Duke Hill and Knob Hill.

**2.** Willow Heights/Lower Barrow Mesa is located directly to the north and on a bench of land above the original Town and is comprised of gently sloping and rolling terrain and the large 1982 subdivision of Willow Heights, the 1995 six lot subdivision, Clara Vista and in 2006 North Ridge Meadows Subdivision with 32 lots. There is a small portion of the town higher than Clara Vista consisting of the small property upon which the lower water tank is sited and one additional residential property immediately to the northwest and accessed from Barrow Mesa Road.

**3.** A third separate area of the town consists of Highway 92 on the south side of the river extending to and including the North Fork Pool and Sports Complex and the Hotchkiss High School. This begins at the level of the river side and rises up a gentle hill with the High School being about 100 feet higher in elevation than the river bridge. There are several properties on the southwest side of Highway 92 between the North Fork of the Gunnison River and the High School that have been annexed into the town since 1982.

#### 2. Natural Hazards

Natural Hazard areas within the town consist of the flood *plain* of the North Fork of the Gunnison River which affects certain parts of the lower and older areas of the town. *(See appendices)*

There is also a significant flood hazard area along the Short Draw to the east of Coal Road and south to where it enters the town at Lorah Avenue at the Middle School and then down 4th Street, crossing at an angle Main and Bridge Streets and on to the river. There have been flood incidents in the past particularly along Fourth St. caused by two separate factors. 1. Heavy rain to the north of the Fire Mountain Canal. 2. The rupturing of the Fire Mountain Canal itself.

According to the Hotchkiss Fire Department, if a wildfire were to occur in the area north of the canal followed by a heavy rainfall this could result in severe flooding from the Short Draw.

Parts of the Short Draw, the gully to the west of Knob Hill, and the slopes of Duke Hill given the steep slopes and vegetation can also be considered wildfire hazard

11

BLM_0124481

areas.

Another significant hazard concern would be if the gas storage tanks located to the east of Lorah Lane suffered a massive rupture as consequence of a train derailment east of the Highway 92 crossing or other action of god or man. The gas could possibly flow to the south. *(Source: Doug Fritz - Hotchkiss Fire Department)*

### 3. Existing Land Use and Development

Hotchkiss has adopted zoning, and has a variety of land uses throughout the Town. Speaking generally, most the intensive commercial uses are located adjacent to the Highway 92 (Bridge Street) and Highway 133 corridors.

Industrial/commercial uses. There are also some industrial uses including a juice factory and an auto repair business located adjacent to the Union Pacific Railroad to the North of High Street and west of Coal Road. A slaughter/meat processing business is also located in the same general area on the northern edge of the lower residential area. Several light impact businesses, including an attorney's office and a beauty shop, are located within the lower residential area. Several private homes on Bridge Street in particular have been converted to commercial use since 1990. This would seem to be a steady ongoing trend. (*See appendix map of land uses within the Town*)

There is currently a sawmill (industrial use) located adjacent to the annexed portion of Highway 92 south of town, but which is not located inside of the Town boundaries. Within a mile of town limits to the east, on Hanson Mesa, there is a node of commercial uses consisting of an RV park, auto repair/tire sales business, wholesale storage for a Paonia lumber business and a construction company. About one half mile west of town on Highway 92 at 3300 Road one commercial use, self-storage sheds, has been approved by Delta County and an expansion has been under consideration

Multiple units housing. There is one larger apartment located in town and one six unit complex located on Lorah Lane. Some homes have also been converted into individual rental units. 32.7% of all dwelling units in the Town are rental units. (Source: 2010 U.S. Census)

There have been many annexations to the Town in the previous decade, resulting in the addition of two single-family homes and land for a swimming pool and planned recreational complex owned by the North Fork Pool Park and Recreational District The largest residential development within the existing town in the past decade was a six lot development in 1994-1995 on lower Barrow Mesa (Clara Vista.) and the 32 lot North Ridge Meadows Subdivision in 2006. Most development within town since 1990 has been the building of single family homes on vacant lots or in replacement of existing homes or commercial buildings.

12

BLM_0124482

## B. THE PEOPLE

### 1. Demographics

The 2006 population of Hotchkiss is estimated to be slightly over 1,000 people according to estimates from the state demographer. The 2000 census count was 968 people. In 2010, according to the U.S. Census figure, Hotchkiss had 944 people.

Of the population in 2010 of 944; 706 were age 20 or older including 220 who were over age 60. Median age is 41.1 and 15.8% of the population is over the age of 60. The average household size in 2010 was 2.24 persons.

Most Hotchkiss citizens are Caucasian, with the most significant minority block being those of Hispanic or Latino origin (139- in 2010), a demographic which increased over the ten years from 2000-2010.

Education – 503 people had a high school degree and 71 people have a Bachelor's or higher degree.

### 2. Housing

In 2010, according to the U.S. Census about 32.7% of all the occupied housing units were occupied by renters and 67.3% of the housing units occupied by homeowners.

