## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|---|---|---|---|---|
| Cody M. Perry | 10/19/2016 | 257 Spruce St. | 970 819 1610 | cody.Perry@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| DAVE M^cMillan | 10/19/16 | Box 201 Placerville 81430 | 970 729 0262 | skizija@gmail |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Neal Platzer | 10-20-2016 | 3849 Lost Creek Ra N, Montrose Co | 970 901.2854 | nsplatzer@gmail.com |

BLM_0124614

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Jon Tukman | 10/24/16 | POB 1483, Telluride 81435 | 917 992 3570 | JTukman@Roadrunner.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| KRISTEN KULL | 10/19/16 | Po Box 1021 TELLURIDE, CO 81435 | (970) 708-4853 | KRISTEN.KULL@ GMAIL.COM |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Susan Henderson | 10/20/16 | 59673 Mancosh | 249-5030 | fords.henderson@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| | 10/28/2016 | 59673 MArcoSLN Montrose, CO 81403 | 9702495030 | Lands.henderson @gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Susan Baldwin | Oct. 19, 2016 | P.O. Box 431 Placerville, Co 81430 | (970) 361-1890 | susanskybaldwin @ gmail.com |



# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Joanna Soundler | 10/19/2016 | PO Box 3461 Telluride, 81435 | 970.227.5008 | joannahavana @gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Alec Jacobson | 10/19/16 | 4166 1/2 Ln Colorado  Plume, Co 81501 | 801-520-6237 | Alec @JJJY DEP.... |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Anikka Stom | 10-19-2016 | PO. Box 2644 Telluride CO | 970-708-3779 | anikke97co hotmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| MARU SCHMID | 10/19 | PO Box 431 Paonia 81428 | 729-0362 | |

BLM_0124623

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Chous Zieve | 10·19·16 | PO. Box 4032 Telluride Co 81435 | 970-729-0113 | |

BLM_0124624

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Sam Stout | D-19-2016 | 204 Pine st #204 Tellur..., Co 5173 | 970-570-7657 | Sam.t.Stout@gma... |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Julia Preis | 10/18/16 | PO Box 215 Telluride | 369 - 5700 | jpreis@gmail |

BLM_0124626

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Brad Foley | 10·19·16 | P.O. Box 251 Telluride Co 81435 | 970·708·4001 | bradfoleyphoto@gmail.com |

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Alex Paul | 10/18/16 | 917 Portayry St | 970 422-2794 | APDANGER@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| David Ziegler | 10/19/16 | 230 S. Pine St Telluride CO 81435 | 480-895-8185 | daveziegler@mac.com |

BLM_0124629

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Jennifer Radge | 10-19-16 | P.O. Box 3219 Telluride | 970-729-0576 | Jradge@hotmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Chris Robison | 10·19·16 | 110 Grande Ave Ophir, CO | 970 708 4498 | Chris@WagnerSki's.co |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| J Joseph D. Ilsworth | 10/19/16 | PO Box 4199 Telluride CO | 716 713 3830 | Jredillsworth@yahoo.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Brianna Light | 10-19-16 | 115 Granite Ave. Ophir, CO 81426 | 541 543 7937 | brialightning@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| William Grimes | 10/19/2011 | 10855 #W 90 | 520 400 7120 | Williamgrimes@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Anne Yoshino | 10/15/16 | 10835 Highway 90 | 970 859-7212 (520) 400-8444 | aayoshino@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| MIKE CONLEY | 10/19/16 | Box 404 NORWOOD CO | 970 708888 | MIKE CONT... |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Jake Niece | 10/19/16 | 330 Adams Ranch Telluride 84735 | 7203522250 | jacobniece@gmail |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| DAVID ANDERSON | 10/20/16 | 847 N. 1ST MONTROSE | 970 249 4965 | dacubene @ yahoo. com |

S-1401

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely, *Anne M. Cable*

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Anne Cable | 10/19/2016 | 938 S. 5th Street, Montrose, CO | (970) 417-4416 | anne.cable@enmu.edu |

BLM_0124639

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| K. Winkel | Oct 20, 2016 | 2625 Cirque MonTrose | 970-275-1725 | edditoisland@gmail.com |

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| J Joseph D. Illsworth | 10/19/16 | PO Box 4199 Telluride CO | 716 713 3830 | Jedillsworth@yahoo.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Chris Robison | 10·19·16 | 110 Grande Ave Oph.s, co | 970 108 4498 | Chris@wagner ski's-co |

BLM_0124642

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Jennifer Radge | 10-19-16 | P.O. Box 3219 Telluride | 970-729-0576 | jradge@hotmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| David Ziegler | 10/19/16 | 230 S. Pine St. Telluride CO 81435 | 480-895-8185 | daveziegler@mac.com |

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Alex Paul | 10/18/16 | 917 Portzyry St | 970 422-2794 | APDANGER@GMAIL.COM |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Brad Foley | 10·19·16 | P.O. Box 251 Telluride CO 81435 | 970·708·4001 | bradfoleyphoto@gmail.com |

BLM_0124646

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|---|---|---|---|---|
| Julia Preis | 10/18/16 | Po Box 215 Telluride | 369 - 5800 | jpreis@gmail |

BLM_0124647

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Sam Stout | D-19-2016 | 204 Pine st #204 Tellu, Co 5175 | 970-570-7654 | Sam.t.Stout@gma...com |

BLM_0124648

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Chris Zieve | 10.19.16 | P.O. Box 4032 Telluride co 81435 | 970-729-0113 | |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| MARU SCHMID | 10/19 | PO Box 431 Placerville | 729-0362 | |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| K. Winkel | Oct 20, 2016 | 2625 Cirque Montrose | 970-275-1725 | edditoisland@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Anika Storm | 10-19-2016 | PO Box 2644 Telluride CO | 970-708-3779 | anikke97@hotmail.com |

BLM_0124652

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Alec Jacobson | 10/19/16 | 4166 1/2 Jw Colorado Gelunte, Co f(u7) | 801-578-6237 | Alec @JJJJDEP... |



# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Joanna Soindley | 10/19/2016 | PO Box 3461 Telluride, 81435 | 970.227.5003 | joannanavana @gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Susan Baldwin | Oct. 19, 2016 | P.O. Box 431 Placerville, CO 81430 | (970) 361-1290 | susansybaldwin @ gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| *[signature]* | 10/28/2016 | 59673 MArcosLN Montrose, CO 81403 | 9702498030 | Lands.henderson @gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|---|---|---|---|---|
| Susan Henderson | 10/20/16 | 59673 Mancosh | 249-5030 | fonds.henderson@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Kristen Kull | 10/19/16 | Po Box 1021 Telluride, Co 81435 | (970) 708-4853 | KRISTEN.KULL@GMAIL.COM |

BLM_0124658

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Jon Tukman | 10/24/16 | POB 1483, Telluride | 917 992 3570 | JTUKMAN@ RoadRunner. Com |

81435

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Neal Platzer | 10-20-2016 | 3849 Lost Creek Rd N, Montrose Co | 970 901.2854 | nsplatzer@gmail.com |

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|---|---|---|---|---|
| DAVE McMillan | 10/19/16 | Box 201 Placerville 81430 | 970 729 0262 | skizija@gmail |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

*Anne M. Cable*

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Anne Cable | 10/19/2016 | 938 S. 5th Street Montrose, CO | (970) 417-4416 | anne.cable@enmu.edu |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Cody M. Perry | 10/19/2016 | 257 Spruce St. | 970 819 1610 | cody.perry@gmail.com |

**Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.**

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Joshua Williams | 10.18.16 | 103 Evergreen Ct. Telluride, CO. 81435 | 970 708 9574 | joshpinetree@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Andrew Goldman | 10/19/16 | 58657 Meadow Ln montrose co 81403 | 970 225 9815 | fishman2 @montrose.net |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Deborah Westervelt | 10-20-16 | 639 S. 7th<br>Montrose, CO 81401 | 314-303 0818 | Deborah LS@AOL-COM |

Deborah Westervelt

BLM_0124666

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| JOE WESTERVELT | 10/20/16 | 639 S. 7th ST MONTROSE, CO 81401 | 719-510-0972 | COLOTOMBOY @ YAHOO . COM |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| M. J. Lyon | 10-20-16 | 114 CR S Ridgway Co 81432 | 970-626-3195 | |

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| DAVID HALLOWELL | 10/19/16 | 450 San Miguel Ridge, Rd. Telluride, CO 81435 | 207-751-5163 | phreeskizh@yahoo.com |

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Devin Overton | 10-19-16 | P.O. Box 746 Ophir Co 81426 | (970) 596-1379 | overton.devin@hotmail.ca |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Drctor Williamson | 10- 19-17 | 330 Adans Ranch Rd Apt 5 15 Telluridy Co | 205-213-7889 | drcfcdl yahoo.co |

81435

BLM_0124671

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Jeremy Bailey | 10-19-16 | 11 S. Commercial Rico, CO 81332 | 970-708-8911 | Jevem@bwdyer.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| DAVID ANDERSON | 10/20/16 | 847 N. 1ST MONTROSE | 970 2494965 | daabene @yahoo.com |

S-1401

BLM_0124673

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| CAMPBELL TILT | 10/19/16 | 149 S. Towgoy ST #B TELLURIDE, W | 421-223-2072 | TILT60360@Gmail.com |

81435

BLM_0124674

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Durfee Day | 10/19 | 152 San Juan POB 1365 | 970 341 5331 | Durfeeday@ aol.com |

BLM_0124675

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Mary Beth Mueller | Oct. 19, 2016 | 54 Eider CreekLn Telluride CO 81435 | 970.728.6726 | mary_beth_mueller @hotmail.com |

BLM_0124676

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Laura Colbert | 10/19/16 | 452 San Miguel Ridge Telluride | 603 897 5769 | rockymountainfluever@yahoo.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| WICKHAM | 10/18/16 | POB 532 PLACERVILLE Co 81430 | 970 946 2648 | RAWICKHAM@HOTMAIL. COM |

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Mike WETST | 10/19/2014 | Po Box 3147 Telluride | | Mike west@Rocket.mail com |

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Veronica Helle | 10/19/16 | P.O. Box 1274 Telluride CO 81435 | 414510 4750 | Veronica.Helle @gmail.com |

BLM_0124680

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| KYLE KOEHLER | 10 19 2016 | PO Box 3507 Telluride Co 81435 | 404- 216 · 4201 | lost81435@ gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| KEN BAILEY | 10/19/16 | P.O. Box 1827 | 612 817 8188 | KENBAILEY44a gmail.com |

BLM_0124682

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Ian Smith | 10/19/16 | Po Box 2319 Dolores, Co 81323 | (231)313-9289 | ianandrewsmith @gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Jake Niece | 10/19/16 | 330 Adams Ranch Telluride 81435 | 7203522250 | jacobniece@gmail |

BLM_0124684

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Kendal Smith | 10 19 2016 | Placerville, CO | 970-286-5321 | Kendaloak@gmail.com |

BLM_0124685

## Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: Galen | Date: October | Address: 118 Alexander | Phone: (720) - 299 | Email: |
|---|---|---|---|---|
| Goodrich | 19, 2016 | Overlook Telluride CO 81435 3857 | | jubeii-Kibagami@MSN.com |

BLM_0124686

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| David Wee | 10/19/16 | 321 N. Willow Telluride Co 81435 | 715-651-6895 | david wee 777@ hotmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|---|---|---|---|---|
| Andrew Crowley | 10/19/16 | PO Box 2881 Telluride CO 81435 | 434-996-8784 | Crowley.andrew@yahoo.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| | | | | |

BLM_0124689

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|---|---|---|---|---|
| Andy Orowitz | 10/18/16 | 98 Ridge Road Telluride CO 81435 | 201.704.0719 | aorowitz@ gnail.com |

BLM_0124690

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place ·full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Janet Chapman | 10/30/16 | 60711 W. Oak Grove Montrose Co | 9702409146 | Chapman.janet @jahoo.com |

BLM_0124691

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Carrie Koenig | 10/25/16 | P.O. Box 2384 Tellunde, CO 81435 | 729-1670 | Carrie_Koenig @yahoo.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Kirsten MacIntyre | 10/23/16 | 1857 E 900 S SLC, UT 84108 | 801-898-6356 | losmacintyres@yahoo.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Robert MacIntyre | 22 oct 16 | 15576 900 SLC UT 84108 | 801 916 5973 | robmac6294@yahoo.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| MIKE CONLEY | 10/19/16 | Box 404 Norwood CO | 970 708888 | MIECONNTHICH MARTDSCOM |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Anne C. Madeo | 10/22/16 | 1427 Browning SLC, UT 84105 | 801.532.3569 | AMADEO@HMMICH. EDU |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Julian Enharak | 10-21-2016 | 1427 E. Brownong SLC, UT 84105 | 801. 533-3568 | J2.Move@yahoo.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Anne Yoshino | 10/15/16 | 10855 Highway 90 | 970.859-7212 (520)400-2244 | aayoshino@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| William Grimes | 10/19/2011 | 10855 #W 90 | 520 400 7120 | willigrimes@gmail.com |

# Take Action! Urge the Bureau of Land Management to safeguard this iconic landscape, a place full of wonder and deserving of protection.

