10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - UFO RMP Public Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## UFO RMP Public Comment
1 message

---

**Maddie Rehn** <maddie.rehn@gmail.com>                    Sun, Oct 23, 2016 at 3:40 PM
To: uformp@blm.gov

Hello -

Attached is my written public comment for the UFO RMP.

Thanks for your time,

Maddie Rehn

---

📄 **Comment to BLM - 10.23.16.pdf**
    63K

---

BLM_0124766

Maddie Rehn
23 October 2016
525 W New York, Apt A.
Gunnison, CO 81230

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. As you think about the multitude of combinations for the Resource Management Plan, I urge you to consider the Alternative B1 as the best option. The Controlled Surface Use stipulations in the "Preferred Alternative" (Alt. D) will not provide the necessary protections for our communities, rivers, air, water, wildlife, landscapes and livelihoods. I am a full-time Gunnison resident who has done my best to be educated on the process and content of the draft Management Plan.

By opening 90% of the Uncompahgre area to oil and gas leasing, I believe this level of development leaves an unreasonably large impact on fragile high alpine ecosystems as well as places emphasis on a single economic driver. The North Fork Valley prides itself on being the states largest concentration of organic farmers and is a gateway community to the incredible surrounding public lands. Excessive oil and gas development threatens this way of life through the resulting ecosystem fragmentation, disruption of water systems, and destruction of clean air.

By selecting, the proposed Alternative B1 as the action for oil and gas leasing in the Management Plan, the BLM would be moving in the right direction to protect our rural culture and existing economies, including our agriculture, water supplies, and recreational landscapes. It balances the development of our natural resources without threatening our way of life.

Recent data has highlighted that hunting, fishing, hiking, and outdoor recreation contribute $646 billion to the US economy with 6.1 million Americans jobs tied to the outdoor recreation industry – almost equal to pharmaceuticals and motor vehicles and parts combined. Undeveloped public lands are critical components that help sustain the multi-million-dollar tourism industry in the area.

Ensuring that oil and gas exploration / occupancy do not occur near domestic water wells or rivers is crucial to ensuring the quality of our water resources. Despite assurances from industry leaders that it can regulate itself, there have been controversial messes—not just flaming faucets propaganda, but well-documented cases of air and groundwater contamination—and mounting concerns about threats to public health.

Water quality is not only imperative to human and ecosystem health, but also the local agriculture community. According to the U.S. Department of Agriculture's 2007 census, direct sales of farm products (via farm stands, farm-to-home cooperatives, etc.) in Delta county, with over 90 percent coming from the North Fork Valley, are some of the highest in the rural U.S.. The valley produces 77 percent of the state's apples, 71 percent of its peaches. Agriculture relies on clean water.

Therefore, the final plan must consider protections for our rivers, landscapes & wildlife to ensure protection of key natural resources including riparian areas, river corridors, sensitive species, air and water quality, and the valley's scenic qualities and visual resources. As well outlined in Alternative B1 the BLM should include areas of No Leasing, No Surface Occupancy, and Controlled Surface Use as included in the draft RMP.

I hope the BLM will listen to the local community in Gunnison, Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed -- supporting farmers and building a sustainable rural economy on Colorado's Western Slope. If unchecked fracking is permitted, the valley will pay the price in health and livelihoods.


Sincerely,

Maddie Rehn

Case No. 1:20-cv-02484-MSK   Document 64-17   filed 04/29/21   USDC Colorado   pg 3 of 343

10/26/2016    DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office I...



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office in Delta County Coloradouformp
1 message

**smilve** <smilve@comcast.net>                                                      Mon, Oct 24, 2016 at 5:44 PM
To: uformp@blm.gov

J. Scot and Eileen Milvenan
14099 Thompson Road
Paonia, Colorado 81428

Re: Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office in Delta County Colorado

Dear Uncompahgre Field Office Staff,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

In 2011 my wife and I retired from our medical practices and purchased 12 acres of land in Paonia, Colorado on which to build a farm and spend an active retirement. We chose the North Fork Valley based on three main factors: 1) the natural beauty of the area, which geographer Thomas Huber likens to the Provence region in France and a place to be treasured and protected because of its distinctive attributes; 2) the intriguing fact that most of the fruits, vegetables, and meats we commonly purchased in Colorado came from this particular valley; 3) we wanted to build a home and farm in an enlightened community that values organic living, sustainability, and progressive attitudes toward the environment. The draft RMP and its alternatives are harmful to us, to the health and livelihoods of those in our Paonia community, and to the beautiful land in the valley that deserves protection.

When we first heard of the BLM plans to open public lands to leasing by oil and gas companies, we attended a meeting held by Citizens for a Healthy Community (CHC) in order to learn more about what might be done to protect the land. One of the things the CHC imparted was that any comment letter in opposition to the RMP should reference specific page numbers and portions of the plan that are problematic. To that end, one of the most problematic aspects of the RMP for us is the number of issues that are not addressed in the plan at all or risk factors that are briefly mentioned but not properly explored with the attention they warrant. The overall result is, quite simply, **inadequate risk analysis**, and it would be unconscionable to proceed under these circumstances. We would like to call the following issues to your attention:

Water

Living in a place where people are so mindful of their water needs and careful about preserving the quality *and* quantity of their water makes it particularly tragic to introduce something like hydraulic fracturing that will endanger the water supply. The oil and gas industry, in particular hydraulic fracturing, is exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. That, combined with inadequate analysis of the impact on our water supply, render the draft RMP and its alternatives untrustworthy as viable options.

- Per the UFO, **BLM did not map the area's hydrology**, which makes it difficult for future project environmental impact statements to predict the impact of fracking processes on private and commercial water sources. The BLM has not determined how our springs and aquifers are fed and thus cannot predict how fluid mineral development and disposal will affect them. This lack of information poses too high a risk to our water, potentially affecting 30,000+ people in the valley.
- The **draft RMP does not consider the cumulative effect** that the level of fluid mineral extraction (drilling) outlined in the Reasonably Foreseeable Development Scenario will have on existing domestic and commercial water supplies, including springs, wells or surface irrigation water.
- **BLM did not consider the permanent removal of water from the hydrologic cycle and that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought.**

BLM_0124768

10/26/2016   DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office i...

Because the BLM does not know the impact fracking will have on the quantity of our limited water, we risk loss to irrigation shares for the multiple irrigation ditches in the North Fork Valley. It is not right that *leasing* oil and gas companies might get the water they need while local *landowners* do not.

RMP acknowledges the fact that "Delta County is home to the highest concentration of organic farms of any Colorado county" (4-459) but what of the risk of contamination to irrigation water and crops from:

- fracking chemical contamination of ground and surface waters
- damage to irrigation canal access and bridges
- airborne volatile organic compounds
- airborne silicates
- silting in of rivers and irrigation ditches
- increases in diesel exhaust from transportation, well, and compressor sites

What kind of damage will that cause to the organic agricultural products in this region? It would be devastating. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence and importance of this rare, unique and unrivaled agricultural area. **Analyzing the effects of drilling and all the associated risks to our vineyards and organic farming operations must be addressed in detail.**

Safety

In addition to the lack of consideration for and understanding of the water supplies in our area, there is an alarming lack of attention paid to safety inspections once fracking is underway and to topographical damage due to fracking and fracking accidents.

- **BLM did not consider lack of pipeline safety inspections.** BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration"

With a lack of provisions for necessary pipeline safety inspections comes the added risk of fires, contaminations, and other dangers to the area. To that end:

- **BLM did not consider forest fire risks from pipeline explosions.**
- Our planning area is often subject to drought conditions, in which fires can quickly get out control. The RMP states that "mineral resource development....would introduce additional ignition sources into the planning area, which...could increase the potential for high -- intensity wildland fires." (4-482) That is the extent of their mention of the issue, in their "unavoidable adverse impacts" section. We *can* avoid this dangerous risk by designating places where wildfires are a risk as unsuitable for fluid mineral extraction.
- **The draft RMP did not address possible environmental disasters caused by or affecting fluid mineral development.** It is now known that wastewater injection wells cause seismic activity. **There is no mention of this in the RMP.** Even mild earthquakes can destabilize the infrastructure enough to cause an accident. **BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.** Seismic activity could also increase potential for rockslides, which are already common in the area and can block the highway for days, causing significant financial losses both in clean-up and loss of business due to road closures. It is also possible that naturally occurring mudslides and avalanches could affect the safety and integrity of extraction infrastructure. The West Elk Mountains are geologically unstable and these issues should be mentioned in the RMP to provide a basis for future environmental impact statements to address these risks.

Human Health

While researching hydraulic fracturing and what we currently know about the health impacts of living in an area where these activities are present, we want to point out that there is no indication that fracking and its associated processes can be done with a minimum risk to human health.  Here is an August 2014 list indicating instances of national groups in government, academia *and* industry calling for more research on health effects of hydraulic fracturing: http://mdehn.org/wp-content/uploads/2014/12/calls_for_moreresearch.pdf

- **BLM failed to consider impacts of human health, and should have performed a comprehensive health impact assessment.** Not only that, but **BLM has not accepted new information in the past four years on the negative health impacts of proximity to fracking processes.** There are many locations in the United States with hydraulic fracturing in place and ongoing research on health effects on both those living in close proximity to these wells and on the workers. **While these investigations continue collecting and analyzing data, the best practice would be to avoid mineral rights leasing on public lands in the North Fork Valley until there is more definitive information about the effects of hydraulic**

BLM_0124769

10/26/2016   DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office i...

**fracturing on the health of the people living here and proper consideration of those effects prior to formulating the RMP. A conservative approach is best when dealing with the irreplaceable.**

- Jerome Paulson, MD; Medical Director for National & Global Affairs; Director of the Mid-Atlantic Center for Children's Health & The Environment; Child Health Advocacy Institute, Children's National Health System and Professor of Pediatrics and of Environmental & Occupational Health George Washington University states in a public letter to the Secretary of Pennsylvania Department of Environmental Protection on June 30, 2014:

"In protecting children from environmental health hazards, it is essential to recognize that for many reasons children may be more exposed to environmental health hazards than adults in the same location. Moreover, children may have different outcomes than adults similarly exposed. For example, children breathe more air and drink more water per unit of body weight than adults do, Therefore, if the air or water are contaminated, the children will receive a higher dose than the adults. Children also live longer than adults. While that may seem self-evident, it is important in the environmental context because many outcomes of environmental exposures occur years after the exposure. If the delay between exposure and outcome is, for example, 40 years or more, as it may well be in terms of some of the chronic lung diseases of adulthood, if a 60 year old adult is exposed, s/he may not live long enough to develop the adverse outcome. A child, however, will, in all likelihood, live long enough to experience that adverse outcome."

In our estimation, the number of issues left unaddressed or inadequately addressed by the draft RMP render it unsuitable. And if all these issues (beyond the few mentioned here) were addressed and considered to their fullest implications, we believe that the best course of action would be a no-leasing alternative; however, the draft RMP does not even include a no-leasing alternative! Without having considered a no-leasing alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. Furthermore, development of hydraulic fracturing in the North Fork Valley is not a necessity for Colorado's oil and gas industry, so why threaten the existing economies built around organic farming and ranching?

Unintended Consequences

Finally, it is important to mention how easy it is for those on either side of the coin to list relatively immediate pros or cons to any plan, but we must not discount the fact that this RMP will guide us for the next 20-30 years, with fallout effects potentially lasting far beyond that. It is critical to evaluate any potential plan with that in mind. We are not opposed to progress and innovation, but it has to be done thoughtfully, with an eye toward future consequences and protecting what is irreplaceable on this earth. There are prior mistakes made in this very country from which we should learn.

In 1837 John Deere invented a cast-steel plow that would "solve the problem" of farming the Great Plains. The "sodbusters" used this plow, strong enough to cut through the tough and deep roots of the native prairie vegetation, and in time, were successful in establishing millions of acres of wheat that was generally tolerant of variable weather. When the rain stopped, those rich native root systems of the prairie were no longer there to keep the soil together and protect against erosion.

In *The Third Plate: Field Notes on the Future of Food*, Dan Barber writes:
"The soil, naked, anchorless, and now dry, turned to dust and, in 1930 started to blow. Dust coated everything... Over the course of the next decade, our country's midsection heaved hundreds of thousands of years' worth of incomparably rich soil into the air. Some regions lost more than 75 percent of their topsoil. The decade came to be known as the Dirty Thirties, and it marks one of the worst environmental disasters in our history... Writers have spared no ink in making the case that the Dust Bowl era is a parable of man's hubris." (p58-60)
Quoting Wendell Barry's essay "The Native Grasses and What They Mean:"
"We came with visions, but not with sight. We did not see or understand where we were or what was there, but destroyed what was there for the sake of what we desired." (p60)

The point is, what began (and seemed like a great idea) in the late 1830s and beyond, didn't show its negative consequences until 1930, and those consequences were **dire**. When it comes to matters of the earth, we want to proceed with caution, learn from our past mistakes. We fear that those involved in the formulation of the RMP have not fully examined potential adverse implications, not only to the current generation but also to future generations. The North Fork Valley has a thriving organic farming community already established. Please do not allow poorly regulated energy development to endanger it.

Thank you for the opportunity to present our concerns and thank you for your time.

Sincerely,


**PastedGraphic-3.pdf**
57K

BLM_0124770

10/26/2016   DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan for the Bureau of Land Management Uncompahgre Field Office i...

BLM_0124771

10/26/2016                          DEPARTMENT OF THE INTERIOR Mail - Drilling in Paonia Colorado



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Drilling in Paonia Colorado
1 message

---

**Jean Smith** <jbeceteach@gmail.com>                                        Mon, Oct 24, 2016 at 10:08 AM
To: uformp@blm.gov
Cc: rwelch@blm.gov

Comments regarding the Uncompahgre Field Office draft RMP.docx
(23K)


I am a freuent visitor to the Paonia Region. It is a treasure and should be treated as such. Please don't defile it with
drilling rigs or other means of oil extraction.
--
Jean Smith

BLM_0124772

10/26/2016                     DEPARTMENT OF THE INTERIOR Mail - Fwd: Fossil Fuel Exploits in the Uncompahgre Region



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: Fossil Fuel Exploits in the Uncompahgre Region
1 message

---

**Jones, Gina** <gmjones@blm.gov>                                    Mon, Oct 24, 2016 at 11:21 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Pfifer, Teresa** <tpfifer@blm.gov>
Date: Wed, Oct 19, 2016 at 12:03 PM
Subject: Re: Fossil Fuel Exploits in the Uncompahgre Region
To: m586264@aol.com
Cc: Gina Jones <gmjones@blm.gov>

Hi Mark,
Thank you for your comments on the Draft RMP, and I will forward them to the appropriate folks for processing further. We do appreciate your input regarding management of the public land.

On Wed, Oct 19, 2016 at 11:16 AM, <m586264@aol.com> wrote:
> Dear Ms. Pfifer:
>
> Climate change threatens our health, property, wildlife and national defense.  And the federal
> government's fossil fuel resources are a big part of the problem.
>
> The Uncompahgre region boasts the highest concentration of the state's organic farms, but the
> BLM plans to allow coal mining to continue at current levels for the next 10+ years.
>
> The "social cost" of carbon pollution is already too high.  Every plan proposed by the BLM for the
> Uncompahgre region would exacerbate this problem.
>
> We can't allow the fossil fuel industry to continue decimating public lands at the expense of our
> future.  More coal leasing, fracking and oil/gas drilling are not a viable energy solutions.
>
> President Obama said, "we're going to have to keep some fossil fuels in the ground."  Please
> propose a plan that would incentivize renewable energy.
>
> Thank you for your consideration on this matter.
>
> Sincerely,
> Mark Harris

--
*Gina Jones Phillips*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852

BLM_0124773

gmjones@blm.gov

BLM_0124774

10/26/2016                                    DEPARTMENT OF THE INTERIOR Mail - Fwd: Revisions to RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: Revisions to RMP
1 message

**Jones, Gina** <gmjones@blm.gov>                                    Mon, Oct 24, 2016 at 10:52 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Pfifer, Teresa** <tpfifer@blm.gov>
Date: Mon, Oct 17, 2016 at 2:01 PM
Subject: Fwd: Revisions to RMP
To: Gina Jones <gmjones@blm.gov>

---------- Forwarded message ----------
From: **Clee Sealing** <sealingc@acsol.net>
Date: Fri, Oct 14, 2016 at 9:51 AM
Subject: Revisions to RMP
To: tpfifer@blm.gov

Once again the environmental groups are asking members to ask you all to make changes to the area wide RMP that will guide your agency for the next 20 years. I'm not going to send in a form letter or plow through all that paperwork. I have another idea. Why don't you all sit down around the coffee bar and come up with a plan so that when you retire, walk out the door of the office and look at the lands you have been charged with managing you can feel proud and happy with the job you did and your kids will say thanks.

Cheers,

Have a Great Day Hawking
Clee Sealing
1670 N 1/2 Road
Fruita, CO 81521
sealingc@acsol.net
970-858-9659

--
*Gina Jones Phillips*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

---

BLM_0124775

10/26/2016                          DEPARTMENT OF THE INTERIOR Mail - Fwd: Uncompahgre BLM Draft Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: Uncompahgre BLM Draft Resource Management Plan
1 message

---

**Jones, Gina** <gmjones@blm.gov>                                    Mon, Oct 24, 2016 at 10:59 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Meyer, Joseph** <jmeyer@blm.gov>
Date: Tue, Oct 18, 2016 at 11:06 AM
Subject: Fwd: Uncompahgre BLM Draft Resource Management Plan
To: "Jones, Gina" <gmjones@blm.gov>

Gina,

Just want to make sure this get's captured as a comment.

Joe
---------- Forwarded message ----------
From: **Nissa Patterson** <nissapatterson@gmail.com>
Date: Tue, Oct 18, 2016 at 10:59 AM
Subject: Uncompahgre BLM Draft Resource Management Plan
To: jmeyer@blm.gov

October 19, 2016

Dear Mr. Meyer,

I am writing with concern about the Uncompahgre BLM Draft Resource Management Plan.

My family has visited Paonia 4 times over the past 18 months – investigating it as a place for us to relocate from Albuquerque. Every time we visit it is increasingly clear this is the community for us. My husband owns a small business that he can bring with him and I have a background in managing health programs. We love the small town community, the clean environment and the focus on organic agriculture.

We visited again in early October and we were dismayed to find out the details about the RMP. We have seen the devastating affects of fracking in New Mexico and one of the things we loved about Paonia area was the lack of fracking.

My degree is in public health and fracking has clear health hazards- including the VOCs which are highly toxic to human health- particularly children. Not to mention the other chemicals used in the process- none of which belong in an agricultural environment.

Even the American Nurses Associating has passed a resolution stating, in part, that nurses should:

BLM_0124776

**"Collaborate with others in calling for a national moratorium on new permits for unconventional oil and natural gas extraction (fracking) throughout the country until human and ecological safety can be ensured;"**

http://www.nursingworld.org/MainMenuCategories/WorkplaceSafety/Healthy-Work-Environment/Environmental-Health/nurses-role-in-recognizing-educating-advocating-healthy-energy-choices.pdf

 I respect nurses- when they say something is bad, it is bad.

Our family has decided to delay our moving plans pending the outcome of this decision. Please prevent the BLM from providing leases for fracking.

In concern,

Nissa Patterson MPH

--
Joe Meyer
Bureau of Land Management
Southwest Colorado District Manager
2815 H Road
Grand Junction, CO  81506
Front Desk:  (970) 244-3000
Direct Line:  (970) 244-3066

--
Gina Jones Phillips
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

BLM_0124777

10/26/2016        DEPARTMENT OF THE INTERIOR Mail - Re: Thank you for your e-mail Re: No oil and gas leasing on public lands in the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Re: Thank you for your e-mail Re: No oil and gas leasing on public lands in the North Fork Valley
1 message

**K MABRY** <kate_mabry@bellsouth.net>                                Mon, Oct 24, 2016 at 12:39 PM
Reply-To: K MABRY <kate_mabry@bellsouth.net>
To: "UFO_RMP, BLM_CO" <blm_co_ufo_rmp@blm.gov>

Hello Gina:

Thank you for your reply regarding fracking.  Having lived in Southern Colorado with existing coal-bed methane wells on our 100 plus acres and listening as well as witnessing neighbor's first hand experiences, I am not in favor of continued fracking in the U.S. for several reasons that follow:

  1)  It has been SCIENTIFICALLY proven that fracking harms the unborn leading to death for newborns.  This happened to my dear neighbors in Colorado;

  2)  Fracking due to all the many chemicals pumped into the ground has been scientifically proven to contaminate underground water;

  3)  The character of the gas company's employees is questionable as many are addicted to drugs...simply ask their safety officers, as our neighbor was one; and

  4)  When fracking wells, it was my experience to see firsthand that the employees smoke at the well site during high fire danger warnings, the company did not provide a Port-a-Potty for their employees who subsequently used our forest to relieve themselves for a week before I discovered this health and safety violations, and they lied, when failing to show up for a meeting w/me to discuss their infractions.  They called the local sheriff deputies to silence me which in turn backfired upon them as the operation was shut down until they were in compliance w/health and safety regulations (federal, state, county).

As you can see, as a former resident of Colorado and employed as a federal park ranger I understand that BLM serves as a public steward of our treasured public lands.  IT is PAST TIME to utilize common sense and sound scientific studies when making important decisions on managing these public lands for future generations.  I ask you to cease leasing any public lands to oil and gas companies until they can prove that their methods of extracting gas and oil DOES ZERO damage to the environment and no longer threatens the health and safety of the public.

I look forward to hearing from you personally soon.

Thank you,
Kate Mabry


On Monday, October 24, 2016 1:22 PM, "UFO_RMP, BLM_CO" <blm_co_ufo_rmp@blm.gov> wrote:


The Project Manager for the Uncompahgre RMP has received your email.  Your comments have been received and will be fully considered.  Thank you for your interest in the Uncompahgre RMP.

If you are requesting to be added to the mailing list, I will ensure you are.

For information on the BLM Uncompahgre RMP, please visit our web site at: http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

BLM_0124778

Thank you, Gina


--
RMP Project Manager
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401

BLM_0124779

10/26/2016     DEPARTMENT OF THE INTERIOR Mail - RE: Thank you for your e-mail Re: No oil and gas leasing on public lands in the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RE: Thank you for your e-mail Re: No oil and gas leasing on public lands in the North Fork Valley

1 message

---

**Barb & Dini** <msreeco81@gmail.com>                                      Mon, Oct 24, 2016 at 10:14 AM
To: "UFO_RMP, BLM_CO" <blm_co_ufo_rmp@blm.gov>

**Please don't just give lip service.**

**Our environment is already under siege and you have the power to stop any and all oil and gas leasing on public lands.**

**Really consider all the ramifications IF you do allow this to happen.**

**I strongly support that NO leasing on public lands in the North Fork Valley take place.  DO THE PROPER THING AND PUT A STOP TO ANY LEASING OF ANY KIND AND DO NO HARM TO OUR HABITAT.**

---

**From:** UFO_RMP, BLM_CO [mailto:blm_co_ufo_rmp@blm.gov]
**Sent:** Monday, October 24, 2016 12:02 PM
**To:** msreeco81@gmail.com
**Subject:** Thank you for your e-mail Re: No oil and gas leasing on public lands in the North Fork Valley

The Project Manager for the Uncompahgre RMP has received your email.  Your comments have been received and will be fully considered.  Thank you for your interest in the Uncompahgre RMP.

If you are requesting to be added to the mailing list, I will ensure you are.

For information on the BLM Uncompahgre RMP, please visit our web site at: http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

Thank you, Gina

BLM_0124780

--

RMP Project Manager

BLM Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, CO  81401

BLM_0124781

10/26/2016        DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Draft Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Draft Resource Management Plan
1 message

**Fred & Susan Henderson** <fands.henderson@gmail.com>     Mon, Oct 24, 2016 at 4:42 PM
To: uformp@blm.gov

TO:  BLM Uncompahgre Field Office
FROM:  Susan Henderson
           59673 Mancos Lane
           Montrose, CO 81403
           fands.henderson@gmail.com
DATE:  October 24, 2016
RE:  Resource Management Plan Draft

Thank you for your extensive work in developing the Resource Management Plan, and thank you for giving us the opportunity to comment on the draft of the RMP.

I was surprised, startled, and dismayed to read that although the RMP identifies over 42,000 acres of Lands with Wilderness Character, the preferred alternative protects only 18,000 acres. My husband and I hike in many of the identified areas and value the quality of life they afford us. Additionally, we are also site stewards of a threatened biological species in the adobe badlands and value the unique biological resources in that area. Please include more lands with wilderness characteristics in the final preferred alternative.

I was also disappointed to read that the RMP preferred alternative for areas of critical environmental concern is so limited. As members of the Chipeta Chapter of the Colorado Archeological Society, we strongly support special management attention to the important historic, cultural and scenic values included in the 15 areas identified. Please include all ecological emphasis areas and restore them to their full acreage in the final RMP.

Finally, I urge you to create more meaningful protections for the values identified in the ecological emphasis areas. I am a Colorado native, but unfortunately moved to Texas and lived on the Barnett Shale for several years. My husband and I returned to Colorado to escape the environmental pollution exasperated by oil and gas development. We know personally the negative impacts of environmental degradation.

The conservation of the public lands identified in the Uncompahgre Field Office Resource Management Plan is important to me, and it is important to our children and their children. John Muir said, "Everybody needs beauty as well as bread, places to play in and pray in, where Nature may heal and cheer and give strength to body and soul alike." Please do more to protect the ecological integrity of our public lands by including all the original identified acreage in the final RMP.

Thank you. I appreciate your consideration of my comments.

BLM_0124782



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre draft RMP and accompanying EIS

1 message

**Chris Yoder** <cncyoder@comcast.net>                                   Mon, Oct 24, 2016 at 12:16 PM
Reply-To: cncyoder@comcast.net
To: uformp@blm.gov

BLM's multiple use mandate argues against oil and gas leasing in the North Fork Valley, at least until  BLM has completed a thorough analysis of the risks that  large-scale oil and gas development would create for human and animal health, the environment, and the economy of of the North Fork Valley.  A no leasing alternative would protect non-resource-exploitive values and land uses ... while at the same time preserving for possible future use the option of oil and gas leasing.  The reverse is not true.

That is why, at this time, I believe that a no-leasing alternative is the best way to honor BLM's multiple use mandate.

On the other hand, the draft RMP is a roadmap to industrializing the Uncompahgre Field Office area with the resulting contamination of the air, water, soil, and agricultural lands of the very special North Fork Valley.  That is to say, as it now stands, the draft RMP repudiates multiple use in favor of a single use --- oil and gas.

The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations.

Thank you,

Chris Yoder

 21215

BLM_0124783

DEPARTMENT OF THE INTERIOR Mail - BLM Letter



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM Letter
1 message

**Cory Reese** <txreese@mac.com>                                      Mon, Oct 24, 2016 at 2:31 PM
To: uformp@blm.gov

Heidi N. Reese

 **BLM Letter.docx**
22K

BLM_0124784

October 22, 2016

# Uncompahgre Field Office RMP
## IN SUPPORT OF THE NORTH FORK ALTERNATIVE

**To Whom it May Concern:**

**Location –** My name is Heidi Reese and I am a resident of Paonia Colorado. I live on Mathews Lane, which is located near BLM lands.

**Local History -** I have lived in the North Fork Valley on and off for 40 years. I know the landscape, watershed, and local economies and cultures intimately. This is my home. My primary activities on BLM lands include mountain biking, camping, hiking, fishing, conservation projects and geology field trips. I have also lived in northern New Mexico where the oil and gas industry has decimated the environment.

**Water Sources -** My drinking water comes from the Town of Paonia's municipal water supply which comes from 38 different springs near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. My irrigation water comes from the Stewart Ditch sub-operated by the Hadley Ditch Company. The intake for my irrigation ditch comes from North Fork of the Gunnison River below Paonia Dam. This watershed drains through BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

**BLM Recreation–** My recreation activities on BLM lands include hiking, biking, fishing and camping. I have been enjoying these recreational activities at these locations for almost 40 years. I hike and fish on Gunnison, along with several other tributaries. The final plan must include protections for these recreation resources and lands.

Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource management plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, on which our local communities and economies depend upon. Much of the area doesn't even have oil and gas reserves that are feasible for development. The Preferred Alternative would put our public lands and adjoining communities at risk for negative impacts from development activities including large-scale oil and gas drilling as well as lease speculation. The BLM **must** adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development. I lived in Farmington NM for 10 years during the big oil and gas boom of the 90's so I have personally seen the destruction that the oil and gas business has had on our lands in northern New Mexico. I do not want to see our valley get destroyed in front of my eyes like it did in Farmington. The short term financial benefits will **NEVER** outweigh the irreversible contamination and destruction of our water, land and food supply.

October 22, 2016

## *Substantive concerns*

**Water**
*Domestic Water Sources* - The final plan must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources.
*Irrigation water and agriculture* - The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This directly impacts our food supply.
*Streams and surface water quality* - The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing.

**Air**
The final plan must protect the health of the airshed.

**Economic Impacts**
*Recreation, Agri-tourism, Scenic Viewsheds and Real Estate* – Would be negatively impacted by the Preferred Alternative plan. he final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.