According to the U.S. Census in 2010 the Hotchkiss housing inventory consisted of:

> 316 - Single family homes
> 55  - Multi-family units
> <u>100 -</u> Mobile Homes (a majority located within three mobile home parks)
> 471 - Total housing units

Of these, according to the 2010 Census, 49 units were vacant at that time.

A majority (79%) of housing units were built before 1970. 60 units have been built after 1990.

In 2010, (Delta County Board of Realtors) the average sales price for a single family home in Hotchkiss, was $175,000.

There were 138 in-town rental units listed on the 2010 census, with an average rental price of $493/mo. Rent ranges from $493 to $839 per month.

According to conclusions in the *Delta County Housing Needs Assessment*, there is a lack of affordable housing across Delta County, including Hotchkiss. Hotchkiss has no senior or affordable housing developments. The nearest nursing home facility is located in Paonia.

*The source for the figures quoted is from Colorado Department of Local Affairs, the US Census 2010.*

BLM_0124483

### 3. Economy

The economy of the Town and area is based on several factors with major sources of personal income of residents including transfer of payments (pensions, investments, etc.) being the largest followed by mining, agriculture and tourism.

There were about 100 commercial businesses *(based on commercial water billings)* in Hotchkiss in 2010, ranging from industrial to small service businesses. The Town's largest commercial employer (2006) is City Market (grocery store). The two county schools are the largest overall employers within the town, although part of the larger school district.

Average incomes for households in Hotchkiss according to the 2010 census;

Average income is $42,571, per capita is $17,667.

The average median disposable income for Hotchkiss households was $27,804

In Hotchkiss in 2009 there were 29 families and 141 individuals living under the federally designated poverty line.

Most employed people in Hotchkiss commute to other areas to work drove an average of 20.25 minutes to work. *(The sources for the figures quoted are from Colorado Department of Local Affairs, the U.S. Census 2010.)*

## C. INFRASTRUCTURE: Current Status

### 1. Water

During 2011, the Town of Hotchkiss Water Treatment plant provided treated water to a total of 869.5 Single Family Residential Equivalent (EQ) taps & 104 Commercial taps (including Hanson Mesa and Rogers Mesa).Total combined water usage in 2011 was: 90,939,000 gallons. This is down from the 102,024,811 gallons used in 2006 *(see Appendix III)*. Total water treated for Rogers Mesa in 2011 was 33,207,000 gallons. Total water treated for Hanson Mesa in 2011 was 4,326,400.  Total water treated for the Town of Hotchkiss in 2011 totaled 53,405,600. Total of just the Town owned system (in-town & out of town use) in 2003 was 51,901,811 gallons (Information: Town of Hotchkiss Water System Assessment - 1999 - Consolidated Consulting Services and 2003 Town water usage figures).

The Town of Hotchkiss's present domestic water source is surface water from Leroux Creek. The water in the creek is supplemented by water stored in about 28 separate small reservoirs owned by the Leroux Creek Water Users Association in which the Town owns shares.  The Town owns a Number One decree right to .50 cfs (cubic foot per second) in Leroux Creek.  In short water years, the Town can call upon lesser decreed users to relinquish the water to the Town first.  The Town also owns additional shares of Leroux Creek Water Users water, Overland Ditch water, Highline Ditch water and Fire Mountain Canal water.  In 2006, 1 cfs of water from a senior 1907 decree from the North Fork of the Gunnison River was purchased. (See *Additional Water Data - Appendix III.)*

14

BLM_0124484

The water from Leroux Creek is transported down Leroux Creek to the Highline Canal, then to a diversion point where it travels by pipe to the Town's Horse Park Water Treatment Plant. Water owned by the Rogers Mesa Domestic Water Company (RMDWC) is also transported to the plant via the same pipe and is treated on a contract basis and delivered to their system. RMDWC has in the past paid a share of the cost for upgrades made to the water treatment plant and for the new (2002) water tank based on their percentage (approximately 30%) of total water use in the system.

The Town also sells Town-owned treated water on a contract basis to the Hanson Mesa Pipeline Co. (HMPC). The 40 year old HMPC contract expired in 2006 and was renegotiated in 2006. HMPC paid a share of the new (2002) water tank commensurate to their percentage (approximately 6%) of total water use in the system.

The Service Area served by the water plant takes in the Town south to the High School with a line extending northeast along J-75 Drive now Back River Road as far as the Delta County Shop. Also included are most of Rogers Mesa (RMDWC) and Hanson Mesa (HMPC) and some of Powell Mesa *(See Appendix IV - Water Service Area Map)*

The Town's water treatment plant was built in 1977 was modified the new upper tank installed in 1987. The change from using alum to using poly aluminum chloride to coagulate *(remove particles from the water)* increased the capacity of the plant by 100,000 gallons per day. The original plant was designed to have a maximum treatment capacity about 1 MGD, but the constant lowering of allowable turbidity by the EPA has cut that original production capacity almost in half, to about .5 to .6 MGD. The 1999 Consolidated Consultants, Town of Hotchkiss Water System Assessment recommends that the plant be upgraded and expanded at an (1999) estimated cost of $400,000 (2006 estimate is approximately $1.2 million) in order to meet water use needs 20 years into the future. Construction of the new water plant is scheduled to be completed in 2007. The new membrane water treatment plant was completed in 2010 for $1.6 million. The new membrane water treatment plant consists of two skids, each capable of producing 385 gallons per minute with a net design production of 1 million gallons per day.