Dear Uncompahgre Field Office,

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

| Name: | Date: | Address: | Phone: | Email: |
|-------|-------|----------|--------|--------|
| Brianna Light | 10-19-16 | 110 Granite Ave. Ophir, CO 81426 | 541 543 7937 | brialightning@gmail.com |



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Stop a "do-nothing" climate plan for Colorado's public lands
1 message

---

**Brenda Probasco** <info@earthjustice.org>                     Wed, Oct 19, 2016 at 10:39 AM
Reply-To: Brenda Probasco <probasco.brenda@gmail.com>
To: Field Office Manager <uformrp@blm.gov>

Oct 19, 2016

Field Office Manager
2465 South Townsend Avenue
Montrose, CO 81401

Thank you for reading my letter.

I am deeply concerned that the draft management plan for the
Uncompahgre Field Office fails to seriously address climate change, the
most significant threat to Colorado's public lands and to the planet.

Every alternative the BLM is considering would allow coal mining to
continue at current levels for the next 10 to 20 years, a decision that
your own environmental impact statement (EIS) admits could result in
more than half a billion tons of climate pollution. In fact, every
single alternative the EIS analyzes would increase climate pollution
over baseline levels, and none would result in any reduction of coal
production. Every alternative would allow more leasing, more fracking
and more drilling for oil and gas.

Federal public lands must be part of the climate solution, not continue
to make the problem worse. I therefore urge the BLM to:

-       Adopt goals for the planning area that include significantly
reducing the climate pollution from BLM-approved actions on these lands
-       Seriously consider alternatives that prohibit new leases for
climate-polluting fossil fuels, including coal, oil and natural gas
-       Honestly disclose the direct and indirect climate emissions of
fossil fuel leasing, including the costs of climate pollution (the
"social cost of carbon")
-       Take a hard look at how to work with communities in the area to
transition from fossil fuels to cleaner economies

Thank you for your attention to this important issue.

Sincerely,

Brenda Probasco

Gulfport, FL 33707-3664
probasco.brenda@gmail.com

BLM_0124701

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - Draft resource management plan for the Uncompahgre Field office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Draft resource management plan for the Uncompahgre Field office
1 message

**Leah Rorick** <leahrorick@outlook.com>                                     Wed, Oct 19, 2016 at 12:41 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

10\19\2016

Dear BLM-UFO Staff and RMP Comment Team,

   I am currently a resident of Denver but I grew up in the North Fork Valley of Colorado, my
parents still live there and I consider it to be my home. I am absolutely terrified and appalled by the
possibility of fracking in that area. There are so many risks and it is truly not worth putting so many
homes, people and animals in jeopardy. The likeliness of water contamination is the number one
issue, even if it is kept out of drinking water.  So many farms, livestock and gardens rely on the
natural water resources for survival. I don't believe that is something that can be controlled as
easily as gas companies would like us to think and it could and would be devastating if there is a
spill. Where is all that waste water supposed to go? In my opinion there is no such thing as a safe
place to "dump" It will have an ill effect somewhere somehow. I also know that hydraulic fracturing
and injection wells can cause the earth to become unstable. People often make their permanent
home in this area and will not be able to vacate if the land and water supply is ruined by  these
practices. My parents plan to stay in their home forever and they deserve a beautiful, clean and
most importantly, a safe place to retire.

   Another huge issue is the damage that this take over will do the tourism, hunting and wildlife in
the area and for the organic food movement. These things are essential to residents of the North
Fork Valley. If the air and water is compromised so will many peoples livelihoods which is
absolutely unfair and absurd. I fear that once the oil and gas companies get in there it will be
a very long time until they leave and they will leave things immeasurably worse then they found
them.  If there were not significant risks then fracking would not be banned in New York!

   My family and I find it unacceptable to allow such a marvelous place to be desecrated. It is a
bad move for our valley and for the Earth in general.

Sincerely,

Leah Rorick

BLM_0124702



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fw: UFO Draft RMP
1 message

---

**ellza coyle** <ellzacoyle@hotmail.com>                                    Wed, Oct 19, 2016 at 5:02 PM
To: "uformp@blm.gov" <uformp@blm.gov>

---

October 2016

Hello,


Thank You for opportunity to comment on the Resource Management Plan (RMP), 2016.  Many things have changed since the plan that was implemented back in the 1980's. Thank You for considering the use of these BLM lands and asking for the public's input.


I have seen a considerable change since 1980 in outdoor recreational use.  A higher demand is requested to continue in allowing for this growth.  Myself, I have seen and partaken in the explosion of bike riding, be it in the mountains or rural road riding.  Hiking, walking & exploring the outdoors for the experience alone has become the normal for many for added health reasons, in conjunction with the strong interests in hunting, fishing & traveling to geological or ancestral sites.  One of the benefits of living within Delta County is the availability of BLM lands that provide & answer the request as needs have increased.  I prefer that the BLM choose to designate the Jumbo Mountain area as a Special Recreation Management Area (SRMA).  I personally enjoy living so close to this area, being in Paonia, that I often spend time biking, walking, hiking & even cross country skiing among the area & often out Lone Cabin Rd, along the many irrigation ditches.  It's great to have a variety of outdoor interaction so close at hand to choose from with no visions of industrial activity.  Please keep this option available by favoring the Alternative B1 plan.


I moved to this area in 2011, specifically for the organic food being produced throughout the area. Which since 1980's has seen a huge growth nationwide.  The wildlife sightings during migration times or hiking about, the accessibility to clean air, and the lifestyle characteristics that go along with these practices of "healthy" living.  My concern for the area is that if Alternative B1 is not chosen, the risk goes higher in affecting the long time ranchers, organic farms/orchards and vineyards along with myself as a resident, drinking the city water in negative ways that challenge the reasons many choose to live here.


I often travel on road 133 to access the Wilderness.  This road is always slumping, shifting and moving due to unstable conditions.  I can't imagine what an increase in traffic, specifically any related to fracking needs with heavy & numerous vehicles crossing the already stressed pavement

BLM_0124703

will do? Cost CDOT in damages and upkeep ?  As designated the "West Elk Scenic Drive" with an increase in truck traffic, gas pads and such will cheapen the Scenic part of the drive for many. Any other alternative choice shows lack of support for the value of these lands beyond just a mineral extraction exchange, i.e. financial and thus the value of "Scenic" is redefined in a manner not consistent with Wilderness.

   Please, initiate Alternative B1 to help decrease the above issues I personally think will detract if any other initiative is chosen.  If the water is contaminated, if the air is more polluted, if the wildlife are restricted in their habitual patterns and harmed, if the organic industry that resides within Delta County & is making a strong demonstration of an industry worth backing & providing a living is thwarted it will cause me personally to move and many others, if they have the resources to do so. It will stop the growth of our changing Delta County at a critical transitional time and the burgeoning creative district will succumb to wasteland.  Not a long term vision I imagine anyone wishes to observe.

   Currently I own my property here in Delta County and have an additional investment.  I am waiting to see what choice the BLM makes to decide if I continue to invest in the area.  Any initiative choice that does not support B1 will cause me to retract.


   Thank You,


elizabeth C O'Reilly

p.o. box 173 (230 Oak ave)

Paonia CO  81428

BLM_0124704

10/26/2016            DEPARTMENT OF THE INTERIOR Mail - Gas & Oil Lease comments.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Gas & Oil Lease comments.

1 message

**John Janus** <telluriderealty@gmail.com>        Wed, Oct 19, 2016 at 4:38 PM
To: uformp@blm.gov

Hello Good people of the BLM,
Regarding the upcoming oil and gas lease on the Western Slope of Colorado
I would like to point out There has not been adequate research and study into the environmental impacts of oil and gas
development on the Western Slope of Colorado. Fracking wastewater is radioactive and contains many chemicals
injurious to all forms of life.The history of the gas and oil companies is not good. It is common for a substantial amount
of this toxic brew released into the environment. There are the pipeline concerns also a heavy impact on the
environment. This type of commercial activity is at odds with the current economic base of the area, Agriculture, Tourism
and Real Estate. Agriculture which has been a profound economic driver in the region since the beginning would suffer
significantly. Please choose B 1 alternative as this is the only plan that is sustainable for the benefit of all citizen on the
Western Slope of Colorado.
Thank you.

John Janus

WWW.JANUSREALESTATE.com

Email: Telluriderealty@gmail.com

Phone: (970) 728-3205



BLM_0124705

10/26/2016                                    DEPARTMENT OF THE INTERIOR Mail - Oil and gas on western slope



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Oil and gas on western slope
1 message

**Andrew Cesati** <andrew@yeehawpickles.com>                    Wed, Oct 19, 2016 at 9:52 PM
To: uformp@blm.gov

Please protect our natural resources. There is no reason you your office to allow oil and gas extraction on the western slope. What ever short term gains realize by the community will he set at odds with the long term viability, health and well being of the people and environment. Please opt to oppose any fracking or resource extraction. Please do what you can to preserve the natural beauty and agricultural heritage of the area.

Thanks

Andrew Cesati
701 chipeta dr
Ridgway co 81432


Sent from my iPhone

BLM_0124706



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP comments
1 message

---

**Bill Harris** <trlgpa48@gmail.com>                                    Wed, Oct 19, 2016 at 9:49 AM
To: uformp@blm.gov

Please accept these comments regarding the proposed Resource Management Plan for the Uncompahgre Field Office.


1)    I generally support the Dry Creek SMRA designation, especially RMZ4 area that calls for priority development

of non-motorized singletrack.  One concern I do have in regards to the Dry Creek Lands with Wilderness Characteristics

is the inclusion of land that has the Coyote Cutoff and Coyote Ridge trails.  Both trails are motorized, so are they

recommended for closure, or is there some sort of mistake on the map.

2)    I support the EMRA designation for Kinnikin Hills.  The RMZ2 area is well-suited for non-motorized trail development.

The Kinnikin Hills area south of Kinnikin Road has a problem with illegal dumping, unsafe firearms use and off-trail

Motorized use.  Development of formal recreation facilities will discourage these abuses.

3)    I support the Spring Creek SRMA.  Spring Creek Canyon which includes Buzzard Gulch is a popular trail venue for

hikers, mountain biker, runners and equestrians.  Continued development of this trail system will provide added options

for local residents and visitors alike.  Would recommend that non-motorized trails be added to the RMZ3 designation.


Bill Harris

1635 Ironton Ct.

Montrose, CO 81401

BLM_0124707



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Recreational Shooting Proposal

1 message

**William Sheehan** <camelot222@gmail.com>                                    Wed, Oct 19, 2016 at 8:45 AM
To: uformp@blm.gov

Dear BLM - TO whom it may concern:

I Request and vote for the BLM to Select Alternative A and / or C for your  Recreational Shooting Proposal.

Thank you for your consideration:

William Sheehan

BLM_0124708



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment on the BLM UFO RMP
1 message

**Rein and Jan van West** <arcticwild@gmail.com>                          Wed, Oct 19, 2016 at 10:55 AM
To: uformp@blm.gov

Hi There....Please find attached my comments on the proposed RMP alternatives and place it in the record. Thank you very much.

Rein van West
Ridgway, CO 81432

 **BLMufoRMPletter10-19-16.docx**
121K

BLM_0124709

Dear BLM:

These are comments for the record in regard to the UFO RMP under consideration:

First off, I was pleased to see that the preferred alternative, D, has closed motorized travel in 'open' areas, thereby restricting motorized travel to designated trails/roads – kudos! Also, I appreciate that the BLM came to Ouray County earlier in the year to inform its citizens of the RMP alternatives – I'm aware this required huge amounts of time and work. Thank you.

Below are my 'preferred' recommendations for the final RMP:

1) I have been a hiker most of my life and have a number of years left to pursue this avocation. I have been fortunate to experience the following areas on hikes with my wife and others, and at times, with the guidance of conservation organizations:

- Dry Creek
- Camel Back
- Roc Creek
- Shavano Creek
- Lower Tabeguache
- Adobe Badlands

All of these units have 'wilderness characteristics', so I was disappointed units 4, 5, and 6 hadn't been included in the preferred alternative, D. In my mind, without question, each of these areas has compelling wilderness attributes of some sort: great bird life, perennial streams with riparian habitat, wildlife corridors, quiet trails, scenic views, unusual geology, and most have relatively few signs of disturbance. I would like to see ALL six of these named areas as part of the final RMP, whatever that winds up being.

Yep, I'm one of those who would like to see development and growth mostly confined to already established town and city footprints – leave as much open and undisturbed public land as possible for the enjoyment of our future generations!

2) Gosh, only 51,000 acres for Areas of Critical Environmental Concern (ACEC) in the preferred alternative, D? What happened to the other almost 165,000 acres? If they have been surveyed, identified, and inventoried for reasons of 'critical concern', then they all deserve ecological protection. Please register my recommendation that all almost 216,000 acres of Areas of Critical Environmental Concern be part of the final RMP.