**Public health and safety**
*Traffic impacts* - The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed.
*Seismic activity* - New data indicates deep injection wells and other oil and gas activities increases seismic activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

**Recreation**
*Jumbo Mountain Trails* - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.
*Hunting and Fishing* - Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar

October 22, 2016

hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

_Future Recreation Development_ - Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

**Wildlife**

_Adobe Badlands_ - The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

_Stevens Gulch_ - The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

_Federally listed and threatened aquatic species_ - The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

_Conclusion_

In conclusion, you have probably read similar letters to this one but it does reflect all of the concerns that the BLM should take into consideration from the people who will be directly impacted by this plan, the local residents in Crawford, Hotchkiss, and Paonia. **We implore you to adopt North Fork Alternative, B1, for the area in and around the North Fork Valley.** This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope. **Please don't destroy our home for generations to come.**



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Fwd: Comment on the BLM RMP
1 message

---

**Jones, Gina** <gmjones@blm.gov>                                    Mon, Oct 24, 2016 at 11:16 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: **Pfifer, Teresa** <tpfifer@blm.gov>
Date: Wed, Oct 19, 2016 at 8:06 AM
Subject: Fwd: Comment on the BLM RMP
To: Gina Jones <gmjones@blm.gov>


---------- Forwarded message ----------
From: **D TEAL** <DORISTEAL@msn.com>
Date: Tue, Oct 18, 2016 at 10:02 PM
Subject: Comment on the BLM RMP
To: "director@blm.gov" <director@blm.gov>, "rwelch@blm.gov" <rwelch@blm.gov>, "jmeyer@blm.gov"
<jmeyer@blm.gov>, "tpfifer@blm.gov" <tpfifer@blm.gov>, "paonia@townofpaonia.com" <paonia@townofpaonia.com>




--
*Gina Jones Phillips*
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov

---

📄 **Revised Dear Bureau of Land Management,2016.docx**
     931K

BLM_0124788

BUREAU OF LAND MANAGEMENT

UNCOMPAHGRE FIELD OFFICE

2465 SOUTH TOWNSEND AVE

MONTROSE, CO 81401                                    OCTOBER 10,2016

Dear Bureau of Land Management:

My husband and I recently bought our retirement home in Crawford.  Our address is #3720, 3750 Rd., Crawford.

After years of searching all over Colorado, we bought this property for the



unparalleled views that stretch for miles, both east to the West Elks and west
above and into the Smith Fork Canyon, and for the incredibly quiet setting the
property enjoys. The only sound one hears is that of the Smith Fork as it flows
below. Our home overlooks the canyon and is perched at its very edge, about 10
yards from the rim. We were really happy that our views encompassed so much
BLM land because we believed that there would be no development taking place
that would not be in compatible use with the neighboring area and surroundings.

We have been so excited to have moved and be able to contribute to this
beautiful, vibrant and healthy community. We have spent most of our savings for
the purchase of this property and to acquire the irrigation water that we deemed
necessary to use for the garden, fruit trees, hay pasture and growing of organic
lavender. We have made plans to spend the rest of our lives here. After all, this is
the area Forbes Magazine wrote about and referred to as the "Golden Triangle"
(March 2006). This area will be hard to recognize for the natural beauty and
pastoral feel touted for in magazine articles today if gas development takes place.

The effects of gas development would be numerous and of great consequence to
us. Regarding specifics:

- Our views would no longer be unobstructed since a gas tower would be
  placed directly south of our home, the direction our house faces. The night
  sky would change from dark and absolutely clear to no longer being visible.
  This includes the view down the canyon rim where the other towers would
  be placed. We spend much time exploring and hiking in this canyon, its
  gullies and along its rims.
- The level of sound would change from total quiet to the constant and loud
  noise of heavy machinery.
- Air quality would be affected. We spend most of our time outside. Our
  windows and doors are always wide open to the outdoors. We enjoy the

purity of our clean air and the quietness of our surroundings.  We would never want to do anything to close ourselves off

- Roads would have be put in on undeveloped land. And these roads would have to be built to carry heavy equipment. The local soils are high in clay content and show disturbance and erode easily. The roads that would have to be built would likely have to cross private land to reach landlocked parcels, causing disruption to many local people and neighbors.

- There are currently deer, elk, mountain lions, foxes, and bear that come on our property as well as numerous birds that fly up and down the canyon. There are literally thousands of swallow's nests on the canyon walls below our house and these birds and animals drink the water from the ditch and the pond. These established flyways and trails would be disrupted by gas development and its fallout.

- **Of deep concern** to us is the seismic activity and disruption of layers caused by "Fracking". As mentioned, the house is perched at the edge of the Smith Fork canyon, facing south and no more than 10 yards from the rim at points (see pictures). "Fracking" could cause layers to shift and the land to slide, endangering the house itself.





**House**

- Regarding water issues, our irrigation water comes to us via the Clipper Ditch, a mostly earthen and unlined ditch. If this water were to be contaminated at its source or along its way to us it would reach us in a contaminated state. The other larger ditch that borders our property east, north and west is the Grandview Canal, whose source is also at parcel #6200.  As it turns north on our property it seeps into a pond, which is used extensively by birds and wildlife.The seepage from the irrigation ditch also shows up as springs on other parts of our land.  Our property has a lot of elevation changes, ranging from flat areas to dropping off on the southern cliff edge all the way to the canyon bottom. Were the irrigation water to be contaminated, there would literally be pockets of contaminated water seeping all over our acreage.

Setting the quality of life issues aside, what about the dollar value of the property? By considering the points I have made as to how our property would be affected, one can appreciate our **realistic concern that it would become of no value to anyone and therefore unsalable.**

BLM_0124792

**In regards to the rest of the community and the other parcels**, you will surely receive many, many letters addressing all the ways this development would affect the community as a whole. Amongst some that will surely be mentioned;

- Water issues.(By the way, where would the huge amount of necessary water for "Fracking" come from? **There is no extra water here!**
- Proximity of parcels to schools and towns and multi-use facilities
- Heavy traffic on roads not built to handle the weight or usage or the eventual emergency.
- The effects on Organic farming and the successful "Farm to Table" efforts.
- The tourist industry and the unsightly visual impact gas development would have on the landscape.
- The effect on hunting grounds and migration corridors.
- The effect on Gold Medal Fishing areas.
- Disruption of the terrain in general, and its ability to regenerate. Let us not forget the problems associated with the historical lack of interest on the part of gas and energy companies to fix what they ruin.
- Statistics show the increase of the crime rate in areas of large gas development. Why would we want to add that problem to our peaceful and safe community?

**Disruption to the current lifestyle to so many. The quality of life issues are HUGE!**

With this in mind from my part, and from what you will hear from the many concerned citizens of this community, it should become very obvious that the current lifestyle and the proposed industrial development of this area are in **NO WAY COMPATIBLE.**

Thank you for your consideration**, AND FOR ADOPTING ALTERNATIVE B1**

SINCERELY,

Doris T Wehrmacher

3720 3750 Rd, Crawford, CO 81415

email: doristeal@msn.com

BLM_0124794

BLM_0124795



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP Comment Letter
1 message

**Ian Oeser** <iodesignbuild@gmail.com>            Mon, Oct 24, 2016 at 7:58 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Please see the attached PDF letter, or text included in email body below.

Ian Oeser
 (720) 785-0374
 iodesignbuild@gmail.com

Full Life-cycle Care for Your Home
 and Workplace

Ian Oeser Paonia, CO 81428 10/10/2016

To:  BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for extending the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors. I also support the BLM designating the Jumbo Mountain area as a Special Recreation Management Area.

As a Paonia resident, I use and appreciate the Jumbo Mountain BLM area for its diverse recreational trails and natural habitat. I mountain bike weekly in this area, and moved here in large part because of the non-motorized bike trails. I value the quiet and undisturbed landscape and would be very disappointed to have the scenic views and quiet connection to nature disturbed by oil and gas development. I would very much like to see the BLM adopt Jumbo Mountain area as a Special Recreation Management Area, so they could, with the help of so many eager volunteers in our community, provide better access and signage on the existing trails. The number of hikers and mountain bikers coming to this area for recreation is growing exponentially each year, bringing commerce to our local businesses and municipality. Recreation is a huge economic boon for our area, and I would like to see it continue to grow with the BLM support.

The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

BLM_0124796

River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan.

The final plan must include protections for these recreation resources and lands. Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

I am also an avid hunter and pay for both small and large game tags in the Stevens Gulch area and the Adobe Hills. The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

I value the quality of water that I drink. I believe the plan is adopted must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal waters supplies, that risk being impacted by surface spills and well failure. Most of the domestic water sources in the North Fork Valley are surface springs and streams that are either on or near BLM lands affected by this plan.

I also greatly value the quality of water tthat is used to grow local crops and livestock that I eat. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

The draft plan (or: Alternative D, the "preferred plan") opens 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development. I support the inclusion of Alternative B1 which balances all the resources managed by the BLM.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This proposal is the best way to protect the Gunnison Watershed and build on a sustainable rural economy on Colorado's Western Slope.

BLM_0124797

Sincerely, Ian Oeser

**NoFork Alt B1 Comment Letter-BLM.pdf**
43K

BLM_0124798

Ian Oeser
Paonia, CO 81428
10/10/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for extending the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors. I also support the BLM designating the Jumbo Mountain area as a Special Recreation Management Area.

As a Paonia resident, I use and appreciate the Jumbo Mountain BLM area for its diverse recreational trails and natural habitat.  I mountain bike weekly in this area, and moved here in large part because of the non-motorized bike trails.  I value the quiet and undisturbed landscape and would be very disappointed to have the scenic views and quiet connection to nature disturbed by oil and gas development.  I would very much like to see the BLM adopt Jumbo Mountain area as a Special Recreation Management Area, so they could, with the help of so many eager volunteers in our community, provide better access and signage on the existing trails.  The number of hikers and mountain bikers coming to this area for recreation is growing exponentially each year, bringing commerce to our local businesses and municipality.  Recreation is a huge economic boon for our area, and I would like to see it continue to grow with the BLM support.

The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan.

Ian Oeser
Paonia, CO 81428
10/10/2016

The final plan must include protections for these recreation resources and lands. Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

I am also an avid hunter and pay for both small and large game tags in the Stevens Gulch area and the Adobe Hills.  The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

I value the quality of water that I drink.  I believe the plan is adopted must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal waters supplies, that risk being impacted by surface spills and well failure. Most of the domestic water sources in the North Fork Valley are surface springs and streams that are either on or near BLM lands affected by this plan.

Ian Oeser
Paonia, CO 81428
10/10/2016

I value the quality of water that I drink and that is used to grow local crops and livestock that I eat. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.


The draft plan (or: Alternative D, the "preferred plan") opens 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development. I support the inclusion of Alternative B1 which balances all the resources managed by the BLM.


The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This proposal is the best way to protect the Gunnison Watershed and build on a sustainable rural economy on Colorado's Western Slope.

Sincerely,
Ian Oeser

BLM_0124801

11/1/2016                    DEPARTMENT OF THE INTERIOR Mail - Comments on the Draft RMP for the Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on the Draft RMP for the Uncompahgre Field Office
1 message

---

**Jay Bagley** <jaycbagley@gmail.com>                                    Mon, Oct 24, 2016 at 11:12 AM
To: uformp@blm.gov

Hello BLM Field Office in Montrose,
I have attached a Word document with my comments provided to you on the Draft RPM.  Thank you very much for this opportunity to provide you with my comments on this issue.  If you have any questions on my comments you can reach me via return email at:
jaycbagley@gmail.com

Thank you again.

Jay Bagley

---

 **RMP Comment.docx**
17K

BLM_0124802

October 24, 2016

Jay Bagley

310 Oak Ave

Paonia, CO 81428

jaycbagley@gmail.com

BLM, Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you very much for the opportunity to provide you with my comments on the Resource Management Plan for the Uncompahgre Field Office.  I am a Paonia resident, having moved here about six years ago. I am "semi" retired and moved here for the outdoor opportunities such as hiking, camping, fishing, and photography.  (for a hobby)  While I have so much more to explore, I have had the opportunity to see quite a bit of our surrounding area here in the North Fork Valley of the Gunnison and thoroughly love it. Many of the environmental benefits of living here did not exist in my previous California home so I am very happy and excited to live here.  I enjoy good food, clean air, clean water, wonderful hiking areas, excellent fishing, and the wildlife that exists in this Western Colorado area.

**After reading and trying to understand the Draft RMP as much as possible, I would like you to incorporate Alternative B1 into the final RMP.**  As a person who consumes products made from oil I understand our need to drill for these resources until we can replace energy generation with alternative means to meet our consumption. That is why I believe the alternative B1 will allow the required oil and gas activity to take place in areas where those resources exist while simultaneously helping to maintain the wildlife and to keep the air and water clean in this area.

I would also like to see the final plan protect all lands with wilderness characteristics, including the Terror Creek, one of the Ecological emphasis areas. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. While I am personally not a hunter, hunting in this area is an important part of both our culture and our economy.

As someone who visits the Jumbo Mountain area near Paonia about five days per week, I would also like to see all of this area designated as an SRMA.  There are so many more recreational opportunities that can be experienced in this area with valuable BLM planning here.

Thank you very much for considering my brief comments on this very complicated issue.  While I do not believe I have the complete understating of everything presented in the draft RMP, I know that Alternative B1 describes to me a fair and equitable basis for extracting needed resources from the land

BLM_0124803

while simultaneously protecting the wildlife, air, water, and valuable food production coming from the North Fork Valley of the Gunnison. I urge you to include Alternative B1 in the final RMP.

Sincerely Yours,


Jay C. Bagley
Paonia, CO

BLM_0124804



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Comments
1 message

---

**mambomamba@paonia.com** <mambomamba@paonia.com>                    Mon, Oct 24, 2016 at 7:59 PM
To: uformp@blm.gov

Teresa Pfifer,
Please accept my comments for the RMP.
They are attached.
Thank you for your time,

Neal Schwieterman
mambomamba=Giant Poisonous African Snake Dance

---

 **RMP Comments.docx**
15K

---

BLM_0124805

I am a resident of Paonia, CO, I live at 420 Minnesota Ave in Paonia which puts my house about 30 yards as the crow flies from the Pan American entrance of the Jumbo Mountain trail system.

I have lived in the North Fork Valley since 1999 an owned my home on Minnesota Ave since 2000. I bike/ski (as appropriate) on the Jumbo Mountain trails. I paddle on the North Fork of the Gunnison and the main stem of the Gunnison Rivers. I ski and hike at nearly every BLM/USFS trailhead and portal of the watershed. I am also uniquely aware of community concerns as I served on the Paonia Town Council from 2004 through 2016.  The first 3 years as a Council member, the last 9 years as Mayor.

My drinking water comes from the Town of Paonia's drinking water system which, as you know, collects raw water off on both BLM and USFS lands to the east and South of Paonia. My irrigation water comes from Stewart Ditch via the North Fork of the Gunnison/USFS/BLM lands.

Thank you for the opportunity to comment on the RMP. I am happy that the BLM is considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan does not go far enough to protect local resources. The North Fork Alternative B1 would provide the most protections along with other components of Alternative B would provide the best management for the resource area.

The areas domestic water resources must be protected, with a zero tolerance for interruption or contamination.  I feel this way and so do many of the valleys residence.

The areas irrigation and agricultural waters must be protected, again with a zero tolerance for interruption or contamination. I feel this way and so do many of the valley's residences.

By zero tolerance, I mean not in accordance with best management practices but no ability of contamination.  Something that is not able to be accomplished by human designed systems. Thusly, with this thought process, oil and gas development cannot proceed in areas near water resources.

Recreation, Ag-tourism and Viewsheds in the North Fork provide for a substantial portion of the economic vitality of the NF.  Given the "Medium Potential" (lowest federal designation) for economically viable oil and gas production in the NF it makes no sense to allow development something of modest potential that could or would likely be detrimental to the local economic drivers. I do not support Oil and gas development in the valley bottom proper due to this.  The North Fork Alternative addresses this using existing BLM methodologies.

Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle. The final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.

 The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential

for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special  recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

In conclusion, the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope.

Thank you for your time,

Neal Schwieterman

420 Minnesota Ave

Paonia, CO 81428

BLM_0124807



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on the Uncompahgre Field Office draft RMP
1 message

---

**paige** <paige@greenhousegarden.com>                                    Mon, Oct 24, 2016 at 1:22 PM
To: uformp@blm.gov, director@blm.gov, rwelch@blm.gov, rmpcomments@citizensforahealthycommunity.org

Please enter the attached comments into the public record.

Thank you,

Paige Smith

---

📄 **Paige Smith comments on the BLM Uncompahgre draft RMP.docx**
33K

BLM_0124808

To: Project Manager, Uncompahgre RMP

I have reviewed the BLM's draft Resource Management Plan (draft RMP) for the Uncompahgre Field Office and must again reiterate the comment I made in my letter dated February 6, 2012, to your office regarding the BLM's proposal to lease 22 parcels for oil and gas development surrounding the North Fork Valley. In that letter, I noted that the RMP in effect in 2012 (and still in effect) had been approved 23 years earlier and it in no way accounted for the socioeconomic benefits being derived from the agricultural operations that now exist in the North Fork Valley.

Unfortunately, this current draft is no better. It contains only cursory acknowledgement of the existence of this valley within the Uncompahgre Field Office planning area and has not adequately or appropriately described what makes it of such unique agricultural importance to all of Colorado and surrounding states. This omission of fully describing this valley does not constitute meeting the requirement of "succinctly describing the environment of the area(s) to be affected by the alternatives under consideration" as required by 40 CFR 1502.15.

This valley has been formally identified through multiple means as a truly unique place:

a) It has been described as "An American Provence" in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine growing region of southern France. http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in 2013. Information on the significance of this designation can be viewed at http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of Economic Development and International Trade. The Initiatives include Strengthening Local Business Brand, Adaptive Reuse Workshop and Tourism Promotion.  http://choosecolorado.com/lt-gov-donna-lynne-announces-colorado-blueprint-2-0-initiative-recipients/

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR https://www.gpo.gov/fdsys/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf An American Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado.

The North Fork Valley contains the highest concentration of organic farms, orchards and vineyards in Colorado and provides wine, fruit, fruit juices, produce, meat and dairy products to consumers throughout Colorado and surrounding states.

I describe all of these accolades, awards and designations to make a point - - this valley is recognized for its unique agriculture, local business, art, agribusiness, agritourism, recreation and tourism industries and deserves protection from any threat of environmental degradation. Gas

BLM_0124809

exploration and development is not compatible with the economic culture of this valley and in fact, its very presence would threaten the highly regarded reputation as an organic agricultural area.

This draft RMP has been written using the standard BLM RMP boilerplate/template language. There is nothing boilerplate about the North Fork Valley and its presence in the Uncompahgre planning area requires that effects to it from actions occurring in the BLM decision area must be considered. The potential environmental consequences presented in this draft RMP do not in any way address the depth and breadth of potential effects to the valley from fluid mineral exploration and production. This is in direct conflict with BLM regulation 40 CFR 1610.4-6: Estimation of effects of alternatives, which requires that the Field Manager "will estimate and display the physical, biological, economic, and social effects of implementing each alternative considered in detail." Without acknowledging and describing the North Fork Valley in detail, this requirement cannot and has not been achieved.

An example of how this draft RMP has completely omitted any meaningful discussion about the "affected environment" is demonstrated by the fact that there is absolutely no reference to "organic farm" or "organic agriculture" in Chapters 1 or 3. A reference to "organic farm" is found on Pages 2-31 and 2-199 in Chapter 2, but both references are specifically limited to a reiteration of some of the provision of the North Fork Alternative Plan (NFAP)/Alternative B.1. Chapter 4 only contains two references to "organic farm." The first is found on page 4-69 and again is only presented to reiterate a provision in Alternative B.1. The second reference to "organic farming" is the only meaningful reference in the entire RMP. This is found on page 4-84 where the threat to an organic operation's designation as "organic" could be in jeopardy if water being used to irrigate the crops on that operation are contaminated by a gas field spill; a serious potential consequence that should never be allowed to occur.

In the following comments, I would like to point out where the analysis in this draft RMP has not adequately addressed truly significant issues.

A. Chapter 1, Introduction

1. Section 1.4 and Table 1.3:

This section fails to appropriately and adequately acknowledge and discuss the NFAP presented to the BLM during scoping by citizens and governmental entities in the North Fork Valley. This Alternative was submitted in order to provide the BLM with information about the uniqueness and renowned agricultural productivity of the valley and supported the request to remove much of the BLM land surrounding this valley from any future leasing. However, the section summarizing the scoping comments received does not include this important scoping submittal.

The subject of addressing potential impacts to an area with the highest concentration of irrigated organic and traditional farms, orchards and vineyards in Colorado has not been included and certainly isn't represented by BLM boiler plate subjects and broad terms such as, "soil, air, and water resources, special management areas, vegetation (including riparian and wetland areas and noxious weeds), fish and wildlife, special status species, drought management and climate change."

2

Any meaningful reference to this agriculturally important and productive area is missing throughout the remainder of the draft RMP.  This absence of acknowledgment of the North Fork Valley's unique qualities is in direct conflict with Section 1500.1(b) of the Council on Environmental Quality (CEQ) regulations which states that "NEPA documents must concentrate on the **issues that are truly significant to the action in question**, rather than amassing needless detail."

The numerous local governmental entities, private citizens and business leaders in the North Fork Valley that supported the NFAP is unprecedented nationally and to neglect to include this in the scoping section ignores the most basic of NEPA policy and has created a situation where this area has not been adequately identified or described as a part of the human environment. Therefore, the NEPA process has not been appropriately used to identify and assess the reasonable alternatives to proposed actions to **avoid** or minimize adverse effects of these actions upon the quality of the human environment," as required by CEQ regulation 1500.2(e)). In addition, by not appropriately describing the North Fork Valley and potential negative environmental effects to it as a "planning issue," this RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues," (Table 1-2, Step 7).

B. Chapter 2 Alternatives

1.  Section 2.2.3:

The reference to the "six planning issues" (Section 1.4 and Table 1.3) of the draft RMP which provided guidance for the development of the four action alternatives has created a situation where the significance of potential impact to the human and natural environment within the BLM planning area has not been adequately addressed in the fundamental underpinnings of the analysis.

This absence of appropriate consideration is evident throughout the remainder of the document and in taking this approach, this document does not meet the level of analysis required by CEQ regulations (1502.1; 1502.2; 1508.8; 1508.14 and 1508.27(a), (b)(3), (b)(4) and (b)(6)) or the National Environmental Policy Act Section 101(b).  In addition, by not appropriately describing the North Fork Valley and potential negative environmental effects to it as a "planning issue," this RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues," (Table 1-2, Step 7).

The Uncompahgre BLM Office has created this draft RMP as if management decisions and the preferred alternative are not potentially impacting an incredibly unique part of Colorado and the Intermountain West. Consequently, the use of the standard BLM 'template' for creating RMPs as the basis for this document, including the identification of the affected environment and consequences to the affected environment, are wholly inadequate with respect to the North Fork Valley.

2. Table 2-1 and Appendix D, Ecologic Emphasis Areas:

BLM_0124811

The North Fork Valley should have been included in this portion of the analysis. Although it does not fit the BLM's routine areas of analysis - *unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors* – does not make this ecologically unique area any less worthy of consideration. In fact, minimizing impacts to this culturally and agriculturally significant geographic area should be the core value addressed throughout the RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.

3. Table 2-2, page 2-28 Soils and Water Resources:

The water goal under this section presents generic references to streams, water quality, watershed function and public uses. This description should include the use of water for irrigation purposes and that public use is not limited to the standard uses of human (public and private water supply) and livestock consumption, fishing and recreation and should acknowledge and describe the water's use for agricultural production. This omission results in the comparison of alternatives on this topic to completely ignore the effects of each alternative on the existing land uses within the North Fork Valley that would be variably impacted/protected by the provisions in each alternative. A token reference on page 2-31 to *Agricultural operations* as identified in the NFAP does not constitute the "hard look" required by NEPA.

4. Table 2-2, page 2-49 Vegetation – General and Uplands:

The Field Office Planning area clearly encompasses portions of the North Fork Valley that are planted in non-native, agricultural crops. However, this Table does not mention non-native vegetation within any alternative. This omission in identifying and analyzing the effects on this portion of the affected environment must be corrected.

5. Table 2-6, page 2- 429, Socioeconomics:

This entry in Table 2-6 should include a discussion within Alternatives A, C and D as to the effect on the economic contributions and quality of life associated with local agricultural operations (North Fork Valley) that would be attributable to each of these three alternatives.

In addition, the following statement is made on the last page of this Chapter (page 2-430); "Additionally, as discussed in Chapter 4, Section 4.6.3, Socioeconomics, *Nature and Type of Effects*, agriculture is of local economic importance for farms and agritourism; therefore, maintaining water quality would protect these economic sectors from potential development impacts." This is another token reference to agriculture and surprisingly isn't included and compared in the Soils and Water Resource section of this table, or any other appropriate section.

C. Chapter 3 Affected Environment

1. Section 3.1.3 Geology and Soils:

On page 3-22 of this Section, the BLM has included a discussion titled - *Prime or Unique Farmlands and Residential Development*. This subsection states that "Four categories of farmlands are federally regulated by the USDA under the Farmland Protection Policy Act: (1) Prime farmlands,

BLM_0124812

(2) Unique farmlands, (3) Farmlands of statewide importance, and (4) Farmlands of local importance. Impacts from federal actions on BLM-administered lands to farmlands identified as prime or unique are required to be analyzed and disclosed to the public during development of an RMP/EIS."

The last sentence shown directly above indicates that if federal actions occurring on BLM-administered lands impact farmlands identified as prime or unique, these impacts must be analyzed and disclosed to the public during the development of this very document under review.

However, the next paragraph in this section states that "There are no farmlands of national or statewide importance **on BLM-administered lands within the planning area**. However, according to a report by the Soil Conservation Service, irrigated and prime irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins (Soil Conservation Service1980)." The sentence regarding the requirement to analyze and disclose impacts to farmland identified as prime or unique does not limit this analysis to those prime or unique farmlands that exist **on** BLM-administered lands. Instead, it is indicated that this analysis is required for impacts to prime or unique farmlands resulting from federal actions taking place on BLM-administered lands. Therefore, the impacts to identified irrigated and prime irrigated lands occurring in the drainage basins listed in the next sentence (occurring within the Uncompahgre Field Office planning area) of Section 3.1.3 must be analyzed and disclosed in Chapter 4 and they are not.  Chapter 4 is completely silent on the impacts to irrigated and prime irrigated lands.

In addition, discussion regarding "residential development" which is included in the title of this subsection is not included and the *Soil Conservation Service 1980* document cited in this section is not included in the "References" appendix. Please include.

2. Section 3.1.5, Vegetation and Chapter 4, Section 4.3.4 Vegetation

Section 3.1.5 fails to acknowledge or discuss any of the agricultural crops existing in the North Fork Valley which is part of the Uncompahgre Field Office planning area. Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of possible effects to these resources in Chapter 4, Environmental Consequences. This violates CEQ regulations at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects.

3. Section 3.4.2 Public Health and Safety.

This section fails to mention the potential threat from pipeline and compressor explosions or explosions that can occur at a well site.

Chapter 4, Environmental Consequences

1. Section 4.1.1 Analytical Assumption, fourth bullet:

This discussion of reasonable foreseeable development and the number of wells that could be developed should be revised to indicate whether this analysis is assuming that these natural gas wells

BLM_0124813

will be developed using directional drilling, hydraulic fracturing completion methodologies and multiple wells per pad. In addition, this section should include an estimate of how many well pads, miles of pipeline and amount of compression that is estimated to be required in order to support this level of drilling. Each of these factors can have a much higher environmental impact to air quality, water quality and water quantity as compared to conventional vertical drilling using a single well per pad.

2. Section 4.1.1 Analytical Assumption, fifth bullet,

"Direct and indirect impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed assumption in that many of the direct and indirect impacts of implementing the RMP have the potential to seriously impact the people and their livelihoods living in the North Fork Valley encompassed by the Uncompaghre BLM Field Office planning area. "Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, regardless of land ownership, except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA, whereas "decision area lands" are limited to public lands and federal mineral estate managed by the United States Department of the Interior, Bureau of Land Management. This is an important distinction that must be clearly identified throughout this Chapter, but is not.

The North Fork Valley's unique economy and community is in large part the result of the vast extent of organic and traditional farming, fruit growing and viticulture occurring less than one mile, in many places, from the BLM decision area boundary. This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford that would be made available for fluid minerals leasing if the BLM adopts any alternative other than B1. The assumption provided in the fifth bullet should be eliminated and this Chapter re-written to acknowledge the environmental consequences on this geographic area and the people living in it located within the planning area.

3. Air Quality

A previously published BLM final EIS for the Bull Mountain Unit indicated that there will be an increase in formaldehyde that will be emitted from 3 newly proposed 3,185 horsepower, diesel powered compressor engines. It was also noted that the addition of 3 large compressor engines was not brought to the BLM's attention by SG Interests in time for this increase to be modeled for this area and reported in the Final Bull Mountain EIS. However, previous modeling without considering the three new compressor engines had modeled an exceedance of the allowable level of formaldehyde in the Bull Mountain area. As stated on page 4-48 of the Bull Mountain EIS, maximum modeled formaldehyde concentration from compression emissions which is at 81.6 µg/m is above the short-term REL threshold of 55 µg/m. This is troubling since the modeling did not include the large increase in formaldehyde (a known cancer causing compound) emissions which will be emitted by the new compressor engines.

The air modeling reported in this draft RMP has indicated an exceedance of the 70ppb ozone threshold in the Uncompahgre planning for every oil and gas scenario being contemplated.

BLM_0124814

The predicted presence of elevated formaldehyde and ozone is of concern because the North Fork Valley is a geographic area well known to experience inversions during the winter months. The state of Wyoming experienced unprecedented occurrences of wintertime ozone exceedances in the Upper Green River Basin; an area with heavy gas development which is also prone to wintertime inversions as well. The Green River Basin was declared to be in nonattainment because of these ozone exceedances.

These potential threats to public health (and in the absence of any air monitoring in-place to be used to alert the public to hazardous air conditions) for people living in the North Fork Valley makes it imperative that there is no further leasing in the entire region encompassed by the NFAP.