The Town's treated water storage currently consists of three separate above ground steel tanks. An upper tank at the plant holds 350,000 and a lower tank holds 400,000 gallons. In 2002 the Town constructed the third tank, a new one million gallon tank at the plant site, increasing the towns total treated water storage capacity to 1,750,000 gallons which should adequately address the Town's treated water storage needs approximately 20 years into the future according to the 1999 water study. Currently, residential water use fees are a $19 base rate (with no usage) with usage fees beginning at a $2.50 per thousand gallons used and escalating to $3.50/thousand

In-town water tap prices are based on an equivalent residential tap (3/4 inch) of $5,500. Commercial tap fees are based on actual line size in multiples of ¾ inch standard. Out-of town taps (3/4 in.) are $10,000. *(In 2006, a moratorium on out-of- town taps was put in place.) The moratorium was lifted in 2010.*

15

BLM_0124485

## 2. Wastewater

The Town of Hotchkiss sewer system currently (December 2003) serves approximately 570.5 combined EQ residential and commercial taps within and outside of the Town In town: 430.5 residential EQ taps & 100 commercial. Out-of-town: 38 residential taps & 2 commercial. *(Note: These taps are based on the number of taps and fractions of taps required by ordinance currently in existence. Half taps should be considered as full taps for planning purposes according to the Town Engineer See Consolidated Consultants memorandum 7/5/04.)*

The Town of Hotchkiss completed a new wastewater treatment facility in 1997, which increased the estimated treatment capacity to .494 mgd *(million gallons per day.)* The plant design allowed that the level of the ponds could then be increased to allow a new capacity of .55 mgd, although this will require a new permit *from* the Colorado Department of Health and Environment and will subject the Town to possibly severe regulatory complications *(See Consolidated Consultants memorandum 7/5/04)*.

The wastewater flow in 1995 was estimated to about .35 mgd although it was hoped that replacing a collector line would somewhat reduce groundwater infiltration into the system and, as a result, somewhat increase capacity. *(See Consolidated Consultants memorandum 7/5/04)*.

As of 1996, it was estimated by the Town Engineer that adding 100 EQ *(Equivalent of a single living unit)* taps to the system would bring the plant to 80% of the .494 mgd capacity (.395 mgd). In 2004, the engineer estimated that from 167 to 330 EQ taps could be added, depending upon the increase in organic load, not just volume per tap. At that point, the Town will have to begin to plan for expansion and by the time the plant reaches 95% (.469mgd) of capacity, allowing another 138 EQ taps - using the low 167 EQ figure the Town will need to be ready to begin construction of a new cell. There already is a partial fourth cell mostly excavated.

Therefore, the Town could ideally add approximately 305 EQ taps minimum at about 300 gpd *(gallons per day)* per tap, or the equivalent flow to the existing plant before financing and building a new cell. This should conservatively last for another 20 years at a moderate, but healthy 1.5% annual growth rate. It should be kept in mind that per tap flows and impact to the plant from existing taps will probably increase in some existing sectors including restaurants, schools, public facilities (Fairgrounds etc.). There is more than adequate room at the treatment plant property to add additional cells.

In-Town sewer taps currently (2006) are $4,100 and $5,100 for out-of-town. In-town monthly fees for residential use are $25.00.

## 3. Transportation

The Town is served by two major arterials Highway 92 (Bridge Street) and Highway 133. Major collector streets include Cedar Street which brings traffic in from Willow Heights and Barrow Mesa to the north and 4th Street which serves the Hotchkiss Middle and Elementary Schools and brings traffic from Hanson and Powell Mesas to

16

BLM_0124486

Highway 92 (Bridge Street).

Average Vehicles per day at peak usage season for Arterials and Collectors (State Hwy figures are from 2002 CDOT counts - February 4, 2004 - CDOT website)

Average per day traffic counts on Highway 92 (west) is 7,209 vehicles per day. Average per day traffic counts on Highway 133 (east) is 6,069 vehicles per day. Average per day traffic counts on Highway 92 (south) is 3,433 vehicles per day. Average per day counts on Cedar St. (north & south) is 3,117 vehicles per day. Average per day counts on 4th St. (north) is 624 vehicles per day.

The Colorado Department of Transportation currently has a plan to add shoulders to Highway 92 between Hotchkiss and Austin. The improvements (were) scheduled for completion in 2007.

The Town itself (not counting the State Highways) has a total of 7.28 miles of streets of which most miles are paved.