3) Another addition I'd like to see added to the final RMP, are **all** the river segments as identified as 'wild and scenic'. Water is the number one important resource in the American West for not only us humans but for our wildlife, too. Protection of this resource to the nth degree only makes sense. So my plea is to give full protection to all free-flowing rivers and streams identified in our watersheds....free-flowing rivers can't be protected without also protecting the watersheds where they're found.

This is a reasonable request given the increasing demands and stress placed on our watersheds from a number of factors. Once a watershed is compromised it is near impossible to bring it back to a level where it provides the sustenance for native plants and wildlife.

Thanks for reading and registering my comments. The BLM works hard and, really, on balance, does a fabulous job considering all the competing interests. Thank you.

Rein van West
453 Cty Rd 5
Ridgway, CO 81432
arcticwild@gmail.com



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# UFO Draft RMP Comments
1 message

**Michael Skoko** <skoko306@gmail.com>                                    Wed, Oct 19, 2016 at 10:13 AM
To: uformp@blm.gov

Please see attached...


Michael Skoko
PO Box 343
Ridgway, CO 81432

skoko306@gmail.com

602-525-4643

Areas of Concern: Recreation

Acceptable Communication: email


Thanks,
Mike

**3 attachments**


**IMG_3633.JPG**
1242K

**UFO Draft RMP Comments SKOKO.pdf**
104K

**Kinnikin Hills RMZ 2 - Potential Trail System 20161017.kmz**
514K

BLM_0124712

# UNCOMPAHGRE DRAFT RMP COMMENTS

## RECREATION

The lack of non-motorized trails and recreation opportunities on BLM lands in the Uncompahgre Field Office (UFO) is astounding, as compared to the surrounding field offices (Grand Junction, Gunnison and Tres Rios. Take the area surrounding Montrose for instance, in a 20-mile radius there is a total of 11 miles of BLM non-motorized trails (Buzzard Gulch, which has its own issues [shooting range]). If you take that out further (1 hour drive), the only additional non-motorized area on BLM lands is the Ridgway Area Trails (RAT) which totals approximately 20 miles.

The heavy use by all non-motorized users, namely mountain bikers, of the RAT system is evidence that the Uncompahgre Valley has been devoid of quality non-motorized spaces and trails. I think the UFO can do a better job to address this obvious lack of non-motorized recreation resources. The BLM lands surrounding Montrose and the Uncompahgre Valley is absolutely dominated by motorized-use areas that is not conducive to a "silent" recreation setting. My comments are centered on the increased access to mountain biking and hiking in a setting that is devoted to a "silent-sport" setting in the Uncompahgre Valley.

**Kinikin Hills SRMA**

I am very much in favor of the **Alternative B** for the Kinikin Hills SRMA. This area has exceptional terrain in a beautiful setting with quick access to population centers.  All of these factors make for the ideal recreational area. RMZ 2 being non-motorized is a perfect alternative as it allows foot and bike traffic to access a natural setting quickly and it would push the motorized users and shooting (noise) away from the residences to an isolated area further up the mountain (RMZ 3). The RMZ 2 area could serve the communities of Montrose/Delta and Ridgway/Ouray with fantastic hiking and biking opportunities that are currently in very short supply.  I believe when "silent sport" areas are made available they are a great boon the surrounding communities and businesses.

The terrain (adobes, mesas, P&J hillsides) in the area of RMZ 2 is very unique from a mountain biking perspective and has the potential for some very fun/fast trails, potentially on the level of Fruita. There currently exists a number of moto trails in the area which could easily be adopted/retrofitted to cater to hikers, mountain bikers and horseback riders. These existing trails would be a fantastic start to establishing this area as premier non-motorized recreation area.

A Trailhead(s) independent from the current user group (motos and target shooters) would be important to welcoming potential hikers/bikers. The ideal location for this would be on the west side of RMZ 2 where it intersects with Uncompahgre Rd (38.3601, -107.7890). There is an existing road serving irrigation ditch and a large, relatively flat area that could serve as a parking area. The setting is ideal and would be an incredible introduction to a beautiful and unique area with easy access for the user base. An alternative trailhead location would be somewhere off of the road the divides RMZ 2 and RMZ 3.

BLM_0124713

**Please see the attached KMZ as a reference for this area's existing trails, potential trails/trailheads. The attached photo shot looking east from the potential trailhead location off Uncompahgre Rd.**

**Dry Creek LWC**

I am opposed to the Dry Creek LWC as it could potentially restrict access to recreation opportunities to motorized and non-motorized (bikes) users which have been well established in the area for some time. The BLM currently has signage for several of the trails in the proposed LWC (rock crawling, moto trails). I believe that these trails should be taken into account when drawing the LWC boundary. The proposed LWC would eliminate bicycle/moto use of Coyote Cutoff and Coyote Ridge trails that are crucial connectors to the already established network of trails NW of Dry Creek Rd. Restricting use of these trails would essentially deem the entire trail network a very undesirable place to ride a mountain bike. Please consider the existing trails/roads and their current uses as recreation asset before essentially closing off access to this unique area for mountain biking.

**Recreation Monoculture in the Uncompahgre Valley?**

The recreation opportunities on BLM lands within and surrounding the Uncompahgre Valley has been very biased in the direction of motorized users. This may have made sense 25 years ago but the cultural landscape and recreational styles have evolved. I feel that it is the BLM's responsibility to address these changes and create specific areas where non-motorized users can recreate. The fact is, riding a mountain bike or hiking on a motorized trail is not an ideal recreational experience. In some instances user groups should be segregated. My hope is that the UFO will look at what some of the surrounding field offices have done to tailor access to certain groups (mountain bikes/hikers) and the resulting benefits to the citizens and communities.

10/19/2016

Michael Skoko

PO Box 343

Ridgway, CO 81432

602-525-4643

2

BLM_0124714



0228 88p.

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by a web of public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I am opposed not only because I live in Hotchkiss but I also run a local food business that would be greatly impacted by oil and gas. It is not just the potential of contamination that would hurt my growing business; it is also the perspective of having oil and gas near our farms that thousands of my customers in Aspen, Glenwood Springs, Carbondale, Basalt, Crested Butte, and Gunnison would have. My customers buy local food from us because it is good, clean and fair. By allowing oil and gas in the public lands at the top of our watershed and near our farms that would compromise the good and clean aspect of what we offer, potentially killing my business completely.

I am writing to urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and **adopt a no-leasing alternative**.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

I am in my late 20s and moved to Delta County to build a life here. I have a successful business that is growing and supporting many others farms and businesses in the area. Please adopt a no-lease alternative and allow my family and my business to stay in the area and thrive.

Thank you,

Emma Stopher-Griffin

Po Box 891
Hotchkiss, CO
    81419

GRAND JUNCTION CO 815

19 OCT 2016 PM 1 T



RECEIVED
OCT 20 2016
UNCOMPAHGRE FIELD OFFICE

BLM, Umcompahgre Field Office
2465 S. Townsend Ave
Montrose, CO
        81401

8140185436

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - Fracking In North Fork Valley In Colorado



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fracking in North Fork Valley in Colorado
1 message

---

**Laurie White <lauriewhitelight@me.com>**                    Thu, Oct 20, 2016 at 1:39 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Dear BLM officials,

Living on the front range of Colorado during the intense development of fracked wells , we are witnessing the loss of clean air in a large part due to methane from wells, and with that increased asthma rates.  With the exception of a few individual land barons, and a relatively small number of workers for the energy corporations, we are receiving NO benefits from fracking and are virtually subsidizing the extraction industry through the loss of our viewshed, loss of clean air and water, open land access is diminished or lost, sage grouse habitat loss, antelope habitat loss, and a multitude of other keystone species who require prairie and open space.  There are too few pristine agricultural and plains areas in Colorado left that have not been denuded by gas and oil roads, with wells belching filth into the valley air, ground water contamination just a matter of time, man made earthquakes in areas where there should not be shaking ground.   I strongly urge you protect our public lands in Colorado from extraction and save them for our future generations.

Sincerely

Laurie White

970.690.7960
www.whitelightimage.com

---

BLM_0124718



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Resource Management Plan
1 message

**Susan Sky Baldwin** <susanskybaldwin@gmail.com>                                    Thu, Oct 20, 2016 at 11:20 AM
To: uformp@blm.gov

Dear Field Manager and Staff:
   I want to express my support for a final resource management plan that recognizes the value in protection of sensitive and ecologically important areas be they for wildlife, wild and scenic areas, recreation, or farming.  More specifically  that these areas would be off-limits to energy development.
   I know you are requesting specific comments on specific areas but that would be like "sticking my finger in the dike when the dam is in question".  I have been a local resident of Montrose county since 2004 and have just recently moved into San Miguel county.  I live, recreate, farm, and work here because of the quality of life I am able to have due to the extensive public lands and available irrigation water.  If these public lands are not protected for future generations of farmers, wildlife, and recreation it will be a travesty, because that is where the real value is.

Sincerely,

Susan M. Baldwin
P.O. Box 431
Placerville, CO 81430
--

BLM_0124719

10/26/2016                          DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Draft RMP/EIS comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Uncompahgre Draft RMP/EIS comment
1 message

---

**Arntzen - HC, Katherine** <katherine.arntzen@state.co.us>                          Thu, Oct 20, 2016 at 2:13 PM
To: uformp@blm.gov

To whom it may concern,

We offer comment on Addendum M statement: "Addendum I to the Colorado Protocol: Section 106 Requirements for Comprehensive Travel and Transportation Management Planning allows the BLM to complete consultation per Section 106 of the National Historic Preservation Act after route designation (M-4)."

As of October 29, 2016, Addendum I of the 1998 Colorado State Protocol, carried forward as Attachment F of the 2014 Colorado State Protocol, will expire by its terms and cannot be used for fulfilling your Section 106 requirements for travel and transportation management program as currently proposed by the Draft RMP/ EIS.

Thank you,

Katie
Katie Arntzen
Section 106 Compliance Manager
History Colorado, OAHP
1200 Broadway, Denver, CO 80203
303.866.4608

---

BLM_0124720

169 Ridgway Hills Road
Ridgway, CO 81432
sue@ciderassociation.org
970-626-4480
October 20, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I am writing to add my comments on the Uncompahgre Field Office draft Resource Management Plan Alternative D to the record.

I am a staff member of the *US Association of Cider Makers*, the national organization representing apple growers and cider makers from around the US, Canada and Mexico. Our members in the North Fork Valley depend on the historic availability of clean water, soil, and air to continue to grow some of the best fruit in the country. I personally am a member of several wineries in the North Fork Valley and consumer of North Fork fruits and vegetables provided at our local Farmers Markets. The North Fork Valley includes the largest concentration of organic farms in Colorado. The success of the North Fork growers illustrates the importance and benefit of this designation.

The North Fork is also a tourist destination. As a former resident of Northeast Utah and the Rangely, Colorado oil fields, I can say from experience that the scenic North Fork would be greatly and irreparably harmed by the appearance of rigs, equipment, buildings, new roads, smells and other impacts from drilling and fracking. The rivers, the hunting areas, the vineyards, the orchards, the scenery and the local way of life would all be threatened, and as we see in other oil fields there is no way back – no way to ever recover from these impacts.

I request that the final Resource Management Plan should:
- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
- Include the most current data on drilling and fracking impacts – not data from years ago – in the decision-making process. These include data on land stability, human health, water air and soil impacts, economic impact and much more.

As presented, none of the alternatives offer the level of protection these lands warrant, which communities and the public in your planning area have **specifically asked for**, and which federal law requires. Development of the leases would destroy local investments and resources required in transitioning the economy from a mining-heavy one to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities.

I implore you to consider my comments. I ask you save this area and NOT to allow drilling and fracking in the North Fork Valley.

Sincerely,

Susan Husch

RMP comments                                                                    Oct. 20, 2016
Bureau of Land Management
2465 South Townsend Ave.
Montrose, CO 81401

Dear Committee Members:

I am a resident of Colorado since 1965, and a resident of Hotchkiss since 2001. As a life-long resident of "the West", I am aware of the delicate balance between dearth and abundance relating to the weather. We all must remember that Colorado is high desert, be it snow, rain, heat or wind, the natural elements drive our economy and affects our well being.

During the last 15 years  I have seen many changes to the North Fork Valley, some great, others very threatening. The growth of our local organic growers, has gained recognition for the quality of food and wine. This economic base has continued to gain recognition nation-wide, and has buoyed the North Fork Valley when the collapse of the coal industry threatened the economy of the area.

The effects of divestment from the coal industry are still looming, but clean, renewable energy is our nation's future. Natural gas is called the cleaner "transitional" energy source for our country. The negative effects of natural gas extraction are becoming better known, but the long term ramifications are not understood.

Some of the negative effects of gas extraction are: air pollution, noise pollution, light pollution, wildlife habitat destruction, road deterioration, but most importantly, this extractive practice threatens and wastes our WATER.

Residents of "the high desert" are very aware of water is our life-blood. There is sensitivity toward and an earnest desire to protect and defend this scarce resource. The waste of water should not be allowed. The fracking process poisons our precious water and transforms it into hazardous waste. This is a travesty on all counts.