4. Section 4.3.2 Soils and Geology.

Because Chapter 3, Section 3.1.3 dismisses the need for identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is completely silent on the environmental consequences of federal actions on these agriculturally significant lands. This is a serious omission which only further reinforces the perspective that the BLM did not take the environment actually in existence in the Planning Area into consideration which violates 40 CFR 1502.15 of the CEQ regulations.

4. Section 4.3.3 Water Resources, page 4-83

The following information is provided explaining the risks associated with fluid mineral leasing and development:

*Lands that are open for fluid minerals leasing have the potential for future health and safety risks related to oil, gas, and geothermal exploration, development, operation, and decommissioning. The number of acres open for leasing is proportional to the potential for long-term direct health and safety impacts. Use, storage, and transportation of fluids, such as produced water, hydraulic fracturing fluids, and condensate, have the possibility of spills that could migrate to surface or groundwater, causing human health impacts.*

*The US Environmental Protection Agency (EPA) is studying the potential for hydraulic fracturing to contaminate shallow groundwater sources, but no scientific consensus has been reached to date (EPA 2012c). Hydraulic fracturing occurs in the gas-producing formations at depths greater than 5,000 feet. Water, sand, and chemical additives are pumped into the formation at extremely high pressure to create fractures that allow gas to flow into the well. Theoretically, improperly completed wells or perforations into zones of geological weakness (i.e., faults or fractures) could create conduits that allow hydrofracturing fluids, produced water, and methane to migrate to groundwater resources. If a groundwater source is contaminated, there are few cost-effective ways to reclaim that water; thus, the long-term impacts of groundwater contamination are considerable.*

Each of these potential consequences are well known, often observed (i.e., the oil and gas industry in CO has reported at least 5,188 spills from statewide operations over the last ten years to

BLM_0124815

the Colorado Oil and Gas Conservation Commission) and can have long-term devastating effects on soils, surface water and groundwater.

Given the following statement made on page 4-84, "*The organic farming industry relies on clean water for agricultural production. Contamination of irrigation waters could affect the ability of local organic farms to maintain their designations,*" such threats to the North Fork Valley cannot be allowed to occur. Oil and gas drilling is absolutely incompatible with the existing land uses currently occurring in this valley.

Conclusion:

The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impacts on the environment, the BLM may restrict or prohibit some land uses in specific areas."

Based on the comments presented above, there is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use activity of producing natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley. Therefore, in this situation, the BLM should prohibit the leasing of any further federal fluid minerals within the borders of the NFAP and incorporate this prohibition on further leasing into the alternative chosen for the revised RMP. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Thank you for your consideration,

Paige Smith
215 Delta Ave.
Paonia, CO 81428
307-631-4544
paige@greenhousegarden.com

8

Scanned
004371

October 24, 2016

steve danuff

11589 Crawford Rd.

Paonia, CO 81428

UFO Draft RMP /Uncompahgre Field Office

Dear Uncompahgre Field Office Director:

I am a resident, small-scale organic orchardist, and a user of domestic and irrigation water for livestock and food in the North Fork Valley of the Gunnison River. Additionally, I am a home construction professional, dependent on a healthy local economy, with the incentive for people to move here critical for my living. As such I have grave concerns about and objections to the proposed Draft RMP that would open 95% of available land to gas and oil leasing. These concerns include but are not limited to air, water, noise and light pollution, with increased heavy truck and worker traffic on our already marginal roads. Also, major degradation of wildlife habitat and recreational areas will occur, as well as the proven possibility of earthquakes occurring.

While the detrimental effects on human health of oil and gas development and associated fracking are being documented and proven scientifically, both nationally and locally with landslides and flammable water, why has the BLM neglected to conduct a human health impact assessment as part of this Draft RMP. What about a social impact assessment? I believe situations of this nature deserve very deep consideration of the long term effects. It is difficult to believe that earthquake causing fracking is even compatible with the deep coal mining already here. This seems to me an unacceptable risk.

In order to protect our clean water and air, health, scenic views and a struggling emerging economy we need to protect sustainable and historical activities such as farming, ranching, viticulture, hunting, fishing and other outdoor recreation and the tourism these things bring. I am not against energy extraction if it is done with the utmost integrity and consideration. As an Eagle Boy Scout, I feel it is essential to ensure the strongest levels of protection are in place and adhered to. I am not seeing that, with bursting pipelines, leaking wells, and pools of poison. We must protect water supplies, riparian areas and other wildlife habitat including winter range and migration corridors. A no-leasing alternative, which is not even considered in this Draft RMP, would be my first choice. If this is not possible I urge you in the strongest possible terms to adopt the North Fork Alternative, Plan B1, and to include all the other conservation protections in Alternative B. We have a duty and an obligation to ensure the highest quality of environment for current and future generations in the North Fork Valley and beyond. "Avoidance", by not allowing a harmful activity in a sensitive place is an essential step in proper mitigation and I encourage you to adopt it. Some places are special, and these areas should be closed to gas and oil development with strict No Surface Occupancy requirements. Thank you.

Sincerely,

Dana Wilson
BLM Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

Pitkin Mesa Pipeline Company
P.O.B. 402
Paonia, CO 81428

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

October 24, 2016

Re:     **BLM 2016 UFO Resource Management Plan**

Ms. Wilson,

The Pitkin Mesa Pipeline Company is a privately held water company (Public Water System ID CO 0115610) based in Paonia, Colorado. It has been in continuous operation for over 100 years, and supplies domestic water via 195 taps to approximately 500 persons residing on and in close proximity to Pitkin Mesa, just north of Paonia.

Springs supplying our pipeline were adjudicated to the company from a decree filed in 1889. The company collects water from seven springs located on Gunnison Basin Public Lands of the US Forest Service about 9 miles north of Paonia in Sections 14 and 23, T12S, R92W.   These springs are primarily fed by subsurface collection of precipitation percolating through talus and glacial deposits into a larger sub-surface groundwater storage in the till deposits. These springs are entirely dependent upon precipitation and surface runoff for their supply and recharge of the underground well system (Wright Engineering Study of 1977, extracting data from U.S. Geological Survey's Professional Paper No. 617 entitled "Quaternary Geology of the Grand and Battlement Mesas Area, Colorado") and do so from an area of greater than 1 square mile.

Our water system was evaluated by the State of Colorado in a *Source Water Assessment Report* prepared in 2004 and found at that time via susceptibility analysis, physical setting vulnerability and contaminant source threat to be at moderately low risk for contamination. This was, however, well in advance of any major oil and gas activities. Since then, a *Source Water Protection Plan* was prepared by the company, filed with the State of Colorado and implemented in 2012. This was done to proactively mitigate surface risks to our water sources.

We note that in public meetings held in Paonia in 2011, Barb Sharrow stated that it was up to individual water districts to protect their own water and that if they did so, the BLM would honor those plans. We thus expect the BLM to do everything possible to allow no leasing within an as yet to be determined radius from our springs. Further, as a

1

party of interest with a valuable resource we request inclusion in the BLM designation of 'Public Water Sources with Zones of Potential Influence-Table 3-14 in the Draft RMP.

During the oil and gas lease sale in 2012, available parcels were noted to be in proximity to our springs. One, 6207, was located approximately 7 miles to the east and south of our spring's catchment area, while another, 6191 was located a similar distance west and south. While the proposed RMP does not specifically identify parcels potentially available for leasing or for inclusion in any unitization proposals, we have significant, legitimate concerns that absent removal of lands within as yet to be determine radius about our springs, any oil and gas activities, including exploration, road building, drilling, fracking, use of silicates or frack fluids, building of waste ponds, release of organics including methane, xylene, benzene, as well as any flaring activities could have adverse effects on the quality of an important, salutary and financially valuable domestic water supply.  As a result, we request that the agency only seek to lease those lands with a high probability of extracting oil and gas, hence minimizing unnecessary disturbance.

Despite the tremendous importance of this resource to our members, our Board, and the entire North Fork community, we note that the BLM has not included adequate analysis of groundwater resources in the planning area, or in the North Fork Valley specifically. Given the shallow nature of our resources, this lack of analysis is troubling and potentially problematic from source water protection standpoint.  As such, we request here that prior to full implementation of the RMP, that the BLM complete and include a full and detailed description of and analysis of potential impacts to groundwater across the UFO resource area, and in particular in the North Fork region in its final Environmental Impact Statement.

We request early notification from the BLM of any and all dates for further comment or stakeholder action on the UFO RMP, subsequent lease sales or any unitization plans or formal filings for unitization on any and all lands in proximity to our source waters and request that the agency consider Cooperating Agency status for our organization.

We further request a written reply to this communication addressing our concerns in detail.

In summary,

1) The board and members of PMPLC have significant concerns regarding the entry of volatile organic compounds, silicate and other particulates emitted from any oil and gas operations within proximity to our source waters.  As such, the board expects the BLM to implement a no-lease/no surface occupancy management regime in an as yet to be determined radius surrounding our source waters. We request this closure and stipulation be placed into the revised UFO RMP as implemented.

2) The Board requests that in its final Environmental Impact Statement, the BLM include a full, detailed description and analysis of potential impacts to groundwater

2

BLM_0124819

**across the UFO resource area with particular attention given to the North Fork Valley and its environs.**

**3) The Board requests inclusion in the BLMs designation of 'Public Water Sources with Zones of Potential Influence.'**

**4) The Board requests that the BLM consider Cooperating Agency status for PMPLC.**

Sincerely,

The Board of the Pitkin Mesa Pipeline Company

Cc:

- Ruth Welch, Colorado State BLM Director
- Neil Kornze, BLM National Director
- United States Senator Cory Gardner
- United States Senator Michael Bennet
- Congressman Scott Tipton
- Governor John Hickenlooper
- State Senator Kerry Donovan
- State Representative Millie Hamner
- Delta County BoCC
- Gunnison County BoCC
- Bob Hurford, Division Engineer, Colorado Division of Water Resources
- US Forest Service Paonia Ranger District
- Aaron Clay, JD, PMPLC Counsel

3

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): Oil + Gas Leasing / B.1 Alternative

Title of comment (area or trail name): B.1 Alternative

Name: Robyn Cascade

Address: 575 Sabeta Dr. Ridgway, CO 81432

Email (optional): Casbyn813@gmail.com   Phone (optional):

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I am writing to specifically request that no matter what proposed alternative is chosen/revised as the final document, that the B.1 Alternative (aka the North Fork Alternative) be integral to the final RMP. I buy much of my food from organic growers in the North Fork. I also know there are wineries and ranches in the region. All this agricultural land is essential to our local food supply and economy on the western slope (and throughout Colorado). Please do not compromise our food by allowing oil + gas leasing in the North Fork.

In addition, I value the recreational opportunities as the scenic values that abound in the North Fork Valley. Please do not jeopardize these additional resources by opening the area to additional oil and gas leasing. Thank you for the opportunity to comment.

Nov 1, 2016

**Please turn in comments to the BLM by ~~September 1, 2016~~**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

BLM_0124821

Robyn Cascade
575 Sabeta Dr.
Ridgway, CO 81432

GRAND JUNCTION CO 815

21 OCT 2016 PM 1 T

USA FOREVER



UFO BLM office
re RMP Comments
2465 S Townsend Ave
Montrose, CO 81401



8140135436

BLM_0124822

10/25/2016                    DEPARTMENT OF THE INTERIOR Mail - Re: Uncompahgre Field Office RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Re: Uncompahgre Field Office RMP
1 message

**Pfifer, Teresa** <tpfifer@blm.gov>                                    Tue, Oct 25, 2016 at 1:42 PM
To: BLM_CO UFO_RMP <uformp@blm.gov>
Cc: alchemyamber@gmail.com

> On Tue, Oct 25, 2016 at 12:15 PM, Amber Kleinman <alchemyamber@gmail.com> wrote:
> Dear Teresa Pfifer,
>
> The Uncompahgre Field Office in Montrose Colorado is updating their Resource Management plan for the North Fork Valley. I
> would like to weigh in on the future plans for the public land surrounding us.
>
> I have been a home owner in Paonia since 2008. We had the fortune of buying a home in the Pan American subdivision which
> is at the entrance to Jumbo Mountain trails. This daily access to the trails has become my favorite part of the day. The Jumbo
> Mountain area is the natural spot for a Special Recreation Management Area. This area is already used in this way by the
> people who live here. Just minutes from town, our community enjoys the quiet expanse to see a sunset, or a brisk walk to check
> the snow line. It encourages mental and physical wellness. In this natural, unaltered environment, we enjoy the clear view of
> the mountains and the clean air to breathe. This area should be spared from industrial development, and protected for the use of
> the people. Living at the base of the access, I see many people walking dogs, riding horses, running, and biking up to the trails
> every day. I am a member of COPMOBA and our local TAG (Trail Advocates Group), I also host a meet up ride from our house
> on Sundays. We would like to see the trail system developed and expanded further into the BLM land. This could be a boon
> for our local economy. Being a mountain biker who travels to ride trails, I know this would draw other bikers to visit. There are
> also other areas of interest for recreational development in our area - Young's Peak near Crawford, Elephant Hill, Lone Cabin
> Road, McDonald Creek, and C Hill. Colorado is leading the nation in recreational economy. These areas should be put aside
> for recreation and would be an asset for our town and for the future of our recreational economy. Industrial development is not
> compatible with this recreational use and should not be allowed to exist on or around Jumbo Mountain.
>
> BLM land surrounds the springs that supply our drinking water and the land between Paonia and our water source. This land
> should be removed from consideration for oil and gas leasing. I was on town council for 4 years and have come to understand
> how these springs collect water and the fragile nature of the pipes that convey that water to our town. Bell Creek area and L 30
> Dr should be off limits to drillling as it is too close to the town water supply. This steep and unstable area is not appropriate for
> drilling. Any activity of this nature would increase chances that our domestic water would be contaminated during
> exploration or in the future. We aren't assured by the federal government regulations since hydraulic fracturing has been
> exempt from the clean air and clean water act. In addition, rural pipelines are exempt from federal regulation as well. With no
> local control and no federal regulation, our safety is in the hands of the oil companies and the handful of inspectors that cover
> this half of the state. In order to protect our drinking water the final RMP must include all buffers and oil and gas restriction
> recommendations in the Source Water Protection Plan and the North Fork Alternative B1.
>
> There should not be any drilling around Roeber State Wildlife Area. This area is designated as critical habitat by the Division
> of Wildlife for mule deer. Any human disturbance could disrupt wildlife calving and migration.
>
> The irrigation water that supplies so many farmers in this agricultural area should be protected from drilling as well. The
> irrigation watershed includes the corridor that runs down from McClure Pass, Jumbo Mountain, Elephant hill, Stevens Gulch,
> Garvin Mesa, Pitkin Mesa, Stewart Mesa, Bone Mesa, Terror Creek Reservoir, Bell creek, Elephant hill, and Lone Cabin
> reservoir. There should also be a set back from Lone Cabin Ditch and reservoir. Our water resources should be at least 1/2 mile
> from oil and gas exploration to remain untainted. Also surface occupancy should be prohibited within the 100 year flood
> plain. Any contamination that spills over from drilling operations would jeopardize the organic certification of many of our
> farms. Paonia has the highest concentration of organic farm in the state.
>
> It is in the interest of our town and the people that live here to preserve and enhance the beauty that is here. The BLM's
> preferred alternative would negatively impact the scenic beauty of this valley. The management of the public land around us
> should enhance the opportunities that exist in the North Fork Valley by maintaining the current visual and scenic resources,
> the clean air and water, and the non industrialized viewscape. Looking at the mountains around our town gives me peace. To

BLM_0124823

see them lit up with drill rigs would feel polluted and ruin the appeal of our little town. When people see drilling operations they assume our environment is polluted. This does not have to be true to negatively effect the price of property,  the sale of organic food, or the boom of agritourism in our valley. The presence of hydraulic fracturing allows one industry to unfairly endanger all others. Presently we have an active real estate market in our valley. Home sales and prices increased after the last BLM lease deferral.  Many people moved here because they saw a strong community willing to stand up to the oil and gas industry.  I am grateful every day for this pristine environment with clean water, clean air, and incredible scenic beauty. The industrialization of this valley would destroy the economy currently based on healthy farming, ranching, ecotourism, recreation, hunting, fishing and all related small businesses.

The North Fork Valley is in the heart of the West Elk Scenic Byway. The West Elk Wine trail relies on the undeveloped public land m and around our valley. The Garvin Mesa wine loop should be removed from oil and gas leasing. This is a popular tourist attraction which would lose value with drill rigs to look at. The roads in this area are steep and primitive. Increased truck traffic up and down the mesa would be dangerous and deter tourism to the many established wineries in the area. No surface occuancy should be allowed in this area to preserve the already established businesses and the viewscape. This includes Farmers Mine Road, Garvin Mesa Road, and 4175 Drive.

Stevens Gulch is a winter recreation retreat for this area. Many cross country skiers use the powerline road and Steven Gulch Road to get out on the snow and get some exercise m the clean air. Its close proximity town encourages winter recreation for snow shoeing and snowmobiles as well. Stevens Gulch Road should remain clear of Drilling operations.

The North Fork Valley has the highest concentration of organic farms in the state. We are Colorado's farm-to-table capital. We provide much of the fresh produce sold in farmers markets in Aspen, Telluride, and everywhere in between. There are many established farms, orchards, ranches, and vineyards that would be tarnished with the presence of oil and gas drilling around them.  There are few places left in the country where organic farms are not within 8 miles of a gas well.  Agritourism relies on the character inherent in a place- clean air, clean water, and a clear viewscape. Agriculture is the dominant economy in our valley and needs to be protected for our viable economic future.

It is widely known by now that wastewater injection wells can cause earthquakes when not done properly.  The seismic activity caused by deep injection wells is of concern around Paonia Reservoir because this dam is compromised and the road around the dam has frequent rockslides. If there were any movement around the reservoir and the dam were to break, the result would be a catastrophe.  Not only would it flood the valley but the resulting load of silt that has collected in the reservoir would suffocate the rich farmland downstream and ruin the fertile soil for the foreseeable future. This would obviously be an environmental and economic disaster and should be carefully considered before any injection wells are allowed in the area.

The evidence is compelling that there are very real health concerns associated with the presence of drilling in an area. Contaminants in the air and water do effect the people near drilling sites and compromise their health. More reserch needs to be done in this area if only the oil and gas companies would comply. The 'proprietary' chemical mixes they use need to truly be analyzed for their health effects.

I would like to thank you for updating the RMP and for safeguarding all the resources in the North Fork Valley. Out of the millions of acres that the BLM is entrusted to manage, the 0.7% of the BLM land that surrounds us deserves protection from industrialization. I would ask you to implement the North Fork Alternative Plan B1. This locally driven proposal ensures protection for the Gunnison watershed, protects farmers, and public health. This plan provides appropriate protection for key resources, land uses, and the values we hold dear.

Sincerely,

Amber & Judd Kleinman

BLM_0124824



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP comment letter
1 message

**Mark Pearson** <mpearson@frontier.net>                          Tue, Oct 25, 2016 at 2:32 PM
To: ufomp@blm.gov

Please see attached.

Mark Pearson



**Pearson comment letter.pdf**
80K

BLM_0124825

October 25, 2016

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401
uformp@blm.gov

Dear BLM:

I have writing to offer comments on the Uncompahgre Resource Management Plan. I have been visiting areas throughout the Uncompahgre Field Office for over 35 years.

I am pleased to see the RMP's focus on protecting some of the key landscapes in western Colorado, particularly those on either flank of the Uncompahgre Plateau and along the Dolores River Canyon. The undeveloped landscapes including and surrounding Roubideau Creek and Tabeguache Creek are among the most remarkable in Colorado, a fact that was recognized by Congress in 1993 when the two areas received legislative protection.  I will offer comments focused on these and other specific geographies within the planning area.

One element I want to compliment BLM for is the identification of Ecological Emphasis Areas. This is a significant step in recognizing the importance of maintaining habitat connectivity across portions of the planning area currently undeveloped or with only scant evidence of human activity.

**Roubideau Creek**
Roubideau Creek is one of the longest wilderness watersheds in all of Colorado, extending 20 miles from the spruce-fir and aspen forests at the very top of the Uncompahgre Plateau clear down through to the greasewood desert near the Gunnison River. There is no other similar undeveloped and unfragmented watershed anywhere else on the Uncompahgre Plateau, though certainly some other canyon systems such as Dominguez are extraordinary in their own right. But Roubideau is truly one-of-a-kind, hence my sincere appreciation for BLM's recognition of this fact in its various plan components proposed to protect and enhance the watershed's wild nature.  Specifically:

- I concur with the BLM's identification of the lands adjacent to Camel Back WSA as possessing wilderness character. These tributary canyons of Monitor Creek and Potter Creek are an inseparable component of the wilderness character of the larger Roubideau watershed.
- I am pleased to support BLM's recommendation as suitable for Wild and Scenic River designation of Roubideau Creek, Monitor Creek, and Potter Creek. As the RMP notes, these creeks possess outstandingly remarkable values in the form of riparian vegetation communities, recreation, wildlife, and cultural values. Roubideau Creek offers one of the most unusual recreation experiences in Colorado owing to its extraordinary ecological transition from barren desert to lush montane forest, and

BLM_0124826

its large, perennial flows amidst cottonwoods and willows. I first hiked Roubideau in 1984, and most recently returned in 2015 for an extended hike along the length of the canyon.

- The proposed Roubideau Corridors ACEC provides further confirmation and administrative protection for the values identified along the stream corridors.
- BLM's application of its Ecological Emphasis Areas concept to the Roubideau/Monitor/Potter creeks region is an additional significant plan component. The Roubideau watershed is the perfect case example for the intended purpose of Ecological Emphasis Areas to preserve continuity of habitats, vegetation communities and native wildlife. The NSO leasing determination that underlies the Ecological Emphasis Area is important to achieving this intended management outcome.

## Tabeguache Creek

Tabeguache Creek is effectively Roubideau's partner on the western flank of the Uncompahgre Plateau. Although the legislative protected area does not extend quite as far as Roubideau in terms of ending at some distance from the San Miguel River, it is an equally remarkable undeveloped watershed. The BLM's component includes the exit of the creek through a narrow canyon of Wingate sandstone walls above towering ponderosa pines into a broader valley dominated by cottonwoods and willows. While the RMP proposes some additional management recognition and attention to the Tabeguache region, it is not nearly as complete or as protective as that proposed for Roubideau. Specifically:

- There is an expansive area analyzed for its wilderness character adjacent to Tabeguache, and proposed for identification in Alternative B. I encourage BLM to reconsider its decision not to manage these units (Lower Tabeguache and Shavano Creek) for maintaining their wilderness character.
- BLM's preferred management approach to the area surrounding Tabeguache is only to designate it as an Ecological Emphasis Area, apparently in lieu of managing for wilderness character. While this might be an appropriate alternative, it falls short in terms of protective management. The RMP proposes that the Tabeguache Ecological Emphasis Area be left available for surface disturbing oil and gas development, as contrasted with the strict NSO proposed for the Roubideau Ecological Emphasis Area. I strongly encourage BLM to institute NSO stipulations for the Tabeguache Ecological Emphasis Area in recognition of its wilderness character as well as to ensure protection of habitat continuity.
- The preferred plan also fails to designate the proposed Tabeguache ACEC, which is another reason to support stronger mineral leasing stipulations such as NSO in the alternative.
- The RMP's preferred alternative proposes a portion of Tabeguache Creek as suitable for designation under the Wild and Scenic Rivers Act. I heartily agree that the few miles within the special management area qualify as a wild segment, but I would add recreation to the list of outstandingly remarkable values. The informal trail along the creek provides an uncommon opportunity to experience a lower elevation, undeveloped riparian corridor as it transitions from cottonwood/willow ecosystem to a riparian forest with abundant, large ponderosa pines. BLM has previously

characterized the primitive recreation opportunities along Tabeguache Creek as outstanding in its original identification of the area as a WSA in 1980, and when recommending it for wilderness designation in its 1991 wilderness study report.

- I urge BLM to reconsider its determination not to recommend the lower segment of Tabeguache Creek as suitable for wild and scenic designation. This segment possesses outstanding remarkable cultural as well as vegetative values, and even with a minority of the stream segment in private ownership, BLM can still manage its majority share of the stream corridor to maintain the wild and scenic values.

## Dolores River Canyon

The Dolores River Canyon is one of America's most remarkable scenic and recreational wonders. The river carves a canyon of national park caliber, and if only there existed a reliable flow would be one of the two or three most popular wilderness recreation rivers in the West. BLM's proposed plan includes a number of important protective actions to ensure the scenic, ecological, and recreation values of the Dolores and key tributaries are enhanced and perpetuated. Specifically:

- I strongly support the recommendation as suitable for wild and scenic designation of various segments of the Dolores River and La Sal Creek. The Dolores River segments include the last portion within the WSA, and as well as the scenic canyon at the confluence with the San Miguel. These are indisputably spectacular segments with outstanding scenery and recreation values, as well as providing habitat for sensitive native fish species.
- La Sal Creek is a canyon I've had the pleasure to visit repeatedly since 1982. I've backpacked and hiked through the canyon, and have repeatedly stopped at the canyon's mouth on numerous float trips. La Sal Creek is a big, clear, perennial stream flowing from the La Sal Mountains into the Dolores, and is practically unique for that reason alone (only Roc Creek may offer a somewhat similar circumstance). The creek sustains a one-of-a-kind riparian woodland found nowhere else along the length of the Dolores or anywhere else in Colorado, according to the Colorado Natural Heritage Program. The canyon offers an inviting and lush destination for exploration, contains outstanding scenery, and at is confluence incorporates petroglyph panels and dinosaur tracks. La Sal Creek is the epitome of what the Wild and Scenic Rivers Act was intended to protect.
- BLM has proposed La Sal Creek as an Ecological Emphasis Area, which is a useful first step. However, I urge BLM to also designate the proposed La Sal Creek ACEC. An ACEC designation provides stronger protective management than that envisioned under the Ecological Emphasis Area. Particularly, all of the Ecological Emphasis Area and/or ACEC should be designated NSO for oil and gas leasing. The proposed conditional surface use stipulations are inadequate to protect all of the values present.
- I would like to highlight Nyswonger Mesa as an area in need of increased management attention. The La Sal Creek ACEC would incorporate Nyswonger Mesa, another rationale for designating the ACEC. Nyswonger Mesa is an integral part of the Dolores River Canyon landscape, is inaccessible to motorized use, and is recovering from past uranium exploration activities. It should be off-limits to new

surface disturbing activities and should be designated NSO in the plan. I also encourage BLM to look more carefully at Nyswonger Mesa for its wilderness character adjacent to the existing proposed wilderness. Nyswonger Mesa provides an easy hike of a couple of miles from the Bedrock store, with outstanding views of the nearby La Sal Mountains, culminating in one of the most scenic overlooks of the Dolores River Canyon from a viewpoint high above the confluence of La Sal Creek.

- I am pleased to see BLM's recognition of Roc Creek's outstanding character through proposed management to protect its wilderness character. Roc Creek is one of those geographic circumstances where fragmented administration could easily result in its wild character being overlooked. But in this case, BLM and the Forest Service have separately recognized the wilderness character of this impressive, majestic deep canyon draining the east slope of the La Sals. The Forest Service has identified its upper section of Roc Creek as an Upper Tier Colorado Roadless Area, and adjacent BLM lands are managed as the Sewemup Mesa WSA by the Grand Junction Field Office, so it is fitting that the Uncompahgre Field Office identify its segment for compatible management to protect wilderness character.

**San Miguel River**

The San Miguel River is uncommon in Colorado as one of the few substantial rivers without a major impoundment. The river has been the focus of extensive ongoing conservation efforts demonstrated by the Nature Conservancy's several preserves. I am pleased to support BLM's findings of various segments as suitable for designation under the Wild and Scenic Rivers Act. I also endorse BLM's proposed designation of the San Miguel River ACEC.

On final comment related to wild and scenic rivers and protecting natural streamflows. I encourage BLM and the Colorado Water Conservation Board to continue to partner in identifying and protecting instream flow related values through additional appropriations of flows for fish, wildlife, vegetation, recreation, and scenic values.

I appreciate the opportunity to comment and look forward to the final plan.

Sincerely yours,

Mark Pearson
560 Clear View Road
Durango, CO 81301
mpearson@frontier.net

BLM_0124829



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Draft RMP
1 message

---

**Carla Côté** <cellisoncote@gmail.com>                                    Tue, Oct 25, 2016 at 9:21 AM
To: uformp@blm.gov
Cc: director@blm.gov, rwelch@blm.gov, rmpcomments@citizensforahealthycommunity.org

Attached letter to Dana Wilson for your consideration.
Thank you,
Carla Cote

---

 **Letter.pdf**
1748K

BLM_0124830

To: Dana Wilson, Acting Uncompahgre Field Manager

Thank you for the opportunity to comment on the Uncompahgre Field Office's draft Resource Management Plan (draft RMP).

The RMP currently in effect was approved at least 26 years ago (1989/scoping began in 1983) and it in no way accounts for the socioeconomic benefits being derived from the agricultural operations that now exist in the North Fork Valley. Unfortunately, this draft RMP is no better. It contains only cursory acknowledgement of the existence of this valley within the Uncompahgre Field Office planning area and has not adequately or appropriately described what makes it of such unique agricultural, artistic and entrepreneurial importance to all of Colorado and surrounding states. This omission of fully describing this valley does not constitute meeting the requirement of "succinctly describing the environment of the area(s) to be affected by the alternatives under consideration" as required by 40 CFR 1502.15.

This valley has been formally identified through multiple means as a truly unique place:

a) It has been described as "An American Provence" in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine growing region of southern France.
http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in 2013. Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of Economic Development and International Trade. The Initiatives include Strengthening Local Business Brand, Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/lt-gov-donna-lynne-announces-colorado-blueprint-2-0-initiative-recipients/

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsys/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf An American Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado.