## D. Community Services and Facilities

### 1. Public Buildings

The Town owns a combination Town Hall - Senior Citizens Center, located at Cedar and Main Street, which was built in 1982. The Town Hall includes the Town offices and council chambers, which are used for a variety of meetings. The Hotchkiss Marshall's office is also housed in the northwest corner of the building

The Senor Citizens Center, located in the same building is independently run by Hotchkiss Senior Citizens. It incorporates a full commercial kitchen and two public rooms, a dining room and recreation room - both of which are available for rental for meetings or events.

In 1983 the Town acquired the old County Shop building at Oak St. and Highway 92 (Bridge Street) and converted it into the Town Shops and Public Works building. The facility includes a fenced storage area in the rear of the building.

The Town also owns the 2.3 acre Willow Heights Park, the 9 acre water treatment plant property at Horse Park above Barrow Mesa, and the 135 acre Hotchkiss Waste Water Treatment facility property.

The Delta County Courthouse Annex building (constructed in 2001) is located at Hotchkiss and Oak Avenue and incorporates a meeting room for about 20 persons with a Sheriff's substation office and offices for various other departments of county government including the County Clerk and Recorder's office.

The Delta County Fairgrounds located in Hotchkiss include a park, a large exhibition hall (Heritage Hall), covered horse/livestock pavilion, open stock exhibition barn, and covered grandstands with a seating capacity of over 2000.

Memorial Hall which includes the Hotchkiss Public Library is owned by

17

BLM_0124487

Memorial Hall Inc. which is a 501-C-4 non-profit, which is owned by a membership of social and civic organizations. Memorial Hall includes a large ballroom-meeting space with adequate tables and chairs along with two smaller meeting rooms and a small basically equipped kitchen.

The Hotchkiss Public Library was expanded into an addition built onto the building (Memorial Hall) in 2002 and has a 99 year lease with Memorial Hall. The library is operated by the tax-supported Delta County Library District.

There are also four schools, K-8 elementary & middle (new-2004), separate Montessori (Vision), and high school within the town.

The Hotchkiss Crawford Historical Society recently constructed a new 4000 square foot museum in town.

The Creamery Arts Center operates an arts and teaching facility on Bridge Street beginning in the summer of 2006.

## 2. Parks and Recreation

The Town owns only one larger park and two small pocket park areas. The Willow Heights Park is 2.3 acres and incorporates a small parking lot with basketball hoops. The park is maintained grass with all season asphalt pathways, a variety of trees and playground equipment. There is also a small covered pavilion over a concrete pad.

There is a small pocket park, formerly a short north-south alleyway that was closed, located in the 100 block of East Bridge St. that was developed and is currently leased by an adjoining property owner. It includes seating, trees and landscaping elements.

A second similar closed alley is located in the 100 block of West Bridge. Currently there is only a simple gravel covering and no seating or other landscaping.

The Town purchased four lots at HWY 92 and HWY 133 for future development of a park/entry into Town.

Hotchkiss is part of the North Fork Pool, Park and Recreation District, which maintains a seasonal swimming pool near Hotchkiss High School. The district began work in 2004 on the Crossroad Sports Complex near the pool, which will consist of numerous baseball and soccer fields, trail and other recreational opportunities. Eventually it is planned to cover more than 30 acres. The public Kid's Kingdom playground is located next to the pool near the Montessori School.

A range of recreational facilities, some of which are open to the public on a limited basis, are provided by the various schools.

18

### 3. Law and Code Enforcement

Hotchkiss is served in the area of general law enforcement by the Hotchkiss Marshall's office, which consists of a Marshall and two full time deputies. They are aided, when needed, by the Delta County Sheriff's department. The Town has a Municipal Court and Judge which hears cases monthly.

Many of the codes of the Town (weeds, nuisances, etc.) are generally enforced on a complaint basis. The Town does not employ a code enforcement officer as such.

### 4. Fire Protection

The Town of Hotchkiss is part of Delta County Fire Protection District #4 which is staffed by the Hotchkiss Volunteer Fire Department. The District is funded by a property tax mill levy. *The Hotchkiss Fire House is located on Hotchkiss Avenue and Oak Street.*

The Town has installed and maintains fire hydrants, properly spaced to the Fire Department's satisfaction, throughout the Town. The Town currently has no Fire Code in place.

### 5. Ambulance

The Town is served by the North Fork Ambulance Association which is a non-profit organization owned by anyone who pays a yearly membership fee. It is staffed with volunteers. The NFAA shares space with the Fire Department.

### 6. North Fork Mosquito Abatement District

Most of Hotchkiss is part of the North Fork Mosquito Abatement District. A voter approved special district, which provides a larvicidal program in order to control mosquitoes in and near the Town. The district extends along the river valley from Bowie west to the west side of Hotchkiss. The District extends north onto lower Barrow Mesa (Maple Drive) taking in most, but not all, of the northern most parts of the Town. (In 2006 expansion of the District to include excluded parts of the Town was being considered.) The district is funded by a property tax mill levy. *(Source: Delta County GIS department map).*

## E. Current Land Use Regulation

The Town of Hotchkiss adopted Subdivision Regulations in the mid 1990's.