Please don't make the North Fork Valley a Petri dish for another energy extraction enterprise that will crash our economy again when the final "transition" to clean renewable energy happens. What would remain of our quiet, vibrant community, that lives close to and respects nature and its gifts, would be devastated, the ground and water poisoned. Please don't allow this to happen.

Don't buy into the "transition"; let's go straight for the renewable energy sources NOW. Don't put the people and the land through a damaging middle stage.

Thank you for your foresighted consideration,

Judy Coyle
PO Box 746
558 Maple Dr.
Hotchkiss, CO 81419



Friends of the Paradise Theatre
PO Box 886
Paonia, CO 81428

October 20, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: Lifestyle and "small town" community

Why is the UFO Resource Management Plan important to an 88-year old historic theater in Paonia, Colorado? It is all about our quality of life.

Since its beginning in 1928, the Paradise (originally Paonia) Theatre has been a community center of the small town of Paonia and for the North Fork Valley. It was the gathering place for coal miners, farmers and "townies" for movies, music and other entertainment. The narrative for the application for historic landmark status describes

> "As well as showing movies, holding dance parties and allegedly distilling and selling spirits, [Thomas] Poulos was a community minded man and sponsored events for school pupils of the North Fork Valley. At one event, he estimated 1000 guests were in attendance. There is mention in the Paonian that he donated three evenings of programing to the Community Chest. He hosted Santa Clause on Christmas Eve and invited all the children from surrounding towns. A Fireman's Ball, a free band concert and movie, a benefit for the Paonia Library were all testaments to his civic responsibility and community spirit."

Today, the Paradise Theatre is owned and operated by a 501( c)(3) nonprofit, The Friends of the Paradise Theatre. In 2013, we were at risk of our theater closing. Had that happened, we would have lost an important part of our heritage and **an important piece of Americana**. Now, we are proud to be a part of the revitalization of Grand Ave. in the town of Paonia. We see this hometown treasure as a "heart spot" for our community. It is a gathering place; a place of learning and entertainment; a historic landmark; it is important to the future of our socioeconomic status.

With approximately 50% of Delta County's area dedicated to BLM public land, including lands that surround our North Fork Valley, the UFO's RMP will have a tremendous impact on our region. If the public lands are to be used for grazing and recreation, our towns have a chance to develop and grow our agricultural and recreational businesses. We can continue to attract artists and musicians who are inspired by the landscape. We can remain a respite for urban dwellers and others seeking a peaceful retreat.

However, should the BLM choose to open the areas surrounding the North Fork Valley to industrial development, it is the end of life as we know it. Even the mere threat of oil and gas industrialization is contrary to what matters to this community – the small town feel, the inherent value we place on our health, food, water and clean air, our traditions and heritage, our freedom and independence.

We recognize that the sterile act of designating public land for oil and gas development or the paper exercise of leasing do not in themselves affect the community. However, we have seen here and in other communities that the threat of this type of industrial development has an immediate and lasting effect on real estate, tourism, local economy and the general quality of life.

The threat of 50% of our land being subject to oil and gas development will deter retirees from buying their dream homes. The insinuation of diesel trucks and heavy equipment on our roads will dissuade tourists from considering this area for hiking or biking. The potential for air and water pollution will frighten away organic farmers and healthy food advocates. The desecration of the landscape and the disregard for culture and the arts will discourage artists and entrepreneurs.

By making BLM's public lands in the North Fork Valley available to industrial interests, you will destroy **an important piece of Americana**.

The BLM's statement in the Socioeconomic Report for the Draft RMP is vague but admirable.

"Large variations in the study area, particularly between the UFO planning units, make generalizations about the study area's social and economic conditions complex. Due to the large acreage of public lands in many study area counties, the overall contribution of public lands to local economies may be significant. Influence of public lands at the local level is especially important, particularly in locations where public lands provide a source of employment, such as ranching or energy production, or a significant contribution to quality of life for local residents, such as recreational activities availability or open space preservation. As such, local citizens' concerns, as reflected in the economic strategy workshops will be analyzed during development of the Uncompahgre RMP."

We implore that the BLM consider present and future trends in the socioeconomics of our area. We recommend that

1. **Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.**
2. **In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.**
3. **In addition, we urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.**
4. **The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.**

Sincerely,

Elaine M. Brett
On behalf of the Board of Directors
Friends of the Paradise Theatre

FOPT Board of Directors:
Tom Stevens
Elaine Brett
Chris Garre
Erin Jameson
Ben Lehman
Bernadette Steck

BLM_0124724

Nancy Carlson
11498 3150 Road
Hotchkiss, CO 81419

October 20, 2016
RMP Project Manager
2465 South Townsend Avenue
Montrose, CO 81401

RE: Resource Management Plan Comments

Project Manager,

I appreciate the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. I and my agricultural colleagues continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

I feel that Alternative C with some changes discussed below is the best option. I feel it best preserves a greater amount of multiple use and protection of private party rights within the plan. It also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

The few portions of Alternative C that I believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

### Special Status Terrestrial Wild Life
- o **Page 2-95, Line 152**, designate defined habitats as *species occupied* habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
- o **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse,. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements.

- • **Land Health**
  - o **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health

  - o **Page 2-27, Line 26,** add recreation to actions that can cause land health problems

  - o **Page 2-164, Line 295,** maintain the ability to increase AUMs

  - o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.

BLM_0124725

- o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.

- o **Page 2-169, Line 303,** add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.

- o **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.

- o **Page 2-167, Line 301,** No permits or allotments should be closed.

- o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements

- o **Page 2-172, Line 307,** alternative c is more feasible and allows for the sustainability of multi-generational use of working landscapes

- o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
- o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

I would appreciate your taking time for serious consideration as to the agricultural economic impact the proposed changes will have, if it is not Alternative C with modifications.

Sincerely,

Nay Calso



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# Tim Shortell Comment Letter October 8, 2016

1 message

**Krickbaum, John (Bruce)** <bkrickba@blm.gov>                   Fri, Oct 21, 2016 at 2:08 PM
To: uformp <uformp@blm.gov>

Scanned and attached a comment letter received at the CO State Office (State Director).  I will also forward the paper
copy to Gina Jones.

Bruce Krickbaum
Planning and Environmental Coordinator
BLM Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215
303-239-3865

📄 **Shortell.Tim Oct8.2016.pdf**
27K

BLM_0124727

October 8, 2016

Ruth Welch
State Director
Bureau of Land Management
2850 Youngfield Street
Lakewood, CO   80215

I am writing to express my strong opposition to increased oil and gas leasing in the North Fork Valley of Western Colorado, and therefore my strong opposition to the BLM's "Preferred Alternative" for the Resource Management Plan of the Uncompahgre Field Office region as it relates to oil and gas development in this area.

On a local level oil and gas development will negatively impact both the local communities, which rely heavily upon clean air and water for the sustainability of the many organic farms and recreational activities, and the wild communities, which rely upon unfragmented healthy ecosystems for their wellbeing.

I can not understand why the BLM is supporting the acceleration of fossil fuel extraction from undeveloped land while, at the same time, governmentally funded climate scientist are in consensus that in order mitigate climate change we, as a country, need to be leaving much of the fossil fuels in the ground.

An appropriate compromise, if it is even fathomable to compromise the health of the environment, is the adoption of Alternative B as listed in the BLM's RMP.

Thank you for considering my opinion as you move forward with this extremely important decision concerning the future of the North Fork Valley and beyond.

Sincerely,

Tim Shortell
PO Box 1174
Paonia, CO  81428

BLM_0124728

Laura S. Kunkel
4001 Patricia St.
Annandale, Va 22003
October 21,2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

Please fully consider the issues raised in these comments on the Uncompahgre field office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection
these lands warrant, that communities and the public in your planning area have specifically asked for
and favored, and which federal law requires.

I am a native Coloradoan, having grown up in the Fort Collins area. My daughter now lives in Paonia.
We share a respect and love for the scenic beauty as well as the productivity of the land.

It is upsetting to see a proposal that could be very damaging to a beautiful, productive and unspoiled
area.

In a number of areas the draft RMP can be expected to create problematic situations:
*endangering wildlife
*rendering soil less available/supportive of growing crops as a result of erosion, etc
*possible creation of health hazards for persons living in the area.

I would hope to see more discussion of methods for improving the Draft Resource Management Plan
prior to its implementation.

It is my belief that using natural resources in such a way as to not only deplete them, but to potentially
damage the areas where they are located is poor stewardship of those resources. I would ask that you
give further consideration to the potential impact of the Draft Resource Plan and rework it accordingly.

Sincerely.

Laura S. Kunkel

Laura S. Kunkel

10/26/2016                          DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Mgmt Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Uncompahgre Mgmt Plan
1 message

---

**Skip** <canyonwren53@gmail.com>                                    Sat, Oct 22, 2016 at 4:06 PM
To: UFORMP@blm.gov

The North Fork Valley is one of the most unique and beautiful places on the west slope of the Rockies.  It has supported the agricultural small town lifestyle for many years.

Please choose plan B1 to protect the diverse communities and wildlife of this one of a kind place.


Helen Mitas
 319 Pine St
Grand Junction, CO 81503
canyonwren53@gmail.com

---

BLM_0124730

10/27/2016   DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office i...



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office in Delta County Colorado

1 message

**Eileen Milvenan** <emilvenan1@gmail.com>                                      Sat, Oct 22, 2016 at 10:51 AM
To: uformp@blm.gov

<div align="right">

Eileen Milvenan, M.D.

14099 Thompson Road

Paonia, Colorado 81428

October 21, 2016

</div>

BLM, Uncompahgre Field Office

2465 S Townsend Avenue

Montrose, Colorado 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

*Please* fully consider the issues raised in my comments on the Uncompahgre Field Office draft Resource Management Plan. **The BLM did not conduct a human health impact assessment in its Draft Resource Management Plan, and there has been inadequate risk analysis to date**. It is my professional opinion that the health risks to newborns and pregnant mothers, and to children and adults are significant enough to warrant much more analysis. A moratorium pending further study is the only responsible way to protect the current and future generations in the North Fork Valley.

I am a Neonatologist (Pediatrician with subspecialty care of hospitalized critically ill newborns with birth defects, prematurity, and low birth weight) of 33 years experience, and I am also a North Fork Valley resident.

BLM_0124731

In 2011 my husband and I purchased 12 acres of land in Paonia, Colorado on which to build a farm and spend our retirement. While my husband will most certainly submit a comment about the ways this plan and its alternatives will personally affect us, the Paonia community, and the beautiful land in the valley, I wanted to focus on some of the troubling information I've uncovered while researching hydraulic fracturing and what we currently know about the health impacts of living in an area where these activities are present.

Allow me to preface my concerns with an analogous illustration of the need for proper risk analysis and impact assessment. Generations of physicians and health care providers have collected evidence to guide programs of therapy in order to optimize short- *and* long-term outcomes for patients. Through careful analysis over time, treatments that may initially appear beneficial or without significant other complications can be found to have risks of unexpected poor outcomes. As a result, a problematic treatment may be adjusted or even abandoned, but **ongoing evaluation of associated risks and benefits is critical to the process**. Many treatment studies have been terminated due to evidence that the risk of adverse complications was too great to warrant continuation of the therapy. In the history of neonatology, there is a well-remembered chapter about blindness in premature infants in the 1940s-50s. In the US and other affluent countries, oxygen was piped into incubators because it was improving survival outcomes. However, the long-term effect of this therapy was blindness in a great number of infants (Stevie Wonder is know to be one of those infants). At the time, there was no suspicion that oxygen could be the cause of the blindness, and research efforts took years to discover this fact through precise ongoing monitoring and risk assessment. It is a lesson to those in my field about the critical need for thorough analysis.

There is growing concern about the potential health problems in children and adults living near gas drilling, and efforts to quantify these risks are underway. This type of research requires funding and time. Ongoing research results continue to be released, and must be evaluated before expanding the practice of hydraulic fracturing throughout the country. **It is particularly important to bring attention to recent findings because the Bureau of Land Management stopped the clock on accepting new information four years ago, and as such, it did not take these findings into account when formulating the Draft Resource Management Plan for the North Fork Valley. The BLM did not conduct a human health impact assessment in its plan. There should be provisions for ongoing risk analysis, and regulations in place for rural gas gathering pipelines under the Pipeline Hazardous Materials and Safety Administration.**

From my more than thirty years of professional experience, I know that any increase in prematurity and birth defects leads to more inpatient hospital days and risk of childhood chronic illnesses, which then leads to significant financial and social problems for the families and communities. The United States overall has shown an increase in preterm

BLM_0124732

births by 20 percent from 1990 to 2006, and ongoing analysis of causes continues. Caring for acute and chronically ill children has both short- and long-term affects. Besides the specific suffering and quality of life problems for the affected child, the financial and emotional stress on the family is well-documented. Families of children with chronic health problems are known to have higher divorce rates. There are associated community increases in healthcare costs and loss of worker income and productivity. Beyond the potential effect on a developing fetus exposed to gas drilling, there is also uncertainty about the negative impact on developing children. Our community cannot afford uncertainty regarding the health impact that proximity to gas drilling will have on our children.