These accolades, awards and designations are presented here to make a point - - this valley is recognized for its unique agriculture (it contains the highest concentration of organic farms, orchards and vineyards in Colorado), local business, art, agribusiness, agritourism, and recreation industries and deserves protection from any threat of environmental degradation. Gas exploration and development is not compatible with the economic culture of this valley and in fact, its very presence would threaten its highly regarded reputation as an organic agricultural area.

Additionally, this draft RMP has been written using the standard BLM RMP boilerplate/ template language. There is nothing boilerplate about the North Fork Valley. Its presence in the Uncompahgre planning area requires that effects to it from actions occurring in the BLM decision area must be thoroughly considered. This has not been done.

1

The potential environmental consequences presented in this draft RMP do not in any way address the depth and breadth of potential effects to the valley from fluid mineral exploration and production. This is in direct conflict with BLM regulation 40 CFR 1610.4-6: Estimation of effects of alternatives, which requires that the Field Manager "will estimate and display the physical, biological, economic, and social effects of implementing each alternative considered in detail." Without acknowledging and describing the North Fork Valley in detail, this requirement cannot and has not been achieved.

The inadequacy of the draft RMP is further exemplified by the following:

1)      **Chapter 1, Section 1.4 and Table 1.3:**  This section and table fail to appropriately and adequately acknowledge and discuss the North Fork Alternative Plan (NFAP) presented to the BLM during scoping by citizens and governmental entities in the North Fork Valley.

The NFAP was submitted in order to provide the BLM with information about the uniqueness and renowned agricultural productivity of the valley and supported the request to remove the BLM land surrounding this valley from any future leasing. However, the section summarizing the scoping comments received does not include this important scoping submittal and has consequently resulted in the lack of any meaningful reference to this agriculturally important and productive area throughout the remainder of the draft RMP. This violates the Council on Environmental Quality (CEQ) regulation at 40 CFR 1501.7(a)(2) which requires the lead agency to determine the significant issues to be analyzed in depth in an Environmental Impact Statement.

This absence of acknowledgment of the North Fork Valley's unique qualities is also in direct conflict with Section 1500.1(b) of the CEQ regulations which states that "NEPA documents must concentrate on the issues that are truly significant to the action in question, rather than amassing needless detail."

2)      **Chapter 1, Table 1-2, Step 7:** By not appropriately including the North Fork Valley and the potential negative environmental effects to it by the various proposed alternatives as a "planning issue," this draft RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues."

3)      **Chapter 2, Section 2.2.3:** The lack of adequate discussion and acknowledgement of the North Fork Valley in Chapter 1 (as discussed above) has created a situation where the significance of each alternative to potentially impact the human and natural environment within the BLM planning area is missing from the fundamental underpinnings of the analysis. This absence of appropriate consideration is evident throughout the remainder of the document and in taking this approach, this document does not meet the level of analysis required by CEQ regulations (1502.1; 1502.2; 1508.8; 1508.14 and 1508.27(a), (b)(3), (b)(4) and (b)(6)) or the National Environmental Policy Act, Section 101(b).

4)      **Chapter 2, Table 2-1 and Appendix D, Ecologic Emphasis Areas:** The North Fork Valley should have been included in this portion of the analysis. Although it does not fit the BLM's routine (boilerplate) areas of analysis - *unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors* – does not make this ecologically unique area any less worthy of consideration. In fact, minimizing impacts to this culturally and agriculturally significant geographic area should be the core value addressed throughout the draft RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.

2

**5)** **Chapter 3, Section 3.1.3 Geology and Soils:** The following statement is included in this section; "There are no farmlands of national or statewide importance **on BLM-administered lands within the planning area** (emphasis added). However, according to a report by the Soil Conservation Service, "irrigated and prime irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins" (Soil Conservation Service 1980).

Analysis of potential impacts to irrigated and prime irrigated lands existing within the Uncompahgre planning area (North Fork Valley) resulting from federal actions taking place on BLM-administered lands must be analyzed and disclosed in Chapter 4 and they are not. Chapter 4 is completely silent on the impacts to irrigated and prime irrigated lands occurring within the valley floors in the planning area which violates 40 CFR 1508.14.

**6)** **Chapter 3, Section 3.1.5, Vegetation & Chapter 4, Section 4.3.4 Vegetation:** Section 3.1.5 fails to acknowledge or discuss any of the agricultural crops existing in the North Fork Valley which is part of the Uncompahgre Field Office planning area. Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of possible effects to these resources in Chapter 4, Environmental Consequences. This violates CEQ regulations at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects.

**7)** **Chapter 4, Section 4.1.1 Analytical Assumption, fifth bullet:** This bullet asserts that "Direct and indirect impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed assumption because many of the direct and indirect impacts of implementing the RMP on lands underlain by federal fluid mineral estate have the potential to seriously impact the people (and their livelihoods) living in the North Fork Valley.

"Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, **regardless of land ownership** (emphasis added), except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA" and is depicted on Figure 1-1 provided in the draft RMP. Whereas "decision area lands" are limited to public lands and federal mineral estate managed by the USDOI, Bureau of Land Management. The federal mineral estate managed by the BLM is depicted on Figure 1-2, also provided in the draft RMP.

The North Fork Valley's traditional and organic farming, fruit and grape growing areas occur less than one mile, in many places, from the BLM decision area boundary (but within the Uncompahgre planning area). This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford that would be made available for fluid minerals leasing according to the BLM's preferred alternative. Obviously, these agricultural lands are at risk of being either directly or indirectly impacted by gas activity occurring on the adjacent or contiguous decision area land.

**8)** **Chapter 4, Section 4.3.2 Soils and Geology:** Because Chapter 3, Section 3.1.3 dismisses the need for identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is completely silent on the environmental consequences of federal actions on these agriculturally significant lands. This is a serious omission which only further reinforces the fact that the BLM did not take the environment actually in existence in the planning area into consideration which violates 40 CFR 1502.15 of the CEQ regulations.

BLM_0124833

**9)      Chapter 4, Section 4.3.3 Water Resources:** The following statement is made on page 4-84, *"The organic farming industry relies on clean water for agricultural production. Contamination of irrigation waters could affect the ability of local organic farms to maintain their designations."* This is the only mention of organic farming in the entire draft RMP. Such a serious threat to the North Fork Valley cannot be allowed to ever occur. The only way to prevent it is to close the entire area within the NFAP area to any new oil and gas leasing. Oil and gas drilling is absolutely incompatible with the existing land uses currently occurring in this valley.

Conclusion:

The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land uses in specific areas."

Based on the comments presented above, there is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use activity of producing natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within the borders of the NFAP should be prohibited and this prohibition on further leasing incorporated into the alternative chosen for the revised RMP. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Thank you for your consideration,

Carla Ellison Cote
PO Box 6095
Ketchum, Idaho  83340
(970) 948-4508
cellisoncote@gmail.com

4

BLM_0124834

10/26/2016                          DEPARTMENT OF THE INTERIOR Mail - Fwd: North Fork Alternatives



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: North Fork Alternatives
1 message

---

**Pfifer, Teresa** <tpfifer@blm.gov>                              Tue, Oct 25, 2016 at 4:02 PM
To: BLM_CO UFO_RMP <uformp@blm.gov>
Cc: woodyhickam@gmail.com

---------- Forwarded message ----------
From: **Carol Hickam** <woodyhickam@gmail.com>
Date: Tue, Oct 25, 2016 at 3:20 PM
Subject: North Fork Alternatives
To: director@blm.gov, rwelch@blm.gov, jmeyer@blm.gov, tpfifer@blm.gov

Please consider my attached comments

📄 **North Fork Alternatives.docx**
    13K

---

BLM_0124835

Carol Hickam

802 Short Rd. PO Box 503

Hotchkiss, CO 81419

October 25, 2016

To Whom It May Concern:

I agree with all the statements made by the public comment document created by the Citizens for a Healthy Community. I believe I signed such a letter this summer. I wanted to highlight  some of my personal concerns.

My son, Jon,  and daughter-in-law, Shannon, moved to the Hotchkiss area 11 years ago following the birth of their first child. They believed it was their duty to provide the best lifestyle possible for their child and now 2 children. To them, this means good organic, local food to nourish their bodies, clean air, freedom to explore the land and lots of family time. They own property, 60 acres, that is adjacent to the BLM.  They are both very active in the community where Shannon teaches and Jon works for local non-profits. I followed them to this valley once I retired from Denver Public Schools. The lifestyle here feeds my soul; but it is being threatened in a way that sickens and scares me. Every reason we had for moving here is being challenged.

I have a dear friend who grew up in New Raymer, CO. and lives in that area. What fracking has done to the prairie is heartbreaking, i.e. traffic, pollution of all kinds, some wells running dry, ruination of the landscape, etc.  But, I did not hear very much protest  to fracking from that area. They did not have the diversified, sustainable alternatives that have been developed here.  This makes the North Fork Valley a very different situation.

I do not believe the BLM has done its due diligence in performing the required in depth risk analysis. If they have, I have not seen it. If for no other reason, pipelines should not be put in rural areas where they are unregulated. Pipeline safety was not considered. They break despite best

BLM_0124836

efforts at building adequate ones. In addition, recent studies have shown radioactive waste water which only fuels climate change.

We are not just an isolated group of people. Tourists are flocking here to escape into the pristine valley where we live. Restaurants and farmer's markets in the front range relying on local, organic foods get much of it from our farmers and ranchers. Our economy does not need fracking to survive. In fact, our local economies are in jepordy if we have fracking. As the coal mines have shut down, there have been dire predictions for the schools, etc. The Delta County Schools student count is only down by 80. We are absorbing the loss of the coal industry due to our economy which is enhanced by non-industrialized public lands.  Yes, we should do everything possible to support coal miners who have lost jobs along with helping them stay in this community if they choose.  But, fracking jobs are not long term employment opportunities.  It is the devastation of land and natural resources for short tem employment and gain.

 I would rather not rely on foreign oil: but there is plenty of oil in the east to provide for us where there is also more water needed for fracking operations. I really, really do not ever want to depend on foreign countries for our food because we don't have enough water or our water is contaminated. And, I don't want our local food ruined by fracking operations.

There is nothing about Alternative D that is acceptable. I only want a No Leasing alternative. I am not even convinced that Alternative B1 does enough to protect public lands; but it is the best of the proposed alternatives. I think if the BLM started from the beginning with the required risk analysis, there would be a No Leasing stance.

Thank you for reading this and considering other options. I am asking for a drastic change in your recommendations for my children and grandchildren more than myself!

Very sincerely,

Carol Hickam

BLM_0124837

BLM_0124838

10/25/2016                                  DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Draft Resource Management Plan Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Draft Resource Management Plan Comments
1 message

**CCE** <ccenergy@montrose.net>                                              Tue, Oct 25, 2016 at 10:54 AM
To: uformp@blm.gov
Cc: Emily Hornback <emily@wccongress.org>, "Franz, Sherman (Edd)" <efranz@blm.gov>

To Whom it May Concern,

I'm a resident of Montrose, and like to get away from work by mountain biking on BLM and Forest Service single track trails. I'm 61 years old, and over the past decade, I have seen the rapid growth of mountain biking in this area. The trails I use near Montrose are in Spring Creek, Dry Creek, and on top of the Uncompahgre. Of course, I also like to ride in Ridgway and the Grand Junction area when I can. I'd like to thank BLM for the great work they have done in promoting these trails. As a result of your work, I have seen an explosion in use of these trails, especially in the past two years; and we now have four bike stores in Montrose catering to mountain biking.

I believe that this growing sport is becoming a draw for people from outside of the western slope, and will contribute to the growth of Montrose as a destination in it's own right, as long as these mountain biking areas are protected through proper planning, resource management, and wildlife protection. Three days ago, I rode the new Spring Creek connector trail, and was surprised at the number of people I saw using it, despite it's having been built only weeks ago. On this ride, a deer ran across the trail 50 feet in front of me, and I saw a proliferation of birds when I stopped to sit for a rest midway through my ride. Among other wildlife, I saw a couple of Camp Robbers, several ravens, and a hawk riding the wind currents along the canyon rim. I was struck by the unmolested aspect of the Pinon and Juniper forest, and lack of disrupted terrain. Mountain biking has minimal impact on the terrain, and is relatively silent, so I assume that this activity has minimal impact on wildlife. These trails allow bikers and hikers access to pristine natural areas very close to Montrose. I'm sure that if the unspoiled nature of these places is protected, they will become even more popular for recreational use by Montrose residents and tourists.

Finally, I am concerned that short term gain, in the area of fossil fuel development, could ruin these pristine areas, no matter how carefully it may be done. I would like to see the BLM take the long view, and continue to protect these areas in the face of pressure to develop them by commercial interests. The true value of life on the western slope is measured in the beauty of our natural areas; development scars to these lands from drilling and mining operations would take ages to recover from, and, in the meantime, ruin their value as places that people want to use for recreation. This, in turn, would result in less money spent through tourist activities.

The west was originally a source of great monetary wealth due to resource extraction. Today, the greatest asset we have is our pristine natural beauty. We must make the transition from resource extraction to protecting the pristine nature of our wildlands, so that future generations will be able to experience the freedom and beauty that we enjoy today.

Thank you for reading my opinion.

David Congour


--
David J. Congour
62847 Ohlm Rd.
Montrose, CO 81403
970.901.8757
www.ccenrg.com

BLM_0124839



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment on the draft RMP
1 message

**Michael Soule** <msoule36@gmail.com>                                    Tue, Oct 25, 2016 at 12:12 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org, info@citizensforahealthycommunity.org

Please find attached my comment on the draft RMP.  I will be mailing a paper copy as well, which may arrive after the deadline.


--
Michael Soule
39102 Pitkin Road
Paonia, CO 81428
www.michaelsoule.com
970 527-4719

---

📄 **BLM Uncompahgre Plan v.2, Oct. 24, 2016**
   33K

BLM_0124840

DRAFT LETTER TO BLM

BLM
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

**Re: Draft RMP for the Uncompahgre Field Office**

Dear BLM staff, UFO staff and the RMP Comment Team,

The main purpose of this letter is to express my support for **Alternative B1** which would provide the optimal conditions for the cultural, economic and biological resources in the region. I have concluded that **the other alternatives fail to provide sufficient habitat connectivity to ensure the persistence of keystone species and biological resources such as large carnivores and big game in the region. It is certain that extractive development that fragments habitat with roads and traffic will harm wildlife.**

To introduce myself, I am a wildlife biologist, conservation biologist and biogeographer. I have published more than eight books on conservation biology and more than 150 research articles in journals such as *Nature* and *Science*. I was chair of the Department of Environmental Studies at the University of California (Santa Cruz), have taught in Africa (Malawi), American Samoa, and at the University of Michigan, the University of California (San Diego). I am now retired from academia, but still active in writing and speaking on such topics as carnivore biology, habitat conservation and ethics, and the role played by habitat connectivity in the persistence of wildlife.

I appreciate your efforts to facilitate the submission of *public comments on the draft Resource Management Plan*. As you know, this plan has profound implications for the future of the North Fork Valley of the Gunnison River. Depending on its content, the plan could either benefit or degrade the biotic and human communities in which my wife and live, and where we have invested our life savings.

I reside in Paonia which is known for its moderate climate, for fruit growing and for a variety of artisanal forms of agriculture. I have chosen to live in the North Fork Valley because of its beauty, hunting opportunities, and its many cultural resources. It is a gem of western Colorado. In addition, this area has access to wilderness and to world class fishing on the North Fork of the Gunnison River.

The North Fork Valley is also fortunate in being situated between two major hubs of recreational and cultural activity, namely the Aspen region in the Roaring Fork Valley, and Telluride/ Montrose to the south, both of which have excellent airports and highway access that serve it unique economy.

*I would be forced to move elsewhere if these resources were compromised by unhealthy industrial, polluting forms of development such as natural gas extraction.*

BLM_0124841

My question is whether this area will retain these qualities. In the past, episodes of destructive mineral extraction have lead to devastating, boom or bust cycles that ultimately benefitted only corporate interests in other states. Our region will either succumb to fossil fuel industrialization or it remain on its current trajectory – one that encourages a **steadily growing economy based on artisanal farming, fruit orchards, ranching, hunting, fishing, and tourism (including eco-tourism).**

The valley will either succumb to fossil fuel industrialization or it will remain on its current, thriving trajectory based on ecotourism, artisanal farming, ranching, and hunting and fishing.

This is why I believe that the future of the North Fork Valley is largely dependent on BLM's policies and decisions. And this is why I wish to register my support for **Alternative B1** in the final Resource Management Plan.

**Please adopt alternative B1; it is the optimal one for both the human and biotic communities.**

Sincerely,

Michael E. Soule, PhD

BLM_0124842



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Draft Resource Management Plan for the Uncompahgre Field Office
1 message

**Telluride Mountain Club** <telluridemountainclub@gmail.com>         Tue, Oct 25, 2016 at 10:24 AM
To: uformp@blm.gov

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for this opportunity to comment on the Draft Resource Management Plan (RMP) for the Uncompahgre Field Office of the BLM. Please find the Telluride Mountain Club's comment letter attached.

Thank you for your careful decisions on this matter,

Tor Anderson, President
-------------
Telluride Mountain Club
www.telluridemountainclub.org
PO Box 1201, Telluride, CO 81435

📄 **TMtC BLM Comment Letter.pdf**
525K

BLM_0124843

Telluride Mountain Club
PO Box 1201, Telluride, CO 81435

October 18, 2016

Project Manager, Uncompahgre RMP
Bureau of Land Management, Uncompahgre Field Office
2465 S. Townsend Ave. | Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for this opportunity to comment on the Draft Resource Management Plan (RMP) for
the Uncompahgre Field Office of the BLM.

For over 30 years, the Telluride Mountain Club's (TMtC) mission has been to protect and
enhance public access for human-powered, non-motorized recreation; promote personal
responsibility, safety and self sufficiency; and preserve each citizen's right to their "Freedom of
the Hills."

Representing a community of individuals in the area around Telluride and west to the Paradox
Valley, we have a network of over 975 outdoor enthusiasts. Additionally, we reach a large
amount of tourists each year through various outreach and stewardship programs.

We have successfully collaborated with public and private entities on a variety of land-use
issues. Working with San Miguel County and the USFS Forest Service, we helped preserve public
access from the Telluride Ski Resort's backcountry gates, kept the historic Bridal Veil Falls open
for ice climbing, and are currently working to preserve and protect Telluride's unique and
popular Via Ferrata route and other local trails. We also partner with national access advocacy
groups such as The Trust for Public Land and the Access Fund, and with them are land stewards,
trail advocates and local advisors.

The boom-and-bust cycles typically created by rampant energy development harm the
environment around them, and have negative long-term impacts on tourism, recreation and
community health. While there are many economic drivers to host energy development, many
are short-sighted and don't take into consideration the public's enjoyment of these public
lands.

Our user group and visitors rely heavily on the integrity and high-quality outdoor experiences
that our public lands offer. Energy development in (and near) recreational areas negatively
impacts this experience. Below is an example of this from one of our members:

  "In 2007, we were camping and climbing on BLM land in Big Gypsum Valley near the
  Dolores River boat launch. After a lovely night sleeping under the stars, our breakfast

BLM_0124844

was suddenly interrupted by the sound of a helicopter flying low near our campsite, and increased traffic on the usually-empty dirt road. The helicopter starting making low passes over the meadow with a device hanging beneath it, again and again and again. With the constant helicopter noise and energy company trucks kicking up dust from the road, we we forced to pack up camp a day early and go somewhere else. What was typically a quiet, beautiful remote place was turned into an industrial zone."

The majority of the land at stake in our interest area is along the San Miguel River down from the Telluride valley, and west of Naturita to the Paradox Valley. The BLM's Preferred Alternative would allow these areas to be leased to oil and gas companies, and compromise air and water quality and recreation. Energy development would also have a direct negative effect on tourism. For these reasons, the Telluride Mountain Club proposes a more conservative approach to public land use as is outlined in the North Fork Alternative (B1).

The BLM's Preferred Alternative allows for nearly 95% of the planning area to be leased to oil and gas companies. This number wildly affects access to land and will negatively impact any user's experience. Conversely, protection of terrestrial and riparian habitats will serve to strengthen our public lands and provide users with high-quality outdoor experiences.

The BLM's final plan needs to encompass and fully consider ecological emphasis areas, special recreation management areas, areas of critical environmental concern, lands with wilderness characteristics, and wild and scenic suitability designations.

The economic future of our region will depend upon the health and quality of our land and environment, and the diverse opportunities and economies this offers. The BLM's final plan should limit available oil and gas leasing on lands west of Naturita, on public lands in the Paradox Valley, and anywhere else that energy development encroaches on recreational areas.

Please take into full consideration the negative impact that energy development would have to local tourism and the human-powered activities that many of us enjoy in those areas. As the stewards of the 675,800 acres of public lands at stake, the BLM needs to protect these lands for the future, not sell them off for immediate, short-term gain.

Thank you for your careful decisions on this matter,

*Tor Anderson*

Tor Anderson
Telluride Mountain Club President
www.telluridemountainclub.org



Telluride Mountain Club
PO Box 1201 | Telluride, CO 81435



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: Draft Resource Management Plan for the BLM Uncompahgre Field Office in Delta County Colorado

1 message

**Pfifer, Teresa** <tpfifer@blm.gov>                                    Tue, Oct 25, 2016 at 8:51 AM
To: uformp@blm.gov
Cc: emilvenan1@gmail.com

———— Forwarded message ————
From: **Eileen Milvenan** <emilvenan1@gmail.com>
Date: Sat, Oct 22, 2016 at 9:31 AM
Subject: Draft Resource Management Plan for the BLM Uncompahgre Field Office in Delta County Colorado
To: tpfifer@blm.gov

Eileen Milvenan, M.D.

14099 Thompson Road

Paonia, Colorado 81428

October 21, 2016

Bureau of Land Management

2465 S Townsend Avenue

Montrose, Colorado 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear Teresa Pfifer,

*Please* fully consider the issues raised in my comments on the Uncompahgre Field Office draft Resource Management Plan. **The BLM did not conduct a human health impact assessment in its Draft Resource Management Plan, and there has been inadequate risk analysis to date**. It is my professional opinion that the health risks to newborns and pregnant mothers, and to children and adults are significant enough to warrant much more

BLM_0124846

analysis. A moratorium pending further study is the only responsible way to protect the current and future generations in the North Fork Valley.

I am a Neonatologist (Pediatrician with subspecialty care of hospitalized critically ill newborns with birth defects, prematurity, and low birth weight) of 33 years experience, and I am also a North Fork Valley resident.

In 2011 my husband and I purchased 12 acres of land in Paonia, Colorado on which to build a farm and spend our retirement. While my husband will most certainly submit a comment about the ways this plan and its alternatives will personally affect us, the Paonia community, and the beautiful land in the valley, I wanted to focus on some of the troubling information I've uncovered while researching hydraulic fracturing and what we currently know about the health impacts of living in an area where these activities are present.

Allow me to preface my concerns with an analogous illustration of the need for proper risk analysis and impact assessment. Generations of physicians and health care providers have collected evidence to guide programs of therapy in order to optimize short- *and* long-term outcomes for patients. Through careful analysis over time, treatments that may initially appear beneficial or without significant other complications can be found to have risks of unexpected poor outcomes. As a result, a problematic treatment may be adjusted or even abandoned, but **ongoing evaluation of associated risks and benefits is critical to the process**. Many treatment studies have been terminated due to evidence that the risk of adverse complications was too great to warrant continuation of the therapy. In the history of neonatology, there is a well-remembered chapter about blindness in premature infants in the 1940s-50s. In the US and other affluent countries, oxygen was piped into incubators because it was improving survival outcomes. However, the long-term effect of this therapy was blindness in a great number of infants (Stevie Wonder is know to be one of those infants). At the time, there was no suspicion that oxygen could be the cause of the blindness, and research efforts took years to discover this fact through precise ongoing monitoring and risk assessment. It is a lesson to those in my field about the critical need for thorough analysis.

There is growing concern about the potential health problems in children and adults living near gas drilling, and efforts to quantify these risks are underway. This type of research requires funding and time. Ongoing research results continue to be released, and must be evaluated before expanding the practice of hydraulic fracturing throughout the country. **It is particularly important to bring attention to recent findings because the Bureau of Land Management stopped the clock on accepting new information four years ago, and as such, it did not take these findings into account when formulating the Draft Resource Management Plan for the North Fork Valley. The BLM did not conduct a human health impact assessment in its plan. There should be provisions for**

BLM_0124847

**ongoing risk analysis, and regulations in place for rural gas gathering pipelines under the Pipeline Hazardous Materials and Safety Administration.**

From my more than thirty years of professional experience, I know that any increase in prematurity and birth defects leads to more inpatient hospital days and risk of childhood chronic illnesses, which then leads to significant financial and social problems for the families and communities. The United States overall has shown an increase in preterm births by 20 percent from 1990 to 2006, and ongoing analysis of causes continues. Caring for acute and chronically ill children has both short- and long-term affects. Besides the specific suffering and quality of life problems for the affected child, the financial and emotional stress on the family is well-documented. Families of children with chronic health problems are known to have higher divorce rates. There are associated community increases in healthcare costs and loss of worker income and productivity. Beyond the potential effect on a developing fetus exposed to gas drilling, there is also uncertainty about the negative impact on developing children. Our community cannot afford uncertainty regarding the health impact that proximity to gas drilling will have on our children.

Please see below scientific data from studies published in 2015 and 2016 regarding the significant impact on birth defects, birth weight, and infant mortality, collated by Citizens for a Healthy Community. These studies were cited in *The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction)*, Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility.

• In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine, or spinal cord) were associated with the density and proximity of natural gas wells within a 10-mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. PSC-C p.76 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3984231/

• A University of Pittsburgh study of three heavily-drilled Pennsylvania counties found that the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality.  PSR-C p72,73

• Health professionals in Vernal, UT reported a 6-fold increase in infant death rates over a three-year period. The air quality which was formerly pristine in Uintah County, UT

BLM_0124848

11/1/2016      DEPARTMENT OF THE INTERIOR Mail - Fwd: Draft Resource Management Plan for the BLM Uncompahgre Field Office in Delta County Colorado

received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Uintah Basin has 11,200 oil and gas wells. PSR-C p76. Pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists.

• Preliminary data from researchers at Princeton University, Columbia, and MIT used Pennsylvania birth records from 2004-2011 to assess the health of infants born within a 2.5 kilometer radius of natural-gas fracking sites. They found that proximity to fracking increased the likelihood of low birth weight by more than half, from about 5.6% to more than 9%. The chances of a low APGAR score (a summary measure of the health of newborns at birth) roughly doubled, to more than 5%. PSR-C p.77

• Other preliminary studies from Colorado and Pennsylvania comparing infant birth weights and premature births with proximity to wells had similar findings as above. PSR-C p77; 72-73

We must analyze thoroughly the evidence of the impact of gas drilling on developing children, including incidence of asthma and respiratory problems. The California Council on Science and Technology studied the impacts of exposure to fracking-related air pollution and asserted "officials should fully understand the toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations." PSR-C p.72

**I cannot empasize this one enough.** Jerome Paulson, MD; Medical Director for National & Global Affairs; Director of the Mid-Atlantic Center for Children's Health & The Environment; Child Health Advocacy Institute, Children's National Health System and Professor of Pediatrics and of Environmental & Occupational Health George Washington University states in a public letter to the Secretary of Pennsylvania Department of Environmental Protection on June 30, 2014:

• "In protecting children from environmental health hazards, it is essential to recognize that for many reasons children may be more exposed to environmental health hazards than adults in the same location. Moreover, children may have different outcomes than adults similarly exposed. For example, children breathe more air and drink more water per unit of body weight than adults do, Therefore, if the air or water are contaminated, the children will receive a higher dose than the adults. Children also live longer than adults. While that may seem self-evident, it is important in the environmental context because many outcomes of environmental exposures occur years after the exposure. If the delay between exposure and outcome is, for example, 40 years or more, as it may well be in terms of some of the chronic lung diseases of adulthood, if a 60 year old adult is exposed, s/he may not live long enough to develop the adverse outcome. A child, however, will, in all likelihood, live long enough to experience that adverse outcome."

BLM_0124849

• "As a physician with significant expertise in environmental health, I want to point out that there is no information in the medical or public health literature to indicate that [Unconventional Gas Exploitation] can be implemented with a minimum of risk to human health." http://citizenshale.org/2014/07/physician-warns-pa-dep-to-protect-children-and-pregnant-moms/#_edn1

Please also note the following additional sources that I found useful and informative. I have pulled and emphasized particularly relevant information below the links, but the overarching takeaway is that there are indications of increased health risks surrounding hydraulic fracturing and **more research is needed in order to determine how to proceed safely**:

From a December 2014 government (NIH) informational article summarizing hydraulic fracturing and what it means for communities:

https://www.niehs.nih.gov/health/materials/hydraulic_fracturing_and_health_508.pdf

• The National Institute of Environmental Health Sciences (NIEHS) is a branch of the National Institutes of Health. This agency is involved in funding for research to investigate potential health impacts related to hydraulic fracturing. Some reseearch activities include the following:

· Examining patterns of pregnancy and asthma near the Marcellus Shale (Geisinger Clinic, Danville, PA – led by Brian Schwartz)

· Investigation of pregnancy risks near the Barnett Shale hydraulic fracturing sites (UTHSC – Houston, led by Kristina Whitworth)

· Assessing markers of stress inflammation, cardiovascular health and quality of life (U of C, Denver – John Adgate.) p.2

From an April 2014 reference article associating increase in birth defects and maternal proximity to gas drilling:

http://ehp.niehs.nih.gov/1306722/

• This study suggests a positive association between greater density and proximity of natural gas wells within a 10-mile radius of maternal residence and greater prevalence of CHDs [congenital heart defects] and possibly NTDs [Neural Tube Defects], but not oral clefts, preterm birth, or reduced fetal growth. Further studies incorporating information on specific activities and production levels near homes over the course of pregnancy would improve exposure assessments and provide more refined effect estimates. Recent data indicate that exposure to NGD [development and production of natural gas] activities is increasingly common... Taken together, **our results and current trends in NGD**

BLM_0124850

**underscore the importance of conducting more comprehensive and rigorous research on the potential health effects of NGD**.