In 2000, the Town adopted performance zoning in the form of a Change of Land Use Ordinance (In 2009 the Town adopted Zoning Regulations). In 2008 the Town adopted building codes and requires building permits.

In 2006 the Town adopted a Master Plan. (Updated in March 2012).

In 2008 the Town adopted Height and Setback Regulations.

19

BLM_0124489

In 2009 the Town adopted Zoning Regulations.

The Willow Heights subdivision is a PUD (planned unit development) and has covenants in place that preclude commercial use and limit certain uses of the land.

The Town has Mobile Home Regulations in place that were also adopted about 1995. These set standards for trailer parks and allow mobile homes outside of parks as long as they are placed on a 50' X125' lot or its square footage equivalent.

# IV. COMMUNITY VISION STATEMENT

## A. WHY IS A COMMUNITY VISION STATEMENT IMPORTANT

The *"vision"* is a statement created based on what the people of Hotchkiss have stated they like about Hotchkiss now and what they would like to see Hotchkiss become in the future. The vision of the Town of Hotchkiss will establish the overall direction for the comprehensive plan and the community in a few concise sentences Following the citizen involvement procedure used by the Planning Commission, the citizens told the Planning Commission what they liked about Hotchkiss both now and in the future and what they feel are and will be problems Everyone has a personal vision for the Hotchkiss Community and it is very important that the Hotchkiss Community has its own identity.

Hotchkiss is made up of different visions, values, desires and goals so the vision outlines where we want to go and what we desire in the future. It is the big picture and therefore the vision for the Hotchkiss Community is created from the vision of the residents. All the information the Planning Commission received during this process was considered in creating the overall vision for the Hotchkiss Community The main goal of the Hotchkiss Community Master Plan is to guide the achievement of this vision through goals and implementation strategies set forth by the community based on the personal vision we each have for the Hotchkiss Community.

## B. Town of Hotchkiss Community Vision Statement

**Hotchkiss is the "Friendliest Town Around" and we want it to remain that way even though we know Hotchkiss will experience growth and change. We are in favor of well-managed growth while protecting Hotchkiss's small town character. We envision Hotchkiss as a special place that provides an excellent living environment/quality of life for everyone, including visitors, while striving to maintain a prosperous business climate. We want to ensure our young people will have an opportunity to live here and raise their families and we want to provide seniors a high quality place to retire. We acknowledge that Hotchkiss is not an island and the town should form and maintain positive**

20

**partnerships with its neighbors, special districts, water companies and other entities that have connections to the town.**

# V. COMMUNITY MASTER PLAN GOALS, POLICIES, IMPLEMENTATION STRATEGIES AND TIME LINE

The following goals drafted by the Hotchkiss Planning Commission *were* based on the public comments from the Hotchkiss community received via survey results, dot voting, two public vision meetings and submitted public comments. They are meant to reflect, as closely as possible, the vision of the community. All comments received were recorded, organized and tabulated by theme and number received, insuring the citizens of the Hotchkiss community that their comments and viewpoints were accurately incorporated into the goals. The Hotchkiss Community Master Plan Goals are listed in priority order based on the number of comments received. These goals represent the values that are most important to the citizens of the Hotchkiss community

The goals addressed unsatisfactory situations, unmet needs and/or unresolved issues based on the most important concerns the Planning Commission heard from the citizens  A great deal of time was spent determining policy statements that reflected the public concerns. The specific policy statement associated with each goal provides a framework for achieving the goal.

Lastly, the Planning Commission asked themselves what, when, and who was going to have the responsibility to take a specific action on a strategy to implement the policy, which then moves the community forward to achieve the goal. The "when" (first column) "who" (second column) and "what" – (third column) comprise the charts below each policy The listed implementation strategies are recommended actions that can be take by the citizens, community, business leaders and Town of Hotchkiss elected and appointed officials.

Again, each goal is listed with policy statements, implementation strategies and a time line estimating when it is recommended that the Board of Trustees, Planning Commission and Town of Hotchkiss Staff should address the implementation strategy

## A.   <u>PUBLIC FACILITIES AND SERVICES GOAL.</u>   <u>Ensure that adequate public facilities and services are provided prior to or concurrent with development and growth.</u>

The citizens of the Hotchkiss community expressed concerns about existing conditions including street maintenance, sidewalks, animal control, mosquito control, public parking, curbs, gutters, street lights, police protection, snow removal, water, sewer, handicap access, drainage, ambulance service, and fire protection  Understanding that the majority of the related concerns revolved around existing conditions and maintenance issues, the Planning Commission felt that the Town should create policies and implementation strategies to cure existing conditions over time, while acknowledging  limited resources. The Planning Commission's main concern centered on requiring new development to provide adequate public facilities and services to

21

insure that present residents will not be burdened with the additional capital outlay for future development and growth.