Please see below scientific data from studies published in 2015 and 2016 regarding the significant impact on birth defects, birth weight, and infant mortality, collated by Citizens for a Healthy Community. These studies were cited in *The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction)*, Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility.

• In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine, or spinal cord) were associated with the density and proximity of natural gas wells within a 10-mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. PSC-C p.76 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3984231/

• A University of Pittsburgh study of three heavily-drilled Pennsylvania counties found that the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality.  PSR-C p72,73

• Health professionals in Vernal, UT reported a 6-fold increase in infant death rates over a three-year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Uintah Basin has 11,200 oil and gas wells. PSR-C p76. Pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists.

• Preliminary data from researchers at Princeton University, Columbia, and MIT used Pennsylvania birth records from 2004-2011 to assess the health of infants born within a 2.5 kilometer radius of natural-gas fracking sites. They found that proximity to fracking

BLM_0124733

Case No. 1:20-cv-02484-MSK   Document 64-16   filed 04/29/21   USDC Colorado   pg 123 of 154

10/27/2016   DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office i...

increased the likelihood of low birth weight by more than half, from about 5.6% to more than 9%. The chances of a low APGAR score (a summary measure of the health of newborns at birth) roughly doubled, to more than 5%. PSR-C p.77

• Other preliminary studies from Colorado and Pennsylvania comparing infant birth weights and premature births with proximity to wells had similar findings as above. PSR-C p77; 72-73

We must analyze thoroughly the evidence of the impact of gas drilling on developing children, including incidence of asthma and respiratory problems. The California Council on Science and Technology studied the impacts of exposure to fracking-related air pollution and asserted "officials should fully understand the toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations." PSR-C p.72

**I cannot emphasize this one enough.** Jerome Paulson, MD; Medical Director for National & Global Affairs; Director of the Mid-Atlantic Center for Children's Health & The Environment; Child Health Advocacy Institute, Children's National Health System and Professor of Pediatrics and of Environmental & Occupational Health George Washington University states in a public letter to the Secretary of Pennsylvania Department of Environmental Protection on June 30, 2014:

• "In protecting children from environmental health hazards, it is essential to recognize that for many reasons children may be more exposed to environmental health hazards than adults in the same location. Moreover, children may have different outcomes than adults similarly exposed. For example, children breathe more air and drink more water per unit of body weight than adults do, Therefore, if the air or water are contaminated, the children will receive a higher dose than the adults. Children also live longer than adults. While that may seem self-evident, it is important in the environmental context because many outcomes of environmental exposures occur years after the exposure. If the delay between exposure and outcome is, for example, 40 years or more, as it may well be in terms of some of the chronic lung diseases of adulthood, if a 60 year old adult is exposed, s/he may not live long enough to develop the adverse outcome. A child, however, will, in all likelihood, live long enough to experience that adverse outcome."

• "As a physician with significant expertise in environmental health, I want to point out that there is no information in the medical or public health literature to indicate that [Unconventional Gas Exploitation] can be implemented with a minimum of risk to human health." http://citizenshale.org/2014/07/physician-warns-pa-dep-to-protect-children-and-pregnant-moms/#_edn1

BLM_0124734

Please also note the following additional sources that I found useful and informative. I have pulled and emphasized particularly relevant information below the links, but the overarching takeaway is that there are indications of increased health risks surrounding hydraulic fracturing and **more research is needed in order to determine how to proceed safely**:

From a December 2014 government (NIH) informational article summarizing hydraulic fracturing and what it means for communities:

https://www.niehs.nih.gov/health/materials/hydraulic_fracturing_and_health_508.pdf

• The National Institute of Environmental Health Sciences (NIEHS) is a branch of the National Institutes of Health. This agency is involved in funding for research to investigate potential health impacts related to hydraulic fracturing. Some reseearch activities include the following:

·   Examining patterns of pregnancy and asthma near the Marcellus Shale (Geisinger Clinic, Danville, PA – led by Brian Schwartz)

·   Investigation of pregnancy risks near the Barnett Shale hydraulic fracturing sites (UTHSC – Houston, led by Kristina Whitworth)

·   Assessing markers of stress inflammation, cardiovascular health and quality of life (U of C, Denver – John Adgate.) p.2

From an April 2014 reference article associating increase in birth defects and maternal proximity to gas drilling:

http://ehp.niehs.nih.gov/1306722/

• This study suggests a positive association between greater density and proximity of natural gas wells within a 10-mile radius of maternal residence and greater prevalence of CHDs [congenital heart defects] and possibly NTDs [Neural Tube Defects], but not oral clefts, preterm birth, or reduced fetal growth. Further studies incorporating information on specific activities and production levels near homes over the course of pregnancy would improve exposure assessments and provide more refined effect estimates. Recent data indicate that exposure to NGD [development and production of natural gas] activities is increasingly common... Taken together, **our results and current trends in NGD underscore the importance of conducting more comprehensive and rigorous research on the potential health effects of NGD**.

From a June 2013 article describing a Health Impact Assessment process in Battlement Mesa/Parachute, Colorado:

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3698738/

BLM_0124735

• To fully understand the health impacts associated with natural gas development, extensive research in environmental emissions, community impacts, and health outcomes should be conducted. Regulators, legislators, and planners, however, must make real-time decisions and are often unable to wait for science to catch up. In the absence of good data on the effects of natural gas development on their citizenry, concerned community governments have been invoking temporary moratoriums that may impede even potentially safe natural gas development. In such circumstances, when definitive scientific data are incomplete, HIA methods can provide guidance to community leaders for the inclusion of health in the decision-making process.

Here is an August 2014 list indicating instances of national groups in government, academia *and* industry calling for more research on health effects of hydraulic fracturing:

http://mdehn.org/wp-content/uploads/2014/12/calls_for_moreresearch.pdf

There are many locations in the United States with hydraulic fracturing in place and ongoing research on health effects on both those living in close proximity to these wells and on the workers. **While these investigations continue collecting and analyzing data, the best practice would be to avoid mineral rights leasing on public lands in the North Fork Valley until there is more definitive information about the effects of hydraulic fracturing on the health of the people living here.**

Sincerely,

Eileen Milvenan, M.D.

---

📄 **UFORMP.doc**
45K

BLM_0124736

Eileen Milvenan, M.D.
14099 Thompson Road
Paonia, Colorado 81428
October 21, 2016

BLM, Uncompahgre Field Office
2465 S Townsend Avenue
Montrose, Colorado 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

*Please* fully consider the issues raised in my comments on the Uncompahgre Field Office draft Resource Management Plan. **The BLM did not conduct a human health impact assessment in its Draft Resource Management Plan, and there has been inadequate risk analysis to date**. It is my professional opinion that the health risks to newborns and pregnant mothers, and to children and adults are significant enough to warrant much more analysis. A moratorium pending further study is the only responsible way to protect the current and future generations in the North Fork Valley.

I am a Neonatologist (Pediatrician with subspecialty care of hospitalized critically ill newborns with birth defects, prematurity, and low birth weight) of 33 years experience, and I am also a North Fork Valley resident.

In 2011 my husband and I purchased 12 acres of land in Paonia, Colorado on which to build a farm and spend our retirement. While my husband will most certainly submit a comment about the ways this plan and its alternatives will personally affect us, the Paonia community, and the beautiful land in the valley, I wanted to focus on some of the troubling information I've uncovered while researching hydraulic fracturing and what we currently know about the health impacts of living in an area where these activities are present.

Allow me to preface my concerns with an analogous illustration of the need for proper risk analysis and impact assessment. Generations of physicians and health care providers have collected evidence to guide programs of therapy in order to optimize short- *and* long-term outcomes for patients. Through careful analysis over time, treatments that may initially appear beneficial or without significant other complications can be found to have risks of unexpected poor outcomes. As a result, a problematic treatment may be adjusted or even abandoned, but **ongoing**

**evaluation of associated risks and benefits is critical to the process**. Many treatment studies have been terminated due to evidence that the risk of adverse complications was too great to warrant continuation of the therapy. In the history of neonatology, there is a well-remembered chapter about blindness in premature infants in the 1940s-50s. In the US and other affluent countries, oxygen was piped into incubators because it was improving survival outcomes. However, the long-term effect of this therapy was blindness in a great number of infants (Stevie Wonder is know to be one of those infants). At the time, there was no suspicion that oxygen could be the cause of the blindness, and research efforts took years to discover this fact through precise ongoing monitoring and risk assessment. It is a lesson to those in my field about the critical need for thorough analysis.

There is growing concern about the potential health problems in children and adults living near gas drilling, and efforts to quantify these risks are underway. This type of research requires funding and time. Ongoing research results continue to be released, and must be evaluated before expanding the practice of hydraulic fracturing throughout the country. **It is particularly important to bring attention to recent findings because the Bureau of Land Management stopped the clock on accepting new information four years ago, and as such, it did not take these findings into account when formulating the Draft Resource Management Plan for the North Fork Valley. The BLM did not conduct a human health impact assessment in its plan. There should be provisions for ongoing risk analysis, and regulations in place for rural gas gathering pipelines under the Pipeline Hazardous Materials and Safety Administration.**

From my more than thirty years of professional experience, I know that any increase in prematurity and birth defects leads to more inpatient hospital days and risk of childhood chronic illnesses, which then leads to significant financial and social problems for the families and communities. The United States overall has shown an increase in preterm births by 20 percent from 1990 to 2006, and ongoing analysis of causes continues. Caring for acute and chronically ill children has both short- and long-term affects. Besides the specific suffering and quality of life problems for the affected child, the financial and emotional stress on the family is well-documented. Families of children with chronic health problems are known to have higher divorce rates. There are associated community increases in healthcare costs and loss of worker income and productivity. Beyond the potential effect on a developing fetus exposed to gas drilling, there is also uncertainty about the negative impact on developing children. Our community cannot afford uncertainty regarding the health impact that proximity to gas drilling will have on our children.

Please see below scientific data from studies published in 2015 and 2016 regarding the significant impact on birth defects, birth weight, and infant

BLM_0124738

mortality, collated by Citizens for a Healthy Community. These studies were cited in *The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction)*, Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility.

• In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine, or spinal cord) were associated with the density and proximity of natural gas wells within a 10-mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. PSC-C p.76 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3984231/

• A University of Pittsburgh study of three heavily-drilled Pennsylvania counties found that the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality.  PSR-C p72,73

• Health professionals in Vernal, UT reported a 6-fold increase in infant death rates over a three-year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Uintah Basin has 11,200 oil and gas wells. PSR-C p76. Pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists.

• Preliminary data from researchers at Princeton University, Columbia, and MIT used Pennsylvania birth records from 2004-2011 to assess the health of infants born within a 2.5 kilometer radius of natural-gas fracking sites. They found that proximity to fracking increased the likelihood of low birth weight by more than half, from about 5.6% to more than 9%. The chances of a low APGAR score (a summary measure of the health of newborns at birth) roughly doubled, to more than 5%. PSR-C p.77

• Other preliminary studies from Colorado and Pennsylvania comparing infant birth weights and premature births with proximity to wells had similar findings as above. PSR-C p77; 72-73

We must analyze thoroughly the evidence of the impact of gas drilling on developing children, including incidence of asthma and respiratory problems. The California Council on Science and Technology studied the impacts of exposure to fracking-related air pollution and asserted "officials should fully understand the

BLM_0124739

toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations." PSR-C p.72

**I cannot emphasize this one enough.** Jerome Paulson, MD; Medical Director for National & Global Affairs; Director of the Mid-Atlantic Center for Children's Health & The Environment; Child Health Advocacy Institute, Children's National Health System and Professor of Pediatrics and of Environmental & Occupational Health George Washington University states in a public letter to the Secretary of Pennsylvania Department of Environmental Protection on June 30, 2014:

- "In protecting children from environmental health hazards, it is essential to recognize that for many reasons children may be more exposed to environmental health hazards than adults in the same location. Moreover, children may have different outcomes than adults similarly exposed. For example, children breathe more air and drink more water per unit of body weight than adults do, Therefore, if the air or water are contaminated, the children will receive a higher dose than the adults. Children also live longer than adults. While that may seem self-evident, it is important in the environmental context because many outcomes of environmental exposures occur years after the exposure. If the delay between exposure and outcome is, for example, 40 years or more, as it may well be in terms of some of the chronic lung diseases of adulthood, if a 60 year old adult is exposed, s/he may not live long enough to develop the adverse outcome. A child, however, will, in all likelihood, live long enough to experience that adverse outcome."