From a June 2013 article describing a Health Impact Assessment process in Battlement Mesa/Parachute, Colorado:

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3698738/

• To fully understand the health impacts associated with natural gas development, extensive research in environmental emissions, community impacts, and health outcomes should be conducted. Regulators, legislators, and planners, however, must make real-time decisions and are often unable to wait for science to catch up. In the absence of good data on the effects of natural gas development on their citizenry, concerned community governments have been invoking temporary moratoriums that may impede even potentially safe natural gas development. In such circumstances, when definitive scientific data are incomplete, HIA methods can provide guidance to community leaders for the inclusion of health in the decision-making process.

Here is an August 2014 list indicating instances of national groups in government, academia *and* industry calling for more research on health effects of hydraulic fracturing:

http://mdehn.org/wp-content/uploads/2014/12/calls_for_moreresearch.pdf

There are many locations in the United States with hydraulic fracturing in place and ongoing research on health effects on both those living in close proximity to these wells and on the workers. **While these investigations continue collecting and analyzing data, the best practice would be to avoid mineral rights leasing on public lands in the North Fork Valley until there is more definitive information about the effects of hydraulic fracturing on the health of the people living here.**

Sincerely,

Eileen Milvenan, M.D.

BLM_0124851


**TeresaPfifer.doc**
45K

BLM_0124852

12/20/2016                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <dukkaqueen@skybeam.com>                Tue, Oct 25, 2016 at 10:00 PM
Reply-To: dukkaqueen@skybeam.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.<br><br>The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br><br>Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.<br><br>Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.<br><br>A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 25, 2016 |
| **Name** | Rita Clagett |
| **Email Address** | dukkaqueen@skybeam.com |
| **Phone Number** | 970.921.6689 |

BLM_0124853

12/20/2016                DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Crawford |
|---|---|
| **State** | Colorado |
| **Zip** | 81415 |
| **I am:** | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, A scientist/geologist, Interested/impacted citizen, Other |
| **Additional Comments** | I've invested my entire life savings and earnings in living here, for the quality of life and for no other reason, for more than a third of my life. As an artist, photographer, naturalist, and gardener, the beauty of this place has inestimable inherent value. As a spiritual person, I revere nature and the wild, for its own sake. Fracking and other extractive industries are simply not compatible with the main and growing economic drivers of this valley and its various overlapping communities: organic agriculture, clean meat, wineries, agritourism; hunting, biking, and other recreation, and the arts. As a state-certified creative district the valley is recognized as a remarkable and special place, where industrial development is incompatible. Besides that, BLM has yet to perform due diligence to accurately weigh the negative impacts of further energy extraction in the North Fork Valley. This DRMP would be illegal. Choose No Leasing, please. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | R Clagett |

BLM_0124854

Scanned
0083 7b

42709 Minnesota Creek Road
Paonia, CO 81428
October 25, 2016


BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to write and express my support for the draft Uncompahgre plan. As a citizen of the North Fork Valley, I am urging the BLM to continue to consider ways to protect critical natural resources like wildlife habitat and wild and scenic rivers. I strongly urge the North Fork Alternative, known as B1, to be added to the final plan. It will lead to the protection of our water resources as well as wildlife.

I am appalled there is consideration for the draft plan (or: Alternative D the "preferred plan") to open 90 percent of the Uncompahgre to oil and gas leasing. The endangerment of wilderness-quality lands, wildlife, recreation and cultural sites is at stake. Much of the area doesn't even have oil and gas reserves that are feasible for development. Leaving big oil and gas open to decide this will only lead to extreme consequences. The BLM needs to change course and adopt a final plan that makes the lives of our families, wilderness-quality lands, critical wildlife habitat and recreation areas off limits to energy development. I support the inclusion of Alternative B1 which balances all the resources managed by the BLM.

I am pleading to the BLM to listen to the local communities of Paonia, Hotchkiss and Crawford and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. The community is driving this proposal and it is the right way to protect the Gunnison Watershed.

Sincerely,

Jessica Rohrig-Thrift
Jessica Rohrig-Thrift

BLM_0124855

BLM and employees,

First thanks to each of you who do your part to protect and administer our public lands. As human culture expands, it's apparent that the issues — and your workload — increases, and I'm grateful for the effort of each of us in supporting the well-being of all.

While researching the proposed Resource Management Plan, I learned a very troubling fact: The U.S. government's second largest source of income is mineral extraction. This is a deep dilemma, endangering the core of our democratic government, our culture, our health, and the health of the entire planet. We can ignore the logical outcomes of this contradiction for a while, but inevitably these things will reach a tipping point.

I am a Colorado native of 65 years, and have lived on the west slope for 40 of those years. Specifically, I chose to relocate to this side of the Rockies because of the natural beauty, the bountiful agriculture, the absence of polluted air, and the widespread sense of community and collaboration. Nearly all of my diet, and that of my friends and neighbors, consists of food I grow myself, or food that is grown locally.

The North Fork Valley has the largest concentration of organic farms in Colorado. Increasing the number of oil and gas wells in western Colorado jeopardizes our drinking water and agricultural water. I live between Cedaredge and Hotchkiss, so my life may be impacted by proposed leases in the Cedaredge area, as well as the North Fork.

In 2014, over 700 spills were reported at oil & gas operations in Colorado alone. Not only is there an increased risk of water contamination, but also a higher risk of toxic wastes being released due to seismic activity, flooding, or other phenomena. Such incidents have been documented throughout the U.S. for many years, and I do not want the wildlife, our lifestyles, and our livelihoods to be endangered by increased fracking in our area.

The preferred alternative would have devastating

consequences in the North Fork community, including increased truck traffic and a burden on our road systems, endangering our organic forms, impacting tourism and local economy, and endangering human and environmental health. Our community is valued by residents and visitors because of the very qualities that would be threatened.

We find ourselves fighting the same battle we fought in 2012. Thankfully, our neighbors won their battle regarding the Thompson Divide, but unfortunately the game of corporate greed and control of our so-called democracy has resulted in the same battle being "swapped" back to us. I'm sorry that the BLM didn't consider a no-leasing alternative for the North Fork Valley, but I support Alternative B for UFO and B1 for the North Fork, and ask you to include all of those proposals in the final RMP.

Living here in western Colorado, I've learned a great deal about the value of water — for all life on Earth. The fracking process is contaminating our global water supply — some of it for centuries or beyond — and these radioactive poisons are being buried throughout the land. Not only is this unsustainable — it's wrong! I'm willing to do my part to shift my lifestyle away from fossil fuel dependence, as is our community. Let us work together to shift priorities to sustainable energies, public transportation, and sustainable communities.

Mankyou,

Perry L. Stringfellow
26540 Redlands Mesa Rd
Hotchkiss Co 81419   10-25-2016

BLM_0124857

N. Franklin
15837 2900 Rd.
Hotchkiss, Co. 81419

GRAND JUNCTION CO 815

25 OCT 2018 PM 2 T

Uncompahgre Field Office
2465 So. Townsend Ave.
Montrose, Co. 81401

RECEIVED
OCT 29 2018
UNCOMPAHGRE FIELD OFFICE

81401$5436

BLM_0124858

BLM and employees,

First, thanks to each of you who do your part to protect and administer our public lands. As human culture expands, its apparent that the issues — and your workload — increases, and I'm grateful for the efforts of each of us in supporting the well-being of all.

While researching the proposed Resource Management Plan, I learned a very troubling fact: The U.S. government's second largest source of income is mineral extraction. This is a deep dilemma, endangering the core of our democratic government, our culture, our health, and the health of the entire planet. We can ignore the logical outcomes of this contradiction for a while, but inevitably these things will reach a tipping point.

I am a Colorado native of 65 years, and have lived on the west slope for 40 of those years. Specifically, I chose to relocate to this side of the Rockies because of the natural beauty, the bountiful agriculture, the absence of polluted air, and the widespread sense of community and collaboration. Nearly all of my diet, and that of my friends and neighbors, consists of food I grow myself, or food that is grown locally.

The North Fork Valley has the largest concentration of organic farms in Colorado. Increasing the number of oil and gas wells in western Colorado jeopardizes our drinking water and agricultural water. I live between Cedaredge and Hotchkiss, so my life may be impacted by proposed leases in the Cedaredge area, as well as the North Fork.

In 2014 over 700 spills were reported at oil & gas operations in Colorado alone. Not only is there an increased risk of water contamination, but also a higher risk of toxic wastes being released due to seismic activity, flooding or other phenomena. Such incidents have been documented throughout the U.S. for many years, and I do not want the wildlife, our lifestyles, and our livelihoods to be endangered by increased fracking in our area.

The preferred alternative would have devastating

consequences in the North Fork community, including increased truck traffic and a burden on our road systems, endangering our organic farms, impacting tourism and local economy, and endangering human and environmental health. Our community is valued by residents and visitors because of the very qualities that would be threatened.

We find ourselves fighting the same battle we fought in 2012. Thankfully, our neighbors won their battle regarding the Thompson Divide, but unfortunately the game of corporate greed and control of our so-called democracy has resulted in the same battle being "swapped" back to us. I'm sorry that the BLM didn't consider a no-leasing alternative for the North Fork Valley, but I support alternative B for UFO and B1 for the North Fork, and ask you to include all of those proposals in the final RMP.

Living here in western Colorado, I've learned a great deal about the value of water — for all life on earth. The fracking process is contaminating our global water supply — some of it for centuries or beyond — and these radioactive poisons are being buried throughout the land. Not only is this unsustainable — it's wrong! I'm willing to do my part to shift my lifestyle away from fossil fuel dependence, as is our community. Let us work together to shift priorities to sustainable energies, public transportation, and sustainable communities.

Thankyou,
Nancy Franklin

BLM_0124860

BLM 0124861

BLM and employees,

First, thanks to each of you who do your part to protect and administer our public lands. As human culture expands, it's apparent that the issues — and your workload — increases, and I'm grateful for the efforts of each of us in supporting the well-being of all!

While researching the Proposed Resource Management Plan, I learned a very troubling fact: The U.S. government's second largest source of income is mineral extraction. This is a deep dilemma, endangering the core of our democratic government, our culture, our health, and the health of the entire planet. We can ignore the logical outcomes of this contradiction for a while, but inevitably these things will reach a tipping point.

I am a Colorado native of 65 years, and have lived on the west slope for 40 of those years. Specifically, I chose to relocate to this side of the Rockies because of the natural beauty, the bountiful agriculture, the absence of polluted air, and the widespread sense of community and collaboration. Nearly all of my diet, and that of my friends and neighbors, consists of food I grow myself, or food that is grown locally.

The North Fork Valley has the largest concentration of organic farms in Colorado. Increasing the number of oil and gas wells in western Colorado jeopardizes our drinking water and agricultural water. I live between Cedaredge and Hotchkiss, so my life may be impacted by proposed leases in the Cedaredge area, as well as the North Fork.

In 2014 over 700 spills were reported at oil & gas operations in Colorado alone. Not only is there an increased risk of water contamination, but also a higher risk of toxic wastes being released due to seismic activity, flooding, or other phenomena. Such incidents have been documented throughout the U.S. for many years, and I do not want the wildlife, our lifestyles, and our livelihoods to be endangered by increased fracking in our area.

The preferred alternative would have devastating

consequences in the North Fork community, including increased truck traffic and a burden on our road systems, endangering our organic farms, impacting tourism and local economy, and endangering human and environmental health. Our community is valued by residents and visitors because of the very qualities that would be threatened.

We find ourselves fighting the same battle we fought in 2012. Thankfully, our neighbors won their battle regarding the Thompson Divide, but unfortunately the game of corporate greed and control of our so-called democracy has resulted in the same battle being "swapped" back to us. I'm sorry that the BLM didn't consider a no-leasing alternative for the North Fork Valley, but I support Alternative B for UFO and B.I for the North Fork, and ask you to include all of those proposals in the final RMP.

Living here in western Colorado, I've learned a great deal about the value of water — for all life on Earth. The fracking process is contaminating our global water supply — some of it for centuries or beyond and these radioactive poisons are being buried throughout the land. Not only is this unsustainable — it's wrong! I'm willing to do my part to shift my lifestyle away from fossil fuel dependence, as is our community. Let us work together to shift priorities to sustainable energies, public transportation, and sustainable communities.

Thankyou,

Susan J. Stringfellow
26540 Redlands Mesa Rd
Hotchkiss. Co 81419
(10-25-11)

00253 ✗

James McCain
40881 Hwy 133
Paonia, Co 81428
(970)-361-7441
October 25, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the following comments as federal law requires. Alternative B1 should at the very least be offered in each of the possible alternatives.

The preferred alternative in the draft RMP is remarkably similar to the "development" alternative, in terms of fluid mineral leasing. If the preferred alternative were to become the final RMP, and fluid mineral development were to meet or exceed the expectations published in the Reasonably Foreseeable Development Scenario, it would completely change life as we know it in the North Fork Valley (NFV). The NFV is, as you ought to be well aware, the greatest concentration of organic farms in Colorado, with vast agricultural, scenic, recreational and natural resources. The Economic Development Analysis performed by Better Cities and funded by Delta County and DCED recommends an economy based in agriculture, value-added food exports, tourism, arts, and hospitality. These industries are incompatible with heavy fluid mineral extraction. To sacrifice all those values and potential, and to instead industrialize the valley would be reckless and irresponsible.

I am an organic farmer, an artist and my partner and I are in the process of opening adding a Bed and Breakfast Retreat our farm outside Paonia in late Spring 2017. We rely on the good water and air quality for our livelihood and health. Our customers travel from all over the world to have the opportunity to visit this amazing valley. They come for the organic food that our valley has become known for. They travel to see this pristine landscape, they love to see the diversity of wildlife that is unique to our area. If there is expanded oil and gas development it will leave a huge portion of this valley without a viable form of income. The tourists will no longer seek us out as a destination. I understand that there is a need for the BLM to allow industry to profit from our local resources, but that cannot be at the expense of our invaluable shared resources, such as clean water and air. With your current Alternatives your office is almost guaranteeing our valley the fate of so many other communities that have been poisoned by oil and gas accidents. You must reconsider and add B1 alternative to all of the possible Alternative plans.

Over 11% of organic farms across the US now share a watershed with active drilling, and that number is expected to rise to up to 31%, as projected by FracFocus. According to the COGCC, Over 700 spills were reported at oil and gas operations in Colorado in 2014. The spills released more than a million gallons of oil and other chemicals. 11% of them contaminated water sources. There is rapidly mounting scientific evidence that produced water can contain toxic chemicals including natural mineral salts, chemical additives, dissolved hydrocarbons, toxic metal ions, and radioactive materials. These chemicals cause cancer, they alter endocrine function, they affect human and animal reproductive systems, and they affect cognitive development in children. These facts are becoming well-known. If a

BLM_0124863

spill were to occur upstream of the NFV that contaminated the irrigation water that feeds our farms,
ranches, orchards, and vineyards, not only would it be unethical to sell our products, but the market
would reject them. 4% of the UFO planning area is employed in the agricultural sector but in the NFV
it's closer to 15%. It's bad enough that natural gas is putting our coal miners out of work. We don't need
the oil and gas industry displacing our local hunting, fishing, recreation, agricultural and tourism
economies, as well. Natural gas production does not provide enough stable, full-time employment to
sustain the valley's economy. What it will achieve is to threaten the economic diversity we are striving
to create in order to provide the stable, prosperous economy we desire. The BLM is aware of this, yet
they chose to ignore this fact when they created their preferred alternative.

The following points illustrate areas in which the draft RMP is lacking adequate information:

- The draft RMP does not consider the cumulative effect that the level of fluid mineral extraction
  (drilling) outlined in the Reasonably Forseeable Development Scenario will have on existing
  domestic and commercial water supplies, including springs, wells or surface water. The BLM
  has the means to estimate this figure and yet it does not.
- The draft RMP makes no mention of wastewater disposal for fluid mineral development.
  Drilling uses a lot of water in the process of extracting natural gas. What is acceptable in terms
  of wastewater disposal on our public lands? The only time wastewater is mentioned is in the
  ACEC's portion of the Environmental Impacts section: "Energy and minerals development
  could impact ACEC values by …. contaminating surface water from wastewater spills and
  runoff containing drilling fluids." (4-346) These same negative impacts would occur anywhere
  fluid mineral development is allowed to take place, why is it not mentioned anywhere else?
- The BLM admittedly does not have mapping of the planning area's groundwater hydrology,
  which makes it difficult for future project EIS's to predict the impact of fluid mineral
  development on private and commercial water sources.
- In the draft RMP, the NFAP is tacked onto the 'conservation' Alternative B, as a sub-alternative
  B1. All parts of the planning area not covered in the NFAP are overlaid with alternative B. This
  makes it appear that the NFAP and alternative B1 are much more restrictive than the public
  intended, since the public only proposed to protect the North Fork Valley. By tacking the NFAP
  onto alternative B, it appears that the public proposed to remove 95% of the entire planning area
  from being available for leasing, which is not an accurate representation. If overlaying the
  NFAP onto another alternative is their way of analyzing the plan, they should overlay the NFAP
  over each alternative, so it's effect on each proposed plan can be accurately evaluated.
  Otherwise, it appears that the BLM tacked the NFAP onto the conservation alternative as a
  matter of protocol, without giving it serious consideration.
- The draft RMP does not adequately address human health impacts. The only mention of
  potential health impacts in relation to fluid minerals is that "energy and mineral
  development...includes inherent risks for workers and the public related to safety during
  construction and operation, as well as the potential introduction of hazardous materials that
  could impact human health should exposure occur. Introduction of hazardous materials could
  indirectly affect health due local air, soil, or water contamination" and "Contaminated surface
  waters pose health risks to recreational users who may come into contact with those waters.
  Development activities in the vicinity of drinking water aquifers (groundwater) pose a risk of
  contaminating those aquifers and causing health impacts on groundwater consumers." (Page 4-
  445) The document makes no mention of the effects that water contaminated with mineral salts,
  chemical additives, dissolved hydrocarbons, toxic metal ions, and radioactive materials will
  have on human health, agriculture, livestock, or the economy. The document does not address

mitigation or protocols to manage incidents of air/water/soil contamination, nor does it mention any existing legislation that would regulate such potential risks.

- The draft RMP repeatedly describes how fluid mineral development would negatively impact, to some unknown degree, other resources such as wildlife habitat and migration corridors, grazing land, soil productivity, vegetative diversity, special status fish and aquatic wildlife, air quality, and visual resources, as well as non-market values including ecosystem services, natural amenities, scenic beauty, human health, quality of life, and sense of place.

- The draft RMP estimates that ecosystem services in the planning area could provide up to $1,492 million in value. (4-461)

- The draft RMP states that natural amenities like proximity to wilderness areas, national parks and other special protection areas tend to have a positive impact on tourism, property values, population growth due to positive net migration, higher incomes, and employment growth.

- The draft RMP states that approving an alternative that emphasizes "resource development over conservation likely would result in more impacts on nonmarket values and how planning area individuals perceive their own quality of life." (4-460)

- The draft RMP repeatedly states that, at the projected rate of fluid mineral development outlined in the Reasonably Forseeable Development Scenario, oil and gas development would not have a significant impact on regional employment or the economy. It makes some mention of severance taxes but does not give estimates of what the income amount could be. It states that current employment in the planning area by oil and gas is less than .01%, and is not expected to increase to greater than 1%. "Across all alternatives, for natural gas development, the economic contributions to the planning area represent a small fraction of jobs and income." (Page 4-462)

- "Agriculture represents 3.6% of jobs in the planning area...The North Fork Valley represents a region where traditional agricultural uses have maintained importance due to the presence of organic and conventional small-scale farms, orchards, and wineries. Delta County is home to the highest concentration of organic farms of any Colorado county." (4-459)

- **Given the previous five points, why does the UFO's draft RMP prefer an alternative that will produce a net negative impact on the planning area's economy, natural resources, and quality of life?**

- The draft RMP did not address possible environmental disasters caused by or affecting fluid mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP. It is also possible that naturally occurring mudslides and avalanches could affect the safety and integrity of extraction infrastructure. There was a close call on May 25, 2014, when a mudslide came within feet of burying a drilling pad near Colbran, Co. and killed three people. The West Elk Mountains are geologically unstable and these issues need to be mentioned in the RMP to provide a basis for future EIS's to address these risks.

- The draft RMP does not adequately address the possibility of explosions, or lightning strikes, and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other flammable/explosive materials are involved. The planning area is often subject to drought conditions, in which fires can quickly get out control. The RMP states that "mineral resource development....would introduce additional ignition sources into the planning area, which...could increase the potential for high-intensity wildland fires." (4-482) That is the extent of the content of this issue, briefly mentioned in the "Unavoidable Adverse Impacts" section. We can avoid this "adverse impact" by designating places where wildfires are a risk as unsuitable for fluid mineral extraction.

- The draft RMP does not address how fluid mineral development would strain local emergency

services such as volunteer fire, ems and rescue groups. In the fall of 2015, there was a report of flames in the forest alongside Hwy 133. Paonia Volunteer Fire Dept was dispatched to the scene, over an hour's drive from their station. It turned out that one of the wells was flaring gasses and hadn't notified the local authorities as they were required, by law. This had the effect of wasting volunteers' time and could have been detrimental if there had been a real emergency during the time the fire department's limited resources were tied up investigating this false alarm. If there were a true emergency in this remote location, where is the nearest HAZMAT team that is qualified to deal with oil and gas spills? What is the response time? The specifics should be determined in project EIS's but the issue needs to be mentioned in the RMP that guides future EIS's.

- In 2012, North Fork Valley residents submitted over 3000 comments to the BLM in protest of a 30,000 acre lease sale. We were successful in fighting back that sale, and the latter 20,000 acres lease sale, in part because the BLM had relied on a 30-year old RMP, which did not consider how the valley had changed over the last 30 years, nor the impacts of hydraulic fracturing and multi-stage drilling technologies, which are relatively new technologies. The BLM's draft RMP still does not consider how the changes in technology will impact the land, human health, wildlife habitat-- including hunting and fishing populations, the environment, and the local economy. Relative to oil and gas, Alternative D, BLM's preferred alternative, is only a .1% improvement over the existing 30-year RMP.
- The draft RMP does not mention climate change and the extent that fluid mineral development would contribute to atmospheric CO2. This is now required under NEPA. The final RMP needs to include this analysis.
- The draft RMP does not consider proximity to designated wilderness areas such as the West Elk Wilderness and Raggeds Wilderness, which are protected with Class 1 Airshed classifications. What would be the air quality impacts caused by adjacent development. There is currently a proposed well pad within 1 mile of the Wilderness Area border.

Specifically, the draft Resource Management Plan needs to:
- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
- Address the issues of human health, water quality, air quality, emergency response, environmental disasters, climate change and the effect on existing surface and ground water sources in relation to fluid mineral extraction.

And the final RMP should:
- Include NL protections for land with highly erodible selenium soils, land within .5 miles of any water body, including streams and rivers, and land within .25 miles of any public or private water supplies.
- Preserve the valuable visual assets and scenic character of the NFV by protecting the visual landscape and prominent landmarks with NL and VRM Class I and II designations
- Include NSO protections for land with high geologic hazard risk, land designated as big game range, land in the Jumbo Mountain area, and within 100-year floodplains
- Include NSO protections for lands with selenium soils, agricultural land, water conveyances

such as irrigation canals and springs, trout streams, scenic corridors and community facilities
including schools and parks.

Furthermore, I believe that this plan is incomprehensible in the size and range of its intended
management area. The plan is lumping a huge range of biomes into one large control system. This is
possibly the worst way to manage this large of an area. It would be a much more feasible plan if each
of the forest services were tasked with the management of their area of management. There fore I
believe the BLM needs to consider a cluster of smaller management plans specific to each of the areas
unique and vastly different resources. Also, without having considered a no-leasing alternative, nor
considering how the North Fork Alternative Plan would be carried out if included in the preferred
alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management
possibilities. Not only did the BLM neglect to even consider a no-leasing option, but they tacked the
NFAP onto the 'conservation alternative' and then proceeded to create a preferred alternative that
included almost no elements from the conservation alternative nor the NFAP. That is hardly the
balanced approach to resource management that the RMP process is intended to produce.

Thank you for taking the time to consider my comments. I hope you are able to create a final
RMP that succeeds in it's mission to sustain the health, diversity, and productivity of the public lands
for the use and enjoyment of present and future generations.

Sincerely,

James McCain



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## DOE Uranium Leasing Program - RE: Press release: BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan

1 message

**Steckley, Deborah** <Deborah.Steckley@lm.doe.gov>                    Wed, Oct 26, 2016 at 1:38 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "Jones, Gina" <gmjones@blm.gov>, "Edge, Russel" <Russel.Edge@lm.doe.gov>, "Ribeiro, Tracy"
<Tracy.Ribeiro@lm.doe.gov>, "Cotter, Ed (CONTR)" <Ed.Cotter@lm.doe.gov>, "Elmer, John (CONTR)"
<John.Elmer@lm.doe.gov>


Dear BLM,


Thank you for notifying the DOE Office of Legacy Management (DOE-LM) about the comment period associated with the BLM Uncompaghre Field Office's Draft Resource Management Plan.


DOE-LM's Uranium Leasing Program (ULP) reviewed the draft plan and associated environmental documents.  DOE-LM has no comments to offer as it relates to the ULP.


Please note the DOE-LM NEPA Compliance Officer, Tracy Ribeiro, will notify BLM if DOE-LM has comments pertaining to other DOE-LM programs.


Best regards,


Deb


Deborah Steckley

Uranium Leasing Program

Office of Legacy Management

U.S. Department of Energy


Office: 303-410-4802

Mobile: 720-648-3799

Email: deborah.steckley@lm.doe.gov


---

**From:** Jones, Gina [mailto:gmjones@blm.gov]
**Sent:** Thursday, July 21, 2016 1:29 PM

BLM_0124868

10/26/2016    DEPARTMENT OF THE INTERIOR Mail - DOE Uranium Leasing Program - RE: Press release: BLM extends comment period for the Uncomp...

**Subject:** Fwd: Press release: BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan

**FOR IMMEDIATE RELEASE**
**Contact:  Shannon Borders, 970-240-5399**

## BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan

**MONTROSE, Colo.** – In response to public requests, the Bureau of Land Management Uncompahgre Field Office is extending the comment period for Uncompahgre Field Office Draft Resource Management Plan for 60 days.

The comment period, originally scheduled to close on Sept. 1, 2016, will be extended through Nov. 1, 2016.

"Public input is critical as we work through refining this plan. Hopefully this extension will facilitate that public input." said Dana Wilson, BLM Acting Uncompahgre Field Manager.

The BLM identified a wide range of alternatives in the Draft RMP  that analyze impacts to  important wildlife, vegetation and cultural resources while balancing the need for resource uses such as grazing, minerals and recreation  on about 675,800 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate in Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel counties.

Written comments will be most effective if they are specific to the proposal or analysis and should be submitted by email to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401.

Before including your address, phone number, e-mail address or other personal identifying information in your comment, be advised that your entire comment – including your personal identifying information – may be made publicly available at any time. While you can ask us in your comment to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

The plan and associated environmental documents are available at http://www.blm.gov/co/st/en/ fo/ufo/uncompahgre_rmp.html (or www.uformp.com).

For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at gmjones@blm.gov or (970) 240-5300.

--

Shannon Borders

Public Affairs Specialist

Bureau of Land Management

2465 S. Townsend Ave.

BLM_0124869

Montrose, CO  81401

970-240-5399

BLM_0124870

10/26/2016                    DEPARTMENT OF THE INTERIOR Mail - Regarding --- BLM seeks public comment on resource plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Regarding --- BLM seeks public comment on resource plan
1 message

**Larry M** <larrym7000@gmail.com>                              Wed, Oct 26, 2016 at 10:18 AM
To: uformp@blm.gov

The use of Public Lands for recreational use MUST have the HIGHEST PRIORITY!!!

Once public recreational use is lost, it is LOST FOREVER.

http://www.telluridenews.com/news/article_c848dfce-9b03-11e6-844d-0f7b73d8dcb1.html

Laurence Mammoser
The Pacific NW

BLM_0124871

10/26/2016                           DEPARTMENT OF THE INTERIOR Mail - RMP/EIS Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP/EIS Uncompahgre Field Office
1 message

---

**Greta Gibb** <gretgibb@gmail.com>                        Wed, Oct 26, 2016 at 9:50 AM
To: uformp@blm.gov

Greta Gibb

P.O. Box 484

Paonia, CO  81428

BLM Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO  81401

October 10, 2016

Dear BLM,

Thank you for giving the public the opportunity to respond to your draft RMP. The following are my comments regarding the Draft RMP and EIS for the Uncompaghre Field Office. I am writing in support of the inclusion of North Fork Alternative Plan B+1 into the final RMP.

You have proposed to lease 90-95% of the North Fork's public lands to oil and gas. This is too much and does not adequately take into consideration many of the interests the BLM needs to oversee and protect. In particular, I am concerned about wildlife habitat, view sheds and water.

Regarding the wildlife, if a high percentage of leasing occurs the wildlife migration patterns will be fragmented. It is my understanding that mule deer populations are declining. Several research articles indicate that this is due to an increase in development, especially from the oil and gas industry. In addition, many other species will suffer. It will affect hunting and wildlife viewing as well. The BLM also needs to consider wildlife, not just oil and gas. Wells, pads, ponds, pipe and roads will fragment the habitat. Please consider this issue carefully.

As a farmer, I am especially concerned about the water. Little consideration was made about the water. What will happen if we have a prolonged drought. In addition, the likelihood of water contamination is high. The oil and gas industry will suffer no significant consequences, however, the valley's farmers and ranchers will struggle to keep their crops and livestock alive.