**Policy Statement**: The Town of Hotchkiss will create a five-year planning process, which should be updated yearly, and includes a timeline to construct new infrastructure and the upgrading and maintenance of existing infrastructure with limited resources. (*See key to abbreviations on page 22*)

| Year | Responsible | Description |
|------|-------------|-------------|
| Ongoing | FD | 1. The Fire Department has created a fire mitigation plan for the area in conjunction with the County and other agencies. |
| Ongoing | BT/TS | 2. Capital Improvement plans are being developed and implemented. |
| Ongoing | BT/TS | 3. The Town has completed the improvements for pressure on the high school line (2010) and is creating a priority list to upgrade existing lines. |
| Ongoing | BT/TS | 4. The Town has ascertained legal status of current water supplies and is always pursuing new supplies for future use. |
| Ongoing | PC | 5. The Town is developing a parking plan and seeking opportunities to create parking. |

*BT = Town of Hotchkiss Board of Trustees   TS = Town of Hotchkiss Staff   PC = Town of Hotchkiss Planning Commission*

**Policy Statement**: The Town of Hotchkiss shall amend their current subdivision and change of land use regulations and explore adopting a zoning ordinance to require new growth and development to provide adequate public facilities and services.

22

**Amend the subdivision and change in the land use regulations and adopt a zoning regulation to:**

| YEAR | RESPONSIBLE | DESCRIPTION |
|------|-------------|-------------|
| Ongoing | TS/PC | 6.  All development in the wildfire areas must comply with fire mitigation measures. |

## B.  TRANSPORTATION GOAL: Ensure the safe & efficient movement of people (pedestrians and vehicles of all types), goods and services in and around the Town of Hotchkiss.

The citizens of the Hotchkiss community expressed a desire to keep the Town pedestrian-friendly and focused on the following issues: traffic lights, sidewalks, pedestrian crosswalks, trails, stop signs, traffic speed control on Highways 92 & 133, and railroad related safety issues.

**Policy Statement:** The Town of Hotchkiss shall develop a working relationship with the Colorado Department of Transportation (CDOT) and the Union Pacific Railroad Co.

| YEAR | RESPONSIBLE | DESCRIPTION |
|------|-------------|-------------|
| Ongoing | TS | 1.  The Town always welcomes the District #3 Engineer to become involved in the Town's planning processes. |
| Ongoing | TS | 2.  The Town has offered to create a joint meeting with the District #3 Engineer. |
| Ongoing | TS/BT | 3.  The Town has purchased property at the "Y"; HWY 92 and HWY 133, to facilitate redesigning and rebuilding the area in the future. |
| Ongoing | TS/BT | 4. The Town has a working relationship with the Union Pacific Railroad and is working to develop it further. |
| Ongoing | TS/BT | 5.  Due to recent issues the Town is developing more organized and formal emergency plans with Union Pacific Railroad. |

23

BLM_0124493

**Policy Statement:**  The Town of Hotchkiss shall create integrated transportation plans with an emphasis on movement of people, goods and service in and around the Town addressing all modes of transportation.  The relationship between transportation and current land use strongly influences future patterns of growth.

| Year | Responsible | Description |
|------|-------------|-------------|
| Ongoing | PC | 1. Create a Town of Hotchkiss Trail Plan. |
| 2011 Ongoing | PC | 2. The Town is working with All Points Transit.  Transportation is ongoing and service will increase as needed. |

## C.  ECONOMIC DEVELOPMENT: Encourage and retain existing businesses and attract new and diversified businesses that pay a living wage.

The citizens of Hotchkiss expressed concern about attracting new businesses, and retaining existing businesses that pay a living wage.  Citizens support a diversified economy with commercial retail in the downtown and light and heavy commercial/industrial located in specific locations.

**Policy Statement**:  The Town shall work with existing businesses and seek new businesses to create stable, long term, higher paying jobs.

24

BLM_0124494

| Year | Responsible | Description |
|------|-------------|-------------|
| Ongoing | BT | 1. Develop a working relationship with Delta Area Development |
| Ongoing | TS/BT | 2. Explore the creation of public/private partnerships to increase the economic base of the Town |
| Ongoing | PC/BT | 3. Explore the creation of a commercial/industrial park and possible incentives to existing and new businesses. |
| Ongoing | TS/BT | 4. Work with the Small Business Development Center so citizens are aware of this available resource. |
| Ongoing | PC | 5. Create proactive home occupation/cottage industry land use regulations and explore a mixed residential/commercial zone district to facilitate the start of new businesses within the Town. |
| Ongoing | BT | 6. Work with, and support, the Hotchkiss Community Chamber of Commerce. |
| Ongoing | PC | 7. Expand on the Town being the "HUB" of the North Fork. |
| Ongoing | TS/BT | 8. Work with the Delta County Fair Board and Delta County to effectively increase the use of the fairground facility. |
| Ongoing | BT/PC | 9. Support existing festivals, and the creation of new events. |
| Ongoing | PC | 10. Explore how the Town might facilitate agriculture tourism. |
| 2013 | PC | 11. Explore creating an industrial zone. |