- "As a physician with significant expertise in environmental health, I want to point out that there is no information in the medical or public health literature to indicate that [Unconventional Gas Exploitation] can be implemented with a minimum of risk to human health." http://citizenshale.org/2014/07/physician-warns-pa-dep-to-protect-children-and-pregnant-moms/#_edn1

Please also note the following additional sources that I found useful and informative. I have pulled and emphasized particularly relevant information below the links, but the overarching takeaway is that there are indications of increased health risks surrounding hydraulic fracturing and **more research is needed in order to determine how to proceed safely**:

From a December 2014 government (NIH) informational article summarizing hydraulic fracturing and what it means for communities: https://www.niehs.nih.gov/health/materials/hydraulic_fracturing_and_health_508.pdf

- The National Institute of Environmental Health Sciences (NIEHS) is a branch of the National Institutes of Health. This agency is involved in funding for research

to investigate potential health impacts related to hydraulic fracturing. Some reseearch activities include the following:

· Examining patterns of pregnancy and asthma near the Marcellus Shale (Geisinger Clinic, Danville, PA – led by Brian Schwartz)

· Investigation of pregnancy risks near the Barnett Shale hydraulic fracturing sites (UTHSC – Houston, led by Kristina Whitworth)

· Assessing markers of stress inflammation, cardiovascular health and quality of life (U of C, Denver – John Adgate.) p.2

From an April 2014 reference article associating increase in birth defects and maternal proximity to gas drilling:
http://ehp.niehs.nih.gov/1306722/

• This study suggests a positive association between greater density and proximity of natural gas wells within a 10-mile radius of maternal residence and greater prevalence of CHDs [congenital heart defects] and possibly NTDs [Neural Tube Defects], but not oral clefts, preterm birth, or reduced fetal growth. Further studies incorporating information on specific activities and production levels near homes over the course of pregnancy would improve exposure assessments and provide more refined effect estimates. Recent data indicate that exposure to NGD [development and production of natural gas] activities is increasingly common... Taken together, **our results and current trends in NGD underscore the importance of conducting more comprehensive and rigorous research on the potential health effects of NGD**.

From a June 2013 article describing a Health Impact Assessment process in Battlement Mesa/Parachute, Colorado:
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3698738/

• To fully understand the health impacts associated with natural gas development, extensive research in environmental emissions, community impacts, and health outcomes should be conducted. Regulators, legislators, and planners, however, must make real-time decisions and are often unable to wait for science to catch up. In the absence of good data on the effects of natural gas development on their citizenry, concerned community governments have been invoking temporary moratoriums that may impede even potentially safe natural gas development. In such circumstances, when definitive scientific data are incomplete, HIA methods can provide guidance to community leaders for the inclusion of health in the decision-making process.

Here is an August 2014 list indicating instances of national groups in government, academia *and* industry calling for more research on health effects of hydraulic fracturing:
http://mdehn.org/wp-content/uploads/2014/12/calls_for_moreresearch.pdf

BLM_0124741

There are many locations in the United States with hydraulic fracturing in place and ongoing research on health effects on both those living in close proximity to these wells and on the workers. **While these investigations continue collecting and analyzing data, the best practice would be to avoid mineral rights leasing on public lands in the North Fork Valley until there is more definitive information about the effects of hydraulic fracturing on the health of the people living here.**

Sincerely,

Eileen Milvenan, M.D.

BLM_0124742

10/27/2016        DEPARTMENT OF THE INTERIOR Mail - RMP Draft Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Draft Comment
1 message

---

**Lasca Hix** <lascahix@gmail.com>          Sat, Oct 22, 2016 at 2:27 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

October 22, 2016

BLM/Uncompahgre Field Office

2465 S Townsend Ave.

Montrose, CO 81401

RE: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM/UFO Staff & RMP Comment Team,

I moved to the North Fork Valley for a number of reasons, primary among them clean air & water, the natural & organic food sources, the beautiful, rural setting and abundance of hiking, fishing, hunting and outdoor recreation opportunities in general. My fear is that all of these will be impacted in some fashion and perhaps irreversibly damaged or destroyed.

I am not against responsible development when the needful scientific studies are done outside the venue of special interests. Unfortunately, at this point, there have been a plethora of "unforeseen" disastrous consequences for fracking communities. It is my opinion that our technological capabilities have outpaced our judicious use of them, and life on earth is endangered proportionately.

1)  The amount of water used in the fracking process alone, in the face of serious aquifer depletion throughout the US and the long running drought conditions in others, is sufficient testament to our lack of foresight. **Water is life, without it all life dies; there are alternative sources for energy, there are none for water.** I have seen no address to this vital issue - What are the plans for providing the millions/billions of gallons of water needed to frack this area? Some fracking communities have run out of water completely or soon will. Related articles:
   a)  https://www.theguardian.com/environment/2014/feb/05/fracking-water-america-drought-oil-gas
   b)  http://voices.nationalgeographic.com/2014/02/06/fracking-in-water-stressed-zones-increases-risks-to-communities-and-energy-producers/

2)  The potential for adverse economic impact to our farms, ranches, orchards, wineries and tourism/outdoor recreation is too great a risk for widespread fracking. A reasonable approach might be to determine, along with the community, where adverse impact is minimal and will not affect or destroy the economies already in place or endanger water & food sheds.

3)  Pollution of Air & Water Supplies:
   a)  NRDCs Issue Brief @ https://www.nrdc.org/sites/default/files/fracking-air-pollution-IB.pdf
   b)  https://insideclimatenews.org/news/05062015/fracking-has-contaminated-drinking-water-epa-now-concludes

BLM_0124743

10/27/2016                        DEPARTMENT OF THE INTERIOR Mall - RMP Draft Comment

The assumptions under which the RMP was constructed are flawed and are based on conventional oil & gas drilling not hydraulic fracturing and multi-stage drilling technologies. Further, the reliance on a 2004 study for the 2013 Foreseeable Development scenarios does not take into account fracking and multi-stage drilling nor does it consider the cumulative effect on domestic and commercial water supplies.

The following areas have not been addressed or were inadequately addressed in the Draft Resource Plan and studies should be performed before any RMP Alternative is adopted:

o  Infrastructure and Economic Impacts & Costs

o  Environmental Impacts – Water/Air/Natural Disasters

o  Seismic Study

o  Human Health Impact Study

o  Wildlife Impact

o  Pipeline Safety & Safety Inspections

Short term gain and long term loss should be weighed carefully. Humanity cannot continue to vigorously pursue any path where the economic benefits are the major consideration; nor can we prematurely go "all in" for new technologies without thoughtful analysis of the potential repercussions to our collective health and the health of the environment that sustains us and future generations.

Respectfully yours,

*Lasca Hix*

PO Box 355

Crawford, CO 81415

A copy of this letter is attached for your convenience.

 **BLM RMP Letter 10.22.16.docx**
17K

BLM_0124744

October 22, 2016

BLM/Uncompahgre Field Office
2465 S Townsend Ave.
Montrose, CO 81401

RE: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM/UFO Staff & RMP Comment Team,

I moved to the North Fork Valley for a number of reasons, primary among them clean air & water, the natural & organic food sources, the beautiful, rural setting and abundance of hiking, fishing, hunting and outdoor recreation opportunities in general. My fear is that all of these will be impacted in some fashion and perhaps irreversibly damaged or destroyed.

I am not against responsible development when the needful scientific studies are done outside the venue of special interests. Unfortunately, at this point, there have been a plethora of "unforeseen" disastrous consequences for fracking communities. It is my opinion that our technological capabilities have outpaced our judicious use of them, and life on earth is endangered proportionately.

1) The amount of water used in the fracking process alone, in the face of serious aquifer depletion throughout the US and the long running drought conditions in others, is sufficient testament to our lack of foresight. **Water is life, without it all life dies; there are alternative sources for energy, there are none for water.** I have seen no address to this vital issue - What are the plans for providing the millions/billions of gallons of water needed to frack this area? Some fracking communities have run out of water completely or soon will. Related articles:
    a) https://www.theguardian.com/environment/2014/feb/05/fracking-water-america-drought-oil-gas
    b) http://voices.nationalgeographic.com/2014/02/06/fracking-in-water-stressed-zones-increases-risks-to-communities-and-energy-producers/
2) The potential for adverse economic impact to our farms, ranches, orchards, wineries and tourism/outdoor recreation is too great a risk for widespread fracking. A reasonable approach might be to determine, along with the community, where adverse impact is minimal and will not affect or destroy the economies already in place or endanger water & food sheds.
3) Pollution of Air & Water Supplies:
    a) NRDCs Issue Brief @ https://www.nrdc.org/sites/default/files/fracking-air-pollution-IB.pdf
    b) https://insideclimatenews.org/news/05062015/fracking-has-contaminated-drinking-water-epa-now-concludes

Page 1

BLM_0124745

The assumptions under which the RMP was constructed are flawed and are based on conventional oil & gas drilling not hydraulic fracturing and multi-stage drilling technologies. Further, the reliance on a 2004 study for the 2013 Foreseeable Development scenarios does not take into account fracking and multi-stage drilling nor does it consider the cumulative effect on domestic and commercial water supplies.

The following areas have not been addressed or were inadequately addressed in the Draft Resource Plan and studies should be performed before any RMP Alternative is adopted:
- o   Infrastructure and Economic Impacts & Costs
- o   Environmental Impacts – Water/Air/Natural Disasters
- o   Seismic Study
- o   Human Health Impact Study
- o   Wildlife Impact
- o   Pipeline Safety & Safety Inspections

Short term gain and long term loss should be weighed carefully. Humanity cannot continue to vigorously pursue any path where the economic benefits are the major consideration; nor can we prematurely go "all in" for new technologies without thoughtful analysis of the potential repercussions to our collective health and the health of the environment that sustains us and future generations.

Respectfully yours,

*Lasca Hix*

PO Box 355
Crawford, CO 81415

BLM_0124746

Scanned
6046 7↙

October 22, 2016

Kay Hannah

11589 Crawford Rd.

Paonia, CO 81428

UFO Draft RMP /Uncompahgre Field Office

Dear Uncompahgre Field Office Director:

I am a resident landowner, small-scale organic farmer, member of domestic and irrigation water districts and an enthusiastic cyclist and hiker in the North Fork Valley of the Gunnison River. Additionally, I am a professional massage therapist reliant on tourism and a healthy local economy for my living. As such I have grave concerns about and objections to the proposed Draft RMP that would open 95% of available land to gas and oil leasing. These concerns include but are not limited to air, water, noise and light pollution and increased heavy truck traffic on our already marginal roads as well as degradation of wildlife habitat and recreational areas.

While the detrimental effects on human health of oil and gas development and associated fracking are being documented nationwide as well as locally the BLM neglected to conduct a human health impact assessment as part of this Draft RMP. Why this oversight? Or was it deliberate? Though Delta County does not monitor air quality the surrounding counties of Mesa, Gunnison and Garfield all received low marks from the American Lung Association due directly to oil and gas development. This seems to me an unacceptable risk.

In order to protect our clean water and air, health, scenic viewsheds and emerging economy based on sustainable activities such as farming, ranching, viticulture, hunting, fishing and other outdoor recreation as well as the tourism these things bring it is essential to ensure the strongest levels of protection. These must safeguard water supplies and riparian areas as well as wildlife habitat including winter range and migration corridors. A no-leasing alternative, not even considered in this Draft RMP, would be my first choice. If this is not possible I urge you in the strongest possible terms to adopt the North Fork Alternative, Plan B1, and to include all the other conservation protections in Alternative B. We have a duty and an obligation to ensure the highest quality of environment for current and future generations in the North Fork Valley. "Avoidance" (not allowing a harmful activity in sensitive places) is an essential step in proper mitigation and I encourage you to adopt it in appropriate places such as water sheds, viewsheds and wildlife habitat by closing these areas to gas and oil development and imposing strict No Surface Occupancy requirements. Thank you.

Sincerely,

Kay Hannah

Scanned
004774

Coby Jordan
P.O. Box 1422
Hurricane, UT 84737

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401

October 22, 2016
Subject: Comments on proposed Resource Management Plan(RMP).

Dear Staff-

As a frequent visitor to Paonia and the Upper North Fork of the Gunnison River I value this opportunity to comment on the proposed RMP for the Uncompahgre district.

I am concerned about  the long term management of BLM lands in and around the Upper North Fork valley, an important area of farming, ranching, hunting, and an area of growing interest to tourists. I request that this area be excluded from all plans and options for oil and gas development. The life blood of this area is its clean water, clean air, and abundant public land in a natural state.

**I strongly support the BLM's "North Fork Alternative, B1"** as the most suitable plan offered for the  greater Paonia/Hotchkiss/Crawford areas.  the "North Fork Alternative" provides the best balance of long term management options to protect this unique, valuable, and fragile area.

I request that the BLM place highest values on protecting water quality, air quality within the Uncompahgre district.  The long range management plan for these public lands should include wildlife migration corridors; protection of prime hunting grounds; long term sustainability in all grazing plans; the highest level of protection for streams, rivers, and wetlands; and easy access to quiet public lands for residents of and visitors to each of the towns of the Upper North Fork Valley.

Please place special emphasis on protection of hunting grounds of Unit 53 where I have recently fresh bear tracks and bear scat, as I have seen many times in this area to the north of Mount Lamborn. This area, also, is the source of critical irrigation and domestic water which must be protected. This area to the north of Mount Lamborn provides important open space for the people of Paonia and is a critical component of the West Elk viewscape, all of which deserve protection under the proposed RMP.