Our valley is one of the most scenic, beautiful and fertile areas in all of the state. Driving up Highway 133 this last month there were countless people pulled over taking photos. In addition, there were many others just taking a drive to enjoy the stunning beauty. Oil and gas wells scarring the landscape will destroy the breathtaking scenery for everyone.

BLM_0124872

It is my hope that you will include the North Fork Alternative Plan B+1 in the final RMP.


Thank you.


Greta Gibb

BLM_0124873

10/26/2016                                    DEPARTMENT OF THE INTERIOR Mail - BLM RMP Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM RMP Comment
1 message

---

**Morgan R** <morgan.rubanow@gmail.com>                          Wed, Oct 26, 2016 at 3:12 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Hello,

My name is Morgan and I am a current resident of Paonia, Colorado. I have been actively educating myself on the BLM RMP for our area and I would like to provide some detailed comments to the BLM office on areas I would like to see improvement (see attached document).

I am in support of the B1 Alternative and would also like to the BLM to consider my additional comments on the draft plan. Please let me know if you have any issues opening the attached document.

Thank you for you time and for allowing me to participate in the public comment period on this document,
-Morgan Rubanow

---



📄 **MRubanowBLMRMPcomments.pdf**
124K

BLM_0124874

Morgan Rubanow
Paonia, CO 81428
October 26, 2016

BLM Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

To Whom It May Concern,

Thank you for the opportunity to comment on the BLM UFO RMP. I am a resident of Paonia, Colorado and have recently moved here within the last year from New York. Since moving here and exploring the landscape, I can truly say that I am impressed by the abundance and variety of wildlife in this area of Colorado as well as the expansiveness of the public lands monitored by your office. Part of the reason I am happy that I moved to this area of Western Colorado rather than the Front Range is due to the easy access of public lands and the natural beauty with uninterrupted viewshed due to the area's lack of industrial infrastructure. I am writing this comment today because I am concerned with the proposed protection via the UFO RMP draft, speaking both as a resident of this area and a conservation scientist (I have a B.S. in Biology and a Masters in Conservation Science).

As a citizen of the North Fork Valley and a resident of Paonia, I have educated myself on the matter of the BLM UFO RMP draft and I support the North Fork Alternative, known as B1. I would like alternative B1 to be added to the final plan; it is the best alternative to protect our valuable water resources and wildlife that are vital to our agricultural and recreational economy. I also agree with Appendix D in terms of the importance of connectivity between the wilderness areas and I would like the BLM to provide such connectivity as much as possible.

One concern with the proposed draft (Alternative D) involves the lack of protection for the Gunnison sage-grouse. First, I would like to ask what scientific research was used to decide the 0.6 mile radius buffer from Gunnison sage-grouse (*Centrocercus minimus*) leks as an adequate distance to prevent surface disturbance/exploration (i.e. page 2-103)? Based on the best scientific evidence, it is suggested that the distance necessary between surface disturbance/exploration and an active lek is 4 miles and I ask that the BLM increases this radius from 0.6 miles to 4 miles and to further protect this species by making this area no surface occupancy. This is a standard that was proposed by scientists for the Greater sage-grouse (*Centrocercus urophasianus*), a very similar species of grouse, during the revamping of the 'Greater sage-grouse federal management plan'.

I suggest this for a few reasons; first, females nest within 4 miles of the lek, therefore, the 0.6 mile distance will not provide adequate protection for nesting females (ref: Mark Salvo-Defenders of Wildlife at the Society of Conservation Biology 2016 North American Congress Conference in Madison, WI and Holloran *et al.* 2005). Additionally, there is high mortality of sage-grouse chicks (ref: Mark Salvo 2016), so a 4 mile buffer area would benefit this vulnerable species immensely. Lastly, surface disturbances increases the chance of cheatgrass (*Bromus tectorum*) and weeds to invade the area. This invasion can change the fire regime of the area and outcompete native plants, both of which would affect the sage-grouse negatively (ref: Mark

BLM_0124875

Salvo 2016 and Miller *et al.* 2011). With climate change, the impact of fire and cheatgrass will increase, so the BLM needs to plan for the unavoidable changes we know that we will see in the future.

I would also like the BLM to designate all BLM lands on and surrounding Jumbo Mountain as a Special Recreation Management Area. I personally live at the top of Pan American Avenue in Paonia by the base of the mountain and believe that this area needs to be fully protected to secure the entire viewshed and its use as a recreational area. I can attest that this area is used by a large number of recreational users from bike enthusiasts, hikers, dog walkers, runners, and horseback riders based on my location to the 'trail head' that everyone uses. Additionally, I use these trails nearly every day of the week and want to ensure this area is properly protected so I can continue to enjoy 'my backyard'. This area needs to be set aside for recreational use rather than industrial activity such as oil and gas and I would like to see all oil and gas leases removed from land on and surrounding Jumbo. It is an important area that draws in economic benefits to the town as out-of-towners visit our area to hike or bike and provides spectacular views that make Paonia unique to other nearby towns. It would also prevent possible contamination issues of irrigation water and surrounding lands. Lastly, I would like the BLM to manage Jumbo Mountain for multiple uses to ensure user and resident safety and I ask that the BLM please perform future travel management planning for motorized and non-motorized uses. The BLM should keep in mind that these trails are in a residential area and that the concerns of the residents should be listened to.

In closing, the conservation protections in Alternative B1 should be included in the final plan as well as the above changes for the benefit of sage-grouse and Jumbo Mountain. Thank you again for accepting my comments for the RMP process. The outcome is important to me since it affects my home and community for years to come.

Sincerely,

Morgan Rubanow


References:

Holloran, M., Heath, B., Lyon, A., Slater, S., Kuipers, J., and Anderson, S. 2005. Greater sage-grouse nesting habitat selection and success in Wyoming. The Journal of Wildlife Management. Vol 60:2. Pp 628-649.

Miller, R., Knick, S., Pyke, D., Meinke, C., Hanser, S., Wisdom, M., and Hild, A. 2011. Characteristics of sagebrush habitats and limitations to long-term conservation *In* Knick, S., Connelly, J., eds., Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and Its Habitats, Studies in Avian Biology No. 38: Berkeley, CA, Univ. of California Press, p.145-184.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## COPMOBA RMP Comments
1 message

**Renata Raziano** <renata.raziano@gmail.com>                     Wed, Oct 26, 2016 at 9:52 PM
To: uformp@blm.gov

Hello-

Attached are the comments on the UFO RMP from the Uncompahgre Chapter of COPMOBA.


Thank you-

Renata Raziano
COPMOBA Board member
Uncompahgre Chapter Chair

📄 **RMP Unc Comments 2016.pdf**
342K

BLM_0124877



COLORADO PLATEAU MOUNTAIN BIKE TRAIL ASSOCIATION, INC

P.O. Box 4602
Grand Junction, CO 81502

October 26, 2016

To Whom it May Concern:

I am writing on behalf of the Uncompahgre Chapter of the Colorado Plateau Mountain Bike Trail Association to comment on the proposed Uncompahgre Field Office Resource Management Plan. Nonmotorized recreation is currently underrepresented in the BLM lands surrounding Montrose, and we support the designation of more nonmotorized SRMAs to prioritize the development of more nonmotorized trail systems.

1. Kinikin Hills ERMA: we would prefer that the Kinikin Hills parcel be designated an SRMA and RMZ2 be designated for nonmotorized trail development. It has terrain that is suitable for mountain bike trails and a multi-loop system here would provide trails for all levels of riders. It is particularly valuable given its quick access from the town of Montrose as well as from Highway 550. Ideally, a nonmotorized trail system here could be accessed from a trailhead off of Uncompahgre Road. With a long riding season, easy access from town and a major highway, a nonmotorized trail system here would serve Montrose residents and visitors alike.

2. In the proposed Dry Creek SRMA we support the preferred alternative D for RMZ4 (Linscott Canyon/Hwy 90) which designates it as an area for priority development of nonmotorized singletrack. A trailhead with substantial parking, restrooms and camping is currently being proposed by Montrose County as part of the Rim Rocker Trail project. In addition to serving OHVs setting out on the Rim Rocker trail, the trailhead facilities will provide a staging area for mountain bike races and events. A ~10 mile trail system with a long loop suitable for racing will provide a unique venue for mountain bike events that currently does not exist in Montrose, Delta or Ouray County. Mountain bike races and events held at this site would provide an economic benefit to Montrose County and bring visitors from Colorado and surrounding states. A race venue here would also benefit the local high school mountain bike race team and could host state-wide high school races that would bring racers and their families to Montrose for several days.

BLM_0124878

3. In the Spring Creek SRMA we would prefer that RMZ3 include nonmotorized singletrack as an additional focus. Nonmotorized trail development in this parcel could connect the Buzzard Gulch trail system with the newly constructed Spring Canyon Connectors and Spring Canyon trail. This would create a challenging, completely nonmotorized, loop ride for more adventurous riders. Currently, mountain bikers most frequently access the trails in Spring Canyon by driving or riding on Dave Wood Road; replacing road use with a singletrack trail would greatly enhance the experience for nonmotorized users.

4. Also in the Spring Creek SRMA, we support the designation of the Buzzard Gulch trail system as a nonmotorized RMZ (RMZ1 Alternative D). The current Buzzard Gulch provides beginner and intermediate mountain bikers, hikers and equestrians with a quality singletrack experience close to town. Further development of the trail system with a small loop suitable for young children with parents and a more challenging trail for advanced riders would provide riding for all ability levels and families.

5. Finally, we are concerned that the Lands with Wilderness Characteristics designation in Dry Creek includes the Coyote Ridge and Coyote Cutoff trails. In the preferred Alternative D, these trails would no longer be open to mountain bikes. These trails are valuable to the mountain bike community and should stay open to mechanized use. They are two of the trails in the Dry Creek area that are most enjoyable for mountain bikers due to their grades and trail design. They provide a challenge to intermediate and advanced riders and allow them to create longer rides in the Dry Creek area.

Despite a plethora of public land, favorable terrain and mild climate, Montrose has so far been unable to reap the economic rewards of nonmotorized recreation. An historic focus on primarily motorized trails has left Montrose off the map as a destination for quiet trail users, and has left its citizens with few options for peaceful human-powered recreation. Designation of the above SRMAs by the BLM would prioritize nonmotorized trail development and greatly benefit the Montrose area.

Sincerely,

Renata Raziano
COPMOBA Board Member
Uncompahgre Chapter Chairperson

BLM_0124879



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment on the UfO Draft RMP
1 message

**Andy Goldman** <fishman2@montrose.net>                                      Wed, Oct 26, 2016 at 5:26 PM
To: uformp@blm.gov

Please consider this a public comment on the BLM's UFO RMP:

"Fluid Mineral Leasing too widespread in the planning area."

Andrew Goldman

58657 Meadow Lane

Montrose, Colorado  81403

fishman2@montrose.net   970 275 9815

In reference to  p 2-393 Table 2-6

I applaud the BLM for considering many areas of NSO restrictions acreage open for leasing,

I strongly urge you to adopt Alt B rather than D with regard to the number of acres managed as EEAs (242,580 vs 177,700) as well as the prescription of NSO on 186,700 of those acres (rather than the lesser stringent CSU and SSR restrictions in Alt D.

In reference to p 4-284 Table 4-45

Similarly, NSO stipulations need to be increased from 238,140 acres, especially in the EEAs, ACECs and LWCs, as management of these areas would be undermined with any allowable surface drilling.

Excluding 50.050 out of  916,020 acres (5.4%) from fluid mineral leasing in the planning area is an unbalanced proportional emphasis on mineral extraction to the detriment of other resource values such as fish and wildlife, recreation and tourism, scenic viewsheds, vegetative, water and air quality and other non extractive economic interests.  By your own reckoning 416,600 acres left open to drilling have low development potential anyway.

In reference to Apendix A Figure 2-21

BLM_0124880

The Adobe Badlands Adjacent proposed LWC should be restored to Alt D with the full protection of No leasing and NSO as outlined in Alternative B1. to protect the non extractive resource values of this land adjoining the WSA. I have hiked this land and believe it still is suitable as an LWC despite its proximity to oil leasing and OHV recreation.  Active management (e.g. adequate signage) would do alot to prevent further degradation of the area

Finally Alternative B1 recommends no leasing in much of the Hotchkiss Paonia area, Preferred Alt D does little to incorporate any of that input with the exception of some NSO stipulations.  Gas drilling of any kind in the North Fork adjacent to water sources, agricultural areas, scenic view sheds and tourism dominated businesses will forever negatively impact the health and economic wellbeing of those communities.

BLM_0124881

10/30/2016                                   DEPARTMENT OF THE INTERIOR Mail - BLM RMP letter



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM RMP letter
1 message

**Robin Sabatke** <rsabatke@mac.com>                          Fri, Oct 28, 2016 at 6:34 AM
To: uformp@blm.gov

Sent from my iPad

 **BLM RMP letter.pdf**
28K

BLM_0124882

Robin Sabatke
12779 3600 Rd, PO Box 67
Sunshine Mesa
Hotchkiss  CO  81419

26 October 2016

BLM. Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose CO. 81401

Re:  Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

Thank you for the opportunity to comment on the draft Uncompahgre plan.  I greatly appreciate that the BLM is considering ways to protect our valuable resources like domestic and irrigation water, wildlife habitat, air quality, recreation, and our scenic rivers. I particularly support that the BLM will designate "ecological emphasis areas" to preserve connectivity and wildlife corridors.

I have lived in the North Fork Valley for 45 years.  This is my home and as a senior citizen, will be leaving my beautiful 40 acre property to my family.  We continue to protect wildlife (deer, elk, and other) habitat, and enjoy hiking, hunting, and hay production on our property.   My drinking water comes from the Sunshine Mesa Domestic Water Company, a small, spring fed source located on public land. It is imperative that our water must be protected from gas and oil, or other industrial development.  My irrigation water comes from the Fire Mountain Canal and Reservoir Company and the Paonia Reservoir and also must be protected from gas and oil and other industrial development.

I would like the BLM to include all proposed actions in the North Fork Alternative B1, in the final RMP.  The North Fork Alternative boundaries include the Hotchkiss, Paonia, and Crawford communities and include, like mine, areas that supply municipal, domestic, and irrigation water supplies.  These lands are highly scenic and are quality wildlife lands.  This Alternative ensures the strongest long term protection of our water supplies, wildlife areas including winter ranges and migration corridors, scenic qualities, and recreational availability.

It is extremely important to me and my descendants, and all of our North Fork citizens that all of the conservation  protections in Alternative B1 should be included in the final plan.

Thank you again for accepting my comment for the RMP process.  I urge the BLM to listen to the local residents of the North Fork community and protect our watersheds, wildlife, farming, and sustainable economies by including the protections  of the North Fork Alternative  B1 in the RMP.  The outcome is very important to me as it will affect my home and the North Fork communities for many, many years to come.

Sincerely Yours,
Robin Sabatke

BLM_0124884



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Support Alternative B1 in the Final RMP
1 message

**Randall Shepard** <rcs54@juno.com>                                    Wed, Oct 26, 2016 at 3:21 PM
Reply-To: rcs54@juno.com
To: UFORMP@blm.gov

Dear

Dear BLM-RMP Comment Team,

Thank you for the opportunity to comment on this draft plan.

I have lived in Delta County for 36 years and feel this whole area is very special and needs to be protected as much as possible for future generations

It is good to see the BLM is looking at ways to protect our natural resources like wildlife habitat, wild and scenic rivers which could help with keeping our water and air clean.

So,I am concerned about the BLM's proposal to leave around 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This doesn't look like a balanced land use plan.

I urge the BLM to close areas with low oil and gas  development potential and do more for the protection of open and wild areas.

I would like to see the BLM  include all proposed actions in the North Fork Alternative,B1 in the final RMP. A proposal that was developed by residents of the North Fork Valley to ensure  protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as protecting the water supplies, riparian areas, scenic qualities of the valley, undeveloped wildlife lands, including winter range and migration corridors.

The conservation protections in Alternative B1 need's to be included in the final plan, for these protections to happen.

Thanks you again for accepting my comments for the RMP process.

Randall Shepard
8383 Marshalls RD
Austin, CO 81410

BLM_0124885



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## MORE DANGERS OF FRACKING FOUND! PLEASE DON'T ALOW OIL AND GAS LEASING ON PUBLIC LANDS IN DELTA COUNTY Thank you, Robert L. Pennetta Realtor Western Colorado Realty.com

1 message

---

**Robert Pennetta** <bobpennetta@gmail.com>                    Wed, Oct 26, 2016 at 5:19 PM
To: uformp@blm.gov

# Fracking Linked to Cancer-Causing Chemicals, Yale Study Finds

EcoWatch
EnergyOct. 26, 2016 08:05AM EST

Fracking Linked to Cancer-Causing Chemicals, Yale Study Finds

Yet another study has determined that hydraulic fracturing, or fracking, might be a major public health threat. In one of the most exhaustive reviews to date, researchers from the Yale School of Public Health have confirmed that many of the chemicals involved and released by the controversial drilling process can be linked to cancer.

Yale researchers have unpacked "the most expansive review of carcinogenicity of hydraulic fracturing-related chemicals in the published literature."Pixabay

"Previous studies have examined the carcinogenicity of more selective lists of chemicals," lead author Nicole Deziel, Ph.D., assistant professor explained to the school. "To our knowledge, our analysis represents the most expansive review of carcinogenicity of hydraulic fracturing-related chemicals in the published literature."

For the study, published in *Science of the Total Environment,* the researchers assessed the carcinogenicity of 1,177 water pollutants and 143 air pollutants released by the fracking process and from fracking wastewater. They found that 55 unique chemicals could be classified as known, probable or possible human carcinogens. They also specifically identified 20 compounds that had evidence of leukemia/lymphoma risk.

One of the scarier parts from this study is that the researchers could not completely unpack the health hazards of fracking's entire chemical cocktail. More than 80 percent of the chemicals lacked sufficient data on cancer-causing potential, "highlighting an important knowledge gap," the school noted.

The unconventional drilling rush in the U.S. has expanded to as many as 30 states, spelling major consequences to the air we breathe and the water we drink. The Wall Street Journal reported in 2013 that more than 15 million Americans lived within a mile of a well.

The biggest concern is for people and especially children with fracking operations right in their backyards. In fact, Environment America found that more than 650,000 kindergarten through 12th grade children in nine states attend school within one mile of a fracked oil or gas well.

"Because children are a particularly vulnerable population, research efforts should first be directed toward investigating whether exposure to hydraulic fracturing is associated with an increased risk," Deziel said.

Per the study, "Childhood leukemia in particular is a public health concern related to [unconventional oil and gas] development, and it may be an early indicator of exposure to environmental carcinogens due to the relatively short disease latency and vulnerability of the exposed population."

According to the school, the researchers are now taking air and water samples in a community living near a fracking operation. They are testing for the presence of known and suspected carcinogens and will

BLM_0124886

determine whether these people have been exposed to these compounds, and if so, at what concentrations.

Lorraine is a reporter for EcoWatch. She tweets @lorrainelchow

BLM_0124887

Scanned
00 35 ½

October, 26, 2016

Dana Wilson
Uncompaghre Field Office
2465 S.Townsend Ave.
Montrose, Colorado 81401

Dear Ms. Wilson,

I am a biodynamic farmer in the North Fork of the Gunnison River Valley. I have chosen to live and work here because of the quality of our water, soil and air. I own and run a five acre farm with my husband, and we are in the process of building our home. We have lived and worked here for 16 years and have been hesitant to invest everything we have into building a house because of the ongoing oil and gas exploration and leasing process. We have seen first hand the results of drilling in Garfield and Weld counties, where people are stuck living in a polluted environment, when the value of their property and livelihoods are compromised due to drilling. The draft management plan does not take into account the existing economic conditions of the region that would be strongly effected by leasing the public lands surrounding our communities of Paonia, Hotchkiss, Crawford and Cedaredge.

I, as well as all the other farmers and ranchers in the North Fork Valley, depend on a well developed irrigation system, consisting of a series of ditches distributing gravity fed water from the North Fork of the Gunnison River as well as her tributaries (Minnesota Cr.),and also the Smith Fork, to the entire valley. We are all extremely concerned about the impact of this industry to our irrigation water, and thus our livelihoods. The oil and gas industry does not have a good track record concerning spillage of waste water, fracking fluid, as well as oil. The regional management plan does not address these concerns. I would ask for set backs from all water sources, including all river corridors, irrigation ditches, municipal water supplies (groundwater wells & springs), private water systems (domestic water wells, and all water decrees), riparian areas and wetlands, as well as any perennial water sources, intermittent streams and ponds that are habitat for aquatic wildlife. Then there are concerns addressing issues around leaks from holding and evaporation ponds, as well as spills during transportation of all the toxic fluids the industry uses. Highway 133, aside from being a scenic byway, runs next to the the river from Paonia to McClure Pass, where there is high demand for leasing and fossil fuel development.

I do not actually believe regulation can prevent errors and unforeseen circumstances from occurring, indeed water seems to get contaminated everywhere the oil and gas industry is operating. Residents in Garfield county, just to the north of us, can light the water in their facets and streams (with bubbling gas) on fire. Can these instances be proven to have been caused by drilling and fracking? Probably, but the oil and gas industry's practice is to settle out of court and include a gag order so no further investigation takes place. All over the country there is a history of spills into waterways. Imagining it would not happen here would be quite short sighted in my opinion. Although I appreciate the inclusion of the the North Fork Alternative: B1, in the draft regional management plan, I am asking the BLM to include a NO LEASING ALTERNATIVE in the RMP. Avoidance (not allowing a harmful activity) is the first step of proper mitigation, and one that the BLM must consider and adopt if appropriate.

If this resource management plan is truly to guide management of the Uncompahgre Field Office for the next 30 years, I would invite the BLM to take into consideration the larger perspective of

BLM_0124888

how we will manage these lands on a planet who's climate is changing due in large part to the burning of fossil fuels. Can we create a plan that takes into account the Paris Agreement to cut our $CO_2$ emissions 26-28 % by 2025? Where will wind generation be best placed? Where can we take advantage of small scale hydro-electric generation? Where is the foresight in continuing to lease and drill our shared common ground?

I have other issues which I will address in another letter, this is by far the most important concern for me at this time. Please include this letter as public comment for the current draft RMP.

Sincerely,

Denise Claire Laverty
42225 Minnesota Cr. Rd.
Paonia, Colorado 81428

118 Clark Ave
Paonia CO. 81428

GRAND JUNCTION CO 815

25 OCT 2016 PM 2 T



RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO. 81401

RECEIVED
OCT 28 2016
UNCOMPAHGRE FIELD OFFICE

81401$5436

BLM_0124890

BLM Uncompahgre Field Office

Dear Ma'am, Sir,

This letter pertains to the BLM's RMP and EIS providing information intending to cause changes to proposed action.

It appears that the BLM's mission statement has been influenced and skewed by certain industries. The BLM's mission statement does not direct or allude to such use.

There upon definition is required.

" . . . *to sustain*";  to hold, keep in existence, maintain sustenance for.

" . . . *the health*";  physical will-being, freedom from dis-ease, condition of.

" . . . *diversity*";  differences, variety (in the natural state).

" . . . *and productivity*";  fertile, abundant productivity, (that is what nature of itself does i.e. producing by and of itself all that it is).

" . . . *of the public*";  the people as a whole, for benefit of all.

" . . . *lands for the use of* (being there) *and enjoyment of present and future generations.*".

The BLM is obligated to conscience prudent and shrewd management and policy making.

Such policy making precludes such harm, pollution and destruction by extractive industries. Such use is abominable.

Hence, the CHC' North Fork Alternative Plan wisely proposes a sagacious policy.

What the BLM and the public have to fear is the results of avarice stupidity and ignorance.

Respectfully, *Paul J. Gaydos*

P.S. " *Let there be light* "
       *Gen. 1:2*

BLM_0124891



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## UFO RP
1 message

---

**Georgia** <musicequalslife@yahoo.com>                                      Wed, Oct 26, 2016 at 10:21 AM
Reply-To: Georgia <musicequalslife@yahoo.com>
To: "bsharrow@blm.gov" <bsharrow@blm.gov>, "dmwilson@blm.gov" <dmwilson@blm.gov>
Cc: "uformp@blm.gov" <uformp@blm.gov>

Georgia Finnigan
POB 1745 (407 Vista)
Paonia, Colorado  81428
October 26, 2016

UFO RMP
BLM Uncompahgre Field Office Draft Resource Management Plan
2465 South Townsend Avenue
Montrose , Colorado 81401
RE: Failure to do adequate risk analysis and other problems with proposed RMP.

Your RMP does not adequately address the high risks of oil and gas development as required from
the NEPA: National Environmental Quality Act  especially fracking providing <u>details</u> on the horrific
damage that industry causes to the environment, human and animal health and economies.
  There is a lot of new scientific evidence of damage to health and the environment from various
forms of oil and gas development, particularly fracking, that will endanger all life.

I moved to the North Fork area od Delta county for my health reasons ( a life threatening disease)
and needed cleaner air and water, organic foods, peace and quiet .  The industry which will be
allowed to invade this area will destroy our economy and quality of life here. You are no doubt
aware of what has happened in other areas.

How can you install a plan without **deep** consideration of the risks involved?  Why are human
beings and all living things being threatened and put last on the priority list?
Why is pipeline safety not seriously  addressed :  why are pipelines that are not regulated not
addressed in the plan.  What about earthquakes? Air pollution, water contamination?
If you go through with this plan and are not legally stopped, I and others will suffer and have to
leave the area if we can , or be compromised and possibly even killed as a result of oil and gas
development.
What about greenhouse gasses?  What are the impacts and why have you not <u>thoroughly</u>
investigated this?   What other safety rules are there for the industry and if there are none or
inadequate ones, why doesn't the BLM insist on them? Why is fracking not seriously considered in
your RMP?
This plan must be radically altered, include safeguards and protections ,  before it is acceptable.

Yours truly,
Georgia Finnigan

---

BLM_0124892

## Responses User

| | |
|---|---|
| **From:** | instix@gmail.com |
| **Sent:** | Thursday, October 27, 2016 4:58 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Jon Anderson
PO BOX 325
Frisco CO 804430325
instix@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124893

**Responses User**

| | |
|---|---|
| **From:** | stantonclan@comcast.net |
| **Sent:** | Thursday, October 27, 2016 5:05 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Helen Stanton
10629 W Milan Pl
Denver CO 802351116
3038980517
stantonclan@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124894

## Responses User

| | |
|---|---|
| **From:** | gaminggeek212@hotmail.com |
| **Sent:** | Thursday, October 27, 2016 5:19 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Theresa Sumrall


Miss Theresa Sumrall
1504 Sycamore Ave
Rocky Ford CO 810671949
gaminggeek212@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124895

## Responses User

| | |
|---|---|
| **From:** | Kayleighrust@gmail.com |
| **Sent:** | Thursday, October 27, 2016 5:35 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kayleigh Rust


Ms. Kayleigh Rust
PO BOX 713
Telluride CO 814350713
Kayleighrust@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124896

**Responses User**

| | |
|---|---|
| **From:** | misty_apt@msn.com |
| **Sent:** | Thursday, October 27, 2016 5:37 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Melissa McKelvey
1221 Stratford Dr
Montrose CO 814015559
misty_apt@msn.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124897

## Responses User

**From:** catherine_woods@hotmail.com
**Sent:** Thursday, October 27, 2016 5:48 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Catherine Woods
116 1/2 N Meldrum St
Fort Collins CO 805212654
catherine_woods@hotmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124898

## Responses User

**From:**          russkii.orel@gmail.com
**Sent:**          Thursday, October 27, 2016 5:55 PM
**To:**            Responses User
**Cc:**            Responses User
**Subject:**       Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Elvira Kozhevnikova
3243 S Parker Rd
Denver CO 800143245
3146358472
russkii.orel@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124899

**Responses User**

| | |
|---|---|
| **From:** | ann.cahill27@comcast.net |
| **Sent:** | Thursday, October 27, 2016 5:58 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Ann Cahill-Makowsky
27 Charles Bossert Dr
Bordentown NJ 085052753
6092910067
ann.cahill27@comcast.net


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124900

**Responses User**

| | |
|---|---|
| **From:** | morgulbismark@gmail.com |
| **Sent:** | Thursday, October 27, 2016 6:04 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Andrew Johnson
6245 Simmons Dr
Boulder CO 803033034
morgulbismark@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124901

**Responses User**

| | |
|---|---|
| **From:** | Carlawilson3114@gmail.com |
| **Sent:** | Thursday, October 27, 2016 6:22 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Carla Wilson
PO BOX 778
Ouray CO 814270778
Carlawilson3114@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124902

**Responses User**

| | |
|---|---|
| **From:** | Erin.manter89@gmail.com |
| **Sent:** | Thursday, October 27, 2016 6:32 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Erin Manter
714 N Hancock Ave
Colorado Springs CO 809032841
7194396030
Erin.manter89@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124903

## Responses User

| | |
|---|---|
| **From:** | cameroncarleton@outlook.com |
| **Sent:** | Thursday, October 27, 2016 6:44 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Cameron Carleton
509 Vista Wood Dr
Dadeville AL 368534849
cameroncarleton@outlook.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

12

BLM_0124904

## Responses User

| | |
|---|---|
| **From:** | Corchard2850@gmail.com |
| **Sent:** | Thursday, October 27, 2016 6:52 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Please stop using public lands for private gain. |

Please leave well enough alone and focus on the land you've already opened up for private interests. .Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Please think of future generations.