## D. **DOWNTOWN COMMERCIAL CENTER:** Maintain and promote the downtown commercial center.

Maintaining the present downtown commercial center, which contains many essential services such as a bank, hardware store, library, Memorial Hall and other services that are important for daily community interactions was a concern of many of the residents. The primary location of the US Post Office is a key to the continued utilization of the downtown commercial center. It is the central meeting place and the citizens enjoy their journey, spreading out to shop in the downtown commercial center. Issues like a streetscape plan, preservation of historic structures, along with a proactive approach of developing Hotchkiss's own downtown shopping atmosphere to attract and maintain new and existing commercial/retail to the central business district was important to citizens. The development of retail shops with sufficient off street parking is a must to get people to stop and shop.

25

BLM_0124495

**Policy Statement:** The Town shall take a proactive approach to introduce citizens and business leaders to resources that are available to assist existing businesses and promote the downtown commercial center to new retail outlets.

| Year | Responsible | Description |
|------|-------------|-------------|
| Ongoing | BT | 1. Develop a working relationship with Delta Area Development by having an elected official attend monthly meetings. |
| 2012 | BT/TS | 2. Introduce the citizens and invite the director of the Small Business Development Center to hold seminars so the citizens become familiar with this available resource. |
| Ongoing | TS | 3. Have information available for owners of historic buildings so they understand there are grants, low-interest loans and other benefits of historical designation |

**Policy Statement:** The Town of Hotchkiss will explore the creation of, and present to the citizens, a set of land use regulations, which will implement the vision of the citizens.

| Year | Responsible | Description |
|------|-------------|-------------|
| 2008 | PC/BT | 1. . Develop a policy and regulation to limit the height of buildings in the downtown commercial center. Adopted Regulations in 2008. |
| 2013 | PC/BT | 2. Explore the adoption of sign regulations |
| 2009 | PC/BT | 3. Create and implement zoning and/or land use regulations to apply to downtown development. The idea being to encourage infill and discourage strip development. (Zoning adopted 2009.) |
| 2009 | PC/BT | 4. Restrict industrial type uses in the downtown commercial center. (Zoning) Zoning Regulations Adopted 2009. |

26

BLM_0124496

**Policy Statement:** The Town shall develop a streetscape plan and capital improvements plan for the downtown commercial center, with a five year implementation schedule for sidewalk improvements, public parking benches, street trees, flower planters and decorative street lighting,

| Year | Responsible | Description |
|------|-------------|-------------|
| Ongoing | BT/TS | 1. Explore moving the Public Works shop to another location and use a portion of the area to create public parking |
| 2012 | BT/TS | 2. Develop streetscape plan for downtown with five year implementation plan |

27

BLM_0124497

## E. RECREATION GOAL: Offer a wide range of recreational opportunities for all ages.

**Policy Statement**: The Town of Hotchkiss, in cooperation with the North Fork Pool, Park and Recreation District, the Delta County Fair Board and Commissioners, Delta County School District and other appropriate partners, shall strive to offer a wide range of year round recreational opportunities for all ages

| Year | Responsible | Description |
|------|-------------|-------------|
| 2020 | TS/BT | 1. The Town of Hotchkiss, the Delta County School District and the North Fork Pool District should explore the creation of a memorandum of understanding, or an intergovernmental agreement, to facilitate the use of all facilities and the dissemination of information concerning upcoming events. |
| 2020 | TS/BT | 2.  Create a working relationship with the Delta County Commissioners for the use of the fairgrounds as a park with the replacement of playground equipment |
| 2020 | TS/BT | 3. The Town, Fair Board and Board of County Commissioners shall work towards a formal memorandum of understanding concerning cooperation in the development and use of the Delta County Fairgrounds as a park, playground, and festival/events center as well as offering services to tourists. |
| 2020 | TS/BT | 4. The Town should strive to work with other community leaders to facilitate the creation of a youth and/or a community center. |

28

BLM_0124498

**Policy Statement:** The Town shall create a parks plan for the Hotchkiss community including a trail/bike path plan and the placement of pocket parks.

| Year | Responsible | Description |
|------|-------------|-------------|
| 2020 | TS/BT | 1. Create a parks plan for the Hotchkiss community including a trail/bike path plan and the placement of pocket parks. |
| 2020 | PC/BT | 2. Adopt new land use regulations that require new development to be designed with trail/bike paths/sidewalks. |
| 2015 | TS/BT | 3. Complete the planned trail from Hotchkiss Middle School to Hotchkiss High School |
| Studying | TS/BT | 4. Construct a parking area, access trail and trail system on the Town of Hotchkiss Waste Water Treatment property |

**Policy Statement:** The Town realizes the importance of tourism to the local economy and shall create a plan to actively promote tourism including hunting, fishing, camping, snowmobiling, and agricultural tourism.