**The quality of life and the prosperity of the land and people of the Western Slope will be affected  for decades by the policy adopted in this management plan.  Please place the highest possible priority on the protection of air and water quality; the protection of cultural resources; the protection and conservative management of prime hunting grounds; the protection of rivers and streams; the availability of open space adjacent to the towns of the District for quiet recreational uses.**

Thank you for this opportunity to provide input to the BLM Uncompahgre District Draft Management Plan.

Sincerely,
Coby Jordan

BLM_0124748

Scanned
0099

pg 1/2

22 OCT 2016

RE: BLM PLANNING &
COMMENT

My wife & I were
married on BLM land just
north of Delta, CO. at
an ancient Medicine
Wheel archeological site.
This is not a well known
or marked or identified
on any map, site. It
seems to be (on the map)
as a possible oil and
gas drilling site! This
would be (to allow a
well pad on this spot)
a travesty to allow
development in this
sacred space.
   Please exclude the

Page 2/2

area on the west side
of Hwy 50, north of
Delta, CO and disallow
development in this
area!
   It is sacred, it
does not have oil
and it has the
Gunnison river running
through it. This
section of the river
also holds the Pike-
minnow, Humpback
chub as well as
endangered bird life.
   Please protect
this area.

   Thank you
   Bill Brueggeman
   b1brueggeman@msn.com

# EVENT NOTICE: Cameras and Conservation



**Date: September 28, 2016**
**Time: 4:00-8:00pm**

On September 28th, The Wilderness Society and Western Colorado Congress will be hosting a photography workshop in the rugged Adobe Badlands. Landscape photographer, Mason Cummings, will be joined alongside policy experts on public lands in western Colorado.

Mason Cummings, lead photographer for The Wilderness Society, will host a small group for an evening in the field. Through a short hike into the Adobe Badlands, the class will enhance skills necessary to excel at nature photography. The event is scheduled around sunset-allowing ample opportunity for pictures "in the golden hour".

Participants will learn about resource planning in the Bureau of Land Management's (BLM) Uncompahgre Field Office, including opportunities to help protect the greater Adobe Badlands area through the ongoing Resource Management Plan.

All skills and abilities are invited to attend with use of personal equipment. Equipment checklists, driving directions, and logistics information will be sent to registered participants in advance of the event.

**Please register in advance. Spots are limited.**

**The Adobe** Badlands, shown above, are best known for their maze-like adobe formations of Mancos Shale interspersed with fascinating canyons, mesas, and arroyos. The badlands offer scenic vistas of the Uncompahgre Plateau and the San Juan Mountains. Right now, BLM is considering the region for oil and gas development.

## Mason Cummings

*Mason Cummings is the photographer and digital content producer for The Wilderness Society. He strives to help others connect with the natural world through his images, with the ultimate goal of inspiring exploration and conservation of wildlands.*

*Mason's images have supported conservation efforts of the Golden Gate National Parks Conservancy, National Park Foundation, National Park Service and more. His award winning work has appeared in products and advertisements from major companies like Google and Apple, as well as publications such as US Airways Magazine, Landscape Photography Magazine and many more.*

*Mason has led workshops for several years, and deeply enjoys sharing his passion for nature photography with others.*

**Registration link:** https://www.eventbrite.com/e/cameras-and-conservation-tickets-27072986030

 (970) 986-7174

(970) 256-7650 

0227 88.p.

October 22, 2014
60711 W. Oak Grove
Montrose Co 81403

2465 S. Townsend
Montrose Co 81401
UFO Resource Management Plan

To whom it May Concern;

I hope you are concerned and are wild. Besides climate change being a threat, man is a threat to the ecology of our wild lands. Please limit the leasing of oil and gas in the Resource Management Plan for Uncompahgre region. Your longterm management plan is wise to protect our public lands for the future.

Thank you,
Janet Chapman
Janet Chapman

P.S I am an active
UVA member of Uncompahgre Valley Association
WCC Western Colorado Congress
WORC Western Organization of Resource Council
and attend meetings of
Colorado River District

022788.f

October 22, 20?
6071 W. Oak Grove
Montrose Co 81403

2465 S. Townsend
Montrose Co 81401
UFO Resource Management Plan

To whom it May Concern:

I hope you are concerned
and are will. Besides climate
change being a threat, man is a
threat to the ecology of our wild
lands. Please limit the leasing
of oil and gas in the Resource
Management Plan for Uncompahgre
region, your long term management
plan is wise to protect our
public lands for the future.

Thank you,
Janet Chapman
Janet Chapman

P.S. I am an active
UVA member of Uncompahgre Valley Association
WCC Western Colorado Congress
WORC Western Organization of Resource Council
and attend meetings of
Colorado River District

BLM_0124752

10/30/2016                     DEPARTMENT OF THE INTERIOR Mail - Comments on Draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on Draft RMP
1 message

**Steve Harper** <hotchlaw@gmail.com>                                    Sun, Oct 23, 2016 at 4:12 PM
To: uformp@blm.gov
Cc: info@citizensforahealthycommunity.org, info@theconservationcenter.org

I attach my letter.

Thank you.

Steve Harper

--
Steven K. Harper, LLC
P.O. Box 2099
Hotchkiss, CO 81419
970-872-3173
FAX: 970-872-3186

📄 **10-22-16 Comments.docx**
    134K

BLM_0124753

# STEVEN K. HARPER
10820 3475 Rd., Hotchkiss CO  81419
hotchlaw@gmail.com
October 22, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Emailed: uformp@blm.gov

**Re: Draft Resource Management Plan for the Uncompahgre Field Office**

Dear BLM-UFO Staff and RMP Comment Team:

I've been a resident of Hotchkiss, Colorado for the past 34 years.  I've practiced law here for the same period.  My family also owns an organically certified apple orchard on Hanson Mesa north of Hotchkiss.  You'll find our apples pressed into Big B's Fabulous Juices and Hard Ciders, a thriving and growing North Fork Valley business, one of many here that relies upon our pristine environmental quality for its existence.

The "Preferred Alternative D" in the draft RMP, as it applies particularly to the North Fork Valley regarding oil and gas leasing, seems like bad planning with the thumb on the scales of oil and gas development instead of the resource conservation ethic necessary to preserve what we have.  You've probably heard enough from others about the unique environment that is the North Fork Valley.  Those other commenters are not exaggerating how special this place is; it is extraordinary and we take protecting what we have seriously.

Some want no leasing in the North Fork Valley; others are in favor of Alternative B-1 (or the North Fork Alternative Plan).  Either would work for me, but I'm struck mostly by how these alternatives have been rejected outright in the draft RMP with little or no explanation.  You went to the trouble of incorporating Alternative B-1 into the draft; but surprisingly, you haven't adopted it as the Preferred Alternative for the North Fork Valley.  Was the inclusion of Alternative B-1 just a placating gesture?  Certainly, the FLPMA does not require that virtually all BLM parcels must be open to industrial development, especially when there is overwhelming evidence now that liquid fuel development employing hydraulic fracturing technologies can lead to permanent resource damage.  Why take these risks in an area so unique and so fragile to the possible consequences?

The draft RMP is long on describing and comparing the alternatives; but it seems to me, quite short in providing explanations for the selection of the preferred alternative.  As just one example, refer to Goal #331 involving fluid mineral development.   It is clear from Table 2-2 that Alternative D proposes far fewer No Leasing acres and smaller buffer zones and other restrictions than does Alternative B-1 (Lines 333-339); however, I find

BLM_0124754

inadequate explanation of how and/or why the BLM rejected the Alternative B-1 proposals in favor of Alternative D. Why not keep oil and gas development a half mile (2,640 feet) from public water sources rather than just 1000 feet? What's the explanation? For a more specific example, in Chapter 4, you state: "Alternative B.1 offers the most protection of private water supplies and would only apply to the North Fork area." Page 4-90. Alternative D offers less. Why not adopt planning criteria that offers the most protection of our water supplies in favor of criteria that is more lax or risky?

When comparing the maps of Alternatives D and B-1 for the North Fork Valley, I see that the major difference is that the vast majority of the North Fork parcels in Alternative D are allowed to be leased, but are subject to "Controlled Surface Use." While Controlled Surface Use (CSU), No Surface Occupancy (NSO) and/or Timing Limitations (TL) stipulations imposed upon leases are comforting to some extent, these surface restrictions are limited – they don't address the subsurface risks and cumulative impacts of liquid fuel development using hydraulic fracturing technologies, risks that can realistically include permanently polluted aquifers, degraded irrigation water sources, air pollution releases from drilling and even earthquakes from injection wells. I'll spare you the URL citations.

Because surface stipulations do not protect our resources as well as NSO designations and/or no leasing, Alternative D, it seems to me, cannot conceivably be considered as a reasonable alternative for the BLM parcels in the North Fork Valley.

Your 2012 report entitled "REASONABLE FORESEEABLE DEVELOPMENT SCENARIO FOR OIL AND GAS FOR THE UNCOMPAHGRE FIELD OFFICE, COLORADO" states that the projected drilling densities for the North Fork Valley Parcels through the year 2030 are "very low." This must mean low interest and/or low potential. In any event, given this assessment, in combination with the risks posed by oil and gas development, it would seem that there is little reason not to withhold most of the North Fork Valley parcels from liquid fuel development at least for the duration of this new RMP.

Please reconsider your preferred alternative as it relates to the North Fork Valley by either reclassifying the North Fork Valley BLM parcels as "No Leasing" parcels or by adopting the extremely well thought out Alternative B-1 in all respects.

Thank you.

Sincerely,

Steven K. Harper

xc: info@citizensforahealthycommunity.org; info@theconservationcenter.org

10/30/2016                                    DEPARTMENT OF THE INTERIOR Mail - Draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Draft RMP
1 message

**Danielle Carre** <danyell81419@gmail.com>                    Sun, Oct 23, 2016 at 5:34 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Please find attached my comments for the Draft RMP.
Thank you,
Danielle Carre'

📄 **UFO  Draft RMP 2016.docx**
19K

BLM_0124756

UFO  Draft RMP
Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401


October 22, 2016

To Whom It May Concern,

I am commenting on the Draft RMP released by your field Office. I am requesting that the BLM office consider a no leasing alternative for the North Fork Valley. At a minimum, I request that the alternative B-1 be the preferred alternative for **rather than** the cited preferred alternative D which allows for 95% of the planning area to be leased to oil and gas companies. Alternative D, while a boon for the oil and gas companies, would have a disastrous effect on the health of our environment and therefore the people that reside here as well as our economy.

I am a resident of this area for over 26 years now. My family grows grass hay for sale and we are committed to doing all our production without the use of chemicals. We also rely on the local farmers for our organic produce, meat and eggs. My family extensively explores the public lands that surround us with weekly hikes, bike rides and camping. The preferred alternative D would negatively impact our ability to access the quality food that I feel we have a right to, as well as diminishing the environment of the incredible public lands that we access on a regular basis.  This would be a tragedy of the commons. The following are my concerns with the proposal to allow extensive leasing in this area in an RMP that will determine the fate of this area for the next 30 years.

I want our water to be clean and safe, for me, my children, my neighbors and future generations.  I believe that this is a human right that should not taken away from us. The BLM does not adequately address the importance of protecting our water in its preferred alternative. The stock answer that fracking is safe ignores the reality of the number of contaminated water resources that have occurred throughout the US.  In Colorado, there were 615 spills, 271 (44%) of which were from produced water in 2015. That equates to nearly two spills every day in Colorado. 15% of the spills resulted in water contamination, with: 44% within 50 feet of ground water, 31% within 1000 feet of surface water, 39% within 1500 feet of a water well, and 9% within 500 feet of cows, pigs, sheep, or other livestock. The protection of our VERY limited water resources is paramount in a document that will impact this area for 30 years. The major river corridors need to be protected from water contamination as well as for their scenic and recreational values.  Although I prefer no leasing, I ask that at a minimum the lands within ½ a mile of the North Fork and Gunnison Rivers and the Smith Fork, our major water sources, not be open to leasing. And that surface occupancy within the 100 year flood plain of any stream by prohibited. As stated in action 44 in Alt. B-1. As our clean water is essential for the quality food production of this area, the ditches and irrigation intakes and dams need to have identical protections. Municipal water resources require protections and the Source Water Protection plans of towns that are affected in the RMP must be honored. The plans developed by the towns of Crawford, Hotchkiss, and Paonia were not taken into consideration by the BLM in its preferred alternative.  Finally, the BLM does not address the impacts of removing large amounts of water that are needed for fracking on the hydrological cycle. In total, I feel that the preferred plan put forward by the BLM is not one that considers water as a limited and precious resource of our desert lands and is therefore an incomplete aspect of the draft RMP.