Ms. Caitlin Otley
2741 W Iliff Ave
Denver CO 802195925
Corchard2850@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124905

## Responses User

| | |
|---|---|
| **From:** | ellens.harris@gmail.com |
| **Sent:** | Thursday, October 27, 2016 6:55 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Ellen Harris
5424 Randol Dr
North Richland Hills TX 761806822
ellens.harris@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124906

**Responses User**

| | |
|---|---|
| **From:** | Gails.art@gmail.com |
| **Sent:** | Thursday, October 27, 2016 6:57 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Gail Kohlmeister


Ms. Gail Kohlmeister
918 Emery St
Longmont CO 805014509
Gails.art@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124907

## Responses User

| | |
|---|---|
| **From:** | nicmarhar@gmail.com |
| **Sent:** | Thursday, October 27, 2016 7:07 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nichole Harding

Miss Nichole Harding
880 Uvalda St
Aurora CO 800116662
7204046067
nicmarhar@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124908

## Responses User

| | |
|---|---|
| **From:** | isaac.rivera@ucdenver.edu |
| **Sent:** | Thursday, October 27, 2016 7:08 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Isaac J Rivera


Mr. Isaac Rivera
126 N Logan St
Denver CO 802034026
7203335438
isaac.rivera@ucdenver.edu


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124909

## Responses User

| | |
|---|---|
| **From:** | shiseidosky@gmail.com |
| **Sent:** | Thursday, October 27, 2016 7:18 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Destiny Brown
2300 W County Road 38 E Lot 172
Fort Collins CO 805265328
shiseidosky@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124910

## Responses User

| | |
|---|---|
| **From:** | amyp53@gmail.com |
| **Sent:** | Thursday, October 27, 2016 7:34 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado!!! |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Amy DiLullo


Mrs. Amy DiLullo
505 Manhattan Dr Apt 103
Boulder CO 803034076
9082686591
amyp53@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124911

## Responses User

| | |
|---|---|
| **From:** | quire1969@gmail.com |
| **Sent:** | Thursday, October 27, 2016 7:43 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Mark Quire
PO BOX 738
Nederland CO 804660738
quire1969@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124912

## Responses User

| | |
|---|---|
| **From:** | horsnhound@gmail.com |
| **Sent:** | Thursday, October 27, 2016 7:47 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Sandra Murray
2910 N Powers Blvd
Colorado Springs CO 809222801
horsnhound@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124913

## Responses User

**From:** Hardi361@regis.edu
**Sent:** Thursday, October 27, 2016 7:53 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Schwan Hardi


Mr. Schwan Hardi
8391 W 38th Ave
Wheat Ridge CO 800336004
Hardi361@regis.edu



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124914

## Responses User

| | |
|---|---|
| **From:** | young.randi@gmail.com |
| **Sent:** | Thursday, October 27, 2016 7:54 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Randi Young
PO BOX 128
South Fork CO 811540128
young.randi@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124915

**Responses User**

| | |
|---|---|
| **From:** | Vwmshill@gmail.com |
| **Sent:** | Thursday, October 27, 2016 8:12 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Vern Hill


Mr. Vernon Hill
2983 Comanche Ct
Grand Junction CO 815033926
Vwmshill@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124916

## Responses User

| | |
|---|---|
| **From:** | Nwmain@frontier.net |
| **Sent:** | Thursday, October 27, 2016 8:20 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jerri uhl


Ms. Jerri Uhl
135 Toad Rd
Durango CO 813018254
Nwmain@frontier.net



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124917

**Responses User**

| | |
|---|---|
| **From:** | Brittneyarellano@comcast.net |
| **Sent:** | Thursday, October 27, 2016 8:43 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Brittney Arellano


Ms. Brittney Arellano
926 S Knox Dr
Pueblo CO 810072628
Brittneyarellano@comcast.net


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124918

**Responses User**

| | |
|---|---|
| **From:** | Awilbur77@hotmail.com |
| **Sent:** | Thursday, October 27, 2016 8:45 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Adam Wilbur


Mr. Adam Wilbur
79 Red Oak Ct
Erie CO 805166811
Awilbur77@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

14

BLM_0124919

**Responses User**

| | |
|---|---|
| **From:** | Amberle.howe@gmail.com |
| **Sent:** | Thursday, October 27, 2016 8:48 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Amberle Howe

Mrs. Amberle Howe
8801 W Belleview Ave
Littleton CO 801237809
Amberle.howe@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124920

## Responses User

**From:**            debdandrea@gmail.com
**Sent:**            Thursday, October 27, 2016 9:23 PM
**To:**              Responses User
**Cc:**              Responses User
**Subject:**         Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

The Caribou Dog Ranch


Ms. Deb DAndrea
333 Caribou Rd
Nederland CO 804669513
debdandrea@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124921

**Responses User**

| | |
|---|---|
| **From:** | Lolodehaas@gmail.com |
| **Sent:** | Thursday, October 27, 2016 9:26 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Larissa


Miss Larissa DeHaas
PO BOX 4533
Ketchum ID 833404533
Lolodehaas@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124922

## Responses User

| | |
|---|---|
| **From:** | adrianne@indra.com |
| **Sent:** | Thursday, October 27, 2016 9:29 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Adrianne Middleton
672 W Hawthorn St
Louisville CO 800271191
3035790389
adrianne@indra.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124923

**Responses User**

| | |
|---|---|
| **From:** | PALSICC@GMAIL.COM |
| **Sent:** | Thursday, October 27, 2016 9:41 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cheryl Palsic


Ms. Cheryl Palsic
9057 E Mississippi Ave
Denver CO 802472078
3037259773
PALSICC@GMAIL.COM



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124924

## Responses User

| | |
|---|---|
| **From:** | janimhenn@gmail.com |
| **Sent:** | Thursday, October 27, 2016 9:47 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Janice Henning

Miss Janice Henning
11746 W Chenango Dr Apt 9
Morrison CO 804652036
9703106911
janimhenn@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124925

**Responses User**

| | |
|---|---|
| **From:** | jk92286@hotmail.com |
| **Sent:** | Thursday, October 27, 2016 9:55 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. John Keeney
2231 Carlisle Dr
Loveland CO 805376781
jk92286@hotmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124926

## Responses User

| | |
|---|---|
| **From:** | airitrea@gmail.com |
| **Sent:** | Thursday, October 27, 2016 9:56 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Britta Rea


Miss Britta Rea
451 Boardwalk Dr
Fort Collins CO 805253220
airitrea@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124927

## Responses User

| | |
|---|---|
| **From:** | mika_meyer@msn.com |
| **Sent:** | Thursday, October 27, 2016 9:57 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mika Meyer


Mr. Mika Meyer
587 County Road 16
Gunnison CO 812309303
9702098079
mika_meyer@msn.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124928

## Responses User

| | |
|---|---|
| **From:** | cateyez111@gmail.com |
| **Sent:** | Thursday, October 27, 2016 9:57 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Amanda Caldwell
4709 Misty Dr
Colorado Springs CO 809184210
cateyez111@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124929

## Responses User

| | |
|---|---|
| **From:** | merivel@gmail.com |
| **Sent:** | Thursday, October 27, 2016 10:05 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Amanda Walsh
5251 Euclid Ave
Boulder CO 803032835
merivel@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124930

## Responses User

| | |
|---|---|
| **From:** | shannonlucas4@gmail.com |
| **Sent:** | Thursday, October 27, 2016 10:47 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Shannon


Mr. Shannon Lucas
1315 SE Umatilla St
Portland OR 972027175
8035174905
shannonlucas4@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124931

**Responses User**

| | |
|---|---|
| **From:** | cleikam14@gmail.com |
| **Sent:** | Thursday, October 27, 2016 10:57 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cindy Leikam


Ms. Cindy Leikam
6025 Venus Ave
Fort Collins CO 805253941
cleikam14@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124932

## Responses User

| | |
|---|---|
| **From:** | tabby.hinderaker@gmail.com |
| **Sent:** | Thursday, October 27, 2016 11:12 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tabby Hinderaker


Mrs. Tabby Hinderaker
6005 Harney Dr
Colorado Springs CO 809242036
tabby.hinderaker@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124933

## Responses User

| | |
|---|---|
| **From:** | tanyatheblack@hotmail.com |
| **Sent:** | Thursday, October 27, 2016 11:18 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tanya Black


Ms. Tanya Black
15462 Black Bridge Rd
Paonia CO 814287106
tanyatheblack@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124934

## Responses User

| | |
|---|---|
| **From:** | chandraskye@hotmail.com |
| **Sent:** | Thursday, October 27, 2016 11:23 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Chandra Lopez
1450 N High St
Denver CO 802182689
2134463798
chandraskye@hotmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124935

## Responses User

| | |
|---|---|
| **From:** | robin.powell111@gmail.com |
| **Sent:** | Thursday, October 27, 2016 11:24 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robin Powell


Miss Robin Powell
64 Miramonte Dr
Moraga CA 945561002
8049716622
robin.powell111@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124936

## Responses User

| | |
|---|---|
| **From:** | triverdog@gmail.com |
| **Sent:** | Thursday, October 27, 2016 11:25 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Thank you, Tarey Archer

Mr. Tarey Archer
736 1/2 1575 Rd
Delta CO 814163246
9708746337
triverdog@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124937

**Responses User**

| | |
|---|---|
| **From:** | Susiekaldis@gmail.com |
| **Sent:** | Thursday, October 27, 2016 11:27 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Susan Kaldis


Mrs. Susan Kaldis
38766 Stucker Mesa Rd
Hotchkiss CO 814196215
9702753453
Susiekaldis@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124938

**Responses User**

| | |
|---|---|
| **From:** | madelineallen@mindspring.com |
| **Sent:** | Thursday, October 27, 2016 11:27 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Madeline Allen


Ms. Madeline Allen
PO BOX 1478
Telluride CO 814351478
madelineallen@mindspring.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124939

## Responses User

| | |
|---|---|
| **From:** | morgan.rubanow@Gmail.com |
| **Sent:** | Thursday, October 27, 2016 11:28 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Morgan


Ms. Morgan Rubanow
65 Cedar Dr
Paonia CO 814289605
morgan.rubanow@Gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124940

## Responses User

| | |
|---|---|
| **From:** | Lauraleebrakey@gmail.com |
| **Sent:** | Thursday, October 27, 2016 11:39 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lauralee Brakey


Ms. Lauralee Brakey
12694 W Grand Dr
Morrison CO 804651706
650-283-2022
Lauraleebrakey@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124941

## Responses User

| | |
|---|---|
| **From:** | ann.organic1@gmail.com |
| **Sent:** | Thursday, October 27, 2016 11:39 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Ann Heard
2341 Legend Dr
Colorado Springs CO 809203805
ann.organic1@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124942

**Responses User**

| | |
|---|---|
| **From:** | jannieski84@gmail.com |
| **Sent:** | Thursday, October 27, 2016 11:40 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

I have visited the Uncompahgre severa times and appreciate the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jan Moraczewski


Ms. Jan Moraczewski
951 Wild Cherry Ln
Fort Collins CO 805211366
9702249214
jannieski84@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124943

**Responses User**

| | |
|---|---|
| **From:** | drpeg@bresnan.net |
| **Sent:** | Thursday, October 27, 2016 11:47 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Oil and Gas in  Southwest Colorado |

I support the BLM's designation of "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors in the North Fork Valley/Uncompahgre area.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing putting our public lands at risk.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands.

And, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley.

Thank you.

Peg Rooney


Dr. Peg Rooney
PO BOX 60
Penrose CO 812400060
drpeg@bresnan.net


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124944

**Responses User**

| | |
|---|---|
| **From:** | sprite7us@msn.com |
| **Sent:** | Thursday, October 27, 2016 11:59 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Angela Obadiah


Ms. Angela Obadiah
1144 York St
Denver CO 802063051
7202277563
sprite7us@msn.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124945

**Responses User**

| | |
|---|---|
| **From:** | Dshilton@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:02 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Daniel Hilton
3252 Redstone Ln
Boulder CO 803057174
Dshilton@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124946

## Responses User

| | |
|---|---|
| **From:** | Codydedianous@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:07 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Crd

Mr. Cody Dedianous
40970 O Rd
Paonia CO 814288203
Codydedianous@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124947

## Responses User

| | |
|---|---|
| **From:** | lynnsusanne@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:11 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Lynn Bonelli
17403 Road G
Cortez CO 813219582
lynnsusanne@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124948

**Responses User**

| | |
|---|---|
| **From:** | Adrianep905@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:20 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Adriane Panciera


Ms. Adriane Panciera
PO BOX 84
Paonia CO 814280084
979-274-2979
Adrianep905@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124949

## Responses User

**From:**            hsarazen@gmail.com
**Sent:**            Friday, October 28, 2016 12:22 AM
**To:**              Responses User
**Cc:**              Responses User
**Subject:**         Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

we can't eat money. when will you see past your own greed and really think about the human races future. a future that is habitable and healthy. please do not allow such destructive practices to become the norm.

heidi sarazen, mammal, planet earth.

Ms. heidi sarazen
510 Society Dr
Telluride CO 814358902
hsarazen@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124950

## Responses User

| | |
|---|---|
| **From:** | d.dreaming@sbcglobal.net |
| **Sent:** | Friday, October 28, 2016 12:23 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. D. Wiese Jones
221 NW 5th Ave Apt 528
Portland OR 972093844
5037564899
d.dreaming@sbcglobal.net


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124951

**Responses User**

| | |
|---|---|
| **From:** | Tonjewilliams@mac.com |
| **Sent:** | Friday, October 28, 2016 12:30 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tonje Williams


Mrs. Tonje Williams
30869 Manitoba Dr
Evergreen CO 804397007
Tonjewilliams@mac.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124952

**Responses User**

| | |
|---|---|
| **From:** | hgavle98@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:31 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hannah Gavle


Miss Hannah Gavle
550 Labor St
Delta CO 814162932
hgavle98@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124953

## Responses User

| | |
|---|---|
| **From:** | tdelmonte@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:36 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tom Delmonte


Mr. Tom Delmonte
2780 Dristol Dr
Colorado Springs CO 809205119
tdelmonte@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124954

## Responses User

| | |
|---|---|
| **From:** | joshdelmonte@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:39 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Josh Delmonte


Mr. Josh Delmonte
2780 Dristol Dr
Colorado Springs CO 809205119
joshdelmonte@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124955

## Responses User

| | |
|---|---|
| **From:** | susanschoch200@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:46 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Susan Schoch
PO BOX 200
Idledale CO 804530200
susanschoch200@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124956

## Responses User

| | |
|---|---|
| **From:** | dance.through.it@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:48 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Prioritizing healthy ecologies and local self-agency OVER oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cami Renfrow


Ms. Cami Renfrow
10052 E Cherokee Dr
Salida CO 812019019
4063702543
dance.through.it@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124957

## Responses User

| | |
|---|---|
| **From:** | avery.shawler@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:56 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

A public land owner

Ms. Avery Shawler
PO BOX 4823
Ketchum ID 833404823
avery.shawler@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124958

## Responses User

| | |
|---|---|
| **From:** | Rtrautner@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:58 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Rachelle Fish


Mrs. Rachelle Fish
52 La Plata Pl
Durango CO 813014342
3038858505
Rtrautner@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124959

## Responses User

**From:**          ssusan@sisna.com
**Sent:**          Friday, October 28, 2016 1:15 AM
**To:**            Responses User
**Cc:**            Responses User
**Subject:**       Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Susan Shoemaker


Ms. Susan Shoemaker
PO BOX 1733
Paonia CO 814281733
ssusan@sisna.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124960

## Responses User

| | |
|---|---|
| **From:** | pariseau@indra.com |
| **Sent:** | Friday, October 28, 2016 1:15 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Scott Perrizo
6505 Kalua Rd
Boulder CO 803013132
pariseau@indra.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124961

**Responses User**

| | |
|---|---|
| **From:** | Kateklibansky09@comcast.net |
| **Sent:** | Friday, October 28, 2016 1:16 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kate


Ms. Katherine Klibansky
44 Trowbridge Cir
Rowley MA 019692127
Kateklibansky09@comcast.net



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124962

## Responses User

| | |
|---|---|
| **From:** | Colin.n.glover@gmail.com |
| **Sent:** | Friday, October 28, 2016 1:29 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cng

Mr. Colkn Glover
1118 Centennial Rd
Fort Collins CO 805252374
Colin.n.glover@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

2

BLM_0124963

**Responses User**

| | |
|---|---|
| **From:** | shauna.gray@gmail.com |
| **Sent:** | Friday, October 28, 2016 1:34 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

shauna gray


Ms. shauna gray
PO BOX 1261
Laporte CO 805351261
shauna.gray@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124964

**Responses User**

| | |
|---|---|
| **From:** | Getperg@hotmail.com |
| **Sent:** | Friday, October 28, 2016 1:35 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Joe Pergolizzi


Mr. Joe Pergolizzi
3614 Kalamath St
Denver CO 802113036
Getperg@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124965

**Responses User**

| | |
|---|---|
| **From:** | Cpucak@gmail.com |
| **Sent:** | Friday, October 28, 2016 1:58 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Carol Pucak
0478 Stagecoach Ln
Carbondale CO 816239562
9703792217
Cpucak@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124966

## Responses User

| | |
|---|---|
| **From:** | laura@wildethymeart.com |
| **Sent:** | Friday, October 28, 2016 2:17 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Laura Murphy
1631 Grande Ave
Monte Vista CO 811441618
7198502082
laura@wildethymeart.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124967

## Responses User

| | |
|---|---|
| **From:** | joycesroses@att.net |
| **Sent:** | Friday, October 28, 2016 2:36 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Joyce and Jim Seubert, native Coloradoans


Mrs. Joyce Seubert
6224 Cassady Way
Carmichael CA 956083438
joycesroses@att.net



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124968

## Responses User

| | |
|---|---|
| **From:** | marymyst41@gmail.com |
| **Sent:** | Friday, October 28, 2016 2:37 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

We need to preserve our beautiful wild places for future generations, move away from fossil fuels, and leave then in the ground.

Thank you.

Mary Cupchack of Michigan


Ms. Mary Cupchack
6339 Dellwood Dr
Waterford MI 483293129
marymyst41@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124969

## Responses User

| | |
|---|---|
| **From:** | donnacounts@hotmail.com |
| **Sent:** | Friday, October 28, 2016 2:57 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Donna Counts


Mrs. Donna Counts
323 W Clement St
De Soto MO 630202044
donnacounts@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124970

## Responses User

**From:** emi.n.nelson@gmail.com
**Sent:** Friday, October 28, 2016 4:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Emi Nelson

Miss Emi Nelson
PO BOX 608
Breckenridge CO 804240608
970 219 5654
emi.n.nelson@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124971

**Responses User**

| | |
|---|---|
| **From:** | empnorthernlights@gmail.com |
| **Sent:** | Friday, October 28, 2016 5:24 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Erin Pesick


Ms. Erin Pesick
7805 Allison Way
Arvada CO 800055020
7209795837
empnorthernlights@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124972

**Responses User**

| | |
|---|---|
| **From:** | jonathan.mojock@gmail.com |
| **Sent:** | Friday, October 28, 2016 6:25 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jonathan Mojock


Mr. Jonathan Mojock
133 Grant St
Longmont CO 805015824
3525162070
jonathan.mojock@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124973

**Responses User**

| | |
|---|---|
| **From:** | ilaanemone@gmail.com |
| **Sent:** | Friday, October 28, 2016 6:34 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Anemone Ila Zeeb


Ms. Anemone Ila Zeeb
41 Benthaven Pl
Boulder CO 803056253
ilaanemone@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124974

## Responses User

| | |
|---|---|
| **From:** | rockwizard6@gmail.com |
| **Sent:** | Friday, October 28, 2016 6:55 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Peter Cseh
2203 N 111th St
Erie CO 805163003
303-619-5546
rockwizard6@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124975

## Responses User

| | |
|---|---|
| **From:** | cfmelville@gmail.com |
| **Sent:** | Friday, October 28, 2016 7:06 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Colin Melville
34 Corona Ct
Pagosa Springs CO 811479817
9707312667
cfmelville@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124976

## Responses User

**From:**                welby672@hotmail.com
**Sent:**                Friday, October 28, 2016 7:10 AM
**To:**                  Responses User
**Cc:**                  Responses User
**Subject:**             Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Marc LaDoucieur


Mr. Marc LaDoucieur
421 Dakin St
Denver CO 802214093
7205902504
welby672@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

16

BLM_0124977

## Responses User

| | |
|---|---|
| **From:** | Lonigaudet@outlook.com |
| **Sent:** | Friday, October 28, 2016 7:30 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Loni M. Gaudet


Ms. Loni Gaudet
3000 Lake Hollow Rd
Berthoud CO 805138462
Lonigaudet@outlook.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124978

**Responses User**

| | |
|---|---|
| **From:** | ehrencrumpler@gmail.com |
| **Sent:** | Friday, October 28, 2016 7:32 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Ehren Crumpler
2135 Scarecrow Rd
Fort Collins CO 805252178
ehrencrumpler@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124979

## Responses User

| | |
|---|---|
| **From:** | katslaughter@msn.com |
| **Sent:** | Friday, October 28, 2016 7:35 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Kathy Slaughter
2990 1/2 Red Willow Dr
Grand Junction CO 815048648
5122282288
katslaughter@msn.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124980

## Responses User

| | |
|---|---|
| **From:** | sarastreight@comcast.net |
| **Sent:** | Friday, October 28, 2016 7:49 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sara J. Streight


Ms. Sara Streight
638 Smith St
Fort Collins CO 805243121
3035709363
sarastreight@comcast.net



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124981

## Responses User

| | |
|---|---|
| **From:** | cynthiajaiken@gmail.com |
| **Sent:** | Friday, October 28, 2016 7:56 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cynthia J. Aiken


Mrs. Cynthia Aiken
248 Jefferson St
Monte Vista CO 811441711
7196281013
cynthiajaiken@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124982

## Responses User

| | |
|---|---|
| **From:** | Ferrarifan64@q.com |
| **Sent:** | Friday, October 28, 2016 8:02 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Deborah Rollings
14585 Wyandotte Dr
Colorado Springs CO 809082831
Ferrarifan64@q.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124983

## Responses User

| | |
|---|---|
| **From:** | creature@sopris.net |
| **Sent:** | Friday, October 28, 2016 8:01 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.
   To destroy this area , by opening it up to oil and gas leasing, or whatever else gets in that door once it's opened, is so short sighted as to be just plain stupid. The value that these lands have, for farmers,and for tourism, not to mention for the animals,and for all of our wild souls,  cannot be overemphasized. Please follow the guidelines of the North Fork Citizen's Alternative!

Thank you.

Deborah Bradford


Mrs. Deborah Bradford
PO BOX 4856
Aspen CO 816124856
creature@sopris.net



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124984

**Responses User**

| | |
|---|---|
| **From:** | hawkwolftree@gmail.com |
| **Sent:** | Friday, October 28, 2016 8:09 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Alex Summers


Mr. Alex Summers
58 St Pauls Ave
Staten Island NY 103013218
hawkwolftree@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124985

## Responses User

| | |
|---|---|
| **From:** | Delligatti@fordham.edu |
| **Sent:** | Friday, October 28, 2016 8:11 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Nick Delligatti
27 Glow Ln
Hicksville NY 118016104
Delligatti@fordham.edu



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124986

## Responses User

| From: | gthrower@pcisys.net |
|---|---|
| Sent: | Friday, October 28, 2016 8:37 AM |
| To: | Responses User |
| Cc: | Responses User |
| Subject: | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Gary M. Throewr


Mr. Gary Thrower
12635 Forest Green Dr
Elbert CO 801068928
7194940681
gthrower@pcisys.net


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

26

BLM_0124987

## Responses User

| | |
|---|---|
| **From:** | Yodoe@q.com |
| **Sent:** | Friday, October 28, 2016 8:41 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. John Madigan
1406 Indian Paintbrush Ct
Fort Collins CO 805245405
9706820962
Yodoe@q.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124988

## Responses User

| | |
|---|---|
| **From:** | afloater12@hotmail.com |
| **Sent:** | Friday, October 28, 2016 8:55 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Anne Peterson


Ms. anne peterson
26821 Log Trl
Conifer CO 804337248
afloater12@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124989

## Responses User

| | |
|---|---|
| **From:** | willcactus@gmail.com |
| **Sent:** | Friday, October 28, 2016 8:57 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Clinton Willcox
605 E Coy Dr
Fort Collins CO 805213502
9709888018
willcactus@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124990

## Responses User

| | |
|---|---|
| **From:** | Jenniem2980@hotmail.com |
| **Sent:** | Friday, October 28, 2016 9:09 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

J. Miller


Ms. Jennie Miller
605 E Coy Dr
Fort Collins CO 805213502
Jenniem2980@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124991

## Responses User

| | |
|---|---|
| **From:** | nstreicker4124@gmail.com |
| **Sent:** | Friday, October 28, 2016 9:13 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Nan Streicker
847 E Moorhead Cir Apt F
Boulder CO 803057900
nstreicker4124@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124992

## Responses User

**From:**            robhoiting@gmail.com
**Sent:**            Friday, October 28, 2016 9:19 AM
**To:**              Responses User
**Cc:**              Responses User
**Subject:**         Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Rob Hoiting

Mr. Robert Hoiting
2090 County Road 8
Gunnison CO 812309723
robhoiting@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124993

## Responses User

| | |
|---|---|
| **From:** | Steven.Schreiber@comcast.net |
| **Sent:** | Friday, October 28, 2016 9:19 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Steve Schreiber
5103 Elk Ln
Basalt CO 816218214
Steven.Schreiber@comcast.net


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124994

## Responses User

| | |
|---|---|
| **From:** | pmuel47@gmail.com |
| **Sent:** | Friday, October 28, 2016 9:20 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Pam Mueller


Ms. Pam Mueller
309 Dakota Dr
Grand Junction CO 815072552
9702412317
pmuel47@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124995

## Responses User

**From:** Flyangel1435@gmail.com
**Sent:** Friday, October 28, 2016 9:23 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sarah M. Etzler


Miss Sarah Etzler
1308 Brush Creek Ave
Montrose CO 814019097
3163125449
Flyangel1435@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124996

## Responses User

| | |
|---|---|
| **From:** | samantha_s09@outlook.com |
| **Sent:** | Friday, October 28, 2016 9:49 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Leave our land alone!


Ms. Samantha Saft
5458 Standard Dr
Colorado Springs CO 809222377
samantha_s09@outlook.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124997

## Responses User

| | |
|---|---|
| **From:** | wisewomancarole@gmail.com |
| **Sent:** | Friday, October 28, 2016 9:53 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Carole Cross
7700 W Glasgow Pl
Littleton CO 801284836
3039550867
wisewomancarole@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124998

## Responses User

| | |
|---|---|
| **From:** | Jamie1154@msn.com |
| **Sent:** | Friday, October 28, 2016 9:55 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Jamie Merrill
1644 Haywood Pl
Fort Collins CO 805262289
Jamie1154@msn.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0124999

## Responses User

| | |
|---|---|
| **From:** | Jillbash1@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:00 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jill Bash


Mrs. Jill Bash
7825 Jasmine Dr
Commerce City CO 800221153
7209993879
Jillbash1@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125000

## Responses User

| | |
|---|---|
| **From:** | Ravenpath@hotmail.com |
| **Sent:** | Friday, October 28, 2016 10:03 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Mairen Dumenigo
PO BOX 662
Niwot CO 805440662
Ravenpath@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125001

## Responses User

| | |
|---|---|
| **From:** | sean.barna@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:06 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sean Barna, former and future resident of the North Fork Valley

Mr. Sean Barna
1349 Monroe St NE
Washington DC 200172510
9419161222
sean.barna@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125002

**Responses User**

| | |
|---|---|
| **From:** | j.rogers@tuliapd.org |
| **Sent:** | Friday, October 28, 2016 10:10 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jeannie Rogers


Mrs. Jeannie Rogers
228 N Floyd Ave
Tulia TX 790882136
8063360472
j.rogers@tuliapd.org



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125003

**Responses User**

| | |
|---|---|
| **From:** | carolynvt@hotmail.com |
| **Sent:** | Friday, October 28, 2016 10:10 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. c cipperly
1010 Blake Ave
Glenwood Springs CO 816013628
carolynvt@hotmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125004

**Responses User**

| | |
|---|---|
| **From:** | evonne_dunn@hotmail.com |
| **Sent:** | Friday, October 28, 2016 10:12 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,


Ms. Evonne Dunn
2939 Ohio Way
Denver CO 802094829
evonne_dunn@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125005

## Responses User

| | |
|---|---|
| **From:** | Kenworthy.nick3@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:14 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nicholas B. Kenworthy


Mr. Nicholas Kenworthy
PO BOX 71
Telluride CO 814350071
9707089644
Kenworthy.nick3@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125006

## Responses User

**From:**          Ldideals1@msn.com
**Sent:**          Friday, October 28, 2016 10:19 AM
**To:**            Responses User
**Cc:**            Responses User
**Subject:**       Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lynn Dils, American


Ms. Lynn Dils
14088 Red Barn Cir
Chelsea MI 481189524
Ldideals1@msn.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125007

## Responses User

**From:**            ecodiro@gmail.com
**Sent:**            Friday, October 28, 2016 10:21 AM
**To:**              Responses User
**Cc:**              Responses User
**Subject:**         Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Dianne Rollins
9485 SE Teter Rd
Leon KS 670749093
ecodiro@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125008

## Responses User

| | |
|---|---|
| **From:** | ksbarney@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:23 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

kalli baillargeon


Ms. Kalli Baillargeon
PO BOX 264
Telluride CO 814350264
9707283818
ksbarney@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125009

**Responses User**

| | |
|---|---|
| **From:** | Michael.dean@izonimaging.com |
| **Sent:** | Friday, October 28, 2016 10:32 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Michael Dean


Mr. Michael Dean
790 Tabernash Ln
Ridgway CO 814329383
Michael.dean@izonimaging.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125010

## Responses User

| | |
|---|---|
| **From:** | mfitzg11@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:36 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Michael Fitzgerald


Mr. Michael Fitzgerald
1940 Walnut St
Boulder CO 803024432
7204409994
mfitzg11@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125011

**Responses User**

| | |
|---|---|
| **From:** | sblockbiz@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:38 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Stacy Block


Ms. Stacy Block
1160 S Clinton St
Denver CO 802472277
7202121899
sblockbiz@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125012

**Responses User**

| | |
|---|---|
| **From:** | Jenymo57@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:40 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jennifer L Morris


Ms. Jennifer Morris
PO BOX 3365
Dillon CO 804353365
Jenymo57@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125013

## Responses User

**From:**            Wtkappler@gmail.com
**Sent:**            Friday, October 28, 2016 10:40 AM
**To:**              Responses User
**Cc:**              Responses User
**Subject:**         Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Walter Kappler


Mr. Walter Kappler
2821 Fulton St
Denver CO 802382987
(614) 325-9357
Wtkappler@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125014

## Responses User

| | |
|---|---|
| **From:** | macmillan.megan@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:41 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Support Alternative B1 |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Megan MacMillan


Mrs. Megan MacMillan
PO BOX 1865
Paonia CO 814281866
9706231000
macmillan.megan@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125015

## Responses User

| | |
|---|---|
| **From:** | Debavance@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:42 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

All of the content above is suggested and pre entered by The Wilderness Society. My comments follow. BLM lands are abundent on the great state of Colorado and as. 50+ year resident I am horrified to see the that you have been so quick to fall into the deep pockets of the oil and gas industry. Please protect our natural landscapes with whatever means possible. Protection dies not mean selling out ti farming ranching either...protect it for the wildlife. Keep it wild.