## F. **SMALL TOWN ATMOSPHERE**: Maintain and preserve the current small town atmosphere

The results from the dot voting, survey and written comments stated that the majority of the citizens of the Town would like to maintain the present small town feeling and atmosphere.

**Policy Statement:** Promote a small town atmosphere by encouraging and maintaining a community spirit and closeness in the way the Town of Hotchkiss conducts business and makes decisions.

29

BLM_0124499

**Policy Statement:** Establish land use regulations/zoning that promotes and establishes a small town atmosphere.

| Year | Responsible | Description |
|------|-------------|-------------|
| 2020 | PC/BT | 1. Define and encourage art centers, festivals, carnivals, ice cream socials and other activities in areas of the Town to bring the community together; including Neighborhood Watch. |
| 2020 | BT | 2. Permit the placement of banners advertising local events in all areas of the Town whenever possible. |
| 2009 Adopted | PC/BT | 3. Adopt zoning regulations that allow a mixed use of residential and low impact commercial land uses with a mix of housing types that presently exist. Maintain current zoning. |
| 2020 | PC/TS | 4. Encourage the preservation and development of the unique qualities and characteristics which presently exist in Hotchkiss's neighborhoods. |
| 2009 Adopted | PC/BT | 5. Adopt zoning regulations that direct growth and protect existing areas from incompatible land uses. Maintain current zoning. |

**Policy Statement:** The Town shall work with, and encourage, the Postal Service to maintain a central location in Hotchkiss.

| Year | Responsible | Description |
|------|-------------|-------------|
| 2020 | BT | 1. Develop a working relationship with the US Postal Service if/when they decide to relocate and/or construct a new post office, with the goal of maintaining a down town central location. |

**Policy Statement:** The Town shall facilitate for better promotion of school sports and activities.

| Year | Responsible | Description |
|------|-------------|-------------|
| 2020 | BT/TS | 1. Develop a working relationship with schools to facilitate communication and the flow of information to the public. |

30

BLM_0124500

**Policy Statement**: The Town will create a public park plan. (See Recreation Goal)

| Year | Responsible | Description |
|------|-------------|-------------|
| 2007 | BT/PC | 1.    Require new residential subdivisions to dedicate either property or funds to facilitate the construction and implementation of the park plan. |

## G. LAND USE REGULATIONS:   Protect the residents from incompatible land uses.

The residents spoke and there is strong support for the management of growth and land use planning along with a building code.

**Policy Statement:** The Town shall adopt and implement a land use plan with implementation planning tools such as zoning to insure compatible land uses which addresses the following citizen concerns:

1   Protects and maintains private property rights and values.
2   Allows a mixed use of residential and low impact commercial land uses anywhere in Town unless covenanted otherwise.
3   Directs moderate impact commercial and industrial land uses to be located within one block on either side of Bridge Street.
4   Directs high impact industrial and commercial land uses to locate in designated areas with other similar uses.
5   Permit new mobile homes either in designated areas or mobile home parks.
6   Multifamily (apartments) shall be permitted in designated areas only.
7   Establish height restrictions for new and remodeled buildings in all areas of the Town.
8   Designate future growth areas around the Town.
9   Coordinate development with the school district to address impacts
10  Encourage infill development to avoid strip commercial development along Highways 92 and 133 out of town.
11. Identify environmental impacts of new development

31

BLM_0124501

| Year | Responsible | Description |
|---|---|---|
| Complete 2009 | PC/BT | 1. Planning Commission and Board of Trustees shall develop and adopt a zoning regulation. |
| Complete 2008 | BT/TS | 2. The Town shall adopt the International Building and International Residential Building Codes. |
| 2015 | PC/BT | 3. The Town shall explore the adoption of sign code regulations |

**Policy Statement**: The Town and Delta County shall work together to create an intergovernmental growth management agreement (IGA).

| Year | Responsible | Description |
|---|---|---|
| IGA with County | PC/TS | 1. Identify urban services boundaries and growth tiers around the Town based on present and future availability of municipal services. |
| Ongoing | PC | 2. Create an annexation plan and policy |
| Complete & Ongoing | TS/PC/BT | 3. Develop a working relationship with Delta County Board of Commissioners, Delta County Planning Commission and the Leroux Creek Area Planning Committee. |
| Ongoing | BT | 4. Work to have the IGA state that all new development in Tier 1 shall comply with Town of Hotchkiss Regulations. |

**Policy Statement**: The Town shall protect the public health, safety and welfare of its citizens.

| Year | Responsible | Description |
|---|---|---|
| Complete & Ongoing | TS/BT | 1. Emergency response preparedness plan |
| Fire Dept. Complete & Ongoing | PC/TS | 2. Establish and map wild lands wildfire interface and create fire reduction mitigation measures. |
| Fire Dept. Complete & Ongoing | PC/TS | 3. Map all hazard areas within the Town and growth management area and create mitigation measures. |

32

BLM_0124502