I appreciate being able to see the San Juan Mountains from my home, and also very important to me is the ability to breath clean air without the fear of inhaling toxic chemicals. I believe that this is human right that should not be taken away from us.   While I understand that demonstrating the impacts of fracking on human health is challenging, the chemicals released by fracking, flowback, and production include methane, ethane, propane, i-pentane, n-pentane, benzene, toluene, ethylbenzene, and m+p-xylene, are a slew of airborne chemicals that are

known toxins. The BLM inadequately addresses the ozone levels and how we are already facing ozone levels that exceeds the EPA limits of 70ppb. In winter, when snow blankets the area and we have our typical inversions, the ozone levels have been measured to be above limits and the addition of VOC's from the drilling operations will only exacerbate the problem.  Increased ozone levels will not only present a health issue, but will also diminish the view shed as the mountains will disappear behind a blueish haze of ozone and other pollutants.  The nearby Black Canyon National Park will be affected by the increase in air pollution.  While there is a national effort to improve the air quality of our National Parks, the lack of foresight and  thorough research of the impacts of industrial oil and gas on air quality in our national parks by local public land agencies, negates any effort for improvement.

Finally, I want to comment on the economy. We are an area that suffers from a poor economy and in the past we have relied on the extractive industries for a significant portion of our economy. I think that our commissioners have been of the mind set to " put all their eggs in one basket" ....the extractive industries basket.  The oil and gas industry provides a" boom and bust economy" a few segments of our economy benefit for a short while and the rest of us suffer the consequences of the pollution, increased traffic and the resulting road damage, and more. The problem is that the economy that is taking root here, one of organic production and tourism, the development of remote workers coming here for IT work, campuses like Solar Energy International and the increase of solar jobs ( we own a solar installation company) is one that is susceptible to the effects of the gas and oil industry. Tourists are not going to fish in what are now "Gold Medal" waters once they are polluted (or even perceived to be polluted) nor will they come if a haze of ozone pollution obliterates the views. The reputation of our organic produce will not hold when people know that we are surrounded by gas wells. People will not want to relocate here to work remotely when they feel that their health and welfare will be threatened by the gas and oil industry. Developing is an economy of the long haul. I think that this economy and those of us who work in it ought to be given due consideration when looking at actions on our adjacent public lands. The proposed alternative does not give us this consideration.

I request that the BLM consider a no leasing alternative. We deserve the right to have clean air and water and to have our way of life respected. Our public lands with its incredible beauty and rich diversity of life also deserves respect.  The willingness to lease 94% of this area cause incredible harm and the draft RMP does not adequately address the impacts we will face.

Thank you for your consideration of my comments,

Danielle Carre'
12125 Burritt Rd.
Hotchkiss, CO 81419
970-201-5549

BLM_0124758



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

# Fwd: BLM letter
1 message

Bob Lario <blario@tds.net>                                        Sun, Oct 23, 2016 at 3:24 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

> To Whom It May Concern: Please see attached comments.

📄 **201610131412.pdf**
334K

BLM_0124759

RMP Comments
Bureau of Land Management
2465 South Townsend Ave.
Montrose, CO 81401

Bob Lario
Broker/Owner — RE/MAX Mountain West
PO Box 778/225 Grand Ave.
Paonia, CO 81428

October 13, 2016

To Whom It May Concern:

I have been a resident of the Paonia area since 1970 and an active Realtor in Delta County since 1976. I am also the majority owner, president and supervising broker of RE/MAX Mountain West, the leading real estate company in Delta County. Our main office is located on Grand Avenue in Paonia and we have branch offices in Cedaredge and Carbondale. Our company has been in business in Delta County since 1976.

I am writing to encourage the BLM to choose Alternative B.1, the North Fork Alternative Plan, when considering gas leasing in the North Fork Valley as part of the Resource Management Plan.

As a business owner, I have witnessed the gradual shift in the local economy away from a dependence on the coal industry and toward a dependence on the perceived quality of life in the North Fork Valley. This has been strongly evidenced by the strength of the real estate market in the North Fork Valley and Delta County. Since the recession-related low point of real estate activity in 2011, the number of properties sold and the average selling price of a home have steadily increased. Although the statistics are not yet final, I predict that 2016 will demonstrate the strongest improvement over the 5-year recovery period. It's surprising but true that our greatest real estate market improvements have occurred during a period in which two of the three local coal mines permanently closed and the third experienced numerous layoffs.

There can be only one conclusion: the local economy is no longer dependent on coal but rather on the quality of life currently offered in our valley and our county. We in the real estate industry have witnessed innumerable "transplants" from the Front Range, the ski areas and other states who are moving here with their income-related strategies in place. In other words, they're not moving here and seeking employment, but rather moving here and bringing their source of income with them. That can only translate as a boon to our local economy. They are hearing about and coming to enjoy our natural beauty, our clean air and healthy outdoor-oriented lifestyle, our lack of crime and traffic and our great climate. The North Fork Valley in particular benefits from the agritourism industry — our many small organic farms, our orchards, our vineyards and wineries, our ranches.

Surely you, as our BLM representatives, can understand the disastrous effect that even the perception of oil and gas leasing close to our residential and agricultural properties would have on the choice of the North Fork Valley as a place to call home. The selection of a strong no-lease or limited leasing alternative in the RMP would send a strong message to these potential buyers that our public representatives recognize the inappropriateness of allowing an unknown, unstable industry to drive out a healthy, stable and growing one.

Sincerely,

Bob Lario
President, RE/MAX Mountain West Real Estate

RVA#1h1 **Mountain West**

Each Office Independently Owned and operated

225 Grand Ave, PO Box 778 • Paonia, CO 81428
Office: (970) 527-4877



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# UFO/UFO 2016 DRAFT RMP
1 message

---

**Jean Ceriani** <jceriani@paonia.com>                                     Sun, Oct 23, 2016 at 11:06 AM
To: uformp@blm.gov
Cc: Nell Kornze <director@blm.gov>, ruth Welch <rwelch@blm.gov>, Barb Sparrow <bsparrow@blm.gov>, Dana Wilson <dmwilson@blm.gov>, town of Paonia <paonia@townofpaonia.com>, Doug Atchley <datchley@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>, Mark Roeber <mroeber@deltacounty.com>, Robbie LeValley <rlevalley@deltacounty.com>, Kerry Donovan <kerry.donovan.sd@gmail.com>, Millle Hamner <millie.hamner.house@state.co.us>, Bob Lario <blario@tds.net>, CHC <info@citizensforahealthycommunity.org>, Western Slope Conservation Center <info@theconservationcenter.org>

Find enclosed our letter of concern for the BLM/UFO 2016 Draft RMP.
Thank you for your time.

Jean Ceriani, President
Stucker Mesa Domestic Water Company

---

 **BLM draftRMP10.23.16.doc**
327K



Stucker Mesa Domestic Water Company
POB 998
Paonia, Colorado 81428

October   2016

UFO RMP
2465 South Townsend Ave.
Montrose, CO 81401
(via e-mail to:  uformp@blm.gov)

RE:  BLM/UFO 2016 DRAFT RMP

The Stucker Mesa Domestic Water Company (SMDWC) has significant concerns with the BLM Draft RMP particularly regarding the agency's preferred alternative, D, and its potential impact of oil and gas development on both SMDWC's watershed and infrastructure.  We request that you abandon Alternative D and select alternative B1, the North Fork Option, or better yet, remove all BLM lands in the entire North Fork of the Gunnison watershed from consideration for liquid mineral extraction via hydraulic fracturing at this time and at any time in the future.

SMDWC considers itself to be a stakeholder in decisions concerning the proposed RMP. As such, we request updates from the BLM as its decision process on this RMP proceeds. We further request your alerting us to opportunities for further comment or stakeholder action on this and any other proposals for land use in the North Fork Valley that may affect the integrity and safety of our water supply.

Herein are comments on the Draft RMP.  We have two domestic water concerns about possible drilling in our watershed as proposed in Alternative D.  They include:

1) Potential impact on domestic water springs
2) Potential impact on domestic water pipeline

1) Stucker Mesa Domestic Water Company receives water from four springs, one of which, known as Vought Springs, is located in T14S/R92W Section 34 at Lat: 38 degrees 52.661'  Long: W107 degrees 39.328'  Elevation 6825'.  This spring is due west of Stucker Mesa Road in Sections 34 and 35.  Drilling for petroleum in this area could negatively and permanently affect the quality and quantity of water from this spring.

2) The pipeline that carries water from the Vought Springs to the company cistern lies under a corner of Section 34 just below Stucker Mesa Rd.  A drilling caused rupture of this line would leave all households below this point without water.

BLM_0124762

SMDWC brings water to 21 taps and 28 permanent and 6 part time residents on Wakefield and Stucker Mesas along Stucker Mesa Rd, above and to the northwest of Paonia. The company has existed since 1940, supplying domestic and stock water to its shareholders and contractors. Its decree on springs above Vought Springs was confirmed by The Water Court in 1951. The springs and pipeline have been providing water since 1906.

While the water supply has been mostly sufficient throughout the years, drought and dry conditions have caused shortages. In 2007, SMDWC received a decree on the Vought Springs, which it developed and added to its water supply. Since that time, the quantity of water available to shareholders has been sufficient to meet their needs. SMDWC cannot adequately serve its families in the future should that water supply be permanently disrupted in any way.

We are concerned that access to the area in Sections 34 and 35 (as noted in 1 above) would require construction of a road up a very steep gully, probably on top of our pipeline (only 18 inches below the surface) and through a part of the Vought Springs aquifer. This action would be unacceptable.

The mere act of drilling into the Vought Springs aquifer is unacceptable. Surface spills of fluids or those emanating from the well, whether fracking fluid or those associated with the oil or gas, could have a devastating impact on our water supply.

We are concerned that airborne dispersal of VOCs and particulates could be absorbed into the ground water that feeds Vought Springs, as we believe these springs are under surface water influence as well. Waiting until the damage is done is unacceptable.

We are also concerned about the risk of seismic activity caused by fracking and related activities, as has recently been reported in Ohio. In the 1960's Denver experienced an unprecedented spate of small earthquakes for several years. It was determined that the cause was the injection of contaminated water from the Rocky Mountain Arsenal into deep wells, which was used as a way to dispose of various poisons. The injection was stopped, and the earthquakes stopped.

The SMDWC has direct experience with local soil instability. We replaced a couple thousand feet of our pipeline that was destroyed in a landslide. We know there are underground faults in the vicinity of our pipeline and springs. These have stopped coal mining to the east of our springs that are located above Vought Springs and are noted on the application for coal exploration on Oak Mesa. There are likely faults under, or near the Vought Springs that are not known at this time.

BLM_0124763

The area around Vought Springs is very steep, making it more susceptible to landslides. The are that is closest to Vought Springs, in addition to being very steep, was burned in the Wakefield Fire, and has no trees, only shallow rooted grasses and forbs, also adding to the risk of landslides.

If drilling, road building, fracking, heavy traffic, and soil disturbance causes seismic activity or landslides, it could have disastrous impacts on the SMDWC. Sections of our pipeline could be destroyed. The Vought Springs could be destroyed. Our collection system could be destroyed. The destruction might be reparable, at great expense, or not.

There is also the negative economic impact on the SMDWC shareholders should their domestic water source suffer damage. A water tap would probably currently sell for $15,000. Several years ago, one sold for $10,000. At 21 taps, the value of the company, not counting infrastructure, may be as high as $315,000.

In 2012 we strongly objected to BLM offering drilling leases in any area that might impact the source of water to the Vought Springs. We believe the area in Sections 34 and 35 (as noted in 1 above) is directly adjacent to the source of that water. Drilling there would be much too close for comfort. We do not believe there can be adequate assurance of no impact or mitigation for this threat to our water supply.

After review of comments received in 2012, BLM removed the parcel – 6191-- of our concern from its revised lease proposals. Our concerns have not diminished, and in fact have increased. In light of the large body of research concerning current practices in oil and gas extraction that has been conducted in just the last few years, we fail to understand on what basis BLM wishes to open up the area around Vought Springs to drilling, even with stipulations. We further believe that BLM has utterly failed to take current research results into consideration in its support of Alternative D as its preference. This is an outright violation of NEPA.

The shareholders of SMDWC have other concerns as well. These include:

3) Potential impact on local agriculture
4) Potential impact on wildlife
5) Potential impact on hunting

3) There are several farms and ranches on Stucker and Wakefield Mesas that depend on SMDWC for stock water and water for food production. These farms and ranches are managed free of chemicals. Any threats to the health of the land and livestock that might arise from oil and gas drilling pose severe economic repercussions and would be totally unacceptable.

BLM_0124764

4) There are at least two elk herds that migrate through the area.  Their presence in the area and healthiness concern all of us.  Any disturbance to their habitat might prove not only hazardous to their health, but possibly fatal if they were removed from their food supply.

5) The three property owners on Wakefield Mesa lease their land for hunters or allow access to BLM lands for hunting purposes.  Oil and gas development in the area, and particularly along the elk travel routes, could compromise a small, but <u>significant</u>, portion of income for two of the ranchers.

For the above stated reasons, we respectfully request that your preferred Alternative, D, be removed from the RMP from further consideration and that you put forth Alternative B1 as your preferred alternative or simply remove all possible future liquid mineral extraction via hydraulic fracturing from the BLM lands in the North Fork Valley.

Thank you.

Sincerely,


Jean Ceriani, President
Stucker Mesa Domestic Water Company