Debbie vance


Mrs. Deborah Vance
31 Burdett St
Bailey CO 804211522
Debavance@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125016

## Responses User

| | |
|---|---|
| **From:** | gregkesselring@gmail.com |
| **Sent:** | Friday, October 28, 2016 10:57 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Greg Kesselring


Mr. Greg Kesselring
3660 W Lost Horizon Dr
Tucson AZ 857459753
gregkesselring@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125017

**Responses User**

| | |
|---|---|
| **From:** | Tek3725@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:05 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Thomas Krupa


Mr. Thomas Krupa
3535 S Nelson Cir Unit 304
Denver CO 802351189
Tek3725@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125018

## Responses User

| | |
|---|---|
| **From:** | tsandsphd@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:05 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Tracey Sands
98 Greenmeadow Ave
Newbury Park CA 913204144
tsandsphd@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125019

**Responses User**

| | |
|---|---|
| **From:** | hhb1956@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:12 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Herb Betts
13782 Hedi Rd
Sedalia CO 801359620
hhb1956@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125020

**Responses User**

| | |
|---|---|
| **From:** | francie@allanivy.com |
| **Sent:** | Friday, October 28, 2016 11:20 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Francie Ivy


Mrs. Francie Ivy
229 N Main St
Gunnison CO 812302401
9702756190
francie@allanivy.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125021

**Responses User**

| | |
|---|---|
| **From:** | mkaplan1201@me.com |
| **Sent:** | Friday, October 28, 2016 11:22 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

mk


Ms. Marjorie Kaplan
PO BOX 1146
Telluride CO 814351146
mkaplan1201@me.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125022

## Responses User

**From:** Caffeineurge@gmail.com
**Sent:** Friday, October 28, 2016 11:25 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Heather A Harper


Ms. Heather Harper
5035A Circle Ln
Paradise CA 959696414
Caffeineurge@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125023

## Responses User

| | |
|---|---|
| **From:** | colokathy@msn.com |
| **Sent:** | Friday, October 28, 2016 11:26 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Kathleen Gregory
366 Meadow Ln
Ridgway CO 814329455
colokathy@msn.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125024

## Responses User

| | |
|---|---|
| **From:** | Preston.feiler@westernalum.org |
| **Sent:** | Friday, October 28, 2016 11:29 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Preston Feiler


Mr. Preston Feiler
308 S 11th St
Gunnison CO 812303456
Preston.feiler@westernalum.org



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125025

## Responses User

| | |
|---|---|
| **From:** | blackstone13@mac.com |
| **Sent:** | Friday, October 28, 2016 11:32 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Barbara Blackstone


Ms. Barbara Blackstone
227 NE 61st Ave Unit 2
Portland OR 972133979
blackstone13@mac.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125026

## Responses User

| | |
|---|---|
| **From:** | danieldunn@me.com |
| **Sent:** | Friday, October 28, 2016 11:33 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Daniel Dunn


Mr. Daniel Dunn
58 Tassels Loop
Breckenridge CO 804248814
9703894268
danieldunn@me.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125027

## Responses User

| | |
|---|---|
| **From:** | msprot87@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:34 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. I consider energy development to be an important part of Colorado'Springs sustainable future; however, it needs to be balanced with preserving the local community'service livelihood, and protecting open spaces for public use and wildlife/environment preservation. Opening 90% of the land for lease is not a feasible plan to keep that balance. Open ONLY the areas where production is deemed to be viable, start with a more reasonable percentage, perhaps ~20%, and have strict limitations on drilling.  Oil companies can easily fit 5-10 wells on one pad, there's no need for them to sprawl over the entire area.  Restricting road use, and having requirements for dust control in place will help with the pollution from construction.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Megan Sprot


Ms. Megan Sprot
13226 S Otoe St
Pine CO 804709515
msprot87@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125028

## Responses User

| | |
|---|---|
| **From:** | taylorjahearn@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:36 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Taylor J Ahearn


Mr. Taylor Ahearn
317 N 12th St
Gunnison CO 812303062
2073101473
taylorjahearn@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125029

## Responses User

**From:**               jackarger@gmail.com
**Sent:**               Friday, October 28, 2016 11:39 AM
**To:**                 Responses User
**Cc:**                 Responses User
**Subject:**            Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

John Karger


Mr. John Karger
9471 W Baltic Ct
Lakewood CO 802272201
7203087766
jackarger@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125030

## Responses User

| | |
|---|---|
| **From:** | jancoffelt@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:50 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jan Coffelt


Ms. Janice Coffelt
2359 S Holland Ct
Lakewood CO 802272229
3039873351
jancoffelt@gmail.com




cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125031

## Responses User

| | |
|---|---|
| **From:** | kortnee.desatoff@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:53 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kortnee Desatoff


Mrs. Kortnee Desatoff
610 Orchard Ave
Paonia CO 814281903
kortnee.desatoff@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125032

## Responses User

**From:**                    charles.hardy.ball@gmail.com
**Sent:**                      Friday, October 28, 2016 11:56 AM
**To:**                           Responses User
**Cc:**                           Responses User
**Subject:**                Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Charles H Ball


Mr. Charles Ball
2706 Jaerger Ct
Fort Collins CO 805213048
3055887154
charles.hardy.ball@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125033

**Responses User**

| | |
|---|---|
| **From:** | Clinda2@hotmail.com |
| **Sent:** | Friday, October 28, 2016 11:57 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Linda Carestia


Ms. Linda Carestia
603 Elm Ave
Canon City CO 812124822
Clinda2@hotmail.com




cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125034

**Responses User**

| | |
|---|---|
| **From:** | Mrmileyy@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:57 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

These lands are very important for the continuation for a healthy ecosystem.  Please keep the damage at bay!!

Marshall Miley


Mr. Marshall Miley
1001 Cottonwood Cir
Golden CO 804011797
Mrmileyy@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125035

**Responses User**

| | |
|---|---|
| **From:** | Johnson.trevor38@gmail.com |
| **Sent:** | Friday, October 28, 2016 11:59 AM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Trevor Johnson


Mr. Trevor Johnson
188 S Clarkson St Apt 109
Denver CO 802092140
Johnson.trevor38@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125036

## Responses User

| | |
|---|---|
| **From:** | adamhop@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:09 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Adam Hopkins


Mr. Adam Hopkins
237 Zion Dr
Las Vegas NV 891072647
adamhop@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125037

## Responses User

| | |
|---|---|
| **From:** | gtrierweiler@hotmail.com |
| **Sent:** | Friday, October 28, 2016 12:11 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Dr. Ginny Trierweiler
3097 S Hurley Cir
Denver CO 802273824
gtrierweiler@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125038

## Responses User

| | |
|---|---|
| **From:** | michelle.g.bradley@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:12 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Michelle Bradley


Miss Michelle Bradley
1625 E Stuart St Apt E41
Fort Collins CO 805251326
9402314538
michelle.g.bradley@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125039

## Responses User

| | |
|---|---|
| **From:** | Slvbarb498@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:17 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Barbara Tidd


Ms. Barbara Tidd
28988 County Road 65
Moffat CO 811439733
Slvbarb498@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125040

**Responses User**

| | |
|---|---|
| **From:** | lukas.scheibler@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:18 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

L. Scheibler


Dr. Lukas Scheibler
PO BOX 2396
Telluride CO 814352396
8178974113
lukas.scheibler@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125041

## Responses User

| | |
|---|---|
| **From:** | ansemanco@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:24 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Anja Semanco


Miss Anja Semanco
2212 Goss Cir E Apt A
Boulder CO 803026687
ansemanco@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125042

## Responses User

| | |
|---|---|
| **From:** | cdkelly80@hotmail.com |
| **Sent:** | Friday, October 28, 2016 12:24 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

I do not support the increased traffic, potential impacts on wildlife or the impacts on ground water quality that are related to drilling and fracking

Thank you.

Carl Kelly


Mr. Carl Kelly
63752 Ranger Rd
Montrose CO 814039186
cdkelly80@hotmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125043

## Responses User

| | |
|---|---|
| **From:** | Yuprospect@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:29 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

PJ Dellenbaugh


Mrs. PJ Dellenbaugh
855 W Dillon Rd
Louisville CO 800273214
Yuprospect@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125044

## Responses User

| | |
|---|---|
| **From:** | Schwarz.billy@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:39 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

William Schwarz


Mr. William Schwarz
747 Woodridge Ct
Grand Junction CO 815056800
Schwarz.billy@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125045

## Responses User

| | |
|---|---|
| **From:** | homegrown.handblown@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:39 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

I IN NO WAY SUPPORT THE CONDONEMENT OF ANY FRACKING, DRILLING, OR OIL AND GAS RESERVES BEING TAPPED IN DELTA, PITKIN, OR GUNNISON COUNTY. AS AN ORGANIC FARMER, LIVING, WORKING, AND RANCHING IN PAONIA, THE ALLOWANCE OF FRACKING/DRILLING COULD DESTROY MY HEALTH, LAND, ORGANIC CERTIFICATION, AND THEREBY MY LIVELIHOOD. WE MOVED TO PAONIA FOR CLEAN AIR, CLEAN SOIL, AND A HEALTHFUL WAY OF LIFE. I AM ALERGIC TO DIESEL EMISDIONS, DIRECT CONTACT WITH GASOLINE, OIL, OR CRUDE OIL. I FEEL AS THOUGH THIS ATTEMPT TO DRILL IS A DIRECT ASSAULT ON MY HEALTH, MY WEALTH, AND THIS BEAUTIFUL VALLEY'S WAY OF LIFE.

 In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kirk howlett


Mr. Kirk howlett
44057 Minnesota Creek Rd
Paonia CO 814288128
7202888521
homegrown.handblown@gmail.com

BLM_0125046

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125047

**Responses User**

| | |
|---|---|
| **From:** | srticsay@gmail.com |
| **Sent:** | Friday, October 28, 2016 12:42 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Stacy Ticsay


Ms. Stacy Ticsay
PO BOX 4054
Telluride CO 814354054
970-708-7379
srticsay@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125048

## Responses User

**From:**          gunnigaln2life@hotmail.com
**Sent:**          Friday, October 28, 2016 12:48 PM
**To:**            Responses User
**Cc:**            Responses User
**Subject:**       Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.  Please keep in mind that a good deal of our food sources are from the North Fork Valley. Here in Gunnison in the summertime I have a small garden but I would say 50 to 90% of our food year-round comes from the North Fork Valley please protect are water and soil.

Thank you.

Andrea albershardt


Mrs. Andrea Heller albershardt
48 Columbine Rd
Gunnison CO 812308717
970 596 4972
gunnigaln2life@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125049

## Responses User

| | |
|---|---|
| **From:** | acetomato@gmail.com |
| **Sent:** | Friday, October 28, 2016 1:01 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kevin Younger


Mr. Kevin Younger
330 Adams Ranch Rd
Telluride CO 814359309
acetomato@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125050

## Responses User

| | |
|---|---|
| **From:** | schoffa00@gmail.com |
| **Sent:** | Friday, October 28, 2016 1:19 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

We only have one world. Please help us keep it a natural one. Thank you.

Aubrey R. Schoff

Ms. Aubrey Schoff
872 County Rd E
Ripon WI 549719102
schoffa00@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125051

**Responses User**

| | |
|---|---|
| **From:** | Kent.brown@q.com |
| **Sent:** | Friday, October 28, 2016 1:21 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Richard Brown
704 E Cleveland St
Lafayette CO 800262308
Kent.brown@q.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125052

## Responses User

| | |
|---|---|
| **From:** | Ethel.calderin@gmail.com |
| **Sent:** | Friday, October 28, 2016 1:22 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ethel

Miss Ethel Calderin
2360 Panorama Ave
Boulder CO 803043724
Ethel.calderin@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125053

## Responses User

| | |
|---|---|
| **From:** | mom-outside@live.com |
| **Sent:** | Friday, October 28, 2016 1:22 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mrs. Karen Hickerson
349 Mariposa Dr
Durango CO 813016589
mom-outside@live.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125054

## Responses User

| | |
|---|---|
| **From:** | senglehart54@gmail.com |
| **Sent:** | Friday, October 28, 2016 1:33 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sharon Englehart


Ms. Sharon Englehart
134 Queen City Cir
Parachute CO 816359448
9709039852
senglehart54@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125055

## Responses User

| | |
|---|---|
| **From:** | Godsgal81230@gmail.com |
| **Sent:** | Friday, October 28, 2016 1:46 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Wendy Carol


Ms. Wendy Carol
1404 Rock Creek Rd
Gunnison CO 812302206
970-275-6167
Godsgal81230@gmail.com




cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125056

**Responses User**

| | |
|---|---|
| **From:** | Geocast12@me.com |
| **Sent:** | Friday, October 28, 2016 1:50 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Geo Case


Mr. Geo Case
4570 13th St
Boulder CO 803042295
2037725954
Geocast12@me.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125057

## Responses User

| | |
|---|---|
| **From:** | Larsonlindaf@gmail.com |
| **Sent:** | Friday, October 28, 2016 2:00 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Linda Larson


Ms. Linda Larson
697 S Division Ave
Sandpoint ID 838641750
Larsonlindaf@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125058

## Responses User

| | |
|---|---|
| **From:** | Musebemused@gmail.com |
| **Sent:** | Friday, October 28, 2016 2:07 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

V Hollingsworth


Ms. V Hollingsworth
5891 Poudre Way
Colorado Springs CO 809235401
Musebemused@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125059

**Responses User**

| | |
|---|---|
| **From:** | Sue@bodytemplehealingarts.com |
| **Sent:** | Friday, October 28, 2016 2:09 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

You need to stop being bought and start being representatives of preservation and protection.  Anythingless is unacceptable and corrupt because WE the people do NOT want what you think you are entitled to

Thank you.


Ms. Sue Waber
1570 Big Valley Dr
Colorado Springs CO 809191026
6362628769
Sue@bodytemplehealingarts.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125060

## Responses User

| | |
|---|---|
| **From:** | furrykids@centurylink.net |
| **Sent:** | Friday, October 28, 2016 2:14 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Stehlin Crawford
5459 Fox Run Blvd
Frederick CO 805043438
furrykids@centurylink.net



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125061

## Responses User

| | |
|---|---|
| **From:** | Requiem4thydream@hotmail.com |
| **Sent:** | Friday, October 28, 2016 2:14 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sydney Holley


Ms. Sydney Holley
7373 W Florida Ave Apt 5A
Lakewood CO 802325448
3215362036
Requiem4thydream@hotmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125062

**Responses User**

| | |
|---|---|
| **From:** | Ktdobelieve@gmail.com |
| **Sent:** | Friday, October 28, 2016 2:16 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Katherine


Miss Kate Davis
423 N Pine St
Gunnison CO 812302613
6016923441
Ktdobelieve@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125063

**Responses User**

| | |
|---|---|
| **From:** | esk.rojas@gmail.com |
| **Sent:** | Friday, October 28, 2016 2:20 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Eileen Krenzel R., Ph. D.


Ms. Eileen Krenzel Rojas, Ph.D.
1358 Washburn St
Erie CO 805166977
esk.rojas@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125064

**Responses User**

| | |
|---|---|
| **From:** | brittneyjeck@hotmail.com |
| **Sent:** | Friday, October 28, 2016 2:21 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Brittney Ahrens


Mrs. Brittney Ahrens
PO BOX 454
Ridgway CO 814320454
3037914341
brittneyjeck@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125065

## Responses User

| | |
|---|---|
| **From:** | casseinman@gmail.com |
| **Sent:** | Friday, October 28, 2016 2:23 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cassandra Inman


Mrs. Cassandra Inman
6525 Snowbird Dr
Colorado Springs CO 809181421
719-359-7096
casseinman@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125066

## Responses User

| | |
|---|---|
| **From:** | tom.heidger@mindspring.com |
| **Sent:** | Friday, October 28, 2016 2:23 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Thomas Heidger
481 Stough Ave
Montrose CO 814018850
tom.heidger@mindspring.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125067

**Responses User**

| | |
|---|---|
| **From:** | mlcltd@mlcltd.com |
| **Sent:** | Friday, October 28, 2016 2:37 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Martha Johnson
482 Moonlight Dr
Grand Junction CO 815046600
402-450-0592
mlcltd@mlcltd.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125068

## Responses User

| | |
|---|---|
| **From:** | mhickman@watershedenvironmental.com |
| **Sent:** | Friday, October 28, 2016 2:44 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mel Hickman


Ms. Mel Hickman
1239 Suncrest Way
Colorado Springs CO 809065051
mhickman@watershedenvironmental.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125069

**Responses User**

| | |
|---|---|
| **From:** | Colovaughn@gmail.com |
| **Sent:** | Friday, October 28, 2016 2:52 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

After watching what happened to Weld county where I went to high school, I learned that the oil companies have no discretion towards ANY land public or private. Please don't let this area (or any area) look like weld county.

Thank you.

Connor Vaughn


Mr. Connor Vaughn
2923 County Road 5
Divide CO 808149103
Colovaughn@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125070

**Responses User**

| | |
|---|---|
| **From:** | firecatstef@gmail.com |
| **Sent:** | Friday, October 28, 2016 2:54 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley.

Thank you.

Mr. Stef Jones
1372 Rosewood Ave
San Carlos CA 940704830
firecatstef@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125071

## Responses User

| | |
|---|---|
| **From:** | bray.patrick-lake@duke.edu |
| **Sent:** | Friday, October 28, 2016 3:04 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Protect southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. This land is a treasured resource for our state and its access a true gift to all citizens.  I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Elizabeth Lake


Ms. Elizabeth Lake
4624 Sylvia Ln
Erie CO 805169041
bray.patrick-lake@duke.edu



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125072

**Responses User**

| | |
|---|---|
| **From:** | bosjul@hotmail.com |
| **Sent:** | Friday, October 28, 2016 3:24 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Julia Marston

Ms. Julia Marston
198 Shelley Dr
Grand Junction CO 815032354
9709860892
bosjul@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125073

**Responses User**

| | |
|---|---|
| **From:** | Calleycoon007@gmail.com |
| **Sent:** | Friday, October 28, 2016 3:27 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Calley Coon


Ms. Calley Coon
2060 E 2nd Ave
Durango CO 813014630
Calleycoon007@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125074

## Responses User

| | |
|---|---|
| **From:** | Krestashley@gmail.com |
| **Sent:** | Friday, October 28, 2016 3:41 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ashley Krest


Mrs. Ashley Krest
41391 Omega Rd
Paonia CO 814288122
979.361.7730
Krestashley@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125075

## Responses User

| | |
|---|---|
| **From:** | Ktraydiant@gmail.com |
| **Sent:** | Friday, October 28, 2016 3:46 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kristin taylor


Ms. Kristin Taylor
305 Society Dr
Telluride CO 814358936
19705191066
Ktraydiant@gmail.com




cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125076

## Responses User

| | |
|---|---|
| **From:** | simon.drabble+eactivist@gmail.com |
| **Sent:** | Friday, October 28, 2016 3:57 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Simon Drabble, Colorado resident and taxpayer.

Mr. Simon Drabble
8691 S Warhawk Rd
Conifer CO 804339606
simon.drabble+eactivist@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125077

## Responses User

| | |
|---|---|
| **From:** | Eesteen@eckerd.edu |
| **Sent:** | Friday, October 28, 2016 3:59 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Erin Steen


Ms. Erin Steen
4551 E Colorado Ave
Denver CO 802224408
Eesteen@eckerd.edu


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

18

BLM_0125078

**Responses User**

| | |
|---|---|
| **From:** | crstilwell@gmail.com |
| **Sent:** | Friday, October 28, 2016 4:01 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Callie R Stilwell


Dr. Callie Stilwell
9071 E Mississippi Ave
Denver CO 802472004
crstilwell@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125079

## Responses User

| | |
|---|---|
| **From:** | jhackbirth@hotmail.com |
| **Sent:** | Friday, October 28, 2016 4:03 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

JH


Ms. Joan Hackbirth
1390 Everett Ct Apt 108
Lakewood CO 802154844
jhackbirth@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125080

## Responses User

| | |
|---|---|
| **From:** | carly.carpenter@gmail.com |
| **Sent:** | Friday, October 28, 2016 4:03 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Carly Carpenter


Ms. Carly Carpenter
1498 Marshall Rd
Boulder CO 803057330
carly.carpenter@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125081

## Responses User

| | |
|---|---|
| **From:** | mdnbailey@msn.com |
| **Sent:** | Friday, October 28, 2016 4:04 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Melissa Davis


Ms. Melissa Davis
141 Wilkins Rd
Bailey CO 804211458
3038160983
mdnbailey@msn.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125082

## Responses User

| | |
|---|---|
| **From:** | Rhea.moriarity@gmail.com |
| **Sent:** | Friday, October 28, 2016 4:23 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

RM


Ms. Rhea Moriarity
109 Anniversary Ln
Longmont CO 805012809
Rhea.moriarity@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125083

## Responses User

| | |
|---|---|
| **From:** | oldehippie429@gmail.com |
| **Sent:** | Friday, October 28, 2016 4:43 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Karyn Hanson


Ms. Karyn Hanson
11514 Green Ct
Conifer CO 804337517
oldehippie429@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125084

## Responses User

**From:** jsproul30@gmail.com
**Sent:** Friday, October 28, 2016 4:47 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jennifer Sproul


Ms. Jennifer Sproul
1307 Casa Grande Blvd
Fort Collins CO 805262513
jsproul30@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

25

BLM_0125085

## Responses User

**From:**          Ekeffler@gmail.com
**Sent:**          Friday, October 28, 2016 4:50 PM
**To:**            Responses User
**Cc:**            Responses User
**Subject:**       Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Emily Keffler


Mrs. Emily Keffler
34578 Forest Estates Rd
Evergreen CO 804396709
Ekeffler@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125086

## Responses User

| | |
|---|---|
| **From:** | cbracken70@hotmail.com |
| **Sent:** | Friday, October 28, 2016 4:51 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Carrie Brackenridge


Ms. Carrie Brackenridge
818 Emery St
Longmont CO 805015039
cbracken70@hotmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125087

## Responses User

| | |
|---|---|
| **From:** | cheriemiss@gmail.com |
| **Sent:** | Friday, October 28, 2016 4:53 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cherie J Grimm


Ms. Cherie Grimm
3655 S Verbena St Apt B203
Denver CO 802371597
cheriemiss@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125088

## Responses User

| | |
|---|---|
| **From:** | Mic.flanagan14@gmail.com |
| **Sent:** | Friday, October 28, 2016 4:54 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Not to mention land should not be leased to someone who will destroy it!
Thank you.

Michelle S Flanagan


Mrs. Michelle Flanagan
412 Pinon Rd
Bailey CO 804211837
7202728113
Mic.flanagan14@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125089

## Responses User

| | |
|---|---|
| **From:** | lauralight24@gmail.com |
| **Sent:** | Friday, October 28, 2016 4:56 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Laura Anderson


Ms. Laura Anderson
1215 Owens Ln
Cotopaxi CO 812239529
lauralight24@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125090

## Responses User

| | |
|---|---|
| **From:** | Potts2porter@gmail.com |
| **Sent:** | Friday, October 28, 2016 4:58 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

We have such a beautiful state, please keep it that way. Represent the people, not big money donors!

Dietra Porter


Mrs. Dietra Porter
5940 Scenic Ave
Firestone CO 805045616
Potts2porter@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125091

## Responses User

| | |
|---|---|
| **From:** | maggie.boden@gmail.com |
| **Sent:** | Friday, October 28, 2016 5:03 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Maggie Boden


Ms. Maggie Boden
4775 Gibbs Ave
Boulder CO 803016207
3034491821
maggie.boden@gmail.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125092

## Responses User

| | |
|---|---|
| **From:** | Hbenton98@gmail.com |
| **Sent:** | Friday, October 28, 2016 5:24 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hannah Benton


Ms. Hannah Benton
31257 Chambers Ln
Conifer CO 804337513
7023028499
Hbenton98@gmail.com




cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125093

## Responses User

| | |
|---|---|
| **From:** | Ginger.Ikeda@gmail.com |
| **Sent:** | Friday, October 28, 2016 5:42 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

PROTECT our lands like you are SUPPOSED to!!!!!

Thank you.


Ms. Ginger Ikeda
3320 15th St
Boulder CO 803042210
Ginger.Ikeda@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

34

BLM_0125094

## Responses User

| | |
|---|---|
| **From:** | tyna420.tl@gmail.com |
| **Sent:** | Friday, October 28, 2016 5:46 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tina Lord

Mrs. Tina Lord
38837 Stewart Mesa Rd
Paonia CO 814286420
tyna420.tl@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125095

## Responses User

| | |
|---|---|
| **From:** | Oberg@westelk.com |
| **Sent:** | Friday, October 28, 2016 5:47 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Stop allowing O&G Corps to destroy our land, air and water!


Mr. Ralph Oberg
20480 Taurus Way
Montrose CO 814037603
Oberg@westelk.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125096

## Responses User

| | |
|---|---|
| **From:** | Valleiker@msn.com |
| **Sent:** | Friday, October 28, 2016 5:52 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Val Leiker


Mr. Valentine Leiker
4091 Singletree Rd
Hartsel CO 804498584
970 388 9442
Valleiker@msn.com


cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125097

## Responses User

| | |
|---|---|
| **From:** | mary@solarenergy.org |
| **Sent:** | Friday, October 28, 2016 5:57 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mary Marshall


Ms. Mary Marshall
1978 Harding Rd
Paonia CO 814286131
6306074352
mary@solarenergy.org



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125098

## Responses User

| | |
|---|---|
| **From:** | vortega1129@embarqmail.com |
| **Sent:** | Friday, October 28, 2016 6:11 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Vivian Ortega


Mrs. Vivian Ortega
1456 Tiny Pebble Way
Las Vegas NV 891420142
702 545-7226
vortega1129@embarqmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125099

**Responses User**

| | |
|---|---|
| **From:** | Crystalkid1111@gmail.com |
| **Sent:** | Friday, October 28, 2016 6:14 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Nicholas Ellis
134 Wimberly Dr
Fruita CO 815218754
Crystalkid1111@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125100

## Responses User

| | |
|---|---|
| **From:** | anton.kress@gmail.com |
| **Sent:** | Friday, October 28, 2016 6:17 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Anton Kress


Mr. Anton Kress
327 Adams Ranch Rd Unit 202
Mountain Village CO 814359353
970-688-0297
anton.kress@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125101

## Responses User

| | |
|---|---|
| **From:** | aorowitz@gmail.com |
| **Sent:** | Friday, October 28, 2016 6:19 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Andrew Orowitz


Mr. Andrew Orowitz
PO BOX 916
Telluride CO 814350916
aorowitz@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

42

## Responses User

| | |
|---|---|
| **From:** | Tgreives@asu.edu |
| **Sent:** | Friday, October 28, 2016 6:24 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Mr. Thomas Greives
407 E Loma Vista Dr
Tempe AZ 852822330
Tgreives@asu.edu



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125103

## Responses User

| | |
|---|---|
| **From:** | Bsrarick@hotmail.com |
| **Sent:** | Friday, October 28, 2016 6:25 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Barbara Scott-Rarick


Mrs. Barbara Scott-Rarick
133 County Road 214
Durango CO 813036695
Bsrarick@hotmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125104

## Responses User

| | |
|---|---|
| **From:** | Tarajoyhance@gmail.com |
| **Sent:** | Friday, October 28, 2016 6:40 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tara J Cristina


Mrs. Tara Cristina
22959 E Smoky Hill Rd
Aurora CO 800156702
Tarajoyhance@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125105

## Responses User

| | |
|---|---|
| **From:** | whitegp0@msn.com |
| **Sent:** | Friday, October 28, 2016 6:44 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

For the very lives of your Children leave the Oil in the ground.


Mr. Gary White
11534 Green Ct
Conifer CO 804337517
whitegp0@msn.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125106

## Responses User

| | |
|---|---|
| **From:** | slrj9557@q.com |
| **Sent:** | Friday, October 28, 2016 6:50 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.


Ms. Stephanie James
2298 Jay St
Edgewater CO 802141061
slrj9557@q.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125107

**Responses User**

| | |
|---|---|
| **From:** | C.l.davis.80823@gmail.com |
| **Sent:** | Friday, October 28, 2016 6:51 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Catherine Davis


Miss Catherine Davis
3100 Blue Sky Cir
Erie CO 805164665
4434808375
C.l.davis.80823@gmail.com



cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

BLM_0125108